1  Daniel J. Pochoda (SBA 021979)
   James Duff Lyall (SBA 330045)*
2  **ACLU FOUNDATION OF ARIZONA**
   3707 N. 7th Street, Suite 235
3  Phoenix, AZ  85013
   Telephone: (602) 650-1854
4  dpochoda@acluaz.org
   jlyall@acluaz.org
5  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6  *Attorneys for Plaintiffs Robert Gamez, Shawn Jensen,
   Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
7  *Christina Verduzco, Jackie Thomas, Jeremy Smith,
   Victor Parsons, Maryanne Chisholm, Desiree Licci,*
8  *Joseph Hefner, Joshua Polson, and Charlotte Wells,
   on behalf of themselves and all others similarly situated*

9  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

10 Jennifer Alewelt (SBA 027366)
   Ruth Szanto (SBA 029073)
11 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington St. Suite 202
12 Phoenix, AZ  85034
   Telephone (602) 274-6287
13 jalewelt@azdisabilitylaw.org
   rszanto@azdisabilitylaw.org
14
   *Attorneys for Plaintiff Arizona Center for Disability Law*

15                    UNITED STATES DISTRICT COURT
16                          DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. |
| Plaintiffs, | **Corporate Disclosure Statement** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants | |

Pursuant to Fed. R. Civ. 7.1, Plaintiff Arizona Center for Disability Law states that it has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

Dated:  March 22, 2012

**ACLU FOUNDATION OF ARIZONA**

By:    */s/ Daniel J. Pochoda*
    Daniel J. Pochoda
    James Duff Lyall

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, CA  94710
Telephone: (510) 280-2621
dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com

*Application for *pro hac vice* pending

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883) *
**ACLU NATIONAL PRISON PROJECT**
915 15th St. N.W., 7th Floor
Washington, D.C.  20005
Telephone:  (202) 548-6603
dfathi@npp-aclu.org
afettig@npp-aclu.org

*Application for *pro hac vice pending*

| | |
|---|---|
| 1 | |
| 2 | Daniel C. Barr (SBA 010149) |
| | Jill L. Ripke (SBA 024837) |
| 3 | James A. Ahlers (SBA 026660) |
| | Kirstin T. Eidenbach (SBA 027341) |
| 4 | John H. Gray (SBA 028107) |
| | Thomas D. Ryerson (SBA 028073) |
| 5 | Matthew B. Du Mée (SBA 028468) |
| | **PERKINS COIE LLP** |
| 6 | 2901 N. Central Ave., Suite 2000 |
| | Phoenix, AZ  85012-2788 |
| 7 | Telephone:  (602) 351-8000 |
| | dbarr@perkinscoie.com |
| 8 | jripke@perkinscoie.com |
| | jahlers@perkinscoie.com |
| 9 | keidenbach@perkinscoie.com |
| | jhgray@perkinscoie.com |
| 10 | tryerson@perkinscoie.com |
| | mdumee@perkinscoie.com |

Caroline Mitchell (Cal. 143124)*
Douglas Roberts (Cal. 264451)*
**JONES DAY**
555 California St., 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5712
cnmitchell@jonesday.com
douglasroberts@jonesday.com

*Application for *pro hac vice* pending

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: */s/ Jennifer Alewelt*

Jennifer Alewelt (SBA 027366)
Ruth Szanto (SBA 029073)
5025 East Washington St. Suite 202
Phoenix, AZ 85034
Telephone (602) 274-6287
jalewelt@azdisabilitylaw.org
rszanto@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

-5-

**CERTIFICATE OF SERVICE**

☒      I hereby certify that on March 22, 2012, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System.

/s/ Gloria Torres