# Certificate of Good Standing

United States of District Court  )
) ss.
Northern District of California  )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Caroline N. Mitchell, Bar No. 143124** was duly admitted to practice in said Court on **December 11, 1989**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on March 5, 2012

Richard W. Wieking
Clerk