# Certificate of Good Standing

United States District Court )
                             ) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Corene T. Kendrick, Bar No. 226642** was duly admitted to practice in said Court on **October 27, 2005**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on February 29, 2012

Richard W. Wieking
Clerk