

# Certificate of Good Standing

## United States District Court
## District of Colorado

I, Gregory C. Langham, Clerk of the United States District Court
DO HEREBY CERTIFY

**DAVID CYRUS FATHI**

was duly admitted to practice in said court on
**March 5, 2002**
and is in good standing as a member of the bar of said court.

Dated: February 23, 2012          Gregory C. Langham, Clerk

By: *Mark J. Fredrickson*
Deputy Clerk