ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By:   JOSEPH E. LA RUE (Bar No. 031348)
      JOSEPH BRANCO (Bar No. 031474)
      Deputy County Attorneys
      laruej@mcao.maricopa.gov
      brancoj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 0003200

Attorneys for Defendant Adrian Fontes

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Arizona Democratic Party; The Democratic National Committee; DSCC, <br><br> Plaintiffs, <br><br> v. <br><br> Katie Hobbs, in her official capacity as Arizona Secretary of State; Edison Wauneka, in his official capacity as Apache County Recorder; David Stevens, in his official capacity as Cochise County Recorder; Patty Hansen, in her official capacity as Coconino County Recorder; Sadie Jo Bingham, in her official capacity as Gila County Recorder; Wendy John, in her official capacity as Graham County Recorder; Sharie Milheiro, in her official capacity as Greenlee County Recorder; Richard Garcia, in his official capacity as La Paz County Recorder; Adrian Fontes, in his official capacity as Maricopa | No. CV-20-01143-DLR <br><br> **DEFENDANT MARICOPA COUNTY RECORDER ADRIAN FONTES' NOTICE OF APPEARANCE** |

County Recorder; Kristi Blair, in her official capacity as Mohave County Recorder; Michael Sample, in his official capacity as Navajo County Recorder; F. Ann Rodriguez, in her official capacity as Pima County Recorder; Virginia Ross, in her official capacity as Pinal County Recorder; Suzanne Sainz, in her official capacity as Santa Cruz County Recorder; Leslie Hoffman, in her official capacity as Yavapai County Recorder; and Robyn Stallworth Pouquette, in her official capacity as Yuma County Recorder.

Defendants.

Defendant Adrian Fontes, in his official capacity as the Maricopa County Recorder, gives notice that Maricopa County Attorney's Office attorneys Joseph E. La Rue and Joseph Branco hereby enter their appearance in this matter as counsel of record for Defendant Fontes. Their contact information is:

>Joseph E. La Rue
>laruej@mcao.maricopa.gov
>Joseph Branco
>brancoj@mcao.maricopa.gov
>
>MARICOPA COUNTY ATTORNEY'S OFFICE
>CIVIL SERVICES DIVISION
>225 West Madison Street
>Phoenix, Arizona 85005
>Telephone (602) 506-8541
>ca-civilmailbox@mcao.maricopa.gov

///

///

///

2

RESPECTFULLY SUBMITTED this 17th day of June, 2020.

         ALLISTER ADEL
         MARICOPA COUNTY ATTORNEY

        BY: */s/Joseph E. La Rue*
         JOSEPH E. LA RUE
         JOSEPH BRANCO
         Deputy County Attorneys
         *Attorneys for Defendant Maricopa County Recorder Adrian Fontes*

## CERTIFICATE OF SERVICE

 I hereby certify that on June 17, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

*/s/J. Barksdale*

S:\CIVIL\CIV\Matters\EC\2020\Arizona Democratic Party v Hobbs\Word\NOA (La Rue & Branco).docx