1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

3

4

5

6

7

8

9

10

11

| | |
|---|---|
| Arizona Democratic Party, et al., | |
| Plaintiffs, | Case No: 2:20-cv-01143-DLR |
| vs. | |
| Katie Hobbs, et al., | **[PROPOSED] ORDER** |
| Defendants, | |
| and | |
| State of Arizona, | |
| Proposed Intervenor-Defendant. | |

12

13

Having considered the State's Motion To Intervene, pursuant to Fed. R. Civ. P. 24, **IT IS HEREBY ORDERED** granting the State's motion.

14

15

16

**IT IS FURTHER ORDERED** granting the State leave from the Rule 24(c) responsive pleading requirement, as the Court is "apprised of the grounds for the motion." *Beckman Indus. Inc., v. Int'l Ins. Co.*, 966 F.2d 470, 474 (9th Cir. 1992).

17

18

19

20

21

22

23

24

25

**IT IS FURTHER ORDERED** that the State shall confer with the other parties no later than **June 22, 2020** regarding: (1) a proposed briefing and hearing schedule on Plaintiffs' motion, which should account for the need to resolve the motion expeditiously in light of the upcoming general election; (2) whether the parties agree that consolidation of the preliminary injunction motion and the trial on the merits is appropriate under Rule 65(a)(2); (3) whether Defendants will need to conduct any discovery to respond to the evidence Plaintiffs have presented to support their requested injunction; and (4) whether Plaintiffs will need to conduct any discovery to address whatever new evidence Defendants might supply.

26

27

28

**IT IS FURTHER ORDERED** that the State shall participate in the telephonic status conference at **3:00 PM on June 23, 2020**