GEORGE E. SILVA
SANTA CRUZ COUNTY ATTORNEY

KIMBERLY HUNLEY, SBA #019141
CHIEF CIVIL DEPUTY COUNTY ATTORNEY
Santa Cruz County Attorney's Office
2150 North Congress Drive, Suite 201
Nogales, Arizona  85621
Tel:  (520) 375-7780; Fax: (520) 375-7793
khunley@santacruzcountyaz.gov
Attorney for Defendants Suzanne "Suzie" Sainz,
       Santa Cruz County Recorder

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Arizona Democratic Party; The Democratic National Committee; DSCC,<br><br>     Plaintiffs,<br><br>vs.<br><br>KATIE HOBBS, in her official capacity as Secretary of State for the State of Arizona; et al.,<br><br>     Defendants. | Case No. 2:20-cv-01143-DLR<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Chief Civil Deputy County Attorney Kimberly J. Hunley of the Santa Cruz County Attorney's Office enters her appearance on behalf of the Santa Cruz County Recorder, Suzanne "Suzie" Sainz.  Service of all correspondence, motions and other papers should be directed to:

    Kimberly J. Hunley (khunley@santacruzcountyaz.gov)
    Chief Civil Deputy County Attorney
    2150 N. Congress Drive, #201
    Nogales, AZ  85621

1

RESPECTFULLY SUBMITTED this 18th day of June, 2020.

                                          GEORGE E. SILVA
                                          SANTA CRUZ COUNTY ATTORNEY

                                     /s/ *Kimberly J. Hunley*            .
                                          Kimberly J. Hunley
                                          Chief Civil Deputy County Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: /s/ *Kimberly J. Hunley*
      Kimberly J. Hunley

Copies were mailed/e-mailed on June 17, 2020, to:

Alexis E. Danneman
Joshua L. Boehm
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
ADanneman@perkinscoie.com
JBoehm@perkinscoie.com

Kevin J. Hamilton
Khamilton@perkinscoie.com
Mark Erik Elias
MElias@perkinscoie.com
William B. Stafford
WStafford@perkinscoie.com
Sarah Langberg Schirack
SSchirack@perkinscoie.com
Ariel Glickman
AGlickman@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, DC  2005