1  Daniel J. Pochoda (SBA 021979)
   James Duff Lyall (SBA 330045)*
2  **ACLU FOUNDATION OF ARIZONA**
   3707 N. 7th Street, Suite 235
3  Phoenix, AZ  85013
   Telephone: (602) 650-1854
4  dpochoda@acluaz.org
   jlyall@acluaz.org
5  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6  *Attorneys for Plaintiffs Robert Gamez, Shawn Jensen,Stephen Swartz, Dustin Brislan, Sonia*
7  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Victor Parsons, Maryanne*
8  *Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of*
9  *themselves and all others similarly situated*

10 Jennifer Alewelt (SBA 027366)
   Ruth Szanto (SBA 029073)
11 **ARIZONA CENTER FOR DISABILITY LAW**
12 5025 East Washington St. Suite 202
   Phoenix, AZ  85034
13 Telephone (602) 274-6287
   jalewelt@azdisabilitylaw.org
14 rszanto@azdisabilitylaw.org

15 *Attorneys for Plaintiff Arizona Center for Disability Law*
16

17                    UNITED STATES DISTRICT COURT
18                         DISTRICT OF ARIZONA

19 | | |
|---|---|
| Victor Antonio Parson, et al., | **Case No. 2:12-cv-00601-NVW--MEA** |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| Charles Ryan, et al., | |
| Defendants. | |

25 **TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

26 **PLEASE TAKE NOTICE** that Douglas E. Roberts is hereby withdrawn as counsel of

record in this matter.  All other counsel of record remain the same.  Please update the ECF notification accordingly.

Dated:  April 19, 2012                                           JONES DAY


                                                                 By:     /s/
                                                                       Douglas E. Roberts

                                                                 Attorney for Plaintiffs


SFI-730283v1