Thomas C. Horne
Attorney General

Michael E. Gottfried
Assistant Attorney General
State Bar of Arizona No. 010623
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
E-mail:  Michael.Gottfried@azag.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, et al,<br><br>  Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director of the Arizona Department of Corrections, and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>  Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Defendants Charles Ryan, Director of the Arizona Department of Corrections, and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, through undersigned counsel, move pursuant to Fed. R. Civ. P. 6(b) to extend the time to respond to the Class Action Complaint for Injunctive and Declaratory Relief (doc. 1) through May 14, 2012. Defendants need this additional time to evaluate this very lengthy Complaint and determine the appropriate response. Undersigned counsel represents that he has corresponded with one of Plaintiffs' attorneys, David Fathi, and he has agreed to this extension.

Wherefore it is respectfully requested that the time to respond to the Class Action Complaint for Injunctive and Declaratory Relief (doc. 1) be extended through May 14, 2012.

RESPECTFULLY SUBMITTED this 19th day of April, 2012.

Thomas C. Horne
Attorney General

s/Michael E. Gottfried
Michael E. Gottfried
Assistant Attorney General
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2012, I electronically transmitted the attached document to the Clerk of the Court using the ECF System.

This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

Daniel J. Pochoda
James Duff Lyall
**Prison Law Office**
*Attorneys for Plaintiff*

David C. Fathi
Amy Fettig
**ACLU National Prison Project**
*Attorneys for Plaintiff*

Daniel C. Barr
Jill L. Ripke
**Perkins Coie LLP**
*Attorneys for Plaintiff*

Caroline Mitchell
Douglas Roberts
**Jones Day**
*Attorneys for Plaintiff*

s/Michael E. Gottfried
Michael E. Gottfried
#2667761