1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Victor Parsons, et al

          Plaintiffs,

v.

Charles Ryan, Director of the Arizona
Department of Corrections, and Richard
Pratt, Interim Division Director, Division
of Health Services, Arizona Department
of Corrections, in their official
capacities,

          Defendants.

No. CV 12-00601-PHX-NVW (MEA)

**ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT**

     Pursuant to the Defendants' stipulated motion to extend the time to respond to

Complaint, and good cause appearing therefore, it is hereby

     **ORDERED** that Defendants shall have through May 14, 2012, to respond to the

Class Action Complaint for Injunctive and Declaratory Relief (doc. 1).