Daniel J. Pochoda (SBA 021979)
Kelly J. Flood (SBA 019772)
James Duff Lyall (SBA 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 N. 7th Street, Suite 235
Phoenix, AZ  85013
Telephone: (602) 650-1854
dpochoda@acluaz.org
kflood@acluaz.org
jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)*

*Attorneys for Plaintiffs Victor Parsons, Robert Gamez, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>vs.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. CV-12-00601-NVW<br><br>**NOTICE OF APPEARANCE**<br><br>Hon. Neil V. Wake |

Kelly J. Flood of the ACLU Foundation of Arizona hereby enters her appearance as co-counsel of record for the Plaintiffs Victor Parsons, Robert Gamez, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated.

Dated: May 10, 2012      **ACLU FOUNDATION OF ARIZONA**

By: */s/ Daniel J. Pochoda*
 Daniel J. Pochoda
 Kelly J. Flood
 James Duff Lyall

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, CA  94710
Telephone: (510) 280-2621
dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com

*Pro Hac Vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883) *
**ACLU NATIONAL PRISON PROJECT**
915 15th St. N.W., 7th Floor
Washington, D.C.  20005
Telephone:  (202) 548-6603
dfathi@npp-aclu.org
afettig@npp-aclu.org

*Pro Hac Vice*

| | |
|---|---|
| 1 | Daniel C. Barr (SBA 010149) |
| 2 | Jill L. Ripke (SBA 024837) |
|   | James A. Ahlers (SBA 026660) |
| 3 | Kirstin T. Eidenbach (SBA 027341) |
|   | John H. Gray (SBA 028107) |
| 4 | Thomas D. Ryerson (SBA 028073) |
|   | Matthew B. Du Mée (SBA 028468) |
| 5 | **PERKINS COIE LLP** |
|   | 2901 N. Central Ave., Suite 2000 |
| 6 | Phoenix, AZ  85012-2788 |
|   | Telephone:  (602) 351-8000 |
| 7 | dbarr@perkinscoie.com |
|   | jripke@perkinscoie.com |
| 8 | jahlers@perkinscoie.com |
|   | keidenbach@perkinscoie.com |
| 9 | jhgray@perkinscoie.com |
|   | tryerson@perkinscoie.com |
| 10 | mdumee@perkinscoie.com |

Caroline Mitchell (Cal. 143124)*
Ilham Hosseini (Cal. 256274)*
Sophia Calderon (Cal. 278135)*
**JONES DAY**
555 California St., 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5712
cnmitchell@jonesday.com
ihosseini@jonesday.com
scalderon@jonesday.com

*Pro Hac Vice*

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,  Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

Jennifer Alewelt (SBA 027366)
Ruth Szanto (SBA 029073)
ARIZONA CENTER FOR DISABILITY LAW
5025 East Washington, Ste. 202
Phoenix, AZ 85034
Telephone (602) 274-6287
jalewelt@azdisabilitylaw.org
rszanto@azdisabilitylaw.org

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2012 I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Thomas C. Horne
>Attorney General
>Michael E. Gottfried
>Assistant Attorney General
>1275 West Washington Street
>Phoenix, AZ 85007-2926
>Michael.Gottfried@azag.gov

*Attorneys for Defendants*

Dated this 10th day of May, 2012.

/s/   Gloria Torres