Thomas C. Horne
Attorney General

Michael E. Gottfried
Assistant Attorney General
State Bar of Arizona No. 010623
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
E-mail:  Michael.Gottfried@azag.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, et al<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director of the Arizona Department of Corrections, and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>　　　　　Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**ANSWER** |

　　　　Defendants Charles Ryan, Director of the Arizona Department of Corrections, and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, through undersigned counsel, hereby answer the Complaint. It should be noted that the Complaint is unnecessarily long and replete with argument and paragraphs containing multiple factual allegation in violation of Fed. R. Civ. P. 8(a) and (d) (1).

### NATURE OF THE ACTION

　　　　1.　　　Answering Defendants agree that these are Plaintiffs' allegations, but state that this is argument not factual allegations and therefore deny the allegations of paragraph 1 of the Complaint.

2.     Answering Defendants deny the allegations of paragraph 2 of the Complaint and state that this is argument not factual allegations.

3.     Answering Defendants agree that these are Plaintiffs' allegations and deny the allegations of paragraph 3 of the Complaint.

## JURISDICTION

4.     Answering Defendants admit that this Court has jurisdiction over this matter.

## VENUE

5.     Answering Defendants admit the allegations of paragraph 5of the Complaint.

## PARTIES

**<u>Plaintiffs</u>**

6.     Answering Defendants deny the allegations of paragraph 6 of the Complaint.

7.     Answering Defendants deny the allegations of paragraph 7 of the Complaint.

8.     Answering Defendants deny the allegations of paragraph 8 of the Complaint.

9.     Answering Defendants deny the allegations of paragraph 9 of the Complaint.

10.     Answering Defendants deny the allegations of paragraph 10 of the Complaint.

11.     Answering Defendants deny the allegations of paragraph 11 of the Complaint.

12.     Answering Defendants deny the allegations of paragraph 12 of the Complaint.

13.     Answering Defendants deny the allegations of paragraph 13 of the Complaint.

14.     Answering Defendants deny the allegations of paragraph 14 of the Complaint.

15.     Answering Defendants deny the allegations of paragraph 15 of the Complaint.

16.     Answering Defendants deny the allegations of paragraph 16 of the Complaint.

17.     Answering Defendants deny the allegations of paragraph 17 of the Complaint.

18.     Answering Defendants deny the allegations of paragraph 18 of the Complaint.

19.     Answering Defendants deny the allegations of paragraph 19 of the Complaint.

20.     Answering Defendants deny the allegations of paragraph 20 of the Complaint.

**Defendants**

21.     Answering Defendants admit the allegations of paragraph 21 of the Complaint.

22.     Answering Defendants admit the allegations of paragraph 22 of the Complaint.

**FACTUAL ALLEGATIONS**

23.     Answering Defendants deny the allegations of paragraph 23 of the Complaint.

24.     Answering Defendants deny the allegations of paragraph 24 of the Complaint.

25. Answering Defendants deny the allegations of paragraph 25 of the Complaint.

II.  **Defendants Deprive Plaintiffs of Constitutionally Adequate Health Care in Violation of the Eighth Amendment**

26. Answering Defendants deny the allegations of paragraph 26 of the Complaint.

  A.  **Prisoners Face Lengthy and Dangerous Delays in Receiving and Outright Denials of Health Care**

27. Answering Defendants deny the allegations of paragraph 27 of the Complaint.

28. Answering Defendants deny the allegations of paragraph 28 of the Complaint.

29. Answering Defendants deny the allegations of paragraph 29of the Complaint.

30. Answering Defendants deny the allegations of paragraph 30 of the Complaint.

31. Answering Defendants deny the allegations of paragraph 31 of the Complaint.

32. Answering Defendants deny the allegations of paragraph 32 of the Complaint.

33. Answering Defendants deny the allegations of paragraph 33 of the Complaint.

34. Answering Defendants deny the allegations of paragraph 34 of the Complaint.

