Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
STRUCK WIENEKE, & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-NVW <br><br> **NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Daniel P. Struck, Kathleen L. Wieneke, Timothy J. Bojanowski, Nicholas D. Acedo, Courtney R. Cloman and Ashlee B. Fletcher, of Struck Wieneke & Love, P.L.C., are entering an appearance as counsel of record on behalf of Defendants in the above-captioned matter, and hereby request to be added to the Court's service list.

2651611.1

DATED this 23rd day of May, 2012

STRUCK WIENEKE, & LOVE, P.L.C.


By /s/ *Timothy J. Bojanowski*
    Daniel P. Struck
    Kathleen L. Wieneke
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Courtney R. Cloman
    Ashlee B. Fletcher
    STRUCK WIENEKE, & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226
    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Douglas E. Roberts: | douglasroberts@jonesday.com |
| Sara Norman: | snorman@prisonlaw.com |
| Ilham A. Hosseini: | ihosseini@jonesday.com |
| Sophia Calderon: | scalderson@jonesday.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/*Timothy J. Bojanowski*

2651611.1

2