# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Victor Antonio Parsons, et al.

    Plaintiff(s)/Petitioner(s),

vs.

Charles L. Ryan, et al.

    Defendant(s)/Respondent(s)

CASE NO: 2:12-cv-00601-NVW-MEA

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED / LODGED
RECEIVED / COPY
JUN 0 7 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, **SARAH RAUH**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **All plaintiffs except Arizona Center for Disability Law**.

City and State of Principal Residence: San Francisco, California

Firm Name: JONES DAY

Address: 555 California Street    Suite: 26th Floor

City: San Francisco    State: CA    Zip: 94104

Firm/Business Phone: (415) 626-3939

Firm Fax Phone: (415) 875-5700    E-mail Address: srauh@jonesday.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| U.S. District Court for the Northern District of Illinois | 08/25/2008 | ☑ Yes ☐ No* |
| U.S. Court of Appeals for the Seventh Circuit | 05/11/2011 | ☑ Yes ☐ No* |
| U.S. Court of Appeals for the Federal Circuit | 12/17/2007 | ☑ Yes ☐ No* |

\* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

\* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    ☐ Yes   ☑ No

Have you ever been disbarred from practice in any Court?    ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

6/5/2012      *[signature]*

Date    Fee Receipt # phxcv2877    Signature of Applicant

(Rev. 04/12)

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Sarah E. Rauh

Northern District of Illinois

    I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Sarah E. Rauh was duly admitted to practice in said Court on (08/25/2008) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/30/2012 )

Thomas G. Bruton, Clerk,

By: /Jannette Nunez
Deputy Clerk