IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Arizona Democratic Party, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>Katie Hobbs, *et al.*,<br><br>  Defendants,<br><br>and<br><br>Republican National Committee; Arizona Republican Party; and Donald J. Trump for President, Inc.,<br><br>  Proposed Intervenor-Defendants. | No. 2:20-cv-01143-DLR<br><br>**[PROPOSED] ORDER GRANTING INTERVENTION** |

Having considered Movants'—Republican National Committee, the Arizona Republican Party, and Donald J. Trump for President, Inc.'s—Motion to Intervene, pursuant to Fed. R. Civ. P. 24, **IT IS HEREBY ORDERED** granting the Movants' motion.

**IT IS FURTHER ORDERED** granting Movants leave from the Rule 24(c) responsive pleading requirement, as the Court is "apprised of the grounds for the motion." *Beckman Indus. Inc., v. Int'l Ins. Co.*, 966 F.2d 470, 474 (9th Cir. 1992).

**IT IS FURTHER ORDERED** that Movants shall confer with the other parties no later than June 23, 2020 regarding: (1) a proposed briefing and hearing schedule on Plaintiffs' motion, which should account for the need to resolve the motion expeditiously in light of the upcoming general election; (2) whether the parties agree that consolidation of the preliminary injunction motion and the trial on the merits is appropriate under Rule

65(a)(2); (3) whether Defendants will need to conduct any discovery to respond to the evidence Plaintiffs have presented to support their requested injunction; and (4) whether Plaintiffs will need to conduct any discovery to address whatever new evidence Defendants might supply.

**IT IS FURTHER ORDERED** that Movants shall participate in the telephonic status conference at **3:00 PM on June 23, 2020**.