Jennifer A. Alewelt (Bar No. 027366)
Ruth Szanto (Bar No. 029073)
Asim Varma (Bar No. 027927)
ARIZONA CENTER FOR DISABILITY LAW
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
(602) 274-6287
jalewelt@azdisabilitylaw.org
rszanto@azdisabilitylaw.org
avarma@azdisabilitylaw.org
*Attorneys for Plaintiff*
*Arizona Center for Disability Law*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VICTOR ANTONIO PARSONS, et al., | No. 2:12-CV-00601-NVW |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| CHARLES RYAN, et al., | |
| Defendants. | Hon. Neil V. Wake |

Asim Varma of the Arizona Center for Disability Law hereby enters his appearance as co-counsel of record on behalf of Plaintiff Arizona Center for Disability Law. Mr. Varma's contact information is as follows:

Asim Varma
Arizona Center for Disability Law
5025 E. Washington St., Suite 202
Phoenix, AZ 85034
Telephone: (602) 274-6287
Email: avarma@azdisabilitylaw.org

Please add Mr. Varma to the Court's ECF notice service list.

Respectfully submitted this 14th day of June, 2012.

                            ARIZONA CENTER FOR DISABILITY LAW

                            <u>s/ Asim Varma</u>
                            Asim Varma
                            Jennifer A. Alewelt
                            Ruth Szanto
                            *Attorneys for Plaintiffs Arizona Center for Disability Law*

CERTIFICATE OF FILING AND SERVICE

I certify that on this 14th day of June, 2012, I electronically transmitted the foregoing Notice of Appearance to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants in this action.

Michael E. Gottfried        michael.gottfried@azag.gov

Daniel P. Struck            dstruck@swlfirm.com
Kathleen L. Wieneke         kwieneke@swlfirm.com
Timothy J. Bojanowski       tbojanowski@swlfirm.com
Nicholas D. Acedo           NAcedo@swlfirm.com
Courtney R. Cloman          ccloman@swlfirm.com
Ashlee B. Fletcher          afletcher@swlfirm.com
*Attorneys for Defendants*

Caroline N. Mitchell        cnmitchell@jonesday.com
Sophia Calderon             scalderon@jonesday.com
Ilham A. Hosseini           ihosseini@jonesday.com
Sarah Rauh                  srauh@jonesday.com

Daniel Joseph Pochoda       dpochoda@acluaz.org
James Duff Lyall            jlyall@acluaz.org
Kelly J. Flood              kflood@acluaz.org

Alison Hardy                ahardy@prisonlaw.com
Corene T. Kendrick          ckendrick@prisonlaw.com
Donald Specter              dspecter@prisonlaw.com
Sara Norman                 snorman@prisonlaw.com

Amy Fettig                  afettig@npp-aclu.org
David C. Fathi              dfathi@npp-aclu.org

Daniel C. Barr              DBarr@perkinscoie.com

| | |
|---|---|
| James A. Ahlers | jahlers@perkinscoie.com |
| Jill L. Ripke | jripke@perkinscoie.com |
| John H. Gray | jhgray@perkinscoie.com |
| Kirstin T. Eidenbach | keidenbach@perkinscoie.com |
| Matthew B. Du Mée | mdumee@perkinscoie.com |
| Thomas D. Ryerson | tryerson@perkinscoie.com |

s/Mavis Lauritzen