1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaaz.org
5         kflood@acluaz.org
          jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,
   Stephen Swartz, Dustin Brislan, Sonia Rodriquez,*
8  *Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert
   Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
9  *Joshua Polson, and Charlotte Wells, on behalf of
   themselves and all others similarly situated*

10 **[ADDITIONAL COUNSEL LISTED ON
    SIGNATURE PAGE]**
11
   Jennifer Alewelt (Bar No. 027366)
12 Ruth Szanto (Bar No. 029073)
   Asim Varma (Bar No. 027927)
13 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
14 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
15 Email: jalewelt@azdisabilitylaw.org
          rszanto@azdisabilitylaw.org
16        avarma@azdisabilitylaw.org

17 *Attorneys for Plaintiff Arizona Center of Disability Law*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriquez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **NOTICE OF SERVICE OF DISCOVERY REQUESTS** |

78204-0001/LEGAL23952829.1

1  PLEASE TAKE NOTICE that on June 15, 2012, Jones Day, acting in its capacity as Co-Counsel for Plaintiffs Shawn Jensen, Stephen Oliver Swartz, and Victor Antonio Parsons, served the following discovery on counsel for Defendants in this matter:

1. Plaintiff Shawn Jensen's First Set of Interrogatories to Defendants;

2. Plaintiff Stephen Oliver Swartz's First Set of Interrogatories to Defendants;

3. Plaintiff Victor Antonio Parsons' First Set of Interrogatories to Defendants; and

4. Plaintiff Victor Antonio Parsons' First Set of Requests for Production to Defendants.

Although the Arizona Center for Disability Law ("ACDL") was listed in the signature block on the discovery requests that were served, the ACDL does not represent the above-named Plaintiffs. Thus, as indicated in the titles and text of those documents, as well as in this Notice, the ACDL did not propound or serve the above discovery.

Dated: June 18, 2012                    **PERKINS COIE LLP**

By: /s/ Kirstin T. Eidenbach
    Daniel C. Barr (Bar No. 010149)
    Jill L. Ripke (Bar No. 024837)
    James A. Ahlers (Bar No. 026660)
    Kirstin T. Eidenbach (Bar No. 027341)
    John H. Gray (Bar No. 028107)
    Thomas D. Ryerson (Bar No. 028073)
    Matthew B. du Mée (Bar No. 028468)
    2901 N. Central Avenue, Suite 2000
    Phoenix, Arizona 85012
    Telephone: (602) 351-8000
    Email:   dbarr@perkinscoie.com
             rjipke@perkinscoie.com
             jahlers@perkinscoie.com
             keidenbach@perkinscoie.com
             jhgray@perkinscoie.com
             tryerson@perkinscoie.com
             mdumee@perkinscoie.com

78204-0001/LEGAL23952829.1

Daniel J. Pochoda
Kelly J. Flood
James Duff Lyall
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  dpochoda@acluaaz.org;
        kflood@acluaz.org
        jlyall@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:  dspecter@prisonlaw.com
        ahardy@prisonlaw.com
        snorman@prisonlaw.com
        ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:  dfathi@npp-aclu.org
        afettig@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
| 2 | Ilham Hosseini (Cal. 256274)* |
|   | Sophia Calderon (Cal. 278315)* |
| 3 | **JONES DAY** |
|   | 555 California Street, 26th Floor |
| 4 | San Francisco, California 94104 |
|   | Telephone:  (415) 875-5712 |
| 5 | Email:    cnmitchell@jonesday.com |
|   |              ihosseini@jonesday.com |
| 6 |              scalderon@jonesday.com |
| 7 | *Admitted *pro hac vice* |

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriquez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

**- and-**

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Ruth Szanto
Asim Varma
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
rszanto@azdisabilitylaw.org
avarma@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

/s/  Delana Freouf