Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaaz.org
        kflood@acluaz.org
        jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriquez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Jennifer Alewelt (Bar No. 027366)
Ruth Szanto (Bar No. 029073)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
        rszanto@azdisabilitylaw.org
        avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center of Disability Law*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriquez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **MOTION TO CORRECT THE RECORD PURSUANT TO LOCAL RULE 83.3** |

Jones Day attorneys Sophia Calderón and Ilham Hosseini and ACLU National Prison Project attorney Amy Fettig move to correct the record pursuant to Local Rule 83.3. Due to a clerical error, the *pro hac vice* applications for Sophia Calderón, Ilham Hosseini, and Amy Fettig incorrectly implied that they represent all of the plaintiffs in this action. Jones Day and ACLU National Prison Project represent all of the plaintiffs except for the Arizona Center for Disability Law. Jones Day and ACLU National Prison Project represent the following named Plaintiffs:

1. Victor Antonio Parsons;
2. Shawn Jensen;
3. Stephen Oliver Swartz;
4. Dustin Brislan;
5. Sonia Rodriguez;
6. Christina Verduzco;
7. Jackie Thomas;
8. Jeremy Smith;
9. Robert Carrasco Gamez, Jr.;
10. Maryanne Chisholm;
11. Desiree Licci;
12. Joseph Hefner;
13. Joshua Polson; and
14. Charlotte Wells.

The Arizona Center for Disability Law consents to this Motion and has signed a written statement, attached hereto as Exhibit A, stating that Jones Day and ACLU National Prison Project have not represented the Arizona Center for Disability Law in connection with this matter.

We request that the Court order the Clerk to correct the record and caption so that Sophia Calderón, Ilham Hosseini, and Amy Fettig appear as counsel of record only for the above named Plaintiffs and not for the Arizona Center for Disability Law.

| | | |
|---|---|---|
| 1 | Dated: June 22, 2012 | **JONES DAY** |
| 2 | | |
| 3 | | By: /s/ Sophia Calderón |
| | | Caroline Mitchell (Cal. 143124)* |
| | | Ilham Hosseini (Cal. 256274)* |
| 4 | | Sophia Calderón (Cal. 278315)* |
| | | 555 California Street, 26th Floor |
| 5 | | San Francisco, California 94104 |
| | | Telephone: (415) 875-5712 |
| 6 | | Email:   cnmitchell@jonesday.com |
| | | ihosseini@jonesday.com |
| 7 | | scalderon@jonesday.com |


1  Dated: June 22, 2012

**JONES DAY**

By: /s/ Sophia Calderón
 Caroline Mitchell (Cal. 143124)*
 Ilham Hosseini (Cal. 256274)*
 Sophia Calderón (Cal. 278315)*
 555 California Street, 26th Floor
 San Francisco, California 94104
 Telephone: (415) 875-5712
 Email:   cnmitchell@jonesday.com
   ihosseini@jonesday.com
   scalderon@jonesday.com

*Admitted *pro hac vice*

**ACLU NATIONAL PRISON PROJECT**

By: /s/ Amy Fettig
 David C. Fathi (Wash. 24893)*
 Amy Fettig (D.C. 484883)**
 915 15th Street N.W., 7th Floor
 Washington, D.C. 20005
 Telephone: (202) 548-6603
 Email:   dfathi@npp-aclu.org
   afettig@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel J. Pochoda
Kelly J. Flood
James Duff Lyall
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaaz.org;
   kflood@acluaz.org
   jlyall@acluaz.org

-2-

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Jill L. Ripke (Bar No. 024837)
James A. Ahlers (Bar No. 026660)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Thomas D. Ryerson (Bar No. 028073)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         rjipke@perkinscoie.com
         jahlers@perkinscoie.com
         keidenbach@perkinscoie.com
         jhgray@perkinscoie.com
         tryerson@perkinscoie.com
         mdumee@perkinscoie.com

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriquez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com

        /s/ Lillian Wong
        Lillian Wong