# EXHIBIT A

1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone:  (602) 650-1854
   Email: dpochoda@acluaaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

   *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
7  *Stephen Swartz, Dustin Brislan, Sonia Rodriquez,*
   *Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert*
8  *Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
   *Joshua Polson, and Charlotte Wells, on behalf of*
9  *themselves and all others similarly situated*

10 **[ADDITIONAL COUNSEL LISTED ON
    SIGNATURE PAGE]**

11 Jennifer Alewelt (Bar No. 027366)
   Ruth Szanto (Bar No. 029073)
12 Asim Varma (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
13 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
14 Telephone:  (602) 274-6287
   Email: jalewelt@azdisabilitylaw.org
15         rszanto@azdisabilitylaw.org
           avarma@azdisabilitylaw.org
16 *Attorneys for Plaintiff Arizona Center of Disability Law*

17                UNITED STATES DISTRICT COURT

18                     DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriquez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br><br> **STATEMENT OF ARIZONA CENTER FOR DISABILITY LAW** |

The Arizona Center for Disability Law consents to Jones Day's and ACLU National Prison Project's Motion to Correct the Record Pursuant to Local Rule 83.3. Jones Day and ACLU National Prison Project have not represented the Arizona Center for Disability Law in connection with this matter. The Arizona Center for Disability Law also requests that the Court order the Clerk to correct the record so that Sophia Calderón, Ilham Hosseini, and Amy Fettig do not appear as counsel of record for the Arizona Center for Disability Law.

Dated: June 22, 2012

**ARIZONA CENTER FOR DISABILITY LAW**

By: /s/ Jennifer Alewelt
Jennifer Alewelt
Ruth Szanto
Asim Varma
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   jalewelt@azdisabilitylaw.org
        rszanto@azdisabilitylaw.org
        avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

1