IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Defendants. | No. CV 12-00601-PHX-NVW<br><br>**ORDER** |

The Court having received and reviewed Jones Day's and ACLU National Prison Project's Motion to Correct the Record Pursuant to Local Rule 83.3 (Doc. 38), and good cause appearing,

IT IS ORDERED granting Jones Day's and ACLU National Prison Project's Motion to Correct the Record Pursuant to Local Rule 83.3 (Doc. 38).

IT IS FURTHER ORDERED directing the Clerk of the Court to correct the record and caption so that Sophia Calderón, Ilham Hosseini, and Amy Fettig appear as counsel of record only for the individually named Plaintiffs and not for the Arizona Center for Disability Law.

DATED this 25th day of June, 2012.

_____
Neil V. Wake
United States District Judge