Jennifer A. Alewelt  (Bar No.  027366)
Ruth Szanto (Bar No.  029073)
Asim Varma (Bar No. 027927)
ARIZONA CENTER FOR DISABILITY LAW
5025 East Washington Street, Suite 202
Phoenix, Arizona  85034
(602) 274-6287
jalewelt@azdisabilitylaw.org
rszanto@azdisabilitylaw.org
avarma@azdisabilitylaw.org
*Attorneys for Plaintiff*
*Arizona Center for Disability Law*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VICTOR ANTONIO PARSONS, et al., | No. 2:12-CV-00601-NVW |
| Plaintiffs, | **NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURE STATEMENT** |
| v. | |
| CHARLES RYAN, et al., | **Hon. Neil V. Wake** |
| Defendants. | |

Plaintiffs give notice that on June 29, 2012, Plaintiffs served Plaintiff's Initial Disclosure Statement by electronic mail to Defendants' attorneys Michael E. Gottfried, Assistant Attorney General, at Michael.Gottfried@azag.gov, Tim Bojanowski at TBojanowski@swlfirm.com, Dan Struck at DStruck@swlfirm.com,  Kathy Wieneke at KWieneke@swlfirm.com , Nicholas Daniel Acedo at NAcedo@swlfirm.com, Courtney Rachel Cloman at           ccloman@swlfirm.com , and Ashlee B. Fletcher at

afletcher@swlfirm.com.

Respectfully submitted this 29th day of June, 2012.

                                        ARIZONA CENTER FOR DISABILITY LAW

                                        s/ Jennifer A. Alewelt
                                        Jennifer A. Alewelt
                                        Ruth Szanto
                                        Asim Varma
                                        *Attorneys for Plaintiffs*

CERTIFICATE OF FILING AND SERVICE

I certify that on this 29th day of June, 2012, I electronically transmitted the foregoing Notice of Service of Plaintiff's Initial Disclosure Statement to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants in this action, the following:

Arizona Attorney General Thomas Horne
Office of the Attorney General
Michael Gottfried:    Michael.Gottfried@azag.gov

and

Tim Bojanowski :         TBojanowski@swlfirm.com
Dan Struck:              DStruck@swlfirm.com
Kathy Wieneke:           KWieneke@swlfirm.com
Nicholas Daniel Acedo:   NAcedo@swlfirm.com
Courtney Rachel Cloman:  ccloman@swlfirm.com
Ashlee B. Fletcher:      afletcher@swlfirm.com
STRUCK WEINEKE & LOVE, P.L.C.
*Attorneys for Defendants*


Caroline N. Mitchell:    cnmitchell@jonesday.com
Sophia Calderon:         scalderon@jonesday.com
Ilham A. Hosseini:       ihosseini@jonesday.com
Sarah Rauh:              srauh@jonesday.com
JONES DAY

Daniel Joseph Pochoda:   dpochoda@acluaz.org
James Duff Lyall:        jlyall@acluaz.org
Kelly Joyce Flood:       kflood@acluaz.org
ACLU FOUNDATION OF ARIZONA

Alison Hardy:            ahardy@prisonlaw.com

| | |
|---|---|
| Corene T. Kendrick: | ckendrick@prisonlaw.com |
| Donald Specter: | dspecter@prisonlaw.com |
| Sarah Norman: | snorman@prisonlaw.com |

PRISON LAW OFFICE

| | |
|---|---|
| Amy Fettig: | afettig@npp-aclu.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org |

ACLU NATIONAL PRISON PROJECT

| | |
|---|---|
| Daniel Clayton Barr: | DBarr@perkinscoie.com |
| James Anthony Ahlers: | jahlers@perkinscoie.com |
| Jill Louise Ripke: | jripke@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com |
| Matthew Benjamin du Mee | mdumee@perkinscoie.com |
| Thomas Dean Ryerson: | tryerson@perkinscoie.com |

PERKINS COIE LLP

s/Mavis Lauritzen