1 | Arizona Attorney General Thomas C. Horne
Office of the Attorney General
2 | Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
3 | 1275 W. Washington Street
Phoenix, Arizona 85007-2926
4 | Telephone: (602) 542-4951
Fax: (602) 542-7670
5 | Michael.Gottfried@azag.gov

6 | Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
7 | Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
8 | Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
9 | STRUCK WIENEKE, & LOVE, P.L.C.
3100 West Ray Road, Suite 300
10 | Chandler, Arizona  85226
Telephone:  (480) 420-1600
11 | Fax:  (480) 420-1696
dstruck@swlfirm.com
12 | kwieneke@swlfirm.com
tbojanowski@swlfirm.com
13 | nacedo@swlfirm.com
ccloman@swlfirm.com
14 | afletcher@swlfirm.com

15 | *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**NOTICE OF SERVICE OF DEFENDANTS' INTIAL DISCLOSURE STATEMENT** |

2664590.1

NOTICE IS HEREBY GIVEN that Defendants have this date served Defendants' Initial Disclosure Statement upon Plaintiffs, by emailing all counsel of record at the email addresses listed below.

DATED this 29th day of June, 2012

STRUCK WIENEKE, & LOVE, P.L.C.

By /s/ *Timothy J. Bojanowski*
Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
STRUCK WIENEKE, & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:  ahardy@prisonlaw.com

Amy Fettig:  afettig@npp-aclu.org

Caroline N. Mitchell: cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick: ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr: DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

| | | |
|---|---|---|
| 1 | David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; mtartaglia@npp-aclu.org |
| 2 | Donald Specter: | dspecter@prisonlaw.com |
| 3 | Ilham A. Hosseini: | ihosseini@jonesday.com; areyes@jonesday.com |
| 4 | James Anthony Ahlers: | jahlers@perkinscoie.com; docketphx@perkinscoie.com; jroe@perkinscoie.com |
| 5 | James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| 6 | Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org |
| 7 | Jill Louise Ripke: | jripke@perkinscoie.com; jgable@perkinscoie.com |
| 8 | John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| 9 | Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| 10 | Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| 11 | Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| 12 | Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| 13 | Ruth Angela Szanto: | RSzanto@azdisabilitylaw.org; RuthSzanto@gmail.com |
| 14 | Sara Norman: | snorman@prisonlaw.com |
| 15 | Sophia Calderon: | scalderson@jonesday.com |
| 16 | Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/*Timothy J. Bojanowski*

3