Daniel J. Pochoda (SBA 021979)
Kelly Flood (SBA 019772)
James Duff Lyall (SBA 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 N. 7th Street, Suite 235
Phoenix, AZ  85013
Tel.:  (602) 650-1854
Email:  dpochoda@acluaz.org
          kflood@acluaz.org
          jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)
*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

Jennifer Alewelt (SBA 027366)
Ruth Szanto (SBA 029073)
Asim Varna (SBA 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington St. Suite 202
Phoenix, AZ  85034
Tel.:  (602) 274-6287
Email:  jalewelt@azdisabilitylaw.org
          rszanto@azdisabilitylaw.org
          avarma@azdisabilitylaw.org
*Attorneys for Plaintiff Arizona Center for Disability Law*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **NOTICE OF SERVICE OF NAMED PLAINTIFFS' INITIAL DISCLOSURE STATEMENT** |

PLEASE TAKE NOTICE that on June 29, 2012, Prison Law Office, acting in its capacity as co-counsel for named plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, served Named Plaintiffs' Initial Disclosure Statement on counsel for Defendants.

Although the Arizona Center for Disability Law ("ACDL") is listed on the caption page of the disclosure statement that was served, the ACDL does not represent the above-named Plaintiffs. Thus, as indicated in the titles and text of the Disclosure Statement, as well as in this Notice, the ACDL did not propound or serve the above Disclosure Statement.

DATED:  June 29, 2012          **PRISON LAW OFFICE**

By:   */s/ Donald Specter*
    Donald Specter (Cal. 83925)\*
    Alison Hardy (Cal. 135966)\*
    Sara Norman (Cal. 189536)\*
    Corene Kendrick (Cal. 226642)\*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, CA  94710
Tel.: (510) 280-2621
Email:  dspecter@prisonlaw.com
        ahardy@prisonlaw.com
        snorman@prisonlaw.com
        ckendrick@prisonlaw.com
\* *Pro hac vice*

Daniel J. Pochoda (SBA 021979)
Kelly Flood (SBA 019772)
James Duff Lyall (SBA 330045)\*
**ACLU FOUNDATION OF ARIZONA**
3707 N. 7th Street, Suite 235
Phoenix, AZ  85013
Tel.:  (602) 650-1854
Email:  dpochoda@acluaz.org
        kflood@acluaz.org
        jlyall@acluaz.org

\*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

|   |   |
|---|---|
| 1 | David C. Fathi (Wash. 24893)* |
|   | Amy Fettig (D.C. 484883)** |
| 2 | **ACLU NATIONAL PRISON PROJECT** |
| 3 | 915 15th St. N.W., 7th Floor |
|   | Washington, D.C.  20005 |
| 4 | Tel.:  (202) 548-6603 |
|   | Email:  dfathi@npp-aclu.org |
| 5 | afettig@npp-aclu.org |
|   | * *Pro hac vice.  Not admitted in DC;* |
| 6 | *practice limited to federal courts* |
|   | ** *Pro hac vice* |
| 7 |   |
|   | Daniel C. Barr (SBA 010149) |
| 8 | Jill L. Ripke (SBA 024837) |
|   | James A. Ahlers (SBA 026660) |
| 9 | Kirstin T. Eidenbach (SBA 027341) |
|   | John H. Gray (SBA 028107) |
| 10 | Thomas D. Ryerson (SBA 028073) |
|   | Matthew B. Du Mée (SBA 028468) |
| 11 | **PERKINS COIE LLP** |
|   | 2901 N. Central Ave., Suite 2000 |
| 12 | Phoenix, AZ  85012-2788 |
|   | Tel:  (602) 351-8000 |
| 13 | Email:  dbarr@perkinscoie.com |
|   | jripke@perkinscoie.com |
| 14 | jahlers@perkinscoie.com |
|   | keidenbach@perkinscoie.com |
| 15 | jhgray@perkinscoie.com |
|   | tryerson@perkinscoie.com |
| 16 | mdumee@perkinscoie.com |
|   |   |
| 17 | Caroline Mitchell (Cal. 143124)* |
|   | Ilham Hosseini (Cal. 256724)* |
| 18 | Sophia Calderon (Cal. 278135)* |
|   | **JONES DAY** |
| 19 | 555 California St., 26th Floor |
|   | San Francisco, CA 94104 |
| 20 | Tel.: (415) 875-5712 |
|   | Email:  cnmitchell@jonesday.com |
| 21 | ihosseini@jonesday.com |
|   | scalderon@jonesday.com |
| 22 | * *Pro hac vice* |
|   |   |
| 23 | *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,  Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated* |

# CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Attorney General
**OFFICE OF THE ARIZONA ATTORNEY GENERAL**
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
**STRUCK WIENEKE & LOVE, P.L.C.**
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com

*Attorneys for Defendants*

and

Jennifer Alewelt
Ruth Szanto
Asim Varma
**ARIZONA CENTER FOR DISABILITY LAW**
jalewelt@azdisabilitylaw.org
rszanto@azdisabilitylaw.org
avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

_/s/ Donald Specter_

3