Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: dpochoda@acluaaz.org
         kflood@acluaz.org
         jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriquez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriquez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**NOTICE OF 30(b)(6) DEPOSITION AND NOTICE OF SERVICE OF SUBPOENA** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rules 30(b)(6) and 45 of the Federal Rules of Civil Procedure, Plaintiff Victor Parsons and the other named prisoner Plaintiffs will take the deposition of the Arizona Department of Corrections ("ADC") at 9:00 a.m. on August 7, 2012, at the law offices of Perkins Coie LLP, 2901 N. Central Avenue,

78204-0001/LEGAL24074925.1

1  Suite 2000, Phoenix, Arizona 85012-2788.  The prisoner Plaintiffs intend to record the
2  testimony stenographically using instantaneous (or "real time") transcription, which
3  provides visual display of the testimony.  The ADC is hereby requested and required,
4  pursuant to Federal Rules of Civil Procedure 45 and 30(b)(6), to designate and produce a
5  witness or witnesses to testify on its behalf on the topics identified in ATTACHMENT A
6  to the Subpoena.

7      PLEASE TAKE FURTHER NOTICE that, consistent with Federal Rule of Civil
8  Procedure 45, the ADC will be served with a subpoena duces tecum that requires it to
9  produce documents as described by ATTACHMENT B to the Subpoena at the deposition.

10 Dated: July 3, 2012                               **PERKINS COIE LLP**

12                                      By: /s/ John H. Gray
                                            Daniel C. Barr (Bar No. 010149)
                                            Jill L. Ripke (Bar No. 024837)
13                                          James A. Ahlers (Bar No. 026660)
                                            Kirstin T. Eidenbach (Bar No. 027341)
14                                          John H. Gray (Bar No. 028107)
                                            Thomas D. Ryerson (Bar No. 028073)
15                                          Matthew B. du Mée (Bar No. 028468)
                                            2901 N. Central Avenue, Suite 2000
16                                          Phoenix, Arizona 85012
                                            Telephone: (602) 351-8000
17                                          Email:  dbarr@perkinscoie.com
                                                    rjipke@perkinscoie.com
18                                                  jahlers@perkinscoie.com
                                                    keidenbach@perkinscoie.com
19                                                  jhgray@perkinscoie.com
                                                    tryerson@perkinscoie.com
20                                                  mdumee@perkinscoie.com

21                                          Daniel J. Pochoda
                                            Kelly J. Flood
22                                          James Duff Lyall
                                            **ACLU FOUNDATION OF**
23                                          **ARIZONA**
                                            3707 North 7th Street, Suite 235
24                                          Phoenix, Arizona 85013
                                            Telephone: (602) 650-1854
25                                          Email:  dpochoda@acluaaz.org;
                                                    kflood@acluaz.org
26                                                  jlyall@acluaz.org

27
28

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Ilham Hosseini (Cal. 256274)*
Sophia Calderon (Cal. 278315)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          ihosseini@jonesday.com
          scalderon@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriquez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jennifer Alewelt
Ruth Szanto
Asim Varma
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
rszanto@azdisabilitylaw.org
avarma@azdisabilitylaw.org

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com

/s/ Delana Freouf

78204-0001/LEGAL24074925.1