Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
STRUCK WIENEKE, & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                  Plaintiffs,<br><br>         v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                  Defendants. | NO. 2:12-cv-00601-NVW<br><br>**NOTICE OF SERVICE  OF DEFENDANTS' DISCOVERY REQUESTS** |

2665621.1

NOTICE IS HEREBY GIVEN that Defendants have this date served upon Plaintiffs' counsel the discovery papers listed below, by emailing same to all counsel of record at the email addresses listed below.

1. Defendant Charles Ryan's First Request for Production of Documents and Things to Plaintiff Victor Parsons;

2. Defendant Charles Ryan's First Request for Production of Documents and Things to Plaintiff Arizona Center for Disability Law.

DATED this 5th day of July, 2012

        STRUCK WIENEKE, & LOVE, P.L.C.

        By /s/ *Timothy J. Bojanowski*
          Daniel P. Struck
          Kathleen L. Wieneke
          Timothy J. Bojanowski
          Nicholas D. Acedo
          Courtney R. Cloman
          Ashlee B. Fletcher
          STRUCK WIENEKE, & LOVE, P.L.C.
          3100 West Ray Road, Suite 300
          Chandler, Arizona  85226

        Arizona Attorney General Thomas C. Horne
        Office of the Attorney General
        Michael E. Gottfried
        Assistant Attorney General
        1275 W. Washington Street
        Phoenix, Arizona 85007-2926

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:        ahardy@prisonlaw.com

Amy Fettig:        afettig@npp-aclu.org

Caroline N. Mitchell:  cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

| | | |
|---|---|---|
| 1 | Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| 2 | Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| 3, 4 | Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| 5 | David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; mtartaglia@npp-aclu.org |
| 6 | Donald Specter: | dspecter@prisonlaw.com |
| 7 | Ilham A. Hosseini: | ihosseini@jonesday.com; areyes@jonesday.com |
| 8, 9 | James Anthony Ahlers: | jahlers@perkinscoie.com; docketphx@perkinscoie.com; jroe@perkinscoie.com |
| 10 | James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| 11, 12 | Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org |
| 13 | Jill Louise Ripke: | jripke@perkinscoie.com; jgable@perkinscoie.com |
| 14 | John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| 15 | Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| 16 | Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| 17 | Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| 18, 19 | Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| 20 | Ruth Angela Szanto: | RSzanto@azdisabilitylaw.org; RuthSzanto@gmail.com |
| 21 | Sara Norman: | snorman@prisonlaw.com |
| 22 | Sophia Calderon: | scalderon@jonesday.com |
| 23 | Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ *Kimberly Shadoan*

3