Jennifer A. Alewelt  (Bar No.  027366)
Ruth Szanto (Bar No.  029073)
Asim Varma (Bar No. 027927)
ARIZONA CENTER FOR DISABILITY LAW
5025 East Washington Street, Suite 202
Phoenix, Arizona  85034
(602) 274-6287
jalewelt@azdisabilitylaw.org
rszanto@azdisabilitylaw.org
avarma@azdisabilitylaw.org
*Attorneys for Plaintiff*
*Arizona Center for Disability Law*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VICTOR ANTONIO PARSONS, et al., | No. 2:12-CV-00601-NVW |
| Plaintiffs, | |
| v. | **MOTION FOR WITHDRAWAL OF ATTORNEY** |
| CHARLES RYAN, et al., | |
| | Hon. Neil V. Wake |
| Defendants. | |

The undersigned attorney, Ruth Szanto, moves to withdraw as one of the counsel of record for Plaintiff Arizona Center for Disability Law herein.  The reason for this motion is that the undersigned is no longer employed by the Arizona Center for Disability Law.

Plaintiff will continue to be represented in this matter by Jennifer A. Alewelt and Asim Varma, attorneys of record with the Arizona Center for Disability Law.

Upon order granting this motion, it is also requested that Ruth Szanto be removed from ECF noticing in this matter.

Respectfully submitted this 13th day of July, 2012.

                ARIZONA CENTER FOR DISABILITY LAW

                s/ Ruth Szanto
                Jennifer A. Alewelt
                Ruth Szanto
                Asim Varma
                *Attorneys for Plaintiff Arizona Center for Disability Law*

## CERTIFICATE OF FILING AND SERVICE

I certify that on this 13th day of July, 2012, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this action:

Arizona Attorney General Thomas Horne
Office of the Attorney General
Michael Gottfried:    Michael.Gottfried@azag.gov

and

Tim Bojanowski :         TBojanowski@swlfirm.com
Dan Struck:              DStruck@swlfirm.com
Kathy Wieneke:           KWieneke@swlfirm.com
Nicholas Daniel Acedo:   NAcedo@swlfirm.com
Courtney Rachel Cloman:  ccloman@swlfirm.com
Ashlee B. Fletcher:      afletcher@swlfirm.com
STRUCK WEINEKE & LOVE, P.L.C.
*Attorneys for Defendants*

Caroline N. Mitchell:    cnmitchell@jonesday.com
Sophia Calderon:         scalderon@jonesday.com
Ilham A. Hosseini:       ihosseini@jonesday.com
Sarah Rauh:              srauh@jonesday.com
JONES DAY

Daniel Joseph Pochoda:   dpochoda@acluaz.org
James Duff Lyall:        jlyall@acluaz.org
Kelly Joyce Flood:       kflood@acluaz.org
ACLU FOUNDATION OF ARIZONA

Alison Hardy:            ahardy@prisonlaw.com
Corene T. Kendrick:      ckendrick@prisonlaw.com
Donald Specter:          dspecter@prisonlaw.com
Sarah Norman:            snorman@prisonlaw.com
PRISON LAW OFFICE

Amy Fettig:              afettig@npp-aclu.org
David Cyrus Fathi:       dfathi@npp-aclu.org

ACLU NATIONAL PRISON PROJECT

| | |
|---|---|
| Daniel Clayton Barr: | DBarr@perkinscoie.com |
| James Anthony Ahlers: | jahlers@perkinscoie.com |
| Jill Louise Ripke: | jripke@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com |
| Matthew Benjamin du Mee | mdumee@perkinscoie.com |
| Thomas Dean Ryerson: | tryerson@perkinscoie.com |

PERKINS COIE LLP

s/Mavis Lauritzen