1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VICTOR ANTONIO PARSONS, et al., | ) <br> ) No. 2:12-CV-00601-NVW <br> ) <br> ) **PROPOSED ORDER** <br> ) **GRANTING WITHDRAWAL OF** <br> ) **ATTORNEY RUTH SZANTO** <br> ) <br> ) Hon. Neil V. Wake <br> ) |
| Plaintiffs, | |
| v. | |
| CHARLES RYAN, et al., | |
| Defendants. | |

IT IS ORDERED allowing the withdrawal of Ruth Szanto as one of the counsel of record for Plaintiff Arizona Center for Disability Law in this action. Plaintiff continues to be represented by attorneys of record for the Arizona Center for Disability Law.

Dated: