# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Victor Antonio Parsons, et al., | ) | No. CV 12-00601-PHX-NVW |
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| Charles L. Ryan, et al., | ) | |
| Defendants. | ) | |

The Court having reviewed the Plaintiff's Motion for Withdrawal of Attorney (Doc. 47) filed on July 13, 2012, and good cause appearing,

IT IS ORDERED granting the Plaintiff's Motion for Withdrawal of Attorney (Doc. 47).

IT IS FURTHER ORDERED allowing the withdrawal of Ruth Szanto as one of the counsel of record for Plaintiff Arizona Center for Disability Law in this action. Plaintiff continues to be represented by attorneys of record for the Arizona Center for for Disability Law.

Dated this 13th day of July, 2012.

_____
Neil V. Wake
United States District Judge