Daniel J. Pochoda (SBA 021979)
Kelly Flood (SBA 019772)
James Duff Lyall (SBA 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 N. 7th Street, Suite 235
Phoenix, AZ  85013
Telephone: (602) 650-1854
dpochoda@acluaz.org
kflood@acluaz.org
jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

Jennifer Alewelt (SBA 027366)
Asim Varma (SBA 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington St. Suite 202
Phoenix, AZ  85034
Telephone (602) 274-6287
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**MOTION FOR PROTECTIVE ORDER** |

Pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure, Named Plaintiffs and Plaintiff Arizona Center for Disability Law (collectively "Plaintiff Group"), through their respective counsel, request that the Court sign a Protective Order governing the disclosure and use of the Protected Health Information ("PHI") and security information that will be exchanged during discovery in this case. A proposed Protective Order is attached.

Documents containing the PHI of inmates have been requested by Plaintiff Group. PHI is defined by the Health Insurance Portability and Accountability Act to include identifying information regarding the physical or mental health or condition of specific individuals; or the provision of health care to specific individuals; or the payment for the provision of health care to specific individuals. 45 CFR §160.103. Documents requested by Plaintiff Group containing PHI include, but are not limited to, the medical records of specific inmates, lists of medications prescribed to specific inmates, and other documents that contain information regarding the health condition of specific inmates. The term "security information" refers to all documents that would threaten prison safety and security if disclosed without protective conditions.

According to Federal Rule of Civil Procedure 26(c)(1), a protective order can be issued to protect individuals from "annoyance, embarrassment, oppression or undue burden." Plaintiff Group requests this Protective Order to protect inmates from embarrassment by preventing the disclosure of sensitive PHI of inmates to individuals other than the parties, their counsel, employees and agents of counsel who are assisting such counsel in the preparation or trial of this action, experts, consultants, witnesses, and any person named and agreed to in writing by counsel for the parties.

Undersigned counsel for Plaintiff Group certify that we conferred with Defendant and made good faith efforts to reach stipulated language for the Protective Order. (See Decl. of Jennifer Alewelt, Attachment A). Plaintiff Group files this motion because those efforts were unsuccessful. In summary, Plaintiff Group and Defendant exchanged drafts of proposed language, but ultimately could not agree on the breadth of the protective order. (See Decl. of Jennifer Alewelt, ¶¶ 2, 9-11). It is Plaintiff Group's position that the proposed Protective Order drafted by Defendants is overbroad and would bar access to documents and information essential to the litigation of the claims and defenses in this case.

For that reason, Plaintiff Group respectfully requests that the Court enter a Protective Order in the form attached herein.

Respectfully submitted this 19th day of July, 2012.

**ARIZONA CENTER FOR DISABILITY LAW**

By: */s/ Jennifer Alewelt*
    Jennifer Alewelt (SBA 027366)
    Asim Varma (SBA 029073)
    5025 East Washington St. Suite 202
    Phoenix, AZ  85034
    Telephone (602) 274-6287
    jalewelt@azdisabilitylaw.org
    avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

By: <u>    /s/ Donald Specter</u> (with permission)
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621
dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
* *Pro hac vice*

Daniel J. Pochoda (SBA 021979)
Kelly Flood (SBA 019772)
James Duff Lyall (SBA 330045)*
**ACLU FOUNDATION OF**
3707 N. 7th Street, Suite 235
Phoenix, AZ 85013
Telephone: (602) 650-1854
dpochoda@acluaz.org
kflood@acluaz.org
jlyall@acluaz.org
*\*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)*

David C. Fathi (Wash. 24893)**
Amy Fettig (D.C. 484883)*
**ACLU NATIONAL PRISON PROJECT**
915 15th St. N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
dfathi@npp-aclu.org
afettig@npp-aclu.org

* *Pro hac vice*
** *Pro hac vice. Not admitted in DC; practice limited to federal courts*

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Daniel C. Barr (SBA 010149)
Jill L. Ripke (SBA 024837)
James A. Ahlers (SBA 026660)
Kirstin T. Eidenbach (SBA 027341)
John H. Gray (SBA 028107)
Thomas D. Ryerson (SBA 028073)
Matthew B. Du Mée (SBA 028468)
**PERKINS COIE LLP**
2901 N. Central Ave., Suite 2000
Phoenix, AZ  85012-2788
Telephone:  (602) 351-8000
dbarr@perkinscoie.com
jripke@perkinscoie.com
jahlers@perkinscoie.com
keidenbach@perkinscoie.com
jhgray@perkinscoie.com
tryerson@perkinscoie.com
mdumee@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
Ilham Hosseini (Cal. 256724)*
Sophia Calderon (Cal. 278135)*
**JONES DAY**
555 California St., 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5712
cnmitchell@jonesday.com
ihosseini@jonesday.com
scalderon@jonesday.com
* *Pro hac vice*

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,  Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

4

**CERTIFICATE OF FILING AND SERVICE**

I certify that on this 19th day of July, 2012, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this action:

Arizona Attorney General Thomas Horne
Office of the Attorney General
Michael Gottfried:   Michael.Gottfried@azag.gov

and

Tim Bojanowski :           TBojanowski@swlfirm.com
Dan Struck:                DStruck@swlfirm.com
Kathy Wieneke:             KWieneke@swlfirm.com
Nicholas Daniel Acedo:     NAcedo@swlfirm.com
Courtney Rachel Cloman:    ccloman@swlfirm.com
Ashlee B. Fletcher:        afletcher@swlfirm.com
STRUCK WEINEKE & LOVE, P.L.C.
*Attorneys for Defendants*

Caroline N. Mitchell:      cnmitchell@jonesday.com
Sophia Calderon:           scalderon@jonesday.com
Ilham A. Hosseini:         ihosseini@jonesday.com
Sarah Rauh:                srauh@jonesday.com
JONES DAY

Daniel Joseph Pochoda:     dpochoda@acluaz.org
James Duff Lyall:          jlyall@acluaz.org
Kelly Joyce Flood:         kflood@acluaz.org
ACLU FOUNDATION OF ARIZONA

Alison Hardy:              ahardy@prisonlaw.com
Corene T. Kendrick:        ckendrick@prisonlaw.com
Donald Specter:            dspecter@prisonlaw.com
Sarah Norman:              snorman@prisonlaw.com
PRISON LAW OFFICE

Amy Fettig:                afettig@npp-aclu.org
David Cyrus Fathi:         dfathi@npp-aclu.org

ACLU NATIONAL PRISON PROJECT

| | |
|---|---|
| Daniel Clayton Barr: | DBarr@perkinscoie.com |
| James Anthony Ahlers: | jahlers@perkinscoie.com |
| Jill Louise Ripke: | jripke@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com |
| Matthew Benjamin du Mee | mdumee@perkinscoie.com |
| Thomas Dean Ryerson: | tryerson@perkinscoie.com |

PERKINS COIE LLP

s/Mavis Lauritzen