**ATTACHMENT 7**

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance - GF Supplement

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| HEFNER, JOSEPH T. | 203653 | ASPC/Safford/Graham | S01-003-08 |

SINCE I WAS GIVEN THE EXPIRED MEDICATION, I AS AN INMATE CANNOT MAKE FOLLOW-UP APPOINTMENTS WITH ANY SEBRECIALISTS. WHEN I COME UP FROM SOUTH-WEST EYE CENTER AFTER AN APPOINTMENT MEDICAL RECIEVES PAPER WORK AS TO ANY SPECIFICS FOR TREATMENT OR FOLLOW-UP. AS SAID IN THE RESPONSE TO MY INFORMAL GRIEVANCE ON 9/25/07 IT WAS SAID THAT I WAS TO HAVE A FOLLOW-UP WITH SOUTHWEST EYE CENTER. THE ONLY REASON NOW THAT I HAVE BEEN GIVEN A FOLLOW-UP AFTER 3 MONTHS INSTEAD OF 2 IS BECAUSE OF MY INFORMAL BRIEVANCE. THIS SHOWS THAT THERE IS DELIBERATE INDIFFERANCE AS FAR AS MY MEDICAL CARE IS CONCERNED. THIS SHOWS INCOMPETANCE IN THE MEDICAL STAFF TO DO ANY FOLLOW-UP AS TO THE SERIOUSNESS OF ANY INJURY TO MY RIGHT EYE.

   AS AN OBJECTIVE COMPONENT THE SERIOUSNESS OF THE CHALLENGED CONDITION OF MY RIGHT EYE CONDITION, AND A SUBJECTIVE COMPONENT IS THE STATE OF MIND OF THE OFFICIALS WHO ARE RESPONSIBLE FOR THOSE CONDITIONS. MY INJURY ACCURED ON D.O.C. PROPERTY. BECAUSE OF CONDITIONS OF CONFINE-MENT, I CLAIM UNQUESTIONAB AND SERIOUS DEPRIVATIONS OF BASIC HUMAN NEEDS, I HAVE AN EYE INJURY. I AM ONLY REQUESTING FOR MINIMAL CIVILIZED MEASURE OF LIFE AN NECESSITIES.

   IN PLEADING, I HAVE AND BEEN IDENTIFYING THE PARTICULAR HUMAN NEED AND YOU HAVE DEPRIVED ME OF THIS.

| Signature | Date |
|---|---|
| [signature] | 01-05-08 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7P
2/14/00

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

> For distribution:  Copy of corresponding Inmate Letter must be attached to this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| HEFNER, JOSEPH | 203653 |

**Institution/Unit**
ASPC/SAFFORD/GRAHAM

| From | Location |
|---|---|
| COIII ST HILAIRE | PROGRAMS |

IN RESPONSE TO YOUR INMATE LETTER DATED 12-24- 07, YOU STATED THAT MEDICAL WILL NOT PROVIDE YOU WITH TREATMENT FROM SOUTHWEST EYE CARE. YOU HAVE BEEN SEEN AT LEAST TWICE BY SW EYE SINCE YOUR LAST LETTER ON 6/13/07. YOU WERE SEEN BY THE PROVIDER ON 12/31/07. MEDICAL HAS REQUESTED THE CONSULTATION REPORT FROM SW EYE FOR YOUR 9/28/07 VISIT. YOU ARE BEING TREATED FOR THE IRIS BY SW EYE. YOU WERE SEEN 12/31/07 BY MEDICAL PROVIDER, DR. COONS.  THE CONSULTATION REPORT FROM SW EYE ON 9/28/07 WAS REVIEWED IN DETAIL. THERE IS NO MENTION OF ANY ADDITIONAL MEDICAL PROCEDURES TO CORRECT YOUR VISION. SW RECOMMENDED A REFILL OF YOUR MEDICATION FOR YOUR HEADACHES. A RETURN TO THE SW EYE CLINIC WAS REQUESTED IN TWO MONTHS. DR COONS HAS REQUESTED FOR YOU TO RETURN TO SW EYE AS SOON AS POSSIBLE.

IT APPEARS THAT EVERYTHING IS BEING DONE THAT CAN BEEN DONE. IF YOU ARE NOT SATISFIED WITH MY DECITION YOU MAY APPEAL.

| Staff Signature *St Hilaire* | Date 1-3-08 |
|---|---|

Computer Electronic Version

Distribution:  Original - Central Office Master File
Copy - Inmate
Copy - Institutional File

916-2
4/15/04

ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| HEFNER, JOSEPH T. | 203653 | Safford/Graham | 12-24-07 |

| To: CO II St. Hillaire | Location: Graham |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I AM INFORMALLY TRYING TO RESOLVE THIS ISSUE. SINCE SEPTEMBER 14, 2006 I HAVE BEEN UNDER DOCTORS CARE FOR AN INJURY TO MY RIGHT EYE DUE TO EXPIRED MEDICATION. IN NOVEMBER 2006 I WAS RUSHED TO ST. MARY'S HOSPITAL EMERGENCY FOR EMERGENCY LAZER PROCEDURE. THE DOCTOR IN TUCSON TOLD ME HE WOULD SUGGEST ONE PROCEDURE TO FIX THE EYE. THIS OBVIOUSLY HASN'T HAPPENED. I WAS TOLD BY SOUTH-WEST EYE CENTER IN OCTOBER 2007 THAT A DIFFERENT MEDICAL PROCEDURE WAS GOING TO TAKE PLACE TO CORRECT MY VISION. TO DATE NOTHING HAS HAPPENED. TWO DIFFERENT DOCTORS HAVE PUT FORTH TWO SEPERATE MEDICAL PROCEDURE TO CORRECT MY VISION WITH NO OUTCOME. WHY HAVE BOTH PROCEDURES BEEN TURNED DOWN? MY VISION WITH MY EYE HAS GOTTEN WORSE. THE PUPIL STILL DOES NOT DILATE. THE PAIN IS STILL THERE, THE BLURINESS, THE LIGHTHEADEDNESS, THE BLINDNESS. PRISON OFFICALS VIOLATE THE CONSTITUTION WHEN THEY SHOW DELIBERATE INDIFFERANCE TO A PRISONERS SERIOUS MEDICAL NEEDS BY INAPPROPRIATE OR INCOMPETANT OR CHOOSING A LESS EFFECTIVE CORSE OF TREATMENT BECAUSE IT IS EASIER RATHER THAN FOR MEDICAL REASONS. I HAVE BEEN TOLD BY TWO EYE SPECIALISTS THAT THEY BOTH SUGGESTED TWO SEPERATE MEDICAL PROCEDURES TO CORRECT MY VISION SINCE I HAVE HAD THESE PROBLEMS SINCE I WAS GIVEN THE EXPIRED MEDICATION. SINCE THOSE TIMES MY INJURY HAS SLOWLY GOTTEN WORSE. I WOULD LIKE MY VISION REPAIRED TO WHAT IT WAS PRIOR TO WHEN I WAS GIVEN THE EXPIRED MEDICATION AND ALL THESE PROBLEMS STARTED.

| Inmate Signature: Joseph Hefner | Date: 12-24-07 |
|---|---|

Have You Discussed This With Institution Staff? ☑ Yes ☐ No
If yes, give the staff member's name: CO II TILMAN, CO II PAULALI, CO II ST. HILLAIRE, DR. COONES

Distribution:   White - Master Record File        Canary - Inmate

916-1
4/15/04



# Arizona Department of Corrections

1601 West Jefferson
Phoenix, Arizona 85007
(602) 542-5497



JANET NAPOLITANO
GOVERNOR

DORA B. SCHRIRO
DIRECTOR

## MEDICAL GRIEVANCE APPEAL: TO THE DIRECTOR

Inmate Name: <u>HEFNER, JOSEPH</u>  ADC No.: <u>203653</u>  Case No.: <u>08-C35-G002</u>

Institution: <u>ASPC-TUCSON/CATALINA</u>          Date Received: <u>June 30, 2008</u>

I have reviewed your grievance appeal regarding your request to have surgery on your right eye.

During an investigation of your grievance, we found that you have been scheduled for cataract surgery with Dr. Levine.  Since your request has been granted, no further action is necessary regarding your grievance.

This response concludes the medical grievance process per Department Order 802.11 Medical Grievance.

_____          august 7, 2008
Dora B. Schriro, Director                        Date

cc:     FHA, ASPC-Tucson
        C.O. Inmate File

ARIZONA DEPARTMENT OF CORRECTIONS

RECEIVED
AZ DEPT. OF CORRECTIONS

35698

**Inmate Grievance Appeal**

08 JUN 30  AM 10: 00

INMATE HEALTH SERVICES

*(To be completed by staff member initially receiving appeal)*

Received by: _____
Title: _____ CHEAL
Badge #: _____ 6199
Date: _____ 6-18-08

*The inmate may appeal the Warden's, Deputy Warden's or Administrators decision to the Director by requesting the appeal on this form.*

**PLEASE PRINT**

| Inmate's Name *(Last, First, M.I.)* | ADC No. | Date |
|---|---|---|
| HEFNER, JOSEPH T. | 203653 | 06-13-08 |

| Institution | Case Number |
|---|---|
| TUCSON / CATALINA | 08-C35-G-002 |

TO:
DIRECTOR OF HEALTH SERVICES

I am appealing the decision of ___CHEAIL, FHA___ for the following reasons:

THIS IS HAS NOT BEEN RESOLVED. I HAVE BEEN SEEN BY DR. LEVINE
SEVERAL TIMES. EVERY TIME DR. LAVINE HAS TOLD ME THAT HE IS TRYING
TO GET O.D.C. TO ALLOW HIM TO ATTEMPT TO FIX MY RIGHT EYE THAT
HAS BEEN DAMAGED SINCE SEPTEMBER OF 2006 DUE TO EXPIRED
MEDICATION GIVEN TO ME BY A DOCTOR AT FORT GRANT UNIT.
IT HAS BEEN TOLD TO ME THAT THE LONGER THIS IS NOT DONE MORE
DAMAGE CAN BE DONE TO THE EYE.
ON MY INFORMAL GRIEVANCE OF 05/05/08 AND MY GRIEVANCE

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Joseph Hefner | 06-13-08 | | 6/18/08 |

| Response To Inmate By | Location |
|---|---|
| | |

| Staff Signature | Date |
|---|---|
| | |

DISTRIBUTION:
INITIAL:   White & Canary - Grievance Coordinator
           Pink - Inmate
FINAL:    White - Inmate
          Canary - Grievance File

②
**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance - GF Supplement**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| HEFNER, JOSEPH T. | 203653 | TUCSON/CATALINA | 08-C35-G-002 |

OF 05/15/08 I AM NOT REFERING TO THE CURRENT STATUS OF THIS RECOMENDATION. I AM REFERING TO THE PREVIOUS DENIALS. I WAS TOLD THAT THEY WERE DENIED FOR THE FOLLOWING REASONS: (1) DUE TO COST (2) BECAUSE THE INMATE HAS 20/40 OR BETTER VISION IN ONE EYE D.O.C. FEELS THEY DO NOT HAVE TO FIX THE OTHER EYE. I DO NOT UNDERSTAND WHY I AM BEING DENIED MEDICAL TREATMENT IN THE PAST WHEN REQUESTS HAVE BEEN MADE BY EYE SPECIALISTS IN AN ATTEMPT TO REPAIR MY EYE THAT WAS DAMAGED BY EXPIRED MEDICATION.

 I HAVE IN WRITING THAT I AM GETTING "RECOMENDED MEDICATION TO TREAT MY CONDITION" THE RECOMENDED TREATMENT THAT HAS BEEN PUT FORTH BY THE EYE SPECIALISTS IS SURGICAL NOT MEDICATION, WHICH HAS BEEN DENIED THUS FAR. WHY AM I BEING DENIED THE PROPER AND APPROPRIATE MEDICAL RECOMENDATION BY TRAINED SPECIALISTS AT SOUTH-WEST EYE CENTER IN SAFFORD, AZ. AND DR. LEVINE IN TUCSON, AZ.? DR. LEWIS IS NOT A TRAINED EYE SPECIALIST WHEREAS THE EYE SPECIALISTS AT SOUTHWEST EYE CENTER AND DR. LEVINE ARE.

 I HAVE BEEN TOLD BY BOTH EYE SPECIALISTS THAT THE LONGER EYE SURGERY IS DENIED BY D.O.C. THE MORE DAMAGE IS BEING DONE AND MAY BE IRREPAIRABLE. THIS WILL AFFECT MY VISION FOR THE REST OF MY LIFE. I HAVE ALREADY BEEN DENIED JOBS HERE BECAUSE I CANNOT SEE PROPERLY. I WILL BE AFFECTED FOR THE REST OF MY LIFE IF THIS IS NOT FIXED AS SOON AS POSSIBLE.

 THE MEDICATION THAT WAS EXPIRED THAT CAUSED THIS PROBLEM IS NEOMYCIN CREAM: BAR CODE NUMBER NDC-0168-0027-38 B/C 0168-0027-388, E. FOUGERA & CO. MELVILLE, NEW YORK 11747 (SEE CRIMP OF TUBE FOR CONTROL NUMBER & EXP. DATE) J66*06/06. I WAS GIVEN THIS EXPIRED MEDICATION BY DR. COONES AT FT. GRANT UNIT ON SEPTEMBER 12, 2006, 3 MONTHS AND 12 DAYS AFTER IT SHOULD HAVE BEEN PULLED FROM INVENTORY.

 I CLAIM THAT DR. COONES IS NOT AN EYE SPECIALIST AS DR. LEWIS IS NOT. THE ORIGINAL EYE SPECIALIST IN TUCSON, DR. LEVINE, HAS THE PROCEDURE TO FOLLOW, DR. COONES AND DR. LEWIS HAVE A DIFFERENT

| Signature | Date |
|---|---|
| Joseph Hefner | 06-13-08 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7P
2/14/00

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance - GF Supplement**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| HEFNER, JOSEPH T. | 203653 | TUCSON/CATALINA | 08-C35-G-002 |

OF 05/15/08 I AM NOT REFERING TO THE CURRENT STATUS OF THIS RECOMENDATION. I AM REFERING TO THE PREVIOUS DENIALS. I WAS TOLD THAT THEY WERE DENIED FOR THE FOLLOWING REASONS: (1) DUE TO COST (2) BECAUSE THE INMATE HAS 20/40 OR BETTER VISION IN ONE EYE D.O.C. FEELS THEY DO NOT HAVE TO FIX THE OTHER EYE. I DO NOT UNDERSTAND WHY I AM BEING DENIED MEDICAL TREATMENT IN THE PAST WHEN REQUESTS HAVE BEEN MADE BY EYE SPECIALISTS IN AN ATTEMPT TO REPAIR MY EYE THAT WAS DAMAGED BY EXPIRED MEDICATION.

I HAVE IN WRITING THAT I AM GETTING "RECOMENDED MEDICATION TO TREAT MY CONDITION". THE RECOMENDED TREATMENT THAT HAS BEEN PUT FORTH BY THE EYE SPECIALISTS IS SURGICAL NOT MEDICATION, WHICH HAS BEEN DENIED THUS FAR. WHY AM I BEING DENIED THE PROPER AND APPROPRIATE MEDICAL RECOMENDATION BY TRAINED SPECIALISTS AT SOUTH-WEST EYE CENTER IN SAFFORD, AZ. AND DR. LEVINE IN TUCSON, AZ.? DR. LEWIS IS NOT A TRAINED EYE SPECIALIST WHEREAS THE EYE SPECIALISTS AT SOUTHWEST EYE CENTER AND DR. LEVINE ARE.

