**EXHIBIT B**

1   Arizona Attorney General Thomas C. Horne
    Office of the Attorney General
2   Michael E. Gottfried, Bar No. 010623
    Assistant Attorney General
3   1275 W. Washington Street
    Phoenix, Arizona 85007-2926
4   Telephone: (602) 542-4951
    Fax: (602) 542-7670
5   Michael.Gottfried@azag.gov

6   Daniel P. Struck, Bar No. 012377
    Kathleen L. Wieneke, Bar No. 011139
7   Timothy J. Bojanowski, Bar No. 22126
    Nicholas D. Acedo, Bar No. 021644
8   Courtney R. Cloman, Bar No. 023155
    Ashlee B. Fletcher, Bar No. 028874
9   STRUCK WIENEKE, & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
10  Chandler, Arizona  85226
    Telephone:  (480) 420-1600
11  Fax:  (480) 420-1696
    dstruck@swlfirm.com
12  kwieneke@swlfirm.com
    tbojanowski@swlfirm.com
13  nacedo@swlfirm.com
    ccloman@swlfirm.com
14  afletcher@swlfirm.com

15  *Attorneys for Defendants*

16              **UNITED STATES DISTRICT COURT**

17                  **DISTRICT OF ARIZONA**

18  Victor Parsons; Shawn Jensen; Stephen      NO. 2:12-cv-00601-NVW
    Swartz; Dustin Brislan; Sonia Rodriguez;
19  Christina Verduzco; Jackie Thomas; Jeremy   **DECLARATION OF CHERYL**
    Smith; Robert Gamez; Maryanne Chisholm;     **DOSSETT**
20  Desiree Licci; Joseph Hefner; Joshua Polson;
    and Charlotte Wells, on behalf of themselves
21  and all others similarly situated; and Arizona
    Center for Disability Law,
22
                              Plaintiffs,
23
            v.
24
25  Charles Ryan, Director, Arizona Department
    of Corrections; and Richard Pratt, Interim
26  Division Director, Division of Health Services,
    Arizona Department of Corrections, in their
27  official capacities,

                              Defendants.
28

1    I, **CHERYL DOSSETT**, declare under penalty of perjury that the following

2  information is true to the best of my information, knowledge, and belief:

3        1.    I am over 18 years of age and am competent to testify to the matters

4  contained herein.  I make this Declaration based upon my personal knowledge, experience

5  and expertise, as well as my review of the Complaint in this lawsuit and any relevant

6  records maintained in the ordinary course of business by the Arizona Department of

7  Corrections ("ADC"), including those pertaining to ADC inmates-Plaintiffs Victor

8  Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina

9  Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree

10 Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells.

11       2.    I am currently employed by ADC as a Hearing Officer at ADC's

12 Central Office, and I have maintained that position since January 03, 2000.

13       3.    I am familiar with ADC's grievance procedure, and, in particular,

14 that procedure with respect to non-medical grievances.  My duties include reviewing,

15 investigating, and tracking non-medical inmate grievance appeals to the ADC Director

16 and assisting in maintaining an electronic computerized database of non-medical

17 grievance appeals to the ADC Director ("Grievance Appeal Log").

18       4.    At all times relevant to Plaintiffs' claims that are the basis for this

19 lawsuit, Plaintiffs were housed at an Arizona State Prison Complex ("ASPC") facility, to

20 which the following grievance procedure would apply.

21       5.    The ADC's Department Order #802 ("DO 802"), Inmate Grievance

22 System, governs ADC inmate grievances and sets forth the procedures that inmates must

23 follow to complete the prison administrative grievance process.  DO 802 – effective as of

24 July 13, 2009 – applies to all inmate grievances submitted after July 13, 2009 through the

25 present.

26       6.    Any ADC inmate, regardless of disciplinary status, housing location,

27 or classification, may use the Inmate Grievance System.   (DO 802, at § 802.01,

28 Subsection 1.6.)  This includes inmates in a complex detention unit, segregation unit, or

2

suicide watch cell. Appropriate provisions have been made to ensure that all inmates have access to the Inmate Grievance System. (Id.) Staff are required to ensure that there are no barriers for inmate access to grievance forms and that inmates have the ability to file grievances and appeals in a timely and confidential manner. (Id., at § 802.01, Subsection 1.7.)

7. The ADC educates inmates about the Inmate Grievance System by providing both written and oral explanations of the Inmate Grievance Procedure at reception centers and again as part of the orientation process each time an inmate is transferred to another facility. (Id., at § 802.09, Subsection 1.2.) A copy of the Inmate Grievance System policy is kept at each prison facility's inmate resource library and is available for inmates to use.

8. Inmates may use the Inmate Grievance System to grieve issues related to any aspect of institutional life or condition of confinement that directly and personally affects the inmate grievant. (Id., at § 802.01, Subsection 1.1.)

9. The Inmate Grievance System for non-medical issues has five levels: (1) the inmate must first try to resolve his issue through informal means, such as discussion with staff in the area most responsible for the complaint or by the submission of Inmate Letters (DO 802, at § 802.02-1.1); (2) if the inmate is unable to resolve the issue through informal means, within ten working days after he becomes aware of the specific issue, he may submit an Informal Complaint or an Inmate Letter to his assigned CO III (id. at 802.02-1.2); (3) if the inmate is not satisfied with the Response of the CO III, within five working days from receipt of the Response he may submit a Formal Grievance to which the Deputy Warden responds (id. at 802.03-1.1 and 1.5); (4) if the inmate is not satisfied with the Deputy Warden's Response, within five working days from receipt of the Response he may submit an Inmate Grievance Appeal to the Warden (id. at 802.04-1.1); and, (5) if the inmate is not satisfied with the Warden's Response to the Grievance Appeal, he may Appeal to the ADC Director within five working days from the receipt of the Response (id. at 802.05-1.1).

3

10.     The Director's Decision is final, and constitutes exhaustion of all remedies for non-medical grievances within the ADC's Inmate Grievance System. Under ADC policy, an inmate must appeal to the Director to exhaust the non-medical grievance procedure. Failure to properly appeal through to the Director's Decision constitutes a failure to exhaust available administrative remedies. DO 802 requires that "[p]ursuant to the Prison Litigation Reform Act of 1996 (PLRA), inmates shall completely exhaust the [ADC's] internal grievance and administrative processes prior to filing any complaint with any State Board or Federal Court." (Id., at § 802.01, Subsection 1.5.)

11.     Specific time frames apply during the inmate grievance process, but at any time during the process, unless notified of an extension of a time frame for a response, the inmate shall be entitled to move to the next step in the process – except where stated otherwise in the policy – if a response is not timely given. (Id., at § 802.01, Subsection 1.11.)

12.     A computerized Grievance Appeal Log of Appeals to the Director is electronically maintained at the ADC's Central Office. That Log records and tracks any Appeals that are submitted to the Director, beginning in 2008.

