AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| The Arizona Democratic Party; The Democratic National Committee; and DSCC, <br><br> *Plaintiff(s)* <br> v. <br> Katie Hobbs, in her official capacity as Arizona Secretary of State, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. CV-20-1143-PHX-DLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  F. Ann Rodriguez
   240 N. Stone Avenue
   Tucson, AZ 85701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexis E. Danneman
   2901 North Central Avenue, Suite 200
   Phoenix, Arizona 85012-2788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:

*CLERK OF COURT*

_____ *Clerk*

ISSUED ON 12:54 pm, Jun 10, 2020
s/ Debra D. Lucas, Acting Clerk

Civil Action No. 2:20-CV-01143-DLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* F. Ann Rodriguez
was received by me on *(date)* 06/11/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Chris Roads, Chief Deputy Recorder, who is designated by law to accept service of process on behalf of *(name of organization)* F. Ann Rodriguez at 240 N. Stone Ave., Tucson, AZ 85701 on *(date)* 06/11/2020; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/16/20

*Server's signature*

Nick Costello, AZ Certified Process Server #PM640
*Printed name and title*

Artemis Legal
425 W. Paseo Redondo, Suite 4
Tucson, AZ 85701
*Server's address*

Additional information regarding attempted service, etc:
6/11/2020 2:51 pm served Chris Roads, Chief Deputy Recorder/Authorized to Accept for F. Ann Rodriguez, at 240 N. Stone Ave., Tucson, AZ 85701. Mr. Roads is a 55 year old White male, 5'10, 215 lbs with grey hair and glasses.


ORIGINAL