Civil Action No. CV-20-1143-PHX-DLR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Richard Garcia

was received by me on *(date)*        06/11/2020      .

☑ I personally served the summons on the individual at *(place)*   1112 South Joshua Avenue #201, Parker,

AZ, 85344 at 12:07PM                                    on *(date)*       06/15/2020      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $    51.00    for travel and $    387.50    for services, for a total of $    438.50    .

I declare under penalty of perjury that this information is true.


Date:      06/15/2020                        _____
                                                                     *Server's signature*

                                                            Danielle Corral #MC-8963
                                                            _____
                                                                     *Printed name and title*

                                                            KIWI Process Service
                                                            530 E. McDowell Rd #107-423
                                                            Phoenix, AZ 85004
                                                            _____
                                                                     *Server's address*

Additional information regarding attempted service, etc:

Time of serve: 2:13PM
Location of serve: 1400 East Ash Street, Globe, AZ 85501

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| The Arizona Democratic Party; The Democratic National Committee; and DSCC, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. CV-20-1143-PHX-DLR |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Richard Garcia
1112 Joshua Avenue, #201
Parker, AZ 85344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexis E. Danneman
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                                    _____
*Clerk*

ISSUED ON  12:48 pm, Jun 10, 2020
s/ Debra D. Lucas, Acting Clerk