Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
ACLU FOUNDATION OF ARIZONA
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaaz.org
         kflood@acluaz.org
         jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriquez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED ON
 SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriquez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **MOTION TO CORRECT THE RECORD PURSUANT TO LOCAL RULE 83.3** |

/ / /

Jones Day attorney David C. Kiernan moves to correct the record pursuant to Local Rule 83.3. Due to a clerical error, the *pro hac vice* application for David C. Kiernan incorrectly implied that he represents all of the plaintiffs in this action. Jones Day represents all of the plaintiffs except for the Arizona Center for Disability Law. Jones Day represents the following named Plaintiffs:

1. Victor Antonio Parsons;
2. Shawn Jensen;
3. Stephen Oliver Swartz;
4. Dustin Brislan;
5. Sonia Rodriguez;
6. Christina Verduzco;
7. Jackie Thomas;
8. Jeremy Smith;
9. Robert Carrasco Gamez, Jr.;
10. Maryanne Chisholm;
11. Desiree Licci;
12. Joseph Hefner;
13. Joshua Polson; and
14. Charlotte Wells.

The Arizona Center for Disability Law consents to this Motion and has signed a written statement, attached hereto as Exhibit A, stating that Jones Day has not represented the Arizona Center for Disability Law in connection with this matter.

We request that the Court order the Clerk to correct the record and caption so that David C. Kiernan appears as counsel of record only for the above named Plaintiffs and not for the Arizona Center for Disability Law.

| | | |
|---|---|---|
| 1 | Dated: July 26, 2012 | **JONES DAY** |
| 2 | | |
| 3 | | By:  /s/ Sophia Calderón |
| | | Caroline Mitchell (Cal. 143124)* |
| | | Ilham Hosseini (Cal. 256274)* |
| 4 | | Sophia Calderón (Cal. 278315)* |
| | | 555 California Street, 26th Floor |
| 5 | | San Francisco, California 94104 |
| | | Telephone:  (415) 875-5712 |
| 6 | | Email:    cnmitchell@jonesday.com |
| | | ihosseini@jonesday.com |
| 7 | | scalderon@jonesday.com |
| 8 | | *Admitted *pro hac vice* |
| 9 | | Daniel J. Pochoda |
| | | Kelly J. Flood |
| 10 | | James Duff Lyall |
| | | **ACLU FOUNDATION OF** |
| 11 | | **ARIZONA** |
| | | 3707 North 7th Street, Suite 235 |
| 12 | | Phoenix, Arizona 85013 |
| | | Telephone:  (602) 650-1854 |
| 13 | | Email:    dpochoda@acluaaz.org; |
| | | kflood@acluaz.org |
| 14 | | jlyall@acluaz.org |
| 15 | | David C. Fathi (Wash. 24893)* |
| | | Amy Fettig (D.C. 484883)** |
| 16 | | **ACLU NATIONAL PRISION** |
| | | **PROJECT** |
| 17 | | 915 15th Street N.W., 7th Floor |
| | | Washington, D.C. 20005 |
| 18 | | Telephone:  (202) 548-6603 |
| | | Email:    dfathi@npp-aclu.org |
| 19 | | afettig@npp-aclu.org |
| 20 | | *Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts. |
| 21 | | **Admitted *pro hac vice* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Jill L. Ripke (Bar No. 024837)
James A. Ahlers (Bar No. 026660)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Thomas D. Ryerson (Bar No. 028073)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email: dbarr@perkinscoie.com
rjipke@perkinscoie.com
jahlers@perkinscoie.com
keidenbach@perkinscoie.com
jhgray@perkinscoie.com
tryerson@perkinscoie.com
mdumee@perkinscoie.com

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriquez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com

      /s/ Lillian Wong
      Lillian Wong