1

2

3

4

5

6                                UNITED STATES DISTRICT COURT

7                                     DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
     Dustin Brislan; Sonia Rodriguez; Christina           (MEA)
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph
10   Hefner; Joshua Polson; and Charlotte Wells, on       **ORDER GRANTING**
     behalf of themselves and all others similarly        **MOTION TO CORRECT**
11   situated; and Arizona Center for Disability Law,      **THE RECORD PURSUANT**
                                                          **TO LOCAL RULE 83.3**
12                       Plaintiffs,

13        v.

14   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
15   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
16   capacities,

                         Defendants.

17        The Court having received and reviewed Jones Day's Motion to Correct the Record

18   Pursuant to Local Rule 83.3, and for good cause appearing,

19        **IT IS HEREBY ORDERED** granting the aforementioned Motion.  The Clerk of

20   the Court is directed to correct the record and caption so that David C. Kiernan appears as

21   counsel of record only for the individually named Plaintiffs and not for the Arizona Center

22   for Disability Law.

23

24

25

26

27

28