|   |   |
|---|---|
| 1 | Daniel P. Struck, Bar No. 012377 |
|   | Kathleen L. Wieneke, Bar No. 011139 |
| 2 | Timothy J. Bojanowski, Bar No. 22126 |
|   | Nicholas D. Acedo, Bar No. 021644 |
| 3 | Courtney R. Cloman, Bar No. 023155 |
|   | Ashlee B. Fletcher, Bar No. 028874 |
| 4 | Anne M. Orcutt, Bar No. 029387 |

STRUCK WIENEKE, & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-NVW |
| | **NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

Anne M. Orcutt hereby gives notice that she is appearing as co-counsel of record on behalf of Defendants in the above-captioned matter, and hereby requests to be added to the Court's service list.

/ / /

DATED this 26th day of July, 2012

STRUCK WIENEKE, & LOVE, P.L.C.

By /s/ *Anne M. Orcutt*
Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Douglas E. Roberts: | douglasroberts@jonesday.com |
| Sara Norman: | snorman@prisonlaw.com |
| Ilham A. Hosseini: | ihosseini@jonesday.com |
| Sophia Calderon: | scalderson@jonesday.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/*Kim Penny*
2671672

2