IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Victor Antonio Parsons, et al., | ) | No. CV 12-00601-PHX-NVW |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Charles L. Ryan, et al., | ) | |
| Defendants. | ) | |

The Court having reviewed the Plaintiffs' Motion to Correct the Record Pursuant to Local Rule 83.3 (Doc. 58), and good cause appearing,

IT IS ORDERED granting the Plaintiffs' Motion to Correct the Record Pursuant to Local Rule 83.3 (Doc. 58).

IT IS FURTHER ORDERED directing the Clerk of the Court to correct the record and case caption to reflect that David C. Kiernan only represents the individually named Plaintiffs and not the Arizona Center for Disability Law.

DATED this 26th day of July, 2012.

_____
Neil V. Wake
United States District Judge