Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
STRUCK WIENEKE, & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**NOTICE OF SERVICE  OF DEFENDANTS' RESPONSE AND OBJECTIONS TO PLAINTIFFS' NOTICE OF 30(B)(6) DEPOSITION AND NOTICE OF SERVICE OF SUBPOENA UPON ARIZONA DEPARTMENT OF CORRECTIONS FOR THE PRODUCTION OF DOCUMENTS** |

2665621.1

NOTICE IS HEREBY GIVEN that Defendants have this date served upon Plaintiffs' counsel the discovery papers listed below, by emailing same to all counsel of record at the email addresses listed below.

1. Defendants' Response and Objection to Plaintiffs' Notice of 30(B)(6) Deposition and Notice of Service of Subpoena Upon Arizona Department of Corrections for the Production of Documents.

DATED this 2nd day of August, 2012

STRUCK WIENEKE, & LOVE, P.L.C.

By /s/ *Timothy J. Bojanowski*
　　Daniel P. Struck
　　Kathleen L. Wieneke
　　Timothy J. Bojanowski
　　Nicholas D. Acedo
　　Courtney R. Cloman
　　Ashlee B. Fletcher
　　STRUCK WIENEKE, & LOVE, P.L.C.
　　3100 West Ray Road, Suite 300
　　Chandler, Arizona 85226

　　Arizona Attorney General Thomas C. Horne
　　Office of the Attorney General
　　Michael E. Gottfried
　　Assistant Attorney General
　　1275 W. Washington Street
　　Phoenix, Arizona 85007-2926

　　*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy: ahardy@prisonlaw.com

Amy Fettig: afettig@npp-aclu.org

Caroline N. Mitchell: cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick: ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr: DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi: dfathi@npp-aclu.org; astamm@aclu.org; mtartaglia@npp-aclu.org

Donald Specter: dspecter@prisonlaw.com

Ilham A. Hosseini: ihosseini@jonesday.com; areyes@jonesday.com

James Anthony Ahlers: jahlers@perkinscoie.com; docketphx@perkinscoie.com; jroe@perkinscoie.com

James Duff Lyall: jlyall@acluaz.org; gtorres@acluaz.org

Jennifer Ann Alewelt: jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org

Jill Louise Ripke: jripke@perkinscoie.com; jgable@perkinscoie.com

John Howard Gray: jhgray@perkinscoie.com; slawson@perkinscoie.com

Kelly Joyce Flood: kflood@acluaz.org; gtorres@acluaz.org

Kirstin T. Eidenbach: keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried: Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

Sara Norman: snorman@prisonlaw.com

| | | |
|---|---|---|
| 1 | Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com; |
| 2 | Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com |
| 3-4 | Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org |
| 5 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 6 | David C. Kiernan: | dkiernan@jonesday.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ *Kimberly Shadoan*