JON R. SMITH
Yuma County Attorney

William J. Kerekes, #007073
Chief Civil Deputy County Attorney
Office of the Yuma County Attorney
250 West Second Street, Suite G
Yuma, Arizona 85364
Telephone: (928) 817-4300
YCAttyCivil@yumacountyaz.gov

Attorney for Defendant Robyn Stallworth Pouquette, Yuma County Recorder

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Arizona Democratic Party, et al., | Case No. CV-20-01143-PHX-DLR |
|---|---|
| Plaintiffs, | **NOTICE OF SERVICE OF DEFENDANT ROBYN STALLWORTH POUQUETTE, YUMA COUNTY RECORDER DISCOVERY RESPONSES** |
| vs. | |
| Katie Hobbs, et al., | |
| Defendants. and | |
| State of Arizona, | |
| Defendant. | |

Defendant Robyn Stallworth Pouquette, Yuma County Recorder, by and through undersigned counsel, hereby gives notice that on July 9, 2020, answers to interrogatories, requests for admission and request for production propounded by the State of Arizona on June 25, 2020 were e-mailed to Drew C. Ensign, Office of the Attorney General, at Drew.Ensign@azag.gov and all counsel of record.

1

DATED this 9th day of July, 2020.

JON R. SMITH
YUMA COUNTY ATTORNEY

/s/William J. Kerekes
William J. Kerekes
Chief Civil Deputy County Attorney
*Attorney for Defendant Robyn Stallworth Pouquette, Yuma County Recorder*

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

/s/ Brenda Luna
Paralegal

2