AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Victor Parsons, et al. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:12-CV-00601-NVW |
| Charles Ryan and Richard Pratt ) | |
| ) | (If the action is pending in another district, state where: |
| Defendant ) | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Wexford Health Sources, 2338 West Royal Palm Road, Suite J, Phoenix, AZ 85021

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See attachments A and B.

| Place: ACLU of Arizona<br>3707 North 7th Street, Suite 235<br>Phoenix, AZ 85014 | Date and Time:<br>08/17/2012 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  08/06/2012

CLERK OF COURT                                                    OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                             *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Victor Parsons, et al.
_____, who issues or requests this subpoena, are:
James Lyall, 3707 North 7th Street, Suite 235, Phoenix, AZ 85014; jlyall@acluaz.org; (602) 773-6001

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:12-CV-00601-NVW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*
 (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  (i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.
  (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*
 (A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:
  (i) fails to allow a reasonable time to comply;
  (ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;
  (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  (iv) subjects a person to undue burden.
 (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:
  (i) disclosing a trade secret or other confidential research, development, or commercial information;
  (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or
  (iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.
 (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  (ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
 (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*
 (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  (i) expressly make the claim; and
  (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

## Attachment A

### DEFINITIONS

For purposes of this subpoena, the following definitions shall apply:

1. The term "Medical file" shall mean the complete collection of any and all Documents pertaining to an Arizona Department of Corrections (ADC) inmate's health care, including medical, mental health, and dental care, as created, collected or maintained by ADC and/or Wexford Health Sources, Inc. personnel in the normal course of business.

2. The term "Documents" shall mean any written record of information (e.g., typewritten or handwritten memoranda, letters, or notes, official forms including Health Needs Requests, computer printouts, etc.) or non-written record of information (e.g., video tapes, photographs, x-rays, and any data that is created and/or maintained in electronic format, etc.)

### DOCUMENTS TO BE PRODUCED

The witness shall produce all of the following Documents pertaining to the above-captioned litigation:

1. Complete Medical Files, from January 1, 2005 to present, of the following ADC inmates, whose signed ADC disclosure authorization forms are enclosed in Attachment B:

    a.  James Lamoree, 259328, Eyman-Cook
    b.  William Neville, 61616, Eyman-Cook
    c.  Alexander Williams, 170576, Eyman-Cook
    d.  William Rexrode, 83786, Eyman-Meadows
    e.  George Walker, 249881, Eyman-Meadows
    f.  Walter Goedecke, 80048, Lewis-Bachman
    g.  Douglas Levitski, 199622, Lewis-Bachman
    h.  Gina Martin, 211678, Perryville – Lumley
    i.  Jennifer Jansma, 246898, Perryville – Santa Cruz
    j.  Jonathan Trethaway, 137818, Tucson-Cimarron
    k.  Timothy Armenta, 199348, Tucson-Manzanita

## Attachment B

ADC Disclosure Authorization Forms

**ARIZONA DEPARTMENT OF CORRECTIONS**

Authorization To Disclose Copies or
Provide Information from Medical Records

| Inmate Name (Last, First M.I.) | ADC Number | Date of Birth |
|---|---|---|
| LAMOREE JAMES G | 259328 | [redacted] |

| Social Security Number | Release Date | Facility Released From |
|---|---|---|
| [redacted] | 3/29/12 | |

Name of Company(s) or Individual(s) authorized to receive information:

Name  ACLU OF ARIZONA
Address  PO BOX 17148
City and State  PHOENIX, AZ   Zip  85011
Phone No. _____ Fax No. _____
If Family Member - Relationship _____

Name _____
Address _____
City and State _____ Zip _____
Phone No. _____ Fax No. _____
If Family Member - Relationship _____

The undersigned hereby authorizes the Arizona Department of Corrections to provide the above named individual or company with:
- [x] Copies of the following documents
- [x] Verbally provide Medical / treatment Information

- [ ] Medical and Physical History
- [ ] X-Ray Reports
- [ ] Dental Records
- [ ] Communicable Disease Reports
- [ ] Medication Records
- [ ] HIV Results
- [x] Entire Medical Record
- [ ] Lab Reports
- [ ] Mental Health Evaluations
- [ ] Treatment Plans
- [ ] Progress Notes
- [ ] Other (Be specific) _____
- [ ] Previous Records* (be specific) _____

Records of the period from  12-22-10  to  Present 3/29/12  If dates or details are not provided, copies of records may be limited to 6 months.

