1  Daniel J. Pochoda (SBA 021979)
   Kelly Flood (SBA 019772)
2  James Duff Lyall (SBA 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 N. 7th Street, Suite 235
   Phoenix, AZ  85013
4  Telephone: (602) 650-1854
   dpochoda@acluaz.org
5  kflood@acluaz.org
   jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

   *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
7  *Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
   *Christina Verduzco, Jackie Thomas, Jeremy Smith,*
8  *Robert Gamez, Maryanne Chisholm, Desiree Licci,*
   *Joseph Hefner, Joshua Polson, and Charlotte Wells,*
9  *on behalf of themselves and all others similarly*
   *situated*
10
   **[ADDITIONAL COUNSEL LISTED ON**
11 **SIGNATURE PAGE]**

12

13              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF ARIZONA**
14

| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
|---|---|
| Plaintiffs, | **NOTICE OF SERVICE OF PLAINTIFF PARSONS' DISCOVERY RESPONSES** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

1  NOTICE IS HEREBY GIVEN that Plaintiff Parsons has on this date served upon
2  Defendants' counsel and counsel for Plaintiff Arizona Center for Disability Law his
3  Objections and Responses to Defendant Charles Ryan's First Request for Production of
4  Documents and Things, by emailing same to all counsel of record at the email addresses
5  listed below.

6  Respectfully submitted this 6th day of August, 2012.

By:  */s/ Corene Kendrick*
   Donald Specter (Cal. 83925)*
   Alison Hardy (Cal. 135966)*
   Sara Norman (Cal. 189536)*
   Corene Kendrick (Cal. 226642)*
   **PRISON LAW OFFICE**
   1917 Fifth Street
   Berkeley, CA  94710
   Telephone: (510) 280-2621
   dspecter@prisonlaw.com
   ahardy@prisonlaw.com
   snorman@prisonlaw.com
   ckendrick@prisonlaw.com
   * *Pro hac vice*

   Daniel J. Pochoda (SBA 021979)
   Kelly Flood (SBA 019772)
   James Duff Lyall (SBA 330045)*
   **ACLU FOUNDATION OF ARIZONA**
   3707 N. 7th Street, Suite 235
   Phoenix, AZ  85013
   Telephone: (602) 650-1854
   dpochoda@acluaz.org
   kflood@acluaz.org
   jlyall@acluaz.org
   **Admitted pursuant to Ariz. Sup. Ct. R. 38(f)*

   David C. Fathi (Wash. 24893)**
   Amy Fettig (D.C. 484883)*
   **ACLU NATIONAL PRISON PROJECT**
   915 15th St. N.W., 7th Floor
   Washington, D.C.  20005
   Telephone:  (202) 548-6603
   dfathi@npp-aclu.org
   afettig@npp-aclu.org
   * *Pro hac vice*
   ** *Pro hac vice.  Not admitted in DC; practice limited to federal courts*

Daniel C. Barr (SBA 010149)
Jill L. Ripke (SBA 024837)
James A. Ahlers (SBA 026660)
Kirstin T. Eidenbach (SBA 027341)
John H. Gray (SBA 028107)
Thomas D. Ryerson (SBA 028073)
Matthew B. Du Mée (SBA 028468)
**PERKINS COIE LLP**
2901 N. Central Ave., Suite 2000
Phoenix, AZ  85012-2788
Telephone:  (602) 351-8000
dbarr@perkinscoie.com
jripke@perkinscoie.com
jahlers@perkinscoie.com
keidenbach@perkinscoie.com
jhgray@perkinscoie.com
tryerson@perkinscoie.com
mdumee@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
Ilham Hosseini (Cal. 256724)*
Sophia Calderon (Cal. 278135)*
**JONES DAY**
555 California St., 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5712
cnmitchell@jonesday.com
ihosseini@jonesday.com
scalderon@jonesday.com
* *Pro hac vice*

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CMF/ECF registrants:

**Attorneys for Defendants:**
Anne Marie Orcutt    aorcutt@swlfirm.com, cmadden@swlfirm.com, kpenny@swlfirm.com

Ashlee B Fletcher    afletcher@swlfirm.com, swolford@swlfirm.com

Courtney Rachel Cloman    ccloman@swlfirm.com, eespiritu@swlfirm.com

Daniel Patrick Struck    dstruck@swlfirm.com, cmadden@swlfirm.com, lclark@swlfirm.com, mgiardina@swlfirm.com, mrosenberg@swlfirm.com

Kathleen L Wieneke    kwieneke@swlfirm.com, hmcgee@swlfirm.com, kpenny@swlfirm.com, lpiasecki@swlfirm.com, marnesen@swlfirm.com

Michael Evan Gottfried    michael.gottfried@azag.gov, colleen.jordan@azag.gov, lucy.rand@azag.gov

Nicholas Daniel Acedo    NAcedo@swlfirm.com, swolford@swlfirm.com

Timothy James Bojanowski    tbojanowski@swlfirm.com, kshadoan@swlfirm.com


**Attorneys for Plaintiff Arizona Center for Disability Law:**
Asim Varma    avarma@azdisabilitylaw.org, emyers@azdisabilitylaw.org, PhoenixVolunteer@azdisabilitylaw.org

Jennifer Ann Alewelt    jalewelt@azdisabilitylaw.org, emyers@azdisabilitylaw.org, PhoenixVolunteer@azdisabilitylaw.org


  /s/ Corene Kendrick

3

NOTICE OF SERVICE OF PLAINTIFF PARSONS' DISCOVERY RESPONSES
2:12-cv-00601-NVW-MEA