Jennifer A. Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
ARIZONA CENTER FOR DISABILITY LAW
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
(602) 274-6287
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
*Attorneys for Plaintiff*
*Arizona Center for Disability Law*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VICTOR ANTONIO PARSONS, et al., | ) |
| Plaintiffs, | ) No. 2:12-CV-00601-NVW ) |
| v. | ) **NOTICE OF SERVICE OF** |
| | ) **PLAINTIFF'S RESPONSE TO** |
| CHARLES RYAN, et al., | ) **DEFENDANTS' FIRST SET OF** |
| | ) **DISCOVERY REQUESTS** |
| Defendants. | ) |
| | ) Hon. Neil V. Wake |

Plaintiffs give notice that on August 6, 2012, Plaintiffs served Plaintiff's Responses to Defendants' First set of Discovery Requests, by electronic mail to Defendants' attorneys Michael E. Gottfried, Assistant Attorney General, at Michael.Gottfried@azag.gov, Tim Bojanowski at TBojanowski@swlfirm.com, Dan Struck at DStruck@swlfirm.com, Kathy Wieneke at KWieneke@swlfirm.com, Nicholas Daniel Acedo at NAcedo@swlfirm.com, Courtney Rachel Cloman at ccloman@swlfirm.com , Ashlee B. Fletcher at afletcher@swlfirm.com and Anne M. Orcutt at aorcutt@swlfirm.com.

Respectfully submitted this 7th day of August, 2012.

ARIZONA CENTER FOR DISABILITY LAW

s/ Jennifer A. Alewelt
Jennifer A. Alewelt
Asim Varma
*Attorneys for Plaintiff Arizona Center for Disability Law*

**CERTIFICATE OF FILING AND SERVICE**

I certify that on this 7th day of August, 2012, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this action:

Arizona Attorney General Thomas Horne
Office of the Attorney General
Michael Gottfried:   Michael.Gottfried@azag.gov

and

Tim Bojanowski :            TBojanowski@swlfirm.com
Dan Struck:                 DStruck@swlfirm.com
Kathy Wieneke:              KWieneke@swlfirm.com
Nicholas Daniel Acedo:      NAcedo@swlfirm.com
Courtney Rachel Cloman:     ccloman@swlfirm.com
Ashlee B. Fletcher:         afletcher@swlfirm.com
Anne M. Orcutt              aorcutt@swlfirm.com
STRUCK WEINEKE & LOVE, P.L.C.
*Attorneys for Defendants*

/ / / /

/ / / /

| | |
|---|---|
| Caroline N. Mitchell: | cnmitchell@jonesday.com |
| Sophia Calderon: | scalderon@jonesday.com |
| Ilham A. Hosseini: | ihosseini@jonesday.com |
| Sarah Rauh: | srauh@jonesday.com |
| David C. Kiernan | dkiernan@jonesday.com |
| R. Scott Medsker | rsmedsker@jonesday.com |

JONES DAY

| | |
|---|---|
| Daniel Joseph Pochoda: | dpochoda@acluaz.org |
| James Duff Lyall: | jlyall@acluaz.org |
| Kelly Joyce Flood: | kflood@acluaz.org |

ACLU FOUNDATION OF ARIZONA

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com |
| Donald Specter: | dspecter@prisonlaw.com |
| Sarah Norman: | snorman@prisonlaw.com |

PRISON LAW OFFICE

| | |
|---|---|
| Amy Fettig: | afettig@npp-aclu.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org |

ACLU NATIONAL PRISON PROJECT

| | |
|---|---|
| Daniel Clayton Barr: | DBarr@perkinscoie.com |
| James Anthony Ahlers: | jahlers@perkinscoie.com |
| Jill Louise Ripke: | jripke@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com |
| Matthew Benjamin du Mee | mdumee@perkinscoie.com |
| Thomas Dean Ryerson: | tryerson@perkinscoie.com |

PERKINS COIE LLP

s/Patricia S. Werner