Daniel J. Pochoda (SBA 021979)
Kelly Flood (SBA 019772)
James Duff Lyall (SBA 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 N. 7th Street, Suite 235
Phoenix, AZ  85013
Telephone: (602) 650-1854
dpochoda@acluaz.org
kflood@acluaz.org
jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
           avarma@azdisabilitylaw.org
*Attorneys for Plaintiff Arizona Center for Disability Law*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **NOTICE OF 30(b)(6) DEPOSITION DUCES TECUM** |

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of
3    Civil Procedure, Plaintiffs will take the deposition of the Arizona Department of
4    Corrections ("ADC") at 10:00 am on Thursday, September 13, 2012, at the law offices
5    of Perkins Coie LLP, 2901 N. Central Avenue, Ste. 2000, Phoenix, AZ 85012-2788.
6    Plaintiffs will record the testimony stenographically using instantaneous (or "real time")
7    transcription, which provides visual display of the testimony.  The ADC is hereby
8    requested and required, pursuant to Rule 30(b)(6) to designate and produce a witness or
9    witnesses to testify on its behalf on the topics identified in ATTACHMENT A to this
10   Notice.

11   PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rules of Civil
12   Procedure 30(b)(2) and 34 the ADC is required to produce documents to Counsel for
13   Plaintiffs no later than 10:00 am on September 12, 2012, 24 hours prior to the
14   deposition, as described in ATTACHMENT B to this Notice.

15   Dated:  August 9, 2012.

                                    By:    */s/ Corene Kendrick*
                                           Donald Specter (Cal. 83925)*
                                           Alison Hardy (Cal. 135966)*
                                           Sara Norman (Cal. 189536)*
                                           Corene Kendrick (Cal. 226642)*
                                           **PRISON LAW OFFICE**
                                           1917 Fifth Street
                                           Berkeley, CA  94710
                                           Telephone: (510) 280-2621
                                           dspecter@prisonlaw.com
                                           ahardy@prisonlaw.com
                                           snorman@prisonlaw.com
                                           ckendrick@prisonlaw.com
                                           * *Pro hac vice*

Daniel J. Pochoda (SBA 021979)
Kelly Flood (SBA 019772)
James Duff Lyall (SBA 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 N. 7th Street, Suite 235
Phoenix, AZ  85013
Telephone: (602) 650-1854
dpochoda@acluaz.org
kflood@acluaz.org
jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)*

David C. Fathi (Wash. 24893)**
Amy Fettig (D.C. 484883)*
**ACLU NATIONAL PRISON PROJECT**
915 15th St. N.W., 7th Floor
Washington, D.C.  20005
Telephone:  (202) 548-6603
dfathi@npp-aclu.org
afettig@npp-aclu.org
* *Pro hac vice*
** *Pro hac vice.  Not admitted in DC; practice limited to federal courts*

Daniel C. Barr (SBA 010149)
Jill L. Ripke (SBA 024837)
James A. Ahlers (SBA 026660)
Kirstin T. Eidenbach (SBA 027341)
John H. Gray (SBA 028107)
Thomas D. Ryerson (SBA 028073)
Matthew B. Du Mée (SBA 028468)
**PERKINS COIE LLP**
2901 N. Central Ave., Suite 2000
Phoenix, AZ  85012-2788
Telephone:  (602) 351-8000
dbarr@perkinscoie.com
jripke@perkinscoie.com
jahlers@perkinscoie.com
keidenbach@perkinscoie.com
jhgray@perkinscoie.com
tryerson@perkinscoie.com
mdumee@perkinscoie.com

|   |   |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
|   | David C. Kiernan (Cal. 215335)* |
| 2 | Ilham Hosseini (Cal. 256274)* |
|   | Sophia Calderón (Cal. 278315)* |
| 3 | Sarah Rauh (Cal. 283742)* |

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Ilham Hosseini (Cal. 256274)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         dkiernan@jonesday.com
         ihosseini@jonesday.com
         scalderon@jonesday.com
         srauh@jonesday.com
* *Pro hac vice*

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*


By:  /s/ Jennifer Alewelt
     Jennifer Alewelt
     Asim Varma
     **ARIZONA CENTER FOR DISABILITY LAW**
     5025 East Washington Street, Suite 202
     Phoenix, Arizona 85034
     Telephone: (602) 274-6287
     Email:   jalewelt@azdisabilitylaw.org
              avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

3

NOTICE OF 30(b)(6) DEPOSITION DUCES TECUM
2:12-cv-00601-NVW-MEA

SFI-740669v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

     /s/ Corene Kendrick

4

NOTICE OF 30(b)(6) DEPOSITION DUCES TECUM
2:12-cv-00601-NVW-MEA

SFI-740669v1