1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   ACLU FOUNDATION OF ARIZONA
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone:  (602) 650-1854
   Email: dpochoda@acluaaz.org
5         kflood@acluaz.org
          jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
   *Stephen Swartz, Dustin Brislan, Sonia Rodriquez,*
8  *Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert*
   *Gamez, Maryanne Chisholm, Desiree Licci, Joseph*
9  *Hefner, Joshua Polson, and Charlotte Wells, on behalf of*
   *themselves and all others similarly situated*
10
   **[ADDITIONAL COUNSEL LISTED ON**
11   **SIGNATURE PAGE]**

12

13              UNITED STATES DISTRICT COURT

14                 DISTRICT OF ARIZONA

15

16  Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriquez; Christina          (MEA)
17  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
18  Hefner; Joshua Polson; and Charlotte Wells, on     **MOTION TO CORRECT**
    behalf of themselves and all others similarly      **THE RECORD PURSUANT**
19  situated; and Arizona Center for Disability Law,   **TO LOCAL RULE 83.3**

19                      Plaintiffs,

20        v.

21  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
22  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
23  capacities,

24                      Defendants.

25        / / /

26

27

28

Jones Day attorney R. Scott Medsker moves to correct the record pursuant to Local Rule 83.3.   Due to a clerical error, the *pro hac vice* application for R. Scott Medsker incorrectly implied that he represents all of the plaintiffs in this action.   Jones Day represents all of the plaintiffs except for the Arizona Center for Disability Law.   Jones Day represents the following named Plaintiffs:

1.    Victor Antonio Parsons;

2.    Shawn Jensen;

3.    Stephen Oliver Swartz;

4.    Dustin Brislan;

5.    Sonia Rodriguez;

6.    Christina Verduzco;

7.    Jackie Thomas;

8.    Jeremy Smith;

9.    Robert Carrasco Gamez, Jr.;

10.    Maryanne Chisholm;

11.    Desiree Licci;

12.    Joseph Hefner;

13.    Joshua Polson; and

14.    Charlotte Wells.

The Arizona Center for Disability Law consents to this Motion and has signed a written statement, attached hereto as Exhibit A, stating that Jones Day has not represented the Arizona Center for Disability Law in connection with this matter.

We request that the Court order the Clerk to correct the record and caption so that R. Scott Medsker appears as counsel of record only for the above named Plaintiffs and not for the Arizona Center for Disability Law.

1    Dated:  August 15, 2012                    **JONES DAY**

2

3                                               By:   /s/ Sophia Calderón
                                                Caroline Mitchell (Cal. 143124)*
                                                Ilham Hosseini (Cal. 256274)*
4                                               Sophia Calderón (Cal. 278315)*
                                                555 California Street, 26th Floor
5                                               San Francisco, California 94104
                                                Telephone:  (415) 875-5712
6                                               Email:     cnmitchell@jonesday.com
                                                           ihosseini@jonesday.com
7                                                          scalderon@jonesday.com

8                                               *Admitted *pro hac vice*

9                                               Daniel J. Pochoda
                                                Kelly J. Flood
10                                              James Duff Lyall
                                                **ACLU FOUNDATION OF**
11                                              **ARIZONA**
                                                3707 North 7th Street, Suite 235
12                                              Phoenix, Arizona 85013
                                                Telephone:  (602) 650-1854
13                                              Email:     dpochoda@acluaaz.org;
                                                           kflood@acluaz.org
14                                                         jlyall@acluaz.org

15                                              David C. Fathi (Wash. 24893)*
                                                Amy Fettig (D.C. 484883)**
16                                              **ACLU NATIONAL PRISION**
                                                **PROJECT**
17                                              915 15th Street N.W., 7th Floor
                                                Washington, D.C. 20005
18                                              Telephone:  (202) 548-6603
                                                Email:     dfathi@npp-aclu.org
19                                                         afettig@npp-aclu.org

20                                              *Admitted *pro hac vice*.  Not admitted
                                                in DC; practice limited to federal
21                                              courts.
                                                **Admitted *pro hac vice*
22

23

24

25

26

27

28

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Jill L. Ripke (Bar No. 024837)
James A. Ahlers (Bar No. 026660)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Thomas D. Ryerson (Bar No. 028073)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           rjipke@perkinscoie.com
           jahlers@perkinscoie.com
           keidenbach@perkinscoie.com
           jhgray@perkinscoie.com
           tryerson@perkinscoie.com
           mdumee@perkinscoie.com

*Attorneys for Plaintiffs Victor Parsons;
Shawn Jensen; Stephen Swartz; Dustin
Brislan; Sonia Rodriquez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

1

2

**CERTIFICATE OF SERVICE**

3      I hereby certify that on August 15, 2012, I electronically transmitted the above

4 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

5 Notice of Electronic Filing to the following CM/ECF registrants:

6

7

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

8

9

10

11

12

13

14

15

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com

16

17                                            /s/ Lillian Wong

18                                           Lillian Wong

19

20

21

22

23

24

25

26

27

28