|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF ARIZONA | |
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriquez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**ORDER GRANTING MOTION TO CORRECT THE RECORD PURSUANT TO LOCAL RULE 83.3** |

The Court having received and reviewed Jones Day's Motion to Correct the Record Pursuant to Local Rule 83.3, and for good cause appearing,

**IT IS HEREBY ORDERED** granting the aforementioned Motion. The Clerk of the Court is directed to correct the record and caption so that R. Scott Medsker appears as counsel of record only for the individually named Plaintiffs and not for the Arizona Center for Disability Law.