Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
STRUCK WIENEKE, & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-NVW **DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT RE: REPLY IN SUPPORT OF MOTION TO DISMISS** |
| Plaintiffs, | |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

Pursuant to LRCiv 7.2(e)(2), Defendants seek this Court's permission to exceed the 11-page limitation applicable to replies, and accept the filing of Defendants' Reply in Support of Motion to Dismiss, which is approximately 15 ¾ pages.

The Reply addresses four main arguments.  Each main argument includes several sub-arguments, all of which were necessary to counter-those made by the Prisoner Plaintiffs in their Response (there were many). The argument with respect to exhaustion required Defendants to lay out a detailed background (approximately 3 ½ pages) of facts leading up to the Tolling Agreement at issue. These facts are necessary for a resolution of that issue and are pertinent to the request for stay.  Defendants also included their counter-arguments to Plaintiff ACDL's separate Response in this Reply, instead of filing two separate Replies. That argument constitutes approximately ¾ of a page.

Counsel has already engaged in several efforts to streamline the Reply, and has reduced its size, but further excision would hamper Defendants' ability to adequately present the applicable law and facts in a comprehensive and clear manner.  Counsel was also mindful of this Court's admonition not to duplicate arguments, and carefully reviewed the Reply to make sure that it did not unnecessarily restate arguments made either in the Motion or elsewhere in the Reply.  The Reply as presented will substantially aid the Court in understanding the record and evaluating the issues.  Therefore, a request to exceed the page limitation by 4 ¾ pages is respectfully made.

/ / /

/ / /

/ / /

1            DATED this 16th day of August, 2012

2                          STRUCK WIENEKE, & LOVE, P.L.C.

3

4                    By /s/ Nicholas D. Acedo

5                       Daniel P. Struck
                        Kathleen L. Wieneke

6                       Timothy J. Bojanowski
                        Nicholas D. Acedo

7                       Courtney R. Cloman
                        Ashlee B. Fletcher

8                       STRUCK WIENEKE, & LOVE, P.L.C.
                      3100 West Ray Road, Suite 300

9                       Chandler, Arizona  85226

10                     Arizona Attorney General Thomas C. Horne
                    Office of the Attorney General

11                     Michael E. Gottfried
                    Assistant Attorney General

12                     1275 W. Washington Street
                    Phoenix, Arizona 85007-2926

13                     *Attorneys for Defendants*

14   2679643.1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on August 16, 2012, I electronically transmitted the attached

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

Alison Hardy:          ahardy@prisonlaw.com

6

Amy Fettig:            afettig@npp-aclu.org

7

Caroline N. Mitchell:  cnmitchell@jonesday.com; mlandsborough@jonesday.com;

8

nbreen@jonesday.com

9

Corene T. Kendrick:    ckendrick@prisonlaw.com; edegraff@prisonlaw.com

10

Daniel Clayton Barr:   DBarr@perkinscoie.com; docketphx@perkinscoie.com;
sneilson@perkinscoie.com

11

Daniel Joseph Pochoda:  dpochoda@acluaz.org; danpoc@cox.net;

12

gtorres@acluaz.org

13

David Cyrus Fathi:     dfathi@npp-aclu.org; astamm@aclu.org;
hkrase@npp-aclu.org

14

Donald Specter:        dspecter@prisonlaw.com

15

Ilham A. Hosseini:     ihosseini@jonesday.com; areyes@jonesday.com

16

James Anthony Ahlers:  jahlers@perkinscoie.com; docketphx@perkinscoie.com;

17

jroe@perkinscoie.com

18

James Duff Lyall:      jlyall@acluaz.org; gtorres@acluaz.org

19

Jennifer Ann Alewelt:  jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org;
mlauritzen@azdisabilitylaw.org

20

Jill Louise Ripke:     jripke@perkinscoie.com; jgable@perkinscoie.com

21

John Howard Gray:      jhgray@perkinscoie.com; slawson@perkinscoie.com

22

Kelly Joyce Flood:     kflood@acluaz.org; gtorres@acluaz.org

23

Kirstin T. Eidenbach:  keidenbach@perkinscoie.com; dfreouf@perkinscoie.com;

24

docketphx@perkinscoie.com

25

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

26

Michael Evan Gottfried: Michael.gottfried@azag.gov; colleen.jordan@azag.gov;
lucy.rand@azag.gov

27

Sara Norman:           snorman@prisonlaw.com

28

4

Sophia Calderon:          scalderon@jonesday.com; lwong@jonesday.com

Thomas Dean Ryerson: tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com

Asim Varma:          avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org

Sarah Rauh:          srauh@jonesday.com; treyes@jonesday.com

David C. Kiernan:    dkiernan@jonesday.com; lwong@jonesday.com

R Scott Medsker:     rsmedsker@JonesDay.com

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Nicholas D. Acedo

5