1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-NVW |

**ORDER RE: DEFENDANTS'
MOTION FOR LEAVE TO
EXCEED PAGE LIMIT RE:
REPLY IN SUPPORT OF MOTION
TO DISMISS**

                                   Plaintiffs,

        v.

Charles Ryan, Director, Arizona Department
of Corrections; and Richard Pratt, Interim
Division Director, Division of Health Services,
Arizona Department of Corrections, in their
official capacities,

                                   Defendants.

        The Court, having considered Defendants' Motion for Leave to Exceed
Page Limit Re: Reply in Support of Motion to Dismiss, and for good cause shown,

        **IT IS HEREBY ORDERED** that the Defendants' Motion is GRANTED.
Defendants' lodged proposed Reply in Support of Motion to Dismiss is accepted and
timely filed.

2679645.1