1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5         kflood@acluaz.org
          jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,
   Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
8  *Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert
   Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
9  *Joshua Polson, and Charlotte Wells, on behalf of
   themselves and all others similarly situated*

10 **[ADDITIONAL COUNSEL LISTED ON
    SIGNATURE PAGE]**
11
   Jennifer Alewelt (Bar No. 027366)
12 Asim Varma (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
13 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
14 Telephone: (602) 274-6287
   Email: jalewelt@azdisabilitylaw.org
15        avarma@azdisabilitylaw.org
   *Attorneys for Plaintiff Arizona Center for Disability Law*
16

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**PRISONER PLAINTIFFS' AND PLAINTIFF ARIZONA CENTER FOR DISABILITY LAW'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT RE: REPLY IN SUPPORT OF MOTION TO DISMISS** |

The Court should deny Defendants' Motion for Leave to Exceed Page Limit Re: Reply in Support of Motion to Dismiss [Doc. 86] because the lodged Reply inappropriately adds new arguments and evidence that Defendants both were aware of and should have offered in their Motion.

After Defendants raised three grounds in their Motion for Dismiss against the Prisoner Plaintiffs (exhaustion of administrative remedies, standing, and mootness), Prisoner Plaintiffs filed a response totaling just over 11 pages, and the Arizona Center for Disability Law ("ACDL") separately filed a 4-page response. Defendants now seek nearly 16 pages of briefing in Reply.  Contrary to Defendants' assertion, the Plaintiffs' Responses do not justify the excess pages because Defendants were aware of their proposed new arguments and evidence when they filed their Motion to Dismiss. Defendants cannot use a lengthy Reply to compensate for their strategic choice not to make those arguments earlier.

For example, although the sole mention of the ACDL in Defendants' Motion is a footnote stating, "[a]lso named as a Plaintiff is the Arizona Center for Disability Law," [Doc. 50 at 2 n.1], Defendants now spend briefing space on brand new arguments seeking dismissal of the ACDL's claims. These arguments were waived by failure to assert them in the opening brief, and cannot be raised for the first time in extra pages now. *See Hilao v. Estate of Marcos*, 103 F.3d 767, 778 (9th Cir. 1996) ("summary mention of an issue in a footnote, without reasoning in support" does not properly raise an issue). The desire to make new arguments that should have been made earlier is not a reason to file additional pages of briefing. *See United States ex rel. Giles v. Sardie*, 191 F. Supp. 2d 1117, 1127 (C.D. Cal. 2000) ("It is improper for a moving party to introduce new facts or different legal arguments in the reply brief than those presented in the moving papers.").

Further, Defendants have sandbagged Plaintiffs by raising new arguments and evidence in their Reply, leaving Plaintiffs without an opportunity to respond. *See Coos Cnty. v. Kempthorne*, 531 F.3d 792, 812 n. 16 (9th Cir. 2008) (declining to consider an argument raised for the first time in a reply brief); *United States v. W.R. Grace*, 504 F.3d

1  745, 766 (9th Cir. 2007) (refusing to consider documents submitted with a reply brief).
2  The most egregious example is in the exhaustion section. Defendants chose to move to
3  dismiss based on the Prisoners' alleged failure to exhaust administrative remedies. When
4  Defendants moved to dismiss, they were well aware of the November 2011 tolling
5  agreement between Plaintiffs' counsel and Defendant Ryan, but Defendants chose not to
6  mention the agreement.  Instead, Defendants waited until their Reply to file 8 pages of
7  briefing on the tolling agreement, much of which is devoted to citing and explaining
8  Defendants' 20 pages of new exhibits. [Doc. 87 at 4-11] Many of those 8 pages would
9  have been unnecessary in Reply if Defendants had properly raised the issue in their
10 Motion.

11      For the foregoing reasons, the Court should deny Defendants' Motion for Leave.
12 But if the Court grants Defendants' Motion or permits Defendants to introduce new
13 evidence and arguments, Plaintiffs respectfully request leave to file a sur-reply not
14 exceeding 5 pages.

15 Dated: August 17, 2012            **PERKINS COIE LLP**

                                    By:   s/ John H. Gray
                                       Daniel C. Barr (Bar No. 010149)
                                       Jill L. Ripke (Bar No. 024837)
                                       James A. Ahlers (Bar No. 026660)
                                       Kirstin T. Eidenbach (Bar No. 027341)
                                       John H. Gray (Bar No. 028107)
                                       Thomas D. Ryerson (Bar No. 028073)
                                       Matthew B. du Mée (Bar No. 028468)
                                       2901 N. Central Avenue, Suite 2000
                                       Phoenix, Arizona 85012
                                       Telephone: (602) 351-8000
                                       Email:   dbarr@perkinscoie.com
                                                rjipke@perkinscoie.com
                                                jahlers@perkinscoie.com
                                                keidenbach@perkinscoie.com
                                                jhgray@perkinscoie.com
                                                tryerson@perkinscoie.com
                                                mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Ilham Hosseini (Cal. 256274)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          dkiernan@jonesday.com
          ihosseini@jonesday.com
          scalderon@jonesday.com
          srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3837
Email:   rsmedsker@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**


By: s/ Asim Varma with permission
   Jennifer Alewelt (Bar No. 027366)
   Asim Varma (Bar No. 027927)
   5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
   Telephone: (602) 274-6287
   Email:   jalewelt@azdisabilitylaw.org
               avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

/s/ Stephanie Lawson

78204-0001/LEGAL24446644.1