IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Victor Antonio Parsons, et al., | ) | No. CV 12-00601-PHX-NVW |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Charles L. Ryan, et al., | ) | |
| Defendants. | ) | |

    IT IS ORDERED that Defendant's Motion for Leave to Exceed Page Limit (Doc. 86) is granted.

    IT IS FURTHER ORDERED directing the Clerk of the Court to file the Defendants' Reply in Support of Motion to Dismiss (with attachments).

    DATED this 20th day of August, 2012.

_____
Neil V. Wake
United States District Judge