1   Daniel Pochoda (Bar No. 021979)
    Kelly J. Flood (Bar No. 019772)
2   James Duff Lyall (Bar No. 330045)*
    **ACLU FOUNDATION OF ARIZONA**
3   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
4   Telephone: (602) 650-1854
    Email: dpochoda@acluaz.org
5          kflood@acluaz.org
          jlyall@acluaz.org
6   *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7   *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
    *Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
8   *Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert*
    *Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
9   *Joshua Polson, and Charlotte Wells, on behalf of*
    *themselves and all others similarly situated*

10   **[ADDITIONAL COUNSEL LISTED ON**
     **SIGNATURE PAGE]**

11

12   Jennifer Alewelt (Bar No. 027366)
    Asim Varma (Bar No. 027927)
    **ARIZONA CENTER FOR DISABILITY LAW**
13   5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
14   Telephone: (602) 274-6287
    Email: jalewelt@azdisabilitylaw.org
15         avarma@azdisabilitylaw.org
    *Attorneys for Plaintiff Arizona Center for Disability Law*
16

17            UNITED STATES DISTRICT COURT

18               DISTRICT OF ARIZONA

| | |
|---|---|
| 19   Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br><br> **NOTICE OF INTENT TO SERVE SUBPOENA ON JEFFREY SHARP** |

27

28

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil

3  Procedure, Plaintiffs intend to serve a third-party subpoena on Jeffrey Sharp for

4  deposition and production of documents.  The subpoena is attached as Exhibit 1 to this

5  Notice.

6

7  Dated:  August 20, 2012                    **PERKINS COIE LLP**

8

   By:  s/ John H. Gray
9        Daniel C. Barr (Bar No. 010149)
        Jill L. Ripke (Bar No. 024837)
10       James A. Ahlers (Bar No. 026660)
        Kirstin T. Eidenbach (Bar No. 027341)
11       John H. Gray (Bar No. 028107)
        Thomas D. Ryerson (Bar No. 028073)
12       Matthew B. du Mée (Bar No. 028468)
        2901 N. Central Avenue, Suite 2000
13       Phoenix, Arizona 85012
        Telephone:  (602) 351-8000
14       Email:    dbarr@perkinscoie.com
                  rjipke@perkinscoie.com
15                jahlers@perkinscoie.com
                  keidenbach@perkinscoie.com
16                jhgray@perkinscoie.com
                  tryerson@perkinscoie.com
17                mdumee@perkinscoie.com

18

19

20

21

22

23

24

25

26

27

28

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*
Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Ilham Hosseini (Cal. 256274)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
           dkiernan@jonesday.com
           ihosseini@jonesday.com
           scalderon@jonesday.com
           srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:    rsmedsker@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons;
Shawn Jensen; Stephen Swartz; Dustin
Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY
LAW**


By:  s/ Asim Varma with permission
     Jennifer Alewelt (Bar No. 027366)
     Asim Varma (Bar No. 027927)
     5025 East Washington Street, Suite 202
     Phoenix, Arizona 85034
     Telephone:  (602) 274-6287
     Email:    jalewelt@azdisabilitylaw.org
              avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for
Disability Law*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 20, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

_/s/ Stephanie Lawson_

78204-0001/LEGAL24452637.2