Alexis E. Danneman (SBA #030478)
Joshua L. Boehm (SBA #033018)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
ADanneman@perkinscoie.com
JBoehm@perkinscoie.com
DocketPHX@perkinscoie.com

Kevin J. Hamilton (Wash. Bar #15648)*
KHamilton@perkinscoie.com
Marc Erik Elias (D.C. Bar #442007)*
MElias@perkinscoie.com
William B. Stafford (Wash. Bar #39849)*
WStafford@perkinscoie.com
Sarah Langberg Schirack (Alaska Bar #1505075)*
SSchirack@perkinscoie.com
Ariel Brynne Glickman (Va. Bar #90751)*
AGlickman@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, DC 20005
Telephone:  202.654.6200
Facsimile:  202.654.6211
*Admitted Pro Hac Vice

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Arizona Democratic Party, et al., | No. CV-20-1143-PHX-DLR |
| Plaintiffs, | |
| v. | **JOINT NOTICE TO THE COURT** |
| Katie Hobbs, et al., | Assigned to the Honorable Douglas L. Rayes |
| Defendants, | |
| and | |
| State of Arizona, Republican National Committee, Arizona Republican Party, and Donald J. Trump for President, Inc., | |
| Intervenor-Defendants. | |

149178564.1

Pursuant to the Court's order dated June 24, 2020 (Dkt. 39), Plaintiffs and the State notify the Court that both Plaintiffs and the State presently anticipate calling witnesses at the hearing. The parties currently have identified a total of six potential witnesses (three by Plaintiffs and three by the State) and will disclose any additional witnesses to the other parties no later than Wednesday, August 12. The parties, however, are currently discussing an evidentiary compromise that would obviate the need for live witness testimony. They will inform the court whether such a compromise is reached, no later than Thursday August 13, 2020.

The parties seek the Court's guidance, through status conference or order, regarding the conduct of the hearing in light of this disclosure.

| | | |
|---|---|---|
| 1 | Dated: August 10, 2020 | By: */s/ Michael S. Catlett* |
| 2 | | Joseph A. Kanefield |
| | | Brunn ("Beau") W. Roysden III |
| 3 | | Drew C. Ensign |
| 4 | | Michael S. Catlett |
| | | Jennifer J. Wright |
| 5 | | Robert J. Makar |
| 6 | | Anthony R. Napolitano |
| | | ARIZONA ATTORNEY GENERAL |
| 7 | | 2005 N. Central Avenue |
| | | Phoenix, Arizona 85004 |
| 8 | | Telephone: (602) 542-5200 |
| 9 | | *Attorneys for State of Arizona* |
| 10 | | |
| | | By: */s/ Alexis E. Danneman* |
| 11 | | Alexis E. Danneman |
| 12 | | Joshua L. Boehm |
| | | PERKINS COIE LLP |
| 13 | | 2901 North Central Avenue, Suite 2000 |
| | | Phoenix, Arizona 85012 |
| 14 | | ADanneman@perkinscoie.com |
| 15 | | JBoehm@perkinscoie.com |
| 16 | | Kevin J. Hamilton |
| 17 | | Marc Erik Elias |
| | | William B. Stafford |
| 18 | | Sarah Langberg Schirack |
| 19 | | Ariel Brynne Glickman |
| | | PERKINS COIE LLP |
| 20 | | 700 Thirteenth Street NW, Suite 800 |
| | | Washington, DC 20005 |
| 21 | | KHamilton@perkinscoie.com |
| 22 | | MElias@perkinscoie.com |
| | | WStafford@perkinscoie.com |
| 23 | | SSchirack@perkinscoie.com |
| | | AGlickman@perkinscoie.com |
| 24 | | |
| 25 | | *Counsel for Plaintiffs* |
| 26 | | |
| 27 | | |
| 28 | | -2- |

1

**CERTIFICATE OF SERVICE**

2   I hereby certify that on August 10, 2020, I caused the foregoing document to be

3 electronically transmitted to the Clerk's Office using the CM/ECF System for filing and

4 transmittal to all parties.

5

6         s/  Indy Fitzgerald

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28