1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

9
10
11
12
13

| Victor Antonio Parsons, et al., | No. CV 12-00601-PHX-NVW |
|---|---|
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

14
15

Before the Court are Plaintiffs' Motion for Protective Order (Doc. 49) and Defendants Ryan and Pratt's Motion for Protective Order (Doc. 79).

16

LRCiv 7.2(j) provides:

17
18
19
20
21

> No discovery motion will be considered or decided unless a statement of moving counsel is attached thereto certifying that after personal consultation and sincere efforts to do so, counsel have been unable to satisfactorily resolve the matter. Any discovery motion brought before the Court without prior personal consultation with the other party and a sincere effort to resolve the matter, may result in sanctions.

22
23

The Scheduling Order in this case explains that "personal consultation" means "in person or by telephone" and prohibits filing discovery motions without leave of the Court.

24
25
26
27
28

Both Motions at issue were filed without leave of the Court and without certification of personal consultation beyond exchanging emails and voicemail messages. Therefore, both Motions will be denied without prejudice. Counsel for all parties will be directed to meet in person, except for out-of-state counsel who may participate by a

telephone conference call, and to prepare a joint submission to the Court that includes joint form of order on the protective order language on which all parties agree, a statement of the exact language on which they cannot agree, and a statement of the position and argument of each party on each issue. The parties are reminded that the Court must and will assess attorney fees on any dispute unless the non-prevailing party's position was substantially justified. Fed. R. Civ. P. 37(a)(5)(A)(ii).

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Protective Order (Doc. 49) and Defendants Ryan and Pratt's Motion for Protective Order (Doc. 79) are denied without prejudice.

IT IS FURTHER ORDERED that counsel for all parties meet in person, except for out-of-state counsel who may participate by a telephone conference call, and prepare a joint submission to the Court that includes joint form of order on the protective order language on which all parties agree, a statement of the exact language on which they cannot agree, and a statement of the position and argument of each party on each issue.

Dated this 21st day of August, 2012.

_____
Neil V. Wake
United States District Judge