1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5           kflood@acluaz.org
            jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,
   Stephen Swartz, Dustin Brislan, Sonia Rodriquez,*
8  *Christina Verduzco, Jackie Thomas, Jeremy Smith,
   Robert Gamez, Maryanne Chisholm, Desiree Licci,*
9  *Joseph Hefner, Joshua Polson, and Charlotte Wells, on
   behalf of themselves and all others similarly situated*
10
   **[ADDITIONAL COUNSEL LISTED ON**
11   **SIGNATURE PAGE]**

12                UNITED STATES DISTRICT COURT

13                      DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriquez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) <br><br> **NOTICE OF SERVICE OF DISCOVERY REQUESTS** |
| Plaintiffs, | |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

Please take NOTICE that on August 21, 2012, Perkins Coie LLP, acting in its capacity as Co-Counsel for Plaintiff Dustin Brislan and the other Prisoner Plaintiffs, served the following discovery on counsel for Defendants in this matter: Dustin Brislan's

1  First Set of Requests for Admission and First Set of Interrogatories to Defendant Charles
2  Ryan.
3  Dated:  August 21, 2012                    **PERKINS COIE LLP**

4
5  By: s/ John H. Gray
      Daniel C. Barr (Bar No. 010149)
      Jill L. Ripke (Bar No. 024837)
6     James A. Ahlers (Bar No. 026660)
      Kirstin T. Eidenbach (Bar No. 027341)
7     John H. Gray (Bar No. 028107)
      Thomas D. Ryerson (Bar No. 028073)
8     Matthew B. du Mée (Bar No. 028468)
      2901 N. Central Avenue, Suite 2000
9     Phoenix, Arizona 85012
      Telephone:  (602) 351-8000
10    Email:   dbarr@perkinscoie.com
               rjipke@perkinscoie.com
11             jahlers@perkinscoie.com
               keidenbach@perkinscoie.com
12             jhgray@perkinscoie.com
               tryerson@perkinscoie.com
13             mdumee@perkinscoie.com

14    Daniel J. Pochoda
      Kelly J. Flood
15    James Duff Lyall
      **ACLU FOUNDATION OF**
16    **ARIZONA**
      3707 North 7th Street, Suite 235
17    Phoenix, Arizona 85013
      Telephone:  (602) 650-1854
18    Email:   dpochoda@acluaz.org
               flood@acluaz.org
19             lyall@acluaz.org

20    Donald Specter (Cal. 83925)*
      Alison Hardy (Cal. 135966)*
21    Sara Norman (Cal. 189536)*
      Corene Kendrick (Cal. 226642)*
22    **PRISON LAW OFFICE**
      1917 Fifth Street
23    Berkeley, California 94710
      Telephone:  (510) 280-2621
24    Email:   dspecter@prisonlaw.com
               ahardy@prisonlaw.com
25             snorman@prisonlaw.com
               ckendrick@prisonlaw.com
26
      *Admitted *pro hac vice*
27
28

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
           afettig@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

|   |   |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
|   | David C. Kiernan (Cal. 215335)* |
| 2 | Ilham Hosseini (Cal. 256274)* |
|   | Sophia Calderón (Cal. 278315)* |
| 3 | Sarah Rauh (Cal. 283742)* |

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Ilham Hosseini (Cal. 256274)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
dkiernan@jonesday.com
ihosseini@jonesday.com
scalderon@jonesday.com
srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3837
Email: rsmedsker@jonesday.com

*Admitted *pro hac vice*


John Laurens Wilkes (Tex. 737955)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriquez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

             s/ Stephanie Lawson

78204-0001/LEGAL24467752.1