Alexis E. Danneman (SBA #030478)
Joshua L. Boehm (SBA #033018)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
ADanneman@perkinscoie.com
JBoehm@perkinscoie.com
DocketPHX@perkinscoie.com

Kevin J. Hamilton (Wash. Bar #15648)*
KHamilton@perkinscoie.com
Marc Erik Elias (D.C. Bar #442007)*
MElias@perkinscoie.com
William B. Stafford (Wash. Bar #39849)*
WStafford@perkinscoie.com
Sarah Langberg Schirack (Alaska Bar #1505075)*
SSchirack@perkinscoie.com
Ariel Brynne Glickman (Va. Bar #90751)*
AGlickman@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, DC 20005
Telephone:  202.654.6200
Facsimile:  202.654.6211
*Admitted Pro Hac Vice

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Arizona Democratic Party, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>Katie Hobbs, et al.,<br><br>            Defendants,<br><br>    and<br><br>State of Arizona, Republican National Committee, Arizona Republican Party, and Donald J. Trump for President, Inc.,<br><br>            Intervenor-Defendants. | No. CV-20-1143-PHX-DLR<br><br>**JOINT NOTICE AND MOTION TO THE COURT REGARDING AUGUST 18, 2020 HEARING**<br><br>Assigned to the Honorable Douglas L. Rayes |

Plaintiffs the Arizona Democratic Party, Democratic National Committee, and DSCC ("Plaintiffs") and Defendant the State of Arizona ("State") have reached agreement whereby all parties stipulate to the admissibility of all hearing exhibits that have been previously exchanged by the State and Plaintiffs and will be submitted to the Court tomorrow—including declarations of both the State's and Plaintiffs' witnesses—except for paragraphs 55-62, 72-76, and 94 of the State's expert report (Doc. 85-3), which will be the subject of a motion by Plaintiffs. Defendants Katie Hobbs, the Arizona Secretary of State, Republican National Committee, Arizona Republican Party, and Donald J. Trump for President, Inc. also expressly agreed to stipulate to the admissibility of Plaintiffs' and the State's exhibits, to the extent set forth above. County Defendants[1] have been informed of this agreement and none has objected.

This agreement obviates the need for live witness testimony at the hearing scheduled for August 18, 2020. To the extent the Court believes appropriate, the State and Plaintiffs also do not object to this Court excusing from the hearing counsel from the counties, except for Navajo, Apache, Coconino, and Pima Counties.

[1] These are Maricopa, Pima, Pinal, Gila, Mohave, Yuma, Coconino, Greenlee, Yavapai, Cochise, La Paz, Graham, Navajo, Apache, and Santa Cruz Counties.

1   Dated: August 13, 2020                        By: */s/ Michael S. Catlett*

2                                                     Joseph A. Kanefield
                                                      Brunn ("Beau") W. Roysden III

3                                                     Drew C. Ensign

4                                                     Michael S. Catlett
                                                      Jennifer J. Wright

5                                                     Robert J. Makar

6                                                     Anthony R. Napolitano
                                                      ARIZONA ATTORNEY GENERAL

7                                                     2005 N. Central Avenue
                                                      Phoenix, Arizona 85004

8                                                     Telephone: (602) 542-5200

9                                                     *Attorneys for State of Arizona*

10
                                                   By: */s/ Alexis E. Danneman*
11
                                                      Alexis E. Danneman
12                                                    Joshua L. Boehm
                                                      PERKINS COIE LLP
13                                                    2901 North Central Avenue, Suite 2000
                                                      Phoenix, Arizona 85012
14                                                    ADanneman@perkinscoie.com

15                                                    JBoehm@perkinscoie.com

16                                                    Kevin J. Hamilton

17                                                    Marc Erik Elias
                                                      William B. Stafford

18                                                    Sarah Langberg Schirack
                                                      Ariel Brynne Glickman

19                                                    PERKINS COIE LLP

20                                                    700 Thirteenth Street NW, Suite 800
                                                      Washington, DC 20005

21                                                    KHamilton@perkinscoie.com

22                                                    MElias@perkinscoie.com
                                                      WStafford@perkinscoie.com

23                                                    SSchirack@perkinscoie.com
                                                      AGlickman@perkinscoie.com

24
                                                      *Counsel for Plaintiffs*
25

26

27

28                                                    -2-

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal to all parties.

s/   Indy Fitzgerald

149233252.2