1

2

3

4

5

6                      UNITED STATES DISTRICT COURT

7                           DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
     Dustin Brislan; Sonia Rodriquez; Christina           (MEA)
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph
10   Hefner; Joshua Polson; and Charlotte Wells, on       **ORDER GRANTING**
     behalf of themselves and all others similarly        **WITHDRAWAL OF**
11   situated; and Arizona Center for Disability Law,     **ATTORNEY, ILHAM**
                                                          **HOSSEINI**
12                         Plaintiffs,

13        v.

14   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
15   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
16   capacities,

                           Defendants.

17        The Court having reviewed the Plaintiffs' Motion for Withdrawal of Attorney

18   (Doc. ___) filed on August ___, 2012, and good cause appearing,

19        **IT IS ORDERED** granting the Plaintiffs' Motion for Withdrawal of Attorney

20   (Doc. ___).

21        **IT IS FURTHER ORDERED** allowing the withdrawal of Ilham Hosseini as one

22   of the counsel of record for Plaintiffs in this action.  Plaintiffs continue to be represented

23   by attorneys of record at Jones Day.

24

25

26

27

28