IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriquez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

The Court having reviewed the Plaintiffs' Motion for Withdrawal of Attorney (Doc. 104) filed on August 28, 2012, and good cause appearing,

**IT IS ORDERED** granting the Plaintiffs' Motion for Withdrawal of Attorney (Doc. 104).

**IT IS FURTHER ORDERED** allowing the withdrawal of Ilham Hosseini as one of the counsel of record for Plaintiffs in this action.  Plaintiffs continue to be represented by attorneys of record at Jones Day.

Dated this 28th day of August, 2012.

_____

Neil V. Wake
United States District Judge