1 | Arizona Attorney General Thomas C. Horne
Office of the Attorney General
2 | Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
3 | 1275 W. Washington Street
Phoenix, Arizona 85007-2926
4 | Telephone: (602) 542-4951
Fax: (602) 542-7670
5 | Michael.Gottfried@azag.gov

6 | Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
7 | Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
8 | Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
9 | Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
10 | 3100 West Ray Road, Suite 300
Chandler, Arizona 85226
11 | Telephone: (480) 420-1600
Fax: (480) 420-1696
12 | dstruck@swlfirm.com
kwieneke@swlfirm.com
13 | tbojanowski@swlfirm.com
nacedo@swlfirm.com
14 | ccloman@swlfirm.com
afletcher@swlfirm.com
15 | aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-NVW **MOTION FOR LEAVE TO TAKE DEPOSITIONS OF STATE INMATES** |
| Plaintiffs, | |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

Charles Ryan and Richard Pratt, through their undersigned counsel, hereby move this Court for an Order pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, granting Defendants leave to take depositions upon oral examination of presently incarcerated State inmates. Defendants desire to take the deposition of the following State inmates:

1.  **Dustin Brislan** (**ADC #164993**), a State inmate confined in ASPC Phoenix, Phoenix, Arizona, to be deposed between September 1, 2012 and October 31, 2012.

2.  **Maryanne Chisholm (ADC #200825),** a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed between September 1, 2012 and October 31, 2012.

3.  **Robert Gamez (ADC #131401**), a State inmate confined in ASPC Eyman, Florence, Arizona, to be deposed between September 1, 2012 and October 31, 2012.

4.  **Joseph Hefner (ADC #203653),** a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed between September 1, 2012 and October 31, 2012.

5.  **Shawn Jensen (ADC #032465),** a State inmate confined in ASPC Tucson, Tucson, Arizona, to be deposed between September 1, 2012 and October 31, 2012.

6.  **Desiree Licci** (**ADC #150051**), a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed between September 1, 2012 and October 31, 2012**.**

7.  **Victor Parsons (ADC #123589),** a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed between September 1, 2012 and October 31, 2012.

8.  **Joshua Polson (ADC #187716),** a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed between September 1, 2012 and October 31, 2012.

9.  **Sonia Rodriguez (ADC #103830),** a State inmate confined in ASPC

2

Perryville, Goodyear, Arizona, to be deposed between September 1, 2012 and October 31, 2012.

**10. Jeremy Smith (ADC #129438**), a State inmate confined in ASPC Eyman, Florence, Arizona, to be deposed between September 1, 2012 and October 31, 2012.

**11. Stephen Swartz (ADC #102486),** a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed between September 1, 2012 and October 31, 2012.

**12. Jackie Thomas (ADC #211267),** a State inmate confined in ASPC Eyman, Florence, Arizona, to be deposed between September 1, 2012 and October 31, 2012.

**13. Christina Verduzco (ADC #205576**), a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed between September 1, 2012 and October 31, 2012.

**14. Charlotte Wells (ADC #247188),** a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed between September 1, 2012 and October 31, 2012.

As Plaintiffs to this action, the above listed inmates possess relevant information and evidence regarding the allegations in the Complaint. As such, Defendants should have the opportunity to conduct discovery relevant to the specific claims of each inmate Plaintiff. Defendants will issue individual notices specifying a date, time and location should the Court grant the motion.

WHEREFORE, Defendants respectfully request the Court enter an Order allowing the deposition of the above listed inmates.

DATED this 29th day of August, 2012.

                STRUCK WIENEKE, & LOVE, P.L.C.

                By /s/*Timothy J. Bojanowski*
                    Daniel P. Struck
                    Kathleen L. Wieneke
                    Timothy J. Bojanowski
                    Nicholas D. Acedo
                    Courtney R. Cloman
                    Ashlee B. Fletcher
                    Anne M. Orcutt
                    STRUCK WIENEKE, & LOVE, P.L.C.
                    3100 West Ray Road, Suite 300
                    Chandler, Arizona  85226

                    Arizona Attorney General Thomas C. Horne
                    Office of the Attorney General
                    Michael E. Gottfried
                    Assistant Attorney General
                    1275 W. Washington Street
                    Phoenix, Arizona 85007-2926

                    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:        ahardy@prisonlaw.com

Amy Fettig:         afettig@npp-aclu.org

Caroline N. Mitchell:  cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:  ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:  DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda:  dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:  dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org

Donald Specter:    dspecter@prisonlaw.com

| | |
|---|---|
| James Anthony Ahlers: | jahlers@perkinscoie.com; docketphx@perkinscoie.com; jroe@perkinscoie.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org |
| Jill Louise Ripke: | jripke@perkinscoie.com; jgable@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| Sara Norman: | snorman@prisonlaw.com |
| Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |
| Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org |
| Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| R Scott Medsker: | rsmedsker@JonesDay.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Kamilla Mamedova: | kmamedova@jonesday.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/*Timothy J. Bojanowski*