IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No. CV 12-00601-PHX-NVW<br><br>**ORDER** |

Before the Court is Defendants' Motion for Leave to Take Depositions of State Inmates (Doc. 107). On August 21, 2012, the Court reminded the parties that both LRCiv 7.2(j) and the Scheduling Order in this case (Doc. 52) require parties to certify that they have personally consulted before seeking leave of the Court to file a discovery motion. (Doc. 95.)

IT IS THEREFORE ORDERED that Defendants' Motion for Leave to Take Depositions of State Inmates (Doc. 107) is denied without prejudice.

Dated this 30th day of August, 2012.

_____
Neil V. Wake
United States District Judge