```
 1 │ Daniel Pochoda (Bar No. 021979)
   │ Kelly J. Flood (Bar No. 019772)
 2 │ James Duff Lyall (Bar No. 330045)*
   │ **ACLU FOUNDATION OF ARIZONA**
 3 │ 3707 North 7th Street, Suite 235
   │ Phoenix, Arizona 85013
 4 │ Telephone:  (602) 650-1854
   │ Email: dpochoda@acluaz.org
 5 │        kflood@acluaz.org
   │        jlyall@acluaz.org
 6 │ *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)
```

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **MOTION TO CORRECT THE RECORD PURSUANT TO LOCAL RULE 83.3** |

Jones Day attorneys Kamilla Mamedova and Jennifer K. Messina move to correct the record pursuant to Local Rule 83.3.  Due to a clerical error, the *pro hac vice*

applications for Kamilla Mamedova and Jennifer K. Messina incorrectly implied that they represent all of the plaintiffs in this action. Jones Day and co-counsel represent all of the plaintiffs except for the Arizona Center for Disability Law. Jones Day and co-counsel represent the following named Plaintiffs:

1. Victor Antonio Parsons;
2. Shawn Jensen;
3. Stephen Oliver Swartz;
4. Dustin Brislan;
5. Sonia Rodriguez;
6. Christina Verduzco;
7. Jackie Thomas;
8. Jeremy Smith;
9. Robert Carrasco Gamez, Jr.;
10. Maryanne Chisholm;
11. Desiree Licci;
12. Joseph Hefner;
13. Joshua Polson; and
14. Charlotte Wells.

The Arizona Center for Disability Law consents to this Motion and has signed a written statement, attached hereto as Exhibit A, stating that Jones Day and co-counsel have not represented the Arizona Center for Disability Law in connection with this matter.

We request that the Court order the Clerk to correct the record and caption so that Kamilla Mamedova and Jennifer K. Messina appear as counsel of record only for the above named Plaintiffs and not for the Arizona Center for Disability Law.

. . .

. . .

| | | |
|---|---|---|
| 1 | Dated: September 6, 2012 | **JONES DAY** |
| 2 | | |
| 3 | | By: /s/ Sophia Calderón |
| | | Caroline Mitchell (Cal. 143124)* |
| 4 | | David C. Kiernan (Cal. 215335)* |
| | | Sophia Calderón (Cal. 278315)* |
| 5 | | Sarah Rauh (Cal. 283742)* |
| | | 555 California Street, 26th Floor |
| 6 | | San Francisco, California 94104 |
| | | Telephone: (415) 875-5712 |
| 7 | | Email: cnmitchell@jonesday.com |
| | | dkiernan@jonesday.com |
| | | scalderon@jonesday.com |
| 8 | | srauh@jonesday.com |
| 9 | | *Admitted *pro hac vice* |
| 10 | | Daniel Pochoda (Bar No. 021979) |
| | | Kelly J. Flood (Bar No. 019772) |
| 11 | | James Duff Lyall (Bar No. 330045)* |
| | | **ACLU FOUNDATION OF** |
| 12 | | **ARIZONA** |
| | | 3707 North 7th Street, Suite 235 |
| 13 | | Phoenix, Arizona 85013 |
| | | Telephone: (602) 650-1854 |
| 14 | | Email: dpochoda@acluaz.org |
| | | kflood@acluaz.org |
| 15 | | jlyall@acluaz.org |
| 16 | | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |
| 17 | | |
| 18 | | Donald Specter (Cal. 83925)* |
| | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 19 | | Corene Kendrick (Cal. 226642)* |
| | | **PRISON LAW OFFICE** |
| 20 | | 1917 Fifth Street |
| | | Berkeley, California 94710 |
| 21 | | Telephone: (510) 280-2621 |
| | | Email: dspecter@prisonlaw.com |
| 22 | | ahardy@prisonlaw.com |
| | | snorman@prisonlaw.com |
| 23 | | ckendrick@prisonlaw.com |
| 24 | | *Admitted *pro hac vice* |
| 25 | | |
| 26 | | |

| | |
|---|---|
| 1 | David C. Fathi (Wash. 24893)* |
| | Amy Fettig (D.C. 484883)** |
| 2 | **ACLU NATIONAL PRISON PROJECT** |
| 3 | 915 15th Street N.W., 7th Floor |
| | Washington, D.C. 20005 |
| 4 | Telephone:  (202) 548-6603 |
| | Email:    dfathi@npp-aclu.org |
| 5 |             afettig@npp-aclu.org |
| 6 | *Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts. |
| 7 | |
| | **Admitted *pro hac vice* |
| 8 | |
| | Daniel C. Barr (Bar No. 010149) |
| 9 | Jill L. Ripke (Bar No. 024837) |
| | James A. Ahlers (Bar No. 026660) |
| 10 | Kirstin T. Eidenbach (Bar No. 027341) |
| | John H. Gray (Bar No. 028107) |
| 11 | Thomas D. Ryerson (Bar No. 028073) |
| | Matthew B. du Mée (Bar No. 028468) |
| 12 | **PERKINS COIE LLP** |
| | 2901 N. Central Avenue, Suite 2000 |
| 13 | Phoenix, Arizona 85012 |
| | Telephone:  (602) 351-8000 |
| 14 | Email:    dbarr@perkinscoie.com |
| | rjipke@perkinscoie.com |
| 15 | jahlers@perkinscoie.com |
| | keidenbach@perkinscoie.com |
| 16 | jhgray@perkinscoie.com |
| | tryerson@perkinscoie.com |
| 17 | mdumee@perkinscoie.com |
| 18 | R. Scott Medsker (D.C. 976405)* |
| | **JONES DAY** |
| 19 | 51 Louisiana Avenue, NW |
| | Washington, D.C. 20001-2113 |
| 20 | Telephone: (202) 879-3837 |
| | Email:    rsmedsker@jonesday.com |
| 21 | |
| | *Admitted *pro hac vice* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| | **JONES DAY** |
| 2 | 717 Texas Street |
| | Houston, Texas 77002 |
| 3 | Telephone:  (832) 239-3939 |
| | Email:    jlwilkes@jonesday.com |
| 4 | |
| | *Admitted *pro hac vice* |
| 5 | |
| | Kamilla Mamedova |
| 6 | Jennifer K. Messina |
| | **JONES DAY** |
| 7 | 222 East 41 Street |
| | New York, New York 10017 |
| 8 | Telephone:  (212) 326-3498 |
| | Email:    kmamedova@jonesday.com |
| 9 |           jkmessina@jonesday.com |
| 10 | *Admitted *pro hac vice* |

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

# CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

　　　　　　　　　　　/s/ Lillian Wong