# EXHIBIT A

```
 1  Jennifer Alewelt (Bar No. 027366)
    Asim Varma (Bar No. 027927)
 2  ARIZONA CENTER FOR DISABILITY LAW
    5025 East Washington Street, Suite 202
 3  Phoenix, Arizona 85034
    Telephone:  (602) 274-6287
 4  Email: jalewelt@azdisabilitylaw.org
            avarma@azdisabilitylaw.org
 5
    Attorneys for Plaintiff Arizona Center
 6  for Disability Law
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**STATEMENT OF ARIZONA CENTER FOR DISABILITY LAW** |

The Arizona Center for Disability Law consents to Jones Day's Motion to Correct the Record Pursuant to Local Rule 83.3. Jones Day has not represented the Arizona Center for Disability Law in connection with this matter. The Arizona Center for Disability Law also requests that the Court order the Clerk to correct the record so that Kamilla Mamedova and Jennifer K. Messina do not appear as counsel of record for the Arizona Center for Disability Law.

-2-

| | |
|---|---|
| Dated: September 6, 2012 | **ARIZONA CENTER FOR DISABILITY LAW**<br><br>By: *Jennifer Alewelt*<br>Jennifer Alewelt<br>Asim Varma<br>5025 East Washington Street,<br>Suite 202, Phoenix, Arizona 85034<br>Telephone: (602) 274-6287<br>Email: jalewelt@azdisabilitylaw.org<br>         avarma@azdisabilitylaw.org<br>*Attorneys for Plaintiff Arizona Center for Disability Law* |