1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF ARIZONA

8   | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-NVW

Dustin Brislan; Sonia Rodriguez; Christina         (MEA)

9   Verduzco; Jackie Thomas; Jeremy Smith; Robert

Gamez; Maryanne Chisholm; Desiree Licci; Joseph

10  Hefner; Joshua Polson; and Charlotte Wells, on    **ORDER GRANTING**

behalf of themselves and all others similarly        **MOTION TO CORRECT**

11  situated; and Arizona Center for Disability Law,   **THE RECORD PURSUANT**

                                                      **TO LOCAL RULE 83.3**

12                      Plaintiffs,

13          v.

14  Charles Ryan, Director, Arizona Department of

Corrections; and Richard Pratt, Interim Division

15  Director, Division of Health Services, Arizona

Department of Corrections, in their official

16  capacities,

17                      Defendants.

18

19          The Court having reviewed the Plaintiffs' Motion to Correct the Record Pursuant

20  to Local Rule 83.3 (Doc. _____), and good cause appearing,

21          IT IS ORDERED granting the Plaintiffs' Motion to Correct the Record Pursuant to

22  Local Rule 83.3 (Doc. ____).

23          IT IS FURTHER ORDERED directing the Clerk of the Court to correct the record

24  and case caption to reflect that Kamilla Mamedova and Jennifer K. Messina only

25  represent the individually named Plaintiffs and not the Arizona Center for Disability Law.

26

27

28

78204-0001/LEGAL24590484.1