Jennifer A. Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
ARIZONA CENTER FOR DISABILITY LAW
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
(602) 274-6287
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
*Attorneys for Plaintiff*
*Arizona Center for Disability Law*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VICTOR ANTONIO PARSONS, et al., | No. 2:12-CV-00601-NVW |
| Plaintiffs, | **NOTICE OF SERVICE OF PLAINTIFF ARIZONA CENTER FOR DISABILITY LAW'S RESPONSE TO DEFENDANT CHARLES RYAN'S SECOND REQUEST FOR PRODUCTON OF DOCUMENTS** |
| v. | |
| CHARLES RYAN, et al., | |
| Defendants. | Hon. Neil V. Wake |

Plaintiffs give notice that on September 7, 2012, Plaintiffs served Plaintiff's Responses to Defendants' Second set of Discovery Requests, by electronic mail to Defendants' attorneys Michael E. Gottfried, Assistant Attorney General, at Michael.Gottfried@azag.gov, Tim Bojanowski at TBojanowski@swlfirm.com, Dan Struck at DStruck@swlfirm.com, Kathy Wieneke at KWieneke@swlfirm.com, Nicholas Daniel Acedo at NAcedo@swlfirm.com, Courtney Rachel Cloman at ccloman@swlfirm.com , Ashlee B. Fletcher at afletcher@swlfirm.com and Anne M. Orcutt at aorcutt@swlfirm.com.

Respectfully submitted this 7th day of September, 2012.

ARIZONA CENTER FOR DISABILITY LAW

s/ Asim Varma
Jennifer A. Alewelt
Asim Varma
*Attorneys for Plaintiff Arizona Center for Disability Law*

**CERTIFICATE OF FILING AND SERVICE**

I certify that on this 7th day of September, 2012, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this action:

Arizona Attorney General Thomas Horne
Office of the Attorney General
Michael Gottfried:   Michael.Gottfried@azag.gov

and

Tim Bojanowski :          TBojanowski@swlfirm.com
Dan Struck:               DStruck@swlfirm.com
Kathy Wieneke:            KWieneke@swlfirm.com
Nicholas Daniel Acedo:    NAcedo@swlfirm.com
Courtney Rachel Cloman:   ccloman@swlfirm.com
Ashlee B. Fletcher:       afletcher@swlfirm.com
Anne M. Orcutt            aorcutt@swlfirm.com
STRUCK WEINEKE & LOVE, P.L.C.
*Attorneys for Defendants*

/ / / /
/ / / /

| | | |
|---|---|---|
| 1 | Caroline N. Mitchell: | cnmitchell@jonesday.com |
| | Sophia Calderon: | scalderon@jonesday.com |
| 2 | Ilham A. Hosseini: | ihosseini@jonesday.com |
| | Sarah Rauh: | srauh@jonesday.com |
| 3 | David C. Kiernan | dkiernan@jonesday.com |
| | R. Scott Medsker | rsmedsker@jonesday.com |
| 4 | JONES DAY | |

Daniel Joseph Pochoda:   dpochoda@acluaz.org
James Duff Lyall:   jlyall@acluaz.org
Kelly Joyce Flood:   kflood@acluaz.org
ACLU FOUNDATION OF ARIZONA

Alison Hardy:   ahardy@prisonlaw.com
Corene T. Kendrick:   ckendrick@prisonlaw.com
Donald Specter:   dspecter@prisonlaw.com
Sarah Norman:   snorman@prisonlaw.com
PRISON LAW OFFICE

Amy Fettig:   afettig@npp-aclu.org
David Cyrus Fathi:   dfathi@npp-aclu.org
ACLU NATIONAL PRISON PROJECT

Daniel Clayton Barr:   DBarr@perkinscoie.com
James Anthony Ahlers:   jahlers@perkinscoie.com
Jill Louise Ripke:   jripke@perkinscoie.com
John Howard Gray:   jhgray@perkinscoie.com
Kirstin T. Eidenbach:   keidenbach@perkinscoie.com
Matthew Benjamin du Mee   mdumee@perkinscoie.com
Thomas Dean Ryerson:   tryerson@perkinscoie.com
PERKINS COIE LLP


s/Mavis Lauritzen