1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaaz.org
5         kflood@acluaz.org
          jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
   *Stephen Swartz, Dustin Brislan, Sonia Rodriquez,*
8  *Christina Verduzco, Jackie Thomas, Jeremy Smith,*
   *Robert Gamez, Maryanne Chisholm, Desiree Licci,*
9  *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
   *behalf of themselves and all others similarly situated*
10
   **[ADDITIONAL COUNSEL LISTED ON**
11  **SIGNATURE PAGE]**

12              UNITED STATES DISTRICT COURT

13                  DISTRICT OF ARIZONA

14  Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriquez; Christina          (MEA)
15  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
16  Hefner; Joshua Polson; and Charlotte Wells, on      **NOTICE OF SERVICE OF**
    behalf of themselves and all others similarly       **PLAINTIFF ROBERT**
17  situated; and Arizona Center for Disability Law,    **GAMEZ'S RESPONSES TO**
                                                        **DISCOVERY**
18                   Plaintiffs,

19         v.

20  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
21  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
22  capacities,

23                   Defendants.

24

25

26

27

28

1        PLEASE TAKE NOTICE that on September 13, 2012, ACLU Foundation of

2   Arizona, acting in its capacity as Co-Counsel for the individually named Plaintiffs, served

3   by email the following responses to discovery requests on counsel for Arizona Center for

4   Disability Law and Defendants in this matter:

5        Plaintiff Robert Gamez's Responses to Defendant Charles Ryan's First Set of
             Requests for Admission and Interrogatories

6

7   Dated:  September 13, 2012              **ACLU FOUNDATION OF ARIZONA**

8

9                                         By:  /s/ James Duff Lyall
                                              Daniel J. Pochoda
                                              Kelly J. Flood
10                                            James Duff Lyall

11                                            Donald Specter (Cal. 83925)*
                                              Alison Hardy (Cal. 135966)*
12                                            Sara Norman (Cal. 189536)*
                                              Corene Kendrick (Cal. 226642)*
13                                            **PRISON LAW OFFICE**
                                              1917 Fifth Street
14                                            Berkeley, California 94710
                                              Telephone:  (510) 280-2621
15                                            Email:    dspecter@prisonlaw.com
                                                        ahardy@prisonlaw.com
16                                                      snorman@prisonlaw.com
                                                        ckendrick@prisonlaw.com
17
                                              *Admitted *pro hac vice*
18
                                              David C. Fathi (Wash. 24893)*
19                                            Amy Fettig (D.C. 484883)**
                                              **ACLU NATIONAL PRISON
20                                            PROJECT**
                                              915 15th Street N.W., 7th Floor
21                                            Washington, D.C. 20005
                                              Telephone:  (202) 548-6603
22                                            Email:    dfathi@npp-aclu.org
                                                        afettig@npp-aclu.org
23
                                              *Admitted *pro hac vice*.  Not admitted
24                                             in DC; practice limited to federal
                                               courts.
25                                            **Admitted *pro hac vice*

26

27

28

78204-0001/LEGAL24663216.1

Daniel C. Barr (Bar No. 010149)
Jill L. Ripke (Bar No. 024837)
James A. Ahlers (Bar No. 026660)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Thomas D. Ryerson (Bar No. 028073)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          rjipke@perkinscoie.com
          jahlers@perkinscoie.com
          keidenbach@perkinscoie.com
          jhgray@perkinscoie.com
          tryerson@perkinscoie.com
          mdumee@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          dkiernan@jonesday.com
          scalderon@jonesday.com
          srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:    rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
              jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons;
Shawn Jensen; Stephen Swartz; Dustin
Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on September 13, 2012, I electronically transmitted the above

3  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4  Notice of Electronic Filing to the following CM/ECF registrants:

5
Michael E. Gottfried
Assistant Arizona Attorney General
6
Michael.Gottfried@azag.gov

7
**- and-**

8
Daniel P. Struck
Kathleen L. Wieneke
9
Timothy J. Bojanowski
Nicholas D. Acedo
10
Courtney R. Cloman
Ashlee B. Fletcher
11
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
12
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
13
nacedo@swlfirm.com
ccloman@swlfirm.com
14
afletcher@swlfirm.com

15
*Attorneys for Defendants*

16

17
Jennifer Alewelt
Ruth Szanto
18
Asim Varma
ARIZONA CENTER FOR DISABILITY LAW
19
jalewelt@azdisabilitylaw.org
rszanto@azdisabilitylaw.org
20
avarma@azdisabilitylaw.org

21
*Attorneys for Arizona Center for Disability Law*

22

23
/s/ Gloria Torres

24

25

26

27

28