Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
         kflood@acluaz.org
         jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**JOINT MOTION REGARDING DISCOVERY DISPUTE RELATING TO PROTECTIVE ORDER** |

Pursuant to the Court's Order dated August 21, 2012 [Dkt. 95], the parties met in person and via telephone (out-of-state counsel) to discuss the discovery disputes regarding the protective order, see attached Certification marked Exhibit A. The parties have agreed on the language included in the proposed form of order attached as Exhibit B. Attached as Exhibit C is a Statement of Dispute setting forth the parties' positions and proposed

78204-0001/LEGAL24674769.1

language. The parties request that the Court consider the attached Exhibits and set a hearing as necessary to resolve the remaining disputes.

Dated this 14th day of September, 2012.

| **STRUCK WIENEKE, & LOVE, P.L.C.** | **PERKINS COIE LLP** |
|---|---|
| By:  /s/ Courtney R. Cloman<br>        (with permission)<br>    Daniel P. Strunk<br>    Kathleen L. Wieneke<br>    Timothy J. Bojanowski<br>    Nicholas D. Acedo<br>    Courtney R. Cloman<br>    Ashlee B. Fletcher<br>    Anne Orcutt<br>    3100 West Ray Road, Suite 300<br>    Chandler, Arizona 85226<br><br>Arizona Attorney General Thomas C. Home<br>Office of the Attorney General<br>    Michael E. Gottfried<br>    Assistant Attorney General<br>    1275 W. Washington Street<br>    Phoenix, Arizona 85007-2926<br><br>*Attorneys for Defendants* | By:  /s/ Kirstin T. Eidenbach<br>    Daniel C. Barr (Bar No. 010149)<br>    Jill L. Ripke (Bar No. 024837)<br>    James A. Ahlers (Bar No. 026660)<br>    Kirstin T. Eidenbach (Bar No. 027341)<br>    John H. Gray (Bar No. 028107)<br>    Thomas D. Ryerson (Bar No. 028073)<br>    Matthew B. du Mée (Bar No. 028468)<br>    2901 N. Central Avenue, Suite 2000<br>    Phoenix, Arizona 85012<br>    Telephone:  (602) 351-8000<br>    Email:    dbarr@perkinscoie.com<br>              rjipke@perkinscoie.com<br>              jahlers@perkinscoie.com<br>              keidenbach@perkinscoie.com<br>              jhgray@perkinscoie.com<br>              tryerson@perkinscoie.com<br>              mdumee@perkinscoie.com |
| **ARIZONA CENTER FOR DISABILITY LAW**<br><br>By:  /s/ Jennifer Alewelt<br>        (with permission)<br>    Jennifer Alewelt<br>    Asim Varma<br>    5025 East Washington Street, Suite 202<br>    Phoenix, Arizona 85034<br>    Telephone:  (602) 274-6287<br>    Email: jalewelt@azdisabilitylaw.org<br>           avarma@azdisabilitylaw.org<br><br>*Attorneys for Plaintiff Arizona Center for Disability Law* | Daniel Pochoda (Bar No. 021979)<br>Kelly J. Flood (Bar No. 019772)<br>James Duff Lyall (Bar No. 330045)*<br>**ACLU FOUNDATION OF ARIZONA**<br>3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013<br>Telephone:  (602) 650-1854<br>Email:    dpochoda@acluaz.org<br>          kflood@acluaz.org<br>          jlyall@acluaz.org<br><br>*Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         dkiernan@jonesday.com
         scalderon@jonesday.com
         srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3837
Email:   rsmedsker@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| 2 | **JONES DAY**<br>717 Texas Street |
| 3 | Houston, Texas 77002<br>Telephone: (832) 239-3939 |
| 4 | Email:   jlwilkes@jonesday.com |
| 5 | *Admitted *pro hac vice* |
| 6 | Kamilla Mamedova (N.Y. 4661104)*<br>Jennifer K. Messina (N.Y. 4912440)* |
| 7 | **JONES DAY**<br>222 East 41 Street |
| 8 | New York, New York 10017<br>Telephone: (212) 326-3498 |
| 9 | Email:    kmamedova@jonesday.com<br>            jkmessina@jonesday.com |
| 10 | *Admitted *pro hac vice* |
| 11 | *Attorneys for Plaintiffs Victor Parsons;* |
| 12 | *Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina* |
| 13 | *Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm;* |
| 14 | *Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

/s/ Delana Freouf

78204-0001/LEGAL24674769.1