**EXHIBIT A**

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE, & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**DECLARATION OF COURTNEY R. CLOMAN IN SUPPORT OF AMENDED MOTION FOR LEAVE TO TAKE DEPOSITIONS OF STATE INMATES** |

2673902.1

Courtney R. Cloman, upon her oath and affirmation states as follows:

1. I am licensed to practice law in the State of Arizona and have been so licensed since 2004.

2. I am a counsel of record for Defendants Charles Ryan and Richard Pratt.

3. The factual statements contained in the Amended Motion for Leave to Take Depositions of State Inmates are true and correct to the best of undersigned's knowledge and belief.

4. On Thursday, August 30, 2012, I attended a Meet and Confer conference with Plaintiffs' counsel wherein the depositions of the Plaintiff inmates were discussed. I agreed to propose a schedule to Plaintiffs' counsel that included both the preparation sessions and deposition dates.

4. On Tuesday, September 11, 2012, Therese Mayo, a paralegal with my office, emailed Caroline N. Mitchell, counsel for Plaintiffs on behalf of Plaintiff Arizona Center for Disability Law and Named Plaintiffs regarding a proposed schedule for depositions of the Plaintiff Inmates. A true and correct copy of that e-mail is attached as Exhibit 1.

5. On Friday, September 14, 2012, Caroline N. Mitchell e-mailed Therese Mayo to confirm her willingness to stipulate to the dates proposed in the September 11, 2012 email for depositions of the Plaintiff Inmates. A true and correct copy of that e-mail is attached as Exhibit 2.

FURTHER AFFIANT SAYETH NAUGHT,

*Courtney R. Cloman*
COURTNEY R. CLOMAN

2

**EXHIBIT 1**

# Therese Mayo

| | |
|---|---|
| **From:** | Therese Mayo |
| **Sent:** | Tuesday, September 11, 2012 7:23 AM |
| **To:** | Caroline N Mitchell (cnmitchell@JonesDay.com) |
| **Cc:** | Don Specter (dspecter@prisonlaw.com); Jennifer Alewelt (jalewelt@azdisabilitylaw.org); Corene Kendrick (ckendrick@prisonlaw.com) (ckendrick@prisonlaw.com); Gray, John H. (Perkins Coie); Fathi, David (dfathi@npp-aclu.org); Kathy Wieneke; Tim Bojanowski; Elizabeth Espiritu; Kimberly Shadoan; Anne Orcutt; Ashlee Fletcher; Kim Penny; Mike Gottfried; Dawn Northup; Kelly Dudley; Courtney Cloman; Eidenbach, Kirstin (Perkins Coie) |
| **Subject:** | RE: Parsons, et al v. Ryan and Pratt - Plaintiff Inmate Depositions |

Counsel,

Please find below the proposed schedule for depositions of the Plaintiff inmates:

September 24: Dustin Brislan Depo Prep
September 25: Dustin Brislan Depo
September 26: Robert Gamez Depo Prep
September 26: Victor Parsons Depo Prep
September 27: Robert Gamez Depo
September 27: Victor Parsons Depo
October 1: Maryanne Chisholm Depo Prep
October 1: Jeremy Smith Depo Prep
October 2: Maryanne Chisholm Depo
October 2: Jeremy Smith Depo
October 3: Sonia Rodriguez Depo Prep
October 3: Joseph Hefner Depo Prep
October 4: Sonia Rodriguez Depo
October 4: Joseph Hefner Depo
October 8: Shawn Jensen Depo Prep
October 9: Shawn Jensen Depo
October 10: Stephen Swartz Depo Prep
October 10: Desiree Licci Depo Prep
October 11: Stephen Swartz Depo
October 11: Desiree Licci Depo
October 15: Christina Verduzco Depo Prep
October 15: Joshua Polson Depo Prep
October 16: Christina Verduzco Depo
October 16: Joshua Polson Depo
October 17: Charlotte Wells Depo Prep
October 17: Jackie Thomas Depo Prep
October 18: Charlotte Wells Depo
October 18: Jackie Thomas Depo

Please note that the ADC requires the full name, birth date, and bar number for each attorney attending the deposition and preparing the inmates for deposition. Please forward this information to us as soon as possible to ensure that the attorneys will have clearance in advance.

