IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Victor Antonio Parsons, et al., | ) | No. CV 12-00601-PHX-NVW |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Charles L. Ryan, et al., | ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties file by noon on September 21, 2012, a revised form of [Proposed] Protective Order that presents the agreed upon language and the exact alternatives of both sides as to disputed language. An electronic version of the [Proposed] Protective Order shall also be sent to the Court's Chambers mailbox.

DATED this 18th day of September, 2012.

_____
Neil V. Wake
United States District Judge