# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW<br><br>**ORDER** |

The Court, having considered Defendants' Motion for Leave to Take Depositions of State Inmates (Doc. 124), and good cause appearing,

**IT IS HEREBY ORDERED** that the Defendants' Motion (Doc. 124) is GRANTED.

IT IS FURTHER ORDERED that Defendants are given leave to take the depositions of the following State of Arizona Inmates:

**1. Dustin Brislan (ADC #164993)**, a State inmate confined in ASPC Phoenix, Phoenix, Arizona, to be deposed on September 25, 2012.

**2. Maryanne Chisholm (ADC #200825),** a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed on October 2, 2012.

**3. Robert Gamez (ADC #131401**), a State inmate confined in ASPC Eyman, Florence, Arizona, to be deposed on September 27, 2012.

**4. Joseph Hefner (ADC #203653),** a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed on October 4, 2012.

**5. Shawn Jensen (ADC #032465),** a State inmate confined in ASPC Tucson, Tucson, Arizona, to be deposed on October 9, 2012.

**6. Desiree Licci (ADC #150051**), a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed on October 11, 2012**.**

**7. Victor Parsons (ADC #123589),** a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed on September 27, 2012.

**8. Joshua Polson (ADC #187716),** a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed on October 16, 2012.

**9. Sonia Rodriguez (ADC #103830),** a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed on October 4, 2012.

**10. Jeremy Smith (ADC #129438**), a State inmate confined in ASPC Eyman, Florence, Arizona, to be deposed on October 2, 2012.

**11. Stephen Swartz (ADC #102486),** a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed on October 11, 2012.

**12. Jackie Thomas (ADC #211267),** a State inmate confined in ASPC Eyman, Florence, Arizona, to be deposed October 18, 2012.

13. **Christina Verduzco (ADC #205576)**, a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed on October 16, 2012.

14. **Charlotte Wells (ADC #247188),** a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed on October 18, 2012.

Dated this 19th day of September, 2012.

_____
Neil V. Wake
United States District Judge