| | |
|---|---|
| 1 | Arizona Attorney General Thomas C. Horne |
|   | Office of the Attorney General |
| 2 | Michael E. Gottfried, Bar No. 010623 |
|   | Assistant Attorney General |
| 3 | 1275 W. Washington Street |
|   | Phoenix, Arizona 85007-2926 |
| 4 | Telephone: (602) 542-4951 |
|   | Fax: (602) 542-7670 |
| 5 | Michael.Gottfried@azag.gov |
| 6 | Daniel P. Struck, Bar No. 012377 |
|   | Kathleen L. Wieneke, Bar No. 011139 |
| 7 | Timothy J. Bojanowski, Bar No. 22126 |
|   | Nicholas D. Acedo, Bar No. 021644 |
| 8 | Courtney R. Cloman, Bar No. 023155 |
|   | Ashlee B. Fletcher, Bar No. 028874 |
| 9 | Anne M. Orcutt, Bar No. 029387 |
|   | STRUCK WIENEKE, & LOVE, P.L.C. |
| 10 | 3100 West Ray Road, Suite 300 |
|   | Chandler, Arizona  85226 |
| 11 | Telephone:  (480) 420-1600 |
|   | Fax:  (480) 420-1696 |
| 12 | dstruck@swlfirm.com |
|   | kwieneke@swlfirm.com |
| 13 | tbojanowski@swlfirm.com |
|   | nacedo@swlfirm.com |
| 14 | ccloman@swlfirm.com |
|   | afletcher@swlfirm.com |
| 15 | aorcutt@swlfirm.com |
| 16 | *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-NVW |
| | **NOTICE OF DEPOSITION OF PLAINTIFF MARYANNE CHISHOLM** |
| Plaintiffs, | |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

YOU ARE HEREBY NOTIFIED that, pursuant to FRCP 26 and 30, the deposition will be taken upon oral examination of the persons whose names and addresses are stated below at the time and place stated below before an officer authorized by law to administer oaths. If the names are not known, a general description sufficient to identify those persons or the particular classes or groups of which those persons belong is given below.

| | |
|---|---|
| **PERSONS TO BE EXAMINED:** | Maryanne Chisholm<br>ASPC-Perryville<br>2105 N. Citrus Road<br>Goodyear, AZ 85395 |
| **DATE AND TIME OF THE DEPOSITION:** | Tuesday, October 2, 2012<br>at 9:00 a.m. |
| **LOCATION OF DEPOSITION:** | ASPC-Perryville<br>2105 N. Citrus Road<br>Goodyear, AZ 85395 |
| **Transcriptionist Before Whom Deposition Will Be Taken:** | Simms & Associates<br>Certified Deposition Reporters<br>365 East Coronado Rd, Suite 110<br>Phoenix, AZ 85004 |

DATED this 19th day of September, 2012

STRUCK WIENEKE, & LOVE, P.L.C.

By /s/ *Timothy J. Bojanowski*
Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Anthony Ahlers: | jahlers@perkinscoie.com; docketphx@perkinscoie.com; jroe@perkinscoie.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Jill Louise Ripke: | jripke@perkinscoie.com; jgable@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| Sara Norman: | snorman@prisonlaw.com |
| Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |

| | | |
|---|---|---|
| 1 | Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com |
| 2-3 | Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| 4 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 5 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 6 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 7 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 8 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 9 | Jennifer K Messina: | jkmessina@jonesday.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/*Timothy J. Bojanowski*