Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
  kflood@acluaz.org
  jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
  avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**NOTICE OF INTENT TO SERVE SUBPOENA ON TRACY CREWS, M.D.** |

78204-0001/LEGAL24707863.1

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil

3  Procedure, Plaintiffs intend to serve a third-party subpoena on Tracy Crews, M.D. for

4  deposition and production of documents. The subpoena is attached as Exhibit 1 to this

5  Notice.

6  Dated: September 19, 2012                    **PERKINS COIE LLP**

By: _s/ John H. Gray_
    Daniel C. Barr (Bar No. 010149)
    Jill L. Ripke (Bar No. 024837)
    James A. Ahlers (Bar No. 026660)
    Kirstin T. Eidenbach (Bar No. 027341)
    John H. Gray (Bar No. 028107)
    Thomas D. Ryerson (Bar No. 028073)
    Matthew B. du Mée (Bar No. 028468)
    2901 N. Central Avenue, Suite 2000
    Phoenix, Arizona 85012
    Telephone: (602) 351-8000
    Email:   dbarr@perkinscoie.com
             rjipke@perkinscoie.com
             jahlers@perkinscoie.com
             keidenbach@perkinscoie.com
             jhgray@perkinscoie.com
             tryerson@perkinscoie.com
             mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaz.org
         kflood@acluaz.org
         jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

78204-0001/LEGAL24707863.1

| | |
|---|---|
| 1 | Donald Specter (Cal. 83925)* |
|   | Alison Hardy (Cal. 135966)* |
| 2 | Sara Norman (Cal. 189536)* |
|   | Corene Kendrick (Cal. 226642)* |
| 3 | **PRISON LAW OFFICE** |
|   | 1917 Fifth Street |
| 4 | Berkeley, California 94710 |
|   | Telephone: (510) 280-2621 |
| 5 | Email: dspecter@prisonlaw.com |
|   |          ahardy@prisonlaw.com |
| 6 |          snorman@prisonlaw.com |
|   |          ckendrick@prisonlaw.com |
| 7 |   |
|   | *Admitted *pro hac vice* |
| 8 |   |
|   | David C. Fathi (Wash. 24893)* |
| 9 | Amy Fettig (D.C. 484883)** |
|   | **ACLU NATIONAL PRISON** |
| 10 | **PROJECT** |
|   | 915 15th Street N.W., 7th Floor |
| 11 | Washington, D.C. 20005 |
|   | Telephone: (202) 548-6603 |
| 12 | Email: dfathi@npp-aclu.org |
|   |          afettig@npp-aclu.org |
| 13 |   |
|   | *Admitted *pro hac vice*. Not admitted |
| 14 |   in DC; practice limited to federal |
|   |   courts. |
| 15 | **Admitted *pro hac vice* |
| 16 | Caroline Mitchell (Cal. 143124)* |
|   | David C. Kiernan (Cal. 215335)* |
| 17 | Sophia Calderón (Cal. 278315)* |
|   | Sarah Rauh (Cal. 283742)* |
| 18 | **JONES DAY** |
|   | 555 California Street, 26th Floor |
| 19 | San Francisco, California 94104 |
|   | Telephone: (415) 875-5712 |
| 20 | Email: cnmitchell@jonesday.com |
|   |          dkiernan@jonesday.com |
| 21 |          scalderon@jonesday.com |
|   |          srauh@jonesday.com |
| 22 |   |
|   | *Admitted *pro hac vice* |
| 23 |   |
|   | R. Scott Medsker (D.C. 976405)* |
| 24 | **JONES DAY** |
|   | 51 Louisiana Avenue, NW |
| 25 | Washington, D.C. 20001-2113 |
|   | Telephone: (202) 879-3837 |
| 26 | Email: rsmedsker@jonesday.com |
| 27 | *Admitted *pro hac vice* |
| 28 |   |

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| 2 | **JONES DAY**<br>717 Texas Street |
| 3 | Houston, Texas 77002<br>Telephone:  (832) 239-3939 |
| 4 | Email:     jlwilkes@jonesday.com |

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
           jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**


By: s/ Jennifer Alewelt
    Jennifer Alewelt
    Asim Varma
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone:  (602) 274-6287
    Email:     jalewelt@azdisabilitylaw.org
               avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　s/ Stephanie Lawson