1   Arizona Attorney General Thomas C. Horne
Office of the Attorney General
2   Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
3   1275 W. Washington Street
Phoenix, Arizona 85007-2926
4   Telephone: (602) 542-4951
Fax: (602) 542-7670
5   Michael.Gottfried@azag.gov

6   Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
7   Timothy J. Bojanowski, Bar No. 22126
Rachel Love, Bar No. 019881
8   Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
9   Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
10   STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
11   Chandler, Arizona  85226
Telephone:  (480) 420-1600
12   Fax:  (480) 420-1696
dstruck@swlfirm.com
13   kwieneke@swlfirm.com
tbojanowski@swlfirm.com
14   rlove@swlfirm.com
nacedo@swlfirm.com
15   ccloman@swlfirm.com
afletcher@swlfirm.com
16   aorcutt@swlfirm.com
*Attorneys for Defendants*

17
                    **UNITED STATES DISTRICT COURT**
18
                         **DISTRICT OF ARIZONA**
19

20   Victor Parsons; Shawn Jensen; Stephen          NO. 2:12-cv-00601-NVW
Swartz; Dustin Brislan; Sonia Rodriguez;
21   Christina Verduzco; Jackie Thomas; Jeremy
Smith; Robert Gamez; Maryanne Chisholm;
22   Desiree Licci; Joseph Hefner; Joshua Polson;
and Charlotte Wells, on behalf of themselves
23   and all others similarly situated; and Arizona   **NOTICE OF APPEARANCE**
Center for Disability Law,

24                                    Plaintiffs,

25          v.

26   Charles Ryan, Director, Arizona Department
of Corrections; and Richard Pratt, Interim
27   Division Director, Division of Health Services,
Arizona Department of Corrections, in their

28

1 | official capacities,

Defendants.

2
3       Rachel Love hereby gives notice that she is appearing as co-counsel for

Defendants.  Ms. Love further requests that notices be provided to her from the Court as

follows:

Rachel Love, Bar No. 019881
STRUCK WIENEKE & LOVE, P.L.C.
3100 W. Ray Road, Suite 300
Chandler, AZ 85226
(480) 420-1600
rlove@swlfirm.com

DATED this 20th day of September 2012.

STRUCK WIENEKE & LOVE, P.L.C.

By /s/Rachel Love
Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

2

1

2                                **CERTIFICATE OF SERVICE**

3        I hereby certify that on September 20, 2012, I electronically transmitted the

4    attached document to the Clerk's Office using the CM/ECF System for filing and

5    transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

6    Alison Hardy:              ahardy@prisonlaw.com

7    Amy Fettig:                afettig@npp-aclu.org

8    Caroline N. Mitchell:      cnmitchell@jonesday.com; mlandsborough@jonesday.com;
9                               nbreen@jonesday.com

10   Corene T. Kendrick:        ckendrick@prisonlaw.com; edegraff@prisonlaw.com

11   Daniel Clayton Barr:       DBarr@perkinscoie.com; docketphx@perkinscoie.com;
                                sneilson@perkinscoie.com

12   Daniel Joseph Pochoda:     dpochoda@acluaz.org; danpoc@cox.net;
13                              gtorres@acluaz.org

14   David Cyrus Fathi:         dfathi@npp-aclu.org; astamm@aclu.org;
                                hkrase@npp-aclu.org
15   Donald Specter:            dspecter@prisonlaw.com

16   James Anthony Ahlers:      jahlers@perkinscoie.com; docketphx@perkinscoie.com;
                                jroe@perkinscoie.com

17   James Duff Lyall:          jlyall@acluaz.org; gtorres@acluaz.org

18   Jennifer Ann Alewelt:      jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org;
19                              phxadmin@azdisabilitylaw.org

20   Jill Louise Ripke:         jripke@perkinscoie.com; jgable@perkinscoie.com

21   John Howard Gray:          jhgray@perkinscoie.com; slawson@perkinscoie.com

22   Kelly Joyce Flood:         kflood@acluaz.org; gtorres@acluaz.org

23   Kirstin T. Eidenbach:      keidenbach@perkinscoie.com; dfreouf@perkinscoie.com;
                                docketphx@perkinscoie.com

24   Matthew Benjamin de Mee:  mdumee@perkinscoie.com; cwendt@perkinscoie.com

25   Michael Evan Gottfried:    Michael.gottfried@azag.gov; colleen.jordan@azag.gov;
26                              lucy.rand@azag.gov

27   Sara Norman:               snorman@prisonlaw.com

28   Sophia Calderon:           scalderon@jonesday.com; lwong@jonesday.com

                                         3

| | | |
|---|---|---|
| 1 | | |
| 2 | Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com |
| 3 | | |
| 4 | Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| 5 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 6 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 7 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 8 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 9 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 10 | Jennifer K Messina: | jkmessina@jonesday.com |

11

12

13    I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

14

15    N/A

16

17

18                                    /s//*Rachel Love*

19

20

21

22

23

24

25

26

27

28