Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**JOINT STATEMENT PURSUANT TO COURT'S SCHEDULING ORDER** |

Pursuant to the process outlined at the Case Management Conference and in Paragraph 6 of the Court's Scheduling Order, the Prisoner Plaintiffs and third party Wexford Health Sources ("Wexford") submit this matter for further instruction from the Court.

78204-0001/LEGAL24725112.1

**ISSUE:**

Production of documents in response to third party subpoena to Wexford.

**JOINT STATEMENT OF PRISONER PLAINTIFFS AND THIRD PARTY WEXFORD HEALTH SOURCES**:

On August 6, 2012, Prisoner Plaintiffs served a subpoena on Wexford for the medical files of the following prisoners: James Lamoree, ADC No. 259328; William Neville, ADC No. 61616; Alexander Williams, ADC No. 170576; William Rexrode, ADC No. 83786; George Walker, ADC No. 249881; Walter Goedecke, ADC No. 80048, Douglas Levitski, ADC No. 199622; Gina Martin, ADC No. 211678; Jennifer Jansma, ADC No. 246898; Jonathan Trethaway, ADC No. 137818; and Timothy Armenta, ADC No. 199348.

Since that date, Wexford and Prisoner Plaintiffs have engaged in meet-and-confer discussions regarding the production of the documents. Because Wexford is not unwilling to ultimately produce the documents, Wexford did not serve objections to the subpoena prior to the return date. Thereafter, Wexford learned that a provision in its contract with the Arizona Department of Corrections ("ADC") requires that it comply with ADC policy and there is an ADC policy that medical records cannot be released unless the subject of the records executed a release in the last 60 days. Prisoner Plaintiffs obtained releases, but they would need to be re-executed because they are not all dated in that time frame and one was not witnessed. Prisoner Plaintiffs object to the expense and effort of re-collecting releases, especially because the releases are pre-printed ADC forms that on their face say the releases are effective for up to six months. An example of a release is attached as Exhibit 1.

Wexford does not want to breach its contract with ADC. Prisoner Plaintiffs want the documents expeditiously without getting re-executed releases. Under federal law, Wexford can produce the documents without releases if a Court order directs them to do so. *See* 45 C.F.R. 164.512(e)(1)(i). Wexford has indicated that if ordered to by this Court, it would produce the documents.

1  Plaintiff Prisoners agree that if the Court orders production, Wexford may submit the documents to the ADC for redaction prior to production, providing the redaction is completed in a reasonable amount of time, not to exceed seven business days from when Wexford transmits the documents to the ADC or the Court order issues, whichever is later in time.

Accordingly, Prisoner Plaintiffs request that the Court issue an order directing production of the above-described documents. Wexford does not oppose this request.

**CERTIFICATION OF ATTEMPT TO RESOLVE THE DISCOVERY DISPUTE**

The parties certify that we have made sincere efforts as required by L. R. Civ. 7.2(j) to personally consult and the issue addressed in this document remain to be resolved by the Court.

Dated this 20th day of September, 2012.

| | |
|---|---|
| **PERKINS COIE LLP** | **JONES SKELTON & HOCHULI PLC** |
| By:  /s/ Matthew du Mée<br>    Daniel C. Barr (Bar No. 010149)<br>    Jill L. Ripke (Bar No. 024837)<br>    James A. Ahlers (Bar No. 026660)<br>    Kirstin T. Eidenbach (Bar No. 027341)<br>    John H. Gray (Bar No. 028107)<br>    Thomas D. Ryerson (Bar No. 028073)<br>    Matthew B. du Mée (Bar No. 028468)<br>    2901 N. Central Avenue, Suite 2000<br>    Phoenix, Arizona 85012<br>    Telephone: (602) 351-8000<br>    Email:   dbarr@perkinscoie.com<br>              rjipke@perkinscoie.com<br>              jahlers@perkinscoie.com<br>              keidenbach@perkinscoie.com<br>              jhgray@perkinscoie.com<br>              tryerson@perkinscoie.com<br>              mdumee@perkinscoie.com | By:  /s/ Brandi Blair<br>    Brandi Blair<br><br>*Attorneys for Third Party Wexford Health Sources* |

1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email:   dpochoda@acluaz.org
5           kflood@acluaz.org
            jlyall@acluaz.org
6
   *Admitted pursuant to Ariz. Sup. Ct.
7  R. 38(f)

8  Donald Specter (Cal. 83925)*
   Alison Hardy (Cal. 135966)*
9  Sara Norman (Cal. 189536)*
   Corene Kendrick (Cal. 226642)*
10 **PRISON LAW OFFICE**
   1917 Fifth Street
11 Berkeley, California 94710
   Telephone: (510) 280-2621
12 Email:   dspecter@prisonlaw.com
            ahardy@prisonlaw.com
13          snorman@prisonlaw.com
            ckendrick@prisonlaw.com
14
   *Admitted *pro hac vice*
15
   David C. Fathi (Wash. 24893)*
16 Amy Fettig (D.C. 484883)**
   **ACLU NATIONAL PRISON**
17 **PROJECT**
   915 15th Street N.W., 7th Floor
18 Washington, D.C. 20005
   Telephone: (202) 548-6603
19 Email:   dfathi@npp-aclu.org
            afettig@npp-aclu.org
20
   *Admitted *pro hac vice*.  Not admitted
21  in DC; practice limited to federal
    courts.
22 **Admitted *pro hac vice*

23

24

25

26

27

28

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
| | David C. Kiernan (Cal. 215335)* |
| 2 | Sophia Calderón (Cal. 278315)* |
| | Sarah Rauh (Cal. 283742)* |
| 3 | **JONES DAY** |
| | 555 California Street, 26th Floor |
| 4 | San Francisco, California 94104 |
| | Telephone: (415) 875-5712 |
| 5 | Email: cnmitchell@jonesday.com |
| | dkiernan@jonesday.com |
| 6 | scalderon@jonesday.com |
| | srauh@jonesday.com |
| 7 | |
| | *Admitted *pro hac vice* |
| 8 | |
| | R. Scott Medsker (D.C. 976405)* |
| 9 | **JONES DAY** |
| | 51 Louisiana Avenue, NW |
| 10 | Washington, D.C. 20001-2113 |
| | Telephone: (202) 879-3837 |
| 11 | Email: rsmedsker@jonesday.com |
| 12 | *Admitted *pro hac vice* |
| 13 | John Laurens Wilkes (Tex. 24053548)* |
| | **JONES DAY** |
| 14 | 717 Texas Street |
| | Houston, Texas 77002 |
| 15 | Telephone: (832) 239-3939 |
| | Email: jlwilkes@jonesday.com |
| 16 | |
| | *Admitted *pro hac vice* |
| 17 | |
| | Kamilla Mamedova (N.Y. 4661104)* |
| 18 | Jennifer K. Messina (N.Y. 4912440)* |
| | **JONES DAY** |
| 19 | 222 East 41 Street |
| | New York, New York 10017 |
| 20 | Telephone: (212) 326-3498 |
| | Email: kmamedova@jonesday.com |
| 21 | jkmessina@jonesday.com |
| 22 | *Admitted *pro hac vice* |
| 23 | *Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*


Jennifer Alewelt
Asim Varma
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

☒ I hereby certify that on September 20, 2012, I served the attached document by email on the attorneys for third party Wexford Health Sources – Brandi Blair of Jones Skelton & Hochuli at BBlair@jshfirm.com.

/s/ Delana Freouf