# EXHIBIT 1

**ARIZONA DEPARTMENT OF CORRECTIONS**

Authorization To Disclose Copies or
Provide Information from Medical Records

| Inmate Name (Last, First M.I.) | ADC Number | Date of Birth |
|---|---|---|
| Social Security Number | Release Date | Facility Released From |

Name of Company(s) or Individual(s) authorized to receive information:

| | |
|---|---|
| Name _____ | Name _____ |
| Address _____ | Address _____ |
| City and State _____ Zip _____ | City and State _____ Zip _____ |
| Phone No. _____ Fax No. _____ | Phone No. _____ Fax No. _____ |
| If Family Member - Relationship _____ | If Family Member - Relationship _____ |

THIS SECTION **MUST** BE FILLED OUT

The undersigned hereby authorizes the Arizona Department of Corrections to provide the above named individual or company with:
- [ ] **Copies of the following documents**
- [ ] **Verbally provide Medical / treatment information**

- [ ] Medical and Physical History
- [ ] X-Ray Reports
- [ ] Dental Records
- [ ] Communicable Disease Reports
- [ ] Medication Records
- [ ] HIV Results
- [ ] Entire Medical Record

- [ ] Lab Reports
- [ ] Mental Health Evaluations
- [ ] Treatment Plans
- [ ] Progress Notes
- [ ] Other (Be specific) _____
- [ ] Previous Records* (be specific) _____

Records of the period from _____ to _____, if dates or details are not provided, copies of records may be limited to 6 months.

This form must provide all information and have a witness to the signature to be valid. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken to comply with request. Without my express written revocation, this authorization will automatically <u>expire 6 months</u> from date of signature if expiration is not completed.

Effective Date _____   Expiration Date _____

It is understood that copies of records will be provided to the designated individual or company only upon payment of **50** cents for each page reproduced, with exception for copies used for continuity of care or DES.

* **I understand that "previous records" may include any records of mental health, alcohol or drug abuse treatment, or HIV tests results that ADC may have received from non-ADC providers.**

I understand that these records are protected by various Federal and State laws or regulations, and cannot be disclosed without my written consent unless otherwise provided in the laws or regulations. I hereby release the parties named above from all legal liability that may arise from the release of information requested.

| X Inmate's Signature | Date X |
|---|---|
| X Witness' Signature (Required - Non-Inmate / Non-Family) | Date X |

Please submit completed form (both copies) to:   Arizona Department of Corrections
**ATTN:**   Health Services Division - MC 940
**MEDICAL RECORDS:**   1601 W. Jefferson
Phoenix, AZ 85007

**CAROL PEARSON**
**FAX: 602-364-2954**
**PH: 602-364-2941**

Distribution: Medical Record Chart

1104-2
2/8/08