IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., ) | No. CV 12-00601-PHX-NVW |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| Charles L. Ryan, et al., ) | |
| Defendants. ) | |

Before the Court is the Joint Statement (Doc. 136), which the Court treats as a motion to compel discovery by Plaintiffs.

IT IS ORDERED that the Joint Statement (Doc. 136), treated as a motion to compel discovery, is granted and the discovery ordered.

DATED this 20th day of September, 2012.

_____
Neil V. Wake
United States District Judge