Jennifer A. Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
ARIZONA CENTER FOR DISABILITY LAW
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
(602) 274-6287
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org
*Attorneys for Plaintiff*
*Arizona Center for Disability Law*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VICTOR ANTONIO PARSONS, et al., | No. 2:12-CV-00601-NVW |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| CHARLES RYAN, et al., | Hon. Neil V. Wake |
| Defendants. | |

Sarah Kader of the Arizona Center for Disability Law hereby enters her appearance as co-counsel of record on behalf of Plaintiff Arizona Center for Disability Law. Ms. Kader's contact information is as follows:

Sarah Kader
Arizona Center for Disability Law
5025 E. Washington Street, Suite 202
Phoenix, AZ 85034
Telephone: 602-274-6287
Email: skader@azdisabilitylaw.org

Please add Ms. Kader to the Court's ECF notice service list.

Respectfully submitted this 21st day of September, 2012.

                    ARIZONA CENTER FOR DISABILITY LAW

                    /s/ *Sarah Kader*
                    Jennifer A. Alewelt
                    Asim Varma
                    Sarah Kader
                    *Attorneys for Plaintiff Arizona Center for Disability Law*

**CERTIFICATE OF FILING AND SERVICE**

I certify that on this 21st day of September, 2012, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this action:

Arizona Attorney General Thomas Horne
Office of the Attorney General
Michael Gottfried:   Michael.Gottfried@azag.gov

and

| | |
|---|---|
| Tim Bojanowski : | TBojanowski@swlfirm.com |
| Dan Struck: | DStruck@swlfirm.com |
| Kathy Wieneke: | KWieneke@swlfirm.com |
| Nicholas Daniel Acedo: | NAcedo@swlfirm.com |
| Courtney Rachel Cloman: | ccloman@swlfirm.com |
| Ashlee B. Fletcher: | afletcher@swlfirm.com |
| Anne M. Orcutt | aorcutt@swlfirm.com |

STRUCK WEINEKE & LOVE, P.L.C.
*Attorneys for Defendants*

| | |
|---|---|
| Caroline N. Mitchell: | cnmitchell@jonesday.com |
| Sophia Calderon: | scalderon@jonesday.com |
| Ilham A. Hosseini: | ihosseini@jonesday.com |
| Sarah Rauh: | srauh@jonesday.com |
| David C. Kiernan | dkiernan@jonesday.com |
| R. Scott Medsker | rsmedsker@jonesday.com |

JONES DAY

| | |
|---|---|
| Daniel Joseph Pochoda: | dpochoda@acluaz.org |
| James Duff Lyall: | jlyall@acluaz.org |
| Kelly Joyce Flood: | kflood@acluaz.org |

ACLU FOUNDATION OF ARIZONA

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com |
| Donald Specter: | dspecter@prisonlaw.com |
| Sarah Norman: | snorman@prisonlaw.com |

PRISON LAW OFFICE

1  Amy Fettig:                      afettig@npp-aclu.org
   David Cyrus Fathi:            dfathi@npp-aclu.org
2  ACLU NATIONAL PRISON PROJECT

3  Daniel Clayton Barr:         DBarr@perkinscoie.com
   James Anthony Ahlers:     jahlers@perkinscoie.com
4  Jill Louise Ripke:               jripke@perkinscoie.com
   John Howard Gray:           jhgray@perkinscoie.com
5  Kirstin T. Eidenbach:        keidenbach@perkinscoie.com
6  Matthew Benjamin du Mee mdumee@perkinscoie.com
   Thomas Dean Ryerson:     tryerson@perkinscoie.com
7  PERKINS COIE LLP

8

9  /s/ *Janet Clarke*