IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV 12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has entered a Protective Order (Doc. 140) that resolves the disputes stated in the Joint Motion Regarding Discovery Dispute Relating to Protective Order (Doc. 121). If recurring problems arise in the administration of the Protective Order, any party may seek to modify the Protective Order in light of actual experience.

IT IS THEREFORE ORDERED that the Joint Motion Regarding Discovery Dispute Relating to Protective Order (Doc. 121) is decided in accordance with the terms of the Protective Order (Doc. 140).

DATED this 24th day of September, 2012.

_____
Neil V. Wake
United States District Judge