1  Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Assistant Attorney General
3  1275 W. Washington Street
   Phoenix, Arizona 85007-2926
4  Telephone: (602) 542-4951
   Fax: (602) 542-7670
5  Michael.Gottfried@azag.gov

6  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
7  Timothy J. Bojanowski, Bar No. 22126
   Nicholas D. Acedo, Bar No. 021644
8  Courtney R. Cloman, Bar No. 023155
   Ashlee B. Fletcher, Bar No. 028874
9  Anne M. Orcutt, Bar No. 029387
   STRUCK WIENEKE & LOVE, P.L.C.
10 3100 West Ray Road, Suite 300
   Chandler, Arizona  85226
11 Telephone:  (480) 420-1600
   Fax:  (480) 420-1696
12 dstruck@swlfirm.com
   kwieneke@swlfirm.com
13 tbojanowski@swlfirm.com
   nacedo@swlfirm.com
14 ccloman@swlfirm.com
   afletcher@swlfirm.com
15 aorcutt@swlfirm.com

16 *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-NVW <br><br> **NOTICE OF SERVICE OF DEFENDANT CHARLES RYAN'S ANSWERS TO PLAINTIFF DUSTIN BRISLAN'S REQUEST FOR ADMISSIONS (1-78) AND INTERROGATORIES (1-2)** |

NOTICE IS HEREBY GIVEN that Defendant Charles Ryan has this date served upon Plaintiffs' counsel the discovery papers listed below, by emailing same to all counsel of record at the email addresses listed below.

1. Defendant Charles Ryan's Answers to Plaintiff Dustin Brislan's First Set of Requests For Admission (1-78) and Interrogatories (1-2).

DATED this 24th day of September 2012.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/Anne M. Orcutt
Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Anthony Ahlers: | jahlers@perkinscoie.com; docketphx@perkinscoie.com; jroe@perkinscoie.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Jill Louise Ripke: | jripke@perkinscoie.com; jgable@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| Sara Norman: | snorman@prisonlaw.com |
| Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |

| | | |
|---|---|---|
| 1 | Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com |
| 2 | | |
| 3 | Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| 4 | | |
| 5 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 6 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 7 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 8 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 9 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 10 | Jennifer K Messina: | jkmessina@jonesday.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/*Kim Penny*
2691604