# United States District Court
## District of Arizona

|  |  |
|---|---|
| Parson,<br>　　Petitioner,<br><br>V.<br><br>Charles L. Ryan et.al;<br>　　Respondents, | Case No. 2:12-cv-00601-NVW.<br><br>Motion<br><br>Amicus Curiae |

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE  5.4, G.O. 12-15
(Rule Number/Section)

Now comes petitioner James Gilpin to request permission to address the court as Amicus Curiae, a friend of the court. I am acting as a person and not a party. I only wish to contribute information to the courts attention on the basis that it might help in determining a proper decision (for the sake of Justice).

Greetings, my name is James Gilpin and I have been incarcerated for the past twenty-eight straight years of my life in the Arizona Department of Corrections. Under this incarceration I have been classified as SMI which translates to Seriously Mentally Ill from what I've been told. I have also been called what they term as a "higher functioning" inmate as opposed to the other extreme "Lower functioning."
The reason that I am penning this contribution is because it is

2166

for the Good of All and because of the fact of 28 straight years I have observed alot concerning what is provided and Not provided concerning medical and Mental Health. On the radio, there's an Advertisement for N.A.M.I., that says that 1 out of 4 families has a member that is mentally ill. And I'm sure that the ratio for the Prison Population is a closer margin. The Arizona Dept. of Corrections only has three Mental Health Facilities for the whole state and its held to that Number since the beginning of my incarceration.

1. Baker Ward located at the Alhambra Reception Center. It is a temporary, transient station. You're only there until they define you as stable and the they push you out.

2. Flemenco Also located on the site of the Reception Center. This is a very small unit but they do let you stay awhile longer. I know some first hand stories about this place. I was there when they claim that an inmate assaulted a Nurse. I saw some things on the night that this incident was supposed to occur and I also observed the investigation that took place. I guarantee you and promise you that I gave it more thought than the poor investigation that took place and how they treated those inmates on King Ward. They didn't even have a clue to what was going on. They came in Afterwards and threw on about six locks on every door after that. I still to this day believe that it was a stunt for to file a lawsuit. Those clocks had been like that for over twenty-years.

3. Aspen located in Phoenix. This is actually a nice yard, very clean with good staff. Too bad they don't have more Mental Health Yards like this place. (This would be your model) They have jobs, Groups, REC Activities, And an excellent education program at the school. A qualified Mental Health staff Member would be Kathy

Lesko. She's been with the Program for many years. The only thing that I haven't mentioned yet is that all three of these yards are mostly inclined to only accept General Population inmates. Another thing that I forgot to mention about Flemenco is that it is <u>infested</u> with mice. I hope that Nobody catch's Hunter's Disease.

As for Medical thats always been a scarey thing to face in here. (Hope that you never need it). When I first came down and was at Central Unit. There was a guy in the next cell. Who had a hemorroid operation. He had 87 stiches and the doctor had prescribed pain medication that they withheld from him. I use to hear him begging the Nurse, and I'd listen to his pain and suffering. His name was Curtis Small. I had a friend Tom Brown who went for Foot surgery. His foot got infected and he kept telling the Nurse that he had gangrene, to No Avail. The only thing that saved him was that the Doctor had him returned for a follow-up. The doctor exclaimed "You've got gangrene why didn't you tell the Nurse!" Its outrageous I know. I Actually saw them let this guy die at Winchester unit his name was Tom, I don't know his last name but he was sick for awhile and they refused him treatment right up until he died. This was in building eight. The night that he finally fell down dead in the rest room. They had made us all go to the Pod next door while they extracted the body. The sad truth is that they value money more than humanity. One time at Winchester they yard received 70 extra inmates to the population. Instead of adding more ingredients to the meal the white shirt in the kitchen just wanted to add water. The kitchen workers refused and told on her. Its a crying shame. That Person should be locked up. We barely get fed as it is,

but she gets a bonus by how much that she can save at our expense. Wheres your conscious, I took your food but gave you water instead?

To be honest, I really don't see how this system can be fixed. Its been neglected too long and the die has been cast and set. Its all about greed, deliberate ~~smtel~~ indifference, and they would rather brutally abuse you then treat you as a member of the human race. They don't have qualified medical staff, They don't have direct supervision of staff by supervisors to make sure employees are following LAW and Policy. In here, if you are a prisoner anybody can do whatever they want to you unchecked. They don't follow LAW or Policy except when its in their favor. And if you try to speak up for your rights, you put yourself at extreme risk for abuse and retaliation.

How could you not deteriorate in an enviroment like that. Its very depressing.   Speaking for myself only, I've tried to do whatever I could to make myself a better person. I came in with an eighth grade education. I got my G.E.D. plus completed a two part college course. I've taken all kinds of life skills groups. And now I do spiritual correspondence courses, Its Hope, and its how I occupy my mind and time. I've come to the conclusion that seeking spiritual knowledge and evolution is the only noble cause worth pursuing. I've only got about two years left on my sentence. Plus I have a writ of Habeas thats been pending for over 430 days. Its been real ugly in here and it can be real brutal and challenging for the mentally ill

And its been by the grace of God that I've come this far. This suit that is before you, I don't think that this evil can be subdued. Look at the following listed below, its too enormous, and the greed that it feeds on has effected or infected too many people. And the Private Industry has pretty much sealed the Monopoly on what trend is going to rule. Its called us at the expense of others.    Wexford the company that provides Health Care for the State Prison System was Awarded a three year, $349 million contract.  Theres too much corruption involved for Justice to prevail. The amount of money involved, the bribes, kickbacks, look at all the politicians involved that have interest in the private Industry. All of them are Above and beyond the Law.

Florida-Based GEO Group [Global Expertise in outsourceing Group] GEO has seven registered lobbyist in Arizona. Lobbyist associated with GEO gave campaign contributions to House Speaker Andy Tobin and State Rep. John Kavanagh. The contributions came from sources associated with Arizona-based consulting firm Public Policy Partners (PPP).

Management & Training Corp. (MTC) Former Director Terry Stewart and Assistant director Carl Nink are affliated here.

Corrections Corporation of America (C.C.A.), Former Arizona U.S. Senator Dennis DeConcini and Janet Brewer's crew are associated with this corporation.

I haven't even mentioned beefore, most of the people high up in the system have a financial interest in the Private Industry and the way things are. As you know already I'm sure, that most of

Case 2:12-cv-00601-ROS   Document 146   Filed 09/26/12   Page 6 of 6

6 of 6

these company's operations are ran by incentive schemes that reward staff for providing less to prisoners.

With all due respect and this is not mean't as a taunt but, how could you ever over-come that much evil, wide-spread greed and corruption?
How could any of us make the world a better place to live in? When this is allowed to survive?

Sadly, I think that its too late and I don't see a solution. Irregardless, I've spoken my mind and I don't have any reason to lie about any of this. This letter was written under good faith and honesty and submitted under the risk of prosecution for any perjured statements

Respectfully Submitted this 25 day of September 2012

James Gilpin

x ____James Gilpin____

Arizona State Prison
James Gilpin #56752
Meadows CDU, B-216
P.O. Box 3300
Florence, AZ
    85132