IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>  Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

Before the Court is the Motion to file an Amicus Curiae brief (Doc. 146) of James Gilpin, a prisoner in the Arizona Department of Corrections. If a class is certified, counsel for the class will adequately speak for members of the class, including Mr. Gilpin. The information Mr. Gilpin wishes to offer can be submitted to class counsel and is not appropriate for an amicus curiae brief.

IT IS THEREFORE ORDERED that the Motion to file an Amicus Curia brief (Doc. 146) of James Gilpin is denied.

DATED this 27th day of September, 2012.

_____
Neil V. Wake
United States District Judge