Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)
*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
       avarma@azdisabilitylaw.org
       skader@azdisabilitylaw.org
*Attorneys for Plaintiff Arizona Center for Disability Law*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **FIRST JOINT NOTICE OF DISCOVERY DISPUTE** |

78204-0001/LEGAL24775172.1

Pursuant to the process outlined at the Case Management Conference, the parties submit this disputed matter for further instruction from the Court.

**Disputed Issue:** Whether Defendants must produce death records to Plaintiffs.

On June 15, 2012, Prisoner Plaintiffs sought production of death records for the purposes of class certification. This request included all medical file documents relating to prisoners who died since January 1, 2011. Defendants refuse to produce these documents, unless Plaintiffs obtain the notarized consent of decedents' next of kin, whose identities are often unknown to Plaintiffs. Defendants invoke the Health Insurance Portability and Accountability Act (HIPAA), 45 C.F.R. § 164, and Ariz. Rev. Stat. § 12-2294. At a meet and confer on the issue on September 10, 2012, Defendants refused to agree that they would produce these records even after this Court issues a valid protective order.

**Plaintiffs' Position**:

Plaintiffs request the Court order Defendants to produce the death records. Even if HIPAA applies (*but see* Ex. A, ADC Health Services Technical Manual, Ch. 8, § 2.2 (ADC admits it is not covered by "many" HIPAA provisions)), the regulations require disclosure during litigation when a party has made a request for a protective order, or upon a court's order. 45 C.F.R. § 164.512(e)(1)(i)-(ii)(B). The state law Defendants cite similarly permits such disclosure subject to a protective order. A.R.S. § 12-2294(A). Moreover, the federal interest in vindicating civil rights outweighs state law privacy rights, especially when a protective order limits disclosure. *See Agster v. Maricopa County*, 422 F.3d 836, 839 (9th Cir. 2005); *Breed v. U.S. Dist. Ct. for Northern Dist. of California*, 542 F.2d 1114, 1115 (9th Cir. 1976). In *Agster*, the Ninth Circuit noted that when a prisoner dies in custody from alleged medical neglect it is "peculiarly important" that the care be subject to public scrutiny. 422 F.3d at 839; *see also Breed*, 542 F.2d at 1115-1116 (affirming order directing disclosure of incarcerated minors' files and identifying information in civil rights actions). Plaintiffs contend several prisoners have already died from Defendants' deliberate indifference (Complaint ¶¶ 39, 40, 59, 66, 82,

1  100), and 40 prisoners, many of them young, have died since the litigation began. These
2  death records are essential to determine whether Defendants' inadequate health care
3  results in the ultimate harm. Defendants refuse to confirm that the protective order to be
4  issued by this Court is a "qualified" protective order.

**Defendants' Position**:

Defendants will produce those portions of records of deceased inmates that do not contain confidential information now that a Protective Order is in place. However, to the extent the records contain confidential information regarding the deceased inmates' medical records or reference to their medical records, Defendants will produce those portions upon the issuance of a qualified protective order and Court Order or authorizations for release. Simply requesting that a "valid protective order" be issued is insufficient. The protective order must be qualified pursuant to HIPAA, 45 C.F.R. § 164.512. Defendants explained this position to Plaintiffs at the meet-and-confer and agreed that HIPAA permitted the release of the records of deceased inmates upon issuance of a qualified protective order that meets the definition of the federal regulations and if all other requirements of the regulations have been met. However, Defendants are not only bound by HIPAA but are also bound by Ariz. Rev. Stat. § 12-2294, which provides specific provisions for the release of a deceased inmate's records. Absent a Court Order or authorizations permitting release, Defendants cannot provide the records in their entirety with confidential information included as they will be subject to liability in separate actions for violating the state statute.

. . .
. . .
. . .
. . .
. . .
. . .
. . .

