# Exhibit A

# HEALTH SERVICES TECHNICAL MANUAL

Division Director
Dr. Michael Adu-Tutu

1 January 2010

| | HIPAA Ruling | OPR:<br>Medical Records Program<br>Manager |
|---|---|---|
| Arizona Department of Corrections | | Auth: cp |
| Health Services Technical Manual | HSTM<br>Chapter:8<br>Section: 2.2. | Supercedes:<br>Effective:<br>January 1, 2010 |

**PURPOSE**
To educate the HSD staff regarding the impact of the Federal Health Insurance Portability and Accountability Act requirements, and the proper authorities surrounding use and release of information.

**POLICY:**
1.0    The first comprehensive set of Federal Regulations of Health Information, the Privacy Rule under the Health Insurance Portability and Accountability Act of 1996 (HIPAA), came into effect in April 2003.

2.0.    The Arizona Department of Corrections is a non-covered entity and therefore not subject to many of the privacy requirements of HIPAA.  (45 CFR Parts 160 and 164).  Under the Privacy Rule, protected health information (PHI) is defined very broadly.  PHI included individually identifiable health information related to the past, present or future physical or mental health or condition, the provision of healthcare to an individual.

3.0.    HIPAA section 164.512 (k) (5) Uses and discloses for which consent, an authorization, or opportunity to agree or object is not required.  Correctional institutions and other law enforcement custodial situations. (1) Permitted disclosures.  A covered entity may disclose to a correctional institution having lawful custody of an inmate, protected health information (PHI) about such inmate, if the correctional institution represents that such health information is necessary for the provision of care.