Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
       avarma@azdisabilitylaw.org
       skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **SECOND JOINT NOTICE OF DISCOVERY DISPUTE** |

78204-0001/LEGAL24775291.1

Pursuant to the process outlined at the Case Management Conference, the parties submit this disputed matter for further instruction from the Court.

**Disputed Issue:** Production of witnesses in response to Plaintiffs' multiple Notices of 30(b)(6) depositions.

**Plaintiffs' Position**:

Defendants have thus far failed to produce witnesses qualified to testify to the topics noticed. Plaintiffs have made multiple, direct requests to Defendants confirm noticed dates and topics, and to request any change of date, at least 14 days prior to the scheduled deposition, to allow out-of-state counsel to minimize travel expenses. [Ex. A, Email of K. Eidenbach, Sept. 5, 2012; Ex. B, Letter from C. Kendrick to Counsel for Defendants, Sept. 20, 2012] Defendants have failed to do so.

Prisoner Plaintiffs filed a 30(b)(6) deposition notice (Dkt. No. 44) on July 3, 2012. Plaintiffs filed five 30(b)(6) notices on August 9-15, 2012 (Dkt. Nos. 76, 78, 80, 81, 82) and on August 24, 2012 (Dkt. No. 98) for depositions on September 13, 19, 24, and 27, and October 1, 2 and 3.

At the August 21 depositions, two of ADC's three witnesses said they were unqualified to testify on designated topics (Ex. C, Tr. of C. Pearson at 12:8-14:7; Ex. D, Tr. of R. Lee at 10:18-11:4); all three testified they did nothing other than speak with counsel to prepare. [Ex. C, Tr. of C. Pearson at 12:14-17; Ex. D, Tr. of R. Lee at 9:9-23, 11:17-22; Ex. E, Tr. of C. Czarsty at 12:13-13:12] For the deposition noticed on August 9, 2012 (Dkt. No. 76) and scheduled for September 13, 2012, Defendants failed to designate a witness for five topics, or check the witness's availability until two days prior to the scheduled deposition; Defendants then failed to produce him at the deposition, claiming he had a scheduling conflict. At the September 19 deposition (Dkt. 78), the designated witness Dr. Rowe testified that he worked less than half time and had very limited responsibilities for health care and that for the most part he was charged with reviewing charts and answering questions from the health care director and others regarding clinical issues specific to individual patients. In addition, Dr. Rowe, whom

78204-0001/LEGAL24775291.1

1 Defendants designated to cover multiple topics, did nothing to prepare for the deposition
2 besides having a three to four hour conversation with counsel and reviewing a few
3 policies. [Ex. F, Tr. of R. Rowe at 17:10-25; 19:13-20:19]

4 Plaintiffs request that the Court order Defendants to comply with their obligations under Rule 30(b)(6) to produce knowledgeable witnesses prepared to testify as to matters known or reasonably available to ADC on their designated topics, and to confirm all witnesses at least 14 days prior to the deposition date, to minimize expenses.

**Defendants' Position**:

First and foremost, Plaintiffs' Notices of 30(b)(6) Depositions are abusive and will be addressed in a separate statement of dispute. Notwithstanding that issue, Plaintiffs mischaracterize the level of preparation of the deponents and the scope of their ability to testify. Further, at the meet-and-confer on this issue, Defendants requested that Plaintiffs provide them with the areas where the testimony was deficient so that Defendants could better understand and prepare an adequate response or provide a remedy, if appropriate. Plaintiffs failed to do this with the exception of one witness and in response, Defendants have agreed to produce an individual responsive to those topics not covered in the initial deposition. As such, no discovery dispute exists. Moreover, Plaintiffs were able to obtain the information sought from other deposed witnesses but believe they should be entitled to another deposition, without leave of Court, to cover information already provided.

The issue of the September 13, 2012, which was originally intended to be that of Richard Pratt deposition has not been the subject of a meet-and-confer as required by the Court. Thus, it is not ripe for presentation to the Court as a discovery dispute. Further, Plaintiffs mischaracterize Defendants' actions in relation to the September 13, 2012 deposition. Given that Plaintiffs have served seven Notices of 30(b)(6) Depositions consisting of a total of 105 topics and 47 document requests accompanying the notices, designation of these topics is time consuming and requires diligent preparation. Defendants must not only designate individuals but ensure that those individuals can become knowledgeable on the topics requested. This endeavor takes considerable time

1  and investigation. Lastly, Defendants informed Plaintiffs of scheduling conflicts as soon
2  as they were able. While unfortunate, some of these issues are unavoidable.

