1  Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Assistant Attorney General
3  1275 W. Washington Street
   Phoenix, Arizona 85007-2926
4  Telephone: (602) 542-4951
   Fax: (602) 542-7670
5  Michael.Gottfried@azag.gov

6  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
7  Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 22126
8  Nicholas D. Acedo, Bar No. 021644
   Courtney R. Cloman, Bar No. 023155
9  Ashlee B. Fletcher, Bar No. 028874
   Anne M. Orcutt, Bar No. 029387
10 STRUCK WIENEKE, & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
11 Chandler, Arizona  85226
   Telephone:  (480) 420-1600
12 Fax:  (480) 420-1696
   dstruck@swlfirm.com
13 kwieneke@swlfirm.com
   rlove@swlfirm.com
14 tbojanowski@swlfirm.com
   nacedo@swlfirm.com
15 ccloman@swlfirm.com
   afletcher@swlfirm.com
16 aorcutt@swlfirm.com
   *Attorneys for Defendants*

17              **UNITED STATES DISTRICT COURT**
18                    **DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-NVW  **NOTICE OF SERVICE OF DEFENDANTS' SECOND SUPPLEMENTAL RESPONSE AND OBJECTIONS TO PLAINTIFFS' NOTICE OF 30(b)(6) DEPOSITION DUCES TECUM (DOC. # 80)** |
| Plaintiffs, | |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Defendants have this date served upon Plaintiffs' counsel the discovery papers listed below, by emailing same to all counsel of record at the email addresses listed below.

1. Defendants' Second Supplemental Response and Objections to Plaintiffs' Notice of 30(b)(6) Deposition Duces Tecum (Doc. # 80).

DATED this 1st day of October, 2012.

                STRUCK WIENEKE, & LOVE, P.L.C.

                By /s/ *Timothy J. Bojanowski*
                  Daniel P. Struck
                  Kathleen L. Wieneke
                  Rachel Love
                  Timothy J. Bojanowski
                  Nicholas D. Acedo
                  Courtney R. Cloman
                  Ashlee B. Fletcher
                  Anne M. Orcutt
                  STRUCK WIENEKE, & LOVE, P.L.C.
                  3100 West Ray Road, Suite 300
                  Chandler, Arizona  85226

                  Arizona Attorney General Thomas C. Horne
                  Office of the Attorney General
                  Michael E. Gottfried
                  Assistant Attorney General
                  1275 W. Washington Street
                  Phoenix, Arizona 85007-2926

                  *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Anthony Ahlers: | jahlers@perkinscoie.com; docketphx@perkinscoie.com; jroe@perkinscoie.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Jill Louise Ripke: | jripke@perkinscoie.com; jgable@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| Sara Norman: | snorman@prisonlaw.com |
| Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |

| | | |
|---|---|---|
| 1 | Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com |
| 2 3 | Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| 4 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 5 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 6 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 7 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 8 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 9 | Jennifer K Messina: | jkmessina@jonesday.com |
| 10 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/*Kimberly Shadoan*