Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
       avarma@azdisabilitylaw.org
       skader@azdisabilitylaw.org
*Attorneys for Plaintiff Arizona Center for Disability Law*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **THIRD JOINT NOTICE OF DISCOVERY DISPUTE** |

78204-0001/LEGAL24803923.1

Pursuant to the process outlined at the Case Management Conference, the parties submit this disputed matter for further instruction from the Court.

**Disputed Issue:** Whether Defendants must answer questions about and provide copies of mortality reviews to Plaintiffs.

**Plaintiffs' Position**:

At the Rule 30(b)(6) deposition on September 19, 2012, of Dr. Richard Rowe, Counsel for Defendants instructed the deponent not to answer questions related to the mortality reviews that he conducts for the ADC on the basis of the state law peer review privilege. [Ex. A, Tr. of Rowe at 79:10-83:14] Dr. Rowe followed counsel's instruction and did not answer substantive questions on that topic. Plaintiffs do not agree that the mortality reviews conducted by Dr. Rowe are peer review. Even if those reviews are covered by the Arizona peer review statute, the Ninth Circuit has held that that state law privilege is not recognized in federal question cases in federal court. In a case arising out of an Arizona correctional facility, the Court specifically held that "federal law recognizes no privilege of peer review in the context of a case involving the death of a prisoner." *Agster v. Maricopa County*, 422 F.3d 836, 837 (9th Cir. 2005). The Court affirmed the Arizona district court's ruling requiring the disclosure of a mortality review conducted by jail authorities. *Id.* at 839. Accordingly, counsel's instruction to Dr. Rowe had no legal basis.

Plaintiffs request the Court order Defendants to (1) produce all mortality reviews in possession of ADC, including those conducted by Dr. Rowe, from January 1, 2010 to the present, and (2) make Dr. Rowe available for deposition to answer questions about those mortality reviews.

**Defendants' Position**:

Plaintiffs include mortality reviews in their definition of death records. This issue has already been addressed in a discovery dispute regarding death records filed with the Court on September 27, 2012. As outlined in that discovery dispute statement, in the absence of a valid release or a court order, Defendants may only produce those portions of

1  the death records, including mortality reviews, which do not contain confidential
2  information. Defendants are bound by Ariz. Rev. Stat. § 12-2294, which provides specific
3  provisions for the release of a deceased inmate's records. Absent a Court Order or
4  authorizations permitting release, Defendants cannot provide the records in their entirety
5  with confidential information included as they will be subject to liability in separate
6  actions for violating the state statute.

7  Because Plaintiffs have not raised their request that Defendants make Dr. Rowe
8  available for a second deposition during a meet-and-confer, Defendants dispute that this
9  issue is ripe for the Court's consideration.

10  Dated this 1st day of October, 2012.

11  **PERKINS COIE LLP**

**ARIZONA CENTER FOR DISABILITY LAW**

13  By: /s/ Kirstin T. Eidenbach
    Daniel C. Barr (Bar No. 010149)
    Jill L. Ripke (Bar No. 024837)
14  James A. Ahlers (Bar No. 026660)
    Kirstin T. Eidenbach (Bar No. 027341)
15  John H. Gray (Bar No. 028107)
    Thomas D. Ryerson (Bar No. 028073)
16  Matthew B. du Mée (Bar No. 028468)
    2901 N. Central Avenue, Suite 2000
17  Phoenix, Arizona 85012
    Telephone: (602) 351-8000
18  Email:  dbarr@perkinscoie.com
            rjipke@perkinscoie.com
19          jahlers@perkinscoie.com
            keidenbach@perkinscoie.com
20          jhgray@perkinscoie.com
            tryerson@perkinscoie.com
21          mdumee@perkinscoie.com

By: /s/ Jennifer Alewelt
    Jennifer Alewelt
    Asim Varma
    Sarah Kader
    5025 East Washington Street
    Suite 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email:
        jalewelt@azdisabilitylaw.org
        avarma@azdisabilitylaw.org
        skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

| | | |
|---|---|---|
| 1 | Daniel Pochoda (Bar No. 021979)<br>Kelly J. Flood (Bar No. 019772) | **STRUCK WIENEKE, & LOVE, P.L.C.** |
| 2 | James Duff Lyall (Bar No. 330045)* | |
| 3 | **ACLU FOUNDATION OF ARIZONA** | By:  /s/ Courtney Cloman<br>  Daniel P. Strunk |
| 4 | 3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013 | Kathleen L. Wieneke<br>Timothy J. Bojanowski |
| 5 | Telephone:  (602) 650-1854<br>Email:   dpochoda@acluaz.org | Rachel Love<br>Nicholas D. Acedo |
| 6 | kflood@acluaz.org<br>jlyall@acluaz.org | Courtney R. Cloman<br>Ashlee B. Fletcher |
| 7 | *Admitted pursuant to Ariz. Sup. Ct. | Anne Orcutt<br>3100 West Ray Road, Suite 300 |
| 8 | R. 38(f) | Chandler, Arizona 85226 |
| 9 | Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)* | Arizona Attorney General Thomas C. Home |
| 10 | Sara Norman (Cal. 189536)*<br>Corene Kendrick (Cal. 226642)* | Office of the Attorney General<br>  Michael E. Gottfried |
| 11 | **PRISON LAW OFFICE**<br>1917 Fifth Street | Assistant Attorney General<br>1275 W. Washington Street |
| 12 | Berkeley, California 94710<br>Telephone:  (510) 280-2621 | Phoenix, Arizona 85007-2926 |
| 13 | Email:   dspecter@prisonlaw.com<br>ahardy@prisonlaw.com | *Attorneys for Defendants* |
| 14 | snorman@prisonlaw.com<br>ckendrick@prisonlaw.com | |
| 15 | *Admitted *pro hac vice* | |
| 16 | David C. Fathi (Wash. 24893)* | |
| 17 | Amy Fettig (D.C. 484883)**<br>**ACLU NATIONAL PRISON PROJECT** | |
| 18 | 915 15th Street N.W., 7th Floor<br>Washington, D.C. 20005 | |
| 19 | Telephone:  (202) 548-6603<br>Email:   dfathi@npp-aclu.org | |
| 20 | afettig@npp-aclu.org | |
| 21 | *Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal | |
| 22 | courts.<br>**Admitted *pro hac vice* | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

