Daniel J. Pochoda (SBA 021979)
Kelly J. Flood (SBA 019772)
James Duff Lyall (SBA 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 N. 7th Street, Suite 235
Phoenix, AZ  85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
        kflood@acluaz.org
        jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)*

*Attorneys for Plaintiffs Victor Parsons, Robert Gamez, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, vs. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | NO. CV-12-00601-NVW (MEA) **NOTICE OF SERVICE OF PLAINTIFF DUSTIN BRISLAN'S RESPONSES TO DISCOVERY** |

PLEASE TAKE NOTICE that on October 1, 2012, Plaintiffs' counsel, Caroline Mitchell, Jones Day, served by email the following responses to discovery requests on

counsel for Arizona Center for Disability Law and Defendants in this matter:

Plaintiff Dustin Brislan's Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories.

Dated:  October 2, 2012  **ACLU FOUNDATION OF ARIZONA**

By:   */s/* James Duff Lyall
    Daniel J. Pochoda
    Kelly J. Flood
    James Duff Lyall

    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
    **PRISON LAW OFFICE**
    1917 Fifth Street
    Berkeley, CA  94710
    Telephone: (510) 280-2621
    Email: dspecter@prisonlaw.com
        ahardy@prisonlaw.com
        snorman@prisonlaw.com
        ckendrick@prisonlaw.com

    *Pro Hac Vice*

    David C. Fathi (Wash. 24893)*
    Amy Fettig (D.C. 484883)**
    ACLU NATIONAL PRISON PROJECT
    915 15th Street N.W., 7th Floor
    Washington, D.C. 20005
    Telephone:  (202) 548-6603
    Email: dfathi@npp-aclu.org
        afettig@npp-aclu.org

    *\*Admitted pro hac vice.  Not admitted in DC; Practice limited to federal courts.*

    *\*\*Admitted pro hac vice.*

Daniel C. Barr (SBA 010149)
Jill L. Ripke (SBA 024837)
James A. Ahlers (SBA 026660)
Kirstin T. Eidenbach (SBA 027341)
John H. Gray (SBA 028107)
Thomas D. Ryerson (SBA 028073)
Matthew B. Du Mée (SBA 028468)
**PERKINS COIE LLP**
2901 N. Central Ave., Suite 2000
Phoenix, AZ  85012-2788
Telephone:  (602) 351-8000
Email: dbarr@perkinscoie.com
       jripke@perkinscoie.com
       jahlers@perkinscoie.com
       keidenbach@perkinscoie.com
       jhgray@perkinscoie.com
       tryerson@perkinscoie.com
       mdumee@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderon (Cal. 278135)*
Sarah Rauh (Cal. 283742)
**JONES DAY**
555 California St., 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
       dkiernan@jonesday.com
       scalderon@jonesday.com
       srauh@jonesday.com

*Admitted *Pro Hac Vice*

R. Scott Medsker (D.C. 9764005)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 200001-2113
Telephone: (202) 879-3837
Email: rsmedsker@jonesday.com

*Admitted *Pro Hac Vice*

1
2  John Laurens Wilkes (Tex. 24053548)*
   **JONES DAY**
3  717 Texas Street
   Houston, Texas 77002
   Telephone: (832) 239-3939
4  Email: jlwilkes@jonesday.com

5  Admitted *Pro Hac Vice*

6  Kamilla Mamedova (N.Y. 4661104)*
   Jennifer K. Messina (N.Y. 4912440)*
7  JONES DAY
   222 East 41 Street
8  New York, New York 10017
   Telephone: (212) 326-3498
9  Email: kmamedova@jonesday.com
           Jkmessina@jonesday.com
10
   Admitted *Pro Hac Vice*
11
   *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
12 *Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
   *Christina Verduzco, Jackie Thomas, Jeremy Smith,*
13 *Robert Gamez, Maryanne Chisholm, Desiree Licci,*
   *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
14 *behalf of themselves and all others similarly situated*

15

16

17

18

19

20

21

22

23

24

25

26

# CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Ruth Szanto
Asim Varma
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
rszanto@azdisabilitylaw.org
avarma@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

Dated this October 2, 2012.

/s/   Gloria Torres