1 | Arizona Attorney General Thomas C. Horne
Office of the Attorney General
2 | Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
3 | 1275 W. Washington Street
Phoenix, Arizona 85007-2926
4 | Telephone: (602) 542-4951
Fax: (602) 542-7670
5 | Michael.Gottfried@azag.gov

6 | Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
7 | Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
8 | Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
9 | Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
10 | STRUCK WIENEKE, & LOVE, P.L.C.
3100 West Ray Road, Suite 300
11 | Chandler, Arizona  85226
Telephone:  (480) 420-1600
12 | Fax:  (480) 420-1696
dstruck@swlfirm.com
13 | kwieneke@swlfirm.com
tbojanowski@swlfirm.com
14 | nacedo@swlfirm.com
ccloman@swlfirm.com
15 | afletcher@swlfirm.com
aorcutt@swlfirm.com
16 | *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-NVW **NOTICE OF SERVICE OF DEFENDANTS' SECOND SUPPLEMENTAL RESPONSE AND OBJECTIONS TO PLAINTIFFS' NOTICE OF 30(b)(6) DEPOSITION DUCES TECUM (DOC. # 82)** |
| Plaintiffs, | |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Defendants have this date served upon Plaintiffs' counsel the discovery papers listed below, by emailing same to all counsel of record at the email addresses listed below.

1.    Defendants' Second Supplemental Response and Objections to Plaintiffs' Notice of 30(b)(6) Deposition Duces Tecum (Doc. # 82).

DATED this 2nd day of October, 2012.

STRUCK WIENEKE, & LOVE, P.L.C.


By /s/ *Timothy J. Bojanowski*
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

2

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on October 2, 2012, I electronically transmitted the attached

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

Alison Hardy:                           ahardy@prisonlaw.com

6

Amy Fettig:                             afettig@npp-aclu.org

7

Caroline N. Mitchell:          cnmitchell@jonesday.com; mlandsborough@jonesday.com;

8

nbreen@jonesday.com

9

Corene T. Kendrick:           ckendrick@prisonlaw.com; edegraff@prisonlaw.com

10

Daniel Clayton Barr:          DBarr@perkinscoie.com; docketphx@perkinscoie.com;
sneilson@perkinscoie.com

11

Daniel Joseph Pochoda:      dpochoda@acluaz.org; danpoc@cox.net;

12

gtorres@acluaz.org

13

David Cyrus Fathi:            dfathi@npp-aclu.org; astamm@aclu.org;
hkrase@npp-aclu.org

14

Donald Specter:                dspecter@prisonlaw.com

15

James Anthony Ahlers:        jahlers@perkinscoie.com; docketphx@perkinscoie.com;

16

jroe@perkinscoie.com

17

James Duff Lyall:             jlyall@acluaz.org; gtorres@acluaz.org

18

Jennifer Ann Alewelt:         jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org;
phxadmin@azdisabilitylaw.org

19

Jill Louise Ripke:             jripke@perkinscoie.com; jgable@perkinscoie.com

20

John Howard Gray:            jhgray@perkinscoie.com; slawson@perkinscoie.com

21

Kelly Joyce Flood:            kflood@acluaz.org; gtorres@acluaz.org

22

Kirstin T. Eidenbach:         keidenbach@perkinscoie.com; dfreouf@perkinscoie.com;

23

docketphx@perkinscoie.com

24

Matthew Benjamin de Mee:   mdumee@perkinscoie.com; cwendt@perkinscoie.com

25

Michael Evan Gottfried:       Michael.gottfried@azag.gov; colleen.jordan@azag.gov;
lucy.rand@azag.gov

26

Sara Norman:                  snorman@prisonlaw.com

27

Sophia Calderon:              scalderon@jonesday.com; lwong@jonesday.com

28

3

| | | |
|---|---|---|
| 1 | Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com |
| 2 | | |
| 3 | Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| 4 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 5 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 6 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 7 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 8 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 9 | Jennifer K Messina: | jkmessina@jonesday.com |
| 10 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |

        I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

        N/A

                          /s/*Kimberly Shadoan*

4