Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**JOINT NOTICE OF DISCOVERY DISPUTE (RICHARD PRATT MULTIPLE DESIGNATION)** |

Pursuant to the process you outlined at the Case Management Conference, the parties submit this dispute matter for further instruction from the court.

**Disputed Issue:**

Producing Defendant Richard Pratt for multiple depositions.

**Plaintiffs' Position:**

Plaintiffs agree that Richard Pratt, Interim Division Director of Health Services, need not be produced more than once in response to Plaintiffs' 30(b)(6) notices, unless defendants designate him as a 30(b)(6) witness on additional topics in the future. Although Defendants have thus far designated him to respond to multiple 30(b)(6) notices, Plaintiffs agree to cover those topics in a single deposition.

Defendants argue that since he is appearing as the Department of Corrections' witness, Mr. Pratt may not be deposed again as an individual. This dispute is not ripe because his deposition as an individual has not been noticed.

In any event, Defendants' position fundamentally misunderstands the nature of Rule 30(b)(6) depositions. The deponent is the entity, not the individual. The person designated to testify at a 30(b)(6) deposition speaks for the entity, not him or herself. *United States v. Taylor*, 166 F.R.D. 356, 361 (M.D.N.C.), *aff'd*, 166 F.R.D. 367 (M.D.N.C. 1996) (a Rule 30(b)(6) designee "does not give his personal opinions," but instead "presents the corporation's 'position' on the topic"). Thus, a notice of deposition for a specific individual is not a successive deposition of the same person. *Pecover v. Electronic Arts, Inc.*, Nos. 12-mc-80064 CS (NC) and 08-cv-02820 CW (NC), 2012 WL 951255 at *3 (N.D. Cal. Mar. 20, 2012). *See also Linville v. Xanodyne Pharmaceuticals, Inc.*, No. CIV-11-1082-D, 2012 WL 876769 at *1 (W.D. Okla. Mar. 14, 2012); *E.E.O.C. v. Winn-Dixie, Inc.*, No. CA-09-0643-C, 2010 WL 2202520 at *3 (S.D. Ala. May 28, 2010); *ICE Corp. v. Hamilton Sundstrand Corp.*, No. 05-4135-JAR, 2007 WL 1732369 at *3-*4 (D. Kan. June 11, 2007); *LendingTree, Inc. v. LowerMyBills, Inc.*, No. 3:05CV153-C, 2006 WL 2443685, at *2 (W.D.N.C. Aug. 22, 2006). Rule 30(b)(6) itself is clear that it "does not preclude a deposition by any other procedure allowed by these rules."

**Defendants' Position:**

Plaintiffs have served seven 30(b)6 Notices of Depositions with over 100 topics. ADC provided Plaintiffs with an organization chart from which to select by name witnesses from ADC to depose. Nevertheless, in an effort to comply with Plaintiffs' 30(b)(6) Notices, ADC designated Defendant Pratt as a person with knowledge regarding many of the topics. Defendants contend that they should be required to produce Pratt only once for deposition, and Plaintiffs can question him on the 30(b)(6) topics and as a Defendant. Defendant Pratt should not be subjected to multiple depositions without good cause. Rule 30(a)(2)(A)(ii), Fed.R.Civ.P., requires a party to obtain leave of court to depose a deponent a second time. *See State Farm Mut. Auto. Ins. Co. v. New Horizon, Inc.*, 254 F.R.D. 227, 234 (E.D. Pa 2008); *Burdick v. Union Sec. Ins. Co.*, No. CV07-4028ABC(JCX), 2008 WL 5102851, at *3 (C.D. Cal. Dec. 3, 2008) (prior judicial approval applies to deposition notices and subpoenas issued to corporations pursuant to Rule 30(b)(6)); *Innomed Labs, LLC v. Alza Corp.*, 211 F.R.D. 237, 240 (S.D.N.Y.2002) (denying request for leave to re-depose corporation) (citing *Bonnie & Co. Fashions, Inc. v. Bankers Trust Co.*, 170 F.R.D. 111, 119 (S.D.N.Y.1997); *Pkfinans International Corp. v. IBJ Schroder Leasing Corp.*, 1996 WL 591213 *2 (S.D.N.Y.1996); *Ameristar Jet Charter, Inc. v. Signal Composites, Inc.*, 244 F.3d 189 (1st Cir.2001); *Porto Venezia Condo. Ass'n, Inc. v. WB Fort Lauderdale, LLC*, 11-60665-CIV, 2012 WL 2339703 (S.D. Fla. June 14, 2012)). The policy against permitting a second deposition of an already-deposed deponent is equally applicable to depositions of individuals and organizations. *State Farm*, 254 at 235 (2008).

**CERTIFICATION OF ATTEMPT TO RESOLVE THE DISCOVERY DISPUTE**

The parties certify that they have made sincere efforts as required by L.R.Civ. 7.2(j) to personally consult and resolve the disputed matter described herein. The parties have reached an impasse.

3

DATED this 2nd day of October 2012.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Courtney R. Cloman
   Daniel P. Struck
   Kathleen L. Wieneke
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   Courtney R. Cloman
   Ashlee B. Fletcher
   Anne M. Orcutt
   STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
   Chandler, Arizona  85226

   Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
   Michael E. Gottfried
   Assistant Attorney General
   1275 W. Washington Street
   Phoenix, Arizona 85007-2926

   *Attorneys for Defendants*

PRISON LAW OFFICE


By /s/ Courtney R. Cloman (with authority)
   Donald Specter (Cal. 83925)*
   Alison Hardy (Cal. 135966)*
   Sara Norman (Cal. 189536)*
   Corene Kendrick (Cal. 226642)*
   PRISON LAW OFFICE
   1917 Fifth Street
   Berkeley, California 94710
   Telephone: (510) 280-2621
   dspecter@prisonlaw.com
   ahardy@prisonlaw.com
   snorman@prisonlaw.com
   ckendrick@prisonlaw.com

   *Admitted pro hac vice*

   *Attorneys for Plaintiffs*

2694731.1

4

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Anthony Ahlers: | jahlers@perkinscoie.com; docketphx@perkinscoie.com; jroe@perkinscoie.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Jill Louise Ripke: | jripke@perkinscoie.com; jgable@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| Sara Norman: | snorman@prisonlaw.com |
| Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |

| | | |
|---|---|---|
| 1 | Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com |
| 2-3 | Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| 4 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 5 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 6 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 7 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 8 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 9 | Jennifer K Messina: | jkmessina@jonesday.com |
| 10 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Courtney R. Cloman