Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
     kflood@acluaz.org
     jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
     avarma@azdisabilitylaw.org
     skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **FOURTH JOINT NOTICE OF DISCOVERY DISPUTE** |

78204-0001/LEGAL24773359.1

Pursuant to the process outlined at the Case Management Conference, the parties submit this disputed matter for further instruction from the Court.

**Disputed Issue:** Whether Defendants and their agents must preserve and recover all potentially relevant evidence and/or prevent the destruction of evidence.

**Plaintiffs' Position**:

Plaintiffs informed Defendants in writing of the possibility of this litigation on October 12, 2011, and put Defendants on notice that they had a duty to preserve all potentially relevant evidence. [Ex. A, Letter from D. Specter to C. Ryan, p. 20] On August 20, 2012, at a 30(b)(6) deposition on document preservation, Curt Czarsty, the designated ADC witness, testified that no litigation hold was in place. [Ex. B, Tr. of Czarsty at 105:13-18] He testified he was not given Plaintiffs' October 2011 letter about preserving evidence until mid-August 2012. [*Id*. at 11:1-5] He testified ADC's general policy is that e-mails are automatically purged after 90 days unless certain steps are taken (*Id*. at 64:2-12), and that, although he thought he had received a litigation hold notice in June 2012 none of those steps to preserve emails had been taken. [*Id*. at 63:19-65:19] Specifically, while Mr. Czarsty testified that ADC's practice for preserving e-mails is to add the individual to an archiving server, ADC has not added a single individual to the server as a result of this litigation. [*Id*. at 128:20-129:10] He testified that ADC has no policy regarding the retention or deletion of non-email electronic documents (*Id*. at 93; 96:5-8; 101:13-17; 103:3-6), nor had he been directed by legal staff to take any steps to search for or preserve such documents. [*Id.* at 116:22-117:6] On September 21, 2012, Joseph Nicoletti, ADC Backup Administrator, testified at a 30(b)(6) deposition on document preservation that back up tapes that store both e-mail and non-email electronic documents are wiped clean every 30 days, and provided documentation to that effect. [Ex. C, Tr. of Nicoletti at 12:12-13:20; Ex. D, "ADC Backup Procedures" (Nicoletti Ex. 14)] In light of Mr. Czarsty's testimony that he has done no collection efforts and

1  instead relied solely on the backup archives, it now appears significant numbers of
2  electronic documents may have been destroyed.

3  Plaintiffs request that the Court require Defendants and their contractor Wexford
4  Health, Inc. to immediately implement measures to preserve all potentially relevant
5  evidence and take all actions necessary to recover any evidence that may have been
6  purged through their failure to take earlier steps. If Defendants are unable to recover
7  relevant evidence, Plaintiffs reserve the right to seek appropriate sanctions.

8  **Defendants' Position:**

9  While Mr. Czarsty testified that he was not provided a copy of Plaintiffs' October
10 2011 letter about preserving evidence until August 2012, there was no need for him to
11 have received Plaintiffs' letter in October 2011 because the parties negotiated and entered
12 into a tolling agreement that foreclosed any possibility of litigation so long as the
13 agreement was in place.

14 During his deposition, Mr. Czarsty testified that emails of ADC central office
15 employees are not subject to automatic deletion. Mr. Czarsty testified that all emails of
16 employees who have ever have been subject to litigation hold are permanently archived,
17 and that he had not added any employees to the archive system as result of this litigation
18 because they were already subject to the archive. Mr. Czarsty also testified that no non-
19 email electronic documents have been deleted from ADC's servers in the past five years.

20 Defendants sent correspondence to counsel for Wexford when Wexford assumed
21 control over the provision of healthcare in July, asking them to initiate a litigation hold.
22 Wexford assured Defendants that they have done so.

23  . . .
24  . . .
25  . . .
26  . . .

1  Dated this 2nd day of October, 2012.

2  **PERKINS COIE LLP**

**ARIZONA CENTER FOR DISABILITY LAW**

By: /s/ Kirstin T. Eidenbach
  Daniel C. Barr (Bar No. 010149)
  Jill L. Ripke (Bar No. 024837)
  James A. Ahlers (Bar No. 026660)
  Kirstin T. Eidenbach (Bar No. 027341)
  John H. Gray (Bar No. 028107)
  Thomas D. Ryerson (Bar No. 028073)
  Matthew B. du Mée (Bar No. 028468)
  2901 N. Central Avenue, Suite 2000
  Phoenix, Arizona 85012
  Telephone: (602) 351-8000
  Email: dbarr@perkinscoie.com
      rjipke@perkinscoie.com
      jahlers@perkinscoie.com
      keidenbach@perkinscoie.com
      jhgray@perkinscoie.com
      tryerson@perkinscoie.com
      mdumee@perkinscoie.com

By: /s/ Jennifer Alewelt
  Jennifer Alewelt
  Asim Varma
  Sarah Kader
  5025 East Washington Street
  Suite 202
  Phoenix, Arizona 85034
  Telephone: (602) 274-6287
  Email:
    jalewelt@azdisabilitylaw.org
    avarma@azdisabilitylaw.org
    skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
    kflood@acluaz.org
    jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

