Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
kflood@acluaz.org
jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

Defendants.

No. CV 12-00601-PHX-NVW (MEA)

**FIFTH JOINT NOTICE OF DISCOVERY DISPUTE**

Pursuant to the process outlined at the Case Management Conference, the parties submit this disputed matter for further instruction from the Court.

**Disputed Issue:** To what extent Defendants must produce documents and information from Wexford.

**Plaintiffs' Position**:

Defendants have refused to produce all forms of documents in the possession of Wexford Health, Inc. In 30(b)(6) depositions, Defendants have also refused to prepare witnesses to testify about any information known to Wexford. [Ex. A, Tr. of Dr. Rowe at 48:1-49:14] Defendants have contracted a non-delegable duty to Wexford and have access to all of Wexford's activities and control of Wexford's documents. Defendants indisputably have unfettered access to Wexford information under the contract (Ex. B, Contract § 2.4.4.3 states, "the Contractor shall provide prompt, reasonable, and adequate access to any records, books, documents, and papers that are related to the performance of the Contract") and are likewise required to produce Wexford information under Rule 30(b)(6) (requiring deponents to testify about matters "reasonably available to the organization"). Plaintiffs have agreed to stipulate to an order allowing release of the documents. 45 C.F.R. § 164.512.(e)(1)(i). Plaintiffs request that the Court order the ADC to produce Wexford information and documents because it is all in the ADC's possession, custody, or control. Requiring Plaintiffs to submit new discovery requests to Wexford at this late time would go beyond the timeframes set by the Court for class certification motions.

**Defendants' Position**:

Pursuant to the contract with ADC, Wexford must provide ADC access to inmate medical records and produce reports on its contract performance. ADC will produce these records and reports, where relevant, after a Protective Order is in place. Defendants will produce ADC witnesses to testify about contract compliance, and ADC witnesses will make reasonable efforts to obtain information from Wexford responsive to 30(b)(6) topics. However, Wexford is a private corporation, and not a party to this litigation. To

the extent that Wexford has internal policies and operating procedures, such documents and information regarding them are not within the possession, custody, or control of ADC, and accordingly not subject to discovery propounded to ADC. Nor may such information regarding a non-party be properly used to bind ADC. Plaintiffs may subpoena Wexford if they desire to obtain documents or testimony regarding Wexford's internal policies and procedures. Plaintiffs should not be permitted to circumvent the Court's meet-and-confer process simply because they do not agree with Defendants' positions during discovery disputes.

Dated this 2nd day of October, 2012.

**PERKINS COIE LLP**

By: /s/ Kirstin T. Eidenbach
Daniel C. Barr (Bar No. 010149)
Jill L. Ripke (Bar No. 024837)
James A. Ahlers (Bar No. 026660)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Thomas D. Ryerson (Bar No. 028073)
Matthew B. du Mée (Bar No. 028468)
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
rjipke@perkinscoie.com
jahlers@perkinscoie.com
keidenbach@perkinscoie.com
jhgray@perkinscoie.com
tryerson@perkinscoie.com
mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
kflood@acluaz.org
jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

**ARIZONA CENTER FOR DISABILITY LAW**

By: /s/ Jennifer Alewelt
Jennifer Alewelt
Asim Varma
Sarah Kader
5025 East Washington Street
Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**STRUCK WIENEKE, & LOVE, P.L.C.**

By: /s/ Courtney Cloman
Daniel P. Strunk
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne Orcutt
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
afettig@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
dkiernan@jonesday.com
scalderon@jonesday.com
srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3837
Email: rsmedsker@jonesday.com

*Admitted *pro hac vice*

Arizona Attorney General Thomas C. Home
Office of the Attorney General
Michael E. Gottfried
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: kmamedova@jonesday.com
jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATION OF ATTEMPT TO RESOLVE THE DISCOVERY DISPUTE**

The parties certify that we have made sincere efforts as required by L.R.Civ. 7.2(j) to personally consult and resolve the disputed matter described herein. The parties have reached an impasse.

*/s/ Donald Specter*
Donald Specter
*Attorney for Prisoner Plaintiffs*

*/s/ Jennifer Alewelt*
Jennifer Alewelt
*Attorney for Plaintiff Arizona Center for Disability Law*

*/s/ Courtney R. Cloman*
Courtney R. Cloman
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

/s/ Delana Freouf