# Exhibit A

Parsons v. Ryan
AZ Dept of Corrections 30(b)(6) - Richard M. Rowe, M.D. - 9/19/2012

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Victor Parsons; Shawn | ) | No.: |
| Jensen; Stephen Swartz; | ) | CV12-00601-PHX-NVW |
| Dustin Brislan; Sonia | ) | (MEA) |
| Rodriguez; Christina | ) | |
| Verduzco; Jackie Thomas; | ) | |
| Jeremy Smith; Robert Gamez; | ) | |
| Maryanne Chisholm; Desiree | ) | |
| Licci; Joseph Hefner; Joshua | ) | |
| Polson; and Charlotte Wells, | ) | |
| on behalf of themselves and | ) | |
| all others similarly | ) | |
| situated; and Arizona Center | ) | |
| for Disability Law, | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| Charles Ryan, Director, | ) | |
| Arizona Department of | ) | |
| Corrections; and Richard | ) | |
| Pratt, Interim Division | ) | |
| Director, Division of Health | ) | |
| Services, Arizona Department | ) | |
| of Corrections, in their | ) | |
| official capacities, | ) | |
| Defendants. | ) | |
| | ) | |

30(b)(6) ARIZONA DEPARTMENT OF CORRECTIONS
(RICHARD H. ROWE, M.D.)
TOPIC NOS. 1, 2, 5, 6, 7, 8, 9, 10, 12, 13, 15, 17

September 19, 2012
9:49 a.m.
Phoenix, Arizona

Prepared by:
Marcella Daughtry, RPR
Arizona Certified
Reporter No. 50623

Prepared for:

(Copy)

Parsons v. Ryan
AZ Dept of Corrections 30(b)(6) - Richard M. Rowe, M.D. - 9/19/2012

Page 48

```
 1        Q     BY MR. SPECTER:  Dr. Rowe, you were involved

 2   to some extent in the -- you know what an RFP is?

 3        A     An RFP?

 4        Q     Yes.

 5        A     Request for proposal.

 6        Q     Right.  And you -- I understand from prior

 7   deposition testimony, you were involved in some ways in

 8   the RFP process for -- that resulted in the Wexford

 9   contract.  Is that right?

10        A     That is correct.  I was involved in the RFP

11   process.

12        Q     And the RFP process included a list of

13   reports -- the RFP included a list of reports that the

14   contractor was supposed to provide.  Are you aware of

15   that?

16        A     I -- it may be there.  Again, that RFP was

17   pretty thick, and that is correct, if I recall, to the

18   best of my recollection.  It's been a while since I

19   even looked at that.

20        Q     Right.  And I was wondering if you have seen

21   any of those reports that Wexford is supposed to

22   produce pursuant to the contract?

23        A     I have not seen any reports at this point, no.

24        Q     Do you know whether any reports have been

25   produced?
```

Parsons v. Ryan
AZ Dept of Corrections 30(b)(6) - Richard M. Rowe, M.D. - 9/19/2012

Page 49

 1      A    That is a requirement of the contract, and

 2   I -- I am not the one collecting the reports, but

 3   that's a requirement, that they have to produce these

 4   reports.

 5      Q    Right.  So I understand it's a requirement.  I

 6   want to know whether they have been produced.

 7      A    I don't know the answer to that.

 8      Q    Who would know the answer to that?

 9      A    The reports would be probably Mr. Jim Taylor.

10      Q    Mr. Jim?

11      A    Taylor.

12      Q    And what is his position?

13      A    His position is part of the contract

14   monitoring team.

15      Q    And is there a leader of the contract

16   monitoring team?

17      A    I don't know what you mean by leader.

18      Q    Do you know what leader means?

19      A    I know what it means, but there are -- we have

20   an organization chart, and part of organization include

21   someone from contract that's teaching how to be a

22   contract manager.  And we have Mr. Pratt who is the

23   division director, and Mr. Jim Taylor who is part of

24   the organization chart.

25      Q    Mr. -- Dr. Rowe, my question was very simple.

# Exhibit B



# FAX COVER SHEET

| | | | |
|---|---|---|---|
| **DATE:** | Thursday, March 08, 2012 | **PAGES:** | 18 including cover |
| **TO:** | Ms. Karen Ingram<br>Procurement Services<br>Arizona Department of Corrections<br>4th Floor, Suite 4401<br>1645 W. Jefferson Street<br>Phoenix, AZ 85007 | **FROM:** | Wendelyn R. Pekich<br>Director of Marketing & Communications |
| **PHONE:** | (602) 364-3791 | **PHONE:** | (412) 937-8590, extension 296 |
| **FAX:** | (602) 364-3790 | **FAX:** | (412) 937-8599 |
| **E-MAIL:** | kingram@azcorrections.gov | **E-MAIL:** | wpekich@wexfordhealth.com |
| **CC:** | | | |

Dear Ms. Ingram:

Thank you for the opportunity to submit the attached final proposal revisions for RFP #ADOC12-00001105 Privatization of All Correctional Health Services. Our revisions include all costs necessary to provide the RFP-required services, including the following staffing and other modifications we have made as a result of the discussions we held with the ADC on February 29, 2012.

