Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
       avarma@azdisabilitylaw.org
       skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **SIXTH JOINT NOTICE OF DISCOVERY DISPUTE** |

78204-0001/LEGAL24813778.1

1    **Disputed Issue:** Whether Dr. Adu-Tutu, who was the Director of Health Care Services of ADC until February of 2012, can be deposed as an individual, despite the fact that Defendants designated him to testify on dental care topics pursuant to Rule 30(b)(6). Plaintiffs request an immediate ruling on this discovery dispute since they learned less than a week ago that Dr. Adu-Tutu is scheduled to leave the country for Nigeria as soon as next week.

**Plaintiffs' Position**:

Plaintiffs' noticed a Rule 30(b)(6) deposition regarding dental care. Dr. Adu-Tutu is a central witness in this litigation because he oversaw all health service for the ADC until February of this year. Defendants designated Dr. Adu-Tutu to respond to that deposition notice. Defendants argue that since Dr. Adu-Tutu is appearing in response to a Rule 30(b)(6) notice, he may not be deposed again as an individual. Defendants' position fundamentally misunderstands the nature of Rule 30(b)(6) depositions. The deponent is the entity, not the individual. The person designated to testify at a 30(b)(6) deposition speaks for the entity, not him or herself. *United States v. Taylor*, 166 F.R.D. 356, 361 (M.D.N.C.), *aff'd*, 166 F.R.D. 367 (M.D.N.C. 1996) (a Rule 30(b)(6) designee "does not give his personal opinions," but instead "presents the corporation's 'position' on the topic"). Thus, a notice of deposition for a specific individual is not a successive deposition of the same person. *Pecover v. Electronic Arts, Inc*., Nos. 12-mc-80064 CS (NC) and 08-cv-02820 CW (NC), 2012 WL 951255 at *3 (N.D. Cal. Mar. 20, 2012). *See also Linville v. Xanodyne Pharmaceuticals, Inc*., No. CIV-11-1082-D, 2012 WL 876769 at *1 (W.D. Okla. Mar. 14, 2012); *E.E.O.C. v. Winn-Dixie, Inc*., No. CA-09-0643-C, 2010 WL 2202520 at *3 (S.D. Ala. May 28, 2010. Rule 30(b)(6) itself is clear that it "does not preclude a deposition by any other procedure allowed by these rules." At yesterday's deposition, Defendants sandbagged Plaintiffs. Defendants explicitly limited Dr. Adu-Tutu to answering questions only about dental topics noticed in Docket No. 98 prior to February 21, 2012. After Plaintiffs finished this limited questioning, Defendants (claiming to perform redirect) treated Dr. Adu-Tutu as a trial witness and questioned him

78204-0001/LEGAL24813778.1

1 about ADC's response to problems in medical care.  Plaintiffs did not have any notice that
2 Defendants were going to question the witness on this subject.  Plaintiffs therefore ask
3 that Dr. Adu-Tutu be required to sit for his personal deposition before leaving the country,
4 so that Plaintiffs can prepare and take a deposition on all subjects.

**Defendants Position:**

On September 27, 2012, Defendants sent a letter informing all counsel of record that Dr. Adu Tutu would only be produced once. *See* Ex. 1.  In that letter Defendants also stated that Dr. Adu Tutu would be leaving the country by the end of this week.  Yesterday, Plaintiffs stopped questioning Dr. Adu Tutu at approximately the four hour mark, stating Plaintiffs had more questioning but were restricted by Defendants previously imposing a "four-hour time limit" on the deposition.  Defense counsel stated she was not aware of any such limitation and that in light of the fact that Dr. Adu Tutu would soon be unavailable, Defendants would be flexible and allowed continued questioning.  Additionally, defense counsel asked Plaintiffs twice for written proof that Defendants previously set a four-hour time limit and/or identification of the member of the defense team that imposed such a limit.  Plaintiffs' counsel could provide neither.  Further, defense counsel suggested and allowed at least 2 breaks to ensure Plaintiffs were able to cover the topics they wished to depose Dr. Adu Tutu on in accordance with the 30(b)(6) notice.  They did so.  Dr. Adu Tutu sat for deposition for approximately six hours.  At no time did Plaintiffs state they needed to depose him a second time, and certainly not that they wanted to depose him as an individual fact witness.  Last night, Plaintiffs left defense counsel a voicemail stating they learned Dr. Adu Tutu would be leaving the country *for the first time* at his deposition.  This is not true per Defendants' September 27, 2012 letter.  If Plaintiffs wished to depose him as an individual, they should have informed Defendants of this last week, when they were first put on notice that he would be leaving the country.  Had they done so, the parties could have properly met and conferred on this issue pursuant to the Court's Order and prior to his deposition going forward.  Regardless, Defendants stand by their previous position that all deponents will only be produced once and Dr. Adu Tutu is no exception.

