# EXHIBIT 1



**STRUCK WIENEKE & LOVE**   3100 West Ray Road, Suite 300  Chandler, Arizona 85226  480.420.1600  swlfirm.com

September 27, 2012

Daniel P. Struck
PARTNER

Kathleen L. Wieneke
PARTNER

Rachel Love
PARTNER

Timothy J. Bojanowski
PARTNER

Christina Retts
SENIOR ASSOCIATE

Jamie D. Guzman
ASSOCIATE

Nicholas D. Acedo
ASSOCIATE

Tara B. Zoellner
ASSOCIATE

Amy L. Nguyen
ASSOCIATE

Ashlee B. Fletcher
ASSOCIATE

Courtney R. Cloman
ASSOCIATE

Anne M. Orcutt
ASSOCIATE

Jennifer Holsman Tetreault
OF COUNSEL

David C. Lewis
OF COUNSEL

**VIA EMAIL ONLY**

To: All Counsel of Record

      Re:    Parsons, et al. v. Ryan and Pratt
               U.S. District Court of Arizona; 2:12-cv-00601

Dear Counsel:

     This letter is in response to Corene Kendrick's September 27, 2012 letter regarding the remaining 30(b)(6) depositions.

     At the outset, it is worth noting that Plaintiffs did not consult with Defendants' counsel in selecting these dates.

**Scheduled Deposition of Ben Shaw**

     You are correct that Ben Shaw is the person ADC will be designating in response to multiple topics in Doc. 81 and 82. It is ADC's position, however, that you will have one opportunity to depose Dr. Shaw. At this time, you will have the opportunity to question him regarding the topics we previously designated from the Topics in Doc. 81 and 82. We have informed you of our position that each designee in response to all 30(b)(6) Notices will only be produced one time. In addition to informing you of this at multiple meet-and-confers (September 10, 2012 and September 25, 2012), this issue is highlighted in several of the one-pagers to be submitted to the Court.

**Designee for Doc. No. 81**

     ADC will be producing a witness responsive to Doc. No 81 Topics 1-9, 11, 13-14, and 16. The first available date on this individual's calendar is October 18, 2012. Please let us know if that works for Plaintiffs' counsel. Despite your request that we provide names for every 30(b)(6) designee, we are unaware of any authority which required us to disclose the name of the designee prior to the deposition. If you have that authority, we would be happy to consider it.

**Designee for Doc. No. 80**

     As we informed you in yesterday's letter, Defendants will be producing Jake Gabel in partial response to Topic 2. Because Topic Number 2 is hugely overbroad and covers not only overall budgets, but budgets for every separate facility, ADC is forced to produce another witness who is responsive to portions

Ashlee B. Fletcher | afletcher@swlfirm.com | Direct: 480.420.1631 | swlfirm.com

All Counsel of Record
September 27, 2012
Page 2

of Topic 2.  This witness will be made available for deposition on October 17 or 18.  Please let us know which date works for Plaintiffs' counsel.

Additionally, in your letter you inform us that if we do not produce the second individual who is responsive to Topic 2 on October 4 or 5, "we will have out-of-state counsel flying back to Phoenix to complete the deposition, increasing costs and expenses."  You have over 10 lawyers who are here locally.  Your decision to fly in counsel from out of state to take depositions in Arizona is your own conscious choice.

Further, and as we have informed you on numerous occasions, your topics are overly broad and unduly burdensome.  As a result, Defendants incur consistent barriers in designating an individual who is responsive to each topic.  Unfortunately, Defendants have to conduct interviews of multiple individuals and this often leads Defendants down paths which produce unresponsive persons.  Once Defendants determine the most appropriate individual, Defendants then have to work with that individual's schedule.  Defendants are making every effort to provide you designees in a timely fashion and will continue to do so.

Defendants are still in the process of locating an individual responsive to topic No. 1 of Doc. 80.  We will inform you of this individual's schedule as soon as possible.

### Designee for Doc. 76

As we have previously informed you, Jen Mielke-Fontaine is available to be deposed on Doc. No. 76 topic 1 on October 10, 2012.  We are confused by your assertion that you will have to "have out-of-state counsel flying back to Phoenix to complete the deposition."  There is no deposition "to complete."  There will be one deposition for Jen Mielke-Fontaine, and she is available on October 10, 2012.  If that date does not work for you, please let us know.  Again, your desire to fly counsel in from out-of-state is your decision and is unnecessary given that you have numerous lawyers here locally.

