IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

Before the Court is the Sixth Joint Notice of Discovery Dispute (Doc. 164). Plaintiff had adequate opportunity to depose Dr. Adu-Tutu and was advised that he would be departing the country. Witnesses are usually entitled to be protected against multiple depositions. Plaintiff has not shown good cause to depose Dr. Adu-Tutu again.

IT IS THEREFORE ORDERED that, treating the Sixth Joint Notice of Discovery Dispute (Doc. 164) as a motion by Plaintiff to re-depose Dr. Adu-Tutu, the motion is denied, and Dr. Adu-Tutu is granted protection against a further deposition.

Dated this 4th day of October, 2012.

_____
Neil V. Wake
United States District Judge