IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

Before the Court is the Fourth Joint Notice of Discovery Dispute (Doc. 161). It does not appear that there is a real discovery dispute. The parties, and Plaintiff's counsel, are admonished that only real; concrete disputes may be presented as a discovery dispute. The parties are warned that unnecessary filings like this will result in assessment of attorney fees. Fed. R. Civ. P. 37(a)(6)(A).

IT IS THEREFORE ORDERED, that the Fourth Joint Notice of Discovery Dispute (Doc. 161), treated as a motion by Plaintiffs, is denied.

Dated this 4th day of October, 2012.

_____
Neil V. Wake
United States District Judge