IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

Before the Court is the Fifth Joint Notice of Discovery Dispute (Doc. 162). Wexford is not "a party" to this litigation. Discovery from Wexford must be sought as from other non-party witnesses. Fed. R. Civ. P. 45. This does not free Defendants from giving discovery of Wexford documents that come into their possession.

IT IS THEREFORE ORDERED that, treating the Fifth Joint Notice of Discovery Dispute (Doc. 162) as a motion for protective order by Defendants, the motion is granted.

Dated this 4th day of October, 2012.

_____
Neil V. Wake
United States District Judge