Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **NOTICE OF SERVICE OF PLAINTIFF MARYANN CHISHOLM'S SUPPLEMENTAL RESPONSES TO DISCOVERY** |

78204-0001/LEGAL24833153.1

PLEASE TAKE NOTICE that on October 4, 2012, Perkins Coie, acting in its capacity as Co-Counsel for Plaintiffs, served by email the following responses to discovery requests on counsel for Defendants in this matter:

1. Plaintiff Maryanne Chisholm's Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories; and

2. Plaintiff Maryanne Chisholm's Supplemental Responses to Defendant Charles Ryan's First Set of Requests for Admission.

| | |
|---|---|
| Dated:  October 4, 2012 | **PERKINS COIE LLP** |
| | By: */s/ Matthew B. du Mée* |
| | Daniel C. Barr (Bar No. 010149) |
| | Jill L. Ripke (Bar No. 024837) |
| | James A. Ahlers (Bar No. 026660) |
| | Kirstin T. Eidenbach (Bar No. 027341) |
| | John H. Gray (Bar No. 028107) |
| | Thomas D. Ryerson (Bar No. 028073) |
| | Matthew B. du Mée (Bar No. 028468) |
| | 2901 N. Central Avenue, Suite 2000 |
| | Phoenix, Arizona 85012 |
| | Telephone:  (602) 351-8000 |
| | Email:  dbarr@perkinscoie.com |
| | rjipke@perkinscoie.com |
| | jahlers@perkinscoie.com |
| | keidenbach@perkinscoie.com |
| | jhgray@perkinscoie.com |
| | tryerson@perkinscoie.com |
| | mdumee@perkinscoie.com |
| | |
| | Daniel Pochoda (Bar No. 021979) |
| | Kelly J. Flood (Bar No. 019772) |
| | James Duff Lyall (Bar No. 330045)* |
| | **ACLU FOUNDATION OF ARIZONA** |
| | 3707 North 7th Street, Suite 235 |
| | Phoenix, Arizona 85013 |
| | Telephone:  (602) 650-1854 |
| | Email:  dpochoda@acluaz.org |
| | kflood@acluaz.org |
| | jlyall@acluaz.org |
| | |
| | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |

Donald Specter (Cal. 83925)*  
Alison Hardy (Cal. 135966)*  
Sara Norman (Cal. 189536)*  
Corene Kendrick (Cal. 226642)*  
**PRISON LAW OFFICE**  
1917 Fifth Street  
Berkeley, California 94710  
Telephone: (510) 280-2621  
Email:  dspecter@prisonlaw.com  
       ahardy@prisonlaw.com  
       snorman@prisonlaw.com  
       ckendrick@prisonlaw.com  

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*  
Amy Fettig (D.C. 484883)**  
**ACLU NATIONAL PRISON PROJECT**  
915 15th Street N.W., 7th Floor  
Washington, D.C. 20005  
Telephone: (202) 548-6603  
Email:  dfathi@npp-aclu.org  
       afettig@npp-aclu.org  

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.  
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*  
David C. Kiernan (Cal. 215335)*  
Sophia Calderón (Cal. 278315)*  
Sarah Rauh (Cal. 283742)*  
**JONES DAY**  
555 California Street, 26th Floor  
San Francisco, California 94104  
Telephone: (415) 875-5712  
Email:  cnmitchell@jonesday.com  
       dkiernan@jonesday.com  
       scalderon@jonesday.com  
       srauh@jonesday.com  

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*  
**JONES DAY**  
51 Louisiana Avenue, NW  
Washington, D.C. 20001-2113  
Telephone: (202) 879-3837  
Email:  rsmedsker@jonesday.com  

*Admitted *pro hac vice*

|   |   |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
|   | **JONES DAY** |
| 2 | 717 Texas Street |
|   | Houston, Texas 77002 |
| 3 | Telephone: (832) 239-3939 |
|   | Email: jlwilkes@jonesday.com |
| 4 |   |
|   | *Admitted *pro hac vice* |
| 5 |   |
|   | Kamilla Mamedova (N.Y. 4661104)* |
| 6 | Jennifer K. Messina (N.Y. 4912440)* |
|   | **JONES DAY** |
| 7 | 222 East 41 Street |
|   | New York, New York 10017 |
| 8 | Telephone: (212) 326-3498 |
|   | Email: kmamedova@jonesday.com |
| 9 | jkmessina@jonesday.com |
| 10 | *Admitted *pro hac vice* |
| 11 | *Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

       /s/ Delana Freouf