IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>　　　　　Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

  Before the Court are the First Joint Notice of Discovery Dispute (Doc. 149) and the Third Joint Notice of Discovery Dispute (Doc. 156). It is not apparent that the parties have done all that is required of them before presenting a dispute. The parties will be permitted to file a formal discovery motion on this matter with full legal authorities, no later than October 15, 2012. The parties are reminded of their duty to confer and resolve everything they can before coming to court. The parties are reminded that the Court is required to assess attorney fees against a party whose position is not substantially justified. Fed. R. Civ. P. 37(a)(5)(A).

  IT IS THEREFORE ORDERED that the parties may file a formal discovery motion by October 15, 2012, on the matter addressed in First Joint Notice of Discovery Dispute (Doc. 149) and the Third Joint Notice of Discovery Dispute (Doc. 156).

IT IS FURTHER ORDERED that each party also address, as to each matter presented, why attorney fees should not be assessed against them under Fed. R. Civ. P. 37(a)(5)(A), this being their "opportunity to be heard." *Id.*

IT IS FURTHER ORDERED that the First Joint Notice of Discovery Dispute (Doc. 149) and the Third Joint Notice of Discovery Dispute (Doc. 156) are denied without prejudice to presenting them in the formal discovery motion.

Dated this 4th day of October, 2012.

_____
Neil V. Wake
United States District Judge