IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

    Before the Court is the Second Joint Notice of Discovery Dispute (Doc. 150). The number and extent of Rule 30(b)(6) depositions sought by Plaintiffs was extreme. Perfection is impossible in identifying a person who has all the knowledge of an organization on broad matters. Nothing in the Notice suggests bad faith by Defendants, and the Court finds none. The parties must work together on such matters. There does not appear to be real and ripe dispute, or much of one, anyway. Sweeping discovery from a large organization is usually better and far more economically obtained by written discovery, with Rule 30(b)(6) depositions to supplement

    IT IS THEREFORE ORDERED that the Second Joint Notice of Discovery Dispute (Doc. 150), treated as a motion to compel discovery by Plaintiffs, is denied.

    Dated this 4th day of October, 2012.

_____
Neil V. Wake
United States District Judge