1   Daniel Pochoda (Bar No. 021979)
    Kelly J. Flood (Bar No. 019772)
2   James Duff Lyall (Bar No. 330045)*
    **ACLU FOUNDATION OF ARIZONA**
3   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
4   Telephone: (602) 650-1854
    Email: dpochoda@acluaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6   *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7   *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
    *Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
8   *Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert*
    *Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
9   *Joshua Polson, and Charlotte Wells, on behalf of*
    *themselves and all others similarly situated*

10  **[ADDITIONAL COUNSEL LISTED ON**
    **SIGNATURE PAGE]**

11

12                  UNITED STATES DISTRICT COURT

13                      DISTRICT OF ARIZONA

14
    Victor Parsons; Shawn Jensen; Stephen Swartz;         No. CV 12-00601-PHX-NVW
15  Dustin Brislan; Sonia Rodriguez; Christina              (MEA)
    Verduzco; Jackie Thomas; Jeremy Smith; Robert
16  Gamez; Maryanne Chisholm; Desiree Licci; Joseph
    Hefner; Joshua Polson; and Charlotte Wells, on       **NOTICE OF INTENT TO**
17  behalf of themselves and all others similarly        **SERVE SUBPOENA ON**
    situated; and Arizona Center for Disability Law,     **WEXFORD HEALTH**
18                                                       **SERVICES, INC.**
                   Plaintiffs,
19
              v.
20
    Charles Ryan, Director, Arizona Department of
21  Corrections; and Richard Pratt, Interim Division
    Director, Division of Health Services, Arizona
22  Department of Corrections, in their official
    capacities,
23
                   Defendants.

24

25

26

27

28

1          TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2          PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil

3  Procedure, Plaintiffs intend to serve a third-party subpoena on Wexford Health Services,

4  Inc. for deposition and production of documents.  The subpoena is attached as Exhibit 1 to

5  this Notice.

6  Dated:  October 9, 2012                    **PERKINS COIE LLP**

7

8                                             By:   s/ John H. Gray
                                                 Daniel C. Barr (Bar No. 010149)
9                                                Jill L. Ripke (Bar No. 024837)
                                                 James A. Ahlers (Bar No. 026660)
10                                               Kirstin T. Eidenbach (Bar No. 027341)
                                                 John H. Gray (Bar No. 028107)
11                                               Thomas D. Ryerson (Bar No. 028073)
                                                 Matthew B. du Mée (Bar No. 028468)
12                                               2901 N. Central Avenue, Suite 2000
                                                 Phoenix, Arizona 85012
13                                               Telephone:  (602) 351-8000
                                                 Email:    dbarr@perkinscoie.com
14                                                         rjipke@perkinscoie.com
                                                          jahlers@perkinscoie.com
15                                                        keidenbach@perkinscoie.com
                                                          jhgray@perkinscoie.com
16                                                        tryerson@perkinscoie.com
                                                          mdumee@perkinscoie.com

17                                               Daniel Pochoda (Bar No. 021979)
                                                 Kelly J. Flood (Bar No. 019772)
18                                               James Duff Lyall (Bar No. 330045)*
                                                 **ACLU FOUNDATION OF**
19                                               **ARIZONA**
                                                 3707 North 7th Street, Suite 235
20                                               Phoenix, Arizona 85013
                                                 Telephone:  (602) 650-1854
21                                               Email:    dpochoda@acluaz.org
                                                          kflood@acluaz.org
22                                                        jlyall@acluaz.org

23                                               *Admitted pursuant to Ariz. Sup. Ct.
                                                 R. 38(f)
24

25

26

27

28

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
  in DC; practice limited to federal
  courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
           dkiernan@jonesday.com
           scalderon@jonesday.com
           srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:     rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:      jlwilkes@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:      kmamedova@jonesday.com
                jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons;
Shawn Jensen; Stephen Swartz; Dustin
Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

s/ Stephanie Lawson

78204-0001/LEGAL24859533.1