1  Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Assistant Attorney General
3  1275 W. Washington Street
   Phoenix, Arizona 85007-2926
4  Telephone: (602) 542-4951
   Fax: (602) 542-7670
5  Michael.Gottfried@azag.gov

6  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
7  Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 22126
8  Nicholas D. Acedo, Bar No. 021644
   Courtney R. Cloman, Bar No. 023155
9  Ashlee B. Fletcher, Bar No. 028874
   Anne M. Orcutt, Bar No. 029387
10 STRUCK WIENEKE, & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
11 Chandler, Arizona  85226
   Telephone:  (480) 420-1600
12 Fax:  (480) 420-1696
   dstruck@swlfirm.com
13 kwieneke@swlfirm.com
   tbojanowski@swlfirm.com
14 nacedo@swlfirm.com
   ccloman@swlfirm.com
15 afletcher@swlfirm.com
   aorcutt@swlfirm.com
16
   *Attorneys for Defendants*

17                **UNITED STATES DISTRICT COURT**

18                     **DISTRICT OF ARIZONA**

| | |
|---|---|
| 19  Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-NVW  **NOTICE OF SERVICE OF DISCOVERY** |
| Plaintiffs, | |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

1   NOTICE IS HEREBY GIVEN that Defendants have this date served upon
2   Plaintiffs' counsel the discovery papers listed below, by emailing same to lead counsel of
3   record (Jennifer Alewelt, jalewelt@azdisabilitylaw.org; Caroline N. Mitchell,
4   cnmitchell@jonesday.com; Donald Specter, dspecter@prisonlaw.com; and David C.
5   Fathi, dfathi@npp-aclu.org).

6   1.   Defendant Ryan's First Request for Production of Documents to
7   Plaintiff Shawn Jensen;

8   2.   Defendant Ryan's First Request for Production of Documents
9   to Plaintiff Stephen Swartz;

10  3.   Defendant Ryan's First Request for Production of Documents to
11  Plaintiff Dustin Brislan;

12  4.   Defendant Ryan's First Request for Production of Documents to
13  Plaintiff Sonia Rodriguez;

14  5.   Defendant Ryan's First Request for Production of Documents to
15  Plaintiff Christina Verduzco;

16  6.   Defendant Ryan's First Request for Production of Documents to
17  Plaintiff Jackie Thomas;

18  7.   Defendant Ryan's First Request for Production of Documents to
19  Plaintiff Jeremy Smith;

20  8.   Defendant Ryan's First Request for Production of Documents to
21  Plaintiff Robert Gamez;

22  9.   Defendant Ryan's First Request for Production of Documents to
23  Plaintiff Desiree Licci;

24  10.  Defendant Ryan's First Request for Production of Documents to
25  Plaintiff Joseph Hefner;

26  11.  Defendant Ryan's First Request for Production of Documents to
27  Plaintiff Joshua Polson; and

28

12. Defendant Ryan's First Request for Production of Documents to Plaintiff Charlotte Wells.

DATED this 11th day of October, 2012.

STRUCK WIENEKE, & LOVE, P.L.C.


By /s/ Anne M. Orcutt
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

3

# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Anthony Ahlers: | jahlers@perkinscoie.com; docketphx@perkinscoie.com; jroe@perkinscoie.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Jill Louise Ripke: | jripke@perkinscoie.com; jgable@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| Sara Norman: | snorman@prisonlaw.com |
| Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |

Case 2:12-cv-00601-ROS    Document 176    Filed 10/11/12    Page 5 of 5

| | | |
|---|---|---|
| 1 | Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com |
| 2-3 | Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| 4 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 5 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 6 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 7 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 8 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 9 | Jennifer K Messina: | jkmessina@jonesday.com |
| 10 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Anne M. Orcutt

2696796.1

5