Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
        kflood@acluaz.org
        jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)
*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
        avarma@azdisabilitylaw.org
        skader@azdisabilitylaw.org
*Attorneys for Plaintiff Arizona Center for Disability Law*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **PLAINTIFFS' NOTICE OF DISCOVERY DISPUTE** |

78204-0001/LEGAL24887317.1

Plaintiffs submit this disputed matter for further instruction from the Court. As explained below, Defendants have declined to participate in submitting this matter to the Court.

**Disputed Issue:** Whether Defendants may unilaterally cancel a Rule 30(b)(6) deposition properly noticed on August 15, 2012.

**Plaintiffs' Position**

On August 15, 2012, Plaintiffs noticed a Rule 30(b)(6) deposition of the Arizona Department of Corrections concerning isolated confinement for October 3, 2012 and requested production of documents by September 26. [Doc. No. 81] This deposition is critical to Plaintiffs' class certification motion due on November 2, 2012.

On September 20, Defendants served an untimely notice of objection to Doc. No. 81, stating no basis for failing to appear at the scheduled deposition. On September 27, just four business days prior to the deposition, Defendants' counsel informed Plaintiffs for the first time that the witness responsive to Doc. No. 81, Topics 1-9, 11, 13-14, and 16 would be produced on October 18 rather than October 3 as noticed. [Ex. 1, Letter from Ashlee Fletcher dated 9/27/12] Although Plaintiffs' counsel had already made travel plans and purchased airline tickets, Plaintiffs agreed to the rescheduled date. [Ex. 2, Letter from David Fathi dated 10/1/12] On October 1, Defendants contacted Plaintiffs to assert that they were now "checking on" the witness's availability for the October 18 deposition. Defendants' counsel also omitted a witness to testify on Topic 2. [Ex. 3, Letter from Anne Orcutt dated 10/1/12] Plaintiffs' counsel immediately responded to confirm that the deposition would go forward on October 18 on all the previously agreed-upon topics. [Ex. 4, email from David Fathi dated 10/1/12] On October 2, Defendants purported to unilaterally cancel *all* previously scheduled 30(b)(6) depositions, including the isolated confinement deposition noticed in Doc. No. 81. [Ex. 5, Letter from Ashlee Fletcher dated 10/2/12] Defendants reiterated this position after Plaintiffs' multiple requests to meet and confer on October 4. [Ex. 6, email chain 10/2-10/4/12]

Defendants' unilateral decision to disregard properly served deposition notices is improper. *See In re Toys "R" Us-Delaware, Inc. Fair and Accurate Credit Transactions Act Litigation*, 2010 WL 4942645 (C.D. Cal. 2010), at *3. Moreover, it seriously prejudices Plaintiffs as the deadline for filing their class certification motion approaches. Plaintiffs request that Defendants be ordered to produce a witness for the deposition noticed in Doc. No. 81 on October 18, or on a mutually agreed date before October 25, and that the documents responsive to the notice duces tecum be produced forty-eight (48) hours in advance of the deposition.

**Defendants' Position**

Defendants have declined to submit a statement of their position. [Ex. 8, Letter from Ashlee Fletcher dated 10/11/12]

Dated this 12th day of October, 2012.

| | |
|---|---|
| **ACLU NATIONAL PRISON PROJECT** | **ARIZONA CENTER FOR DISABILITY LAW** |
| By:  s/ David C. Fathi<br>David C. Fathi (Wash. 24893)*<br>Amy Fettig (D.C. 484883)**<br>915 15th Street N.W., 7th Floor<br>Washington, D.C. 20005<br>Telephone: (202) 548-6603<br>Email:   dfathi@npp-aclu.org<br>         afettig@npp-aclu.org<br><br>*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.<br>**Admitted *pro hac vice* | By:   s/ Jennifer Alewelt<br>Jennifer Alewelt<br>Asim Varma<br>Sarah Kader<br>5025 East Washington Street<br>Suite 202<br>Phoenix, Arizona 85034<br>Telephone: (602) 274-6287<br>Email:<br>   jalewelt@azdisabilitylaw.org<br>   avarma@azdisabilitylaw.org<br>   skader@azdisabilitylaw.org<br><br>*Attorneys for Plaintiff Arizona Center for Disability Law* |

