IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Victor Antonio Parsons, et al.

    Plaintiff(s)/Petitioner(s),

vs.

Charles L. Ryan, et al.

    Defendant(s)/Respondent(s)

CASE NO: 2:12-cv-00601-NVW-MEA

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ✓
RECEIVED
OCT 1 5 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, **Eun Ae Suh**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Plaintiffs Dustin Brislan, Maryanne Chisholm, Robert Carrasco Gamez, Jr., Joseph Hefner, Shawn Jensen, Desiree Licci, Victor Antonio Parsons, Joshua Polson, Sonia Rodriguez, Jeremy Smith, Stephen Oliver Swartz, Jackie Thomas, Christina Verduzco, Charlotte Wells**

City and State of Principal Residence: Houston, Texas

| | |
|---|---|
| Firm Name: | Jones Day |
| Address: | 717 Texas    Suite: 3300 |
| City: | Houston   State: TX   Zip: 77002 |
| Firm/Business Phone: | (832) 239-3939 |
| Firm Fax Phone: | (832) 239-3600   E-mail Address: ksuh@jonesday.com |

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| US District Court - Southern District of Texas | 05/05/2011 | ☑ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No

Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

October 10, 2012

Date

Fee Receipt # phx127069

[Signature]

Signature of Applicant

(Rev. 04/12)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
SOUTHERN DISTRICT OF TEXAS §
　　　　　　　　　　　　　　　§

I, David J. Bradley, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS DO HEREBY CERTIFY That Eun Ae Suh, Federal ID No. 1138449, was duly admitted to practice in said Court on May 5, 2011, and is in good standing as a member of the bar of said Court.

Dated October 9, 2012 at Houston, Texas.

DAVID J. BRADLEY, CLERK

By: 
T. Hanniable
Deputy Clerk

