UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL PRODUCTION OF DEATH RECORDS AND MORTALITY REVIEWS AND TO COMPEL RESPONSE TO DEPOSITION QUESTIONS REGARDING MORTALITY REVIEWS PURSUANT TO OCTOBER 4, 2012 ORDER [DOC. 170] --AND MEMORANDUM IN SUPPORT** |

Having received and considered Plaintiffs' Motion to Compel Production of Death Records And Mortality Reviews and to Compel Response to Deposition Questions Regarding Mortality Reviews Pursuant to October 4, 2012 Order [Doc. 170] – and Memorandum in Support, any response thereto, and good cause appearing,

**IT IS HEREBY ORDERED granting** Plaintiffs' Motion to Compel Production of Death Records and Mortality Reviews and to Compel Response to Deposition Questions Regarding Mortality Reviews Pursuant to October 4, 2012 Order [Doc. 170]

**IT IS FURTHER ORDERED** that, within 30 days of this Order, (1) Defendants produce all death records, including medical files and mortality reviews, as well as any other documents relating to the review of prisoner deaths by health care staff, pursuant to

Plaintiffs' June 15, 2012 Request for Production of Documents; (2) Defendants produce for further deposition Dr. Richard Rowe to testify regarding Defendants' death review policies and practices following production of the death records; and (3) Defendants pay Plaintiffs attorney fees and costs associated with this motion and securing this discovery.