1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5         kflood@acluaz.org
          jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
   *Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina*
8  *Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez,*
   *Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua*
9  *Polson, and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*

10 **[ADDITIONAL COUNSEL LISTED ON**
    **SIGNATURE PAGE]**

11
   Jennifer Alewelt (Bar No. 027366)
12 Asim Varma (Bar No. 027927)
   Sarah Kader (Bar No. 027147)
13 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
14 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
15 Email: jalewelt@azdisabilitylaw.org
          avarma@azdisabilitylaw.org
16        skader@azdisabilitylaw.org

17 *Attorneys for Plaintiff Arizona Center for Disability Law*

                 UNITED STATES DISTRICT COURT
18
                      DISTRICT OF ARIZONA
19

| | |
|---|---|
| 20 Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **DECLARATION OF ALISON HARDY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DEATH RECORDS AND MORTALITY REVIEWS AND TO COMPEL RESPONSE TO DEPOSITION QUESTIONS REGARDING MORTALITY REVIEWS PURSUANT TO OCTOBER 4, 2012 ORDER [DOC. 170] -- AND MEMOR-ANDUM IN SUPPORT** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

20
21
22
23
24
25
26
27
28

I, Alison Hardy, hereby declare:

1.     I am a *pro hac vice* member of the Bar of this Court for purposes of this action, and a staff attorney at the Prison Law Office, one of the counsel of record for Plaintiffs in this action.  I have personal knowledge of the matters set forth herein and if called as a witness I could and would competently so testify.

2.     On June 15, 2012, Plaintiff Victor Antonio Parsons served on Defendants the First Set of Requests for Production of Documents.  A true and correct copy is attached hereto as Exhibit 1.

3.     Plaintiffs' counsel Caroline Mitchell sent a letter to Defendants' counsel Timothy Bojanowski on August 31, 2012 requesting that Defendants produce a "first wave" of 37 death records.  A true and correct copy is attached hereto as Exhibit 2.

4.     Plaintiffs' counsel Donald Specter took the deposition of Defendants' Rule 30(b)(6) designee, Dr. Richard Rowe, on September 19, 2012.  A true and correct copy of the excerpts of the deposition is attached hereto as Exhibit 3.

5.     On September 20, 2012, Donald Specter wrote a letter to Defendants' counsel Kathy Wieneke following the deposition of Dr. Rowe asking that he be made available for further deposition after Defendants produce the requested mortality reviews.  A true and correct copy is attached hereto as Exhibit 4.

6.     On October 10, 2012, Defendants' counsel Courtney Cloman wrote a letter to Donald Specter stating that Defendants refused to meet and confer further regarding Dr. Rowe's deposition.  A true and correct copy is attached hereto as Exhibit 5.

7.     On October 3, 2012, Defendants produced to Plaintiffs a letter and two memoranda regarding conditions in the state prisons.  The first, a letter to Defendants' agent Wexford Health, Inc. dated September 21, 2012, addressed to Karen Mullenix from Joe Profiri, documents recent constitutionally significant lapses in health care.  (Bates Nos. ADC028057-ADC028063.)  A true and correct copy is attached hereto as Exhibit 6.

8.     The second document, an Arizona Department of Corrections memorandum dated August 13, 2012, from Matthew Musson to Joe Profiri, describes serious staffing

problems at Eyman prison.  (Bates Nos. ADC028094-ACD028095.)  A true and correct copy is attached hereto as Exhibit 7.

9.     The third document, an ADC memorandum dated August 10, 2012, from John Mitchell to Joe Profiri, describes serious staffing problems at the Winslow prison Bates Nos. ADC028163-ADC028164).  A true and correct copy is attached hereto as Exhibit 8.

10.    On October 9, 2012, Donald Specter left a voicemail message for Kathy Wieneke asking to meet and confer regarding Dr. Rowe's deposition, and then sent a confirming email.  A true and correct copy of the confirming email is attached hereto as Exhibit 9.

11.    Plaintiffs' counsel have requested a standing weekly meet and confer regarding this litigation, and defendants have refused this request.  True and correct copies of Caroline Mitchell's email to Kathy Wieneke, et al, and of Ashlee B. Fletcher's responsive letter are attached hereto as Exhibits 10 and 11.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of October, 2012 at Berkeley, California.


s/Alison Hardy

Alison Hardy

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
  in DC; practice limited to federal
  courts.
**Admitted *pro hac vice*
Daniel C. Barr (Bar No. 010149)
Jill L. Ripke (Bar No. 024837)
James A. Ahlers (Bar No. 026660)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Thomas D. Ryerson (Bar No. 028073)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           rjipke@perkinscoie.com
           jahlers@perkinscoie.com
           keidenbach@perkinscoie.com
           jhgray@perkinscoie.com
           tryerson@perkinscoie.com
           mdumee@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:      cnmitchell@jonesday.com
                dkiernan@jonesday.com
                scalderon@jonesday.com
                srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:      rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:      jlwilkes@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:      kmamedova@jonesday.com
                jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons;
Shawn Jensen; Stephen Swartz; Dustin
Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

Jennifer Alewelt
Asim Varma
Sarah Kader
**ARIZONA CENTER FOR**
**DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    jalewelt@azdisabilitylaw.org
          avarma@azdisabilitylaw.org
          skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on October 15, 2012, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

7

8

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

9

10

11

12

13

14

15

16

17

*Attorneys for Defendants*

18

19

☒      I hereby certify that on October 15, 2012, I served the attached document by

20

first class mail on Judge Neil V. Wake, United States District Court of Arizona, 401 West

21

Washington Street, Phoenix, Arizona 85003-2118.

22

                                                                s/ S. Neilson

23

LEGAL24902783.1

24

25

26

27

28