**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　Plaintiffs,<br>　v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　Defendants. | No.:<br>CV12-00601-PHX-NVW (MEA) |

30(b)(6) ARIZONA DEPARTMENT OF CORRECTIONS
(RICHARD H. ROWE, M.D.)
TOPIC NOS. 1, 2, 5, 6, 7, 8, 9, 10, 12, 13, 15, 17

September 19, 2012
9:49 a.m.
Phoenix, Arizona

Prepared by:
Marcella Daughtry, RPR
Arizona Certified
Reporter No. 50623

Prepared for:

(Copy)

1    Q    Okay. Do you know anything about the death
2 review process in ADC?
3    A    Yes.
4    Q    What is it? Describe it, please.
5    A    The process starts at the local level. When
6 there is an inmate death, there is a local mortality
7 review committee that is convened to give some
8 preliminary information that's sent up to central
9 office. An autopsy is done.
10             After the autopsy returns -- and that
11 time varies -- there should be a second mortality
12 committee that meets locally and compile all of that.
13 It is sent up to central office where it is then
14 reviewed on a third level.
15   Q    And whom -- who is it reviewed by?
16   A    That would be me.
17   Q    Okay. When was the last mortality review
18 which you reviewed?
19   A    Actually, it's an ongoing process, and that
20 was part of my responsibilities, to review mortality.
21 The most recent one I did was approximately two days
22 ago.
23   Q    Okay. And when you review, what -- what do
24 you review for?
25   A    There is a policy that outlines that, but

Page 93

1    Q    And have you reviewed any charts of people who
2    have died since July 1st?
3    A    Not yet. That's 2012. We are working on some
4    of the 2011. I have not -- I have seen a quick
5    synopsis, because these has to go through the criminal
6    investigation unit, but a formal review has not been
7    done yet.
8    Q    Okay. So you are still working on 2011?
9    A    Still working on 2011.
10   Q    What part of the year?
11   A    Pretty much most of the year.
12   Q    So you are almost done with 2011?
13   A    No.
14   Q    They come in different --
15   A    It comes -- I'm sorry, go ahead.
16   Q    They come in different -- they don't come in
17   chronological order to you?
18   A    No, they don't.
19   Q    Okay.
20   A    Well, hold on a second. Let me clarify that.
21   Chronological order in the sense of year or names?
22   Q    Chronological means by time.
23   A    By time, no.
24   Q    Okay. Is it part -- I'm sorry. Take your
25   time.