1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7              FOR THE DISTRICT OF ARIZONA

8

9   Victor Antonio Parsons, et al.,           )   No. CV-12-00601-PHX-NVW
                                              )
10          Plaintiffs,                        )   **ORDER**
                                              )
11  vs.                                        )
                                              )
12                                             )
    Charles L. Ryan, et al.,                   )
13                                             )
            Defendants.                        )
14  _____  )

15

16       In light of Defendants' Notice Regarding First Joint Notice of Discovery Dispute

17  (Doc. 179),

18       IT IS ORDERED that the First Joint Notice of Discovery Dispute (Doc. 149),

19  treated as a motion to compel discovery by Plaintiffs, and Plaintiffs' Motion to Compel

20  Production of Death Records, etc. (Doc. 183), are granted.

21       DATED this 16th day of October, 2012.

22

23  _____
                    Neil V. Wake
24              United States District Judge

25

26

27

28