Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: dpochoda@acluaz.org
         kflood@acluaz.org
         jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CLASS CERTIFICATION MOTION (FIRST REQUEST)** |

Pursuant to LRCiv 7.3, Plaintiffs respectfully move for a one-week extension of time to file their motion for class certification.  The deadlines currently set forth in the Court's scheduling order of July 20, 2012 [Doc. 51] are as follows:

| | |
|---|---|
| Plaintiffs' motion: | November 2, 2012 |
| Defendants' response: | November 30, 2012 |
| Plaintiffs' reply: | December 14, 2012 |

Plaintiffs request that the deadlines be modified as follows:

| | |
|---|---|
| Plaintiffs' motion: | November 9, 2012 |
| Defendants' response: | December 7, 2012 |
| Plaintiffs' reply: | December 21, 2012 |

These modifications would have no effect on any other deadline set forth in the Court's scheduling order [Doc. 52].  No previous extension of these deadlines has been requested or granted.

Counsel for Plaintiff ACDL and for Defendants have indicated that they do not oppose this motion.

| | | |
|---|---|---|
| 1 | Dated: October 16, 2012 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: s/ John H. Gray |
| | | Daniel C. Barr (Bar No. 010149) |
| | | Jill L. Ripke (Bar No. 024837) |
| 4 | | James A. Ahlers (Bar No. 026660) |
| | | Kirstin T. Eidenbach (Bar No. 027341) |
| 5 | | John H. Gray (Bar No. 028107) |
| | | Thomas D. Ryerson (Bar No. 028073) |
| 6 | | Matthew B. du Mée (Bar No. 028468) |
| | | 2901 N. Central Avenue, Suite 2000 |
| 7 | | Phoenix, Arizona 85012 |
| | | Telephone: (602) 351-8000 |
| 8 | | Email:   dbarr@perkinscoie.com |
| | | rjipke@perkinscoie.com |
| 9 | | jahlers@perkinscoie.com |
| | | keidenbach@perkinscoie.com |
| 10 | | jhgray@perkinscoie.com |
| | | tryerson@perkinscoie.com |
| 11 | | mdumee@perkinscoie.com |

Daniel J. Pochoda
Kelly J. Flood
James Duff Lyall
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaz.org
    kflood@acluaz.org
    jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
    ahardy@prisonlaw.com
    snorman@prisonlaw.com
    ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
         afettig@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
         dkiernan@jonesday.com
         scalderon@jonesday.com
         srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3837
Email: rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | Kamilla Mamedova (N.Y. 4661104)* |
| 2 | Jennifer K. Messina (N.Y. 4912440)* |
| | **JONES DAY** |
| | 222 East 41 Street |
| 3 | New York, New York 10017 |
| | Telephone:  (212) 326-3498 |
| 4 | Email:    kmamedova@jonesday.com |
| | jkmessina@jonesday.com |
| 5 | |
| | *Admitted *pro hac vice* |
| 6 | |

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

                                    s/ Stephanie Lawson

78204-0001/LEGAL24914089.1