1

2

3

4

5

6                   UNITED STATES DISTRICT COURT

7                         DISTRICT OF ARIZONA

8

9   | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-NVW |

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

Defendants.

No. CV 12-00601-PHX-NVW (MEA)

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CLASS CERTIFICATION MOTION (FIRST REQUEST)**

        Having received and considered Plaintiffs' Unopposed Motion for Extension of Time to File Class Certification Motion (First Request), and for good cause appearing,

        **IT IS HEREBY ORDERED** that Plaintiffs' Unopposed Motion for Extension of Time to File Class Certification Motion (First Request) is **GRANTED**.

        **IT IS FURTHER ORDERED** that the following deadlines shall apply to class certification briefing:

        Plaintiffs' motion:            November 9, 2012

        Defendants' response:       December 7, 2012

        Plaintiffs' reply:             December 21, 2012