1  Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Assistant Attorney General
3  1275 W. Washington Street
   Phoenix, Arizona 85007-2926
4  Telephone: (602) 542-4951
   Fax: (602) 542-7670
5  Michael.Gottfried@azag.gov

6  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
7  Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 22126
8  Nicholas D. Acedo, Bar No. 021644
   Courtney R. Cloman, Bar No. 023155
9  Ashlee B. Fletcher, Bar No. 028874
   Anne M. Orcutt, Bar No. 029387
10 STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
11 Chandler, Arizona  85226
   Telephone:  (480) 420-1600
12 Fax:  (480) 420-1696
   dstruck@swlfirm.com
13 kwieneke@swlfirm.com
   rlove@swlfirm.com
14 tbojanowski@swlfirm.com
   nacedo@swlfirm.com
15 ccloman@swlfirm.com
   afletcher@swlfirm.com
16 aorcutt@swlfirm.com
   *Attorneys for Defendants*

17                **UNITED STATES DISTRICT COURT**

18                    **DISTRICT OF ARIZONA**

19 Victor Parsons; Shawn Jensen; Stephen          NO. 2:12-cv-00601-NVW
   Swartz; Dustin Brislan; Sonia Rodriguez;
20 Christina Verduzco; Jackie Thomas; Jeremy
   Smith; Robert Gamez; Maryanne Chisholm;        **NOTICE OF SERVICE OF**
21 Desiree Licci; Joseph Hefner; Joshua Polson;    **DEFENDANT CHARLES RYAN'S**
   and Charlotte Wells, on behalf of themselves    **AND DEFENDANT RICHARD**
22 and all others similarly situated; and Arizona  **PRATT'S FOURTH**
   Center for Disability Law,                      **SUPPLEMENTAL ANSWERS TO**
23                                                 **PLAINTIFF VICTOR PARSONS'**
                                    Plaintiffs,    **REQUEST FOR PRODUCTION**
24

25                    v.

26 Charles Ryan, Director, Arizona Department
   of Corrections; and Richard Pratt, Interim
27 Division Director, Division of Health Services,
   Arizona Department of Corrections, in their
28 official capacities,
                                    Defendants.

NOTICE IS HEREBY GIVEN that Defendants have this date served upon Plaintiffs' counsel the discovery papers listed below, by emailing same to lead counsel of record (Jennifer Alewelt, jalewelt@azdisabilitylaw.org; Caroline N. Mitchell, cnmitchell@jonesday.com; Donald Specter, dspecter@prisonlaw.com; and David C. Fathi, dfathi@npp-aclu.org).

1.    Defendant Richard Pratt's and Defendant Charles Ryan's Fourth Supplemental Joint Responses to Plaintiff Victor Antonio Parsons' First Set of Requests for Production of Documents.

DATED this 16th day of October 2012.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Timothy J. Bojanowski
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Courtney R. Cloman
    Ashlee B. Fletcher
    Anne M. Orcutt
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    Arizona Attorney General Thomas C. Horne
    Office of the Attorney General
    Michael E. Gottfried
    Assistant Attorney General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

    *Attorneys for Defendants*

2

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on October 16, 2012, I electronically transmitted the attached

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

Alison Hardy:                    ahardy@prisonlaw.com

6

Amy Fettig:                      afettig@npp-aclu.org

7

Caroline N. Mitchell:            cnmitchell@jonesday.com; mlandsborough@jonesday.com;

8                                  nbreen@jonesday.com

9

Corene T. Kendrick:              ckendrick@prisonlaw.com; edegraff@prisonlaw.com

10

Daniel Clayton Barr:             DBarr@perkinscoie.com; docketphx@perkinscoie.com;
                                 sneilson@perkinscoie.com

11

Daniel Joseph Pochoda:           dpochoda@acluaz.org; danpoc@cox.net;

12                                 gtorres@acluaz.org

13

David Cyrus Fathi:               dfathi@npp-aclu.org; astamm@aclu.org;
                                 hkrase@npp-aclu.org

14

Donald Specter:                  dspecter@prisonlaw.com

15

James Anthony Ahlers:            jahlers@perkinscoie.com; docketphx@perkinscoie.com;

16                                 jroe@perkinscoie.com

17

James Duff Lyall:                jlyall@acluaz.org; gtorres@acluaz.org

18

Jennifer Ann Alewelt:            jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org;
                                 phxadmin@azdisabilitylaw.org

19

Jill Louise Ripke:               jripke@perkinscoie.com; jgable@perkinscoie.com

20

John Howard Gray:                jhgray@perkinscoie.com; slawson@perkinscoie.com

21

Kelly Joyce Flood:               kflood@acluaz.org; gtorres@acluaz.org

22

Kirstin T. Eidenbach:            keidenbach@perkinscoie.com; dfreouf@perkinscoie.com;

23                                 docketphx@perkinscoie.com

24

Matthew Benjamin de Mee:         mdumee@perkinscoie.com; cwendt@perkinscoie.com

25

Michael Evan Gottfried:          Michael.gottfried@azag.gov; colleen.jordan@azag.gov;
                                 lucy.rand@azag.gov

26

Sara Norman:                     snorman@prisonlaw.com

27

Sophia Calderon:                 scalderon@jonesday.com; lwong@jonesday.com

28

3

| | |
|---|---|
| Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| R. Scott Medsker: | rsmedsker@JonesDay.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Kamilla Mamedova: | kmamedova@jonesday.com |
| Jennifer K Messina: | jkmessina@jonesday.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| Eun Ae Suh: | ksuh@jonesday.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Timothy J. Bojanowski

4