IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

Having received and considered Plaintiffs' Unopposed Motion for Extension of Time to File Class Certification Motion (First Request) (Doc. 187), and good cause appearing,

**IT IS ORDERED** granting Plaintiffs' Unopposed Motion for Extension of Time to File Class Certification Motion (First Request) (Doc. 187).

**IT IS FURTHER ORDERED** that the following deadlines shall apply to class certification briefing:

Plaintiffs' motion:           November 9, 2012

1 |     Defendants' response:    December 7, 2012

2 |     Plaintiffs' reply:    December 21, 2012

3 |     Dated this 17th day of October, 2012.

```
                _____
                        Neil V. Wake
                  United States District Judge
```

-2-