Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **NOTICE OF SERVICE OF DISCOVERY RESPONSES** |

1     PLEASE TAKE NOTICE that on October 18, 2012, Perkins Coie LLP, acting in
2 its capacity as Co-Counsel for Plaintiffs, served the following discovery responses on
3 counsel for Defendants in this matter:
4     1.    Plaintiff Shawn Jensen's Responses to Defendant Charles Ryan's First Set
5 of Interrogatories;
6     2.    Plaintiff Stephen Oliver Swartz's Responses to Defendant Charles Ryan's
7 First Set of Interrogatories;
8     3.    Plaintiff Dustin Brislan's Responses to Defendant Charles Ryan's First Set
9 of Interrogatories;
10    4.    Plaintiff Sonia Rodriguez's Responses to Defendant Charles Ryan's First
11 Set of Interrogatories;
12    5.    Plaintiff Christina Verduzco's Responses to Defendant Charles Ryan's First
13 Set of Interrogatories;
14    6.    Plaintiff Jackie Thomas' Responses to Defendant Charles Ryan's First Set
15 of Interrogatories;
16    7.    Plaintiff Charlotte Wells' Responses to Defendant Charles Ryan's First Set
17 of Interrogatories.

| | | |
|---|---|---|
| 1 | Dated: October 18, 2012 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By:   s/ John H. Gray<br>    Daniel C. Barr (Bar No. 010149) |
| 4 | |     Jill L. Ripke (Bar No. 024837)<br>    James A. Ahlers (Bar No. 026660) |
| 5 | |     Kirstin T. Eidenbach (Bar No. 027341)<br>    John H. Gray (Bar No. 028107) |
| 6 | |     Thomas D. Ryerson (Bar No. 028073)<br>    Matthew B. du Mée (Bar No. 028468) |

(Signature block, continued:)

**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         rjipke@perkinscoie.com
         jahlers@perkinscoie.com
         keidenbach@perkinscoie.com
         jhgray@perkinscoie.com
         tryerson@perkinscoie.com
         mdumee@perkinscoie.com

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

1  Daniel J. Pochoda
   Kelly J. Flood
2  James Duff Lyall
   **ACLU FOUNDATION OF**
3  **ARIZONA**
   3707 North 7th Street, Suite 235
4  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
5  Email:  dpochoda@acluaz.org
            kflood@acluaz.org
6           jlyall@acluaz.org

7  Caroline Mitchell (Cal. 143124)*
   David C. Kiernan (Cal. 215335)*
8  Sophia Calderón (Cal. 278315)*
   Sarah Rauh (Cal. 283742)*
9  **JONES DAY**
   555 California Street, 26th Floor
10 San Francisco, California 94104
   Telephone: (415) 875-5712
11 Email:  cnmitchell@jonesday.com
            dkiernan@jonesday.com
12          scalderon@jonesday.com
            srauh@jonesday.com
13
   *Admitted *pro hac vice*
14
   R. Scott Medsker (D.C. 976405)*
15 **JONES DAY**
   51 Louisiana Avenue, NW
16 Washington, D.C. 20001-2113
   Telephone: (202) 879-3837
17 Email:  rsmedsker@jonesday.com

18 *Admitted *pro hac vice*

19 John Laurens Wilkes (Tex. 24053548)*
   Kate A. Suh (Tex. 24075132)*
20 **JONES DAY**
   717 Texas Street
21 Houston, Texas 77002
   Telephone: (832) 239-3939
22 Email:  jlwilkes@jonesday.com
            ksuh@jonesday.com
23 *Admitted *pro hac vice*

24

25

26

27

28

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:   kmamedova@jonesday.com
         jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

    s/    S. Neilson

78204-0001/LEGAL24928918.1