Eddie Cano
#44306
P.O. Box 4000
SMU-I
ASPC-Eyman
Florence, AZ 85132
In Pro Per
THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE 5.4, 6.0, 12-15
(Rule Number/Section)

FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 18 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

# United States District Court
## District of Arizona

Victor Parsons, et al.(?),
  Plaintiff,
v.
Charles Ryan, et al.,
  Defendants.

No. 2:12-CV-00601-NVW-MEA

Motion for Status, Inter Alia

Plaintiff Eddie Cano, a member of the plaintiff class in this class action, requests to know the status of this case. Plaintiff asserts his right to be kept informed of all developments in this case to ensure that his interests are being adequately represented. Therefore, Plaintiff requests that the Court enter an order requiring that class counsel send a copy of all pleadings filed and all court orders entered in this case.

Dated this 15th day of October, 2012.

Copy of the foregoing mailed this 15th day of October, 2012, to:

Courtney R. Cloman
Attorney at Law
STRUCK, WIENEKE & LOVE, PLC
3100 W. Ray Rd, Ste. 300
Chandler, AZ 85226
(Attorneys for Defendants)

Eddie Cano
#44306
P.O. Box 4000
SMU-I
ASPC-Eyman
Florence, AZ 85132

Daniel J. Pochoda
James Duff Lyall
ACLU Foundation of Arizona
3707 N. 7th Street, Ste. 235
Phoenix, AZ 85013
(Attorneys for Defendants)

*[signature]*
Eddie Cano
Pro Se

2