IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., ) | No. CV-12-00601-PHX-NVW |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Charles L. Ryan, et al., ) | |
| ) | |
| Defendants. ) | |

IT IS ORDERED that the Motion for Status (Doc. 195) is denied. Potential class members may obtain information from the attorneys for the putative class.

DATED this 24th day of October, 2012.

_____
Neil V. Wake
United States District Judge