Daniel J. Pochoda (SBA 021979)
Kelly J. Flood (SBA 019772)
James Duff Lyall (SBA 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 N. 7th Street, Suite 235
Phoenix, AZ  85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Attorneys for Plaintiffs Victor Parsons, Robert Gamez, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> vs. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. CV-12-00601-NVW (MEA) <br><br> **NOTICE OF SERVICE OF PLAINTIFF ROBERT GAMEZ'S SECOND SUPPLEMENTAL RESPONSES TO DEFENDANT RYAN'S FIRST SET OF REQUESTS FOR ADMISSION AND INTERROGATORIES** |

PLEASE TAKE NOTICE that on October 24, 2012, ACLU Foundation of Arizona, acting in its capacity as Co-Counsel for the individually named Plaintiffs, served by email

-1-

the following responses to discovery requests on counsel for Arizona Center for Disability Law and Defendants in this matter:

Plaintiff Robert Gamez's Second Supplemental Responses to Defendant Ryan's First set of Requests for admission and interrogatories.

Dated: October 24, 2012        **ACLU FOUNDATION OF ARIZONA**

By:   */s/* James Duff Lyall
      Daniel J. Pochoda
      Kelly J. Flood
      James Duff Lyall

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, CA  94710
Telephone: (510) 280-2621
Email:dspecter@prisonlaw.com
      ahardy@prisonlaw.com
      snorman@prisonlaw.com
      ckendrick@prisonlaw.com

*Pro Hac Vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
ACLU NATIONAL PRISON PROJECT
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email: dfathi@npp-aclu.org
       afettig@npp-aclu.org

*Admitted pro hac vice.  Not admitted in DC; Practice limited to federal courts.*

**Admitted pro hac vice.*

Daniel C. Barr (SBA 010149)
Jill L. Ripke (SBA 024837)
James A. Ahlers (SBA 026660)
Kirstin T. Eidenbach (SBA 027341)
John H. Gray (SBA 028107)
Thomas D. Ryerson (SBA 028073)
Matthew B. Du Mée (SBA 028468)
**PERKINS COIE LLP**
2901 N. Central Ave., Suite 2000
Phoenix, AZ  85012-2788
Telephone:  (602) 351-8000
Email: dbarr@perkinscoie.com
         jripke@perkinscoie.com
         jahlers@perkinscoie.com
         keidenbach@perkinscoie.com
         jhgray@perkinscoie.com
         tryerson@perkinscoie.com
         mdumee@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderon (Cal. 278135)*
Sarah Rauh (Cal. 283742)
**JONES DAY**
555 California St., 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
         dkiernan@jonesday.com
         scalderon@jonesday.com
         srauh@jonesday.com

*Admitted *Pro Hac Vice*

R. Scott Medsker (D.C. 9764005)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 200001-2113
Telephone: (202) 879-3837
Email: rsmedsker@jonesday.com

*Admitted *Pro Hac Vice*

| | |
|---|---|
| 1 | |
| 2 | John Laurens Wilkes (Tex. 24053548)*<br>**JONES DAY**<br>717 Texas Street |
| 3 | Houston, Texas 77002<br>Telephone: (832) 239-3939 |
| 4 | Email: jlwilkes@jonesday.com |
| 5 | Admitted *Pro Hac Vice* |
| 6 | Kamilla Mamedova (N.Y. 4661104)*<br>Jennifer K. Messina (N.Y. 4912440)* |
| 7 | JONES DAY<br>222 East 41 Street |
| 8 | New York, New York 10017<br>Telephone: (212) 326-3498 |
| 9 | Email: kmamedova@jonesday.com<br>Jkmessina@jonesday.com |
| 10 | |
| 11 | Admitted *Pro Hac Vice* |
| 12 | *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez,* |
| 13 | *Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,* |
| 14 | *Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Ruth Szanto
Asim Varma
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
rszanto@azdisabilitylaw.org
avarma@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

/s/   Gloria Torres