# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-NVW<br><br>**ORDER GRANTING MOTION TO COMPEL DONNA HAMM AND MIDDLE GROUND PRISON REFORM TO COMPLY WITH DEFENDANTS' SUBPOENA DUCES TECUM** |

The Court, having considered Defendants' Motion to Compel Donna Hamm and Middle Ground Prison Reform to Comply with Defendants' Subpoena Duces Tecum, and being otherwise fully advised,

**IT IS HEREBY ORDERED** that Defendants' Motion to Compel is GRANTED, and that Donna Hamm and Middle Ground Prison Reform shall produce documents pursuant to a Subpoena Duces Tecum issued by this Court and served by Defendants on August 2, 2012 no later than November 26, 2012.

2701789.1