Jennifer A. Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
ARIZONA CENTER FOR DISABILITY LAW
5025 East Washington Street, Suite 202
Phoenix, Arizona  85034
Telephone: (602) 274-6287
Facsimile: (602) 274-6779
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org
*Attorneys for Plaintiff*
*Arizona Center for Disability Law*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VICTOR ANTONIO PARSONS, et al., | No. 2:12-CV-00601-NVW |
| Plaintiffs, | |
| v. | **ARIZONA CENTER FOR DISABILITY LAW'S NOTICE OF DISCOVERY DISPUTE** |
| CHARLES RYAN, et al., | |
| Defendants. | Hon. Neil V. Wake |

Pursuant to the process you outlined at the Case Management Conference, the parties submit this disputed matter for further instruction from the court.

**Disputed Issue:**   Arizona Center for Disability Law's authority to obtain documents from Defendants and obligation to provide documents to Defendants.

**Plaintiffs' Position:**

Arizona Center for Disability Law ("ACDL") has sued Arizona Department of Corrections ("ADOC") on behalf of persons with mental illness. 42 U.S.C. §10805(a)(l)(B).  *See also, Indiana Protection and Advocacy Services Com 'n v.*

*Commissioner, Indiana Dept. Corrections,* 642 F.Supp. 2d 872, (S.D. Ind. 2009) (finding that the state designated protection and advocacy agencies "must have the independence and authority to bring lawsuits on behalf of mentally ill prisoners.") In order to effectively represent persons with mental illness in this litigation, ACDL has requested a variety of documents related to the provision of mental health care to inmates in ADOC. ACDL has not exercised its authority to request records pursuant to 42 U.S.C. §10805(a)(4), and has only requested documents in the normal course of discovery pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure. Defendants have refused to produce documents requested by ACDL because "the requests are in excess of ACDL's authority under 42 U.S.C. §10801, *et seq.*" While ACDL seeks to compel discovery of documents requested several months ago, Defendants' position on this issue is really a question of standing, not properly raised in this context.

**Defendants' Position:**

ACDL has sued Defendants in its capacity as a protection and advocacy system (P&A) for individuals with mental illness as created by the Protection and Advocacy for Mentally Ill Individuals Act (PAMII), 42 U.S.C. §10801, *et seq.* ACDL's existence as a state designated P&A for individuals with mental illness and its authority to bring a lawsuit on behalf of individuals with mental illness both derive solely from the PAMII. Notwithstanding this, ACDL has taken the position that it may choose to disregard the PAMII, a federal law, in favor of general procedural rules.

During a meet-and-confer on October 10, 2012, Defendants requested - and ACDL agreed to provide - authority supporting ACDL's position that it has standing to bring a lawsuit on behalf of individuals with mental illness and to obtain documents and information regarding inmates with mental illness without first complying with the PAMII. ACDL has not provided any such authority. Defendants

have also sought through discovery documents and information from ACDL regarding any investigation or probable cause determination ACDL made prior to bringing this lawsuit, but ACDL has not produced any responsive documents or information. *See Iowa Prot. & Advocacy Servs., Inc. v. Gerard Treatment Programs, L.L.C.,* 152 F. Supp. 2d 1150, 1172 n.1 (N.D. Iowa 2001) (concluding that facility could demand demonstration from P&A system that statutory requirements were met prior to providing access to records and noting that nothing barred the facility from seeking a judicial determination as to the sufficiency of the P&A system's probable cause determination); *Disability Law Ctr. v. Discovery Acad, Ltd,* 2010 WL 55989 at *3 (D. Utah 2010) (holding that PAMII "grants authority to investigate incidents of abuse of 'individual,' not general operations" and "requires that the probable cause finding be supported by facts pointing to the abuse of a specific individual.  Under PAIMI, the [P&A] becomes the advocate for that individual"). Defendants request that the Court order ACDL to produce documents and information demonstrating its compliance with PAMII prior to bringing this lawsuit and seeking records of ADC inmates with mental illness.

Respectfully submitted this 26th day of October, 2012.

ARIZONA CENTER FOR DISABILITY LAW

*s/ Jennifer A. Alewelt*
Jennifer A. Alewelt
Asim Varma
Sarah Kader
*Attorneys for Plaintiff Arizona Center for Disability Law*

**CERTIFICATION OF ATTEMPT TO RESOLVE THE DISCOVERY DISPUTE**

The parties certify that we have made sincere efforts as required by L.R.Civ. 7.2G) to personally consult and resolve the disputed matter described herein. The parties have reached an impasse.

