Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-NVW **NOTICE OF INTENT TO SERVE SUBPOENA IN A CIVIL ACTION UPON UNIVERSITY MEDICAL CENTER – SHAWN JENSEN** |
| Plaintiffs, | |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

1     NOTICE IS HEREBY PROVIDED that, pursuant to Fed.R.Civ.P. 45(b)(1),

2   Defendants intend to serve a Civil Subpoena to Produce Documents, Information, or

3   Objects, or To Permit Inspection of Premises In a Civil Action upon University Medical

4   Center.  A copy of the Subpoena is attached hereto as Exhibit A.

5

6           DATED this 7th day of November, 2012.

7                                         STRUCK WIENEKE, & LOVE, P.L.C.

8

9                                   By /s/ *Timothy J. Bojanowski*
                                        Daniel P. Struck
10                                      Kathleen L. Wieneke
                                        Rachel Love
11                                      Timothy J. Bojanowski
                                        Nicholas D. Acedo
12                                      Courtney R. Cloman
                                        Ashlee B. Fletcher
13                                      Anne M. Orcutt
                                        STRUCK WIENEKE, & LOVE, P.L.C.
14                                      3100 West Ray Road, Suite 300
                                        Chandler, Arizona  85226
15
                                        Arizona Attorney General Thomas C. Horne
16                                      Office of the Attorney General
                                        Michael E. Gottfried
17                                      Assistant Attorney General
                                        1275 W. Washington Street
18                                      Phoenix, Arizona 85007-2926

19                                      *Attorneys for Defendants*

20

21

22

23

24

25

26

27

28

                                        2

1

**CERTIFICATE OF SERVICE**

2

      I hereby certify that on November 7, 2012, I electronically transmitted the attached

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

Alison Hardy:                  ahardy@prisonlaw.com

6

Amy Fettig:                afettig@npp-aclu.org

7

Caroline N. Mitchell:        cnmitchell@jonesday.com; mlandsborough@jonesday.com;

8

nbreen@jonesday.com

9

Corene T. Kendrick:        ckendrick@prisonlaw.com; edegraff@prisonlaw.com

10

Daniel Clayton Barr:        DBarr@perkinscoie.com; docketphx@perkinscoie.com;

sneilson@perkinscoie.com

11

Daniel Joseph Pochoda:    dpochoda@acluaz.org; danpoc@cox.net;

12

gtorres@acluaz.org

13

David Cyrus Fathi:        dfathi@npp-aclu.org; astamm@aclu.org;

hkrase@npp-aclu.org

14

Donald Specter:           dspecter@prisonlaw.com

15

James Anthony Ahlers:     jahlers@perkinscoie.com; docketphx@perkinscoie.com;

16

jroe@perkinscoie.com

17

James Duff Lyall:         jlyall@acluaz.org; gtorres@acluaz.org

18

Jennifer Ann Alewelt:     jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org;

phxadmin@azdisabilitylaw.org

19

Jill Louise Ripke:        jripke@perkinscoie.com; jgable@perkinscoie.com

20

John Howard Gray:       jhgray@perkinscoie.com; slawson@perkinscoie.com

21

Kelly Joyce Flood:       kflood@acluaz.org; gtorres@acluaz.org

22

Kirstin T. Eidenbach:     keidenbach@perkinscoie.com; dfreouf@perkinscoie.com;

23

docketphx@perkinscoie.com

24

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

25

Michael Evan Gottfried:   Michael.gottfried@azag.gov; colleen.jordan@azag.gov;

lucy.rand@azag.gov

26

Sara Norman:            snorman@prisonlaw.com

27

Sophia Calderon:        scalderon@jonesday.com; lwong@jonesday.com

28

3

| | | |
|---|---|---|
| 1 | Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com |
| 2 | | |
| 3 | Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| 4 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 5 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 6 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 7 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 8 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 9 | Jennifer K Messina: | jkmessina@jonesday.com |
| 10 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 11 | Eun Ae Suh: | ksuh@jonesday.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/   *Timothy J. Bojanowski*

4