Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
          kflood@acluaz.org
          jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**JOINT STATEMENT PURSUANT TO COURT'S SCHEDULING ORDER** <br><br>-AND- <br><br>**UNOPPOSED MOTION TO COMPEL** |

Pursuant to the process outlined at the Case Management Conference and in Paragraph 6 of the Court's Scheduling Order, the Prisoner Plaintiffs and third party Wexford Health Sources ("Wexford") submit this matter for further instruction from the

Court. Plaintiffs request that the Court treat this Joint Statement as an Unopposed Motion to Compel and grant the Motion. Wexford does not oppose this request.

**ISSUE:**

Whether Wexford may produce medical records in response to third party subpoena(s) where Plaintiffs have collected medical records releases from inmates

**JOINT STATEMENT OF PRISONER PLAINTIFFS AND THIRD PARTY WEXFORD HEALTH SOURCES**:

On October 9, 2012, Prisoner Plaintiffs served a subpoena on Wexford for, among other documents, the medical files of the following prisoners: Maryanne Chisholm, Jerry Clymer, John Haggerty, James Laromee, Victor Parsons, Joshua Polson, William Roush, Paul Santana, Lorraine Stedman, Stephen Swartz, Charlotte Wells, Allen Wheeler, Dennis White, James Whitten, and Glenn Worley. [Doc. 174]

Since that date, Wexford and Prisoner Plaintiffs have engaged in meet-and-confer discussions regarding the production of the documents. Wexford is willing to produce the documents, but is concerned that a provision in its contract with the Arizona Department of Corrections ("ADC") requires that it comply with ADC policy. ADC internal policy arguably says that medical records cannot be released unless the subject of the records executed a release in the last 60 days, and some of the medical records release forms were signed more than 60 days ago. Wexford does not want to breach its contract with ADC, but also wants to comply with the subpoena.

Prisoner Plaintiffs obtained releases and provided them to Wexford. Nothing on the pre-printed forms says that the releases expire unless re-executed within 60 days. *See* Ex. A (sample form).[1] Nor are the parties aware of any federal law prohibiting the production of medical records based solely on internal ADC policy. Prisoner Plaintiffs thus object to the expense and effort of re-collecting releases based solely on ADC internal policy.

---

[1] To the contrary, the forms say that the release is valid for six months *unless* a later date is provided. *See* Ex. A. Each of the inmates for whom medical records are requested stated on the form that the release is valid until 2013 or later.

-2-

Under federal law, Wexford can produce the documents without releases if a Court order directs them to do so. *See* 45 C.F.R. 164.512(e)(1)(i). This Court previously agreed when it ordered production of medical records after Prisoner Plaintiffs and Wexford filed a joint discovery statement on the same issue in connection with another subpoena. [*See* Docs. 136 & 137]

Finally, Prisoner Plaintiffs anticipate needing to serve additional subpoenas on Wexford for medical records, and the applicable releases might be more than 60 days old. Both Prisoner Plaintiffs and Wexford, therefore, seek a Court order clarifying that Wexford may produce medical records in response to subpoenas even when the release forms were signed more than 60 days before the production date.

**CERTIFICATION OF ATTEMPT TO RESOLVE THE DISCOVERY DISPUTE**

The parties certify that we have made sincere efforts as required by LRCiv 7.2(j) to personally consult and the issues addressed in this document remain to be resolved by the Court.

Dated this 7th day of November, 2012.

| **PERKINS COIE LLP** | **JONES SKELTON & HOCHULI PLC** |
|---|---|
| By: s/ John H. Gray<br>Daniel C. Barr (Bar No. 010149)<br>Kirstin T. Eidenbach (Bar No. 027341)<br>John H. Gray (Bar No. 028107)<br>Matthew B. du Mée (Bar No. 028468)<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>Telephone: (602) 351-8000<br>Email: dbarr@perkinscoie.com<br>keidenbach@perkinscoie.com<br>jhgray@perkinscoie.com<br>mdumee@perkinscoie.com | By: s/ Russell Yurk (with permission)<br>Russell Yurk<br>Brandi Blair<br><br>*Attorneys for Third Party Wexford Health Sources* |

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaz.org
         kflood@acluaz.org
         jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

|  |  |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
|  | David C. Kiernan (Cal. 215335)* |
| 2 | Sophia Calderón (Cal. 278315)* |
|  | Sarah Rauh (Cal. 283742)* |
| 3 | **JONES DAY** |
|  | 555 California Street, 26th Floor |
| 4 | San Francisco, California 94104 |
|  | Telephone: (415) 875-5712 |
| 5 | Email: cnmitchell@jonesday.com |
|  | dkiernan@jonesday.com |
| 6 | scalderon@jonesday.com |
|  | srauh@jonesday.com |
| 7 |  |
|  | *Admitted *pro hac vice* |
| 8 |  |
|  | R. Scott Medsker (D.C. 976405)* |
| 9 | **JONES DAY** |
|  | 51 Louisiana Avenue, NW |
| 10 | Washington, D.C. 20001-2113 |
|  | Telephone: (202) 879-3837 |
| 11 | Email: rsmedsker@jonesday.com |
| 12 | *Admitted *pro hac vice* |
| 13 | John Laurens Wilkes (Tex. 24053548)* |
|  | **JONES DAY** |
| 14 | 717 Texas Street |
|  | Houston, Texas 77002 |
| 15 | Telephone: (832) 239-3939 |
|  | Email: jlwilkes@jonesday.com |
| 16 |  |
|  | *Admitted *pro hac vice* |
| 17 |  |
|  | Kamilla Mamedova (N.Y. 4661104)* |
| 18 | Jennifer K. Messina (N.Y. 4912440)* |
|  | **JONES DAY** |
| 19 | 222 East 41 Street |
|  | New York, New York 10017 |
| 20 | Telephone: (212) 326-3498 |
|  | Email: kmamedova@jonesday.com |
| 21 | jkmessina@jonesday.com |
| 22 | *Admitted *pro hac vice* |
| 23 | *Attorneys for Plaintiffs Victor Parsons;* |
|  | *Shawn Jensen; Stephen Swartz; Dustin* |
| 24 | *Brislan; Sonia Rodriguez; Christina* |
|  | *Verduzco; Jackie Thomas; Jeremy Smith;* |
| 25 | *Robert Gamez; Maryanne Chisholm; Desiree* |
|  | *Licci; Joseph Hefner; Joshua Polson; and* |
| 26 | *Charlotte Wells, on behalf of themselves and* |
|  | *all others similarly situated* |
| 27 |  |
| 28 |  |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

☒ I hereby certify that on November 7, 2012, I served the attached document by email on the attorneys for third party Wexford Health Sources – Russell Yurk and Brandi Blair of Jones Skelton & Hochuli at RYurk@jshfirm.com and BBlair@jshfirm.com.

                                                    s/ Stephanie Lawson

78204-0001/LEGAL25055961.1