# EXHIBIT A

ARIZONA DEPARTMENT OF CORRECTIONS

Authorization To Disclose Copies or
Provide Information from Medical Records

| Inmate Name (Last, First M.I.) | ADC Number | Date of Birth |
|---|---|---|
| Social Security Number | Release Date | Facility Released From |

Name of Company(s) or Individual(s) authorized to receive information:

Name: Prison Law Office
Address: General Delivery
City and State: San Quentin CA   Zip: 94964
Phone No. 510-280-2621   Fax No. 510-280-2704
If Family Member - Relationship _____

Name: _____
Address: _____
City and State: _____ Zip: ___
Phone No. _____ Fax No. _____
If Family Member - Relationship _____

**THIS SECTION MUST BE FILLED OUT**

The undersigned hereby authorizes the Arizona Department of Corrections to provide the above named individual or company with:

[X] Copies of the following documents
[ ] Verbally provide Medical / treatment information

[ ] Medical and Physical History
[ ] X-Ray Reports
[ ] Dental Records
[ ] Communicable Disease Reports
[ ] Medication Records
[ ] HIV Results
[X] Entire Medical Record

[ ] Lab Reports
[ ] Mental Health Evaluations
[ ] Treatment Plans
[ ] Progress Notes
[ ] Other (Be specific) _____
[ ] Previous Records* (be specific) _____

Records of the period from _____ to present, if dates or details are not provided, copies of records may be limited to 6 months.

This form must provide all information and have a witness to the signature to be valid. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken to comply with request. Without my express written revocation, this authorization will automatically expire 6 months from date of signature if expiration is not completed.

Effective Date _____   Expiration Date August 18, 2013

It is understood that copies of records will be provided to the designated individual or company only upon payment of **50** cents for each page reproduced, with exception for copies used for continuity of care or DES.

* I understand that "previous records" may include any records of mental health, alcohol or drug abuse treatment, or HIV tests results that ADC may have received from non-ADC providers.

I understand that these records are protected by various Federal and State laws or regulations, and cannot be disclosed without my written consent unless otherwise provided in the laws or regulations. I hereby release the parties named above from all legal liability that may arise from the release of information requested.

| Inmate's Signature X | Date X |
|---|---|
| Witness' Signature (Required - Non-Inmate / Non-Family) X | Date X |

Please submit completed form (both copies) to: Arizona Department of Corrections
**ATTN:** Health Services Division - MC 940
**MEDICAL RECORDS:** 1601 W. Jefferson
Phoenix, AZ 85007

**CAROL PEARSON**
**FAX: 602-364-2954**
**PH: 602-364-2941**

Distribution: Medical Record Chart

1104-2
2/8/08