1

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

DISTRICT OF ARIZONA

8

9

10

11

12

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

13

Plaintiffs,

14

v.

15

16

17

Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

Defendants.

No. CV 12-00601-PHX-NVW (MEA)

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO COMPEL**

18

19

20

21

Having received and considered the Joint Statement Pursuant to Court's Scheduling Order and Unopposed Motion to Compel filed by the Prisoner Plaintiffs and third party Wexford Health Sources, and for good cause appearing,

22

23

**IT IS HEREBY ORDERED** that the Unopposed Motion to Compel is **GRANTED**.

24

25

26

**IT IS FURTHER ORDERED** that the fact that a medical records release form is more than 60 days old does not relieve Wexford of the obligation to produce medical records pursuant to subpoenas served on it in this matter.

27

28