Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE, & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                               Plaintiffs,<br><br>         v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>                                               Defendants. | NO. 2:12-cv-00601-NVW<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

NOTICE IS HEREBY GIVEN that Defendants have this date served upon Plaintiffs' counsel the discovery listed below, by mailing same to lead counsel of record Jennifer Alewelt, Arizona Center for Disability Law; Caroline N. Mitchell, Jones Day; Donald Specter, Prison Law Office; and David C. Fathi, ACLU.

1. Defendants' Second Supplemental Response and Objections to Plaintiffs' Notice of 30(b)(6) Deposition Duces Tecum [Doc. 76].

RESPECTFULLY SUBMITTED this 7th day of November, 2012.

Thomas C. Horne
Attorney General

s/Michael E. Gottfried
Assistant Attorney General
1275 W. Washington
Phoenix, AZ 85007

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona, 85226
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2012, I electronically transmitted the attached document to the Clerk of the Court using the ECF System.

This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

Alison Hardy:          ahardy@prisonlaw.com

Amy Fettig:            afettig@npp-aclu.org

Caroline N. Mitchell:  cnmitchell@jonesday.com; mlandsborough@jonesday.com;

| | | |
|---|---|---|
| 1 | | nbreen@jonesday.com |
| 2 | Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| 3 | Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| 4 | | |
| 5 | Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| 6 | David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| 7 | Donald Specter: | dspecter@prisonlaw.com |
| 8 | James Anthony Ahlers: | jahlers@perkinscoie.com; docketphx@perkinscoie.com; jroe@perkinscoie.com |
| 9 | | |
| 10 | James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| 11 | Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| 12 | | |
| 13 | Jill Louise Ripke: | jripke@perkinscoie.com; jgable@perkinscoie.com |
| 14 | John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| 15 | Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| 16 | Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| 17 | Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| 18 | Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| 19 | | |
| 20 | Sara Norman: | snorman@prisonlaw.com |
| 21 | Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |
| 22 | Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com |
| 23 | Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| 24 | | |
| 25 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 26 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 27 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 28 | | |

1  John Laurens Wilkes:     jlwilkes@jonesday.com, dkkerr@jonesday.com
2  Kamilla Mamedova:        kmamedova@jonesday.com
3  Jennifer K Messina:      jkmessina@jonesday.com
4  Sarah Eve Kader:         skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org
5  Eun Ae Suh:              ksuh@jonesday.com

7  s/S. O'Quinn
   #2929771