IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>   Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

Before the Court is the Third Joint Notice of Discovery Dispute (Doc. 156) and Motion Regarding Third Joint Notice of Discovery Dispute (Doc. 185).

IT IS THEREFORE ORDERED that, treating the Third Joint Notice of Discovery Dispute (Doc. 156) and Motion Regarding Third Joint Notice of Discovery Dispute (Doc. 185) as a motion to compel discovery of the relevant mortality reviews, the motion is granted.

Dated this 7th day of November, 2012.

_____
Neil V. Wake
United States District Judge