1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

8

9

10

11

12

Victor Parsons; Shawn Jensen; Stephen
Swartz; Dustin Brislan; Sonia Rodriguez;
Christina Verduzco; Jackie Thomas; Jeremy
Smith; Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua Polson;
and Charlotte Wells, on behalf of themselves
and all others similarly situated; and Arizona
Center for Disability Law,

NO. 2:12-cv-00601-NVW

**ORDER GRANTING
DEFENDANTS' MOTION TO
SEAL CIVIL SUBPOENAS**

13

Plaintiffs,

14

v.

15

16

17

Charles Ryan, Director, Arizona Department
of Corrections; and Richard Pratt, Interim
Division Director, Division of Health Services,
Arizona Department of Corrections, in their
official capacities,

Defendants.

18

19

The Court, having reviewed Defendants' Motion to Seal Civil Subpoenas,
and good cause appearing therefor,

20

21

22

IT IS HEREBY ORDERED that Defendants' Motion to Seal Civil
Subpoenas is GRANTED.  The Defendants' Civil Subpoenas Dkt. #s 216-1, 217-1, 218-1,
219-1, 220-1, 221-1, 222-1, 223-1, and 224-1 shall be sealed.

23

24

25

26

27

28