# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV-12-00601-PHX-NVW <br><br> **ORDER** |

The Court having reviewed Defendants' Motion to Seal Civil Subpoenas (Doc. 230), and good cause appearing,

IT IS ORDERED granting Defendants' Motion to Seal Civil Subpoenas (Doc. 230).

IT IS FURTHER ORDERED directing the Clerk's Office to seal the following exhibits:

1 | (Docs. 216-1, 217-1, 218-1, 219-1, 220-1, 221-1, 222-1, 223-1, and 224-1)
2 | Dated this 8th day of November, 2012.

*[signature: Neil V. Wake]*

Neil V. Wake
United States District Judge