1  Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Assistant Attorney General
3  1275 W. Washington Street
   Phoenix, Arizona 85007-2926
4  Telephone: (602) 542-4951
   Fax: (602) 542-7670
5  Michael.Gottfried@azag.gov

6  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
7  Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 22126
8  Nicholas D. Acedo, Bar No. 021644
   Courtney R. Cloman, Bar No. 023155
9  Ashlee B. Fletcher, Bar No. 028874
   Anne M. Orcutt, Bar No. 029387
10 STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
11 Chandler, Arizona  85226
   Telephone:  (480) 420-1600
12 Fax:  (480) 420-1696
   dstruck@swlfirm.com
13 kwieneke@swlfirm.com
   rlove@swlfirm.com
14 tbojanowski@swlfirm.com
   nacedo@swlfirm.com
15 ccloman@swlfirm.com
   afletcher@swlfirm.com
16 aorcutt@swlfirm.com
   *Attorneys for Defendants*

17              **UNITED STATES DISTRICT COURT**
18                  **DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | NO. 2:12-cv-00601-NVW <br><br>**NOTICE OF INTENT TO SERVE SUBPOENAS IN A CIVIL ACTION** |

NOTICE IS HEREBY PROVIDED that, pursuant to Fed.R.Civ.P. 45(b)(1), Defendants intend to serve a Civil Subpoena to Produce Documents, Information, or Objects, or To Permit Inspection of Premises In a Civil Action upon the following:

1. Arrowhead Hospital – Victor Parsons;
2. George R Reiss, M.D., P.C. – Joseph Thomas Hefner;
3. Affiliated Southwest Surgeons – Desiree Licci;
4. Warren H. Heller, M.D. – Maryanne Chisholm;
5. Arizona Eye Consultants – Joseph Thomas Hefner;
6. Southwestern Eye Center – Joseph Thomas Hefner;
7. Cardiovascular and Arrhythmia Institute – Maryanne Chisholm;
8. University Medical Center – Shawn Jensen;
9. Mountain Vista Medical Center – Shawn Jensen;
10. Maryvale Hospital – Charlotte Wells;
11. Affiliated Cardiologists of Arizona – Charlotte Wells;
12. Maricopa Medical Center – Desiree Licci;
13. Maricopa Medical Center – Stephen Swartz;
14. Maricopa Medical Center – Sonia Rodriguez; and
15. Maricopa Medical Center – Christina Angelita Verduzco.

DATED this 9th day of November, 2012.

STRUCK WIENEKE, & LOVE, P.L.C.


By /s/ *Timothy J. Bojanowski*
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| Name | Email(s) |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Anthony Ahlers: | jahlers@perkinscoie.com; docketphx@perkinscoie.com; jroe@perkinscoie.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Jill Louise Ripke: | jripke@perkinscoie.com; jgable@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| Sara Norman: | snorman@prisonlaw.com |
| Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |

| | | |
|---|---|---|
| Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com | |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org | |
| Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com | |
| David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com | |
| R. Scott Medsker: | rsmedsker@JonesDay.com | |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com | |
| Kamilla Mamedova: | kmamedova@jonesday.com | |
| Jennifer K Messina: | jkmessina@jonesday.com | |
| Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org | |
| Eun Ae Suh: | ksuh@jonesday.com | |
| Katherine Emiko Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov | |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/   *Timothy J. Bojanowski*