1   Daniel Pochoda (Bar No. 021979)
    Kelly J. Flood (Bar No. 019772)
2   James Duff Lyall (Bar No. 330045)*
    **ACLU FOUNDATION OF ARIZONA**
3   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
4   Telephone:  (602) 650-1854
    Email: dpochoda@acluaz.org
5            kflood@acluaz.org
             jlyall@acluaz.org
6   *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7   *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
    *Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
8   *Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert*
    *Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
9   *Joshua Polson, and Charlotte Wells, on behalf of*
    *themselves and all others similarly situated*

10  **[ADDITIONAL COUNSEL LISTED ON**
     **SIGNATURE PAGE]**

11

12                  UNITED STATES DISTRICT COURT

13                       DISTRICT OF ARIZONA

14  Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriguez; Christina          (MEA)
15  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
16  Hefner; Joshua Polson; and Charlotte Wells, on     **UNOPPOSED MOTION FOR**
    behalf of themselves and all others similarly      **ADDITIONAL PAGES**
17  situated; and Arizona Center for Disability Law,

18                          Plaintiffs,
             v.
19
    Charles Ryan, Director, Arizona Department of
20  Corrections; and Richard Pratt, Interim Division
    Director, Division of Health Services, Arizona
21  Department of Corrections, in their official
    capacities,
22
                          Defendants.

23

24

25

26

27

28

LEGAL25105788.2

1

**Motion and Memorandum**

2    Pursuant to LRCiv 7.2(e), Prisoner Plaintiffs jointly move for an extension of the

3  page limits for briefing associated with class certification. Specifically, Plaintiffs seek an

4  order that Prisoner Plaintiffs' Motion for Class Certification shall not exceed twenty-one

5  (21) pages.    Plaintiff Arizona Center for Disability Law and Defendants Pratt and Ryan

6  have stated that they do not oppose this Motion.

7    Prisoner Plaintiffs have alleged claims on behalf of over 33,000 inmates, asserting

8  class claims related to medical care, dental care, mental health care, and conditions of

9  confinement in isolation units. Plaintiffs respectfully assert that they will require

10 additional pages to provide the Court with the necessary legal authority and factual

11 support in this complex matter.[1]

12    Because Prisoner Plaintiffs also have moved to seal certain portions of their Motion

13 for Class Certification, a proposed public Motion for Class Certification is lodged with

14 this Motion for Additional Pages.  For the Court's reference, a proposed sealed Motion for

15 Class Certification is lodged with Prisoner Plaintiffs' Motion to Seal. Also lodged with the

16 Motion to Seal are (i) an unredacted version of the Declaration of David Fathi; (ii)

17 unredacted versions of all exhibits containing redactions; and (iii) complete versions of

18 those documents filed under seal.

19    Plaintiffs have filed four public counsel declarations in support of their Motion for

20 Class Certification:  Declaration of Caroline Mitchell in Support of Prisoner Plaintiffs'

21 Motion for Class Certification, Declaration of Daniel C. Barr in Support of Prisoner

22 Plaintiffs' Motion for Class Certification, Declaration of Daniel Pochoda in Support of

23 Prisoner Plaintiffs' Motion for Class Certification, and Declaration of Donald Specter in

24 Support of Prisoner Plaintiffs' Motion for Class Certification.  Plaintiffs have also filed

25 the Declaration of David Fathi in Support of Prisoner Plaintiffs' Motion for Class

26 Certification, of which portions of the text as well as portions of its exhibits have been

27 _____

28      [1] If the Court denies this Motion, Prisoner Plaintiffs request that they be allotted
time to prepare and file a brief that complies with the Court's page limits.

redacted.   As discussed above, the unredacted version of the Declaration of David Fathi and corresponding unredacted exhibits have been lodged with the Motion to Seal.

Dated: November 9, 2012

PERKINS COIE LLP


By:  s/ Daniel C. Barr
    Daniel C. Barr (Bar No. 010149)
    Jill L. Ripke (Bar No. 024837)
    James A. Ahlers (Bar No. 026660)
    Kirstin T. Eidenbach (Bar No. 027341)
    John H. Gray (Bar No. 028107)
    Thomas D. Ryerson (Bar No. 028073)
    Matthew B. du Mée (Bar No. 028468)
    2901 N. Central Avenue, Suite 2000
    Phoenix, Arizona 85012
    Telephone:  (602) 351-8000
    Email:    dbarr@perkinscoie.com
            rjipke@perkinscoie.com
            jahlers@perkinscoie.com
            keidenbach@perkinscoie.com
            jhgray@perkinscoie.com
            tryerson@perkinscoie.com
            mdumee@perkinscoie.com


Daniel J. Pochoda
Kelly J. Flood
James Duff Lyall
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    dpochoda@acluaz.org
    kflood@acluaz.org
    jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          dkiernan@jonesday.com
          scalderon@jonesday.com
          srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:    rsmedsker@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| 2 | Kate A. Suh (Tex. 24075132)*<br>**JONES DAY** |
| 3 | 717 Texas Street<br>Houston, Texas 77002 |
| 4 | Telephone:  (832) 239-3939<br>Email:     jlwilkes@jonesday.com |
| 5 | ksuh@jonesday.com |
| 6 | *Admitted *pro hac vice* |
| 7 | Kamilla Mamedova (N.Y. 4661104)*<br>Jennifer K. Messina (N.Y. 4912440)* |
| 8 | **JONES DAY**<br>222 East 41 Street |
| 9 | New York, New York 10017<br>Telephone:  (212) 326-3498 |
| 10 | Email:    kmamedova@jonesday.com<br>jkmessina@jonesday.com |
| 11 | *Admitted *pro hac vice* |
| 12 | *Attorneys for Plaintiffs Victor Parsons;* |
| 13 | *Shawn Jensen; Stephen Swartz; Dustin<br>Brislan; Sonia Rodriguez; Christina* |
| 14 | *Verduzco; Jackie Thomas; Jeremy Smith;<br>Robert Gamez; Maryanne Chisholm;* |
| 15 | *Desiree Licci; Joseph Hefner; Joshua<br>Polson; and Charlotte Wells, on behalf of* |
| 16 | *themselves and all others similarly situated* |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 9, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

I hereby certify that on November 9, 2012, I served the attached document by first class mail on Judge Neil V. Wake, United States District Court of Arizona, 401 West Washington Street, Phoenix, Arizona 85003-2118.

s/ S. Neilson

LEGAL25105788.2