UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ADDITIONAL PAGES** |

Having received and considered the Unopposed Motion for Additional Pages, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulated Motion for Additional Pages for Briefing on Class Certification is **GRANTED**.

The Clerk is directed to file the lodged, public version of the Motion for Class Certification filed with Prisoner Plaintiffs' Unopposed Motion for Additional Pages.