1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone:  (602) 650-1854
   Email: dpochoda@acluaz.org
5         kflood@acluaz.org
          jlyall@acluaz.org
6
   *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)
7
   *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
8  *Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
   *Christina Verduzco, Jackie Thomas, Jeremy Smith,*
9  *Robert Gamez, Maryanne Chisholm, Desiree Licci,*
   *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
10 *behalf of themselves and all others similarly situated*
11 **[ADDITIONAL COUNSEL LISTED BELOW]**
12              UNITED STATES DISTRICT COURT
13                   DISTRICT OF ARIZONA

14 Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
   Dustin Brislan; Sonia Rodriguez; Christina              (MEA)
15 Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph
16 Hefner; Joshua Polson; and Charlotte Wells, on      **DECLARATION OF**
   behalf of themselves and all others similarly       **DANIEL C. BARR IN**
17 situated; and Arizona Center for Disability Law,    **SUPPORT OF PRISONER**
                                                       **PLAINTIFFS' MOTION FOR**
18                   Plaintiffs,                       **CLASS CERTIFICATION**
19        v.
20 Charles Ryan, Director, Arizona Department of
   Corrections; and Richard Pratt, Interim Division
21 Director, Division of Health Services, Arizona
   Department of Corrections, in their official
22 capacities,
23                   Defendants.
24
25
26
27
28

1.      I am an attorney who has been a member of the State Bar of Arizona since 1985.  I am admitted to practice in the District of Arizona, the United States Court of Appeals for the Ninth Circuit and the United States Supreme Court.  I am a partner at the law firm Perkins Coie LLP ("Perkins Coie"), and counsel for Prisoner Plaintiffs in this litigation.  I make this declaration in support of Prisoner Plaintiffs' Motion for Class Certification.  If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

2.      The attorneys of Perkins Coie are committed to the vigorous, effective, and efficient prosecution of the interests of Prisoner Plaintiffs and the proposed class (the "Class") and the subclass, a commitment the Perkins Coie lawyers have demonstrated in their representation of Prisoner Plaintiffs in the proceedings to date in this matter.

3.      Based on my co-representation with the attorneys of the American Civil Liberties Union Foundation ("ACLU-NPP"), Prison Law Office, the American Civil Liberties Union Foundation of Arizona ("ACLU-AZ"), and Jones Day in this matter, it is my belief that the attorneys of the ACLU-NPP, Prison Law Office, ACLU-AZ, and Jones Day are likewise committed to the vigorous, effective, and efficient prosecution of this matter.

4.      Perkins Coie, the ACLU-NPP, Prison Law Office, ACLU-AZ, and Jones Day (collectively, "Prisoner Plaintiffs' counsel") have been working for more than a year on this matter.  Prior to and since the filing of the complaint in this action, Prisoner Plaintiffs' counsel have dedicated many hours to the investigation and research of Prisoner Plaintiffs' claims – including speaking with Prisoner Plaintiffs and other members of the Class to develop the factual record and legal issues underlying this case, interviewing potential expert witnesses, performing legal research about potential claims and relief available to the Class, and drafting a lengthy and detailed complaint as well as this class certification motion.

5.      Perkins Coie has extensive experience in relevant areas of the law, such as pro bono civil rights litigation, class action litigation, and complex commercial litigation.

Examples include: *Diaz v. Brewer*, 656 F.3d 1008 (9th Cir. 2011) (same-sex partnership civil rights litigation); *Brechler v. Qwest Communications Int'l Inc.*, 2009 WL 692329 (D. Ariz. March 17, 2009) (employment class action litigation); *Johnson v. Arizona Hosp. and Healthcare Ass'n*, 2009 WL 5031334 (D. Ariz. July 14, 2009) (employment class action litigation); *Payne v. Arpaio*, 2009 WL 4324948 (D. Ariz. June 3, 2009) (prisoner civil rights litigation); *Burch v. Qwest Communications Int'l, Inc.*, 500 F. Supp. 2d 1181 (D. Minn. 2007) (employment class action litigation); *M.D. v. Perry*, No. 11-40789 (5th Cir. Oct. 27, 2011) (as Amici Curiae in Support of Appellees) (foster care civil rights litigation).

6.     Perkins Coie has dedicated, and will continue to commit, substantial resources to the representation of this class.

7.     Plaintiffs' counsel have agreed to act jointly as class counsel, if the Court so designates them.

8.     A true and correct copy of my resume is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of November, 2012 in Phoenix, Arizona.

s/ Daniel C. Barr
Daniel C. Barr

1   **ADDITIONAL COUNSEL:**

2                                            Daniel C. Barr (Bar No. 010149)
                                             Jill L. Ripke (Bar No. 024837)
3                                            James A. Ahlers (Bar No. 026660)
                                             Kirstin T. Eidenbach (Bar No. 027341)
4                                            John H. Gray (Bar No. 028107)
                                             Thomas D. Ryerson (Bar No. 028073)
5                                            Matthew B. du Mée (Bar No. 028468)
                                             **PERKINS COIE LLP**
6                                            2901 N. Central Avenue, Suite 2000
                                             Phoenix, Arizona 85012
7                                            Telephone:  (602) 351-8000
                                             Email:     dbarr@perkinscoie.com
8                                                        rjipke@perkinscoie.com
                                                         jahlers@perkinscoie.com
9                                                        keidenbach@perkinscoie.com
                                                         jhgray@perkinscoie.com
10                                                       tryerson@perkinscoie.com
                                                         mdumee@perkinscoie.com

11                                           Donald Specter (Cal. 83925)*
                                             Alison Hardy (Cal. 135966)*
12                                           Sara Norman (Cal. 189536)*
                                             Corene Kendrick (Cal. 226642)*
13                                           **PRISON LAW OFFICE**
                                             1917 Fifth Street
14                                           Berkeley, California 94710
                                             Telephone:  (510) 280-2621
15                                           Email:     dspecter@prisonlaw.com
                                                        ahardy@prisonlaw.com
16                                                      snorman@prisonlaw.com
                                                        ckendrick@prisonlaw.com
17
                                             *Admitted *pro hac vice*
18
                                             David C. Fathi (Wash. 24893)*
19                                           Amy Fettig (D.C. 484883)**
                                             **ACLU NATIONAL PRISON
20                                           PROJECT**
                                             915 15th Street N.W., 7th Floor
21                                           Washington, D.C. 20005
                                             Telephone:  (202) 548-6603
22                                           Email:     dfathi@npp-aclu.org
                                                        afettig@npp-aclu.org
23
                                             *Admitted *pro hac vice*.  Not admitted
24                                            in DC; practice limited to federal
                                              courts.
25                                           **Admitted *pro hac vice*

26

27

28

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          dkiernan@jonesday.com
          scalderon@jonesday.com
          srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:    rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Kate A. Suh (Tex. 24075132)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com
          ksuh@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
          jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons;
Shawn Jensen; Stephen Swartz; Dustin
Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm; Desiree
Licci; Joseph Hefner; Joshua Polson; and
Charlotte Wells, on behalf of themselves and
all others similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

I hereby certify that on November 9, 2012, I served the attached document by first class mail on Judge Neil V. Wake, United States District Court of Arizona, 401 West Washington Street, Phoenix, Arizona 85003-2118.

s/ S. Neilson

LEGAL24972351.1