# EXHIBIT A





2901 N. Central Avenue
Suite 2000
Phoenix, AZ 85012-2788
PHONE: 602.351.8085
FAX: 602.648.7085
DBarr@perkinscoie.com

EDUCATION
- Hamilton College, B.A., with honors, 1978
- Case Western Reserve University School of Law, J.D., 1985
  Editor, Case Western Law School Review

BAR ADMISSIONS
- Arizona

COURT ADMISSIONS
- U.S. Supreme Court
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Tenth Circuit
- U.S. District Court for the District of Arizona

### Daniel (Dan) C. Barr   |   Partner

Dan Barr, a partner in the firm's litigation practice, has more than 20 years of experience in the areas of civil litigation, media law and employment litigation. He works with numerous clients, including Qwest Communications, Belo Corp., Freedom Communications, the Arizona Daily Star, and the First Amendment Coalition of Arizona, Inc.

REPRESENTATIVE EXPERIENCE

*Labor & Employment*

**Barnard v. America West Airlines, Inc.**
U.S. District Court for the District of Arizona
Counsel for America West Airlines in national origin and race discrimination case. Obtained defense jury verdict. Docket number: CIV-97-1393-PHX-EHC (WKU)

**Brechler v. Qwest Communications International Inc.**
U.S. District Court for the District of Arizona
Defense of class wage/hour claims brought against Qwest.

**Burch, et al. v. Qwest Communications International Inc.**
U.S. District Court for the District of Minnesota
Defense of class wage/hour claims brought against Qwest in federal court.

**Carillo v. Qwest Communications International Inc.**
New Mexico Second Judicial District Court, New Mexico Court of Appeals, New Mexico Supreme Court
Obtained dismissal of wrongful termination claim on res judicata grounds. Affirmed on appeal.  No. 29,581 (N.M. Sept. 17, 2007)

**Galati v. America West Airlines, Inc.**
Arizona Court of Appeals
Affirmance of dismissal of alleged "whistleblower" employment claim. 69 P.3d 1011 (Ariz. Ct. App. 2003)

**Heckman v. America West Airlines, Inc.**
U.S. District Court for the District of Arizona
Counsel for America West Airlines in an age discrimination case. Obtained defense jury verdict.  Docket number: CIV-99-1600-PHX-MHM

**Pezzorello v. America West Airlines, Inc.**
U.S. District Court for the District of Arizona
Counsel for America West Airlines in age and gender discrimination case. Obtained defense jury verdict. CIV-99-963-PHX-MHM

*Litigation*

**Hershey v. Capital American Financial Corp.**
Superior Court of Arizona, Maricopa County
Minority Shareholders' suit that had stayed Capital American's $680 million merger

with Conseco, Inc. Obtained directed verdict for Capital American and lift of stay, allowing consummation of merger. Docket number: No. CV 96-22453

*Media Law*

**Arizona Board of Regents v. Phoenix Newspapers, Inc.**
Arizona Supreme Court
Counsel for Phoenix Newspapers in public records disclosure case. Arizona Supreme Court affirmed the trial court's finding that Board of Regents had violated the Arizona Public Records Law (A.R.S. § 39-121 et seq.) by failing to disclose the names of the semi-finalist candidates for the position of President of Arizona State University. 167 Ariz. 254, 806 P.2d 348 (1991)

**Arizona Daily Sun v. City of Williams**
Superior Court of Arizona, Coconino County
Represented the *Arizona Daily Sun* in special action for access to public records. Court ordered production of records and awarded attorneys' fees and costs.

**Buffenstein v. Sorchych**
Superior Court of Arizona, Maricopa County, Arizona Court of Appeals
Counsel for the *Sonoran News* and its publisher in a libel action brought by former mayor. The court granted defendant's motion for summary judgment, which was affirmed on appeal.

**City of Tempe v. Tribune Newspapers**
Superior Court of Arizona, Maricopa County
Represented Tribune Newspapers in a declaratory judgment action concerning access to a police officer's personnel file under the Arizona Public Records Law. The court ordered release of the personnel file.

**Condit v. Conestoga Merchants, Inc. d/b/a Sonoran News**
Superior Court of Arizona, Maricopa County
Counsel for the *Sonoran News* and its publisher in a libel and invasion of privacy case brought by former Congressman Gary Condit. Obtained summary judgment and dismissal of case. Court found that Condit had filed his case in bad faith and awarded the *Sonoran News* its full attorneys' fees and costs for defending the case.

