Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
        kflood@acluaz.org
        jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**DECLARATION OF CAROLINE MITCHELL IN SUPPORT OF PRISONER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

78204-0001/LEGAL25082347.1

1.   I am an attorney at law admitted to practice before the courts of the state of California and before this Court *pro hac vice*. I am a partner at the law firm Jones Day, and counsel for Prisoner Plaintiffs in this litigation. I make this declaration in support of Prisoner Plaintiffs' Motion for Class Certification. If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

2.   The attorneys of Jones Day are committed to the vigorous, effective, and efficient prosecution of the interests of Prisoner Plaintiffs and the proposed class (the "Class") and the subclass, a commitment the Jones Day lawyers have demonstrated in their representation of Prisoner Plaintiffs in the proceedings to date in this matter.

3.   Based on my co-representation with the attorneys of the American Civil Liberties Union Foundation ("ACLU-NPP"), Prison Law Office, the American Civil Liberties Union Foundation of Arizona ("ACLU-AZ"), and Perkins Coie LLP ("Perkins Coie"), in this matter, it is my belief that the attorneys of the ACLU-NPP, Prison Law Office, ACLU-AZ, and Perkins Coie, are likewise committed to the vigorous, effective, and efficient prosecution of this matter.

4.   Jones Day, the ACLU-NPP, Prison Law Office, ACLU-AZ, and Perkins Coie (collectively, "Prisoner Plaintiffs' counsel") have been working for over a year on this matter. Prior to and since the filing of the complaint in this action, Prisoner Plaintiffs' counsel have dedicated many hours to the investigation and research of Prisoner Plaintiffs' claims – including speaking with Prisoner Plaintiffs and other members of the Class to develop the factual record and legal issues underlying this case, interviewing potential expert witnesses, performing legal research about potential claims and relief available to the Class, and drafting a lengthy and detailed complaint as well as this class certification motion.

5.   Jones Day is experienced in class action cases in general and class action challenges to prison conditions. I have represented prisoners in prisoner rights matters, including class actions since 1996. Cases on which I have worked include *Clark v.*

1  *California,* No. CV 96-1486 CRB, in the Northern District of California, a case brought
2  against the California Department of Corrections and Rehabilitation (CDCR) on behalf of
3  a class of developmentally disabled inmates; *Plata v. CDCR,* C-01-1351 TEH, a case
4  brought against the CDCR on behalf of a class of inmates challenging the constitutionality
5  of their medical care; and *Armstrong v. Davis*, No. CV-94-023-CW (PJH), a class action
6  on behalf of prisoners and parolees with disabilities against the California Board of Prison
7  Terms.  Additionally, I have represented many individual prisoners asserting claims
8  against the CDCR and acted as a mentor for other law firms bringing such claims through
9  a program sponsored by the Northern District of California and the Bar Association of San
10 Francisco.  I have also successfully represented defendants in class action lawsuits,
11 including Chevron Corporation in *Aguilar v. Atlantic Richfield Co.*, 25 Cal. 4th 826
12 (2001) and Pacific Bell in *Lea v. Pacific Bell*, Case No. 997136, in the Superior Court of
13 the City and County of San Francisco.

14    6.    Jones Day has dedicated and will continue to commit substantial resources
15 to the representation of this class.

16    7.    Plaintiffs' counsel have agreed to act jointly as class counsel, if the Court so
17 designates them.

18    8.    A true and correct copy of my bio is attached hereto as Exhibit A.

19    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing
20 is true and correct.

22    Executed this 9th day of November, 2012 in San Francisco, California.

          s/ Caroline Mitchell
          Caroline Mitchell

**ADDITIONAL COUNSEL:**

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
dkiernan@jonesday.com
scalderon@jonesday.com
srauh@jonesday.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Jill L. Ripke (Bar No. 024837)
James A. Ahlers (Bar No. 026660)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Thomas D. Ryerson (Bar No. 028073)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
rjipke@perkinscoie.com
jahlers@perkinscoie.com
keidenbach@perkinscoie.com
jhgray@perkinscoie.com
tryerson@perkinscoie.com
mdumee@perkinscoie.com

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
          afettig@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3837
Email:   rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Kate A. Suh (Tex. 24075132)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com
          ksuh@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:   kmamedova@jonesday.com
          jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

I hereby certify that on November 9, 2012, I served the attached document by first class mail on Judge Neil V. Wake, United States District Court of Arizona, 401 West Washington Street, Phoenix, Arizona 85003-2118.

                                              s/ S. Neilson

78204-0001/LEGAL25082347.1