# EXHIBIT A



# Caroline N. Mitchell
## Partner

cnmitchell@jonesday.com

San Francisco

+1.415.875.5712 (T)
+1.415.875.5700 (F)

Caroline Mitchell litigates complex commercial disputes with a focus on defending corporations against claims related to events in foreign countries, as well as to RICO, the Alien Tort Statute, antitrust, fraud, and unfair competition law. She also defends clients in class actions and parens patriae actions and advises them on privacy issues and trademark and regulatory disputes.

Caroline served on the trial team in *Bowoto v. Chevron Corporation*, which was recognized by various legal publications as the defense verdict of 2008 in California. As part of that case, Caroline litigated complex questions relating to choice of law, RICO, the Alien Tort Statute, jurisdiction, preemption, capacity, statute of limitations, and vicarious liability. She also cultivated key third-party witnesses. Caroline has represented clients in the oil, telecommunications, pharmaceutical, video game, and floral industries in price-fixing, monopolization, and unfair competition lawsuits.

Caroline is a member of the International Association of Privacy Professionals (IAPP) and is a Certified Information Privacy Professional (CIPP). She chairs the San Francisco Office's pro bono practice and has successfully represented clients in many pro bono matters, including divorce, prisoners' rights, medical care, race discrimination, discrimination based on HIV status, and discrimination based on disabilities. She also has challenged the constitutionality of a state proposition. Caroline is president of the board of directors of the Family Violence Appellate Project that serves victims of domestic violence.

## EXPERIENCE HIGHLIGHTS

Asylum Granted by Immigration Court

Chevron defends against allegations of environmental damage from oil seeps off coast of Brazil

Apple defends iPod iTunes antitrust class actions

## AREAS OF FOCUS

Global Disputes
Business and Tort Litigation (USA)
Antitrust & Competition Law
Antitrust Civil Investigations & Litigation
Privacy & Data Security

## HONORS & DISTINCTIONS

2012 Outstanding Public Service Award from the United States District Court for the Northern District of California and the Bar Association of San Francisco Volunteer Legal Services Program

Named one of the top women litigators in California by the *Los Angeles Daily Journal* (2005)

Roll Call for Social Justice Award from the Legal Aid Society (2002)

## EDUCATION

University of Minnesota (J.D. magna cum laude 1989; Order of the Coif; Managing Editor, Law Review); Bryn Mawr College (A.B. 1984)

## BAR ADMISSIONS

California

