1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5         kflood@acluaz.org
          jlyall@acluaz.org
6
   *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)
7
   *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
8  *Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
   *Christina Verduzco, Jackie Thomas, Jeremy Smith,*
9  *Robert Gamez, Maryanne Chisholm, Desiree Licci,*
   *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
10 *behalf of themselves and all others similarly situated*

11 **[ADDITIONAL COUNSEL LISTED BELOW]**

12                 UNITED STATES DISTRICT COURT

13                      DISTRICT OF ARIZONA

14 | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-NVW |
|---|---|
15 | Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert | (MEA) |
16 | Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on | |
17 | behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | **DECLARATION OF DANIEL POCHODA IN SUPPORT OF PRISONER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
18 | Plaintiffs, | |
19 | v. | |
20 | Charles Ryan, Director, Arizona Department of | |
21 | Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona | |
22 | Department of Corrections, in their official capacities, | |
23 | Defendants. | |

1        1.      I am an attorney at law admitted to practice before the U.S. Supreme Court,

2    the Ninth and Second Circuit U.S. Courts of Appeals, various U.S. District Courts, and in

3    New York and Arizona.  I am the Legal Director of the American Civil Liberties Union

4    Foundation of Arizona ("ACLU-AZ"), and co-lead counsel for Prisoner Plaintiffs in this

5    litigation.  I make this declaration in support of Prisoner Plaintiffs' Motion for Class

6    Certification.  If called as a witness, I would and could competently testify to the facts

7    stated herein, all of which are within my personal knowledge.

8        2.      The attorneys of ACLU-AZ are committed to the vigorous, effective, and

9    efficient prosecution of the interests of Prisoner Plaintiffs and the proposed class (the

10   "Class") and the subclass, a commitment the ACLU-AZ lawyers have demonstrated in

11   their representation of Prisoner Plaintiffs in the proceedings to date in this matter.

12       3.      Based on my co-representation with the attorneys of the American Civil

13   Liberties Union Foundation ("ACLU-NPP"), Prison Law Office, Perkins Coie LLP

14   ("Perkins Coie"), and Jones Day in this matter, it is my belief that the attorneys of the

15   ACLU-NPP, Prison Law Office, Perkins Coie, and Jones Day are likewise committed to

16   the vigorous, effective, and efficient prosecution of this matter.

17       4.      The ACLU-AZ, ACLU-NPP, Prison Law Office, Perkins Coie, and Jones

18   Day (collectively, "Prisoner Plaintiffs' counsel") have been working for over a year on

19   this matter.  Prior to and since the filing of the complaint in this action, Prisoner Plaintiffs'

20   counsel have dedicated many hours to the investigation and research of Prisoner

21   Plaintiffs' claims – including speaking with Prisoner Plaintiffs and other members of the

22   Class to develop the factual record and legal issues underlying this case, interviewing

23   potential expert witnesses, performing legal research about potential claims and relief

24   available to the Class, and drafting a lengthy and detailed complaint as well as this class

25   certification motion.

26       5.      The ACLU-AZ is experienced in class action cases in general and class

27   action challenges to prison and jail conditions.  In *Perez-Funez v. District Director, I.N.S.*,

28   611 F. Supp. 990, 997 (C.D. Cal. 1984), the court specifically recognized the "qualified

1   and experienced counsel from such organizations as . . . the American Civil Liberties
2   Union." I have litigated numerous class action and constitutional cases since 1968, when
3   I joined the Civil Rights Division of the U.S. Department of Justice, and have argued a
4   civil rights case before the U.S. Supreme Court (*Preiser v. Newkirk*, 1975). I taught
5   constitutional law, federal courts, civil procedure and trial practice as a member of law
6   faculties and, in my current position, I have been attorney of record on approximately 20
7   class action constitutional cases.

8       6.    The ACLU-AZ has dedicated and will continue to commit substantial
9   resources to the representation of this class.

