# EXHIBIT A

# Daniel Joseph Pochoda, Esq.

Address: 2536 North 12th Street, Phoenix, Arizona 85006 ♦ Phone: (602) 532-0486 ♦ Email: danpoc@cox.net

## Employment History

**AMERICAN CIVIL LIBERTIES UNION ("ACLU") OF ARIZONA, 2007- Present.**
*Legal Director.* Supervise the legal program and litigation efforts of this statewide civil liberties organization. Attorney in constitutional challenges to state and local laws and governmental practices.

**PRIVATE PRACTICE: NEW YORK, ARIZONA, 1997-2006.**
Advocate on civil rights and law enforcement issues. Attorney in cases resulting in a comprehensive agreement to reduce racial profiling by the Arizona Department of Public Safety (2006), systemic relief on behalf of Hispanic employees of the Arizona Department of Transportation (2004), and recoveries for persons subjected to abuse and racial bias by police and prison personnel.

**ARIZONA STATE UNIVERSITY, SCHOOL OF JUSTICE AND SOCIAL INQUIRY, 2001.**
*Adjunct Professor.* Taught survey course.

**UNITED STATES DISTRICT COURT (AZ), 1989-1996.**
*Special Master.* Appointed in three cases involving constitutional challenges to conditions in the state prison system. Worked with the parties and state officials to formulate proposed decrees and to monitor compliance including conducting hearings.

**SANTA CLARA UNIVERSITY SCHOOL OF LAW, 1990.**
*Visiting Associate Professor.* Taught courses in evidence and constitutional law.

**CITY UNIVERSITY OF NEW YORK SCHOOL OF LAW, 1986-1995.**
*Associate Professor.* Taught courses in constitutional law and litigation, criminal law and procedure, federal courts, remedies, and trial and appellate advocacy. Significant administrative involvement as the third-year coordinator and on curriculum planning bodies. Served as attorney and consultant in constitutional cases.

**CITY UNIVERSITY OF NEW YORK, CENTER FOR URBAN LEGAL STUDIES, 1982-1985.**
*Visiting Professor.* Taught constitutional law courses and worked on curriculum development. Served as consultant in constitutional cases.

**THE CORRECTIONAL ASSOCIATION OF NEW YORK, 1979-1982.**
*Executive Director.* Responsible for overall direction, fund-raising, and working with the Board of this research and advocacy agency. During my term, the Association promoted an increase in non-incarcerative sanctions and community dispute mechanisms, and published detailed studies in the areas of sentencing, probation and parole policies.

**NEW YORK CITY BOARD OF CORRECTION, 1977-1978.**
*Special Counsel.* Supervised research, drafting and promulgation of minimum standards for all New York City correctional facilities. Worked with community organizations and city officials on long-term planning.

**NEW YORK STATE COMMISSION OF CORRECTIONS, 1976.**
*Executive Director.* Supervised the work and staff of this executive agency charged with monitoring and regulating all local and state correctional facilities and preparing criminal justice legislation. Worked with citizen groups, legislative leaders and federal officials.

**NEW YORK CITY LEGAL AID SOCIETY, PRISONER'S RIGHTS PROJECT,** 1971-1975.
*Staff Attorney.* Involved in numerous cases at trial and appellate levels concerning constitutional rights of prisoners including argument before the United States Supreme Court. Served as legal coordinator for Attica prisoners in constitutional challenges.

**NEW YORK UNIVERSITY SCHOOL OF LAW, URBAN LAW PROGRAM.** 1969-1971.
*Faculty Member and Arthur Garfield Hays Civil Liberties Fellow.* Instructed and supervised graduate and undergraduate law students who worked as "house counsel" to community groups in areas of criminal justice, education, employment, health care, race and sex discrimination. Represented numerous persons accused of illegal anti-war activities in state and federal courts on First Amendment challenges.

**NATIONAL COMMISSION ON REFORM OF FEDERAL CRIMINAL LAWS,** 1968-1969.
*Staff Attorney.* Responsible for analysis and codification of federal criminal laws; concentrated on issues of civil rights, federal jurisdiction and sentencing.

**UNITED STATES DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION,** 1966-1968.
*Staff Attorney.* Involved with enforcement of civil rights statutes in areas of public accommodations, juries, elections, education, and employment. Acted as trial attorney in civil and criminal cases.

| Education |
|---|

**HARVARD LAW SCHOOL,** Cambridge, MA, J.D. 1966
**AMHERST COLLEGE,** Amherst, MA, B.A., 1963

| Bar Admissions |
|---|

Arizona
New York
Ninth Circuit Court of Appeals
Second Circuit Court of Appeals
United States Supreme Court

| Additional Activities |
|---|

*Nationally and Locally:* Speaker on criminal justice and constitutional issues in numerous forums and workshops, on radio, television programs, and before legislative bodies.

*ACLU of Arizona:* Honored for advocacy in racial profiling and prisoners' rights issues. (2004)

*U.S. District Courts (NY, MI, FL) and New York State Supreme Court:* Qualified as expert in correctional policies and practices.