1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6
   *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)
7
   *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
8  *Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
   *Christina Verduzco, Jackie Thomas, Jeremy Smith,*
9  *Robert Gamez, Maryanne Chisholm, Desiree Licci,*
   *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
10 *behalf of themselves and all others similarly situated*

11 **[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **DECLARATION OF DONALD SPECTER IN SUPPORT OF PRISONER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

78204-0001/LEGAL25003097.1

1.     I am an attorney at law admitted to practice before the courts of the state of California and before this Court *pro hac vice*. I am Executive Director of the Prison Law Office, and co-lead counsel for Prisoner Plaintiffs in this litigation. I make this declaration in support of Prisoner Plaintiffs' Motion for Class Certification. If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

2.     The attorneys of the Prison Law Office are committed to the vigorous, effective, and efficient prosecution of the interests of Prisoner Plaintiffs and the proposed class (the "Class") and the subclass, a commitment the Prison Law Office lawyers have demonstrated in their representation of Prisoner Plaintiffs in the proceedings to date in this matter.

3.     Based on my co-representation with the attorneys of the American Civil Liberties Union Foundation ("ACLU-NPP"), the American Civil Liberties Union Foundation of Arizona ("ACLU-AZ"), Perkins Coie LLP ("Perkins Coie"), and Jones Day in this matter, it is my belief that the attorneys of the ACLU-NPP, ACLU-AZ, Perkins Coie, and Jones Day are likewise committed to the vigorous, effective, and efficient prosecution of this matter.

4.     The Prison Law Office, ACLU-NPP, ACLU-AZ, Perkins Coie, and Jones Day (collectively, "Prisoner Plaintiffs' counsel") have been working for over a year on this matter. Prior to and since the filing of the complaint in this action, Prisoner Plaintiffs' counsel have dedicated hundreds of hours to the investigation and research of Prisoner Plaintiffs' claims – including speaking with Prisoner Plaintiffs and other members of the Class to develop the factual record and legal issues underlying this case, interviewing potential expert witnesses, performing legal research about potential claims and relief available to the Class, and drafting a lengthy and detailed complaint as well as this class certification motion.

5.     The Prison Law Office engages in class action and other impact litigation to improve the conditions of prisons and jails for adults and children, represents individual

78204-0001/LEGAL25003097.1

1  prisoners, educates the public about prison conditions, and provides technical assistance to
2  attorneys throughout the country. I joined the Prison Law Office in 1979, and became its
3  executive director in 1984. I have litigated numerous large-scale prisoner and parolee
4  class actions for the last 30 years, including successfully arguing before the U.S. Supreme
5  Court in *Brown v. Plata*, 563 U.S. ___, 131 S. Ct. 1910 (2011) (holding the court-
6  mandated population limit for California prisons was necessary to remedy violations of
7  prisoners' constitutional rights to adequate medical and mental health care), and
8  *Pennsylvania Department of Corrections v. Yeskey*, 524 U.S. 206 (1998) (unanimously
9  holding the Americans with Disabilities Act applies to state prisoners). Other class action
10 and impact litigation cases brought by myself and the Prison Law Office involving the
11 rights of prisoners include *Gates v. Deukmejian*, 987 F.2d 1392 (9th Circ. 1993)
12 (conditions, psychiatric and medical care, and HIV discrimination at California Medical
13 Facility); *Madrid v. Gomez*, 889 F. Supp. 1146 (N.D. Cal. 1995) (conditions, medical and
14 mental health care, guard brutality, due process, personal safety, access to law libraries at
15 Pelican Bay State Prison); *Coleman v. Wilson*, 912 F. Supp. 1282 (E.D. Cal. 1995)
16 (statewide class action on the adequacy of mental health care in California prisons); *Clark*
17 *v. California*, 123 F.3d 1267 (9th Cir. 1997) (statewide class action on behalf of
18 developmentally disabled California prisoners under the Americans with Disabilities Act);
19 *Armstrong v. Wilson*, 124 F.3d 1019 (9th Cir. 1997) (statewide class action on behalf of
20 physically disabled California prisoners under the Americans with Disabilities Act and the
21 Rehabilitation Act); *Plata v. Schwarzenegger*, C-O1-1351 TEH (N.D. Cal. 2001)
22 (statewide class action challenging inadequacy of California prisoner health care);
23 *Valdivia v. Davis*, 206 F. Supp. 2d 1068 (E.D. Cal. 2002) (statewide class action
24 challenging the lack of due process in California Board of Prison Terms parole revocation
25 proceedings); *Perez v. Tilton*, C-05-5241 JSW (N.D. Cal. 2005) (statewide class action
26 challenging inadequacy of California prisoner dental care); *Farrell v. Tilton*, Alameda
27 County Sup. Ct. No. 3079344 (2003) (taxpayer action to reform the conditions of
28

