# EXHIBIT A

# DONALD SPECTER

## LEGAL EXPERIENCE

**Prison Law Office**, San Quentin, California

*Director (1984 - present) and Staff Attorney (1980-1984)*

Manage and direct the legal and administrative operations of a nonprofit ten attorney office providing free legal services to California state prisoners.

*Management accomplishments*

- self-sustaining operation after losing foundation support
- doubling attorney staff, accumulating substantial cash reserve
- drafting personnel policies, improving working conditions
- initiating pension plan
- obtaining national and local media coverage
- fundraising through grants and events
- publishing newsletter

*Legal accomplishments*

- lead counsel in successful institutional reform litigation through federal and state class actions challenging various conditions of confinement system-wide at all 32 state prisons, and at individual prisons, including Pelican Bay, San Quentin and Vacaville
- recruiting major San Francisco law firms for institutional reform litigation
- extensive appellate practice, including one argument before U.S. Supreme Court and six arguments before the California Supreme Court (two death penalty cases), numerous prison conditions cases and criminal appeals before state and federal appellate courts
- supervise and personally litigate scores of individual state and federal actions aimed at enforcing myriad constitutional and statutory rights for adult and juvenile offenders
- provided advice and counsel to hundreds of individual prisoners and attorneys
- draft legislation and provide advice and testimony to state Legislature on prison issues
- substantial public speaking to federal judges and magistrates, public groups, law enforcement organizations and attorneys

**Guest Lecturer**, Davis, California

    (1986) Co-taught advanced criminal procedure, with emphasis on appellate practice at U.C. Davis School of Law

**Sole Practitioner**, Berkeley, California

    (1979-1980)  Criminal misdemeanor and civil practice.

**Continuing Education of the Bar**, Berkeley, California

    (1975-1978)  Supervised up to 15 other law students and edited CEB publications in a wide range of substantive areas

## EDUCATION

**University of San Francisco School of Law**, San Francisco, California

    J.D. 1978.  Graduated with honors.

**New College**, Sarasota, Florida

    B.A. in Economics, 1974.

## PUBLICATIONS

*Reflecting Walls:  Images of Due Process in Prison*, 9 Forum 11 (1982)

*Parole Failure:  Parole Violators and Their Impact on Corrections*, Report of State Bar Commission on Corrections, Co-editor (1989)

*Mentally Ill in Prison:  A Cruel and Unusual Punishment*, 21 Forum 25 (1994)

*Cruel and Unusual Punishment of the Mentally Ill in California's Prisons:  A Case Study of a Class Action*, 21 Journal of Social Justice 109 (1994)

Haney and Specter, *Legal Considerations in Treating Offenders with Special Needs*, in Ashford, Sales & Reid (eds.), <u>Treating Adult and Juvenile Offenders with Special Needs</u>, American Psychological Association (2000)

*Making Prisons Safe: Strategies for Reducing Violence,* 22 Wash. U. J. Law & Policy 125 (2006).

*Everything Revolves Around Overcrowding: The State of California's Prisons*, 22 Fed. Sentencing Reporter 194 (2010).

## PROFESSIONAL HONORS, AFFILIATIONS & ADMISSIONS

Top 100 lawyers in California, Los Angeles Daily Journal, 2009, 2010.

An Attorney of the Year in Constitutional Law, California Lawyer Magazine, 2009.

An Attorney of the Year, Recorder Newspaper, 2009.

Alumnus of the Year, University of San Francisco School of Law, 2007.

Significant Contributions to Criminal Justice Award, California Attorneys for Criminal Justice, 2006

Martin Luther King, Jr. Humanitarian Award, Marin County Human Rights Commission, 2006.

Katie Nichols Award for Outstanding Achievements, National Council of Crime and Delinquency, 2005.

Outstanding Mental Health Advocate Award, California Coalition for Mental Health, 2003

Selected as one of the A100 Most Influential Lawyers in California,@ Los Angeles Daily Journal, 2001

Frank D. Lanterman Memorial Award, Association of Retarded Citizens C California, 1999

Legal Services Achievement Award, State Bar of California, 1997

President's Award, California Attorneys for Criminal Justice, 1994

Skip Glenn Award (for outstanding accomplishments by a young attorney), California Attorneys for Criminal Justice, 1990

---

Member, Civil Justice Reform Act Advisory Committee to Northern District of California, appointed by Chief Judge Henderson, 1995 - 1997.

Co-Chair, Prisons and Post-Conviction Committee, California Attorneys for Criminal Justice, 1997

Member, Advisory Committee on Corrections, "Little Hoover Commission," 1997

Member, Advisory Committee on Corrections, "Little Hoover Commission," 1993

Chair, State Bar Commission on Corrections, 1988-1990

Member, State Bar Commission on Corrections, 1986-1988

Member, State Bar Standing Committee on Legal Services, 1979-1986

---

Bar of the Supreme Court of the United States

Bar of the Ninth Circuit Court of Appeals

Bar of the United States District Courts for the Northern, Eastern and Central Districts
    of California

State Bar of California