# EXHIBIT MM

# Subject to Protective Order

1                  UNITED STATES DISTRICT COURT

2                    DISTRICT OF ARIZONA

3

4

5

6 Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

               Plaintiffs,

7

8

9

10      v.

11 Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

               Defendants.

12

13

No. CV 12-00601-PHX-NVW (MEA)

**EXHIBIT MM**

14

15

16     **This document is subject to a protective order issued by the Court (Dkt. 140) and shall not be copied or examined except in compliance with that order.**

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT NN

## Subject to Protective Order

1          UNITED STATES DISTRICT COURT

2              DISTRICT OF ARIZONA

3

4

5
   Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-NVW
6  Dustin Brislan; Sonia Rodriguez; Christina                (MEA)
   Verduzco; Jackie Thomas; Jeremy Smith; Robert
7  Gamez; Maryanne Chisholm; Desiree Licci; Joseph
   Hefner; Joshua Polson; and Charlotte Wells, on           **EXHIBIT NN**
8  behalf of themselves and all others similarly
   situated; and Arizona Center for Disability Law,
9
                 Plaintiffs,
10
          v.
11
   Charles Ryan, Director, Arizona Department of
12 Corrections; and Richard Pratt, Interim Division
   Director, Division of Health Services, Arizona
13 Department of Corrections, in their official
   capacities,
14               Defendants.

15

16      **This document is subject to a protective order issued by the Court (Dkt. 140)**
17      **and shall not be copied or examined except in compliance with that order.**

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT OO

## Subject to Protective Order

1          UNITED STATES DISTRICT COURT

2             DISTRICT OF ARIZONA

3

4

5

6     Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
      Dustin Brislan; Sonia Rodriguez; Christina            (MEA)
7     Verduzco; Jackie Thomas; Jeremy Smith; Robert
      Gamez; Maryanne Chisholm; Desiree Licci; Joseph
8     Hefner; Joshua Polson; and Charlotte Wells, on        **EXHIBIT OO**
      behalf of themselves and all others similarly
9     situated; and Arizona Center for Disability Law,

10                   Plaintiffs,

11            v.

12    Charles Ryan, Director, Arizona Department of
      Corrections; and Richard Pratt, Interim Division
13    Director, Division of Health Services, Arizona
      Department of Corrections, in their official
14    capacities,

                     Defendants.

15

16    **This document is subject to a protective order issued by the Court (Dkt. 140)**
17    **and shall not be copied or examined except in compliance with that order.**

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT PP

# Subject to Protective Order

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

Defendants.

No. CV 12-00601-PHX-NVW (MEA)

**EXHIBIT PP**

**This document is subject to a protective order issued by the Court (Dkt. 140) and shall not be copied or examined except in compliance with that order.**

# EXHIBIT QQ

# Subject to Protective Order

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz;
Dustin Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith; Robert
Gamez; Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte Wells, on
behalf of themselves and all others similarly
situated; and Arizona Center for Disability Law,

          Plaintiffs,

    v.

Charles Ryan, Director, Arizona Department of
Corrections; and Richard Pratt, Interim Division
Director, Division of Health Services, Arizona
Department of Corrections, in their official
capacities,

          Defendants.

No. CV 12-00601-PHX-NVW
  (MEA)

**EXHIBIT QQ**

**This document is subject to a protective order issued by the Court (Dkt. 140)
and shall not be copied or examined except in compliance with that order.**

# EXHIBIT RR

# ARIZONA DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES CONTRACT MONITORING BUREAU
## MEMORANDUM

**TO:**        Joe Profiri: Health Services Monitoring Bureau Team Leader

**THROUGH:** Jim Taylor: Health Services Monitoring Bureau

**FROM:**      John Mitchell: Winslow Compliance Monitor

**DATE:**      8/10/12

**SUBJECT:**   Daily report

The Registry Doctor expressed frustration at the lack of direction given by Wexford and the inability of being able to get a return phone call or E-mail response. Today's complaint specifically was about concerns he had expressed to Denise Mervis, via E-mail, about the formulary not having any appropriate alternatives for medications recommended by consultants. One consultant had recommended Chlorhexadine for a dermatological condition and there is no comparable alternative on the formulary. Another concern was that there was no Proton Pump Inhibitor for the treatment of GERD. The next issue he had was that Lantus is not on the formulary which he believes better controls Diabetics. He sent the E-mail 8/3/12 and still has not received a response. He attempted to address the issue during collegial review and was told that was not the correct forum.

Lack of staffing continues to be the major issue and has an adverse effect on numerous other areas. Outside consults continue to be put off because there is not a Clinical Coordinator. The Site Manager used to perform that function in Winslow and has not been able to work on consults while trying to do her new job, increase staffing levels, and work as a line nurse herself to compensate for the lack of staff. The nurses that were retained have all worked lots of overtime and this will undoubtedly lead to a greater incidence of mistakes as they reach burnout. Chart checks for the providers continue to wait several days prior to being addressed as the providers continue to catch up on provider line because there was no provider for several weeks after the transition. I have monitored the charts and insured there weren't any emergent issues that were being missed but there has certainly been a delay in care.

Wexford staff are not consistently being notified of releases. They do receive a list of tentative releases one to one and a half weeks prior to release. I received eight different E-mails from four different people regarding five different inmates being released that were not on the list of tentative releases that medical had received. I forwarded them to Wexford staff, but it would be far more efficient if there were a single sender and it went directly to Wexford.

Confidential Information - Subject to Protective Order001                                                      ADC028163

# EXHIBIT SS

# ARIZONA DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES CONTRACT MONITORING BUREAU
## MEMORANDUM

**TO:**      Joe Profiri: Health Services Monitoring Bureau Team Leader

**THROUGH:** Jim Taylor: Health Services Monitoring Bureau

**FROM:**    John Mitchell: Winslow Compliance Monitor

**DATE:**    8/13/12

**SUBJECT:** Daily report

The Site Manager has been advised that ADC staff shall not be used in any capacity to pick up, deliver, transport, or in any other way be involved in the medication delivery process. ADC staff had been used prior to privatization to pick up prescriptions at the pharmacy and deliver them to nursing to dispense when medical and security all worked for ADC. This was only done when there was only one nurse working the complex and he or she could not leave the unit uncovered. I suggested to the Site manager that she may have to call in additional staff if a similar situation occurs. I also suggested that she work with her superiors to increase their supply and variety of on site medications to lessen the need for after hour's trips to the local pharmacy.

Winslow DW of Quality Control, Wayne Mooney, noted that a finding during the recent audit indicated that medical staff was not using form# 1101-13p per DO 1101.03 1.2.2 for scheduling medical appointments. The use of this form has been replaced by entering the appointments on the TOSS system on the computer. This change is not yet reflected by an amendment to the DO 1101.

The use of registry nurses and providers continues to cause problems. The Registry doctor is continuing to leave at the end of the day without completing his charting. This is a dangerous practice because if there is an emergency involving that inmate prior to the provider returning to complete his note nobody will know what was done. A registry nurse, Katonah Viarrick, who worked this weekend refused to sign the count books and continuously complained that they did it differently at Eyman where she had previously worked. These examples again point to the need for Wexford to address staffing concerns. The use of registry will never provide the high level of care that a dedicated full time would. Problems of poor communication and lack of training are only increased when registry is used.

There was still a stack of 25-30 charts that had not been noted by nursing this morning, even after the weekend. They were left over from Thursday and Friday. The Site Manager came over and helped with them. This points to lack of staffing and lack of training for the registry

staff.

Confidential Information - Subject to Protective Order003

# EXHIBIT TT

# Subject to Protective Order

1          UNITED STATES DISTRICT COURT

2              DISTRICT OF ARIZONA

3

4

5
   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
6  Dustin Brislan; Sonia Rodriguez; Christina              (MEA)
   Verduzco; Jackie Thomas; Jeremy Smith; Robert
7  Gamez; Maryanne Chisholm; Desiree Licci; Joseph
   Hefner; Joshua Polson; and Charlotte Wells, on         **EXHIBIT TT**
8  behalf of themselves and all others similarly
   situated; and Arizona Center for Disability Law,
9                Plaintiffs,

10         v.

11 Charles Ryan, Director, Arizona Department of
   Corrections; and Richard Pratt, Interim Division
12 Director, Division of Health Services, Arizona
   Department of Corrections, in their official
13 capacities,
                 Defendants.
14

15

16    **This document is subject to a protective order issued by the Court (Dkt. 140)
       and shall not be copied or examined except in compliance with that order.**
17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT UU

# Subject to Protective Order

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

Defendants.

No. CV 12-00601-PHX-NVW (MEA)

**EXHIBIT UU**

**This document is subject to a protective order issued by the Court (Dkt. 140) and shall not be copied or examined except in compliance with that order.**

# EXHIBIT VV

# Subject to Protective Order

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz;
Dustin Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith; Robert
Gamez; Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte Wells, on
behalf of themselves and all others similarly
situated; and Arizona Center for Disability Law,

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of
Corrections; and Richard Pratt, Interim Division
Director, Division of Health Services, Arizona
Department of Corrections, in their official
capacities,

Defendants.

No. CV 12-00601-PHX-NVW
(MEA)

**EXHIBIT VV**

**This document is subject to a protective order issued by the Court (Dkt. 140)
and shall not be copied or examined except in compliance with that order.**

# EXHIBIT WW

# Subject to Protective Order

<table>
<tr><td>1</td><td colspan="2" align="center">UNITED STATES DISTRICT COURT</td></tr>
<tr><td>2</td><td colspan="2" align="center">DISTRICT OF ARIZONA</td></tr>
</table>

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **EXHIBIT WW** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

**This document is subject to a protective order issued by the Court (Dkt. 140) and shall not be copied or examined except in compliance with that order.**

# EXHIBIT XX

# Subject to Protective Order

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **EXHIBIT XX** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

**This document is subject to a protective order issued by the Court (Dkt. 140) and shall not be copied or examined except in compliance with that order.**

# EXHIBIT YY

# Subject to Protective Order

1          UNITED STATES DISTRICT COURT

2               DISTRICT OF ARIZONA

3

4

5
      Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
6     Dustin Brislan; Sonia Rodriguez; Christina             (MEA)
      Verduzco; Jackie Thomas; Jeremy Smith; Robert
7     Gamez; Maryanne Chisholm; Desiree Licci; Joseph
      Hefner; Joshua Polson; and Charlotte Wells, on         **EXHIBIT YY**
8     behalf of themselves and all others similarly
      situated; and Arizona Center for Disability Law,
9                   Plaintiffs,

10         v.

11    Charles Ryan, Director, Arizona Department of
      Corrections; and Richard Pratt, Interim Division
12    Director, Division of Health Services, Arizona
      Department of Corrections, in their official
13    capacities,
                    Defendants.
14

15

16        **This document is subject to a protective order issued by the Court (Dkt. 140)**
          **and shall not be copied or examined except in compliance with that order.**
17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT ZZ

# Subject to Protective Order

1                          UNITED STATES DISTRICT COURT

2                              DISTRICT OF ARIZONA

3

4

5
   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
6  Dustin Brislan; Sonia Rodriguez; Christina              (MEA)
   Verduzco; Jackie Thomas; Jeremy Smith; Robert
7  Gamez; Maryanne Chisholm; Desiree Licci; Joseph
   Hefner; Joshua Polson; and Charlotte Wells, on        **EXHIBIT ZZ**
8  behalf of themselves and all others similarly
   situated; and Arizona Center for Disability Law,
9
                    Plaintiffs,
10
          v.
11
   Charles Ryan, Director, Arizona Department of
12 Corrections; and Richard Pratt, Interim Division
   Director, Division of Health Services, Arizona
13 Department of Corrections, in their official
   capacities,
14                  Defendants.

15

16      **This document is subject to a protective order issued by the Court (Dkt. 140)
17      and shall not be copied or examined except in compliance with that order.**

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT AAA

# Subject to Protective Order

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

Defendants.

No. CV 12-00601-PHX-NVW (MEA)

**EXHIBIT AAA**

**This document is subject to a protective order issued by the Court (Dkt. 140) and shall not be copied or examined except in compliance with that order.**

# EXHIBIT BBB

# Subject to Protective Order

1                          UNITED STATES DISTRICT COURT

2                                DISTRICT OF ARIZONA

3

4

5

6     Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
      Dustin Brislan; Sonia Rodriguez; Christina             (MEA)
7     Verduzco; Jackie Thomas; Jeremy Smith; Robert
      Gamez; Maryanne Chisholm; Desiree Licci; Joseph
8     Hefner; Joshua Polson; and Charlotte Wells, on        **EXHIBIT BBB**
      behalf of themselves and all others similarly
9     situated; and Arizona Center for Disability Law,

                        Plaintiffs,
10
             v.
11
      Charles Ryan, Director, Arizona Department of
12    Corrections; and Richard Pratt, Interim Division
      Director, Division of Health Services, Arizona
13    Department of Corrections, in their official
      capacities,

                        Defendants.
14

15

16          **This document is subject to a protective order issued by the Court (Dkt. 140)
            and shall not be copied or examined except in compliance with that order.**
17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT CCC

# Subject to Protective Order

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

Defendants.

**EXHIBIT CCC**

**This document is subject to a protective order issued by the Court (Dkt. 140) and shall not be copied or examined except in compliance with that order.**

# EXHIBIT DDD

# Subject to Protective Order

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz;
Dustin Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith; Robert
Gamez; Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte Wells, on
behalf of themselves and all others similarly
situated; and Arizona Center for Disability Law,

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of
Corrections; and Richard Pratt, Interim Division
Director, Division of Health Services, Arizona
Department of Corrections, in their official
capacities,

Defendants.

No. CV 12-00601-PHX-NVW
(MEA)

**EXHIBIT DDD**

**This document is subject to a protective order issued by the Court (Dkt. 140)
and shall not be copied or examined except in compliance with that order.**

# EXHIBIT EEE

# Subject to Protective Order

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz;
Dustin Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith; Robert
Gamez; Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte Wells, on
behalf of themselves and all others similarly
situated; and Arizona Center for Disability Law,

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of
Corrections; and Richard Pratt, Interim Division
Director, Division of Health Services, Arizona
Department of Corrections, in their official
capacities,

Defendants.

No. CV 12-00601-PHX-NVW
(MEA)

**EXHIBIT EEE**

**This document is subject to a protective order issued by the Court (Dkt. 140)
and shall not be copied or examined except in compliance with that order.**

# EXHIBIT FFF

# Subject to Protective Order

1

UNITED STATES DISTRICT COURT

2

DISTRICT OF ARIZONA

3

4

5

6     Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-NVW
      Dustin Brislan; Sonia Rodriguez; Christina               (MEA)
7     Verduzco; Jackie Thomas; Jeremy Smith; Robert
      Gamez; Maryanne Chisholm; Desiree Licci; Joseph
8     Hefner; Joshua Polson; and Charlotte Wells, on          **EXHIBIT FFF**
      behalf of themselves and all others similarly
9     situated; and Arizona Center for Disability Law,

      Plaintiffs,

10

          v.

11

      Charles Ryan, Director, Arizona Department of
12    Corrections; and Richard Pratt, Interim Division
      Director, Division of Health Services, Arizona
13    Department of Corrections, in their official
      capacities,

14              Defendants.

15

16        **This document is subject to a protective order issued by the Court (Dkt. 140)
          and shall not be copied or examined except in compliance with that order.**

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT GGG

# Subject to Protective Order

1                   UNITED STATES DISTRICT COURT

2                     DISTRICT OF ARIZONA

3

4

5

6   Victor Parsons; Shawn Jensen; Stephen Swartz;     No. CV 12-00601-PHX-NVW
     Dustin Brislan; Sonia Rodriguez; Christina       (MEA)

7   Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph

8   Hefner; Joshua Polson; and Charlotte Wells, on      **EXHIBIT GGG**
     behalf of themselves and all others similarly

9   situated; and Arizona Center for Disability Law,

                Plaintiffs,

10

11       v.

     Charles Ryan, Director, Arizona Department of

12   Corrections; and Richard Pratt, Interim Division
     Director, Division of Health Services, Arizona

13   Department of Corrections, in their official
     capacities,

14                 Defendants.

15

16     **This document is subject to a protective order issued by the Court (Dkt. 140)**

17      **and shall not be copied or examined except in compliance with that order.**

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT HHH



factors, we can immediately institute corrective action. This proactive, ongoing approach to reducing risk and liability results in improved care for the inmate population, as well as a reduction in grievances, complaints, and litigation.

A good QMP focuses on fixing what is broken, not on placing blame. This results in improved, high quality health care as well as reduced litigation.

2.8.12.1 QM/CQI Program Description Requirements

**Within sixty (60) days of Contract award and annually thereafter, the Contractor must submit a Quality Management Program Description encompassing the Continuous Quality Improvement Program structure. The QM/CQI Program description shall at a minimum include: (RFP §2.8.12.1)**

Wexford Health has read, understands, and will comply with RFP Subsection 2.8.12.1. Within sixty (60) days of Contract award and annually thereafter, Wexford Health will submit a Quality Management Program Description encompassing the Continuous Quality Improvement Program structure, which will include, at a minimum, the items listed below.

### 2.8.12.1.1 CQI Quality Management Structure, Committees, Roles and Responsibilities

**CQI Quality Management Structure, Committees, Roles and Responsibilities. (RFP §2.8.12.1.1)**

Wexford Health has read, understands, and will comply with RFP Subsection 2.8.12.1.1 regarding CQI Quality Management Structure, Committees, Roles and Responsibilities.

The QMP is a continuous quality improvement effort that integrates all elements of a health care delivery system — medical, dental, behavioral health, and pharmacy — to ensure compliance with all pertinent NCCHC, ACA, or other applicable standards. The program governing body — the site QMP Committee — will be chaired by the site medical director and made up of representatives from each of the major health care disciplines (medical, mental health, pharmacy, dental, nursing), the Area Manager (or designee), and any logistical department heads, as necessary. This committee will provide oversight of the quality management process through the analysis of monthly activity reports and approval of the annual Quality Management Program. The activity and quality of each facility's program will be monitored and reviewed by Wexford Health clinical and administrative management staff, our Corporate Medical Directors, and any designated ADC staff, e.g., the Contract Monitor. *NCCHC P-A-06, CONTINUOUS QUALITY IMPROVEMENT PROGRAM*

Within a mutually agreed-upon amount of time from the start of the contract, Wexford Health will provide a contract-specific *Quality Manual* to the ADC, along with regular updates to the manual thereafter. In addition, Wexford Health will ensure that regularly scheduled meetings are held between ASPC staff and appropriate Wexford Health staff to

ADC015178



Solicitation #ADOC12-00001105
Privatization for All Correctional Health Services
Arizona Department of Corrections

| Staffing Roll-Up (Total ADC) | SUN | MON | TUE | WED | THUR | FRI | SAT | Hours | FTEs |
|---|---|---|---|---|---|---|---|---|---|
| Admin Assistant | 0 | 212 | 202 | 212 | 212 | 202 | 0 | 1040 | 26.00 |
| C.N.A. | 52 | 134 | 134 | 134 | 134 | 134 | 52 | 774 | 19.35 |
| C.N.A. HU 8 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 84 | 2.10 |
| C.N.A. HU 8 Eve | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 84 | 2.10 |
| C.N.A. Infirmary | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 168 | 4.20 |
| C.N.A. Infirmary Eve | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 84 | 2.10 |
| C.N.A. IPC | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 84 | 2.10 |
| C.N.A. IPC Eve | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 84 | 2.10 |
| Clinical Coordinator | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| Clinical Director | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| Complex Medical Director | 0 | 24 | 24 | 24 | 24 | 24 | 0 | 120 | 3.00 |
| Dental Assistant | 0 | 296 | 286 | 296 | 286 | 226 | 0 | 1390 | 34.75 |
| Dentist | 0 | 248 | 248 | 248 | 248 | 208 | 0 | 1200 | 30.00 |
| Discharge Psychologist | 0 | 24 | 24 | 24 | 24 | 24 | 0 | 120 | 3.00 |
| DON | 0 | 96 | 96 | 96 | 96 | 96 | 0 | 480 | 12.00 |
| Exec Staff Assistant | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| Area Manager | 0 | 72 | 72 | 72 | 72 | 80 | 0 | 368 | 9.20 |
| Health Plan Coordinator | 0 | 40 | 40 | 40 | 40 | 40 | 0 | 200 | 5.00 |
| Intake RN Eve | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 168 | 4.20 |
| Lab Tech | 16 | 104 | 104 | 104 | 104 | 88 | 16 | 536 | 13.40 |
| LPN | 460 | 594 | 594 | 594 | 594 | 594 | 460 | 3890 | 97.25 |
| LPN (night) | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 84 | 2.10 |
| LPN Eve | 108 | 108 | 108 | 108 | 108 | 108 | 108 | 756 | 18.90 |
| LPN SMU Eve | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 168 | 4.20 |
| Medical Director | 0 | 48 | 48 | 48 | 48 | 48 | 0 | 240 | 6.00 |
| Medical Records | 28 | 264 | 264 | 272 | 272 | 272 | 28 | 1400 | 35.00 |
| MH Admin Assistant | 0 | 16 | 16 | 16 | 16 | 16 | 0 | 80 | 2.00 |
| MH Physician | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| MH Therapist | 0 | 16 | 16 | 16 | 16 | 16 | 0 | 80 | 2.00 |
| NP/PA | 54 | 218 | 208 | 234 | 224 | 224 | 54 | 1216 | 30.40 |
| Nursing Assistant | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 84 | 2.10 |
| Nursing Assistant Eve | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 168 | 4.20 |
| Nursing supervisor | 16 | 48 | 64 | 48 | 64 | 64 | 16 | 320 | 8.00 |
| OB/GYN | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| Occupational Therapist | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| Pharmacy Tech | 0 | 328 | 328 | 328 | 328 | 328 | 0 | 1640 | 41.00 |
| Physician | 0 | 104 | 114 | 104 | 114 | 94 | 0 | 530 | 13.25 |
| Physician Globe | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 8 | 0.20 |
| Psych Associate | 0 | 24 | 24 | 24 | 24 | 24 | 0 | 120 | 3.00 |
| Psych Associate Eve | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| Psych NP/PA | 0 | 16 | 16 | 16 | 16 | 16 | 0 | 80 | 2.00 |
| Psych Nurse | 64 | 128 | 128 | 128 | 128 | 120 | 64 | 760 | 19.00 |
| Psych Nurse Eve | 40 | 72 | 72 | 72 | 72 | 72 | 40 | 440 | 11.00 |
| Psych Nurse Night | 32 | 32 | 32 | 32 | 24 | 24 | 24 | 200 | 5.00 |
| Psych Nursing Coordinator | 8 | 16 | 16 | 8 | 8 | 16 | 8 | 80 | 2.00 |
| Psych Supervisor (Psychiatrist) | 0 | 40 | 40 | 40 | 40 | 40 | 0 | 200 | 5.00 |
| Psych Tech | 85 | 158 | 158 | 158 | 158 | 158 | 85 | 960 | 24.00 |
| Psych Tech Eve | 16 | 40 | 40 | 48 | 40 | 40 | 16 | 240 | 6.00 |
| Psych Tech Night | 8 | 8 | 16 | 16 | 16 | 8 | 8 | 80 | 2.00 |
| Psych Tech Therapist Rep | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| Psychiatrist | 0 | 24 | 24 | 24 | 24 | 24 | 0 | 120 | 3.00 |
| Psychologist | 8 | 184 | 184 | 192 | 192 | 192 | 8 | 960 | 24.00 |
| Psychologist Eve | 4 | 44 | 48 | 48 | 48 | 44 | 4 | 240 | 6.00 |
| Psychology Associate | 20 | 144 | 144 | 144 | 144 | 144 | 20 | 760 | 19.00 |
| Psychology Associate Eve | 0 | 72 | 72 | 72 | 72 | 72 | 0 | 360 | 9.00 |
| Psychology Associate Night | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |

ADC015761



Solicitation #ADOC12-00001105
Privatization for All Correctional Health Services
Arizona Department of Corrections

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Recreation Therapist | 0 | 16 | 16 | 16 | 16 | 16 | 0 | 80 | 2.00 |
| RN | 427 | 555 | 555 | 555 | 555 | 555 | 427 | 3629 | 90.73 |
| RN Eve | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 588 | 14.70 |
| RN Globe | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 70 | 1.75 |
| RN Infirmary | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 84 | 2.10 |
| RN Infirmary Eve | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 84 | 2.10 |
| RN IPC | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 84 | 2.10 |
| RN IPC Eve | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 84 | 2.10 |
| RN SMU Eve | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 252 | 6.30 |
| RN Supervisor | 0 | 160 | 160 | 160 | 160 | 160 | 0 | 800 | 20.00 |
| Secretary | 0 | 32 | 32 | 32 | 32 | 32 | 0 | 160 | 4.00 |
| State CEO (VP Ops) | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| State Chief Medical Officer | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| State Chief Psychiatrist | 0 | 4 | 4 | 4 | 4 | 4 | 0 | 20 | 0.50 |
| State Cust Srvce/Claims/Prov Re | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| State Data Spec / Report Analyst | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| State Dental Director | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| State Director of Nursing | 0 | 16 | 16 | 16 | 16 | 16 | 0 | 80 | 2.00 |
| State Director of Quality/Compliar | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| State Discharge Planner / Reentr | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| State EMR Application Specialist | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| State EMR Project Manager | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| State Grievance Coordinator | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| State Infection Control | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| State IT Support Specialists | 0 | 16 | 16 | 16 | 16 | 16 | 0 | 80 | 2.00 |
| State Medical Director | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| State Mental Health Director | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| State Office Manager | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| State Pharmacist | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| State Regional Manager | 0 | 16 | 16 | 16 | 16 | 16 | 0 | 80 | 2.00 |
| State Secretary | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| State Staffing Consultant | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| State Telemedicine Director | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| State Traveling Oral Surgeon | 0 | 4 | 4 | 4 | 4 | 4 | 0 | 20 | 0.50 |
| State UM Medical Director | 0 | 8 | 8 | 8 | 8 | 8 | 0 | 40 | 1.00 |
| State UM Registered Nurse | 0 | 16 | 16 | 16 | 16 | 16 | 0 | 80 | 2.00 |
| X-ray Tech | 0 | 64 | 64 | 64 | 64 | 64 | 0 | 320 | 8.00 |
| **Subtotal:** | **1,804** | **5,477** | **5,485** | **5,521** | **5,511** | **5,369** | **1,796** | **30,963** | **774.08** |

**Figure 59:** Staffing roll-up (total) for ADC contract

ADC015762



Wexford Health agrees to make qualified dental practitioners available on a 24-hour per day, 7-day per week basis (including after-hours and on weekends and holidays, by telephone) for emergency consultation and direction.

### 2.11.4 Dental Emergency Care

The Contractor shall provide dental emergency care consisting of immediate assessment and/or treatment of conditions including but not limited to, postoperative uncontrolled bleeding; facial swelling that is of a life threatening nature or is causing facial deformity; fracture of the mandible, maxilla, or zygomatic arch; avulsed dentition; an extremely painful condition that is non-responsive to the implementation of dental treatment guidelines; intraoral lacerations that require suturing to include the vermilion border of the lips. At minimum, the Contractor shall ensure that an inmate with an emergency dental need is seen within 24 hours. See Dental Services Technical Manual, Chapter 3, Introduction. (RFP §2.11.4)

Wexford Health has read, understands, and will comply with RFP Subsection 2.11.4 by providing dental emergency care consisting of immediate assessment and/or treatment of conditions including but not limited to, postoperative uncontrolled bleeding; facial swelling that is of a life threatening nature or is causing facial deformity; fracture of the mandible, maxilla, or zygomatic arch; avulsed dentition; an extremely painful condition that is non-responsive to the implementation of dental treatment guidelines; intraoral lacerations that require suturing to include the vermilion border of the lips. At minimum, Wexford Health will ensure that an inmate with an emergency dental need is seen within 24 hours. We have reviewed the <u>Dental Services Technical Manual, Chapter 3, Introduction.</u>

Wexford Health's dental care program ensures that clinical staff are available — onsite or on call — to respond to dental emergencies within 24 hours of occurrence. For an inmate experiencing a dental emergency (as defined by the dentist), we will ensure that he or she receives a examination by a licensed dentist within 24 hours after the emergency occurs, unless requested sooner by the examining physician. In the interim, Wexford Health will provide pain relief or other intervention to manage any pain, swelling, bleeding, infection, or trauma related to the dental emergency in accordance with established protocols. This includes the immediate assessment and/or treatment of conditions including but not limited to, postoperative uncontrolled bleeding; facial swelling of a life threatening nature, or that is causing facial deformity; fracture of the mandible, maxilla, or zygomatic arch; avulsed dentition; an extremely painful condition that is non-responsive to the implementation of dental treatment guidelines; and/or intra-oral lacerations that require suturing, to include the vermilion border of the lips.

### 2.11.5 Urgent Dental Care

The Contractor shall provide dental urgent care consisting of treatment that is necessary subsequent to the implementation of dental treatment guidelines such as: fractured dentition with pulp exposure; acute dental abscess; oral pathological condition that may severely compromise the general health of the inmate. At minimum, the Contractor shall

ADC015397



ensure that an inmate with urgent dental needs is seen within 72 hours. See Dental Services Technical Manual, Chapter 3, Introduction. (RFP §2.11.5)

Wexford Health has read, understands, and will comply with RFP Subsection 2.11.5 by providing dental urgent care consisting of treatment that is necessary subsequent to the implementation of dental treatment guidelines such as: fractured dentition with pulp exposure; acute dental abscess; oral pathological condition that may severely compromise the general health of the inmate. We will, at minimum, ensure that an inmate with urgent dental needs is seen within 72 hours. Wexford Health has reviewed <u>Dental Services Technical Manual, Chapter 3, Introduction.</u>

Wexford Health will also provide urgent dental care in compliance with treatment guidelines for conditions including, but not limited to, fractured dentition with pulp exposure; acute dental abscess; and/or oral pathological condition that could severely compromise the general health of the inmate. For an inmate requiring urgent dental care (as defined by the dentist), we will ensure that he or she receives an examination by a licensed dentist within 72 hours, unless requested sooner by the examining physician. In the interim, Wexford Health will provide pain relief or other intervention to manage any pain, swelling, bleeding, infection, or trauma related to the dental condition in accordance with established protocols.

### 2.11.6 Ongoing Routine Dental Care

**The Contractor shall provide ongoing, routine care defined as conditions that require treatment to restore the form and function of an inmate's oral tissues and are not solely elective or cosmetic in nature such as: caries; chronic periodontal conditions; non-restorable teeth; edentulous and partially edentulous patients requiring replacement; presence of temporary, sedative, or intermediate restorations; broken or non functional prosthetic appliance, if patient qualifies; TMJ disorders; periodic examination; gingival recession or root sensitivity; and routine dental prophylaxis. At minimum, the Contractor shall ensure that an inmate with routine dental needs is seen within ninety (90) calendar days of receipt of a Health Needs Request (HNR) for treatment. See Dental Services Technical Manual, Chapter 3, Introduction and Chapter 7, Dental Procedures. (RFP §2.11.6)**

Wexford Health has read, understands, and will comply with RFP Subsection 2.11.6 by providing ongoing, routine care defined as conditions that require treatment to restore the form and function of an inmate's oral tissues and are not solely elective or cosmetic in nature such as: caries; chronic periodontal conditions; non-restorable teeth; edentulous and partially edentulous patients requiring replacement; presence of temporary, sedative, or intermediate restorations; broken or non-functional prosthetic appliance, if patient qualifies; TMJ disorders; periodic examination; gingival recession or root sensitivity; and routine dental prophylaxis. At minimum, Wexford Health will ensure that an inmate with routine dental needs is seen within ninety (90) calendar days of receipt of a Health Needs Request (HNR) for treatment. We have reviewed the <u>Dental Services Technical Manual,</u> Chapter 3, *Introduction* and Chapter 7, *Dental Procedures.*

In addition, Wexford Health will provide ongoing, routine care for conditions that require treatment (not solely elective or cosmetic in nature) to restore the form and function of an inmate's oral tissues, e.g., caries; chronic periodontal conditions; non-restorable teeth; edentulous and partially

ADC015398

# EXHIBIT III

**Arizona Vacancies and FTE Fill Percentages – Compared to Contracted Staff Plan (External)**
08Aug12; Rev. 0

| Site | Total Bud. FTE | Current Vac. | Aug '12 Vac. | Sept '12 Vac. | Oct. '12 Vac. | Nov. '12 Vac. | Dec. '12 Vac. | Jan. '13 Vac. | Feb. '13 Vac. | Mar. '13 Vac. | Apr '13 Vac. | May '13 Vac. | June '13 Vac. | Current fill rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas | 29.30 | 8.35 | 11.10 | | | | | | | | | | | 71.5% |
| Eyman | 81.75 | 28.75 | 28.75 | | | | | | | | | | | 64.8% |
| Florence / Globe | 87.30 | 45.40 | 36.45 | | | | | | | | | | | 48.0% |
| Lewis | 84.00 | 34.25 | 33.25 | | | | | | | | | | | 59.2% |
| Perryville | 102.50 | 42.35 | 41.50 | | | | | | | | | | | 58.7% |
| Phoenix | 114.00 | 24.60 | 25.60 | | | | | | | | | | | 78.4% |
| Safford / Ft. Grant | 28.70 | 6.05 | 10.05 | | | | | | | | | | | 78.9% |
| Tucson | 133.73 | 31.18 | 31.93 | | | | | | | | | | | 76.7% |
| Winslow / Apache | 31.25 | 13.50 | 14.50 | | | | | | | | | | | 56.8% |
| Yuma | 58.80 | 18.95 | 26.95 | | | | | | | | | | | 67.8% |
| Regional Office | 28.00 | 16.00 | 16.00 | | | | | | | | | | | 42.9% |
| AZ Total | 779.33 | 269.38 | 274.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.4% |
| Fill Rate % | | 65.4% | 64.8% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | |

ADC016148

| Position Number | Unit | Job Title | FTE | lled/Vaca | Name | As of Date |
|---|---|---|---|---|---|---|
| ADC00A873AAN | HS-CO-HLTH SVCS | ADMV SECRETARY 2 | 1 | FL | SAINATH, UMA | 14-Jan-11 |
| ADC007095AAN | HS-CO-HLTH SVCS | PROG PROJ SPCT 2 | 1 | FL | CHARLES, JAMES F. | 14-Jan-11 |
| ADC00E060AAN | HS-CO-HLTH SVCS | ADMV ASST 2 | 1 | FL | SLOAN, CONNIE M. | 14-Jan-11 |
| ADC0F423AAE | HS-CO-HLTH SVCS | HLTH PROG MGR 3 | 1 | FL | WHITLOCK, CAROLE J. | 14-Jan-11 |
| ADC00F445AAN | HS-CO-HLTH SVCS | MED RCDS LIBRN 1 | 1 | FL | MCLEOD-TRAYLOR, JULIA | 14-Jan-11 |
| ADC00E487AHN | HS-CO-HLTH SVCS | EXEC STAFF ASST | 1 | FL | BERG, LAURIE A. | 14-Jan-11 |
| ADC00C110AHN | HS-CO-HLTH SVCS | EXEC STAFF ASST | 1 | FL | FONSECA, CATHERINE L. | 14-Jan-11 |
| ADC00E095AHN | HS-CO-HLTH SVCS | EXEC STAFF ASST | 1 | FL | ERNO, SUMI S. | 14-Jan-11 |
| ADC00F389AHN | HS-CO-HLTH SVCS | MGT ANALYST 2 | 1 | FL | DIGGS, ARNITA L. | 14-Jan-11 |
| ADC00B941AHO | HS-CO-HLTH SVCS | DC HLTH SVCS COORD | 1 | FL | RESPICIO-MORIARTY, JUL | 14-Jan-11 |
| ADC008998AHO | HS-CO-HLTH SVCS | MED PROG MGR | 1 | FL | ROWE, RICHARD H. | 14-Jan-11 |
| ADC002150AHO | HS-CO-HLTH SVCS | PHARMACY PROG MGR | 1 | FL | BOOTHBY, LESLIE P. | 14-Jan-11 |
| ADC000013AHO | HS-CO-HLTH SVCS | ASST DIR HLTH SVCS DIV | 1 | FL | ADU-TUTU, MICHAEL | 14-Jan-11 |
| ADC00D697AHO | HS-CO-HLTH SVCS | DC REGNL FACILITY HLTH ADMR | 1 | FL | TAYLOR, JAMES S. | 14-Jan-11 |
| ADC0F012AHO | HS-CO-HLTH SVCS | DC NRSG PROG MGR | 1 | FL | CAMPBELL, KATHLEEN L. | 14-Jan-11 |
| ADC0F638AHN | HS-CO-HLTH SVCS | PROG PROJ SPCT 2 | 1 | FL | MOLLA HOSSEINI, CHAZA | 14-Jan-11 |
| ADC00F709AHO | HS-CO-HLTH SVCS | DC CTS QA COORD | 1 | FL | MUSSON, MATTHEW A. | 14-Jan-11 |
| ADC002178AHO | HS-CO-HLTH SVCS | HLTH PROG MGR 2 | 1 | FL | PEARSON, CAROL B. | 14-Jan-11 |
| ADC00F706AHO | HS-CO-DIV DIR | DC MENTAL HLTH PROG ADMR | 1 | FL | SHAW, BEN L. | 14-Jan-11 |
| ADC00C341AAN | HS-DOU-HLTH | ADMV SECRETARY 3 | 1 | FL | MOLINA, LINDA M. | 14-Jan-11 |
| ADC00C063AAN | HS-DOU-HLTH | NRSG ASST | 1 | FL | ARIAS, ALFREDO M. | 14-Jan-11 |
| ADC00C064AAN | HS-DOU-HLTH | NRSG ASST | 1 | FL | CARBAJAL, LEONOR A. | 14-Jan-11 |
| ADC003803AAN | HS-DOU-HLTH | CORRL RN | 1 | FL | NUNEZ, MARISSA Y. | 14-Jan-11 |
| ADC004577AAN | HS-DOU-HLTH | CORRL RN | 1 | FL | DUARTE, RICARDO M. | 14-Jan-11 |
| ADC00E469AAN | HS-DOU-HLTH | CORRL RN | 1 | FL | STONE, KRISTINE J. | 14-Jan-11 |
| ADC001015AAE | HS-DOU-HLTH | CORRL RN SPV 1 | 1 | FL | MONTOYA, ESTRELLITA M. | 14-Jan-11 |
| ADC004145AAE | HS-DOU-HLTH | CORRL RN SPV 2 | 1 | FL | TAYLOR, ALAINE A. | 14-Jan-11 |
| ADC004576AAN | HS-DOU-HLTH | ADMV ASST 3 | 1 | FL | ACOSTA, ANA M. | 14-Jan-11 |
| ADC00D858AAN | HS-DOU-HLTH | MED RCDS LIBRN 2 | 1 | FL | COTA, VICTORIA L. | 14-Jan-11 |
| ADC006014AAN | HS-DOU-HLTH | DENTAL ASST | 1 | FL | ESQUER, KIMBERLY S. | 14-Jan-11 |
| ADC006678AAN | HS-DOU-HLTH | DENTAL ASST | 1 | FL | TROUNG, TEN | 14-Jan-11 |
| ADC004345AAN | HS-DOU-HLTH | DENTAL ASST | 1 | FL | ROSE, ELSA | 14-Jan-11 |
| ADC001796AHO | HS-DOU-HLTH | DENTIST SPV | 1 | FL | SHIPMAN, GREGORY L. | 14-Jan-11 |
| ADC001744AHO | HS-DOU-HLTH | DC FACILITY HLTH CARE MGR 1 | 1 | FL | TARDIBUONO, SALVATORE | 14-Jan-11 |
| ADC009946AHO | HS-DOU-HLTH | PHYSCN SPV | 1 | FL | POLANCO, PRIDO | 14-Jan-11 |
| ADC00F537AHO | HS-DOU-HLTH | MIDLEVEL MED CARE PRVDR | 1 | FL | KINDER, DEBORAH J. | 14-Jan-11 |

ADC016149

| | | | | | | |
|---|---|---|---|---|---|---|
| ADC00F672AHO | HS-DOU-HLTH | CORRL RN SPV 1 | 1 | FL | CLYNE, NANCY | 14-Jan-11 |
| ADC004476AAE | HS-DOU-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | SNYDER, MICHAEL D. | 14-Jan-11 |
| ADC00C081AAN | HS-SAF/FT GRANT-HLTH | NRSG ASST | 1 | FL | FERRELL, REBECCA J. | 14-Jan-11 |
| ADC007146AAN | HS-SAF/FT GRANT-HLTH | CORRL RN | 1 | FL | HARMON, CARLE E. | 14-Jan-11 |
| ADC000123AAN | HS-SAF/FT GRANT-HLTH | CORRL RN | 1 | FL | PALMER, FLORDELIZA V. | 14-Jan-11 |
| ADC007131AAN | HS-SAF/FT GRANT-HLTH | CORRL RN | 1 | FL | DIAZ, SHANNON I. | 14-Jan-11 |
| ADC001294AAE | HS-SAF/FT GRANT-HLTH | CORRL RN SPV 2 | 1 | FL | CHRISTIE, KARYN S. | 14-Jan-11 |
| ADC004347AAN | HS-SAF/FT GRANT-HLTH | DENTAL ASST | 1 | FL | PEREA, APRIL L. | 14-Jan-11 |
| ADC00C067AAN | HS-FLO-HLTH ADMN | NRSG ASST | 1 | FL | DAVIS, ELENA N. | 14-Jan-11 |
| ADC00C070AAN | HS-FLO-HLTH ADMN | NRSG ASST | 1 | FL | SISNEY, LEATHA A. | 14-Jan-11 |
| ADC00C065AAN | HS-FLO-HLTH ADMN | NRSG ASST | 1 | FL | PELISSIER, PAULETTE B. | 14-Jan-11 |
| ADC00C090AAN | HS-FLO-HLTH ADMN | NRSG ASST | 1 | FL | SIVERLY, RONNIE D. | 14-Jan-11 |
| ADC004027AAN | HS-FLO-HLTH ADMN | LPN | 1 | FL | SHAMBLIN, DUSTIN L. | 14-Jan-11 |
| ADC007905AAN | HS-FLO-HLTH ADMN | CORRL RN | 1 | FL | PENN, RICHARD | 14-Jan-11 |
| ADC001706AAN | HS-FLO-HLTH ADMN | CORRL RN | 1 | FL | HARMON, RUTH A. | 14-Jan-11 |
| ADC000585AAN | HS-FLO-HLTH ADMN | CORRL RN | 1 | FL | JONES, CHARLES | 14-Jan-11 |
| ADC002014AAN | HS-FLO-HLTH ADMN | CORRL RN | 1 | FL | MIELKE-FONTAINE, JENNY | 14-Jan-11 |
| ADC003659AAN | HS-FLO-HLTH ADMN | CORRL RN | 1 | FL | COLLINS, ANNA E. | 14-Jan-11 |
| ADC004386AAN | HS-FLO-HLTH ADMN | CORRL RN | 1 | FL | BRAWLEY, JEANETTE J. | 14-Jan-11 |
| ADC004311AAN | HS-FLO-HLTH ADMN | CORRL RN | 1 | FL | WRIGHT, RENEE M. | 14-Jan-11 |
| ADC006011AAN | HS-FLO-HLTH ADMN | CORRL RN | 1 | FL | ORTIZ, CAROL A. | 14-Jan-11 |
| ADC00F951AAN | HS-FLO-HLTH ADMN | CORRL RN | 1 | FL | STEINER, MARY E. | 14-Jan-11 |
| ADC006622AAN | HS-FLO-HLTH ADMN | CORRL RN | 1 | FL | TEFERTILLER, LISA A. | 14-Jan-11 |
| ADC00F911AAN | HS-FLO-HLTH ADMN | HLTH PLNG CONSULT | 1 | FL | ROJAS, ANGELA L. | 14-Jan-11 |
| ADC00F539AAN | HS-FLO-HLTH ADMN | HLTH PLNG CONSULT | 1 | FL | MILLER, JACQUELINE R. | 14-Jan-11 |
| ADC00D751AAN | HS-FLO-HLTH ADMN | ADMV ASST 2 | 1 | FL | ZENZ, LINDA J. | 14-Jan-11 |
| ADC005915AAN | HS-FLO-HLTH ADMN | ADMV ASST 3 | 1 | FL | GUTIERREZ, MARIA A. | 14-Jan-11 |
| ADC001689AAN | HS-FLO-HLTH ADMN | MED RCDS LIBRN 1 | 1 | FL | POLLEY, JOANN | 14-Jan-11 |
| ADC000854AAN | HS-FLO-HLTH ADMN | MED RCDS LIBRN 1 | 1 | FL | JORDAN, BETTY L. | 14-Jan-11 |
| ADC009758AAN | HS-FLO-HLTH ADMN | MED RCDS LIBRN 1 | 1 | FL | MEISNER, LINDA C. | 14-Jan-11 |
| ADC003355AAN | HS-FLO-HLTH ADMN | MED RCDS LIBRN 2 | 1 | FL | THURMAN, JAMES E. | 14-Jan-11 |
| ADC004144AAN | HS-FLO-HLTH ADMN | DENTAL ASST | 1 | FL | YBARRA, ELIZABETH F. | 14-Jan-11 |
| ADC009757AAN | HS-FLO-HLTH ADMN | DENTAL ASST | 1 | FL | TAYLOR, DEBBIE | 14-Jan-11 |
| ADC004032AAN | HS-FLO-HLTH ADMN | DENTAL ASST | 1 | FL | CORTEZ, ANN E. | 14-Jan-11 |
| ADC005933AAN | HS-FLO-HLTH ADMN | DENTAL ASST | 1 | FL | KRUG, ANNA M. | 14-Jan-11 |
| ADC005934AAN | HS-FLO-HLTH ADMN | DENTAL ASST | 1 | FL | RODRIQUEZ-BAUTISTA, AN | 14-Jan-11 |
| ADC007153AAN | HS-FLO-HLTH ADMN | PHARMACY TECH | 1 | FL | NEAL, KRISTINA S. | 14-Jan-11 |

ADC016150

| | | | | | | |
|---|---|---|---|---|---|---|
| ADC00B968AAN | HS-FLO-HLTH ADMN | LAB TECH 2 | 1 | FL | RAMSEY, CANDIE S. | 14-Jan-11 |
| ADC000951AAN | HS-FLO-HLTH ADMN | RADIOLOGICAL TECH 3 | 1 | FL | BRULE, ROBERT G. | 14-Jan-11 |
| ADC009749AHO | HS-FLO-HLTH ADMN | DENTIST | 1 | FL | KULP, ALAN K. | 14-Jan-11 |
| ADC002181AHO | HS-FLO-HLTH ADMN | DENTIST | 1 | FL | LUDENS, DOUGLAS R. | 14-Jan-11 |
| ADC005935AHO | HS-FLO-HLTH ADMN | DENTIST SPV | 1 | FL | WEEKLY, CARLOS L. | 14-Jan-11 |
| ADC001701AHO | HS-FLO-HLTH ADMN | DC FACILITY HLTH CARE MGR 2 | 1 | FL | KENDALL, DENNIS R. | 14-Jan-11 |
| ADC007099AHO | HS-FLO-HLTH ADMN | PHYSCN | 1 | FL | STEINHAUSER, GALE | 14-Jan-11 |
| ADC00F248AHO | HS-FLO-HLTH ADMN | MIDLEVEL MED CARE PRVDR | 1 | FL | SALYER, NICK C. | 14-Jan-11 |
| ADC00F933AHO | HS-FLO-HLTH ADMN | MIDLEVEL MED CARE PRVDR | 1 | FL | CHITWOOD, LINDSEY R. | 14-Jan-11 |
| ADC00F662AHO | HS-FLO-HLTH ADMN | CORRL RN SPV 1 | 1 | FL | NIMS, TAMIENE M. | 14-Jan-11 |
| ADC00F660AHO | HS-FLO-HLTH ADMN | CORRL RN SPV 1 | 1 | FL | MONTOYA, PATRICIA L. | 14-Jan-11 |
| ADC00F661AHO | HS-FLO-HLTH ADMN | CORRL RN SPV 1 | 1 | FL | DACUMOS, ROSAULA N. | 14-Jan-11 |
| ADC00F663AHO | HS-FLO-HLTH ADMN | CORRL RN SPV 1 | 1 | FL | EVANS, RICHARD | 14-Jan-11 |
| ADC00F651AHO | HS-FLO-HLTH ADMN | CORRL RN SPV 2 | 1 | FL | ORTIZ, BRENDA S. | 14-Jan-11 |
| ADC001583AAN | HS-FLO-MENTAL HLTH | PSY NURSE 2 | 1 | FL | SCHMIDT, LISA M. | 14-Jan-11 |
| ADC008120AAN | HS-FLO-MENTAL HLTH | PSY NURSE 2 | 1 | FL | EMORE, SUSAN J. | 14-Jan-11 |
| ADC009763AAN | HS-FLO-MENTAL HLTH | PSY NURSE 2 | 1 | FL | BRENNEMAN, CYNTHIA L. | 14-Jan-11 |
| ADC005909AAE | HS-FLO-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | KING, MICHAEL S. | 14-Jan-11 |
| ADC00F009AAE | HS-FLO-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | CRIST, LANELLE | 14-Jan-11 |
| ADC00F116AAE | HS-FLO-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | FL | TAYLOR, NICOLE | 14-Jan-11 |
| ADC00F107AHO | HS-FLO-MENTAL HLTH | DC NURSE PRACTITIONER | 1 | FL | MARTIN, CINDY E. | 14-Jan-11 |
| ADC00F247AHO | HS-FLO-MENTAL HLTH | MIDLEVEL MED CARE PRVDR | 1 | FL | WESTLAKE, AMANDA M. | 14-Jan-11 |
| ADC00C071AAN | HS-EYM-HLTH | NRSG ASST | 1 | FL | SESTIAGA, NORMA C. | 14-Jan-11 |
| ADC00C066AAN | HS-EYM-HLTH | NRSG ASST | 1 | FL | MOTT, SALLIE M. | 14-Jan-11 |
| ADC001801AAN | HS-EYM-HLTH | CORRL RN | 1 | FL | RAFTERY, MARTIN J. | 14-Jan-11 |
| ADC008918AAN | HS-EYM-HLTH | CORRL RN | 1 | FL | DAVIS, JANICE B. | 14-Jan-11 |
| ADC000530AAN | HS-EYM-HLTH | CORRL RN | 1 | FL | HILGEMAN, ELIZABETH R. | 14-Jan-11 |
| ADC006684AAN | HS-EYM-HLTH | CORRL RN | 1 | FL | SHIRLEY, MADRIAN A. | 14-Jan-11 |
| ADC003289AAN | HS-EYM-HLTH | CORRL RN | 1 | FL | CLEMANS, MIKI M. | 14-Jan-11 |
| ADC005922AAN | HS-EYM-HLTH | CORRL RN | 1 | FL | RIPLEY JR, ALFRED W. | 14-Jan-11 |
| ADC006686AAN | HS-EYM-HLTH | CORRL RN | 1 | FL | GILCHRIST, JENNIFER L. | 14-Jan-11 |
| ADC003294AAN | HS-EYM-HLTH | CORRL RN | 1 | FL | NAKUNA-CHI, GLADYS S. | 14-Jan-11 |
| ADC003805AAN | HS-EYM-HLTH | CORRL RN | 1 | FL | WICK, ERIN C. | 14-Jan-11 |
| ADC000754AAN | HS-EYM-HLTH | CORRL RN | 1 | FL | GARVEY, KAITLIN | 14-Jan-11 |
| ADC003304AAN | HS-EYM-HLTH | CORRL RN | 1 | FL | GONZALES, APRIL M. | 14-Jan-11 |
| ADC002015AAN | HS-EYM-HLTH | CORRL RN | 1 | FL | ANUMA, JULIANNA W. | 14-Jan-11 |
| ADC003277AAE | HS-EYM-HLTH | CORRL RN SPV 1 | 1 | FL | CARO, MARY H. | 14-Jan-11 |

ADC016151

| ADC006689AAE | HS-EYM-HLTH | CORRL RN SPV 1 | 1 | FL | APPLEGATE, BRENDA K. | 14-Jan-11 |
|---|---|---|---|---|---|---|
| ADC000782AAE | HS-EYM-HLTH | CORRL RN SPV 2 | 1 | FL | BEDFORD, BEULAH E. | 14-Jan-11 |
| ADC00D837AAN | HS-EYM-HLTH | ADMV ASST 1 | 1 | FL | FRONCZAK, SUSAN R. | 14-Jan-11 |
| ADC00C158AAN | HS-EYM-HLTH | ADMV ASST 3 | 1 | FL | MORROW, STACY D. | 14-Jan-11 |
| ADC007152AAN | HS-EYM-HLTH | MED RCDS LIBRN 1 | 1 | FL | NUTTER, DENISE | 14-Jan-11 |
| ADC006682AAN | HS-EYM-HLTH | MED RCDS LIBRN 1 | 1 | FL | GALLI, CONNIE L. | 14-Jan-11 |
| ADC005928AAN | HS-EYM-HLTH | MED RCDS LIBRN 1 | 1 | FL | WRIGHT, VALYRIE L. | 14-Jan-11 |
| ADC004023AAN | HS-EYM-HLTH | MED RCDS LIBRN 1 | 1 | FL | LORENZ, KATHERN D. | 14-Jan-11 |
| ADC007150AAN | HS-EYM-HLTH | DENTAL ASST | 1 | FL | MASON, CYNTHIA M. | 14-Jan-11 |
| ADC001549AAN | HS-EYM-HLTH | DENTAL ASST | 1 | FL | CARPENTER, CRYSTAL K. | 14-Jan-11 |
| ADC008927AAN | HS-EYM-HLTH | DENTAL ASST | 1 | FL | LUCAS, DENISE M. | 14-Jan-11 |
| ADC000637AAN | HS-EYM-HLTH | PHARMACY TECH | 1 | FL | WILSON, MARINA M. | 14-Jan-11 |
| ADC006625AAN | HS-EYM-HLTH | PHARMACY TECH | 1 | FL | WISEMAN, ELIZABETH | 14-Jan-11 |
| ADC00F203AAN | HS-EYM-HLTH | PHARMACY TECH | 1 | FL | OWENS, JULIA V. | 14-Jan-11 |
| ADC003201AAN | HS-EYM-HLTH | RADIOLOGICAL TECH 2 | 1 | FL | EMERSON, JANE C. | 14-Jan-11 |
| ADC005913AAN | HS-EYM-HLTH | RADIOLOGICAL TECH 3 | 1 | FL | BESICH, JOANN | 14-Jan-11 |
| ADC006693AHO | HS-EYM-HLTH | DENTIST | 1 | FL | KREBS, KARL T. | 14-Jan-11 |
| ADC007155AHO | HS-EYM-HLTH | DENTIST | 1 | FL | FREDRICKSON, JACK C. | 14-Jan-11 |
| ADC000346AHO | HS-EYM-HLTH | DENTIST SPV | 1 | FL | AUSTIN, CYRUS F. | 14-Jan-11 |
| ADC00B944AHO | HS-EYM-HLTH | PHARMACIST | 1 | FL | SMELKINSON, JAY | 14-Jan-11 |
| ADC006690AHO | HS-EYM-HLTH | PHARMACIST | 1 | FL | WEAVER, AGNES M. | 14-Jan-11 |
| ADC00E911AHO | HS-EYM-HLTH | PHYSCN SPV | 1 | FL | BAIRD, JAMES W. | 14-Jan-11 |
| ADC003350AHO | HS-EYM-HLTH | PHYSCN | 1 | FL | WOHLER, JOHN | 14-Jan-11 |
| ADC00F249AHO | HS-EYM-HLTH | MIDLEVEL MED CARE PRVDR | 1 | FL | KUHNS, NICHOLE E. | 14-Jan-11 |
| ADC00F673AHO | HS-EYM-HLTH | CORRL RN SPV 1 | 1 | FL | GRANT-ELLIS, CARON C. | 14-Jan-11 |
| ADC00F674AHO | HS-EYM-HLTH | CORRL RN SPV 1 | 1 | FL | COOK, DAYLE M. | 14-Jan-11 |
| ADC006691AAN | HS-EYM-MENTAL HLTH | PSY NURSE 2 | 1 | FL | TAYLOR, PATRICIA D. | 14-Jan-11 |
| ADC008937AAN | HS-EYM-MENTAL HLTH | PSY NURSE 2 | 1 | FL | MARKOSIAN, PHILLIP N. | 14-Jan-11 |
| ADC003383AAE | HS-EYM-MENTAL HLTH | MENTAL HLTH THERAPIST 2 | 1 | FL | WHITFORD, JAIME | 14-Jan-11 |
| ADC001085AAE | HS-EYM-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | ORTEGA, DIANE R. | 14-Jan-11 |
| ADC002789AAE | HS-EYM-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | CHASE, LAURA | 14-Jan-11 |
| ADC001641AAE | HS-EYM-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | FL | FRIZZELL, JASON R. | 14-Jan-11 |
| ADC00A714AHO | HS-EYM-MENTAL HLTH | PSYCHOLOGIST 3 | 1 | FL | LINDER, KIMBERLY A. | 14-Jan-11 |
| ADC00F704AHO | HS-EYM-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | FL | TENRREIRO, RUTH M. | 14-Jan-11 |
| ADC00E048AHO | HS-EYM-MENTAL HLTH | DC NURSE PRACTITIONER | 1 | FL | LIPPERT, JOHANNA C. | 14-Jan-11 |
| ADC00A044AAN | HS-PV-HLTH | ADMV SECRETARY 1 | 1 | FL | FREEMAN, GLORIA J. | 14-Jan-11 |
| ADC002527AAN | HS-PV-HLTH | ADMV SECRETARY 2 | 1 | FL | SHINSKY, DEBORAH S. | 14-Jan-11 |

ADC016152

| | | | | | | |
|---|---|---|---|---|---|---|
| ADC00C105AAN | HS-PV-HLTH | NRSG ASST | 1 | FL | BURNS, CARLOTTA C. | 14-Jan-11 |
| ADC00C075AAN | HS-PV-HLTH | NRSG ASST | 1 | FL | CULBREATH, CORA L. | 14-Jan-11 |
| ADC00H710AAN | HS-PV-HLTH | NRSG ASST | 1 | FL | RISCH, DEANNA R. | 14-Jan-11 |
| ADC00C091AAN | HS-PV-HLTH | NRSG ASST | 1 | FL | RUSSELL, SUSAN R. | 14-Jan-11 |
| ADC00H711AAN | HS-PV-HLTH | NRSG ASST | 1 | FL | BOLT, DORIS A | 14-Jan-11 |
| ADC00H709AAN | HS-PV-HLTH | NRSG ASST | 1 | FL | COLON, RAMONA | 14-Jan-11 |
| ADC00H715AAN | HS-PV-HLTH | PSY NURSE 2 | 1 | FL | ENZI, HOLLY M | 14-Jan-11 |
| ADC002597AAN | HS-PV-HLTH | CORRL RN | 1 | FL | STAECK, ANN G. | 14-Jan-11 |
| ADC002155AAN | HS-PV-HLTH | CORRL RN | 1 | FL | CHERRY, MICHAEL M. | 14-Jan-11 |
| ADC007097AAN | HS-PV-HLTH | CORRL RN | 1 | FL | MORADA, NOEL P. | 14-Jan-11 |
| ADC006618AAN | HS-PV-HLTH | CORRL RN | 1 | FL | PURCELL, DEANNA M. | 14-Jan-11 |
| ADC002600AAN | HS-PV-HLTH | CORRL RN | 1 | FL | GARCIA, DORA LILIA | 14-Jan-11 |
| ADC00H704AAN | HS-PV-HLTH | CORRL RN | 1 | FL | WILKINS, SARAH J. | 14-Jan-11 |
| ADC00B962AAN | HS-PV-HLTH | CORRL RN | 1 | FL | MUHAMMAD, DEAYRIE B. | 14-Jan-11 |
| ADC00C208AAN | HS-PV-HLTH | CORRL RN | 1 | FL | WADE, JAMIE L | 14-Jan-11 |
| ADC00H703AAN | HS-PV-HLTH | CORRL RN | 1 | FL | GRIGGS-RYAN, MEAGAN | 14-Jan-11 |
| ADC00H705AAN | HS-PV-HLTH | CORRL RN | 1 | FL | SHERMAN, LINDSEY A. | 14-Jan-11 |
| ADC001591AAN | HS-PV-HLTH | CORRL RN | 1 | FL | PETRAK, JANET M. | 14-Jan-11 |
| ADC004084AAN | HS-PV-HLTH | CORRL RN | 1 | FL | PLATA, ELIZABETH M. | 14-Jan-11 |
| ADC004654AAN | HS-PV-HLTH | CORRL RN | 1 | FL | FULLENWILEY-JONES, RYA | 14-Jan-11 |
| ADC000601AAN | HS-PV-HLTH | CORRL RN | 1 | FL | MOYER, DEBRA L. | 14-Jan-11 |
| ADC007147AAN | HS-PV-HLTH | CORRL RN | 1 | FL | SHACKLES, JAMIE L. | 14-Jan-11 |
| ADC00D652AAE | HS-PV-HLTH | CORRL RN SPV 1 | 1 | FL | LOCKHART, JANET A. | 14-Jan-11 |
| ADC004194AAE | HS-PV-HLTH | CORRL RN SPV 1 | 1 | FL | HEADSTREAM, VANESSA S. | 14-Jan-11 |
| ADC002018AAE | HS-PV-HLTH | CORRL RN SPV 2 | 1 | FL | JASINSKY GRUBER, ANNET | 14-Jan-11 |
| ADC003657AAN | HS-PV-HLTH | ADMV ASST 3 | 1 | FL | PEARSON, CYNTHIA M. | 14-Jan-11 |
| ADC001599AAN | HS-PV-HLTH | MED RCDS LIBRN 1 | 1 | FL | WILLIS, VALERIE E. | 14-Jan-11 |
| ADC004186AAN | HS-PV-HLTH | MED RCDS LIBRN 1 | 1 | FL | CARNEY, MADELINE | 14-Jan-11 |
| ADC00H799AAN | HS-PV-HLTH | MED RCDS LIBRN 1 | 1 | FL | BREWER, JENNIFER A. | 14-Jan-11 |
| ADC00E476AAN | HS-PV-HLTH | MED RCDS LIBRN 2 | 1 | FL | DILLEY, LORA L. | 14-Jan-11 |
| ADC002521AAN | HS-PV-HLTH | DENTAL ASST | 1 | FL | POPIN, INGEBOR | 14-Jan-11 |
| ADC004215AAN | HS-PV-HLTH | DENTAL ASST | 1 | FL | JACKSON, SUSAN D. | 14-Jan-11 |
| ADC002199AAN | HS-PV-HLTH | DENTAL ASST | 1 | FL | GILLESPIE, MARY A. | 14-Jan-11 |
| ADC00H712AAN | HS-PV-HLTH | DENTAL ASST | 1 | FL | SAENZ-BUSH, ELAINE | 14-Jan-11 |
| ADC00C003AAN | HS-PV-HLTH | PHARMACY TECH | 1 | FL | BARLOW, MARGARET A. | 14-Jan-11 |
| ADC001675AAN | HS-PV-HLTH | PHARMACY TECH | 1 | FL | CHASTAIN, JEANNE M. | 14-Jan-11 |
| ADC001612AAN | HS-PV-HLTH | PHARMACY TECH | 1 | FL | ESQUIVEL, DANIEL | 14-Jan-11 |

ADC016153

| | | | | | | |
|---|---|---|---|---|---|---|
| ADC008929AAN | HS-PV-HLTH | LAB TECH 2 | 1 | FL | BORDEAUX, THERESA S. | 14-Jan-11 |
| ADC002606AAN | HS-PV-HLTH | LAB TECH 2 | 1 | FL | ZIYADAT, NEDAL N. | 14-Jan-11 |
| ADC001968AHO | HS-PV-HLTH | DENTIST | 1 | FL | BAIK, JAMES S. | 14-Jan-11 |
| ADC002198AHO | HS-PV-HLTH | DENTIST | 1 | FL | DELOS SANTOS, JOSE | 14-Jan-11 |
| ADC004216AHO | HS-PV-HLTH | DENTIST SPV | 1 | FL | DAVIS, JANECE M. | 14-Jan-11 |
| ADC002592AHO | HS-PV-HLTH | CHARGE PHARMACIST | 1 | FL | WRIGHT, JOAN L. | 14-Jan-11 |
| ADC002184AHO | HS-PV-HLTH | DC FACILITY HLTH CARE MGR 2 | 1 | FL | KINTON, JOHN H. | 14-Jan-11 |
| ADC002589AHO | HS-PV-HLTH | PHYSCN SPV | 1 | FL | PALMER, DALE L. | 14-Jan-11 |
| ADC003811AHO | HS-PV-HLTH | PHYSCN | 1 | FL | LOCKHART, JOHN E. | 14-Jan-11 |
| ADC002183AHO | HS-PV-HLTH | PHYSCN | 1 | FL | ENCISO, VICENTE O. | 14-Jan-11 |
| ADC00F244AHO | HS-PV-HLTH | MIDLEVEL MED CARE PRVDR | 1 | FL | ZAVALA, ALICIA | 14-Jan-11 |
| ADC00F241AHO | HS-PV-HLTH | MIDLEVEL MED CARE PRVDR | 1 | FL | JOHNSON, TIMOTHY R. | 14-Jan-11 |
| ADC00F195AHO | HS-PV-HLTH | MIDLEVEL MED CARE PRVDR | 1 | FL | GEORGE, NISHA | 14-Jan-11 |
| ADC00F666AHO | HS-PV-HLTH | CORRL RN SPV 1 | 1 | FL | SANABRIA, CATHY E. | 14-Jan-11 |
| ADC00B947AAN | HS-PV-MENTAL HLTH | PSY NURSE 2 | 1 | FL | HORRALL, JILL S. | 14-Jan-11 |
| ADC00B986AAN | HS-PV-MENTAL HLTH | PSY NURSE 2 | 1 | FL | HAIN, ANDREA C. | 14-Jan-11 |
| ADC009799AAN | HS-PV-MENTAL HLTH | PSY NURSE 2 | 1 | FL | MCQUEEN, NANCY A. | 14-Jan-11 |
| ADC009802AAE | HS-PV-MENTAL HLTH | RECREATIONAL THERAPIST 3 | 1 | FL | KIRK, VIVIENNE L. | 14-Jan-11 |
| ADC009797AAN | HS-PV-MENTAL HLTH | CORRL OFFCR 3 | 1 | FL | LOPEZ, ANNIE | 14-Jan-11 |
| ADC009087AAE | HS-PV-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | BOOTHBY, ROBERT R. | 14-Jan-11 |
| ADC006363AAE | HS-PV-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | PAGE, MARY A | 14-Jan-11 |
| ADC00F096AAE | HS-PV-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | HOWERY, CHY | 14-Jan-11 |
| ADC007888AAE | HS-PV-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | GASKILL, BRANDI L. | 14-Jan-11 |
| ADC00F095AAE | HS-PV-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | FL | LEONARD, STEPHANIE | 14-Jan-11 |
| ADC004209AHO | HS-PV-MENTAL HLTH | PSYCHOLOGIST 3 | 1 | FL | ST. CLAIR, JOHN W. | 14-Jan-11 |
| ADC00F806AHO | HS-PV-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | FL | MANSFIELD-BLAIR, KAREN | 14-Jan-11 |
| ADC002590AHO | HS-PV-MENTAL HLTH | PSY SPV | 1 | FL | CREWS, TRACY L. | 14-Jan-11 |
| ADC00A722AAN | HS-YUMA-HLTH | ADMV SECRETARY 3 | 1 | FL | ALDRIDGE, LAURA | 14-Jan-11 |
| ADC00C103AAN | HS-YUMA-HLTH | NRSG ASST | 1 | FL | VILLALPANDO MUNOZ, DAN | 14-Jan-11 |
| ADC00C087AAN | HS-YUMA-HLTH | NRSG ASST | 1 | FL | AGUAYO-TANORI, BLANCA | 14-Jan-11 |
| ADC00C086AAN | HS-YUMA-HLTH | NRSG ASST | 1 | FL | SOTELO, ANA E. | 14-Jan-11 |
| ADC00H723AAN | HS-YUMA-HLTH | NRSG ASST | 1 | FL | RODRIGUEZ, MARIA E. | 14-Jan-11 |
| ADC00H706AAN | HS-YUMA-HLTH | NRSG ASST | 1 | FL | SERRATO, YOLANDA O. | 14-Jan-11 |
| ADC00H722AAN | HS-YUMA-HLTH | NRSG ASST | 1 | FL | TAYLOR, CAROL C. | 14-Jan-11 |
| ADC00H725AAN | HS-YUMA-HLTH | NRSG ASST | 1 | FL | BRILL, MANUELA S. | 14-Jan-11 |
| ADC00A739AAN | HS-YUMA-HLTH | CORRL RN | 1 | FL | AVINO, DANIEL V. | 14-Jan-11 |
| ADC00H720AAN | HS-YUMA-HLTH | CORRL RN | 1 | FL | DEVON, MARGARET M. | 14-Jan-11 |

ADC016154

| ADC00H719AAN | HS-YUMA-HLTH | CORRL RN | 1 | FL | BARRAGAN, NAYELIE | 14-Jan-11 |
| ADC009770AAN | HS-YUMA-HLTH | CORRL RN | 1 | FL | BERNAL BONILLA, ANA K. | 14-Jan-11 |
| ADC00D854AAN | HS-YUMA-HLTH | ADMV ASST 1 | 1 | FL | FEEHAN, CARRIE L. | 14-Jan-11 |
| ADC009765AAN | HS-YUMA-HLTH | ADMV ASST 2 | 1 | FL | GARCIA, DOLORES L. | 14-Jan-11 |
| ADC009774AAN | HS-YUMA-HLTH | MED RCDS LIBRN 1 | 1 | FL | REYES, MARIA R. | 14-Jan-11 |
| ADC00H734AAN | HS-YUMA-HLTH | MED RCDS LIBRN 1 | 1 | FL | GONZALEZ VIZCARRA, FAB | 14-Jan-11 |
| ADC00H735AAN | HS-YUMA-HLTH | MED RCDS LIBRN 1 | 1 | FL | NIETO, SUE A. | 14-Jan-11 |
| ADC00A724AAN | HS-YUMA-HLTH | MED RCDS LIBRN 2 | 1 | FL | COMEAU, JOELLE E. | 14-Jan-11 |
| ADC00H740AAE | HS-YUMA-HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | OLEA, KATARINA L. | 14-Jan-11 |
| ADC009773AAN | HS-YUMA-HLTH | DENTAL ASST | 1 | FL | GOMEZ, ROSA E. | 14-Jan-11 |
| ADC009741AAN | HS-YUMA-HLTH | DENTAL ASST | 1 | FL | BRANIGAN, MIGDALIA | 14-Jan-11 |
| ADC00H730AAN | HS-YUMA-HLTH | DENTAL ASST | 1 | FL | MONGE, JOSE M. | 14-Jan-11 |
| ADC00A715AAN | HS-YUMA-HLTH | LAB TECH 2 | 1 | FL | SALOMON, GREGORY | 14-Jan-15 |
| ADC009748AAN | HS-YUMA-HLTH | RADIOLOGICAL TECH 2 | 1 | FL | FLORES, TOMAS | 14-Jan-11 |
| ADC00A717AHO | HS-YUMA-HLTH | DENTIST | 1 | FL | DISALVO III, ANTHONY | 14-Jan-11 |
| ADC009779AHO | HS-YUMA-HLTH | DENTIST SPV | 1 | FL | WILLIAMS, DEBORAH A. | 14-Jan-11 |
| ADC00F063AHO | HS-YUMA-HLTH | DC FACILITY HLTH CARE MGR 2 | 1 | FL | CHENAIL, DENNIS G. | 14-Jan-11 |
| ADC009777AHO | HS-YUMA-HLTH | PHYSCN SPV | 1 | FL | BARCKLAY, KAREN B. | 14-Jan-11 |
| ADC007352AHO | HS-YUMA-HLTH | PHYSCN | 1 | FL | MILAZZO, MICHAEL J. | 14-Jan-11 |
| ADC00F682AHO | HS-YUMA-HLTH | CORRL RN SPV 1 | 1 | FL | RAITTER, KAREN K. | 14-Jan-11 |
| ADC00H718AHO | HS-YUMA-HLTH | CORRL RN SPV 1 | 1 | FL | MEARS, ERIKA C. | 14-Jan-11 |
| ADC00F644AHO | HS-YUMA-HLTH | CORRL RN SPV 2 | 1 | FL | MILLER, DEBORAH E. | 14-Jan-11 |
| ADC006193AAN | HS-FLO/GLOBE-HLTH | CORRL RN | 1 | FL | SMITH, JEANETTE L. | 14-Jan-11 |
| ADC008945AAN | HS-FLO/GLOBE-HLTH | CORRL RN | 1 | FL | ROCHA, RITA E. | 14-Jan-11 |
| ADC00D780AAE | HS-FLO/GLOBE-HLTH | CORRL RN SPV 1 | 1 | FL | FRANKLIN, EDNA J. | 14-Jan-11 |
| ADC00C079AAN | HS-SAF-HLTH | NRSG ASST | 1 | FL | MORENO, JOSIE R. | 14-Jan-11 |
| ADC00C080AAN | HS-SAF-HLTH | NRSG ASST | 1 | FL | FLORES, DENISE R. | 14-Jan-11 |
| ADC007344AAN | HS-SAF-HLTH | CORRL RN | 1 | FL | CURLEY, SUZANNE | 14-Jan-11 |
| ADC00D929AAN | HS-SAF-HLTH | CORRL RN | 1 | FL | GONZALEZ, DOLORES H. | 14-Jan-11 |
| ADC006619AAN | HS-SAF-HLTH | CORRL RN | 1 | FL | MULLEN, ANN R. | 14-Jan-11 |
| ADC004674AAN | HS-SAF-HLTH | CORRL RN | 1 | FL | EVANS, TROY L. | 14-Jan-11 |
| ADC004314AAN | HS-SAF-HLTH | CORRL RN | 1 | FL | YAHYA, FARSHAD | 14-Jan-11 |
| ADC006640AAN | HS-SAF-HLTH | MED RCDS LIBRN 1 | 1 | FL | LOPEZ, FRANCES S. | 14-Jan-11 |
| ADC006638AAN | HS-SAF-HLTH | DENTAL ASST | 1 | FL | BRYCE, LAUREEN | 14-Jan-11 |
| ADC006639AAN | HS-SAF-HLTH | LAB TECH 2 | 1 | FL | JONES, BARBARA A. | 14-Jan-11 |
| ADC00D790AHO | HS-SAF-HLTH | DENTIST SPV | 1 | FL | LUCAS, PHILIP E. | 14-Jan-11 |
| ADC005890AHO | HS-SAF-HLTH | PHYSCN SPV | 1 | FL | COONS, JESSE R. | 14-Jan-11 |

ADC016155

| | | | | | | |
|---|---|---|---|---|---|---|
| ADC00F240AHO | HS-SAF-HLTH | MIDLEVEL MED CARE PRVDR | 1 | FL | UNDERWOOD, TOBY M. | 14-Jan-11 |
| ADC00F667AHO | HS-SAF-HLTH | CORRL RN SPV 1 | 1 | FL | HAMILTON, ANDREW G. | 14-Jan-11 |
| ADC00F658AHO | HS-SAF-HLTH | CORRL RN SPV 1 | 1 | FL | CLUFF, SHERRI L. | 14-Jan-11 |
| ADC009796AAN | HS-TUC-HLTH ADMN | ADMV SECRETARY 2 | 1 | FL | OHLMAIER, ROSA | 14-Jan-11 |
| ADC001064AAN | HS-TUC-HLTH ADMN | ADMV SECRETARY 3 | 1 | FL | MARKUSSEN, FELICIA R. | 14-Jan-11 |
| ADC00C069AAN | HS-TUC-HLTH ADMN | NRSG ASST | 1 | FL | BUTLER, GABRIELLE M. | 14-Jan-11 |
| ADC009787AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | FL | VALORE, NUNZIO | 14-Jan-11 |
| ADC009785AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | FL | YAP, ANA MARIA C. | 14-Jan-11 |
| ADC001397AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | FL | RODRIGUEZ, MELANIE R. | 14-Jan-11 |
| ADC008127AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | FL | RABIE, YVONNE Y. | 14-Jan-11 |
| ADC001014AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | FL | OTTO, HEATHER M. | 14-Jan-11 |
| ADC00A347AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | FL | HORNICK, KATHLEEN M. | 14-Jan-11 |
| ADC009786AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | FL | VALMORES, LYNNDOH C. | 14-Jan-11 |
| ADC003804AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | FL | MANDANAS, MICHAEL C. | 14-Jan-11 |
| ADC006008AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | FL | BROLLINI, MICHAEL G. | 14-Jan-11 |
| ADC003571AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | FL | KARUMBA, MARK M. | 14-Jan-11 |
| ADC004653AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | FL | CORDOVA, VIOLA F. | 14-Jan-11 |
| ADC005916AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | FL | ALLARD, LISA M. | 14-Jan-11 |
| ADC003206AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | FL | BERRY, JOANNE L. | 14-Jan-11 |
| ADC008125AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | FL | CREDE, JAMIE L. | 14-Jan-11 |
| ADC003117AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | FL | OCHOA, DANIEL E. | 14-Jan-11 |
| ADC003119AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | FL | ANDERSON, DONNA R. | 14-Jan-11 |
| ADC022206AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | FL | RAMIREZ, CELINA A. | 14-Jan-11 |
| ADC009737AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | FL | MUSE, BEATRICE N. | 14-Jan-11 |
| ADC001010AAE | HS-TUC-HLTH ADMN | CORRL RN SPV 1 | 1 | FL | MCMULLEN, BRENDA S. | 14-Jan-11 |
| ADC008130AAE | HS-TUC-HLTH ADMN | CORRL RN SPV 1 | 1 | FL | JOYCE, JANIS L. | 14-Jan-11 |
| ADC004139AAN | HS-TUC-HLTH ADMN | ADMV ASST 3 | 1 | FL | KIBLIN, CYNTHIA R. | 14-Jan-11 |
| ADC001647AAN | HS-TUC-HLTH ADMN | MED RCDS LIBRN 1 | 1 | FL | CRUZ, PETRA G. | 14-Jan-11 |
| ADC007349AAN | HS-TUC-HLTH ADMN | MED RCDS LIBRN 1 | 1 | FL | ROBESON, LORI J. | 14-Jan-11 |
| ADC00A045AAN | HS-TUC-HLTH ADMN | MED RCDS LIBRN 2 | 1 | FL | WHITAKER, LAURA R. | 14-Jan-11 |
| ADC007346AAN | HS-TUC-HLTH ADMN | DENTAL ASST | 1 | FL | NUNEZ, SYLVIA J. | 14-Jan-11 |
| ADC008132AAN | HS-TUC-HLTH ADMN | DENTAL ASST | 1 | FL | CAZARES, MARIA J. | 14-Jan-11 |
| ADC004141AAN | HS-TUC-HLTH ADMN | DENTAL ASST | 1 | FL | CABRERA, YOLANDA A. | 14-Jan-11 |
| ADC007347AAN | HS-TUC-HLTH ADMN | DENTAL ASST | 1 | FL | WHITE, KRISTINE L. | 14-Jan-11 |
| ADC008131AAN | HS-TUC-HLTH ADMN | DENTAL ASST | 1 | FL | SIEGFRIED, KRISTIE C. | 14-Jan-11 |
| ADC007351AAN | HS-TUC-HLTH ADMN | PHARMACY TECH | 1 | FL | TELLEZ, DEBRA J. | 14-Jan-11 |
| ADC009791AAN | HS-TUC-HLTH ADMN | PHARMACY TECH | 1 | FL | MCDANIEL, KENNETH L. | 14-Jan-11 |

ADC016156

| | | | | | | |
|---|---|---|---|---|---|---|
| ADC008135AAN | HS-TUC-HLTH ADMN | PHARMACY TECH | 1 | FL | COTA, JOANN P. | 14-Jan-11 |
| ADC00F202AAN | HS-TUC-HLTH ADMN | PHARMACY TECH | 1 | FL | COLEMAN, HEATHER D. | 14-Jan-11 |
| ADC009760AAN | HS-TUC-HLTH ADMN | PHARMACY TECH | 1 | FL | WILLS, CARL K | 14-Jan-11 |
| ADC008119AAN | HS-TUC-HLTH ADMN | PHARMACY TECH | 1 | FL | RUIZ, MARTHA A. | 14-Jan-11 |
| ADC007348AAN | HS-TUC-HLTH ADMN | LAB TECH 2 | 1 | FL | CHEESEMAN, CHARLES V. | 14-Jan-11 |
| ADC003219AAN | HS-TUC-HLTH ADMN | RADIOLOGICAL TECH 3 | 1 | FL | SMITH, DOROTHY F. | 14-Jan-11 |
| ADC00E488AHN | HS-TUC-HLTH ADMN | EXEC STAFF ASST | 1 | FL | BITTMAN, ELLEN L. | 14-Jan-11 |
| ADC00E003AHN | HS-TUC-HLTH ADMN | EXEC STAFF ASST | 1 | FL | KERFOOT, DIANA K. | 14-Jan-11 |
| ADC003121AHO | HS-TUC-HLTH ADMN | CHARGE PHARMACIST | 1 | FL | ALLEN, JACK A | 14-Jan-11 |
| ADC005914AHO | HS-TUC-HLTH ADMN | CHARGE PHARMACIST | 1 | FL | JARROLD, GARY G. | 14-Jan-11 |
| ADC003115AHO | HS-TUC-HLTH ADMN | DC FACILITY HLTH CARE MGR 2 | 1 | FL | VALENZUELA, HELENA | 14-Jan-11 |
| ADC007638AHO | HS-TUC-HLTH ADMN | PHYSCN | 1 | FL | LEWIS, KEVIN S. | 14-Jan-11 |
| ADC006327AHO | HS-TUC-HLTH ADMN | PHYSCN | 1 | FL | ROBERTSON, DAVID W. | 14-Jan-11 |
| ADC00F239AHO | HS-TUC-HLTH ADMN | MIDLEVEL MED CARE PRVDR | 1 | FL | SMITH, KAREAN L. | 14-Jan-11 |
| ADC00F679AHO | HS-TUC-HLTH ADMN | CORRL RN SPV 1 | 1 | FL | KENYON, REBECCA L. | 14-Jan-11 |
| ADC00F677AHO | HS-TUC-HLTH ADMN | CORRL RN SPV 1 | 1 | FL | GILBERTSON, DENICE A. | 14-Jan-11 |
| ADC00F680AHO | HS-TUC-HLTH ADMN | CORRL RN SPV 1 | 1 | FL | GREEN, CHRISTIE A. | 14-Jan-11 |
| ADC00F659AHO | HS-TUC-HLTH ADMN | CORRL RN SPV 2 | 1 | FL | DUMKRIEGER, TRUDY | 14-Jan-11 |
| ADC00F650AHO | HS-TUC-HLTH ADMN | CORRL RN SPV 2 | 1 | FL | NASH, TAMMIE D. | 14-Jan-11 |
| ADC00C083AAN | HS-TUC-HLTH MEDICAL | NRSG ASST | 1 | FL | SHEEHAN, STEPHANIE L. | 14-Jan-11 |
| ADC00C085AAN | HS-TUC-HLTH MEDICAL | NRSG ASST | 1 | FL | CLUFF, SELENA R. | 14-Jan-11 |
| ADC00H796AAN | HS-TUC-HLTH MEDICAL | NRSG ASST | 1 | FL | PLATT, BARBARA | 14-Jan-11 |
| ADC00E103AAN | HS-TUC-HLTH MEDICAL | CORRL RN | 1 | FL | HOLDER, MICHAEL D. | 14-Jan-11 |
| ADC006685AAN | HS-TUC-HLTH MEDICAL | CORRL RN | 1 | FL | GERALDOY, ROWENA B. | 14-Jan-11 |
| ADC008922AAN | HS-TUC-HLTH MEDICAL | CORRL RN | 1 | FL | NIXON, CHRISTINE M. | 14-Jan-11 |
| ADC00H794AAN | HS-TUC-HLTH MEDICAL | CORRL RN | 1 | FL | CROFT, DEBBIE M. | 14-Jan-11 |
| ADC00H805AAN | HS-TUC-HLTH MEDICAL | CORRL RN | 1 | FL | PRESIDENTE, RITA G. | 14-Jan-11 |
| ADC008921AAN | HS-TUC-HLTH MEDICAL | CORRL RN | 1 | FL | RIBICKI, KIMBERLY S. | 14-Jan-11 |
| ADC007148AAN | HS-TUC-HLTH MEDICAL | CORRL RN | 1 | FL | GOMEZ, LUIS V. | 14-Jan-11 |
| ADC00D881AAN | HS-TUC-HLTH MEDICAL | MED RCDS LIBRN 1 | 1 | FL | SHAFFER, BRENDA J. | 14-Jan-11 |
| ADC00D988AHO | HS-TUC-HLTH MEDICAL | DC UTILZN REVIEW NURSE | 1 | FL | MILLER, WILLIAM R. | 14-Jan-11 |
| ADC003326AHO | HS-TUC-HLTH DENTAL | DENTIST | 1 | FL | RIHANEK, CAROLYN J. | 14-Jan-11 |
| ADC004346AHO | HS-TUC-HLTH DENTAL | DENTIST | 1 | FL | SCHOP, DEREK V. | 14-Jan-11 |
| ADC003328AHO | HS-TUC-HLTH DENTAL | DENTIST SPV | 1 | FL | PAULLEY, IRMA I. | 14-Jan-11 |
| ADC003634AAN | HS-TUC-MENTAL HLTH | PSY NURSE 2 | 1 | FL | COHEN, JEFFREY M. | 14-Jan-11 |
| ADC004204AAN | HS-TUC-MENTAL HLTH | PSY NURSE 2 | 1 | FL | MERRITT, DEBRA K. | 14-Jan-11 |
| ADC008138AAN | HS-TUC-MENTAL HLTH | PSY NURSE 2 | 1 | FL | CULLEN, DEBRA A. | 14-Jan-11 |

ADC016157

| | | | | | | |
|---|---|---|---|---|---|---|
| ADC008153AAN | HS-TUC-MENTAL HLTH | PSY NURSE 2 | 1 | FL | CULVER, SHANA C. | 14-Jan-11 |
| ADC00A731AAN | HS-TUC-MENTAL HLTH | PSY NURSE 2 | 1 | FL | UNGER, RICHARD | 14-Jan-11 |
| ADC007354AAN | HS-TUC-MENTAL HLTH | PSY NURSE 2 | 1 | FL | COLLINS, KATHRYN L. | 14-Jan-11 |
| ADC009782AAN | HS-TUC-MENTAL HLTH | ADMV ASST 2 | 1 | FL | WILLIAMS, SYLUANA M. | 14-Jan-11 |
| ADC005908AAE | HS-TUC-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | SAXON, LINDA S. | 14-Jan-11 |
| ADC00E996AAE | HS-TUC-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | HILGEFORD, RACHEL A. | 14-Jan-11 |
| ADC001394AAE | HS-TUC-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | EVANGELIST-AIVIX, JOYC | 14-Jan-11 |
| ADC00H802AAE | HS-TUC-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | LUC, QUOC | 14-Jan-11 |
| ADC005196AAE | HS-TUC-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | MERTENS, RALPH | 14-Jan-11 |
| ADC00H801AAE | HS-TUC-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | LORENZ, JANE L. | 14-Jan-11 |
| ADC00F711AAE | HS-TUC-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | GILCHRIST, JAMES R. | 14-Jan-11 |
| ADC00F710AAE | HS-TUC-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | WYLENE, JUDY B. | 14-Jan-11 |
| ADC000565AAE | HS-TUC-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | OTERO-WRIGHT, RHONDA R | 14-Jan-11 |
| ADC001408AAE | HS-TUC-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | FL | BRAUTIGAM, WILLIAM | 14-Jan-11 |
| ADC006058AAE | HS-TUC-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | FL | GLAUBER, MARGARET M. | 14-Jan-11 |
| ADC008139AAE | HS-TUC-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | FL | QAFISHEH, SUSAN | 14-Jan-11 |
| ADC009018AAE | HS-TUC-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | FL | EBLEN, CRISTOBAL | 14-Jan-11 |
| ADC009238AAE | HS-TUC-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | FL | MCDONNELL, DANIEL M. | 14-Jan-11 |
| ADC009794AAE | HS-TUC-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | FL | THATCHER, AILEEN | 14-Jan-11 |
| ADC006360AAE | HS-TUC-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | FL | UNRUH-PARKER, LISA B. | 14-Jan-11 |
| ADC00B945AAE | HS-TUC-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | FL | MCCLUNG, SAMUEL B. | 14-Jan-11 |
| ADC00E014AHO | HS-TUC-MENTAL HLTH | PSYCHIATRIST | 1 | FL | JENDUSA, DAVID J. | 14-Jan-11 |
| ADC00F033AAN | HS-WIN-HLTH | ADMV SECRETARY 3 | 1 | FL | HART, TERRI J. | 14-Jan-11 |
| ADC00C104AAN | HS-WIN-HLTH | NRSG ASST | 1 | FL | CHISHOLM, KATHI A. | 14-Jan-11 |
| ADC00C088AAN | HS-WIN-HLTH | NRSG ASST | 1 | FL | MORRIS, MARGIE | 14-Jan-11 |
| ADC00C089AAN | HS-WIN-HLTH | NRSG ASST | 1 | FL | JOHNSTON, VICKI-ANNE | 14-Jan-11 |
| ADC006425AAN | HS-WIN-HLTH | CORRL RN | 1 | FL | DELANEY, POLLY M. | 14-Jan-11 |
| ADC005886AAN | HS-WIN-HLTH | CORRL RN | 1 | FL | RENTERIA, JOSEPH A. | 14-Jan-11 |
| ADC002456AAN | HS-WIN-HLTH | CORRL RN | 1 | FL | MINOR, DAVID E. | 14-Jan-11 |
| ADC002973AAN | HS-WIN-HLTH | CORRL RN | 1 | FL | BAKER, LISA M. | 14-Jan-11 |
| ADC005888AAN | HS-WIN-HLTH | CORRL RN | 1 | FL | FUSON, VERONICA A. | 14-Jan-11 |
| ADC005884AAN | HS-WIN-HLTH | MED RCDS LIBRN 1 | 1 | FL | GOURDE, LEE M. | 14-Jan-11 |
| ADC003406AAN | HS-WIN-HLTH | DENTAL ASST | 1 | FL | CHAVEZ, PEARL Y. | 14-Jan-11 |
| ADC001598AHO | HS-WIN-HLTH | DENTIST SPV | 1 | FL | HANSTAD, BRIAN T. | 14-Jan-11 |
| ADC00H057AHO | HS-WIN-HLTH | DC FACILITY HLTH CARE MGR 1 | 1 | FL | GREELEY, GENE | 14-Jan-11 |
| ADC00F583AHO | HS-WIN-HLTH | PHYSCN SPV | 1 | FL | SALWITZ, MICHAEL T. | 14-Jan-11 |
| ADC00F238AHO | HS-WIN-HLTH | MIDLEVEL MED CARE PRVDR | 1 | FL | SUTTON, KEITH R. | 14-Jan-11 |

ADC016158

| | | | | | | |
|---|---|---|---|---|---|---|
| ADC00F655AHO | HS-WIN-HLTH | CORRL RN SPV 1 | 1 | FL | MITCHELL, JOHN E. | 14-Jan-11 |
| ADC00F645AHO | HS-WIN-HLTH | CORRL RN SPV 2 | 1 | FL | STOWELL, ELSIE M. | 14-Jan-11 |
| ADC008146AAN | HS-WIN/APACHE-HLTH | CORRL RN | 1 | FL | RODRIGUEZ, BECKY J. | 14-Jan-11 |
| ADC008143AAN | HS-WIN/APACHE-HLTH | CORRL RN | 1 | FL | KISER, BONNIE R. | 14-Jan-11 |
| ADC008144AAN | HS-WIN/APACHE-HLTH | CORRL RN | 1 | FL | MEAD, PEGGY L. | 14-Jan-11 |
| ADC008117AAN | HS-WIN/APACHE-HLTH | CORRL RN | 1 | FL | EXLINE, DANA M. | 14-Jan-11 |
| ADC00A728AHO | HS-WIN/APACHE-HLTH | DENTIST | 1 | FL | RICE, KENNETH F. | 14-Jan-11 |
| ADC00F654AHO | HS-WIN/APACHE-HLTH | CORRL RN SPV 1 | 1 | FL | FINCH, GLENN M. | 14-Jan-11 |
| ADC000632AAE | HS-WIN-MENTAL HLTH | MENTAL HLTH THERAPIST 2 | 1 | FL | CARL, GARY Z. | 14-Jan-11 |
| ADC004150AAN | HS-PHX-HLTH | SECRETARY | 1 | FL | AGUILAR, LUCIA E. | 14-Jan-11 |
| ADC004210AAN | HS-PHX-HLTH | ADMV SECRETARY 2 | 1 | FL | MENDEZ, GRACIELA | 14-Jan-11 |
| ADC001274AAO | HS-PHX-HLTH | PHYSCN 3 | 1 | FL | DIMAANO, ANTONIO R. | 14-Jan-11 |
| ADC002149AAE | HS-PHX-HLTH | CORRL RN SPV 2 | 1 | FL | BARKER, FRAN A. | 14-Jan-11 |
| ADC004188AAN | HS-PHX-HLTH | ADMV ASST 3 | 1 | FL | RAMOS, MONICA B. | 14-Jan-11 |
| ADC009849AAE | HS-PHX-HLTH | ADMV SVCS OFFCR 2 | 1 | FL | REID, THOMAS | 14-Jan-11 |
| ADC002520AHO | HS-PHX-HLTH | DENTIST SPV | 1 | FL | STEIN DMD, CHRISTIAN E | 14-Jan-11 |
| ADC00E994AHO | HS-PHX-HLTH | DC FACILITY HLTH CARE MGR 1 | 1 | FL | SLOAN, DONALD A. | 14-Jan-11 |
| ADC00F526AHO | HS-PHX-HLTH | MIDLEVEL MED CARE PRVDR | 1 | FL | CAVANAGH, ERIC J. | 14-Jan-11 |
| ADC00C076AAN | HS-PHX-ALHAMBRA HLTH | NRSG ASST | 1 | FL | PARRISH, AMY I. | 14-Jan-11 |
| ADC00C078AAN | HS-PHX-ALHAMBRA HLTH | NRSG ASST | 1 | FL | GEBRE, SELAM T. | 14-Jan-11 |
| ADC001453AAN | HS-PHX-ALHAMBRA HLTH | LPN | 1 | FL | GRAVES, JUDITH K. | 14-Jan-11 |
| ADC00D924AAN | HS-PHX-ALHAMBRA HLTH | CORRL RN | 1 | FL | QUALLS, TERESA J. | 14-Jan-11 |
| ADC003421AAN | HS-PHX-ALHAMBRA HLTH | CORRL RN | 1 | FL | EASTMAN, LISA A. | 14-Jan-11 |
| ADC000321AAN | HS-PHX-ALHAMBRA HLTH | CORRL RN | 1 | FL | KAFER, PAMELA G. | 14-Jan-11 |
| ADC005889AAN | HS-PHX-ALHAMBRA HLTH | CORRL RN | 1 | FL | ELLS, MICHAEL E. | 14-Jan-11 |
| ADC00F039AAN | HS-PHX-ALHAMBRA HLTH | CORRL RN | 1 | FL | HANSVALL, KAREN | 14-Jan-11 |
| ADC000420AAN | HS-PHX-ALHAMBRA HLTH | MED RCDS LIBRN 1 | 1 | FL | CLEVER, GARY L. | 14-Jan-11 |
| ADC004211AAN | HS-PHX-ALHAMBRA HLTH | MED RCDS LIBRN 1 | 1 | FL | ROSENCRANS NANCY J. | 14-Jan-11 |
| ADC00B995AAN | HS-PHX-ALHAMBRA HLTH | MED RCDS LIBRN 1 | 1 | FL | FOLEY, JILL | 14-Jan-11 |
| ADC009086AAN | HS-PHX-ALHAMBRA HLTH | MED RCDS LIBRN 2 | 1 | FL | TAYLOR, JUDITH S. | 14-Jan-11 |
| ADC008946AAN | HS-PHX-ALHAMBRA HLTH | DENTAL ASST | 1 | FL | ORTEGA, MARTHA P. | 14-Jan-11 |
| ADC000627AAN | HS-PHX-ALHAMBRA HLTH | DENTAL ASST | 1 | FL | CHAVEZ-ROBLES, CYNTHIA | 14-Jan-11 |
| ADC004191AAN | HS-PHX-ALHAMBRA HLTH | MED RCDS TECH | 1 | FL | DYKES, TERESA L. | 14-Jan-11 |
| ADC00E027AAN | HS-PHX-ALHAMBRA HLTH | LAB TECH 2 | 1 | FL | PERLOT, JOSEPH R. | 14-Jan-11 |
| ADC001988AAN | HS-PHX-ALHAMBRA HLTH | RADIOLOGICAL TECH 2 | 1 | FL | PAYNE, THOMAS M. | 14-Jan-11 |
| ADC000342AHO | HS-PHX-ALHAMBRA HLTH | PHARMACIST | 1 | FL | GIRET, MARK D. | 14-Jan-11 |
| ADC004193AHO | HS-PHX-ALHAMBRA HLTH | CHARGE PHARMACIST | 1 | FL | BUCKNER, LISA J. | 14-Jan-11 |

ADC016159

| | | | | | | |
|---|---|---|---|---|---|---|
| ADC00E873AHO | HS-PHX-ALHAMBRA HLTH | PHYSCN | 1 | FL | WHITNEY, HAROLD E. | 14-Jan-11 |
| ADC009080AHO | HS-PHX-ALHAMBRA HLTH | PHYSCN | 1 | FL | EPSTEIN, SHELDON | 14-Jan-11 |
| ADC00F245AHO | HS-PHX-ALHAMBRA HLTH | MIDLEVEL MED CARE PRVDR | 1 | FL | BAKER, MARCELLA | 14-Jan-11 |
| ADC00F657AHO | HS-PHX-ALHAMBRA HLTH | CORRL RN SPV 1 | 1 | FL | HARE, JENNIFER | 14-Jan-11 |
| ADC004206AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | FL | MORIN, JEANNE M. | 14-Jan-11 |
| ADC004202AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | FL | STEVENS, JANICE L. | 14-Jan-11 |
| ADC001592AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | FL | SIRVENT, HUMBERTO | 14-Jan-11 |
| ADC004200AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | FL | HUNT, DONNA F. | 14-Jan-11 |
| ADC008950AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | FL | HUDSON, SANDRA R. | 14-Jan-11 |
| ADC001620AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | FL | MUTLOS, JOHN S. | 14-Jan-11 |
| ADC004203AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | FL | SKOCZEN, JOSEPH M. | 14-Jan-11 |
| ADC004195AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | FL | SHANNON, THERESA R. | 14-Jan-11 |
| ADC001300AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | FL | LARSON, GAYLE D. | 14-Jan-11 |
| ADC004205AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | FL | HICKS, TIMOTHY J. | 14-Jan-11 |
| ADC001302AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | FL | JOHNSON, FRANK J. | 14-Jan-11 |
| ADC001301AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | FL | IRWIN, KIMBER L. | 14-Jan-11 |
| ADC001597AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | FL | DRISCOLL, MEREDITH S. | 14-Jan-11 |
| ADC001959AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | FL | FUSSELL, KAREN K. | 14-Jan-11 |
| ADC004207AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | FL | LITTLETON, STACEY M. | 14-Jan-11 |
| ADC001624AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | FL | BANKE, RENEE M. | 14-Jan-11 |
| ADC004198AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | FL | HAYES, TERRY L. | 14-Jan-11 |
| ADC009085AAE | HS-PHX-MENTAL HLTH | RECREATIONAL THERAPIST 3 | 1 | FL | NECE, MICHAEL R. | 14-Jan-11 |
| ADC004170AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 3 | 1 | FL | ONNEMBO, DEBRA M. | 14-Jan-11 |
| ADC000455AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 3 | 1 | FL | DAUGHTRY, RODNEY | 14-Jan-11 |
| ADC004176AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 3 | 1 | FL | MCFARLAND, JASPER D. | 14-Jan-11 |
| ADC004181AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 3 | 1 | FL | AARON, JAMES G. | 14-Jan-11 |
| ADC006377AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 3 | 1 | FL | GARCES, FRANK | 14-Jan-11 |
| ADC004185AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 3 | 1 | FL | PEPELNJAK, JERI L. | 14-Jan-11 |
| ADC006385AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 3 | 1 | FL | HINOJOS, PAUL R. | 14-Jan-11 |
| ADC000414AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 3 | 1 | FL | BARRERAS, HELEN I. | 14-Jan-11 |
| ADC004166AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 3 | 1 | FL | CLARK, SCOTT C. | 14-Jan-11 |
| ADC000415AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 3 | 1 | FL | MORRISSEY, JULIE A. | 14-Jan-11 |
| ADC002216AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 3 | 1 | FL | LOPEZ, GABRIEL A. | 14-Jan-11 |
| ADC000458AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 3 | 1 | FL | BASTIDAS, MARTHA S. | 14-Jan-11 |
| ADC006383AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 3 | 1 | FL | CUNNINGHAM, VALERIE D. | 14-Jan-11 |
| ADC004163AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 3 | 1 | FL | MILLER, KIMBERLY D. | 14-Jan-11 |
| ADC004173AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 3 | 1 | FL | NORWOOD, ALICIA R. | 14-Jan-11 |

ADC016160

| | | | | | |
|---|---|---|---|---|---|
| ADC004169AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 3 | 1 | FL | HAYES, SHAUN C. | 14-Jan-11 |
| ADC004167AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 3 | 1 | FL | MARTIN, MATTHEW R. | 14-Jan-11 |
| ADC004158AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 4 | 1 | FL | DIGGS, DON G. | 14-Jan-11 |
| ADC00F422AAN | HS-PHX-MENTAL HLTH | ADMV SPV 2 | 1 | FL | ZEPEDA, ROBYN L. | 14-Jan-11 |
| ADC000344AAE | HS-PHX-MENTAL HLTH | CORRL PSYTHPY PROG REP | 1 | FL | BENDER, STEVEN W. | 14-Jan-11 |
| ADC008154AAE | HS-PHX-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | LESKO, KATHERINE A. | 14-Jan-11 |
| ADC001428AAE | HS-PHX-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | PARTCH, JENIFER | 14-Jan-11 |
| ADC009088AAE | HS-PHX-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | OKORIE, VICTOR O. | 14-Jan-11 |
| ADC004592AAE | HS-PHX-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | KONDO-TURNER, NAGISA | 14-Jan-11 |
| ADC009801AAE | HS-PHX-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | COLLIER, MARCUS H. | 14-Jan-11 |
| ADC009832AAE | HS-PHX-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | SKOWRONEK, LAURA K. | 14-Jan-11 |
| ADC00E887AAE | HS-PHX-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | ELLIOTT, GIA G. | 14-Jan-11 |
| ADC008938AAE | HS-PHX-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | FL | NEWELL, JASON R. | 14-Jan-11 |
| ADC002853AAE | HS-PHX-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | FL | WORSLEY, JACQUELINE A. | 14-Jan-11 |
| ADC005956AAE | HS-PHX-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | FL | ANDERSON, THOMAS R. | 14-Jan-11 |
| ADC00B937AHO | HS-PHX-MENTAL HLTH | PSY SPV | 1 | FL | MSHEWA, MARCIA | 14-Jan-11 |
| ADC00F843AHO | HS-PHX-MENTAL HLTH | DC PSY NRSG COORD | 1 | FL | STRAUS, BRENDA C. | 14-Jan-11 |
| ADC00B970AAN | HS-LEW-HLTH | ADMV SECRETARY 1 | 1 | FL | CARLSON, PAULA | 14-Jan-11 |
| ADC00B969AAN | HS-LEW-HLTH | ADMV SECRETARY 2 | 1 | FL | SHAW, RONEE | 14-Jan-11 |
| ADC00D645AAN | HS-LEW-HLTH | ADMV SECRETARY 3 | 1 | FL | CORNING, SUSAN P. | 14-Jan-11 |
| ADC00C077AAN | HS-LEW-HLTH | NRSG ASST | 1 | FL | WARBASSE, LORRAINE R. | 14-Jan-11 |
| ADC00F922AAN | HS-LEW-HLTH | NRSG ASST | 1 | FL | TALLEY, ESTHER M. | 14-Jan-11 |
| ADC00F924AAN | HS-LEW-HLTH | NRSG ASST | 1 | FL | FAVELA, DESIREE A. | 14-Jan-11 |
| ADC00F921AAN | HS-LEW-HLTH | NRSG ASST | 1 | FL | MCCRORY, CORINNE R. | 14-Jan-11 |
| ADC00F923AAN | HS-LEW-HLTH | NRSG ASST | 1 | FL | BEGAY, DENISE | 14-Jan-11 |
| ADC00D745AAN | HS-LEW-HLTH | NRSG ASST | 1 | FL | MILES, SHUNIQUE S. | 14-Jan-11 |
| ADC00F925AAN | HS-LEW-HLTH | NRSG ASST | 1 | FL | REYNOSO, LILLIANA | 14-Jan-11 |
| ADC00B961AAN | HS-LEW-HLTH | CORRL RN | 1 | FL | HOM, CHARLOTTE E. | 14-Jan-11 |
| ADC00B954AAN | HS-LEW-HLTH | CORRL RN | 1 | FL | ARMENTA, NICOLE M. | 14-Jan-11 |
| ADC00B957AAN | HS-LEW-HLTH | CORRL RN | 1 | FL | GARCIA, NATALIE A. | 14-Jan-11 |
| ADC00B989AAN | HS-LEW-HLTH | CORRL RN | 1 | FL | SIENKIEWICZ, IWONA V. | 14-Jan-11 |
| ADC00B992AAN | HS-LEW-HLTH | CORRL RN | 1 | FL | ALMAGUER, ALEJANDRA A. | 14-Jan-11 |
| ADC00D647AAN | HS-LEW-HLTH | CORRL RN | 1 | FL | MOUNTCASTLE, SEAN A. | 14-Jan-11 |
| ADC00B960AAN | HS-LEW-HLTH | CORRL RN | 1 | FL | TORRES, GRICEL | 14-Jan-11 |
| ADC00B959AAN | HS-LEW-HLTH | CORRL RN | 1 | FL | MIZELL, BRIDGET N. | 14-Jan-11 |
| ADC00D849AAN | HS-LEW-HLTH | ADMV ASST 3 | 1 | FL | MAXWELL, GERALD E. | 14-Jan-11 |
| ADC00B983AAE | HS-LEW-HLTH | ADMV SVCS OFFCR 2 | 1 | FL | MALCOLM, SHARON A. | 14-Jan-11 |

ADC016161

| | | | | | | |
|---|---|---|---|---|---|---|
| ADC008952AAN | HS-LEW-HLTH | MED RCDS LIBRN 1 | 1 | FL | SAUCIER, DANIELLE M. | 14-Jan-11 |
| ADC00D655AAN | HS-LEW-HLTH | MED RCDS LIBRN 1 | 1 | FL | URRUTIC, SAUNYA M. | 14-Jan-11 |
| ADC00B949AAN | HS-LEW-HLTH | MED RCDS LIBRN 2 | 1 | FL | SALAZAR, ANNA P. | 14-Jan-11 |
| ADC00B999AAN | HS-LEW-HLTH | DENTAL ASST | 1 | FL | MCCOY, BARBARA E. | 14-Jan-11 |
| ADC00C001AAN | HS-LEW-HLTH | DENTAL ASST | 1 | FL | VAN WECHEL, MARY E. | 14-Jan-11 |
| ADC00B972AAN | HS-LEW-HLTH | DENTAL ASST | 1 | FL | TURNBOW, MARGARET L. | 14-Jan-11 |
| ADC00C000AAN | HS-LEW-HLTH | DENTAL ASST | 1 | FL | BARRIER, DEANNA L. | 14-Jan-11 |
| ADC00D653AAN | HS-LEW-HLTH | DENTAL ASST | 1 | FL | ASHLEY, MORGANA | 14-Jan-11 |
| ADC00B976AAN | HS-LEW-HLTH | PHARMACY TECH | 1 | FL | MAGGARD, TAMIE M. | 14-Jan-11 |
| ADC00B975AAN | HS-LEW-HLTH | PHARMACY TECH | 1 | FL | ROJAS, MICHELLE J. | 14-Jan-11 |
| ADC00B996AAN | HS-LEW-HLTH | LAB TECH 2 | 1 | FL | MCGRIFF, HELLENE K. | 14-Jan-11 |
| ADC00B967AAN | HS-LEW-HLTH | RADIOLOGICAL TECH 2 | 1 | FL | THOMAS SR, THEODORE A. | 14-Jan-11 |
| ADC008915AHO | HS-LEW-HLTH | DENTIST | 1 | FL | JOSEPH, GREGORY M. | 14-Jan-11 |
| ADC00B980AHO | HS-LEW-HLTH | DENTIST | 1 | FL | RICARD DDS, RAPHAEL P. | 14-Jan-11 |
| ADC002045AHO | HS-LEW-HLTH | PHARMACIST | 1 | FL | ALLEN, ROBERT J. | 14-Jan-11 |
| ADC00B943AHO | HS-LEW-HLTH | CHARGE PHARMACIST | 1 | FL | WAND, MARILYN M. | 14-Jan-11 |
| ADC00B939AHO | HS-LEW-HLTH | DC FACILITY HLTH CARE MGR 2 | 1 | FL | MCMORRAN, BRUCE J. | 14-Jan-11 |
| ADC00B977AHO | HS-LEW-HLTH | PHYSCN SPV | 1 | FL | MACABUHAY, RONOLFO S. | 14-Jan-11 |
| ADC006767AHO | HS-LEW-HLTH | PHYSCN | 1 | FL | BELL, THOMAS M. | 14-Jan-11 |
| ADC00F246AHO | HS-LEW-HLTH | MIDLEVEL MED CARE PRVDR | 1 | FL | ENDE, LAWRENCE E. | 14-Jan-11 |
| ADC00F932AHO | HS-LEW-HLTH | MIDLEVEL MED CARE PRVDR | 1 | FL | KING, ABBE M. | 14-Jan-11 |
| ADC00F670AHO | HS-LEW-HLTH | CORRL RN SPV 1 | 1 | FL | MCCABE, PADRAIG S. | 14-Jan-11 |
| ADC00F646AHO | HS-LEW-HLTH | CORRL RN SPV 2 | 1 | FL | BRITTAIN, SHAWN P. | 14-Jan-11 |
| ADC00F233AAN | HS-LEW-MENTAL HLTH | PSY NURSE 2 | 1 | FL | ANDERSON, DONNA M. | 14-Jan-11 |
| ADC002474AAN | HS-LEW-MENTAL HLTH | CORRL OFFCR 3 | 1 | FL | COOPER, JOHN C. | 14-Jan-11 |
| ADC007036AAE | HS-LEW-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | MANTIA, JANET S. | 14-Jan-11 |
| ADC00F939AAE | HS-LEW-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | FL | NEES, GRANT R. | 14-Jan-11 |
| ADC00B942AHO | HS-LEW-MENTAL HLTH | PSYCHOLOGIST 3 | 1 | FL | FULKS, THOMAS A. | 14-Jan-11 |
| ADC004857ABN | HS-DOU-HLTH | CORRL RN | 0.5 | FL | HELLER, GWENDOLYN R. | 14-Jan-11 |
| ADC00E109ABN | HS-DOU-HLTH | CORRL RN | 0.5 | FL | SILER, CHAROON | 14-Jan-11 |
| ADC00D886ABO | HS-EYM-HLTH | PHYSCN 3 | 0.5 | FL | SHARP, JEFFREY A. | 14-Jan-11 |
| ADC00E104ABE | HS-PV-HLTH | MIDLEVEL MED CARE PRVDR | 0.5 | FL | RODRIGUEZ, RUMALDO | 14-Jan-11 |
| ADC007636AIO | HS-PHX-ALHAMBRA HLTH | PHYSCN | 0.5 | FL | FIGUEROA, REYNALDO A. | 14-Jan-11 |
| ADC009762AIO | HS-PHX-MENTAL HLTH | PSYCHIATRIST | 0.5 | FL | CLEARY, MICHAEL F. | 14-Jan-11 |
| ADC002029AAN | HS-CO-HLTH SVCS | SECRETARY | 1 | FL | BENDER, JUDITH E. | 14-Jan-11 |
| ADC00A987AAN | HS-CO-HLTH SVCS | ADMV ASST 2 | 1 | FL | VASQUEZ-ALCANTAR, REGI | 14-Jan-11 |
| ADC00F551AHO | HS-CO-HLTH SVCS | DC DPTY BUR ADMR | 1 | FL | BURKE, AUDREY A. | 14-Jan-11 |

ADC016162

| | | | | | | |
|---|---|---|---|---|---|---|
| ADC00F549AHO | HS-CO-DIV DIR | DC DVMTL DISAB PROG MGR | 1 | FL | KOCH, KATRINA A. | 14-Jan-11 |
| ADC00D884AAN | HS-TUC-HLTH ADMN | SECRETARY | 1 | FL | LIZARRAGA, ANTONIETTE | 14-Jan-11 |
| ADC008142AAN | HS-WIN/APACHE-HLTH | CLERK TYPIST 2 | 1 | FL | FLORES, ALMA L. | 14-Jan-11 |
| ADC00F918AAN | HS-LEW-HLTH | HLTH PLNG CONSULT | 1 | FL | KENNEDY, AYISA O. | 14-Jan-11 |
| ADCZ02253AAN | HS-DOU-HLTH | LPN | 1 | FL | HUDSON, KAREN L. | 14-Jan-11 |
| ADCZ02252AAN | HS-DOU-HLTH | LPN | 1 | FL | STEPHENS, STEPHEN S. | 14-Jan-11 |
| ADCZ04579AAN | HS-DOU-HLTH | LPN | 1 | FL | ACOSTA, DERILYN J. | 14-Jan-11 |
| ADCZ07345AAN | HS-SAF/FT GRANT-HLTH | LPN | 1 | FL | SMITH, CINDY L. | 14-Jan-11 |
| ADCZ05926AAN | HS-FLO-HLTH ADMN | LPN | 1 | FL | PRIEN, ALBERT P. | 14-Jan-11 |
| ADCZ05918AAN | HS-FLO-HLTH ADMN | LPN | 1 | FL | GOODRUM, DAVID L. | 14-Jan-11 |
| ADCZ05919AAN | HS-FLO-HLTH ADMN | LPN | 1 | FL | GRABOWSKI, STEVEN | 14-Jan-11 |
| ADCZ01697AAN | HS-FLO-HLTH ADMN | LPN | 1 | FL | HAYES, MARY R. | 14-Jan-11 |
| ADCZ09815AAN | HS-FLO-HLTH ADMN | LPN | 1 | FL | MASON, BILLIE J. | 14-Jan-11 |
| ADCZ05921AAN | HS-FLO-HLTH ADMN | LPN | 1 | FL | LUEDKE, SHEA A. | 14-Jan-11 |
| ADCZ04385AAN | HS-FLO-HLTH ADMN | LPN | 1 | FL | TOLENTINO, TRACY A. | 14-Jan-11 |
| ADCZ08304AAN | HS-FLO-HLTH ADMN | LPN | 1 | FL | JIMENEZ, JUDITH D. | 14-Jan-11 |
| ADCZ09753AAN | HS-FLO-HLTH ADMN | LPN | 1 | FL | MARTIN, SHERRY M. | 14-Jan-11 |
| ADCZ09752AAN | HS-FLO-HLTH ADMN | LPN | 1 | FL | OGILVIE, ANDRIA L. | 14-Jan-11 |
| ADCZ06621AAN | HS-FLO-HLTH ADMN | LPN | 1 | FL | SHAMBLIN, KAREN M. | 14-Jan-11 |
| ADCZ06687AAN | HS-EYM-HLTH | LPN | 1 | FL | ROBINSON, BARBARA G. | 14-Jan-11 |
| ADCZ00521AAN | HS-EYM-HLTH | LPN | 1 | FL | PARKERSON, MARGIE C. | 14-Jan-11 |
| ADCZ01702AAN | HS-EYM-HLTH | LPN | 1 | FL | MYERS, JULIE A. | 14-Jan-11 |
| ADCZ04308AAN | HS-EYM-HLTH | LPN | 1 | FL | ROSS, MARGIE A. | 14-Jan-11 |
| ADCZ03309AAN | HS-EYM-HLTH | LPN | 1 | FL | GALLI, DANIEL D. | 14-Jan-11 |
| ADCZ01691AAN | HS-EYM-HLTH | LPN | 1 | FL | MITCHELL, CARRIE J. | 14-Jan-11 |
| ADCZ03418AAN | HS-PV-HLTH | LPN | 1 | FL | BOSTICK, CLAUDIA | 14-Jan-11 |
| ADCZ08925AAN | HS-PV-HLTH | LPN | 1 | FL | WAHL, CHERYL B. | 14-Jan-11 |
| ADCZ02017AAN | HS-PV-HLTH | LPN | 1 | FL | LINCK, ALICE S. | 14-Jan-11 |
| ADCZ05925AAN | HS-PV-HLTH | LPN | 1 | FL | TIBBITS, SHANDA M. | 14-Jan-11 |
| ADCZ06467AAN | HS-PV-HLTH | LPN | 1 | FL | THOMAS, KEITH E. | 14-Jan-11 |
| ADCZ02598AAN | HS-PV-HLTH | LPN | 1 | FL | ALVIZO, KIMBERLY | 14-Jan-11 |
| ADCZ02151AAN | HS-PV-HLTH | LPN | 1 | FL | MILLER, LASHANDRA R. | 14-Jan-11 |
| ADCZ04307AAN | HS-PV-HLTH | LPN | 1 | FL | ADKINS, MORELINE J. | 14-Jan-11 |
| ADCZ09740AAN | HS-YUMA-HLTH | LPN | 1 | FL | SPENCER, HELEN M. | 14-Jan-11 |
| ADCZ09735AAN | HS-YUMA-HLTH | LPN | 1 | FL | RIGGS, JOYCE R. | 14-Jan-11 |
| ADCZ01692AAN | HS-YUMA-HLTH | LPN | 1 | FL | AMARAL, SONIA L. | 14-Jan-11 |
| ADCZ09768AAN | HS-YUMA-HLTH | LPN | 1 | FL | CONNER, KATHIE S. | 14-Jan-11 |

ADC016163

| | | | | | | |
|---|---|---|---|---|---|---|
| ADCZ01687AAN | HS-YUMA-HLTH | LPN | 1 | FL | STEERE, DONALD J. | 14-Jan-11 |
| ADCZ0H793AAN | HS-YUMA-HLTH | LPN | 1 | FL | CASTELLON, MARICRUZ | 14-Jan-11 |
| ADCZ0H721AAN | HS-YUMA-HLTH | LPN | 1 | FL | GONZALEZ, CHRISTIE V. | 14-Jan-11 |
| ADCZ09738AAN | HS-YUMA-HLTH | LPN | 1 | FL | MARQUART, TRAVIS L. | 14-Jan-11 |
| ADCZ08126AAN | HS-TUC-HLTH ADMN | LPN | 1 | FL | OLDREAD, ROSEMARY V. | 14-Jan-11 |
| ADCZ06466AAN | HS-TUC-HLTH ADMN | LPN | 1 | FL | LEWUSZ, RAYMOND | 14-Jan-11 |
| ADCZ04753AAN | HS-TUC-HLTH ADMN | LPN | 1 | FL | TOMPKINS, BONNIE L. | 14-Jan-11 |
| ADCZ07342AAN | HS-TUC-HLTH ADMN | LPN | 1 | FL | WILLIAMS, JEFFREY J. | 14-Jan-11 |
| ADCZ06435AAN | HS-TUC-HLTH ADMN | LPN | 1 | FL | BOSSEMEYER, PATRICIA L | 14-Jan-11 |
| ADCZ07341AAN | HS-TUC-HLTH ADMN | LPN | 1 | FL | SCHULER, CHRISTAL R. | 14-Jan-11 |
| ADCZ01643AAN | HS-TUC-HLTH ADMN | PHARMACY TECH TRNE | 1 | FL | MORENO, ESTELLA G. | 14-Jan-11 |
| ADCZ0B993AAN | HS-TUC-HLTH MEDICAL | LPN | 1 | FL | CHAVEZ, ELIZABETH | 14-Jan-11 |
| ADCZ07343AAN | HS-TUC-HLTH MEDICAL | LPN | 1 | FL | QUATTLEBAUM, LYNN M. | 14-Jan-11 |
| ADCZ07103AAN | HS-TUC-HLTH MEDICAL | LPN | 1 | FL | CHRISTOPHER-WILLIAMS, | 14-Jan-11 |
| ADCZ01658AAN | HS-PHX-ALHAMBRA HLTH | LPN | 1 | FL | QUIHUIS, GINA E. | 14-Jan-11 |
| ADCZ02601AAN | HS-PHX-ALHAMBRA HLTH | LPN | 1 | FL | NICKLE, LYNN E. | 14-Jan-11 |
| ADCZ03646AAN | HS-PHX-ALHAMBRA HLTH | LPN | 1 | FL | WHAREM, LAURIE A. | 14-Jan-11 |
| ADCZ0B994AAN | HS-LEW-HLTH | LPN | 1 | FL | SANCHEZ, SANDRA E. | 14-Jan-11 |
| ADCZ0B955AAN | HS-LEW-HLTH | LPN | 1 | FL | WILLIAMSON, STEPHANIE | 14-Jan-11 |
| ADCZ0D641AAN | HS-LEW-HLTH | LPN | 1 | FL | DALEY, VIVIAN L. | 14-Jan-11 |
| ADCZ0B964AAN | HS-LEW-HLTH | LPN | 1 | FL | HOFFMAN, PAMELA C. | 14-Jan-11 |
| ADCZ0B953AAN | HS-LEW-HLTH | LPN | 1 | FL | BEVINS, GEORGIANN I. | 14-Jan-11 |
| ADCZ0B951AAN | HS-LEW-HLTH | LPN | 1 | FL | DUDLEY, PATRICIA D. | 14-Jan-11 |
| ADCZ0D649AAN | HS-LEW-HLTH | LPN | 1 | FL | VEGA, DEBRA | 14-Jan-11 |
| ADCZ02261AAN | HS-LEW-HLTH | LPN | 1 | FL | RANGEL, SHANNON M. | 14-Jan-11 |
| ADCZ0D657AAN | HS-LEW-HLTH | PHARMACY TECH TRNE | 1 | FL | SWINDLE, ASHLEY L. | 14-Jan-11 |
| ADC00F626ACN | HS-FLO-HLTH ADMN | HLTH PLNG CONSULT | 1 | FL | CONTRERAS, DIANNA J. | 14-Jan-11 |
| ADC00E084BEN | HS-DOU-HLTH NRS POOL | NRSG ASST POOL | 1 | FL | DURAZO, ERIKA | 14-Jan-11 |
| ADC008208DEN | HS-DOU-HLTH NRS POOL | CORRL POOL RN | 1 | FL | MCKALE, CURTICE | 14-Jan-11 |
| ADC008208BEN | HS-DOU-HLTH NRS POOL | CORRL POOL RN | 1 | FL | MARTINEZ, CARLOS | 14-Jan-11 |
| ADC008208CEN | HS-DOU-HLTH NRS POOL | CORRL POOL RN | 1 | FL | MARTINEZ, BARBARA J. | 14-Jan-11 |
| ADC008208EEN | HS-DOU-HLTH NRS POOL | CORRL POOL RN | 1 | FL | PERRY, KIMBERLY | 14-Jan-11 |
| ADC008206BEN | HS-SAF/FT GRANT-HLTH NF | CORRL POOL RN | 1 | FL | NOLAN, SARA A. | 14-Jan-11 |
| ADC00H043DEN | HS-FLO-HLTH ADMN | LAB TECH  POOL | 1 | FL | SHERFIELD, TIFFANY R. | 14-Jan-11 |
| ADC00H043CEN | HS-FLO-HLTH ADMN | LAB TECH  POOL | 1 | FL | SHIPMAN, KAYLAN J. | 14-Jan-11 |
| ADC00F448DJN | HS-FLO-HLTH ADMN | PHYSCN POOL | 1 | FL | PHAN, GIANG T. | 14-Jan-11 |
| ADC00F448BJN | HS-FLO-HLTH ADMN | PHYSCN POOL | 1 | FL | HERRERA, MICHAEL A. | 14-Jan-11 |

ADC016164

| | | | | | | |
|---|---|---|---|---|---|---|
| ADC008190CEN | HS-FLO-HLTH NRS POOL | CORRL POOL RN | 1 | FL | DOMINGUEZ, HERMAN | 14-Jan-11 |
| ADC008190DEN | HS-FLO-HLTH NRS POOL | CORRL POOL RN | 1 | FL | RUIZ, DEBBIE L | 14-Jan-11 |
| ADCZ08190BEN | HS-FLO-HLTH NRS POOL | LPN POOL | 1 | FL | MCCONNELL, STEVEN A. | 14-Jan-11 |
| ADC008192BEN | HS-EYM-HLTH NRS POOL | CORRL POOL RN | 1 | FL | KOCH, JAYNE R. | 14-Jan-11 |
| ADCZ08193BEN | HS-EYM-HLTH NRS POOL | LPN POOL | 1 | FL | ADAMES, MARGARITA A. | 14-Jan-11 |
| ADC00H047GEN | HS-PV-HLTH | MED RCDS LIBRN  POOL | 1 | FL | ADORIO, EDNA O. | 14-Jan-11 |
| ADC008194BEN | HS-PV-HLTH NRS POOL | CORRL POOL RN | 1 | FL | NOBLE, BILLIE J. | 14-Jan-11 |
| ADC008194CEN | HS-PV-HLTH NRS POOL | CORRL POOL RN | 1 | FL | KING, SONDRA E. | 14-Jan-11 |
| ADC008194DEN | HS-PV-HLTH NRS POOL | CORRL POOL RN | 1 | FL | CRANE, VIRGINIA K. | 14-Jan-11 |
| ADC00H043EEN | HS-YUMA-HLTH | LAB TECH  POOL | 1 | FL | LEON, MERCEDES | 14-Jan-11 |
| ADC00F465BJN | HS-TUC-HLTH ADMN | MIDLEVEL MED CARE PRVDR POOL | 1 | FL | EVANS, APRIL J. | 14-Jan-11 |
| ADC00F747CJN | HS-TUC-HLTH ADMN | PHARMACIST POOL | 1 | FL | MONTGOMERY, JAMES G. | 14-Jan-11 |
| ADC00F747BJN | HS-TUC-HLTH ADMN | PHARMACIST POOL | 1 | FL | READ, STANLEY | 14-Jan-11 |
| ADC00F747DJN | HS-TUC-HLTH ADMN | PHARMACIST POOL | 1 | FL | TAYLOR, DIANNE C. | 14-Jan-11 |
| ADC00F957BEO | HS-TUC-MENTAL HLTH | PSYCHIATRIST - POOL | 1 | FL | HARRISON, JESSICA A. | 14-Jan-11 |
| ADC00E073GEN | HS-TUC-HLTH NRS POOL | NRSG ASST POOL | 1 | FL | FLETCHER, STEPHANIE J. | 14-Jan-11 |
| ADC008186CEN | HS-TUC-HLTH NRS POOL | CORRL POOL RN | 1 | FL | REYNOLDS, SUE S. | 14-Jan-11 |
| ADC008186BEN | HS-TUC-HLTH NRS POOL | CORRL POOL RN | 1 | FL | TUCCI, SUSAN | 14-Jan-11 |
| ADC008187GEN | HS-TUC-HLTH NRS POOL | CORRL POOL RN | 1 | FL | LARSON, PATRICIA J. | 14-Jan-11 |
| ADC008186EEN | HS-TUC-HLTH NRS POOL | CORRL POOL RN | 1 | FL | GITACHU, JOHN M. | 14-Jan-11 |
| ADCZ08187EEN | HS-TUC-HLTH NRS POOL | LPN POOL | 1 | FL | NEILSON, PATRICIA | 14-Jan-11 |
| ADCZ08187FEN | HS-TUC-HLTH NRS POOL | LPN POOL | 1 | FL | ANDERSON, RALPH E. | 14-Jan-11 |
| ADC008202BEN | HS-WIN-HLTH NRS POOL | CORRL POOL RN | 1 | FL | BROWN, DORIS C. | 14-Jan-11 |
| ADC00H047FEN | HS-PHX-HLTH | MED RCDS LIBRN  POOL | 1 | FL | PARRA-ACUNA, ROSA I. | 14-Jan-11 |
| ADC00H047EEN | HS-PHX-HLTH | MED RCDS LIBRN  POOL | 1 | FL | SALAS II, SALVADOR S. | 14-Jan-11 |
| ADC00F765BEN | HS-PHX-ALHAMBRA HLTH | PHARMACY TECH POOL | 1 | FL | UFERE, EBERE O. | 14-Jan-11 |
| ADC00H043BEN | HS-PHX-ALHAMBRA HLTH | LAB TECH  POOL | 1 | FL | MANCILLA, ALMA R. | 14-Jan-11 |
| ADC008199BEN | HS-PHX-ALHAMBRA HLTH N | CORRL POOL RN | 1 | FL | MARTINEZ-MCFARLIN, DAN | 14-Jan-11 |
| ADC00E069CEN | HS-PHX-HLTH NRS POOL | NRSG ASST POOL | 1 | FL | SALAS, CHRISTINE M. | 14-Jan-11 |
| ADCZ08189BEN | HS-LEW-HLTH | LPN POOL | 1 | FL | KUNTZI, MARSHA J. | 14-Jan-11 |
| ADC00F763CEN | HS-LEW-HLTH | PHARMACY TECH POOL | 1 | FL | SHAKHNAZARYAN, SEDA | 14-Jan-11 |
| ADC00F744CEN | HS-LEW-HLTH | PHARMACIST POOL | 1 | FL | LETWEN, PATRICK M. | 14-Jan-11 |
| ADC008189DEN | HS-LEW-HLTH NRS POOL | CORRL POOL RN | 1 | FL | ESTEL, EDWARD J. | 14-Jan-11 |
| ADC008189EEN | HS-LEW-HLTH NRS POOL | CORRL POOL RN | 1 | FL | MARTINEZ, CHRISTOPHER | 14-Jan-11 |
| ADC008189GEN | HS-LEW-HLTH NRS POOL | CORRL POOL RN | 1 | FL | HANFORD, AMY M. | 14-Jan-11 |
| ADC008189HEN | HS-LEW-HLTH NRS POOL | CORRL POOL RN | 1 | FL | SANTO, JOSHUA | 14-Jan-11 |
| ADC008189IEN | HS-LEW-HLTH NRS POOL | CORRL POOL RN | 1 | FL | GROW, JARED R. | 14-Jan-11 |

ADC016165

| ADCZ08189FEN | HS-LEW-HLTH NRS POOL | LPN POOL | 1 | FL | NIEBLAS, ANGEL A. | 14-Jan-11 |
|---|---|---|---|---|---|---|
| ADC00F535AJN | HS-DOU-HLTH | DENTIST POOL | 1 | FL | GOMEZ, EDWARD | 14-Jan-11 |
| ADC00E084AEN | HS-DOU-HLTH NRS POOL | NRSG ASST POOL | 1 | FL | SAMANIEGO, ELVA G. | 14-Jan-11 |
| ADC008208AEN | HS-DOU-HLTH NRS POOL | CORRL POOL RN | 1 | FL | MACHADO, FABIOLA | 14-Jan-11 |
| ADC008206AEN | HS-SAF/FT GRANT-HLTH NR | CORRL POOL RN | 1 | FL | TILLMAN, BILL R. | 14-Jan-11 |
| ADC00F448AJN | HS-FLO-HLTH ADMN | PHYSCN POOL | 1 | FL | LESAC, MICHAEL C. | 14-Jan-11 |
| ADC00F527AJN | HS-FLO-HLTH ADMN | DENTIST POOL | 1 | FL | LOUGHNER JR GEORGE L. | 14-Jan-11 |
| ADCZ08191AEN | HS-FLO-HLTH NRS POOL | LPN POOL | 1 | FL | DOREMUS, JENNIFER M. | 14-Jan-11 |
| ADCZ08190AEN | HS-FLO-HLTH NRS POOL | LPN POOL | 1 | FL | FLORES, MONICA A. | 14-Jan-11 |
| ADC00F446AJN | HS-EYM-HLTH | PHYSCN POOL | 1 | FL | CRANE JR, WILLIAM A. | 14-Jan-11 |
| ADC008192AEN | HS-EYM-HLTH NRS POOL | CORRL POOL RN | 1 | FL | ANDERSON, KAREN F. | 14-Jan-11 |
| ADC008194AEN | HS-PV-HLTH NRS POOL | CORRL POOL RN | 1 | FL | O'BRIEN, LILIBETH S. | 14-Jan-11 |
| ADC00F465AJN | HS-TUC-HLTH ADMN | MIDLEVEL MED CARE PRVDR POOL | 1 | FL | BOSSELER, PAUL R. | 14-Jan-11 |
| ADC00F532AJN | HS-TUC-HLTH ADMN | DENTIST POOL | 1 | FL | LAWRENCE, BRADNER J. | 14-Jan-11 |
| ADC00F747AJN | HS-TUC-HLTH ADMN | PHARMACIST POOL | 1 | FL | BRCHAN, INDIE L. | 14-Jan-11 |
| ADC00F957AEO | HS-TUC-MENTAL HLTH | PSYCHIATRIST POOL | 1 | FL | WINSKY JR, ROBERT L. | 14-Jan-11 |
| ADC008186AEN | HS-TUC-HLTH NRS POOL | CORRL POOL RN | 1 | FL | MCVAY, ELLEN | 14-Jan-11 |
| ADC00F880AEN | HS-WIN-HLTH | DENTAL ASST POOL | 1 | FL | BRYANT, JENINE L. | 14-Jan-11 |
| ADC00F454AJN | HS-WIN-HLTH | PHYSCN POOL | 1 | FL | SPENCE, DAVID A. | 14-Jan-11 |
| ADC008204AEN | HS-WIN/APACHE-HLTH  NRS | CORRL POOL RN | 1 | FL | JACQUES, CATHERINE S. | 14-Jan-11 |
| ADC008202AEN | HS-WIN-HLTH NRS POOL | CORRL POOL RN | 1 | FL | BENALLY, LORI J. | 14-Jan-11 |
| ADC00H043AEN | HS-PHX-ALHAMBRA HLTH | LAB TECH POOL | 1 | FL | COTTON, P D. | 14-Jan-11 |
| ADC00F745AJN | HS-PHX-ALHAMBRA HLTH | PHARMACIST POOL | 1 | FL | MONTFOORT, JOHN | 14-Jan-11 |
| ADC00F962AEN | HS-PHX-MENTAL HLTH | PSY NURSE 2 POOL | 1 | FL | SMITH, MARGARET A. | 14-Jan-11 |
| ADC00F963AEN | HS-PHX-MENTAL HLTH | PSY NURSE 2 POOL | 1 | FL | LOPEZ, MARIA C. | 14-Jan-11 |
| ADC00H048AEE | HS-PHX-MENTAL HLTH | PSYCHOLOGIST  POOL | 1 | FL | FINCH, MELISA L. | 14-Jan-11 |
| ADC00H047AEN | HS-LEW-HLTH | MED RCDS LIBRN  POOL | 1 | FL | GARCIA, TERI E. | 14-Jan-11 |
| ADC00F763AEN | HS-LEW-HLTH | PHARMACY TECH POOL | 1 | FL | THORNBRUGH AMBER N. | 14-Jan-11 |
| ADC00F965AEN | HS-LEW-MENTAL HLTH | PSY NURSE 2 POOL | 1 | FL | OLDEN-WILSON, ELIZABET | 14-Jan-11 |
| ADC00F966AEO | HS-LEW-MENTAL HLTH | PSYCHIATRIST - POOL | 1 | FL | YILMAZ, COREY S. | 14-Jan-11 |
| ADC00H051AEE | HS-LEW-MENTAL HLTH | PSYCHOLOGY ASSOC POOL | 1 | FL | JAMES, DANIEL R. | 14-Jan-11 |
| ADCZ08189AEN | HS-LEW-HLTH NRS POOL | LPN POOL | 1 | FL | EAST, AARON M. | 14-Jan-11 |

####

ADC016166

| Position Number | Unit | Job Title | FTE | lled/Vacа | tion Sta | PosCntrl Status |
|---|---|---|---|---|---|---|
| ADC001804AHO | HS-SAF/FT GRANT-HLTH | DC FACILITY HLTH CARE MGR 1 | 1 | VA | Active | BUDGET (150 FROZEN POSITIONS) |
| ADC00A019AAN | HS-FLO-HLTH ADMN | MED RCDS TECH | 1 | VA | Active | BUDGET (150 FROZEN POSITIONS) |
| ADC000191AHO | HS-FLO-HLTH ADMN | CHARGE PHARMACIST | 1 | VA | Active | BUDGET (150 FROZEN POSITIONS) |
| ADC006680AAN | HS-EYM-HLTH | ADMV SECRETARY 2 | 1 | VA | Active | BUDGET (150 FROZEN POSITIONS) |
| ADC006681AAN | HS-EYM-HLTH | RADIOLOGICAL TECH 2 | 1 | VA | Active | BUDGET (150 FROZEN POSITIONS) |
| ADC008947AIO | HS-EYM-HLTH | PHARMACIST | 0.5 | VA | Active | BUDGET (150 FROZEN POSITIONS) |
| ADC00F910AAN | HS-YUMA-HLTH | HLTH PLNG CONSULT | 1 | VA | Active | BUDGET (150 FROZEN POSITIONS) |
| ADC008152AIO | HS-YUMA-HLTH | DENTIST | 0.5 | VA | Active | BUDGET (150 FROZEN POSITIONS) |
| ADC00A733AHO | HS-TUC-HLTH ADMN | DC FACILITY HLTH CARE MGR 1 | 1 | VA | Active | BUDGET (150 FROZEN POSITIONS) |
| ADC00D698AHO | HS-TUC-HLTH ADMN | DC REGNL FACILITY HLTH ADMR | 1 | VA | Active | BUDGET (150 FROZEN POSITIONS) |
| ADC00B981AIO | HS-TUC-HLTH DENTAL | DENTIST | 0.5 | VA | Active | BUDGET (150 FROZEN POSITIONS) |
| ADC00D948AIO | HS-TUC-HLTH DENTAL | DENTIST | 0.5 | VA | Active | BUDGET (150 FROZEN POSITIONS) |
| ADC008148AAN | HS-WIN/APACHE-HLTH | DENTAL ASST | 1 | VA | Active | BUDGET (150 FROZEN POSITIONS) |
| ADC004168AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 3 | 1 | VA | Active | BUDGET (150 FROZEN POSITIONS) |
| ADC00B971AAN | HS-LEW-HLTH | MED RCDS TECH | 1 | VA | Active | BUDGET (150 FROZEN POSITIONS) |
| ADC004885AHO | HS-CO-HLTH SVCS | DENTAL PROG MGR | 1 | VA | Active | Budget FT |
| ADC00E486AHO | HS-CO-HLTH SVCS | EXEC CONSULT 2 | 1 | VA | Active | Budget FT |
| ADC00F480AHO | HS-CO-HLTH SVCS | ADMV SVCS OFFCR 5 | 1 | VA | Active | Budget FT |
| ADC003808AAN | HS-DOU-HLTH | MED RCDS LIBRN 1 | 1 | VA | Active | Budget FT |
| ADC003801AAN | HS-DOU-HLTH | RADIOLOGICAL TECH 2 | 1 | VA | Active | Budget FT |
| ADC004146AAN | HS-DOU-HLTH | DENTIST | 1 | VA | Active | Budget FT |
| ADC00C082AAN | HS-SAF/FT GRANT-HLTH | NRSG ASST | 1 | VA | Active | Budget FT |
| ADC000467AAN | HS-SAF/FT GRANT-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC004026AAN | HS-FLO-HLTH ADMN | CORRL RN | 1 | VA | Active | Budget FT |
| ADC004856AAN | HS-FLO-HLTH ADMN | CORRL RN | 1 | VA | Active | Budget FT |
| ADC007904AAN | HS-FLO-HLTH ADMN | CORRL RN | 1 | VA | Active | Budget FT |
| ADC008914AAE | HS-FLO-HLTH ADMN | ADMV SVCS OFFCR 2 | 1 | VA | Active | Budget FT |
| ADC007034AAN | HS-FLO-HLTH ADMN | LAB TECH 2 | 1 | VA | Active | Budget FT |
| ADC004147AHO | HS-FLO-HLTH ADMN | DENTIST | 1 | VA | Active | Budget FT |
| ADC008935AHO | HS-FLO-HLTH ADMN | PHYSCN | 1 | VA | Active | Budget FT |
| ADC003585AAN | HS-FLO-MENTAL HLTH | PSY NURSE 2 | 1 | VA | Active | Budget FT |
| ADC005164AAE | HS-FLO-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | VA | Active | Budget FT |
| ADC007035AAE | HS-FLO-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | VA | Active | Budget FT |
| ADC006925AAE | HS-FLO-MENTAL HLTH | PSYCHOLOGIST 3 | 1 | VA | Active | Budget FT |
| ADC002147AHO | HS-FLO-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | VA | Active | Budget FT |
| ADC001581AHO | HS-FLO-MENTAL HLTH | PSY SPV | 1 | VA | Active | Budget FT |

ADC016167

| ADC000781AAN | HS-EYM-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC005927AAN | HS-EYM-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC006493AAN | HS-EYM-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC006617AAN | HS-EYM-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC008113AAN | HS-EYM-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC00D914AAE | HS-EYM-HLTH | ADMV SVCS OFFCR 2 | 1 | VA | Active | Budget FT |
| ADC008930AAN | HS-EYM-HLTH | MED RCDS LIBRN 2 | 1 | VA | Active | Budget FT |
| ADC003334AAN | HS-EYM-HLTH | DENTAL ASST | 1 | VA | Active | Budget FT |
| ADC004033AAN | HS-EYM-HLTH | DENTAL ASST | 1 | VA | Active | Budget FT |
| ADC00F176AHO | HS-EYM-HLTH | DC CORRL CLNCL PHARMACIST | 1 | VA | Active | Budget FT |
| ADC003272AHO | HS-EYM-HLTH | CHARGE PHARMACIST | 1 | VA | Active | Budget FT |
| ADC003321AHO | HS-EYM-HLTH | DC FACILITY HLTH CARE MGR 2 | 1 | VA | Active | Budget FT |
| ADC005932AHO | HS-EYM-HLTH | PHYSCN | 1 | VA | Active | Budget FT |
| ADC00F472AHO | HS-EYM-HLTH | PHYSCN | 1 | VA | Active | Budget FT |
| ADC009793AAN | HS-EYM-MENTAL HLTH | PSY NURSE 2 | 1 | VA | Active | Budget FT |
| ADC008912AAN | HS-EYM-MENTAL HLTH | ADMV ASST 2 | 1 | VA | Active | Budget FT |
| ADC004036AAE | HS-EYM-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | VA | Active | Budget FT |
| ADC008140AAE | HS-EYM-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | VA | Active | Budget FT |
| ADC008940AAE | HS-EYM-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | VA | Active | Budget FT |
| ADC00D662AAE | HS-EYM-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | VA | Active | Budget FT |
| ADC0C084AAN | HS-PV-HLTH | NRSG ASST | 1 | VA | Active | Budget FT |
| ADC00H708AAN | HS-PV-HLTH | NRSG ASST | 1 | VA | Active | Budget FT |
| ADC002020AAN | HS-PV-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC004212AAN | HS-PV-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC004353AAN | HS-PV-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC004384AAN | HS-PV-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC007149AAN | HS-PV-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC00D883AAN | HS-PV-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC00F919AAN | HS-PV-HLTH | HLTH PLNG CONSULT | 1 | VA | Active | Budget FT |
| ADC00A874AAE | HS-PV-HLTH | ADMV SVCS OFFCR 2 | 1 | VA | Active | Budget FT |
| ADC00H698AAE | HS-PV-HLTH | PSYCHOLOGY ASSOC 2 | 1 | VA | Active | Budget FT |
| ADC00B973AAN | HS-PV-HLTH | DENTAL ASST | 1 | VA | Active | Budget FT |
| ADC00H713AAN | HS-PV-HLTH | DENTAL ASST | 1 | VA | Active | Budget FT |
| ADC009744AAN | HS-PV-HLTH | PHARMACY TECH | 1 | VA | Active | Budget FT |
| ADC00H868AAN | HS-PV-HLTH | PHARMACY TECH | 1 | VA | Active | Budget FT |
| ADC00H700AHO | HS-PV-HLTH | PSYCHIATRIST | 1 | VA | Active | Budget FT |
| ADC00H701AHO | HS-PV-HLTH | DENTIST | 1 | VA | Active | Budget FT |

ADC016168

| ADC002197AHO | HS-PV-HLTH | PHARMACIST | 1 | VA | Active | Budget FT |
| ADC00H867AHO | HS-PV-HLTH | PHARMACIST | 1 | VA | Active | Budget FT |
| ADC00H690AHO | HS-PV-HLTH | PHYSCN | 0.75 | VA | Active | Budget FT |
| ADC00H714AHO | HS-PV-HLTH | MIDLEVEL MED CARE PRVDR | 1 | VA | Active | Budget FT |
| ADC002231AAE | HS-PV-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | VA | Active | Budget FT |
| ADC00F517AAE | HS-PV-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | VA | Active | Budget FT |
| ADC00F829AHO | HS-PV-MENTAL HLTH | DC NURSE PRACTITIONER | 1 | VA | Active | Budget FT |
| ADC00H707AAN | HS-YUMA-HLTH | NRSG ASST | 1 | VA | Active | Budget FT |
| ADC00H724AAN | HS-YUMA-HLTH | NRSG ASST | 1 | VA | Active | Budget FT |
| ADC00H726AAN | HS-YUMA-HLTH | NRSG ASST | 1 | VA | Active | Budget FT |
| ADC00H727AAN | HS-YUMA-HLTH | NRSG ASST | 1 | VA | Active | Budget FT |
| ADC006730AAN | HS-YUMA-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC009771AAN | HS-YUMA-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC00A738AAN | HS-YUMA-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC00H741AAE | HS-YUMA-HLTH | PSYCHOLOGY ASSOC 2 | 1 | VA | Active | Budget FT |
| ADC00A721AAN | HS-YUMA-HLTH | DENTAL ASST | 1 | VA | Active | Budget FT |
| ADC00H731AAN | HS-YUMA-HLTH | DENTAL ASST | 1 | VA | Active | Budget FT |
| ADC00H732AAN | HS-YUMA-HLTH | DENTAL ASST | 1 | VA | Active | Budget FT |
| ADC00H733AAN | HS-YUMA-HLTH | DENTAL ASST | 1 | VA | Active | Budget FT |
| ADC00A711AAN | HS-YUMA-HLTH | PHARMACY TECH | 1 | VA | Active | Budget FT |
| ADC00H728AHO | HS-YUMA-HLTH | DENTIST | 1 | VA | Active | Budget FT |
| ADC00H729AHO | HS-YUMA-HLTH | DENTIST | 1 | VA | Active | Budget FT |
| ADC00H862AHO | HS-YUMA-HLTH | PHARMACIST | 1 | VA | Active | Budget FT |
| ADC00H716AIO | HS-YUMA-HLTH | PHYSCN | 0.5 | VA | Active | Budget FT |
| ADC00F250AHO | HS-YUMA-HLTH | MIDLEVEL MED CARE PRVDR | 1 | VA | Active | Budget FT |
| ADC00H736AHO | HS-YUMA-HLTH | MIDLEVEL MED CARE PRVDR | 1 | VA | Active | Budget FT |
| ADC00H737AHO | HS-YUMA-HLTH | MIDLEVEL MED CARE PRVDR | 1 | VA | Active | Budget FT |
| ADC00H717AHO | HS-YUMA-HLTH | CORRL RN SPV 1 | 1 | VA | Active | Budget FT |
| ADC009747AAE | HS-YUMA-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | VA | Active | Budget FT |
| ADC006196AAN | HS-FLO/GLOBE-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC00D857AAN | HS-SAF-HLTH | ADMV SECRETARY 3 | 1 | VA | Active | Budget FT |
| ADC00D932AAN | HS-SAF-HLTH | ADMV ASST 3 | 1 | VA | Active | Budget FT |
| ADC00F093AAE | HS-SAF-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | VA | Active | Budget FT |
| ADC00C073AAN | HS-TUC-HLTH ADMN | NRSG ASST | 1 | VA | Active | Budget FT |
| ADC006620AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | VA | Active | Budget FT |
| ADC008128AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | VA | Active | Budget FT |
| ADC009784AAN | HS-TUC-HLTH ADMN | CORRL RN | 1 | VA | Active | Budget FT |

ADC016169

| | | | | | | |
|---|---|---|---|---|---|---|
| ADC00F912AAN | HS-TUC-HLTH ADMN | HLTH PLNG CONSULT | 1 | VA | Active | Budget FT |
| ADC009936AAN | HS-TUC-HLTH ADMN | ADMV ASST 1 | 1 | VA | Active | Budget FT |
| ADC00E468AAN | HS-TUC-HLTH ADMN | ADMV ASST 3 | 1 | VA | Active | Budget FT |
| ADC007350AAN | HS-TUC-HLTH ADMN | PHARMACY TECH | 1 | VA | Active | Budget FT |
| ADC00H866AAN | HS-TUC-HLTH ADMN | PHARMACY TECH | 1 | VA | Active | Budget FT |
| ADC006341AHO | HS-TUC-HLTH ADMN | PHARMACIST | 1 | VA | Active | Budget FT |
| ADC00H865AHO | HS-TUC-HLTH ADMN | PHARMACIST | 1 | VA | Active | Budget FT |
| ADC003116AHO | HS-TUC-HLTH ADMN | PHYSCN SPV | 1 | VA | Active | Budget FT |
| ADC008136AHO | HS-TUC-HLTH ADMN | PHYSCN | 1 | VA | Active | Budget FT |
| ADC00F902AHO | HS-TUC-HLTH ADMN | DC REGNL FACILITY HLTH ADMR | 1 | VA | Active | Budget FT |
| ADC00H798AHO | HS-TUC-HLTH ADMN | MIDLEVEL MED CARE PRVDR | 1 | VA | Active | Budget FT |
| ADC00F678AHO | HS-TUC-HLTH ADMN | CORRL RN SPV 1 | 1 | VA | Active | Budget FT |
| ADC00H795AAN | HS-TUC-HLTH MEDICAL | NRSG ASST | 1 | VA | Active | Budget FT |
| ADC00H806AAN | HS-TUC-HLTH MEDICAL | NRSG ASST | 1 | VA | Active | Budget FT |
| ADC00H807AAN | HS-TUC-HLTH MEDICAL | NRSG ASST | 1 | VA | Active | Budget FT |
| ADC003238AAN | HS-TUC-HLTH MEDICAL | CORRL RN | 1 | VA | Active | Budget FT |
| ADC008920AAN | HS-TUC-HLTH MEDICAL | CORRL RN | 1 | VA | Active | Budget FT |
| ADC00E479AAN | HS-TUC-HLTH MEDICAL | CORRL RN | 1 | VA | Active | Budget FT |
| ADC00D658AHO | HS-TUC-HLTH MEDICAL | PHARMACIST | 1 | VA | Active | Budget FT |
| ADC00F525AHO | HS-TUC-HLTH MEDICAL | MIDLEVEL MED CARE PRVDR | 1 | VA | Active | Budget FT |
| ADC00H808AAN | HS-TUC-HLTH DENTAL | DENTAL ASST | 1 | VA | Active | Budget FT |
| ADC008137AHO | HS-TUC-HLTH DENTAL | DENTIST | 1 | VA | Active | Budget FT |
| ADC005911AAN | HS-TUC-MENTAL HLTH | PSY NURSE 2 | 1 | VA | Active | Budget FT |
| ADC009015AAO | HS-TUC-MENTAL HLTH | PHYSCN 3 | 1 | VA | Active | Budget FT |
| ADC006055AAE | HS-TUC-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | VA | Active | Budget FT |
| ADC00E470AAE | HS-TUC-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | VA | Active | Budget FT |
| ADC001809AHO | HS-TUC-MENTAL HLTH | PSYCHIATRIST | 1 | VA | Active | Budget FT |
| ADC009834AHO | HS-TUC-MENTAL HLTH | PSYCHIATRIST | 1 | VA | Active | Budget FT |
| ADC00H922AHO | HS-TUC-MENTAL HLTH | PSYCHOLOGIST 3 | 1 | VA | Active | Budget FT |
| ADC009778AHO | HS-TUC-MENTAL HLTH | PSY SPV | 1 | VA | Active | Budget FT |
| ADC002967AAN | HS-WIN-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC005885AAN | HS-WIN-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC006635AAN | HS-WIN-HLTH | ADMV ASST 3 | 1 | VA | Active | Budget FT |
| ADC001600AAN | HS-WIN-HLTH | DENTAL ASST | 1 | VA | Active | Budget FT |
| ADC003412AAN | HS-WIN-HLTH | RADIOLOGICAL TECH 2 | 1 | VA | Active | Budget FT |
| ADC00F648AHO | HS-PHX-HLTH | CORRL RN SPV 2 | 1 | VA | Active | Budget FT |
| ADC000603AAN | HS-PHX-ALHAMBRA HLTH | CORRL RN | 1 | VA | Active | Budget FT |

ADC016170

| | | | | | | |
|---|---|---|---|---|---|---|
| ADC001594AAN | HS-PHX-ALHAMBRA HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC006606AAN | HS-PHX-ALHAMBRA HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC004190AAN | HS-PHX-ALHAMBRA HLTH | PHARMACY TECH | 1 | VA | Active | Budget FT |
| ADC001456AAN | HS-PHX-ALHAMBRA HLTH | LAB TECH 2 | 1 | VA | Active | Budget FT |
| ADC000715AHO | HS-PHX-ALHAMBRA HLTH | PHYSCN SPV | 1 | VA | Active | Budget FT |
| ADC007537AHO | HS-PHX-ALHAMBRA HLTH | PHYSCN | 1 | VA | Active | Budget FT |
| ADC001584AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | VA | Active | Budget FT |
| ADC001595AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | VA | Active | Budget FT |
| ADC001958AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | VA | Active | Budget FT |
| ADC002230AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | VA | Active | Budget FT |
| ADC004196AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | VA | Active | Budget FT |
| ADC004197AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | VA | Active | Budget FT |
| ADC004199AAN | HS-PHX-MENTAL HLTH | PSY NURSE 2 | 1 | VA | Active | Budget FT |
| ADC001590AAE | HS-PHX-MENTAL HLTH | OCCUPL THERAPIST 3 | 1 | VA | Active | Budget FT |
| ADC004164AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 3 | 1 | VA | Active | Budget FT |
| ADC001430AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 4 | 1 | VA | Active | Budget FT |
| ADC006483AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 4 | 1 | VA | Active | Budget FT |
| ADC006484AAN | HS-PHX-MENTAL HLTH | CORRL OFFCR 4 | 1 | VA | Active | Budget FT |
| ADC00F117AAE | HS-PHX-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | VA | Active | Budget FT |
| ADC005906AHO | HS-PHX-MENTAL HLTH | DC CLNCL DIR | 1 | VA | Active | Budget FT |
| ADC00F805AHO | HS-PHX-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | VA | Active | Budget FT |
| ADC00F642AHO | HS-PHX-MENTAL HLTH | DC PSY NRSG COORD | 1 | VA | Active | Budget FT |
| ADC00C074AAN | HS-LEW-HLTH | NRSG ASST | 1 | VA | Active | Budget FT |
| ADC00F926AAN | HS-LEW-HLTH | NRSG ASST | 1 | VA | Active | Budget FT |
| ADC00B956AAN | HS-LEW-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC00B958AAN | HS-LEW-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC00B990AAN | HS-LEW-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC00B991AAN | HS-LEW-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC00D640AAN | HS-LEW-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC00D651AAN | HS-LEW-HLTH | CORRL RN | 1 | VA | Active | Budget FT |
| ADC00C004AAN | HS-LEW-HLTH | PHARMACY TECH | 1 | VA | Active | Budget FT |
| ADC00H863AAN | HS-LEW-HLTH | PHARMACY TECH | 1 | VA | Active | Budget FT |
| ADC00H864AAN | HS-LEW-HLTH | PHARMACY TECH | 1 | VA | Active | Budget FT |
| ADC00D638AHO | HS-LEW-HLTH | DENTIST | 1 | VA | Active | Budget FT |
| ADC00B938AHO | HS-LEW-HLTH | DENTIST SPV | 1 | VA | Active | Budget FT |
| ADC00D885AHO | HS-LEW-HLTH | PHYSCN | 1 | VA | Active | Budget FT |
| ADC00F664AHO | HS-LEW-HLTH | CORRL RN SPV 1 | 1 | VA | Active | Budget FT |

ADC016171

| | | | | | | |
|---|---|---|---|---|---|---|
| ADC00F668AHO | HS-LEW-HLTH | CORRL RN SPV 1 | 1 | VA | Active | Budget FT |
| ADC004088AAN | HS-LEW-MENTAL HLTH | PSY NURSE 2 | 1 | VA | Active | Budget FT |
| ADC00D661AAN | HS-LEW-MENTAL HLTH | PSY NURSE 2 | 1 | VA | Active | Budget FT |
| ADC00A735AAE | HS-LEW-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | VA | Active | Budget FT |
| ADC00B965AAE | HS-LEW-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | VA | Active | Budget FT |
| ADC00E997AAE | HS-LEW-MENTAL HLTH | PSYCHOLOGY ASSOC 2 | 1 | VA | Active | Budget FT |
| ADC004477AAE | HS-LEW-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | VA | Active | Budget FT |
| ADC00B985AAE | HS-LEW-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | VA | Active | Budget FT |
| ADC00F684AHO | HS-LEW-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | VA | Active | Budget FT |
| ADC00F780AHO | HS-LEW-MENTAL HLTH | PSYCHOLOGIST 2 | 1 | VA | Active | Budget FT |
| ADC00F974AHO | HS-LEW-MENTAL HLTH | DC NURSE PRACTITIONER | 1 | VA | Active | Budget FT |
| ADC009798AIO | HS-FLO-HLTH ADMN | PSY SPV | 1 | VA | Active | Budget FT |
| ADC00B978AIO | HS-FLO-HLTH ADMN | PHYSCN | 0.5 | VA | Active | Budget PT |
| ADC009817ABE | HS-FLO-MENTAL HLTH | PSYCHOLOGIST 2 | 0.5 | VA | Active | Budget PT |
| ADC00D949AIO | HS-EYM-HLTH | DENTIST | 0.5 | VA | Active | Budget PT |
| ADC009792AIO | HS-EYM-MENTAL HLTH | PSYCHIATRIST | 0.5 | VA | Active | Budget PT |
| ADC00F243AIO | HS-PV-HLTH | MIDLEVEL MED CARE PRVDR | 0.5 | VA | Active | Budget PT |
| ADC00H702AIO | HS-PV-HLTH | CORRL RN SPV 1 | 0.5 | VA | Active | Budget PT |
| ADC00H804AIO | HS-TUC-HLTH ADMN | CORRL RN SPV 1 | 0.5 | VA | Active | Budget PT |
| ADC00H803ABN | HS-TUC-HLTH MEDICAL | MED RCDS LIBRN 1 | 0.5 | VA | Active | Budget PT |
| ADC00H809AIO | HS-TUC-HLTH DENTAL | DENTIST | 0.5 | VA | Active | Budget PT |
| ADC00D839ABE | HS-TUC-MENTAL HLTH | PSYCHOLOGIST 2 | 0.5 | VA | Active | Budget PT |
| ADC00D816ABN | HS-LEW-HLTH | CORRL RN | 0.5 | VA | Active | Budget PT |
| ADC00E047AIO | HS-LEW-MENTAL HLTH | DC NURSE PRACTITIONER | 0.5 | VA | Active | Budget PT |
| ADC002600BAN | HS-PV-HLTH | CORRL RN | 1 | VA | Active | Double Filled Base Position for Level On |
| ADC008925BAN | HS-PV-HLTH | CORRL RN | 1 | VA | Active | Double Filled Base Position for Level On |
| ADC00H043HEN | HS-CO-HLTH SVCS | LAB TECH  POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC008206DEN | HS-SAF/FT GRANT-HLTH | CORRL POOL RN | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADCZ08206CEN | HS-SAF/FT GRANT-HLTH | LPN POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00F527BJN | HS-FLO-HLTH ADMN | DENTIST POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00E081BEN | HS-FLO-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00E081CEN | HS-FLO-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC008190EEN | HS-FLO-HLTH NRS POOL | CORRL POOL RN | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC008191BEN | HS-FLO-HLTH NRS POOL | CORRL POOL RN | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC008191CEN | HS-FLO-HLTH NRS POOL | CORRL POOL RN | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADCZ08190FEN | HS-FLO-HLTH NRS POOL | LPN POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00F761BEN | HS-EYM-HLTH | PHARMACY TECH POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |

ADC016172

| | | | | | | |
|---|---|---|---|---|---|---|
| ADC00F741BJN | HS-EYM-HLTH | PHARMACIST POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00E079BEN | HS-EYM-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC008192CEN | HS-EYM-HLTH NRS POOL | CORRL POOL RN | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC008192DEN | HS-EYM-HLTH NRS POOL | CORRL POOL RN | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADCZ08193CEN | HS-EYM-HLTH NRS POOL | LPN POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00F966CEO | HS-PV-HLTH | PSYCHIATRIST - POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00F966DEO | HS-PV-HLTH | PSYCHIATRIST - POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00H047CEN | HS-PV-HLTH | MED RCDS LIBRN  POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00F460BJN | HS-PV-HLTH | MIDLEVEL MED CARE PRVDR POC | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00F744BJN | HS-PV-HLTH | PHARMACIST POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00E078BEN | HS-PV-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00E078CEN | HS-PV-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00E078DEN | HS-PV-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADCZ08197BEN | HS-YUMA-HLTH NRS POOl | LPN POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADCZ08197CEN | HS-YUMA-HLTH NRS POOl | LPN POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADCZ08197DEN | HS-YUMA-HLTH NRS POOl | LPN POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00H043FEN | HS-TUC-HLTH ADMN | LAB TECH  POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00H043GEN | HS-TUC-HLTH ADMN | LAB TECH  POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00E073BEN | HS-TUC-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00E073FEN | HS-TUC-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00E073HEN | HS-TUC-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC008186FEN | HS-TUC-HLTH NRS POOL | CORRL POOL RN | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC008186HEN | HS-TUC-HLTH NRS POOL | CORRL POOL RN | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC008186IEN | HS-TUC-HLTH NRS POOL | CORRL POOL RN | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC008186JEN | HS-TUC-HLTH NRS POOL | CORRL POOL RN | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC008187BEN | HS-TUC-HLTH NRS POOL | CORRL POOL RN | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC008187DEN | HS-TUC-HLTH NRS POOL | CORRL POOL RN | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADCZ08186GEN | HS-TUC-HLTH NRS POOL | LPN POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADCZ08187CEN | HS-TUC-HLTH NRS POOL | LPN POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00F745BJN | HS-PHX-ALHAMBRA HLTH | PHARMACIST POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00H048BEE | HS-PHX-MENTAL HLTH | PSYCHOLOGIST  POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC008198BEN | HS-PHX-ALHAMBRA HLTH | CORRL POOL RN | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC008198CEN | HS-PHX-ALHAMBRA HLTH | CORRL POOL RN | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00E069BEN | HS-PHX-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00H047BEN | HS-LEW-HLTH | MED RCDS LIBRN  POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00E071BEN | HS-LEW-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00E072BEN | HS-LEW-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |

ADC016173

| | | | | | |
|---|---|---|---|---|---|
| ADCZ08189CEN | HS-LEW-HLTH NRS POOL | LPN POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADCZ08189GEN | HS-LEW-HLTH NRS POOL | LPN POOL | 1 | VA | Active | TEMPORARY DOUBLEFILL FT |
| ADC00H046AEN | HS-CO-HLTH SVCS | MED RCDS LIBRN POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00H052AEE | HS-CO-HLTH SVCS | PSYCHOLOGY ASSOC POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00H053AEE | HS-CO-HLTH SVCS | PSYCHOLOGY ASSOC POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00H054AEE | HS-CO-HLTH SVCS | PSYCHOLOGY ASSOC POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00H055AEE | HS-CO-HLTH SVCS | PSYCHOLOGY ASSOC POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00H044AEN | HS-CO-HLTH SVCS | RADIOLOGICAL TECH POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F872AEN | HS-DOU-HLTH | DENTAL ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F447AJN | HS-DOU-HLTH | PHYSCN POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F458AJN | HS-DOU-HLTH | MIDLEVEL MED CARE PRVDR POC | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E083AEN | HS-DOU-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E067AEN | HS-SAF/FT GRANT-HLTH N | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E068AEN | HS-SAF/FT GRANT-HLTH N | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F874AEN | HS-FLO-HLTH ADMN | DENTAL ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F762AEN | HS-FLO-HLTH ADMN | PHARMACY TECH POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F457AJN | HS-FLO-HLTH ADMN | MIDLEVEL MED CARE PRVDR POC | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00H050AEE | HS-EYM-MENTAL HLTH | PSYCHOLOGIST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E081AEN | HS-FLO-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F873AEN | HS-EYM-HLTH | DENTAL ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F761AEN | HS-EYM-HLTH | PHARMACY TECH POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F456AJN | HS-EYM-HLTH | MIDLEVEL MED CARE PRVDR POC | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F536AJN | HS-EYM-HLTH | DENTIST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F741AJN | HS-EYM-HLTH | PHARMACIST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E079AEN | HS-EYM-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E080AEN | HS-EYM-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC008193AEN | HS-EYM-HLTH NRS POOL | CORRL POOL RN | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F876AEN | HS-PV-HLTH | DENTAL ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F764AEN | HS-PV-HLTH | PHARMACY TECH POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F450AJN | HS-PV-HLTH | PHYSCN POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F460AJN | HS-PV-HLTH | MIDLEVEL MED CARE PRVDR POC | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F529AJN | HS-PV-HLTH | DENTIST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F744AJN | HS-PV-HLTH | PHARMACIST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E077AEN | HS-PV-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E078AEN | HS-PV-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F881AEN | HS-YUMA-HLTH | DENTAL ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F455AJN | HS-YUMA-HLTH | PHYSCN POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |

ADC016174

| | | | | | | |
|---|---|---|---|---|---|---|
| ADC00F466AJN | HS-YUMA-HLTH | MIDLEVEL MED CARE PRVDR POC | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F534AJN | HS-YUMA-HLTH | DENTIST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E075AEN | HS-YUMA-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E076AEN | HS-YUMA-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC008196AEN | HS-YUMA-HLTH NRS POOL | CORRL POOL RN | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC008196BEN | HS-YUMA-HLTH NRS POOL | CORRL POOL RN | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC008196CEN | HS-YUMA-HLTH NRS POOL | CORRL POOL RN | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADCZ08197AEN | HS-YUMA-HLTH NRS POOL | LPN POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E085AEN | HS-FLO/GLOBE-HLTH  NRS | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC008200AEN | HS-FLO/GLOBE-HLTH  NRS | CORRL POOL RN | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADCZ08201AEN | HS-FLO/GLOBE-HLTH  NRS | LPN POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F878AEN | HS-SAF-HLTH | DENTAL ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F452AJN | HS-SAF-HLTH | PHYSCN POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F463AJN | HS-SAF-HLTH | MIDLEVEL MED CARE PRVDR POC | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F531AJN | HS-SAF-HLTH | DENTIST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E061AEN | HS-SAF-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E062AEN | HS-SAF-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00H045AEN | HS-TUC-HLTH ADMN | MED RCDS LIBRN  POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F879AEN | HS-TUC-HLTH ADMN | DENTAL ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F767AEN | HS-TUC-HLTH ADMN | PHARMACY TECH POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F453AJN | HS-TUC-HLTH ADMN | PHYSCN POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E073AEN | HS-TUC-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADCZ08187AEN | HS-TUC-HLTH NRS POOL | LPN POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F464AJN | HS-WIN-HLTH | MIDLEVEL MED CARE PRVDR POC | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F533AJN | HS-WIN-HLTH | DENTIST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E063AEN | HS-WIN/APACHE-HLTH  NF | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E064AEN | HS-WIN/APACHE-HLTH  NF | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC008204BEN | HS-WIN/APACHE-HLTH  NF | CORRL POOL RN | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADCZ08205AEN | HS-WIN/APACHE-HLTH  NF | LPN POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E065AEN | HS-WIN-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E066AEN | HS-WIN-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC008203AEN | HS-WIN-HLTH NRS POOL | CORRL POOL RN | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F877AEN | HS-PHX-HLTH | DENTAL ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F451AJN | HS-PHX-HLTH | PHYSCN POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F530AJN | HS-PHX-HLTH | DENTIST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F765AEN | HS-PHX-ALHAMBRA HLTH | PHARMACY TECH POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F967AEO | HS-PHX-MENTAL HLTH | PSYCHIATRIST - POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |

ADC016175

| ADC00F969AEO | HS-PHX-MENTAL HLTH | PSYCHIATRIST - POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
|---|---|---|---|---|---|---|
| ADC00F972AJN | HS-PHX-MENTAL HLTH | MIDLEVEL MED CARE PRVDR POC | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F973AJN | HS-PHX-MENTAL HLTH | MIDLEVEL MED CARE PRVDR POC | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC008198AEN | HS-PHX-ALHAMBRA HLTH | CORRL POOL RN | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADCZ08199AEN | HS-PHX-ALHAMBRA HLTH | LPN POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E069AEN | HS-PHX-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F875AEN | HS-LEW-HLTH | DENTAL ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F449AJN | HS-LEW-HLTH | PHYSCN POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F459AJN | HS-LEW-HLTH | MIDLEVEL MED CARE PRVDR POC | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00F528AJN | HS-LEW-HLTH | DENTIST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00H049AEE | HS-LEW-MENTAL HLTH | PSYCHOLOGIST  POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E071AEN | HS-LEW-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADC00E072AEN | HS-LEW-HLTH NRS POOL | NRSG ASST POOL | 1 | VA | Active | TEMPORARY/SEASONAL FT |
| ADCZ08129AAN | HS-PV-HLTH | LPN | 1 | VA | Active | Underfill- Budgeted |
| ADCZ08194EEN | HS-PV-HLTH NRS POOL | CORRL POOL RN | 1 | VA | Active | Underfill- Budgeted |
| ADCZ03809AHO | HS-TUC-HLTH ADMN | PHARMACIST | 1 | VA | Active | Underfill- Budgeted |

FTE TOTAL - Vacant         339

ADC016176

# EXHIBIT JJJ

# Subject to Protective Order

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **EXHIBIT JJJ** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

**This document is subject to a protective order issued by the Court (Dkt. 140) and shall not be copied or examined except in compliance with that order.**

# EXHIBIT KKK

# Subject to Protective Order

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **EXHIBIT KKK** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

**This document is subject to a protective order issued by the Court (Dkt. 140) and shall not be copied or examined except in compliance with that order.**

# EXHIBIT LLL

| CORRECTIONS ADC Arizona Department of Corrections | Management of Heat Intolerance Reactions to Medications | OPR: Health Services Division Director |
|---|---|---|
| Mental Health Technical Manual | MHTM Chapter 5 Section 19.0 | Supersedes: Effective Date: 8/15/11 |

**Purpose:** To provide direction regarding the management of Heat Intolerance reactions resulting from an inmate's use of psychiatric medication.

**Responsibility:** It is the responsibility of the psychiatrist, psychiatric nurse practitioner and/or PN II to assess any Heat Intolerance reactions and duly act in accordance with the protocols outlined in this section.

1.0   All cases of inmate reported Heat Intolerance shall be verified by direct clinical examination by the medical staff.

2.0   In all cases medical staff will document the direct clinical examination and the unequivocal diagnosis of hyperthermia (body temperature above 99.5 degrees) or orthostatic hypotension (drop of 20mm Hg or greater on rising), in a medical record note or mental health progress note.

3.0   If the inmate is currently prescribed medication by the psychiatrist/psychiatric nurse practitioner, medical staff will refer the inmate for evaluation by the psychiatrist/psychiatric nurse practitioner.

4.0   If the psychiatrist/psychiatric nurse practitioner determines that the inmate's psychotropic medication is contributing to their Heat Intolerance, the psychiatrist/psychiatric nurse practitioner shall meet with the inmate and discuss treatment alternatives including medications having less marked effects on heat tolerance.

5.0   For cases in which the psychiatrist/psychiatric nurse practitioner and inmate agree that switching psychotropic medications is not in the inmate's best interest, the psychiatrist/ psychiatric nurse practitioner shall consult with the medical provider regarding a duty status to minimize heat exposure.

# EXHIBIT MMM

REPORT: H310I592-03
DATE 0  3/2012    TIME 02:44:49

ARIZONA DE~ ~TMENT OF CORRECTIONS

PAGE     1

MH LEVELS STATISTICAL SUMMARY
AS OF: 07/23/2012

OVERVIEW:  A STATISTICAL OVERVIEW OF THE MH LEVELS, BY LOCATION, AND GROUPED BY COMPLEX.

SECTION I:    MH LEVELS BY COMPLEX & UNIT - ALL INMATES.

| LOC | MH-5 | % | MH-4 | % | MH-3 | % | MH-2 | % | MH-1 | % | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D04 - ASPC-D PAPAGO | 0 | 0 | 0 | 0 | 1 | 0 | 45 | 18 | 202 | 81 | 248 |
| D06 - ASPC-D MOHAVE UNIT | 0 | 0 | 0 | 0 | 1 | 0 | 160 | 18 | 748 | 82 | 909 |
| D08 - ASPC-D GILA UNIT | 0 | 0 | 0 | 0 | 0 | 0 | 157 | 22 | 548 | 78 | 705 |
| D11 - ASPC-D CMPLX DETN | 0 | 0 | 0 | 0 | 2 | 3 | 13 | 19 | 53 | 78 | 68 |
| D35 - ASPC-D EGGERS UNIT | 0 | 0 | 0 | 0 | 1 | 0 | 32 | 15 | 179 | 84 | 212 |
| DOUGLAS | 0 | 0 | 0 | 0 | 5 | 0 | 407 | 19 | 1730 | 81 | 2142 |
| A08 - ASPC-E SMU I | 0 | 0 | 2 | 0 | 155 | 30 | 132 | 25 | 231 | 44 | 520 |
| A14 - ASPC-E COOK UNIT | 0 | 0 | 0 | 0 | 167 | 13 | 365 | 29 | 707 | 57 | 1239 |
| A19 - ASPC-E MEADOWS CDU | 0 | 0 | 1 | 1 | 31 | 46 | 17 | 25 | 18 | 27 | 67 |
| A21 - ASPC-E BROWNING UNIT | 0 | 0 | 0 | 0 | 117 | 20 | 194 | 32 | 287 | 48 | 598 |
| A27 - ASPC-E BROWNING D/RW | 0 | 0 | 0 | 0 | 35 | 29 | 48 | 39 | 39 | 32 | 122 |
| A30 - ASPC-E SMUI PROT SEG | 0 | 0 | 2 | 1 | 129 | 49 | 70 | 26 | 64 | 24 | 265 |
| A32 - ASPC-E BROWNING M/H | 0 | 0 | 0 | 0 | 11 | 79 | 2 | 14 | 1 | 7 | 14 |
| A34 - ASPC-E SMUI DETN | 0 | 0 | 0 | 0 | 21 | 37 | 12 | 21 | 24 | 42 | 57 |
| A37 - ASPC-E RYNNING CLOSE | 0 | 0 | 1 | 0 | 121 | 32 | 89 | 24 | 167 | 44 | 378 |
| A38 - ASPC-E SMU EAST | 0 | 0 | 9 | 5 | 109 | 57 | 40 | 21 | 32 | 17 | 190 |
| A40 - ASPC-E SMU M/H WATCH | 0 | 0 | 0 | 0 | 6 | 75 | 1 | 13 | 1 | 13 | 8 |
| A42 - ASPC-E RYNNING MED | 0 | 0 | 1 | 0 | 71 | 18 | 112 | 29 | 201 | 52 | 385 |
| A43 - ASPC-E BROWNING BMU | 0 | 0 | 0 | 0 | 12 | 100 | 0 | 0 | 0 | 0 | 12 |
| A44 - E-MEADOWS MED | 0 | 0 | 0 | 0 | 318 | 29 | 282 | 26 | 504 | 46 | 1104 |
| A46 - ASPC E-RYNNING MAX | 0 | 0 | 0 | 0 | 25 | 32 | 16 | 20 | 38 | 48 | 79 |
| EYMAN | 0 | 0 | 16 | 0 | 1328 | 26 | 1380 | 27 | 2314 | 46 | 5038 |
| A01 - ASPC-F CENTRAL UNIT | 0 | 0 | 1 | 0 | 116 | 17 | 244 | 37 | 303 | 46 | 664 |
| A02 - ASPC-F SOUTH UNIT | 0 | 0 | 0 | 0 | 121 | 13 | 285 | 30 | 551 | 58 | 957 |
| A03 - ASPC-F EAST UNIT | 0 | 0 | 0 | 0 | 246 | 37 | 139 | 21 | 282 | 42 | 667 |
| A04 - ASPC-F NORTH UNIT | 0 | 0 | 0 | 0 | 242 | 32 | 167 | 22 | 345 | 46 | 754 |
| A07 - ASPC-F PICACHO UNIT | 0 | 0 | 0 | 0 | 0 | 0 | 30 | 15 | 175 | 85 | 205 |
| A11 - ASPC-F CB 6 - KASSON | 0 | 0 | 1 | 2 | 39 | 66 | 10 | 17 | 9 | 15 | 59 |
| A23 - ASPC-F CENTRAL/U MED | 0 | 0 | 0 | 0 | 9 | 28 | 10 | 31 | 13 | 41 | 32 |
| A36 - ASPC-F MAX PHASE LVL | 0 | 0 | 0 | 0 | 27 | 21 | 43 | 33 | 61 | 47 | 131 |
| A41 - ASPC-F CENTRAL 805 | 0 | 0 | 0 | 0 | 6 | 50 | 1 | 8 | 5 | 42 | 12 |
| A45 - TEMPE ST.LUKES HOSP | 0 | 0 | 0 | 0 | 5 | 71 | 1 | 14 | 1 | 14 | 7 |
| A47 - F-CENTRAL CB1 M/H | 0 | 0 | 0 | 0 | 93 | 97 | 2 | 2 | 1 | 1 | 96 |
| A48 - ASPC-F KASSON M/H | 0 | 0 | 1 | 2 | 58 | 95 | 1 | 2 | 1 | 2 | 61 |
| B19 - ASPC-FLOR/GLOBE | 0 | 0 | 0 | 0 | 0 | 0 | 39 | 14 | 237 | 86 | 276 |

EXHIBIT NO. 52
Crews
10-3-12

ADC027759

REPORT: H310I592-03                    ARIZONA DEPARTMENT OF CORRECTIONS
DATE 07/23/2012    TIME 02:44:49

MH LEVELS STATISTICAL SUMMARY
AS OF: 07/23/2012

OVERVIEW:  A STATISTICAL OVERVIEW OF THE MH LEVELS, BY LOCATION, AND GROUPED BY COMPLEX.

SECTION I:    MH LEVELS BY COMPLEX & UNIT - ALL INMATES.

| LOC | MH-5 | % | MH-4 | % | MH-3 | % | MH-2 | % | MH-1 | % | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FLORENCE | 0 | 0 | 3 | 0 | 962 | 25 | 972 | 25 | 1984 | 51 | 3921 |
| | | | | | | | | | | | |
| M54 - ASP-FLORENCE W.RTC | 0 | 0 | 0 | 0 | 23 | 10 | 47 | 21 | 155 | 69 | 225 |
| M55 - ASP-FLORENCE W.DUI | 0 | 0 | 0 | 0 | 54 | 11 | 37 | 8 | 395 | 81 | 486 |
| M57 - ASP-FLOR WEST CDU | 0 | 0 | 0 | 0 | 5 | 50 | 1 | 10 | 4 | 40 | 10 |
| FLORENCE WEST | 0 | 0 | 0 | 0 | 82 | 11 | 85 | 12 | 554 | 77 | 721 |
| | | | | | | | | | | | |
| M70 - ASP-CNTRL AZ COR FAC | 0 | 0 | 0 | 0 | 144 | 12 | 330 | 26 | 775 | 62 | 1249 |
| M71 - ASP-CACF DETN | 0 | 0 | 0 | 0 | 7 | 41 | 5 | 29 | 5 | 29 | 17 |
| FLORENCE-CACF | 0 | 0 | 0 | 0 | 151 | 12 | 335 | 26 | 780 | 62 | 1266 |
| | | | | | | | | | | | |
| M58 - ASP-K-HUAL CDU | 0 | 0 | 1 | 2 | 8 | 15 | 17 | 31 | 28 | 52 | 54 |
| M59 - KINGMAN HUALAPAI | 0 | 0 | 0 | 0 | 117 | 8 | 454 | 32 | 866 | 60 | 1437 |
| M61 - ASP-K CERBAT | 0 | 0 | 0 | 0 | 294 | 15 | 511 | 27 | 1122 | 58 | 1927 |
| M62 - ASP-K CERBAT CDU | 0 | 0 | 0 | 0 | 15 | 22 | 13 | 19 | 41 | 59 | 69 |
| KINGMAN | 0 | 0 | 1 | 0 | 434 | 12 | 995 | 29 | 2057 | 59 | 3487 |
| | | | | | | | | | | | |
| L02 - ASPC-L STINR L3 | 0 | 0 | 1 | 0 | 282 | 26 | 308 | 29 | 484 | 45 | 1075 |
| L03 - ASPC-L STINER CDU | 0 | 0 | 1 | 2 | 28 | 44 | 19 | 30 | 15 | 24 | 63 |
| L05 - ASPC-L MOREY CDU | 0 | 0 | 0 | 0 | 32 | 48 | 18 | 27 | 16 | 24 | 66 |
| L08 - ASPC-L BACHMAN UNIT | 0 | 0 | 0 | 0 | 205 | 28 | 175 | 24 | 340 | 47 | 720 |
| L09 - ASPC-L BACHMAN CDU | 0 | 0 | 0 | 0 | 28 | 41 | 20 | 29 | 20 | 29 | 68 |
| L11 - ASPC-L HEALTH UNIT | 0 | 0 | 0 | 0 | 3 | 30 | 1 | 10 | 6 | 60 | 10 |
| L14 - ASPC-L BUCKLEY PS SU | 0 | 0 | 1 | 20 | 2 | 40 | 1 | 20 | 1 | 20 | 5 |
| L16 - ASPC-L BACHMAN TRANS | 0 | 0 | 0 | 0 | 1 | 25 | 1 | 25 | 2 | 50 | 4 |
| L17 - ASPC-L TRANSITORY UT | 0 | 0 | 0 | 0 | 2 | 50 | 1 | 25 | 1 | 25 | 4 |
| L21 - ASPC-L RAST MAX | 0 | 0 | 0 | 0 | 24 | 52 | 15 | 33 | 7 | 15 | 46 |
| L23 - ASPC-L MOREY CLOSE | 0 | 0 | 1 | 0 | 195 | 26 | 270 | 35 | 298 | 39 | 764 |
| L24 - ASPC-L SUNRISE | 0 | 0 | 0 | 0 | 12 | 12 | 64 | 66 | 21 | 22 | 97 |
| L25 - ASPC-L BARCHEY PS | 0 | 0 | 0 | 0 | 100 | 18 | 241 | 44 | 204 | 37 | 545 |
| L26 - ASPC-L EAGLE POINT | 0 | 0 | 0 | 0 | 73 | 24 | 103 | 34 | 123 | 41 | 299 |
| L28 - ASP-L BUCKLEY MIX PS | 0 | 0 | 0 | 0 | 39 | 40 | 36 | 37 | 23 | 23 | 98 |
| L29 - ASPC-L BUCKLEY PS | 0 | 0 | 2 | 0 | 170 | 36 | 149 | 31 | 157 | 33 | 478 |

REPORT: H310I592-03
DATE  03/2012     TIME 02:44:49

ARIZONA DEPARTMENT OF CORRECTIONS

PAGE       3

MH LEVELS STATISTICAL SUMMARY
AS OF: 07/23/2012

OVERVIEW:  A STATISTICAL OVERVIEW OF THE MH LEVELS, BY LOCATION, AND GROUPED BY COMPLEX.

----------------------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------------------

SECTION I:    MH LEVELS BY COMPLEX & UNIT - ALL INMATES.

| LOC | MH-5 | % | MH-4 | % | MH-3 | % | MH-2 | % | MH-1 | % | TOTAL |
|-----|------|---|------|---|------|---|------|---|------|---|-------|
| L30 - ASPC-L BUCKLEY DPS | 0 | 0 | 0 | 0 | 35 | 23 | 54 | 35 | 64 | 42 | 153 |
| L31 - ASP-L BARCHEY MED PS | 0 | 0 | 0 | 0 | 104 | 24 | 160 | 38 | 161 | 38 | 425 |
| L32 - L-RAST CLOSE | 0 | 0 | 0 | 0 | 108 | 31 | 137 | 40 | 98 | 29 | 343 |
| LEWIS | 0 | 0 | 6 | 0 | 1443 | 27 | 1773 | 34 | 2041 | 39 | 5263 |
| | | | | | | | | | | | |
| M51 - MARANA DETENTION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 100 | 5 |
| M52 - MARANA SOUTH | 0 | 0 | 0 | 0 | 12 | 3 | 42 | 9 | 418 | 89 | 472 |
| MARANA CCTF | 0 | 0 | 0 | 0 | 12 | 3 | 42 | 9 | 423 | 89 | 477 |
| | | | | | | | | | | | |
| B01 - ASPC-PV SAN PEDRO #1 | 0 | 0 | 0 | 0 | 85 | 44 | 65 | 33 | 45 | 23 | 195 |
| B02 - ASPC-PV LUMLEY #1 | 0 | 0 | 2 | 1 | 124 | 56 | 56 | 25 | 40 | 18 | 222 |
| B03 - ASPC-PV SANTA CRUZ | 0 | 0 | 0 | 0 | 373 | 51 | 206 | 28 | 158 | 21 | 737 |
| B04 - ASPC-PV SANTA MARIA | 0 | 0 | 1 | 1 | 67 | 36 | 59 | 32 | 60 | 32 | 187 |
| B16 - ASPC-PV CDU | 0 | 0 | 0 | 0 | 4 | 57 | 2 | 29 | 1 | 14 | 7 |
| B26 - ASPC-PV WOMENS TRTMT | 0 | 0 | 5 | 83 | 0 | 0 | 1 | 17 | 0 | 0 | 6 |
| B27 - ASPC-PV RECPT&ASMNT. | 0 | 0 | 0 | 0 | 19 | 40 | 16 | 34 | 12 | 26 | 47 |
| B28 - ASPC-PV SPEC. MANAGE | 0 | 0 | 0 | 0 | 68 | 66 | 22 | 21 | 13 | 13 | 103 |
| B29 - ASPC-PV CMPLX MINORS | 0 | 0 | 0 | 0 | 7 | 64 | 1 | 9 | 3 | 27 | 11 |
| B30 - ASPC-PV LUMLEY M/H | 0 | 0 | 0 | 0 | 4 | 100 | 0 | 0 | 0 | 0 | 4 |
| B31 - ASPC-PV L-3 LUMLEY | 0 | 0 | 0 | 0 | 60 | 32 | 80 | 43 | 45 | 24 | 185 |
| B35 - ASPC-PV SANTA ROSA | 0 | 0 | 0 | 0 | 59 | 16 | 172 | 46 | 144 | 38 | 375 |
| B36 - ASPC-PV PIESTEWA | 0 | 0 | 1 | 0 | 45 | 20 | 99 | 45 | 77 | 35 | 222 |
| B41 - ASP-PV SPECIAL NEEDS | 0 | 0 | 0 | 0 | 2 | 67 | 0 | 0 | 1 | 33 | 3 |
| B42 - ASPC-PV SAN CARLOS | 0 | 0 | 6 | 1 | 430 | 42 | 278 | 27 | 314 | 31 | 1028 |
| B50 - PV-LUMLEY DEATH ROW | 0 | 0 | 0 | 0 | 2 | 67 | 1 | 33 | 0 | 0 | 3 |
| PERRYVILLE | 0 | 0 | 15 | 0 | 1349 | 40 | 1058 | 32 | 913 | 27 | 3335 |
| | | | | | | | | | | | |
| B06 - ASPC-PX ALHAMBRA | 0 | 0 | 0 | 0 | 64 | 32 | 22 | 11 | 116 | 57 | 202 |
| B08 - FLAMENCO M.HLTH MALE | 0 | 0 | 3 | 10 | 26 | 90 | 0 | 0 | 0 | 0 | 29 |
| B11 - ASPC-PHX INMATE WRKR | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 17 | 43 | 83 | 52 |
| B12 - ASPC-PHX B-WARD | 2 | 9 | 0 | 0 | 0 | 0 | 9 | 17 | 43 | 83 | 52 |
| B13 - FLAMENCO M. HLTH FEM | 1 | 14 | 3 | 14 | 16 | 73 | 1 | 5 | 0 | 0 | 22 |
| B22 - ASPC PHX ASPEN/SPU | 0 | 0 | 1 | 14 | 5 | 71 | 0 | 0 | 0 | 0 | 7 |
| B43 - FLAMENCO M/H P/S | 0 | 0 | 5 | 4 | 134 | 96 | 0 | 0 | 0 | 0 | 139 |
| B44 - FLAMENCO M/H MAX LVL | 0 | 0 | 0 | 0 | 22 | 96 | 1 | 4 | 0 | 0 | 23 |
| | 0 | 0 | 0 | 0 | 11 | 100 | 0 | 0 | 0 | 0 | 11 |

ADC027761

REPORT: H310I592-03
DATE 07/23/2012    TIME 02:44:49

ARIZONA DEPARTMENT OF CORRECTIONS

PAGE      4

MH LEVELS STATISTICAL SUMMARY
AS OF: 07/23/2012

OVERVIEW:  A STATISTICAL OVERVIEW OF THE MH LEVELS, BY LOCATION, AND GROUPED BY COMPLEX.

SECTION I:    MH LEVELS BY COMPLEX & UNIT - ALL INMATES.

| LOC | MH-5 | % | MH-4 | % | MH-3 | % | MH-2 | % | MH-1 | % | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PHOENIX | 3 | 1 | 12 | 2 | 278 | 57 | 33 | 7 | 159 | 33 | 485 |
| | | | | | | | | | | | |
| M48 - PHOENIX WEST DETN | 0 | 0 | 0 | 0 | 2 | 20 | 4 | 40 | 4 | 40 | 10 |
| M53 - ASP-PHOENIX WEST | 0 | 0 | 0 | 0 | 92 | 19 | 52 | 11 | 335 | 70 | 479 |
| PHOENIX WEST | 0 | 0 | 0 | 0 | 94 | 19 | 56 | 11 | 339 | 69 | 489 |
| | | | | | | | | | | | |
| S01 - ASPC-S GRAHAM | 0 | 0 | 0 | 0 | 0 | 0 | 83 | 16 | 441 | 84 | 524 |
| S02 - ASPC-S TONTO | 0 | 0 | 0 | 0 | 0 | 0 | 52 | 17 | 246 | 83 | 298 |
| S04 - ASP FORT GRANT | 0 | 0 | 0 | 0 | 0 | 0 | 104 | 16 | 565 | 84 | 669 |
| S05 - ASP-FG MILE DET | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 23 | 23 | 77 | 30 |
| SAFFORD | 0 | 0 | 0 | 0 | 0 | 0 | 246 | 16 | 1275 | 84 | 1521 |
| | | | | | | | | | | | |
| C01 - ASPC-T RINCON UNIT | 0 | 0 | 10 | 2 | 264 | 56 | 67 | 14 | 134 | 28 | 475 |
| C02 - ASPC-T SANTA RITA | 0 | 0 | 36 | 5 | 413 | 55 | 96 | 13 | 202 | 27 | 747 |
| C04 - ASPC-T CMPLX DETN | 0 | 0 | 3 | 4 | 43 | 57 | 14 | 19 | 15 | 20 | 75 |
| C09 - ASPC-T MINORS | 0 | 0 | 0 | 0 | 12 | 25 | 17 | 35 | 19 | 40 | 48 |
| C11 - ASPC-T CIMARRON | 0 | 0 | 0 | 0 | 135 | 51 | 60 | 23 | 70 | 26 | 265 |
| C13 - ASPC-T CIMARRON DETN | 0 | 0 | 2 | 2 | 59 | 66 | 11 | 12 | 18 | 20 | 90 |
| C14 - ASPC-T MANZANITA | 0 | 0 | 19 | 4 | 244 | 50 | 69 | 14 | 153 | 32 | 485 |
| C15 - ASPC-T MANZ.DET | 0 | 0 | 0 | 0 | 12 | 57 | 4 | 19 | 5 | 24 | 21 |
| C17 - ASPC-T WINCH DETN | 0 | 0 | 1 | 4 | 17 | 71 | 4 | 17 | 2 | 8 | 24 |
| C18 - ASPC-T TUCSON HEALTH | 0 | 0 | 0 | 0 | 14 | 54 | 3 | 12 | 9 | 35 | 26 |
| C19 - ASPC-T MANZ.S.N.U.GP | 0 | 0 | 1 | 5 | 7 | 32 | 5 | 23 | 9 | 41 | 22 |
| C22 - ASPC-T TRANSITORY UT | 0 | 0 | 0 | 0 | 6 | 46 | 2 | 15 | 5 | 38 | 13 |
| C23 - ASPC-T CIM L-3 | 0 | 0 | 8 | 2 | 223 | 59 | 53 | 14 | 93 | 25 | 377 |
| C26 - ASPC-T MINORS DET | 0 | 0 | 0 | 0 | 2 | 100 | 0 | 0 | 0 | 0 | 2 |
| C28 - ASPC-T MINORS LEV 5 | 0 | 0 | 0 | 0 | 8 | 62 | 3 | 23 | 2 | 15 | 13 |
| C29 - ASPC-T RINCON M.HLTH | 0 | 0 | 3 | 13 | 14 | 61 | 5 | 22 | 1 | 4 | 23 |
| C34 - ASPC-T RINCON BHU | 0 | 0 | 24 | 73 | 9 | 27 | 0 | 0 | 0 | 0 | 33 |
| C35 - ASPC-T CATALINA UNIT | 0 | 0 | 12 | 3 | 180 | 52 | 48 | 14 | 108 | 31 | 348 |
| C37 - ASPC-T WHETSTONE | 0 | 0 | 27 | 2 | 406 | 33 | 297 | 24 | 505 | 41 | 1235 |
| C41 - T-WINCHESTER GP | 0 | 0 | 24 | 3 | 361 | 50 | 98 | 14 | 242 | 33 | 725 |
| C42 - ASPC-T RINCON SNU GP | 0 | 0 | 2 | 14 | 4 | 29 | 2 | 14 | 6 | 43 | 14 |
| M03 - ASPC-T S. AZ COR REL | 0 | 0 | 0 | 0 | 41 | 29 | 50 | 36 | 48 | 35 | 139 |

ADC02  2

REPORT: H310I592-03
DATE 0  3/2012   TIME 02:44:49

ARIZONA DEPARTMENT OF CORRECTIONS

PAGE     5

MH LEVELS STATISTICAL SUMMARY
AS OF: 07/23/2012

OVERVIEW:  A STATISTICAL OVERVIEW OF THE MH LEVELS, BY LOCATION, AND GROUPED BY COMPLEX.

---

SECTION I:    MH LEVELS BY COMPLEX & UNIT - ALL INMATES.

| LOC | MH-5 | % | MH-4 | % | MH-3 | % | MH-2 | % | MH-1 | % | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TUCSON | 0 | 0 | 172 | 3 | 2474 | 48 | 908 | 17 | 1646 | 32 | 5200 |
| W01 - ASPC-W CORONADO MIN | 0 | 0 | 0 | 0 | 0 | 0 | 74 | 17 | 373 | 83 | 447 |
| W02 - ASPC-W KAIBAB | 0 | 0 | 0 | 0 | 1 | 0 | 105 | 28 | 268 | 72 | 374 |
| W03 - ASPC-WINSLOW CDU | 0 | 0 | 0 | 0 | 1 | 4 | 11 | 39 | 16 | 57 | 28 |
| W05 - ASPC-W APACHE | 0 | 0 | 0 | 0 | 0 | 0 | 54 | 16 | 275 | 84 | 329 |
| W12 - ASPC-W KAIBAB NORTH | 0 | 0 | 0 | 0 | 0 | 0 | 71 | 18 | 322 | 82 | 393 |
| WINSLOW | 0 | 0 | 0 | 0 | 2 | 0 | 315 | 20 | 1254 | 80 | 1571 |
| Y01 - ASPC YUMA COCOPAH | 0 | 0 | 0 | 0 | 55 | 19 | 52 | 18 | 188 | 64 | 295 |
| Y02 - ASPC YUMA CHEYENNE | 0 | 0 | 0 | 0 | 112 | 14 | 130 | 16 | 554 | 70 | 796 |
| Y03 - ASPC-Y DAKOTA CLOSE | 0 | 0 | 0 | 0 | 116 | 15 | 188 | 25 | 448 | 60 | 752 |
| Y04 - ASPC-Y DAKOTA CDU | 0 | 0 | 0 | 0 | 38 | 55 | 13 | 19 | 18 | 26 | 69 |
| Y08 - ASPC-YUMA LA PAZ | 0 | 0 | 0 | 0 | 274 | 23 | 189 | 16 | 740 | 62 | 1203 |
| Y09 - ASPC-YUMA CIBOLA | 0 | 0 | 0 | 0 | 176 | 18 | 161 | 16 | 657 | 66 | 994 |
| Y10 - ASPC-YUMA CDU | 0 | 0 | 1 | 2 | 35 | 56 | 9 | 14 | 18 | 29 | 63 |
| YUMA | 0 | 0 | 1 | 0 | 806 | 19 | 742 | 18 | 2623 | 63 | 4172 |
| SECTION I          TOTAL | 3 | 0 | 226 | 1 | 9420 | 24 | 9347 | 24 | 20092 | 51 | 39088 |

ADC027763

MH LEVELS STATISTICAL SUMMARY
AS OF: 07/23/2012

OVERVIEW:  A STATISTICAL OVERVIEW OF THE MH LEVELS, BY LOCATION, AND GROUPED BY COMPLEX.

--------------------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------------------

SECTION II:   DI85 ONLY -  MH LEVELS BY COMPLEX & UNIT - ALL INMATES.

| LOC | MH-5 | % | MH-4 | % | MH-3 | % | MH-2 | % | MH-1 | % | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D04 - ASPC-D PAPAGO | 0 | 0 | 0 | 0 | 1 | 0 | 45 | 18 | 202 | 81 | 248 |
| D06 - ASPC-D MOHAVE UNIT | 0 | 0 | 0 | 0 | 1 | 0 | 160 | 18 | 748 | 82 | 909 |
| D08 - ASPC-D GILA UNIT | 0 | 0 | 0 | 0 | 0 | 0 | 157 | 22 | 548 | 78 | 705 |
| D11 - ASPC-D CMPLX DETN | 0 | 0 | 0 | 0 | 2 | 3 | 13 | 19 | 53 | 78 | 68 |
| D35 - ASPC-D EGGERS UNIT | 0 | 0 | 0 | 0 | 1 | 0 | 32 | 15 | 179 | 84 | 212 |
| DOUGLAS | 0 | 0 | 0 | 0 | 5 | 0 | 407 | 19 | 1730 | 81 | 2142 |
| A08 - ASPC-E SMU I | 0 | 0 | 2 | 0 | 155 | 30 | 132 | 25 | 231 | 44 | 520 |
| A14 - ASPC-E COOK UNIT | 0 | 0 | 0 | 0 | 167 | 13 | 365 | 29 | 707 | 57 | 1239 |
| A19 - ASPC-E MEADOWS CDU | 0 | 0 | 1 | 1 | 31 | 46 | 17 | 25 | 18 | 27 | 67 |
| A21 - ASPC-E BROWNING UNIT | 0 | 0 | 0 | 0 | 117 | 20 | 194 | 32 | 287 | 48 | 598 |
| A27 - ASPC-E BROWNING D/RW | 0 | 0 | 0 | 0 | 35 | 29 | 48 | 39 | 39 | 32 | 122 |
| A30 - ASPC-E SMUI PROT SEG | 0 | 0 | 2 | 1 | 129 | 49 | 70 | 26 | 64 | 24 | 265 |
| A32 - ASPC-E BROWNING M/H | 0 | 0 | 0 | 0 | 11 | 79 | 2 | 14 | 1 | 7 | 14 |
| A34 - ASPC-E SMUI DETN | 0 | 0 | 0 | 0 | 21 | 37 | 12 | 21 | 24 | 42 | 57 |
| A37 - ASPC-E RYNNING CLOSE | 0 | 0 | 1 | 0 | 121 | 32 | 89 | 24 | 167 | 44 | 378 |
| A38 - ASPC-E SMU EAST | 0 | 0 | 9 | 5 | 109 | 57 | 40 | 21 | 32 | 17 | 190 |
| A40 - ASPC-E SMU M/H WATCH | 0 | 0 | 0 | 0 | 6 | 75 | 1 | 13 | 1 | 13 | 8 |
| A42 - ASPC-E RYNNING MED | 0 | 0 | 1 | 0 | 71 | 18 | 112 | 29 | 201 | 52 | 385 |
| A43 - ASPC-E BROWNING BMU | 0 | 0 | 0 | 0 | 12 | 100 | 0 | 0 | 0 | 0 | 12 |
| A44 - E-MEADOWS MED | 0 | 0 | 0 | 0 | 318 | 29 | 282 | 26 | 504 | 46 | 1104 |
| A46 - ASPC E-RYNNING MAX | 0 | 0 | 0 | 0 | 25 | 32 | 16 | 20 | 38 | 48 | 79 |
| EYMAN | 0 | 0 | 16 | 0 | 1328 | 26 | 1380 | 27 | 2314 | 46 | 5038 |
| A01 - ASPC-F CENTRAL UNIT | 0 | 0 | 1 | 0 | 116 | 17 | 244 | 37 | 303 | 46 | 664 |
| A02 - ASPC-F SOUTH UNIT | 0 | 0 | 0 | 0 | 121 | 13 | 285 | 30 | 551 | 58 | 957 |
| A03 - ASPC-F EAST UNIT | 0 | 0 | 0 | 0 | 246 | 37 | 139 | 21 | 282 | 42 | 667 |
| A04 - ASPC-F NORTH UNIT | 0 | 0 | 0 | 0 | 242 | 32 | 167 | 22 | 345 | 46 | 754 |
| A07 - ASPC-F PICACHO UNIT | 0 | 0 | 0 | 0 | 0 | 0 | 30 | 15 | 175 | 85 | 205 |
| A11 - ASPC-F CB 6 - KASSON | 0 | 0 | 1 | 2 | 39 | 66 | 10 | 17 | 9 | 15 | 59 |
| A23 - ASPC-F CENTRAL/U MED | 0 | 0 | 0 | 0 | 9 | 28 | 10 | 31 | 13 | 41 | 32 |
| A36 - ASPC-F MAX PHASE LVL | 0 | 0 | 0 | 0 | 27 | 21 | 43 | 33 | 61 | 47 | 131 |
| A41 - ASPC-F CENTRAL 805 | 0 | 0 | 0 | 0 | 6 | 50 | 1 | 8 | 5 | 42 | 12 |
| A45 - TEMPE ST.LUKES HOSP | 0 | 0 | 0 | 0 | 5 | 71 | 1 | 14 | 1 | 14 | 7 |
| A47 - F-CENTRAL CB1 M/H | 0 | 0 | 0 | 0 | 93 | 97 | 2 | 2 | 1 | 1 | 96 |
| A48 - ASPC-F KASSON M/H | 0 | 0 | 1 | 2 | 58 | 95 | 1 | 2 | 1 | 2 | 61 |
| B19 - ASPC-FLOR/GLOBE | 0 | 0 | 0 | 0 | 0 | 0 | 39 | 14 | 237 | 86 | 276 |

REPORT: H310I592-03
DATE 0    3/2012    TIME 02:44:49

ARIZONA DEPARTMENT OF CORRECTIONS

MH LEVELS STATISTICAL SUMMARY
AS OF: 07/23/2012

PAGE     7

OVERVIEW:  A STATISTICAL OVERVIEW OF THE MH LEVELS, BY LOCATION, AND GROUPED BY COMPLEX.

--------------------------------------------------------------------------------

SECTION II:   DI85 ONLY -  MH LEVELS BY COMPLEX & UNIT - ALL INMATES.

--------------------------------------------------------------------------------

| LOC | MH-5 | % | MH-4 | % | MH-3 | % | MH-2 | % | MH-1 | % | TOTAL |
|-----|------|---|------|---|------|---|------|---|------|---|-------|
| FLORENCE | 0 | 0 | 3 | 0 | 962 | 25 | 972 | 25 | 1984 | 51 | 3921 |
| | | | | | | | | | | | |
| M54 - ASP-FLORENCE W.RTC | 0 | 0 | 0 | 0 | 23 | 10 | 47 | 21 | 155 | 69 | 225 |
| M55 - ASP-FLORENCE W.DUI | 0 | 0 | 0 | 0 | 54 | 11 | 37 | 8 | 395 | 81 | 486 |
| M57 - ASP-FLOR WEST CDU | 0 | 0 | 0 | 0 | 5 | 50 | 1 | 10 | 4 | 40 | 10 |
| FLORENCE WEST | 0 | 0 | 0 | 0 | 82 | 11 | 85 | 12 | 554 | 77 | 721 |
| | | | | | | | | | | | |
| M70 - ASP-CNTRL AZ COR FAC | 0 | 0 | 0 | 0 | 144 | 12 | 330 | 26 | 775 | 62 | 1249 |
| M71 - ASP-CACF DETN | 0 | 0 | 0 | 0 | 7 | 41 | 5 | 29 | 5 | 29 | 17 |
| FLORENCE-CACF | 0 | 0 | 0 | 0 | 151 | 12 | 335 | 26 | 780 | 62 | 1266 |
| | | | | | | | | | | | |
| M58 - ASP-K-HUAL CDU | 0 | 0 | 1 | 2 | 8 | 15 | 17 | 31 | 28 | 52 | 54 |
| M59 - KINGMAN HUALAPAI | 0 | 0 | 0 | 0 | 117 | 8 | 454 | 32 | 866 | 60 | 1437 |
| M61 - ASP-K CERBAT | 0 | 0 | 0 | 0 | 294 | 15 | 511 | 27 | 1122 | 58 | 1927 |
| M62 - ASP-K CERBAT CDU | 0 | 0 | 0 | 0 | 15 | 22 | 13 | 19 | 41 | 59 | 69 |
| KINGMAN | 0 | 0 | 1 | 0 | 434 | 12 | 995 | 29 | 2057 | 59 | 3487 |
| | | | | | | | | | | | |
| L02 - ASPC-L STINR L3 | 0 | 0 | 1 | 0 | 282 | 26 | 308 | 29 | 484 | 45 | 1075 |
| L03 - ASPC-L STINER CDU | 0 | 0 | 1 | 2 | 28 | 44 | 19 | 30 | 15 | 24 | 63 |
| L05 - ASPC-L MOREY CDU | 0 | 0 | 0 | 0 | 32 | 48 | 18 | 27 | 16 | 24 | 66 |
| L08 - ASPC-L BACHMAN UNIT | 0 | 0 | 0 | 0 | 205 | 28 | 175 | 24 | 340 | 47 | 720 |
| L09 - ASPC-L BACHMAN CDU | 0 | 0 | 0 | 0 | 28 | 41 | 20 | 29 | 20 | 29 | 68 |
| L11 - ASPC-L HEALTH UNIT | 0 | 0 | 0 | 0 | 3 | 30 | 1 | 10 | 6 | 60 | 10 |
| L14 - ASPC-L BUCKLEY PS SU | 0 | 0 | 1 | 20 | 2 | 40 | 1 | 20 | 1 | 20 | 5 |
| L16 - ASPC-L BACHMAN TRANS | 0 | 0 | 0 | 0 | 1 | 25 | 1 | 25 | 2 | 50 | 4 |
| L17 - ASPC-L TRANSITORY UT | 0 | 0 | 0 | 0 | 2 | 50 | 1 | 25 | 1 | 25 | 4 |
| L21 - ASPC-L RAST MAX | 0 | 0 | 0 | 0 | 24 | 52 | 15 | 33 | 7 | 15 | 46 |
| L23 - ASPC-L MOREY CLOSE | 0 | 0 | 1 | 0 | 195 | 26 | 270 | 35 | 298 | 39 | 764 |
| L24 - ASPC-L SUNRISE | 0 | 0 | 0 | 0 | 12 | 12 | 64 | 66 | 21 | 22 | 97 |
| L25 - ASPC-L BARCHEY PS | 0 | 0 | 0 | 0 | 100 | 18 | 241 | 44 | 204 | 37 | 545 |
| L26 - ASPC-L EAGLE POINT | 0 | 0 | 0 | 0 | 73 | 24 | 103 | 34 | 123 | 41 | 299 |
| L28 - ASP-L BUCKLEY MIX PS | 0 | 0 | 0 | 0 | 39 | 40 | 36 | 37 | 23 | 23 | 98 |
| L29 - ASPC-L BUCKLEY PS | 0 | 0 | 2 | 0 | 170 | 36 | 149 | 31 | 157 | 33 | 478 |

ADC027765

ARIZONA DEPARTMENT OF CORRECTIONS

MH LEVELS STATISTICAL SUMMARY
AS OF: 07/23/2012

OVERVIEW:  A STATISTICAL OVERVIEW OF THE MH LEVELS, BY LOCATION, AND GROUPED BY COMPLEX.

SECTION II:   DI85 ONLY -  MH LEVELS BY COMPLEX & UNIT - ALL INMATES.

| LOC | MH-5 | % | MH-4 | % | MH-3 | % | MH-2 | % | MH-1 | % | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| L30 - ASPC-L BUCKLEY DPS | 0 | 0 | 0 | 0 | 35 | 23 | 54 | 35 | 64 | 42 | 153 |
| L31 - ASP-L BARCHEY MED PS | 0 | 0 | 0 | 0 | 104 | 24 | 160 | 38 | 161 | 38 | 425 |
| L32 - L-RAST CLOSE | 0 | 0 | 0 | 0 | 108 | 31 | 137 | 40 | 98 | 29 | 343 |
| LEWIS | 0 | 0 | 6 | 0 | 1443 | 27 | 1773 | 34 | 2041 | 39 | 5263 |
| M51 - MARANA DETENTION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 100 | 5 |
| M52 - MARANA SOUTH | 0 | 0 | 0 | 0 | 12 | 3 | 42 | 9 | 418 | 89 | 472 |
| MARANA CCTF | 0 | 0 | 0 | 0 | 12 | 3 | 42 | 9 | 423 | 89 | 477 |
| B01 - ASPC-PV SAN PEDRO #1 | 0 | 0 | 0 | 0 | 85 | 44 | 65 | 33 | 45 | 23 | 195 |
| B02 - ASPC-PV LUMLEY #1 | 0 | 0 | 2 | 1 | 124 | 56 | 56 | 25 | 40 | 18 | 222 |
| B03 - ASPC-PV SANTA CRUZ | 0 | 0 | 0 | 0 | 373 | 51 | 206 | 28 | 158 | 21 | 737 |
| B04 - ASPC-PV SANTA MARIA | 0 | 0 | 1 | 1 | 67 | 36 | 59 | 32 | 60 | 32 | 187 |
| B16 - ASPC-PV CDU | 0 | 0 | 0 | 0 | 4 | 57 | 2 | 29 | 1 | 14 | 7 |
| B26 - ASPC-PV WOMENS TRTMT | 0 | 0 | 5 | 83 | 0 | 0 | 1 | 17 | 0 | 0 | 6 |
| B27 - ASPC-PV RECPT&ASMNT. | 0 | 0 | 0 | 0 | 19 | 40 | 16 | 34 | 12 | 26 | 47 |
| B28 - ASPC-PV SPEC. MANAGE | 0 | 0 | 0 | 0 | 68 | 66 | 22 | 21 | 13 | 13 | 103 |
| B29 - ASPC-PV CMPLX MINORS | 0 | 0 | 0 | 0 | 7 | 64 | 1 | 9 | 3 | 27 | 11 |
| B30 - ASPC-PV LUMLEY M/H | 0 | 0 | 0 | 0 | 4 | 100 | 0 | 0 | 0 | 0 | 4 |
| B31 - ASPC-PV L-3 LUMLEY | 0 | 0 | 0 | 0 | 60 | 32 | 80 | 43 | 45 | 24 | 185 |
| B35 - ASPC-PV SANTA ROSA | 0 | 0 | 0 | 0 | 59 | 16 | 172 | 46 | 144 | 38 | 375 |
| B36 - ASPC-PV PIESTEWA | 0 | 0 | 1 | 0 | 45 | 20 | 99 | 45 | 77 | 35 | 222 |
| B41 - ASP-PV SPECIAL NEEDS | 0 | 0 | 0 | 0 | 2 | 67 | 0 | 0 | 1 | 33 | 3 |
| B42 - ASPC-PV SAN CARLOS | 0 | 0 | 6 | 1 | 430 | 42 | 278 | 27 | 314 | 31 | 1028 |
| B50 - PV-LUMLEY DEATH ROW | 0 | 0 | 0 | 0 | 2 | 67 | 1 | 33 | 0 | 0 | 3 |
| PERRYVILLE | 0 | 0 | 15 | 0 | 1349 | 40 | 1058 | 32 | 913 | 27 | 3335 |
| B06 - ASPC-PX ALHAMBRA | 0 | 0 | 0 | 0 | 64 | 32 | 22 | 11 | 116 | 57 | 202 |
| B08 - FLAMENCO M.HLTH MALE | 0 | 0 | 3 | 10 | 26 | 90 | 0 | 0 | 0 | 0 | 29 |
| B11 - ASPC-PHX INMATE WRKR | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 17 | 43 | 83 | 52 |
| B12 - ASPC-PHX B-WARD | 2 | 9 | 3 | 14 | 16 | 73 | 1 | 5 | 0 | 0 | 22 |
| B13 - FLAMENCO M. HLTH FEM | 1 | 14 | 1 | 14 | 5 | 71 | 0 | 0 | 0 | 0 | 7 |
| B22 - ASPC PHX ASPEN/SPU | 0 | 0 | 5 | 4 | 134 | 96 | 0 | 0 | 0 | 0 | 139 |
| B43 - FLAMENCO M/H P/S | 0 | 0 | 0 | 0 | 22 | 96 | 1 | 4 | 0 | 0 | 23 |
| B44 - FLAMENCO M/H MAX LVL | 0 | 0 | 0 | 0 | 11 | 100 | 0 | 0 | 0 | 0 | 11 |

```
REPORT: H310I592-03                    ARIZONA DE    TMENT OF CORRECTIONS                    PAGE      9
DATE 0     3/2012   TIME 02:44:49
                                          MH LEVELS STATISTICAL SUMMARY
                                             AS OF: 07/23/2012
```

OVERVIEW:  A STATISTICAL OVERVIEW OF THE MH LEVELS, BY LOCATION, AND GROUPED BY COMPLEX.

----------------------------------------------------------------------------------------------------

SECTION II:   DI85 ONLY - MH LEVELS BY COMPLEX & UNIT - ALL INMATES.

| LOC | MH-5 | % | MH-4 | % | MH-3 | % | MH-2 | % | MH-1 | % | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PHOENIX | 3 | 1 | 12 | 2 | 278 | 57 | 33 | 7 | 159 | 33 | 485 |
| | | | | | | | | | | | |
| M48 - PHOENIX WEST DETN | 0 | 0 | 0 | 0 | 2 | 20 | 4 | 40 | 4 | 40 | 10 |
| M53 - ASP-PHOENIX WEST | 0 | 0 | 0 | 0 | 92 | 19 | 52 | 11 | 335 | 70 | 479 |
| PHOENIX WEST | 0 | 0 | 0 | 0 | 94 | 19 | 56 | 11 | 339 | 69 | 489 |
| | | | | | | | | | | | |
| S01 - ASPC-S GRAHAM | 0 | 0 | 0 | 0 | 0 | 0 | 83 | 16 | 441 | 84 | 524 |
| S02 - ASPC-S TONTO | 0 | 0 | 0 | 0 | 0 | 0 | 52 | 17 | 246 | 83 | 298 |
| S04 - ASP FORT GRANT | 0 | 0 | 0 | 0 | 0 | 0 | 104 | 16 | 565 | 84 | 669 |
| S05 - ASP-FG MILE DET | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 23 | 23 | 77 | 30 |
| SAFFORD | 0 | 0 | 0 | 0 | 0 | 0 | 246 | 16 | 1275 | 84 | 1521 |
| | | | | | | | | | | | |
| C01 - ASPC-T RINCON UNIT | 0 | 0 | 10 | 2 | 264 | 56 | 67 | 14 | 134 | 28 | 475 |
| C02 - ASPC-T SANTA RITA | 0 | 0 | 36 | 5 | 413 | 55 | 96 | 13 | 202 | 27 | 747 |
| C04 - ASPC-T CMPLX DETN | 0 | 0 | 3 | 4 | 43 | 57 | 14 | 19 | 15 | 20 | 75 |
| C09 - ASPC-T MINORS | 0 | 0 | 0 | 0 | 12 | 25 | 17 | 35 | 19 | 40 | 48 |
| C11 - ASPC-T CIMARRON | 0 | 0 | 0 | 0 | 135 | 51 | 60 | 23 | 70 | 26 | 265 |
| C13 - ASPC-T CIMARRON DETN | 0 | 0 | 2 | 2 | 59 | 66 | 11 | 12 | 18 | 20 | 90 |
| C14 - ASPC-T MANZANITA | 0 | 0 | 19 | 4 | 244 | 50 | 69 | 14 | 153 | 32 | 485 |
| C15 - ASPC-T MANZ.DET | 0 | 0 | 0 | 0 | 12 | 57 | 4 | 19 | 5 | 24 | 21 |
| C17 - ASPC-T WINCH DETN | 0 | 0 | 1 | 4 | 17 | 71 | 4 | 17 | 2 | 8 | 24 |
| C18 - ASPC-T TUCSON HEALTH | 0 | 0 | 0 | 0 | 14 | 54 | 3 | 12 | 9 | 35 | 26 |
| C19 - ASPC-T MANZ.S.N.U.GP | 0 | 0 | 1 | 5 | 7 | 32 | 5 | 23 | 9 | 41 | 22 |
| C22 - ASPC-T TRANSITORY UT | 0 | 0 | 0 | 0 | 6 | 46 | 2 | 15 | 5 | 38 | 13 |
| C23 - ASPC-T CIM L-3 | 0 | 0 | 8 | 2 | 223 | 59 | 53 | 14 | 93 | 25 | 377 |
| C26 - ASPC-T MINORS DET | 0 | 0 | 0 | 0 | 2 | 100 | 0 | 0 | 0 | 0 | 2 |
| C28 - ASPC-T MINORS LEV 5 | 0 | 0 | 0 | 0 | 8 | 62 | 3 | 23 | 2 | 15 | 13 |
| C29 - ASPC-T RINCON M.HLTH | 0 | 0 | 3 | 13 | 14 | 61 | 5 | 22 | 1 | 4 | 23 |
| C34 - ASPC-T RINCON BHU | 0 | 0 | 24 | 73 | 9 | 27 | 0 | 0 | 0 | 0 | 33 |
| C35 - ASPC-T CATALINA UNIT | 0 | 0 | 12 | 3 | 180 | 52 | 48 | 14 | 108 | 31 | 348 |
| C37 - ASPC-T WHETSTONE | 0 | 0 | 27 | 2 | 406 | 33 | 297 | 24 | 505 | 41 | 1235 |
| C41 - T-WINCHESTER GP | 0 | 0 | 24 | 3 | 361 | 50 | 98 | 14 | 242 | 33 | 725 |
| C42 - ASPC-T RINCON SNU GP | 0 | 0 | 2 | 14 | 4 | 29 | 2 | 14 | 6 | 43 | 14 |
| M03 - ASPC-T S. AZ COR REL | 0 | 0 | 0 | 0 | 41 | 29 | 50 | 36 | 48 | 35 | 139 |

ARIZONA DEPARTMENT OF CORRECTIONS
MH LEVELS STATISTICAL SUMMARY
AS OF: 07/23/2012

OVERVIEW:  A STATISTICAL OVERVIEW OF THE MH LEVELS, BY LOCATION, AND GROUPED BY COMPLEX.

-----------------------------------------------------------------------------------------------------------------

-----------------------------------------------------------------------------------------------------------------

SECTION II:   DI85 ONLY -  MH LEVELS BY COMPLEX & UNIT - ALL INMATES.

| LOC | MH-5 | % | MH-4 | % | MH-3 | % | MH-2 | % | MH-1 | % | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TUCSON | 0 | 0 | 172 | 3 | 2474 | 48 | 908 | 17 | 1646 | 32 | 5200 |
| | | | | | | | | | | | |
| W01 - ASPC-W CORONADO MIN | 0 | 0 | 0 | 0 | 0 | 0 | 74 | 17 | 373 | 83 | 447 |
| W02 - ASPC-W KAIBAB | 0 | 0 | 0 | 0 | 1 | 0 | 105 | 28 | 268 | 72 | 374 |
| W03 - ASPC-WINSLOW CDU | 0 | 0 | 0 | 0 | 1 | 4 | 11 | 39 | 16 | 57 | 28 |
| W05 - ASPC-W APACHE | 0 | 0 | 0 | 0 | 0 | 0 | 54 | 16 | 275 | 84 | 329 |
| W12 - ASPC-W KAIBAB NORTH | 0 | 0 | 0 | 0 | 0 | 0 | 71 | 18 | 322 | 82 | 393 |
| | | | | | | | | | | | |
| WINSLOW | 0 | 0 | 0 | 0 | 2 | 0 | 315 | 20 | 1254 | 80 | 1571 |
| | | | | | | | | | | | |
| Y01 - ASPC YUMA COCOPAH | 0 | 0 | 0 | 0 | 55 | 19 | 52 | 18 | 188 | 64 | 295 |
| Y02 - ASPC YUMA CHEYENNE | 0 | 0 | 0 | 0 | 112 | 14 | 130 | 16 | 554 | 70 | 796 |
| Y03 - ASPC-Y DAKOTA CLOSE | 0 | 0 | 0 | 0 | 116 | 15 | 188 | 25 | 448 | 60 | 752 |
| Y04 - ASPC-Y DAKOTA CDU | 0 | 0 | 0 | 0 | 38 | 55 | 13 | 19 | 18 | 26 | 69 |
| Y08 - ASPC-YUMA LA PAZ | 0 | 0 | 0 | 0 | 274 | 23 | 189 | 16 | 740 | 62 | 1203 |
| Y09 - ASPC-YUMA CIBOLA | 0 | 0 | 0 | 0 | 176 | 18 | 161 | 16 | 657 | 66 | 994 |
| Y10 - ASPC-YUMA CDU | 0 | 0 | 1 | 2 | 35 | 56 | 9 | 14 | 18 | 29 | 63 |
| | | | | | | | | | | | |
| YUMA | 0 | 0 | 1 | 0 | 806 | 19 | 742 | 18 | 2623 | 63 | 4172 |
| | | | | | | | | | | | |
| SECTION II         TOTAL | 3 | 0 | 226 | 1 | 9420 | 24 | 9347 | 24 | 20092 | 51 | 39088 |

# EXHIBIT NNN

Arizona Department of Corrections
Medical (M) and Mental Health (MH) Score Inmate Distribution by Complex For FY 2011

Medical Score Distribution

| M-Score | Eyman | Florence | Lewis | Perryville | Phoenix | Tucson | Douglas | Safford | Winslow | Yuma | Total |
|---------|-------|----------|-------|-----------|---------|--------|---------|---------|---------|------|-------|
| M-1 | 2,629 | 2,231 | 2,400 | 2,034 | 231 | 2,158 | 1,521 | 1,179 | 964 | 2,951 | 18,298 |
| M-2 | 1,540 | 1,541 | 1,758 | 1,075 | 177 | 1,754 | 963 | 617 | 432 | 1369 | 11,226 |
| M-3 | 472 | 393 | 548 | 284 | 47 | 799 | 68 | 27 | 21 | 45 | 2,704 |
| M-4 | 306 | 263 | 247 | 45 | 30 | 520 | 2 | 1 | 2 | - | 1,416 |
| M-5 | 7 | 11 | 8 | 3 | 3 | 42 | - | - | - | - | 74 |
| Total | 4,954 | 4,439 | 4,961 | 3,441 | 488 | 5,273 | 2,554 | 1,824 | 1,419 | 4,365 | 33,718 |

## Medical Scoring Criteria

**M-5**   Severely limited physical capacity and stamina; requires assistance with Activities of Daily Living (ADLs); requires housing in Inpatient Component or Assisted Living area.

**M-4**   Limited physical capacity and stamina; severe physical illness or chronic condition; requires housing in a corridor Institution.

**M-3**   Restricted physical capacity; requires special housing or reasonable accommodations.

**M-2**   Sustained physical capacity consistent with age; stable physical illness or chronic condition; no special requirements.

**M-1**   Maximum sustained physical capacity consistent with age; no special requirements.



EXHIBIT NO. 53
Crews
10-3-12

1                              Data Extracted-MM                              Revised 08/9/11

PLTF-PARSONS-013203

Arizona Department of Corrections
Medical (M) and Mental Health (MH) Score Inmate Distribution by Complex For FY 2011

Mental Health Score Distribution

| MH-Score | Eyman | Florence | Lewis | Perryville | Phoenix | Tucson | Douglas | Safford | Winslow | Yuma | Total |
|----------|-------|----------|-------|------------|---------|--------|---------|---------|---------|------|-------|
| MH-1 | 2,261 | 2,178 | 1,941 | 1,132 | 185 | 1,255 | 2,072 | 1,538 | 1,187 | 3460 | 17,209 |
| MH-2 | 1,350 | 1,038 | 929 | 927 | 42 | 940 | 479 | 279 | 232 | 853 | 7,069 |
| MH-3 | 1,291 | 1,211 | 2,066 | 1,305 | 247 | 2,893 | 3 | 7 | 0 | 52 | 9,075 |
| MH-4 | 52 | 12 | 25 | 77 | 10 | 185 | - | - | - | - | 361 |
| MH-5 | - | - | - | - | 4 | - | - | - | - | - | 4 |
| Total | 4,954 | 4,439 | 4,961 | 3,441 | 488 | 5,273 | 2,554 | 1,824 | 1,419 | 4,365 | 33,718 |

## Mental Health Scoring Criteria

MH-5  Acute Need – Offender requires placement in the ADC licensed behavioral health treatment facility (e.g., Baker Wards of the Alhambra Behavioral Health Treatment Facility) to receive intensive psychological and psychiatric services.  Offender has a recognized need for psychiatric monitoring. Offender has a recognized acute need for mental health treatment and supervision.

MH-4  High Need – Offender requires specialized placement in a mental health program (e.g., Men's Treatment Unit (MTU), Women's Treatment Unit (WTU), or Step-Down unit) which provides a highly structured setting and/or has intensive psychological and psychiatric staffing and services. Offender has a recognized need for psychiatric monitoring.  Offender has a recognized need for intensive mental health treatment and/or supervision.

MH-3  Moderate Need – Offender requires placement in a prison complex (e.g., Perryville, Phoenix, Florence, Eyman, Lewis, or Tucson) that has regular, full-time psychological and psychiatric staffing and services. Offender has a recognized need, or, there exists a routine level of need for MH treatment and/or supervision.

MH-2  Low Need – Offender can be placed in a prison complex that does not have regular psychological and psychiatric staffing and services on site.  Offender has a history of mental health problems or treatment, but has no current recognized need for psychotropic medication, psychiatric monitoring, or psychological counseling or therapy.

MH-1  No Need – Offender does not require placement in a prison complex that has regular psychological and psychiatric staffing and services on site.  Offender has no known history of mental health problems or treatment.  Offender has no recognized need for psychotropic medication, psychiatric monitoring, or psychological counseling or therapy.

Revised 08/9/11

PLTF-PARSONS-013204

# EXHIBIT

# OOO

| | | |
|---|---|---|
| **ARIZONA DEPARTMENT OF CORRECTIONS** | CHAPTER: 800<br><br>INMATE MANAGEMENT | OPR:<br><br>OPS<br>AS<br>SS |
| DEPARTMENT ORDER MANUAL | DEPARTMENT ORDER: 809<br><br>*EARNED INCENTIVE PROGRAM* | SUPERSEDES:<br><br>DO 809 (04/21/08) |
| | | EFFECTIVE DATE:<br><br>JANUARY 11, 2011 |
| | | REPLACEMENT PAGE REVISION DATE:<br><br>DECEMBER 30, 2011 |

# TABLE OF CONTENTS

PURPOSE

RESPONSIBILITY

APPLICABILITY

PROCEDURES

809.01      EARNED INCENTIVE PROGRAM CRITERIA ............................................................... 1

809.02      EARNED INCENTIVE PROGRAM PRIVILEGES ........................................................ 3

809.03      STAFF TRAINING ................................................................................................. 4

809.04      INMATE ORIENTATION ........................................................................................ 5

809.05      FAMILY ORIENTATION ........................................................................................ 5

DEFINITIONS ................................................................................................................... 5

ATTACHMENTS

ADC013994

CHAPTER: 800 – INMATE MANAGEMENT
DEPARTMENT ORDER 809 – EARNED INCENTIVE PROGRAM

# PURPOSE

This Department Order establishes a three-phase system of graduated earned incentives and sanctions to assist inmates in learning and sustaining a responsible, pro-social lifestyle and incorporate ethics and values into their everyday lives. This system communicates the Department's inmate behavioral management philosophy and its intent and expectations to employees, inmates and the public.

The Arizona Department of Corrections strives to reduce relapse, revocation and recidivism by holding inmates responsible and accountable throughout their incarceration. To this end, it offers specific programming to address inmates' risks and needs as well as rewarding positive behavior.

# RESPONSIBILITY

Division Directors, Bureau Administrators, Wardens, Deputy Wardens, and Associate Deputy Wardens are responsible for the management of the Earned Incentive Program.

# APPLICABILITY

This Department Order applies to all Arizona Department of Corrections inmates, with the exception of those custody levels expressly ineligible under section 809.01 of this Department Order. The Earned Incentive Program for inmates assigned to contract beds shall be in compliance with this Department Order and any applicable Department contract.

# PROCEDURES

809.01    EARNED INCENTIVE PROGRAM CRITERIA

1.1    The Earned Incentive Program is a system of graduated rewards and sanctions encouraging inmates to practice pro-social, responsible behavior throughout their sentence.

1.2    All inmates shall be prioritized to complete specific programming during their incarceration. Programming shall be based on their identified risks and needs, and time to release through the Priority Ranking Report system (See Definitions).

1.2.1    Staff facilitating program(s) shall:

1.2.1.1    Utilize the Priority Ranking Report to identify and place inmates into program(s) by their rank.

1.2.1.2    Record programming information in the Adult Information Management System (AIMS) on the Inmate Program Record screen.

1.2.2    Treatment staff shall utilize the Priority Ranking Report as a factor, in addition to clinical considerations, when placing inmates in formal treatment programs.

1.3    Each inmate's Corrections Plan shall be tailored to their specific risks, needs and time to serve and includes all facets of their daily life. Inmates will make decisions, solve problems and be held accountable commensurate with their custody level for the duration of their incarceration.

1.4    Available programs include:

1.4.1    Academic and Career Technical Education

---

ADC013995

     1.4.2     Substance Abuse and Sex Offender Treatment

     1.4.3     Self-Improvement (e.g., Cognitive Restructuring, Re-entry)

1.5     At a minimum, inmates shall be prioritized to complete Cognitive Restructuring and Re-Entry coursework. These courses, along with the other programs outlined in this Department Order, shall be identified and prescribed based on the inmate's risk and need priorities.

     1.5.1     The facilitating program staff member shall record participation and update the AIMS Inmate Program Record screen. (See the Program Reference Technical Manual)

     1.5.2     The designated Education staff member shall record the successful completion of a GED or verification of a High School Diploma/GED on the appropriate AIMS screens for education to include the AIMS Inmate Program Record screen.

     1.5.3     Inmates who are confirmed exempt from education shall have the proper information recorded in the appropriate AIMS screens used by education staff. Inmates who meet this criterion shall not be restricted from moving to additional phases if they meet all other applicable criteria.

     1.5.4     Inmates who refuse or are removed from a program(s) shall be returned to Phase I and shall remain in Phase I for one year.

          1.5.4.1     The facilitating program staff shall complete the Program Refusal/Removal, Form 809-1. The inmate and the facilitating program staff member shall sign the form.

               1.5.4.1.1     If the inmate refuses to sign the Program Refusal/Removal form, a second staff member shall sign as the witness for the inmate's refusal to sign.

          1.5.4.2     A copy of the Program Refusal/Removal form shall be provided to the inmate and the original placed in the inmate's institutional file.

     1.5.5     Program availability, except Functional Literacy, shall not preclude an inmate from advancing to the next Phase, as long as the inmate meets the other identified criteria outlined in the Earned Incentive Program. An inmate must have met functional literacy standard to advance to Phase II, unless the inmate has a valid exemption, as outlined in Department Order #910, Inmate Education and Resource Center Services.

1.6     The facilitating and/or supervising staff member shall complete Work and Program evaluations for inmates assigned to Work, Functional Literacy, GED, Career Technical Education, Substance Abuse Treatment and the Sex Offender Education and Treatment Program. Evaluations shall be completed, at a minimum, once a month and shall be entered into AIMS by the assigned staff member for Work Incentive Pay Plan (WIPP) or the appropriate program staff, as applicable.

1.7     Inmate behavior shall be based on Major and Minor disciplinary violations over a period of six consecutive months.

1.8     Complex Disciplinary Hearing Officers and Unit Disciplinary Coordinators shall be responsible for accurately recording the disciplinary violations on the appropriate AIMS screen.

ADC013996

1.8.1    An inmate who receives any Class "A" Major disciplinary violation while in Phase III shall receive a reduction to Phase I.

1.8.2    An inmate who receives any Class "B" Major disciplinary violation while in Phase III shall receive a reduction to Phase II.

1.8.3    An inmate who receives two Minor disciplinary violations within 90 consecutive days while in Phase III shall receive a reduction to Phase II. An inmate who receives a third Minor violation while in Phase II within the originating 90 consecutive days from Phase III shall receive a reduction to Phase I.

1.8.4    An inmate who receives any Class "A" or "B" Major disciplinary violation while in Phase II shall receive a reduction to Phase I.

1.8.5    An inmate who receives three or more Minor disciplinary violations within 90 consecutive days while in Phase II shall receive a reduction to Phase I.

1.8.6    The inmate shall be free from all disciplinary violations (Major and Minor) for a period of six consecutive months to advance from Phase I to Phase II and Phase III.

1.9    Inmates who believe that their Phase level is inaccurate shall initiate an initial review through their assigned Correctional Officer (CO) III.

1.9.1    The CO III shall make every attempt to resolve the discrepancy at their level.

1.9.2    If the CO III is unable to resolve the discrepancy at their level, the inmate shall initiate the informal review process as outlined in Department Order #802, Inmate Grievance System. Only specific issues resulting in the decrease of a Phase level may be grieved, such as a refusal or removal entry in AIMS.

## 809.02    EARNED INCENTIVE PROGRAM PRIVILEGES

1.1    The Phase level privileges as shown on Attachment A do not override sanctions imposed through the disciplinary process such as visitation, property, store and restitution. These imposed disciplinary sanctions will be in addition to Phase level privileges.

1.2    The Phase level privileges do not apply to inmates in detention status.

1.3    The Earned Incentive Program criteria and privileges may be modified for special populations, such as inmates assigned to licensed Mental Health Units, as authorized by the affected Division Director.

1.4    The Phase privileges that will affect the Earned Incentive Program are as follows:

1.4.1    Inmate Visitation – Visitation periods shall be in four-hour blocks each weekend, starting at 8:00 A.M. to 12:00 P.M. and 12:00 P.M to 4:00 P.M. Frequencies for regular visitation, holiday visitation and food visitation shall be based on the inmate's Phase level as outlined in Department Order #911, Inmate Visitation.

1.4.1.1    Food for the food visitation shall be provided by the inmate's visitors, for all inmate custody levels except Maximum Custody, and on the approved holiday food visits according to the inmate's Phase.

ADC013997

1.4.1.2     Holiday food visits for eligible inmates shall be held on the weekend before or weekend after the recognized holiday.

      1.4.1.2.1     Each complex/unit shall establish a schedule for each food visit based on the inmate demographics and space availability for visitation. (For example, a rotating schedule may be developed: Saturday A–L, Sunday M–Z, one time and the next time it would be Saturday M-Z and Sunday A-L or one building/side of unit visits Saturday and the other building/side visits on Sunday and the next food visit would be opposite.)

1.4.1.3     Those inmates eligible to receive a food visit may have visitation regardless if family members participate in the food visit. Food visits are in four-hour blocks and shall not exceed eight hours in duration and are dependent upon space availability.

1.4.1.4     Visitors are prohibited from visiting more than one inmate during visitation, unless the other inmate is an immediate family member and the visitor is approved to visit the inmate as outlined in Department Order #911, Inmate Visitation. Nor may inmates visit with another inmate's visitors, unless the inmates are immediate family members of the visitor, and the visitors have been approved to visit both inmates.

1.4.1.5     Legal visitation is independent of the Earned Incentive Program. All legal visits shall be in accordance with Department Order #911, Inmate Visitation.

1.4.2     Inmate Property, Mail and Store – The allowable property and spending limitations for store shall be based on the inmates Phase level as outlined in Department Order #909, Inmate Property and Department Order #914, Inmate Mail. (See Attachment B, Incentive Matrix – Store, Phone and Visitation)

1.4.3     Inmate Arts and Crafts – The allowable Arts and Crafts shall be based on the inmate's Phase level as outlined in Department Order #906, Inmate Recreation/Arts and Crafts. (See Attachment C, Incentive Matrix – Recreation and Hobby-Craft)

1.4.4     Inmate Phone Calls – The allowable amounts for phone calls shall be based on the inmate's Phase level as outlined in Department Order #915, Inmate Phone Calls. (See Attachment B, Incentive Matrix – Store, Phone and Visitation)

1.4.5     Inmate Work Assignments and Activities – Inmate work assignments, wages and wage increases shall be based on program performance, behavior and Phase level as outlined in Department Order #903, Inmate Work Activities.

809.03     STAFF TRAINING - Provide training curriculum to all staff (Department Personnel, Contractors) regarding policy revision to the Earned Incentive Program on an initial basis, with updated curriculum provided as needed. This training shall be included on an ongoing basis in the training schedule for New Employee Orientation and Pre-Service Training at Correctional Officer Training Academy (COTA).

ADC013998

CHAPTER: 800 – INMATE MANAGEMENT
DEPARTMENT ORDER 809 – EARNED INCENTIVE PROGRAM

### 809.04    INMATE ORIENTATION

1.1    All prison complexes and units shall incorporate written information regarding the Earned Incentive Program for the inmate population during the Unit Orientation program. This information is to be supplied to the inmate.

1.2    All prison complexes shall provide updated Earned Incentive Program information on the established Closed Circuit Television System (CCTV) and played on a continuous loop for viewing.

### 809.05    FAMILY ORIENTATION - Specific information relating to Earned Incentive Program shall be made available to family members through Friends and Family Liaisons or the institution.

# DEFINITIONS

**CORRECTIONS PLAN** – The individual inmate management plan developed and periodically reviewed by the COIII plan manager with the inmate.

**EARNED INCENTIVE PROGRAM** - A three-phase system of graduated earned incentives, and sanctions by which inmates sustain a responsible, pro-social lifestyle and incorporate ethics and values into their everyday lives.

**INTRA-MURALS** – Recreational activities in which inmates participate while in prison.

**PRIORITY RANKING REPORT SYSTEM** – Provides a ranked listing of inmates by program, utilizing the inmate's individual risks and needs, as well as time to serve, prioritized against all inmates for staff to utilize to determine placement into appropriate programming.

{Original Signature on File}

CHARLES L. RYAN
DIRECTOR

ATTACHMENTS
Attachment A - Phase Eligibility Matrix Criteria
Attachment B - Incentive Matrix – Store, Phone and Visitation
Attachment C - Incentive Matrix – Recreation and Hobby-Craft

FORMS LIST
809-1, Program Refusal/Removal

ADC013999

DEPARTMENT ORDER 809
ATTACHMENT A

## Phase Eligibility Criteria for Movement

(See Department Order #903, <u>Inmate Work Activities</u>, for procedures, regulations and wages.)

| Criteria | Phase I | Phase II | Phase III |
|---|---|---|---|
| | • Initial Admission to ADC<br><br>• Return to Custody or Parole Violator<br><br>• Follow rules and regulations<br><br>• Participate in prescribed activities<br><br>• Must achieve 8.0 or greater in each section of the TABE – unless exempt | <u>Movement from Phase I to Phase II</u><br><br>• No discipline violations for six (6) consecutive months<br><br>• No refusal or removal from prescribed program (until 1 year has elapsed from date of refusal/removal)<br><br>• Completed Functional Lit. if TABE total battery <8.0 – Unless exempt<br><br><u>REDUCTION TO PHASE I</u><br>• Major discipline violation<br><br>• Three (3) or more Minor disciplinary violations within 90 days<br><br>• Refuse or Removed from program | <u>Movement from Phase II to Phase III</u><br><br>• No discipline violations for six (6) consecutive months<br><br><u>REDUCTION TO PHASE I</u><br>• Any Class "A" Major discipline violation<br><br>• Refuse or Removed from program<br><br><u>REDUCTION TO PHASE II</u><br>• Any Class "B" Major discipline violation<br><br>• Two (2) Minor disciplinary violations within 90 days |

EFFECTIVE:  DECEMBER 30, 2011

DEPARTMENT ORDER 809
ATTACHMENT B

## Incentive Matrix - Store, Phone and Visitation

(For procedures and regulations see Department Order #903, Inmate Work Activities, Department Order #906, Inmate Recreation/Arts and Crafts, Department Order #909, Inmate Property, Department Order #911, Inmate Visitation, Department Order #914, Inmate Mail, and Department Order #915, Inmate Phone Calls.

| Incentive | Custody | 1. Phase I Freq. | Amount | 2. Phase II Freq. | Amount | 3. Phase III Freq. | Amount |
|---|---|---|---|---|---|---|---|
| **A. Store** | **1. Min** | 1 per week Christmas holiday | $40 $80 | 1 per week Christmas holiday | $60 $120 | 1 per week Christmas holiday | $80 $160 |
| | **2. Med** | 1 per week Christmas holiday | $40 $80 | 1 per week Christmas holiday | $60 $120 | 1 per week Christmas holiday | $80 $160 |
| | **3. Close** | 1 per week Christmas holiday | $40 $80 | 1 per week Christmas holiday | $60 $120 | 1 per week Christmas holiday | $80 $160 |
| | **4. Max** | 1 per week Christmas holiday | $40 $80 | 1 per week Christmas holiday | $60 $120 | 1 per week Christmas holiday | $80 $160 |
| | **5. Death Row** | 1 per week Christmas holiday | $40 $80 | 1 per week Christmas holiday | $60 $120 | 1 per week Christmas holiday | $80 $160 |
| **B. Phone** | **1. Min** | 1 per day | 15 minutes | 2 per day | 15 minutes | Unlimited | 15 minutes |
| | **2. Med** | 1 per day | 15 minutes | 2 per day | 15 minutes | 5 per day | 15 minutes |
| | **3. Close** | 1 per day | 15 minutes | 2 per day | 15 minutes | 4 per day | 15 minutes |
| | **4. Max** | 1 per week | 15 minutes | 1 per week | 15 minutes | 1 per week | 15 minutes |
| | **5. Death Row** | 1 per week | 15 minutes | 2 per week | 15 minutes | 3 per week | 15 minutes |
| **C. Regular Visitation** | **1. Min** | 1 per week | 4 hours | 3 per week | 4 hours | 4 per week | 4 hours |
| | **2. Med** | 1 per week | 4 hours | 3 per week | 4 hours | 4 per week | 4 hours |
| | **3. Close** | 1 per week | 4 hours | 2 per week | 4 hours | 3 per week | 4 hours |
| | **4. Max** | 1 per week Non-contact | 2 hours | 1 per week Non-contact | 2 hours | 1 per week Non-contact | 2 hours |
| | **5. Death Row** | 1 per week Non-contact | 2 hours | 1 per week Non-contact | 2 hours | 3 per week Non-contact | 2 hours |

ADC014001

DEPARTMENT ORDER 809
ATTACHMENT B

### Continued - Incentive Matrix - Store, Phone and Visitation

(For holiday and food visit incentive program procedures see Department Order 911, Inmate Visitation.)

| Approved Dates | PHASE I | PHASE II | PHASE III |
|---|---|---|---|
| Holiday Visitation<br><br>All Custody Levels | None | • New Years Day<br>• Mothers Day<br>• Fathers Day<br>• Independence Day<br>• Veteran's Day | • New Years Day<br>• Valentine's Day<br>• Mothers Day<br>• Fathers Day<br>• Independence Day<br>• Labor Day<br>• Veteran's Day |
| Holiday Food Visitation<br><br>Minimum and Medium | None | • Mothers Day<br>• Fathers Day | • Valentine's Day<br>• Mothers Day<br>• Fathers Day<br>• Veteran's Day |
| Close Custody Only | None | None | • Mothers Day<br>• Labor Day |

EFFECTIVE: JANUARY 11, 2011

ADC014002

DEPARTMENT ORDER 809
ATTACHMENT C

## Incentive Matrix – Recreation and Hobby-Craft
(For incentive program procedures see Department Order 906, Inmate Recreation/Arts and Crafts.)

| MINIMUM | PHASE I | PHASE II | PHASE III |
|---|---|---|---|
| Recreational Activities | Open Yard | • Open Yard<br>• Individual/Organized Team Sports (Unit Intra-Murals) | • Open Yard<br>• Individual/Organized Team Sports (Unit Inter-Murals) |
| Hobby Craft | Choose no more than one<br>• Drawing<br>• Origami | Choose no more than two<br>• Drawing<br>• Origami<br>• Water Colors<br>• Greeting Cards<br>• Puzzles<br>• Acrylic Painting<br>• Paint by Numbers | Choose no more than three<br>• Drawing<br>• Origami<br>• Water Colors<br>• Greeting Cards<br>• Puzzles<br>• Acrylic Painting<br>• Mural painting<br>• Paint by Numbers<br>• |
| **MEDIUM** | **PHASE I** | **PHASE II** | **PHASE III** |
| Recreational Activities | • 12 to 16 hours per week<br>• Outdoor Exercise | • 12 to 16 hours per week<br>• Outdoor Exercise<br>• Individual/Organized Team Sports (Unit Intra-Murals) | • 12 to 16 hours per week<br>• Outdoor Exercise<br>• Individual/Organized Team Sports (Unit Intra-Murals) |
| Hobby Craft | • Drawing<br>• Origami | Choose no more than two<br>• Drawing<br>• Greeting Cards<br>• Origami<br>• Puzzles<br>• Paint by Numbers<br>• Water Colors | Choose no more than three<br>• Drawing<br>• Greeting Cards<br>• Mural Painting<br>• Origami<br>• Puzzles<br>• Paint by Numbers<br>• Water Colors |
| **CLOSE** | **PHASE I** | **PHASE II** | **PHASE III** |
| Recreational Activities | • 8 to 10 hours per week<br>• Outdoor Exercise | • 8 to 10 hours per week<br>• Outdoor Exercise<br>• Individual/Organized Team Sports (Unit Intra-Murals) | • 8 to 10 hours per week<br>• Outdoor Exercise<br>• Individual/Organized Team Sports (Unit Intra-Murals) |
| Hobby Craft | • Drawing<br>• Origami | Choose no more than two<br>• Greeting Cards<br>• Origami<br>• Pencil Drawings<br>• Puzzles | Choose no more than three<br>• Greeting Cards<br>• Origami<br>• Mural Painting-water base<br>• Paint by Numbers<br>• Pencil Drawings<br>• Puzzles |

| MAX: | PHASE I | PHASE II | PHASE III |
|---|---|---|---|
| Recreational Activities | • 6 hours per week<br>• Outdoor Exercise | • 6 hours per week<br>• Outdoor Exercise | • 6 hours per week<br>• Outdoor Exercise |
| Hobby Craft | None | • Origami<br>• Pencil Drawing | • Origami<br>• Pencil Drawing |
| DEATH ROW: | PHASE I | PHASE II | PHASE III |
| Recreational Activities | • 6 hours per week<br>• Outdoor Exercise | • 6 hours per week<br>• Outdoor Exercise | • 8 hours per week<br>• Outdoor Exercise |
| Hobby Craft | None | None | None |

EFFECTIVE:  JANUARY 11, 2011

ADC014004

# EXHIBIT PPP

# DENTAL SERVICES
# TECHNICAL MANUAL

# HEALTH SERVICES

Dr. Michael Adu-Tutu, Interim Division Director

ARIZONA DEPARTMENT OF CORRECTIONS
January 1, 2010

ADC010554

| | ER:    1100<br><br>HEALTH SERVICES | OPR:<br><br>H. S. D. |
|---|---|---|
| **ARIZONA DEPARTMENT OF CORRECTIONS** | | |
| **DENTAL SERVICES TECHNICAL MANUAL** | **DEPARTMENT ORDER: 1103**<br><br>**INMATE DENTAL HEALTH CARE** | **SUPERSEDES:** April 1, 2000 |
| | | **EFFECTIVE DATE:**<br>January 1, 2010 |

The pursuit of excellence in the care of inmates is a goal that requires objectivity, openness to change, creativity, critical abilities, and support and participation from all levels of the medical staff.  This manual has been developed to serve as a guide for the correctional healthcare employees in pursuit of this goal.   The contents should be considered as standards or procedures to best manage the dental program.

A special thanks to all the healthcare professionals who spent considerable time and effort and who provided valuable information and review.

_____

Dr. Michael Adu-Tutu                                            Date
Interim Division Director
Health Services

_____

Dr. Michael Adu-Tutu                                            Date
Dental Program Manager

ADC010555

This manual has been published by the Dental Technical Manual Committee of the Arizona Department of Corrections, Health Services Division. Copies of all or part of this publication are permitted with the written permission of the Dental Program Manager.

Address correspondence to:

Dental Program Manager
Arizona Department of Corrections
1601 W. Jefferson, MC 940
Phoenix, AZ   85004
(602)- 364-2900

ADC010556

## DENTAL PROCEDURE 770.2

**DENTAL CLASSIFICATION SYSTEM**

1.0 <u>PURPOSE</u>:    To provide a standard classification system for the prioritization of dental treatment provided to inmates.

2.0 <u>RESPONSIBILITY</u>:    The Dental Program Manager and Dentist Supervisor at each facility will be responsible for compliance with the requirements of this procedure.

3.0 <u>DEFINITIONS</u>:

3.1    *Dental Classification System* - A system that establishes priories of dental treatment based on dental conditions diagnosed by institutional dentists and established as a total dental treatment plan.

3.1.1    *Priority 1 -* **(EMERGENCY CARE)**

Requiring immediate assessment and/or treatment such as:

1. Postoperative uncontrolled bleeding;
2. Facial swelling that is of a life threatening
     nature or is causing facial deformity;
3. Fracture of the mandible, maxilla, or zygomatic arch;
4. Avulsed dentition;
5. An extremely painful condition that is non-responsive to the implementation of dental treatment guidelines
6. Intraoral lacerations that require suturing to include the vermilion border of the lips.

3.1.2    *Priority 2 -* **(URGENT CARE )** - Treatment necessary subsequent to the implementation of dental treatment guidelines such as:

1. Fractured dentition with pulp exposure;
2. Acute dental abscess;
3. Oral pathological condition that may severely compromise the general health of the inmate.
4. Acute Necrotizing Ulcerative Gingivitis.

3.1.3    Priority 3 - **(ROUTINE CARE )**

Conditions that require treatment to restore the form and function of an inmate's oral tissues and are not solely elective nor cosmetic in nature such as:

1. Caries;
2. Chronic periodontal conditions;
3. Non-restorable teeth;

Arizona Department of Corrections, Dental Services Technical Manual
January 2010
Page 28

ADC010584

4.  Edentulous and partially edentulous patients requiring replacement (See Dental Service Procedure 771.5 );
5.  Presence of temporary, sedative, or intermediate restorations;
6.  Broken or non functional prosthetic appliance, if patient qualifies (See 771.5)Broken or ill fitting dentures or partials.
7.  TMJ disorders
8.  Periodic examination
9.  Gingival recession or root sensitivity
10. Routine dental prophylaxis

### 3.1.4 - Priority 4 – (EXEMPT CONDITIONS)

Those conditions that do not fall in the above categories and **ARE NOT** provided by ADC

1.  Fixed prosthodontics (crown and bridge).
2.  Orthodontics
3.  Removal of asymptomatic third molars or impactions without pathology;
4.  Treatment of discolorations, stains, cosmetic defects.
5.  Ridge augmentations, vestibular extensions/implants

## 4.0 PROCEDURES:

4.1  Upon initial examination, all inmates will be classified according to the dental classification system,

> Priority 1 (EMERGENCY CARE)
> Priority 2 (URGENT CARE)
> Priority 3 (ROUTINE CARE)
> Priority 4 (EXEMPT CONDITIONS)

4.2  The priority classification should be re-evaluated and updated, if necessary, at each dental visit.

4.3  The scheduling of dental appointments for inmates will be based on the current relative priority of the inmate's dental condition within the dental classification system.

ADC010585

| DENTAL PROCEDURE  771.5 |
|---|

## DENTAL PROSTHESES

1.0   UNDERLINE PURPOSE:      To establish criteria that will be used to determine the eligibility of an inmate for replacement of missing teeth, and priorities by which they will be provided by ADC.

2.0   RESPONSIBILITY:      The Dental Program Manager and Dentist Supervisor at each facility will be responsible for compliance with the requirements of this procedure.

3.0   DEFINITIONS:

    3.1.   *Adequate Masticatory Function*: defined as an occlusion score of 16 points or more.

    3.2   *Occlusion Score*:  defined as the total of occlusion points scored as follows:

        3.2.1   Occluding incisors and canines or canines = 1 Point, (i.e., #7 with #26 = 1 Pt.)

        3.2.2   Occluding Bicuspids = 2 Points, (i.e., #4 with #29 = 2 Pts., #6 with #27 = 2 Pts.)

        3.2.3   Functional 1st or 2nd Molars = 3 Points. (i.e., #3 with #30 = 3 Pts.)  Note: 3rd Molars drifted to 2nd Molar position shall be recognized as functional occlusion and included when counting the occlusal score.

        3.2.4   Wisdom teeth = 0 Pts.

4.0   PROCEDURES:

    4.1   Full denture prostheses shall be constructed in accordance with the following:

        4.1.1   First priority will be given to medically compromised patients who, as a result of missing teeth, are exhibiting a significant medical condition that can be ameliorated by return to adequate masticatory function.

        4.1.2   Second priority will be given to those patients needing full upper or lower dentures, or both, as a result of extractions performed as part of an ongoing treatment plan, or who have lost teeth while in ADC.

        4.1.3   Third priority will be given to those who entered ADC with missing teeth. Edentulous upper and/or lower).

    4.2   Partial denture prosthesis shall only be provided if the Occlusion Score is 15 or less and the patient does not have   active caries, moderate or severe periodontal disease, mobility of abutments or inadequate oral hygiene, as evidenced by the presence of plaque, materia alba, stain, tartar, red bleeding gingiva.  Consideration should be given if there is an opposing full denture, to which a partial denture would

ADC010603

aid in stability.   Partial dentures will be constructed in accordance with the following:

4.2.1   First priority will be given to medically compromised patients who, as a result of missing teeth, are exhibiting a significant medical condition that can be ameliorated by return to adequate masticatory function.

4.2.2   Second priority will be those who qualify as a result of extractions performed as part of an on-going treatment plan, or who have lost teeth while in ADC.

4.2.3   Third priority will be given to those who entered ADC with missing teeth.

4.2.4   Patients will be restored to adequate masticatory function with one partial if possible (i.e., upper or lower, whichever increases the occlusion score to 16 or above).

4.3 Exception to the Occlusion Score can be granted by the Dental Program Manager if the teeth were lost as a result of assault or altercation which is supported by the appropriate documentation or there is a significant psychological need which is documented by a staff psychiatrist and psychologist and sent to the attention of the Dental Program Manager.

4.4 Fixed bridges, cast crowns or implants will not be provided.

4.5 Laboratory repairs of existing fixed prosthetics must have the approval of the Dental Program Manager.

4.6 Inmates will be provided prostheses based on priority.

4.7 No prosthetic replacements, other than first priority or where the teeth were extracted by ADC as part of a treatment plan that included replacement, will be started if the inmate has less than six months remaining in ADC.

4.8 Ridge augmentation or vestibular extension for improved retention of full dentures will only be considered if the patient is medically compromised, as stated in Sec. .1. Approval for outside consultation and/or performance of these procedures must be obtained from the Dental Program Manager.

4.9 A complete dental scaling will be performed before impressions are taken for construction of a partial denture(s).

4.10  Laboratory prescriptions shall only be signed by a dentist.

ADC010604

## DENTAL PROCEDURE 773.5

**INFORMED CONSENT AND RIGHT TO REFUSE**

1.0   <u>PROCEDURE:</u>       To ensure all dental examinations, treatments and procedures are governed by informed consent practice applicable in Arizona.

2.0   <u>RESPONSIBILITY:</u>   The Dental Program Manager and Dentist Supervisor at each facility will be responsible for compliance with the requirements of this procedure.

3.0 <u>PROCEDURES:</u>

    3.1   When an inmate gives the dentist permission to perform an invasive dental procedure, he/she will be informed of the possible risks/consequences of the procedure. If the procedure includes the removal of one or more teeth, then the inmate will be notified if he/she is eligible for replacement teeth. (see Procedure 77 )

    3.2   ADC form 70400106 will be completed and the inmate will be required to sign the form.

    3.3   The dentist and one other witness will also be required to sign the form.

    3.4   If the inmate refuses the examination, treatment or procedure, dental services for that appointment  will be not be provided and a Refusal of Treatment Form will be completed.  The risks of the inmate's action shall be explained to him/her.

    3.5   The completed form will be filed in the inmates Medical Record.

    3.6   If the inmate refuses the examination, treatment, or procedure as part of a treatment plan, the dentist may determine if further treatment cannot proceed due to the deleterious effect on the overall outcome.

ADC010620

## DENTAL SERVICE PROCEDURE 787

**Evaluation and Triage of Dental Health Needs Request**

1.0 <u>PURPOSE</u>: To provide a dental evaluation and review for all inmates who submit an HNR with a dental complaint, including dental pain.

2.0 <u>RESPONSIBILITY</u>:   The Dental Program Manager and Dentist Supervisor at each facility will be responsible for compliance with the requirements of this procedure.

3.0 DEFINITIONS: **HNR: Health Need Request Form**

**Dental Classification System:** Dental Procedure 770.2

**Dental Assistant Evaluation:** Collecting and recording by a staff dental assistant for a specific dental complaint of pain, oral bleeding or facial swelling (extra / intra oral).

**Standing Medical Order:** Toothache/Dental Abscess

4.0 EXCLUSIONS:

4.1 ASPC- Globe

4.2 SACRC

4.3 Papago Unit

4.4 Picacho Unit

5.0 PROCEDURES:

5.1 Upon receipt of an HNR, the staff dental assistant will evaluate the request using the Dental classification system (Dental Procedure 770.2). Any inmate whose request is considered priority one or two will be scheduled for clinical evaluation by the dental assistant that day or next clinical day.

5.2 The dental assistant's clinical evaluation will only address the complaint as defined under Dental Assistant Evaluation. The dental assistant will review the inmate health history perform an oral evaluation, and take dental radiographs, to assist in determining the severity of the dental condition.

5.3 The dental records and x-rays of those inmates who received a dental assistant evaluation will be reviewed and an appropriate dentist's acknowledgment within one business day (24 hours). In the event of the unit dentist being unavailable for consultation the dental assistant shall ensure that another complex dentist reviews the evaluations, within one business day. If no other dentist is available (onsite or on call), the dental assistant shall call the Dental Program Manager for a telephone

ADC010634

review.  In the event the Dental Program Manager is not available the dental assistant shall discuss the inmate with an attending complex physician.

5.4   The primary treatment that may be rendered at this visit is treatment that will alleviate pain and/or infection per Standing Dental Order (toothache/dental abscess).

5.5   The inmate should be rescheduled for treatment by the reviewing provider based on the priority level of the inmate's dental condition within the dental classification system.  If the reviewing provider has any question as to the significance of the dental assistant's evaluation, the dentist is to see the inmate within the next 24 hours or sooner.

5.6   The inmate should not be charged for the follow-up visit at in order to establish a definitive treatment for the condition reported in the HNR referred in Sec. 5.1.

5.7   The staff dental assistant evaluation SOAP notes and dental X-rays (if taken) shall be recorded in the dental section of the Inmate Health Record.

ADC010635

# EXHIBIT QQQ

| ADC INSTITUTIONAL CAPACITY & COMMITTED POPULATION for the MONTH ENDING OCTOBER 31, 2012 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rated Beds + Temporary Beds = Operating Capacity (R+T=OC) | Operating Capacity | | | | | | | | Total Operating Capacity Beds (A-H) | Special Use Beds | Inmate Population in Operating Beds | Inmate Population in Special Beds | Total Inside Inmate Population |
| | MAX Beds | | CLOSE Beds | | MED Beds | | MIN Beds | | | | | | |
| | Rated (A) | Temp. (B) | Rated (C) | Temp. (D) | Rated (E) | Temp. (F) | Rated (G) | Temp. (H) | | | | | |
| **Arizona State Prison** | | | | | | | | | | | | | |
| Douglas | 0 | 0 | 0 | 0 | 803 | 124 | 1,122 | 293 | 2,342 | 89 | 2,009 | 55 | 2,064 |
| Eyman | 1,632 | 392 | 400 | 0 | 1,992 | 795 | 0 | 0 | 5,211 | 184 | 4,920 | 116 | 5,036 |
| Florence | 1,074 | 0 | 0 | 0 | 1,144 | 501 | 1,222 | 176 | 4,117 | 122 | 3,771 | 88 | 3,859 |
| Lewis | 48 | 0 | 1,956 | 0 | 1,600 | 600 | 1,000 | 152 | 5,356 | 275 | 5,223 | 263 | 5,486 |
| Perryville (Female) | 204 | 72 | 490 | 0 | 984 | 0 | 2,524 | 0 | 4,274 | 58 | 3,538 | 23 | 3,561 |
| Phoenix* | 282 | 137 | 90 | 0 | 150 | 0 | 30 | 25 | 714 | 9 | 585 | 6 | 591 |
| Safford | 0 | 0 | 0 | 0 | 250 | 60 | 1,203 | 256 | 1,769 | 55 | 1,558 | 17 | 1,575 |
| Tucson* | 36 | 0 | 1,073 | 30 | 1,886 | 515 | 1,610 | 0 | 5,150 | 289 | 4,806 | 245 | 5,051 |
| Winslow | 0 | 0 | 400 | 0 | 400 | 0 | 826 | 216 | 1,842 | 51 | 1,624 | 29 | 1,653 |
| Yuma | 0 | 0 | 800 | 0 | 2,050 | 0 | 1,500 | 80 | 4,430 | 175 | 4,191 | 139 | 4,330 |
| Total Rated Beds | 3,276 | | 5,209 | | 11,259 | | 11,037 | | 30,781 | | | | |
| Total Temporary Beds | | 601 | | 30 | | 2,595 | | 1,198 | 4,424 | | | | |
| **ASPC Total** | | | | | | | | | 35,205 | 1,307 | 32,225 | 981 | 33,206 |
| **Contracted In-State Private Prisons** | | | | | | | | | | | | | |
| Central AZ Correc. Facility (GEO) | 0 | 0 | 0 | 0 | 1,000 | 280 | 0 | 0 | 1,280 | 40 | 1,265 | 14 | 1,279 |
| Florence-West (GEO) | 0 | 0 | 0 | 0 | 0 | 0 | 600 | 150 | 750 | 25 | 697 | 11 | 708 |
| Phoenix-West (GEO) | 0 | 0 | 0 | 0 | 0 | 0 | 400 | 100 | 500 | 20 | 466 | 9 | 475 |
| Kingman (MTC) | 0 | 0 | 0 | 0 | 1,400 | 108 | 2,000 | 0 | 3,508 | 153 | 3,318 | 109 | 3,427 |
| Marana (MTC) | 0 | 0 | 0 | 0 | 0 | 0 | 500 | 0 | 500 | 8 | 470 | 2 | 472 |
| Total Rated Beds | **0** | | **0** | | **2,400** | | **3,500** | **0** | 5,900 | | | | |
| Total Temporary Beds | | **0** | | **0** | | **388** | | **250** | 638 | | | | |
| **In-State Private Total** | **0** | **0** | **0** | **0** | **2,400** | **388** | **3,500** | **250** | **6,538** | **246** | **6,216** | **145** | **6,361** |
| **ALL TOTAL** | **3,276** | **601** | **5,209** | **30** | **13,659** | **2,983** | **14,537** | **1,448** | **41,743** | **1,553** | **38,441** | **1,126** | **39,567** |
| **Out to Court / Out to Medical** | | | | | | | | | | | | | 461 |
| **TOTAL PRISON INMATE POPULATION** | | | | | | | | | | | | | 40,028 |
| **COMMUNITY SUPERVISION OFFENDERS** | | | | | | | | | | | | | 5,755 |
| **ADC TOTAL** | | | | | | | | | | | | | 45,783 |

*ASPC-Phoenix has 20 Rated Female Beds/2 Female Special Use Beds

# EXHIBIT RRR

# Subject to Protective Order

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

Defendants.

No. CV 12-00601-PHX-NVW (MEA)

**EXHIBIT RRR**

**This document is subject to a protective order issued by the Court (Dkt. 140) and shall not be copied or examined except in compliance with that order.**

# EXHIBIT SSS

# Subject to Protective Order

1          UNITED STATES DISTRICT COURT

2                  DISTRICT OF ARIZONA

3

4

5

6    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
     Dustin Brislan; Sonia Rodriguez; Christina             (MEA)
7    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph
8    Hefner; Joshua Polson; and Charlotte Wells, on        **EXHIBIT SSS**
     behalf of themselves and all others similarly
9    situated; and Arizona Center for Disability Law,

10              Plaintiffs,

11        v.

12   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
13   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
14   capacities,

15              Defendants.

16

17   **This document is subject to a protective order issued by the Court (Dkt. 140)
     and shall not be copied or examined except in compliance with that order.**

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT TTT

# Subject to Protective Order

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz;
Dustin Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith; Robert
Gamez; Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte Wells, on
behalf of themselves and all others similarly
situated; and Arizona Center for Disability Law,

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of
Corrections; and Richard Pratt, Interim Division
Director, Division of Health Services, Arizona
Department of Corrections, in their official
capacities,

Defendants.

No. CV 12-00601-PHX-NVW
(MEA)

**EXHIBIT TTT**

**This document is subject to a protective order issued by the Court (Dkt. 140)
and shall not be copied or examined except in compliance with that order.**

# EXHIBIT UUU
## Subject to Protective Order

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz;
Dustin Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith; Robert
Gamez; Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte Wells, on
behalf of themselves and all others similarly
situated; and Arizona Center for Disability Law,

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of
Corrections; and Richard Pratt, Interim Division
Director, Division of Health Services, Arizona
Department of Corrections, in their official
capacities,

Defendants.

No. CV 12-00601-PHX-NVW
(MEA)

**EXHIBIT UUU**

**This document is subject to a protective order issued by the Court (Dkt. 140)
and shall not be copied or examined except in compliance with that order.**

# EXHIBIT VVV
## Subject to Protective Order

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF ARIZONA

3

4

5

6    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
     Dustin Brislan; Sonia Rodriguez; Christina            (MEA)
7    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph
8    Hefner; Joshua Polson; and Charlotte Wells, on        **EXHIBIT VVV**
     behalf of themselves and all others similarly
9    situated; and Arizona Center for Disability Law,

     Plaintiffs,
10
          v.
11
     Charles Ryan, Director, Arizona Department of
12   Corrections; and Richard Pratt, Interim Division
     Director, Division of Health Services, Arizona
13   Department of Corrections, in their official
     capacities,
14
     Defendants.

15

16       **This document is subject to a protective order issued by the Court (Dkt. 140)**
17       **and shall not be copied or examined except in compliance with that order.**

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT WWW

## Subject to Protective Order

1

UNITED STATES DISTRICT COURT

2

DISTRICT OF ARIZONA

3

4

5

6

7

8

9

10

11

12

13

14

Victor Parsons; Shawn Jensen; Stephen Swartz;
Dustin Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith; Robert
Gamez; Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte Wells, on
behalf of themselves and all others similarly
situated; and Arizona Center for Disability Law,

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of
Corrections; and Richard Pratt, Interim Division
Director, Division of Health Services, Arizona
Department of Corrections, in their official
capacities,

Defendants.

No. CV 12-00601-PHX-NVW
(MEA)

**EXHIBIT WWW**

15

16

17

**This document is subject to a protective order issued by the Court (Dkt. 140)
and shall not be copied or examined except in compliance with that order.**

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT XXX

## Subject to Protective Order

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **EXHIBIT XXX** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

**This document is subject to a protective order issued by the Court (Dkt. 140) and shall not be copied or examined except in compliance with that order.**

# EXHIBIT YYY

## Subject to Protective Order

1          UNITED STATES DISTRICT COURT

2              DISTRICT OF ARIZONA

3

4

5

6    Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-NVW
     Dustin Brislan; Sonia Rodriguez; Christina                  (MEA)
     Verduzco; Jackie Thomas; Jeremy Smith; Robert
7    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
     Hefner; Joshua Polson; and Charlotte Wells, on           **EXHIBIT YYY**
8    behalf of themselves and all others similarly
     situated; and Arizona Center for Disability Law,

9              Plaintiffs,

10         v.

11   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
12   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
13   capacities,

                Defendants.
14

15

16      **This document is subject to a protective order issued by the Court (Dkt. 140)**
        **and shall not be copied or examined except in compliance with that order.**
17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT ZZZ

## Subject to Protective Order

1          UNITED STATES DISTRICT COURT

2              DISTRICT OF ARIZONA

3

4

5

6    Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-NVW
     Dustin Brislan; Sonia Rodriguez; Christina                 (MEA)
7    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph
8    Hefner; Joshua Polson; and Charlotte Wells, on          **EXHIBIT ZZZ**
     behalf of themselves and all others similarly
9    situated; and Arizona Center for Disability Law,

         Plaintiffs,
10
         v.
11
     Charles Ryan, Director, Arizona Department of
12   Corrections; and Richard Pratt, Interim Division
     Director, Division of Health Services, Arizona
13   Department of Corrections, in their official
     capacities,
14           Defendants.

15

16       **This document is subject to a protective order issued by the Court (Dkt. 140)**
         **and shall not be copied or examined except in compliance with that order.**
17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT AAAA

From:       JEFFREY SHARP
To:         JAMES BAIRD; STEVE GRABOWSKI
Date:       7/3/2009 2:19 PM
Subject:    ███████████████████████████

I saw IM 4/8/09 Probable Malignant Melanoma
Referred "URGENT" 4/8/09
He was seen by Dr. Massey @SMH 4/20/09
I wrote a followup "URGENT" referral for the definitive surgery recommended, w followup reminders on 5/6 and 5/13

To date, this has not been done

PLEASE see to this ASAP,
thank you, jas

Information pertaining to inmate
identities and inmate numbers has
all been redacted.

PLTF-PARSONS-000030

Keith Phillips v. Chuck Ryan, et al.
2:09-cv-00257-PHX-FJM(JRI)

# EXHIBIT BBBB

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE, & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>           Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>           Defendants. | NO. 2:12-cv-00601-NVW<br><br>**PLAINTIFF DUSTIN BRISLAN'S FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-78) AND FIRST SET OF INTERROGATORIES (NOS. 1-2) TO DEFENDANT CHARLES RYAN**<br><br>*AND DEFENDANT CHARLES RYAN'S FIRST SUPPLEMENTAL ANSWERS THERETO* |

Defendant Charles Ryan, pursuant to FED. R. CIV. P. 33 and 36, submits the following responses to Plaintiff Dustin Brislan's First Set of Requests for Admission (Nos. 1-78) and First Set of Interrogatories (Nos. 1-2).

## OBJECTIONS TO PLAINTIFFS" DEFINITIONS

Defendant objects to Plaintiffs' definition of "isolation," which includes several different housing assignments, each with its own criteria for assignment.  Inmates may be housed in a detention unit in disciplinary isolation, investigative detention, mental health observation, or pending placement into a maximum security unit.  Moreover, the term "isolation" implies solitary confinement; however, inmates housed in the housing units listed in Plaintiffs' definition of "isolation" may or may not have cellmates.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Admit that no written ADC POLICY prohibits housing PRISONERS whom ADC has classified as "seriously mentally ill" or "severely mentally ill" in ISOLATION.

***Response:***

Defendant objects to Plaintiffs' definition of "isolation," which includes several different housing assignments, each with its own criteria for assignment.  Inmates may be housed in a detention unit in disciplinary isolation, investigative detention, mental health observation, or pending placement into a maximum security unit.  Moreover, the term "isolation" implies solitary confinement; however, inmates housed in the housing units listed in Plaintiffs' definition of "isolation" may or may not have cellmates.  Defendant further objects that this Request is an incomplete and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and misleading.

Without waiving these objections, **to the extent that this Request uses the term "isolation," Defendant denies the Request.**  Defendant admits ~~in part~~ that placement of inmates in maximum custody and detention is determined by ADC's classification policy and by inmate behavior.  However, mental health monitoring of seriously mentally ill (SMI) inmates is, by policy, enhanced.  SMI inmates in maximum custody are to be

evaluated at least every 30 days.  Most at Florence and Eyman are housed in Enhanced Mental Health Treatment areas, where individual, group, and televised treatment options are available, as well as phased group outdoor recreation.

**REQUEST FOR ADMISSION NO. 2:**  Admit that PRISONERS whom ADC has classified as "seriously mentally ill" or "severely mentally ill" are housed in ISOLATION.

***Response:***

Defendant objects to Plaintiffs' definition of "isolation," which includes several different housing assignments, each with its own criteria for assignment.  Inmates may be housed in a detention unit in disciplinary isolation, investigative detention, mental health observation, or pending placement into a maximum security unit.  Moreover, the term "isolation" implies solitary confinement; however, inmates housed in the housing units listed in Plaintiffs' definition of "isolation" may or may not have cellmates.  Defendant further objects that this Request is an incomplete and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and misleading.

Without waiving these objections, ~~admit in part within parameters of request for admission #1.~~ **see #1, which answer is incorporated herein.**

**REQUEST FOR ADMISSION NO. 3:** Admit that no written ADC POLICY prohibits housing PRISONERS under the age of 18 in ISOLATION.

***Response:***

Defendant objects to the relevance of this Request, as Plaintiffs' Complaint does not raise claims relating to minors.  Defendant additionally to Plaintiffs' definition of "isolation," which includes several different housing assignments, each with its own criteria for assignment.  Inmates may be housed in a detention unit in disciplinary isolation, investigative detention, mental health observation, or pending placement into a maximum security unit.  Moreover, the term "isolation" implies solitary confinement; however, inmates housed in the housing units listed in Plaintiffs' definition of "isolation" may or may not have cellmates.  Defendant further objects that this Request is an incomplete and one-sided statement of the circumstances and is, therefore, vague,

3

1   ambiguous, and misleading.

2        Without waiving these objections, **to the extent that this Request uses the term**

3   **"isolation," Defendant denies the Request.**  Defendant admits ~~in part~~ that there is no

4   written policy that prohibits housing inmates under the age of 18 in detention or maximum

5   custody.  ~~However, Defendant denies the request because inmates under the age of 18 are~~

6   ~~not housed in any of the adult housing units identified in Plaintiff's definition of~~

7   ~~"isolation" (Browning Unit, SMU I, Kasson Unit, Central Unit, or Lumley – SMA).~~

8   **REQUEST FOR ADMISSION NO. 4:** Admit that PRISONERS under the age of 18 are

9   housed in ISOLATION.

10  *Response:*

11       Defendant objects to the relevance of this Request, as Plaintiffs' Complaint does

12  not raise claims relating to minors.  Defendant additionally objects to Plaintiffs' definition

13  of "isolation," which includes several different housing assignments, each with its own

14  criteria for assignment.  Inmates may be housed in a detention unit in disciplinary

15  isolation, investigative detention, mental health observation, or pending placement into a

16  maximum security unit.  Moreover, the term "isolation" implies solitary confinement;

17  however, inmates housed in the housing units listed in Plaintiffs' definition of "isolation"

18  may or may not have cellmates.  Defendant further objects that this Request is an

19  incomplete and one-sided statement of the circumstances and is, therefore, vague,

20  ambiguous, and misleading.

21       Without waiving these objections, **to the extent that this Request uses the term**

22  **"isolation," Defendant denies the Request.**  Defendant admits ~~in part~~ that inmates under

23  the age of 18 are housed in detention and maximum custody, but are not housed in any of

24  the adult housing units referred to in Plaintiffs' definition of "isolation."

25  **REQUEST FOR ADMISSION NO. 5:** Admit that no written ADC POLICY prohibits

26  housing PRISONERS over the age of 55 in ISOLATION.

27  *Response:*

28       Defendant objects to the relevance of this Request, as Plaintiffs' Complaint does

4

not raise claims relating to the age of any inmates.  Defendant additionally objects to Plaintiffs' definition of "isolation," which includes several different housing assignments, each with its own criteria for assignment.  Inmates may be housed in a detention unit in disciplinary isolation, investigative detention, mental health observation, or pending placement into a maximum security unit.  Moreover, the term "isolation" implies solitary confinement; however, inmates housed in the housing units listed in Plaintiffs' definition of "isolation" may or may not have cellmates.  Defendant further objects that this Request is an incomplete and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and misleading.

Without waiving these objections, **to the extent that this Request uses the term "isolation," Defendant denies the Request.**  Defendant admits ~~in part~~ that inmates over the age of 55 are eligible for housing in maximum custody and detention and are not specifically excluded by ADC policy.

**REQUEST FOR ADMISSION NO. 6:** Admit that PRISONERS over the age of 55 are housed in ISOLATION.

***Response:***

Defendant objects to the relevance of this Request, as Plaintiffs' Complaint does not raise claims relating to the age of any inmates.  Defendant additionally objects to Plaintiffs' definition of "isolation," which includes several different housing assignments, each with its own criteria for assignment.  Inmates may be housed in a detention unit in disciplinary isolation, investigative detention, mental health observation, or pending placement into a maximum security unit.  Moreover, the term "isolation" implies solitary confinement; however, inmates housed in the housing units listed in Plaintiffs' definition of "isolation" may or may not have cellmates.  Defendant further objects that this Request is an incomplete and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and misleading.

Without waiving these objections, **to the extent that this Request uses the term "isolation," Defendant denies the Request.**  Defendant admits ~~in part~~ that inmates over

the age of 55 are likely housed in the units identified in Plaintiffs' definition of "isolation."

**REQUEST FOR ADMISSION NO. 7:** Admit that ADC has no written POLICY requiring a face-to-face mental health evaluation of a PRISONER before he or she is housed in ISOLATION.

*Response:*

Defendant objects that this Request is vague and ambiguous as to the meaning of "mental health evaluation." Defendant additionally objects to Plaintiffs' definition of "isolation," which includes several different housing assignments, each with its own criteria for assignment. Inmates may be housed in a detention unit in disciplinary isolation, investigative detention, mental health observation, or pending placement into a maximum security unit. Moreover, the term "isolation" implies solitary confinement; however, inmates housed in the housing units listed in Plaintiffs' definition of "isolation" may or may not have cellmates. Defendant further objects that this Request is an incomplete and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and misleading.

Without waiving these objections, Defendant is unable to admit or deny this Request as written ~~after a reasonable inquiry~~. **To the extent that this Request uses the term "isolation," Defendant denies the Request. Defendant admits that** for operational and security reasons, ADC written policy does not require a face-to-face mental health evaluation of an inmate before the inmate is placed in segregation housing; however, security staff conduct an observational assessment of the inmate's condition prior to placement in segregation housing. If the inmate is injured, appears ill, or appears mentally or behaviorally unstable, medical staff will conduct an immediate face-to-face assessment. Alternate housing or treatment may occur as a result of this assessment. Health services staff must be notified within one hour of inmate placement in segregation housing. Nursing staff perform an immediate chart review to ascertain if any medical, dental, or mental health issues exist which contraindicate this placement or require

6

1  accommodation to the inmate's lockdown status.  See ADC Health Services Technical

2  Manual, Chapter 7, Section 6.0.

3      In addition to this process, mental health staff is notified when inmates are placed

4  in detention/segregation for protective segregation review.  A face-to-face meeting with

5  these inmates **is** held within 24 to 72 hours of their placement in detention/segregation

6  housing to assess their mental health and behavioral stability.

7  **REQUEST FOR ADMISSION NO. 8:** Admit that WEXFORD has no written POLICY

8  requiring a face-to-face mental health evaluation of a PRISONER before he or she is

9  housed in ISOLATION.

10  *Response:*

11      Defendant objects that this Request seeks an admission regarding the policies of a

12  non-party to this litigation.  Defendant additionally objects that this Request is vague and

13  ambiguous as to the meaning of "mental health evaluation."  Defendant additionally

14  objects to Plaintiffs' definition of "isolation," which includes several different housing

15  assignments, each with its own criteria for assignment.  Inmates may be housed in a

16  detention unit in disciplinary isolation, investigative detention, mental health observation,

17  or pending placement into a maximum security unit.  Moreover, the term "isolation"

18  implies solitary confinement; however, inmates housed in the housing units listed in

19  Plaintiffs' definition of "isolation" may or may not have cellmates.  Defendant further

20  objects that this Request is an incomplete and one-sided statement of the circumstances

21  and is, therefore, vague, ambiguous, and misleading.

22      Without waiving these objections, **to the extent that this Request uses the term**

23  **"isolation," Defendant denies the Request.**  Defendant **Ryan has no personal**

24  **knowledge of Wexford's internal policies, but** admits ~~in part~~ that Wexford is

25  contractually obligated to adhere to existing ADC policies and procedures**, including**

26  **ADC Health Services Technical Manual, Chapter 7, Section 6.0, which addresses**

27  **mental health evaluations of inmates before and after placement in various housing**

28  **assignments, including disciplinary isolation, investigative detention, and mental**

7

1  **health observation.**

2  **REQUEST FOR ADMISSION NO. 9:**   Admit that ADC has no written POLICY

3  requiring a mental health evaluation of a PRISONER before he or she is housed in

4  ISOLATION.

5  *Response:*

6       Defendant objects that this Request is vague and ambiguous as to the meaning of

7  "mental health evaluation."  Defendant additionally objects to Plaintiffs' definition of

8  "isolation," which includes several different housing assignments, each with its own

9  criteria for assignment.  Inmates may be housed in a detention unit in disciplinary

10  isolation, investigative detention, mental health observation, or pending placement into a

11  maximum security unit.  Moreover, the term "isolation" implies solitary confinement;

12  however, inmates housed in the housing units listed in Plaintiffs' definition of "isolation"

13  may or may not have cellmates.  Defendant further objects that this Request is an

14  incomplete and one-sided statement of the circumstances and is, therefore, vague,

15  ambiguous, and misleading.

16       Without waiving these objections, see #7, which answer is incorporated herein.

17  **REQUEST FOR ADMISSION NO. 10:**   Admit that WEXFORD has no written

18  POLICY requiring a mental health evaluation of a PRISONER before he or she is housed

19  in ISOLATION.

20  *Response:*

21       Defendant objects that this Request seeks an admission regarding the policies of a

22  non-party to this litigation.  Defendant further objects that this Request is vague and

23  ambiguous as to the meaning of "mental health evaluation."   Defendant additionally

24  objects to Plaintiffs' definition of "isolation," which includes several different housing

25  assignments, each with its own criteria for assignment.  Inmates may be housed in a

26  detention unit in disciplinary isolation, investigative detention, mental health observation,

27  or pending placement into a maximum security unit.  Moreover, the term "isolation"

28  implies solitary confinement; however, inmates housed in the housing units listed in

8

Plaintiffs' definition of "isolation" may or may not have cellmates.  Defendant further objects that this Request is an incomplete and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and misleading.

Without waiving these objections, **to the extent that this Request uses the term "isolation," Defendant denies the Request.**  Defendant **Ryan has no personal knowledge of Wexford's internal policies, but** admits ~~in part~~ that Wexford is contractually obligated to adhere to existing ADC policies and procedures**, including those outlined in Defendants' response to #7, which answer is incorporated herein.**

**REQUEST FOR ADMISSION NO. 11:**  Admit that PRISONERS in ISOLATION are offered less than five hours per week of out-of-cell exercise.

***Response:***

Defendant objects to Plaintiffs' definition of "isolation," which includes several different housing assignments, each with its own criteria for assignment.  Inmates may be housed in a detention unit in disciplinary isolation, investigative detention, mental health observation, or pending placement into a maximum security unit.  Moreover, the term "isolation" implies solitary confinement; however, inmates housed in the housing units listed in Plaintiffs' definition of "isolation" may or may not have cellmates.

Without waiving these objections, Defendant denies this Request.  Pursuant to DO 804.01 at 1.2.6.5 and DO 704.10 at 1.1, inmates in detention and maximum custody are offered six hours per week of out-of-cell exercise.

**REQUEST FOR ADMISSION NO. 12:**  Admit that ADC written POLICY allows PRISONERS in ISOLATION to be offered less than five hours per week of out-of-cell exercise.

***Response:***

Defendant objects to Plaintiffs' definition of "isolation," which includes several different housing assignments, each with its own criteria for assignment.  Inmates may be housed in a detention unit in disciplinary isolation, investigative detention, mental health observation, or pending placement into a maximum security unit.  Moreover, the term

1  "isolation" implies solitary confinement; however, inmates housed in the housing units

2  listed in Plaintiffs' definition of "isolation" may or may not have cellmates.

3      Without waiving these objections, Defendant denies this Request.  Pursuant to DO

4  906.01 at 1.3.1; DO 804.01 at 1.2.6.5; and DO 704.01 at 1.1, inmates in detention and

5  maximum custody are offered six hours per week of out-of-cell exercise.

6  **REQUEST FOR ADMISSION NO. 13:**  Admit that for PRISONERS in ISOLATION

7  the only out-of-cell exercise offered occurs in a windowless enclosure.

8  ***Response:***

9      Defendant objects to Plaintiffs' definition of "isolation," which includes several

10  different housing assignments, each with its own criteria for assignment.  Inmates may be

11  housed in a detention unit in disciplinary isolation, investigative detention, mental health

12  observation, or pending placement into a maximum security unit.  Moreover, the term

13  "isolation" implies solitary confinement; however, inmates housed in the housing units

14  listed in Plaintiffs' definition of "isolation" may or may not have cellmates.  Defendant

15  further objects that this Request is an incomplete and one-sided statement of the

16  circumstances and is, therefore, vague, ambiguous, and misleading.

17      Without waiving these objections, Defendant is unable to admit or deny this

18  Request as **it is** written ~~after a reasonable inquiry~~.  The exercise enclosures used by most

19  of the inmates housed in detention or in the maximum custody housing units are

20  constructed of chain link fencing **or steel mesh** with a cloth shade screen roof **and**

21  **misting systems**.  These enclosures provide the inmates with access to fresh air and

22  sunshine, and allow for communication between inmates in adjoining enclosures.  The

23  exercise enclosures at SMU I and Browning consist of concrete walls with a steel mesh

24  ceiling that is open to sky.  There is a vision window in the door leading into the exercise

25  enclosure.

26  **REQUEST FOR ADMISSION NO. 14:**  Admit that for PRISONERS in ISOLATION

27  the only out-of-cell exercise offered occurs in a windowless enclosure with no exercise

28  equipment.

*Response:*

Defendant objects to Plaintiffs' definition of "isolation," which includes several different housing assignments, each with its own criteria for assignment. Inmates may be housed in a detention unit in disciplinary isolation, investigative detention, mental health observation, or pending placement into a maximum security unit. Moreover, the term "isolation" implies solitary confinement; however, inmates housed in the housing units listed in Plaintiffs' definition of "isolation" may or may not have cellmates. Defendant further objects that this Request is an incomplete and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and misleading. Defendant additionally objects that this Request is compound and, therefore, unanswerable as written.

Without waiving these objections, Defendant is unable to admit or deny this Request as it is written. As to the design of the exercise enclosures, see Defendant's response to #13, which answer is incorporated herein. Inmates using the recreation enclosures at SMU I, Browning, Kasson, Central, Lumley, and the detention units may request a handball to use during recreation.

**REQUEST FOR ADMISSION NO. 15:** Admit that ADC has no written POLICY requiring OUTDOOR EXERCISE for PRISONERS held in ISOLATION.

*Response:*

Defendant objects to Plaintiffs' definition of "isolation," which includes several different housing assignments, each with its own criteria for assignment. Inmates may be housed in a detention unit in disciplinary isolation, investigative detention, mental health observation, or pending placement into a maximum security unit. Moreover, the term "isolation" implies solitary confinement; however, inmates housed in the housing units listed in Plaintiffs' definition of "isolation" may or may not have cellmates. Defendant further objects that this Request is an incomplete and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and misleading.

Without waiving these objections, Defendant is unable to admit or deny this

Request as written.  ADC policy requires "out of cell exercise."  See DO 906.01 at 1.3.1; DO 804.01 at 1.2.6.5; and DO 704.10 at 1.1.  As explained in Defendant's response to #13, ADC exercise enclosures are open to the outdoors either through chain link fencing material or steel mesh.

**REQUEST FOR ADMISSION NO. 16:**  Admit that ADC has no written POLICY requiring that PRISONERS in ISOLATION be given access to exercise equipment.

***Response:***

Defendant objects to Plaintiffs' definition of "isolation," which includes several different housing assignments, each with its own criteria for assignment.  Inmates may be housed in a detention unit in disciplinary isolation, investigative detention, mental health observation, or pending placement into a maximum security unit.  Moreover, the term "isolation" implies solitary confinement; however, inmates housed in the housing units listed in Plaintiffs' definition of "isolation" may or may not have cellmates.  Defendant further objects that this Request is an incomplete and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and misleading.

Without waiving these objections, **to the extent that this Request uses the term "isolation," Defendant denies the Request.**  Defendant admits ~~in part~~ that for security purposes, exercise is limited to the use of a handball and calisthenics, with an emphasis on large muscle exercise, including walking, jogging in place, and isometrics.  See DO 906.01 at 1.3.

**REQUEST FOR ADMISSION NO. 17:**  Admit that when scheduled out-of-cell exercise for PRISONERS in ISOLATION is canceled, ADC written POLICY does not require staff to schedule additional exercise time to compensate for the cancellation.

***Response:***

Defendant objects to Plaintiffs' definition of "isolation," which includes several different housing assignments, each with its own criteria for assignment.  Inmates may be housed in a detention unit in disciplinary isolation, investigative detention, mental health observation, or pending placement into a maximum security unit.  Moreover, the term

12

"isolation" implies solitary confinement; however, inmates housed in the housing units listed in Plaintiffs' definition of "isolation" may or may not have cellmates.  Defendant further objects that this Request is an incomplete and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and misleading.

Without waiving these objections, **to the extent that this Request uses the term "isolation," Defendant denies the Request.**  Defendant admits ~~in part~~ that ADC written policy does not specifically require rescheduling of exercise time to compensate for a cancellation of exercise time; however, ADC written policy requires that inmates receive a minimum of six hours per week of exercise time per week unless prohibited by a legitimate security need.  See DO 906.01 at 1.3.1.

**REQUEST FOR ADMISSION NO. 18:**  Admit that PRISONERS in ISOLATION have been denied scheduled out-of-cell exercise due to their alleged noncompliance with grooming rules.

***Response:***

Defendant objects to Plaintiffs' definition of "isolation," which includes several different housing assignments, each with its own criteria for assignment.  Inmates may be housed in a detention unit in disciplinary isolation, investigative detention, mental health observation, or pending placement into a maximum security unit.  Moreover, the term "isolation" implies solitary confinement; however, inmates housed in the housing units listed in Plaintiffs' definition of "isolation" may or may not have cellmates.  Defendant further objects that this Request is an incomplete and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and misleading.

Without waiving these objections, Defendant denies this Request.  See DO 804.01 at 1.3.1.

**REQUEST FOR ADMISSION NO. 19:**  Admit that ADC written POLICY allows PRISONERS in ISOLATION to be denied scheduled out-of-cell exercise due to noncompliance with grooming rules.

***Response:***

13

1        Defendant objects to Plaintiffs' definition of "isolation," which includes several

2    different housing assignments, each with its own criteria for assignment.  Inmates may be

3    housed in a detention unit in disciplinary isolation, investigative detention, mental health

4    observation, or pending placement into a maximum security unit.  Moreover, the term

5    "isolation" implies solitary confinement; however, inmates housed in the housing units

6    listed in Plaintiffs' definition of "isolation" may or may not have cellmates.  Defendant

7    further objects that this Request is an incomplete and one-sided statement of the

8    circumstances and is, therefore, vague, ambiguous, and misleading.

9        Without waiving these objections, Defendant denies this Request.  See DO 804.01

10   at 1.3.1.

11   **REQUEST FOR ADMISSION NO. 20:**  Admit that PRISONERS in ISOLATION are

12   held in cells with no window to the outside.

13   *Response:*

14       Defendant objects to Plaintiffs' definition of "isolation," which includes several

15   different housing assignments, each with its own criteria for assignment.  Inmates may be

16   housed in a detention unit in disciplinary isolation, investigative detention, mental health

17   observation, or pending placement into a maximum security unit.  Moreover, the term

18   "isolation" implies solitary confinement; however, inmates housed in the housing units

19   listed in Plaintiffs' definition of "isolation" may or may not have cellmates.  Defendant

20   further objects that this Request is an incomplete and one-sided statement of the

21   circumstances and is, therefore, vague, ambiguous, and misleading.

22       Without waiving these objections, Defendant denies this Request.  Most contains a

23   number of clusters.  Each cluster contains a number of pods.  Each pod consists of a

24   number of cells on two levels.  There are skylights in the ceiling of each cluster, which

25   brings indirect daylight into the buildings.

26   **REQUEST FOR ADMISSION NO. 21:**  Admit that PRISONERS in ISOLATION are

27   held in cells that are illuminated 24 hours a day.

28   *Response:*

14

1   Defendant objects to Plaintiffs' definition of "isolation," which includes several
2   different housing assignments, each with its own criteria for assignment. Inmates may be
3   housed in a detention unit in disciplinary isolation, investigative detention, mental health
4   observation, or pending placement into a maximum security unit. Moreover, the term
5   "isolation" implies solitary confinement; however, inmates housed in the housing units
6   listed in Plaintiffs' definition of "isolation" may or may not have cellmates. Defendant
7   further objects that this Request is an incomplete and one-sided statement of the
8   circumstances and is, therefore, vague, ambiguous, and misleading.

9   Without waiving these objections, Defendant is unable to admit or deny this
10  Request as it is written ~~after reasonable inquiry~~. **To the extent that this Request uses**
11  **the term "isolation," Defendant denies the Request.** Defendant admits ~~in part~~ that in
12  Browning, as well as in detention units, cells are lit by a 7-watt bulb (similar in brightness
13  to a night light) from 10 p.m. to 4 .a.m on weekdays and from 12:00 – 4:00 a.m. on
14  weekends. Defendant denies that SMU I employs 24-hour cell illumination.

15  **REQUEST FOR ADMISSION NO. 22:** Admit that ADC written POLICY allows
16  PRISONERS to be housed in ISOLATION without either a television or a radio.

17  ***Response:***

18  Defendant objects to Plaintiffs' definition of "isolation," which includes several
19  different housing assignments, each with its own criteria for assignment. Inmates may be
20  housed in a detention unit in disciplinary isolation, investigative detention, mental health
21  observation, or pending placement into a maximum security unit. Moreover, the term
22  "isolation" implies solitary confinement; however, inmates housed in the housing units
23  listed in Plaintiffs' definition of "isolation" may or may not have cellmates. Defendant
24  further objects that this Request is an incomplete and one-sided statement of the
25  circumstances and is, therefore, vague, ambiguous, and misleading.

26  Without waiving these objections, **to the extent that this Request uses the term**
27  **"isolation," Defendant denies the Request.** Defendant admits ~~in part~~ that inmates
28  housed in detention cells may be denied the possession of their radio or television as a

15

1   disciplinary sanction.   Otherwise, inmates housed in detention cells or in maximum

2   custody cells are permitted to possess a radio or television if they have the funds to

3   purchase them.

4   **REQUEST FOR ADMISSION NO. 23:**   Admit that ADC written POLICY allows

5   PRISONERS to be housed in ISOLATION without regard to whether they are

6   functionally illiterate.

7   *Response:*

8   Defendant objects to Plaintiffs' definition of "isolation," which includes several

9   different housing assignments, each with its own criteria for assignment.  Inmates may be

10  housed in a detention unit in disciplinary isolation, investigative detention, mental health

11  observation, or pending placement into a maximum security unit.  Moreover, the term

12  "isolation" implies solitary confinement; however, inmates housed in the housing units

13  listed in Plaintiffs' definition of "isolation" may or may not have cellmates.  Defendant

14  further objects that this Request is an incomplete and one-sided statement of the

15  circumstances and is, therefore, vague, ambiguous, and misleading.

16  Without waiving these objections, **to the extent that this Request uses the term**

17  **"isolation," Defendant denies the Request.**  Defendant admits ~~in part~~ that ADC written

18  policy allows for inmates to be housed in detention and maximum custody without regard

19  to whether they are functionally illiterate.  A.R.S. § 31-229.02(B) exempts level 5 inmates

20  from the mandatory literacy requirement.

21  **REQUEST FOR ADMISSION NO. 24:**   Admit that ADC written POLICY allows

22  PRISONERS to be housed in ISOLATION solely for their own protection.

23  *Response:*

24  Defendant objects to the relevance of this Request, as Plaintiffs' Complaint does

25  not raise claims relating to housing inmates in isolation solely for their own protection.

26  Defendant additionally objects to Plaintiffs' definition of "isolation," which includes

27  several different housing assignments, each with its own criteria for assignment.  Inmates

28  may be housed in a detention unit in disciplinary isolation, investigative detention, mental

1    health observation, or pending placement into a maximum security unit.  Moreover, the

2    term "isolation" implies solitary confinement; however, inmates housed in the housing

3    units listed in Plaintiffs' definition of "isolation" may or may not have cellmates.

4    Defendant further objects that this Request is an incomplete and one-sided statement of

5    the circumstances and is, therefore, vague, ambiguous, and misleading.

6          Without waiving these objections, **Defendant is unable to admit or deny this**

7    **Request as it is written.  To the extent that this Request uses the term "isolation,"**

8    **Defendant denies the Request.**  Defendant admits ~~in part~~ that DO 805 permits an inmate

9    to make a verbal or written request to be housed in protective segregation.  ADC policies

10   provide staff with the necessary flexibility to house an inmate in SMU I, Browning Unit,

11   Kasson Unit, Central Unit, Lumley – SMA, or in a detention unit if necessary to keep the

12   inmate safe.  Defendant denies that ADC written policy authorizes the immediate and

13   permanent assignment to any of these housing units without first conducting the review

14   process outlined in DO 805.  Pursuant to DO 805.06, any inmate may request removal

15   from protective segregation.

16   **REQUEST FOR ADMISSION NO. 25:**  Admit that ADC written POLICY allows

17   PRISONERS to be housed in ISOLATION solely because they are under sentence of

18   death.

19   ***Response:***

20         Defendant objects to the relevance of this Request, as Plaintiffs' Complaint does

21   not raise claims relating to housing inmates in isolation solely because they are under

22   sentence of death.  Defendant additionally objects to Plaintiffs' definition of "isolation,"

23   which includes several different housing assignments, each with its own criteria for

24   assignment.  Inmates may be housed in a detention unit in disciplinary isolation,

25   investigative detention, mental health observation, or pending placement into a maximum

26   security unit.  Moreover, the term "isolation" implies solitary confinement; however,

27   inmates housed in the housing units listed in Plaintiffs' definition of "isolation" may or

28   may not have cellmates.  Defendant further objects that this Request is an incomplete and

17

one-sided statement of the circumstances and is, therefore, vague, ambiguous, and misleading.

Without waiving these objections, **to the extent that this Request uses the term "isolation," Defendant denies the Request.** Defendant admits ~~in part~~ that pursuant to DO 801, inmates sentenced to death are automatically placed in maximum custody.

**REQUEST FOR ADMISSION NO. 26:** Admit that ADC written POLICY allows PRISONERS to be housed in ISOLATION solely because they are serving a sentence of life imprisonment.

***Response:***

Defendant objects to the relevance of this Request, as Plaintiffs' Complaint does not raise claims relating to housing inmates in isolation solely because they are serving a sentence of life imprisonment. Defendant additionally objects to Plaintiffs' definition of "isolation," which includes several different housing assignments, each with its own criteria for assignment. Inmates may be housed in a detention unit in disciplinary isolation, investigative detention, mental health observation, or pending placement into a maximum security unit. Moreover, the term "isolation" implies solitary confinement; however, inmates housed in the housing units listed in Plaintiffs' definition of "isolation" may or may not have cellmates. Defendant further objects that this Request is an incomplete and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and misleading.

Without waiving these objections, **to the extent that this Request uses the term "isolation," Defendant denies the Request.** Defendant admits ~~in part~~ that pursuant to DO 801, inmates sentenced to life serve a minimum of two years in maximum custody, three years in close custody, and then may reduce to medium custody. Inmates sentenced to life cannot reduce below medium custody.

**REQUEST FOR ADMISSION NO. 27:** Admit that ADC written POLICY allows PRISONERS to be housed in ISOLATION solely because of the unavailability of space in a non-ISOLATION facility.

1     *Response:*

2         Defendant objects to the relevance of this Request, as Plaintiffs' Complaint does

3 not raise claims relating to housing inmates in isolation solely because of the

4 unavailability of space in a non-isolation facility. Defendant additionally objects to

5 Plaintiffs' definition of "isolation," which includes several different housing assignments,

6 each with its own criteria for assignment. Inmates may be housed in a detention unit in

7 disciplinary isolation, investigative detention, mental health observation, or pending

8 placement into a maximum security unit. Moreover, the term "isolation" implies solitary

9 confinement; however, inmates housed in the housing units listed in Plaintiffs' definition

10 of "isolation" may or may not have cellmates. Defendant further objects that this Request

11 is an incomplete and one-sided statement of the circumstances and is, therefore, vague,

12 ambiguous, and misleading.

13         Without waiving these objections, Defendant denies this Request. ADC does not

14 have a policy that allows detention beds or maximum custody beds to be filled based on a

15 lack of bed space.

16 **REQUEST FOR ADMISSION NO. 28:** Admit that PRISONERS housed in a Special

17 Management Unit (SMU) are ineligible to participate in educational programs.

18 *Response:*

19         Defendant objects that this Request is vague as to the meaning of "educational

20 programs." Defendant further objects to the relevance of this Request, as Plaintiffs'

21 Complaint does not allege that any Plaintiffs have been denied participation in

22 "educational programs" as a result of being in a Special Management Unit. Defendant

23 further objects that this Request is an incomplete and one-sided statement of the

24 circumstances and is, therefore, vague, ambiguous, and misleading.

25         Without waiving these objections, Defendant admits ~~in part~~ that A.R.S. § 31-

26 240(B) precludes the director from expending the education services budget monies for

27 education programs dedicated to inmates incarcerated in a special management unit or

28 ~~prisoners~~ sentenced to death.

**REQUEST FOR ADMISSION NO. 29**:   Admit that PRISONERS classified as maximum custody are ineligible because of their custody classification for certain forms of mental health treatment available to other PRISONERS.

*Response:*

Defendant objects that this Request is an incomplete and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and misleading.  Defendant further objects that this Request is vague as to the meaning of the phrase "certain forms of mental health treatment."

Without waiving these objections, Defendant denies this Request, as inmates may receive individual mental health treatment, psychiatric treatment, and be referred to and treated at in-patient programs.

**REQUEST FOR ADMISSION NO. 30:**  Admit that group mental health therapy is not available in ASPC Florence - Central Unit.

*Response:*

Defendant objects that this Request is an incomplete and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and misleading.

Without waiving these objections, Defendant denies this Request.  As a part of the treatment available at the Central Unit Enhanced Mental Health Treatment Area, inmates may be afforded the opportunity to be escorted unrestrained to an educational classroom to participate in group therapy sessions.  **Inmates in wing 1 of the Kasson cell block at Central Unit are provided group mental health therapy on the recreation yard.** Inmates in **the** Enhanced Treatment Area**s** may also access **psycho-educational** group instruction through television programs on the CCTV series.

**REQUEST FOR ADMISSION NO. 31:**  Admit that PRISONERS in ISOLATION receive only two MEALS per day.

*Response:*

Defendant objects to Plaintiffs' definition of "isolation," which includes several different housing assignments, each with its own criteria for assignment.  Inmates may be

20

1   housed in a detention unit in disciplinary isolation, investigative detention, mental health
2   observation, or pending placement into a maximum security unit.  Moreover, the term
3   "isolation" implies solitary confinement; however, inmates housed in the housing units
4   listed in Plaintiffs' definition of "isolation" may or may not have cellmates.

5      Without waiving these objections, Defendant is unable to admit or deny this
6   Request as **it is** written ~~after a reasonable inquiry~~.  **To the extent that this Request uses**
7   **the term "isolation," Defendant denies the Request.  Defendant admits that** inmates
8   in maximum custody settings, including detention, are subject to a twice-a-day food
9   delivery schedule under which inmates receive an amount of food equal to three meals.  In
10  the morning, the inmates receive a "mega snack," which provides food for both breakfast
11  and lunch.  In the evening, inmates receive a hot dinner.  Male inmates in restricted
12  movement housing areas, including maximum custody and detention, are provided with a
13  diet that averages 2600 calories per day.  Male inmates in non-restricted areas receive
14  2900 calories per day.  The twice-a-day feeding schedule for restricted movement inmates
15  provides the same number of total calories that were provided in the previous three-times-
16  a-day feeding schedule.

17  **REQUEST FOR ADMISSION NO. 32:**   Admit that ADC written POLICY authorizes
18  the provision of only two MEALS per day to PRISONERS in ISOLATION.
19  *Response:*

20     Defendant objects to Plaintiffs' definition of "isolation," which includes several
21  different housing assignments, each with its own criteria for assignment.  Inmates may be
22  housed in a detention unit in disciplinary isolation, investigative detention, mental health
23  observation, or pending placement into a maximum security unit.  Moreover, the term
24  "isolation" implies solitary confinement; however, inmates housed in the housing units
25  listed in Plaintiffs' definition of "isolation" may or may not have cellmates.

26     Without waiving these objections, Defendant is unable to admit or deny this
27  Request as **it is** written ~~after a reasonable inquiry~~.  **To the extent that this Request uses**
28  **the term "isolation," Defendant denies the Request.  Defendant admits that** ADC

1    policy provides for a twice-a-day food delivery schedule under which inmates receive an
2    amount of food equal to three meals.

3    **REQUEST FOR ADMISSION NO. 33:**   Admit that ADC has no written POLICY
4    requiring PRISONERS who are taking psychotropic medications to be housed in areas
5    where the temperature does not exceed 85 degrees Fahrenheit.

6    *Response:*

7          Defendant objects that this Request is an incomplete and one-sided statement of the
8    circumstances and is, therefore, vague, ambiguous, and misleading.

9          Without waiving these objections, Defendant admits in part that while ADC has a
10   written policy regarding activities in direct sunlight for inmates taking psychotropic
11   medications, ADC has ~~seen~~ no **policy** ~~medical reason to~~ specify**ing** temperature limits for
12   areas housing these inmates.

13   **REQUEST FOR ADMISSION NO. 34:**   Admit that WEXFORD has no written
14   POLICY requiring PRISONERS who are taking psychotropic medications to be housed in
15   areas where the temperature does not exceed 85 degrees Fahrenheit.

16   *Response:*

17         Defendant objects that this Request seeks an admission regarding the policies of a
18   non-party to this litigation.  Defendant further objects that this Request is an incomplete
19   and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and
20   misleading.

21         Without waiving these objections, Defendant **Ryan has no personal knowledge of**
22   **Wexford's internal policies, but** admits ~~in part~~ that Wexford is contractually obligated to
23   adhere to existing ADC policies and procedures**, including those outlined in**
24   **Defendant's response to #33, which answer is incorporated herein.**

25   **REQUEST FOR ADMISSION NO. 35:**   Admit that ADC written POLICY does not
26   prevent PRISONERS who are taking psychotropic medications from being housed in
27   areas where the temperature exceeds 85 degrees Fahrenheit.

28   *Response:*

1  Defendant objects that this Request is an incomplete and one-sided statement of the

2  circumstances and is, therefore, vague, ambiguous, and misleading.

3  Without waiving these objections, see #33, which answer is incorporated herein.

4  **REQUEST FOR ADMISSION NO. 36:**  Admit that WEXFORD written POLICY does

5  not prevent PRISONERS who are taking psychotropic medications from being housed in

6  areas where the temperature exceeds 85 degrees Fahrenheit.

7  *Response:*

8  Defendant objects that this Request seeks an admission regarding the policies of a

9  non-party to this litigation.  Defendant further objects that this Request is an incomplete

10  and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and

11  misleading.

12  Without waiving these objections, Defendant **Ryan has no personal knowledge of**

13  **Wexford's internal policies, but** admits ~~in part~~ that Wexford is contractually obligated to

14  adhere to existing ADC policies and procedures**, including those outlined in**

15  **Defendant's response to #33, which answer is incorporated herein.**

16  **REQUEST FOR ADMISSION NO. 37:**  Admit that ADC PRISONERS who are taking

17  psychotropic medications are housed in areas where the temperature exceeds 85 degrees

18  Fahrenheit.

19  *Response:*

20  Defendant objects that this Request is an incomplete and one-sided statement of the

21  circumstances and is, therefore, vague, ambiguous, and misleading.

22  Without waiving these objections, and after making a reasonable inquiry,

23  Defendant **Ryan** is unaware of any inmates~~, including inmates~~ who are taking

24  psychotropic medications, being housed in areas where the temperature exceeds 85

25  degrees.  Defendant therefore denies this request.

26  **REQUEST FOR ADMISSION NO. 38:**  Admit that ADC has no written POLICY

27  restricting the use of CHEMICAL AGENTS on PRISONERS who are mentally ill.

28  *Response:*

1    Defendant objects that this Request is an incomplete and one-sided statement of the

2    circumstances and is, therefore, vague, ambiguous, and misleading.

3    Without waiving these objections, Defendant admits ~~in part~~ that ADC policy

4    regarding the use of force is directed toward maintaining staff and inmate safety while

5    utilizing the minimum force necessary to ensure their safety.  There is no exception in the

6    policy for mentally ill inmates.  ADC written policy is consistent with A.R.S. § 13-403(2),

7    which authorizes correctional officers to use physical force for the preservation of the

8    peace, to maintain order or discipline, or to prevent the commission of a felony or

9    misdemeanor.

10   **REQUEST FOR ADMISSION NO. 39:**  Admit that CHEMICAL AGENTS have been

11   used on PRISONERS who are mentally ill.

12   *Response:*

13   Defendant objects that this Request is an incomplete and one-sided statement of the

14   circumstances and is, therefore, vague, ambiguous, and misleading.

15   Without waiving these objections, Defendant admits ~~in part~~ that within the limits

16   set by ADC's policy on use of force, chemical agents have been used in situations

17   involving inmates who are mentally ill.

18   **REQUEST FOR ADMISSION NO. 40:**  Admit that ADC has no written POLICY

19   restricting the use of CHEMICAL AGENTS on PRISONERS whom ADC has classified

20   as "seriously mentally ill" or "severely mentally ill."

21   *Response:*

22   Defendant objects that this Request is an incomplete and one-sided statement of the

23   circumstances and is, therefore, vague, ambiguous, and misleading.

24   Without waiving these objections, see #38, which answer is incorporated herein.

25   **REQUEST FOR ADMISSION NO. 41:**  Admit that CHEMICAL AGENTS have been

26   used on PRISONERS whom ADC has classified as "seriously mentally ill" or "severely

27   mentally ill."

28   *Response:*

24

1  Defendant objects that this Request is an incomplete and one-sided statement of the

2  circumstances and is, therefore, vague, ambiguous, and misleading.

3  Without waiving these objections, see #39, which answer is incorporated herein.

4  **REQUEST FOR ADMISSION NO. 42:**  Admit that ADC has no written POLICY

5  restricting the use of CHEMICAL AGENTS on PRISONERS who are taking

6  psychotropic medications.

7  *Response:*

8  Defendant objects that this Request is an incomplete and one-sided statement of the

9  circumstances and is, therefore, vague, ambiguous, and misleading.

10  Without waiving these objections, Defendant admits ~~in part~~ that ADC policy

11  regarding the use of force is directed toward maintaining staff and inmate safety while

12  utilizing the minimum force necessary to ensure their safety.  There is no exception in the

13  policy for inmates who are taking psychotropic medications.

14  **REQUEST FOR ADMISSION NO. 43:**  Admit that CHEMICAL AGENTS have been

15  used on PRISONERS who are taking psychotropic medications.

16  *Response:*

17  Defendant objects that this Request is an incomplete and one-sided statement of the

18  circumstances and is, therefore, vague, ambiguous, and misleading.

19  Without waiving these objections, Defendant admits ~~in part~~ that within the limits

20  set by ADC's use of force policy, chemical agents have been used in situations involving

21  inmates who are taking psychotropic medications.

22  **REQUEST FOR ADMISSION NO. 44:**  Admit that ADC has no written POLICY

23  requiring PRISONERS who are taking psychotropic medications to be seen face-to-face

24  by a psychiatrist.

25  *Response:*

26  Defendant objects that this Request is an incomplete and one-sided statement of the

27  circumstances and is, therefore, vague, ambiguous, and misleading.

28  Without waiving this objection, Defendant denies this Request.   Current ADC

policy requires that inmates who are prescribed psychotropic medication be evaluated by psychiatric staff, to include either a psychiatrist or a mental health professional in consultation with a ~~psychiatric provider~~ **psychiatrist**, every 90 days.

**REQUEST FOR ADMISSION NO. 45:**  Admit that WEXFORD has no written POLICY requiring PRISONERS who are taking psychotropic medications to be seen face-to-face by a psychiatrist.

*Response:*

Defendant objects that this Request seeks an admission regarding the policies of a non-party to this litigation.

Without waiving these objections, Defendant **Ryan has no personal knowledge of Wexford's internal policies, but** admits ~~in part~~ that Wexford is contractually obligated to adhere to existing ADC policies and procedures**, including those outlined in Defendant's response to #44, which answer is incorporated herein.**

In addition, this practice is a specific requirement in Wexford's contract.

**REQUEST FOR ADMISSION NO. 46:**  Admit that ADC written POLICY allows PRISONERS to be prescribed psychotropic medications without being seen face-to-face by a psychiatrist.

*Response:*

Defendant objects that this Request is an incomplete and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and misleading.

Without waiving this objection, Defendant admits in part that medication may be continued at the Intake process without a face-to-face contact with psychiatric staff, to include either a ~~psychiatric provider~~ **psychiatrist** or a mental health professional in consultation with a ~~psychiatric provider~~ **psychiatrist**.  Otherwise, this can only be done in emergency situations.

**REQUEST FOR ADMISSION NO. 47:**  Admit that WEXFORD written POLICY allows PRISONERS to be prescribed psychotropic medications without being seen face-to-face by a psychiatrist.

26

1   ***Response:***

2       Defendant objects that this Request seeks an admission regarding the policies of a

3   non-party to this litigation.

4       Without waiving these objections, Defendant **Ryan has no personal knowledge of**

5   **Wexford's internal policies, but** admits ~~in part~~ that Wexford is contractually obligated to

6   adhere to existing ADC policies and procedures, **including those outlined in**

7   **Defendant's response to #46, which answer is incorporated herein.**

8   <u>**REQUEST FOR ADMISSION NO. 48:**</u>   Admit that PRISONERS are prescribed

9   psychotropic medications without being seen face-to-face by a psychiatrist.

10  ***Response:***

11      Defendant objects that this Request is an incomplete and one-sided statement of the

12  circumstances and is, therefore, vague, ambiguous, and misleading.

13      Without waiving this objection, Defendant admits ~~in part~~ that, in accordance with

14  ADC policy, inmates have been prescribed psychotropic medications by a **psychiatrist**

15  **under the conditions set forth in Defendant's response to #46, which answer is**

16  **incorporated herein** ~~psychiatric nurse in consultation with a psychiatric provider~~.

17  <u>**REQUEST FOR ADMISSION NO. 49:**</u>   Admit that ADC written POLICY allows

18  PRISONERS who are prescribed psychotropic medications to have those medications

19  renewed without being seen face-to-face by a psychiatrist.

20  ***Response:***

21      Defendant objects that this Request is an incomplete and one-sided statement of the

22  circumstances and is, therefore, vague, ambiguous, and misleading.

23      Without waiving this objection, Defendant admits ~~in part~~ that ADC policy requires

24  a face-to-face contact with psychiatric staff, to include either a ~~psychiatric provider~~

25  **psychiatrist** or a mental health professional in consultation with a ~~psychiatric provider~~

26  **psychiatrist**, to renew psychotropic medication in all but **intake and** emergency

27  circumstances.

28  <u>**REQUEST FOR ADMISSION NO. 50:**</u>   Admit that WEXFORD written POLICY

27

allows PRISONERS who are prescribed psychotropic medications to have those medications renewed without being seen face-to-face by a psychiatrist.

***Response:***

Defendant objects that this Request seeks an admission regarding the policies of a non-party to this litigation.

Without waiving these objections, **Defendant Ryan has no personal knowledge of Wexford's internal policies, but** admits ~~in part~~ that Wexford is contractually obligated to adhere to existing ADC policies and procedures, **including those outlined in Defendant's response to #49, which answer is incorporated herein.**

**REQUEST FOR ADMISSION NO. 51:**  Admit that PRISONERS who are prescribed psychotropic medications have those medications renewed without being seen face-to-face by a psychiatrist.

***Response:***

Defendant objects that this Request is an incomplete and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and misleading.

Without waiving this objection, Defendant admits ~~in part~~ that, in accordance with ADC policy, psychotropic medications have been renewed by a ~~psychiatric nurse in consultation with a psychiatric provider~~ **psychiatrist under the conditions set forth in Defendant's response to #49, which answer is incorporated herein**. ~~This might occur when an inmate's medications are due to expire, and the inmate cannot be seen by a psychiatrist before the expiration date.  In such a case, the psychiatric nurse may contact a psychiatric provider and have the medications renewed until a face-to-face contact with a psychiatric provider can be scheduled.  Such a practice is used to prevent a sudden stop in treatment, not in lieu of in-person assessments.~~

**REQUEST FOR ADMISSION NO. 52:**  Admit that ADC written POLICY allows PRISONERS who are prescribed psychotropic medications to have those medications changed without being seen face-to-face by a psychiatrist.

***Response:***

1   Defendant objects that this Request is an incomplete and one-sided statement of the

2   circumstances and is, therefore, vague, ambiguous, and misleading.

3   Without waiving this objection, **Defendant denies that ADC policy allows**

4   **medication changes without a face-to-face meeting with a psychiatrist in all but**

5   **emergency situations.** ~~admits in part that ADC policy requires that any medication~~

6   ~~changes require a face-to-face contact with psychiatric staff, to include either a psychiatric~~

7   ~~provider or a mental health professional in consultation with a psychiatric provider.~~

8   **REQUEST FOR ADMISSION NO. 53:**   Admit that WEXFORD written POLICY

9   allows PRISONERS who are prescribed psychotropic medications to have those

10   medications changed without being seen face-to-face by a psychiatrist.

11   *Response:*

12   Defendant objects that this Request seeks an admission regarding the policies of a

13   non-party to this litigation.

14   Without waiving these objections, Defendant **Ryan has no personal knowledge of**

15   **Wexford's internal policies, but** admits ~~in part~~ that Wexford is contractually obligated to

16   adhere to existing ADC policies and procedures, **including those outlined in**

17   **Defendant's response to #52, which answer is incorporated herein.**

18   **REQUEST FOR ADMISSION NO. 54:**   Admit that PRISONERS who are prescribed

19   psychotropic medications have those medications changed without being seen face-to-

20   face by a psychiatrist.

21   *Response:*

22   Defendant objects that this Request is an incomplete and one-sided statement of the

23   circumstances and is, therefore, vague, ambiguous, and misleading.

24   Without waiving this objection, Defendant admits ~~in part~~ that, in accordance with

25   ADC policy, psychotropic medications **may be changed with being seen face-to-face** by

26   a ~~psychiatric nurse in consultation with a psychiatric provider~~ **psychiatrist.  This might**

27   ~~occur~~ when an inmate reports significant medication problems to a psychiatric nurse, such

28   as severe side effects, and the inmate cannot be immediately seen by a psychiatrist.  In

such a case, ~~the psychiatric nurse may contact~~ a psychiatrist ~~and have~~ **may direct** the medications **be** changed **or discontinued** until a face-to-face contact with a psychiatrist can be scheduled.

**REQUEST FOR ADMISSION NO. 55:**  Admit that ADC written POLICY allows PRISONERS who are prescribed psychotropic medications to have those medications discontinued without being seen face-to-face by a psychiatrist.

*Response:*

Defendant objects that this Request is an incomplete and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and misleading.

Without waiving this objection, Defendant admits ~~in part~~ **that psychotropic medications may be discontinued without being seen face-to-face by a psychiatrist under the conditions set forth in Defendant's response to #54, which answer is incorporated herein.** ~~DO 1103 1.9 requires a face-to-face consult with a psychiatrist or a mental health professional in consultation with a psychiatrist before medications can be discontinued.~~

**REQUEST FOR ADMISSION NO. 56:**  Admit that WEXFORD written POLICY allows PRISONERS who are prescribed psychotropic medications to have those medications discontinued without being seen face-to-face by a psychiatrist.

*Response:*

Defendant objects that this Request seeks an admission regarding the policies of a non-party to this litigation.

Without waiving these objections, Defendant **Ryan has no personal knowledge of Wexford's internal policies, but** admits ~~in part~~ that Wexford is contractually obligated to adhere to existing ADC policies and procedures, **including those outlined in Defendant's response to #55, which answer is incorporated herein.**

**REQUEST FOR ADMISSION NO. 57:**  Admit that PRISONERS who are prescribed psychotropic medications have those medications discontinued without being seen face-to-face by a psychiatrist.

*Response:*

Defendant objects that this Request is an incomplete and one-sided statement of the circumstances and is, therefore, vague, ambiguous, and misleading.

Without waiving this objection, Defendant admits in part that, in accordance with ADC policy, psychotropic medications have been discontinued ~~by a psychiatric nurse in consultation with~~ **at the direction of** a psychiatrist.  This might occur when an inmate reports significant medication problems to a psychiatric nurse, such as severe side effects, and the inmate cannot be immediately seen by a psychiatrist.  In such a case, ~~the psychiatric nurse may contact~~ a psychiatrist ~~and have~~ **may direct** the medications **be** discontinued until a face-to-face contact with a psychiatrist can be scheduled.

**<u>REQUEST FOR ADMISSION NO. 58:</u>**  Admit that, except for notations in the HEALTH CARE RECORDS of individual PRISONERS, ADC does not maintain records of the number of PRISONERS who meet with a psychiatric provider for medication treatment of mental health conditions.

*Response:*

Defendant objects that this Request is vague, ambiguous, and incomprehensible as to "medication treatment of mental health conditions" and is therefore unanswerable as written.

~~Without waiving these objections, Defendant denies this Request. Data concerning medication is kept by Pharmacy Program databases.~~

**<u>REQUEST FOR ADMISSION NO. 59:</u>**  Admit that, except for notations in the HEALTH CARE RECORDS of individual PRISONERS, WEXFORD does not maintain records of the number of PRISONERS who meet with a psychiatric provider for medication treatment of mental health conditions.

*Response:*

Defendant objects that this Request seeks an admission regarding the practices of a non-party to this litigation.  Defendant further objects that this Request is vague, ambiguous, and incomprehensible as to "medication treatment of mental health

31

1  conditions" and is therefore unanswerable as written.

2      Without waiving these objections, **Defendant Ryan has no personal knowledge**

3  **as to what internal records Wexford maintains with regard to the number of inmates**

4  **who meet with a psychiatric provider for "medication treatment of mental health**

5  **conditions."** ~~see #58, which answer is incorporated herein.~~

6  **REQUEST FOR ADMISSION NO. 60:**   Admit that, except for notations in the

7  HEALTH CARE RECORDS of individual PRISONERS, ADC does not maintain records

8  of the number of PRISONERS who are prescribed psychotropic medication.

9  *Response:*

10      Defendant objects that this Request is vague as to the meaning of "records."

11      Without waiving this objection, **Defendant denies this Request.**  ~~see #58, which~~

12  ~~answer is incorporated herein.~~ **Data concerning psychotropic medication is kept in the**

13  **Pharmacy Program database.**

14  **REQUEST FOR ADMISSION NO. 61:**   Admit that, except for notations in the

15  HEALTH CARE RECORDS of individual PRISONERS, WEXFORD does not maintain

16  records of the number of PRISONERS who are prescribed psychotropic medication.

17  *Response:*

18      Defendant objects that this Request seeks an admission regarding the practices of a

19  non-party to this litigation.  Defendant further objects that this Request is vague as to the

20  meaning of "records."

21      Without waiving this objection, **Defendant denies this Request.  On July 1, 2012,**

22  **Wexford received the ADC Pharmacy Program database, which contains data**

23  **regarding the number of inmates who are prescribed psychotropic medication.**  ~~see~~

24  ~~#58, which answer is incorporated herein.~~

25  **REQUEST FOR ADMISSION NO. 62:**   Admit that, except for notations in the

26  HEALTH CARE RECORDS of individual PRISONERS, ADC does not maintain records

27  of the number of PRISONERS who are placed in mental health restraints.

28  *Response:*

1    Defendant objects that this Request is an incomplete and one-sided statement of the

2    circumstances and is, therefore, vague, ambiguous, and misleading.   Defendant further

3    objects that this Request is vague as to the meaning of "records."

4    Without waiving these objections, Defendant denies this Request.  **The application**

5    **of mental health restraints is** ~~All instances of the use of restraints are~~ recorded on video

6    equipment, and a computerized use of force video recording log is kept.  A post maximum

7    control evaluation is conducted within three days after the restraints are removed by a

8    review committee, and results of this committee's findings are kept on record.

9    <u>**REQUEST FOR ADMISSION NO. 63:**</u>   Admit that, except for notations in the

10   HEALTH CARE RECORDS of individual PRISONERS, WEXFORD does not maintain

11   records of the number of PRISONERS who are placed in mental health restraints.

12   *Response:*

13   Defendant objects that this Request seeks an admission regarding the practices of a

14   non-party to this litigation.   Defendant further objects that this Request is vague as to the

15   meaning of "records."

16   Without waiving these objections, **Defendant Ryan has no personal knowledge**

17   **as to what internal records Wexford maintains regarding the number of inmates**

18   **who are placed in mental health restraints, but** Defendant admits ~~in part~~ that Wexford

19   is contractually obligated to adhere to existing ADC policies and procedures, **including**

20   **those outlined in Defendant's response to #62, which answer is incorporated herein.**

21   <u>**REQUEST FOR ADMISSION NO. 64:**</u>   Admit that, except for notations in the

22   HEALTH CARE RECORDS of individual PRISONERS, ADC does not maintain records

23   of the number of PRISONERS who are placed in a restraint chair.

24   *Response:*

25   Defendant objects that this Request is vague as to the meaning of "records."

26   Without waiving these objections, Defendant denies this Request.   The restraint

27   chair is considered maximum behavioral control, and the process described in #62 must be

28   followed.

**REQUEST FOR ADMISSION NO. 65:**   Admit that, except for notations in the HEALTH CARE RECORDS of individual PRISONERS, WEXFORD does not maintain records of the number of PRISONERS who are placed in a restraint chair.

*Response:*

Defendant objects that this Request seeks an admission regarding the practices of a non-party to this litigation.  Defendant further objects that this Request is vague as to the meaning of "records."

Without waiving these objections, **Defendant Ryan has no personal knowledge as to what records Wexford maintains regarding the number of inmates who are placed in a restraint chair, but** Defendant admits ~~in part~~ that Wexford is contractually obligated to adhere to existing ADC policies and procedures, **including those outlined in Defendant's response to #64, which answer is incorporated herein.**

**REQUEST FOR ADMISSION NO. 66:**  Admit that ADC does not maintain records of the mean or median length of stay of PRISONERS in inpatient mental health facilities.

*Response:*

Defendant objects that this Request is vague as to the meaning of "records."

Without waiving this objection, Defendant admits ~~in part~~ that ADC does not maintain records of the mean or median length of stay of inmates in inpatient mental health facilities because hospital stay is dictated by the patient's clinical condition, and there is considerable variability in the length of stay required to deliver needed treatment.

**REQUEST FOR ADMISSION NO. 67:**  Admit that WEXFORD does not maintain records of the mean or median length of stay of PRISONERS in inpatient mental health facilities.

*Response:*

Defendant objects that this Request seeks an admission regarding the practices of a non-party to this litigation.

Without waiving this objection, **Defendant Ryan has no personal knowledge as to what internal records Wexford maintains regarding the mean or median length of**

34

1   **stay of inmates in inpatient mental health facilities.**   ~~see #66, which answer is~~
2   ~~incorporated herein.~~

3   **REQUEST FOR ADMISSION NO. 68:**   Admit that ADC has offered PRISONERS
4   presenting with dental problems extraction as the only treatment option.

5   *Response:*

6       Defendant objects that this Request is vague and ambiguous as to the meaning of
7   "dental problems."

8       Without waiving these objections, Defendant admits ~~in part~~ there may be times that
9   a tooth is beyond repair, and extraction is the only treatment option.

10  **REQUEST FOR ADMISSION NO. 69:**   Admit that WEXFORD has offered
11  PRISONERS presenting with dental problems extraction as the only treatment option.

12  *Response:*

13      Defendant objects that this Request seeks an admission regarding the practices of a
14  non-party to this litigation.   Defendant further objects that this Request is vague and
15  ambiguous as to the meaning of "dental problems."

16      Without waiving these objections, and after conducting a reasonable inquiry, this
17  answering Defendant is unable to admit or deny this Request, because to do so would
18  require Defendant to request ~~from Wexford since July 1, 2012~~ the individual medical
19  records of more than 40,000 ADC inmates **from Wexford and review those records** to
20  see whether Wexford has offered tooth extraction as the only treatment option to any
21  inmate.

22  **REQUEST FOR ADMISSION NO. 70:**   Admit that ADC has offered PRISONERS
23  presenting with dental problems extraction as the only treatment option, even when other
24  treatments might result in saving the tooth.

25  *Response:*

26      Defendant objects that this Request is vague and ambiguous as to the meaning of
27  "dental problems."   Defendant further objects to this Request as prematurely seeking
28  medical opinion more properly the subject of expert testimony.

Without waiving these objections, and after conducting a reasonable inquiry, Defendant is unaware of any inmates who have presented with "dental problems" being offered extraction as the only treatment option when other treatments might result in saving the tooth.  Defendant therefore denies this Request.

**REQUEST FOR ADMISSION NO. 71:**   Admit that WEXFORD has offered PRISONERS presenting with dental problems extraction as the only treatment option, even when other treatments might result in saving the tooth.

***Response:***

Defendant objects that this Request seeks an admission regarding the practices of a non-party to this litigation.  Defendant further objects that this Request is vague and ambiguous as to the meaning of "dental problems."  Defendant additionally objects to this Request as prematurely seeking medical opinion more properly the subject of expert testimony.

Without waiving these objections, see #69, which answer is incorporated herein.

**REQUEST FOR ADMISSION NO. 72:**  Admit that there are dental problems for which treatments other than extraction might result in saving the tooth.

***Response:***

Defendant objects that this Request is vague and ambiguous as to the meaning of "dental problems."  Defendant further objects to this Request as prematurely seeking medical opinion more properly the subject of expert testimony.

Without waiving these objections, Defendant admits ~~in part~~ that there are dental problems from which treatments other than extraction might result in saving the tooth.

**REQUEST FOR ADMISSION NO. 73:**  Admit that WEXFORD provides ADC with a report on WEXFORD'S provision of HEALTH CARE no less frequently than once every week.

***Response:***

Defendant objects that this Request is vague and ambiguous as written.

Without waiving this objection, Defendant denies this Request.  **Wexford provides**

36

1    **various reports to ADC on a daily, weekly, monthly, and quarterly basis.**

2    <u>**REQUEST FOR ADMISSION NO. 74:**</u>  Admit that WEXFORD provides ADC with a

3    report on WEXFORD'S provision of HEALTH CARE no less frequently than once every

4    month.

5    ***Response:***

6        Defendant objects that this Request is vague and ambiguous as written.

7        Without waiving this objection, **see Defendant's response to #73, which answer**

8    **is incorporated herein.**  ~~Defendant admits in part that Wexford submits monthly reports~~

9    ~~to ADC.~~

10    <u>**REQUEST FOR ADMISSION NO. 75:**</u>  Admit that WEXFORD provides ADC with a

11    report on WEXFORD'S provision of HEALTH CARE no less frequently than once every

12    three months.

13    ***Response:***

14        Defendant objects that this Request is vague and ambiguous as written.

15        Without waiving this objection, **see Defendant's response to #73, which answer**

16    **is incorporated herein.**  ~~Defendant admits in part that Wexford submits monthly and~~

17    ~~quarterly reports to ADC.~~

18    <u>**REQUEST FOR ADMISSION NO. 76:**</u>  Admit that ADC has the right to terminate its

19    contract with WEXFORD upon ten days' notice.

20    ***Response:***

21        Defendant objects that this Request is an incomplete and one-sided statement of the

22    circumstances and is, therefore, vague, ambiguous, and misleading.

23        Without waiving these objections, **see the contract.**  ~~Defendant admits in part that~~

24    ~~there are provisions to cancel the contract, including for failure to perform after giving ten~~

25    ~~days written notice of concern.~~

26    <u>**REQUEST FOR ADMISSION NO. 77:**</u>  Admit that ADC has access to DOCUMENTS

27    related to the provision of HEALTH CARE by WEXFORD.

28    ***Response:***

1   Defendant objects that this Request is an incomplete and one-sided statement of the
2   circumstances and is, therefore, vague, ambiguous, and misleading.

3   Without waiving these objections, Defendant admits this Request.

4   **REQUEST FOR ADMISSION NO. 78:**   Admit that ADC has access to WEXFORD
5   written POLICIES related to the provision of HEALTH CARE to ADC PRISONERS.

6   *Response:*

7   Defendant objects that this Request is an incomplete and one-sided statement of the
8   circumstances and is, therefore, vague, ambiguous, and misleading.

9   Without waiving these objections, Defendant admits this Request.

10   **INTERROGATORIES**

11   **INTERROGATORY NO. 1:**   For each of YOUR responses to the Requests for
12   Admission set forth above that is other than an unqualified admission, specify each fact
13   YOU rely upon to deny the request or to qualify your response.

14   *Response:*

15   See Defendant's responses above to the individual Requests for Admission.

16   **INTERROGATORY NO. 2:**   For each of the Requests for Admission set forth above to
17   which YOU have responded by stating that YOU do not have sufficient knowledge or
18   INFORMATION to admit or deny the Request, describe the reasonable inquiry YOU
19   made to enable YOU to respond to that Request.

20   *Response:*

21   See Defendant's responses above to the individual Requests for Admission.

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

38

1

2    DATED this 17th day of October, 2012.

3                                     STRUCK WIENEKE, & LOVE, P.L.C.

4

5                                     By: */s/ Anne M. Orcutt*
                                      Daniel P. Struck
6                                     Kathleen L. Wieneke
                                      Rachel Love
7                                     Timothy J. Bojanowski
                                      Nicholas D. Acedo
8                                     Courtney R. Cloman
                                      Ashlee B. Fletcher
9                                     Anne M. Orcutt
                                      STRUCK WIENEKE, & LOVE, P.L.C.
10                                    3100 West Ray Road, Suite 300
                                      Chandler, Arizona  85226

11                                    Arizona Attorney General Thomas C. Horne
                                      Office of the Attorney General
12                                    Michael E. Gottfried
                                      Assistant Attorney General
13                                    1275 W. Washington Street
                                      Phoenix, Arizona 85007-2926
14
                                      *Attorneys for Defendants*
15
    COPIES of the foregoing e-mailed this
16   17th day of October, 2012, to:

17   Caroline N. Mitchell:          cnmitchell@jonesday.com

18   David Cyrus Fathi:             dfathi@npp-aclu.org

19   Donald Specter:                dspecter@prisonlaw.com

20   Jennifer Ann Alewelt:          jalewelt@azdisabilitylaw.org

21

22   By:    */s/Kim Penny*
                2694971
23

24

25

26

27

28

                                      39

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**VERIFICATION**

I, CHARLES L. RYAN, hereby state upon my oath the following:

1.      I am a Defendant in *Parsons, et al. v. Charles L. Ryan, et al.,* U.S. District Court Case No. 1:12-cv-00601-NVW.

2.      I have read "Plaintiff Dustin Brislan's First Set of Requests for Admission and First Set of Interrogatories to Defendant Charles Ryan and Defendant Charles Ryan's First Supplemental Answers Thereto" and I believe based upon information provided by the Arizona Department of Corrections' staff that the content is complete and correct as of this date.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED this 17ᵗʰ day of October, 2012.

CHARLES L. RYAN

2381506.1