# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV-12-00601-PHX-NVW <br><br><br>**ORDER** |

The Court having reviewed the Plaintiffs' Unopposed Motion for Additional Pages (Doc. 234), and good cause appearing,

IT IS ORDERED granting the Plaintiffs' Unopposed Motion for Additional Pages (Doc. 234).

IT IS FURTHER ORDERED directing the Clerk's Office to file Prisoner Plaintiffs' Motion & Memorandum of Points and Authorities in Support of Class Certification (Redacted).

Dated this 13th day of November, 2012.

_____
Neil V. Wake
United States District Judge