IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having reviewed Prisoner Plaintiffs' Motion to Seal Items Associated with Motion for Class Certification (Doc. 241), and good cause appearing,

IT IS ORDERED granting Prisoner Plaintiffs' Motion to Seal Items Associated with Motion for Class Certification (Doc. 241).

IT IS FURTHER ORDERED directing the Clerk's Office to file the following documents lodged with Plaintiffs' Motion to Seal under seal: Motion for Class Certification; Exhibits D, F, G, H, I, J, K, L, M, N, O, P, Q, R, S, V, VVV, WWW, XXX, YYY, and ZZZ to the Declaration of David Fathi.

Dated this 13th day of November, 2012.

_____
Neil V. Wake
United States District Judge