Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-NVW |
| Plaintiffs, | **DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO JOINT NOTICE OF DISCOVERY DISPUTE (PLAINTIFFS' PRIVILEGE LOG)** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim | |

1

2

Division Director, Division of Health Services,
Arizona Department of Corrections, in their
official capacities,

                                    Defendants.

3

4

Plaintiffs fail to tell the whole story. After providing their position statement to Plaintiffs and Plaintiffs returned their position statement to Defendants, Defendants added several sentences to their position statement before filing.  Defendants did not omit an issue, nor did they "significantly" alter their position; they simply added a few sentences to distinguish the cases that Plaintiffs had cited (arguments previously known to Plaintiffs' counsel).  A redlined version is attached for this Court's review.  (Exhibit A.)

After filing the Joint Notice (Dkt. # 252), Plaintiffs demanded that Defendants withdraw it so that Plaintiffs could add to their already 1 ½ page position statement.  Instead of filing a withdrawal and re-filing a new position statement, Defendants suggested that Plaintiffs simply file a supplement.  (Exhibit B.)  Plaintiffs did not respond to that suggestion and instead filed the instant pleading without any further consultation.  (Dkt. # 253.)

Finally, the Joint Notice that Defendants filed did not represent to the Court that the filing "was done jointly by both parties," as Plaintiffs contend. It merely stated that "the parties submit this disputed matter for further instruction from the Court" and certified that the parties "have made sincere efforts as required by L.R.Civ. 7.2(j) to personally consult and resolve the disputed matter described herein." That is entirely accurate.  The dispute as stated in the Joint Notice accurately reflects what the parties met and conferred on.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1    DATED this  14th  day of November 2012.

2                                          STRUCK WIENEKE & LOVE, P.L.C.

3

4                              By /s/ Anne M. Orcutt
                                      Daniel P. Struck
5                                     Kathleen L. Wieneke
                                      Rachel Love
6                                     Timothy J. Bojanowski
                                      Nicholas D. Acedo
7                                     Courtney R. Cloman
                                      Ashlee B. Fletcher
8                                     Anne M. Orcutt
                                      STRUCK WIENEKE & LOVE, P.L.C.
9                                     3100 West Ray Road, Suite 300
                                      Chandler, Arizona  85226
10
                                      Arizona Attorney General Thomas C. Horne
11                                    Office of the Attorney General
                                      Michael E. Gottfried
12                                    Katherine E. Watanabe
                                      Assistant Attorney General
13                                    1275 W. Washington Street
                                      Phoenix, Arizona 85007-2926
14
                                      *Attorneys for Defendants*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

**CERTIFICATE OF SERVICE**

2

     I hereby certify that on November 14, 2012, I electronically transmitted the

3

attached document to the Clerk's Office using the CM/ECF System for filing and

4

transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

5

Alison Hardy:                          ahardy@prisonlaw.com

6

Amy Fettig:                            afettig@npp-aclu.org

7

Caroline N. Mitchell:                  cnmitchell@jonesday.com; mlandsborough@jonesday.com;

8

nbreen@jonesday.com

9

Corene T. Kendrick:                    ckendrick@prisonlaw.com; edegraff@prisonlaw.com

10

Daniel Clayton Barr:                   DBarr@perkinscoie.com; docketphx@perkinscoie.com;
sneilson@perkinscoie.com

11

Daniel Joseph Pochoda:                 dpochoda@acluaz.org; danpoc@cox.net;

12

gtorres@acluaz.org

13

David Cyrus Fathi:                     dfathi@npp-aclu.org; astamm@aclu.org;
hkrase@npp-aclu.org

14

Donald Specter:                        dspecter@prisonlaw.com

15

James Anthony Ahlers:                  jahlers@perkinscoie.com; docketphx@perkinscoie.com;

16

jroe@perkinscoie.com

17

James Duff Lyall:                      jlyall@acluaz.org; gtorres@acluaz.org

18

Jennifer Ann Alewelt:                  jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org;
phxadmin@azdisabilitylaw.org

19

Jill Louise Ripke:                     jripke@perkinscoie.com; jgable@perkinscoie.com

20

John Howard Gray:                      jhgray@perkinscoie.com; slawson@perkinscoie.com

21

Kelly Joyce Flood:                     kflood@acluaz.org; gtorres@acluaz.org

22

Kirstin T. Eidenbach:                  keidenbach@perkinscoie.com; dfreouf@perkinscoie.com;

23

docketphx@perkinscoie.com

24

Matthew Benjamin de Mee:               mdumee@perkinscoie.com; cwendt@perkinscoie.com

25

Michael Evan Gottfried:                Michael.gottfried@azag.gov; colleen.jordan@azag.gov;
lucy.rand@azag.gov

26

Sara Norman:                           snorman@prisonlaw.com

27

Sophia Calderon:                       scalderon@jonesday.com; lwong@jonesday.com

28

4

| | | |
|---|---|---|
| 1 | Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com |
| 2 3 | Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| 4 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 5 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 6 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 7 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 8 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 9 | Jennifer K Messina: | jkmessina@jonesday.com |
| 10 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 11 | Eun Ae Suh: | ksuh@jonesday.com |
| 12 | Katherine Emiko Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Anne M. Orcutt

5