1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone:  (602) 650-1854
   Email: dpochoda@acluaz.org
5        kflood@acluaz.org
         jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
   *Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
   *Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert*
8  *Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
   *Joshua Polson, and Charlotte Wells, on behalf of*
9  *themselves and all others similarly situated*

10 **[ADDITIONAL COUNSEL LISTED ON**
   **SIGNATURE PAGE]**

11

12            UNITED STATES DISTRICT COURT

13              DISTRICT OF ARIZONA

14 Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-NVW
   Dustin Brislan; Sonia Rodriguez; Christina            (MEA)
15 Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph
16 Hefner; Joshua Polson; and Charlotte Wells, on      **MOTION FOR LEAVE TO**
   behalf of themselves and all others similarly       **FILE REVISED POSITION**
17 situated; and Arizona Center for Disability Law,    **TO JOINT DISPUTE**

                        Plaintiffs,
18
              v.
19
   Charles Ryan, Director, Arizona Department of
20 Corrections; and Richard Pratt, Interim Division
   Director, Division of Health Services, Arizona
21 Department of Corrections, in their official
   capacities,
22
                        Defendants.

23

24

25

26

27

28

1    Plaintiffs move for leave to file the attached Revised Position to Joint Notice of

2    Discovery Dispute (Plaintiffs' Privilege Log), for the reasons described in their Response

3    to Joint Notice of Discovery Dispute (Plaintiffs' Privilege Log) (Dkt. 253).

4    Dated:  November 15, 2012

5                                                          By:   /s/ Sophia Calderón
                                                                  Caroline Mitchell (Cal. 143124)*
6                                                                 David C. Kiernan (Cal. 215335)*
                                                                  Sophia Calderón (Cal. 278315)*
7                                                                 Sarah Rauh (Cal. 283742)*
                                                                  **JONES DAY**
8                                                                 555 California Street, 26th Floor
                                                                  San Francisco, California 94104
9                                                                 Telephone:  (415) 875-5712
                                                                  Email:    cnmitchell@jonesday.com
10                                                                          dkiernan@jonesday.com
                                                                            scalderon@jonesday.com
11                                                                          srauh@jonesday.com

12                                                               *Admitted *pro hac vice*

13
                                                                  Daniel Pochoda (Bar No. 021979)
14                                                                Kelly J. Flood (Bar No. 019772)
                                                                  James Duff Lyall (Bar No. 330045)*
15                                                                **ACLU FOUNDATION OF
                                                                  ARIZONA**
16                                                                3707 North 7th Street, Suite 235
                                                                  Phoenix, Arizona 85013
17                                                                Telephone:  (602) 650-1854
                                                                  Email:    dpochoda@acluaz.org
18                                                                          kflood@acluaz.org
                                                                            jlyall@acluaz.org
19                                                               *Admitted pursuant to Ariz. Sup. Ct. R.
                                                                  38(f)
20

21

22

23

24

25

26

27

28

1

2    Donald Specter (Cal. 83925)*
     Alison Hardy (Cal. 135966)*
3    Sara Norman (Cal. 189536)*
     Corene Kendrick (Cal. 226642)*
     **PRISON LAW OFFICE**
4    1917 Fifth Street
     Berkeley, California 94710
5    Telephone:  (510) 280-2621
     Email:    dspecter@prisonlaw.com
6              ahardy@prisonlaw.com
               snorman@prisonlaw.com
7              ckendrick@prisonlaw.com

8    *Admitted *pro hac vice*

9    David C. Fathi (Wash. 24893)*
     Amy Fettig (D.C. 484883)**
10   **ACLU NATIONAL PRISON
     PROJECT**
11   915 15th Street N.W., 7th Floor
     Washington, D.C. 20005
12   Telephone:  (202) 548-6603
     Email:    dfathi@npp-aclu.org
13             afettig@npp-aclu.org

14   *Admitted *pro hac vice*.  Not admitted
       in DC; practice limited to federal
15     courts.
     **Admitted *pro hac vice*
16   Daniel C. Barr (Bar No. 010149)
     Jill L. Ripke (Bar No. 024837)
17   James A. Ahlers (Bar No. 026660)
     Kirstin T. Eidenbach (Bar No. 027341)
18   John H. Gray (Bar No. 028107)
     Thomas D. Ryerson (Bar No. 028073)
19   Matthew B. du Mée (Bar No. 028468)
     **PERKINS COIE LLP**
20   2901 N. Central Avenue, Suite 2000
     Phoenix, Arizona 85012
21   Telephone:  (602) 351-8000
     Email:    dbarr@perkinscoie.com
22             jripke@perkinscoie.com
               jahlers@perkinscoie.com
23             keidenbach@perkinscoie.com
               jhgray@perkinscoie.com
24             tryerson@perkinscoie.com
               mdumee@perkinscoie.com

25

26

27

28

-2-

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
               dkiernan@jonesday.com
               scalderon@jonesday.com
               srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:     rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Kate A. Suh (Tex. 24075132)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
               ksuh@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
               jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons;
Shawn Jensen; Stephen Swartz; Dustin
Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

-3-

1

**CERTIFICATE OF SERVICE**

2    I hereby certify that on November 15, 2012, I electronically transmitted the above

3  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4  Notice of Electronic Filing to the following CM/ECF registrants:

5

6  Michael E. Gottfried
   Katherine E. Watanabe
   Assistant Arizona Attorneys General
7  Michael.Gottfried@azag.gov
   Katherine.Watanabe@azag.gov
8

9  Daniel P. Struck
   Kathleen L. Wieneke
   Timothy J. Bojanowski
10  Rachel Love
   Nicholas D. Acedo
11  Courtney R. Cloman
   Ashlee B. Fletcher
12  Anne M. Orcutt
   STRUCK WIENEKE, & LOVE, P.L.C.
13  dstruck@swlfirm.com
   kwieneke@swlfirm.com
14  tbojanowski@swlfirm.com
   rlove@swlfirm.com
15  nacedo@swlfirm.com
   ccloman@swlfirm.com
16  afletcher@swlfirm.com
   aorcutt@swlfirm.com
17  *Attorneys for Defendants*

18

19  Jennifer Alewelt (Bar No. 027366)
   Asim Varma (Bar No. 027927)
20  Sarah Kader (Bar No. 027147)
   ARIZONA CENTER FOR DISABILITY LAW
21  jalewelt@azdisabilitylaw.org
   avarma@azdisabilitylaw.org
22  skader@azdisabilitylaw.org

23
                                                  s/ Lillian Wong
24  SFI-777053v1

25

26

27

28