# EXHIBIT B

1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,
   Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
8  *Christina Verduzco, Jackie Thomas, Jeremy Smith,
   Robert Gamez, Maryanne Chisholm, Desiree Licci,*
9  *Joseph Hefner, Joshua Polson, and Charlotte Wells, on
   behalf of themselves and all others similarly situated*

10 **[ADDITIONAL COUNSEL LISTED BELOW]**

                    UNITED STATES DISTRICT COURT

                         DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **DECLARATION OF JAMES DUFF LYALL** |

I, James Duff Lyall, declare:

1. I am a Staff Attorney at the ACLU of Arizona (ACLU), which is an organization representing the named prisoner Plaintiffs in this case. I am over 18 years old. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. The ACLU receives hundreds of legal inquiries and requests for legal assistance monthly. The majority of those inquiries and requests are from Arizona prisoners and their family members, amounting to a daily stream of correspondence. While correspondence from prisoners outnumbers that from their family members, all correspondence relating to prisoners is indexed by prisoner. Therefore, identifying what was written by family members necessarily requires reviewing that written by prisoners.

3. In the time since the ACLU began investigating conditions in the Arizona Department of Corrections (ADC) in April 2011, the ACLU estimates it has received complaints and requests for legal advice from over 500 Arizona prisoners and their family members. Often, if prisoners find it difficult to contact us directly, they use their family as a proxy.

4. Many prisoners and family members have contacted the ACLU multiple times; some have contacted the ACLU dozens of times, resulting in thousands of individual pieces of correspondence. We respond to every letter or request for assistance, which multiplies the volume of correspondence.

5. The vast majority of the "intake" the ACLU receives is via U.S. Mail, in paper letters, and not electronic mail. The ACLU attempts to scan and upload all of its intake to a central database; however, given the volume of intake, many letters are filed in paper form. The ACLU attempts to scan and upload copies of all outgoing correspondence; but again, given the volume of mail, copies of many letters are kept only in a paper format.

6. Much but not all of the intake received from Arizona prisoners and their families addresses health care and conditions in isolation units. To log each intake

from family members that addresses or mentions those specific issues, the ACLU would have to review and sort thousands of individual pieces of correspondence, an extremely time-consuming process.

7. For example, intake that is uploaded to the ACLU database is categorized by the "primary complaint" identified by the sender; because some individuals mention health care or isolation conditions in the context of other issues (i.e., requesting assistance with a criminal appeal), not all intake in the database is classified or immediately identifiable as related to those issues. Thus, to identify intake raising ADC health care or isolation conditions would require a full search of all prisoner-related intake in the ACLU database.

8. The process would be further complicated by the fact that a significant portion of the intake received is voluminous, barely legible or difficult to read; almost none of it is typewritten. Deciphering some of these letters would further increase the time required to fully account for ACLU's prison intake.

9. Moreover, as with all individuals who contact the ACLU requesting assistance, family members of Arizona prisoners write to the ACLU with the expectation their identity and the content of their complaints will remain confidential. Some have tried already to work through the system ADC provides and have been rebuffed. Others fear retaliation to their loved ones for speaking out to us or against ADC.

10. The ACLU regularly corresponds with third-party organizations in anticipation and furtherance of the claims in this case, with the expectation that such communications will remain confidential.

11. To individually log correspondence from persons seeking ACLU assistance could have a profound chilling effect and significantly hamper individuals' ability to obtain legal and other assistance in the future. Similarly, third-party organizations would be reluctant to provide information or work with the ACLU if communications they believe to be confidential were disclosed. It would also require a massive and time-consuming effort to sort through thousands upon thousands of pages of

documents for even minor details having little bearing upon the present litigation.

      I declare, under penalty of perjury, that the foregoing is true and correct.

      Executed on November 15, 2012 in Phoenix, Arizona.

                                     */s/ James Duff Lyall*
                                      James Duff Lyall

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
 ahardy@prisonlaw.com
 snorman@prisonlaw.com
 ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
 afettig@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Jill L. Ripke (Bar No. 024837)
James A. Ahlers (Bar No. 026660)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Thomas D. Ryerson (Bar No. 028073)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
 jripke@perkinscoie.com
 jahlers@perkinscoie.com
 keidenbach@perkinscoie.com
 jhgray@perkinscoie.com
 tryerson@perkinscoie.com
 mdumee@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
           dkiernan@jonesday.com
           scalderon@jonesday.com
           srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:     rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Kate A. Suh (Tex. 24075132)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
           ksuh@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
           jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*