# EXHIBIT D

1 Daniel Pochoda (Bar No. 021979)
  Kelly J. Flood (Bar No. 019772)
2 James Duff Lyall (Bar No. 330045)*
  **ACLU FOUNDATION OF ARIZONA**
3 3707 North 7th Street, Suite 235
  Phoenix, Arizona 85013
4 Telephone: (602) 650-1854
  Email: dpochoda@acluaz.org
5         kflood@acluaz.org
          jlyall@acluaz.org
6 *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7 *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,
  Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
8 *Christina Verduzco, Jackie Thomas, Jeremy Smith,
  Robert Gamez, Maryanne Chisholm, Desiree Licci,*
9 *Joseph Hefner, Joshua Polson, and Charlotte Wells, on
  behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**DECLARATION OF CAROLINE N. MITCHELL** |

I, Caroline N. Mitchell, declare:

1. I am a Partner at Jones Day, which is an organization representing the named prisoner Plaintiffs in this case. I am over 18 years old. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. Jones Day receives dozens of inquiries and requests for legal advice from Arizona prisoners and their family members per month, amounting to a daily stream of correspondence. Often, if prisoners find it difficult to contact us directly, they use their family as a proxy. While correspondence from prisoners outnumbers that from their family members, all correspondence relating to prisoners is indexed by prisoner. Therefore, identifying what was written by family members necessarily requires reviewing that written by prisoners.

3. In the time since Jones Day began investigating conditions in the Arizona Department of Corrections (ADC) in April 2011, Jones Day estimates it has received complaints and requests for legal advice from over 150 Arizona prisoners and their family members. Many of those individuals have contacted Jones Day multiple times; some have contacted Jones Day dozens of times, resulting in hundreds of individual pieces of correspondence. We respond to every letter or request for assistance, which multiplies the volume of correspondence.

4. A significant portion of the correspondence received from prisoners and family members is voluminous, barely legible or difficult to read; little of it is typewritten. Deciphering some of these letters would further increase the time required to fully account for Jones Day's prison correspondence if we were required to provide a document-by-document log.

5. Moreover, family members write to Jones Day with the expectation their identity and the content of their complaints will remain confidential.

6. Jones Day regularly corresponds with third-party organizations in anticipation and furtherance of the claims in this case, with the expectation that such

communications will remain confidential.

7. To individually log correspondence from persons seeking Jones Day's assistance could have a profound chilling effect and significantly hamper individuals' ability to obtain legal and other assistance in the future. Similarly, third-party organizations would be reluctant to provide information or work with Jones Day if communications they believe to be confidential were disclosed. It would also require a massive and time-consuming effort to sort through hundreds upon hundreds of pages of documents.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on November 15, 2012 in San Francisco, California.

*/s/ Caroline N. Mitchell*

Caroline N. Mitchell

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Jill L. Ripke (Bar No. 024837)
James A. Ahlers (Bar No. 026660)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Thomas D. Ryerson (Bar No. 028073)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         jripke@perkinscoie.com
         jahlers@perkinscoie.com
         keidenbach@perkinscoie.com
         jhgray@perkinscoie.com
         tryerson@perkinscoie.com
         mdumee@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          dkiernan@jonesday.com
          scalderon@jonesday.com
          srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:    rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Kate A. Suh (Tex. 24075132)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com
          ksuh@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
          jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*