1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                                 DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
     Dustin Brislan; Sonia Rodriguez; Christina           (MEA)
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph
10   Hefner; Joshua Polson; and Charlotte Wells, on       **ORDER GRANTING**
     behalf of themselves and all others similarly        **MOTION FOR LEAVE TO**
11   situated; and Arizona Center for Disability Law,     **FILE REVISED POSITION**
                                                          **TO JOINT DISPUTE**
12                          Plaintiffs,

13           v.

14   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
15   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
16   capacities,

17                          Defendants.

18

19           The Court having reviewed the Plaintiffs' Motion For Leave To File Revised

20   Position To Joint Dispute (Doc. 257), and good cause appearing,

21           IT IS ORDERED granting the Plaintiffs' Motion For Leave To File Revised

22   Position To Joint Dispute (Doc. 257).

23

24

25

26

27

28

SFI-777057v1