IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the Plaintiffs' Motion for Leave to File Revised Position to Joint Dispute (Doc. 257), and good cause appearing,

IT IS ORDERED granting the Plaintiffs' Motion for Leave to File Revised Position to Joint Dispute (Doc. 257).

IT IS FURTHER ORDERED directing the Clerk's Office to file the Plaintiffs' Revised Position to Joint Notice of Discovery Dispute (Plaintiffs' Privilege Log).

Dated this 16th day of November, 2012.

Neil V. Wake
United States District Judge