1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5         kflood@acluaz.org
          jlyall@acluaz.org
6
7  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

   *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
8  *Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
   *Christina Verduzco, Jackie Thomas, Jeremy Smith,*
9  *Robert Gamez, Maryanne Chisholm, Desiree Licci,*
   *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
10 *behalf of themselves and all others similarly situated*

11 **[ADDITIONAL COUNSEL LISTED ON
    SIGNATURE PAGE]**
12

13                UNITED STATES DISTRICT COURT

14                      DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **NOTICE OF SERVICE OF DISCOVERY RESPONSES** |

78204-0001/LEGAL24928918.1

1  PLEASE TAKE NOTICE that on November 16, 2012, Perkins Coie LLP and the
2  ACLU, by and through Perkins Coie, LLP, acting in its capacity as Co-Counsel for
3  Prisoner Plaintiffs, served by email the following discovery responses in this matter:
4      1.    Plaintiff Shawn Jensen's Response to Defendant Charles Ryan's First
5  Request for Production of Documents;
6      2.    Plaintiff Charlotte Wells' Response to Defendant Charles Ryan's First
7  Request for Production of Documents;
8      3.    Plaintiff Christina Verduzco's Response to Defendant Charles Ryan's First
9  Request for Production of Documents;
10      4.    Plaintiff Jackie Thomas' Response to Defendant Charles Ryan's First
11  Request for Production of Documents;
12      5.    Plaintiff Robert Gamez's Response to Defendant Charles Ryan's First
13  Request for Production of Documents;
14      6.    Plaintiff Desiree Licci's Response to Defendant Charles Ryan's First
15  Request for Production of Documents;
16      7.    Plaintiff Joshua Polson's Response to Defendant Charles Ryan's First
17  Request for Production of Documents;
18      8.    Plaintiff Jeremy Smith's Response to Defendant Charles Ryan's First
19  Request for Production of Documents;
20      9.    Plaintiff Dustin Brislan's Response to Defendant Charles Ryan's First
21  Request for Production of Documents; and
22      10.    Plaintiff Sonia Rodriguez's Response to Defendant Charles Ryan's First
23  Request for Production of Documents;
24      11.    Plaintiff Stephen Swartz's Response to Defendant Charles Ryan's First
25  Request for Production of Documents; and
26      12.    Plaintiff Joseph Hefner's Response to Defendant Charles Ryan's First
27  Request for Production of Documents.
28

78204-0001/LEGAL24928918.1

| | | |
|---|---|---|
| 1 | Dated: November 16, 2012 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By:   s/ Kirstin T. Eidenbach |
| | | Daniel C. Barr (Bar No. 010149) |
| | | Jill L. Ripke (Bar No. 024837) |
| 4 | | James A. Ahlers (Bar No. 026660) |
| | | Kirstin T. Eidenbach (Bar No. 027341) |
| 5 | | John H. Gray (Bar No. 028107) |
| | | Thomas D. Ryerson (Bar No. 028073) |
| 6 | | Matthew B. du Mée (Bar No. 028468) |
| | | 2901 N. Central Avenue, Suite 2000 |
| 7 | | Phoenix, Arizona 85012 |
| | | Telephone:  (602) 351-8000 |
| 8 | | Email:    dbarr@perkinscoie.com |
| | | jripke@perkinscoie.com |
| 9 | | jahlers@perkinscoie.com |
| | | keidenbach@perkinscoie.com |
| 10 | | jhgray@perkinscoie.com |
| | | tryerson@perkinscoie.com |
| 11 | | mdumee@perkinscoie.com |

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaz.org
         kflood@acluaz.org
         jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com

*Admitted *pro hac vice*

78204-0001/LEGAL24928918.1              -2-

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
afettig@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
dkiernan@jonesday.com
scalderon@jonesday.com
srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3837
Email: rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Kate A. Suh (Tex. 24075132)
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com
ksuh@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
          jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

s/ Delana Freouf