1   Daniel Pochoda (Bar No. 021979)
    Kelly J. Flood (Bar No. 019772)
2   James Duff Lyall (Bar No. 330045)*
    **ACLU FOUNDATION OF ARIZONA**
3   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
4   Telephone:  (602) 650-1854
    Email: dpochoda@acluaz.org
5           kflood@acluaz.org
            jlyall@acluaz.org
6
    *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)
7
    *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
8   *Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
    *Christina Verduzco, Jackie Thomas, Jeremy Smith,*
9   *Robert Gamez, Maryanne Chisholm, Desiree Licci,*
    *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
10  *behalf of themselves and all others similarly situated*

11  **[ADDITIONAL COUNSEL LISTED ON**
    **SIGNATURE PAGE]**
12

13                  UNITED STATES DISTRICT COURT

14                       DISTRICT OF ARIZONA

15  Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriguez; Christina               (MEA)
16  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
17  Hefner; Joshua Polson; and Charlotte Wells, on       **NOTICE OF SERVICE OF**
    behalf of themselves and all others similarly         **DISCOVERY RESPONSES**
18  situated; and Arizona Center for Disability Law,

19                          Plaintiffs,

20          v.

21  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
22  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
23  capacities,

24                          Defendants.

25

26

27

28

SFI-777478v1

1

2      PLEASE TAKE NOTICE that on November 16, 2012, Jones Day, acting in its

3   capacity as Co-Counsel for Prisoner Plaintiffs, served by email the following discovery

4   responses in this matter:

5      1.      Plaintiff Maryann Chisholm's First Supplemental Response to Defendant

6   Charles Ryan's First Request for Production of Documents and Things; and

7      2.      Plaintiff Victor Parsons' Second Supplemental Response to Defendant

8   Charles Ryan's First Request for Production of Documents and Things.

9   Dated:  November 16, 2012                    **JONES DAY**

10

11                                      By:   s/ Sophia Calderón
                                              Caroline Mitchell (Cal. 143124)*
12                                            David C. Kiernan (Cal. 215335)*
                                              Sophia Calderón (Cal. 278315)*
                                              Sarah Rauh (Cal. 283742)*
13                                            555 California Street, 26th Floor
                                              San Francisco, California 94104
14                                            Telephone:  (415) 875-5712
                                              Email:    cnmitchell@jonesday.com
15                                                      dkiernan@jonesday.com
                                                        scalderon@jonesday.com
16                                                      srauh@jonesday.com

17                                      *Admitted *pro hac vice*

18                                      R. Scott Medsker (D.C. 976405)*
                                        **JONES DAY**
19                                      51 Louisiana Avenue, NW
                                        Washington, D.C. 20001-2113
20                                      Telephone:  (202) 879-3837
                                        Email:    rsmedsker@jonesday.com
21
                                        *Admitted *pro hac vice*
22
                                        John Laurens Wilkes (Tex. 24053548)*
23                                      Kate A. Suh (Tex. 24075132)*
                                        **JONES DAY**
24                                      717 Texas Street
                                        Houston, Texas 77002
25                                      Telephone:  (832) 239-3939
                                        Email:    jlwilkes@jonesday.com
26                                                ksuh@jonesday.com

27                                      *Admitted *pro hac vice*

28

SFI-777478v1

1

2   Kamilla Mamedova (N.Y. 4661104)*
    Jennifer K. Messina (N.Y. 4912440)*
3   **JONES DAY**
    222 East 41 Street
4   New York, New York 10017
    Telephone:  (212) 326-3498
5   Email:    kmamedova@jonesday.com
              jkmessina@jonesday.com
6
    *Admitted *pro hac vice*
7
    Daniel Pochoda (Bar No. 021979)
8   Kelly J. Flood (Bar No. 019772)
    James Duff Lyall (Bar No. 330045)*
9   **ACLU FOUNDATION OF
    ARIZONA**
10  3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
11  Telephone:  (602) 650-1854
    Email:    dpochoda@acluaz.org
12            kflood@acluaz.org
              jlyall@acluaz.org
13
    *Admitted pursuant to Ariz. Sup. Ct.
14  R. 38(f)

15  Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
16  Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
17  **PRISON LAW OFFICE**
    1917 Fifth Street
18  Berkeley, California 94710
    Telephone:  (510) 280-2621
19  Email:    dspecter@prisonlaw.com
              ahardy@prisonlaw.com
20            snorman@prisonlaw.com
              ckendrick@prisonlaw.com
21
    *Admitted *pro hac vice*
22

23

24

25

26

27

28

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Jill L. Ripke (Bar No. 024837)
James A. Ahlers (Bar No. 026660)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Thomas D. Ryerson (Bar No. 028073)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           jripke@perkinscoie.com
           jahlers@perkinscoie.com
           keidenbach@perkinscoie.com
           jhgray@perkinscoie.com
           tryerson@perkinscoie.com
           mdumee@perkinscoie.com

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

SFI-777478v1

-3-

1

2
## CERTIFICATE OF SERVICE

3
I hereby certify that on November 16, 2012, I electronically transmitted the above

4
document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

5
Notice of Electronic Filing to the following CM/ECF registrants:

6
Michael E. Gottfried
Katherine E. Watanabe

7
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov

8
Katherine.Watanabe@azag.gov

9
Daniel P. Struck
Kathleen L. Wieneke

10
Timothy J. Bojanowski
Rachel Love

11
Nicholas D. Acedo
Courtney R. Cloman

12
Ashlee B. Fletcher
Anne M. Orcutt

13
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com

14
kwieneke@swlfirm.com
tbojanowski@swlfirm.com

15
rlove@swlfirm.com
nacedo@swlfirm.com

16
ccloman@swlfirm.com
afletcher@swlfirm.com

17
aorcutt@swlfirm.com

18
*Attorneys for Defendants*

19

20
Jennifer Alewelt
Asim Varma

21
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org

22
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

23

24
*Attorneys for Arizona Center for Disability Law*

25

26
s/ Lillian Wong

27

28