IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>　　　　Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

　　　The Court has considered Defendants' Motion to Compel Donna Hamm and Middle Ground Prison Reform (Doc. 205) and Ms. Hamm's Motion for Protective Order (Doc. 213). The Court will deny Defendants' motion and grant Ms. Hamm's motion. Further, the Court finds that Defendants' actions created undue burden or expense in violation of Fed. R. Civ. P. 45(c)(1) because (1) the original subpoena served on Ms. Hamm was exceptionally overbroad, (2) Ms. Hamm reasonably believed that Defendants retracted the subpoena and then Defendants reversed course, and (3) Defendants forced Ms. Hamm to seek protection from the subpoena after she was officially removed from Plaintiffs' witness list. Consequently, the Court will direct that Defendants show cause within 14 days why they should not be sanctioned under Rule 45(c)(1). Ms. Hamm may file an affidavit within 7 days articulating any compensable costs or fees associated with the subpoena at issue.

Finally, the Court will schedule a discovery management conference to address both parties' ineffective discovery practices and to set clear expectations for the remainder of the discovery process.

**IT IS THEREFORE ORDERED**:

(1) Defendants' Motion to Compel (Doc. 205) is **denied**.

(2) Ms. Hamm's Motion for Protective Order (Doc. 213) is **granted**.

(3) Ms. Hamm may file an affidavit within 7 days articulating any compensable costs or fees associated with the subpoena at issue.

(4) Defendants must show cause within 14 days why they should not be sanctioned under Rule 45(c)(1) for creating undue burden or expense on Ms. Hamm as detailed herein.

(5) A discovery management conference is set for **November 30, 2012, at 2:00 p.m.** in Courtroom 504, 401 West Washington Street, Phoenix, AZ 85003-2151.

Dated this 20th day of November, 2012.

_____
Neil V. Wake
United States District Judge