Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**DEFENDANTS' MOTION TO SEAL EXHIBITS ASSOCIATED WITH PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Pursuant to L.R.Civ. 5.6(d) and the Protective Order (Dkt. # 140), Defendants Charles Ryan and Richard Pratt ("Defendants") move this Court for an order directing the Clerk to file under seal the following Exhibits that were lodged under seal in conjunction with Plaintiffs' Motion for Class Certification (Dkt. # 243): **Exhibits GG, OO, CCC, DDD, EEE, FFF and GGG**.

## MEMORANDUM OF POINTS AND AUTHORITIES

Exhibits GG, OO, CCC, DDD, EEE, FFF, and GGG contain sensitive information that, if filed publicly, could compromise the security of Arizona Department of Corrections ("ADC") facilities and the safety of ADC employees and ADC inmates. The sensitive information includes the names and/or employee identification numbers of ADC employees, the names of non-Plaintiff inmates, information pertaining to inmates' family members, facility unit key/radio/weapon inventory details, and death certificates.[1] The safety and security concerns are widespread. For example, if an inmate or his family member/friend (on the outside) has knowledge of an ADC employee's full name, they could find and harm the ADC employee or the employee's family. Similarly, an inmate's name that is referenced in an investigatory report will put other inmates on notice of his housing assignment; if these other inmates have a reason to harm that inmate, they could locate him within the facility and threaten him. Knowledge of a unit's inventory details could be used to escape or assault an ADC employee or inmate. An inmate's death certificate in the wrong hands could be used for fraudulent purposes.

Courts and the Arizona Legislature recognize the need to closely guard this type of sensitive information. *See*, *e.g.*, A.R.S. § 31-221(C) (prohibiting ADC from disclosing records or portions of records that could "[e]ndanger[] the life or physical safety of a person" or "[j]eopardiz[e] an ongoing criminal investigation"); *Guillen v. Owens*, 2011 WL 5882554, at *4 (D. Ariz. 2011) (allowing ADC "to redact information as necessary for the safety of inmates and correctional facility staff"); *Salerno v. Munoz*,

---

[1] This information inadvertently did not get redacted prior to disclosing them to Plaintiffs' counsel.

2011 WL 2600519, at *2 (D. Ariz. 2011) (allowing redaction of sensitive information falling within purview of § 31–221).  Furthermore, because Defendants designated these documents as "confidential," the Protective Order already requires that they be filed under seal:  "Any confidential information filed with the Court *shall* be filed under seal." (Dkt. # 140 at 2, ¶ 4, emphasis added.)  Plaintiffs "take no stance" on whether these Exhibits should be sealed.  (Dkt. # 241 at 2.)

With respect to the remaining Documents/Exhibits that Plaintiffs lodged under seal in conjunction with their Motion for Class Certification – the Declaration of David Fathi & Exhibits B, C, D, U, FF, II, MM, NN, PP, QQ, TT, UU, VV, WW, XX, YY, ZZ, AAA, BBB, JJJ, KKK, RRR, SSS, TTT, and UUU attached thereto – those documents were produced/disclosed to Plaintiffs already properly redacted, and they have been lodged with the Court in that redacted form.  Defendants have no objection to their public filing in their current-redacted form and hereby withdraw their "confidential" designation to that extent.

## **CONCLUSION**

For these reasons, Defendants respectfully request this Court to seal Exhibits GG, OO, CCC, DDD, EEE, FFF, and GGG to Plaintiffs' Motion for Class Certification.

/ / /

/ / /

/ / /

/ / /

/ / /

DATED this 26th day of November 2012.

                                STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Nicholas D. Acedo
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Courtney R. Cloman
    Ashlee B. Fletcher
    Anne M. Orcutt
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    Arizona Attorney General Thomas C. Horne
    Office of the Attorney General
    Michael E. Gottfried
    Katherine E. Watanabe
    Assistant Attorney General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

2710872.1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Anthony Ahlers: | jahlers@perkinscoie.com; docketphx@perkinscoie.com; jroe@perkinscoie.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Jill Louise Ripke: | jripke@perkinscoie.com; jgable@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| Sara Norman: | snorman@prisonlaw.com |
| Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |

| | | |
|---|---|---|
| 1 | Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com |
| 2-3 | Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| 4 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 5 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 6 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 7 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 8 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 9 | Jennifer K Messina: | jkmessina@jonesday.com |
| 10 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 11 | Eun Ae Suh: | ksuh@jonesday.com |
| 12 | Katherine Emiko Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Nicholas D. Acedo