IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>　　　　　Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

　　　IT IS ORDERED that the Joint Notice of Discovery Dispute (Plaintiffs' Privilege Log) (Doc. 252) as modified is set for hearing on November 30, 2012, at 2:00 p.m.

　　　IT IS FURTHER ORDERED that Defendants be prepared to show why Plaintiffs' reasonable expenses incurred in opposing the motion, including attorney fees, should not be assessed against Defendants pursuant to Rule 37(a)(5)(B).

　　　Dated this 26th day of November, 2012.

_____
Neil V. Wake
United States District Judge