Eddie Cano
#44306
P.O. Box 4000
SMUI
ASPC-Eyman
Florence, AZ 85132
In Pro Per

☒ FILED        ☐ LODGED

**Nov 27 2012**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

In the United States District Court

For the District of Arizona

Victor Parsons, etal,  )   CV-12-00601-PHX-NVW
       Plaintiff,      )
V.                     )   motion for legal Sup-
Charles Ryan, etal,    )   plies/writing mate-
       Defendants      )   rials.

Plaintiff Eddie Cano requests legal supplies and writing materials from the Court. Plaintiff is indigent. In _Bounds v. Smith_, 430 U.S. 817, 824-25, 97 S.Ct. 1491 (1977), the Supreme Court affirmed the right to these essential supplies by holding that "it is indisputable that indigent inmates must be provided at state expense with paper and pen to draft legal documents, with notarial services to ^ authenticate them, and with stamps to mail them." Implementing this ^ right means that "meaningful access to the courts requires the availability of basic services and supplies ^ needed for research and writing and for the preparation and delivery of acceptable court papers." _Gluth v. Kangas_, 951 F.2d 1504 (9th Cir 1991).

Plaintiff has no supplies that are indispensable to the filing of the documents with the Court and the communication by mail with class counsel. Plaintiff has requested, but has been arbitrarily and wrongfully denied, legal supplies by prison librarian V. Ruboyianes. See Exhibit A attached hereto. In denying Plaintiff's request for legal supplies, Ruboyianes claims that a "review of [my] account reveals [I] have little or no recent legal activity since last issue July 18, 2012 (i.e., legal copies, notary, postage, etc.)," when in reality Plaintiff has made many court filings and also has sent a large amount of legal mail to attorneys, and government agencies and organizations. Ruboyianes is knowingly and willfully obstructing Plaintiff's access to the courts as he has done many times before. As a result, Plaintiff has had to resort to borrowing writing materials and legal supplies from other inmates.

Therefore, Plaintiff requests that

the Court provide him with ne-
cessary writing materials and legal
supplies. Alternatively, the Court
is requested to enter an order re-
quiring Plaintiff's custodians to
provide Plaintiff with adequate
legal supplies and to refrain from
further obstructing Plaintiff's ac-
cess to the courts.

   Pursuant to 28 U.S.C. § 1746,
Plaintiff declares under penalty
of perjury that the foregoing fac-
tual allegations are true and cor-
rect.

   Dated this    day of November, 2012

Copy of the forego-
ing mailed this
day of November,
2012, to:
Michael E. Gottfried
Assistant Attorney General
1275 W. Washington Street
Phoenix, AZ 85007-2926
( Attorney for Defendants );

Eddie Cano
Plaintiff
Pro se

A 3

Daniel J. Pochoda
James Duff Lyall
ACLU Foundation of Arizona
3707 N. 7th Street, Ste. 235
Phoenix, AZ 85013
(Attorneys for Plaintiffs.)

_____
Eddie Cano
Plaintiff
Pro se

4 /B