IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

IT IS ORDERED that the Motion for Legal Supplies/Writing Materials of Eddie Cano (Doc. 274) is denied.

Dated this 27th day of November, 2012.

_____
Neil V. Wake
United States District Judge