IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

    The Court having reviewed Defendants' Motion to Seal Exhibits Associated with Plaintiffs' Motion for Class Certification (Doc. 270), and good cause appearing,

    IT IS ORDERED granting Defendants' Motion to Seal Exhibits Associated with Plaintiffs' Motion for Class Certification (Doc. 270).

    IT IS FURTHER ORDERED directing the Clerk's Office to file the following documents lodged at Doc. 272 under seal: Exhibits GG, OO, CCC, DDD, EEE, FFF, and GGG.

    IT IS FURTHER ORDERED directing the Plaintiffs to electronically submit the following lodged documents with Plaintiffs' Motion to Seal (Doc. 243) as separate documents to wake_chambers@azd.uscourts.gov: the Declaration of David Fathi

& Exhibits B, C, D, U, FF, II, MM, NN, PP, QQ, TT, UU, VV, WW, XX, YY, ZZ, AAA, BBB, JJJ, KKK, RRR, SSS, TTT, and UUU attached thereto. The Clerk will then file each of these documents on the public docket.

Dated this 27th day of November, 2012.

*Neil V. Wake*
Neil V. Wake
United States District Judge