Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**STIPULATED MOTION TO MODIFY CLASS CERTIFICATION BRIEFING (SECOND REQUEST)** |

2711926.1

The Individual Plaintiffs and Defendants respectfully move this Court to modify the existing class certification briefing schedule. Currently, Defendants' Response is due on December 7, 2012, and Plaintiffs' Reply is due on December 21, 2012. The Parties request that the deadlines be modified as follows:

    Defendants' Response:    December 19, 2012

    Plaintiffs' Reply:    January 11, 2013

The Individual Plaintiffs previously moved to push back the original briefing schedule by seven days (Dkt. # 187), and Defendants did not oppose that request. (Dkt. # 190.) Counsel for Plaintiff ACDL does not object to this second request to modify the Response and Reply deadlines.

DATED this 28th day of November 2012.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Nicholas D. Acedo
 Daniel P. Struck
 Kathleen L. Wieneke
 Rachel Love
 Timothy J. Bojanowski
 Nicholas D. Acedo
 Courtney R. Cloman
 Ashlee B. Fletcher
 Anne M. Orcutt
 STRUCK WIENEKE & LOVE, P.L.C.
 3100 West Ray Road, Suite 300
 Chandler, Arizona  85226

 Arizona Attorney General Thomas C. Horne
 Office of the Attorney General
 Michael E. Gottfried
 Katherine E. Watanabe
 Assistant Attorney General
 1275 W. Washington Street
 Phoenix, Arizona 85007-2926

 *Attorneys for Defendants*

PRISON LAW OFFICE


By /s/ Donald Specter
 Donald Specter *(admitted Pro Hac Vice)*
 PRISON LAW OFFICE
 1917 Fifth Street
 Berkeley, California 94710

 *Attorney for Individual Plaintiffs*

2711926.1

3

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Anthony Ahlers: | jahlers@perkinscoie.com; docketphx@perkinscoie.com; jroe@perkinscoie.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Jill Louise Ripke: | jripke@perkinscoie.com; jgable@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| Sara Norman: | snorman@prisonlaw.com |
| Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |

2711926.1                                                        4

| | | |
|---|---|---|
| Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com | |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org | |
| Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com | |
| David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com | |
| R. Scott Medsker: | rsmedsker@JonesDay.com | |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com | |
| Kamilla Mamedova: | kmamedova@jonesday.com | |
| Jennifer K Messina: | jkmessina@jonesday.com | |
| Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org | |
| Eun Ae Suh: | ksuh@jonesday.com | |
| Katherine Emiko Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov | |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Nicholas D. Acedo

2711926.1

5