**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | NO. 2:12-cv-00601-NVW <br><br>**ORDER GRANTING STIPULATED MOTION TO MODIFY CLASS CERTIFICATION BRIEFING SCHEDULE (SECOND REQUEST)** |

The Court having reviewed the parties' Stipulated Motion to Modify Class Certification Briefing Schedule (Second Request), and good cause appearing,

**IT IS ORDERED** granting the Stipulated Motion to Modify Class Certification Briefing Schedule (Second Request).

**IT IS FURTHER ORDERED** that the following deadlines shall apply to the remaining class certification briefing:

      Defendants' Response:    December 19, 2012

      Plaintiffs' Reply:    January 11, 2013.

2711932.1