# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV-12-00601-PHX-NVW <br><br> **ORDER** |

The Court having reviewed the parties' Stipulated Motion to Modify Class Certification Briefing Schedule (Second Request) (Doc. 278), and good cause appearing,

**IT IS ORDERED** granting the Stipulated Motion to Modify Class Certification Briefing Schedule (Second Request) (Doc. 278).

**IT IS FURTHER ORDERED** that the following deadlines shall apply to the remaining class certification briefing:

    Defendants' Response:    December 19, 2012

    Plaintiffs' Reply:    January 11, 2013.

Dated this 29th day of November, 2012.

_/s/ Neil V. Wake_
Neil V. Wake
United States District Judge