Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **NOTICE OF SERVICE OF DISCOVERY RESPONSES** |

78204-0001/LEGAL24928918.1

PLEASE TAKE NOTICE that on November 30, 2012, Perkins Coie LLP and Jones Day, by and through Perkins Coie, LLP, acting in its capacity as Co-Counsel for Prisoner Plaintiffs, served by email the following discovery responses in this matter:

1. Plaintiff Victor Parsons' Third Supplemental Response to Defendant Charles Ryan's First Request for Production of Documents and Things; and

2. Plaintiff Maryann Chisholm's Second Supplemental Response to Defendant Charles Ryan's First Request for Production of Documents and Things.

Dated: November 30, 2012       **PERKINS COIE LLP**

By:   s/ Kirstin T. Eidenbach
        Daniel C. Barr (Bar No. 010149)
        Jill L. Ripke (Bar No. 024837)
        James A. Ahlers (Bar No. 026660)
        Kirstin T. Eidenbach (Bar No. 027341)
        John H. Gray (Bar No. 028107)
        Thomas D. Ryerson (Bar No. 028073)
        Matthew B. du Mée (Bar No. 028468)
        2901 N. Central Avenue, Suite 2000
        Phoenix, Arizona 85012
        Telephone: (602) 351-8000
        Email:   dbarr@perkinscoie.com
                 jripke@perkinscoie.com
                 jahlers@perkinscoie.com
                 keidenbach@perkinscoie.com
                 jhgray@perkinscoie.com
                 tryerson@perkinscoie.com
                 mdumee@perkinscoie.com

        Daniel Pochoda (Bar No. 021979)
        Kelly J. Flood (Bar No. 019772)
        James Duff Lyall (Bar No. 330045)*
        **ACLU FOUNDATION OF ARIZONA**
        3707 North 7th Street, Suite 235
        Phoenix, Arizona 85013
        Telephone: (602) 650-1854
        Email:   dpochoda@acluaz.org
                 kflood@acluaz.org
                 jlyall@acluaz.org

        *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

78204-0001/LEGAL24928918.1

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          dkiernan@jonesday.com
          scalderon@jonesday.com
          srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:    rsmedsker@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| | Kate A. Suh (Tex. 24075132) |
| 2 | **JONES DAY** |
| | 717 Texas Street |
| 3 | Houston, Texas 77002 |
| | Telephone:  (832) 239-3939 |
| 4 | Email:    jlwilkes@jonesday.com |
| | ksuh@jonesday.com |
| 5 | |
| | *Admitted *pro hac vice* |
| 6 | |
| | Kamilla Mamedova (N.Y. 4661104)* |
| 7 | Jennifer K. Messina (N.Y. 4912440)* |
| | **JONES DAY** |
| 8 | 222 East 41 Street |
| | New York, New York 10017 |
| 9 | Telephone:  (212) 326-3498 |
| | Email:    kmamedova@jonesday.com |
| 10 | jkmessina@jonesday.com |
| 11 | *Admitted *pro hac vice* |
| 12 | *Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

78204-0001/LEGAL24928918.1        -3-

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

s/ Delana Freouf