Eddie Cano
#44306
P.O. Box 4000
SMU I
ASPC-Eyman
Florence, AZ 85132
In Pro Per

Case 2:12-cv-00601-ROS   Document 287   Filed 12/07/12   Page 1 of 5

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE 5.4
(Rule Number/Section)

✓ FILED     ___ LODGED
___ RECEIVED ___ COPY

DEC 07 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

In the United States District Court
For the District of Arizona

Victor Parsons, et al.,      )  CV-12-00601-PHX-NVW
            Plaintiffs,       )
      v.                      )  Motion for Relief
Charles Ryan, et al.,         )
            Defendants.       )

Plaintiff, Eddie Cano, pursuant to the applicable rules, statutes and/or other authorities, requests that this Court grant him emergency relief as follows:

Plaintiff suffers from mental and emotional disorders. The torturous conditions here at SMU I, including the enforced idleness, extreme isolation and sensory deprivation, have been worsening my mental illness and making me suicidal. In fact, I have engaged in self-harming behavior and suicide attempts, experienced suicidal ideation throughout my confinement at these Level 5 supermax units because of these torturous and unbearable conditions. Although prison mental health staff, including Dr. J. Kenney, Psychologist II, have recom-

mended GWSP for and I have been accepted for transfer to a mental health treatment facility (see, e.g., Exhibit A attached hereto), prison security staff (Central Office, et al.), according to Dr. Kenney, et al., have improperly overridden the decision by mental health staff to have me transferred to a mental health treatment facility and are continuing to subject me to these torturous conditions. I am disliked by prison security staff and am targeted for special harassment because of my grievance filings and legal activities. Courts have condemned the housing of mentally ill inmates in supermax isolated confinement units such as SMUI. For example, in Scarver v. Litscher, 317 F. Supp. 2d 986 (W.D. Wis. 2005), aff'd 434 F.3d 972 (7th Cir. 2006) (record demonstrated that placement of inmate in inhumane conditions of isolated confinement caused marked increase in his acts of self-injury), the court noted that subjecting a mentally ill inmate to abject confinement marked by "conditions so lacking in physical and social points

2

of reference," might reasonably "lead to a kind of psychological torture and future acts of self-harm."

(I have reason to believe that prison staff are conspiring to set me up or frame me on false criminal charges in retaliation for my grievance filings and legal activities. For example, they might try to plant contraband, such as an improvised weapon ("shank") or illegal drugs in my cell during a cell search. Or they might subject me to the malicious misuse of force or provoke an incident and then, adding insult to injury, falsify a "misconduct" report against me. For the record, I have no intention of committing any criminal acts and jeopardizing my upcoming release from prison on February 10, 2013. I have been doing my very best to stay out of trouble.)

For the foregoing reasons, I respectfully request that this Court enter an order requiring that the defendants transfer me to a mental health treatment facility immediately.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the ~~foregoing~~

3

foregoing factual allegations are true and correct.

Dated this 5th day of December, 2012.

Eddie Cano
Pro Se

Copy of the foregoing mailed this 5th day of December, 2012, to:

Michael E. Gottfried
Assistant Attorney General
1275 W. Washington Street
Phoenix, AZ 85007-2926
(Attorney for Defendants);

Daniel J. Pochoda
James Duff Lyall
ACLU Foundation of Arizona
3707 N. 7th Street, Ste. 235
Phoenix, AZ 85013
(Attorneys for Plaintiffs.)

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Exhibit A

Date: _____
Time: _____
Initials: _____

**Inmate Name/Nombre** (Last, First M.I.) (Apellido, Nombre, Inicial): Cano, Eddie
**ADC Number/Número de ADC:** 44306
**Date/Fecha:** 8/6/12

**Cell/Bed Number/Celda/Número de Cama:** 105
**Unit/Unidad:** SMU I
**P.O. Box/Apartado Postal:** 4000
**Institution/Facility/Instalación:** ASPC — Eyman

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

To: Dr. Kenney, Psychologist II

**AREA OF INTEREST** (Check only one block below) / **AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)
☐ Medical/Médica  ☐ Dental  ☐ FHA  ☐ Pharmacy/Farmacia  ☑ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue/need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

The conditions here are continuing to take a toll on me. I don't know how much longer I can hold on. Please help!

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

**Inmate's Signature/Firma del prisionero:** Eddie Cano

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**
☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros (specify) (especifique)

**Comments/Comentarios:**

**Staff Signature Stamp/Firma del empleado:** [signature] RN
**Date/Fecha:** 8/6/12
**Time/Hora:** 2130

**PLAN OF ACTION/PLAN DE ACCION:**
I/M has been accepted to [illegible] ward and arrangements are being made for transfer.

**Staff Signature Stamp/Firma del empleado:** [signature] PhD
**Date/Fecha:** 8/7/12
**Time/Hora:** 08:51

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscuro - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09