IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

    Eddie Cano is not a named plaintiff in this case and therefore cannot file papers in this case.

    IT IS THEREFORE ORDERED that the Motion for Relief (Doc. 287) of Eddie Cano is denied.

    Dated this 7th day of December, 2012.

_Neil V. Wake_
Neil V. Wake
United States District Judge