1   Daniel Pochoda (Bar No. 021979)
    Kelly J. Flood (Bar No. 019772)
2   James Duff Lyall (Bar No. 330045)*
    **ACLU FOUNDATION OF ARIZONA**
3   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
4   Telephone:  (602) 650-1854
    Email: dpochoda@acluaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6
7   *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

8   *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
    *Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
    *Christina Verduzco, Jackie Thomas, Jeremy Smith,*
9   *Robert Gamez, Maryanne Chisholm, Desiree Licci,*
    *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
10  *behalf of themselves and all others similarly situated*

11  **[ADDITIONAL COUNSEL LISTED ON**
    **SIGNATURE PAGE]**
12

13              UNITED STATES DISTRICT COURT

14                  DISTRICT OF ARIZONA

15  Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriguez; Christina            (MEA)
16  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
17  Hefner; Joshua Polson; and Charlotte Wells, on       **NOTICE OF SERVICE OF**
    behalf of themselves and all others similarly        **DISCOVERY RESPONSES**
18  situated; and Arizona Center for Disability Law,

19                  Plaintiffs,

20        v.

21  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
22  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
23  capacities,

24                  Defendants.

25

26

27

28

78204-0001/LEGAL24928918.1

PLEASE TAKE NOTICE that on December 10, 2012, Perkins Coie LLP and ACLU Foundation of Arizona, by and through Perkins Coie, LLP, acting in its capacity as Co-Counsel for Prisoner Plaintiffs, served by email the following discovery responses in this matter:

1.      Plaintiff Maryanne Chisholm's Responses to Defendant Charles Ryan's Third Set of Interrogatories;

2.      Plaintiff Maryanne Chisholm's Response to Defendant Charles Ryan's Second Request for Production of Documents;

3.      Plaintiff Maryanne Chisholm's Responses to Defendant Charles Ryan's Second Set of Requests for Admission and Interrogatories;

4.      Plaintiff Christina Verduzco's Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories;

5.      Plaintiff Desiree Licci's Responses to Defendant Charles Ryan's First Set of Interrogatories;

6.      Plaintiff Sonia Rodriguez's Responses to Defendant Charles Ryan's Second Set of Interrogatories;

7.      Plaintiff Christina Veduzco's Responses to Defendant Charles Ryan's Second Set of Interrogatories;

8.      Plaintiff Charlotte Wells' Responses to Defendant Charles Ryan's Second Set of Interrogatories;

9.      Plaintiff Victor Parsons' Responses to Defendant Charles Ryan's First Set of Interrogatories;

10.     Plaintiff Victor Parsons' Responses to Defendant Charles Ryan's Second Set of Requests for Admission and Interrogatories to Plaintiff Victor Parsons;

11.     Plaintiff Joseph Hefner's Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories to Plaintiff Joseph Hefner;

12.     Plaintiff Dustin Brislan's Responses to Defendant Charles Ryan's Second Set of Interrogatories;

13.     Plaintiff Dustin Brislan's Responses to Defendant Richard Pratt's First Set of Interrogatories;

14.     Plaintiff Robert Gamez's Responses to Defendant Charles Ryan's Second Set of Requests for Admission and Interrogatories;

15.     Plaintiff Robert Gamez's Responses to Defendant Charles Ryan's First Set of Interrogatories;

16.     Plaintiff Jackie Thomas' Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories to Plaintiff Jackie Thomas;

17.     Plaintiff Victor Parsons' Responses to Defendant Charles Ryan's Second Request for Production;

18.     Plaintiff Jackie Thomas' Responses to Defendant Charles Ryan's Second Set of Interrogatories;

19.     Plaintiff Stephen Swartz's Responses to Defendant Charles Ryan's Second Set of Interrogatories;

20.     Plaintiff Jeremy Smith's Responses to Defendant Charles Ryan's First Set of Interrogatories;

21.     Plaintiff Shawn Jensen's Responses to Defendant Charles Ryan's Second Set of Requests for Admission and Interrogatories;

