Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
         kflood@acluaz.org
         jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**PRISONER PLAINTIFFS' NOTICE OF COMPLIANCE WITH SEALING ORDER** |

LEGAL25345832.1

1 | In compliance with the Court's Order [Doc. 276], Prisoner Plaintiffs hereby provide notice that they have electronically submitted unredacted versions of the following documents to wake_chambers@azd.uscourts.gov for public filing: the Declaration of David Fathi & Exhibits B, C, D, U, FF, II MM, NN, PP, QQ, TT, UU, VV, WW, XX, YY, ZZ, AAA, BBB, JJJ, KKK, RRR, SSS, TTT, and UUU thereto. Exhibit D is the Declaration of Jay Shulman and contains redactions of both parties' confidential information. The Court previously granted Plaintiffs' motion to seal portions of Exhibit D, and Defendants have withdrawn their confidentiality designation. Plaintiffs, therefore, have emailed the Court a version of Exhibit D containing only Plaintiffs' redactions. Additionally, Plaintiffs have emailed the Court a revised public version of Prisoner Plaintiffs' Motion & Memorandum of Points and Authorities in Support of Class Certification, with redactions now conforming with the Court's sealing Orders [Docs. 247, 276] The original public filing of Plaintiffs' Memorandum is at Docket No. 245, and the original lodged sealed version is at Docket No. 242.

Dated: December 11, 2012

**PERKINS COIE LLP**

By:  s/ Daniel C. Barr
  Daniel C. Barr (Bar No. 010149)
  Jill L. Ripke (Bar No. 024837)
  James A. Ahlers (Bar No. 026660)
  Kirstin T. Eidenbach (Bar No. 027341)
  John H. Gray (Bar No. 028107)
  Thomas D. Ryerson (Bar No. 028073)
  Matthew B. du Mée (Bar No. 028468)
  2901 N. Central Avenue, Suite 2000
  Phoenix, Arizona 85012
  Telephone: (602) 351-8000
  Email: dbarr@perkinscoie.com
    jripke@perkinscoie.com
    jahlers@perkinscoie.com
    keidenbach@perkinscoie.com
    jhgray@perkinscoie.com
    tryerson@perkinscoie.com
    mdumee@perkinscoie.com

LEGAL25345832.1

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaz.org
         kflood@acluaz.org
         jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

LEGAL25345832.1                    -2-

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
|  | David C. Kiernan (Cal. 215335)* |
| 2 | Sophia Calderón (Cal. 278315)* |
|  | Sarah Rauh (Cal. 283742)* |
| 3 | **JONES DAY** |
|  | 555 California Street, 26th Floor |
| 4 | San Francisco, California 94104 |
|  | Telephone: (415) 875-5712 |
| 5 | Email: cnmitchell@jonesday.com |
|  | dkiernan@jonesday.com |
| 6 | scalderon@jonesday.com |
|  | srauh@jonesday.com |

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3837
Email: rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Kate A. Suh (Tex. 24075132)
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com
ksuh@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: kmamedova@jonesday.com
jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

s/ S. Neilson

LEGAL25345832.1                              -4-