1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone:  (602) 650-1854
   Email: dpochoda@acluaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6
7  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

   *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
8  *Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
   *Christina Verduzco, Jackie Thomas, Jeremy Smith,*
9  *Robert Gamez, Maryanne Chisholm, Desiree Licci,*
   *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
10 *behalf of themselves and all others similarly situated*

11 [ADDITIONAL COUNSEL LISTED BELOW]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**DECLARATION OF DAVID C. FATHI IN SUPPORT OF PRISONER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

78204-0001/LEGAL25062667.1

I, David C. Fathi, declare:

1. I am an attorney admitted to practice before the courts of the state of Washington, and before this Court *pro hac vice*. I am the Director of the National Prison Project of the American Civil Liberties Union Foundation ("ACLU-NPP"), and am co-lead counsel for Prisoner Plaintiffs in this litigation. I make this declaration in support of Prisoner Plaintiffs' Motion for Class Certification. If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

2. The attorneys of the ACLU-NPP are committed to the vigorous, effective, and efficient prosecution of the interests of Prisoner Plaintiffs and the proposed class (the "Class"), a commitment the ACLU-NPP lawyers have demonstrated in their representation of Prisoner Plaintiffs in the proceedings to date in this matter.

3. Based on my co-representation with the attorneys of the Prison Law Office, the American Civil Liberties Union Foundation of Arizona ("ACLU-AZ"), Perkins Coie LLP ("Perkins Coie"), and Jones Day in this matter, it is my belief that the attorneys of Prison Law Office, ACLU-AZ, Perkins Coie, and Jones Day are likewise committed to the vigorous, effective, and efficient prosecution of this matter.

4. The ACLU-NPP, Prison Law Office, ACLU-AZ, Perkins Coie, and Jones Day (collectively, "Prisoner Plaintiffs' counsel") have been working for over a year on this matter. Prior to and since the filing of the complaint in this action, Prisoner Plaintiffs' counsel have dedicated many hours to the investigation and research of Prisoner Plaintiffs' claims – including interviewing Prisoner Plaintiffs and other members of the proposed Class to develop the factual record and legal issues underlying this case, interviewing potential expert witnesses, performing legal research about potential claims and relief available to the Class, and drafting a lengthy and detailed complaint as well as this class certification motion.

5. Founded as a project of the American Civil Liberties Union in 1972, the ACLU-NPP has decades of experience in complex prisoner rights class action suits and

has represented prisoners in five cases before the U.S. Supreme Court. Courts have repeatedly recognized the special expertise of NPP staff. *See Plyler v. Evatt*, 902 F.2d 273, 278 (4th Cir. 1990); *Palmigiano v. Garrahy*, 707 F.2d 636, 637 (1st Cir. 1983); *Knop v. Johnson*, 712 F. Supp. 571, 583 (W.D. Mich. 1989); *Lightfoot v. Walker*, 619 F. Supp. 1481, 1487 (S.D. Ill. 1985), *aff'd*, 826 F.2d 516, 522 (7th Cir. 1987); *Ramos v. Lamm*, 539 F. Supp. 730, 750 (D. Colo. 1982), *remanded*, 713 F.2d 546 (10th Cir. 1983).

6. I am a 1984 graduate, summa cum laude, of the University of Washington and a 1988 graduate of the Boalt Hall School of Law at the University of California, Berkeley. For more than 17 years I have devoted my practice exclusively to the representation of prisoners in challenges to the conditions of their confinement.

7. I have been counsel for plaintiffs in cases before this court, including *Canadian Coalition Against the Death Penalty v. Ryan*, 269 F. Supp. 2d 1199 (D. Ariz. 2003) and *Casey v. Lewis*, 834 F. Supp. 1569 (D. Ariz. 1993), 834 F. Supp. 1477 (D. Ariz. 1993). Additional cases I have litigated involving prisoners' rights include *Martinez v. Maketa*, 2011 WL 2222129 (D. Colo. June 7, 2011); *Clay v. Pelle*, 2011 WL 843920 (D. Colo. Mar. 8, 2011); *Flynn v. Doyle*, 2007 WL 805788 (E.D. Wis. Mar. 14, 2007); *Inmates of the Rhode Island Training School v. Martinez*, 465 F. Supp. 2d 131 (D.R.I. 2006); *Jones'El v. Berge,* 164 F. Supp. 2d 1096 (W.D. Wis. 2001), 172 F. Supp. 2d 1128 (W.D. Wis. 2001), 374 F.3d 541 (7th Cir. 2004); *Caldwell v. District of Columbia*, 201 F. Supp. 2d 27 (D.D.C. 2001); *Joslyn v. Armstrong*, 2001 WL 1464780 (D. Conn. May 16, 2001); and *Austin v. Pennsylvania Department of Corrections*, 876 F. Supp. 1437 (E.D. Pa. 1995).

