# EXHIBIT B

1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6
7  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

8  *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,
   Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
9  *Christina Verduzco, Jackie Thomas, Jeremy Smith,
   Robert Gamez, Maryanne Chisholm, Desiree Licci,*
10 *Joseph Hefner, Joshua Polson, and Charlotte Wells, on
   behalf of themselves and all others similarly situated*
11
12 **[ADDITIONAL COUNSEL LISTED BELOW]**

13               UNITED STATES DISTRICT COURT

14                   DISTRICT OF ARIZONA

15
16 Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-NVW
   Dustin Brislan; Sonia Rodriguez; Christina         (MEA)
17 Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph
18 Hefner; Joshua Polson; and Charlotte Wells, on      **DECLARATION OF PABLO**
   behalf of themselves and all others similarly      **STEWART, M.D.**
19 situated; and Arizona Center for Disability Law,

20             Plaintiffs,

21      v.

22 Charles Ryan, Director, Arizona Department of
   Corrections; and Richard Pratt, Interim Division
23 Director, Division of Health Services, Arizona
   Department of Corrections, in their official
24 capacities,

25             Defendants.

26
27
28
29
30

I, PABLO STEWART, M.D., DECLARE:

1.     I am a board-certified psychiatrist and Clinical Professor in the Department of Psychiatry, University of California, San Francisco.  My curriculum vitae is attached hereto as Exhibit 1.  I have more than 20 years of experience in correctional mental health care, including serving as the court's expert in class action cases challenging the provision of mental health care to prisoners.

2.     I have been asked to render an opinion as to the policies and practices of the Arizona Department of Corrections (ADC) and its agents as they relate to the provision of mental health care to ADC prisoners.

3.     I have reviewed the following documents:

1. Deposition of Ben Shaw, Ph.D., October 3, 2012
2. Deposition of Tracy Crews, M.D., October 3, 2012
3. Deposition of Richard Pratt, P.A., October 4, 2012
4. Deposition of Jeffrey Alan Sharp, M.D., October 9, 2012
5. Memo from Ben Shaw to Joe Profiri, August 13, 2012 (ADC 27770-71)
6. Letter from Joe Profiri to Karen Mullenix, September 21, 2012 (ADC027854-60)
7. Memo from Paulette Boothby to Joe Profiri, August 17, 2012 (ADC 27794-804)
8. Email from Tracy Crews to Ben Shaw, February 3, 2011 (PLTF-PARSONS-000007)
9. Memo from Lewis Medical/Wexford Health Services to Lewis Complex Inmates, 6/26/11 [sic] (PLTF-PARSONS-013132)
10. ADC Mental Health Technical Manual, Chapter 5, Section 19.0, Effective Date 8/15/11
11. Memo from Helena Valenzuela to Joe Profiri, August 13, 2012 (ADC 28140-42)
12. Memo from Terry L. Allred to Joe Profiri, August 13, 2012 (ADC 28112-14)
13. Memo from O. Valencia to Warden Hetmer, March 26, 2012 (ADC 26930-45)
14. Letter from Deputy Warden McCarville to [redacted] Alcaraz, April 27, 2011 (ADC 25768-70)

15. Plaintiff Dustin Brislan's First Set of Requests for Admission (Nos. 1-78) and First Set of Interrogatories (Nos. 1-2) to Defendant Charles Ryan, and Defendant Charles Ryan's First Supplemental Answers Thereto.

16. Declaration of Plaintiff Dustin Brislan, October 30, 2012

17. Declaration of Plaintiff Maryanne Chisholm, October 18, 2012

18. Declaration of Plaintiff Jackie Thomas, October 16, 2012

19. Declaration of Plaintiff Christina Verduzco, October 18, 2012

20. Declaration of Plaintiff Joshua Polson, November 1, 2012

4.     My opinions at this early stage of this case are necessarily constrained by the limited amount of information I have.  For example, I have not yet been able to make an on-site visit to ADC facilities, speak with prisoners and staff, or review prisoner records and other relevant documents.  Nevertheless, based upon the documents listed above, I am able to reach the following preliminary opinions.  These should not be taken as an exhaustive list of the opinions I will reach in this case, and I reserve the right to supplement or modify these opinions as more information becomes available.

5.     Based upon my review, it is apparent that mental health care services at ADC are in a state of disarray, and have been for some time.  The lack of a functioning mental health program poses a substantial risk of serious harm to prisoners with mental health needs.  Although the day-to-day provision of health care, including mental health care, was privatized by the state and since July 1, 2012 has been performed by Wexford Health Sources (Wexford), all relevant policies and procedures for the provision of mental health care are centralized with statewide application. (Fathi Decl. Ex. T, at 157:13-24)[1]. ADC has a statewide Monitoring Bureau that monitors Wexford's provision of health care at all state-owned and operated prisons.  (Ex. U, at 19:10-24, 40:7-9).  Furthermore, the systemic problems that I have identified existed prior to July 1, 2012, when ADC directly provided mental health care to the prisoners in its custody.

---

[1] All excerpts of deposition transcripts, plaintiff declarations, and documents referenced herein are attached as exhibits to the Declaration of D. Fathi.  For ease of reading and economy all such exhibits will be referenced hereinafter as simply "Ex. ___".

6.     As I detail below, the shortage of mental health staff, delays in providing or outright failure to provide mental health treatment, and the gross inadequacies in the provision of psychiatric medications are statewide systemic problems, and prisoners who need mental health care have already experienced, or will experience, a serious risk of injury to their health if these problems are not addressed.  Additionally, the problems that Plaintiffs experienced and continue to experience with ADC's mental health system are typical of the problems one would expect to see as a result of this wholly inadequate correctional mental health system.  In my experience in correctional mental health care, these types of systemic problems have been addressed through an injunction directed against the directors and administrators of the prison system.

**Staffing**

7.     The provision of sufficient numbers of qualified mental health staff is the foundation of any minimally adequate prison mental health care system.  Without a sufficient number of properly qualified mental health staff, it is impossible to provide adequate mental health treatment.  It is apparent that there have been and continue to be severe systemwide shortages of mental health staff in ADC, both before and after health care services were privatized on July 1, 2012.

8.     In an August 13, 2012 memo to Joe Profiri, ADC Contract Beds Operations Director, Dr. Ben Shaw, ADC Mental Health Contract Monitor, detailed how mentally ill prisoners receiving psychiatric medications were not receiving the required face-to-face meeting with psychiatry providers every three months due to staffing shortages:

> Wexford's current level of psychiatry staffing is grossly insufficient to meet [its] contractual requirement.  Further, this staffing level is so limited that patient safety and orderly operation of ADOC facilities may be significantly compromised. … Wexford currently has 14.85 psychiatry FTE's allocated to address the clinical needs of 8,891 patients who are prescribed psychotropic medications.  Wexford now employs a total of 5.95 FTE psychiatry providers (approximately 33% of their allocation) which 8.9 FTE's are vacant (leaving a vacancy rate of 66%).  Audit findings that

1       support the position that Wexford's psychiatry staffing is insufficient to

2       provide a safe level of services are as follows:  [findings omitted]

3

4  (Ex. KK, at ADC027770).

5        9.     In his October 3, 2012 deposition regarding the provision of mental health

6  care at ADC prisons, Dr. Shaw testified that as of August 2012, the Perryville, Lewis,

7  Eyman, Florence, and Tucson complexes, which collectively house 90 to 95% of the

8  mental health population, each had less than half of their psychiatric provider full time

9  equivalent (FTE) positions filled.  (Ex. T, at 126:22-127:10). In a September 21, 2012

10  letter sent to Wexford, ADC cited "inadequate staffing levels in multiple program areas at

11  multiple locations;" "staffing levels creating inappropriate scheduling gaps in on-site

12  medical coverage, including In-Patient Component;" and "Staffing levels forcing existing

13  staff to work excessive hours, creating fatigue risks."  (Ex. EE, at ADC027858).

14       10.    In his October 3, 2012 deposition, Dr. Shaw testified to numerous current

15  vacancies statewide among mental health staff.  (Ex. T, at 60:6 – 67:4).  For example, he

16  testified that, as of that date, 0 of 2 psychiatric nurse practitioner/physician assistant

17  positions were filled (Ex. T, at 64:2-9); 1 out of 5 psych supervisor psychiatrist positions

18  were filled (Ex. T, at 64:22-65:9), and 0.5 out of 3 psychiatrist positions were filled (Ex.

19  T, at 65:23-25).  Dr. Shaw also testified that, as of August 8, 2012, there was no

20  psychiatrist at either the Florence or Lewis complexes (Ex. T, at 76:22-77:1, 78:19-22).

21       11.    Dr. Shaw also testified to mental health staffing shortages that existed

22  before the July 1, 2012 privatization of health care.  (Ex. T, at 83:7 – 97:3).  He testified

23  that, as of June 20, 2012:

24       a.     the psychiatrist, nurse practitioner, and midlevel care provider positions at

25  Florence were all vacant, as were two out of four psychologist positions (Ex. T, at 86:16-

26  88:5).

27       b.     The clinical director position, psychiatrist supervisor position, and one of

28  two psych nurse coordinator positions at Phoenix were all vacant (Ex. T, at 93:10-94:11).

29

30

1      c.      All four psychiatrist positions at Tucson were vacant (Ex. T, at 95:21-

2  96:14). ADC concentrates higher-acuity mental health prisoners at Tucson (Ex. T, at

3  97:4-12).

4        12.      Dr. Shaw further testified that as of June 20, 2012, some of these positions

5  had been vacant for approximately one year (Ex. T, at 86:8-11, 93:16-17). It appears that

6  ADC's staffing shortages are longstanding; Dr. Shaw testified that as of February 2011,

7  only 2.5 out of 14 ADC psychiatric provider positions were filled by state employees.

8  (Ex. T, at 102:14-21). Dr. Tracy Crews testified that she was the sole psychiatry provider

9  for the entire Perryville complex from August 2010 until March 2011, when a psychiatry

10  nurse practitioner finally was hired. (Ex. V, at 36:10-37:24, 83:4-22). She testified that

11  given 2011 statistics indicating 1,382 female prisoners classified as higher mental health

12  needs (MH-4 or MH-3), a single psychiatrist with a caseload this high does not meet the

13  acceptable standard of care. (Ex. V, at 84:9-22). I concur in her opinion – such a

14  psychiatrist staffing ratio does not meet basic requirements for adequate mental health

15  care.

16  **Medication Management and Continuity of Care**

17        13.      Prisoners with mental illness need to be monitored on a regular basis by

18  qualified mental health staff. The administration of psychotropic medications needs to be

19  supervised by a psychiatrist. And prisoners need to be able to make their mental health

20  needs known and have those needs promptly assessed by qualified staff. The practices

21  and policies of ADC and its agents in this area pose a substantial risk of serious harm to

22  prisoners.

