# EXHIBIT II

## LPN Nwaohia

Sumi Erno
**Sent:** Wednesday, September 05, 2012 4:20 PM
**To:** Karen Mullenix; Linda Maschner

please note that I looked her up and she had another hit on her lic back in june of 2012.....


Sumi Erno

Site Complex Manager, ASPC-Lewis

Office 623-386-6160, Ext 4834

Celled:  Security C

serno@wexfordhealth.com

Confidential Information - Subject to Protective Order014      ADC027911