# EXHIBIT MM

# ARIZONA DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES CONTRACT MONITORING BUREAU
## MEMORANDUM

**TO:** Joe Profiri, Interim Assistant Director, Health Services Contract Monitoring Bureau

**THROUGH:** Jim Taylor, Contact Compliance Administrator

**FROM:** Terry L. Allred, Compliance Monitor II, ASPC-Lewis

**DATE:** August 13, 2012

**SUBJECT: Transition issues to date, ASPC-Lewis**

The following narrative has been created with the investigative assistance of Ms. Donna Mendoza in her capacity as clinical auditor. I have highlighted the primary topics in color code fashion equal to my concerns through investigation as they would be found in the MGAR.

Medications: Issues concern rose immediately to the surface at the time of the transition relative to Diamond Pharmaceuticals. The failure to interpret medication orders sent a ripple effect through the entire institution, in that blister packs were mislabeled, miscounted, not provided, or were transitioned in the form of orders from for instance a "KOP to a DOT", DOT being the term of use for Wexford. Though there have been many meetings, late hours and assurances from Wexford and Diamond that these issues have been resolved, we continue to lags in what would be considered acceptable performance delivery levels. Though there are improvements and the trend is promising, we continue to see the following:

- Continued no-shows for medications, without the appropriate follow up and written statements on log sheets of "refused", without the appropriate signed refusal form, or "not available". Neither of which without the appropriate signed paperwork is acceptable.
- Expired medications that are not being addressed by nursing staff.
- New orders on the MAR's do not have the providers name & or start and stop date(s).
- Instances of the MAR being completed prior to the delivery of the medications. (See Staffing) Corrective action is to take the MAR during the pill call for appropriate completion. As of this date, this is not the standard practice.
- Groups of inmates being brought to the HUB, (2 to 3 nights per week) to address pain medication changes to Morphine, Methadone, Gabapenton and Tegretol, with appointment logs being unsigned, inappropriate SOAP's and or treatment plans insufficient for the clinical appointment being provided. Initial groups were those inmates considered hi profile. <u>Documentation of these actions has been provided to Dr. Rowe for his involvement as necessary.</u>
- Insulin administration not being provided within the proper timelines. We have found this to be prevalent on the Bachman yard and are working with site administration to have it corrected.
- Release medication issues relative to inmate I: Security Though this was a singular event it had significant repercussions and forced the creation of a process to ensure that there were not reoccurrences. With the new processes in place, it appears that the issue of release medications has been addressed and to this point resolved. Further, the process of obtaining medications for those of "unanticipated" release has bee clarified and Wexford has voiced that it will ensure medications are

provided to all inmates in cases of this nature.
- MH medication renewals are a significant issue. Currently there are approximately 1425 inmates on Psychotropic medications on the complex, and renewals of these medications are now being accomplished via Psychiatry Telemedicine and by the local medical provider as the on-site Psychiatrist resigned 8/2/2012.
- The contractual obligation to see every MH inmate on medication by a psychiatric nurse every 30 days is not feasible with the current staffing level, (3). Particularly when one adds the additional responsibilities that exist for that position. The regional Psychologist is seeking additional staff, in hopes of doubling his current roster in order to meet contractual demands, but is finding resistance from his local and corporate team. (See Staffing)

Staffing: Within the first 3 weeks after the transition, 1 nurse went on MLWOP, 2 were terminated, (1 for significant medication errors relative to narcotics, the other for abandonment of post and falsification of a MAR.). Within a day of these actions, 2 more staff quit without notice; a night nurse and a release planner. To date I have received approximately 6 applicant clearance requests and when I spoke of this to the site manager today, she indicated that they were interviewing 9 candidates today and 2 more to follow this week. In an effort to speed the process they are either interviewing off site or conducting telephone interviews, with requests for clearance to come later. As a result of the lack of nursing staff as well as "stated" workload the following issues relative to nursing duties and responsibilities have arisen:
- Transfer SOAP's are not being completed within the 12 hour timeframe.
- Nursing lines are not being conducted on a daily basis on select units.
- Medication nursing duties are being expanded to complete pill call on more units to accommodate the shortages. This alone leads to missed or delayed insulin lines and the failure in noted cases for inmates to receive their medications as well as complete then associated paperwork. This has also led to nursing staff not utilizing the approved "delivery pill packs" as they find them to be too small and of poor design, essentially more of a hindrance than an asset.
- HNR's not being triaged within the required 24 hour timeframe.
- Resignation of the Chief Psychiatrist with no discussion of replacement. This has led to the medical provider renewing MH medications which levels concern to the fact that they could go nearly 1 year in some cases without direct psychiatry intervention.
- Staff shortages in the area of medical providers has led to extended delays in care on the units as well as delay in inmates being seen upon return from the hospital. These are to be completed at the next available appointment, but often times there is an extended delay, if the appointment occurs at all.

Communication: This area of concern has led to the loss of staff at all levels. Poor follow up from corporate through the regional to those at the ground level. When direction has been provided, it appears to be in the mode of cost cutting in some cases:
- Medications changes as directed by Wexford Corporate to the local units, meant specifically to address Methadone, Morphine, Gabapentin and Tegretol.
- Cancelling of previous ADC specialty appointments. The current backlog in this area is 196 pre-July 01 specialty appointments. Zero backlog post July 01, 2012.
- It was perceived that communication between the monitor and the local site administration was becoming more adversarial in nature, but this was addressed and has been resolved. After the discussion relative to this area of concern, the Wexford's staffs appears to have responded positively as a whole and are much more free with communication and requests for information.

Wexford issues: Many staff continue to voice in unison those issues that have been previously discussed, to include as well those issues that are of a Wexford corporate to address:
- Pay and benefits.

- Insurance
- Poor communication and follow though or follow up.
- On site support from the Local and corporate leaders.

Though I understand full well that these are not the issues of a Monitor to address, if they continue to go unresolved, then staff morale suffers and patient care will tend to follow suit. It is a trending improvement and the general consensus is that things are getting better with staff buying into this. Solid staff continue to act as such and troubled staff are becoming more identifiable leading to necessary direction by the local site management. All in all I sense a level of stabilization and overall improvement and will continue to support in that effort.

Confidential Information - Subject to Protective Order003

ADC028114