# EXHIBIT NN

# ARIZONA DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES CONTRACT MONITORING BUREAU
## MEMORANDUM

TO:  Joe Profiri, Monitoring Team Leader

THROUGH: Jim Taylor, Contract Compliance Administrator

FROM: Helena Valenzuela – ADC Phoenix Complex Compliance Monitor

DATE: 8/13/12

SUBJECT: Phoenix Complex: Wexford Health Services Compliance-Findings  (3 pages)

**FINDING:** Medical and Psychiatric nurse shortage on various shifts.
(Medical uses 6 pool nurses on a regular basis as staff.) When nursing staff calls off, regular staff is asked to take on another shift. Two psychiatric nurses stated they are short staffed and are working alone on some shifts. I have been told Wexford is not expeditiously approving agency. Complex Site Manager has been aware and states they are trying to hire. On the Phoenix Wexford Daily Morning Report, I consistently read "0 interviews" for new staff.

**FINDING:** Flamenco, Delta, Echo: Nursing is not immediately initialing in the M.A.R. book (**Medication Administration Record** or **MAR** is the report that serves as a legal record of the drugs administered to a patient at a facility by a health care professional. The MAR is a part of a patient's permanent record in their medical chart. The health care professional signs off on the record at the time that the drug or device is administered (medication when they give the medication to the inmate.)
I observed nursing is waiting to initial or sign off when they return to their desks. (They should immediately initial after giving medication.)

**FINDING:** Intake inmates with medical issues are not being moved to another facility on a timely basis.
Three inmates with medical issues within the last 4 weeks have had delays in being moved out of Phoenix/Alhambra since Wexford does not appear to have a statewide nursing coordinator to assist in moving ill inmates to other medical facilities that can deliver proper care. The Phoenix/Alhambra facility is an intake facility and inmates with dialysis or other serious medical conditions require expeditious placement at other facilities. There is not a direct Wexford clinical contact person or if there is, the process is ineffective at this time.

**FINDING:** The **Mental Health Urgent Response Roster** does not contain Psychiatrist's telephone numbers and on call psychologists are not returning nursing calls.
This past weekend, an inmate had displayed a reaction to a psych medication and nursing staff was unable to contact a psychiatrist. The nurse called 5 psychologists on the roster and none responded. The Psych Nurse supervisor was contacted and she advised to call the medical physician, Dr. Epstein. (I am unsure he was on call.)

1

PAGE 2 CONTINUED
FROM: Helena Valenzuela – ADC Phoenix Complex Compliance Monitor
DATE: 8/13/12
SUBJECT: Phoenix Complex: Wexford Health Services Compliance-Findings

**FINDING:** I observed this past Saturday, August 11, 2012, at approximately 3:30 PM two inmates were housed together in Baker Ward with different psych issues.(not sure this is a contract compliance issue but it is a concern from my standpoint.)
Normally, Baker inmates are individually housed as a result of their serious mental health issues. I spoke with Complex Site Manager, Don Sloan, and he said bunking inmates together was coming from Director Ryan. I explained one inmate had a mental health issue with an abuse of water resulting in his water to be only turned on when requested and the other inmate had no water issues. The nurse has to go turn on the water at different times when requested. The Psych. Nurse Supervisor is investigating since the two above inmate's mental health needs may be in conflict with the housing assignment. The psych nurse on duty conveyed a concern about the double housing of Baker inmates.

**FINDING:** Flamenco: Six Psych Technician duties are not defined and there is confusion as to their job responsibilities.
Previously, some of the Psych Technicians were correctional officers and one psyc. tech. staff member is attempting to continue security duties. One Psych Tech continues to work in an administrative role. The 6 techs are to be facilitating in inmate programming (groups). I have requested a current programming schedule with specific group titles and scheduled times. No schedule has been submitted to me. I observe the Flamenco inmate group areas at various times during the day. I occasionally observe inmates viewing TV explained to me as a group mental health programming. I have asked for clarity for the last 4 weeks on psych tech job duties from Don Sloan, Complex Site Manager. He has requested clarification from Wexford upper management and has not received. He is requesting the new Clinical Director, Dr. Newell, to clearly formulate the job responsibilities of psych techs. This is due on Tuesday, August 6, 2012.

**FINDING:** Inmate Medical Records are disorganized and incorrectly completed.
Intake nursing documentation and inmate intake forms in the medical record are given to the provider prior to his evaluating the inmate. I discovered inmate names are sometimes not on the forms or there are no name stickers in the medical file. The SOAPE format (template for medical documentation in the medical chart) is still not being utilized when medical staff are completing their documentation. Additionally, illegible hand writing is evident and name stamps or clear printing of the signed medical staff name is not consistently occurring in medical documentation. Mr. Sloan and DON Massey have been informed.

**FINDING:** Inmate confidentiality during the medical and mental health interview is compromised.
Four intake inmates sit is a room with 4 intake nurses completing their medical interviewed with only a small partition separating them. Mental health interviews are with two inmates in a room with two mental health staff and 1 partition. Warden Ramos and Don Sloan are working on this to find a solution.

**FINDING:** Wexford Health Staff is non compliant in completion of DOC training.
The Phoenix training officer arranged for various scheduled times for training for Wexford staff. Some Wexford employees do not attend since there is short staffing and they were called to do another shift that was during the scheduled training time. Mr. Sloan has been informed.

2

Confidential Information - Subject to Protective Order002    ADC028141

PAGE 3    CONTINUED
FROM: Helena Valenzuela – ADC Phoenix Complex Compliance Monitor
DATE: 8/13/12
SUBJECT: Phoenix Complex: Wexford Health Services Compliance-Findings

**FINDING:** Wexford staff are to wear stab vests when working with inmates at Alhambra.
Mr. Taylor is addressing.

**FINDING:** Wexford staff continue to use Wexford forms that have not been approved by DOC.
I have notified Don Sloan, Wexford Site Manager, and DON Massey regarding using DOC forms, with the exception of pharmacy and scripts. I was here on Saturday, swing shift and nursing was still using Wexford forms since they stated they were not informed. The nurses stated they do not have a DOC refusal form because those forms were removed.

**FINDING:** Monthly tool count has not been completed at Flamenco and Baker and Dental was using an incorrect tool count form.
DW Twyford has assisted in correcting dental form. Although Don Sloan has been notified of non completion monthly tool issue, the tool count remains not completed for Flamenco and Baker. Tomorrow, DW Twyford and I will speak with Mr. Sloan.

**FINDING:** Wexford staff are non compliant with DOC clothing policy.
2 female medical and one mental health staff member are wearing plunging necklines. One wears two ear rings in her ear. Don Sloan, Site Manager, has been notified and he states he has addressed; however, I have observed the staff members continue to wear the same clothing and maintain the 2 ear rings in one ear. I will again notify Mr. Sloan.

3