# EXHIBIT PP

# ARIZONA DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES CONTRACT MONITORING BUREAU
## MEMORANDUM

**TO:** Joe Profiri

**THROUGH:** Jim Taylor

**FROM:** Karyn Christie ASPC Safford Health Services Compliance Monitor

**DATE:** 08/13/2012

**SUBJECT:** Monitoring Compliance Issues

In my new position as Health Services Compliance Monitor for the Safford Complex I have taken ADC policy as my starting point, ensuring that the basic processes outlined in policy are in place and functioning appropriately, and that NCCHC standards will continue to be maintained as in the past.

Daily sick call for all three yards, Nursing lines are five days per week for all three yards, and Provider lines continue to be scheduled four days per week for each of the three Safford Complex Units, and Dental lines are scheduled for two days per week per unit. This general Health Services schedule continues to be the norm for this complex.
The specific exception at this point is Dental wait times related to Wexford staffing issues.

Wexford does have a shortage of Health Unit Staff complex wide, although I have been told that there are currently four nurses going through the Wexford hiring process. At this time there aren't enough Wexford staff to provide twenty four hour nursing coverage at the Ft Grant Unit, so after 2000 hrs. inmates needing immediate medical attention must be transported the 47 miles to the Tonto Unit where staff is available.

Wait times for all Health Services including inmate letters and grievances require monitoring. I will send a copy of the latest statistical report which includes those items.

Hospitalizations and the ability of hospital staff and specialists to obtain referrals for procedures and medications in a timely manner, requires careful monitoring.
I believe it is very important for us to closely monitor outside referrals from the local Providers and the Collegial Reviews that are done on a weekly basis by Wexford's National Medical Director Dr. Garcia. Their awareness of our interest and continued monitoring of this process may be an important "motivator" in cases #1 being referred by the local provider and #2 cases Dr. Garcia allows to move forward. Timely follow ups by Wexford staff of hospitalizations, outside specialty visits, and appropriate procurement of hospital/specialist ordered medications was an issue I encountered during my Monitoring Academy visit to the Tucson Cimarron Unit.

Confidential Information - Subject to Protective Order001                    ADC028148

Finally, I have observed some issues regarding inmate medications, such as medications that are not arriving on time or are inaccurate when delivered. When issues like these arise it is important for each unit to be able to obtain urgent medications from a local source such as Walgreens.

In monitoring discharge medications, I have found that they are normally given to the inmate prior to his departure, but if they are not picked up by the inmate then the meds are being sent to the inmates discharge address of record.

I look forward to receiving the monitoring template as a means of assuring that a more complete list of activities and circumstances is being observed and reported to you regularly.

Respectfully
Karyn Christie, ASPC Safford HSCCM