# EXHIBIT QQ

# ARIZONA DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES CONTRACT MONITORING BUREAU
## MEMORANDUM

TO:         Joe Profiri: Health Services Monitoring Bureau Team Leader

THROUGH:    Jim Taylor: Health Services Monitoring Bureau

FROM:       John Mitchell: Winslow Compliance Monitor

DATE:       8/17/12

SUBJECT:    Update report

Chart checks by the providers are not happening in a timely manner. Some charts are sitting on a cart for three to four weeks prior to being noted by a provider. This appears to be mostly due to a lack of staffing. The providers are seeing twenty to twenty-five inmates a day on their lines. Patient care is rightfully taking priority but follow-up and prescriptions are being delayed because the charts are sitting. I have checked these charts and referred those that were most urgent for immediate review to the providers. I have also informed the Site Manager so that she can address this process breakdown.

Lack of staffing has also resulted in a backlog of off-site consults. A clinical coordinator started this week and some consults were scheduled. In addition poor communication has resulted in the delay of collegial review which further has delayed consults. Last week the Site Manager had sent ahead paperwork to facilitate collegial review, but when the doctor called in Dr. Garcia didn't have any of it and had to reschedule for this week.

The review of intake charts is continuing to be about a week behind in violation of policy and NCCHC standard P-E-03 which states that the health record or summary should be reviewed within twelve hours of arrival. This also appears to be as a result of inadequate staffing. Nursing is completing the face to face assessment and referring urgent needs that are identified but continuity of care is being disrupted for the others. This has been noted by the Site Manager but she just does not have the staff to provide for compliance in all areas.

A pharmacy report of prescriptions that are due to expire has also caused a problem. The registry doctor had written prescription renewals prior to transition and had been led to believe that Wexford and Diamond Pharmacy would honor those. Now those prescriptions which should not be coming up for renewal are showing up on the expiration report and the providers are being asked to rewrite all of them. This is detracting from time they could be using for chart reviews or writing consults etc. I have E-mailed our Pharmacy Monitor to clarify.

Confidential Information - Subject to Protective Order005

Release meds have not been an issue in Winslow. Released inmates have left with the appropriate meds if they were to have any. The volume of E-mails notifying of releases has been problematic. The Site Manager has been receiving fifteen to twenty notices a day for releases many of which are all for the same inmate. I can validate these numbers as I receive the same notices. I am sure that at the larger facilities the volume must be even greater. It would be more efficient if one person were tasked with notifying each complex. I am receiving notice of many releases that are not even for my complex. I would much rather continue this overkill than not receiving notice if that is the only option.

Wexford staff continues to express frustration that they are not receiving answers to E-mails or phone messages to their corporate level staff regarding their questions. Questions such as pay issues, formulary issues, and issues with company process continue to go unanswered. Wexford staff are also frustrated that no one from their state or national level has come to lend support or answer questions. The morale of Wexford staff is sinking quickly and some are beginning to express thoughts of looking for different employment which certainly won't help their staffing crisis.

The Site Manager has interviewed three RN's and has a fourth interview scheduled next week. There is a medication tech in the hiring process. Interviews have been completed for the one Patient Care Tech. position. An interview is scheduled next week for an x-ray tech. Registry providers are in place, but they need to hire their own providers and train them to their procedures which would greatly increase their efficiency. A repeated shortcoming in the hiring process has emerged. Several times the Site Manager has complained that background checks were taking to long and called to check on the progress only to find out that the questionnaire still had not made it to BIU. Wexford HR is insisting that the questionnaire be sent to them first and they check it and then forward it to BIU and it is often lost on a desk in HR. The Site Manager has had to have the applicant redo the Questionnaire.

Confidential Information - Subject to Protective Order006                                                ADC028172