# EXHIBIT TT

# ARIZONA DEPARTMENT OF CORRECTION
## Arizona State Prison –Yuma Complex

# MEMORANDUM

TO:       Joe Profiri, Monitor Team Leader

FROM:     Dennis G Chenail, Compliance Monitor II

THRU:     Jim Taylor, Program Evaluation Administrator

DATE:     August 13, 2012

SUBJECT:  Wexford Health Deficiencies

The number one issue continues to be staffing. Because Wexford did not hire a Site manager until 08/01/12, I did not receive a staffing report. The report was due on 08/05/12. However, by "walking and talking" I have determined the following about staffing.

- There is a Wexford Medical Director and a Physician from Staff Care currently on site. The physician from staff care will not be available as of 08/17/12. This will leave the medical Director only to provide service to 4,252 inmates as of the census this morning. The Wexford submitted budget called for 3.75 FTE's in this category.
- There is one Dentist on site Monday through Wednesday for ten hours which equates to a .75 FTE. Wexford submitted a budget calling for 3.5 FTE dentists.
- The wait caused by the above deficiencies has not been determined as this was another report that was not received on 08/05/12.
- As stated above a site manager was hired by Wexford on 08/01/12. She is a Nurse Practitioner who has extensive experience in clinics but has never worked in a Prison. She has not received any training from Wexford as of this date. I continue to meet with her on a regular basis and give her as much direction as possible. During our last meeting we discussed the nine grievances she has including a review of Department Order 802.

Medical staff also voiced their concerns on the lack of Wexford "presence" since the takeover on 07/01/12. E-mails and phone calls go unanswered and staff feel like they have been abandoned.

I have discussed Staff issues with the Site manager who is feeling overwhelmed at this time. I will continue to meet with her and provide guidance throughout the transition.