# EXHIBIT UU

# ARIZONA DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES CONTRACT MONITORING BUREAU
## MEMORANDUM

**TO:** Joe Profiri, Contract Beds Operations Director

**THROUGH:** Jim Taylor, Health Services Compliance Administrator
Richard Pratt, Interim Division Director – Health Services

**FROM:** Dennis R. Kendall, Compliance Monitor – ASPC Florence

**DATE:** August 13, 2012

**SUBJECT:** Florence Weekly Monitoring Report

The following information depicts performance deficiencies identified through the administrative review process. Clinical related findings such as Medication Availability issues and MAR documentation are submitted under separate cover by the ASPC Florence Nurse Monitor, Jen Mielke-Fontaine.

**STAFFING:**
1. <u>Medical Providers</u>: Six positions, two physicians and four mid-levels, are designated in Wexford's proposed Staffing Pattern for Florence. Currently three positions are filled; one physician, assigned to Central Unit and the IPC, and two mid-level providers, assigned to South and North Units. As a result, the requirement of inmates having routine appointments within seven days of referral is not occurring anywhere except North Unit. Central Unit has a two-month wait time and Kasson has held only one provider line, with three inmates seen, since June 26. The wait time at South unit is six weeks, at East Unit the wait is one month and at Globe there is a two week wait to see a provider. Additionally, IPC rounds are to occur daily and HU8 rounds are to be completed three times per week. At this time, rounds are performed once per week for both IPC and HU8. The provider shortage is also causing delays in consultative report, lab, and x-ray reviews being performed and the timely renewal of medications. Specific examples are inmate # Securit who was discharged from the hospital on August 4, but did not have medication orders issued by the provider until August 6. Also, inmate # Securit was discharged from the hospital on August 5 with orders for daily physical therapy for three weeks. As of August 8, this issue was still not addressed by the provider. At last report from Wexford, two mid-level providers are in the hiring process but, no anticipated start date has been established.
2. <u>Nursing</u>: Three Supervisor, 13 RN and 19 LPN positions are established in the Wexford staffing pattern. At present, all three supervisor positions are filled, however, the East Unit supervisor has requested to step down from her role. Ten of the 13 RN positions are filled but, two experienced IPC nurses have submitted their resignations and will be leaving within two weeks. Only ten of the 19 LPN positions are filled. As a result, temporary staffing agencies are heavily relied upon to fill the schedule voids. When unable to secure registry staff, overtime is mandated to cover vital positions. The use of registry, unfamiliar with ADC

policy and procedure, has resulted in numerous problems with documentation, delayed medication passes and incorrect sharps and tool counts. Although Wexford has been more successful of late in retaining registry personnel who have worked this complex on multiple occasions and are, therefore, familiar with processes, new staff are continuously assigned. A further problem resulting from nursing shortages is the lack of time set aside for training. Non-former ADC staff hired by Wexford have not yet been through NEO. To make matters worse, formal Wexford training has only occurred once since July 1 and if staff were hired after that time or did not attend, the only training they receive is to shadow another staff member for a day or two and then are expected to function independently. The shortage of nursing staff has caused performance deficiencies in a number of service delivery areas at various units:

1) The requirement of inmates to sign refusals for failing to pick-up unit dose medication is not being adhered to at North and East units on a consistent basis. When inmates do not show up, MARS are simply marked "N/S" without an IR being issued to the DW for investigation and response as to why they did not show up for their appointment.
2) At East Unit, the wait time for a nurse line appointment is one week versus the 48 hours required by policy.
3) Inmate Letters are not being responded to in a timely manner at North and Central Units but, at this time, Grievances are being responded to within required time frames according to unit Grievance Coordinators.
4) Intake chart reviews are required within 12 hours of arrival to a new unit. Both East and Central Units had significant delays in the nursing review and South Unit did not have Dental and Mental Health reviews performed within required time frames.
5) At South Unit, provider orders were not being noted for up to one week in some instances.

3. <u>Mental Health</u>: There are a total of 20 FTE positions allocated to mental health on the proposed staffing pattern, however, only 7.75 FTE are filled. Two of four psychologists, 3.75 of six psych associates, and two of three psych nurse positions are filled. The psychiatrist and psychiatry mid-level positions are both vacant. Currently, a locums psychiatrist from Eyman is covering 3 days per week and there is 12 hours of tele-psychiatry provided weekly in an effort to meet medication needs. It is not sufficient. Inmates are going weeks without psych meds being available to them. As an example, Central Unit inmates #: Security and # Security have been without psych meds since July 18. More examples are available in Jen Mielke-Fontaine's report specifically detailing medication problems at all units. There are approximately 300 – 400 prescriptions for pysch meds due to expire in August. Without additional resources made available, there is no viable plan to ensure renewals in a timely manner. Wexford proclaims they have a number of locum providers due to start on August 20 with on full-time psychiatrist due for assignment at Florence. In spite of the staffing shortages in psychology, the 5.75 FTE staff are doing a remarkable job of meeting the service delivery goals. Additionally, the Kasson and Central Unit Max Custody Programs are progressing well. However, one of the psychologists who has been instrumental in these programs has submitted her resignation. Unless an immediate replacement is found, the program goals will not be able to be maintained.

