# EXHIBIT VV

# ARIZONA DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES CONTRACT MONITORING BUREAU
## MEMORANDUM

TO: Joe Profiri, ADC Monitoring Team Leader

THROUGH: Richard Pratt, Interim Health Services Division Director

FROM: Kathy Campbell, RN ADC Audit Nurse Coordinator

DATE: August 20, 2012

SUBJECT: Audit Report from Tucson from 8/16/12 + 8/17/12

### Whetstone

cted: Security Co Olsalazine 250mg was reordered by Provider after returning from UPH GI appointment on 7/25/12, but due to it being a non-formulary it needed to be approved by Wexford. Nurse Dawsey confirmed that it was refaxed to Provider for his signature on non-formulary form and faxed to Wexford again on 8/15/12. The inmate also submitted an HNR on 8/2/12 requesting renewal of his medication. I met with Inmate Securi and he informed me that he is completely out of this medication, but he has Mesalamine enemas which he has been utilizing to help with his colitis flare up. I have asked Paulette to contact Wexford Pharmacy to help expedite this inmate receiving his medication. I also followed up with a telephone call to his mother per request of Mr. Pratt. Per Joanne in Tucson Medication Area, medication arrived today and to be delivered to Whetstone later today.

There are approximately 80 charts on Provider rack awaiting chart review for renewal of medications, new arrivals, Physician line, etc.

:ted: Security Co Went out to hospital on 7/30/12 and returned 7/31/12, still not seen by Provider and again went out to the hospital 8/12/12 and returned 8/13/12 and still awaiting review by Provider. Medication changes were ordered by UPH Physician and telephone orders were done to address the change in medications, but still awaiting to be seen by Provider. SOAP note written by Nurse. No weight recorded upon return from hospital when vital signs were documented.

cted: Security Co- New arrival on 8/16/12. SOAP note written by Nurse upon arrival in timely manner, but no signature or name stamp by nurse. No inmate name or number on SOAP note noted. Dental screening not completed.

lacted: Security Conc Arrived in Tucson on 5/31/12. Submitted emergency HNR for tooth abscess and wasn't seen until 7/5/12 and started on antibiotic and had follow up on 7/12/12 with Dental.

acted: Security Con- HNR submitted on 8/7/12 for medication renewal for cardiac medications, medications

were renewed and delivered on 8/10/12.

## West Medical

There are at least 130 charts pending Provider review. These include PVTs, Physician line, medication renewals, etc.

acted: Security Conc He was transferred to Rincon on 8/10/12. Labs from 8/8/12 not seen by Provider. PPD form shows PPD given 8/3/12, but no results noted. CXR was completed on 8/7/12 with no evidence of TB. 8/11/12 SOAP note by nurse indicated to refer to Unit Nurse for BP check on 8/6, but no BPs noted to be recorded in chart since PE that was done on 8/6/12. Does have hypotension and low pulse listed on Problem List and vitals on 8/6/12 included BP of 107/72 and HR of 48.

## IPC

Inmates are being admitted with proper equipment and medications on site to provide appropriate care as ordered by discharging physician. Example, acted: Security Con has extensive wound and has orders for IV Morphine that was ordered upon discharge from the Hospital on 8/15/12 and reordered by IPC Physician, but not delivered as of 1900 on 8/16/12. Inmate complaining of pain and being evaluated to be sent to the hospital as pain is not being controlled. Also IV Lorazepam is unavailable at local CVS Pharmacy. Diamond to Fed Ex overnight, but still not received as of 1900 on 8/16/12.

cted: Security Cor Arrived 8/10/12 to IPC from the Hospital with Cellulitis and MRSA to RLE. WBC- 13.1 (elevated). Had order for Daptomycin IV (Intravenous antibiotic) upon arrival, but was not filled until 8/14/12. MAR reflects Daptomycin may not have been given on 8/14 or 8/15 as there are blanks on the MARs for those days.

acted: Security Con Arrived 8/15/12 from TSLH after undergoing incision and drainage for release of fascitis. Has order for wound vac upon arrival, but as of 1900 on 8/17/12, wound vac still not available and has been ordered. Wound measures 11.4 cm x 2.5 cm x 1.2 cm per KCI form. Interruption in wound care not acceptable.

ted: Security Cc Arrived 8/9/12. S/P Epidural abscess and T 7-10 laminectomy. Was transferred from Select Specialty Hospital. Intavenous Cefazolin was ordered to be given every 8 hours until 8/24/12. MAR is blank for doses on 8/11/12 @ 1300 and 8/15/12 @ 1300. Inmate had a fall on 8/11/12 and orders to ambulate with help TID. There is no call light system available for the inmate to get Nursing or Security's attention to help with transfers and/or ambulation and remains at risk for falls.

icted: Security Cor Sustained fall on 7/7/12. Still with no call light system available. Has since been independent with ambulation and is awaiting movement out of IPC as he has been discharged from IPC since 8/16/12.

icted: Security Cor No weight taken upon admission. Admitted with RLE Cellulitis. S/P incision and drainage and fasciotomy on 8/1/12. Seen by Provider 8/8/12. Multiple blanks on MAR noted for different medications.

Confidential Information - Subject to Protective Order007                                                              ADC028160

cted:  Security Co **Lasix ordered on 8/8/12, but was not available until 8/11/12. Unclear as to why back up Pharmacy was not utilized.**

acted:  Security Con **Famotodine, KCL and Os-Cal D were ordered on 8/14/12 and still unavailable as of 8/16/12.**

acted:  Security Con **Arrived 8/9/12 from Select Specialty Hospital. Medications were ordered on 8/9/12, but were not available/started until 8/14/12.**

acted:  Security Con **Primaxin intravenous antibiotic ordered 8/14/12, but not available as of 1900 on 8/16/12.**

Multiple cells closed for apparent maintenance reasons. These include B2, B4, B5, C17 and D26. The nurses had no timeframe for them to be repaired or exact reasons why they were red tagged.

There is concern that the inmates are not getting appropriate care in a timely manner. Typically the wound vac therapy should only be interrupted for transport from Hospital to Infirmary and during dressing changes. The importance of maintaining the vac pressure aids in the healing of the wound. Wexford is found to be out of compliance with NCCHC Standard P-E-12, Continuity of care as evidenced by the delay in medications and wound vacs being available.

The multiple blanks on the MARS suggest that staffing may be an issue that may need to be addressed as the acuity and increase in census may require additional nursing staff to ensure medications and treatments are being completed in a timely manner.

There is also concern for no call light system in place. IPC had utilized battery operated door bells for inmates for their call light system. With at least two documented falls in the past six weeks, this even draws further concern. Per NCCHC Standard P-G-03, inmates are not within sight or hearing of a qualified health care professional at all times.

This information was shared with Carry Harris, Complex Manager in out briefing and copied to Trudy Dumkrieger and Marlena Bedoya on 8/17/12.