# EXHIBIT WW

# ARIZONA DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES CONTRACT MONITORING BUREAU
## MEMORANDUM

TO: Joe Profiri, ADC Monitoring Team Leader

THROUGH: Richard Pratt, Interim Health Services Division Director

FROM: Kathy Campbell, RN ADC Audit Nurse Coordinator

DATE: August 20, 2012

SUBJECT: Lewis Nursing Audit Review from 8/20/12

During my off shift visit to the Lewis this am, I have found approximately 2 book cases with loose filing needing to be completed in Medical Records. This filing has been there for some time, per medical records clerk.

The stack I pulled dated back to May 2012. In this stack, I found a MAR for Inmate [Redacted: Security Concern] with No Show filled in for the entire Month of July for his Primidone. When I searched AIMs, it turns out that this inmate has been out to court since December 2011.

The other MAR that was sitting from July 2012 was on Inmate [Redacted: Security Concern] for INH 2x/week. The Nurse had filled in NS/No Show since 7/17/12. Inmate was released from DOC custody on 7/16/12 (per AIMS).

Inmate [Redacted: Security Concern] with "Urgent" HNRs dated 7/23/12 and 7/24/12 with complaints that pain medication was discontinued by Dr. Bell without evaluating inmate or meeting with inmate. Inmate was told by pill nurse that medications were discontinued. Chart was unavailable for review. Inmate is scheduled for Provider line per response on HNR by CRN Parks dated 8/1/12. I have asked Complex Manager, Sumi Erno to follow up ASAP on this inmate's request. Per RN, many of the inmates that had been receiving Methadone and Gabapentin were discontinued by Dr. Bell without seeing/being re-evaluating inmates. I will continue to follow up on this matter.

Inmate [Redacted: Security Concern] had HNR submitted from 6/18/12 stated he ran out of Citalopram (anti-depressant) and had requested refill. The HNR was noted by the nurse, stating "you have been scheduled" dated 8/2/12. I have asked Complex Manager, Sumi Erno to follow up ASAP on this inmate's request.

Multiple charts of inmates that were transferred from Lewis complex to the hospital and then transferred to Tucson IPC were noted sitting in the nurses' station. I informed the nurse that Inmates Kern [Redacted: Security Concern] and Thomas [Redacted: Security Concern] for sure were at Tucson IPC as of last Thursday and that it may be helpful to the physician at Tucson IPC to have their full medical record at Tucson. The nurse stated that isn't the practice anymore. I have asked Complex Manager, Sumi Erno to follow up in regards to this matter.

Inmatected: Security Co had outside appointment last week, but no paperwork was found in chart or loose filing. Nurse thought information was with Clinical Coordinator, who was not in today. Inmate had not received medications as ordered for month of July for at least 5 days. Non-Formulary variconazole was ordered and now receiving as August MAR shows he has been getting his medication as ordered up to his outside appointment. Will follow up on outside consults as I have left Clinical Coordinator a message in regards to what outside consult ordered. Inmate's mother had called requesting f/u on what outside consult stated, will follow up with mother once information is known.

Confidential Information - Subject to Protective Order018                                                ADC028129