# EXHIBIT XX

# ARIZONA DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES CONTRACT MONITORING BUREAU
## MEMORANDUM

TO:            Joe Profiri, ADC Monitoring Team Leader

THROUGH:  Richard Pratt, Interim Health Services Division Director

FROM:        Kathy Campbell, RN Audit Nurse Coordinator

DATE:         August 13, 2012

SUBJECT:   Alhambra Nursing Audit from August 6, 2012

acted: Security Con- Medical History by Nurse completed, signature not legible, no printing of name or name stamp utilized.

acted: Security Con- 7/13/12 PPD/Cocci slip shows result shows a zero with a line through it, instead of 0mm.

ted: Security Cc PE Examiner signature not legible, no printing of name or name stamp utilized. Medical History- RN signature not legible, no printing of name or name stamp utilized. Noted to have a discrepancy in medical history and PE noted under eye. Medical history says eye problem, but PE says normal. COC dated 8/4/12 and signed, but not completed. Many areas blank, but on Provider line for 8/7/12 for Right Olecranon bursitis.

acted: Security Con- PE- No visual exam documented. Hearing- only left documented, nothing marked for right side. No E in SOAP. PPD placed 8/3/12, but no results noted. U/A- No results documented, but checklist signed off that it was completed 8/3/12.

dacted: Security Conc PE Examiner signature not legible. PPD dated 8/2/12 on pink sheet, but not on PPD/Cocci slip, but results read. Paddy has resolved this issue. Again no E on SOAP notes.

Many charts without SOAPE format. Contract calls for SOAPE. I realize this is an educational area that will need to be addressed to medical, nursing, dental, etc staff.