# EXHIBIT ZZ

# ARIZONA DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES CONTRACT MONITORING BUREAU
## MEMORANDUM

**TO:** Joe Profiri

**THROUGH:** Richard Pratt

**FROM:** Vanessa Headstream

**DATE:** August 17, 2012

**SUBJECT:** ASPC-Phoenix & ASPC-Yuma audits

August 13, 2012 –
- reviewed charts for inmates temporarily placed @ Tempe St. Luke's Hospital and Promise Hospital facilities –

August 14, 2012 – ASPC-Yuma
- attended the Warden's meeting
- met with Cyndy Hale, site manager to present clinical training information and discussion of the release medication process. Ms. Hale is not, at present, sure of the release meds process as she has received differing information from health care and security personnel. Ms. Hale did provide information that the xray department is now operational and that a large portion of the xray backlog has been processed.
- met with Ana Sotelo, medication technician @ ASPC-Yuma for discussion of the release medication process – she detailed the current process whereby the med tech receives the medications from FedEx, sorts them by units, places the release meds into brown paper bags labeled with the inmate name & DOC #, signs the release of medication form, then takes the bags to the Complex security office for security to maintain; the security officer issues the labeled brown bags to the inmate, at which time the security officer and the inmate also sign the release of medication form. After the form has been signed by all parties it is returned to the medication technician to be filed. Inmates are released over a wide time frame, from 0245 hours to 1700 hours daily, while the med tech shift begins at 0630 hours.
- suggestions for alternative processes were reviewed -
    1. the med tech deliver the release meds to the inmate's unit, coordinated with security to have all releases from a specific unit available at a previously agreed upon time;
    2. coordinate with security to bring the release inmate's to the complex at a previously agreed upon time to receive and sign for their release meds;
    3. inmates released prior to the med tech's arrival onsite may be issued their medications by the night shift nurse, again after coordinating with security personnel for a previously agreed upon time

August 15, 2012 – ASPC-Phoenix

1. Chart reviews -
- 1. Security f/u labs signed by Provider not dated; HNR dated 08/07/12 not date/time stamped; HNR dated

08/10/12 for knee brace (documented need) response "would need to be ordered next yard"; SNO dated 07/25/12 incomplete inmate information; eye exam incomplete; dental forms incomplete
- # Securit - HNR responses not returned to inmate, remain in chart with original
2. Intake process -
- : Security - intake labs (08/03/12) not signed off; dental packet incomplete; PPD read not dated; eye exam incomplete
- # Securit - intake labs (08/13/12) not signed off; dental packet incomplete; eye exam incomplete
- : Security - intake labs (07/25/12) not signed off; dental packet incomplete; eye exam incomplete; transfer meds were ordered
- : Security - dental packet incomplete; eye exam incomplete; transfer meds were ordered
- Securit - intake labs (07/18/12) not signed off; dental packet completed 08/08/12
- # Securit - PPD read date not documented

August 16, 2012 – ASPC-Yuma

Dakota unit -
1. chart reviews - Chronic Care
- : Securit - last CC visit 12/16/11; f/u visit ordered, not completed; PPD outdated (05/16/11); HNRs from July & August requesting mech soft diet ordered in June - responses state the kitchen was called & the matter resolved, requested to speak to I/M, security unable to bring up at the time, will need followed by nursing staff
- # Securit - last CC visit 10/06/11; f/u visit ordered, not completed; PPD outdated (06/15/11)
- # Securit - CC visit compliant; order from 04/2012 not noted; chart pages out of order/misfiled
- # Securit - refused CC visit of 04/05//12, refusal in file; no f/u visit scheduled or ordered
- # Securit - no CC visit documented in file; problem list shows Asthma; arrived @ ASPC-Yuma 03/19/12; HNRs to Mental Health dated 06/12/12 & 07/22/12 not date/time stamped; not seen until 08/03/12
- Securit - CC visit compliant; PPD outdated (06/08/11); chart pages out of order/misfiled
- # Security - last CC visit 11/17/11; no f/u visit ordered; PPD outdated (04/10/10); chart pages out of order/misfiled

Medical records stated the transfer form in the chart is not kept current due to the large volume of inmate movement & not enough staff to keep up

Clinical coordinator - states no appointments were approved and scheduled prior to July 1, 2012 were cancelled; all pending appointments were submitted to Wexford and were allowed to be completed at the Yuma facility. Current denials of concern are as follows:
1. #cted: Security Co, consult for 4 month cardiac follow-up with Dr. Askari; denied for in-house monitoring
2. #acted: Security Concconsult for general surgery; large hernia with small bowel in the scrotal sac; to be resubmitted per clinical coordinator

Cheyenne unit -
1. Medical Records -
- current MARs found laying on one of the shelves
- #: Security could not find the chart to verify orders, MAR not complete with allergies/diagnosis/month of use/ facility location/inmate dob; no start/stop date for the medications shown; no ordering provider listed
- # Securit - DOT medications ordered @ Intake 07/16/12 for 30 days, inmate received medication until transfer date of 07/19/12; no documentation on MAR for August that inmate received medications until

08/15/12; MAR marked as "NA"; HNR dated 08/07/12 requesting intake medications forwarded to Mental Health on 08/09/12; HNR dated 07/26/12 seen by nurse line on 08/02/12 - no SOAPE note, no vital signs/weight, no signature or nurse name stamp, referral to Provider line, not completed at this time

2. Return from hospital -
- # Securit - no return from hospital SOAPE note; the entry made has no subjective findings given, i.e. pain level, numbness/tingling, other complaints; no objective findings given, i.e. vital signs/weight or location and characteristics of the wound; no f/u visit scheduled for nurse line or provider line

3. Provider review -
- # Security- HNRs dated 07/31/12 & 08/7/12 requesting med renewal are not completed as of this date, both were responded "Provider review"

Audit findings have been communicated to the respective Site Managers, Complex Monitors and Directors of Nursing.