# EXHIBIT AAA



# MEMO

**TO:** Jeff Hood and Dan Conn  **FROM:** Karen Mullenix
**CC:** Joe Profiri  **PHONE:** (480) 696-7541
**DATE:** September 17, 2012  **FAX:** (602) 252-1382
**SUBJECT:** Potential HCV exposure at ASPC-Lewis

### Executive Summary

On the morning of Monday, August 27, 2012, an incident occurred at ASPC-Lewis that potentially exposed ninety-four (94) inmates to Hepatitis C (HCV). All of these inmates have been tested for HCV, and will be tested again at three- and six-month intervals, as positive HCV results can take time to develop.

Wexford Health has reported to the proper authorities any inmates that produced positive HCV results from the first round of testing. Note that due to the timeframe, these cases are not related to the 8/27 Lewis incident. These inmates already had HCV from another source, but were asymptomatic and unaware of their condition.

We have also spoken with both the County and State Departments of Health regarding the potential exposure incident and are cooperating with them in an ongoing manner.

The nurse responsible for the potential exposure was not employed by Wexford Health, but by AB Staffing (an agency that we use to support the ADC contract). We have contacted AB Staffing and instructed that the nurse is no longer permitted to cover shifts under any Wexford Health contract. In addition, we have reported the nurse to the Arizona State Board of Nursing.

Wexford Health cooperated with the ADC in a joint in-depth investigation of the incident at Lewis. We have reviewed all operational and administrative policies relating to the potential exposure, and have confirmed that appropriate protocols were in place at the time of the incident. We continue to review the incident to ensure that the situation does not recur.

### Detailed Report

*Please refer to the attached timeline and exhibits for details on names, dates, and timeframes.*

<u>Individuals interviewed as part of investigation</u>

- Nicole Armenta, RN, ASPC-Lewis Director of Nursing (Wexford Health)
- Dr. Thomas Bell, Statewide Medical Director (Wexford Health)
- Inmate d: Security
- Vanessa Cazzad, LPN (Wexford Health)
- CO II Cerrito (ADC)
- Sumi Erno, ASPC-Lewis Complex Manager (Wexford Health)
- David Gutierrez, LPN (Wexford Health)

This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you hare hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender. Thank you.

425 HOLIDAY DRIVE | FOSTER PLAZA TWO | PITTSBURGH, PA 15220 | P: 412-937-8590 | F: 412-937-8599 | WWW.WEXFORDHEALTH.COM

(2008-01-01)

**MEMO: Potential HCV exposure at ASPC-Lewis**
Page 2 of 7

- Jane Nwaohia, LPN (AB Staffing)
- CO II Russell (ADC)
- Lieutenant Schalek (ADC)
- Lindsay Stephen, RN (Wexford Health)
- Sergeant Torre (ADC)

Attachments

- Timeline
- Incident report (Nwaohia)
- Incident report (Schalek)
- Incident report (Torre)
- Media statement
- Summary spreadsheet of potentially exposed inmates

Licensed Practical Nurse Jane Nwaohia (a registry LPN supplied by AB Staffing) was the morning Pill Line Nurse for Morey Unit at ASPC-Lewis on Monday, August 27, 2012. As part of her duties, she treated Inmate Jacted: Security Conc with insulin injections for his insulin-dependent diabetes mellitus (IDDM).

At approximately 0600, Nurse Nwaohia gave Inmate Secu his first injection of regular insulin. She then inserted the same (used) syringe into the vial containing the Lantus insulin for Inmate Secur second injection. When Inmate Secu questioned this action, Nurse Secu told him that it was okay, as the needle was going into "the same body." Inmate Secu informed Nurse Nwaohia that he was Hepatitis C positive.

Nurse Nwaohia then completed her Pill Line, using sterile needles but potentially using the vial of Lantus that was now cross-contaminated from inserting Inmate Secu used needle into it for his second injection.

At the end of her Pill Line, Nurse Nwaohia discovered that she was missing one (1) syringe. She reported this fact to CO II Cerrito. Morey unit was locked down and an investigation ensued. The missing syringe was not recovered.

