# EXHIBIT BBB

**ARIZONA DEPARTMENT OF CORRECTIONS**
**ADMINISTRATIVE INVESTIGATIONS UNIT**
**ADMINISTRATIVE INVESTIGATION REPORT**

Case No   2012-0414

| | | | | |
|---|---|---|---|---|
| **Type** IA | **Status** Closed | | **Date Created** 4/11/2012 | |
| **Investigator** Arra,Redacted | **Complex** ASPC-EYMAN | | **Date Of Incident** 4/10/2012 | |
| **Originator** R. PATTON | **Unit** E/MEADOWS | | **Date Assigned** 4/11/2012 | |
| **Approved By** J. HOOD | | | **Date InvAssigned** 4/11/2012 | |
| **Exten Code** | **Upgraded** | | **Date Extended** | |
| **Audio/Video** | **No. of Tapes** | | **Case Due** 6/10/2012 | |

**Synopsis** Inmate William Sexton #230135 (Cauc. 57 yrs, d: Medical complained he had difficulty breathing. Medical staff was at another unit. DW Lao and ADW Hetmer directed staff to call 911. The inmate was placed on a gurney and became unresponsive. Staff administered CPR until Paramedics arrived on site. The inmate was transported to Florence Community Hospital where Dr. Hortz pronounced him dead at 2355 hours.

**InvCompleted** 5/9/2012
**Issued** 5/11/2012
**Review Due**
**Released**
**Final Return** 7/19/2012
**Destroyed**

**Comments** 6/29/12 - Memo from Warden Credio to NROD McWilliams: no culpability or negligence by staff.

| Code | Name | Position | Id Number | Gender | Race | Discipline |
|---|---|---|---|---|---|---|
| I | Sexton, William | INMATE (ACTIVE) | 230135 | M | | |

Confidential Information - Subject to Protective Order

ADC025110

**ARIZONA DEPARTMENT OF CORRECTIONS**
**ARIZONA STATE PRISON COMPLEX-EYMAN**
**WARDEN'S OFFICE**

**MEMORANDUM**

**TO:**       Redacted McWilliams, Northern Region Operations Director

**FROM:**     edacte Credio, Warden, ASPC-Eyman

**DATE:**     June 29, 2012

**SUBJECT:**  Recommendation for 2012-0414 Inmate Death Inmate Sexton ADC #230135

I have reviewed the above investigation concerning the death of inmate Sexton #230135 my finding is that there is no culpability or negligence by staff in this incident.

No further action required.

RC/nmw

cc:    file

```
          RECEIVED
ARIZONA DEPARTMENT OF CORRECTIONS

        JUL 19 2012

OFFICE OF THE INSPECTOR GENERAL
```

Confidential Information - Subject to Protective Order001

ADC025111

2012-0414

**TO:**         Redacted Patton, Division Director, Offender Operations

**RE:**         **Death Investigation – Inmate William Sexton #230135**

**FACILITY:**   ASPC-Eyman/Meadows Unit

This report requires review/recommendation.

The review/recommendation must be completed within thirty (30) days of receipt of this report.

Should circumstances prevent the review/recommendation of this report within the thirty (30) days, please call 602-771-2100 regarding an extension.

---

### FOR ADMINISTRATIVE INVESTIGATIONS UNIT USE ONLY

Date Forwarded by AIU:      _____

Date Returned to AIU:       _____

Routing Verified:           _____

Confidential Information - Subject to Protective Order002

ADC025112

2012-0414

## TABLE OF CONTENTS

Tab

TRACKING REPORT ...........................................................................................1

REQUEST FOR INVESTIGATION ......................................................................2

INVESTIGATIVE REPORT................................................................................3

ADDENDA...........................................................................................................4

      Executive Report of April 11, 2012 .....................................A
      ASPC-Eyman/Meadows SIR No. 12-04455 .......................B
      Information Report No. 2012-A44-1931 ...........................C
      Use of Force/Incident Command Report 2012-A44-1930 and
      Continuation Sheets.......................................................D
      CIU Report No. 2012030059 ...........................................E
      Medical Record Review Q&A...........................................F
      AIMS Movement Query....................................................G
      AIMS Discipline Query ...................................................H
      Inmate Death or Serious Injury Check List.....................I

Confidential Information - Subject to Protective Order003

ADC025113

2012-0414

## ARIZONA DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE INVESTIGATIONS UNIT CASE TRACKING
## REPORT INSTRUCTIONS

| DO NOT REPRODUCE ANY PORTION OF THE COMPLETED ADMINISTRATIVE INVESTIGATIONS UNIT REPORT |
| --- |

This is a confidential investigation.  The contents of the investigation shall not be made available to any person outside the principal's chain-of-command or Administrative Investigations Unit without permission from the Director or the Administrator of Inspections and Standards Bureau  When an Administrative Investigations Unit investigation is initiated for alleged employee misconduct, this form will be utilized to record the progress of the investigation from the opening of the case in Administrative Investigations Unit, to the final review and disposition by the approving authority.  This tracking form will accompany all administrative investigations.
The following information must be recorded on this form:

DATE OF OCCURRENCE – Date the alleged incident took place.

DATE LOGGED IN AT ADMNISTRATIVE INVESTIGATIONS UNIT – The time the investigation was opened and case number assigned.

STATUS REPORT DUE DATE – Investigators will submit a status report if investigation goes beyond 30 days stating reason(s) for delay and projected date of investigation completion.

DATE ASSIGNED TO INVESTIGATOR – This date will be within 3 days of the date logged in at Administrative Investigations Unit.

DATE INVESTIGATION COMPLETED – This date included the date when the investigation is ready to be sent to the approving authority.

DATE RELEASED TO THE APPROVING AUTHORITY/ASSISTANT DIRECTOR – The date the investigation is physically turned over to the approving authority or Assistant Director.

30-DAY REVIEW DATE – The date the case file, including final disposition, is returned to Administrative Investigations Unit.  This 30-day period is from the day after the completed investigation is released to the approving authority.

**REVIEW RECOMMENDATION:**
The review of the investigation and recommendations by the chain-of-command should not take over 30 calendar days.  Record the date received for review and the date the recommendation is made on the Complaint Worksheet/Discipline Recommendation form in the back of the investigative packet.

| | |
| --- | --- |
| 04/10/2012 | Date Of Occurrence |
| 04/11/2012 | Date Logged in at Administrative Investigations Unit |
| | 30-Day Status Report Due, if Applicable |
| | INVESTIGATION |
| 04/11/2012 | Date Assigned to Investigator |
| 05/9/2012 | Date Investigation Completed |
| 05/11/2012 | Date Released to the Approving Authority |
| | 30-Day Review Date |
| | Date Returned to Administrative Investigations Unit |

Confidential Information - Subject to Protective Order004

ADC025114

## ADMINISTRARIVE INVESTIGATION

## INMATE DEATH OR SERIOUS INJURY

Department Orders 1105 require the Administrative Investigation Unit conduct an investigation of inmate deaths or serious injury, regardless of circumstances or cause.

