# EXHIBIT JJJ

Confidential Information - Subject to Protective Order001
ADC028131

# Weekly Non-Compliance Report
## ASPC – Perryville
### Monday August 13, 2012

| | | | Compliance Attained? Y or N |
|---|---|---|---|
| 1 | Grievances/Inmate letters | Inmate letters and grievances will be answered within the timeframes set in ADC policy | Pursuant to Department Order 802, the COIII must reply to inmate letters within 15 days. When a letter is sent to Medical from a COIII, it has a preprinted due date 5 days after the date it is time stamped. (CHECK WITH CAROL ON THIS) | No |
| 2 | Health Needs Requests not triaged within 24 hours | In accordance with contract section 2.20.2.10 and 2.20.2.2 HNRs must be triaged within 24 hours | As of Friday August 10, 2012, there were nearly 200 HNRs in the Lumley Unit and about 400 HRNs in the San Carlos Unit that were not triaged. | No |
| 3 | Transfer SOAPs not completed within 12 hours | Review files within 12 hours of an inmate's arrival at a unit pursuant to NCCHC standard P-E-03 | The transfer of inmates to San Carlos and staffing shortages have been used as explanations of why this requirement is not met, but there does not appear to be an effort to meet it at any of the units. | No |
| 4 | Hospital return visit appointments being missed or not scheduled for the next available appointment | Pursuant to NCCHC Standard P-E-12, when an inmate returns from hospitalization, the provider must see the patient, review the discharge orders, and issue follow-up orders as clinically indicated. If the physician is not on-site, the designated staff must immediately review discharge | Provider and other staff shortages have been given as an explanation for this requirement being frequently unmet. | No |

1

| | | | Compliance Y or N |
|---|---|---|---|
| 5 | Nurse lines not being conducted every day on every yard. | In accordance with contract section 2.20.2.2, sick call (nurse's line) must be conducted every day on every unit. | MARs have not been completed in a timely manner, and nurse lines were being canceled without management approval. No |
| 6 | Medication no shows, refusals, not available documented on MARs. | Medical, dental, and mental health line "no-shows" must be reported and documented per Department Order 1101. No-Shows must be brought to the health unit to sign a refusal. Unresolved No-Shows must be reported to the Deputy Warden for a written response. Providers must be notified of medication line No-Shows and N-Shows must be rescheduled if medically indicated. | Refusals are not consistently signed. No shows |
| 7 | Inadequate storage of KOPs | Medication must be kept under proper security as required by NCCHC standard P-D-01. | There are an insufficient number of filing cabinets to keep the blister packs behind 2 locks. No |
| 8 | Nurse referrals to provider line exceed 7 day requirement | In accordance with contract section 2.20.2.2, sick call referrals to providers must be seen within 7 days | Provider lines have been canceled and have a very long wait list. No |
| | Inmates who overdose or | Inmates suspected of taking | Three inmates recently overdosed or No |

2

Confidential Information - Subject to Protective Order003
ADC028133

| # | Issue | Requirement | | Compliance |
|---|---|---|---|---|
| 9 | are suspected of overdosing are not sent to an outside facility that can medically clear inmate and ensure that no self harm occurred. | overdoses must be sent to an outside facility that can medically clear the inmate and ensure that no self-harm occurred. | were suspected of overdosing and were not sent out to a hospital in a timely manner | |
| 10 | Psych nurses have not seen inmates on psychotropic meds every 30 days | In accordance with contract section 2.20.2.10, SMI psychiatric patients must have their treatment plans every 30 days and those receiving psychotropic medication must have a face-to-face appointment at least every 30 days. | This requirement has not been met since 7/1 transition. No patients on psychotropic meds have been seen within the 30 day timeframe. | No |
| 11 | Proposed staffing patterns have not been met, with nursing and provider shortages occurring on almost a daily basis | Pursuant to the contract, Wexford must provide staffing sufficient to provide adequate standards of care. | In response to the Wexford/ADC contract, Section 2.17.6.1, Wexford submitted a staffing pattern that it proposed to meet the requirements to provide adequate standards of care. Registry and pool nurses have not been able to meet the demand left by shortage of staff and resignations. There has not been a DON or nursing staff supervisors since July 1. | No |

3