# EXHIBIT KKK

**Wexford Health Sources**
Inmate Wait Times*
Arizona
August 1, 2012 through August 31, 2012

### Safford

**Tonto:**

| | | #HNR's | |
|---|---|---|---|
| | Provider | 29 | 2.5 days |
| | Nursing | 13 | 1.5 days |
| | Dental | 27 | 5.2 days emergent and 5 to 6 month wait time on routine |
| | Mental Health | 0 | |

**Graham:**

| | | | |
|---|---|---|---|
| | Provider | 50 | 2.5 days |
| | Nursing | 9 | 1.5 days |
| | Dental | 52 | 5.2 days emergent and 5 to 6 month wait time on routine |
| | Mental Health | 1 | 24 hours |

**Ft. Grant:**

| | | | |
|---|---|---|---|
| | Provider | 81 | 2.5 days |
| | Nursing | 17 | 1.5 days |
| | Dental | 68 | 5.2 days emergent and 5 to 6 month wait time on routine |
| | Mental Health | 0 | |

### Douglas

| | | #HNR's | Wait Times |
|---|---|---|---|
| | Provider | | |
| | Nursing | | |
| | Dental | 320 | Oldest 5/8/2012 |
| | Mental Health | 6 | 2 Days |

### Perryville

| | | #HNR's | Wait Times |
|---|---|---|---|
| | Provider | | 7-10 Days |
| | Nursing | | |
| | Dental | | |
| | Mental Health | 200 | |

### Florence

| | | #HNR's | Wait Times |
|---|---|---|---|
| | Provider | 401 | 3 weeks |
| | Nursing | 598 | 3 days |
| | Dental | 509 | 60 days |
| | Mental Health | 298 | 7 days |

### Lewis

| | | | Wait Times |
|---|---|---|---|
| **Stiner** | Mental Health | 7 | 9.17 days |
| | Medical RN | 4 | 2.65 weeks |
| | Medical HCP | 8 | 6.79 weeks |
| | Dental | 3 | 4 months |
| **SDU** | Mental Health | 7 | 9.17 days |
| | Medical RN | | |
| | Medical HCP | | |
| | Dental | 3 | 4 months |
| **Morey** | Mental Health | 5 | 9.17 days |
| | Medical RN | 1 | 2.65 weeks |
| | Medical HCP | 4 | 6.79 weeks |
| | Dental | 5 | 4 months |
| **MDU** | Mental Health | 7 | 9.17 days |
| | Medical RN | | |
| | Medical HCP | | |
| | Dental | 4 | 4 months |
| **Barchey** | Mental Health | 7 | 9.17 days |
| | Medical RN | 2.5 | 2.65 weeks |
| | Medical HCP | 7.5 | 6.79 weeks |
| | Dental | 5 | 4 months |

**Wexford Health Sources**
Inmate Wait Times*
Arizona
August 1, 2012 through August 31, 2012

| Location | Service | Count | Wait Time | Notes |
|---|---|---|---|---|
| **Buckley** | Mental Health | 10 | 9.17 days | |
| | Medical RN | 5 | 2.65 weeks | |
| | Medical HCP | 8 | 6.79 weeks | |
| | Dental | 3 | 4 months | |
| **Bachman** | Mental Health | 14 | 9.17 days | |
| | Medical RN | 4 | 2.65 weeks | |
| | Medical HCP | 8 | 6.79 weeks | |
| | Dental | 4 | 4 months | |
| **BDU** | Mental Health | 18 | 9.17 days | |
| | Medical RN | | | |
| | Medical HCP | | | |
| | Dental | 4 | 4 months | |
| **Rast** | Mental Health | 14 | 9.17 days | |
| | Medical RN | 1 | 2.65 weeks | |
| | Medical HCP | 8 | 6.79 weeks | |
| | Dental | 4 | 4 months | |
| **Rast Max** | Mental Health | 7 | 9.17 days | |
| | Medical RN | | | |
| | Medical HCP | | | |
| | Dental | | | |
| **Eagle Point** | Mental Health | 7 | 9.17 days | |
| | Medical RN | 1 | 2.65 weeks | |
| | Medical HCP | 4 | 6.79 weeks | |
| | Dental | 5 | 4 months | combined with Sunrise |
| **Sunrise** | Mental Health | 7 | 9.17 days | |
| | Medical RN | | | |
| | Medical HCP | | | |
| | Dental | | | |

| **YUMA** | | Wait Times |
|---|---|---|
| | Provider | 233 26 days |
| | Nursing | 555 14 days |
| | Dental | 940 5 mos |
| | Mental | 112 1 month |

**Wexford Health Sources**
Inmate Wait Times*
Arizona
August 1, 2012 through August 31, 2012

| EYMAN | | | 1-30 days | 31-60 days | 61-90 days | 90+ |
|---|---|---|---|---|---|---|
| | Provider | 960 | | | | x |
| | Nursing | 5195 | | | | x |
| | Dental | 429 | | x | | |
| | Mental | 351 | x | | | |

| ASPC-Winslow/Apache | | | 0-24 | 24-48 | 48-72 hours | Up to 30 days | 2 to 60 dayver 60 days |
|---|---|---|---|---|---|---|---|
| | Provider | 4 | | | x | | |
| | Nursing | 168 | | x | | | |
| | Dental | 18 | | | x | | |
| | Mental | 3 | x | | | | |

| Tuscon | | HNR | Wait time |
|---|---|---|---|
| | Provider | 270 | 2 months |
| | Nursing | 1602 | 12 dyas |
| | Dental | 613 | < 90 days |
| | Mental | 464 | 7 Days |

| Phoenix | | HNR | Wait time |
|---|---|---|---|
| | Provider | 286 | 1 to 3 days |
| | Nursing | 80 | 0 to 1 days |
| | Dental | 64 | 1 to 30 days |
| | Mental | 3 | 1 to 3 days |

* Inmate wait times are reported in the same format as they came from the sites. We are following up with the facilities to standardize reporting and correct any reporting dificiencies.

Confidential Information - Subject to Protective Order002          ADC028022