# EXHIBIT RRR

# ARIZONA DEPARTMENT OF CORRECTION
## Arizona State Prison – Yuma Complex

## MEMORANDUM

TO: Joe Profiri, Monitor Team Leader

FROM: Dennis G Chenail, Compliance Monitor II

THRU: Jim Taylor, Program Evaluation Administrator

DATE: August 20, 2012

SUBJECT: Wexford Health Deficiencies at ASPC-Yuma

The number one issue continues to be staffing. By "walking and talking" I have determined the following:

- There is a Wexford Medical Director on site, but no other medical providers. There are approximately 4,300 inmates as of the census this morning. The Wexford submitted budget called for 3.75 FTE's in this category.
- There is one Dentist on site Monday through Wednesday for ten hours each day which equates to a .75 FTE. Wexford submitted a budget calling for 3.5 FTE dentists.
- There are four RNs and 6 LPNs. The Wexford budget called for eleven RNs and 19 LPNs resulting in a current deficiency of twenty FTEs. This is placing a great deal of stress on the nursing staff to provide 24 hour service.
- Wexford budgeted one Psychology Associate for the Yuma complex. Yuma is a corridor facility and accepts MH3s and some MH4s. We currently have over five hundred inmates in these categories. Many are on psychiatric medications. One FTE is woefully short and needs to be addressed with Wexford hierarchy.
- The wait time caused by the above deficiencies has not been determined as the report was not received on 08/05/12.
- A site manager was hired by Wexford on 08/01/12. She is a Nurse Practitioner who has extensive experience in clinics but has never worked in a Prison. She has not received any training from Wexford as of this date. I continue to meet with her on a regular basis and give her as much direction as possible.

Medical staff also voiced their concerns on the lack of Wexford "presence" since the takeover on 07/01/12. E-mails and phone calls go unanswered and staff feels like they have been abandoned.

I have discussed Staff issues with the Site manager who is feeling overwhelmed at this time. I will continue to meet with her and provide guidance throughout the transition.