# EXHIBIT SSS

# ARIZONA DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES CONTRACT MONITORING BUREAU
## MEMORANDUM

TO: **Joe Profiri, Contract Beds Operations Director**

THROUGH: Jim Taylor, Health Services Compliance Administrator
Richard Pratt, Interim Division Director – Health Services

FROM: Dennis R Kendall, Compliance Monitor – ASPC Florence

DATE: August 17, 2012

SUBJECT: Florence Weekly Monitoring Report

Unless directed to the contrary, this and future reports will consist of two sections. The first will be "Updates" and will provide the most current information on previously reported items. Each item will continue to appear on subsequent reports until the issue has been satisfactorily resolved. The second section will contain "New Issues." In this section, problem areas identified for the first time or a reoccurrence of a previously resolved item will be reported. Each week, items from this section will roll-up into the "Updates" section of the report.

**UPDATES:**

**Staffing:**
1. <u>Medical Providers</u>: One physician and two mid-level positions remain vacant. *Kasson* had a provider line conducted this week and it is planned that the Central Unit doctor will run a half day line once per week to keep the waiting time within guidelines. *East Unit* has not had a provider line run since July 29. Between appointment book entries and HNRs, approximately 100 inmates are waiting for doctor appointments. Since no provider has been on the unit, labs, consults and medication renewals have not been reviewed in over two weeks. The oldest lab record requiring review dates back to June 14. It is planned for the North Unit provider to go to East one day per week to review charts, meds and conduct a provider line. *Globe's* wait-time will be extended to three weeks since the next provider line is not scheduled until August 24. At *South Unit* wait time for provider line remains six weeks for routine appointments. However, chart reviews for labs, med renewals and consult reports are now current. At *Central Unit*, provider line wait times are still at two months and IPC and HU8 rounds continue to be done once a week. At *North Unit,* the provider is seeing inmates the next business day following a referral. Provider chart reviews for med renewals, labs and consults are current at South and North units but, are 45 days behind at East Unit and 30 days behind at Central. There has been no further word on the status of the two mid-level providers who are said to be in the hiring process; however, a physician was interviewed this week.
2. <u>Nursing</u>: There have been no additional resignations since the last report. Since the two experienced staff whose resignations were reported last week have left, graveyard shift is now covered completely with registry personnel. Also, the East Unit supervisor has stepped down and

Confidential Information - Subject to Protective Order009

ADC028107

is working in a regular RN capacity. That creates a nursing supervisor vacancy. On a brighter note, one RN has been hired and three RNs and one LPN are being interviewed. Unfortunately, unless new staff are put through training, both NEO and Wexford, the current deficiencies will continue. Staff needs to know how to do tasks and perform them efficiently to eliminate the existing problems:

- MARs are still not being completed properly nor are refusal signatures being obtained for med pass no shows. IRs are not being submitted to the unit DWs for investigation and action regarding no shows.
- The wait time for routine nurse line appointments at *East Unit* has improved from five days to three but, still is outside the 48 hour requirement. *Central Unit* nurse line is out 10 – 14 days. There was one "emergency" HNR dated August 1 that wasn't seen until August 16. At *South Unit* the wait is three to five days. The remaining units are in compliance.
- Inmate Letters at *Central* are improving but a few are still out of timelines.
- Intake charts are still not being reviewed by nursing within the required twelve hours at *East* and *Central*; it is taking days. As an example, two intake charts received on August 10 were reviewed by Mental Health and Dental on August 13 (two days delinquent) but as of August 15, still had not been reviewed by nursing.
- Noting of provider orders at *South Unit* is now in compliance.

3. <u>Mental Health</u>: There have been no staffing changes this past week. One psychiatrist who had been providing coverage three days per week at Florence has tendered his resignation effective today, August 17. There is a locum psychiatrist scheduled to start on Monday, August 20 but, with the loss mentioned above, only one day of additional service will result. It remains to be seen how the large number of psych med prescriptions due to expire this month are going to be renewed. No plan has been put forward since the resignation of Dr Bishop occurred. Intake chart reviews by mental health are not being done within the twelve hours required by policy at *East* or *South units*. They are taking two to four days for review.

