# EXHIBIT TTT

**ADC Health Services Contract Monitoring Bureau - Monitor Reports - Wexford Health Sources**  08/08/12 - 08/13/12

| Event Date | Facility | Program | Inmate | Indications of Failure | Outcome of Failure |
|---|---|---|---|---|---|
| 8/2/2012 | ASPC-Douglas | Medical | n/a | Multiple charts pending provider review, signatures, medication renewals. | to be determined |
| 8/2/2012 | ASPC-Douglas | Nursing | n/a | Wexford is using Wexford forms, not ADC forms | to be determined |
| 8/2/2012 | ASPC-Douglas | Wexford | n/a | Staffing pattern is not in compliance with contract; efforts to hire staff are inadequate | to be determined |
| 8/2/2012 | ASPC-Douglas | Medical, Nursing | n/a | Several charts with illegible signatures, no name stamp | to be determined |
| 8/2/2012 | ASPC-Douglas | Wexford | several | Several diabetic flowsheets indicate no medical supplies available, glucose test were not completed | to be determined |
| 8/13/2012 | ASPC-Douglas | Medical, Dental | n/a | Unfilled vacancies in multiple program areas; chronic care i/ms were not seen in July and none are scheduled to be seen in August; no new arrivals have been seen by provider, dental appt wait time is estimated at 5 to 7 months | to be determined |
| 8/13/2012 | ASPC-Douglas | Wexford | n/a | On-site Wexford staff report receiving little support from Wexford Corporate on new hires, establishing local clinic relations, or providing operational guidance | to be determined |
| 8/5/2012 | ASPC-Eyman | Mental Health | n/a | Of 20 chart reviews, 0 inmates had been seen by a psychiatry provider in the past 30 days | to be determined |
| 8/10/2012 | ASPC-Eyman | Off Ops | n/a | Eyman mailroom not handling medical mail; i/m medical files, etc | to be determined |
| 8/13/2012 | ASPC-Eyman | Medical? | pted: Security Co | Inmate given wrong medication, no error report found; emergency medication orders not noted; medications ordered not available in Health Unit; no record of vital signs in chart per provider order; inmate sent out to hospital | to be determined |
| 8/13/2012 | ASPC-Eyman | Wexford | n/a | Calls from Constituent Services impacted by cumbersome Wexford release-of-information protocols | to be determined |
| 8/13/2012 | ASPC-Eyman | Medical | n/a | Eyman has 3.5 medical provider FTE with one resignation pending, contract staffing calls for 6.5 FTE. | to be determined |

Page 1 of 10

Confidential Information - Subject to Protective Order001

ADC028081

**ADC Health Services Contract Monitoring Bureau - Monitor Reports - Wexford Health Sources**   08/08/12 - 08/13/12

| Event Date | Facility | Program | Inmate | Indications of Failure | Outcome of Failure |
|---|---|---|---|---|---|
| 8/3/2012 | ASPC-Safford | Nursing | n/a | Wexford is using Wexford forms, not ADC forms | to be determined |
| 8/3/2012 | ASPC-Safford | Medical | redacted: Security Conc | Collegial reviews are either not taking place as scheduled, or are not being charted as having occurred | to be determined |
| 8/13/2012 | ASPC-Safford | Nursing | n/a | Shortage of Wexford staff complex-wide; Ft Grant does not have 24-hour nursing coverage | Four nurses are being hired |
| 8/13/2012 | ASPC-Safford | Dental | n/a | Dental emergent care appt wait time is 5.5 to 6.5 days; dental routine care appt wait time is estimated at 4 to 5 months | to be determined |
| 8/6/2012 | ASPC-Tucson | Pharmacy? Nursing? | unknown | Psychotropic take-home meds left in unsecured storage near inmate access; no take-home meds storage for refrigerated meds | As of 08/13/12, unsecured refrigerator is available; no locking cabinet yet in place |
| 8/6/2012 | ASPC-Tucson | Medical, Nursing | redacted: Security Conc | Methadone script expired on 07/24, script renewed on 08/06, nursing never had the script filled | to be determined |
| 8/6/2012 | ASPC-Tucson | Nursing | redacted: Security Cor | On two separate occasions, CRN refused to evaluate inmates requesting medical assistance | to be determined |
| 8/6/2012 | ASPC-Tucson | Medical | n/a | ADC staff found doctor's wallet in drawer in medical unit | wallet returned to owner |
| 8/7/2012 | ASPC-Tucson | Medical | redacted: Security Cor | Inmate PT/OT, other therapies never re-ordered upon arrive to IPC. Inmate has filed emergency medical grievance. | to be determined |
| 8/7/2012 | ASPC-Tucson | Medical | multiple (100+) | 100+ charts awaiting provider review; PV received on 08/02/12 still not seen | to be determined |
| 8/7/2012 | ASPC-Tucson | Medical, Nursing | multiple | SOAPE format not being used in many medical records | to be determined |
| 8/7/2012 | ASPC-Tucson | Nursing | redacted: Security Conce | Inmate self-reported missing watch / swallow meds; on-site staff reported it was too late, would address issue tomorrow | to be determined |
| 8/8/2012 | ASPC-Tucson | Pharmacy? | redacted: Security Cont | Inmate awaiting release without non-formulary release meds. | non-formulary scripts require minimum 3 days to fill (require Corporate authorization); i/m runs out on 08/15/12 |

Confidential Information - Subject to Protective Order 007

ADC028087