35. Answering Defendants deny the allegations of paragraph 35 of the Complaint.

36.     Answering Defendants deny the allegations of paragraph 36 of the Complaint.

**B.      Defendants Do not Provide Prisoners With Timely Emergency Treatment**

37.     Answering Defendants deny the allegations of paragraph 37 of the Complaint.

38.     Answering Defendants deny the allegations of paragraph 38 of the Complaint.

39.     Answering Defendants deny the allegations of paragraph 39 of the Complaint.

40.     Answering Defendants deny the allegations of paragraph 40 of the Complaint.

41.     Answering Defendants deny the allegations of paragraph 41 of the Complaint.

42.     Answering Defendants deny the allegations of paragraph 42 of the Complaint.

43.     Answering Defendants deny the allegations of paragraph 43 of the Complaint.

44.     Answering Defendants deny the allegations of paragraph 44 of the Complaint.

**C.      Defendants Fail to Provide Necessary Medication and Medical Devices to Prisoners**

45.     Answering Defendants deny the allegations of paragraph 45 of the Complaint.

46.     Answering Defendants deny the allegations of paragraph 46 of the Complaint.

47.     Answering Defendants deny the allegations of paragraph 47 of the Complaint.

48.     Answering Defendants deny the allegations of paragraph 48 of the Complaint.

49.     Answering Defendants deny the allegations of paragraph 49 of the Complaint.

50.     Answering Defendants deny the allegations of paragraph 50 of the Complaint.

51.     Answering Defendants deny the allegations of paragraph 51 of the Complaint.

**D.      Defendants Employ Insufficient Health Care Staff**

52.     Answering Defendants deny the allegations of paragraph 52 of the Complaint.

53.     Answering Defendants deny the allegations of paragraph 53 of the Complaint.

54.     Answering Defendants deny the allegations of paragraph 54 of the Complaint.

55.     Answering Defendants deny the allegations of paragraph 55 of the Complaint.

56.     Answering Defendants deny the allegations of paragraph 56 of the Complaint.

57.     Answering Defendants deny the allegations of paragraph 57 of the Complaint.

**II.    Even If Prisoners See Health Care Providers, They Do Not Receive Adequate Medical, Dental, or Mental Health Care**

    **A.    Substandard Medical Care**

    58.    Answering Defendants deny the allegations of paragraph 58 of the Complaint.

    **1.    Defendants Fail to Provide Prisoners With Care for Chronic Diseases and Protection from Infectious Disease**

    59.    Answering Defendants deny the allegations of paragraph 59 of the Complaint.

    60.    Answering Defendants deny the allegations of paragraph 60 of the Complaint.

    61.    Answering Defendants deny the allegations of paragraph 61 of the Complaint.

    62.    Answering Defendants deny the allegations of paragraph 62 of the Complaint.

    **2.    Defendants Fail to Provide Timely Access to Medically Necessary Specialty Care**

    63.    Answering Defendants deny the allegations of paragraph 63 of the Complaint.

    64.    Answering Defendants deny the allegations of paragraph 64 of the Complaint.

    65.    Answering Defendants deny the allegations of paragraph 65 of the Complaint.

    66.    Answering Defendants deny the allegations of paragraph 66 of the Complaint.

    67.    Answering Defendants deny the allegations of paragraph 67 of the Complaint.

68.     Answering Defendants deny the allegations of paragraph 68 of the Complaint.

69.     Answering Defendants deny the allegations of paragraph 69 of the Complaint.

**B.    Substandard Dental Care**

70.     Answering Defendants deny the allegations of paragraph 70 of the Complaint.

71.     Answering Defendants deny the allegations of paragraph 71 of the Complaint.

72.     Answering Defendants deny the allegations of paragraph 72 of the Complaint.

73.     Answering Defendants deny the allegations of paragraph 73 of the Complaint.

**C.    Substandard Mental Health Care**

74.     Answering Defendants deny the allegations of paragraph 74 of the Complaint.

**1.    Defendants Deny Mentally Ill Prisoners Medically Necessary Mental Health Treatment, Including the Proper Management and Administration of Psychotropic Medication, Therapy, and Inpatient Treatment**