I HAVE BEEN TOLD BY BOTH EYE SPECIALISTS THAT THE LONGER EYE SURGERY IS DENIED BY D.O.C. THE MORE DAMAGE IS BEING DONE AND MAY BE IRREPAIRABLE. THIS WILL AFFECT MY VISION FOR THE REST OF MY LIFE. I HAVE ALREADY BEEN DENIED JOBS HERE BECAUSE I CANNOT SEE PROPERLY. I WILL BE AFFECTED FOR THE REST OF MY LIFE IF THIS IS NOT FIXED AS SOON AS POSSIBLE.

THE MEDICATION THAT WAS EXPIRED THAT CAUSED THIS PROBLEM IS NEOMYCIN CREAM: BAR CODE NUMBER NDC-0168-0027-38 C/C 0168-0027-388, E. FOUGERA & CO. MELVILLE NEW YORK 11747 (SEE CRIMP OF TUBE FOR CONTROL NUMBER & EXP. DATE) J66* 06/06. I WAS GIVEN THIS EXPIRED MEDICATION BY DR. COONES AT FT. GRANT UNIT ON SEPTEMBER 12, 2006, 3 MONTHS AND 12 DAYS AFTER IT SHOULD HAVE BEEN PULLED FROM INVENTORY.

I CLAIM THAT DR. COONES IS NOT AN EYE SPECIALIST, AS DR. LEWIS IS NOT. THE ORIGINAL EYE SPECIALIST IN TUCSON, DR. LEVINE, HAS THE PROCEDURE TO FOLLOW, DR. COONES AND DR. LEWIS HAVE A DIFFERENT

| Signature | Date |
|---|---|
| Joseph Hefner | 06-13-08 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7P
2/14/00

page 9 of 62

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievances GF Supplement

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| HEFNER, JOSEPH T. | 203653 | Tucson/Catalina | 08-C35-G-002 |

PROCEDURE, HERE AGAIN I WOULD HAVE TO PROVE A SUBJECTIVE DELIBERATE INDIFFERANCE ON THE PART OF THE PRISON OFFICAL WHO HAD VOLENTARILY EXPOSED THE INMATE TO AN UNREASONABLE RISK TO HIS HEALTH IN VIOLATION WHILE INCARCERATED WITHIN THE PRISON. THE INMATE CLAIMED (1) HE HAD STATED A VALID CAUSE OF ACTION IN HIS GRIEVANCE (2) HAD A CONSTITUTIONAL RIGHT TO EYE PROCEDURE BY TRAINED SPECIALIST DR. LEVINE (3) I HELD THAT THE ALLEGATIONS THAT THE PRISON OFFICALS HAD, WITH DELIBERATE INDIFFERANCE, INMATES APPOINTMENT IS WAY OVERDUE EXPOSED INMATE TO LEVELS OF PAIN AND SUFFERING, REDNESS IN RIGHT EYE, VISION HAS GOTTEN WORSE, FROM 20/20 TO 20/120, BLURINESS, THAT POSED AN UNREASONABLE RISK OF MORE SERIOUS DAMAGE TO THE INMATES FUTURE HEALTH. THE STAFF OFFICALS ALSO HELD IN THEIR REPLY THAT THE INMATE WOULD BE REQUIRED TO PROVE BOTH SUB-JECTIVE AND OBJECTIVE ELEMENTS NECCESARY TO PROVE A GRIEVANCE VIO-LATION OF THE SUBJECTIVE FACTOR. DELIBERATE INDIFFERANCE HAD TO BE DETERMINED IN LIGHT OF THE CURRENT PRISON OFFICALS WERE IGNORING THE POSSIBLE DANGERS TO THE INMATES RIGHT EYE INJURY, IF IT LOOKS BAD ON THE OUTSIDE WHO KNOWS WHAT IS GOING ON ON THE INSIDE IGNORING THE POSSIBLE EXPOSURE THAT THE RIGHT EYE IS NOT HEALING PROPERLY. OR IS CRUEL AND UNUSUAL PUNISHMENT CONDITION OF CONFINEMENT, THIS INJURY HAPPENED IN 2006 AND KEEPS GETTING WORSE, I INMATE COMPLAINING PLAINLY, GRAVE, DELIBERATE INDIFFERANCE AND SUFFERING IN HIS CONDITIONS OF CONFINEMENT, PRISON OFFICALS CURRENT ATTITUDE COMPLEATLY AGREE "ON THE RESOLUTION OF THESE ISSUES". ON THE DELIBERATE INDIFFERANCE TO MY IMMEDIATE MEDICAL SYMPTOMS ALLEGED THAT THE LIKELY HARM WOULD OCCUR IMMEDIATELY AND EVEN THROUGH THE POSSIBLE INFECTION THAT CAUSED THE REDNESS, PAIN AND SUFFERING IN HIS RIGHT EYE, ON THE GROUNDS THAT THE INMATE SHOWS SERIOUS CURRENT SYMPTOMS, BLACKNESS, HEADSPINS & BLURINESS, PAIN AND SUFFERING. THAT THE GRIEVANCE PROCESS PROTECTS AGAINST FUTURE HARM TO INMATE IS NOT NOVEL POSITION. THE GRIEVANCE, AS WE HAVE SAID, REQUIRES THAT THE INMATE BE FURNISHED WITH BASIC HUMAN & MEDICAL NEEDS, ONE OF WHICH IS "RESONABLE SAFETY". THE INMATE HAS PLAINLY RECOGNIZED THAT A REMEDY TO HAVE THE SURGICAL

| Signature | Date |
|---|---|
| Joseph Nefner | 06-13-08 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7P
2/14/00

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance / GF Supplement

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| HEFNER, JOSEPH T. | 203653 | TUCSON/CATALINA | 08-C35-G-002 |

PROCEDURE, HERE AGAIN I WOULD HAVE TO PROVE A SUBJECTIVE DELIBERATE INDIFFERANCE ON THE PART OF THE PRISON OFFICAL WHO HAD VOLENTACILY EXPOSED THE INMATE TO AN UNREASONABLE RISK TO HIS HEALTH IN VIOLATION WHILE INCARCERATED WITHIN THE PRISON. THE INMATE CLAIMED (1) HE HAD STATED A VALID CAUSE OF ACTION IN HIS GRIEVANCE (2) HAD A CONSTITUTIONAL RIGHT TO EYE PROCEDURE BY TRAINED SPECIALIST DR. LEVINE (3) I HELD THAT THE ALLEGATIONS THAT THE PRISON OFFICALS HAD, WITH DELIBERATE INDIFFERANCE, INMATES APPOINTMENT'S WAY OVERDUE EXPOSED INMATE TO LEVELS OF PAIN AND SUFFERING, REDDNESS IN RIGHT EYE, VISION HAS GOTTEN WORSE, FROM 20/20 TO 20/120, BLURINESS, THAT POSED AN UNREASONABLE RISK OF MORE SERIOUS DAMAGE TO THE INMATES FUTURE HEALTH. THE STAFF OFFICALS ALSO HELD IN THEIR REPLY THAT THE INMATE WOULD BE REQUIRED TO PROVE BOTH SUB-JECTIVE AND OBJECTIVE ELEMENT NECESSARY TO PROVE A GRIEVANCE VIO-LATION OF THE SUBJECTIVE FACTOR. DELIBERATE INDIFFERANCE HAD TO BE DETERMINED IN LIGHT OF THE CURRENT PRISON OFFICALS WERE IGNORING THE POSSIBLE DANGERS TO THE INMATES RIGHT EYE INJURY, IF IT LOOKS BAD ON THE OUT SIDE WHO KNOWS WHAT IS GOING ON ON THE INSIDE IGNORING THE POSSIBLE EXPOSURE THAT THE RIGHT EYE IS NOT HEALING PROPERLY. OR IS CRUEL AND UNUSUAL PUNISHMENT CONDITION OF CONFINEMENT. THIS INJURY HAPPENED IN 2006 AND KEEPS GETTING WORSE, INMATE COMPLAINING PLAINLY, GRAVE, DELIBERATE INDIFFERANCE AND SUFFERING IN HIS CONDITIONS OF CONFINEMENT. PRISON OFFICALS CURRENT ATTITUDE COMPLEATLY AGREE "ON THE RESOLUTION OF THESE ISSUES". ON THE DELIBERATE INDIFFERENCE TO MY IMMEDIATE MEDICAL SYMPTOMS ALLEGED THAT THE LIKELY HARM WOULD OCCUR IMMEDIATELY AND EVEN THROUGH THE POSSIBLE INFECTION THAT CAUSED THE REDNESS, PAIN AND SUFFERING IN HIS RIGHT EYE, ON THE GROUNDS THAT THE INMATE SHOWS SERIOUS CURRENT SYMPTOMS, REDNESS, HEADSPINS & BLURINESS, PAIN AND SUFFERING. THAT THE GRIEVANCE PROCESS PROTECTS AGAINST FUTURE HARM TO INMATE IS NOT NOVEL POSITION. THE GRIEVANCE, AS WE HAVE SAID, REQUIRES THAT THE INMATE BE FURNISHED WITH BASIC HUMAN & MEDICAL NEEDS, ONE OF WHICH IS "RESONABLE SAFETY". THE INMATE HAS PLAINLY RECOGNIZED THAT A REMEDY TO HAVE THE SURGICAL

| Signature | Date |
|---|---|
| Joseph Hefner | 06-13-08 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7P
2/14/00

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance - GF Supplement

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| HEFNER, JOSEPH T. | 203653 | TUCSON / CATALINA | 08-C85-G-002 |

PROCEDURE BY DR. LEVINE BECAUSE THE SYMPTOMS WHICH A RESONABLE PERSON CAN SEE ON THE OUTSIDE THAT THERE IS DAMAGE TO THE RIGHT EYE. GRIEVANCE PROCEDURES PROTECT AGAINST SUFFICIENTLY IMMENANT DANGERS AS WELL AS CURRENT UNNECESSARY AND WANTON INFLICTION OF PAIN AND SUFFERING ARE LEGION. WE THUS REJECT PRISON OFFICALS CENTRAL THESIS THAT ONLY DELIBERATE INDIFFERENCE IN CURRENT SERIOUS HEALTH PROBLEMS OF INMATE HEFNER IS ACTIONABLE UNDER THE GRIEVANCE PROCEDURE BECAUSE THE INJURY OCCURED IN 2006 BY EXPIRED MEDICATION. THE DIRECTOR RECOGNIZES THAT THERE MAY BE SITUATIONS IN WHICH EXPOSURE TO TOXIC OR SIMILAR SUBSTANCES WOULD" PREVENT A RISK OF SUFFICIENT LIKELIHOOD OR MAGNITUDE AND IN WHICH THERE IS SUFFICIENT BROAD CONSENSIS THAT EXPOSURE OF ANYONE TO THE SUBSTANCE SHOULD THEREFORE BE PREVENTED" GRIEVANCE SUBMITS THAT HARM AND CARE TO THIS PARTICULAR INDIVIDUAL, HIS RIGHT EYE DAMAGE IS SUFFICIENTLY GRAVE TO IMPLICATE A "SERIOUS MEDICAL NEED". IN THE ~~CASS~~ COURSE OF SUCH PROFF DR. LEVINE SUGGESTS ~~THAT~~ THE PROCEDURE TO REPAIR MR. HEFNERS EYE, BUT NOT YET APPROVED OR COMPLEATED, AND THE LENGTH OF TIME, 2006 TO 2008, THUS FAR AND THE PROCEDURE HAS NOT BEEN COMPLEATED. HE MUST ALSO ESTABLISH THAT IT IS CONTRARY TO CURRENT STANDARDS OF DECENCY FOR ANYONE TO BE EXPOSED TO UNFINISHED EYE SURGERY AGAINST HIS WILL AND THAT PRISON OFFICALS ARE DELIBERATLY INDIFFERENT TO MY PLIGHT. INSTEAD OF PROPER PROCEDURE BY AN EYE SPECIALIST ON SEPTEMBER 18, 2001 WHEN THE PRESURE IN THE EYE WAS 56, CRITICALLY HIGH, DR. COONEY HAD A NURSE GIVE MR. HEFNER ANTIBIOTICS AND PENICILLIN INSTEAD OF GETTING MR. HEFNER TO AN EYE SPECIALIST FURTHERING THE AMOUNT OF DAMAGE, PAIN AND SUFFERING AND LOSS OF SOME SIGHT. THUS EXPOSING MR. HEFNER TO DELIBERATE INDIFFERANCE AND SUFFERING IN HIS CONDITION OF CONFINEMENT, WHERE AS MEDICAL INQUIRES WHAT SYMPTOMS ARE NOW ACTIVE., BLACKNESS, BLUREDVISION, HEADSPINS, PAIN. MEDICAL CANNOT DO MR. HEFNER JUSTICE BECAUSE DR. ~~LEWIS~~ LEWIS IS NOT AN EYE SPECIALIST WHO CAN CONFIDENTLY DO THE SURGERY TO ATTEMPT TO FIX MR. HEFNER'S RIGHT EYE, DR. LEVINE IS.

| Signature | Date |
|---|---|
| Joseph Hefner | 06-13-08 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7P
2/14/00

# ARIZONA DEPARTMENT OF CORRECTIONS
## GF SUPPLEMENT – GRIEVANCE

HEFNER, JOSEPH       203653       08-C35-G-002

ASPC-T / Catalina Unit

## X GF SUPPLEMENT

June 2, 2008

Your grievance dated May 15, 2008, and received by medical on May 21, 2008, is based upon your complaint that you want Dr. Levine a trained eye specialist to attempt to repair your eye.********************************
You first raised this issue in your inmate letter dated 05/05/08.   On 05/08/08, CO III J. Mattos responded to your letter stating the consult submitted for your appointment to see Dr. Levine was still being reviewed by Central Office. Investigation into the issue you raised including a review of your medical record, shows the following: You were seen by Dr. Levine on 05/28/08. Your grievance is resolved.**************************
You may appeal this decision to the Director of Health Services by filing a form 802-3P, within 10 calendar days of receipt of this notice.********
DGC

SIGNED _____       DATE _____

INITIAL DIST.:    COMMITTEE RECOMMENDATION: - ALL COPIES TO GRIEVANCE ADVISORY COMMITTEE
FINAL DIST.:      WHITE & PINK - Inmate YELLOW – Grievance File
INITIAL DIST.:    GF SUPPLEMENT: WHITE & YELLOW - Grievance Coordinator PINK – Inmate
FINAL DIST.:      WHITE - Inmate YELLOW - Grievance File

*rec'd 6/4/08*

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

| Received By | CODE J. Clatto |
|---|---|
| Title | COIII |
| Badge Number 307 | Date 5-16-08 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3P within 1 calendar days of receipt of this notice.