13.     At the request of the Arizona Attorney General's Office, I have reviewed the Grievance Appeal Log for any Appeals to the Director filed by the Plaintiffs at any housing location that involve the same non-medical claims that they have raised in their Complaint, and that were initiated (by Informal Letter) within two years of the filing of the Complaint (March 22, 2012) and which concluded (a Director's Decision was issued) before the filing of the Complaint. That review revealed the following:

(a)  Inmate **Stephen Swartz** did not submit an Appeal to the Director with respect to the following claims he raises in the Complaint:

- Complained about "unhygienic conditions" in suicide watch cell and mental health notes reflect he was "bitching about cleanliness – germs and disease." (¶ 84)

- Acquired and used staples, plastic wrap, glass, concrete nail, spork, pens, paper clips, metal spring, steel bolt, and copper wires to hurt himself in suicide watch cell. (¶ 88)

4

- No supervision of medication administration in isolation cell. (¶ 99)

- Attempted to commit suicide in isolation cell. (¶ 100)

(b)  Inmate **Dustin Brislan** did <u>not</u> submit an Appeal to the Director with respect to the following claims he raises in the Complaint:

- Spent several weeks in a frigid suicide cell with no mattress. (¶ 85)

- Placed in suicide watch cell with broken glass and given a razor blade during another stay, which he used to cut himself. (¶ 88)

- Attempted to commit suicide in isolation cell. (¶ 100)

(c)  Inmate **Sonia Rodriguez** did <u>not</u> submit an Appeal to the Director with respect to the following claims she raises in the Complaint:

- Excessive use of pepper spray and prolonged isolation in SMU and suicide watch cell. (¶ 10)

- Suicide smock barely comes to top of thighs so that legs are exposed to cold air. (¶ 85)

- Pepper sprayed when delusional or hallucinating while in suicide watch cell. (¶ 87)

(d)  Inmate **Christina Verduzco** did <u>not</u> submit an Appeal to the Director with respect to the following claims she raises in the Complaint:

- Forced to endure cold temperatures while in suicide watch cell (short smock with cold air), no way to turn off the lights, subjected to safety checks every 10-30 minutes, minimal human contact, and cannot go outside, brush her teeth, or bathe regularly; conditions in SMU include extended isolation, limited exercise, limited therapeutic treatment, excessive pepper spray. (¶ 11)

- Suicide smock barely comes to top of thighs so that legs are exposed to cold air. (¶ 85)

- Pepper sprayed in suicide watch cell after jerking awake when awoken by staff on "safety check" for allegedly attempting to assault an officer. (¶ 87)

- Pepper sprayed when delusional or hallucinating while in suicide watch cell, and then dragged to shower, stripped naked, and sprayed with cold water, then left naked to wait

5

for a new vest and blanket. (¶ 87)

- Mental health worsened in isolation cell. (¶ 99)

(e)  Inmate **Jackie Thomas** did <u>not</u> submit an Appeal to the Director with respect to the following claims he raises in the Complaint:

- Exposed to prolonged periods of isolation while in SMU. (¶ 12)
- Unable to sleep because of 24-hour lighting in isolation cell. (¶ 93)
- Lost 30 pounds while in isolation cell because of inadequate nutrition. (¶ 95)
- Mental and physical state deteriorated after being put in isolation cell. (¶ 96)

(f)  Inmate **Jeremy Smith** did <u>not</u> submit an Appeal to the Director with respect to the following claims he raises in the Complaint:

- Extreme isolation in SMU; denied transfer out of SMU despite renouncing gang membership. (¶ 13)
- Cannot eat food he is given in isolation cell because it is tampered with by kitchen workers who target him. (¶ 95)
- Mental health worsened in isolation cell. (¶ 96)

(g)  Inmate **Robert Gamez** did <u>not</u> submit an Appeal to the Director with respect to the following claims he raises in the Complaint:

- Mental health worsened in isolation cell. (¶ 99)

(h)  Inmate **Robert Gamez** did submit an Appeal to the Director in Grievance # A01-153-009 (attached as Attachment 1).   In his Grievance Appeal to the Warden (fourth step), Gamez demanded additional out-of-cell time and recreation, improved cell conditions, more property and clothes in cell, limited use of a "restricted diet," and to eliminate isolated confinement including steel doors.  Gamez adopted these demands in his Appeal to the Director.  But none of these issues were raised in his Inmate

6

Letter or Formal Grievance. The Inmate Letter was also submitted more than two years before the Complaint in this lawsuit was filed.

(i)    Inmate **Robert Gamez** did submit an Appeal to the Director in Grievances # A01-124-011 and A01-136-011 (attached as Attachment 2), which arguably include the following claim in the Complaint:

- In isolation cells, not allowed to go to recreation if not clean shaven, but are deprived shaving supplies and thus denied exercise. (¶ 92)

(j)    Inmate **Maryanne Chisholm** did <u>not</u> submit an Appeal to the Director with respect to the following claims she raises in the Complaint:

- Subjected to three aggressive room searches in October 2011 and February 2012 (and confiscated a book of art and art supplies). (¶ 15)

(k)    Inmate **Joshua Polson** did <u>not</u> submit an Appeal to the Director with respect to the following claims he raises in the Complaint:

- Minimal human contact in suicide watch cells. (¶ 18)

(14)    Based on my review, the only non-medical claim raised in the Complaint in this lawsuit that was properly exhausted (i.e., the issue was raised in all five-steps of the standard grievance process and also initiated after 2008 and completed before the date the Complaint was filed) is the claim listed in paragraph **13(i)**.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 19 day of July, 2012.

Cheryl Dossett

2669080.1

7

**ATTACHMENT 1**

# ARIZONA DEPARTMENT OF CORRECTIONS
# INMATE GRIEVANCE APPEAL RESPONSE



| Log # | Inmate Name | ADC# | Case # | | Complex | Unit |
|-------|-------------|------|--------|--|---------|------|
| 100 | Gamez | 131401 | A01-153-009 | | Florence | Central |

In your grievance filed at Central Unit on 09/15/09, you claim that you have been incarcerated in solitary confinement for 7 years now and pills are the only thing being used to treat your mental illness. You want to be afforded other opportunities to address your mental health issues.

Your grievance appeal has been reviewed at Central Office and the Warden's response is affirmed. Your housing assignment is based on your past and present behavior.

Group sessions are not available at Central Unit. However, one-on-one counseling sessions are available and you may request to meet with the mental health staff at any time.

Your mental health needs are important. Therefore, staff will continue to monitor you on a regular basis.

cc:  Warden, Florence Complex
     Deputy Warden, Central Unit

cd

**Appeals Officer**

Charles L. Ryan, Director

2·25·10

**Date**

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

*100*

| | (To be completed by staff member initially receiving appeal) |
|---|---|
| | Received by: *Topper* |
| | Title: *CO II* |
| | Badge #: *2724* |
| | Date: *1-24-10* |

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Gamez, Robert C | 131401 | 1-24-10 |

| Institution | Case Number |
|---|---|
| ASPC Florence | A01-153-009 |

TO:

I am appealing the decision of **Warden** for the following reasons:

stated in All prior Litigations (Informal, Grievance, Appeal etc.) to further include All stipulations and Resolutions. Thank You for Your diligent work & time.

| Inmate's Signature | Date 1-24-10 | Grievance Coordinator's Signature | Date 2-5-2010 |
|---|---|---|---|
| Response To Inmate By: | | Location | |

R E C E I V E D

FEB 18 2010

A D C
GRIEVANCE APPEALS

| Staff Signature | Date |
|---|---|

DISTRIBUTION:
INITIAL:   White & Canary - Grievance Coordinator
           Pink - Inmate
FINAL:     White - Inmate
           Canary - Grievance File

802-3P
2/14/00

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance - GF Supplement

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Gamez, Robert C. | 131401 | ASPC-Florence, Central | A01-153-009 |

I have reviewed your grievance appeal received on 12-22-2009 concerning ADC Department Orders regarding the housing of Maximum Custody Inmates, specifically how it relates to inmates with mental health disorders.

You claim ADC policies are responsible for the deterioration of your mental health status due to isolation. A review of your classification status indicates you are housed appropriately based on your behavior. Although you claim the isolation created by maximum custody housing contributes to the negative behavior that results in disciplinary violations, you were housed in a lower custody in 2007 and continued the negative behavior. The negative behavior resulted in the return to maximum custody.