THIS SECTION MUST BE FILLED OUT

This form must provide all information and have a witness to the signature to be valid. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken to comply with request. Without my express written revocation, this authorization will automatically expire 6 months from date of signature if expiration is not completed.

Effective Date  3/29/12     Expiration Date  01/01/2014

It is understood that copies of records will be provided to the designated individual or company only upon payment of 50 cents for each page reproduced, with exception for copies used for continuity of care or DES.

* I understand that "previous records" may include any records of mental health, alcohol or drug abuse treatment, or HIV tests results that ADC may have received from non-ADC providers.

I understand that these records are protected by various Federal and State laws or regulations, and cannot be disclosed without my written consent unless otherwise provided in the laws or regulations. I hereby release the parties named above from all legal liability that may arise from the release of information requested.

Inmate's Signature  /s/ James J. Lamoree     Date  3/29/12

Witness' Signature (Required - Non-Inmate / Non-Family)     Date  3-29-12

Please submit completed form (both copies) to: Arizona Department of Corrections
ATTN: Health Services Division - MC 940
MEDICAL RECORDS: 1601 W. Jefferson
Phoenix, AZ 85007

CAROL PEARSON
FAX: 602-364-2954
PH: 602-364-2941

Distribution: Medical Record Chart

1104-2
2/6/08

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Authorization To Disclose Copies or Provide Information from Medical Records**

| Inmate Name (Last, First M.I.) | ADC Number | Date of Birth |
|---|---|---|
| Neville William T | 061616 | [redacted] |
| Social Security Number | Release Date | Facility Released From |
| [redacted] | 2016 | |

Name of Company(s) or Individual(s) authorized to receive information:

Name: Prison Law Office
Address: General Delivery
City and State: San Quentin CA   Zip: 94964
Phone No. 510-280-2621   Fax No. 510-280-2704
If Family Member - Relationship: _____

Name: _____
Address: _____
City and State: _____   Zip: _____
Phone No. _____   Fax No. _____
If Family Member - Relationship: _____

The undersigned hereby authorizes the Arizona Department of Corrections to provide the above named individual or company with:

[X] Copies of the following documents   [ ] Verbally provide Medical / treatment information

[ ] Medical and Physical History
[ ] X-Ray Reports
[ ] Dental Records
[ ] Communicable Disease Reports
[ ] Medication Records
[ ] HIV Results
[X] Entire Medical Record

[ ] Lab Reports
[ ] Mental Health Evaluations
[ ] Treatment Plans
[ ] Progress Notes
[ ] Other (Be specific) _____
[ ] Previous Records* (be specific) _____

Records of the period from 2009 to present, if dates or details are not provided, copies of records may be limited to 6 months.

THIS SECTION **MUST** BE FILLED OUT

This form must provide all information and have a witness to the signature to be valid. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken to comply with request. Without my express written revocation, this authorization will automatically <u>expire 6 months</u> from date of signature if expiration is not completed.

Effective Date: 1-11-12   Expiration Date: August 18, 2013

It is understood that copies of records will be provided to the designated individual or company only upon payment of **50** cents for each page reproduced, with exception for copies used for continuity of care or DES.

* I understand that "previous records" may include any records of mental health, alcohol or drug abuse treatment, or HIV tests results that ADC may have received from non-ADC providers.

I understand that these records are protected by various Federal and State laws or regulations, and cannot be disclosed without my written consent unless otherwise provided in the laws or regulations. I hereby release the parties named above from all legal liability that may arise from the release of information requested.

| Inmate's Signature | Date |
|---|---|
| X William T. Neville | X 1-11-2012 wn |
| Witness' Signature (Required - Non-Inmate / Non-Family) | Date |
| X Co II Fry 3083 | X 1-11-2012 |

Please submit completed form (both copies) to: Arizona Department of Corrections
ATTN: Health Services Division - MC 940
**MEDICAL RECORDS:** 1601 W. Jefferson
Phoenix, AZ 85007

**CAROL PEARSON**
FAX: 602-364-2954
PH: 602-364-2941

1104-2
2/8/08

Distribution: Medical Record Chart

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Authorization To Disclose Copies or Provide Information from Medical Records**

| Inmate Name (Last, First M.I.) | ADC Number | Date of Birth |
|---|---|---|
| Williams, Allexandus G. | 170576 | [redacted] |
| Social Security Number | Release Date | Facility Released From |
| [redacted] | 01-03-2061 | |