1

Thank you.



**STRUCK WIENEKE & LOVE**
3100 West Ray Road, Suite 300   Chandler, Arizona 85226

**Therese Mayo**
**Paralegal**
Direct: (480) 420-1637
tmayo@swlfirm.com
www.swlfirm.com

**EXHIBIT 2**

# Therese Mayo

| | |
|---|---|
| **From:** | Caroline N Mitchell <cnmitchell@JonesDay.com> |
| **Sent:** | Friday, September 14, 2012 6:40 PM |
| **To:** | Therese Mayo; Tim Bojanowski; Kathy Wieneke; Elizabeth Espiritu |
| **Subject:** | Plaintiff Inmate Depositions |

Dear Counsel,

We are willing to stipulate to the dates specified below and agree that you may notice the depositions for those dates. Please find below the names of attorneys who will be preparing plaintiffs for, and attending the depositions. Since we are agreeing to your proposed dates, we will go ahead and make any necessary travel arrangements.

As for the information requested for advance clearance, we will provide you the attorneys' full names, birth dates, and bar numbers on Monday. We assume that you are requesting this information to secure clearance for these attorneys. If there is any additional action we need to take to secure clearance, please let me know. Also, please clarify what arrival times would be most convenient on the days listed below.

Lastly, please provide us with the name and telephone number of the court reporter you intend to use, or if you do not know the name of the reporter, the name and contact information for the court reporting company.

Thank you,

Caroline


---------------------------


September 24: Dustin Brislan Depo Prep - **Matthew du Mee and Kelly Flood**
September 25: Dustin Brislan Depo - **Matthew du Mee and Kelly Flood**
September 26: Robert Gamez Depo Prep - **Laurens Wilkes and Matthew du Mee**
September 26: Victor Parsons Depo Prep - **James Duff Lyall**
September 27: Robert Gamez Depo  - **Laurens Wilkes and Matthew du Mee**
September 27: Victor Parsons Depo  - **James Duff Lyall**
October 1: Maryanne Chisholm Depo Prep  - **James Duff Lyall**
October 1: Jeremy Smith Depo Prep - **Kamilla Mamedova**
October 2: Maryanne Chisholm Depo  - **James Duff Lyall**
October 2: Jeremy Smith Depo  - **Kamilla Mamedova**
October 3: Sonia Rodriguez Depo Prep - **Alison Hardy**
October 3: Joseph Hefner Depo Prep - **James Duff Lyall and Sophie Calderon**
October 4: Sonia Rodriguez Depo - **Alison Hardy**
October 4: Joseph Hefner Depo  - **James Duff Lyall and Sophie Calderon**
October 8: Shawn Jensen Depo Prep - **Kirsten Eidenbach and Jen Messina**
October 9: Shawn Jensen Depo  - **Kirsten Eidenbach and Jen Messina**
October 10: Stephen Swartz Depo Prep - **Corene Kendrick**
October 10: Desiree Licci Depo Prep - **Laurens Wilkes and James Duff Lyall**
October 11: Stephen Swartz Depo - **Corene Kendrick**
October 11: Desiree Licci Depo - **Laurens Wilkes and James Duff Lyall**
October 15: Christina Verduzco Depo Prep - **James Duff Lyall**
October 15: Joshua Polson Depo Prep - **Jennifer Messina**
October 16:  Christina Verduzco Depo - **James Duff Lyall**
October 16: Joshua Polson Depo - **Jennifer Messina**
October 17: Charlotte Wells Depo Prep - **Matthew du Mee**
October 17: Jackie Thomas Depo Prep - **Alison Hardy**
October 18: Charlotte Wells Depo - **Matthew du Mee**
October 18: Jackie Thomas Depo - **Alison Hardy**

1

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========