Dated this 27th day of September, 2012.

| | |
|---|---|
| **PERKINS COIE LLP** | **ARIZONA CENTER FOR DISABILITY LAW** |
| By:   /s/ Kirstin T. Eidenbach<br>    Daniel C. Barr (Bar No. 010149)<br>    Jill L. Ripke (Bar No. 024837)<br>    James A. Ahlers (Bar No. 026660)<br>    Kirstin T. Eidenbach (Bar No. 027341)<br>    John H. Gray (Bar No. 028107)<br>    Thomas D. Ryerson (Bar No. 028073)<br>    Matthew B. du Mée (Bar No. 028468)<br>    2901 N. Central Avenue, Suite 2000<br>    Phoenix, Arizona 85012<br>    Telephone: (602) 351-8000<br>    Email:   dbarr@perkinscoie.com<br>         rjipke@perkinscoie.com<br>         jahlers@perkinscoie.com<br>         keidenbach@perkinscoie.com<br>         jhgray@perkinscoie.com<br>         tryerson@perkinscoie.com<br>         mdumee@perkinscoie.com | By:  /s/ Jennifer Alewelt<br>    Jennifer Alewelt<br>    Asim Varma<br>    Sarah Kader<br>    5025 East Washington Street<br>    Suite 202<br>    Phoenix, Arizona 85034<br>    Telephone: (602) 274-6287<br>    Email:<br>        jalewelt@azdisabilitylaw.org<br>             avarma@azdisabilitylaw.org<br>             skader@azdisabilitylaw.org<br><br>*Attorneys for Plaintiff Arizona Center for Disability Law* |
| Daniel Pochoda (Bar No. 021979)<br>Kelly J. Flood (Bar No. 019772)<br>James Duff Lyall (Bar No. 330045)*<br>**ACLU FOUNDATION OF ARIZONA**<br>3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013<br>Telephone: (602) 650-1854<br>Email:   dpochoda@acluaz.org<br>         kflood@acluaz.org<br>         jlyall@acluaz.org<br><br>*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)<br><br>Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)*<br>Sara Norman (Cal. 189536)*<br>Corene Kendrick (Cal. 226642)*<br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Email:   dspecter@prisonlaw.com<br>         ahardy@prisonlaw.com<br>         snorman@prisonlaw.com<br>         ckendrick@prisonlaw.com<br><br>*Admitted *pro hac vice* | **STRUCK WIENEKE, & LOVE, P.L.C.**<br><br>By:   /s/ Courtney Cloman<br>    Daniel P. Strunk<br>    Kathleen L. Wieneke<br>    Timothy J. Bojanowski<br>    Rachel Love<br>    Nicholas D. Acedo<br>    Courtney R. Cloman<br>    Ashlee B. Fletcher<br>    Anne Orcutt<br>    3100 West Ray Road, Suite 300<br>    Chandler, Arizona 85226<br><br>Arizona Attorney General Thomas C. Home<br>Office of the Attorney General<br>    Michael E. Gottfried<br>    Assistant Attorney General<br>    1275 W. Washington Street<br>    Phoenix, Arizona 85007-2926<br><br>*Attorneys for Defendants* |

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
 afettig@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
 dkiernan@jonesday.com
 scalderon@jonesday.com
 srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3837
Email: rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | Kamilla Mamedova (N.Y. 4661104)* |
| | Jennifer K. Messina (N.Y. 4912440)* |
| 2 | **JONES DAY** |
| | 222 East 41 Street |
| 3 | New York, New York 10017 |
| | Telephone: (212) 326-3498 |
| 4 | Email:   kmamedova@jonesday.com |
| | jkmessina@jonesday.com |
| 5 | |
| | *Admitted *pro hac vice* |
| 6 | |

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATION OF ATTEMPT TO RESOLVE THE DISCOVERY DISPUTE**

The parties certify that we have made sincere efforts as required by L.R.Civ. 7.2(j) to personally consult and resolve the disputed matter described herein. The parties have reached an impasse.

 */s/ Donald Specter*
Donald Specter
*Attorney for Prisoner Plaintiffs*


 */s/ Jennifer Alewelt*
Jennifer Alewelt
*Attorney for Plaintiff Arizona Center for Disability Law*


 */s/ Courtney R. Cloman*
Courtney R. Cloman
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

/s/ Delana Freouf