3  As to Plaintiffs' positions pertaining to Dr. Rowe, Plaintiffs approached that
4  deposition asking Dr. Rowe for information that Defendants could not possibly have
5  prepared for based on the language of their overbroad and vague Notices, which do not
6  contain the required painstaking specificity of a 30(b)(6) Notice. Plaintiffs continue to
7  mischaracterize the nature of the dispute; however, as mentioned above, a separate
8  statement of dispute addressing Plaintiffs' inappropriate and abusive use of 30(b)(6)
9  Notices will be provided.

10  Dated this 27th day of September, 2012.

11  **PERKINS COIE LLP**                          **ARIZONA CENTER FOR DISABILITY LAW**

13  By:  /s/ Kirstin T. Eidenbach
        Daniel C. Barr (Bar No. 010149)       By:  /s/ Jennifer Alewelt
        Jill L. Ripke (Bar No. 024837)             Jennifer Alewelt
14      James A. Ahlers (Bar No. 026660)           Asim Varma
        Kirstin T. Eidenbach (Bar No. 027341)      Sarah Kader
15      John H. Gray (Bar No. 028107)              5025 East Washington Street
        Thomas D. Ryerson (Bar No. 028073)         Suite 202
16      Matthew B. du Mée (Bar No. 028468)         Phoenix, Arizona 85034
        2901 N. Central Avenue, Suite 2000         Telephone: (602) 274-6287
17      Phoenix, Arizona 85012                     Email:
        Telephone: (602) 351-8000                    jalewelt@azdisabilitylaw.org
18      Email:  dbarr@perkinscoie.com                avarma@azdisabilitylaw.org
                rjipke@perkinscoie.com               skader@azdisabilitylaw.org
19              jahlers@perkinscoie.com
                keidenbach@perkinscoie.com    *Attorneys for Plaintiff Arizona Center for*
20              jhgray@perkinscoie.com        *Disability Law*
                tryerson@perkinscoie.com
21              mdumee@perkinscoie.com

| | | |
|---|---|---|
| 1 | Daniel Pochoda (Bar No. 021979)<br>Kelly J. Flood (Bar No. 019772) | **STRUCK WIENEKE, & LOVE, P.L.C.** |
| 2 | James Duff Lyall (Bar No. 330045)*<br>**ACLU FOUNDATION OF** | By:  /s/ Courtney Cloman |
| 3 | **ARIZONA**<br>3707 North 7th Street, Suite 235 | Daniel P. Strunk<br>Kathleen L. Wieneke |
| 4 | Phoenix, Arizona 85013<br>Telephone: (602) 650-1854 | Timothy J. Bojanowski<br>Rachel Love |
| 5 | Email:  dpochoda@acluaz.org<br>kflood@acluaz.org | Nicholas D. Acedo<br>Courtney R. Cloman |
| 6 | jlyall@acluaz.org | Ashlee B. Fletcher<br>Anne Orcutt |
| 7 | *Admitted pursuant to Ariz. Sup. Ct.<br>R. 38(f) | 3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226 |
| 8 | | |
| 9 | Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)* | Arizona Attorney General Thomas C.<br>Home |
| 10 | Sara Norman (Cal. 189536)*<br>Corene Kendrick (Cal. 226642)* | Office of the Attorney General<br>Michael E. Gottfried |
| 11 | **PRISON LAW OFFICE**<br>1917 Fifth Street | Assistant Attorney General<br>1275 W. Washington Street |
| 12 | Berkeley, California 94710<br>Telephone: (510) 280-2621 | Phoenix, Arizona 85007-2926 |
| 13 | Email:  dspecter@prisonlaw.com<br>ahardy@prisonlaw.com | *Attorneys for Defendants* |
| 14 | snorman@prisonlaw.com<br>ckendrick@prisonlaw.com | |
| 15 | *Admitted *pro hac vice* | |
| 16 | David C. Fathi (Wash. 24893)* | |
| 17 | Amy Fettig (D.C. 484883)**<br>**ACLU NATIONAL PRISON** | |
| 18 | **PROJECT**<br>915 15th Street N.W., 7th Floor | |
| 19 | Washington, D.C. 20005<br>Telephone: (202) 548-6603 | |
| 20 | Email:  dfathi@npp-aclu.org<br>afettig@npp-aclu.org | |
| 21 | *Admitted *pro hac vice*.  Not admitted | |
| 22 | in DC; practice limited to federal<br>courts. | |
| 23 | **Admitted *pro hac vice* | |

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
  dkiernan@jonesday.com
  scalderon@jonesday.com
  srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3837
Email: rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: kmamedova@jonesday.com
  jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATION OF ATTEMPT TO RESOLVE THE DISCOVERY DISPUTE**

The parties certify that we have made sincere efforts as required by L.R.Civ. 7.2(j) to personally consult and resolve the disputed matter described herein. The parties have reached an impasse.

       */s/ Donald Specter*
       Donald Specter
       *Attorney for Prisoner Plaintiffs*


       */s/ Courtney R. Cloman*
       Courtney R. Cloman
       *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

    /s/ Delana Freouf