78204-0001/LEGAL24803923.1          -3-

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
| | David C. Kiernan (Cal. 215335)* |
| 2 | Sophia Calderón (Cal. 278315)* |
| | Sarah Rauh (Cal. 283742)* |
| 3 | **JONES DAY** |
| | 555 California Street, 26th Floor |
| 4 | San Francisco, California 94104 |
| | Telephone: (415) 875-5712 |
| 5 | Email: cnmitchell@jonesday.com |
| | dkiernan@jonesday.com |
| 6 | scalderon@jonesday.com |
| | srauh@jonesday.com |
| 7 | |
| | *Admitted *pro hac vice* |
| 8 | |
| | R. Scott Medsker (D.C. 976405)* |
| 9 | **JONES DAY** |
| | 51 Louisiana Avenue, NW |
| 10 | Washington, D.C. 20001-2113 |
| | Telephone: (202) 879-3837 |
| 11 | Email: rsmedsker@jonesday.com |
| 12 | *Admitted *pro hac vice* |
| 13 | John Laurens Wilkes (Tex. 24053548)* |
| | **JONES DAY** |
| 14 | 717 Texas Street |
| | Houston, Texas 77002 |
| 15 | Telephone: (832) 239-3939 |
| | Email: jlwilkes@jonesday.com |
| 16 | |
| 17 | *Admitted *pro hac vice* |
| 18 | Kamilla Mamedova (N.Y. 4661104)* |
| | Jennifer K. Messina (N.Y. 4912440)* |
| 19 | **JONES DAY** |
| | 222 East 41 Street |
| 20 | New York, New York 10017 |
| | Telephone: (212) 326-3498 |
| 21 | Email: kmamedova@jonesday.com |
| | jkmessina@jonesday.com |
| 22 | *Admitted *pro hac vice* |
| 23 | *Attorneys for Plaintiffs Victor Parsons;* |
| | *Shawn Jensen; Stephen Swartz; Dustin* |
| 24 | *Brislan; Sonia Rodriguez; Christina* |
| | *Verduzco; Jackie Thomas; Jeremy Smith;* |
| 25 | *Robert Gamez; Maryanne Chisholm;* |
| | *Desiree Licci; Joseph Hefner; Joshua* |
| 26 | *Polson; and Charlotte Wells, on behalf of* |
| | *themselves and all others similarly situated* |
| 27 | |
| 28 | |

**CERTIFICATION OF ATTEMPT TO RESOLVE THE DISCOVERY DISPUTE**

Plaintiffs certify that we have made sincere efforts as required by L. R. Civ. 7.2(j) to personally consult and resolve the disputed matter described herein.  The parties discussed the issue at the deposition on September 19, 2012.  Plaintiffs wrote a letter to Defendants citing legal authority for their position on Thursday, September 20, 2012.  [Ex. B, Letter from D. Specter to K. Wieneke, Sept. 20, 2012]  Defendants refused to discuss the issue at a meet and confer held on September 24, claiming that they needed two business days' advance notice.  Plaintiffs asked to schedule another meet and confer on September 25, 2012 – when Defendants would have had two business days' advance notice – to discuss outstanding issues including this one, but Defendants refused.  [Ex. C, Email from C. Cloman to Plaintiffs' Counsel, Sept. 24, 2012]  Defendants have refused to meet and confer about this issue in a timely manner.  The parties have reached an impasse.

                               */s/ Donald Specter*
                               Donald Specter
                               *Attorney for Prisoner Plaintiffs*

Defendants request two business days' advance notice of topics to be discussed at meet-and-confers so that counsel for Defendants may adequately research the topics and conduct strategy discussions with their clients prior to the meeting.  Despite this, Plaintiffs continually attempt to add numerous topics at the last minute.  Defendants were unable to meet on September 25 because all available counsel who can make decisions on behalf of the client were unavailable on such short notice.  Plaintiffs not only mischaracterize the meet-and-confer process but their demands regarding meet-and-confers are unnecessary, unreasonable and needlessly complicate the process

                               */s/ Courtney R. Cloman*
                               Courtney R. Cloman
                               *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

　　　　　　　　　　　　/s/ Delana Freouf