**STRUCK WIENEKE, & LOVE, P.L.C.**

By: /s/ Courtney Cloman
  Daniel P. Strunk
  Kathleen L. Wieneke
  Timothy J. Bojanowski
  Rachel Love
  Nicholas D. Acedo
  Courtney R. Cloman
  Ashlee B. Fletcher
  Anne Orcutt
  3100 West Ray Road, Suite 300
  Chandler, Arizona 85226

| | |
|---|---|
| Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)*<br>Sara Norman (Cal. 189536)*<br>Corene Kendrick (Cal. 226642)*<br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone:  (510) 280-2621<br>Email:  dspecter@prisonlaw.com<br>  ahardy@prisonlaw.com<br>  snorman@prisonlaw.com<br>  ckendrick@prisonlaw.com<br><br>*Admitted *pro hac vice*<br><br>David C. Fathi (Wash. 24893)*<br>Amy Fettig (D.C. 484883)**<br>**ACLU NATIONAL PRISON PROJECT**<br>915 15th Street N.W., 7th Floor<br>Washington, D.C. 20005<br>Telephone:  (202) 548-6603<br>Email:  dfathi@npp-aclu.org<br>  afettig@npp-aclu.org<br><br>*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.<br>**Admitted *pro hac vice*<br><br>Caroline Mitchell (Cal. 143124)*<br>David C. Kiernan (Cal. 215335)*<br>Sophia Calderón (Cal. 278315)*<br>Sarah Rauh (Cal. 283742)*<br>**JONES DAY**<br>555 California Street, 26th Floor<br>San Francisco, California 94104<br>Telephone:  (415) 875-5712<br>Email:  cnmitchell@jonesday.com<br>  dkiernan@jonesday.com<br>  scalderon@jonesday.com<br>  srauh@jonesday.com<br><br>*Admitted *pro hac vice* | Arizona Attorney General Thomas C. Home<br>Office of the Attorney General<br>  Michael E. Gottfried<br>  Assistant Attorney General<br>  1275 W. Washington Street<br>  Phoenix, Arizona 85007-2926<br><br>*Attorneys for Defendants* |

1  R. Scott Medsker (D.C. 976405)*
   **JONES DAY**
2  51 Louisiana Avenue, NW
   Washington, D.C. 20001-2113
3  Telephone: (202) 879-3837
   Email: rsmedsker@jonesday.com
4
   *Admitted *pro hac vice*
5
   John Laurens Wilkes (Tex. 24053548)*
6  **JONES DAY**
   717 Texas Street
7  Houston, Texas 77002
   Telephone: (832) 239-3939
8  Email: jlwilkes@jonesday.com

9  *Admitted *pro hac vice*

10 Kamilla Mamedova (N.Y. 4661104)*
   Jennifer K. Messina (N.Y. 4912440)*
11 **JONES DAY**
   222 East 41 Street
12 New York, New York 10017
   Telephone: (212) 326-3498
13 Email: kmamedova@jonesday.com
          jkmessina@jonesday.com
14
   *Admitted *pro hac vice*
15
   *Attorneys for Plaintiffs Victor Parsons;*
16 *Shawn Jensen; Stephen Swartz; Dustin*
   *Brislan; Sonia Rodriguez; Christina*
17 *Verduzco; Jackie Thomas; Jeremy Smith;*
   *Robert Gamez; Maryanne Chisholm;*
18 *Desiree Licci; Joseph Hefner; Joshua*
   *Polson; and Charlotte Wells, on behalf of*
19 *themselves and all others similarly situated*

20

21

22

23

24

25

26

78204-0001/LEGAL24773359.1                -5-

**CERTIFICATION OF ATTEMPT TO RESOLVE THE DISCOVERY DISPUTE**

After Plaintiffs received notice on Friday, September 7, 2012 that Defendants wished to meet and confer about certain issues, and Defendants requested Plaintiffs to provide any additional topics for discussion at least 48 hours before the meet and confer. Plaintiffs asked Defendants to address this issue as well, among others. The parties met on Monday, September 10, 2012, but Defendants refused to discuss this issue, claiming that Plaintiffs did not provide sufficient notice because the 48 hour requirement did not include weekends. Defendants stated that they would meet on this issue the same week. The parties had another meet and confer on Monday, September 24, 2012, and Plaintiffs asked that this issue be discussed. [Ex. E, Letter from C. Kendrick to C. Cloman, Sept. 21, 2012] Defendants refused to discuss this issue although they had been asked since September 7 to meet and confer. [Ex. F, Letter from C. Cloman to Plaintiffs' Counsel, Sept. 21, 2012]

           */s/ Donald Specter*
           Donald Specter
           *Attorney for Prisoner Plaintiffs*

           */s/ Jennifer Alewelt*
           Jennifer Alewelt
           *Attorney for Plaintiff Arizona Center for Disability Law*

Plaintiffs mischaracterize the meet-and-confer on this issue. Plaintiffs sent Defendants a 5-page correspondence on Saturday, September 8, 2012, outlining their issues on this point. Defendants did not have adequate time to prepare this issue for the meet-and-confer on the following Monday. Defendants have been working to schedule the meet-and-confer, but the meetings cannot always take place on Plaintiffs' desired

schedule.  As no meet-and-confer has taken place, this issue is not proper for presentation to the Court as a discovery dispute.

              */s/ Courtney R. Cloman*
              Courtney R. Cloman
              *Attorney for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

/s/ Delana Freouf