As instructed in your letter, I have also sent you a hard copy of this document via FedEx. You should receive it tomorrow. The tracking number is 7981-4738-4191.

If you require more information after reviewing our response, please do not hesitate to contact me. Thank you in advance for your attention. We look forward to further discussions with you regarding our proposed health services program for the Arizona Department of Corrections.

This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender. Thank you.

425 HOLIDAY DRIVE | FOSTER PLAZA TWO | PITTSBURGH, PA 15220 | P: 412-937-8590 | F: 412-937-8599 | WWW.WEXFORDHEALTH.COM

(2008-01-01)

ADC014420



Thursday, December 29, 2011

Ms. Karen Ingram
Procurement Services
Arizona Department of Corrections
4th Floor, Suite 4401
1645 W. Jefferson Street
Phoenix, AZ 85007
Phone: (602) 364-3791
Email: kingram@azcorrections.gov

**Subject: Transmittal letter for RFP #ADOC12-00001105, Privatization for All Correctional Health Services**

Dear Ms. Ingram:

Wexford Health Sources is pleased to submit our response to RFP #ADOC 12-00001105 for the privatization of correctional health services for inmates in the custody of the Arizona Department of Corrections (ADC). Our proposal not only complies with all requirements of the RFP, but also demonstrates Wexford Health's thorough knowledge and understanding of statewide correctional health care delivery systems and the Arizona health care marketplace.

Over the past two decades, Wexford Health has successfully delivered health care services to more than 260 prisons, jails, and juvenile detention centers in all parts of the country. The financial stability, practical experience, and solid infrastructure we have developed over the past 20 years make us more than capable of efficiently delivering the services required by the RFP. Yet we are not so large that we cannot respond quickly to the Department's needs and concerns. This combination of resources, reliability, and responsiveness makes Wexford Health the logical choice to serve as the State of Arizona's partner in providing quality, cost-effective inmate health services.

As outlined below, Wexford Health can provide unique resources, experience, and insight into the Arizona environment that other vendors may not.

- **Reliability, financial stability, and deep, practical experience operating statewide correctional health care systems**

  - Stable leadership and infrastructure; Wexford Health has been owned and run by the same management team for years.

  - A history of meeting financial and operational obligations to clients, providers, and contractors, without a single incident of defaulting on a contract or commitment

  - Current inmate health, medical management, and/or TPA contracts with the state correctional agencies in Illinois, Maryland, Mississippi, Ohio, and West Virginia

  - Administrative oversight for the ADC contract from an Arizona Chief Executive Officer with more than 20 years of health care management experience, including operating complex, multi-vendor, and/or difficult-to-staff statewide correctional contracts

  - Clinical oversight from a board-certified surgeon currently working in Arizona corrections; and a bilingual Wexford Health Medical Director who is not only a University of Arizona graduate, but possesses more than 10 years of experience in Arizona correctional medicine

- **Knowledge of the unique financial and social issues facing correctional healthcare in Arizona**

  - Understanding of the State's ongoing financial situation, combined with a track record of creating successful public/private partnerships that drive down costs, increase efficiencies in the delivery of inmate health care services (while improving quality of care), and assist our clients through difficult, unprecedented economic times

425 HOLIDAY DRIVE I FOSTER PLAZA TWO I PITTSBURGH, PA 15220 I P: 412-937-8590 I F: 412-937-8599 I WWW.WEXFORDHEALTH.COM

ADC014619

Ms. Karen Ingram, Procurement Services, Arizona Department of Corrections
Subject: Transmittal letter for RFP# ADOC 12-00001105, Privatization for All Correctional Health Services

Thursday, December 29, 2011
Page 2 of 3

- Focus on communication, including the recruitment of bilingual staff and joining with the ADC to meet and confer with Qualifying Employee Organizations (QEOs) to discuss employee safety and any other issues that could impact our contract and partnership with the Department

- **A current foothold in the Arizona correctional health care marketplace, providing us with significant operational advantages and insight**

  - Multiple contracts with Yavapai County, including a long-term comprehensive correctional health care program for the Sheriff's Office (another first-time privatization) and a Restoration to Competency program for the Jail District and the Board of County Supervisors

  - A regional clinical office in Tucson, where Wexford Health's National Medical Director is based