1  As to limitation of Dr. Adu Tutu's deposition testimony, defense counsel merely objected
2  to Plaintiffs' line of questioning regarding budget cuts as outside the scope of the 30(b)(6)
3  notice. However, defense counsel specifically stated that notwithstanding the objection,
4  counsel would allow the questioning considering Dr. Adu Tutu's anticipated
5  unavailability. Defense counsel did not instruct Dr. Adu Tutu to not answer any of
6  Plaintiffs' questions.

7  Dated this 2nd day of October, 2012.

| **PERKINS COIE LLP** | **ARIZONA CENTER FOR DISABILITY LAW** |
|---|---|
| By:   /s/ Kirstin T. Eidenbach<br>    Daniel C. Barr (Bar No. 010149)<br>    Jill L. Ripke (Bar No. 024837)<br>    James A. Ahlers (Bar No. 026660)<br>    Kirstin T. Eidenbach (Bar No. 027341)<br>    John H. Gray (Bar No. 028107)<br>    Thomas D. Ryerson (Bar No. 028073)<br>    Matthew B. du Mée (Bar No. 028468)<br>    2901 N. Central Avenue, Suite 2000<br>    Phoenix, Arizona 85012<br>    Telephone: (602) 351-8000<br>    Email:   dbarr@perkinscoie.com<br>            rjipke@perkinscoie.com<br>            jahlers@perkinscoie.com<br>            keidenbach@perkinscoie.com<br>            jhgray@perkinscoie.com<br>            tryerson@perkinscoie.com<br>            mdumee@perkinscoie.com | By:  /s/ Jennifer Alewelt<br>    Jennifer Alewelt<br>    Asim Varma<br>    Sarah Kader<br>    5025 East Washington Street<br>    Suite 202<br>    Phoenix, Arizona 85034<br>    Telephone: (602) 274-6287<br>    Email:<br>        jalewelt@azdisabilitylaw.org<br>        avarma@azdisabilitylaw.org<br>        skader@azdisabilitylaw.org<br><br>*Attorneys for Plaintiff Arizona Center for Disability Law* |
| Daniel Pochoda (Bar No. 021979)<br>Kelly J. Flood (Bar No. 019772)<br>James Duff Lyall (Bar No. 330045)*<br>**ACLU FOUNDATION OF ARIZONA**<br>3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013<br>Telephone: (602) 650-1854<br>Email:   dpochoda@acluaz.org<br>         kflood@acluaz.org<br>         jlyall@acluaz.org<br><br>*Admitted pursuant to Ariz. Sup. Ct. R. 38(f) | **STRUCK WIENEKE, & LOVE, P.L.C.**<br><br>By:   /s/ Courtney Cloman<br>    Daniel P. Strunk<br>    Kathleen L. Wieneke<br>    Timothy J. Bojanowski<br>    Rachel Love<br>    Nicholas D. Acedo<br>    Courtney R. Cloman<br>    Ashlee B. Fletcher<br>    Anne Orcutt<br>    3100 West Ray Road, Suite 300<br>    Chandler, Arizona 85226 |

| | | |
|---|---|---|
| 1 | Donald Specter (Cal. 83925)* | Arizona Attorney General Thomas C. Home |
| 2 | Alison Hardy (Cal. 135966)* Sara Norman (Cal. 189536)* | Office of the Attorney General |
| 3 | Corene Kendrick (Cal. 226642)* **PRISON LAW OFFICE** | Michael E. Gottfried Assistant Attorney General |
| 4 | 1917 Fifth Street Berkeley, California 94710 | 1275 W. Washington Street Phoenix, Arizona 85007-2926 |
| 5 | Telephone:  (510) 280-2621 Email:    dspecter@prisonlaw.com | *Attorneys for Defendants* |
| 6 |              ahardy@prisonlaw.com              snorman@prisonlaw.com | |
| 7 |              ckendrick@prisonlaw.com | |