### Scope of Dr. Adu-TuTu and Dr. Shaw's depositions

We understand, and are aware, that you do not agree with our position that ADC designees produced in response to Plaintiffs' 30(b)(6) Notices will only testify regarding the policies and practices of ADC and thus will not be responsive to topics after July 1, 2012.  This subject has been a consistent issue at the last two meet-and-confers.  That is why this issue has been included in a one-pager to the Court.  Again, and as we expressly proposed to you at Tuesday's meet-and-confer, Defendants are willing to place all remaining 30(b)(6) depositions on hold until the Court decides this issue.  If, however, you insist the depositions proceed; we will stand by our position that ADC designees will be responsive to topics on behalf of ADC up to July 1, 2012.  Dr. Adu Tutu will only be responsive to testimony up until February 2012, because he was only

All Counsel of Record
September 27, 2012
Page 3

employed up until that time. Additionally, he will not be available after next week as he is leaving the country. Further, you failed to provide dates in your topics and failed to confirm with us what date range you meant prior to the scheduling of this deposition. Dr. Adu Tutu's replacement, Dr. weekly, was employed by ADC and is now employed by Wexford. You are free to schedule Dr. Weekly for deposition buy issuing a subpoena and a Notice.

Defendants remain confused regarding your position on this issue. You have informed us of contrary stances. At some points, it has been your position that if ADC does not have an individual to testify regarding a Topic, to "just say so." Again and again we have done just that, to later receive your objection thereto. At other points, it has been your position that ADC needs to produce designees who can testify regarding the policies and practices of Wexford. Regardless, this is an issue where there is strong disagreement and the most productive and efficient avenue is to postpone the 30(b)(6) depositions until this issue can be decided by the Court. Again, if Plaintiffs object to postponing the depositions, ADC will only produce designees to testify regarding topics up to July 1, 2012.

We are likely to the point where no further depositions can proceed until the Court has resolved our issues. We note you have begun to file the one-page dispute statements with the Court this afternoon. We will await the Court's ruling.

Thank you for your cooperation.

Sincerely,

Ashlee B. Fletcher

Ashlee B. Fletcher
For the Firm

ABF/slw
2692841.1

cc:   Dawn Northup, Esq.
      Kelly Dudley

All Counsel of Record
September 27, 2012
Page 4

**Counsel of Record:**

**PERKINS COIE, LLP**
Daniel Clayton Barr: DBarr@perkinscoie.com
James Anthony Ahlers: jahlers@perkinscoie.com
Jill Louise Ripke: jripke@perkinscoie.com
John Howard Gray: jhgray@perkinscoie.com
Kirstin T. Eidenbach: keidenbach@perkinscoie.com
Matthew Benjamin du Mee: mdumee@perkinscoie.com
Thomas Dean Ryerson: tryerson@perkinscoie.com

**JONES DAY**
Caroline N. Mitchell: cnmitchell@jonesday.com
Sophia Calderon: scalderon@jonesday.com
Sarah Rauh: srauh@jonesday.com
David C. Kiernan: dkiernan@jonesday.com
R. Scott Medsker: rsmedsker@JonesDay.com
John Laurens Wilkes: jlwilkes@JonesDay.com
Kamilla Mamedova: kmamedova@jonesday.com
Jennifer K. Messina: jkmessina@jonesday.com

**Prison Law Office**
Donald Specter: dspecter@prisonlaw.com
Alison Hardy: ahardy@prisonlaw.com
Corene Kendrick: ckendrick@prisonlaw.com
Sara Norman: snorman@prisonlaw.com

**ACLU National Prison Project**
David C. Fathi: dfathi@npp-aclu.org
Amy Fettig: afettig@npp-aclu.org

**ACLU Foundation of Arizona**
Daniel J. Pochoda: dpochoda@acluaz.org
Kelly J. Flood: kflood@acluaz.org
James Duff Lyall: jlyall@acluaz.org

**ACDL**
Jennifer Alewelt: jalewelt@azdisabilitylaw.org
Asim Varma: avarma@azdisabilitylaw.org
Sarah Kader: skader@azdisabilitylaw.org

**Office of the Attorney General**
Michael E. Gottfried: Michael.gottfried@azag.gov