Daniel C. Barr (Bar No. 010149)
Jill L. Ripke (Bar No. 024837)
James A. Ahlers (Bar No. 026660)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Thomas D. Ryerson (Bar No. 028073)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
         rjipke@perkinscoie.com
         jahlers@perkinscoie.com
         keidenbach@perkinscoie.com
         jhgray@perkinscoie.com
         tryerson@perkinscoie.com
         mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  dpochoda@acluaz.org
         kflood@acluaz.org
         jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:  dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
|   | David C. Kiernan (Cal. 215335)* |
| 2 | Sophia Calderón (Cal. 278315)* |
|   | Sarah Rauh (Cal. 283742)* |
| 3 | **JONES DAY** |
|   | 555 California Street, 26th Floor |
| 4 | San Francisco, California 94104 |
|   | Telephone: (415) 875-5712 |
| 5 | Email:   cnmitchell@jonesday.com |
|   |             dkiernan@jonesday.com |
| 6 |             scalderon@jonesday.com |
|   |             srauh@jonesday.com |
| 7 | |
|   | *Admitted *pro hac vice* |
| 8 | |
|   | R. Scott Medsker (D.C. 976405)* |
| 9 | **JONES DAY** |
|   | 51 Louisiana Avenue, NW |
| 10 | Washington, D.C. 20001-2113 |
|   | Telephone: (202) 879-3837 |
| 11 | Email:   rsmedsker@jonesday.com |
| 12 | *Admitted *pro hac vice* |
| 13 | John Laurens Wilkes (Tex. 24053548)* |
|   | **JONES DAY** |
| 14 | 717 Texas Street |
|   | Houston, Texas 77002 |
| 15 | Telephone: (832) 239-3939 |
|   | Email:   jlwilkes@jonesday.com |
| 16 | |
|   | *Admitted *pro hac vice* |
| 17 | |
|   | Kamilla Mamedova (N.Y. 4661104)* |
| 18 | Jennifer K. Messina (N.Y. 4912440)* |
|   | **JONES DAY** |
| 19 | 222 East 41 Street |
|   | New York, New York 10017 |
| 20 | Telephone: (212) 326-3498 |
|   | Email:   kmamedova@jonesday.com |
| 21 |             jkmessina@jonesday.com |
| 22 | *Admitted *pro hac vice* |
| 23 | *Attorneys for Plaintiffs Victor Parsons;* |
|   | *Shawn Jensen; Stephen Swartz; Dustin* |
| 24 | *Brislan; Sonia Rodriguez; Christina* |
|   | *Verduzco; Jackie Thomas; Jeremy Smith;* |
| 25 | *Robert Gamez; Maryanne Chisholm;* |
|   | *Desiree Licci; Joseph Hefner; Joshua* |
| 26 | *Polson; and Charlotte Wells, on behalf of* |
|   | *themselves and all others similarly situated* |
| 27 | |
| 28 | |

**CERTIFICATION OF ATTEMPT TO RESOLVE THE DISCOVERY DISPUTE**

**Plaintiffs' Position**

Plaintiffs certify that they have made sincere efforts as required by L. R. Civ. 7.2(j) to personally consult and resolve the disputed matter described herein. On October 2, Plaintiffs' counsel emailed Defendants' counsel and asked to meet and confer. [Ex. 6, email from David Fathi dated 10/2/12]  Having received no response, Plaintiffs' counsel repeated this request on October 4. [Ex. 6, email from David Fathi dated 10/4/12] Defendants' counsel responded "we have met twice on the 30b6 issue" and did not agree to meet and confer. [Ex. 6, email from Dan Struck dated 10/4/12]  On October 11, Plaintiffs' counsel asked yet again to meet and confer on this issue. [Ex. 7, email from David Fathi dated 10/11/12]  Defendants' counsel declined to participate. [Ex. 8, Letter from Ashlee Fletcher dated 10/11/12]

s/ *David C. Fathi*
David C. Fathi
*Attorney for Prisoner Plaintiffs*

s/ *Jennifer Alewelt*
Jennifer Alewelt
*Attorney for Arizona Center for Disability Law*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

　　　　　　　　　　　　　　　s/ David Fathi