*s/ Donald Specter*
Donald Specter
Attorney for Prisoner Plaintiffs

*s/ Jennifer Alewelt*
Jennifer Alewelt
Attorney for Plaintiff Arizona Center for Disability Law

*s/ Anne Orcutt*
Anne Orcutt
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:            ahardy@prisonlaw.com

Amy Fettig:              afettig@npp-aclu.org

Anne Marie Orcutt        aorcutt@swlfirm.com
                         cmadden@swlfirm.com
                         kpenny@swlfirm.com

Ashlee B. Fletcher       afletcher@swlfirm.com
                         swolford@swlfirm.com

Caroline N. Mitchell:    cnmitchell@jonesday.com
                         mlandsborough@jonesday.com
                         nbreen@jonesday.com

| | | |
|---|---|---|
| 1 | Corene T. Kendrick: | ckendrick@prisonlaw.com |
| 2 | | edegraff@prisonlaw.com |
| 3 | Courtney Rachel Cloman | ccloman@swlfirm.com |
| 4 | | eespiritu@swlfirm.com |
| 5 | Daniel Clayton Barr: | DBarr@perkinscoie.com |
|   | | docketphx@perkinscoie.com |
| 6 | | sneilson@perkinscoie.com |
| 7 | Daniel Joseph Pochoda: | dpochoda@acluaz.org |
| 8 | | danpoc@cox.net |
|   | | gtorres@acluaz.org |
| 9 | Daniel Patrick Struck | dstruck@swlfirm.com |
| 10 | | cmadden@swlfirm.com |
| 11 | | lclark@swlfirm.com |
|   | | mgiardina@swlfirm.com |
| 12 | | mrosenberg@swlfirm.com |
| 13 | David Cyrus Fathi: | dfathi@npp-aclu.org |
|   | | astamm@aclu.org |
| 14 | | hkrase@npp-aclu.org |
| 15 | David C. Kiernan: | dkiernan@jonesday.com |
| 16 | | lwong@jonesday.com |
| 17 | Donald Specter: | dspecter@prisonlaw.com |
| 18 | James Anthony Ahlers: | jahlers@perkinscoie.com |
| 19 | | jroe@perkinscoie.com |
| 20 | James Duff Lyall: | jlyall@acluaz.org |
| 21 | | gtorres@acluaz.org |
| 22 | Jennifer K Messina: | jkmessina@jonesday.com |
| 23 | Jill Louise Ripke: | jripke@perkinscoie.com |
| 24 | | jgable@perkinscoie.com |
| 25 | John Howard Gray: | jhgray@perkinscoie.com |
|   | | slawson@perkinscoie.com |

| | | |
|---|---|---|
| 1 | John Laurens Wilkes: | jlwilkes@jonesday.com |
| 2 | | dkkerr@jonesday.com |
| 3 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 4 | Kathleen L. Wieneke | kwieneke@swlfirm.com |
| 5 | | hmcgee@swlfirm.com |
| | | kpenny@swlfirm.com |
| 6 | | lpiasecki@swlfirm.com |
| 7 | | marnesen@swlfirm.com |
| 8 | Kelly Joyce Flood: | kflood@acluaz.org |
| | | gtorres@acluaz.org |
| 9 | Kirstin T. Eidenbach: | keidenbach@perkinscoie.com |
| 10 | | dfreouf@perkinscoie.com |
| 11 | Matthew Benjamin de Mee: | mdumee@perkinscoie.com |
| 12 | | cwendt@perkinscoie.com |
| 13 | Michael Evan Gottfried: | Michael.gottfried@azag.gov |
| 14 | | colleen.jordan@azag.gov |
| | | lucy.rand@azag.gov |
| 15 | Nicholas Daniel Acedo | NAcedo@swlfirm.com |
| 16 | | swolford@swlfirm.com |
| 17 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 18 | Rachel Love | rlove@swlfirm.com |
| 19 | | cwebb@swlfirm.com |
| 20 | Sara Norman: | snorman@prisonlaw.com |
| 21 | Sarah Rauh: | srauh@jonesday.com |
| 22 | | treyes@jonesday.com |
| 23 | Sophia Calderon: | scalderon@jonesday.com |
| 24 | | lwong@jonesday.com |
| 25 | Thomas Dean Ryerson: | tryerson@perkinscoie.com |
| | | rboen@perkinscoie.com |

1  Timothy James Bojanowski       tbojanowski@swlfirm.com
2                                 kshadoan@swlfirm.com
                                  tmayo@swlfirm.com
3
4  *s/ Janet Clarke*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25