**Cox Arizona Publications, Inc. v. Collins**
Superior Court of Arizona, Maricopa County, Arizona Supreme Court
Appellate counsel for Cox Arizona Publications. The State Supreme Court reversed the Court of Appeals and held that Cox was wrongfully denied access to police records under Arizona's public records law. 852 P.2d 1194 (Ariz. Supreme Ct. 1993)

**Desert Advocate, L.L.C., et al. v. Conestoga Merchants, Inc., et al.**
Superior Court of Arizona, Maricopa County
Defended Conestoga Merchants, Inc. d/b/a *Sonoran News* in a defamation lawsuit. Obtained summary judgment dismissing the case with prejudice. Court awarded the *Sonoran News* its full attorneys' fees, costs and expenses for defending the case, along with the maximum amount of statutory damages, against the plaintiffs and their attorney, jointly and severally, for filing and maintaining lawsuit in bad faith.

**Explorer Newspapers v. City of Marana**
Superior Court of Arizona, Pima County
Represented *The Explorer* in special action for access to public records. Court ordered access to records and awarded attorneys' fees and costs.

**Ferrante v. East Valley Tribune**
Superior Court of Arizona, Maricopa County
Represented the *East Valley Tribune*. Court granted motion to dismiss based on the

fair report privileges.

**Freedom Arizona Information v. City of Scottsdale**
Superior Court of Arizona, Maricopa County
Represented the *Scottsdale Tribune* in special action for access to public records. Court ordered access to personnel file of police officer and awarded attorneys' fees and costs.

**Freedom Arizona Information v. City of Scottsdale**
Superior Court of Arizona, Maricopa County
Represented the *Scottsdale Tribune* in special action for access to public records. Court ordered access to self-evaluation of city manager and awarded attorneys' fees and costs.

**Jorgensen v. KTVK-TV**
Superior Court of Arizona, Maricopa County, Arizona Court of Appeals, Arizona Supreme Court, U.S. Supreme Court
Libel claim. Obtained summary judgment and dismissal of claim. Affirmed on appeal. Docket number: CV2003-022382, *aff'd*, No. 1 CA-CV04-0496 (Ariz. Ct. App. Apr. 26, 2005), review denied, No. CV-05-0202 PR (Ariz. Feb. 8, 2006), cert denied, 127 S. Ct. 168 (2006)

**KTVK-TV v. Drug Enforcement Administration**
U.S. District Court for the District of Arizona
Represented KTVK-TV in Freedom of Information Act suit seeking a videotaped speech. Court ordered production of the videotape and awarded attorneys' fees to the television station.

**Lake v. City of Phoenix**
Arizona Supreme Court
Counsel for amici curiae the First Amendment Coalition of Arizona, the Society of Professional Journalists and the Arizona Newspapers Association in case of national interest concerning access to electronic records. In a unanimous decision, the Arizona Supreme Court held that metadata is subject to disclosure under the Arizona Public Records Law. "If a public entity maintains a public record in an electronic format, then the electronic version, including any embedded metadata, is subject to disclosure under our public records laws." 218 P.3d 1004 (Ariz. 2009)

**News West Publishing v. City of Bullhead City**
Mohave County Superior Court (Arizona)
Counsel for the News West Publishing in a public records case seeking access to city records concerning inappropriate activity among city employees including sexual harassment and misuse of city equipment. Court granted our client all the relief sought, including an award of our fees and costs.

**Segal v. Star Publishing Co.**
Superior Court of Arizona, Pima County
Represented the *Arizona Daily Star* and *Star* reporter Kimberly Smith in a libel and invasion of privacy lawsuit brought by Pima County Justice of the Peace Anne Fisher Segal.  The court granted the *Star's* motion to dismiss the complaint.

**Shoen v. Shoen**
U.S. Court of Appeals for the Ninth Circuit
Reversing contempt order against book author for refusing to produce unpublished notes and materials in response to a civil trial subpoena. 48 F.3d 412 (9th Cir. 1995)

**Star Publishing Co. v. Arizona State Department of Economic Security**
Superior Court of Arizona, Maricopa County
Represented the *Arizona Daily Star* in obtaining access to records of Child Protection

Services concerning the deaths of three children.