10       7.    Plaintiffs' counsel have agreed to act jointly as class counsel, if the Court so
11   designates them.

12       8.    A true and correct copy of my resume is attached hereto as Exhibit A.

13       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing
14   is true and correct.

16   Executed this 9th day of November, 2012 in Phoenix, Arizona.

18                 s/ Daniel Pochoda
                    Daniel Pochoda

1

**ADDITIONAL COUNSEL:**

2

Daniel C. Barr (Bar No. 010149)
Jill L. Ripke (Bar No. 024837)

3

James A. Ahlers (Bar No. 026660)
Kirstin T. Eidenbach (Bar No. 027341)

4

John H. Gray (Bar No. 028107)
Thomas D. Ryerson (Bar No. 028073)
Matthew B. du Mée (Bar No. 028468)

5

**PERKINS COIE LLP**

6

2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012

7

Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com

8

rjipke@perkinscoie.com
jahlers@perkinscoie.com

9

keidenbach@perkinscoie.com
jhgray@perkinscoie.com

10

tryerson@perkinscoie.com
mdumee@perkinscoie.com

11

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*

12

Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*

13

**PRISON LAW OFFICE**

14

1917 Fifth Street
Berkeley, California 94710

15

Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com

16

ahardy@prisonlaw.com
snorman@prisonlaw.com

17

ckendrick@prisonlaw.com

18

*Admitted *pro hac vice*

19

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**

20

**ACLU NATIONAL PRISON PROJECT**

21

915 15th Street N.W., 7th Floor
Washington, D.C. 20005

22

Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org

23

afettig@npp-aclu.org

24

*Admitted *pro hac vice*.  Not admitted
in DC; practice limited to federal

25

courts.
**Admitted *pro hac vice*

26

27

28

78204-0001/LEGAL25082599.1                          -3-

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
           dkiernan@jonesday.com
           scalderon@jonesday.com
           srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:     rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Kate A. Suh (Tex. 24075132)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
           ksuh@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
           jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons;
Shawn Jensen; Stephen Swartz; Dustin
Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm; Desiree
Licci; Joseph Hefner; Joshua Polson; and
Charlotte Wells, on behalf of themselves and
all others similarly situated*

1

**<u>CERTIFICATE OF SERVICE</u>**

2        I hereby certify that on November 9, 2012, I electronically transmitted the above

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to the following CM/ECF registrants:

5

6                     Michael E. Gottfried
                 Assistant Arizona Attorney General
7                 Michael.Gottfried@azag.gov

8                      Daniel P. Struck
                     Kathleen L. Wieneke
9                    Timothy J. Bojanowski
                         Rachel Love
10                    Nicholas D. Acedo
                     Courtney R. Cloman
11                    Ashlee B. Fletcher
                       Anne M. Orcutt
12            STRUCK WIENEKE, & LOVE, P.L.C.
                     dstruck@swlfirm.com
13                  kwieneke@swlfirm.com
                  tbojanowski@swlfirm.com
14                     rlove@swlfirm.com
                     nacedo@swlfirm.com
15                   ccloman@swlfirm.com
                    afletcher@swlfirm.com
16                    aorcutt@swlfirm.com

17                  *Attorneys for Defendants*

18                    Jennifer Alewelt
                         Asim Varma
19                       Sarah Kader
           ARIZONA CENTER FOR DISABILITY LAW
20                jalewelt@azdisabilitylaw.org
                  avarma@azdisabilitylaw.org
21                 skader@azdisabilitylaw.org

22        *Attorneys for Arizona Center for Disability Law*

23

24        I hereby certify that on November 9, 2012, I served the attached document by first

25   class mail on Judge Neil V. Wake, United States District Court of Arizona, 401 West

26   Washington Street, Phoenix, Arizona 85003-2118.

27                                    s/ S. Neilson

28

78204-0001/LEGAL25082599.1