1  confinement for wards under the jurisdiction of the Division of Juvenile Justice [formerly
2  California Youth Authority]).
3     6.  The Prison Law Office has dedicated and will continue to commit
4  substantial resources to the representation of this class.
5     7.  Plaintiffs' counsel have agreed to act jointly as class counsel, if the Court so
6  designates them.
7     8.  A true and correct copy of my resume is attached hereto as Exhibit A.

9  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing
10 is true and correct.

12 Executed this 9th day of November, 2012 in Berkeley, California.

14     s/ Donald Specter
       Donald Specter

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Jill L. Ripke (Bar No. 024837)
James A. Ahlers (Bar No. 026660)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Thomas D. Ryerson (Bar No. 028073)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         rjipke@perkinscoie.com
         jahlers@perkinscoie.com
         keidenbach@perkinscoie.com
         jhgray@perkinscoie.com
         tryerson@perkinscoie.com
         mdumee@perkinscoie.com

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
| | David C. Kiernan (Cal. 215335)* |
| 2 | Sophia Calderón (Cal. 278315)* |
| | Sarah Rauh (Cal. 283742)* |
| 3 | **JONES DAY** |
| | 555 California Street, 26th Floor |
| 4 | San Francisco, California 94104 |
| | Telephone:  (415) 875-5712 |
| 5 | Email:     cnmitchell@jonesday.com |
| | dkiernan@jonesday.com |
| 6 | scalderon@jonesday.com |
| | srauh@jonesday.com |
| 7 | |
| | *Admitted *pro hac vice* |
| 8 | |
| | R. Scott Medsker (D.C. 976405)* |
| 9 | **JONES DAY** |
| | 51 Louisiana Avenue, NW |
| 10 | Washington, D.C. 20001-2113 |
| | Telephone:  (202) 879-3837 |
| 11 | Email:     rsmedsker@jonesday.com |
| 12 | *Admitted *pro hac vice* |
| 13 | John Laurens Wilkes (Tex. 24053548)* |
| | Kate A. Suh (Tex. 24075132)* |
| 14 | **JONES DAY** |
| | 717 Texas Street |
| 15 | Houston, Texas 77002 |
| | Telephone:  (832) 239-3939 |
| 16 | Email:     jlwilkes@jonesday.com |
| | ksuh@jonesday.com |
| 17 | |
| | *Admitted *pro hac vice* |
| 18 | |
| | Kamilla Mamedova (N.Y. 4661104)* |
| 19 | Jennifer K. Messina (N.Y. 4912440)* |
| | **JONES DAY** |
| 20 | 222 East 41 Street |
| | New York, New York 10017 |
| 21 | Telephone:  (212) 326-3498 |
| | Email:     kmamedova@jonesday.com |
| 22 | jkmessina@jonesday.com |
| 23 | *Admitted *pro hac vice* |
| 24 | *Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

s/ Sharon Neilson

78204-0001/LEGAL25003097.1