22.     Plaintiff Shawn Jensen's Responses to Defendant Charles Ryan's Second Set of Interrogatories;

23.     Plaintiff Jeremy Smith's Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories to Plaintiff Jeremy Smith;

24.     Plaintiff Joseph Hefner's Responses to Defendant Charles Ryan's First Set of Interrogatories;

25.     Plaintiff Joshua Polson's Responses to Defendant Charles Ryan's First Set of Interrogatories.

1    Dated:  December 10, 2012          **PERKINS COIE LLP**

2

3                                        By:   s/ Kirstin T. Eidenbach
                                              Daniel C. Barr (Bar No. 010149)
4                                             Jill L. Ripke (Bar No. 024837)
                                              James A. Ahlers (Bar No. 026660)
5                                             Kirstin T. Eidenbach (Bar No. 027341)
                                              John H. Gray (Bar No. 028107)
6                                             Thomas D. Ryerson (Bar No. 028073)
                                              Matthew B. du Mée (Bar No. 028468)
7                                             2901 N. Central Avenue, Suite 2000
                                              Phoenix, Arizona 85012
                                              Telephone:  (602) 351-8000
8                                             Email:    dbarr@perkinscoie.com
                                                        jripke@perkinscoie.com
9                                                       jahlers@perkinscoie.com
                                                        keidenbach@perkinscoie.com
10                                                      jhgray@perkinscoie.com
                                                        tryerson@perkinscoie.com
11                                                      mdumee@perkinscoie.com

12                                            Daniel Pochoda (Bar No. 021979)
                                              Kelly J. Flood (Bar No. 019772)
13                                            James Duff Lyall (Bar No. 330045)*
                                              **ACLU FOUNDATION OF**
14                                            **ARIZONA**
                                              3707 North 7th Street, Suite 235
15                                            Phoenix, Arizona 85013
                                              Telephone:  (602) 650-1854
16                                            Email:    dpochoda@acluaz.org
                                                        kflood@acluaz.org
17                                                      jlyall@acluaz.org

18                                            *Admitted pursuant to Ariz. Sup. Ct.
                                              R. 38(f)
19
                                              Donald Specter (Cal. 83925)*
20                                            Alison Hardy (Cal. 135966)*
                                              Sara Norman (Cal. 189536)*
21                                            Corene Kendrick (Cal. 226642)*
                                              **PRISON LAW OFFICE**
22                                            1917 Fifth Street
                                              Berkeley, California 94710
23                                            Telephone:  (510) 280-2621
                                              Email:    dspecter@prisonlaw.com
24                                                      ahardy@prisonlaw.com
                                                        snorman@prisonlaw.com
25                                                      ckendrick@prisonlaw.com

26                                            *Admitted *pro hac vice*

27

28

78204-0001/LEGAL24928918.1          -3-

1                           David C. Fathi (Wash. 24893)*

Amy Fettig (D.C. 484883)**

2                           **ACLU NATIONAL PRISON**

**PROJECT**

3                           915 15th Street N.W., 7th Floor

Washington, D.C. 20005

4                           Telephone:  (202) 548-6603

Email:     dfathi@npp-aclu.org

5                                         afettig@npp-aclu.org

6                           *Admitted *pro hac vice*.  Not admitted

  in DC; practice limited to federal

7                             courts.

**Admitted *pro hac vice*

8

9                           Caroline Mitchell (Cal. 143124)*

David C. Kiernan (Cal. 215335)*

10                         Sophia Calderón (Cal. 278315)*

Sarah Rauh (Cal. 283742)*

11                         **JONES DAY**

555 California Street, 26th Floor

12                         San Francisco, California 94104

Telephone:  (415) 875-5712

13                         Email:     cnmitchell@jonesday.com

                 dkiernan@jonesday.com

14                                          scalderon@jonesday.com

                 srauh@jonesday.com

15                         *Admitted *pro hac vice*

16                         R. Scott Medsker (D.C. 976405)*

**JONES DAY**

17                         51 Louisiana Avenue, NW

Washington, D.C. 20001-2113

18                         Telephone:  (202) 879-3837

Email:     rsmedsker@jonesday.com

19

20                         *Admitted *pro hac vice*

21                         John Laurens Wilkes (Tex. 24053548)*

Kate A. Suh (Tex. 24075132)

22                         **JONES DAY**

717 Texas Street

23                         Houston, Texas 77002

Telephone:  (832) 239-3939

24                         Email:     jlwilkes@jonesday.com

                 ksuh@jonesday.com

25                         *Admitted *pro hac vice*

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
             jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons;
Shawn Jensen; Stephen Swartz; Dustin
Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 10, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

s/ Delana Freouf