8. The ACLU-NPP has dedicated and will continue to commit substantial resources to the representation of Prisoner Plaintiffs in this case.

9. Plaintiffs' counsel have agreed to act jointly as class counsel, if the Court so designates them.

10. A true and correct copy of my resume is attached hereto as Exhibit A.

1  11.  A true and correct copy of the expert declarations cited in Prisoner Plaintiffs' Motion & Memorandum of Points and Authorities in Support of Class Certification are attached hereto as Exhibits B – E.  Information subject to the Protective Order in this action will be redacted and originals will be filed under seal:

- Declaration of Pablo Stewart, M.D. as Ex. B.
- Declaration of Robert L. Cohen as Ex. C.
- Declaration of Jay D. Shulman as Ex. D.
- Declaration of Craig Haney, Ph.D., J.D. as Ex. E.

12.  A true and correct copy of the named prisoner plaintiffs' declarations cited in Prisoner Plaintiffs' Motion & Memorandum of Points and Authorities in Support of Class Certification are attached hereto as Exhibits F – S.  Information subject to the Protective Order in this action will be redacted and originals will be filed under seal:

- Declaration of Dustin Brislan as Ex. F.
- Declaration of Robert Gamez as Ex. G.
- Declaration of Maryanne Chisholm as Ex. H.
- Declaration of Victor Parsons as Ex. I.
- Declaration of Sonia Rodriguez as Ex. J.
- Declaration of Jeremy Smith as Ex. K.
- Declaration of Stephen Swartz as Ex. L.
- Declaration of Jackie Thomas as Ex. M.
- Declaration of Desiree Licci as Ex. N.
- Declaration of Shawn Jensen as Ex. O.
- Declaration of Joseph Hefner as Ex. P.
- Declaration of Charlotte Wells as Ex. Q.
- Declaration of Joshua Polson as Ex. R.
- Declaration of Christina Verduzco as Ex. S.

13.  A true and correct copy of excerpts of deposition transcripts cited in Prisoner Plaintiffs' Motion & Memorandum of Points and Authorities in Support of Class

Certification are attached hereto as Exhibits T – AA.  Information subject to the Protective Order in this action will be redacted and originals will be filed under seal:

- Deposition Transcript of Ben L. Shaw, Ph.D., Oct. 3, 2012, as Ex. T.
- Deposition Transcript of Richard Pratt, Oct. 4, 2012, as Ex. U.
- Deposition Transcript of Tracy Crews, M.D., Oct. 3, 2012, as Ex. V.
- Deposition Transcript of Jeffrey Alan Sharp, M.D., Oct. 9, 2012, as Ex. W.
- Deposition Transcript of Karen Ingram, Sept. 13, 2012, as Ex. X.
- Deposition Transcript of Richard H. Rowe, M.D., Sept. 19, 2012, as Ex. Y.
- Deposition Transcript of Carmelo Echeverria, M.D., Oct. 5, 2012, as Ex. Z.
- Deposition Transcript of Michael Adu-Tutu, D.D.S., Oct. 1, 2012, as Ex. AA.

14. A true and correct copy of the following documents and document excerpts cited in both Prisoner Plaintiffs' Motion & Memorandum of Points and Authorities in Support of Class Certification and the expert declarations attached to this declaration are attached as Exhibits CC – BBBB (Exhibit BB has been omitted).  With the exception of documents where Defendants have agreed to lift the designation, documents designated by Defendants as subject to the Protective Order in this action will be filed under seal and are marked (PO) herein:

- Plaintiff Dustin Brislan's First Set of Requests for Admission (Nos. 1-78) and First Set of Interrogatories (Nos. 1-2) to Defendant Charles Ryan *and Defendant Charles Ryan's Answers Thereto*, Sept. 24, 2012, as Ex. CC. (PO)
- Reporter's Transcript of Proceedings (Scheduling Conference), July 20, 2012, excerpt 8:9-16, as Ex. DD.
- Letter from Joe Profiri to Karen Mullenix, Sept. 21, 2012 (ADC027854 - 69), as Ex. EE.
- Letter from Karen Mullenix to Joe Profiri, Oct. 1, 2012 (ADC027941 – 43) as Ex. FF.  (PO)