23        14.      In a September 21, 2012 letter to Wexford, Mr. Profiri describes a situation

24  in which "a significant number of inmates may not have been receiving their medications

25  as prescribed due to expired prescription(s) and inappropriate renewals or refills." (Ex.

26  EE, at ADC027855). In his deposition, Dr. Shaw testified that this problem involved

27  approximately 5,000 prisoners, about 1,500 of whom were prescribed psychotropic

28  medications. (Ex. T, at 49:14 – 51:1). These prisoners did not receive their medications

29  for periods ranging from a few days to up to a month. (Ex. T, at 50:16 - 21). Mr. Profiri

30  wrote in his letter that "it was apparent … that Wexford was aware of the expired

medication issue, but had not taken adequate, if any, action to correct it." (Ex. EE, at ADC027855).  Failure to provide medications as prescribed poses a serious risk to patient health and safety.

15.     The same September 21 letter from ADC to Wexford describes a prisoner in Florence-Central Unit who was found hanging from a sheet on August 23, 2012. (Ex. EE, at ADC027856).  The prisoner had been prescribed a mood stabilizer, but did not receive his medication for the first 23 days of August.  (Ex. EE, at ADC027856).  I agree with Mr. Profiri that "[f]ailing to deliver psychotropic medication as prescribed is a significant, non-compliance issue."  (Ex. EE, at ADC027856).  Furthermore, I believe that incidents such as this prisoner's suicide attempt are the foreseeable result of the failure to provide him with his necessary psychotropic medication.

16.     ADC admits that it lacks a reliable system for ensuring the delivery of prescribed medications.  In its September 21, 2012 letter to Wexford, ADC describes problems with "[i]ncorrect, incomplete, inconsistent medication administration or documentation of care provided," including:  a backlog of prescriptions that were expiring or had expired, and needed review/renewal; incorrect or incomplete pharmacy prescriptions (i.e., medication not matching chart order, wrong dosage); inappropriate discontinuation of or change of medication; inconsistent process to approve non-formulary medication; inconsistent or contradictory medication refill and/or return procedures; inadequate pharmacy reports; inconsistent documentation of Medication Administration Records (MARs); and inconsistent provision of release, transfer, and/or renewal medications.  (Ex. EE, at ADC027858-59).

17.     In addition to the situation described in paragraph 14 above, in his August 13, 2012 memorandum, Dr. Shaw wrote that an August 1, 2012 audit at Perryville found 54 patients' medications had expired in July.  (Ex. KK, at ADC027770)  In addition, there were 75 women at Perryville who had been prescribed and stabilized on psychotropic medications at County Jail facilities, none of whom had had their medications prescribed and continued, as ADC policy requires.  (Ex. KK, at ADC027770-71).

1    18.    Richard Pratt testified that the delivery of medication has deteriorated since

2    Wexford took over on July 1, 2012.  (Ex. U, at 36:17-37:1, 51:12-52:1).  Mr. Pratt, who is

3    the interim assistant director of the Monitoring Bureau, testified that he did not know

4    whether Wexford has fixed these medication delivery problems.  (Ex. U, at 63:21-65:13).

5    Similarly, in an August 17, 2012 memo from Paulette Boothby, ADC Pharmacy Monitor,

6    to Mr. Profiri, Ms. Boothby writes that at the Florence complex, "many inmates have gone

7    without Psych meds for 30 days or more."  (Ex. LL, at ADC027796).  Ms. Boothby's

8    memo repeatedly refers to staffing shortages adversely affecting pharmacy operations (id.

9    at ADC027795, ("[Wexford's] staffing levels on site are a big concern"); id. at

10   ADC027796, ("there are not enough staff to accomplish this task"); id. at ADC027797

11   ("More staff is needed immediately to provide continuity of care")).

12   19.    In light of these facts, I am particularly concerned by a memo to Lewis

13   Complex Inmates from Wexford and ADC, dated June 26, 2011.[2]  This memo states that

14   "chronic care medications will no longer be refilled automatically" and "medications will

15   not be refilled without an HNR [Health Needs Request form]."  (Ex. JJ, at PLTF-

16   PARSONS-013132).  In light of the dysfunctions of the HNR system detailed below, this

17   medication distribution system poses a significant risk of interruption of psychotropic

18   medications, with potentially grave results.

19   20.    Mr. Pratt states that in his judgment as a medical professional, it would be

20   better if a person with a need for chronic care medications, which include psychotropic

21   medications, were provided a continual supply of his or her medication. (Ex. U, at 83:5-

22   10).  In her deposition, Dr. Crews described the problems that are associated with patients

23   having their psychotropic medication run out or expire – they can have a relapse of their

24   problems, and there is a "kindling effect" with bipolar and psychotic disorders where the

25   more times a patient goes off medications and has symptoms the harder it will be to get

26   control of those symptoms and treat her.  (Ex. V, at 82:10-24).

27

28

29

30        [2] Based on the balance of the memo, the correct date appears to be June 26, 2012.  I
     understand that counsel for ADC and Wexford have stipulated that the correct date is
     2012.

21.     These problems in the delivery of medication appear to pre-date the transfer of responsibility to Wexford.  Dr. Crews, the Perryville supervising psychiatrist for six years prior to Wexford's takeover, testified that if she could not see the patient before her prescription(s) expired, "each month the nurse would lay down […] a stack of scripts for me, and I would fill them until the patient could be seen." (Ex. V, at 77:4-77:6).  In 2011, Dr. Crews refused to renew or write prescriptions for psychotropic medication for Florence prisoners she had never seen, and would never see.  (Ex. V, at 92:1-13; 93:11-17).  In his October 9, 2012 deposition, Dr. Jeffrey Sharp, a primary care physician at Perryville, testified that he is expected to renew psychotropic medications for patients whom he has never seen.  (Ex. W, at 85:17-86:8).  Dr. Sharp testified that he does not feel competent to do so or comfortable doing so.  (Ex. W, at 85:17-87:14).  This is an inappropriate practice that puts patients at risk of harm.

**Delays or Outright Failure to Provide Mental Health Treatment**

22.     ADC does not have a reliable means for prisoners to make their mental health needs known in a timely manner to qualified staff.  According to Dr. Shaw, the Health Needs Request (HNR) form is the primary means by which prisoners access non-routine mental health care (Ex. T, at 104:1-11).  Dr. Shaw wrote in his August 13, 2012 memo:

> At the Perryville-Lumley Unit 123 HNR's were found requesting to be seen by a psychiatry provider.  These patients were waiting to be seen for up to 60 days.  None of the patients had been seen or scheduled to be seen at that point in time.

(Ex. KK, at ADC027771).

23.     Similarly, in ADC's September 21, 2012 letter to Wexford, the Department cited "untimely handling of Health Needs Requests."  (Ex. EE, at ADC027859).  In a February 3, 2011 email to Dr. Shaw, titled "Please Help," Dr. Tracy Crews, then the psychiatrist supervisor at Perryville, wrote "[c]urrently, on most yards here, we are backed

1    up 3-4 months with the HNRs and longer for regular follow-ups."  (Ex. HH, at 1 PLTF-

2    PARSONS-000007).

3         24.    ADC appears to lack a reliable system to ensure that prisoners taking

4    psychotropic medications and those with mental illness are meaningfully evaluated on a

5    regular basis by qualified mental health staff.  In Dr. Shaw's August 13, 2012 memo he

6    wrote that "Wexford's current level of psychiatry staffing is grossly insufficient" to meet

7    the requirement that mentally ill inmates receiving psychotropic medications are assessed

8    face to face every three months. (Ex. KK, at ADC027770).  He also noted that:

9

10        Audit at Lewis on 8/5/2012 found that of the 10 charts evaluated, none (0%) had

11        been seen by psychiatry provider in the past 30 days.

12

13        Audit at Eyman on 8/6/2012 found that of the 20 charts evaluated, none (0%) had

14        been seen by psychiatry provider in the past 30 days.

15

16   (Ex. KK, at ADC027771).

17        25.    Similarly, in an August 13, 2012 memo to Mr. Profiri, Terry L. Allred,

18   Compliance Monitor II, ASPC-Lewis, notes the resignation of the Chief Psychiatrist at

19   Lewis, with no discussion of a replacement. (Ex. MM, at ADC028113).  Mr. Allred

20   writes, "[t]his has led to the medical provider renewing [mental health] medications which

21   levels concern to the fact that they could go nearly 1 year in some cases without direct

22   psychiatry intervention."  (Ex. MM, at ADC028113).  In a February 3, 2011 email to her

23   supervisors, Dr. Crews stated that some patients on psychotropic medications at Perryville

24   "have not been seen for 6 months or longer."  (Ex. HH, at PLTF-PARSONS-000007).

25        26.    Finally, it appears that ADC lacks a reliable system to ensure that prisoners

26   needing a higher level of mental health care are transferred in a timely fashion to

27   appropriate facilities.  Dr. Crews, former psychiatrist supervisor at Perryville, testified that

28   she has "seen it take weeks" to get a prisoner transferred to ADC's mental health facilities

29   in Phoenix (Ex. V, at 117:1-13).  Dr. Crews also testified that ADC policy bars prisoners

30   classified as security level five, including Plaintiff Christina Verduzco, from being placed

1   at Phoenix's Flamenco Unit, an inpatient facility with more intensive treatment (Ex. V, at

2   136:20-137:19).  Dr. Crews, who left Perryville in late June 2012, testified specifically

3   about Ms. Verduzco, "we were trying to get her out there [Phoenix] for the last month or

4   so that I was there."  (Ex. V, at 138:14-15).  Flamenco is the only ADC inpatient facility

5   available to female prisoners. (Ex. T, at 216:2-4).  Dr. Crews agreed that Plaintiff

6   Verduzco is in a "catch-22," in that she is ineligible for Flamenco, yet she is too unstable

7   for Perryville's Women's Treatment Unit, which offers the treatment best suited to help

8   her stabilize and manage her mental health condition.  (Ex. V, at 141:9-22).

9          27.     In any event, there is a serious question whether the Phoenix facilities are

10  currently able to provide appropriate inpatient care.  In her August 13, 2012 memo to Mr.

11  Profiri, Helena Valenzuela, ADC Phoenix Complex Compliance monitor, noted a

12  "[m]edical and [p]sychiatric nurse shortage on various shifts."  (Ex. NN, at ADC028140).

13  She also related an incident in which "an inmate had displayed a reaction to a psych

14  medication and nursing staff was unable to contact a psychiatrist.  The nurse called 5

15  psychologists on the roster and none responded."  (Ex. NN, at ADC028140).  Ms.

16  Valenzuela notes several additional significant problems at the Phoenix facilities,

17  including medical records that are "disorganized and incorrectly completed" and a lack of

18  confidentiality during medical and mental health interviews.  (Ex. NN, at ADC028141).