**MEDICATION:**

In addition to the specific medication problems identified in Jen's report and the psych medication issues indentified above, there are several more general issues that require resolution:

1. Refill procedures need to be clarified and instructions provided to the inmate population as to what their responsibilities are. Initially, Wexford indicated that the inmates would be required to submit their label within specific time frames to have all of their prescriptions refilled. That was then changed to the necessity of PRN medications being submitted on an HNR and all Chronic Condition medications would automatically be refilled. Confusion exists on the part of both staff and inmates as to what expectations are.
2. There currently are a large number of medications being returned to the medication distribution area from the units. The reasons are varied from inmate released, to medication discontinued, to inmate moved to a new location. The process for getting medication to those inmates who have transferred to a new location without receiving their new medications has been changed multiple times but nothing has been issued in writing. Instructions were given that medications were to be returned to Diamond and would be reissued from there; instructions were also given for the medication techs to forward the medications to the new unit; and, medication techs at Florence were told they could call the Diamond pharmacy to have the meds reissued and they were to return the meds they had received back to Diamond. If all complexes do not operate in the same manner, inmates are going to be without medication for extended periods of time.
3. Hospital discharge orders for medications not available in the RDSA are, at times, not available to the inmate for days. Specific examples of this can be found in the "Medical Provider" section of this report and further detailed in Jen's report. This was an issue at times under ADC operation and required extensive communication between the hospital and utilization staff or nursing personnel at the receiving unit to ensure availability of medication. The process still needs more work and better communication to eliminate the problems identified.

**CONSULTATIVE APPOINTMENTS:**

A great amount of concern exists over the scheduling of consultations with outside specialists. Major Hackney, of Florence, attended a meeting at Tempe Saint Luke Medical Center on August 2 (Wexford was said to have declined the invitation to attend.) During the course of the meeting, TSL Clinical Coordinators expressed concern that appointments for Tucson and Lewis inmates had been cancelled "pending further review" and they were concerned that that same thing would happen with Florence, Eyman and Perryville appointments. Major Hackney further stated that one transportation team was being eliminated because "we were caught up with our appointments." Upon investigation, it was reported that several inches of consults had been denied and sent back to the units. Without copies of specific consults denied and their not being entered into the ORC database as was suppose to occur, a thorough review of the health units to find these consults is necessary to insure previously approved, vital consults are found and submitted to Dr Robertson for review. Wexford's typical collegial review process for consultation approval is not occurring at Florence and Eyman due to the shortage of providers, so we do not have the ability to sit-in and here the decisions.

**COMMUNICATION:**

Problems exist in attempting to get answers to questions regarding processes, status and hospital report data. When attempting to get answers as to how something is to be handled under Wexford's system, a different answer is obtained depending upon who you speak with. Local Wexford staff often operate under verbal directives that are different from what was initially put in writing. While it is understandable that during the transition period, some functions and operations will under-go change, it is also necessary to have consistent communication among complexes and Operations staff. Calls are constantly received from the Warden and Deputy Wardens questioning how or why something is being done. Although the local communication network between the site manager and complex operations management needs to improve, so does communication from Wexford's corporate personnel and their field staff.

Responding to Friends and Family inquiries regarding hospitalized inmates is also difficult and time consuming. The Hospital Reported provided daily by Wexford does not provide any current information to include diagnosis, prognosis nor treatment plan. Each time an inquiry is received, an email or phone call needs to be generated to the UR Nurse to request the necessary information. This could easily be provided on the report itself as it was prior to July 1.

**ADMINISTRATIVE CONCERNS:**

1. The vehicle purchased by Wexford for on-complex use is not functional for all purposes. A Volkswagen Jetta was purchased to provide a solution to on-complex transportation needs, such as, medication delivery, supply and oxygen delivery and the removal of biohazards from the units. While it is fine for the delivery of medication and most supplies, it is not capable of transporting large oxygen tanks in the required upright position nor is it large enough to transport the biohazard bins from the units. To date the Warden has authorized the use of a truck driven by an officer to accommodate the removal of biohazards but, this is to be a temporary solution. The site manager has requested a truck be purchased but, at this time only the Jetta is available.
2. Inmates continue to be admitted to Florence Anthem Hospital instead of being transported to the secure ward at TSL once stabilized. This concern has been raised to Dr Garcia at Wexford on multiple occasions but, inmates are still admitted and retained in non-secure ward hospitals such as Anthem.