While interviewing Nurse Nwaohia on the situation, CO II Russell asked about the procedures for administering insulin injections. In her reply, Nurse Nwaohia indicated that she had used the same syringe twice on Inmate Secu but that it was okay since it was "the same body." CO II Russell recognized that this was incorrect, and relayed the information to Sergeant Torre, who notified ASPC-Lewis medical staff (RN Lindsay Stephen).

The fact that Nurse Nwaohia had used the same syringe twice on Inmate Secu was also confirmed by Inmate Secu who independently reported the same information to Lieutenant Schalek.

Upon learning of the cross-contamination from Sergeant Torre, Nurse Stephen discarded all of the bottles of insulin that Nurse Nwaohia had used on her morning pill line, which was a bag of four (4) medication vials that included the contaminated vial of Lantus. As per her statement, Nurse Stephen knew which bag to destroy because she herself had returned the bag to the narcotics room refrigerator earlier that morning; and she remembered where she had placed the bag. Nurse Stephen's memory is distinct, as Nurse Nwaohia was extremely late returning her medications at the end of her shift (shift should have been over at 0730, but she did not return until 0907).

Prior to Nurse Stephen receiving notification of the contamination and discarding the bag of four (4) vials that Nurse Nwaohia had used on her morning pill line, she and two other nurses removed insulin from the narcotics room refrigerator for use in their Pill Lines.

WEXFORD HEALTH SOURCES, INC. | 425 HOLIDAY DRIVE | FOSTER PLAZA TWO | PITTSBURGH, PA 15220 | P: 412-937-8590 | F: 412-937-8599 | WWW.WEXFORDHEALTH.COM

Confidential Information - Subject to Protective Order    014    ADC027891

**MEMO: Potential HCV exposure at ASPC-Lewis**
Page 3 of 7

- Nurse Stephen and Nurse Gutierrez entered the narcotics room; Nurse Gutierrez removed a bag of three (3) insulin vials from the refrigerator, along with a single, non-bagged vial of Lantus. Because this was different packaging than the contaminated vial, we know these medications were sterile.
- Nurse Stephen and Nurse Cazzad also entered the narcotics room; Nurse Cazzad removed a bag of four (4) insulin vials from the refrigerator. Note: Security video footage cannot identify whether this was or was not the bag containing the contaminated vial. However, Nurse Stephen believes it was not.

We note that Nurse Stephen believed she had contained any potential exposure at this point by disposing of the bag containing the contaminated vial of Lantus. In addition, Nurse Stephen left for her scheduled days off after her shift on Monday, August 27. Therefore, she did not immediately report that she had disposed of the bag containing the contaminated vial. She reported this fact upon her return to work on Tuesday, September 4.

Therefore, all other personnel believed the contaminated vial was still in the narcotics room refrigerator, and could not be identified with 100% certainty.

The incident is reported up through proper chain of command at both the ADC and Wexford Health. See attached incident reports.

On Tuesday morning (August 28, 2012), Warden Diaz met with Site Complex Manager Sumi Erno and Contract Monitor Terry Allred to be briefed about the incident. Several actions occurred after this meeting.

Complex Manager Erno instructs Wexford Health staff to pull and dispose of all insulin vials in the refrigerator in the narcotics room. Staff disposes of a total of twenty-four (24) vials.

Complex Manager Erno interviewed the involved security staff, clinical staff, and InmateSecu to take their statements on the incident. InmateSecu and all security staff members provide the same summary of events. Nurse Nwaohia provides several different versions of what happened.

Regional Manager Linda Maschner contacts Statewide Medical Director Dr. Bell via telephone to inform him of the incident and to obtain clinical direction from him. As per Dr. Bell's instruction, Linda Maschner instructs Complex Manager Erno to pull the charts of all inmates with insulin-dependent diabetes mellitus (IDDM) and to get orders placed for these inmates to be tested for HCV. Dr. Bell and Dr. Echevarria write these orders throughout the afternoon.