Confidential Information - Subject to Protective Order005

ADC025115

2012-0414

## ARIZONA DEPARTMENT OF CORRECTIONS
## INSPECTOR GENERAL'S OFFICE
## ADMINISTRATIVE INVESTIGATIONS UNIT

## CONFIDENTIAL REPORT

**TO:**  Redacted Patton, Division Director, Offender Operations

**FROM:**  Redacted Arra, Administrative Investigations Unit

**DATE:**  May 9, 2012

**SUBJECT:**  Investigative Report # 2012-0414

### SYNOPSIS

On April 10, 2012, at approximately 2240 hours, ICS was activated when inmate William Sexton #230135 approached staff in Meadows Unit complaining of difficulty breathing. Reports by security staff indicate a CRN on duty at Browning Unit refused to drive to Meadows Unit and wanted complex to transport her there.  Due to the delay, security staff called 911.  The inmate was transported to Florence Community Hospital where he was pronounced dead approximately one hour and 15 minutes following initiation of the ICS.

**An administrative investigation was requested and conducted.**

### INVESTIGATIVE LEADS

STAFF:

| | | | | |
|---|---|---|---|---|
| COII Redacted Flores | (EIN | | - | **Witness** |
| COII Redacted Stephens | (EIN | | - | **Witness** |
| COII Redacted Ching Wong | (EIN | | - | **Witness** |
| COII Redacted Abuelian | (EIN | Redacted | - | **Witness** |
| COII Redacted Mitchell | (EIN | | - | **Witness** |
| COII Redacted Hale | (EIN | | - | **Witness** |
| Sgt. Redact Rieffer | (EIN | | - | **Witness** |
| Lt. Redact Noriega | (EIN | | - | **Witness** |
| CRN Redacte Nakuna-Chi | (EIN | | - | **Witness** |

OTHERS:

Dr. Hoerts                                          -    **Witness**
Florence Community Hospital

INMATE:

William Sexton #230135                    -    **Deceased**

1

ADC025116

2012-0414

## NARRATIVE

**The following information, documents and relevant data relating to the death of Inmate was integrated into the administrative investigation report in compliance with Department Orders 1105.**

On April 10, 2012, at 2240 hours, an ICS was initiated when I/M William Sexton #230135 (Cauc., 57 yrs, ed: Medical F) stated he was having difficulty breathing. Medical staff did not immediately respond and 911 was called. I/M Sexton became unresponsive and staff began administering CPR. Paramedics transported the inmate to Florence Community Hospital where he was pronounced deceased at 2355 hours.

The following is a summary of the documents obtained:

- The Executive Report **(ADDENDUM A)** for April 11, 2012, includes an entry from ASPC-Eyman/Meadows Unit stating on April 10, 2012, I/M Sexton approached staff at the control room stating he was having difficulty breathing. An ICS was initiated at 2240 hours. Medical staff was contacted at another unit but were unable to respond immediately. Staff was advised by ADW Hetmer and DW Lao to call 911, and as Sexton was placed on a gurney he became unresponsive. CPR was administered until paramedics arrived and assisted. Sexton was transported via ambulance to Florence Community Hospital where Dr. Hortz pronounced the inmate deceased at 2355 hours. The Executive Report entry further says the inmate's mother was notified and CIU listed the cause of death as natural.

- ASPC-Eyman/Meadows Unit SIR No. 12-04455 **(ADDENDUM B)** reported by Sgt. Joy Rieffer, documents on April 10, 2012, at approximately 2240 hours, COII Redacted Flores initiated ICS in Housing Unit 6 due to I/M Sexton complaining of difficulty breathing. At 2241 hours COII Redacte Mitchell and COII edacte Stephens arrived, at 2242 hours COII Redacted Abuelian and COII Redacted Hale arrived, and at 2243 hours Sgt. Rieffer arrived. I/M Sexton was sitting in the dayroom space and said he was asthmatic and had an inhaler at his bunk. COII Mitchell retrieved two inhalers and I/M Sexton began administering himself medication. At approximately 2248 hours COII edacte Ching Wong arrived with a gurney. As I/M Sexton was en route to the health unit for evaluation, at 2249 hours Sgt. Rieffer was informed by Lt. edacte Noriega that CRN tedacte Nakuna-Chi was not going to respond and asked for the inmate to be transported to Browning Unit to be seen there. Lt. Noriega advised the CRN the inmate appeared to be in a very unstable condition and did not feel comfortable loading the inmate in a van. CRN Nakuna-Chi, according to the report, then told Lt. Noriega to contact Eyman Complex to pick her up because she did not want to "burn her own gas." Sgt. Rieffer then notified DW Lao of the situation who instructed the sergeant to call 911 due to the delay in medical response. Southwest Ambulance was called.

  The report further states at 2316 hours I/M Sexton was not responding to verbal communication, and then was no longer breathing on his own. At 2317 hours Sgt. Rieffer began life saving measures. After approximately two minutes of chest compressions, the inmate began taking shallow breaths but about 30 seconds later once again stopped breathing. Sgt. Rieffer resumed chest compressions. At 2320 hours Southwest Ambulance arrived. At 2321 hours COII Abuelian, and two Southwest Ambulance paramedics entered the health unit. COII Abuelian and one of the paramedics took over chest compressions while the other applied AED to I/M Sexton. A second ambulance arrived on scene and at 2343 hours exited the unit en route to Florence Community Hospital. At approximately 2355 hours I/M Sexton was pronounced dead by Dr. Hortz. CIU later arrived at the hospital and

2

Confidential Information - Subject to Protective Order007

2012-0414

released the body to the Pinal County Medical Examiner and next of kin notification was made by DW Lao.

- Information Report No. 2012-A44-1931 **(ADDENDUM C)** written on April 4, 2010, by Lt. Noriega advises Deputy Warden Lao of Lt. Noriega's contact with CRN Nakuna-Chi at Browning Unit regarding I/M Sexton's condition. The report states the CRN became irate and wanted the lieutenant to take the inmate to Browning Unit because she was too busy. The lieutenant wrote he then advised the CRN he did not believe the inmate was stable enough to be transported and she replied he would have to find her a ride as she was not going to burn her own gas. The report was copied to the Facility Health Administrator for review.

- Use of Force/Incident Command Report No. 2012-A44-1930 **(ADDENDUM D)** provides the same information reported in the above referenced SIR and includes continuations sheets provided by the ICS participants. COII Flores' report corroborates the information in the Incident Command Report and SIR regarding the actions he took when I/M Sexton approached him in the control room and said he was having difficulty breathing. COII Stephens wrote he escorted I/M Sexton to a nearby table in the dayroom and called for a wheelchair. COII Wong wrote when he heard the ICS he went to the medical unit to retrieve a gurney, assisted I/M Sexton onto the gurney then took him on the gurney to the medical unit. COII Abuelian wrote he responded to the ICS and saw I/M Sexton sitting in the dayroom having difficulty breathing, and said he had asthma. COII Wong left to operate the sally port and escorted the paramedics to the medical unit where he found Sgt. Rieffer performing chest compressions on the inmate. He assisted with chest compressions and also rode in the ambulance to Florence hospital where the inmate was pronounced dead. Wong remained there until CIU and the medical examiner took custody of the inmate. COII Hale wrote she assisted COII Wong at the gate with the gurney and taking I/M Sexton to the medical unit. COII Mitchell's report states as she and the others waited for medical response to the medical unit, Sgt. Rieffer received a call regarding Nurse Nakuna-Chi not wanting drive her car to Meadows and wanted to be picked up. Sgt. Rieffer was then advised to call an ambulance. COII Mitchell wrote as soon as Southwest Ambulance arrived, I/M Sexton stopped breathing. COII Mitchell provided chase vehicle to Florence Hospital where I/M Sexton was pronounced dead.