**Medication:**
1. Written instructions regarding refill requests have been produced for both staff and inmates clarifying requirements and expectations. The inmate instructions are being affixed to the bags containing the KOP medications. A Spanish version of the instructions still needs to be produced.
2. Medication returns have reduced dramatically. Written instructions have been produced detailing the process to be followed for medication returns for inmates who have transferred to other complexes. Returns will continue to be monitored to insure refusals are being reviewed by the provider for consideration of either counseling the inmate or discontinuing the medication.
3. Jen continues to review hospital discharges to insure orders and medications are reviewed by our providers. Better communication is still required to provide advance notice to the receiving units of what the patient's discharge orders and medication requirements are.

**Consultative Appointments:**
Jen and I are attempting to develop a system to determine what previously approved consults have been denied or appointments cancelled. Collegial reviews are still not occurring at Florence, so we are unable to sit-in on the calls.

**Communication:**
As identified above, Wexford is finally starting to put directives in writing. There are still a number of questions raised to which responses are not timely, if received at all. No required reports have been provided at the local level for the month of July. The "Hospital" report is not accurate as to capturing all the inmates who have been sent to emergency rooms or admitted. Further, it does not contain necessary information required to respond to family inquiries. Unit staff have been responsive in providing information necessary to respond to Family and Friends or Project Controls. However, these tasks remain very time consuming, on some days, taking in excess of four hours to investigate and respond to all the requests.

**Administrative Concerns:**
1. Operations is continuing to have to provide a vehicle and officer to assist with the removal of biohazards. Wexford has still not addressed the issue of obtaining a suitable means of removing biohazards from the units as required by contract.
2. The issue of inmates being admitted to non-secure ward hospitals continues to place a drain on security resources as they are required to sit on inmates that should be transferred to secure units upon stabilization.

**NEW ISSUES:**

**Dental Wait-times:**
At *Globe*, a dental line has not been conducted since the end of June. There is confusion as to whether dental coverage is to be provided from Florence or Phoenix complex. The issue has been discussed with the dental supervisor who was to resolve the deficiency with the site manager. Except for *North Unit*, intake chart reviews are not being completed by dental within the required twelve hours.

**Medication:**
1. <u>Release Medication</u>: In response to the orders issued by the Director regarding release medications, the Wexford Release Planner for Florence has been tasked with implementing a system to insure inmates have all of their medications before being released. Overall, the system has proven effective but, a few glitches have occurred. In those instances, meds have been ordered from the local pharmacy and delivered to the complex or in a couple of cases, the inmate had better than a week's supply to take with him and the balance was shipped to him. The Release Planner is working with OIU to receive release lists 30 days in advance to allow sufficient time to notify the units and have the provider write release medication prescriptions to be filled and shipped to the complex at least a week in advance of the inmate's release.
2. <u>Expiring Psych Meds</u>: A major flaw in the expiration reports available through Diamond has been discovered. The problem is explained in detail in Paulette's report and she is working with Wexford and Diamond to find a solution. Until resolved, the risk of inmates whose expiring prescriptions not appearing on the expiration reports is very high. There currently are insufficient resources (manpower) to manually review every inmate on meds. While examining the records yesterday, August 16 at *North Unit*, we discovered patient who had gone without cardiac medication due to the same problem. This is a life-threatening problem that requires an immediate solution. We will continue to monitor and have the units be extremely vigilant in reviewing HNRs regarding medication renewals while Paulette works with the pharmacy experts to find a solution.

3. <u>Elimination of Lantis from Formulary</u>: Lantis is a long acting form of insulin that is no longer available according to Wexford's formulary. As current prescriptions expire, inmates will be converted to various forms of regular insulin. This will have an impact on the ability to work insulin dependent diabetics on off-site work crews. At Florence, this only impacts *North Unit*. The DW is in the process of determining how many inmates currently on off-site crews this will impact. There has already been one instance of an inmate wanting to refuse insulin so he can maintain is off-site job. One solution would be an exception to Wexford's formulary for minimum custody inmates allowing them to continue to receive Lantis.

**Administrative Concern:**

The Florence annual inspection is due to be conducted in mid-September. Given the limited time Wexford has been in place and short duration of monitoring activities, there are concerns regarding medical's compliance with the DCIs. For example, no Master Tool Inventory was provided to the site manager (FHA) or unit Chiefs of Security for July, as required. Neither was statistical data provided to the Warden. In an effort to be as prepared as possible, a preliminary DCI audit will be conducted the week of August 27, led by the Operations Compliance DW and with the Wexford Regional Nursing Director in attendance. Jen and I will participate to assist with clarifications and follow-up. The biggest concern is the lack of formal training for new and registry staff that are being used extensively to cover the existing staffing vacancies. If questioned regarding policy and procedure, most will be unable to answer correctly.