75.     Answering Defendants deny the allegations of paragraph 75 of the Complaint.

76.     Answering Defendants deny the allegations of paragraph 76 of the Complaint.

77.     Answering Defendants deny the allegations of paragraph 77 of the Complaint.

78.    Answering Defendants deny the allegations of paragraph 78 of the Complaint.

79.    Answering Defendants deny the allegations of paragraph 79 of the Complaint.

80.    Answering Defendants deny the allegations of paragraph 80 of the Complaint.

81.    Answering Defendants deny the allegations of paragraph 81 of the Complaint.

**2.    Defendants Deprive Suicidal and Self-Harming Prisoners of Basic Mental Health Care**

82.    Answering Defendants deny the allegations of paragraph 82 of the Complaint.

83.    Answering Defendants deny the allegations of paragraph 83 of the Complaint.

84.    Answering Defendants deny the allegations of paragraph 84 of the Complaint.

85.    Answering Defendants deny the allegations of paragraph 85 of the Complaint.

86.    Answering Defendants deny the allegations of paragraph 86 of the Complaint.

87.    Answering Defendants deny the allegations of paragraph 87 of the Complaint.

88.    Answering Defendants deny the allegations of paragraph 88 of the Complaint.

89.    Answering Defendants deny the allegations of paragraph 89 of the Complaint.

III.     **Defendants Subject Prisoners in Isolation to Unconstitutional Conditions**

90.     Answering Defendants deny the allegations of paragraph 90 of the Complaint and affirmatively allege that any such placements are for short periods of time, except for STG-validated inmates who can leave administrative detention at any time by debriefing and renouncing their STG involvement.

91.     Answering Defendants deny the allegations of paragraph 91 of the Complaint.

92.     Answering Defendants deny the allegations of paragraph 92 of the Complaint.

93.     Answering Defendants deny the allegations of paragraph 93 of the Complaint.

94.     Answering Defendants deny the allegations of paragraph 94 of the Complaint.

95.     Answering Defendants deny the allegations of paragraph 95 of the Complaint.

96.     Answering Defendants deny the allegations of paragraph 96 of the Complaint.

97.     Answering Defendants deny the allegations of paragraph 97 of the Complaint.

98.     Answering Defendants deny the allegations of paragraph 98 of the Complaint.

99.     Answering Defendants deny the allegations of paragraph 99 of the Complaint.

100.     Answering Defendants deny the allegations of paragraph 100 of the Complaint.

## CLASS ACTION ALLEGATIONS

**Plaintiff Class**

101.   Answering Defendants admit that paragraph 101 of the Complaint contains Plaintiffs' allegations.

Numerosity:  Fed. R. Civ. P. 23(a) (1)

102.   Answering Defendants deny the allegations of paragraph 102 of the Complaint.

103.   Answering Defendants deny the allegations of paragraph 103 of the Complaint.

Commonality:  Fed. R. Civ. P. 23(a) (2)

104.   Answering Defendants deny the allegations of paragraph 104 of the Complaint.

(a)   Answering Defendants deny the allegations of paragraph 104(a) of the Complaint.

(b)   Answering Defendants deny the allegations of paragraph 104(b) of the Complaint.

Typicality:  Fed. R. Civ. P. 23(a) (3)

105.   Answering Defendants deny the allegations of paragraph 105 of the Complaint.

Adequacy:  Fed. R. Civ. P. 23(a) (4)

106.   Answering Defendants deny the allegations of paragraph 106 of the Complaint.

Fed. R. Civ. P. 23(b) (1) (A) and (B)

107.   Answering Defendants deny the allegations of paragraph 107 of the Complaint.

1          Fed. R. Civ. P. 23(b) (2)

2          108.   Answering Defendants deny the allegations of paragraph 108 of the

3   Complaint.

4          **Medical Subclass**

5          109.   Answering Defendants admit that paragraph 109 of the Complaint contains

6   Plaintiffs' allegations.

7          Numerosity:  Fed. R. Civ. P. 23(a) (1)

8          110.   Answering Defendants deny the allegations of paragraph 110 of the