RECEIVED
MAY 2008
ASPC – Tucson
Health Services

| Inmate Name (Last, First, M.I.) HEFNER, JOSEPH | ADC Number 203653 | Date 05-15-08 |
|---|---|---|
| Institution/Facility TUCSON / CATALINA | Case Number 08 - C35-G-002 | |

TO: Grievance Coordinator

Description of Grievance (To be completed by the inmate) ON MY INFORMAL GRIEVANCE OF 05/05/08 I AM NOT REFERRING TO MY CURRENT STATUS ON THIS RECOMMENDATION. I AM REFERRING TO THE PREVIOUS DENIALS. I WAS TOLD THAT THEY WERE DENIED FOR THE FOLLOWING REASONS (1) DUE TO COST (2) BECAUSE I HAVE 20/40 OR BETTER VISION IN ONE EYE D.O.C. FEELS THEY DO NOT HAVE TO FIX MY RIGHT EYE. I DO NOT UNDERSTAND WHY I AM BEING DENIED MEDICAL TREATMENT IN THE PAST WHEN REQUESTS HAVE BEEN MADE BY EYE SPECIALIST IN AN ATTEMPT TO REPAIR MY EYE THAT WAS DAMAGED BY EXPIRED MEDICATION.
I HAVE IN WRITING THAT I AM GETTING "RECOMENDED MEDICATION TO TREAT MY CONDITION". THE RECOMMEDED TREATMENT THAT HAS BEEN PUT FORTH BY THE EYE SPECIALISTS IS SURGICAL NOT MEDICA-TION WHICH HAS BEEN DENIED THUS FAR. WHY AM I BEING DENIED THE PROPER AND APPROPIATE MEDICAL RECOMMENDATION

Proposed Resolution (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?) GRIEVANCE PROCESS COMPLETED, HAVE TALKED WITH MEDICAL, COIII'S, WARDEN AT FT. GRANT & GRAHAM UNITS, TALKED WITH ATTORNEY.

LET TRAINED EYE SPECIALIST DR. LEVINE ATTEMPT TO FIX EYE. HE HAS STATED THAT THE LONGER THIS ISSUE GOES UNRESOLVED THE LONGER MORE CHANCE IT CANNOT BE CORRECTED.

| Inmate's Signature Joseph Hefn | Date 05-15-08 | Grievance Coordinator's Signature | Date 5/20/08 |
|---|---|---|---|

Action taken by _____ Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1P
2/14/00

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance - GF Supplement

RECEIVED
MAY 2008
ASPC - Tucson
Health Services

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| HEFNER JOSEPH T. | 203653 | TUCSON/CATALINA | |

BY TRAINED EYE SPECIALIST AT SOUTHWEST EYE CENTER
SAFFORD AND DR. LEVINE IN TUCSON. DR. LEWIS IS NOT
A TRAINED EYE SPECIALIST WHEREAS THE EYE SPECIALIST AT
SOUTHWEST EYE CENTER AND DR. LEVINE ARE.

I HAVE BEEN TOLD BY BOTH EYE SPECIALISTS THAT THE
LONGER EYE SURGERY IS DENIED THE MORE DAMAGE IS
BEING DONE AND MAY BE IRREPARABLE. THIS WILL AFFECT MY
VISION FOR THE REST OF MY LIFE. I HAVE ALREADY BEEN DENIED
JOBS HERE BECAUSE I CANNOT SEE PROPERLY. I WILL BE
AFFECTED FOR THE REST OF MY LIFE IF THIS IS NOT FIXED AS
SOON AS POSSIBLE. I WILL NOT BE ABLE TO DRIVE OR SEE OUT
OF MY RIGHT EYE IF MY RIGHT EYE IS NOT ATTEMPTED TO BE
FIXED BY TRAINED EYE SPECIALISTS WHICH HAS BEEN DENIED THUS
FAR.

THE MEDICATION THAT WAS EXPIRED THAT CAUSE THIS PROBLEM IS
NEOMYCIN CREAM, BAR CODE NUMBER NDC-0168-0027-38 B/C N 0168-0027-388
E.Eg FOUGERA & Co. MELVILLE, NEW YORK 11747 (SEE CRIMP OF TUBE FOR
CONTROL NO. & EXP. DATE I66# 04/06. I WAS GIVEN THIS EXPIRED
MEDICATION BY DR. COONES AT FT. GRANT UNIT ON SEPTEMBER 12, 2006
3 MONTHS AND 12 DAYS AFTER IT SHOULD HAVE BEEN PULLED FROM
INVENTORY.

I CLAIM THAT DR. COONES IS NOT AN EYE SPECIALIST AS DR. LEWIS
IS NOT. THE ORIGINAL EYE SPECIALIST IN TUCSON, DR. LEVINE, HAS THE
PROCEDURE TO FOLLOW. DR. COONES & DR. LEWIS HAVE A DIFFERENT
PROCEDURE. HERE AGAIN I WOULD HAVE TO PROVE A SUBJECTIVE
DELIBERATE INDIFFERENCE ON THE PART OF THE PRISON OFFICAL WHO
HAD VOLUNTARILY EXPOSED THE INMATE TO AN UNREASONABLE
RISK TO HIS HEALTH IN VIOLATION WHILE INCARCERATED WITHIN THE
PRISON. THE INMATE CLAIMED THAT (1) HE HAD STATED A VALID CAUSE OF
ACTION IN HIS GRIEVANCE (2) HAD A CONSTITUTIONAL RIGHT TO EYE
PROCEDUE BY TRAINED SPECIALIST DR. LEVINE (3) I HELD THAT THE

| Signature | Date |
|---|---|
| Joseph Hefner | 05-15-08 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7P
2/14/00

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance - GF Supplement

RECEIVED
MAY 2008
Tucson
Health Services

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| HEFNER, JOSEPH T. | 203653 | TUCSON / CATALINA | 2687 |

ALLEGATIONS THAT THE PRISON OFFICIALS HAD, WITH DELIBERATE INDIFFERANCE, INMATES APPOINTMENT IS WAY OVERDUE EXPOSED INMATE TO LEVELS OF PAIN & SUFFERING, REDNESS IN RIGHT EYE, VISION HAS GOTTEN WORSE, FROM 20/20 TO 20/120, BLURINESS, THAT POSED AN UNREASONABLE RISK OF MORE SERIOUS DAMAGE TO THE INMATES FUTURE HEALTH, THE STAFF OFFICIALS ALSO HELD IN THEIR REPLY THAT THE INMATE WOULD BE REQUIRED TO PROVE BOTH SUBJECTIVE AND OBJECTIVE ELEMENTS NECCESSARY TO PROVE A GRIEVANCE VIOLATION OF THE SUBJECTIVE FACTOR. DELIBERATE INDIFFERANCE HAD TO BE DETERMINED IN LIGHT OF THE CURRENT PRISON OFFICIALS CURRENT ATTITUDES AND CONDUCT DEMONSTRATING THAT THE PRISON OFFICIALS WERE IGNORING THE POSSIBLE DANGERS TO THE INMATES RIGHT EYE INJURY, IF THE LOOKS BAD ON THE OUTSIDE, WHO KNOWS WHAT IS GOING ON INSIDE IGNORING THE POSSIBLE EXPOSURE THAT THE RIGHT EYE IS NOT HEALING PROPERLY, OR IS CRUEL AND UNUSUAL PUNISHMENT CONDITION OF CONFINEMENT. THIS INJURY HAPPENED IN 2006 AND KEEPS GETTING WORSE, INMATE COMPLAINING PLAINLY, GRAVE, DELIBERATE INDIFFERANCE AND SUFFERING IN HIS CONDITIONS OF CONFINEMENT, PRISON OFFICIALS CURRENT ATTITUDE CANNOT COMPLETELY AGREE "ON THE RESOLUTION OF THESE ISSUES". ON THE ISSUE OF DELIBERATE INDIFFERENCE TO MY IMMEDIATE MEDICAL SYMPTOMS ALLEGED THAT THE LIKELY HARM WOULD OCCUR IMMEDIATELY AND EVEN THOUGH THE POSSIBLE INFECTION THAT CAUSES THE REDNESS, PAIN & SUFFERING IN HIS RIGHT EYE, ON THE GROUNDS THAT THE INMATE SHOWS SERIOUS CURRENT SYMPTOMS, BLACKNESS, HEADSPIN & BLURINESS. THAT THE GRIEVANCE PROCESS PROTECTS AGAINST FUTURE HARM TO INMATE IS NOT A NOVEL PROPOSITION. THE GRIEVANCE, AS WE HAVE SAID, REQUIRES THAT THE INMATE BE FURNISHED WITH BASIC HUMAN & MEDICAL NEEDS, ONE OF WHICH IS "REASONABLE SAFETY". THE INMATE HAS PLAINLY RECOGNIZED THAT A REMEDY TO HAVE THE SURGICAL PROCEDURE BY DR. LEVINE BECAUSE THE SYMPTOMS WHICH A REASONABLE PERSON CAN SEE ON THE OUTSIDE THAT THERE IS DAMAGE TO THE RIGHT EYE. GRIEVANCE PROCEDURES PROTECT AGAINST SUFFICENTLY IMMENANT DANGERS AS WELL AS CURRENT UNNECESSARY AND WANTON INFLICTION OF PAIN AND SUFFERING ARE LEGION. WE THUS

| Signature | Date |
|---|---|
| Joseph Hefner | 05-15-08 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7P
2/14/00

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance GF Supplement**

RECEIVED
MAY 2008
Tucson
Health Services

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| HEFNER, JOSEPH T. | 203653 | TUCSON/CATALINA | 7689 |

REJECT PRISON OFFICIALS CENTRAL THESIS THAT ONLY DELIBERATE INDIFFERANCE TO SERIOUS HEALTH CARE PROBLEMS OF INMATE HEFNER IS ACTIONABLE UNDER THE GRIEVANCE PROCEDURE BECAUSE THE INJURY OCCURED IN 2006 BY EXPIRED MEDICATION. THE DIRECTOR RECOGNIZES THAT THERE MAY BE SITUATIONS IN WHICH EXPOSURE TO TOXIC OR SIMILAR SUBSTANCES WOULD " PREVENT A RISK OF SUFFICIANT LIKELIHOOD OR MAGNITUDE AND IN WHICH THERE IS SUFFICIENT BROAD CONSENSUS THAT EXPOSURE OF ANY ONE TO THE SUBSTANCE SHOULD THEREFORE BE PREVENTED" GRIEVANCE SUBMITS THAT HARM AND CARE TO THIS PARTICULAR INDIVIDUAL, HIS RIGHT EYE DAMAGE IS SUFFICIENTLY GRAVE TO IMPLICATE A " SERIOUS MEDICAL NEED". IN THE COURSE OF SUCH PROOF DR. LEVINE SUGGESTED THE PROCEDURE TO REPAIR MR. HEFNER'S EYE, BUT NOT YET APPROVED OR COMPLEATED, AND THE LENGTH OF TIME, 2006 TO 2008, THUS FAR AND THE PROCEDURE HAS NOT BEEN COMPLEATED. HE MUST ALSO ESTABLISH THAT IT IS CONTRARY TO CURRENT STANDARDS OF DECENCY FOR ANY ONE TO BE EXPOSED TO UNFINISHED EYE SURGERY AGAINST HIS WILL AND THAT PRISON OFFICALS ARE DELIBERANTLY INDIFFERENT TO MY PLIGHT. INSTEAD OF PROPER PROCEDURE BY AN EYE SPECIALIST ON SEPTEMBER 18, 2006 WHEN THE PRESSURE IN MY EYE WAS 56, CRITICALLY HIGH, DR. COONES HAD A NURSE GIVE ME ANTIBIOTICS AND PENICILLIN INSTEAD OF GETTING ME TO AN EYE SPECIALIST FURTHERING THE AMOUNT OF DAMAGE, PAIN AND SUFFERING AND LOSS OF SIGHT, THUS EXPOSING MR. HEFNER TO DELIBERATE INDIFFERANCE AND SUFFERING IN HIS CONDITION OF CON— FINEMENT. ~~BUT THESE TWO ARGUMENTS ARISE CLOSELY HAVE SAID ALL. PRETTY WELL SEE AND SMILED) WHAT INSTITUTION'S TO~~ WHEREAS MEDICAL INQUIRES WHAT SYMPTOMS ARE NOW ACTIVE. BLACKNESS, BLURD VISION, HEAD SPINS, PAIN, MEDICAL CANNOT DO MR. HEFNER JUSTICE BECAUSE DR. LEWIS IS NOT AN EYE SPECIALIST WHO CAN CONFIDENTLY DO THE SURGERY TO COATTEMPT TO FIX MR. HEFNER'S EYE.

| Signature | Date |
|---|---|
| Joseph Hefner | 05-15-08 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7P
2/14/00

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

*3B55*

For distribution: Copy of corresponding Inmate Letter must be attached to this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| HEFNER, JOSEPH | 203653 |

| Institution/Unit |
|---|
| ASPC/TUCSON/CATALINA |

| From | Location |
|---|---|
| COIII MATTOS | CATALINA PROGRAMS |

This is in response to your informal submitted on 05/05/08. I spoke with Charlene in the Facility

Health Administrators office. When she looked up the status for your treatment they still were reviewing the

recommendation from Dr. Lewis on 04/22/08. Charlene stated that it was not denied but still under review, until

they actually deny the operation or any specific treatment you will have to wait and it will be in a formal denial letter

according to the Facility Health Administrators office here in Tucson.

RECEIVED
MAY 2008
ASPC - Tucson
Health Services
1487

| Staff Signature | Date |
|---|---|
| COIII J. Mattos | 05-08-08 |

Computer Electronic Version

Distribution: Original - Central Office Master File
          Copy - Inmate
          Copy - Institutional File

916-2
4/15/04

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

Request limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| HEFNER, JOSEPH T. | 203653 | Tucson / CATALINA | 05-05-08 |

| To: COIII MATTUS | Location CATALINA |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I AM INFORMALLY TRYING TO RESOLVE THIS ISSUE. I HAVE TALKED WITH MEDICAL STAFF, COUNSELORS AND EYE SPECIALISTS ABOUT THE DAMAGE TO MY RIGHT EYE FROM EXPIRED MEDICATION. THREE SEPERATE EYE SPECIALISTS HAVE SAID THAT MY RIGHT EYE COULD POSSIBLY BE FIXED WITH SURGERY. SURGERY HAS BEEN DENIED (1) DUE TO COST (2) BECAUSE I HAVE 20/40 VISION IN MY LEFT EYE D.O.C. DOES NOT HAVE TO FIX MY RIGHT EYE.

WHEN I CAME INTO D.O.C. THE VISISON IN MY RIGHT EYE WAS 20/20 NOW, AFTER GETTING PROGRESSIVELY WORSE, IS 20/120. I AM BEING DENIED PROPER MEDICAL CARE BY TRAINED SPECIALISTS WHO HAVE ASK TO ATTEMPT TO FIX MY RIGHT EYE. D.O.C. KEEPS SAYING THAT I AM GETTING PROPER MEDICAL CARE BECAUSE I AM PUTTING EYE DROPS IN MY RIGHT EYE. EYE DROPS WILL NOT FIX MY RIGHT EYE. THE PUPIL HAS COLLAPSED AND IS STUCK TO THE LENSE. DR. LEVINE OF TUCSON HAS ASKED FOR SURGERY TO ATTEMPT TO FIX MY RIGHT EYE THAT IS GETTING PROGRESSIVELY WORSE. WHY AM I BEING DENIED PROPER MEDICAL CARE?