You are requesting to receive two hours of out of cell treatment or programming daily in addition to one hour of recreation; to have disciplinary sanctions reviewed and modified for all inmates with serious mental health issues, the creation of intermediate care program beds for MH inmates who can't tolerate general population, to have sentences reviewed for possible modification and several other issues. This level does not have the ability to change policy to change the issues you want addressed.

Mental Health professionals have reviewed your specific mental health needs and will continue to monitor it. If you feel you need additional services, you will need to submit a Health Needs Request form. Group sessions are not currently available for inmates at Central Unit, but Mental Health Services are available on a one-on-one basis.

In my opinion, this grievance is resolved. If you are not satisfied with this response, you may submit an appeal to the Director within five (5) work days of receipt of my response.

End of response.

| Signature | Date |
|---|---|
|  | 1-21-10 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

1-OF-3

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

| | |
|---|---|
| The Inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form. | (To be completed by staff member initially receiving appeal) Received by: _Sgt. Dolg8?_ Title: _C.Snt._ Badge #: _9152?_ Date: _12-6-09_ |

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | | ADC No. | Date |
|---|---|---|---|
| Gamez, Robert C | | 131140 | 12.7.09 |
| Institution ASPC Florence | | Case Number AO1-153-009 | |

TO: ~~Director~~ or COMPLEX WARDEN

I am appealing the decision of G. Fizer A.S.P.C-F/Central Unit (Deputy) for the following reasons:

I am Grieving the Department written Instructions, Institutional proc, department orders, etc. implemented by the Arizona Department of Corrections, in light of Long-term isolation without Adequate Mental health services. These techniques to deprive Maximum Custody prisoners with mental health needs is detrimental to one's Comprehensive health and with time is inevitably deteriorative to one's ability to function (Humanely) ADOC, utilizes a detrimental structure which it abuses to maintain order. Prisoners who suffer from serious mental health disorders find it difficult to function socially, in return this causes a prisoner to act out, keep getting discipline increasing his SHU, or keep lock stay, this is a Pattern that has repeated itself for Generations and by no means is it productive as a Rehabiliative strategy. Inevitably, the mental disease surrounding this

| Inmate's Signature | | Date 12.7.09 | Grievance Coordinator's Signature _Daul V. Jan-Pr CO4I_ | Date 12.18.2009 |
|---|---|---|---|---|
| Response To Inmate By: | | | Location | |

ASPC-Florence

DEC 2 9 2009

Deputy Warden Operations

| Staff Signature | Date |
|---|---|
| | |

DISTRIBUTION:
INITIAL:    White & Canary - Grievance Coordinator
            Pink - Inmate
FINAL:      White - Inmate
            Canary - Grievance File

802-3P
2/14/00

2-OF-3

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance - GF Supplement

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Gamez Robert C | 131401 | A.S.P.C Florence | A01-153-009 |

establishment tends to consume the vulnerable-minded completely and surely have its effects on those stronger and competent minds. No amount of love, nor money can ever replace one's lost time or sanity caused by the written Department orders that neglect their responsibility to provide Adequate mental health services; Sadly, I witness people deteriorate on a Daily basis while incarcerated which is seldom seen due to our Isolated enviroment, most prisoners try to stay write-up free but most are simply incapable of functioning normally After Years & Years of Maximum Isolation without Adequate mental health programs, these structures are very Restrictive, inhumaine, No human contact with family member is ever provide. How is one really expected to not become desensitize, demoralized and function in any society without adequate mental health services in maximum Custody, please do enlighten me? One of many tactic's misused by A·DOC is to be placed in the tortous shadows of the severely mentally ill, which is to simply break a persons spirit, if A·DOC is not aware, I shall Advise You that not being placed Amongst the severely mentally ill is contiguous, and is structured to Neutralize those who A·DOC views as disruptive, and destorys one ability to extol life. This is unconstitutional But furthermore it is A crime against Humanity, with these tactics A·P·OC utilizes to maintain control in there written order. The majority of inmates house in Isolation have some form of mental illness, Banging on cell doors becomes insomic, cell flooding is Regular, Raw sewage, most times never gets cleaned up, some prisoners become extremly delusional & schizophrenic. These flies of delusion commonly progress d evenually their pressures become to over-welming to contain coercialy these (us) prisoners to act out creating longer stay's in Isolation without Adequate Mental health programs. Prisoners lost there minds and often times begain muliating themself to ease ones mental pain.(Distress) The main instigators are often the ones who are emploed to implement corrections, And you cant tell me different, I've witnessed it for (8) long years and I still live it, My Resolution to this problem is to enclude All prior Request and Also to Enclude.

   1. To provide universal And improved mental health screening for all prisoners when they are first admitted to prison; 2: To provide prisoners with serious mental illness confined to Max a minimum of 8 hours per day of out of cell treatment and/or programming, in addition to on hour of Recreation. 3: To Review the disciplinary sentences of all prisoners with serious mental illness for the purpose of Removing these prisoners from SHU & keeplock 4: To Add Additional Intermediate care programs bed's for prisoners with mental illness who cannot tolerate General population units; 5: to create A

| Signature | Date |
|---|---|
| [signature] | 12·7·09 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7P
2/14/00

3 of 3

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance - GF Supplement

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Gamez, Robert C | 131401 | ASPC Florence | A01·163·009 |

Bed Residential Mental health Unit, which will provide (4) hours per day of out of cell programming and/or treatment for prisoners with serious mental illness who would otherwise be in SHU 6: To provide Mental health and suicide prevention Assessments upon an Admission to SHU 7: to Limit the use of observation cells, where prisoners in psychiatric crisis are deprived of most possessions & clothing & to improve treatment & conditions for prisoners in such cells. 8: to Limit the punishment of prisoners with mental illness who hurt themselves because of their illness 9: To limit the use of "Restricted diet" a bread type loaf served with raw cabbage as a punishment for misconduct by prisoners with mental illness. 10: To Eliminate isolated confinement of prisoners with serious mental illness in cells that have solid steel doors that severely isolate & restrict communication; and 11: To increase mental health services to prisoners in keeplock confinement. 12: A one time Review of All previously Imposed SHU times. In order to address the Historical accumulation of Large SHU sentences, and meet the goal of Reducing the time prisoners with mental illness are housed in restrictive environments, this Resolution Requires that all prisoners with serious mental illness have their SHU sentences Reviewed by central office staff, Mental Health (FHA), And A.D.O.C's personnel appointed by the commissioners) for diversion from SHU and for SHU time cuts. This Review must be completed within one year. 13: Automatic Review of New SHU sentences; All disciplinary determinations in which mental health was at issue in the disciplinary hearing will from this point forward, be Automatically Reviewed by the superintendent and Arizona's mental Health if a prisoner receives a SHU sanction of greater than 60 days or an accumulation of 120 days or longer of SHU or keeplock confinement. 14: Time Cuts: At least once every three months prisoners on the mental health caseload will have their SHU time reviewed for possible time cuts by a case Management committee composed of A.D.O.C's and Mental Health staff 15. Out-of-cell therapy sessions five day per week. 16: Reviews of SHU confinement: prisoners with serious MH that are SHU will have their housing reviewed at least every 90 days to determine if confinement in SHU is consistent with both mental health treatment and safety and security requirements. this Resolution commits A.D.O.C & M-H to moving these prisoners from more Restrictive to less Restrictive environments & significantly reducing the time that prisoners w/ serious mental illness are housed in Restrictive environments when safety & security permit.