**Name of Company(s) or Individual(s) authorized to receive information:**

Name: Prison Law Office
Address: General Delivery
City and State: San Quentin CA   Zip: 94164
Phone No. 510-280-2621   Fax No. 510-280-2704
If Family Member - Relationship: _____

Name: _____
Address: _____
City and State: _____   Zip: _____
Phone No. _____   Fax No. _____
If Family Member - Relationship: _____

The undersigned hereby authorizes the Arizona Department of Corrections to provide the above named individual or company with:
- [X] Copies of the following documents
- [ ] Verbally provide Medical / treatment information

- [ ] Medical and Physical History
- [ ] X-Ray Reports
- [ ] Dental Records
- [ ] Communicable Disease Reports
- [ ] Medication Records
- [ ] HIV Results
- [X] Entire Medical Record

- [ ] Lab Reports
- [ ] Mental Health Evaluations
- [ ] Treatment Plans
- [ ] Progress Notes
- [ ] Other (Be specific) _____
- [ ] Previous Records* (be specific) _____

Records of the period from 10, 23, 2002 to present, if dates or details are not provided, copies of records may be limited to 6 months.

THIS SECTION MUST BE FILLED OUT

This form must provide all information and have a witness to the signature to be valid. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken to comply with request. Without my express written revocation, this authorization will automatically expire 6 months from date of signature if expiration is not completed.

Effective Date _____   Expiration Date August 18, 2013

It is understood that copies of records will be provided to the designated individual or company only upon payment of **50** cents for each page reproduced, with exception for copies used for continuity of care or DES.

* I understand that "previous records" may include any records of mental health, alcohol or drug abuse treatment, or HIV tests results that ADC may have received from non-ADC providers.

I understand that these records are protected by various Federal and State laws or regulations, and cannot be disclosed without my written consent unless otherwise provided in the laws or regulations. I hereby release the parties named above from all legal liability that may arise from the release of information requested.

| Inmate's Signature | Date |
|---|---|
| X *ally Willi* | X 12-29-2011 |
| Witness' Signature (Required - Non-Inmate / Non-Family) | Date |
| X Scott D. Revere #1787 | X 12-29-2011 |

Please submit completed form (both copies) to: Arizona Department of Corrections
ATTN: Health Services Division - MC 940
MEDICAL RECORDS: 1601 W. Jefferson
Phoenix, AZ 85007

**CAROL PEARSON**
FAX: 602-364-2954
PH: 602-364-2941

1104-2
2/8/08

Distribution: Medical Record Chart

ARIZONA DEPARTMENT OF CORRECTIONS

**Authorization To Disclose Copies or Provide Information from Medical Records**

| Inmate Name (Last, First M.I.) | ADC Number | Date of Birth |
|---|---|---|
| Rexrode William C | 083786 | [redacted] |

| Social Security Number | Release Date | Facility/Unit @/Released From |
|---|---|---|
| [redacted] | life | |

Name of Company(s) or Individual(s) authorized to receive information:

Name: Prison Law Office        Name: ___
Address: General Delivery      Address: ___
City and State: San Quentin, CA   Zip: 94964    City and State: ___   Zip: ___
Phone: 510.280.2621   Fax: 510.280.2704   Phone: ___   Fax: ___
If Family Member - Relationship ___       If Family Member - Relationship ___

The undersigned hereby authorizes the Arizona Department of Corrections to provide the above named individual or company with: (Check the one(s) that apply)

[X] Copies of the following documents      [ ] Verbally provide Medical / treatment information (Valid for one 1 year)

[ ] Medical and Physical History      [ ] Nurse/Provider Medical Progress Notes      [ ] Mental Health Evaluations
[ ] Dental Records      [ ] Eyeglass RX      [ ] Mental Health Treatment Plans
[ ] Communicable Disease Reports      [ ] Lab Reports      [ ] Mental Health Progress Notes
[ ] HIV Results      [ ] X-ray Reports      [X] Entire Medical Record
                     [ ] Medication Records

[ ] Other (Be specific) ___

[ ] Previous Records* (Be specific) ___

Records of the period from **4/91** to **present**, if dates or details are not provided, copies of records may be limited to 6 months.

This form must provide all information and have a witness to the signature to be valid. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken to comply with request. Without my express written revocation, this authorization will automatically expire 6 months from date of signature if expiration is not completed.