  - Existing ancillary service agreements with companies including Alliance Home Care and Mobile Diagnostics; CompuMed; MobileX; Labcorps; Portable Imaging; Hanger Prosthetics & Orthotics West, Inc.; and Stericyle, Inc.; enabling Wexford Health to provide the ADC with optimal time- and cost-efficiency during implementation, as we will not have to spend time and resources negotiating new contracts

- **Track record of successful first-time privatizations**

  - In Arizona, for Yavapai County — still one of Wexford Health's strongest clients and supporters since we privatized them in 2003

  - For a large, complex state correctional agency similar to the ADC (the Florida Department of Corrections), where we privatized 13 institutions and implemented comprehensive health care services for almost 18,000 inmates

  - 98% retention rate and smooth seamless transfer of staff from state/county employment to Wexford Health's, including establishing strong working relationships with existing labor unions and other Qualifying Employee Organizations involved with the contracts

- **Successful recruitment, retention, and training programs**

  - Industry leader in position fill rate throughout the country

  - Innovative, Arizona-specific recruitment and retention programs, including programs designed to identify and attract bilingual candidates, and e-mail campaigns (already initiated) to contact and recruit providers in the states surrounding Arizona

  - Willingness to go the extra mile — financially as well as operationally — to create and implement unique recruitment and retention programs specifically tailored for the Arizona marketplace

- **Multiple proven cost containment programs**

  - Extensive experience collaborating with Medicaid and Medicare programs to obtain and implement provider rate discounts for our correctional contracts, such as those mandated by the enacted HB2154 legislation

  - Assertive, comprehensive utilization management (UM) that has generated literally millions of dollars in cost savings for our other statewide correctional clients

  - Automated, fully integrated, claims processing that saved one statewide correctional client more than $44 million over 5 years

  - A comprehensive pharmacy cost containment program that includes rebates; volume purchasing; the use of Group Purchasing Organizations; generic substitution; and drug utilization review (DUR) to ensure that prescribed drugs are appropriate, medically necessary, and not likely to result in adverse medical results. This not only contains pharmacy costs, but reduces the likelihood of pharmacy-related lawsuits.

ADC014620

Ms. Karen Ingram, Procurement Services, Arizona Department of Corrections
Subject: Transmittal letter for RFP# ADOC 12-00001105, Privatization for All Correctional Health Services

Thursday, December 29, 2011
Page 3 of 3

- *A proven telemedicine program* that will generate substantial savings for the ADC in transportation and security costs; based on the 50,000+ total telemedicine sessions we have conducted, Wexford Health estimates that on average, each clinical encounter provided through telemedicine rather then through an offsite visit to a community practitioner saves our clients in excess of $700 in transportation, security, and meal costs.

- **User-friendly, industry-leading technology, provided at no extra cost to the ADC**

  - State-of-the-art Kronos® human resources information management system that increases our already high recruitment, scheduling, and reporting efficiency levels and enables us to respond more quickly to the needs of our employees and our clients

  - WexCare, one of the industry's only fully automated claims, contracting, and utilization management systems, based on commercial managed care software, but customized to the unique needs of correctional health care

  - CIPS-compatible electronic pharmacy and MAR software that will allow the ADC facilities to order, refill, and return medications online; electronically track medication passes and pill lines; and provide secure access to patient medication information

  - The practically proven, corrections-specific eOMIS EHR from Marquis Software; eOMIS represents a simple upgrade to the Department's existing AIMS software, removing most of the cost and difficulty associated with converting current ADC data to a third party system. In addition, Marquis already has practical, successful experience converting a state correctional client from a similar AIMS implementation to eOMIS.

  - Extensive, comprehensive data warehouse, designed to facilitate reporting and analysis

  - Familiarity with the Adult Information Management System (AIMS), from our many years of tracking inmate demographic and medical data through the Florida DOC's Offender Based Information System (OBIS) — designed by the same company and based on the same software

- **A stellar track record of compliance with clinical standards**

  - 100% NCCHC accreditation in those states where our clients choose to pursue such certification for their facilities

  - Track record of successfully managing health care programs to comply with — and in many cases, eventually lift — legal directives when we enter a contract already functioning under a settlement agreement, consent decree, or other type of probation

Wexford Health has provided correctional health services in Arizona for many years. We know the people and the environment of the State, and understand the issues facing the ADC on a daily basis. Our national presence, financial stability, and robust infrastructure will enable us to provide the Department with consistent, cost-effective, quality services. In addition, our organizational structure and existing presence in Arizona provide for immediate, ongoing responsiveness to Department's needs.

Wexford Health's proven cost containment and technology programs — applied in conjunction with our practical knowledge of statewide correctional health care systems — will form a state-of-the-art health care delivery system capable of containing ADC inmate health care costs without negatively impacting the quality of care delivered. We look forward to partnering with the Arizona Department of Corrections to achieve these high levels of cost savings and quality care.