1   Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
2   Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
3   **PRISON LAW OFFICE**
    1917 Fifth Street
4   Berkeley, California 94710
    Telephone:  (510) 280-2621
5   Email:    dspecter@prisonlaw.com
              ahardy@prisonlaw.com
6             snorman@prisonlaw.com
              ckendrick@prisonlaw.com
7
    *Admitted *pro hac vice*
8
    David C. Fathi (Wash. 24893)*
9   Amy Fettig (D.C. 484883)**
    **ACLU NATIONAL PRISON**
10  **PROJECT**
    915 15th Street N.W., 7th Floor
11  Washington, D.C. 20005
    Telephone:  (202) 548-6603
12  Email:    dfathi@npp-aclu.org
              afettig@npp-aclu.org
13
    *Admitted *pro hac vice*.  Not admitted
14   in DC; practice limited to federal
     courts.
15  **Admitted *pro hac vice*

16  Caroline Mitchell (Cal. 143124)*
    David C. Kiernan (Cal. 215335)*
17  Sophia Calderón (Cal. 278315)*
    Sarah Rauh (Cal. 283742)*
18  **JONES DAY**
    555 California Street, 26th Floor
19  San Francisco, California 94104
    Telephone:  (415) 875-5712
20  Email:    cnmitchell@jonesday.com
              dkiernan@jonesday.com
21            scalderon@jonesday.com
              srauh@jonesday.com
22
    *Admitted *pro hac vice*
23
    R. Scott Medsker (D.C. 976405)*
24  **JONES DAY**
    51 Louisiana Avenue, NW
25  Washington, D.C. 20001-2113
    Telephone:  (202) 879-3837
26  Email:    rsmedsker@jonesday.com

27  *Admitted *pro hac vice*

28

Arizona Attorney General Thomas C. Home
Office of the Attorney General
    Michael E. Gottfried
    Assistant Attorney General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| | **JONES DAY** |
| 2 | 717 Texas Street |
| | Houston, Texas 77002 |
| 3 | Telephone:  (832) 239-3939 |
| | Email:   jlwilkes@jonesday.com |
| 4 | |
| | *Admitted *pro hac vice* |
| 5 | |
| | Kamilla Mamedova (N.Y. 4661104)* |
| 6 | Jennifer K. Messina (N.Y. 4912440)* |
| | **JONES DAY** |
| 7 | 222 East 41 Street |
| | New York, New York 10017 |
| 8 | Telephone:  (212) 326-3498 |
| | Email:   kmamedova@jonesday.com |
| 9 |          jkmessina@jonesday.com |
| 10 | *Admitted *pro hac vice* |
| 11 | *Attorneys for Plaintiffs Victor Parsons;* |
| | *Shawn Jensen; Stephen Swartz; Dustin* |
| 12 | *Brislan; Sonia Rodriguez; Christina* |
| | *Verduzco; Jackie Thomas; Jeremy Smith;* |
| 13 | *Robert Gamez; Maryanne Chisholm;* |
| | *Desiree Licci; Joseph Hefner; Joshua* |
| 14 | *Polson; and Charlotte Wells, on behalf of* |
| | *themselves and all others similarly situated* |

**CERTIFICATION OF ATTEMPT TO RESOLVE THE DISCOVERY DISPUTE**

The parties certify that we have made sincere efforts as required by L. R. Civ. 7.2(j) to personally consult and resolve the disputed matter described herein.

**Plaintiffs' Position:**

Due to the urgency of the present dispute the parties have not met in person, but have discussed the legal issue in person previously. In addition, counsel for the parties has discussed the present dispute by telephone.

**Defendants' Position:**

Defendants disagree that this matter is an urgent matter given the adequate notice previously provided to Plaintiffs regarding Dr. Adu Tutu's whereabouts after this week. Defendants spoke telephonically with Plaintiffs this morning, at their request. Defendants do not, however, agree with Plaintiffs' position to deviate from the Court's order and submit a one-pager prior to a face to face meet and confer.

        */s/ Donald Specter*
        Donald Specter
        *Attorney for Prisoner Plaintiffs*

        */s/ Ashley Fletcher*
        Ashley Fletcher
        *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

　　　　　　　　　　　　/s/ Delana Freouf