**The Church of Immortal Consciousness v. Rick Ross**
Superior Court of Arizona, Maricopa County, Arizona Court of Appeals
Counsel for Rick Ross in a libel case. Obtained summary judgment and dismissal of claim, which was affirmed on appeal. 28 Media L. Rep. (BNA) 2361 (Ariz. Ct. App. 2000)

**Unelko Corp. v. Rooney**
U.S. District Court for the District of Arizona, U.S. Court of Appeals for the Ninth Circuit
Counsel for CBS Inc. and Andy Rooney in libel case. Defendants' motion for summary judgment granted in libel case and upheld on appeal on ground the plaintiffs could not demonstrate that Andy Rooney's statements about their product were false. 16 Media L. Rep. (BNA) 1737 (D. Ariz. 1989), *aff'd*, 912 F.2d 1049 (9th Cir. 1990)

**West Valley View, Inc. v. Maricopa County Sheriff's Office**
Superior Court of Arizona, Maricopa County, Arizona Court of Appeals
Represented *West Valley View* in special action for access to public records. Court ordered access to sheriff's office's press releases and awarded attorneys' fees and costs. 165 P.3d 207 (Ariz. Ct. App. 2007)

*Political Law*

**Jenkins v. Hale**
Superior Court of Arizona, Maricopa County, Arizona Supreme Court
Counsel for Arizona State Senator Albert Hale in elections case that sought to invalidate signatures of hundreds of registered voters who listed post office box numbers as their addresses on Hale's candidate nomination petitions. Many of the petition signers lived in rural areas of the Navajo Reservation and did not have residential addresses. The Arizona Supreme Court upheld trial court's ruling that Apache County properly counted the signatures of those people who listed P.O. boxes, which gave Hale a sufficient number of signatures to qualify for the ballot. 218 Ariz. 561, 190 P.3d 175  (2008)

*Additional Experience*

**TJS Brokerage & Co., Inc. v. CompuNet Credit Services, Inc.**
U.S. District Court for the Eastern District of Pennsylvania
Counsel for CompuNet Credit Services in a defamation case. E.D. Pa., No. 97-4475

PROFESSIONAL RECOGNITION

- Eunson Distinguished Lecturer Award, Northern Arizona University, 2006
- Special Citation of Merit winner, Phoenix Chapter of the Society of Professional Journalists, 2006
- Listed in *Chambers USA*, "America's Leading Business Lawyers," 2004 - 2005
- Listed in *The Best Lawyers in America*, Employment Law - Management; Labor Law - Management; Litigation - Labor & Employment, 2006 - Present
- Listed in *Southwest Super Lawyers*, 2007 - 2010
- Peer Review Rated AV in *Martindale-Hubbell*
  (AV®, BV® and CV® are registered certification marks of Reed Elsevier Properties Inc., used in accordance with the Martindale-Hubbell certification procedures, standards and policies.)

PROFESSIONAL LEADERSHIP

- Arizona State University, Walter Cronkite School of Journalism and Mass Communication, Adjunct Professor, "Mass Communications Law"
- American Bar Association
- State Bar of Arizona
- Maricopa County Bar Association
- Sandra Day O'Connor Inn of Court, President, 1999 - 2001
- Sandra Day O'Connor Inn of Court, Member, 1996 - present
- Lawyers' Committee for Civil Rights Under Law, Board of Trustees, 1998 - present
- Committee on the Rules of Professional Conduct, State Bar of Arizona, 2000 - 2008
- Jury Instructions Committee, Libel Defense Resource Center, Chairman, 1999 - 2001
- Arizona State Bar Task Force on Amending Rules Concerning Confidentiality of Attorney Disciplinary Proceedings, 1996

COMMUNITY INVOLVEMENT

- Rocky Mountain Southwest Chapter, National Academy of Television Arts and Sciences, Board of Governors, 1999 - 2001, 2010 - present
- Chaparral High School Football Booster Club, President, 2000 - 2006
- Arizona Academy, 1987 - present

RELATED EMPLOYMENT

- The Arizona Republic, Phoenix, AZ, Reporter, 1980 - 1982

SELECTED PUBLICATIONS

| | |
|---|---|
| 2011 | **"News Now: Visual Storytelling in the Digital Age"**<br>Chapter Author, Broadcast News Textbook<br>Pearson Education |
| 2007 - Present | **"Sports Roundtable" Blog**<br>Author, Opinion<br>Op-Ed, sportsroundtablerak.wordpress.com |
| 12.13.2010 | **"A Dream Of Press Freedom"**<br>Author, Opinion<br>Op-Ed, The Arizona Republic |
| 07.09.2010 | **"The Real Problem With AZ's Immigration Law: Outdated Syntax"**<br>Author, Opinion<br>Arizona Capitol Times<br>(The attached article/editorial reflects the personal opinions of its author(s) and does not necessarily represent the views of Perkins Coie.) |
| 12.02.2008 | **"A Rivalry Like No Other, 1 More Time"**<br>Author, Opinion<br>Op-Ed, East Valley Tribune<br>(The attached article/editorial reflects the personal opinions of its author(s) and does not necessarily represent the views of Perkins Coie.) |