-4-

- Letter from Deputy Warden McCarville to [redacted] Alcaraz, Apr. 27, 2011 (ADC025768 - 70), as Ex. GG.  (PO)
- Email from Tracy Crews to Ben Shaw, Feb. 3, 2011 (PLTF-PARSONS-000007), as Ex. HH.
- Email from Sumi Erno to Karen Mullenix and Linda Maschner, Sept. 5, 2012, subject: "LPN Nwaohia" (ADC027911), as Ex. II.  (PO)
- Memo from Lewis Medical/Wexford Health Services to Lewis Complex Inmates, June 26, 2011 [sic] (PLTF-PARSONS-013132), as Ex. JJ.
- Memo from Ben Shaw to Joe Profiri, Aug. 13, 2012 (ADC027770 - 71), as Ex. KK.
- Memo from Paulette Boothby to Joe Profiri, Aug. 17, 2012 (ADC027794 - 804), as Ex. LL.
- Memo from Terry L. Allred to Joe Profiri, Aug. 13, 2012 (ADC028112 - 14), as Ex. MM.  (PO)
- Memo from Helena Valenzuela to Joe Profiri, Aug. 13, 2012 (ADC028140 - 42) as Ex. NN.  (PO)
- Memo from O. Valencia to Warden Hetmer, Mar. 26, 2012 (ADC026930-45), as Ex. OO.  (PO)
- Memo from Karyn Christie to Joe Profiri, Aug. 13, 2012 (ADC028148 – 49), as Ex. PP.  (PO)
- Memo from John Mitchell to Joe Profiri, Aug. 17, 2012 (ADC028171 – 72), as Ex. QQ.  (PO)
- Memo from John Mitchell to Joe Profiri, Aug. 10, 2012 (ADC028163), as Ex. RR.
- Memo from John Mitchell to Joe Profiri, Aug. 13, 2012 (ADC028164 – 65), as Ex. SS.
- Memo from Dennis Chenail to Joe Profiri, Aug. 13, 2012 (ADC028167), as Ex. TT.  (PO)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Memo from Dennis Kendall to Joe Profiri, Aug. 13, 2012 (ADC028123 – 26), as Ex. UU.  (PO)
- Memo from Kathy Campbell to Joe Profiri, Aug. 20, 2012 (ADC028159 – 61), as Ex. VV.  (PO)
- Memo from Kathy Campbell to Joe Profiri, Aug. 20, 2012 (ADC028128 - 29), as Ex. WW.  (PO)
- Memo from Kathy Campbell to Joe Profiri, Aug. 13, 2012 (ADC028143), as Ex. XX.  (PO)
- Memo from Vanessa Headstream to Joe Profiri, Aug. 17, 2012 (ADC028144 – 46), as Ex. YY.  (PO)
- Memo from Vanessa Headstream to Joe Profiri, Aug. 17, 2012 (ADC028168 - 70), as Ex. ZZ.  (PO)
- Memo from Karen Mullenix to Joe Profiri, Jeff Hood, and Dan Conn, Sept. 17, 2012 (ADC027890 - 96), as Ex. AAA.  (PO)
- Death Investigation of William Sexton (ADC025110 - 38) as Ex. BBB. (PO)
- Death Investigation of Brenda Todd (ADC024171 - 221) as Ex. CCC.  (PO)
- Death Investigation of Alvin Rhodes (ADC024949 - 82) as Ex. DDD.  (PO)
- Death Investigation of Joseph Venegas (ADC025140 - 71) as Ex. EEE. (PO)
- Death Investigation of Otto Munster (ADC026957 - 7022) as Ex. FFF.  (PO)
- ADC Internal Investigation Report, Apr. 26, 2012 (ADC026964 - 93), as Ex. GGG.  (PO)
- Excerpts of ADC Notice of Request for Proposal for Privatization of Health Care and Wexford Health Inc.'s Bid, 2.8.12.1 QM/CQI Program Description Requirements (ADC014103 – 6042) as Ex. HHH.
- Arizona Vacancies and FTE Fill Percentages, Aug. 8, 2012, as Ex. III.

-6-

78204-0001/LEGAL25062667.1

- Weekly Non-Compliance Report, ASPC-Perryville, Aug. 13, 2012 (ADC028131 – 33), as Ex. JJJ. (PO)
- Wexford Health Sources Inmate Wait Times, Aug. 2012 (ADC028020 - 22), as Ex. KKK. (PO)
- ADC Mental Health Technical Manual, Chapter 5, Section 19.0 (Effective Date Aug. 15, 2011) as Ex. LLL.
- MH Levels Statistical Summary, July 23, 2012 (ADC027759 - 68), as Ex. MMM.
- Medical and Mental Health Score Inmate Distribution by Complex for FY 2011 (PLTF-PARSONS-013203 - 04) as Ex. NNN.
- Dep't Ord. 809, Earned Incentive Program (Jan. 11, 2011) (ADC013994 - 4004) as Ex. OOO.
- Excerpts of Arizona Department of Corrections Departmental Order 1103. Technical Manual: Health Services (Effective Date: Jan. 1, 2010) (ADC010554 - 10635) as Ex. PPP.
- ADC Institutional Capacity & Committed Population, October 31, 2012, available at http://www.azcorrections.gov/adc/reports/capacity/bed_2012/bed_capacity_oct12.pdf as Ex. QQQ.
- Memo from Dennis G. Chenail to Joe Profiri, Aug. 20, 2012 (ADC028173), as Ex. RRR. (PO)
- Memo from Dennis Kendall to Joe Profiri, Aug. 17, 2012 (ADC028107 - 10), as Ex. SSS. (PO)
- Excerpts of Contract Monitoring Bureau Report, Aug. 8-13, 2012, as Ex. TTT. (PO)
- Wexford Vacancies Report, July 31, 2012 (ADC028188), as Ex. UUU. (PO)
- Excerpts of health records of Maryanne Chisholm, inmate #200825, as Ex. VVV. (PO)