19  Finally, she states:

20

21          I have requested a current programming schedule with specific group titles

22          and scheduled times. No schedule has been submitted to me. I observe the

23          Flamenco inmate group areas at various times during the day. *I*

24          *occasionally observe inmates viewing TV explained to me as group mental*

25          *health programming.*

26

27  (Ex. NN, at ADC028141 (emphasis added)).  Needless to say, watching television is not

28  group mental health programming, and it is disturbing that it is being represented as such

29  at what I understand to be ADC's dedicated mental health facility.

30

**Isolated Confinement**

28.     Isolated confinement – that is, confinement in a cell for 22 or more hours each day with limited social interaction and environmental stimulation – can be profoundly damaging to mental health even for prisoners with no known mental illness. For those with serious mental illness, such as psychotic disorders and major mood disorders, it can be devastating, leading to severe deterioration in mental health, self-harm, or suicide.  These facts appear to be well known to ADC; Dr. Crews, psychiatrist supervisor at Perryville, testified that "[a] person who doesn't have mental illness being isolated for long periods could develop mental illness or mental illness symptoms from being isolated," and that "almost all" mental illnesses can be exacerbated by long periods of isolation (Ex. V, at 127:3-14).  Yet Dr. Shaw testified that there is no ADC policy barring the housing of prisoners with serious mental illness in isolated confinement, and that such prisoners are currently housed in SMU 1, Browning, Florence-Central, Florence-Kasson, and Perryville-SMA.  (Ex. T, at 135:21- 137:2).

29.     I have reviewed the declarations of Plaintiffs who suffer from serious mental illness and who have been housed in isolated confinement in ADC.  The experiences they describe – including exacerbation of symptoms, paranoia, and hallucinations – are typical of the reactions I would expect from seriously mentally ill persons exposed to these conditions.

**Suicide Prevention**

30.     One of the most critical functions of a prison mental health system is the prevention of suicide.  In his October 3 deposition, Dr. Shaw acknowledged "a serious gap in our ability to provide suicide prevention." (Ex. T, at 284:24 – 285:3).  I agree with Dr. Shaw that there are deficiencies in ADC's suicide prevention policies and practices, and believe that these systemic policies and practices pose a substantial risk of serious harm to ADC prisoners.

31.     First, there are problems with ADC's use of suicide watch.  If a prisoner is placed on watch because he or she is believed to be at risk of suicide, it is critically important that the watch be supervised by qualified mental health staff.  However, ADC policy does not require that a prisoner on suicide watch be evaluated face-to-face by a

1  psychiatrist (Ex. T, at 164:15-19).  In addition, ADC policy allows a prisoner to be taken

2  off suicide watch by an unlicensed mental health staff member (Ex. T, at 234:12-235:16).

3  The decision to remove a prisoner from suicide watch is one of the most significant

4  decisions prison mental health staff make; it should be entrusted to highly trained,

5  licensed mental health professionals.

6      32.    In addition, ADC policy permits the use of chemical agents (such as pepper

7  spray) on prisoners while they are on suicide watch or other mental health watch, or when

8  they are engaging in self-harm.  (Ex. T, at 130:20-131:10).  ADC policy also permits the

9  use of chemical agents on prisoners who are seriously mentally ill (Ex. V, at 114:5-8) and

10  those who are taking psychotropic medications.  (Ex. CC, at Req. for Admis. No. 38 - 43).

11  Taken together, these policies permit the use of chemical agents in ways that would

12  actually increase the risk of suicide, in addition to leading to physical harm.

13      33.    Finally, it appears that ADC fails to ensure that correctional staff conducts

14  regular security checks on prisoners.  Such checks are essential to ensure that suicidal

15  behavior is detected promptly so that suicides can be prevented.  ADC's investigation of

16  the suicide of K.P. at Florence-Central Unit revealed that required checks at 2:00 and 3:00

17  am were not conducted, although an officer falsified records to indicate that they were.

18  (Ex. OO, at ADC026944).  The prisoner was found hanging at 4:56 a.m. that same day.

19  (Id.). And an investigation into the suicide of prisoner D.M. at Lewis-Rast Unit showed

20  that a corrections officer failed to perform the required hourly security checks after

21  coming on shift at 6:00 a.m.; the prisoner was found hanging at 11:10 a.m.  (Ex. GG, at

22  ADC025768).

23  **Protection of Prisoners on Psychotropic Medications from Heat Injury**

24      34.    Many psychotropic medications make the patient highly sensitive to heat.

25  This sensitivity can result in the patient suffering serious injury or death if exposed to

26  temperatures that would not be harmful to persons not on such medication.  I have

27  reviewed the ADC Mental Health Technical Manual, Chapter 5, Section 19.0,

28  "Management of Heat Intolerance Reactions to Medications," and believe that this policy

29  does not provide adequate protection against heat injury in two important respects.

30

35.     First, it does not provide for any prophylactic action to protect prisoners from heat injury; rather, it requires an "unequivocal diagnosis of hyperthermia (body temperature above 99.5 degrees) or orthostatic hypotension (drop of 20 mm HG or greater on rising)." (Ex. LLL, at 84). This requirement creates a needless risk of harm to prisoners taking psychotropic medications.  Heat sensitivity is an entirely predictable side effect of certain commonly-used psychotropic medications, and prisoners prescribed those medications should be proactively protected from heat, without requiring that they first manifest potentially dangerous clinical signs such as hyperthermia and hypotension.

36.     Second, the only available accommodation for those with heat sensitivity (other than discontinuing the medication) is "a duty status to minimize heat exposure." (Ex. LLL, at 84). In a hot climate like Arizona's, there is a significant risk that prisoners on psychotropic medications will be exposed to dangerous levels of heat regardless of their duty status.  For example, Dr. Crews testified about a prisoner taking psychotropic medication who died of heatstroke (Ex. V, at 103:5 - 104: 3). An effective policy must take account of this risk and ensure that prisoners on psychotropic medications are protected from dangerous heat levels in their housing units.  For example, by court order, the Maricopa County Jail requires that prisoners taking psychotropic medications be housed in areas where the temperature does not exceed 85 degrees Fahrenheit.   By contrast, ADC has no policy specifying temperature limits for areas housing prisoners taking psychotropic medications.  (Ex.CC, at Req. for Admis. No. 33).  Dr. Crews testified that Perryville did not keep a master list of prisoners on psychotropic medications to ensure that they would not be housed in hot temperatures (Ex. V, at 100:2-11).

**Conclusion**

37.     Based upon the information summarized above, it is my opinion that the current state of mental health care services in the Arizona Department of Corrections poses a substantial risk of serious harm to prisoners who require mental health care.  I have reviewed the declarations of Plaintiffs who have raised mental health claims in this case.  These declarations describe problems such as HNRs receiving delayed or no response; brief, infrequent, and superficial interactions with mental health staff; difficulties in receiving psychotropic medications; and endemic delays in receiving any

kind of mental health care.  These problems are entirely typical and predictable outcomes of the systemic deficiencies I have described above.

38.   Of course not all ADC prisoners will be harmed by these deficiencies in exactly the same way – some will die, some will suffer injury short of death, and some will be lucky enough to escape permanent injury altogether.  But the problems described above are systemic in nature, and require systemic solutions.  The ADC mental health care system is highly centralized, governed by policies of statewide application. (Ex. T, at 157:13-24).  In my experience as a court expert in other class action lawsuits challenging mental health services in prisons, court orders directed at prison administrators who oversee the entire system can bring about the needed changes to provide relief to the class as a whole, by reducing the risk of harm faced by all prisoners.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 6TH day of November, 2012 at San Francisco, California.

PABLO STEWART, M.D.

-15-

1

2       Daniel Pochoda (Bar No. 021979)
        Kelly J. Flood (Bar No. 019772)
3       James Duff Lyall (Bar No. 330045)*
        **ACLU FOUNDATION OF**
4       **ARIZONA**
        3707 North 7th Street, Suite 235
5       Phoenix, Arizona 85013
        Telephone:  (602) 650-1854
6       Email:     dpochoda@acluaz.org
              kflood@acluaz.org
7             jlyall@acluaz.org

8       *Admitted pursuant to Ariz. Sup. Ct. R.
9       38(f)

10      Donald Specter (Cal. 83925)*
        Alison Hardy (Cal. 135966)*
11      Sara Norman (Cal. 189536)*
        Corene Kendrick (Cal. 226642)*
12      **PRISON LAW OFFICE**
        1917 Fifth Street
13      Berkeley, California 94710
        Telephone:  (510) 280-2621
14      Email:     dspecter@prisonlaw.com
              ahardy@prisonlaw.com
15            snorman@prisonlaw.com
              ckendrick@prisonlaw.com
16

17      *Admitted *pro hac vice*

18      David C. Fathi (Wash. 24893)*
        Amy Fettig (D.C. 484883)**
19      **ACLU NATIONAL PRISON**
        **PROJECT**
20      915 15th Street N.W., 7th Floor
        Washington, D.C. 20005
21      Telephone:  (202) 548-6603
        Email:     dfathi@npp-aclu.org
22            afettig@npp-aclu.org

23      *Admitted *pro hac vice*.  Not admitted
24       in DC; practice limited to federal
         courts.
25      **Admitted *pro hac vice*

26

27

28

29

30

Daniel C. Barr (Bar No. 010149)
Jill L. Ripke (Bar No. 024837)
James A. Ahlers (Bar No. 026660)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Thomas D. Ryerson (Bar No. 028073)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
              rjipke@perkinscoie.com
              jahlers@perkinscoie.com
              keidenbach@perkinscoie.com
              jhgray@perkinscoie.com
              tryerson@perkinscoie.com
              mdumee@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
              dkiernan@jonesday.com
              scalderon@jonesday.com
              srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:    rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Kate A. Suh (Tex. 24075132)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com
              ksuh@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:      kmamedova@jonesday.com
            jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons;
Shawn Jensen; Stephen Swartz; Dustin
Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

# EXHIBIT 1

CURRICULUM VITAE

**PABLO STEWART, M.D.**
**824 Ashbury Street**
**San Francisco, California 94117**
**(415) 753-0321; fax (415) 753-5479; e-mail: pab4emi@aol.com**
**(Updated 10/2011)**

EDUCATION: University of California School of Medicine, San Francisco, California, M.D., 1982

United States Naval Academy Annapolis, MD, B.S. 1973, Major: Chemistry

LICENSURE: California Medical License #GO50899
Hawai'i Medical License #MD11784
Federal Drug Enforcement Agency #BS0546981
Diplomate in Psychiatry, American Board of
Psychiatry and Neurology, Certificate #32564

ACADEMIC APPOINTMENTS:

September 2006-
Present

Academic Appointment: Clinical Professor, Department of Psychiatry, University of California, San Francisco, School of Medicine.

July 1995 -
August 2006

Academic Appointment: Associate Clinical Professor, Department of Psychiatry, University of California, San Francisco, School of Medicine.