Based on the information available at this early stage, Complex Manager Erno puts the number of potentially exposed inmates at 105. This number is later adjusted down to 103, based on a review of Medication Administration Records (MARs) of inmates taking injectable insulin.

Additionally, RN Supervisor Iwona Sienkiewicz contacted AB Staffing (the agency who supplied Nurse Nwaohia to work at ASPC-Lewis) to inform them that Wexford Health will no longer allow Nurse Nwaohia to work at any of its contracted sites. RN Supervisor Sienkiewicz also requested that AB Staffing report Nurse Nwaohia to the Arizona State Board of Nursing, as she is their employee.

On Wednesday, August 29, InmateSecu is tested for HCV. The result is positive, as he had indicated.

On Thursday, August 30, forty (40) IDDM inmates from Bachman and Morey units are tested for HCV; and fifty-three (53) IDDM inmates are tested for HIV. In addition, InmateSecu is tested for HIV. His results are negative.

WEXFORD HEALTH SOURCES, INC. | 425 HOLIDAY DRIVE | FOSTER PLAZA TWO | PITTSBURGH, PA 15220 | P: 412-937-8590 | F: 412-937-8599 | WWW.WEXFORDHEALTH.COM

**MEMO: Potential HCV exposure at ASPC-Lewis**
Page 4 of 7

On Friday, August 31, twenty-three (23) IDDM inmates from Barchey, Buckley, Eagle Point, and Stiner units are tested for HCV; and thirty-nine (39) IDDM inmates are tested for HIV.

Prior to the Barchey inmates being tested, Deputy Warden Moody, Deputy Warden Rodriguez, Major Burch, and Nurse Lee met with them to explain why they were being tested. The inmates were upset, and asked many questions about the incident, which the security and clinical personnel answered.

Based on inmate comments, we and the ADC believed that some or all of the inmates might contact family members and/or friend about the situation. Therefore, upon Joe Profiri's request, Wexford Health provided the ADC with a brief statement on the incident, to use to respond to any media inquiries.

Throughout the day on Tuesday, September 4, both Wexford Health and the ADC receive media inquiries requesting statements on the Lewis situation. Bill Lamoreaux issues an initial statement, which is picked up by several media outlets. At this time, the statement reports the number of potentially exposed inmates at 105. This is the number we initially came up with, based on available information.

As Bill Lamoreaux is unavailable all week in a training, Wexford Health Marketing & Communications Director Wendelyn Pekich and ADC Legislative Liaison Jennifer Bowser communicate about a joint media strategy, and decide that Wexford Health will field future media inquiries. Wendelyn drafts a statement for release to the media. The statement is approved by both Wexford Health and the ADC. Wendelyn subsequently uses this statement (attached) to respond to media inquiries over the next two days.

Both Director Ryan and Wexford Health media consultant Larry Pike have phone conversations with Craig Harris of the *Arizona Republic*, after he requests information in addition to what we released in our formal statement.

In following up with the Nursing Board, Wexford Health also learns that AB Staffing has not done as requested and has not reported Nurse Nwaohia. Upon receiving this information, Regional Manager Linda Maschner files Wexford Health's own report on Nurse Nwaohia with the Board.

On this day, Nurse Stephen returns from vacation and files her account of what happened with the contaminated insulin vials on August 27.

Throughout the day of Wednesday, September 5, Wexford Health and the ADC held Town Hall meetings with the remaining potentially exposed inmates. As a result of these inmate interviews, we identify an additional nine (9) patients that could potentially have been exposed.

Four (4) IDDM inmates from Rast unit are tested for HCV. Five (5) IDDM inmates are tested for HIV.

Wexford Health and the ADC receive media requests about the incident throughout the morning. Wexford Health responds with the approved statement. Based on these inquiries, there is ongoing coverage throughout the day of the ASPC-Lewis incident. In addition, at the request of the ADC, Larry Pike speaks with investigative reporter Wendy Halloran from KPNX-12 (NBC) via telephone, to respond to her further questions.