- 

  Redacted: Medical Records

- ASPC-Lewis CIU Investigator Michael Glaser documented in CIU Report No. 2012030059 **(ADDENDUM F)** the ICS involving I/M Sexton being initiated on April 10, 2012, at 2240 hours. Investigator Glaser also documented the response by CRN Nakuna-Chi to Lt. Noriega's call in which she stated she was, "not going to burn her own gas," and that complex could either pick her up or transport the inmate to Browning Unit. The CIU report states the possible delay in medical response by the CRN expressing hesitation in responding to Meadows Unit resulted in a call to 911 so medical aid could be rendered due to the inmate's condition degrading. Southwest Ambulance was called at 2250 hours and arrived at 2320 hours. I/M Sexton stopped breathing upon their arrival, CPR was begun and continued during transport, and the inmate was pronounced dead at 2355 hours.

3

2012-0414

The CIU report preliminary states death is by natural causes. No official autopsy report has been received at this time.

- An AIMS Movement query on I/M Sexton **(ADDENDUM G)** was reviewed. I/M Sexton had been incarcerated in ADC since May 2008. He was housed initially at ASPC-Florence/South Unit and transferred to ASPC-Tucson/Winchester Unit in October 2009. While housed at Winchester Unit, I/M Sexton was taken on escorted medical leave to Pima County in December 2010 and on March 2011. In July 2011 he was transferred to ASPC-Eyman/Meadows Unit and taken on escorted medical leave to Maricopa County in January 2012 and on the day of his death, April 10, 2012.

- An AIMS Discipline Query on I/M Sexton **(ADDENDUM H)** was reviewed. During I/M Sexton's commitment to ADC he was disciplined on two occasions for minor violations involving disrespect and disorderly conduct.

- The administrative investigation was conducted in accordance with Department Order 1105. An Inmate Death or Serious Injury Checklist **(ADDENDUM I)** was completed.

## SUMMARY

- On April 10, 2012, inmate William Sexton approached correctional staff complaining of difficulty breathing. Security staff reacted by initiating an ICS, contacting the medical unit, performing chest compressions and calling 911. The inmate was transported to Florence Community Hospital where he was pronounced dead approximately and hour and 15 minutes following initiation of the ICS.

- According to reports by security staff responders and a CIU investigator, CRN Redacted Nakuna-Chi refused to drive her car to Meadows Unit. When told of the inmate's unstable condition, she wanted to be picked up and taken to Meadows. Security staff then contacted 911 for medical response.

- A CIU report preliminarily lists death by natural causes. No autopsy has been received.

- Redacted: Medical Records

- There were no apparent policy/procedure violations by security staff. Reports regarding the CRN's response were forwarded to the Facility Health Administrator.

## OTHER INFORMATION

If additional investigation is requested, please forward a memorandum, in appropriate format, identifying specific issues to be addressed. Return the administrative investigation report with your request.

MA:ma

4

Confidential Information - Subject to Protective Order009

ADC025119



**Arizona Department of Corrections**
**Executive Report**

From: 04/10/2012 06:00
To: 04/11/2012 06:00



**Restricted: Do Not Duplicate**

This Communication is for information only and is still subject to verification

| | |
|---|---|
| **SirNo:** 201204455 | On 04/10/2012, staff initiated ICS when William Sexton 230135 (Cauc., age 57,<sup></sup>: Medical) approached them at the control room stating that he was having difficulty in breathing. Medical staff were contacted at another unit but were unable to respond immediately. ADW Hetmer and DW Lao were on-site and advised staff to call 9-1-1. Sexton was placed on a gurney and then became unresponsive. Staff administered CPR until paramedics arrived on-site and assisted. Per paramedics, Sexton was transported via ambulance to Florence Community Hospital. Dr Hortz pronounced Inmate Sexton deceased at 2355 hours. Notifications were made to the CIU, DWOP Jackson and the inmate's mother, ⸤Redacted⸥ CIU staff have listed the cause of death as natural causes. |
| **Nature:** Death- Inmate | |
| **Loc:** ASPC-EYMAN E/ MEADOWS UNIT | |
| | |
| **Date of Incident:** 4/10/2012 | |
| **Time of Incident:** 22:40 | |
| **Reported By:** Sgt. Rieffer 2865 | |
| **IMS Response:** N/A | |
| | PN/JH |

| | | | |
|---|---|---|---|
| | **Follow Up Date:** | 4/11/2012 | CIRT was offered to staff and declined. The unit stood down from ICS at 0118 hours. CIU Glaser arrived at Florence Community Hospital and released the body to Pinal County Medical Examiner Calhoun at 0236 hours. PN |
| | **Follow Up Time:** | 01:57 | |

Redacted: Security Concern

Confidential Information - Subject to Protective Order010

ADC025120



**ARIZONA DEPARTMENT OF CORRECTIONS**

## SIGNIFICANT INCIDENT REPORT

| SIR Number | Institution/Facility | Type of Report |
|---|---|---|
| 12-04455 | ASPC-Eyman / Meadows | |
| 12-A44-1930 | Phone Number | ☑ Initial ☐ Follow-Up ☐ Final ☐ Supplement |
| | 520-868-0201 extension 5009 | |

| Date of Incident | Time | Report Date |
|---|---|---|
| 04/10/12 | 10:40 pm | 4/11/12 |

**NATURE OF INCIDENT** (Check One or More)

| | | |
|---|---|---|
| ☐ Accident(s) | ☐ Behavior Control | ☐ Escape(s) | ☐ PREA |
| ☐ After Hours Transport | ☐ Chemical Agent Use | ☐ Fire Crew Deployment | ☐ Property Damage |
| ☐ Agency Assist) | ☐ Criminal Act(s) | ☐ Firearm Use | ☐ Self Destructive Behavior |
| ☐ Arrest(s) Employee | ☑ Death(s) | ☐ Hostage(s) | ☐ Suicide Attempt |
| ☐ Arrests(s) Inmate/Offender | ☐ Disturbance | ☐ Medical | ☐ Weapons Recovery |
| ☐ Assaults | ☐ Employee work Stoppage | ☐ Other | |

### Inmate(s) Involved

| Last Name | First Name | ADC Number | Custody/IR | Race | MH Score | Age | Housing | STG Name | Work Assignment | Involvment |
|---|---|---|---|---|---|---|---|---|---|---|
| Sexton | William | 230135 | Med/1 | Cauc | edacte | 57 | 6-B-9 | None | N/A | Subject |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

### Employee(s) Involved

| Last Name | First Name | Complex | Unit | Shift | RDO | First Line Supervisor | On Duty Incident Yes/No | How Involved |
|---|---|---|---|---|---|---|---|---|
| Mitchell | Redacted | Eyman | Meadows | Graves | M/T | Sgt. Rieffer | Yes | Transport |
| Abuelian | | Eyman | Meadows | Graves | F/S | Sgt. Rieffer | Yes | Transport |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Incident Synopsis**
On 4/10/2012 at approximately 2240 ICS was initiated by COII Flores due to Inmate Sexton #230135 complaining of breathing difficulty. SW Ambulance arrived at approximately 2320 and transported I/M Sexton to Florence Comm. Hosp. at approximately 2343. At approximately 2355 Inmate Sexton was pronouced dead at Florence Community Hospital by Dr. Hortz.
This report written for information purposes only and is still subject to verification.