9   Complaint.

10         111.   Answering Defendants deny the allegations of paragraph 111 of the

11  Complaint.

12          Numerosity:  Fed. R. Civ. P. 23(a) (2)

13         112.   Answering Defendants deny the allegations of paragraph 112 of the

14  Complaint.

15         (a)    Answering Defendants deny the allegations of paragraph 112(a) of the

16  Complaint.

17         (b)    Answering Defendants deny the allegations of paragraph 112(b) of the

18  Complaint.

19          Typicality:  Fed. R. Civ. P. 23(a) (3)

20         113.   Answering Defendants deny the allegations of paragraph 113 of the

21  Complaint.

22          Adequacy:  Fed. R. Civ. P. 23(a) (4)

23         114.   Answering Defendants deny the allegations of paragraph 114 of the

24  Complaint.

25

26

27

28

1                        Fed. R. Civ. P. 23(b) (1) (A) and (B)

2          115.    Answering Defendants deny the allegations of paragraph 115 of the

3 Complaint.

4          116.    Answering Defendants deny the allegations of paragraph 116 of the

5 Complaint.

6                         Fed. R. Civ. P. 23(b) (2)

7          117.    Answering Defendants deny the allegations of paragraph 117 of the

8 Complaint.

9     **Dental Subclass**

10          118.    Answering Defendants deny the allegations of paragraph 118 of the

11 Complaint.

12              Numerosity:  Fed. R. Civ. P. 23(a) (1)

13          119.    Answering Defendants deny the allegations of paragraph 119 of the

14 Complaint.

15          120.    Answering Defendants deny the allegations of paragraph 120 of the

16 Complaint.

17             Commonality:  Fed. R. Civ. P. 23(a) (2)

18          121.    Answering Defendants deny the allegations of paragraph 121 of the

19 Complaint.

20      (a)    Answering Defendants deny the allegations of paragraph 121(a) of the

21 Complaint.

22      (b)    Answering Defendants deny the allegations of paragraph 121(b) of the

23 Complaint.

24             Typicality:  Fed. R. Civ. P. 23 (a) (3)

25          122.    Answering Defendants deny the allegations of paragraph 122 of the

26 Complaint.

27

28

1

2

3

4                          Adequacy:  Fed. R. Civ. P. 23(a) (4)

5          123.    Answering Defendants deny the allegations of paragraph 123 of the

6    Complaint.

7                          Fed. R. Civ. P. 23(b) (1) (A) and (B)

8          124.    Answering Defendants deny the allegations of paragraph 124 of the

9    Complaint.

10                         Fed. R. Civ. P. 23(b) (2)

11         125.   Answering Defendants deny the allegations of paragraph 125 of the

12   Complaint.

13   **Mental Heath Subclass**

14         126.    Answering Defendants deny the allegations of paragraph 126 of the

15   Complaint.

16                     Numerosity:  Fed. R. Civ. P. 23(a) (1)

17         127.   Answering Defendants deny the allegations of paragraph 127 of the

18   Complaint.

19                     Commonality:  Fed. R. Civ. P. 23(a) (2)

20         128.   Answering Defendants deny the allegations of paragraph 128 of the

21   Complaint.

22         (a)     Answering Defendants deny the allegations of paragraph 128(a) of the

23                 Complaint.

24         (b)     Answering Defendants deny the allegations of paragraph 128(b) of the

25                 Complaint.

26                     Typicality:  Fed. R. Civ. P. 23(a) (3)

27

28

14

129.   Answering Defendants deny the allegations of paragraph 129 of the Complaint.

Adequacy:  Fed. R. Civ. P. 23(a) (4)

130.   Answering Defendants deny the allegations of paragraph 130 of the Complaint.

Fed. R. Civ. P. 23(b) (1) (A) and (B)

131.   Answering Defendants deny the allegations of paragraph 131 of the Complaint.

Fed. R. Civ. P. 23(b) (2)

132.   Answering Defendants deny the allegations of paragraph 132 of the Complaint.

**Isolation Subclass**

133.   Answering Defendants deny the allegations of paragraph 133 of the Complaint.

Numerosity:  Fed. R. Civ. P. 23(a) (1)

134.   Answering Defendants deny the allegations of paragraph 134 of the Complaint.

Commonality:  Fed. R. Civ. P. 23(a) (2)

135.   Answering Defendants deny the allegations of paragraph 135 of the Complaint.

(a)      Answering Defendants deny the allegations of paragraph 135(a) of the Complaint.