RECEIVED
MAY 2008
ASPC - Tucson
Health Services

| Inmate Signature  Joseph Hefner | Date 05-05-08 |
|---|---|

Have You Discussed This With Institution Staff?  ☒ Yes   ☐ No

If yes, give the staff member's name: COIII MATTUS, COIII ST. HILLAIRE, MEDICAL STAFF

Distribution:  White - Master Record File     Canary - Inmate

916-1
4/16/04

## Inmate First Level Appeal Response
ASPC-Douglas Health Services

**Inmate Name:**            Hefner, Joseph
**Inmate Number:**         203653
**Housing Unit:**           Gila
**Grievance Case Number:**  D08- 010-009

### Response

This First Level Appeal Response is in answer to an Inmate First Level Appeal that you wrote on December 4, 2009, and which was submitted on December 8, 2009.  The Appeal was received in my office on January 11, 2010.

I am returning the Appeal to you without a response because you have not complied with Department 802,  which establishes the steps to be followed in the grievance process. The Appeal was received without any evidence that you attempted to informally or formally resolve your grievance.  These steps must be followed with clear documentation before you can move to the appeal stage.

I would suggest that you meet with your unit Grievance Coordinator if you have any questions.  Once I receive evidence that you have fully complied with the Department Order I will respond at the appeal level, if your issue has not already been resolved in the earlier steps.

James Clenney, Regional Health Administrator

14Jan 10
Date

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

(To be completed by staff member initially receiving appeal)

JAN 2010
RECEIVED
Southern Region
Health Services

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Received by: *J. Penfeild*
Title: *CO II*
Badge #: *5506*
Date: *12-4-09*

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| HEFNER, JOSEPH T. | 203653 | 12-04-09 |

| Institution | Case Number |
|---|---|
| DOUGLAS / GILA | D08-010-009 |

TO: ~~DIRECTOR RYAN~~  MR. CLENNEY

I am appealing the decision of ___FHA___ for the following reasons:

I PUT IN MY HNR's TO TRY TO GET PROPER / ANY MEDICAL CARE. I DID NOT GET ANY RESPONSE TO MY HNR's UNTIL MEDICAL STAFF HEARD THAT I HAD START-ED A GRIEVANCE.

MEDICAL SAW ME ON AN EMERGENCY BASIS ONLY AFTER HEARING THAT I, JOSEPH HEFNER, HAD INITIATED A GRIEVANCE FOR NO MEDICAL CARE / OR PROPER MEDICAL CARE. AT THE TIME MEDICAL SAW ME I WAS TOLD, "WE DON'T HAVE YOUR FILE". MY "FILE" HAS NOTHING TO DO WITH GIVING ANY HUMAN BEING

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Joseph Hefner | 12-04-09 | W. Penfeild | 12/8/09 |

Response To Inmate By: ___ Location: ___

RECEIVED
AZ DEPT. OF CORRECTIONS
US JAN 11 PM 1:23
INMATE HEALTH SERVICES

Staff Signature: ___ Date: ___

DISTRIBUTION:
INITIAL:  White & Canary - Grievance Coordinator
          Pink - Inmate
FINAL:    White - Inmate
          Canary - Grievance File

802-3P
2/14/00

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance - GF Supplement

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| HEFNER, JOSEPH T. | 203653 | DOUGLAS/GILA | D08-010-009 |

PROPER/ANY MEDICAL CARE.

    I PUT MY FIRST HNR IN ON 08-03-09 TO SEE MEDICAL PER MY RIGHT EYE. AT THAT TIME THERE WAS ONLY A SLIGHT PAIN BEHIND THE EYE. ON 08-26-09 I PUT IN A SECOND HNR IN BECAUSE MY RIGHT EYE GOT WORSE; SEVERE PAIN BEHIND THE EYE, MY RIGHT EYE GOING IN AND OUT OF VISION AND LIGHT SENSITIVE AS IT WOULD MAKE MY HEAD SPIN AND I WOULD EITHER HAVE TO SIT DOWN OR FALL DOWN.

    IN OCTOBER OF 2009 I WAS TOLD BY COIV LOWE AT PAPAGO UNIT IN DOUGLAS THAT I WAS TO SEE THE EYE SPECIALIST. THAT SAME DAY COIV LOWE CALLED COIII EDIE AT GILA UNIT WHO VERIFIED I WAS TO SEE THE EYE SPECIALIST SHORTLY. WHAT HAPPENED WAS I SAW AN OPTOMITRIST. GLASSES ARE A BAND-AID FOR SOME THING THAT IS THIS SEVERE. MY VISION HAS BECOME WORSE, THE PAIN FLUCTUATES BETWEEN, ON A SCALE OF 1 TO 10, 8 AND 10, SOMETIME A PIERCING PAIN THAT IS EVEN WORSE AND I GET VERY LIGHT HEAD WHEREAS IF I DON'T SIT DOWN I WILL FALL DOWN.

    AT THIS TIME HAVE BEEN LIED TO, I HAVE BEEN DENIED ANY/PROPER MEDICAL CARE SINCE I FIRST PUT IN MY HNR IN AUGUST OF 2009. I HAVE BEEN REFUSED ANY/PROPER MEDICAL CARE AND BEEN LIED TO PERIOD. I HAVE SUPPOSEDLY BEEN REFERED TO SEE DR. JASON LEVINE, MY OPTHAMOLOGIST FROM TUCSON. I AM IN SEVERE PAIN AND MEDICAL HAS REFUSED TO HELP IN ANY MANNER. PLEASE I NEED TO RECIEVE PROPER/ANY MEDICAL CARE.

| Signature | Date |
|---|---|
| Joseph Hefner | 12-04-09 |

INITIAL DISTRIBUTION - <u>Committee Recommendation</u> - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - <u>GF Supplement</u> - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File



# 𝔄𝔯𝔦𝔷𝔬𝔫𝔞 𝔇𝔢𝔭𝔞𝔯𝔱𝔪𝔢𝔫𝔱 𝔬𝔣 ℭ𝔬𝔯𝔯𝔢𝔠𝔱𝔦𝔬𝔫𝔰

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



JANICE K. BREWER
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL:  TO THE DIRECTOR

Inmate Name: <u>HEFNER, JOSEPH</u>          ADC No.: <u>203653</u>          Case No.: <u>L25-052-011</u>

Institution: <u>ASPC-LEWIS/EAGLE POINT</u>                    Date Received: <u>December 7, 2011</u>

I have reviewed your Grievance Appeal wherein you state you have not received medical treatment and care in response to being assaulted while housed in ASPC-Yuma.

Your Grievance Appeal has been investigated. The decision of the Facility Healthcare Administrator (John Kinton) has been overturned and your appeal is affirmed.  The reasons for this decision are:

1.  A review of your health record indicates you were assaulted March 26, 2011 and sent to an outside hospital for further assessment.

2.  April 8, 2011 your attending medical provider completed a request for additional testing (CT-Abdomen/Pelvis) as a follow up to being sent to the outside hospital because of your report of pain.

3.  The CT scan was not completed until six months later on October 26, 2011 following your transfer to ASPC-Lewis. No significant abnormality was identified on CT scan.

4.  Therefore, the Facility Health Administrator will be:
    a.  Redirected to ensure requests for outside consultation are reviewed, processed and scheduled in a timely manner;
    b.  Redirected to review the process for reviewing and processing of requests submitted by the Medical Review Committee accurately expedites the need for patient care and does not in any way delay such treatment and care;
    c.  Directed to have you scheduled with your attending medical provider to review and discuss the results of your tests and evaluations and to discuss the current plan of action for your needs.

5.  Please submit a Health Need Request (HNR) if you have medical concerns or needs which you wish to discuss with your attending medical provider.

This response concludes the medical grievance process per Department Order 802.11 Medical Grievance.


Charles L. Ryan, Director                                        3/13/12
                                                                  Date


cc:     FHA, ASPC-Lewis
        C.O. Inmate File

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

RECEIVED
BY: [stamp]
NOV 2 3 2011

(To be completed by staff member initially receiving appeal)
Received by:
Title:
Badge #:
Date:

RECEIVED
NOV 2 3 2011
BY: ..................

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| HEFNER, JOSEPH T. | 203653 | 11-09-11 |

| Institution | Case Number |
|---|---|
| ASPC LEWIS / EAGLE POINT | L25-052-11 |

TO:
DIRECTOR RYAN

I am appealing the decision of John Kinton, Acting Facility Health Administrator for the following reasons:

On 03-26-11 I was attacked by several inmates. There were pictures taken of my person of the cut, abrasions, boot and shoe prints on my person. I was taken to Yuma Hospital on 03-26-11 and only given x-rays of my ribs. I had cuts, abrasions, boot and shoe prints on the left side of head and face, left side neck, shoulder, arm, ribs, abdoman and stomach, right lower back, hip, pelvic and upper right leg to the knee.

I asked to have CT scan, MRI of these area's to ascertain what if any internal damage had been done. As I have written in my original HNR's and informal grievance I have continued to ask for proper assesment,

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Joseph Hefner | 11-09-11 | Cox | 11/28/11 |

| Response To Inmate By: | Location |
|---|---|
| | |

AZ DEPT. OF CORRECTIONS
RECEIVED
INMATE HEALTH SERVICES 11:56

| Staff Signature | Date |
|---|---|
| | |

DISTRIBUTION:
INITIAL:   White & Canary - Grievance Coordinator
              Pink - Inmate
FINAL:     White - Inmate
              Canary - Grievance File

802-3P
2/14/00

ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Grievance - GF Supplen

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Hefner, Joseph T. | 203653 | ASPC Lewis/Eagle Pnt | L25-052-11 |

PROPER TREATMENT AND PROPER MEDICAL CARE IN A TIMELY MANNER. SO FAR IT HAS BEEN
7 MONTHS AND I HAVE BEEN IN SEVERE MEDICAL DURESS AND SEVERE PAIN FROM
THE ASSAULT I RECIEVED ON 03-26-11, I HAVE BEEN DENIED PROPER ASSESMENT,
TREATMENT AND CARE AS A HUMAN BEING SHOULD HAVE.

Due to IMPROPER MEDICAL ASSESMENT, TREATMENT AND MEDICAL CARE I AM
STILL AND HAVE BEEN SINCE 03-26-11 AND HAVE ASK FOR PROPER ASSESMENT,
TREATMENT AND MEDICAL CARE FOR THE ATTACK ON MY PERSON ON 03-26-11. ACTING
FHA JOHN KINTON HAS CONTINUED TO DENIED PROPER MEDICAL ASSESSMENT, TREATMENT
AND MEDICAL CARE IN A TIMELY MANNOR. WHICH HAS RESULTED IN EXTENDED SEVERE
PAIN AND SUFFERING AND LAX MEDICAL CARE INTO WHICH ANY HUMAN BEING IS
AND SHOULD HAVE. BEING "PUT ON A LIST TO BE SCHEDULED" FOR MEDICAL CARE
IS NOT PROPER MEDICAL ASSESMENT, TREATMENT AND MEDICAL CARE.

I HAVE BEEN TOLD TESTING CAN BE DONE TO DETERMAN WHAT IS WRONG AND WHY I
AM IN SUCH SEVERE AND MEDICAL DURESS. IS THIS GOING TO TAKE ANOTHER YEAR?
AM I GOING TO AQUIRE MORE INJURY AND PAIN DUE TO IMPROPER ASSESMENT,
TREATMENT AND MEDICAL CARE? YES! I AM IN MORE PAIN ALL THE TIME AND
PROPER ASSESMENT, TREATMENT AND MEDICAL CARE HAS BEEN VERY LAX. I HAVE BEEN
VISITED BY AN ATTORNEY AND AM LOOKING FURTHER

| Signature | Date |
|---|---|
| Joseph Hefner | 11-09-11 |

INITIAL DISTRIBUTION - <u>Committee Recommendation</u> - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - <u>GF Supplement</u> - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7P
2/14/00

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance Appeal

*(To be completed by staff member initially receiving appeal)*

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

| | |
|---|---|
| Received by: | GRAFF |
| Title: | COIII |
| Badge #: | 3994 |
| Date: | 8/29/11 |

PLEASE PRINT

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| HEFNER, JOSEPH T. | 203653 | 08-26-11 |

| Institution | Case Number |
|---|---|
| ASPC LEWIS / BARCHEY UNIT | # L25-052-011 |

TO:

I am appealing the decision of JOHN KINTON, Acting Facility Health Administrator for the following reasons:

THE ISSUE HAS NOT BEEN RESOLVED AS JOHN KINTON, ACTING FACILITY HEALTH ADMINISTRATOR, THINKS. WHEN I WAS SEEN BY YUMA HOSPITAL AND MEDICAL STAFF AT ASPC DAKOTA, YUMA MEDICAL THERE WAS SUPPOSED TO BE TEST DONE TO FIND OUT WHY I WAS AND STILL AM HAVING SEVERE PAIN IN MY NECK, LEFT SHOULDER, LEFT ARM, ABDOMAN AND STOMACH AREA'S. TO THIS DAY I HAVE BEEN TOLD BY MEDICAL STAFF AT ASPC YUMA/DAKOTA UNIT AND MEDICAL STAFF AT ASPC LEWIS/BARCHEY UNIT, SPECIFICALLY NURSE RANDALL AND DR. BELL, THAT TESTING HAS BEEN ORDERED SINCE THE INITIAL INJURY OCCURED. THERE WAS/HAS NOT BEEN ANY TESTING DONE IN A TIMELY MANOR OR TREATMENT TO MEDICAL NEEDS. I WAS KICKED ABOUT THE LEFT

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Joseph Hefner | 08-26-11 | COIII | 8/30/11 |

Response To Inmate By:

Location:

*(circular stamp)* Received SEP 2011 ASPC LEWIS HEALTH UNIT

| Staff Signature | Date |
|---|---|

DISTRIBUTION:
INITIAL:   White & Canary - Grievance Coordinator
               Pink - Inmate
FINAL:      White - Inmate
               Canary - Grievance File

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance - GF Supplement

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| HEFNER, JOSEPH T. | 203653 | ASPC LEWIS/BARCHEY UNIT | #25-052-011 |

SIDE OF MY FACE, HEAD, NECK, LEFT SHOULDER, LEFT ARM, LEFT RIBS, MY ABDOMAN, STOMACH, LOWER RIGHT BACK, PELVIC, HIP AND UPPER RIGHT LEG. NO TESTING WAS DONE TO MY HEAD, SHOULDER, ARM, ABDOMAN, STOMACH, RIGHT LOWER BACK, PELVIC, HIP OR RIGHT LEG, THE ONLY TEST DONE WAS X-RAY OF MY RIBS NOTHING MORE.

AT THIS TIME I AM STILL IN SEVERE PAIN FROM MY LEFT SIDE NECK, SHOULDER, ARM, STOMACH AND ABDOMAN WITH NO MEDICAL TESTING OR TREATMENT BEING DONE. THE ONLY THING BEING DONE IS ALL MEDICAL PERSONEL ARE "SAYING" I ON A LIST. BEING ON "A LIST" IS BY NO MEANS PROPER ASSESMENT, TREATMENT OR TIMELY ADDRESSING MEDICAL NEEDS.