All Original documents. Informal Resolution 9.6.09, Informal Response 9.18.09, Grievance 9.15.09, Grievance Resp. 12.7.09, Appeal 12.7.09 (3) pages

| Signature | Date |
|---|---|
|  | 12·7·09 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7P
2/14/00

# ARIZONA DEPARTMENT OF CORRECTIONS
## ASPC-FLORENCE/CENTRAL UNIT

### Grievance  ponse

| Inmate Name | ADC # | Case # | Location |
|---|---|---|---|
| Gamez, Robert C. | 131401 | A01-153-009 | Kasson 1-B-12 |

In your grievance received on 09/17/2009, you claim that being isolated in a maximum custody unit without adequate mental health treatment is detrimental to your health and deteriorates your ability to function.  Your proposed resolution is for the Department of Corrections to amend their policies and procedures for long-term isolated mental health inmates.

Upon investigation of your complaint, and consultation with the Mental Health Psychologist, Dr. Holly, the following has been determined:

Doctor Holly states you are receiving an appropriate level of mental health service as determined by the Central Unit Treatment Team.  Your mental health score is accurately reflective of that level of service availability.  Dr. Holly also states there are no mental health groups available at Central Unit but you can request to be seen individually by mental health staff.  Dr. Holly recommends that you submit a Health Needs Request to mental health to address your reported side effect of excessive sleeping due to the medication you are taking.

Your placement in maximum custody is the result of your behavior not your mental illness.

In my opinion, this grievance is resolved.  If you are not satisfied with my response, you may submit an appeal to the Warden within 5 workdays.

_____                         12/2/09
G. Fizer, Deputy Warden, ASPC-F/Central Unit              Date

Central -CB6 -1B12        4840

**STATE OF ARIZONA**
**DEPARTMENT OF CORRECTIONS**

| | |
|---|---|
| Rec'd By: | COB FERNANDEZ |
| Title: | Co-8 |
| Badge #: | 2550 |
| Date: | 09/15 09 |

**INMATE GRIEVANCE**

NAME: Robert C. Gamez        ADC #: 131401  DATE: 9-15-09

INSTITUTION: ASPC Florence Central Unit (max)    CASE NO: A01-153-009

TO: GRIEVANCE COORDINATOR

A. Description of Grievance (To be completed by inmate): I AM Grieving the policies and procedu Laid-out by A.D.O.C. in Regards to Long-Term Isolations without Adequate Mental health Recourse It is my analysis through first-hand experience that Long-term Isolation without adequate Recourse for Mental health treatment is detrimental to one's comprehensive health and in due time, detention ones ability to function (Humanly) A.D.O.C. utilizes a detrimental structure which it Abuses to maintain order Rather than to address Rehabilitation/Recidivism concerns for prisoners who suffer from chronic mental illness. Long-term Isolation without Adequate and effective Recourse Increase the Risk for prisoners to develops Extensive mental disorders etc. This also Recruits additional (MH) cases for those prisoners Isolated Amongst the severely mentally ill population for Long period of time. A.D.O.C has neglected to provide Adequate (MH) services in their maximum Custody facilitie What these indifferences do to the environment is builts a breeding Ground for psychosis A.D.O.C has neglected to conform its system to Reduce Recidivism And has in fact demonstrated through

B. Proposed Resolution: (What action would resolve the problem? What have you done to resolve the problem? their actions a crime Against humanly by conforming prisoners into (MH) patience, consciously capitalizing on prison enterprise by neglecting to provide Adequate recourse for their maximum facilities. Making prisoner's worse off than when they initially arrived. This is a fact and it's inhuman. It's no wonder, one has a strong inability to function in lower custody levels, without the adequate learning tools. It's going to continue to create Insanity. My Resolution to this problem: A.D.O.C. shall Amend their policies and procedures for Long-term Isolated Mental health prisoner's And shall provide Adequate Recourse for those who have a Chronic inability to adjust. I would also have A.D.O.C. pay a compensate Fee, Damage fees, for neglecting to provide Adequate Recourse for all prisoners (Including myself) who have suffered physical and mental abuse while Isolated in maximum amongst D.O.C. prisoners. In constant struggles.
(Attached: Informal Dated 9-6-09 And Informal Response co III)

_____   9-15-09   9-17-2009   Jack k Tayl co III
Inmate's Signature         Date     Date    Grievance Coordinator's Signature

C. Action Taken by _____  Documentation of Resolution or Attempts

at Resolution: _____

RECEIVED

NOV 0 4 2009

ASPC-EYMAN
INMATE HEALTH SERVICES

4840

_____  /_____ /_____
Staff Signature            Badge #    Date

NOTE: You may appeal the Grievance Coordinator's decision to the Unit Warden/Deputy Warden/ Administrator by filing a form GF-2 (40000047), within 10 calendar days of receipt of this notice.

INITAL DISTRIBUTION: WHITE AND YELLOW - Grievance Coordinator   PINK - Inmate
FINAL DISTRIBUTION: WHITE - Inmate   YELLOW - Grievance File

ADC GF-1 Inmate Grievance

Form: 40000046
Rev. 11/19/92

*Received by Prisoner*
*9-18-09*

## ARIZONA DEPARTMENT OF CORRECTIONS

> For distribution: Copy of corresponding
> Inmate Letter must be attached to this
> response.

### Inmate Letter Response

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Gamez, Robert   F-14 | 131401 |

| Institution/Unit |
|---|
| ASPC FLORENCE CENTRAL UNIT |

| From | Location |
|---|---|
| COIII PITTARIO | PROGRAMS |

This is in response to your Informal Resolution Inmate Letter dated 09/06/2009 that I received 09/09/2009: In regards to your issue on mental health care. Your Mental Health score is currently 3R. This score indicates that there exists a routine level of need for Mental Health treatment or supervision. The reason why you are in Max Custody is a result of your assaultive and disruptive behavior. Your CU/IR score is 107/71, due in part to 2 major and 1 minor disciplinary violations, that include an A major violation, Assault with Intent to Riot and B major violations Threatening or Intimidating, and Disrespect to Staff during June 2009.You have demonstrated a chronic inability to adjust to a lower custody level due to your disruptive behavior.

| Staff Signature     C03.PITTARIO | Date |
|---|---|
| | 09/18/2009 |

Computer Electronic Version

Distribution: Original - Central Office Master File
               Copy - Inmate
               Copy - Institutional File

916-2
4/15/04

ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Letter

Requests are limited to one page and one issue NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Gamez, Robert C | 131401 | A-SPC Florence | 9-6-09 |

| To: C.B.7 CO III | Location Resource     F-14 |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am Attempting to informally Resolve the following problem. I've been incarcerated in A-DOC for (7)yrs in solitary confinement without any opportunities to address & Rehabilitate my mental health illness. It appears that the method A-D.O.C has to Address one's mental health problems Are through pills, which also has an long term effect on my physical health. The Ramifications of being in solitary confinement without proper methods of Rehabilitation only leads A person to more servere mental health illness. I noticed I'm not geting any better with the mental health medication I've been Receiving. At times I'm still parinoaed & Delusial, plus my depression, sometimes makes me feel really hopeless, I'm unable to do the classes (G.E.D) on T.V because I'm a slow learning & can't comprehend the teachings, so if I can't complete programs I can't lower my score to get to A low custody unit where I can properly get the help I need. I've been in V.C.U unit in 2002 (Smu-A) And I can honestly say these type of enviroments have caused permenant Damage to me. my Resolution to this problem is to Receive proper Rehabilitation programing And A recourse other than medication/solitery confinement to help Address my mental health state. These type of structures are determental to a person with A chronic mental health Record and I Also Request A compensation fee for the permenent Damage that A.P.O.C has caused for neglecting their responsibility to the mental Health inmates.

| Inmate Signature | Date 9-6-09 |
|---|---|

Have You Discussed This With Institution Staff?  ☐ Yes  ☑ No

If yes, give the staff member's name:

Distribution:  White - Master Record File     Canary - Inmate

916-1
4/15/04

**ATTACHMENT 2**

# ARIZONA DEPARTMENT OF CORRECTIONS
# INMATE GRIEVANCE APPEAL RESPONSE



ARIZONA DEPARTMENT
CORRECTIONS
ADC
OF CORRECTIONS

| Log # | Inmate Name | ADC# | Case # | Complex | Unit |
|-------|-------------|------|--------|---------|------|
| 52 | Gamez | 131401 | A01-124-011 | Florence | Central |

In your grievance filed at Central Unit, you claim that you should be afforded one hour of recreation daily.