Effective Date ___      Expiration Date **December 31, 2013**

It is understood that copies of records will be provided to the designated individual or company only upon payment of .50 cents per page, with exception for copies used for continuity of care or DES.

* I understand that "previous records" may include any records of mental health, alcohol or drug abuse treatment, or HIV tests results that ADC may have received from non-ADC providers.

I understand that these records are protected by various Federal and State laws or regulations, and cannot be disclosed without my written consent unless otherwise provided in the laws or regulations. I hereby release the parties named above from all legal liability that may arise from the release of information requested.

| Inmate's Signature | Date |
|---|---|
| William C Rexrode | 4/13/12 |

| Witness Signature (Required - Non-Inmate / Non-Family) | Date |
|---|---|
| [signature] | 4/13/12 |

Please submit completed form (both copies) to: Arizona Department of Corrections
ATTENTION MEDICAL RECORDS:   Health Services Division - MC 940
1601 W. Jefferson, Phoenix, AZ 85007

MEDICAL RECORDS
FAX: 602-364-2954
PHONE: 602-364-2941

1104-2
9/12/11

Distribution: Medical Record Chart,

o.II  Hichens witness

ARIZONA DEPARTMENT OF CORRECTIONS

Authorization To Disclose Copies or
Provide Information from Medical Records

| Inmate Name (Last, First M.I.) | ADC Number | Date of Birth |
|---|---|---|
| Walker George | 249881 | [redacted] |
| Social Security Number | Release Date | Facility Released From |
| [redacted] | 12/23/2017 | Meadows |

Name of Company(s) or Individual(s) authorized to receive information:

Name: Prison Law Office
Address: General Delivery
City and State: San Quentin CA  Zip: 94964
Phone No. 510-280-2621  Fax No. 510-280-2704
If Family Member - Relationship: _____

Name: Charles Walker
Address: 5220 W. Northern
City and State: Glendale, AZ  Zip: 85301
Phone No. 623.565.1764  Fax No. _____
If Family Member - Relationship: Brother

THIS SECTION **MUST** BE FILLED OUT

The undersigned hereby authorizes the Arizona Department of Corrections to provide the above named individual or company with:
- [X] Copies of the following documents
- [ ] Verbally provide Medical / treatment information

- [ ] Medical and Physical History
- [ ] X-Ray Reports
- [ ] Dental Records
- [ ] Communicable Disease Reports
- [ ] Medication Records
- [ ] HIV Results
- [X] Entire Medical Record

- [ ] Lab Reports
- [ ] Mental Health Evaluations
- [ ] Treatment Plans
- [ ] Progress Notes
- [ ] Other (Be specific) _____
- [ ] Previous Records* (be specific) _____

Records of the period from _____ to present _____, if dates or details are not provided, copies of records may be limited to 6 months.

This form must provide all information and have a witness to the signature to be valid. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken to comply with request. Without my express written revocation, this authorization will automatically expire 6 months from date of signature if expiration is not completed.

Effective Date _____   Expiration Date August 18, 2013

It is understood that copies of records will be provided to the designated individual or company only upon payment of **50** cents for each page reproduced, with exception for copies used for continuity of care or DES.

* I understand that "previous records" may include any records of mental health, alcohol or drug abuse treatment, or HIV tests results that ADC may have received from non-ADC providers.

I understand that these records are protected by various Federal and State laws or regulations, and cannot be disclosed without my written consent unless otherwise provided in the laws or regulations. I hereby release the parties named above from all legal liability that may arise from the release of information requested.

X  Inmate's Signature: George Walker    Date: X 01/05/12
X  Witness' Signature (Required - Non-Inmate / Non-Family): _____   Date: X 01/05/12

Please submit completed form (both copies) to:
**ATTN:**
**MEDICAL RECORDS:**
Arizona Department of Corrections
Health Services Division - MC 940
1601 W. Jefferson
Phoenix, AZ 85007

CAROL PEARSON
FAX: 602-364-2954
PH: 602-364-2941

1104-2
2/8/08

Distribution: Medical Record Chart

# ARIZONA DEPARTMENT OF CORRECTIONS

## Authorization To Disclose Copies or Provide Information from Medical Records

| Inmate Name (Last, First M.I.) | ADC Number | Date of Birth |
|---|---|---|
| Goedecke, Walter C | 080048 | [redacted] |
| Social Security Number | Release Date | Facility Released From |
| [redacted] | 4/28/14 | Buckley |