Sincerely,

John Froehich
Vice President of Finance

WEXFORD HEALTH SOURCES, INC. | 425 HOLIDAY DRIVE | FOSTER PLAZA TWO | PITTSBURGH, PA 15220 | P: 412-937-8590 | F: 412-937-8599 | WWW.WEXFORDHEALTH.COM

ADC014621



| CLAIMS ACCURACY | |
| --- | --- |
| Financial Rating | 99.82% |
| Procedural Rating | 98.61% |
| Non-Procedural Rating | 98.20% |
| OVERALL ACCURACY | 98.88% |

Figure 4: 2010 Wexford Health Claims Accuracy

Wexford Health also conducts monthly audits to ensure that claims have been paid accurately and in accordance with each provider's contract.

2.4.4.2 Self-Balancing Records

The Contractor shall maintain a self-balancing set of records in accordance with Generally Accepted Accounting Principles. The Contractor agrees to maintain supporting financial information and documents that are adequate to ensure that payment is made in accordance with applicable federal and state requirements, and are sufficient to ensure the accuracy and validity of Contractor invoices. Such documents, including all original claim forms, shall be maintained and retained by the Contractor for a period of five (5) years after the Contract expiration date or until the resolution of all litigation, claim, financial management review or audit pertaining to the Contract, whichever is longer. The Contractor shall not have restrictions on the right of the state and federal government to conduct inspections and audits as deemed necessary to assure quality, accuracy, appropriateness or timeliness of services and the reasonableness of their costs. The Department or its designee may inspect and audit any financial records of the Contractor or its subcontractors. (RFP § 2.4.4.2)

Wexford Health has read, understands, and will comply with RFP Subsection 2.4.4.2 by maintaining a self-balancing set of records in accordance with Generally Accepted Accounting Principles. We agree to maintain supporting financial information and documents that are adequate to ensure that payment is made in accordance with applicable federal and state requirements, and are sufficient to ensure the accuracy and validity of Wexford Health invoices. We will ensure that such documents, including all original claim forms, are maintained and retained by Wexford health for a period of five (5) years after the Contract expiration date or until the resolution of all litigation, claim, financial management review or audit pertaining to the Contract, whichever is longer. We will not have restrictions on the right of the state and federal government to conduct inspections and audits as deemed necessary to assure quality, accuracy, appropriateness or timeliness of services and the reasonableness of their costs. We understand that the Department or its designee may inspect and audit any of Wexford Health's financial records or our subcontractors.

2.4.4.3 Access to Records, Books, Documents, and Papers

ADC014958



Upon reasonable notice, the Contractor shall provide prompt, reasonable, and adequate access to any records, books, documents, and papers that are related to the performance of the Contract. (RFP § 2.4.4.3)

Wexford Health has read, understands, and will comply with RFP Subsection 2.4.4.3 by, upon reasonable notice, providing prompt, reasonable, and adequate access to any records, books, documents, and papers that are related to the performance of the Contract.

2.4.4.4 Access within the State of Arizona

The Contractor agrees to provide the access described within the State of Arizona, regardless of where the Contractor maintains such books, records, and supporting documentation. The Contractor further agrees to provide such access in reasonable comfort and to provide any furnishings, equipment, and other conveniences deemed reasonably necessary to fulfill the purposes described in this Section. The Contractor shall require its subcontractors to provide comparable access and accommodations. (RFP § 2.4.4.4)

Wexford Health has read, understands, and will comply with RFP Subsection 2.4.4.4 The Contractor by providing the access described within the State of Arizona, regardless of where Wexford Health maintains such books, records, and supporting documentation. We further agrees to provide such access in reasonable comfort and to provide any furnishings, equipment, and other conveniences deemed reasonably necessary to fulfill the purposes described in this Section. We will also require its subcontractors to provide comparable access and accommodations.

2.4.4.5 Access for Examining, Auditing, or Investigating

The Contractor shall provide the Department and its designees, which may include auditors and inspectors, with access to Contractor service locations, facilities, or installations; and software including any and all files produced by this software and equipment. Access described in this Subsection shall be for the purpose of examining, auditing, or investigating: (RFP § 2.4.4.5)

Wexford Health has read, understands, and will comply with RFP Subsection 2.4.4.5 by providing the Department and its designees, which may include auditors and inspectors, with access to Wexford Health service locations, facilities, or installations, and software, including any and all files produced by this software and equipment. We understand that access described in this Subsection will be for the purpose of examining, auditing, or investigating the list of items below.

2.4.4.5.1 Potential Financial Losses

Capacity to bear the risk of potential financial losses. (RFP § 2.4.4.5.1)

ADC014959