| | | |
|---|---|---|
| | 11.08.2008 | **"Anticipatory Self-Defense Key to Terror Fight"**<br>Co-Author, Opinion<br>Op-Ed, The Arizona Republic<br>(The attached article/editorial reflects the personal opinions of its author(s) and does not necessarily represent the views of Perkins Coie.) |
| | 06.20.2008;<br>06.21.2008 | **"Where Should the U.S. Try Terrorism Cases? Domestic Terror Courts"**<br>Co-Author, Opinion<br>Op-Ed, The Salt Lake Tribune and East Valley Tribune<br>(The attached article/editorial reflects the personal opinions of its author(s) and does not necessarily represent the views of Perkins Coie.) |
| | 03.14.2008 | **"Veto of Bill Banning Torture Places Interrogators in a Bind"**<br>Co-Author, Opinion<br>Op-Ed, The Salt Lake Tribune<br>(The attached article/editorial reflects the personal opinions of its author(s) and does not necessarily represent the views of Perkins Coie.) |
| | 2007 | **"Arizona Reporter's Handbook on Media Law"**<br>Author, Book<br>First Amendment Coalition of Arizona 6th ed. |
| | 05.10.1999 | **"A Closer Look At The Right To Bear Arms"**<br>Author, Article<br>Editorial, The Arizona Republic |
| | 1999 to Present | **"Survey of Arizona Employment Libel Law"**<br>Author<br>Media Law Resource Center |
| | 1993, 1996, 1997,<br>2001, 2006 | **"Tapping Officials' Secrets — The Door to Open Government in Arizona"**<br>Author<br>The Reporters Committee for Freedom of the Press |
| | 1990 to Present | **"Survey of Arizona Libel Law"**<br>Author<br>Media Law Resource Center |

PAST EVENTS

| | | |
|---|---|---|
| | 02.20.2012 | **National Freedom of Information Coalition Interview** |
| | 01.25.2012 | **Social Media and Recent NLRB Actions That Affect The Non-union Workplace**<br>Seminar<br>Perkins Coie LLP / Phoenix, AZ |
| | 12.09.2011 | **Corporate Compliance and Professionalism in an Age of Social Media** |

|  |  |
|---|---|
|  | Speaking Engagement<br>ELI, Inc.<br>City of Phoenix, Adams Street Training Center / Phoenix, AZ |
| 11.08.2011 | **Appearance on KAET-TV's** *Horizon* |
| 09.07.2011 | **Appearance on KAET-TV's** *Horizon*<br>Speaking Engagement |
| 04.12.2011 | **Appearance on KTVK-TV's** *Good Morning Arizona* |
| 03.28.2011 | **Appearance on KAET-TV's** *Horizon* |
| 03.02.2011 | **Champions of Change**<br>Speaking Engagement<br>16th Annual AZSHRM Annual Employment Law and Legislative Conference<br>Black Canyon Conference Center / Phoenix, AZ |
| 03.01.2011 | **Appearance on KAET-TV's** *Horizon* |
| 02.11.2011 | **Arizona: Exploring Our Legal Landscape**<br>Speaking Engagement<br>Women Law Students' Association at the Sandra Day O'Connor College of Law at Arizona State University<br>ASU Memorial Union / Tempe, AZ |
| 11.02.2010 - 11.08.2010 | **Pulitzer Prize Winners Workshop**<br>Speaking Engagement<br>Hong Kong, China |
| 08.19.2010 | **Appearance on KAET-TV's** *Horizon* |
| 06.29.2010 | **Appearance on KTVK-TV's** *Good Morning Arizona* |
| 06.2010 | **American Jewish Press Association**<br>Speaking Engagement<br>Phoenix, AZ |
| 03.2010 | **Investigative Reporters and Editors Computer-Assisted Reporting Conference**<br>Speaking Engagement<br>Phoenix, AZ |
| 06.2007; 06.2005 | **Ethics Game Show**<br>Speaking Engagement<br>State Bar of Arizona Convention<br>Scottsdale, AZ |
| 06.2007 | **Investigative Reporters and Editors Conference**<br>Seminar<br>Legal Challenges and Keeping the First Amendment Alive<br>Phoenix, AZ |
| 2004 | **Ten Deadly Sins of Conflicts**<br>Speaking Engagement<br>State Bar of Arizona<br>AZ |

| | |
|---|---|
| 05.2003 | **Homeland Border Journalism Conference**<br>Speaking Engagement<br>Tijuana, Mexico |
| 06.1999 | **Privacy in the Workplace**<br>Speaking Engagement<br>National Association of Unemployment Insurance Appellate Boards, National Convention |

Printed October 23, 2012