-7-

78204-0001/LEGAL25062667.1

- Excerpts of health records of Victor Parsons, inmate #123589, as Ex. WWW. (PO)
- Excerpts of health records of Joshua Polson, inmate #187716, as Ex. XXX. (PO)
- Excerpts of health records of Stephen Swartz, inmate #102486, as Ex. YYY. (PO)
- Excerpts of health records of Charlotte Wells, inmate #247188, as Ex. ZZZ. (PO)
- Email from Jeffrey Sharp to James Baird and Steve Grabowski, Sept. 9, 2009 (PLTF-PARSONS-000030), as Ex. AAAA.
- Plaintiff Dustin Brislan's First Set of Requests for Admission (Nos. 1-78) and First Set of Interrogatories (Nos. 1-2) to Defendant Charles Ryan *and Defendant Charles Ryan's First Supplemental Answers Thereto*, Oct. 17, 2012, as Ex. BBBB.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of November, 2012 at Washington, D.C.

                                   s/ David C. Fathi
                                   David C. Fathi

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Jill L. Ripke (Bar No. 024837)
James A. Ahlers (Bar No. 026660)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Thomas D. Ryerson (Bar No. 028073)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          rjipke@perkinscoie.com
          jahlers@perkinscoie.com
          keidenbach@perkinscoie.com
          jhgray@perkinscoie.com
          tryerson@perkinscoie.com
          mdumee@perkinscoie.com

-9-

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
| 2 | David C. Kiernan (Cal. 215335)*<br>Sophia Calderón (Cal. 278315)* |
| 3 | Sarah Rauh (Cal. 283742)*<br>**JONES DAY** |
| 4 | 555 California Street, 26th Floor<br>San Francisco, California 94104 |
| 5 | Telephone: (415) 875-5712<br>Email:  cnmitchell@jonesday.com |
| 6 |           dkiernan@jonesday.com<br>          scalderon@jonesday.com |
| 7 |           srauh@jonesday.com |
| 8 | *Admitted *pro hac vice* |
| 9 | R. Scott Medsker (D.C. 976405)*<br>**JONES DAY** |
| 10 | 51 Louisiana Avenue, NW<br>Washington, D.C. 20001-2113 |
| 11 | Telephone: (202) 879-3837<br>Email:  rsmedsker@jonesday.com |
| 12 | *Admitted *pro hac vice* |
| 13 | John Laurens Wilkes (Tex. 24053548)* |
| 14 | Kate A. Suh (Tex. 24075132)*<br>**JONES DAY** |
| 15 | 717 Texas Street<br>Houston, Texas 77002 |
| 16 | Telephone: (832) 239-3939<br>Email:  jlwilkes@jonesday.com |
| 17 |           ksuh@jonesday.com |
| 18 | *Admitted *pro hac vice* |
| 19 | Kamilla Mamedova (N.Y. 4661104)*<br>Jennifer K. Messina (N.Y. 4912440)* |
| 20 | **JONES DAY**<br>222 East 41 Street |
| 21 | New York, New York 10017<br>Telephone: (212) 326-3498 |
| 22 | Email:  kmamedova@jonesday.com<br>          jkmessina@jonesday.com |
| 23 | *Admitted *pro hac vice* |
| 24 | *Attorneys for Plaintiffs Victor Parsons;* |
| 25 | *Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina* |
| 26 | *Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm;* |
| 27 | *Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of* |
| 28 | *themselves and all others similarly situated* |

78204-0001/LEGAL25062667.1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Assistant Arizona Attorney General
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

I hereby certify that on November 9, 2012, I served the attached document by first class mail on Judge Neil V. Wake, United States District Court of Arizona, 401 West Washington Street, Phoenix, Arizona 85003-2118.

s/ S. Neilson

-11-

78204-0001/LEGAL25062667.1