August 1989 -
June 1995

Academic Appointment: Assistant Clinical Professor, Department of Psychiatry, University of California, San Francisco, School of Medicine.

August 1986 -
July 1989

Academic Appointment: Clinical Instructor, Department of Psychiatry, University of California, San Francisco, School of Medicine.

EMPLOYMENT:

December 1996-
Present

Psychiatric Consultant
Provide consultation to governmental and private agencies on a variety of psychiatric, forensic, substance abuse and organizational issues; extensive experience in all phases of capital litigation.

| | |
|---|---|
| January 1997-<br>September 1998 | <u>Director of Clinical Services, San Francisco Target Cities</u><br><u>Project</u>.  Overall responsibility for ensuring the quality of the clinical services provided by the various departments of the project including the Central Intake Unit, the ACCESS Project and the San Francisco Drug Court  Also responsible for providing clinical in-service trainings for the staff of the Project and community agencies that requested technical assistance. |
| February 1996 -<br>November 1996 | <u>Medical Director, Comprehensive Homeless Center,</u><br><u>Department of Veterans Affairs Medical Center, San Francisco.</u><br>Overall responsibility for the medical and psychiatric services at the Homeless Center. |
| March 1995 -<br>January 1996 | <u>Chief, Intensive Psychiatric Community Care Program,</u><br><u>(IPCC) Department of Veterans Affairs Medical Center, San</u><br><u>Francisco.</u>  Overall clinical/administrative responsibility for the IPCC, a community based case management program.  Duties also include medical/psychiatric consultation to Veteran Comprehensive Homeless Center.  This is a social work managed program that provides comprehensive social services to homeless veterans. |
| April 1991 -<br>February 1995 | <u>Chief, Substance Abuse Inpatient Unit, (SAIU), Department</u><br><u>of Veterans Affairs Medical Center, San Francisco.</u><br>Overall clinical/administrative responsibility for SAIU. |
| September 1990 -<br>March 1991 | <u>Psychiatrist, Substance Abuse Inpatient Unit, Veterans</u><br><u>Affairs Medical Center, San Francisco.</u>  Clinical responsibility for patients admitted to SAIU.  Provide consultation to the Medical/Surgical Units regarding patients with substance abuse issues. |
| August 1988 -<br>December 1989 | <u>Director, Forensic Psychiatric Services, City and County of</u><br><u>San Francisco.</u>  Administrative and clinical responsibility for psychiatric services provided to the inmate population of San Francisco.  Duties included direct clinical and administrative responsibility for the Jail Psychiatric Services and the Forensic Unit at San Francisco General Hospital. |
| July 1986 -<br>August 1990 | <u>Senior Attending Psychiatrist, Forensic Unit, University of</u><br><u>California, San Francisco General Hospital.</u>  Administrative and clinical responsibility for a 12-bed, maximum-security psychiatric ward.  Clinical supervision for psychiatric residents, postdoctoral psychology fellows and medical students assigned to the ward.  Liaison with Jail Psychiatric Services, City and County of San Francisco.  Advise San Francisco City Attorney on issues pertaining to forensic psychiatry. |

| | |
|---|---|
| July 1985<br>June 1986 | <u>Chief Resident, Department of Psychiatry, University of California San Francisco General Hospital.</u>  Team leader of the Latino-focus inpatient treatment team (involving 10-12 patients with bicultural/bilingual issues); direct clinical supervision of 7 psychiatric residents and 3-6 medical students; organized weekly departmental Grand Rounds; administered and supervised departmental residents' call schedule; psychiatric consultant to hospital general medical clinic; assistant coordinator of medical student education; group seminar leader for introduction to clinical psychiatry course for UCSF second year medical students. |
| July 1984 -<br>March 1987 | <u>Physician Specialist, Westside Crisis Center, San Francisco, CA.</u>  Responsibility for Crisis Center operations during assigned shifts; admitting privileges at Mount Zion Hospital.  Provided psychiatric consultation for the patients admitted to Mount Zion Hospital when requested. |
| April 1984 -<br>July 1985 | <u>Psychiatric Consultant, Marin Alternative Treatment, (ACT).</u>  Provided medical and psychiatric evaluation and treatment of residential drug and alcohol clients; consultant to staff concerning medical/psychiatric issues. |
| August 1983 -<br>November 1984 | <u>Physician Specialist, Mission Mental Health Crisis Center, San Francisco, CA.</u>  Clinical responsibility for Crisis Center clients; consultant to staff concerning medical/psychiatric issues. |
| July 1982-<br>July 1985 | <u>Psychiatric Resident, University of California, San Francisco.</u>  Primary Therapist and Medical Consultant for the adult inpatient units at San Francisco General Hospital and San Francisco Veterans Affairs Medical Center; Medical Coordinator/Primary Therapist - Alcohol Inpatient Unit and Substance Abuse Clinic at San Francisco Veterans Affairs Medical Center; Outpatient Adult/Child Psychotherapist; Psychiatric Consultant - Adult Day Treatment Center - San Francisco Veterans Affairs Medical Center; Primary Therapist and Medial Consultant - San Francisco General Hospital Psychiatric Emergency Services; Psychiatric Consultant, Inpatient Medical/Surgical Units - San Francisco General Hospital. |
| June 1973 -<br>July 1978 | <u>Infantry Officer - United States Marine Corps.</u>  Rifle Platoon Commander; Anti-tank Platoon Commander; 81mm Mortar Platoon Commander; Rifle Company Executive Officer; Rifle Company Commander; Assistant Battalion Operations Officer; Embarkation Officer; Recruitment Officer; Drug, Alcohol and Human Relations Counselor; Parachutist and Scuba Diver; Commander of a Vietnamese Refugee Camp.  Received an Honorable Discharge.  Highest rank attained was Captain. |

HONORS AND AWARDS:

| | |
|---|---|
| June 1995 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as the outstanding psychiatric faculty member for the academic year 1994/1995. |
| June 1993 | Selected by the class of 1996, University of California, San Francisco, School of Medicine as outstanding lecturer, academic year 1992/1993. |
| May 1993 | Elected to Membership of Medical Honor Society, AOA, by the AOA Member of the 1993 Graduating Class of the University of California, San Francisco, School of Medicine. |
| May 1991 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as the outstanding psychiatric faculty member for the academic year 1990-1991. |
| May 1990 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as the outstanding psychiatric faculty member for the academic year 1989-1990. |
| May 1989 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as the outstanding psychiatric faculty member for the academic year 1988-1989. |
| May 1987 | Selected by the faculty and students of the University of California, San Francisco, School of Medicine as the recipient of the Henry J. Kaiser Award For Excellence in Teaching. |
| May 1987 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as Outstanding Psychiatric Resident.  The award covered the period of 1 July 1985 to 30 June 1986, during which time I served as Chief Psychiatric resident, San Francisco General Hospital. |
| May 1985 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as Outstanding Psychiatric Resident. |
| 1985 | Mead-Johnson American Psychiatric Association Fellowship.  One of sixteen nation-wide psychiatric residents selected because of a demonstrated commitment to public sector psychiatry.   Made presentation at Annual Hospital and Community Psychiatry Meeting in Montreal, Canada in October 1985, on the "Psychiatric Aspects of the Acquired Immunodeficiency Syndrome." |

## MEMBERSHIPS:

| | |
|---|---|
| June 2000-<br>May 2008 | California Association of Drug Court Professionals. |
| July 1997-<br>June 1998 | President, Alumni-Faculty Association, University of California, San Francisco, School of Medicine. |
| July 1996 -<br>June 1997 | President-Elect, Alumni-Faculty Association, University of California, San Francisco, School of Medicine. |
| July 1995 -<br>June 1996 | Vice President, Northern California Area, Alumni-Faculty Association, University of California, San Francisco, School of Medicine. |
| April 1995 -<br>April 2002 | Associate Clinical Member, American Group Psychotherapy Association. |
| July 1992 -<br>June 1995 | Secretary-Treasurer, Alumni-Faculty Association, University of California, San Francisco, School of Medicine. |
| July 1990 -<br>June 1992 | Councilor-at-large, Alumni-Faculty Association, University of California, San Francisco, School of Medicine |

## PUBLIC SERVICE:

| | |
|---|---|
| June 1992 - | Examiner, American Board of Psychiatry and Neurology, Inc. |
| November 1992 -<br>January 1994 | California Tuberculosis Elimination Task Force, Institutional Control Subcommittee. |
| September 2000-<br>April 2005 | Editorial Advisory Board, *Juvenile Correctional Mental Health Report.* |
| May 2001-<br>Present | Psychiatric and Substance Abuse Consultant, San Francisco Police Officers' Association. |
| January 2002-<br>June 2003 | Psychiatric Consultant, San Francisco Sheriff's Department Peer Support Program. |
| February 2003-<br>April 2004 | Proposition "N" (Care Not Cash) Service Providers' Advisory Committee, Department of Human Services, City and County of San Francisco. |
| December 2003-<br>January 2004 | Member of San Francisco Mayor-Elect Gavin Newsom's Transition Team. |
| February 2004-<br>June 2004 | Mayor's Homeless Coalition, San Francisco, CA. |
| April 2004-<br>January 2006 | Member of Human Services Commission, City and County of San Francisco. |

| | |
|---|---|
| February 2006-<br>January 2007 | Vice President, Human Services Commission, City and County of San Francisco. |
| February 2007-<br>Present | President, Human Services Commission, City and County of San Francisco. |

UNIVERSITY SERVICE:

| | |
|---|---|
| July 1999-<br>July 2001 | Seminar Leader, National Youth Leadership Forum On Medicine. |
| October 1999-<br>October 2001 | Lecturer, University of California, San Francisco, School of Medicine Post Baccalaureate Reapplicant Program. |
| November 1998-<br>November 2001 | Lecturer, University of California, San Francisco, School of Nursing, Department of Family Health Care Nursing.  Lecture to the Advanced Practice Nurse Practitioner Students on Alcohol, Tobacco and Other Drug Dependencies. |
| January 1994 -<br>January 2001 | Preceptor/Lecturer, UCSF Homeless Clinic Project. |
| June 1990 -<br>November 1996 | Curriculum Advisor, University of California, San Francisco, School of Medicine. |
| June 1987 -<br>June 1992 | Facilitate weekly Support Groups for interns in the Department of Medicine.  Also, provide crisis intervention and psychiatric referral for Department of Medicine housestaff. |
| January 1987 –<br>June 1988 | Student Impairment Committee, University of California San Francisco, School of Medicine.<br>Advise the Dean of the School of Medicine on methods to identify, treat and prevent student impairment. |
| January 1986 –<br>June 1996 | Recruitment/Retention Subcommittee of the Admissions Committee, University of California, San Francisco, School of Medicine.<br>Advise the Dean of the School of Medicine on methods to attract and retain minority students and faculty. |
| October 1986 -<br>September 1987 | Member Steering Committee for the Hispanic Medical Education Resource Committee.<br>Plan and present educational programs to increase awareness of the special health needs of Hispanics in the United States. |
| September 1983 -<br>June 1989 | Admissions Committee, University of California, School of Medicine.   Duties included screening applications and interviewing candidates for medical school. |
| October 1978 -<br>December 1980 | Co-Founder and Director of the University of California, San Francisco Running Clinic.<br>Provided free instruction to the public on proper methods of exercise and preventative health measures. |