On this day, Dr. Tom Lehman (Wexford Health Corporate Medical Director) and Mr. Pratt independently speak with Cameron Lewis, Adult Hepatitis Coordinator in Maricopa County for the Arizona Department of Health Services (ADHS). It is determined that no notification was required in this case, as there is no confirmed outbreak but only a suspicion. However, all parties agree that in

WEXFORD HEALTH SOURCES, INC. | 425 HOLIDAY DRIVE | FOSTER PLAZA TWO | PITTSBURGH, PA 15220 | P: 412-937-8590 | F: 412-937-8599 | WWW.WEXFORDHEALTH.COM

Confidential Information - Subject to Protective Order016       ADC027893

order to take a conservative approach, Wexford Health will still submit notification. This will allow the state and county health departments to prepare for questions or concerns from the public.

Dr. Tom Lehman and Mr. Pratt also hold a later conference call with the ADHS to further clarify reporting responsibility with regard to the ASPC-Lewis incident. Contrary to discussions held earlier that afternoon with ADHS, Dr. Cara Christ feels that notification should have been made within five (5) business days in accordance with Arizona Administrative Code. Due to these differences in opinion at ADHS, all parties once again agreed that reporting will take place as soon as we confirm the facts of the incident with 100% certainty.

On Thursday, September 6, ten (10) more IDDM inmates are tested for HCV. Seven (7) IDDM inmates are tested for HIV. In addition, Dr. Bell speaks with the Maricopa County Health Department to update them on the ASPC-Lewis incident.

Wexford Health and the ADC also send dedicated teams to ASPC-Lewis to conduct more detailed investigation into the incident and to review the data in detail, to confirm with certainty the number of potentially exposed inmates. The two-day investigation involved additional interviews with involved staff members; and an in-depth review of security video from Complex cameras; medical records; Medication Administration Records (MARs); and pharmacy reports and patient profiles from Diamond Pharmacy. The investigation refines the initial counts of potentially exposed inmates and confirms the following data.

Based on this review of inmate medical charts and MARs, 112 inmates were potentially exposed to HCV as a result of the contaminated vial of Lantus.

At this point, even though many of the potentially exposed inmates were identified as already HCV-positive, Wexford Health did not feel that the documentation in many of their medical charts was recent and/or conclusive enough to excuse these inmates from testing. Therefore, we and the ADC agreed that we would take the conservative approach of testing all 112 potentially exposed inmates — even the ones previously diagnosed with HCV.

One of these IDDM inmates was housed in the infirmary at the time of the incident. As the infirmary maintains its own, independent stock of insulin, this inmate was at no time at risk of exposure.

Line-by-line review of MARs confirmed that of these 111 IDDM inmates, 8 were actually being treated with a medication other than insulin. These 8 inmates were therefore never at risk of exposure. This reduced the count to 103 inmates potentially exposed to HCV as a result of the contaminated vial of Lantus.

Line-by-line review of the MARs also verified that 7 inmates did not show up for Pill Line on the day of the incident. These 7 inmates were therefore never at risk of exposure. This reduced the count to 96 inmates potentially exposed to HCV as a result of the contaminated vial of Lantus.

MAR review also confirmed that of the inmates that showed up for Pill Line on the day of the incident, 2 refused their medications. As a result of their refusal, these 2 inmates were never at risk of exposure.

Note that while we decided to test all 112 IDDM inmates, the preceding facts indicate that in reality, only the smaller group of 94 inmates was potentially exposed to HCV as a result of the contaminated vial of Lantus.

As detailed in the attached spreadsheet, the 112 IDDM inmates were tested for HCV on the following dates. Please note that from a clinical standpoint, there is no medical reason to expedite immediate testing for HCV exposure. Due to the slow timeframe of the disease, methodical testing over time produces the same results.