### Agency Notifications Made (Time)

| Deputy Warden | Duty Officer | Warden | CIU |
|---|---|---|---|
| 2250 | 2335 | | 2357 |

| Community Corrections | Probation/Parole Supervisor | Central Office Communications |
|---|---|---|
| | | 0117 |

### Escape Information

| County | Date Assigned to Fugitive Detail | Date Returned to Custody |
|---|---|---|
| | | |

| Transported by | Company | To |
|---|---|---|
| ☐ Air ☑ Ambulance ☐ ADC | South West | Florence Community Hospital |

| Medically Treated By: (Dr./RN, Enter Name) | SW Ambulance Medics | |
|---|---|---|

| Initial Report By: | Date | Time |
|---|---|---|
| Sgt. J. Rieffer #2865 | 04/11/2012 | 1:17 am |

| Reporting Official Name and Title (Please print) | EIN | Reporting Official's Signature |
|---|---|---|
| Sgt. J. Rieffer #2865 | 109168 | |

105-3

Confidential Information - Subject to Protective Order011

ADC025121

ARIZONA DEPARTMENT OF CORRECTIONS

Significant Incident Report *(continued)*

Describe incident in detail (who, what, when, where, why and how). Include a complete physical description, direction of travel, mode of transportation, type of weapon used, location of wounds on body, other distinguishing marks, location of incident, current investigation/escape and apprehension procedures in use, e.g., roadblocks, ground searches, number of individuals involved, and any in-house actions, e.g., suspects, shakedowns, etc.

On the above date at approximately 2240 COII Flores initiated ICS in 6 A/B due to Inmate Sexton #230135 complaining of difficulty breathing. At approximately 2241 COII's Mitchell and Stephens arrived on scene. At approximately 2242 COII's Abuelian and Hale arrived on scene. At approximately 2243 Sgt. Rieffer arrived on scene. At this time Inmate Sexton was sitting in the 6 A/B dayspace. Inmate Sexton stated that he was asthmatic and had an inhaler at his bunk. COII Mitchell then entered 6 A/B to retrieve his inhaler from 6-B-9. She returned with two inhalers and placed them on the table in front of Inmate Sexton. Inmate Sexton then began administering medication from a blue inhaler. At approximately 2248 COII Wong arrived on scene with the gurney from the Health Unit and Inmate Sexton stood up, walked over the gurney and laid down on it. Also at 2248 I, Sgt. Rieffer #2865, assumed command from COII Flores after having a face to face with COII Flores. At 2249 Inmate Sexton was enroute to the Health Unit for evaluation, escorted by COII's Hale and Wong. At 2249 I was informed by Lt. Noriega that CRN Chi was not going to respond. She had asked for Inmate Sexton to be transported to Browning to be seen there. Lt. Noriega advised her that Inmate Sexton appeared to be in very unstable condition and that he didn't feel comfortable loading him into a van. CRN Chi then told Lt. Noriega to contact Eyman Complex to come pick her up because she did not want to "burn her own gas". At this time I, Sgt. Rieffer, contacted DW Lao advising him of the situation. DW Lao instructed me to call 911 due to the delay in medical care. At 2250 Eyman Complex, COII Ellingsworth, was contacted and SW Ambulance was called. At approximately 2316 Inmate Sexton was not responding to verbal communication. At approximately 2317 Inmate Sexton was no longer breathing on his own. At approximately 2317 I, Sgt. Rieffer, began life saving measures. After approximately 2 minutes of chest compressions Inmate Sexton began taking shallow breaths on his own. Approximately 30 seconds later Inmate Sexton once again stopped breathing. I immediately began chest compressions on Inmate Sexton at this time. At approximately 2320 SW Ambulance arrived on scene. At approximately 2321 COII Abuelian entered the Health Unit along with two SW Ambulance medics. At this time COII Abuelian took over chest compressions. From this point on COII Abuelian and the male responding paramedic took turns conducting chest compressions every few minutes. During this time the female responding paramedic was applying leads and electrodes (AED) to Inmate Sexton's chest. At approximately 2333 a second SW Ambulance arrived on scene. At approximately 2343 SW Ambulance exited the unit en route to Florence Community Hospital with all four paramedics, Inmate Sexton and COII Abuelian providing security. COII Mitchell was providing chase. At approximately 2355 Inmate Sexton was pronounced dead by Dr. Hortz. At approximately 0118 ICS was stood down and the unit was returned to normal operations. All involved staff were offered CIRT and all declined.

approximately 0157 COII Mitchell advised that CIU Criminal Investigator M. Glaser arrived at Florence Community Hospital. At approximately 0236 CIU Criminal Investigator M. Glaser released the body to Pinal County Medical Examiner B. Calhoun.

Next of kin notifications to N Redacted have been made by DW Lao.

This report written for information purposes only and is still subject to verification.

Confidential Information - Subject to Protective Order012

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Information Report**

Report Number: 2012-add-193
Report Date: 04/10/2012
Page 1 of 2

| To<br>Mr. Lao | Title<br>Deputy Warden | | Unit<br>Meadows |
|---|---|---|---|
| From<br>J.D Noriega | Title<br>Lt. #1889 | | Unit<br>Meadows |
| Subject<br>Confidential | | | |

**Staff Involved**

| Employee Name (Last, First M.I.)<br>Chi | Title<br>CRN | Badge Number |
|---|---|---|
| Employee Name (Last, First M.I.) | Title | Badge Number |

**Intel**

| Intelligence Category 1 | | Intelligence Category 2 | |
|---|---|---|---|
| Source Type | Source's Last Name | | Source's ADC Number |

**Inmates Involved**

| Inmate Name (Last, First M.I.) | ADC Number | Unit | HU/BED | Involved As: |
|---|---|---|---|---|
| Inmate Name (Last, First M.I.) | ADC Number | Unit | HU/BED | Involved As: |

| Time<br>2240hrs | Date<br>04/10/2012 | Location<br>Meadows -Unit Building 6 A/B Control |
|---|---|---|

**Summary**

On the above date and approximate time I contacted CRN Chi at Browning-Unit and informed her that I had Inmate Sexton #230135 complaining of shortness of breath and difficulty breathing. I advised her that I needed her to come to Meadows-Unit to evaluate the inmate. She became very irrate and advised me that I had to take the inmate to Browning-Unit as she was to busy. I advised her that I did not feel that the inmate was stable and I would not transport the inmate to Browning. She then advised me that if I wanted her to come to Meadows-Unit I would have to find her a ride, as she was not going to burn her own gas. Complex notified.