(b)      Answering Defendants deny the allegations of paragraph 135(a) of the Complaint.

15

1

Typicality:  Fed. R. Civ. P. 23(a) (3)

2      136.   Answering Defendants deny the allegations of paragraph 1376of the

3   Complaint.

4

Adequacy:  Fed. R. Civ. P. 23(a) (4)

5      137.   Answering Defendants deny the allegations of paragraph 137 of the

6   Complaint.

7

Fed. R. Civ. P. 23(b) (1) (A) and (B)

8      138.   Answering Defendants deny the allegations of paragraph 138 of the

9   Complaint.

10

Fed. R. Civ. P. 23(b) (2)

11      139.   Answering Defendants deny the allegations of paragraph 139 of the

12   Complaint.

13

**CLAIMS FOR RELIEF**

14

**First Cause of Action**
(All Prisoner Plaintiffs and the Plaintiff Class v. Defendants Ryan and Pratt)

15
(42 U.S.C. § 1983; Eighth Amendment)

16      140.   Answering Defendants deny the allegations of paragraph 140 of the

17   Complaint.

18      141.   Answering Defendants deny the allegations of paragraph 141 of the

19   Complaint.

20

**Second Cause of Action**
(Plaintiffs Jensen, Swartz, Chisholm, Licci, Hefner, Polson, and Wells; and

21
Medical Subclass v. Defendants Ryan and Pratt)
(42 U.S.C. § 1983; Eighth Amendment)

22

23      142.   Answering Defendants deny the allegations of paragraph 142 of the

24   Complaint.

25      143.   Answering Defendants deny the allegations of paragraph 143 of the

26   Complaint.

27

28

**Third Cause of Action**
(Plaintiffs Swartz, Parson, Chisholm, Polson, and Wells; and
Dental Subclass v. Defendants Ryan and Pratt)
(42 U.S.C. § 1983; Eighth Amendment)

144.   Answering Defendants deny the allegations of paragraph 144 of the Complaint.

145.   Answering Defendants deny the allegations of paragraph 145 of the Complaint.

**Fourth Cause of Action**
(Plaintiffs Gamez, Swartz, Brislan, Rodriguez, Verduzco, Thomas, Smith, Parsons,
Chisholm, and Polson; Plaintiff Arizona Center for Disability Law; and
Mental Health Subclass v. Defendants Ryan and Pratt)
(42 U.S.C. § 1983; Eighth Amendment)

146.   Answering Defendants deny the allegations of paragraph 146 of the Complaint.

147.   Answering Defendants deny the allegations of paragraph 147 of the Complaint.

**Fifth Cause of Action**
(Plaintiffs Gamez, Swartz, Brislan, Rodriguez, Verduzco, Thomas, Smith, Polson;
and Plaintiff Arizona Center for Disability Law; and
Isolation Subclass v. Defendants Ryan and Pratt)
(42.S.C. § 1983; Eighth Amendment)

148.   Answering Defendants deny the allegations of paragraph 148 of the Complaint.

149.   Answering Defendants deny the allegations of paragraph 149 of the Complaint.

150.   Answering Defendants deny each and every  allegations of the Complaint not specifically admitted herein.

**AFFIRMATIVE DEFENSES**

1.      Affirmatively allege that Plaintiffs have failed to state any claim upon which relief can be granted;

2.      Affirmatively allege that Defendants, at all times alleged herein, acted

1    professionally and pursuant to legitimate penological interest and in compliance with all

2    constitutional provisions;

3        3.    Affirmatively allege that Plaintiffs' Complaint fails, as a matter of law, to

4    allege sufficient affirmative involvement of the Defendants;

5        4.    Affirmatively allege that Plaintiffs failed to exhaust prison administrative

6    remedies as are available; and therefore, his claims are barred by 42 U.S.C. § 1997e(a)

7    whether denominated as an affirmative defense, subject matter jurisdiction, quasi-

8    jurisdictional, abatement or a condition precedent.