I HAVE DONE THE FOLLOWING DATED ATTEMPTS TO GET THESE ADDRESSED IN A TIMELY AND PROPER MEDICAL MANOR: HNR 03-31-11, HNR 04-14-11, INFORMAL GRIEVANCE TO COIII STARK AT DAKOTA DOU 04-21-11, HNR 05-03-11 (FOLLOW-UP REQUESTED), INFORMAL TO DW. RYDER AT ASPC YUMA/COMPLEX, 05-03-11, HNR 05-13-11, SPOKE TO COIII GRAFF ASPC LEWIS/ BARCHEY ABOUT MEDICAL; HE E-MAILED AND CALLED MEDICAL, HNR-05-27-11, INFORMAL TO COIII GRAFF AND FHA., HNR 07-20-11, AS FOR NEGLECT, LEFT FOR PROBLEM(S) TO PROGRESS, AND TO SUFFER FOR NOT GETTING ANY ~~MEDICAL~~ PROPER MEDICAL TESTING OR MEDICAL HELP THUS FAR IN A PROPER MANOR. FOR REQUESTS TO MEDICAL TESTING LEFT SITTING FOR MONTHS IN MEDICAL FILE AND NOT BEING SUBMITTED. AS A "COMPENSATORY DAMAGE RECOVERY" YOU ARE BEING CHARGED ONE HUNDRED DOLLARS ($100.00) PER DAY PER EACH INJURY NOT MEDICALLY TREATED FROM TIME OF INJURY. AND WILL CONTINUE TO GROW IN AMOUNT EACH AND EVERY DAY THAT GOES BY. PLUS, CHANGE IN POLICY ON TIMELY ASSESMENTS, TIMELY APPOINTMENTS AND ALL OTHER RECOMENDATIONS FOLLOWED THROUGH WITH WHEN RECOMMENDED BY DOCTORS OR SPECIALISTS. (THE COURTS HAVE ALREADY SHOWN THAT COMPENSATORY DAMAGE RECOVERY AND AS WELL AS PUNITIVE DAMAGES AWARDS ARE AWARDED FOR JUST 30-60 DAYS OF PAIN AND SUFFERING.) AND EVERYTHING ALLREADY COVERED FROM THE INFORMAL AND FORMAL GRIEVANCES.

| Signature | Date |
|---|---|
| Joseph Hefner | 08-26-11 |

INITIAL DISTRIBUTION - <u>Committee Recommendation</u> - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - <u>GF Supplement</u> - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

# ARIZONA DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE RESPONSE

| Inmate Name *(Last, First M.I.)*:<br><br>Herfner, Joseph | **5C09U** | ADC #:  203653<br><br>Grievance #: L25-052-011 |
| --- | --- | --- |

| Institution/ Unit / Housing:<br><br>ASPC-LEWIS BARCHEY |
| --- |

| From:<br><br>John Kinton, Acting Facility Health Administrator (FHA) | Location / Unit:<br><br>ASPC-Lewis / HEALTH SERVICES |
| --- | --- |

Your Inmate Grievance dated 7/15/11 was received in my office on 7/23/11.  Your primary concerns are proper medical treatment after an assault.

A review of your medical chart and your concerns were conducted.

On 7/25/2011, lab was drawn from you and results have been provided to your provider.  You have scheduled on the provider line to discuss the results and further treatment if necessary.

This issue has been resolved.

**YOU MAY APPEAL THIS DECISION TO THE DIRECTOR BY REQUESTING APPEAL FORM  GF-2.**

*Rec'd 08-15-11*

| Staff Signature: | Date:<br>8/8/11 |
| --- | --- |

Distribution:        Original - Inmate

ARIZONA DEPARTMENT OF CORRECTION

Inmate Grievance

| Received By | Casper |
|---|---|
| Title | COII |
| Badge Number | Date |
| 4008 | 7-15-11 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| HEFNER, JOSEPH T. | 203653 | 07-15-11 |

| Institution/Facility | Case Number |
|---|---|
| ASPC LEWIS / BARCHEY UNIT | L25 052 011 |

To: COII GRAFF

**Description of Grievance** (To be completed by the Inmate)

ON 03-26-11 I WAS ATTACKED BY SEVERAL INMATES. I WAS KICKED ABOUT THE HEAD, NECK, LEFTSIDE RIBS, STOMACH, ABDOMON, LOWER RIGHT BACK, PELVIC AND RIGHT LEG. I WAS TAKEN TO YUMA HOSPITAL TO THE EMERGENCY ROOM. THE E.R. DOCTOR HAD X-RAYS DONE OF MY RIBS AND SAID, "THERE ARE NO FRACTURES OR BREAKS" THE DOCTOR SAID HE WAS GOING TO DRAW BLOOD FOR TESTS, DO A CT SCAN OR MRI. NEXT THING I KNEW NO FURTHER TESTING WAS GOING TO BE DONE. I WAS RELEASED FROM THE HOSPITAL. I WAS STILL IN SEVERE PAIN TO MY HEAD, NECK, LEFTSIDE RIBS, STOMACH, ABDOMAN, LOWER RIGHT BACK, PELVIC AND RIGHT LEG WITH NO PROPER OR FURTHER TESTING OR MEDICAL TREATMENT BEING PREFORMED.
   ON OR ABOUT 03-30-11 I WAS SEEN BY THE DOCTOR AT YUMA/DAKOTA UNIT MEDICAL FOR THE SAME INJURIES. DOCTOR SAID BLOOD WOULD BE DRAWN FOR TESTS, CT SCAN, MRI, OR SONOGRAM WOULD BE DONE FOR CHECKING FURTHER ON MY IN-JURIES. (7) HNR'S WERE SUBMITTED TO MEDICAL, I HAVE MY COPIES, FOR FOLLOW~

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

THE INFORMAL ATTEMPTS ARE: HNR'S SUBMITTED TO MEDICAL AT DAKOTA UNIT AND BARCHEY UNIT. SPOKEN TO SGT. DAVIS, COII GRAFF, AND MEDICAL STAFF. INMATE LETTER TO F.H.A. McMARRON. GRIEVANCE PROCEDURE STARTED.
TO RESOLVE: PROPER MEDICAL TREATMENT, TESTING AND FINDING OUT WHAT IS CAUSING THE SEVERE PAINS I HAVE HAD AND WHAT DAMAGE HAS BEEN DONE DUE TO THE ATTACK ON MY PERSON ON 03-26-11.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Joseph Hefner | 06-15-11 | Coin | 7/20/11 |

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|

JUL 2011
Received
ASPC LEWIS
HEALTH UNIT

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
7/13/09

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance - GF Supplement

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| HEFNER, JOSEPH T. | 203653 | ASPC LEWIS / BARCHEY UNIT | L20 05261 |

UPS ON DOCTOR'S SUGGESTIONS FOR TESTING TO NO AVAIL.

AT THIS TIME I AM STILL HAVING SEVERE PAIN FROM MY LEFT SIDE NECK ACROSS MY SHOULDER DOWN MY LEFT ARM. ALSO I AM IN CONTINUOUS SHOOTING, STABBING PAIN, FEELS LIKE A THOUSAND NEEDLES, IN MY STOMACH AND ABDOMAN AREA. ALSO MY RIGHT SIDE LOWER BACK, PELVIC, HIP AND UPPER LEG HAS SHOOTING PAIN RANDOMLY.

SINCE ARRIVING AT ASPC LEWIS / BARCHEY UNIT I HAVE SPOKEN TO SGT. DAVIS, COTT GRAFF AND MEDICAL STAFF TO NO AVAIL. I HAVE, AT MEDICAL SPOKEN TO NURSE RANGALL WHO SHOWED AND TOLD ME THAT ALL THE PAPER WORK FOR MY TESTING HAS BEEN SITTING IN MY MEDICAL FILE AND HAS NEVER BEEN SUB-MITTED. NURSE RANGALL THEN CALLED THE REFER PERSON AT ASPC LEWIS WHO WOULD SCHEDULE THOSE TESTS AND CONFIRMED AFTER MY VISIT THAT THE TESTS WOULD BE SCHEDULED IN A TIMELY AND PROFESSIONAL MANOR. THUS FAR NO BLOOD HAS BEEN DRAWN, NO CT SCAN OR MRI OR SONOGRAM HAS BEEN DONE. AT THIS TIME PROPER MEDICAL CARE IS NON-EXISTANT.

IT IS CRUEL TO IGNORE A PRISONER'S MEDICAL NEEDS. AS THE UNITED STATES SUPREME COURT HAS RECOGNIZED, REFUSING TO TREAT A MEDICAL PROBLEM THAT CAUSES A PRISONER TO SUFFER IS THE MORAL AND LEGAL EQUIVALANT OF INFLICTING SUCH SUFFERING. NEITHER THE LEGISLATURE, IN DEFINING THE CRIME AND THE PUNISHMENT, NOR THE JUDGE, IN IMPOSING A SENTANCE CAN CONSTITUTIONALLY ORDER THAT THE MEDICAL NEEDS OF PRISONERS BE IGNORED. PRISON OFFICIALS CANNOT IGNORE PUNISHMENT FOR A CRIME BEYOND THAT ORDERED BY THE COURT.

THE DENIAL OF ADAQUATE MEDICAL CARE IS CRUEL AND UNUSUAL PUNISHMENT BECAUSE IT INFLICTS NEEDLESS SUFFERING ON PRISONERS MEDICAL NEEDS AND BECAUSE IT PUTS THE HEALTH OF THESE AND POTENTIALLY OTHER PRISONERS AT GRAVE RISK.

I HAVE BEEN TOLD BY MEDICAL STAFF AT DAKOTA AND BARCHEY MEDICAL STAFF THAT MY MEDICAL NEEDS WILL BE MET IN A TIMELY AND PROPER MEDICAL MANOR BUT NOTHING HAS BEEN DONE BY YUMA HOSPITAL OR MEDICAL STAFF AT DAKOTA OR BARCHEY MEDICAL STAFF. I AM IN SEVERE PAIN AND NO MEDICAL TESTING OR PROPER MEDICAL HELP HAS OCCURED. I HAVE BEEN TOLD BY DAKOTA MEDICAL STAFF THAT TESTING AND BLOOD TESTS HAVE BEEN DONE. NURSE RANGALL AT BARCHEY UNIT MEDICAL HAS SHOWN AND TOLD ME MY TESTING AND BLOOD DRAW PAPERWORK HAS BEEN SITTING IN MY FILE AND PROPER MEDICAL PROCEDURES HAVE BEEN IGNORED THUS FAR.

THANK YOU

| Signature | Date |
|---|---|
| Joseph Hefner | 06-15-11 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

| For distribution: Copy of corresponding Inmate Letter must be attached to this response. |
| --- |

| Inmate Name *(Last, First M.I.)* | | ADC Number |
| --- | --- | --- |
| HEFNER  JOSEPH T | 5 C 09 | 203653 |

| Institution/Unit |
| --- |
| ASPC-LEWIS / BARCHEY |

| From | Location |
| --- | --- |
| COIII GRAFF      3994 | BARCHEY BUILDING 5 |

in response to your letter dated on 06/15/2011    RE:  Medical slow to respond.

I your letter you state that you are still having pain and that you have been seen by two different doctors and that nothing was done to help with the severe pain you are still having.
You state that you have put in 6 7 HNR's to the medical staff and have not recieved any response back.

I called the yard nurse, Nurse Rangel and she wants you to put in a HNR to here today and she will do what she can to get this resolved.  This issue was not resolved by nurse rangel.

End of response.

| Staff Signature | Date |
| --- | --- |
| *S Graff 3994* | 07/12/2011 |

Computer Electronic Version

Distribution:  Original - Central Office Master File
        Copy - Inmate
        Copy - Institutional File

916-2
4/15/04

DEPARTMENT OF CORRECTIONS
Inmate Letter

Sections are limited to one issue and one request.
ATTACHMENTS PROHIBITED. Please print all information.

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| HEFNER, JOSEPH T. | 203653 | ASPC LEWIS/BARCHEY | 06-15-11 |

To: CO II GRAFF                    Location:

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I AM INFORMALLY TRYING TO RESOLVE THIS ISSUE. ON 03-26-11 I WAS ATTACKED BY SEVERAL INMATES. I WAS KICKED ABOUT THE HEAD, NECK, LEFT SIDE RIBS, STOMACH, ABDOMON, LOWER RIGHT BACK, PELVIC AND RIGHT LEG. I WAS TAKEN TO YUMA HOSPITAL TO THE EMERGENCY ROOM. THE E.R. DOCTOR HAD X-RAYS DONE OF MY RIBS AND SAID, "THERE ARE NO FRACTURES OR BREAKS." THE DOCTOR SAID HE WAS GOING TO DRAW BLOOD FOR TESTS, DO AN CT SCAN OR MRI. NEXT THING I KNEW NO FURTHER TESTING WAS GOING TO BE DONE. I WAS RELEASED FROM THE HOSPITAL.

ON OR ABOUT 03-30-11 I WAS SEEN BY DOCTOR AT DAKOTA UNIT MEDICAL FOR SAME INJURIES. DOCTOR SAID BLOOD WOULD BE DRAWN FOR TESTS, CT SCAN, MRI AND SONOGRAM WOULD BE DONE FOR CHECKING OF INJURIES. (7) SEVEN HNR'S WERE SUBMITTED TO MEDICAL FOR FOLLOW-UPS ON DOCTORS SUGGESTIONS FOR TESTING TO NO AVAIL.

AT THIS TIME I AM STILL HAVING SEVERE PAIN FROM MY LEFT SIDE NECK ACROSS MY SHOULDER DOWN MY LEFT ARM. ALSO I AM IN CONTINUOUS SHOOTING, STABBING PAIN (FEELS LIKE A THOUSAND NEEDLES) IN MY STOMACH AND ABDOMAN AREA. ALSO MY RIGHT SIDE LOWER BACK, PELVIC, HIP AND UPPER LEG HAS SHOOTING PAIN RANDOMLY.

SINCE ARRIVING AT ASPC LEWIS/BARCHEY UNIT I HAVE SPOKEN TO SGT. DAVIS, CO II GRAFF AND MEDICAL STAFF TO NO AVAIL.

| Inmate Signature | Date |
|---|---|
| Joseph Hefner | 06-15-11 |

Have You Discussed This With Institution Staff?   ☒ Yes   ☐ No
If yes, give the staff member's name: SGT. DAVIS, CO II GRAFF AND MEDICAL STAFF

Distribution: White - Master Record File    Canary - Inmate

PAGE 1 OF 2

**ATTACHMENT 8**



# Arizona Department of Corrections

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



JANICE K. BREWER
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL:  TO THE DIRECTOR

Inmate Name: <u>HEFNER, JOSEPH</u>        ADC No.: <u>203653</u>        Case No.: <u>L25-052-011</u>

Institution: <u>ASPC-LEWIS/EAGLE POINT</u>                    Date Received: <u>December 7, 2011</u>

I have reviewed your Grievance Appeal wherein you state you have not received medical treatment and care in response to being assaulted while housed in ASPC-Yuma.

Your Grievance Appeal has been investigated. The decision of the Facility Healthcare Administrator (John Kinton) has been overturned and your appeal is affirmed.  The reasons for this decision are:

1.  A review of your health record indicates you were assaulted March 26, 2011 and sent to an outside hospital for further assessment.

2.  April 8, 2011 your attending medical provider completed a request for additional testing (CT-Abdomen/Pelvis) as a follow up to being sent to the outside hospital because of your report of pain.

3.  The CT scan was not completed until six months later on October 26, 2011 following your transfer to ASPC-Lewis. No significant abnormality was identified on CT scan.