Your grievance has been reviewed at the Central Office level. You were advised that you are not assigned to a mental health cell block. You are assigned to a general population facility. The response provided at the unit level is affirmed. You were advised how you may obtain your desired recreation schedule by changing your aggressive behavior and remaining disciplinary free.

No further action is warranted in this matter.

cc: Warden, Florence Complex
    Deputy Warden, Central Unit

aa

_____
**Appeals Officer**

_____
**Charles L. Ryan, Director**

1·30·12
_____
**Date**

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance Appeal

Adequate recreation (MH)

052

(To be completed by staff member initially receiving appeal)

| | |
|---|---|
| Received by: | M. Stutzleo |
| Title: | COIII |
| Badge #: | 2360 |
| Date: | 1-11-12 |

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

JAN 2012
RECEIVED
ADMINISTRATOR'S OFFICE
ASPC-F/CA

PLEASE PRINT

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Gamez Robert C | 131401 | 5 JAN 2012 |

| Institution | Case Number |
|---|---|
| ASPC Florence | A01-124-011 |

TO: Charles L. Ryan et AL.

I am appealing the decision of _____ Fletmer _____ for the following reasons:

Pursuant to DO 704 S/m Exercise enclosures: Prisoner's with ADA e.g. Mental health concerns (including Myself) Who are housed in a designated (mental health) cell block shall be Afforded the same numbers of hours for exercise weekly as General population. S/m Exercise periods for these s/m shall be one hour in duration only (six days per week)

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| | 5 JAN 2012 | DCBohusmency | 1/13/12 |

| Response To Inmate By: | Location |
|---|---|

RECEIVED
JAN 2 3 2012
ADC
GRIEVANCE APPEALS

| Staff Signature | Date |
|---|---|

DISTRIBUTION:
INITIAL:    White & Canary - Grievance Coordinator
            Pink - Inmate
FINAL:      White - Inmate
            Canary - Grievance File

802-3P

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance – GF Supplement

CB 7-A-10

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Gamez, Robert C. | 131401 | ASPC-Florence/Central Unit | A01-124-011 |

I am in receipt of your grievance appeal reference being denied recreation for one hour daily.

I am in agreement with DW Fizer in denying your request for a modification of your recreation schedule. You are not assigned to a "mental health cell block" or a specialized facility.  You are a maximum custody GP inmate.  You now receive the appropriate amount of recreation time.

I advise you to refer to DW Fizer's response.  He has given specific ways that you might eventually earn the privileges of a lower custody level where you would have more recreation time. Your continued aggressive and disruptive behaviors toward staff and other inmates are preventing you from the privileges you petition.

In my opinion this grievance is resolved.  If you are not satisfied with this response you may submit an appeal to the Director within five (5) work days of receipt.

End of response.



| Signature | Date |
|---|---|
|  | 12/16/2011 |

INITIAL DESTRIBUTION – Committee Recommendation – All copies to Grievance Advisory Committee
FINAL DISTRIBUTION – White and Pink – Inmate, Canary – Grievance File

INITIAL DESTRIBUTION -  GF Supplement – White and Canary – Grievance Coordinator, Pink – Inmate
FINAL DISTRIBUTION – White – Inmate, Canary – Grievance File

802-7P
2/14/00

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance Appeal**

A.D.C.

[stamp: ASPC-Florence 2011 Deputy Warden Operations]

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

| To be completed by staff member initially receiving appeal |
|---|
| Received by: _Pitneio_ |
| Title: _Call._ |
| Badge #: _2246_ |
| Date: _10/17/11_ |

**PLEASE PRINT**

| Inmate's Name *(Last, First, M.I.)* | ADC No. | Date |
|---|---|---|
| Gamez, Robert C | 131401 | 10·13·2011 |

| Institution | Case Number |
|---|---|
| ASPC Florence/(Cen U) | A01-124-011 |

TO: Warden Hetmer

I am appealing the decision of _Greg Fizer, Deputy Warden_ for the following reasons:
Pursuant to D.O 704 s/m Exercise enclosures, Prisoners with ADA e.g. mental health concerns (Including Myself) who are housed in A designated (mental health) cell block shall be Afforded the same numbers of hours for exercise weekly as General population s/m Exercise Periods for these s/m shall be one hour in duration only (six days per week)

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| [signature] | 10·13·2011 | DebMusgrove | Oct 18, 2011 |

| Response To Inmate By: | Location |
|---|---|
| | [stamp: ASPC-Florence DEC 16 2011 Deputy Warden Operations] |

| Staff Signature | Date |
|---|---|
| | |

DISTRIBUTION:
INITIAL:    White & Canary - Grievance Coordinator
            Pink - Inmate
FINAL:      White - Inmate
            Canary - Grievance File

802-3P

**ARIZONA DEPARTMENT OF CORRECTIONS**

## Inmate Letter Response

> For distribution:  Copy of corresponding Inmate Letter must be attached to this response.

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Gamez, Robert C. | 131401 |

| Institution/Unit |
|---|
| ASPC - Florence, Central Unit, CB 7-A-10 |

| From | Location |
|---|---|
| Greg Fizer, Deputy Warden | ASPC - Florence, Central Unit |

I am in receipt of your Inmate Grievance in reference to you not being allowed to go out to recreation for one hour daily (Grievance # A01-124-011).

Your request for a modified recreation schedule (one hour daily) is denied.  You are not assigned to either a Mental Health facility, or a "Mental Health Cell Block".  Although you are a maximum custody inmate, you are assigned to a general population facility (Central Unit), not a specialized facility.  You are afforded the amount of recreation that the Courts have deemed appropriate (2 hours, three times a week), although the schedule can be adjusted due to unforeseeable security concerns (i.e. assaults on inmates, assaults on staff, staff shortages, etc).

Furthermore, the only way to obtain your desired recreation schedule is earn the privilege and be relocated to a lower custody level; however, in order for that to occur you will need to control your aggressive/disruptive behavior and remain disciplinary free for quite some time, as your classification points are so high (101 points, most of which comes from your extensive disciplinary history and does not include your pending disciplinary for assault on an inmate).