**Name of Company(s) or Individual(s) authorized to receive information:**

Name: Prison Law Office
Address: General Delivery
City and State: San Quentin CA  Zip: 94964
Phone No.: 510-280-2621  Fax No.: 510-280-2704
If Family Member - Relationship: _____

Name: _____
Address: _____
City and State: _____ Zip: _____
Phone No.: _____ Fax No.: _____
If Family Member - Relationship: _____

The undersigned hereby authorizes the Arizona Department of Corrections to provide the above named individual or company with:

[X] Copies of the following documents     [ ] Verbally provide Medical / treatment information

- [ ] Medical and Physical History
- [ ] X-Ray Reports
- [ ] Dental Records
- [ ] Communicable Disease Reports
- [ ] Medication Records
- [ ] HIV Results
- [X] Entire Medical Record
- [ ] Lab Reports
- [ ] Mental Health Evaluations
- [ ] Treatment Plans
- [ ] Progress Notes
- [ ] Other (Be specific) _____
- [ ] Previous Records* (be specific) _____

Records of the period from **1990 August** to **Present**, if dates or details are not provided, copies of records may be limited to 6 months.

This form must provide all information and have a witness to the signature to be valid. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken to comply with request. Without my express written revocation, this authorization will automatically expire 6 months from date of signature if expiration is not completed.

Effective Date: 12/7/11     Expiration Date: August 18, 2013

It is understood that copies of records will be provided to the designated individual or company only upon payment of 50 cents for each page reproduced, with exception for copies used for continuity of care or DES.

* I understand that "previous records" may include any records of mental health, alcohol or drug abuse treatment, or HIV tests results that ADC may have received from non-ADC providers.

I understand that these records are protected by various Federal and State laws or regulations, and cannot be disclosed without my written consent unless otherwise provided in the laws or regulations. I hereby release the parties named above from all legal liability that may arise from the release of information requested.

X Inmate's Signature: /s/ Walter C Goedecke     Date: 12/7/11
X Witness' Signature (Required - Non-Inmate / Non-Family): /s/ J. Toney RN     Date: 12/7/11

Please submit completed form (both copies) to: Arizona Department of Corrections, Health Services Division - MC 940, 1601 W. Jefferson, Phoenix, AZ 85007
**ATTN: MEDICAL RECORDS:**

CAROL PEARSON
FAX: 602-364-2954
PH: 602-364-2941

1104-2
2/8/08

Distribution: Medical Record Chart

**ARIZONA DEPARTMENT OF CORRECTIONS**

Authorization To Disclose Copies or
Provide Information from Medical Records

| Inmate Name (Last, First /M.I.) | ADC Number | Date of Birth |
|---|---|---|
| X LEVITSKI DOUGLAS M. | X 199622 | X [redacted] |
| Social Security Number | Release Date | Facility Released From |
| X [redacted] | X 08-28-14 | |

Name of Company(s) or Individual(s) authorized to receive information:

Name ACLU OF ARIZONA                    Name DARLENE JANE LEVITSKI
Address PO BOX 17148                    Address 602 SOUTH MAGNOLIA AVE
City and State PHOENIX, AZ  Zip 85011   City and State TUCSON  Zip 85711
Phone No. _____ Fax No. _____       Phone No. 480-495-7687 Fax No. _____
If Family Member - Relationship _____  If Family Member - Relationship WIFE

The undersigned hereby authorizes the Arizona Department of Corrections to provide the above named individual or company with:
- [X] Copies of the following documents
- [X] Verbally provide Medical / treatment information

- [ ] Medical and Physical History
- [ ] X-Ray Reports
- [ ] Dental Records
- [ ] Communicable Disease Reports
- [ ] Medication Records
- [ ] HIV Results
- [X] Entire Medical Record

- [ ] Lab Reports
- [ ] Mental Health Evaluations
- [ ] Treatment Plans
- [ ] Progress Notes
- [ ] Other (Be specific) _____
- [ ] Previous Records* (be specific) _____

X Records of the period from 10-17-05 to 01-01-2014, If dates or details are not provided, copies of records may be limited to 6 months.

*THIS SECTION MUST BE FILLED OUT*

This form must provide all information and have a witness to the signature to be valid. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken to comply with request. Without my express written revocation, this authorization will automatically expire 6 months from date of signature if expiration is not completed.

X Effective Date 04-30-12      Expiration Date 01/01/2014

It is understood that copies of records will be provided to the designated individual or company only upon payment of 50 cents for each page reproduced; with exception for copies used for continuity of care or DES.