<u>TEACHING RESPONSIBILITIES:</u>

| | |
|---|---|
| July 2003-<br>Present | Facilitate weekly psychotherapy training group for residents in the Department of Psychiatry. |
| September 2001-<br>June 2003 | Supervisor, San Mateo County Psychiatric Residency Program. |
| January 2002-<br>January 2004 | Course Coordinator of Elective Course University of California, San Francisco, School of Medicine, "Prisoner Health." This is a 1-unit course, which covers the unique health needs of prisoners. |
| April 1999-<br>April 2001 | Lecturer, UCSF School of Pharmacy, Committee for Drug Awareness Community Outreach Project. |
| February 1998-<br>June 2000 | Lecturer, UCSF Student Enrichment Program. |
| January 1996 -<br>November 1996 | Supervisor, Psychiatry 110 students, Veterans Comprehensive Homeless Center. |
| March 1995-<br>Present | Supervisor, UCSF School of Medicine, Department of Psychiatry, Substance Abuse Fellowship Program. |
| September 1994 -<br>June 1999 | Course Coordinator of Elective Course, University of California, San Francisco, School of Medicine. Designed, planned and taught course, Psychiatry 170.02, "Drug and Alcohol Abuse." This is a 1-unit course, which covers the major aspects of drug and alcohol abuse. |
| August 1994 -<br>February 2006 | Supervisor, Psychiatric Continuity Clinic, Haight Ashbury Free Clinic, Drug Detoxification and Aftercare Project. Supervise 4th Year medical students in the care of dual diagnostic patients. |
| February 1994 -<br>February 2006 | Consultant, Napa State Hospital Chemical Dependency Program Monthly Conference. |
| July 1992 -<br>June 1994 | Facilitate weekly psychiatric intern seminar, "Psychiatric Aspects of Medicine," University of California, San Francisco, School of Medicine. |
| July 1991-<br>Present | Group and individual psychotherapy supervisor, Outpatient Clinic, Department of Psychiatry, University of California, San Francisco, School of Medicine. |
| January 1991 | Lecturer, University of California, San Francisco, School of Pharmacy course, "Addictionology and Substance Abuse Prevention." |
| September 1990 -<br>February 1995 | Clinical supervisor, substance abuse fellows, and psychiatric residents, Substance Abuse Inpatient Unit, San Francisco Veterans Affairs Medical Center. |

| | |
|---|---|
| September 1990 - November 1996 | Off ward supervisor, PGY II psychiatric residents, Psychiatric Inpatient Unit, San Francisco Veterans Affairs Medical Center. |
| September 1990 - June 1991 | Group therapy supervisor, Psychiatric Inpatient Unit, (PIU), San Francisco Veterans Affairs Medical Center. |
| September 1990 - June 1994 | Course coordinator, Psychiatry 110, San Francisco Veterans Affairs Medical Center. |
| September 1989 - November 1996 | Seminar leader/lecturer, Psychiatry 100 A/B. |
| July 1988 - June 1992 | Clinical supervisor, PGY III psychiatric residents, Haight Ashbury Free Clinic, Drug Detoxification and Aftercare Project. |
| September 1987 - Present | Tavistock Organizational Consultant. Extensive experience as a consultant in numerous Tavistock conferences. |
| September 1987 - December 1993 | Course Coordinator of Elective Course, University of California, San Francisco, School of Medicine.  Designed, planned and taught course, Psychiatry 170.02, "Alcoholism".  This is a 1-unit course offered to medical students, which covers alcoholism with special emphasis on the health professional.  This course is offered fall quarter each academic year. |
| July 1987- June 1994 | Clinical supervisor/lecturer FCM 110, San Francisco General Hospital and Veterans Affairs Medical Center. |
| July 1986 - June 1996 | Seminar leader/lecturer Psychiatry 131 A/B. |
| July 1986 - August 1990 | Clinical supervisor, Psychology interns/fellows, San Francisco General Hospital. |
| July 1986 - August 1990 | Clinical supervisor PGY I psychiatric residents, San Francisco General Hospital |
| July 1986 - August 1990 | Coordinator of Medical Student Education, University of California, San Francisco General Hospital,  Department of Psychiatry.  Teach seminars and supervise clerkships to medical students including: Psychological Core of Medicine 100 A/B; Introduction to Clinical Psychiatry 131 A/B; Core Psychiatric Clerkship 110 and Advanced Clinical Clerkship in Psychiatry 141.01. |
| July 1985 - August 1990 | Psychiatric Consultant to the General Medical Clinic, University of California, San Francisco General Hospital.  Teach and supervise medical residents in interviewing and communication skills.  Provide instruction to the clinic on the psychiatric aspects of ambulatory medical care. |

COMMUNITY SERVICE:

| | |
|---|---|
| February 2006-<br>December 2009 | Board of Directors, Physician Foundation at California Pacific Medical Center. |
| June 2004-<br>Present | Psychiatric Consultant, Hawaii Drug Court. |
| November 2003-<br>June 2008 | Organizational/Psychiatric Consultant, State of Hawaii, Department of Human Services. |
| June 2003-<br>December 2004 | Monitor of the psychiatric sections of the "Ayers Agreement," New Mexico Corrections Department (NMCD). This is a settlement arrived at between plaintiffs and the NMCD regarding the provision of constitutionally mandated psychiatric services for inmates placed within the Department's "Supermax" unit. |
| October 2002-<br>August 2006 | Juvenile Mental Health and Medical Consultant, United States Department of Justice, Civil Rights Division, Special Litigation Section. |
| July 1998-<br>June 2000 | Psychiatric Consultant to the Pacific Research and Training Alliance's Alcohol and Drug Disability Technical Assistance Project. This Project provides assistance to programs and communities that will have long lasting impact and permanently improve the quality of alcohol and other drug services available to individuals with disabilities. |
| July 1998-<br>February 2004 | Psychiatric Consultant to the National Council on Crime and Delinquency (NCCD) in its monitoring of the State of Georgia's secure juvenile detention and treatment facilities. NCCD is acting as the monitor of the agreement between the United States and Georgia to improve the quality of the juvenile justice facilities, critical mental health, medical and educational services, and treatment programs. NCCD ceased to be the monitoring agency for this project in June 1999. At that time, the Institute of Crime, Justice and Corrections at the George Washington University became the monitoring agency. The work remained unchanged. |
| July 1998-<br>July 2001 | Psychiatric Consultant to the San Francisco Campaign Against Drug Abuse (SF CADA). |
| March 1997-<br>Present | Technical Assistance Consultant, Center for Substance Abuse Treatment, Substance Abuse and Mental Health Services Administration, Department of Health and Human Services. |
| January 1996-<br>June 2003 | Psychiatric Consultant to the San Francisco Drug Court. |
| November 1993-<br>June 2001 | Executive Committee, Addiction Technology Transfer Center (ATTC), University of California, San Diego. |

| | |
|---|---|
| December 1992 -<br>December 1994 | Institutional Review Board, Haight Ashbury Free Clinics, Inc. Review all research protocols for the clinic per Department of Health and Human Services guidelines. |
| June 1991-<br>February 2006 | Chief of Psychiatric Services, Haight Ashbury Free Clinic. Overall responsibility for psychiatric services at the clinic. |
| December 1990 -<br>June 1991 | Medical Director, Haight Ashbury Free Clinic, Drug Detoxification and Aftercare Project.  Responsible for directing all medical and psychiatric care at the clinic. |
| October 1996-<br>July 1997 | Psychiatric Expert for the U. S. Federal Court in the case of Madrid v. Gomez.  Report directly to the Special Master regarding the implementation of constitutionally mandated psychiatric care to the inmates at Pelican Bay State Prison. |
| April 1990 -<br>January 2000 | Psychiatric Expert for the U.S. Federal Court in the case of Gates v. Deukmejian.   Report directly to the court regarding implementation and monitoring of the consent decree in this case. (This case involves the provision of adequate psychiatric care to the inmates at the California Medical Facility, Vacaville). |
| January 1984 -<br>December 1990 | Chief of Psychiatric Services, Haight Ashbury Free Clinic, Drug Detoxification and Aftercare Project.  Direct medical/psychiatric management of project clients; consultant to staff on substance abuse issues. Special emphasis on dual diagnostic patients. |
| July -<br>December 1981 | Medical/Psychiatric Consultant, Youth Services, Hospitality Hospitality House, San Francisco, CA.  Advised youth services staff on client management.  Provided training on various topics related to adolescents. Facilitated weekly client support groups. |

SERVICE TO ELEMENTARY AND SECONDARY EDUCATION:

| | |
|---|---|
| January 1996 -<br>June 2002 | Baseball, Basketball and Volleyball Coach, Convent of the Sacred Heart Elementary School, San Francisco, CA. |
| September 1994 -<br>Present | Soccer Coach, Convent of the Sacred Heart Elementary School, San Francisco, CA. |
| June 1991-<br>June 1994 | Board of Directors, Pacific Primary School, San Francisco, CA. |
| April 1989 -<br>July 1996 | Umpire, Rincon Valley Little League, Santa Rosa, CA. |
| September 1988 -<br>May 1995 | Numerous presentations on Mental Health/Substance Abuse issues to the student body, Hidden Valley Elementary School and Santa Rosa Jr. High School, Santa Rosa, CA. |

PRESENTATIONS:

1.  San Francisco Treatment Research Unit, University of California, San Francisco, Colloquium #1. (10/12/1990). "The Use of Anti-Depressant Medications with Substance-Abusing Clients."

2.  Grand Rounds. Department of Psychiatry, University of California, San Francisco, School of Medicine. (12/5/1990). "Advances in the Field of Dual Diagnosis."

3.  Associates Council, American College of Physicians, Northern California Region, Program for Leadership Conference. (3/3/1991). "Planning a Satisfying Life in Medicine."

4.  24th Annual Medical Symposium on Renal Disease, sponsored by the Medical Advisory Board of the National Kidney Foundation of Northern California. (9/11/1991). "The Chronically Ill Substance Abuser."

5.  Mentoring Skills Conference, University of California, San Francisco, School of Medicine, Department of Pediatrics. (11/26/91). "Mentoring as an Art."

6.  Continuing Medical Education Conference, Sponsored by the Department of Psychiatry, University of California, San Francisco, School of Medicine. (4/25/1992). "Clinical & Research Advances in the Treatment of Alcoholism and Drug Abuse."