WEXFORD HEALTH SOURCES, INC. | 425 HOLIDAY DRIVE | FOSTER PLAZA TWO | PITTSBURGH, PA 15220 | P: 412-937-8590 | F: 412-937-8599 | WWW.WEXFORDHEALTH.COM

**MEMO: Potential HCV exposure at ASPC-Lewis**
Page 6 of 7

- Wednesday, August 29: 1 inmate tested (Inmate Secur
- Thursday, August 30: 40 inmates tested
- Friday, August 31: 23 inmates tested
- Wednesday, September 5: 4 inmates tested
- Thursday, September 6: 10 inmates tested
- Friday, September 7: 30 inmates tested
- Monday, September 10: 2 inmates tested

*[handwritten: should = 112, = 110, 1 refusal, 1 release]*

With regard to HIV, the 112 IDDM inmates were tested on the following dates.

- Thursday, August 30: 53 inmates tested
- Friday, August 31: 39 inmates tested
- Wednesday, September 5: 5 inmates tested
- Thursday, September 6: 7 inmates tested
- Friday, September 7: 3 inmates tested

*[handwritten: should = 112, = 107, 1 refusal, 1 release, 3 = do not test because vector is N]*

On Friday, September 7, thirty (30) of the remaining IDDM inmates (across all units) are tested for HCV; three (3) IDDM inmates are tested for HIV.

On Monday, September 10, two (2) IDDM inmates are tested for HCV.

On Tuesday, September 11, Inmate [redacted: Security Conce] is scheduled, but refuses to be tested for HIV. At this point, the three (3) remaining inmates are not tested for HIV, as Inmate Secu was confirmed negative for HIV and there is no risk of exposure.

Note that one inmate (Inmate [redacted: Security Conce] has refused to allow us to draw blood in order to test him for HCV. Inmate Securit was tested for HIV.

In addition, one inmate (Inmate [redacted: Security Concer] was released; upon contacting him, he stated that he did not attend Pill Line on the day the incident occurred. He is therefore not at risk of exposure, and was tested for neither HCV nor HIV.

Wexford Health has reported any HCV positive inmates we identify to the ADHS, using approved State and County forms and procedures. We will continue to do this on an ongoing basis as we receive test results.

Based on the confirmed number of potentially exposed inmates identified through our in-depth investigation, Wexford Health will contact the ADHS on Monday, September 10 to provide them with an updated report.

We have scheduled additional HCV testing for all 94 potentially exposed IDDM inmates at intervals of three months; and again at six months; from the time of the incident. Within six months, any inmates who contracted HCV as a result of their exposure should test positive. Inmates who test positive will go through the approved ADC screening protocol to determine if they are eligible for HCV treatment.

As per discussions the ADHS had with the federal Centers for Disease Control and Prevention (CDC), the CDC can index blood samples from any inmate patients that test positive for HCV, to determine if the source of their infection was the index patient (Inmate Bell). Dr. Lehman will work directly with Dr. Shoana Anderson (ADHS Epidemiology Bureau Chief) to accomplish this.

*[handwritten: New positives must be reported to ADC.]*

WEXFORD HEALTH SOURCES, INC. | 425 HOLIDAY DRIVE | FOSTER PLAZA TWO | PITTSBURGH, PA 15220 | P: 412-937-8590 | F: 412-937-8599 | WWW.WEXFORDHEALTH.COM

Confidential Information - Subject to Protective Order018                    ADC027895

**MEMO: Potential HCV exposure at ASPC-Lewis**

Page 7 of 7

As a result of our investigation, Wexford Health is making changes that will reduce the likelihood of a similar incident occurring in the future; and will streamline the timeframe and accuracy of the investigative process, if a similar event ever occurs.

In addition, we are working with the state and county health departments to provide training for prison complex staff on the proper technique for injecting patients from a multi-dose vial; and on the various State of Arizona protocols for reporting infectious diseases. Dr. Lehman is coordinating these efforts directly with Cameron Lewis and Dr. Shoana Anderson of the ADHS.

WEXFORD HEALTH SOURCES, INC. | 425 HOLIDAY DRIVE | FOSTER PLAZA TWO | PITTSBURGH, PA 15220 | P: 412-937-8590 | F: 412-937-8599 | WWW.WEXFORDHEALTH.COM

Confidential Information - Subject to Protective Order019                                    ADC027896