| Employee's Signature | Title<br>LT. 1889 |
|---|---|

**Action Taken**

Comments/Action Taken

COPY

| Employee's Signature | Title |
|---|---|

Distribution *(Check all that apply)*
☒ F/(?) Mistori
☐

Entered into Database
Date _____

1 of 2

105-2
8/6/00

Confidential Information - Subject to Protective Order013

| Information Report Supplemental Sheet | Report Number  2012-A44-1931 |
| | Report Date  04/10/2012 |
| | Page  2 of 2 |

| To | Date  4/11/12 |
|---|---|
| Comments/Action Taken   FOR FHA review | |
| Employee's Signature | Job Title |

| To | Date  4/11/12 |
|---|---|
| Comments/Action Taken | |
| Employee's Signature | Job Title  COIV |

| To | Date |
|---|---|
| Comments/Action Taken | |
| Employee's Signature | Job Title |

| To | Date |
|---|---|
| Comments/Action Taken | |
| Employee's Signature | Job Title |

Distribution *(Same as first page)*

105-2
8/8/08

2 of 2

Confidential Information - Subject to Protective Order014

ADC025124

ARIZONA DEPARTMENT OF CORRECTIONS

Use of Force/Incident Command Report

Describe incident in detail (who, what, when, where, why and how). Include a complete physical description, type of weapon used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use the reverse side for narrative. PLEASE PRINT LEGIBLY.

| Report Date 04/10/2012 | Control Number 2012-A44-1930 | Nature of Incident I/M Sexton - Death | |
|---|---|---|---|
| Incident Date/Time 04/10/2012   2240 | Facility/Unit ASPC/E-Meadows | Location of Incident 6-B-9 | |
| From J. Rieffer | Title Sergeant | Incident Commander's Name (If applicable) COII Flores | |

| Time Command Assumed 2240 | Response ☑ A ☐ B ☐ Local ☐ TSU ☐ Outside Agency (specify) _____ | | Command Mode Initial |
|---|---|---|---|

| Recorder Assigned ☑ Yes ☐ No | Recorder's Name COII Clark | Lockdown Called ☐ Yes ☑ No | Date | Time |
|---|---|---|---|---|

| A-Team Activated Date 04/10/2012   Time 2240 | Evidence Secured ☐ Yes ☐ No | Comments |
|---|---|---|

| Video Camera Used ☑ Yes ☐ No | Video Operator DW Lao | Notifications Initiated Date 04/10/2012   Time 2244 |
|---|---|---|

| B-Team Activated Date   Time | Staging Location | Staging Manager's Name |
|---|---|---|

| Command Post Activated Date   Time | TSU on Standby Date   Time |
|---|---|

| TSU Activated Date   Time | Date of Normal Operations Date 04/11/2012   Time 0118 |
|---|---|

| Notifications Completed Date 4/11/2012   Time 0120 | Related Reports Completed ☐ Worksheet   ☐ IMS Evaluation |
|---|---|

| Participant(s) | ADC Number | Unit/Bed | How Involved |
|---|---|---|---|
| Inmate Sexton | 230135 | 6-B-9 | Subject |
| | | | |
| COII Flores | | | Incident Commander |
| COII Stephens | | | Responder |
| COII Wong | | | Responder/Gurney |
| COII Abuelian | | | Responder/CPR |
| COII Mitchell | | | Responder |
| COII Hale | | | Responder |
| | | | |
| Sgt. Rieffer | | | Supervisor/CPR |
| Lt. Noriega | | | Supervisor |
| | | | |
| DW Lao | | | Deputy Warden |
| ADW Hetmer | | | Associate Deputy Warden |

| Type of Force Used, if any   ☐ Chemical Agent (State Type)   ☐ Stun Devices   ☐ Cell Extraction   ☐ Other (Explain) |
|---|

Extent of Injury to Inmate (Use reverse side if necessary)

COPY

Treatment Afforded Inmate(Use reverse side if necessary)

☑ To Health Unit for evaluation/treatment - Time 2250          Name/Signature of Health Unit Provider /

☐ Inmate refuses Health Unit evaluation/treatment

Confidential Information - Subject to Protective Order 015

ARIZONA DEPARTMENT OF CORRECTIONS

**Use of Force/Incident Command Report** *(Continued)*

*Describe incident in detail (who, what, when, where, why and how). Include a complete physical description, type of weapon, time, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use additional sheets as necessary. PLEASE PRINT LEGIBLY.*

| Report Date | Control Number |
|---|---|
| 04/10/2012 | 2012-A44-1930 |

On the above date at approximately 2240 COII Flores initiated ICS in 6 A/B due to Inmate Sexton #230135 complaining of difficulty breathing. At approximately 2241 COII's Mitchell and Stephens arrived on scene. At approximately 2242 COII's Abuelian and Hale arrived on scene. At approximately 2243 Sgt. Rieffer arrived on scene. At this time Inmate Sexton was sitting in the 6 A/B dayspace. Inmate Sexton stated that he was asthmatic and had an inhaler at his bunk. COII Mitchell then entered 6 A/B to retrieve his inhaler from 6-B-9. She returned with two inhalers and placed them on the table in front of Inmate Sexton. Inmate Sexton then began administering medication from a blue inhaler. At approximately 2248 COII Wong arrived on scene with the gurney from the Health Unit and Inmate Sexton stood up, walked over the the gurney and laid down on it. Also at 2248 I, Sgt. Rieffer #2865, assumed command from COII Flores after having a face to face with COII Flores. At 2249 Inmate Sexton was enroute to the Health Unit for evaluation, escorted by COII's Hale and Wong. At 2249 I was informed by Lt. Noriega that CRN Chi was not going to respond. She had asked for Inmate Sexton to be transported to Browning to be seen there. Lt. Noriega advised her that Inmate Sexton appeared to be in very unstable condition and that he didn't feel comfortable loading him into a van. CRN Chi then told Lt. Noriega to contact Eyman Complex to come pick her up because she did not want to "burn her own gas". At this time I, Sgt. Rieffer, contacted DW Lao advising him of the situation. DW Lao instructed me to call 911 due to the delay in medical care. At 2250 Eyman Complex, COII Ellingsworth, was contacted and SW Ambulance was called. At approximately 2316 Inmate Sexton was not responding to verbal communication. At approximately 2317 Inmate Sexton was no longer breathing on his own. At approximately 2317 I, Sgt. Rieffer, began life saving measures. After approximately 2 minutes of chest compressions Inmate Sexton began taking shallow breaths on his own. Approximately 30 seconds later Inmate Sexton once again stopped breathing. I immediately began chest compressions on Inmate Sexton at this time. At approximately 2320 SW Ambulance arrived on scene. At approximately 2321 COII Abuelian entered the Health Unit along with two SW Ambulance medics. At this time COII Abuelian took over chest compressions. From this point on COII Abuelian and the male responding paramedic took turns conducting chest compressions every few minutes. During this time the female responding paramedic was applying leads and electrodes (AED) to Inmate Sexton's chest. At approximately 2333 a second SW Ambulance arrived on scene. At approximately 2343 SW Ambulance exited the unit en route to Florence Community Hospital with all four paramedics, Inmate Sexton and COII Abuelian providing security. COII Mitchell was providing chase. At approximately 2355 Inmate Sexton was pronounced dead by Dr. Hortz. At approximately 0118 ICS was stood down and the unit was returned to normal operations. At approximately 0157 COII Mitchell advised that CIU Criminal Investigator M. Glaser arrived at Florence Community Hospital. At approximately 0236 CIU Criminal Investigator M. Glaser released the body to Pinal County Medical Examiner B. Calhoun. Next of kin notifications to Mrs. Redacted have been made by DW Lao. All involved staff were offered CIRT and all declined. End of report.