9        5.    Affirmatively allege that Plaintiffs have failed to join a necessary party or

10   parties under Fed. R. Civ. P. 19.

11       6.    Affirmatively allege that Plaintiffs are improperly projecting isolated

12   problems in a very large health care system to the entire system to improperly conclude

13   that there are systemic problems.

14       7.    Affirmatively allege that the claims involving "isolation" have been

15   litigated numerous times in this District and are barred or limited, in whole or in part, by

16   res judicata or collateral estoppel.

17       8.    Affirmatively allege that some or all of the named Plaintiffs, and putative

18   class members, have or are in the process of litigating issues raised in the Complaint and

19   such claims are barred or limited, in whole or in part, by res judicata, law-of- the-case, or

20   collateral estoppel.

21       9.    Affirmatively allege that some or all of the named Plaintiffs', and putative

22   class members', claims are barred by the statute of limitations.

23       10.    Assert that Plaintiffs cannot establish that this is an appropriate matter for

24   class certification under Fed. R. Civ. P. 23.

25       11.    At the time of this Answer, Defendants do not know which, if any,

26   additional affirmative defenses may be supported by the facts developed through

27

28

1   discovery.  Accordingly, Defendants allege, as though set forth herein *in haec verba*, all

2   affirmative defenses set forth in Rule 8 of the Federal Rules of Civil Procedure.

3   **DEMAND FOR JURY TRIAL**

4       Answering Defendants demand a trial by jury to the extent permitted by law.

5       WHEREFORE, it is respectfully requested that the Court:

6       1.  Dismiss Plaintiffs' complaint in its entirety with prejudice;

7       2.  Award Defendants their attorneys fees and costs as allowed by law; and

8       3.  Award such other and further relief as the Court deems just and proper.

9       RESPECTFULLY SUBMITTED this 14th day of May, 2012.

10                                          Thomas C. Horne
                                            Attorney General
11

12                                          s/Michael E. Gottfried
                                            Michael E. Gottfried
13                                          Assistant Attorney General
                                            *Attorneys for Defendants*
14

15

16   **CERTIFICATE OF SERVICE**

17       I hereby certify that on May 14, 2012, I electronically transmitted the attached

18   document to the Clerk of the Court using the ECF System.

19       This document and the Notice of Electronic Filing were automatically served on

20   the same date to the following, who are registered participants of the CM/ECF System:

21   Daniel J. Pochoda, Esq.
     ACLU Foundation of Arizona
22   3707 North 7th Street, #235
     *Attorneys for Plaintiffs*
23

24   Donald Specter, Esq.
     Prison Law Office
     1917 Fifth Street
25   Berkeley, CA 94710
     *Attorneys for Plaintiff*
26

27   Daniel C. Barr, Esq.
     Perkins Cole LLP

28
19

1   2901 North Central Avenue, #2000
    Phoenix, AZ 85012-28
2   *Attorneys for Plaintiffs*

3   David C. Fathi, Esq.
    ACLU National Prison Project
4   915 15th Street N.W., 7th Floor
    Washington, DC 20005
5   *Attorneys for Plaintiff*

6   Caroline Mitchell, Esq.
    Jones Day
7   555 California Street, 26th Floor
    San Francisco, CA 94104
8   *Attorneys for Plaintiffs*

9   Jennifer Alewelt
    Arizona Center for Disability Law
10  5025 East Washington Street, #202
    Phoenix, AZ 85034
11  *Attorneys for Plaintiff Arizona Center*
     *for Disability Law*

12

13  s/Colleen S. Jordan
    Secretary to Michael E. Gottfried
14  #2696408

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                          20