4.  Therefore, the Facility Health Administrator will be:
    a.  Redirected to ensure requests for outside consultation are reviewed, processed and scheduled in a timely manner;
    b.  Redirected to review the process for reviewing and processing of requests submitted by the Medical Review Committee accurately expedites the need for patient care and does not in any way delay such treatment and care;
    c.  Directed to have you scheduled with your attending medical provider to review and discuss the results of your tests and evaluations and to discuss the current plan of action for your needs.

5.  Please submit a Health Need Request (HNR) if you have medical concerns or needs which you wish to discuss with your attending medical provider.

This response concludes the medical grievance process per Department Order 802.11 Medical Grievance.

Charles L. Ryan, Director                            3/13/12
                                                      Date

cc:    FHA, ASPC-Lewis
       C.O. Inmate File

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance Appeal

*RECEIVED* (stamp)

*The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.*

(To be completed by staff member initially receiving appeal)
Received by: _____ Scott Brua
Title: _____
Badge #: _____
Date: _____

*RECEIVED*
NOV 23 2011
BY: _____ (stamp)

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| HEFNER, JOSEPH T. | 203653 | 11-09-11 |

| Institution | Case Number |
|---|---|
| ASPC LEWIS / EAGLE POINT | L25-052-11 |

TO:
   DIRECTOR RYAN

I am appealing the decision of **John Kinton, Acting Facility Health Administrator** for the following reasons:

On 03-26-11 I WAS ATTACKED BY SEVERAL INMATES. THERE WERE PICTURES TAKEN OF MY PERSON OF THE CUT, ABRASIONS, BOOT AND SHOE PRINTS ON MY PERSON. I WAS TAKEN TO YUMA HOSPITAL ON 03-26-11 AND ONLY GIVEN X-RAYS OF MY RIBS. I HAD CUTS, ABRASIONS, BOOT AND SHOE PRINTS ON THE LEFT SIDE OF HEAD AND FACE, LEFT SIDE NECK, SHOULDER, ARM, RIBS, ABDOMAN AND STOMACH, RIGHT LOWER BACK, HIP, PELVIC AND UPPER RIGHT LEG TO THE KNEE. I ASKED TO HAVE CT SCAN, MRI OF THESE AREAS TO ASCERTAIN WHAT IF ANY INTERNAL DAMAGE HAD BEEN DONE. AS I HAVE WRITTEN IN MY ORIGINAL HNR'S AND INFORMAL GRIEVANCE I HAVE CONTINUED TO ASK FOR PROPER ASSESMENT.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Joseph Hefner | 11-09-11 | Cou Pll | 11/28/11 |

| Response To Inmate By: | Location |
|---|---|
| | |

AZ DEP. OF CORRECTIONS
11 DEC -7 AM 1:56
INMATE HEALTH SERVICES

| Staff Signature | Date |
|---|---|
| | |

DISTRIBUTION:
INITIAL:   White & Canary - Grievance Coordinator
           Pink - Inmate
FINAL:     White - Inmate
           Canary - Grievance File

802-3P
2/14/00

Inmate Grievance - GF Supplem

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Hefner, Joseph T. | 203653 | ASPCLewis/Eaglepoint | L25-052-11 |

PROPER TREATMENT AND PROPER MEDICAL CARE IN A TIMELY MANOR. SO FAR IT HAS BEEN 7 MONTHS AND I HAVE BEEN IN SEVERE MEDICAL DURESS AND SEVERE PAIN FROM THE ASSAULT I RECIEVED ON 03-26-11. I HAVE BEEN DENIED PROPER ASSESMENT, TREATMENT AND CARE AS A HUMAN BEING SHOULD HAVE.

DUE TO IMPROPER MEDICAL ASSESMENT, TREATMENT AND MEDICAL CARE I AM STILL AND HAVE BEEN SINCE 03-26-11 AND HAVE ASK FOR PROPER ASSESMENT, TREATMENT AND MEDICAL CARE FOR THE ATTACK ON MY PERSON ON 03-26-11. Acting FHA JOHN KINTON HAS CONTINUED TO DENIED PROPER MEDICAL ASSESMENT, TREATMENT AND MEDICAL CARE IN A TIMELY MANOR. WHICH HAS RESULTED IN EXTENDED SEVERE PAIN AND SUFFERING AND LAX MEDICAL CARE INTO WHICH ANY HUMAN BEING IS AND SHOULD HAVE. BEING "PUT ON A LIST TO BE SCHEDULED" FOR MEDICAL CARE IS NOT PROPER MEDICAL ASSESMENT, TREATMENT AND MEDICAL CARE.

I HAVE BEEN TOLD TESTING CAN BE DONE TO DETERMAN WHAT IS WRONG AND WHY I AM IN SUCH SEVERE AND MEDICAL DURESS. IS THIS GOING TO TAKE ANOTHER YEAR? AM I GOING TO AQUIRE MORE INJURY AND PAIN DUE TO IMPROPER ASSESMENT, TREATMENT AND MEDICAL CARE? YES! I AM IN MORE PAIN ALL THE TIME AND PROPER ASSESSMENT, TREATMENT AND MEDICAL CARE HAS BEEN VERY LAX. I HAVE BEEN VISITED BY AN ATTORNEY AND AM LOOKING FURTHER

| Signature | Date |
|---|---|
| Joseph Hefner | 11-09-11 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance Appeal

(To be completed by staff member initially receiving appeal)

The Inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Received by: _GRAFF_
Title: _COIII_
Badge #: _3994_
Date: _8/29/11_

PLEASE PRINT

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| HEFNER, JOSEPH T. | 203653 | 08-26-11 |

| Institution | Case Number |
|---|---|
| ASPC LEWIS / BARCHEY UNIT | # L25-052-011 |

TO:

I am appealing the decision of JOHN KINTON, Acting Facility Health Administrator for the following reasons:
THE ISSUE HAS NOT BEEN RESOLVED AS JOHN KINTON, ACTING FACILITY HEALTH ADMINISTRATOR, THINKS. WHEN I WAS SEEN BY YUMA HOSPITAL AND MEDICAL STAFF AT ASPC DAKOTA, YUMA MEDICAL THERE WAS SUPPOSED TO BE TEST DONE TO FIND OUT WHY I WAS AND STILL AM HAVING SEVERE PAIN IN MY NECK, LEFT SHOULDER, LEFT ARM, ABDOMEN AND STOMACH AREA'S. TO THIS DAY I HAVE BEEN TOLD BY MEDICAL STAFF AT ASPC YUMA/DAKOTA UNIT AND MEDICAL STAFF AT ASPC LEWIS/BARCHEY UNIT, SPECIFICALLY NURSE RANDALL AND DR. BELL, THAT TESTING HAS BEEN ORDERED SINCE THE INITIAL INJURY OCCURRED. THERE WAS/HAS NOT BEEN ANY TESTING DONE IN A TIMELY MANOR OR TREATMENT TO MEDICAL NEEDS. I WAS KICKED ABOUT THE LEFT

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Joseph Hefner | 08-26-11 | COIII | 8/30/11 |

Response To Inmate By:

Location

Received SEP 2011 ASPC LEWIS HEALTH UNIT

| Staff Signature | Date |
|---|---|

DISTRIBUTION:
INITIAL:    White & Canary - Grievance Coordinator
            Pink - Inmate
FINAL:      White - Inmate
            Canary - Grievance File

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance - GF Supplement**

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| HEFNER, JOSEPH T. | 203653 | ASPC-LEWIS (BARCHEY)UNIT | L25-052-011 |

SIDE OF MY FACE, HEAD, NECK, LEFT SHOULDER, LEFT ARM, LEFT RIBS, MY ABDOMAN, STOMACH, LOWER RIGHT BACK, PELVIC, HIP AND UPPER RIGHT LEG. NO TESTING WAS DONE TO MY HEAD, SHOULDER, ARM, ABDOMAN, STOMACH, RIGHT LOWER BACK, PELVIC, HIP OR RIGHT LEG, THE ONLY TEST DONE WAS X-RAY OF MY RIBS NOTHING MORE.

AT THIS TIME I AM STILL IN SEVERE PAIN FROM MY LEFT SIDE NECK, SHOULDER, ARM, STOMACH AND ABDOMAN WITH NO MEDICAL TESTING OR TREATMENT BEING DONE. THE ONLY THING BEING DONE IS ALL MEDICAL PERSONEL ARE "SAYING" I ON A LIST, BEING ON "A LIST" IS BY NO MEANS PROPER ASSESMENT, TREATMENT OR TIMELY ADDRESSING MEDICAL NEEDS.

I HAVE DONE THE FOLLOWING DATED ATTEMPTS TO GET THESE ADDRESSED IN A TIMELY AND PROPER MEDICAL MANOR: HNR 03-31-11, HNR 04-14-11, INFORMAL GRIEVANCE TO COII STARX AT DAKOTA DOU 04-21-11, HNR 05-03-11 (FOLLOW-UP REQUESTED), INFORMAL TO D.W. RYDER AT ASPC-YUAA/COMPLEX, 05-03-11, HNR-05-13-11, SPOKE TO COII GRAFF ASPC-LEWIS/BARCHEY ABOUT MEDICAL, HE E-MAILED AND CALLED MEDICAL, HNR-05-27-11, INFORMAL TO COII GRAFF AND FHA., HNR 07-20-11, AS FOR NEGLECT, LEFT FOR PROBLEM(S) TO PROGRESS, AND TO SUFFER FOR NOT GETTING ANY ~~MEDICAL~~ PROPER MEDICAL TESTING OR MEDICAL HELP THUS FAR IN A PROPER MANOR. FOR REQUESTS TO MEDICAL TESTING LEFT SITTING FOR MONTHS IN MEDICAL FILE AND NOT BEING SUBMITTED. AS A "COMPENSATORY DAMAGE RECOVERY" YOU ARE BEING CHARGED ONE HUNDRED DOLLARS ($100.00) PER DAY PER EACH INJURY NOT MEDICALLY TREATED FROM TIME OF INJURY. AND WILL CONTINUE TO GROW IN AMOUNT EACH AND EVERY DAY THAT GOES BY. PLUS, CHANGE IN POLICY ON TIMELY ASSESMENTS, TIMELY APPOINTMENTS AND ALL OTHER RECOMENDATIONS FOLLOWED THROUGH WITH WHEN RECOMMENDED BY DOCTORS OR SPECIALISTS. (THE COURTS HAVE ALREADY SHOWN THAT COMPENSATORY DAMAGE RECOVERY AND AS WELL AS PUNITIVE DAMAGES AWARDS ARE AWARDED FOR JUST 30-60 DAYS OF PAIN AND SUFFERING.) AND EVERYTHING ALL READY COVERED FROM THE INFORMAL AND FORMAL GRIEVANCES.

| Signature | Date |
|---|---|
| Joseph Hefner | 08-26-11 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

# ARIZONA DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE RESPONSE

| Inmate Name *(Last, First M.I.)*:<br><br>Herfner, Joseph | 5C09U | ADC #: 203653<br><br>Grievance #: L25-052-011 |
|---|---|---|

**Institution/ Unit / Housing:**

ASPC-LEWIS BARCHEY

| **From:**<br><br>John Kinton, Acting Facility Health Administrator<br>(FHA) | **Location / Unit:**<br><br>ASPC-Lewis / HEALTH SERVICES |
|---|---|

Your Inmate Grievance dated 7/15/11 was received in my office on 7/23/11.  Your primary concerns are proper medical treatment after an assault.

A review of your medical chart and your concerns were conducted.

On 7/25/2011, lab was drawn from you and results have been provided to your provider. You have scheduled on the provider line to discuss the results and further treatment if necessary.

This issue has been resolved.

**YOU MAY APPEAL THIS DECISION TO THE DIRECTOR BY REQUESTING APPEAL FORM GF-2.**

Rec'd
-08-15-11

| Staff Signature: | Date:<br>8/8/11 |
|---|---|
| Distribution:       Original - Inmate | |

# ARIZONA DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE RESPONSE

*lec oo U*

| Inmate Name *(Last, First M.I.):* | ADC #: 203653 |
|---|---|
| Hefner, Joseph | Grievance #: ~~L29-144-011~~ <br> L25-052 - 11 |

| Institution/ Unit / Housing: |
|---|
| ASPC-LEWIS BARCHEY |

| From: | Location / Unit: |
|---|---|
| John Kinton, Acting Facility Health Administrator (FHA) | ASPC-Lewis / INMATE HEALTH SERVICES |

Your Inmate Grievance dated 8/26/11 was received in my office on 9/07/11. Your primary concern is status on tests being completed on your neck, shoulder, left arm and abdoman.

On 8/01/2011, you were seen by the provider and you have been scheduled to be seen by an outside specilaist.

**YOU MAY APPEAL THIS DECISION TO THE DIRECTOR BY REQUESTING APPEAL FORM  GF-2.**



*Rec'd 11-04-11*

| Staff Signature: | Date: 10/19/11 |
|---|---|
| Distribution:   Original - Inmate <br> Copy: Institutional File <br> Copy:  Grievance Coordinator | 916-2PF          4/15/04 |

**RECEIVED**
OCT 21 2011
BY: ....................

ARIZONA DEPARTMENT OF CORRECTION

Inmate Grievance

| | |
|---|---|
| Received By | Casper |
| Title | COII |
| Badge Number 4008 | Date 7-15-11 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M.I.) HEFNER, JOSEPH T. | ADC Number 203653 | Date 07-15-11 |
|---|---|---|
| Institution/Facility ASPC LEWIS / BARCHEY UNIT | Case Number L25 052 011 | |

To: COII GRAFF

**Description of Grievance** (To be completed by the Inmate)
ON 03-26-11 I WAS ATTACKED BY SEVERAL INMATES. I WAS KICKED ABOUT THE HEAD, NECK, LEFT SIDE RIBS, STOMACH, ABDOMEN, LOWER RIGHT BACK, PELVIC AND RIGHT LEG. I WAS TAKEN TO YUMA HOSPITAL TO THE EMERGENCY ROOM. THE E.R. DOCTOR HAD X-RAYS DONE OF MY RIBS AND SAID, "THERE ARE NO FRACTURES OR BREAKS!" THE DOCTOR SAID HE WAS GOING TO DRAW BLOOD FOR TESTS, DO A CT SCAN OR MRI. NEXT THING I KNEW NO FURTHER TESTING WAS GOING TO BE DONE. I WAS RELEASED FROM THE HOSPITAL. I WAS STILL IN SEVERE PAIN TO MY HEAD, NECK, LEFT SIDE RIBS, STOMACH, ABDOMAN, LOWER RIGHT BACK, PELVIC AND RIGHT LEG WITH NO PROPER OR FURTHER TESTING OR MEDICAL TREATMENT BEING PREFORMED.
ON OR ABOUT 03-30-11 I WAS SEEN BY THE DOCTOR AT YUMA/DAKOTA UNIT MEDICAL FOR THE SAME INJURIES. DOCTOR SAID BLOOD WOULD BE DRAWN FOR TESTS, CT SCAN, MRI OR SPOOR GRAM WOULD BE DONE FOR CHECKING FURTHER ON MY IN-JURIES. (7) HNR'S WERE SUBMITTED TO MEDICAL. I HAVE MY COPIES, FOR FOLLOW-

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)
THE INFORMAL ATTEMPTS ARE: HNR'S SUBMITTED TO MEDICAL AT DAKOTA UNIT AND BARCHEY UNIT. SPOKEN TO SGT. DAVIS, COII GRAFF, AND MED'CAL STAFF. INMATE LETTER TO F.H.A. McMARRON. GRIEVANCE PROCEDURE STARTED.
TO RESOLVE: PROPER MEDICAL TREATMENT, TESTING AND FINDING OUT WHAT IS CAUSING THE SEVERE PAINS I HAVE HAD AND WHAT DAMAGE HAS BEEN DONE DUE TO THE ATTACK ON MY PERSON ON 03-26-11.

| Inmate's Signature Joseph Hefner | Date 06-15-11 | Grievance Coordinator's Signature Coii ... | Date 7/20/11 |
|---|---|---|---|

| Action taken by_____ | Documentation of Resolution or Attempts at Resolution. |
|---|---|

*(stamp: JUL 2011 Received ASPC LEWIS HEALTH UNIT)*

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
7/13/09

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance - GF Supplement

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| HEFNER, JOSEPH T. | 203653 | ASPC LEWIS / BARCHEY UNIT | L20-052611 |

UPS ON DOCTOR'S SUGGESTIONS FOR TESTING TO NO AVAIL.