The above action will finalize your grievance.  If you disagree with this decision, you have five (5) days to appeal it to the Complex Administrator, Warden Hetmer.  End of Response.

dcb

c:

   File

| Staff Signature | Date |
|---|---|
| *Greg Fizer* (signature) | 10/12/11 |

Computer Electronic Version

Distribution:  Original - Central Office Master File
                Copy - Inmate
                Copy - Institutional File

916-2
4/15/04

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-2 within 15 calendar days of receipt of this notice.

| Received By | Turner |
|---|---|
| Title | CO III |
| Badge Number | 2628 | Date | 7/22/11 |

| Inmate Name (Last, First M.I.) | Gamez, Robert C | ADC Number | 131401 | Date | 7-21-2011 |
|---|---|---|---|---|---|
| Institution/Facility | ASPC Florence | Case Number | A01-124-011 |

To: Grievance Coordinator

**Description of Grievance** (To be completed by the inmate)

Pursuant to D.O. 704 I/m Exercise enclosures, Prisoners with ADA e.g Mental health concerns (Including Myself) who Are housed IN A designated (Mental Health) cell block shall be Afforded the same numbers of hours for exercise weekly As General population. I/m exercise periods for these I/m shall be one hour in duration only, Six days per week.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

My Resolution to this Problem: IN Light of ADA & D.O. 704.10. I'd Appreciate the structured benefit of Receiving Recreation for (1) hour each day for six days out of the week and any other Right the Federal court would deem Appropriate considering the (MH) effects Long term Isolation can have on A Person with Pre-existing (MH) Problems. Informal dated 6-23-2011. Informal Reply 7-3-2011. Grievance dated 7-6-2011, Grievance Reply dated 7-18-2011. Resubmited Grievance (Attached Forms)

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| [signature] | 7-21-2011 | Debbie Musyewyny | July 27, 2011 |

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|

See Attached

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| Debbie Musyewyny | 1643 | Oct 13, 2011 |

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
7/13/09

ARIZONA DEPARTMENT OF CORRECTIONS
ARIZONA STATE PRISON COMPLEX-FLORENCE
CENTRAL UNIT

July 18, 2011                                                    4-B-7

Inmate Gamez #131401, your grievance, Grievance appeal is being unprocessed for one or more of the following reasons.  I suggest you review Department Order (DO) 802, Inmate Grievance System, located in the Resource Center.  **Note bold/underlined comments.**

1.      You have NOT documented your attempts to informally resolve this issue.

2.      You have NOT contacted your assigned CO III or attempted an informal resolution.

3.      You have NOT provided a copy of the letter to your assigned CO III of the attempt to informally resolve.

4.      You have NOT provided a copy of the response from your assigned CO III of the attempt to resolve.

5.      You have NOT provided the ORIGINAL Grievance/Grievance Appeal form.

6.      You are past time frames (five work days) for filing a Grievance/Grievance appeal.

7.      You failed to provide adequate information for an investigation.

8.      You have NOT provided copies of supporting documentation, ORIGINAL RECEIPTS, HNR's, Requests, Memo's letters, etc.

9.      YOU MAY ONLY ADDRESS ONE (1) ISSUE PER GRIEVANCE!!!!!!!!!!

10.     You have used the incorrect forms.

11.     Your Grievance is repetitive, or a response has been provided, or you have a current Grievance with the same issues.

12.     The Deputy Warden has 15 WORKING DAYS to provide a Grievance response.

13.     Time computation issues must first be addressed through the Institutional Offender Information Unit.

14.     **Additional Comments:  You failed to complete the form appropriately and sign it.  Please resubmit it on a new form with all areas completed.**


D.C. Bohuszewicz, CO IV #1643, Unit Grievance Coordinator

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

| | Received By | PITTARIO |
|---|---|---|
| | Title | COII |
| | Badge Number 2246 | Date 7/5/11 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3P, within calendar days of receipt of this notice.

| Inmate Name (Last, First, M.I.) Gamez, Robert C | ADC Number 13401 | Date 7-4-2011 |
|---|---|---|
| Institution/Facility ASPC Florence CB4B7 | Case Number Unprocessed | |

TO:  Grievance Coordinator

**Description of Grievance** (To be completed by the inmate) Pursuant to D.O. 704.10 Inmates Exercize enclosures, Prisoners with mental health concerns (including myself) who are housed in a designated mental health cell block, shall be afforded the same numbers of hours for exercize weekly as general population. I'm exercize periods for these I'm shall be one hour (1) in duration only (six days per week). My resolution to this problem in light of D.O. #704.10, would be to be afforded recreation for (1) hour each day; for six days out of week and any other right the federal courts deem appropriate. Supporting documentation: Informal Dated 6.23.2011; Informal Reply 7.3.2011; HNR 6.22.2011; I/m letter to American's Disabilities Act Division Liason Dated Feb 10.2011; Human Services-Bureaus Admin I/m letter Feb 10.2011.

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

| Inmate's Signature | Date | Grievance Coordinator's Signature DeBohuszewicz | Date July 18, 2011 |
|---|---|---|---|

Action taken by _____  Documentation of Resolution or Attempts at Resolution.

*See attached*

| Staff Member's Signature DeBohuszewicz | Badge Number 1643 | Date July 18, 2011 |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

802-1P
2/14/00

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter Response**

For distribution:  Copy of corresponding Inmate Letter must be attached to this response.

| Inmate Name *(Last, First M.I.)*<br>Gamez, Robert | ADC Number<br>131401 |
|---|---|

| Institution/Unit<br>ASPC FLORENCE CENTRAL UNIT |
|---|

| From<br>COIII PITTARIO | Location<br>PROGRAMS |
|---|---|

This is in response to your Inmate Letter dated 06/26/2011, that I received on 06/29/2011.   In regards to your issue with recreation hours. In accordance with DO 906.01 Recreational Program and DO 809 Earned Incentive Program

PROCEDURES
906.01 RECREATIONAL PROGRAM - Wardens, Deputy Wardens and designees shall ensure a quality recreation program exists and that all inmates receive outdoor exercise or recreational opportunities in accordance with their EIP phase and custody level.

The minimum outdoor exercise period shall not be less than six hours a week for all custody level inmates. Inmates in detention or medical isolation will also receive a minimal outdoor recreation period of not less than six hours a week unless a legitimate security need prohibits otherwise.

DW Fizer, the Chief of Security and Shift Commanders have made it their priority to ensure that inmates at Central Unit get a minimum of 6 hours of recreation. There may be situations where recreation is cancelled due to security considerations. You should consider improving your behavior and disciplinary record so you  can qualify for  Central Unit's Phase Program. The Phase Program affords may privileges such as opportunities for employment and a higher quality recreation schedule, that are not afforded to the maximum general population inmates.

| Staff Signature | Date<br>07/03/2011 |
|---|---|

Computer Electronic Version

Distribution:  Original - Central Office Master File
          Copy - Inmate
          Copy - Institutional File

916-2
4/15/04

# DEPARTMENT OF CORRECTIONS
## ADC

Inmate Letter

| Requests are limited to <u>one page</u> and <u>one issue</u>.NO ATTACHMENTS PERMITTED. Please print all information. |

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Gamez, Robert C | 13140 | ASPC Florence | 6-23-2011 |

**To:** CO III PATARIO INFORMAL RESO.    **Location:** Resource Center

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I Am Attempting to informally resolve the following problem pursuant to D.O. 704.10 Inmate Excercise enclosures, Prisoners with Mental health concerns (including myself) who are housed in A designated Mental health cell block shall be Afforded the same numbers of hours for exercise weekly as general population. I/m exercise periods for these I/m shall be one hour in duration only, [six days per week.] My Resolution to this problem in light of D.O 704.10 would be to be Afforded recreation for (1) hour each day, for six days out the week AND ANY other right the federal courts deem Appropriate.