* I understand that "previous records" may include any records of mental health, alcohol or drug abuse treatment, or HIV tests results that ADC may have received from non-ADC providers.

I understand that these records are protected by various Federal and State laws or regulations, and cannot be disclosed without my written consent unless otherwise provided in the laws or regulations. I hereby release the parties named above from all legal liability that may arise from the release of information requested.

X Inmate's Signature [signed]              Date X 04-30-12
X Witness' Signature (Required - Non-Inmate / Non-Family) [C. Padilla]   Date X April 30, 2012

Please submit completed form (both copies) to: Arizona Department of Corrections
ATTN: MEDICAL RECORDS!
Health Services Division - MD 940
1601 W. Jefferson
Phoenix, AZ 85007

Distribution: Medical Record Chart

CAROL PEARSON
FAX: 602-364-2954
PH: 602-364-2941

OFFICIAL SEAL
R. PADILLA
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 18, 2014

ARIZONA DEPARTMENT OF CORRECTIONS                                    MAR 1 9 2012

**Authorization To Disclose Copies or
Provide Information from Medical Records**

| Inmate Name (Last, First M.I.) | ADC Number | Date of Birth |
|---|---|---|
| Martin Gina L. | 211678 | [redacted] |
| Social Security Number | Release Date | Facility Released From |
| [redacted] | May 16, 2014 | ASPC/PV - Lumley |

Name of Company(s) or Individual(s) authorized to receive information:

Name: ACLU of Arizona

---

THIS SECTION **MUST** BE FILLED OUT

The undersigned hereby authorizes the Arizona Department of Corrections to provide the above named individual or company with:
- [ ] Copies of the following documents
- [ ] Verbally provide Medical / treatment information
- [ ] Medical and Physical History
- [ ] Lab Reports
- [ ] X-Ray Reports
- [ ] Mental Health Evaluations
- [ ] Dental Records
- [ ] Treatment Plans
- [ ] Communicable Disease Reports
- [ ] Progress Notes
- [ ] Medication Records
- [ ] Other (Be specific) _____
- [ ] HIV Results
- [ ] Previous Records* (be specific) _____
- [x] Entire Medical Record

Records of the period from _____ to _____, if dates or details are not provided, copies of records may be limited to 6 months.

---

This form must provide all information and have a witness to the signature to be valid. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken to comply with request. Without my express written revocation, this authorization will automatically <u>expire 6 months</u> from date of signature if expiration is not completed.

Effective Date: 1/5/12          Expiration Date: 1/5/12

---

It is understood that copies of records will be provided to the designated individual or company only upon payment of 50 cents for each page reproduced; with exception for copies used for continuity of care or DES.

* I understand that "previous records" may include any records of mental health, alcohol or drug abuse treatment, or HIV tests results that ADC may have received from non-ADC providers.

I understand that these records are protected by various Federal and State laws or regulations, and cannot be disclosed without my written consent unless otherwise provided in the laws or regulations. I hereby release the parties named above from all legal liability that may arise from the release of information requested.

X Inmate's Signature: Gina L. Martin       Date: 1/5/12
X Witness' Signature (Required - Non-Inmate / Non-Family): Myra Way, Psy.D.   Date: 1-5-12

Please submit completed form (both copies) to: Arizona Department of Corrections
ATTN: MEDICAL RECORDS:
Health Services Division - MC 940
1601 W. Jefferson
Phoenix, AZ 85007

CAROL PEARSON
FAX: 602-364-2954
PH: 602-364-2941

1104-2
2/8/08

Distribution: Medical Record Chart

APR 24 2012

**ARIZONA DEPARTMENT OF CORRECTIONS**

Authorization To Disclose Copies or
Provide Information from Medical Records

| Inmate Name (Last, First M.I.) | ADC Number | Date of Birth |
|---|---|---|
| X Jansma, Jennifer | X 246898 | X [redacted] |

| Social Security Number | Release Date | Facility Released From |
|---|---|---|
| X [redacted] | X 2033 | |

Name of Company(s) or individual(s) authorized to receive information:

Name ACLU OF ARIZONA          Name _____
Address PO BOX 17148           Address _____
City and State PHOENIX, AZ  Zip 85011   City and State _____ Zip ____
Phone No. _____ Fax No. _____   Phone No. _____ Fax No. _____
If Family Member - Relationship _____   If Family Member - Relationship _____