7.  First International Conference of Mental Health and Leisure. University of Utah. (7/9/1992). "The Use of Commonly Abused Street Drugs in the Treatment of Mental Illness."

8.  American Group Psychotherapy Association Annual Meeting. (2/20/1993). "Inpatient Groups in Initial-Stage Addiction Treatment."

9.  Grand Rounds. Department of Child Psychiatry, Stanford University School of Medicine. (3/17/93, 9/11/96). "Issues in Adolescent Substance Abuse."

10. University of California, Extension. Alcohol and Drug Abuse Studies Program. (5/14/93), (6/24/94), (9/22/95), (2/28/97). "Dual Diagnosis."

11. American Psychiatric Association Annual Meeting. (5/26/1993). "Issues in the Treatment of the Dual Diagnosis Patient."

12. Long Beach Regional Medical Education Center and Social Work Service, San Francisco Veterans Affairs Medical Center Conference on Dual Diagnosis. (6/23/1993). "Dual Diagnosis Treatment Issues."

13. Utah Medical Association Annual Meeting. (10/7/93). "Prescription Drug Abuse Helping your Patient, Protecting Yourself."

14. Saint Francis Memorial Hospital, San Francisco, Medical Staff Conference. (11/30/1993). "Management of Patients with Dual Diagnosis and Alcohol Withdrawal."

15. Haight Ashbury Free Clinic's 27th Anniversary Conference. (6/10/94). "Attention Deficit Disorder, Substance Abuse, Psychiatric Disorders and Related Issues."

16.  University of California, San Diego.  Addiction Technology Transfer Center Annual Summer Clinical Institute:  (8/30/94), (8/29/95), (8/5/96), (8/4/97), (8/3/98).  "Treating Multiple Disorders."

17.  National Resource Center on Homelessness and Mental Illness, A Training Institute for Psychiatrists. (9/10/94).  "Psychiatry, Homelessness, and Serious Mental Illness."

18.  Value Behavioral Health/American Psychiatry Management Seminar.  (12/1/1994). "Substance Abuse/Dual Diagnosis in the Work Setting."

19.  Grand Rounds.  Department of Oral and Maxillofacial Surgery, University of California, San Francisco, School of Dentistry.  (1/24/1995).  "Models of Addiction."

20.  San Francisco State University, School of Social Work, Title IV-E Child Welfare Training Project.  (1/25/95, 1/24/96, 1/13/97, 1/21/98, 1/13/99, 1/24/00, 1/12/01). "Demystifying Dual Diagnosis."

21.  First Annual Conference on the Dually Disordered.  (3/10/1995).  "Assessment of Substance Abuse."  Sponsored by the Division of Mental Health and Substance Abuse Services and Target Cities Project, Department of Public Health, City and County of San Francisco.

22.  Delta Memorial Hospital, Antioch, California, Medical Staff Conference.  (3/28/1995). "Dealing with the Alcohol and Drug Dependent Patient."  Sponsored by University of California, San Francisco, School of Medicine, Office of Continuing Medical Education.

23.  Centre Hospitalier Robert-Giffaard, Beoupont (Quebec), Canada.  (11/23/95). "Reconfiguration of Psychiatric Services in Quebec Based on the San Francisco Experience."

24.  The Labor and Employment Section of the State Bar of California.  (1/19/96). "Understanding Alcoholism and its Impact on the Legal Profession."  MCCE Conference, San Francisco, CA.

25.  American Group Psychotherapy Association, Annual Training Institute. (2/13-2/14/96), National Instructor - Designate training group.

26.  American Group Psychotherapy Association, Annual Meeting. (2/10/96).  "The Process Group at Work."

27.  Medical Staff Conference, Kaiser Foundation Hospital, Pleasanton, California, "The Management of Prescription Drug Addiction". (4/24/96)

28.  International European Drug Abuse Treatment Training Project, Ankaran, Slovenia, "The Management of the Dually Diagnosed Patient in Former Soviet Block Europe". (10/5-10/11/96)

29.  Contra Costa County Dual Diagnosis Conference, Pleasant Hill, California, "Two Philosophies, Two Approaches: One Client".  (11/14/96)

30.  Faith Initiative Conference, San Francisco, California, "Spirituality: The Forgotten Dimension of Recovery".  (11/22/96)

31.   Alameda County Dual Diagnosis Conference, Alameda, California, "Medical Management of the Dually Diagnosed Patient". (2/4/97, 3/4/97)

32.   Haight Ashbury Free Clinic's 30th Anniversary Conference, San Francisco, California, "Indicators for the Use of the New Antipsychotics". (6/4/97)

33.   DPH/Community Substance Abuse Services/San Francisco Target Cities Project sponsored conference, "Intake, Assessment and Service Linkages in the Substance Abuse System of Care", San Francisco, California.  (7/31/97)

34.   The Institute of Addictions Studies and Lewis and Clark College sponsored conference, 1997 Northwest Regional Summer Institute, "Addictions Treatment: What We Know Today, How We'll Practice Tomorrow; Assessment and Treatment of the High-Risk Offender".  Wilsonville, Oregon. (8/1/97)

35.   The California Council of Community Mental Health Agencies Winter Conference, Key Note Presentation, "Combining funding sources and integrating treatment for addiction problems for children, adolescents and adults, as well as coordination of addiction treatment for parents with mental health services to severely emotionally disturbed children." Newport Beach, California. (2/12/98)

36.   American Group Psychotherapy Association, Annual Training Institute, (2/16-2/28/1998), Intermediate Level Process Group Leader.

37.   "Multimodal Psychoanalytic Treatment of Psychotic Disorders: Learning from the Quebec Experience."  The Haight Ashbury Free Clinics Inc., in conjunction sponsored this seminar with the San Francisco Society for Lacanian Studies and the Lacanian School of Psychoanalysis.  San Francisco, California.  (3/6-3/8/1998)

38.   "AIDS Update for Primary Care: Substance Use & HIV: Problem Solving at the Intersection."  The East Bay AIDS Education & Training Center and the East Bay AIDS Center, Alta Bates Medical Center, Berkeley, California sponsored this conference. (6/4/1998)

39.   Haight Ashbury Free Clinic's 31st Anniversary Conference, San Francisco, California, "Commonly Encountered Psychiatric Problems in Women." (6/11/1998)

40.   Community Networking Breakfast sponsored by San Mateo County Alcohol & Drug Services and Youth Empowering Systems, Belmont, California, "Dual Diagnosis, Two Approaches, Two Philosophies, One Patient." (6/17/1998)

41.   Grand Rounds, Department of Medicine, Alameda County Medical Center-Highland Campus, Oakland, California, "Medical/Psychiatric Presentation of the Patient with both Psychiatric and Substance Abuse Problems." (6/19/1998)

42.   "Rehabilitation, Recovery, and Reality: Community Treatment of the Dually Diagnosed Consumer."  The Occupational Therapy Association of California, Dominican College of San Rafael and the Psychiatric Occupational Therapy Action Coalition sponsored this conference.  San Rafael, California.  (6/20/1998)

43.   "Assessment, Diagnosis and Treatment of the Patient with a Dual Diagnosis", Los Angeles County Department of Mental Health sponsored conference, Los Angeles, CA. (6/29/98)

44. Grand Rounds, Wai'anae Coast Comprehensive Health Center, Wai'anae, Hawaii, "Assessment and Treatment of the Patient who presents with concurrent Depression and Substance Abuse." (7/15/1998)

45. "Dual Diagnostic Aspects of Methamphetamine Abuse", Hawaii Department of Health, Alcohol and Drug Abuse Division sponsored conference, Honolulu, Hawaii. (9/2/98)

46. 9th Annual Advanced Pain and Symptom Management, the Art of Pain Management Conference, sponsored by Visiting Nurses and Hospice of San Francisco. "Care Issues and Pain Management for Chemically Dependent Patients." San Francisco, CA. (9/10/98)

47. Latino Behavioral Health Institute Annual Conference, "Margin to Mainstream III: Latino Health Care 2000." "Mental Illness and Substance Abuse Assessment: Diagnosis and Treatment Planning for the Dually Diagnosed", Los Angeles, CA. (9/18/98)

48. Chemical Dependency Conference, Department of Mental Health, Napa State Hospital, "Substance Abuse and Major Depressive Disorder." Napa, CA. (9/23/98)

49. "Assessment, Diagnosis and Treatment of the Patient with a Dual Diagnosis", San Mateo County Drug and Alcohol Services, Belmont, CA. (9/30/98)

50. "Assessment, Diagnosis and Treatment of the Patient with a Dual Diagnosis", Sacramento County Department of Mental Health, Sacramento, CA. (10/13/98)

51. California Department of Health, Office of AIDS, 1998 Annual AIDS Case Management Program/Medi-Cal Waiver Program (CMP/MCWP) Conference, "Triple Diagnosis: What's Really Happening with your Patient." Concord, CA. (10/15/98)

52. California Mental Health Director's Association Meeting: Dual Diagnosis, Effective Models of Collaboration; "Multiple Problem Patients: Designing a System to Meet Their Unique Needs", San Francisco Park Plaza Hotel. (10/15/98)

53. Northwest GTA Health Corporation, PEEL MEMORIAL HOSPITAL, Annual Mental Health Conference, "Recognition and Assessment of Substance Abuse in Mental Illness." Brampton, Ontario, Canada. (10/23/98)

54. 1998 California Drug Court Symposium, "Mental Health Issues and Drug Involved Offenders." Sacramento, CA. (12/11/98)

55. "Assessment, Diagnosis and Treatment Planning for the Dually Diagnosed", Mono County Alcohol and Drug Programs, Mammoth Lakes, CA. (1/7/99)

56. Medical Staff Conference, Kaiser Foundation Hospital, Walnut Creek, CA, "Substance Abuse and Major Depressive Disorder." (1/19/99)

57. "Issues and Strategies in the Treatment of Substance Abusers", Alameda County Consolidated Drug Courts, Oakland, CA. (1/22 & 2/5/99)

58. Compass Health Care's 12th Annual Winter Conference on Addiction, Tucson, AZ: "Dual Systems, Dual Philosophies, One Patient", "Substance Abuse and Developmental Disabilities" & "Assessment and Treatment of the High Risk Offender." (2/17/99)

59.     American Group Psychotherapy Association, Annual Training Institute, (2/22-2/24/1999).  Entry Level Process Group Leader.