| Reporting Officer's Name | Witness Name |
|---|---|
| Sgt. J. Rieffer #2865 | Lt. J. Noriega |
| Reporting Officer's Signature | Witness Signature |
| | 1883 |
| Reviewed By Shift Commander | Chief of Security Officer |
| 1883 | |
| Administrator/Deputy Warden | Warden |
| Division Director, Offender Operations | |

Distribution:  Original - Master Record File

Confidential Information - Subject to Protective Order016

ADC025126

ARIZONA DEPARTMENT OF CORRECTIONS

Continuation Sheet

To be used as a continuation for all reports. Indicate sections being continued

| Date | Report Number |
|------|---------------|
| 4-11-12 | |

ON THE ABOVE DATE AT APPROXIMATELY 2240 HOURS, WHILE PERFORMING MY DUTIES AS CONTROL ROOM OFFICER IN 6 A/B I NOTICED INMATE SEXTON W. ADC# 230185 WAS STAGGERING TO THE RESTROOM AREA IN BAKER RUN. I ADDRESSED INMATE SEXTON, I SAID "HEY ARE YOU OK?" HE CAME TO THE CAGE ON THE CONTROL ROOM AND INFORMED ME THAT HE WAS OK HE JUST WASN'T FEELING WELL. AT THAT TIME HE STARTED TO WALK TOWARDS HIS LIVING AREA ONLY TO TURN AROUND HALF WAY THERE, HE CAME TO THE CAGE ON THE CONTROL ROOM ON THE SIDE CLOSEST TO THE JANITORS CLOSET AND SAID "CO I DO WANT TO SEE MEDICAL." AT THAT TIME I SAID "GIVE ME A SECOND, LET ME CALL THE HEALTH UNIT." WHEN I SAID THAT THE INMATE SAID "OK, I CAN'T BREATH." AT THAT TIME I GRABBED MY RADIO AND ACTIVATED ICS. CO III STEVENS, CO III MITCHELL, CO II WONG, CO II ABILON, CO II HALE, AND SGT REIFFER ALL RESPONDED TO MY BUILDING IN A TIMELY MANNER. CO II WONG WAS SENT TO MEDICAL TO GET A GURNEY. WITHIN MINUTES OF BEING SENT, CO II WONG WAS BACK IN 6 A/B. MY ROOM WITH THE GURNEY. AT THAT TIME SGT REIFFER ASSUMED COMMAND AND THEY BEGAN TO MOVE THE INMATE ON THE GURNEY TO THE MEDICAL UNIT. WHEN I GAVE COMMAND TO SGT REIFFER I STAYED BACK IN MY CONTROL ROOM 6/B. THIS REPORT WAS COMPLETED BY CO II FLORES, B. ON 4-11-12 AT 0350.

— NOTHING FOLLOWS —

**COPY**

| Employee Name (Last, First, M.I.) | Employee Signature and Badge Number | Date |
|-----------------------------------|-------------------------------------|------|
| FLORES, Redacted | Bl fl... 08913'6 | 4-11-12 |

Page _____ of _____

105-5
11/26/03

Confidential Information - Subject to Protective Order017

( )   ARIZONA DEPARTMENT OF CORRECTIONS

Continuation Sheet

To be used as a continuation for all reports. Indicate section being continued.

| Date | Report Number |
|------|---------------|
| 4 - 11 - 12 | |

ON the above date and approximate time, I COI Stephens
#3060 responded to the Ics in 6 Baker, inmate
Sexton # 230135 was standing by the 6 a/b control
room in a slouch position. inmate Sexton stated
"he could not breath," I asked inmate Sexton if he
could walk to the 6 a/b dayroom, which he responded to the
yes, I COI Stephens #3060 escorted inmate Sexton to the
6 a/b dayroom and placed him at a table. I immediately
called for a wheel chair. This report completed at
0200 hrs on 4-11-12 by COI Stephens #3060.

( )

( )

**COPY**

| Employee Name (Last, First M.I.) | Employee Signature and Badge Number | Date |
|----------------------------------|-------------------------------------|------|
| Stephens, Redacted | 3060 | 4-11-12 |

Page ____ of ____

105-5
11/26/03

Confidential Information - Subject to Protective Order018

ARIZONA DEPARTMENT OF CORRECTIONS
Continuation Sheet

To be used as a continuation for all reports. Indicate sections being continued.

Date **4/11/12**

Report Number **ZCI2 AULL· 1930**

I cor Wong #1912 was post at Building #7. When I heard the ICS called for gurnny. I off Wong went from Building #7 to Medical unit. got the gurney and then to Building #6. over there. the A team help the Inmate Sexton #230135 get on gurney. We then push it to the Medical unit wait for the Medical staff to come. I off wong #1912 got the permission from Sgt. Kieffer to back to Building #7 beginning the 2300 formal count

## COPY

Employee Name  Wong, T.

Employee Signature and Badge Number  1912

Date  4/11/12

Page ____ of ____

105-5
11/28/03

Confidential Information - Subject to Protective Order 019

ADC025129

ARIZONA DEPARTMENT OF CORRECTIONS

Continuation Sheet

To be used as a continuation for all reports. Indicate sections being continued.

Date 4/10/12

Report Number 12-A44-1932

at approximately 2239 hours ICS was activated in building six for inmate Faxton 230135 having trouble breathing. I COII Hale 1918 Responded and when I arrived COII Mitchell, COII Stephens and COII Abuelian were on site with inmate Faxton 230135 sitting at the dayroom table. Shortly after Sgt. Rieffer arrived so I went to assist COII Wong at the double gate with the gurney. Once the gurney was in building six dayroom inmate Faxton 230135 6 B9 was placed on the gurney and taken into the medical building. I pushed the gurney into the examroom. It was approximately 2255hrs. So I asked Sgt. Rieffer if I could go ahead and leave to do my Formal Count. I proceeded to go back to building four. When I left COII mitchell, COII Stephens, COII Abuelian and Sgt. Rieffer were with inmate Faxton. End of Report COII Hale 1918

**COPY**

Employee's Name (Last, First M) Hale P.