AT THIS TIME I AM STILL HAVING SEVERE PAIN FROM MY LEFT SIDE NECK ACROSS MY SHOULDER DOWN MY LEFT ARM. ALSO I AM IN CONTINUOUS SHOOTING, STABBING PAIN, FEELS LIKE A THOUSAND NEEDLES, IN MY STOMACH AND ABDOMAN AREA. ALSO MY RIGHT SIDE LOWER BACK, PELVIC, HIP AND UPPER LEG HAS SHOOTING PAIN RANDOMLY.

SINCE ARRIVING AT ASPC LEWIS / BARCHEY UNIT I HAVES POKEN TO SGT. DAVIS, COIII GRAFF AND MEDICAL STAFF TO NO AVAIL. I HAVE, AT MEDICAL SPOKEN TO NURSE RANGALL WHO SHOWED AND TOLD ME THAT ALL THE PAPER WORK FOR MY TESTING HAS BEEN SITTING IN MY MEDICAL FILE AND HAS NEVER BEEN SUBMITTED. NURSE RANGALL THEN CALLED THE REFER PERSON AT ASPC LEWIS WHO WOULD SCHEDULE THOSE TESTS AND CONFIRMED AFTER MY VISIT THAT THE TESTS WOULD BE SCHEDULED IN A TIMELY AND PROFESSIONAL MANOR. THUS FAR NO BLOOD HAS BEEN DRAWN, NO CT SCAN OR MRI OR SONOR GRAM HAS BEEN DONE. AT THIS TIME PROPER MEDICAL CARE IS NON-EXISTANT.

IT IS CRUEL TO IGNORE A PRISONER'S MEDICAL NEEDS. AS THE UNITED STATES SUPREME COURT HAS RECOGNIZED, REFUSING TO TREAT A MEDICAL PROBLEM THAT CAUSES A PRISONER TO SUFFER IS THE MORAL AND LEGAL EQUIVALANT OF INFLICTING SUCH SUFFERING. NEITHER THE LEGISLATURE, IN DEFINING THE CRIME AND THE PUNISHMENT, NOR THE JUDGE, IN IMPOSING A SENTENCE CAN CONSTITUTIONALLY ORDER THAT THE MEDICAL NEEDS OF PRISONERS BE IGNORED. PRISON OFFICIALS CANNOT IGNORE PUNISHMENT FOR A CRIME BEYOND THAT ORDERED BY THE COURT.

THE DENIAL OF ADAQUATE MEDICAL CARE IS CRUEL AND UNUSUAL PUNISHMENT BECAUSE IT INFLICTS NEEDLESS SUFFERING ON PRISONERS MEDICAL NEEDS AND BECAUSE IT PUTS THE HEALTH OF THESE AND POTENTIALLY OTHER PRISONERS AT GRAVE RISK.

I HAVE BEEN TOLD BY MEDICAL STAFF AT DAKOTA AND BARCHEY MEDICAL STAFF THAT MY MEDICAL NEEDS WILL BE MET IN A TIMELY AND PROPER MEDICAL MANOR BUT NOTHING HAS BEEN DONE BY YUMA HOSPITAL OR MEDICAL STAFF AT DAKOTA OR BARCHEY MEDICAL STAFF. I AM IN SEVERE PAIN AND NO MEDICAL TESTING OR PROPER MEDICAL HELP HAS OCCURED. I HAVE BEEN TOLD BY DAKOTA MEDICAL STAFF THAT TESTING AND BLOOD TESTS HAVE BEEN DONE. NURSE RANGALL AT BARCHEY UNIT MEDICAL HAS SHOWN AND TOLD ME MY TESTING AND BLOOD DRAW PAPERWORK HAS BEEN SITTING IN MY FILE AND PROPER MEDICAL PROCEDURES HAVE BEEN IGNORED THUS FAR.

THANK YOU

| Signature | Date |
|---|---|
| Joseph Hefner | 06-15-1 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

| | For distribution: Copy of corresponding Inmate Letter must be attached to this response. |
|---|---|

**Inmate Letter Response**

| Inmate Name *(Last, First M.I.)* | | ADC Number |
|---|---|---|
| HEFNER  JOSEPH T | 5 C 09 | 203653 |

| Institution/Unit |
|---|
| ASPC-LEWIS / BARCHEY |

| From | Location |
|---|---|
| COIII GRAFF   3994 | BARCHEY BUILDING 5 |

in response to your letter dated on 06/15/2011   RE:  Medical slow to respond.

I your letter you state that you are still having pain and that you have been seen by two different doctors and that nothing was done to help with the severe pain you are still having.
You state that you have put in 6 7 HNR's to the medical staff and have not recieved any response back.

I called the yard nurse, Nurse Rangel and she wants you to put in a HNR to here today and she will do what she can to get this resolved.  This issue was not resolved by nurse rangel.

End of response.

| Staff Signature | Date |
|---|---|
| D. Graff/3994 | 07/12/2011 |

Computer Electronic Version

Distribution:  Original - Central Office Master File
        Copy - Inmate
        Copy - Institutional File

916-2
4/15/04

DEPARTMENT OF CORRECTIONS
Inmate Letter

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| HEFNER, JOSEPH T. | 203653 | ASPC LEWIS/BARCHEY | 06-15-11 |

To: CO III GRAFF                     Location:

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I AM INFORMALLY TRYING TO RESOLVE THIS ISSUE. ON 03-26-11 I WAS ATTACKED BY SEVERAL INMATES. I WAS KICKED ABOUT THE HEAD, NECK, LEFT SIDE RIBS, STOMACH, ABDOMON, LOWER RIGHT BACK, PELVIC AND RIGHT LEG. I WAS TAKEN TO YUMA HOSPITAL TO THE EMERGENCY ROOM. THE E.R. DOCTOR HAD X-RAYS DONE OF MY RIBS AND SAID, "THERE ARE NO FRACTURES OR BREAKS". THE DOCTOR SAID HE WAS GOING TO DRAW BLOOD FOR TESTS, DO AN CT SCAN OR MRI. NEXT THING I KNEW NO FURTHER TESTING WAS GOING TO BE DONE. I WAS RELEASED FROM THE HOSPITAL.

ON OR ABOUT 03-30-11 I WAS SEEN BY DOCTOR AT DAKOTA UNIT MEDICAL FOR SAME INJURIES. DOCTOR SAID BLOOD WOULD BE DRAWN FOR TESTS, CT SCAN, MRI AND SONOGRAM WOULD BE DONE FOR CHECKING OF INJURIES. (7) SEVEN HNR'S WERE SUBMITTED TO MEDICAL FOR FOLLOW-UPS ON DOCTORS SUGGESTIONS FOR TESTING TO NO AVAIL.

AT THIS TIME I AM STILL HAVING SEVERE PAIN FROM MY LEFT SIDE NECK ACROSS MY SHOULDER DOWN MY LEFT ARM. ALSO I AM IN CONTINUOUS SHOOTING, STABBING PAIN (FEELS LIKE A THOUSAND NEEDLES) IN MY STOMACH AND ABDOMAN AREA. ALSO MY RIGHT SIDE LOWER BACK, PELVIC, HIP AND UPPER LEG HAS SHOOTING PAIN RANDOMLY.

SINCE ARRIVING AT ASPC LEWIS/BARCHEY UNIT I HAVE SPOKEN TO SGT. DAVIS, CO III GRAFF AND MEDICAL STAFF TO NO AVAIL.

Inmate Signature: Joseph Hefner          Date: 06-15-11

Have You Discussed This With Institution Staff? ✓ Yes  No
If yes, give the staff member's name: SGT. DAVIS, CO III GRAFF AND MEDICAL STAFF

PAGE 1 OF 2

**ATTACHMENT 9**

# Inmate First Level Appeal Response
## Northern Regional Health Services Office

| | |
|---|---|
| **Inmate Name:** | Polson, Joshua |
| **Inmate Number:** | 187716 |
| **Housing Unit:** | SMU I |
| **Grievance Case Number:** | A30-231-009 |

### Response

This is a first level response to the grievance appeal you submitted on March 26, 2010 and received by the Health Services Northern Regional Office. In your appeal you state that you are appealing the decision of COIII Bowman.

A review of your medical file was conducted. My review revealed you were seen by the Audiologist on June 1, 2010. He found there was no response in your right ear and is essentially a dead ear. By copy of this response to your Faciltiy Health Administrator, I am directing you be seen by your local provider to ensure you understand the findings.

Your response was not within time frames as a result of an administrative oversight. I take fully responsibility for this delay. I apologize for the late response. My direct supervisor has addressed this late response administratively with me and corrective action has been taken.

You have the right to appeal this response if you are not satisfied with the written findings. Please consult Department Order 802.05 for further information.

_____
Jim Taylor, Regional Health Administrator

_____
Date    8/12/10

Received by the inmate on: _____

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

*(To be completed by staff member initially receiving appeal)*

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Received by: Burton
Title: Cg11
Badge #: 5183
Date: 3/26/10

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Polson Joshua W | 187716 | 3-26-10 |

| Institution | Case Number |
|---|---|
| Eyman/Smu1 / cell 1-B-7 | A30-231-009 |

TO: Warrden/Central office   HSROD

I am appealing the decision of _Co.II Bowman on ear infection and loss of Hearin_ for the following reasons:

This hasn't solved the ~~hearing loss or the continue pain of~~ ~~the ear infection~~. I haven't reseved any Resolution. This is a Serouse Health problem. D.OC' needs to have a specialist look at my ear. I would like the Resaltes of the hearing test also taken on 3/19/10.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| JC PL | 3-26-10 | CoII Y Wiggin. | 03/29/10 |

| Response To Inmate By: | Location |
|---|---|
| | |

| Staff Signature | Date |
|---|---|
| | |

DISTRIBUTION:
INITIAL:   White & Canary - Grievance Coordinator
           Pink - Inmate
FINAL:     White - Inmate
           Canary - Grievance File

802-3P
2/14/00

# ARIZONA DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE RESPONSE

| Inmate Name *(Last, First M.I.)*: | ADC #: 187716 |
|---|---|
| POLSON, JOSHUA          3A12 | Case: A30-231-009 |

| Institution/ Unit / Housing: |
|---|
| ASPC EYMAN / SMU I PS – 1 A 213 |

| From: | Location / Unit: |
|---|---|
| Dr. Dennis Kendall, Facility Health Administrator (FHA) | ASPC-EYMAN / HEALTH SERVICES |

I am in receipt of your Grievance dated 12/22/09 that was received in the Eyman Health Service office on 1/8/10.  Your primary area of concern is an ear infection and hearing loss.

Investigation into this issue you have raised included a review of your medical records.

You were seen and treated for an ear infection on 12/7/09 and 1/8/10.  A hearing test will be done on the treatment line as soon as possible.

**YOU MAY APPEAL THIS DECISION TO THE REGIONAL HEALTH ADMINISTRATOR BY REQUESTING AN APPEAL FORM GF-2.**

| Staff Signature: | Date: |
|---|---|
| | 3/1/10 |

Distribution:   Original: Inmate
                Copy: Grievance Coordinator
                Copy: Institutional File

916-2PF
4/15/04

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

*IPS - 1A213*

| Received By | J. Crawford |
|---|---|
| Title | CoII |
| Badge Number 5001 | Date 12/23/09 |

**Note:** You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3P, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First, M.I.) Polson Joshua | ADC Number 187716 | Date 12-22-09 |
|---|---|---|
| Institution/Facility Eyman /smn / Cell 1-A-13 | Case Number A30-231-009 | |

TO: Grievance Coordinator

**Description of Grievance** (To be completed by the inmate) The Medical has continualy "rescaduled" or miss me or whatever. The fact is their Just not seeing me. I've had a serious ear infection for about 4 months and they keep putting me off. I've Been scaduled all the time never see a doctor for several monnths now. This has Become a seacious problem and dangerous. I have lost hearing in my right ear do to the lack of health care. I've had 3 times of antibiotics that haven't worked, and now they have done nothy but give me more antibiotics, a shot pills and ear drops. This is becoming a violation of health rights because of incorrect treatment or lack of. I should have sean some one who is a specialist in ear infections or to the hospital. My parents have called 2 times and I've been subscribed antibiotics by nurses not Doctors. This ear infection hasn't been taken care of at all its continualy hurting over SD.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?) Quit Rescaduling me and Just get me to see a doctor that's gon to do somethy for my pain and infection.

| Inmate's Signature | Date 12-22-09 | Grievance Coordinator's Signature | Date DEC 2 9 REC'D |
|---|---|---|---|

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|

JAN 0 8 2009

ASPC EYMAN
INMATE HEALTH SERVICES

5075

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

802-1P
2/14/00

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

| Inmate Name *(Last, First M.I.)* | ADC Number: |
|---|---|
| POLSON, Joshua | 187716 |

| Institution/ Unit: |
|---|
| ASPC-Eyman/SMU I, 1A-13 |

| From: | Location: | |
|---|---|---|
| M. Evans, CO III, #3031 | | -Eyman/SMU I, Programs |

In response to your Informal Resolution dated December 01, 2009 regarding a m...   issue. Medical has told you that you are scheduled for an appointment. You must therefore wait for your turn. En...   onse.

Staff Signature:

*Evans*

Date:

*Dec. 04, 2009*

Distribution:   White - Central Office Master File
Yellow - Inmate
Pink -  Institutional File

916-2PF
4/15/04

**ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Polson Joshua | 187716 | Smu 1/Eyman  I-A-13 | 12-1-09 |

| To: | Location |
|---|---|
| Co III Evens | Smu 1/ wing 1 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am ~~attempting~~ to informally resolve the following problem: I've ~~continuedly plat~~ in for ~~medical~~ for my ear infections and ~~loss of weight and nothing is~~ Done. This is the third informally and I've loeaved it twice, mother has Called, I've lost heary in right ear, told Nurses, "I'm sceduoled thy say, and Been Sayin for mounths now this is a derect Violation to my Constitutional rights among other thgs.