*[RECEIVED stamp: 6/29/2011 ASPC-F C.U. PROGRAMS]*

| Inmate Signature | Date |
|---|---|
| *[signature]* | 6-23-2011 |

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If yes, give the staff member's name:

# ARIZONA DEPARTMENT OF CORRECTIONS
# INMATE GRIEVANCE APPEAL RESPONSE



| Log # | Inmate Name | ADC# | Case # | Complex | Unit |
|-------|-------------|------|--------|---------|------|
| 53 | Gamez | 131401 | A01-136-011 | Florence | Central |

In your grievance filed at Central Unit, you claim your recreation was canceled on 06/27/11, and you received no make-up recreation.

Your grievance appeal has been reviewed at Central Office and the Warden's response is affirmed. Pursuant to Department Order 906.01, RECREATIONAL PROGRAM:

1.3.1, The minimum outdoor exercise period shall not be less than six hours a week for all custody level inmates. Inmates in detention or medical isolation will also receive a minimal outdoor recreation period of not less than six hours a week unless a legitimate security need prohibits otherwise.

Unfortunately, there are times when daily activities must be postponed and/or re-scheduled because of security concerns. Nevertheless, staff is attempting in good faith to find an alternative way to ensure that inmates receive the appropriate amount of recreation. Staff will also continue to provide make-up recreation times whenever possible, however, staff is not required to make up lost recreation time.

cc: Warden, Florence Complex
    Deputy Warden, Central Unit

aa

_Appeals Officer_

**Charles L. Ryan, Director**

**Date** 1·30·12



RECO Form To Appeal 5 JAN 2012

Recreation

**053**

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance Appeal**

(To be completed by staff member initially receiving appeal)

Received by: M. Rehan
Title: Sgt
Badge #: 9860
Date: 1-11-12

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

*[stamp: JAN 2012 RECEIVED ADMINISTRATOR'S OFFICE ASPC-FLA]*

**PLEASE PRINT**

| Inmate's Name *(Last, First, M.I.)* | | ADC No. | Date |
|---|---|---|---|
| Gomez Robert C | | 131401 | 5 JAN 2012 |
| Institution | | Case Number | |
| A-SPC Florence | | A01-136011 | |

TO: Charles L Ryan et al.

I am appealing the decision of **Warden Heltmer** for the following reasons:

ON 6-27-2011 I was not afforded my minimum of (6) hours a week of Recreation while housed in Central Unit. In Addition I have Also been denied Rec approx. (10) times since June. I have made various attempts to Resolve these seperate concerns, Due to the fact that I suffer from a physical Ailment which exhaniates my pain & Suffering, because the lack of Recreation my resolution remains the same.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| *[signature]* | 5 JAN 2012 | *[signature] DC Bohus... | 1/13/12 |
| Response To Inmate By: | | Location | |

*[stamp: RECEIVED JAN 2 3 2012 ADC GRIEVANCE APPEALS]*

| Staff Signature | | Date |
|---|---|---|
| | | |

DISTRIBUTION:
INITIAL: White & Canary - Grievance Coordinator
Pink - Inmate
FINAL: White - Inmate
Canary - Grievance File

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance -- GF Supplement

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Gamez, Robert C. | 131401 | ASPC-Florence/Central Unit | A01-136-011 |

I am in receipt of your grievance appeal reference the subject of the disallowment of your allotted recreations hours.

Upon review of your appeal and the supporting documentation, I am in agreement with DW Fizer. ADC staff make every effort to adhere to designated schedules. However due to unforeseen circumstances that is not always possible. As the Deputy Warden has stated in his response, the courts have allowed that certain other factors such as security concerns, are a priority and sometimes make schedule modifications a necessity. While this is regrettable, we are not required to attempt to make up for lost recreation hours.

In my opinion this grievance is resolved. If you are not satisfied with this response you may submit an appeal to the Director within five (5) work days of receipt.

End of response.



| Signature | Date |
|---|---|
| | 12/16/2011 |

INITIAL DESTRIBUTION – Committee Recommendation – All copies to Grievance Advisory Committee
FINAL DISTRIBUTION – White and Pink – Inmate, Canary – Grievance File

INITIAL DESTRIBUTION - GF Supplement – White and Canary – Grievance Coordinator, Pink – Inmate
FINAL DISTRIBUTION – White – Inmate, Canary – Grievance File

802-7P
2/14/00

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

(To be completed by staff member initially receiving appeal)

Received by: _Pittman_
Title: _Cell I_
Badge #: _2246_
Date: _10/17/11_

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Gamez, Robert C | 131401 | 10-13-2011 |

| Institution | Case Number |
|---|---|
| ASPC Florence/Cen Unit. | A01-136-011 |

TO: Warden Hetmer

I am appealing the decision of __Greg Fizer, Deputy Warden__ for the following reasons:

On 6-27-2011, I was not afforded my minimum of 1(6) Hours A week of Recreation

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| | 10-13-2011 | | Oct 18, 2011 |

| Response To Inmate By: | Location |
|---|---|

ASPC-Florence

DEC 15 2011

Deputy Warden Operations

| Staff Signature | Date |
|---|---|

DISTRIBUTION:
INITIAL:    White & Canary - Grievance Coordinator
            Pink - Inmate
FINAL:      White - Inmate
            Canary - Grievance File

# ARIZONA DEPARTMENT OF CORRECTIONS

> For distribution: Copy of corresponding Inmate Letter must be attached to this response.

## Inmate Letter Response

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Gamez, Robert C. | 131401 |

**Institution/Unit**
ASPC - Florence, Central Unit, CB 7-A-10

| From | Location |
|---|---|
| Greg Fizer, Deputy Warden | ASPC - Florence, Central Unit |

I am in receipt of your Inmate Grievance in reference to you not being allowed to go out to recreation for your allotted six hours per week (Grievance # A01-136-011).

Every attempt is made to maintain the recreation schedule.  On the other hand, with the number of inmates at this facility and unforeseeable security concerns, it is not always possible to make-up the missed day.  The Courts have ruled inmates at maximum custody levels have the opportunity to participate in recreation for two hours, three times a week; however, they have also ruled that the schedule may be modified due to unforeseeable security concerns (i.e. assaults on inmates, assaults on staff, staff shortages, etc).  Your missed recreation is the exception, not the rule.  Recreation is not canceled lightly.  As a result, your request for a make-up day is denied.

The above action will finalize your grievance.  If you disagree with this decision, you have five (5) days to appeal it to the Complex Administrator, Warden Hetmer.  End of Response.

dcb

c:

   File

| Staff Signature | Date |
|---|---|
| | 10/12/11 |

Computer Electronic Version

Distribution:  Original - Central Office Master File
      Copy - Inmate
      Copy - Institutional File

916-2
4/15/04

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3 within 10 calendar days of receipt of this notice.

| Received By | Turner |
|---|---|
| Title | Co III |
| Badge Number 2628 | Date 8/11/11 |

| Inmate Name (Last, First M.I.) Gomez, Robert | ADC Number 134601 | Date 8-7-2011 |
|---|---|---|
| Institution/Facility ASPC Florence | Case Number A01 - 136 - 011 | |

To: Grievance Coordinator

**Description of Grievance** (To be completed by the inmate)

On 6-27-2011 I was not afforded my minimum of (6) Hours a week of recreation.

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

My Resolution to this problem is to receive the minimum of (6) Hours of Recreation. Even if it means implementing a "Make-up Recreation" policy, practice or custom. Supporting documents: Informal Resolution dated 6-27-2011; Informal Reply 7-13-2011; Unprocessed Grievance dated 7-21-2011

| Inmate's Signature | Date 8-7-2011 | Grievance Coordinator's Signature | Date Aug 15, 2011 |
|---|---|---|---|

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|

See attached

| Staff Member's Signature | Badge Number 1643 | Date Oct 13, 2011 |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
7/13/09

# ARIZONA DEPARTMENT OF CORRECTIONS

For distribution:  Copy of corresponding Inmate Letter must be attached to this response.