The undersigned hereby authorizes the Arizona Department of Corrections to provide the above named individual or company with:
- [X] Copies of the following documents
- [X] Verbally provide Medical / treatment information

- [ ] Medical and Physical History
- [ ] X-Ray Reports
- [ ] Dental Records
- [ ] Communicable Disease Reports
- [ ] Medication Records
- [ ] HIV Results
- [X] Entire Medical Record
- [ ] Lab Reports
- [ ] Mental Health Evaluations
- [ ] Treatment Plans
- [ ] Progress Notes
- [ ] Other (Be specific) _____
- [ ] Previous Records* (be specific) _____

X Records of the period from Oct 05 2009 to _____, If dates or details are not provided, copies of records may be limited to 6 months.

This form must provide all information and have a witness to the signature to be valid. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken to comply with request. Without my express written revocation, this authorization will automatically expire 6 months from date of signature if expiration is not completed.

X Effective Date Oct 05 2009  4-4-12   Expiration Date 01/01/2014

It is understood that copies of records will be provided to the designated individual or company only upon payment of 50 cents for each page reproduced; with exception for copies used for continuity of care or DES.

* I understand that "previous records" may include any records of mental health, alcohol or drug abuse treatment, or HIV tests results that ADC may have received from non-ADC providers.

I understand that these records are protected by various Federal and State laws or regulations, and cannot be disclosed without my written consent unless otherwise provided in the laws or regulations. I hereby release the parties named above from all legal liability that may arise from the release of information requested.

| Inmate's Signature | Date |
|---|---|
| X J. Jansma | X 4-4-12 |

| Witness' Signature (Required - Non-Inmate / Non-Family) | Date |
|---|---|
| X Sgt. N. Edison 5311 | X 4-4-2012 |

Please submit completed form (both copies) to: Arizona Department of Corrections
Health Services Division - MC 940
**ATTN:** 1601 W. Jefferson
**MEDICAL RECORDS:** Phoenix, AZ 85007

**CAROL PEARSON**
FAX: 602-364-2954
PH: 602-364-2941

1104-2
2/8/08

Distribution: Medical Record Chart

ARIZONA DEPARTMENT OF CORRECTIONS

**Authorization To Disclose Copies or
Provide Information from Medical Records**

| Inmate Name *(Last, First M.I.)* | ADC Number | Date of Birth |
|---|---|---|
| Trethewey, Jonathan | 137818 | [redacted] |

| Social Security Number | Release Date | Facility/Unit @/Released From |
|---|---|---|
| | | |

Name of Company(s) or Individual(s) authorized to receive information:

Name: Prison Law Office          Name: _____
Address: General Delivery        Address: _____
City and State: San Quentin, CA   Zip: 94964   City and State: _____   Zip: _____
Phone: 510.280.2621   Fax: 510.280.2704   Phone: _____   Fax: _____
If Family Member - Relationship: _____   If Family Member - Relationship: _____

The undersigned hereby authorizes the Arizona Department of Corrections to provide the above named individual or company with: *(Check the one(s) that apply)*

[X] Copies of the following documents    [ ] Verbally provide Medical / treatment information *(Valid for one 1 year)*

[ ] Medical and Physical History      [ ] Nurse/Provider Medical Progress Notes    [ ] Mental Health Evaluations
[ ] Dental Records                    [ ] Eyeglass RX                              [ ] Mental Health Treatment Plans
[ ] Communicable Disease Reports      [ ] Lab Reports                              [ ] Mental Health Progress Notes
[ ] HIV Results                       [ ] X-ray Reports                            [X] Entire Medical Record
                                      [ ] Medication Records

[ ] Other *(Be specific)* _____

[ ] Previous Records* *(Be specific)* _____

Records of the period from _____ to present _____, if dates or details are not provided, copies of records may be limited to 6 months.

This form must provide all information and have a witness to the signature to be valid. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken to comply with request. Without my express written revocation, this authorization will automatically <u>expire 6 months</u> from date of signature if expiration is not completed.

Effective Date _____    Expiration Date December 31, 2013

It is understood that copies of records will be provided to the designated individual or company only upon payment of .50 cents per page, with exception for copies used for continuity of care or DES.

* I understand that "previous records" may include any records of mental health, alcohol or drug abuse treatment, or HIV tests results that ADC may have received from non-ADC providers.