60.     "Exploring A New Framework: New Technologies For Addiction And Recovery", Maui County Department of Housing and Human Concerns, Malama Family Recovery Center, Maui, Hawaii.  (3/5 & 3/6/99)

61.     "Assessment, Diagnosis and Treatment of the Dual Diagnostic Patient", San Bernardino County Office of Alcohol & Drug Treatment Services, San Bernardino, CA.  (3/10/99)

62.     "Smoking Cessation in the Chronically Mentally Ill, Part 1", California Department of Mental Health, Napa State Hospital, Napa, CA.  (3/11/99)

63.     "Dual Diagnosis and Effective Methods of Collaboration", County of Tulare Health & Human Services Agency, Visalia, CA.  (3/17/99)

64.     Pfizer Pharmaceuticals sponsored lecture tour of Hawai'i.  Lectures included: Major Depressive Disorder and Substance Abuse, Treatment Strategies for Depression and Anxiety with the Substance Abusing Patient, Advances in the Field of Dual Diagnosis & Addressing the Needs of the Patient with Multiple Substance Dependencies.  Lecture sites included: Straub Hospital, Honolulu; Maui County Community Mental Health; Veterans Administration Hospital, Honolulu; Hawai'i (Big Island) County Community Mental Health; Mililani (Oahu) Physicians Center; Kahi Mohala (Oahu) Psychiatric Hospital; Hale ola Ka'u (Big Island) Residential Treatment Facility.  (4/2-4/9/99)

65.     "Assessment, Diagnosis and Treatment of the Patient with Multiple Disorders", Mendocino County Department of Public Health, Division of Alcohol & Other Drug Programs, Ukiah, CA.  (4/14/99)

66.     "Assessment of the Substance Abusing & Mentally Ill Female Patient in Early Recovery", Ujima Family Services Agency, Richmond, CA.  (4/21/99)

67.     California Institute for Mental Health, Adult System of Care Conference, "Partners in Excellence", Riverside, California.  (4/29/99)

68.     "Advances in the Field of Dual Diagnosis", University of Hawai'i School of Medicine, Department of Psychiatry Grand Rounds, Queens Hospital, Honolulu, Hawai'i.  (4/30/99)

69.     State of Hawai'i Department of Health, Mental Health Division, "Strategic Planning to Address the Concerns of the United States Department of Justice for the Alleged Civil Rights Abuses in the Kaneohe State Hospital."  Honolulu, Hawai'i.  (4/30/99)

70.     "Assessment, Diagnosis and Treatment Planning for the Patient with Dual/Triple Diagnosis", State of Hawai'i, Department of Health, Drug and Alcohol Abuse Division, Dole Cannery, Honolulu, Hawai'i.  (4/30/99)

71.     11th Annual Early Intervention Program Conference, State of California Department of Health Services, Office of Aids, "Addressing the Substance Abuse and Mental Health Needs of the HIV (+) Patient."  Concord, California.  (5/6/99)

72.     The HIV Challenge Medical Conference, Sponsored by the North County (San Diego) AIDS Coalition, "Addressing the Substance Abuse and Mental Health Needs of the HIV (+) Patient."  Escondido, California.  (5/7/99)

73.    "Assessment, Diagnosis and Treatment of the Patient with Multiple Disorders", Sonoma County Community Mental Health's Monthly Grand Rounds, Community Hospital, Santa Rosa, California.  (5/13/99)

74.    "Developing & Providing Effective Services for Dually Diagnosed or High Service Utilizing Consumers", Third annual conference presented by the Southern California Mental Health Directors Association.  Anaheim, California.  (5/21/99)

75.    15th Annual Idaho Conference on Alcohol and Drug Dependency, lectures included "Dual Diagnostic Issues", "Impulse Control Disorders" and "Major Depressive Disorder." Boise State University, Boise, Idaho.  (5/25/99)

76.    "Smoking Cessation in the Chronically Mentally Ill, Part 2", California Department of Mental Health, Napa State Hospital, Napa, California.  (6/3/99)

77.    "Alcohol and Drug Abuse: Systems of Care and Treatment in the United States", Ando Hospital, Kyoto, Japan.  (6/14/99)

78.    "Alcoholism: Practical Approaches to Diagnosis and Treatment", National Institute On Alcoholism, Kurihama National Hospital, Yokosuka, Japan.  (6/17/99)

79.    "Adolescent Drug and Alcohol Abuse", Kusatsu Kinrofukushi Center, Kusatsu, Japan. (6/22/99)

80.    "Assessment, Diagnosis and Treatment of the Patient with Multiple Diagnoses", Osaka Drug Addiction Rehabilitation Center Support Network, Kobe, Japan.  (6/26/99)

81.    "Assessment, Diagnosis and Treatment of the Patient with Multiple Diagnoses", Santa Barbara County Department of Alcohol, Drug, & Mental Health Services, Buellton, California.  (7/13/99)

82.    "Drug and Alcohol Issues in the Primary Care Setting", County of Tulare Health & Human Services Agency, Edison Ag Tac Center, Tulare, California.  (7/15/99)

83.    "Working with the Substance Abuser in the Criminal Justice System", San Mateo County Alcohol and Drug Services and Adult Probation Department, Redwood City, California. (7/22/99)

84.    1999 Summer Clinical Institute In Addiction Studies, University of California, San Diego School of Medicine, Department of Psychiatry.  Lectures included: "Triple Diagnosis: HIV, Substance Abuse and Mental Illness.  What's Really Happening to your Patient?" "Psychiatric Assessment in the Criminal Justice Setting, Learning to Detect Malingering."  La Jolla, California.  (8/3/99)

85.    "Assessment, Diagnosis and Treatment Planning for the Patient with Dual and Triple Diagnoses", Maui County Department of Housing and Human Concerns, Maui Memorial Medical Center.  Kahului, Maui.  (8/23/99)

86.    "Proper Assessment of the Asian/Pacific Islander Dual Diagnostic Patient", Asian American Recovery Services, Inc., San Francisco, California.  (9/13/99)

87.    "Assessment and Treatment of the Dual Diagnostic Patient in a Health Maintenance Organization", Alcohol and Drug Abuse Program, the Permanente Medical Group, Inc., Santa Rosa, California.  (9/14/99)

88. "Dual Diagnosis", Residential Care Providers of Adult Residential Facilities and Facilities for the Elderly, City and County of San Francisco, Department of Public Health, Public Health Division, San Francisco, California.  (9/16/99)

89. "Medical and Psychiatric Aspects of Methamphetamine Abuse", Fifth Annual Latino Behavioral Health Institute Conference, Universal City, California.  (9/23/99)

90. "Criminal Justice & Substance Abuse", University of California, San Diego & Arizona Department of Corrections, Phoenix, Arizona.  (9/28/99)

91. "Creating Balance in the Ohana: Assessment and Treatment Planning", Hale O Ka'u Center, Pahala, Hawai'i.  (10/8-10/10/99)

92. "Substance Abuse Issues of Runaway and Homeless Youth", Homeless Youth 101, Oakland Asian Cultural Center, Oakland, California.  (10/12/99)

93. "Mental Illness & Drug Abuse - Part II", Sonoma County Department of Mental Health Grand Rounds, Santa Rosa, California.  (10/14/99)

94. "Dual Diagnosis/Co-Existing Disorders Training", Yolo County Department of Alcohol, Drug and Mental Health Services, Davis, California.  (10/21/99)

95. "Mental Health/Substance Abuse Assessment Skills for the Frontline Staff", Los Angeles County Department of Mental Health, Los Angeles, California.  (1/27/00)

96. "Spirituality in Substance Abuse Treatment", Asian American Recovery Services, Inc., San Francisco, California.  (3/6/00)

97. "What Every Probation Officer Needs to Know about Alcohol Abuse", San Mateo County Probation Department, San Mateo, California.  (3/16/00)

98. "Empathy at its Finest", Plenary Presentation to the California Forensic Mental Health Association's Annual Conference, Asilomar, California.  (3/17/00)

99. "Model for Health Appraisal for Minors Entering Detention", Juvenile Justice Health Care Committee's Annual Conference, Asilomar, California.  (4/3/00)

100. "The Impact of Alcohol/Drug Abuse and Mental Disorders on Adolescent Development", Humboldt County Department of Mental Health and Substance Abuse Services, Eureka, California.  (4/4-4/5/00)

101. "The Dual Diagnosed Client", Imperial County Children's System of Care Spring Training, Holtville, California.  (5/15/00)

102. National Association of Drug Court Professionals 6th Annual Training Conference, San Francisco, California.  "Managing People of Different Pathologies in Mental Health Courts", (5/31 & 6/1/00); "Assessment and Management of Co-Occurring Disorders" (6/2/00).

103. "Culture, Age and Gender Specific Perspectives on Dual Diagnosis", University of California Berkeley Extension Course, San Francisco, California.  (6/9/00)

104.    "The Impact of Alcohol/Drug Abuse and Mental Disorders on Adolescent Development", Thunderoad Adolescent Treatment Centers, Inc., Oakland, California.  (6/29 & 7/27/00)

105.    "Assessing the Needs of the Entire Patient: Empathy at its Finest", NAMI California Annual Conference, Burlingame, California.  (9/8/00)

106.    "The Effects of Drugs and Alcohol on the Brain and Behavior", The Second National Seminar on Mental Health and the Criminal Law, San Francisco, California.  (9/9/00)

107.    Annual Conference of the Associated Treatment Providers of New Jersey, Atlantic City, New Jersey.  "Advances in Psychopharmacological Treatment with the Chemically Dependent Person" & "Treatment of the Adolescent Substance Abuser" (10/25/00).

108.    "Psychiatric Crises In The Primary Care Setting", Doctor Marina Bermudez Issues In College Health, San Francisco State University Student Health Service.  (11/1/00, 3/13/01)

109.    "Co-Occurring Disorders: Substance Abuse and Mental Health", California Continuing Judicial Studies Program, Center For Judicial Education and Research, Long Beach, California. (11/12-11/17/00)

110.    "Adolescent Substance Abuse Treatment", Alameda County Behavioral Health Care Services, Oakland, California.  (12/5/00)

111.    "Wasn't One Problem Enough?"   Mental Health and Substance Abuse Issues. 2001California Drug Court Symposium, "Taking Drug Courts into the New Millennium." Costa Mesa, California.  (3/2/01)

112.    "The Impact of Alcohol/Drug Abuse and Mental Health Disorders on the Developmental Process."  County of Sonoma Department of Health Services, Alcohol and Other Drug Services Division. Santa Rosa, California.  (3/8 & 4/5/01)

113.    "Assessment of the Patient with Substance Abuse and Mental Health Issues."  San Mateo County General Hospital Grand Rounds.  San Mateo, California.  (3/13/01)

114.    "Dual Diagnosis-Assessment and treatment Issues."  Ventura County Behavioral Health Department Alcohol and Drug Programs Training Institute, Ventura, California.  (5/8/01)

115.    Alameda County District Attorney's Office 4th Annual 3R Conference, "Strategies for Dealing with Teen Substance Abuse." Berkeley, California.  (5/10/01)

116.    National Association of Drug Court Professionals 7th Annual Training Conference, "Changing the Face of Criminal Justice."  I presented three separate lectures on the following topics: Marijuana, Opiates and Alcohol.  New Orleans, LA.  (6/1-6/2/01)