Employee Signature and Badge No. Hale 1918  4/10/12

Page 1 of 1

105-5
11/26/03

Confidential Information - Subject to Protective Order020

ARIZONA DEPARTMENT OF CORRECTIONS

Continuation Sheet

To be used as a continuation of all reports, indicate sections being continued

| Date | Report Number |
|------|---------------|
| 4/10/12 | ZC12 ALH 1830 |

On the above date and approximately 2240, I CO II Amulian was escorting an Inmate to building 5 when with CO II Mitchell when ICS was activated. I had CO II Contreraz secure the Inmate in building 5 and responded to the ICS in building 6. Inmate Sexton was setting in the day room having trouble breathing, however, he was able to respond to our questions about his asthma. CO II Wong brought the gurney and inmate Sexton walked to the gurney where he was secured and Taken to the health unit. I left to operate the sallyport and let the Ambulance into the unit. I walked into the health unit with the EMTs where Sgt. Reiffer was conducting chest compression. I asked her if she wanted me to take over she replied with yes and I took over until the EMTs took over. I rode with in the ambulance and we arrived at Florence hospital where The inmate was pronounced dead at 2355. CO II Mitchell and I remained with the inmate until CIU and medical examiner Took custody of the inmate. End of report

**COPY**

| Employee Name (Last, First) | Employee Signature and Badge Number | Date |
|------------------------------|--------------------------------------|------|
| Amulian | [signature] 3014 | 4/10/12 |

Page 1 of 1

105-5
11/26/03

Confidential Information - Subject to Protective Order021

ARIZONA DEPARTMENT OF CORRECTIONS

Continuation Sheet

To be used as a continuation for all reports. Indicate sections being continued.

| Date | Report Number |
|------|---------------|
| 11 APR / 12 | 2012-A44-1930 |

1, COII Mitchell was escorting an Inmate from count movement to bldg 5. When COII Flores activated ICS for An inmate with breathing complications. Upon arriving I/M Sexton was standing, and talking inbetween short breathes. He was able to walk on his own into the Day Room. COII Wong provided a gurney and the I/m Sexton was able to place himself onto the gurney We took him to the health unit and awaited Nurse response. Sgt Riffer recieved a call regarding nurse chi not wanting to drive her own POV to Menoros Due to saving gas. So, she was awaiting complex to pick her up. Sgt Riffer was adviced to call an ambulance. As we awaited Ambulance Inmate Sexton was somewhat coherent. As soon as they pulled in (southwest ambulance) he stopped breathing. On Lao & main control were adviced by my self while Sgt Riffer & COII Abuelan provided CPR. Switching off w/ EMT s as well I was told to grab caged Van & weapons to provide chase to Florence Hospital. Upon arrival inmate sexton was pronounced DEAD. EOR.

**COPY**

| Employee Signature and Badge Number | | Date |
|---|---|---|
| natalie Mitchell | 2921 | 11 APR 12 |

Page ____ of ____

105-5
11/28/03

Confidential Information - Subject to Protective Order022



4/26/2012

**ARIZONA DEPARTMENT OF CORRECTIONS
CRIMINAL INVESTIGATIONS
CRIMINAL INVESTIGATIVE REPORT**

**Case No:**  2012030059

| | | | | | |
|---|---|---|---|---|---|
| **Type:** | Other | **Status:** Open | **Date Entered:** | 4/11/2012 |
| **Investigator:** | Glaser, Redacted | | **Date Of Incident:** | 4/10/2012 |
| **Old Investigator:** | | | **Date Initiated:** | 4/11/2012 |
| **Reviewed By:** | | | **Date Case Due:** | 5/11/2012 |
| | | | **Date Closed:** | |
| **Complex:** | A17 ASPC-EYMAN | | | |
| **Location:** | A16 E/MEADOWS UNIT | | | |
| **Ref Number:** | | | | |

| Allegations | |
|---|---|
| **Allegations (UCR)** | **Description (SUB)** |
| 40 - Death | (40) 01 - Inmate - Natural not AIDS Related |

**Synopsis:**

On 04/10/12 at approximately 2240 hours Inmate William Sexton, 230135, approached 6 AB Control Room Officer (COII Flores Badge 8438) complaining of breathing difficulty. The control room officer asked if the inmate wanted medical. Inmate Sexton stated "Yes". ICS was activated and Sexton was transported to Meadows Health Unit via gurney. The inmate got on the gurney on his own.

Lieutenant Noriega (Shift Commander)requested the nurse from Browning to respond. CRN Nakuna-Chi stated to Lieutenant Noriega that she was "not going to burn her own gas" and that complex can pick her up instead unless they wanted to transport the inmate to Browning Unit. According to Lieutenant Noriega he told RN Chi that Inmate Sexton appeared very unstable and very labored in his breathing.

Lieutenant Noriega contacted complex so the nurse could be picked up and DW Lao was briefed by Sgt Rieffer of the possible delay in medical response due to CRN Nakuna-Chi expressing hesitation in responding to Meadows. He instructed Sgt. Rieffer to call 911 so medical aid could be rendered due to the inmates condition degrading. Southwest ambulance was called at 2250 hours. They arrived at the unit at 2320 hours. As they were entering the unit Inmate Sexton stopped breathing. Life saving measures were rendered by COII Abuelian and Sgt Rieffer. Shortly after their arrival,Southwest Paramedics took over life saving measures. CPR continued and Sexton was transported to Florence Community Hospital. At 2355 hours Inmate Sexton was pronounced dead by Dr. Hoerts.

The body was released to the Pinal County Medical Examiner at 0220 hours.

**Comments:**

Inmate William T. Sexton, White male, ADC #230135, DOB: Redacted 5"9", 150 lbs., Blue eyes, gray hair. Custody level: medium. Sentence begin Date: 07/11/2007, Sentence End Date: 02/26/2123. Commitment Information: Sexton was serving 116 years for 5 counts of Sexual Assault, 2 counts of Sexual Abuse. Mental Health score:dac²sych medication: edacte

Page 1 of 2

Confidential Information - Subject to Protective Order023

ADC025133

**Individuals**

| Code | Last | First | Position | SSN | Inmate ID | Gender | Race |
|------|------|-------|----------|-----|-----------|--------|------|
| V | SEXTON | WILLIAM | INMATE (Active) | Redacted | 230135 | M | White |
| IL | NORIEGA | | LT. | | | M | Hispanic |
| IL | FLORES | | COII | | | M | Hispanic |
| IL | RIEFFER | | SGT | | | F | White |
| IL | NAKUNA-CHI | Redacted | NURSE | | | F | |
| IL | MITCHELL | | COII | | | F | Black |
| IL | ABUELIAN | | COII | | | M | |

Page 2 of 2

Confidential Information - Subject to Protective Order024



**From:**   Redacted Arra, Administrative Investigations Unit
**To:**      edacte Musson, Facility Health Administrator, ASP -Eyman
**Date:**   April 26, 2012
**Subject:**   Inmate Death: William Sexton #230135

Dear FHA Musson:

The Administrative Investigations Unit is conducting an investigation into the death of **ASPC-Eyman/Meadows Unit inmate William Sexton #230135,** occurring on **April 10, 2012,** at Florence Community Hospital.