Resolution: Give Resorce Diet for a mounth or two to see if weight gains Back and maybe Why. (car) see me arap and Deal with the problem like your supose to instead of egnoring it.

| Inmate Signature | Date |
|---|---|
| J. Pl | 12-1-09 |

Have You Discussed This With Institution Staff?  ☒ Yes   ☐ No
If yes, give the staff member's name:

916-1
4/15/04

**ATTACHMENT 10**

# Arizona Department of Corrections




1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov

JANICE K. BREWER
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL: TO THE DIRECTOR

Inmate Name: <u>POLSON, Joshua</u>    ADC No.: <u>187716</u>    Case No.: <u>A30-239-011</u>

Institution: <u>ASPC-EYMAN/SMU-I</u>    Date Received: <u>October 12, 2011</u>

I have reviewed your Grievance Appeal alleging the facility does not provide adequate mental health care, nor provide the proper mental health personnel. It is also noted in your original grievance "I'm grieving the treatment of mental health inmates. Mental health inmates are to be able, and treated for their mental disability. This facility does not allow nor provide programs, like: psychotherapy, behavior management or classes to help inmates with mental health get to the lower yards in order to get help, that is needed."

Your grievance appeal has been investigated. The decision of the Facility Healthcare Administrator (Matthew Musson) has been affirmed and your appeal is denied. The reasons for this decision are:

1.  Your medical/mental health records indicate you have been seen routinely by your attending medical provider, your attending psychiatric provider and a mental health clinician.
2.  Documentation within your medical record demonstrates you are being prescribed medications for both medical reasons (five current prescriptions) and mental health reasons (one current prescription).
3.  When seen by mental health staff, your self reported characterization about your functioning has included, you were happy and feeling just fine. You previously reported your psychiatric medication dosage might be too much and you requested a decrease in your medication.
4.  Department Order 802 provides inmates with access to a grievance procedure to provide the opportunity for informal resolution and a formal review of an issue impacting conditions of confinement or institutional life that personally affect the inmate grievant.
5.  This process does not provide you review of the needs of "mental health inmates", only those issues that personally affect you.
6.  Your records do not indicate that programs, psychotherapy, behavior management or classes have been determined to be clinically indicated for your treatment and care.
7.  If you have additional health concerns please submit a Health Needs Request (HNR) to your yard medical provider.

This response concludes the medical grievance process per Department Order 802.11 Medical Grievance.

Charles L. Ryan, Director                    12/30/11    Date

cc:    FHA, ASPC-Eyman
       C.O. Inmate File

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance Appeal**

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

(To be completed by staff member initially receiving appeal)

Received by: _Togans_
Title: _COII_
Badge #: _8043_
Date: _10-4-11_

Supplement Attached : →

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Polson Joshua W | 187716 | 10-4-11 |

| Institution | Case Number |
|---|---|
| ASPC Eyman / Smu 1     1-B-39 | # A30-239-011 |

TO:

Warden / Health Service Regional operations Director

I am appealing the decision of ___F.H.A_____ for the following reasons:

The F.H.A's Response is Not appropriate and does not address the Lodged Grieved issue. This Facility does not Provide adequate mental health Care, nor Provide the Proper mental health Personnel. This facility doesn't Provide one on one Theraphy Sessions or Group Theraphy Session. There's no daily check up walks to address daily mental health issues. All contact with mental health staff is through inmate letters (kites) which go unanswered. This facility's abilities to deal with mental Health inmates extends to over Medicating inmates and Locking them down while ignoring their mental Health needs. Theres no structure

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| JL Pl | 10-4-11 | C_____ 1732 | 10-5-11 |

| Response To Inmate By: | Location |
|---|---|
|  |  |

RECEIVED
AZ DEPT. OF CORRECTIONS
11 OCT 12  PM 12: 24
INMATE HEALTH SERVICES

| Staff Signature | Date |
|---|---|
|  |  |

DISTRIBUTION:
INITIAL:   White & Canary - Grievance Coordinator
           Pink - Inmate
FINAL:     White - Inmate
           Canary - Grievance File

802-3P
2/14/00

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance - GF Supplement**

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility  I-B-39 | Case Number |
|---|---|---|---|
| Polson  Joshua  W. | 187716 | ASPC Eyman / Smul | A30-239-011 |

in Place to Provide mental Health Care towards mental Health
Rehabilitation. For inmates who need dailly, weekly, or Bi-weekly
Counseling.

| Signature | Date |
|---|---|
| JLPl | 10-4-11 |

INITIAL DISTRIBUTION - <u>Committee Recommendation</u> - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF <u>Supplement</u> - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White  - Inmate, Canary - Grievance File

802-7
7/13/09

# ARIZONA DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE RESPONSE

| Inmate Name *(Last, First M.I.)*: | ADC #: 187716 |
|---|---|
| POLSON, JOSHUA | Grievance #: A30-239-011 |

**Institution / Unit**
ASPC-EYMAN /SMU I

| From: | Location / Unit: |
|---|---|
| M.A. Musson, Facility Health Administrator (FHA) | ASPC-Eyman / INMATE HEALTH SERVICES |

Your Inmate Grievance dated 8/16/11 was received in the Eyman Inmate Health Services office on 9/9/11.  Your grievance is in regards to Mental Health care.

Investigation into the issue you have raised included a review of your medical records.

A review of your Medication Administration Record for August show refusals for almost half of the doses of lithium carbonate.  A new dosage of lithium carbonate was ordered and you are receiving them.  The other services you mention are available to our Mental Health inmates. A referral has been sent to the Mental Health Staff on your unit.   Books, puzzles and medications have also been made available.  You appear to have good rapport with the staff, so please feel to discuss these issues with them.

Please submit a Health Needs Request form if you require medical assistance.

**YOU MAY APPEAL THIS DECISION TO THE DIRECTOR BY REQUESTING APPEAL FORM GF-2.**

| Staff Signature: | Date: |
|---|---|

Distribution:   Original - Inmate
Copy:  Institutional File
Copy:  Grievance Coordinator                              916-2PF                              4/15/04

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance**

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

Received By _Myurs_
Title _Co II_
Badge Number _10014_   Date _8-16-11_

| Inmate Name (Last, First M.I.) Polson Joshua | ADC Number 187716 | Date 8-16-11 |
|---|---|---|
| Institution/Facility Eyma, Smul | Case Number A30-239-011 | |

To: _Grievance Cordinator / FHA_

**Description of Grievance** (To be completed by the Inmate)
(Policy says to move to next step in Grievance process when Informal isn't Answered) I'm Grieving the treatment of mental Health Inmates. Mental Health Inmates are to be able, and treated for their mental Disability, This facility Does not allow nor provide programs, Like; psychotherapy, behavior management, or Classes to help inmates with mental Health get to the Lower yards in order to Get the help, that is needed. Theres no Symtom Identification and Coping Skills, relapes and prevention. Also nothing to help us mental Health inmates while in Lock Down which worsens our Illnesses, Because of the Confinement. Further more there is No Structured program or Treatment to even Attempt to Rehabilitate the mentaly Ill. After speaking to Co4 Madrid Tues. 8-9-11 about this and she stated this isn't a Mental Health unit ... So Mental Health Inmates Should't be housed here then. (Copy of Informal Attatched) unanswered Informal )

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)
We mental Health inmates need the programs and a Structured Rehabilitation System to treat our Mental Disability while in Solitary Confinment, Let alone in prison. We Could use psychotherapy, Therapy independeantly, coping stills, Behavior management Interacting stills with others, relapes & prevention and most important Identification of our Symtoms in order to manage our Illnesses properly.

| Inmate's Signature | Date 8-16-11 | Grievance Coordinator's Signature   1732 | Date 8-17-11 |
|---|---|---|---|

| Action taken by_____  Documentation of Resolution or Attempts at Resolution. |
|---|
| |
| |
| |
| |
| |

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
7/13/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

**Inmate Letter**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Polson Joshua | 187716 | Smu 1 Eyman | 7/21/11 |

| To: CO III Panwakle | Location: Smu 1 Eyman |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

In attempting to informally resolve the following problem: I'm a Mental Health Inmate that's not Being Given equal opertunity or proper treatment for my mental Health. The following things are not Being Administered or made Available to Mental Health Inmates: First medication can't Administered Regularly, and if missed and the Inmate notifys COTT that meds Di'Di't come we are ignored. Theres no psychiatric treatment here at Smu 1, Eyman Complex. We can't particepate in Individual or Group psychotherapy. No Behavior Classes to help with behaviors caused By Inmates Mental Health. No incentive programs to help lower Mental Health Classification Scores OR If scores do matta it to open yards to have these psychotherapy and other classes aVailable. Thus causing us Mental Health Inmates to stay Locked Down, there in Worsening our Mental Health not Bettering.

These psychotherapys should include development of appropriate coping skills, symptom Identification and relapes, and prevention also Interacting with others stills.

Resolution: Make these Classes & psychotherapy aVailable and classes to Lower Scores for Mental Health Inmates to get to open yards for interactions. Also Housing These Inmates Approprietly, and Have there OWn yards to interacte in these types Of classes and treatment mentioned apove. Supervised managment of Medications Be Administered.

Inmate Signature [signature]   Date 7/21/11

Have You Discussed This With Institution Staff? ☒ Yes ☐ No
If yes, give the staff member's name:

(CO 4 Madrid Said Theres nothing Sic Can do)

**ATTACHMENT 11**

# Arizona Department of Corrections



1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



JANICE K. BREWER
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL: TO THE DIRECTOR

Inmate Name: <u>Polson, Joshua</u>       ADC No.: <u>187716</u>       Case No.: <u>A30-201-010</u>
Institution: <u>ASPC-Eyman SMU-I</u>       Date Received: <u>12/8/10</u>

I have reviewed your grievance appeal regarding your medical care. Specifically, you state in your appeal that: (i) you have not received any follow-up for the hearing loss in your left ear; (ii) you are requesting to see a second Ear-Nose-Throat (ENT) specialist for additional diagnostic testing and treatment.

Your grievance appeal has been investigated. The decision of the Facility Health Administrator (Dennis Kendall) has been affirmed, and your appeal is denied. The reasons for this decision are:

1. On 6/1/10 you were seen by an ENT specialist, at which time your hearing was tested in both ears. Results of the diagnostic hearing tests indicated that your right ear had no response and was non-functional. The ENT's written findings also indicate that no additional treatment is needed for your condition. These results were reviewed by your Health Care Provider on 6/4/10. Based on the objective medical evidence, a follow-up ENT appointment is not clinically indicated for your condition at this time.
2. Please submit a Health Needs Request form if you require medical assistance.

This response concludes the medical grievance process per Department Order 802.11 Medical Grievance.

_____          12-20-10
Charles L. Ryan, Director                            Date

cc:   FHA, Eyman
       C.O. Inmate File

ARIZONA DEPARTMENT OF CORRE  ONS
Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

(To be completed by staff member initially receiving app

Received by: W. Stein
Title: COIII
Badge #: 6887
Date: 11-8-10

**PLEASE PRINT**

Inmate's Name (Last, First, M.I.)
Polson Joshua W

ADC No.
187716

Date
11-8-10

Institution
Eyman/Smul     1-c-43

Case Number
A30-201-010

TO:
DIRECTOR

I am appealing the decision of Dr Dennis Kendall , G.C. Wiggins _____ for the following reasons:
Still no Follow ups or proposed Corrective Action to loss of hearing
While in care of ADOC Eyman Smul. No "written" report from the
Doctor stated that there is nothing that could be done. from
6-1-2010 Doctor to support the Clames from ADOC staff. "Not Gon
So I'm Recomendy to see Another ENT Doctor _____ to
get a full (Writha) Report on Whts wrong and how it could
be fixed." I Reseved this Responce on my greverce on
Monday 11-8-10 at 9:00 Pm. I'm writing time periods accordy till
I reseved this Document.

Inmate's Signature
[signature]

Date
11-8-10

Grievance Coordinator's Signature
COIII P Wiggin

Date
11/10/10

Response To Inmate By:

Location

Staff Signature

Date

STRIBUTION:
TIAL:     White & Canary - Grievance Coordinator
          Pink - Inmate
'AL:      White - Inmate
          Canary - Grievance File

# ARIZONA DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE RESPONSE

| Inmate Name (Last, First M.I.):<br><br>POLSON, JOSHUA W. | ADC #: 187716<br><br>Case: A30-201-010 |
|---|---|

| Institution/ Unit / Housing:<br><br>ASPC EYMAN / SMU I PS /~~3 A 321~~ | |
|---|---|

| From:<br><br>Dr. Dennis Kendall, Facility Health Administrator (FHA) | Location / Unit:<br><br>ASPC-EYMAN / HEALTH SERVICES |
|---|---|

I am in receipt of your Grievance dated 9/30/10 that was received in the Eyman Health Service office. Your primary area of concern is right ear hearing loss and wanting to see an ENT specialist.

Investigation into this issue you have raised included a review of your medical records.

You had an appointment and were seen by an ENT Specialist on 6/1/10. During that appointment you were diagnosed with a "dead ear" / central hearing loss. No further evaluation was recommended therefore, another ENT appointment is not indicated.

**YOU MAY APPEAL THIS DECISION TO THE DIRECTOR BY REQUESTING AN APPEAL FORM GF-2.**

| Staff Signature: | Date:<br><br>10/28/10 |
|---|---|

Distribution:    Original: Inmate
                 Copy: Grievance Coordinator
                 Copy: Institutional File

916-2PF
4/15/04

ARIZONA DEPARTMENT OF CORRECTIONS    *White Copy*

| | Received By _Beckford_ |
|---|---|
| | Title **COII** |
| | Badge Number 9004 | Date 9-20-10 |

**Inmate Grievance**

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.*

3A321
IPS

| Inmate Name (Last, First M.I.) Polson Joshua W. | ADC Number 187716 | Date 9-30-10 |
|---|---|---|
| Institution/Facility  Smn 1/Eyman    3-A-21 | Case Number  A30-201-010 | |

To: Grievance officer COIII Wiggins

**Description of Grievance** *(To be completed by the Inmate)*
I'm grievan the follown un Resolved problem, I'm now Deaf in my Right ear and would like to have a Corrective Action, I've spoken to a P.A. on 9/16/10 that has stated that he was seeing me for Doctor Bear and that my Right ear has some Scar Tishue or somethy lodged in there Causing posably the Deafness. And the Doctors have Diagnosised my ear Dead, and No reasons or no further follow ups are Being Done to see IF Somthing Can Be Done to Fix the ear or any thing that Can Be Done to posably Compinsate to goin Deaf while in the care of Arizona Department of corrections Health Survices. Theres no Doctors Report from June 1st visit to ENT, in my file medical one. This is Being Conducted as unprofetional, "I can't even get Medical files with all stuff, Released to family or friend even a Doc.

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*
To get another ENT to look at the problem, get Diognosis and a possible Corrective Action Solution. Or even a meeting with officials of DOC, that I can talk to about maybe a Better Medical facility unit, or possable classification Lowered to get medical treatment easier or something. Theres hearing Aids, Surgeries and other means, Sign language classes for when I posably go completly Deaf.

| Inmate's Signature  Jc PL | Date 9-30-10 | Grievance Coordinator's Signature  CO III P Wiggie | Date 10/04/10 |
|---|---|---|---|

Action taken by _____ Documentation of Resolution or Attempts at Resolution.

You were seen by ENT Specialist on 6/1/2010. During that appoentment you were diegnosed with a "dead ear" of central hearing loss. Nor further evaluation was recommended. Therefore, another ENT appoentment is *~~and~~* not indicated.

| Staff Member's Signature  [signature] | Badge Number | Date 10/26/10 |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

802-1
7/13/09