## Inmate Letter Response

| Inmate Name *(Last, First M.I.)*<br>Gamez, Robert | ADC Number<br>131401 |
|---|---|

| Institution/Unit<br>ASPC FLORENCE CENTRAL UNIT | |

| From<br>COIII PITTARIO | Location<br>PROGRAMS |
|---|---|

This is in response to your Inmate Letter dated 06/27/2011, that I received on 06/29/20111. In regards to your issue with recreation and shower turns. On 07/06/2011, I contacted Sgt Stalder about this issue and he advised that during a discussion with you he stated that recreation was cancelled due to staff shortages. I also contacted Graveyard Shift Commander, Lt Stoner and asked if showers were conducted at 0400 hours, and was advised the following:

"This is correct and in some cases even later. Depending on how many showers are left in the different cellblocks from swingshift, how many staff I have available to complete showers, what other tasks are taking priority at the time, we have been running showers as late as 0400 hrs in CB4 last week. This has been the norm for some time now. I would gladly stop given the number of staff that I have to complete the task, but that would mean that a large number of inmates would not get their showers. If there is another plan of action, I am more than wiling to look into viable options."

It is my opinion that your claims that ADOC is denying recreation and completing shower turns early in the morning in a attempt to incite riots in the inmate population is ludicrous an unfounded. Therefore I consider this issue resolved.

| Staff Signature | Date<br>07/13/2011 |
|---|---|

Computer Electronic Version

Distribution:  Original - Central Office Master File<br>Copy - Inmate<br>Copy - Institutional File

916-2<br>4/15/04

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Gamez, Robert C | 131407 | A.S.P.C Florence | 6-27-2011 |

| To: | Location |
|---|---|
| CO III Pattario Informal Res. | Central |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

I am Attempting to informally resolve the following Problem. On todays Date I spoke to the supervisor in charge in relations to not receiving my constitutional federal requirement of A minimum of (6) Hours of recreation. On 6-25-2011, Prisoners Along with myself refused to return to our cells because we wished to speak to the supervisor, again in relations to not receiving the cleaning supplies, shower at 1:00 A.M, charging Hair clippers, Dinner at 8:00 p.m (Inter Alia) other requirements we are not receiving. Either WAY we spoke to the supervisors & peacefully return to our cells. On todays Date I was Advise that I would not get rec because "they are short of staff," the sgt Also replied "We Are just not going open the doors & let you guys out." I personally noticed (4) other staff members conducting showers in c.B 7 Alone, not to mention (6) plus the (2) Sgt's. ADCC is openly denying me rec, in A tactic to build Frustrations so that the population CAN incite Riots. Thus they have a legitimate reason to request more funding from the state. This type of behavior is while calculated & precise and questions the intergrity of those formulations these plans. Furthermore, showers have been consistanctly done After 1:00 A.M, this tactic is Also deliberate so staff wont have to shower as many prisoner's due to them Been Asleep but this tactic Also deprives me of adequate sleep, Due to the Noise Banging, Yelling, etc. The combination of these tactics constitutes cruel & unusual punishment and deterioratets & # my Mental health. # It bears to mention I will not be receiving rec on July 7, 2011 Because ADCC is executing someone, thus, the whole yard is lock down thus going (1) week without Recreation

| Inmate Signature | Date |
|---|---|
| [signature] | 6-27-2011 |

RECEIVED 6/29/11 C.U. PROGRAMS

**Have You Discussed This With Institution Staff?** ☒ Yes ☐ No

**If yes, give the staff member's name:** Sgt. Stalder

Distribution: White - Master Record File     Canary - Inmate

916-1
5/13/10

ARIZONA DEPARTMENT OF CORRECTIONS
ARIZONA STATE PRISON COMPLEX-FLORENCE
CENTRAL UNIT

July 28, 2011

Inmate Gamez #131401, your grievance/grievance appeal is being unprocessed for one or more of the following reasons.  I suggest you review Department Order (DO) 802, Inmate Grievance System, located in the Resource Center.  **Note bold/underlined comments.**

1. You have NOT documented your attempts to informally resolve this issue.

2. You have NOT contacted your assigned CO III or attempted an informal resolution.

3. You have NOT provided a copy of the letter to your assigned CO III of the attempt to informally resolve.

4. You have NOT provided a copy of the response from your assigned CO III of the attempt to resolve.

5. You have NOT provided the ORIGINAL Grievance/Grievance Appeal form.

6. You are past time frames (five work days) for filing a Grievance/Grievance appeal.

7. You failed to provide adequate information for an investigation.

8. You have NOT provided copies of supporting documentation, ORIGINAL RECEIPTS, HNR's, Requests, Memo's letters, etc.

9. **YOU MAY ONLY ADDRESS ONE (1) ISSUE PER GRIEVANCE!!!!!!!!!!**

10. **You have used the incorrect forms.**

11. Your Grievance is repetitive, or a response has been provided, or you have a current Grievance with the same issues.

12. The Deputy Warden has 15 WORKING DAYS to provide a Grievance response.

13. Time computation issues must first be addressed through the Institutional Offender Information Unit.

14. **Additional Comments:  Please provide requested information, attach requested documentation and resubmit on a new form.**

D.C. Bohuszewicz, CO IV #1643, Unit Grievance Coordinator

STATE OF ARIZONA
DEPARTMENT OF CORRECTIONS

INMATE GRIEVANCE

Rec'd By: _Turner_
Title: _CO III_
Badge #: _2628_
Date: _7/22/11_

NAME: _Robert C. Gamez_  ADC #: _134401_  DATE: _7·21·2011_

INSTITUTION: _A.S.P.C Florence_  CASE NO: _Unprocessed_

TO: GRIEVANCE COORDINATOR

A. Description of Grievance (To be completed by inmate):

On 6·27·2011; I was not afforded my minimum of (6) Hours a week of recreation because ADC claims they're short of staff. And on July 7, 2011 I did not receive recreation Again because the government murdered somebody; furthermore showers have been conducted at 4:00 A.m. sometimes causing extremely loud noises and deprived me of m sleep; and exacerbates my mental health state. This practice is an attempt to incite riots & build frustrates that could be avoid with adequate staff & training.

B. Proposed Resolution: (What action would resolve the problem? What have you done to resolve the problem? My resolution to this problem is to receive the [minimum of (6) Hours of recreation & showers at a reasonable time] supporting documents Informal resolution dated 6·27·2011; Informal reply 7·13·2011. It also promotes unrest & violence & can cause prisoners w/ Latent mental illnesses to worsen & develop overt symptoms.

_____  /7·21·2011/  /7·27·2011/ _DeBohussewiay_
Inmate's Signature  Date  Date  Grievance Coordinator's Signature

C. Action Taken by _____ Documentation of Resolution or Attempts

at Resolution: _____

_See attached_

_DeBohussewiay_  / 1643 /  July 28, 2011
Staff Signature  Badge #  Date

NOTE: You may appeal the Grievance Coordinator's decision to the Unit Warden/Deputy Warden/ Administrator by filing a form GF-2 (40000047), within 10 calendar days of receipt of this notice.

INITAL DISTRIBUTION: WHITE AND YELLOW - Grievance Coordinator  PINK - Inmate
FINAL DISTRIBUTION: WHITE - Inmate  YELLOW - Grievance File

ADC GF-1 Inmate Grievance

Form: 40000046
Rev. 11/19/92