I understand that these records are protected by various Federal and State laws or regulations, and cannot be disclosed without my written consent unless otherwise provided in the laws or regulations. I hereby release the parties named above from all legal liability that may arise from the release of information requested.

| Inmate's Signature | Date |
|---|---|
| *[signature]* | 5-23-12 |
| Witness' Signature *(Required - Non-Inmate / Non-Family)* *[signature]* | Date |

Please submit completed form (both copies) to:  Arizona Department of Corrections
ATTENTION                                       Health Services Division - MC 940
MEDICAL RECORDS:                                1601 W. Jefferson, Phoenix, AZ 85007

MEDICAL RECORDS
FAX: 602-364-2954
PHONE: 602-364-2941

1104-2
9/12/11

Distribution: Medical Record Chart

ARIZONA DEPARTMENT OF CORRECTIONS

Authorization To Disclose Copies or
Provide Information from Medical Records

| Inmate Name (Last, First M.I.) | ADC Number | Date of Birth |
|---|---|---|
| Armenta Timothy | 199398 | [redacted] |
| Social Security Number | Release Date | Facility Released From |
| [redacted] | June 10, 2015 | |

Name of Company(s) or Individual(s) authorized to receive information:

Name: Prison Law Office
Address: General Delivery
City and State: San Quentin CA   Zip: 94964
Phone No. 510-280-2621   Fax No. 510-280-2704
If Family Member - Relationship: N/A

Name: ___
Address: ___
City and State: ___   Zip: ___
Phone No. ___   Fax No. ___
If Family Member - Relationship: ___

THIS SECTION MUST BE FILLED OUT

The undersigned hereby authorizes the Arizona Department of Corrections to provide the above named individual or company with:

[X] Copies of the following documents
[ ] Verbally provide Medical / treatment information

[ ] Medical and Physical History
[ ] X-Ray Reports
[ ] Dental Records
[ ] Communicable Disease Reports
[ ] Medication Records
[ ] HIV Results
[X] Entire Medical Record

[ ] Lab Reports
[ ] Mental Health Evaluations
[ ] Treatment Plans
[ ] Progress Notes
[ ] Other (Be specific) ___
[ ] Previous Records* (be specific) ___

Records of the period from July 2005 to present, if dates or details are not provided, copies of records may be limited to 6 months.

This form must provide all information and have a witness to the signature to be valid. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken to comply with request. Without my express written revocation, this authorization will automatically expire 6 months from date of signature if expiration is not completed.

Effective Date 12/10/2011   Expiration Date August 18, 2013

It is understood that copies of records will be provided to the designated individual or company only upon payment of 50 cents for each page reproduced; with exception for copies used for continuity of care or DES.

* I understand that "previous records" may include any records of mental health, alcohol or drug abuse treatment, or HIV tests results that ADC may have received from non-ADC providers.

I understand that these records are protected by various Federal and State laws or regulations, and cannot be disclosed without my written consent unless otherwise provided in the laws or regulations. I hereby release the parties named above from all legal liability that may arise from the release of information requested.

X Inmate's Signature [signature]   Date X 12/12/11

X Witness' Signature (Required - Non-Inmate / Non-Family)
COIII R. Bojulug #7808   Date X 12/12/2011

Please submit completed form (both copies) to:
ATTN: MEDICAL RECORDS:
Arizona Department of Corrections
Health Services Division - MC 940
1601 W. Jefferson
Phoenix, AZ 85007

CAROL PEARSON
FAX: 602-364-2954
PH: 602-364-2941

1104-2
2/8/08

Distribution: Medical Record Chart

## AFFIDAVIT OF CUSTODIAN OF RECORDS

I hereby declare under penalty of perjury that the following statements are true to the best of my knowledge and belief.  I am over the age of 18 and duly authorized custodian of records for:

    Wexford Health Sources, Inc.
    2338 West Royal Palm Road, Suite J
    Phoenix, AZ 85021

and have the authority to certify that the following ___ pages of records made available to ACLU of Arizona are all of the records under my custody and control, described and called for in the Supoena Duces Tecum served with this declaration in the matter relating to the subject litigation.

Said records were prepared by the personnel of the business in the ordinary course of business at or near the time of the act, condition, or event.  I have delivered all of the items requested with the following exception(s):

_____

_____


I DECLARE UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF ARIZONA THE FOREGOING IS TRUE AND CORRECT

_____
CUSTODIAN NAME


_____     _____
SIGNATURE OF CUSTODIAN                           DATE