117.    Santa Clara County Drug Court Training Institute, "The Assessment, Diagnosis and Treatment of the Patient with Multiple Disorders."  San Jose, California.  (6/15/01)

118.    Washington Association of Prosecuting Attorneys Annual Conference, "Psychiatric Complications of the Methamphetamine Abuser."  Olympia, Washington.  (11/15/01)

119.    The California Association for Alcohol and Drug Educators 16th Annual Conference, "Assessment, Diagnosis and Treatment of Patients with Multiple Diagnoses." Burlingame, California.  (4/25/02)

120. Marin County Department of Health and Human Services, Dual Diagnosis and Cultural Competence Conference, "Cultural Considerations in Working with the Latino Patient." (5/21/02)

121. 3rd Annual Los Angeles County Law Enforcement and Mental Health Conference, "The Impact of Mental Illness and Substance Abuse on the Criminal Justice System." (6/5/02)

122. New Mexico Department of Corrections, "Group Psychotherapy Training." Santa Fe, New Mexico. (8/5/02)

123. Judicial Council of California, Administrative Office of the Courts, "Juvenile Delinquency and the Courts: 2002." Berkeley, California. (8/15/02)

124. California Department of Alcohol and Drug Programs, "Adolescent Development and Dual Diagnosis." Sacramento, California. (8/22/02)

125. San Francisco State University, School of Social Work, Title IV-E Child Welfare Training Project, "Adolescent Development and Dual Diagnosis." (1/14/02)

126. First Annual Bi-National Conference sponsored by the Imperial County Behavioral Health Services, "Models of Family Interventions in Border Areas." El Centro, California. (1/28/02)

127. Haight Ashbury Free Clinic's 36th Anniversary Conference, San Francisco, California, "Psychiatric Approaches to Treating the Multiple Diagnostic Patient." (6/6/03)

128. Motivational Speaker for Regional Co-Occurring Disorders Training sponsored by the California State Department of Alcohol and Drug Programs and Mental Health and the Substance Abuse Mental Health Services Administration-Center for Substance Abuse Treatment, Samuel Merritt College, Health Education Center, Oakland, California. (9/4/03)

129. "Recreational Drugs, Parts I and II", Doctor Marina Bermudez Issues In College Health, San Francisco State University Student Health Service. (10/1/03), (12/3/03)

130. "Detecting Substance Abuse in our Clients", California Attorneys for Criminal Justice Annual Conference, Berkeley, California. (10/18/03)

131. "Alcohol, Alcoholism and the Labor Relations Professional", 10th Annual Labor and Employment Public Sector Program, sponsored by the State Bar of California. Labor and Employment Section. Pasadena, California. (4/2/04)

132. Lecture tour of Japan (4/8-4/18/04). "Best Practices for Drug and Alcohol Treatment." Lectures were presented in Osaka, Tokyo and Kyoto for the Drug Abuse Rehabilitation Center of Japan.

133. San Francisco State University, School of Social Work, Title IV-E Child Welfare Training Project, "Adolescent Development and Dual Diagnosis." (9/9/04)

134. "Substance Abuse and the Labor Relations Professional", 11th Annual Labor and Employment Public Sector Program, sponsored by the State Bar of California. Labor and Employment Section. Sacramento, California. (4/8/05)

135.   "Substance Abuse Treatment in the United States", Clinical Masters Japan Program, Alliant International University.  San Francisco, California. (8/13/05)

136.   Habeas Corpus Resource Center, Mental Health Update, "Understanding Substance Abuse."  San Francisco, California. (10/24/05)

137.   Yolo County Department of Behavioral Health, "Psychiatric Aspects of Drug and Alcohol Abuse."  Woodland, California. (1/25/06), (6/23/06)

138.   "Methamphetamine-Induced Dual Diagnostic Issues", Medical Grand Rounds, Wilcox Memorial Hospital, Lihue, Kauai. (2/13/06)

139.   Lecture tour of Japan (4/13-4/23/06).  "Assessment and Treatment of the Patient with Substance Abuse and Mental Illness."  Lectures were presented in Hiroshima and Kyoto for the Drug Abuse Rehabilitation Center of Japan.

140.   "Co-Occurring Disorders: Isn't It Time We Finally Got It Right?" California Association of Drug Court Professionals, 2006 Annual Conference.  Sacramento, California. (4/25/06)

141.   "Proper Assessment of Drug Court Clients", Hawaii Drug Court, Honolulu. (6/29/06)

142.   "Understanding Normal Adolescent Development," California Association of Drug Court Professionals, 2007 Annual Conference.  Sacramento, California. (4/27/07)

143.   "Dual Diagnosis in the United States," Conference sponsored by the Genesis Substance Abuse Treatment Network.  Medford, Oregon.  (5/10/07)

144.   "Substance Abuse and Mental Illness: One Plus One Equals Trouble," National Association of Criminal Defense Lawyers 2007 Annual Meeting & Seminar.  San Francisco, California.  (8/2/07)

145.   "Capital Punishment," Human Writes 2007 Conference.  London, England.  (10/6/07)

146.   "Co-Occurring Disorders for the New Millennium," California Hispanic Commission on Alcohol and Drug Abuse, Montebello, California.  (10/30/07)

147.   "Methamphetamine-Induced Dual Diagnostic Issues for the Child Welfare Professional," Beyond the Bench Conference.  San Diego, California. (12/13/07)

148.   "Working with Mentally Ill Clients and Effectively Using Your Expert(s)," 2008 National Defender Investigator Association (NDIA), National Conference, Las Vegas, Nevada.  (4/10/08)

149.   "Mental Health Aspects of Diminished Capacity and Competency," Washington Courts District/Municipal Court Judges' Spring Program.  Chelan, Washington.  (6/3/08)

150.   "Reflection on a Career in Substance Abuse Treatment, Progress not Perfection," California Department of Alcohol and Drug Programs 2008 Conference.  Burlingame, California.  (6/19/08)

151.   Mental Health and Substance Abuse Training, Wyoming Department of Health, "Diagnosis and Treatment of Co-occurring Mental Health and Substance Abuse." Buffalo, Wyoming. (10/6/09)

152.  2010 B. E. Witkin Judicial College of California, "Alcohol and Other Drugs and the Courts." San Jose, California. (August 4th & 5th.)

153.  Facilitating Offender Re-entry to Reduce Recidivism: A Workshop for Teams, Menlo Park, CA.  This conference was designed to assist the Federal Court to reduce recidivism. "The Mentally-Ill Offender in Reentry Courts," (9/15/2010)

154.  Juvenile Delinquency Orientation, "Adolescent Substance Abuse." This was part of the "Primary Assignment Orientations" for newly appointed Juvenile Court Judges presented by The Center for Judicial Education and Research of the Administrative Office of the Court.  San Francisco, California. (1/12/2011)

PUBLICATIONS:

1)  Kanas, N., Stewart, P. and Haney, K. (1988). *Content and outcome in a short-term therapy group for schizophrenic outpatients*.  Hospital and Community Psychiatry, 39, 437-439.

2)  Kanas, N., Stewart, P. (1989*). Group process in short-term outpatient therapy groups for schizophrenics.*  Group, Volume 13, Number 2, Summer 1989.

3)  Zweben, J.E., Smith, D.E. and Stewart, P. (1991). *Psychotic Conditions and Substance Use: Prescribing Guidelines and Other Treatment Issues.*  Journal of Psychoactive Drugs, Vol. 23(4) Oct-Dec 1991, 387395.

4)  Banys, P., Clark, W.H., Tusel, D.J., Sees, K., Stewart, P., Mongan, L., Delucchi, K., and Callaway, E. (1994). *An Open Trial of Low Dose Buprenorphine in Treating Methadone Withdrawal*. Journal of Substance Abuse Treatment, Vol 11(1), 9-15.

5)  Hall, S.M., Tunis, S., Triffleman, E., Banys, P., Clark, W.H., Tusel, D., Stewart, P., and Presti, D. (1994). *Continuity of Care and Desipramine in Primary Cocaine Abusers.*  The Journal of Nervous and Mental Disease, Vol 182(10), 570-575.

6)  Galloway, G.P., Frederick, S.L., Thomas, S., Hayner, G., Staggers, F.E., Wiehl, W. O., Sajo, E., Amodia, D., and Stewart, P. (1996). *A Historically Controlled Trail Of Tyrosine for Cocaine Dependence.*  Journal of Psychoactive Drugs, Vol. 28(3), July-September 1996

7)  Stewart, P. (1999). *Alcoholism: Practical Approaches To Diagnosis And Treatment.* Prevention, (Newsletter for the National Institute On Alcoholism, Kurihama Hospital, Yokosuka, Japan) No. 82, 1999

8)  Stewart, P. (1999).  *New Approaches and Future Strategies Toward Understanding Substance Abuse.*  Published by the Osaka DARC (Drug Abuse Rehabilitation Center) Support Center, Osaka, Japan, November 11, 1999.

9)  Stewart, P. (2002).  *Treatment Is A Right, Not A Privilege.* Chapter in the book, *Understanding Addictions-From Illness to Recovery and Rebirth,* ed. By Hiroyuki Imamichi and Naoko Takiguchi, Academia Press (Akademia Syuppankai): Kyoto, Japan, 2002.

10) Stewart, P., Inaba, D.S., and Cohen, W.E.  (2004). *Mental Health & Drugs.*  Chapter in the book, <u>*Uppers, Downers, All Arounders, Fifth Edition*</u>, CNS Publications, Inc., Ashland, Oregon.

11) James Austin, Ph.D., Kenneth McGinnis, Karl K. Becker, Kathy Dennehy, Michael V. Fair, Patricia L. Hardyman, Ph.D. and Pablo Stewart, M.D. (2004) *Classification of High Risk and Special Management Prisoners, A National Assessment of Current Practices.* <u>National Institute of Corrections</u>, Accession Number 019468.

12) Stanley L. Brodsky, Ph.D., Keith R. Curry, Ph.D., Karen Froming, Ph.D., Carl Fulwiler, M.D., Ph.D., Craig Haney, Ph.D., J.D., Pablo Stewart, M.D. and Hans Toch, Ph.D. (2005) *Brief of Professors and Practitioners of Psychology and Psychiatry as <u>AMICUS CURIAE</u> in Support of Respondent: Charles E. Austin, et al. (Respondents) v. Reginald S. Wilkinson, et al. (Petitioners), In The Supreme Court of the United States, No. 04-495.*

13) Stewart, P., Inaba, D.S., and Cohen, W.E.  (2007). *Mental Health & Drugs.*  Chapter in the book, <u>*Uppers, Downers, All Arounders, Sixth Edition*</u>, CNS Publications, Inc., Ashland, Oregon

14) Stewart, P., Inaba, D.S. and Cohen, W.E. (2011). *Mental Health & Drugs.* Chapter in the book, <u>*Uppers, Downers, All Arounders, Seventh Edition,*</u> CNS Publications, Inc., Ashland, Oregon