In accordance with Department policy, I respectfully request a review of this inmate's medical records be conducted by either the FHA or the Supervising CRN to obtain the following data, which will then be included as part of the administrative investigation report. Please email the information back to me at your earliest convenience:

> ➢ **Date the medical record review was conducted / Name & title of reviewer.**
>   - 4/13/12 Matthew A. Musson, FHA
> ➢ **Number of medical record volumes on file for this inmate.**
>   - 1
> ➢ **Date the initial Mortality Review Report was started.**
>   - 4/13/12
> ➢ **Initial assessment as to cause of death.**
>   - respiratory distress
> ➢ **Has the Mortality Review Committee been Scheduled / Date convened**
>   - No; pending the return of the ME's report per policy
> ➢ **When was the inmate first diagnosed with the condition (s) which attributed to his/her death?**
>   cted: Medical Re
> ➢ **Inmate Health Score and Mental Health Score**
>   cted: Medical Re
> ➢ **Were the inmate meds "Watch-swallow" and/or "Kept on person?"**
>   Redacted: Medical Records
> ➢ **If suicide, were there any prior attempts, if so, please provide number of times, dates of attempt and method.**
>   ted: Medical R
> ➢ **Recent history of HNR's?**
>   Redacted: Medical Records

Thank you for your assistance in this matter.

Redacted Arra
Inspector General, Executive Assistant/Administrative Investigations Unit
(602) 771-2100 ext. 325

Confidential Information - Subject to Protective Order025

```
DI27 0 230135                        INMATE                    05/04/12  08:35:22
ADC NO: 230135 NAME: SEXTON, WILLIAM T                     STAT: I INACTV
******************************* MOVEMENT *******************************
MOVEMENT   DATE & TYPE      DESTINATION     REASON FOR       ORIGIN
05/22/08   NEW COMMITMENT   ASPC-PX ALHAMBRA NEW FELONY CONV  NAVAJO
05/22/08   TRANSFERRED TO   FLAMENCO M.HLTH  MENTAL HEALTH    ASPC-PX ALHAMBRA
05/22/08   RECEIVED AT      FLAMENCO M.HLTH  MENTAL HEALTH    ASPC-PX ALHAMBRA
05/28/08   TRANSFERRED TO   ASPC-PX ALHAMBRA LATERAL TRANSFR  FLAMENCO M.HLTH MA
05/28/08   RECEIVED AT      ASPC-PX ALHAMBRA LATERAL TRANSFR  FLAMENCO M.HLTH MA
05/29/08   TRANSFERRED TO   ASPC-F SOUTH UNI GEN. BY DI49     ASPC-PX ALHAMBRA
05/29/08   RECEIVED AT      ASPC-F SOUTH UNI GEN. BY DI49     ASPC-PX ALHAMBRA
07/27/09   OUT TO COURT     NAVAJO           COURT APPEARNCE  ASPC-F SOUTH UNIT
07/29/09   RET.FM.COURT     ASPC-F SOUTH UNI COURT APPEARNCE  NAVAJO
10/22/09   TRANSFERRED TO   ASPC-T WINCHESTE POP. ADJUSTMENT  ASPC-F SOUTH UNIT
10/22/09   RECEIVED AT      ASPC-T WINCHESTE POP. ADJUSTMENT  ASPC-F SOUTH UNIT
11/30/09   OUT TO COURT     NAVAJO           COURT APPEARNCE  ASPC-T WINCHESTER
12/09/09   RET.FM.COURT     ASPC-T WINCHESTE COURT APPEARNCE  NAVAJO
S/F1 ALIAS          S/F2 CNT/COM       S/F3 DETAIN       S/F4 COMMENTS
S/F5 MOVEMENTS      S/F6 OUT TIME      S/F7 CLASSIFICN   S/F8 WORK PGMS
S/F9 DISCIPLINE     S/F10 HOUSING      S/F11 PAROLE BRD  S/F12 INMATE RECD

NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order026

ADC025136

```
DI27 0 230135                          INMATE                    05/04/12 08:36:30
ADC NO: 230135 NAME:  SEXTON, WILLIAM T                   STAT: I INACTIVE
****************************** MOVEMENT ********************************
MOVEMENT   DATE & TYPE       DESTINATION      REASON FOR      ORIGIN
12/29/10   ESCORTED LEAVE    PIMA             ESCORT MEDICAL  ASPC-T WINCHESTER
12/29/10   RET ESCRT LEAV    ASPC-T WINCHESTE ESCORT MEDICAL  PIMA
03/07/11   ESCORTED LEAVE    PIMA             ESCORT MEDICAL  ASPC-T WINCHESTER
03/07/11   RET ESCRT LEAV    ASPC-T WINCHESTE ESCORT MEDICAL  PIMA
07/14/11   TRANSFERRED TO    E-MEADOWS MED    POP. ADJUSTMENT ASPC-T WINCHESTER
07/14/11   RECEIVED AT       E-MEADOWS MED    POP. ADJUSTMENT ASPC-T WINCHESTER
01/20/12   ESCORTED LEAVE    MARICOPA         ESCORT MEDICAL  E-MEADOWS MED
01/20/12   RET ESCRT LEAV    E-MEADOWS MED    ESCORT MEDICAL  MARICOPA
04/10/12   ESCORTED LEAVE    PINAL            MEDICAL NEEDS   E-MEADOWS MED
04/10/12   DEATH             PINAL            PENDING INVSTG  E-MEADOWS MED


S/F1 ALIAS        S/F2 CNT/COM      S/F3 DETAIN       S/F4 COMMENTS
S/F5 MOVEMENTS    S/F6 OUT TIME     S/F7 CLASSIFICN   S/F8 WORK PGMS
S/F9 DISCIPLINE   S/F10 HOUSING     S/F11 PAROLE BRD  S/F12 INMATE RECD
PREV PAGE USE PF7
END OF MOVEMENTS
```

Confidential Information - Subject to Protective Order027

ADC025137

```
DI31  0  230135                                              05/04/12  08:46:37
                              INMATE
ADC NO: 230135  NAME:  SEXTON, WILLIAM T                 STAT: I INACTV
******************************** DISCIPLINE ********************************
DISCIPLINE VIOLATION DATE CASE TYPE  VERDICT         DISPOSITION     STATUS
11/09/09 09-C16-0624 BARTER/TRADE/SE DISMISS-COUN                    FINALIZED
07/31/10 10-C16-0463 DISRESPECT TO S GUILTY-MIN.V    VERBAL REPRMND  FINALIZED
                                                     WRITEN REPRMND
09/16/10 10-C16-0537 DISORDERLY COND GUILTY-MIN.V    VERBAL REPRMND  FINALIZED
                                                     WRITEN REPRMND




S/F1 ALIAS          S/F2 CNT/COM        S/F3 DETAIN       S/F4 COMMENTS
S/F5 MOVEMENTS      S/F6 OUT TIME       S/F7 CLASSIFICN   S/F8 WORK PGMS
S/F9 DISCIPLINE     S/F10 HOUSING       S/F11 PAROLE BRD  S/F12 INMATE RECD

END OF VIOLATIONS
```

Confidential Information - Subject to Protective Order028