# EXHIBIT UUU

WEXFORD VACANCIES 7/31/12

| Site | Admin Asst | Site Mgr | Cito Coord | Dental Asst | Dental/Sup | DON | Hlth Plan Coord | Intern (Psych) | Lab Tech | LPN | Med Director | Med Rec | Med Tech | Occ Therapy | PA/NP | Physician | Pt Care Tech | Psych PA/NP | Psychiatrist/Psych Sup | Psychologist | Psych Associates | Psych Tech | Psych Nurse Tech | Rad Tech | Rec Therapy | RN | RN Supervisor | Supervising Psychologist | TOTAL | Filled by REGISTRY | Filled by LOCUMS | HIRED - NOT STARTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOUGLAS | | 1 | | 1 | 2 | 1 | | | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | 1.0 | | | 11.1 | | | |
| EYMAN | 2 | | 1 | | 2 | | 1 | | 1 | 6 | 1 | 2 | 0.25 | | 1.5 | | | 1 | | 1 | 3 | | | | | | 1 | | 26.75 | | | |
| FLORENCE / Globe | 1 | | | | 1.5 | | | | 1 | 6 | 1 | 1 | 4 | | 1 | 1 | 2 | 1 | | 2 | 3.25 | 5 | 1 | 1 | | 2.2 | | | 33.45 | | | |
| LEWIS | | | | | 2 | | 1 | 1 | | 10 | 1 | 1 | | | | 1 | 3.5 | 1 | | 2.25 | 2 | 5 | 1 | 1 | 1 | 3.5 | | | 33.25 | | | |
| PERRYVILLE | 2 | | | | 2 | 1 | | | 1 | 6.9 | 1 | 2 | 1 | | | 1 | 1.4 | | 1 | 1 | 2 | 3.2 | | 1 | 1 | 11 | 3 | 1 | 41.5 | | | |
| PHOENIX | 1 | 1 | | | 1 | | | | 0.2 | 2 | 1 | 1 | 1 | 1 | 2.0 | | 1.4 | | 0.5 | | | | 10.8 | | | 1.4 | | | 25.0 | | | |
| SAFFORD / Pt Grant | | | 1 | 1 | 1.5 | | 1 | | | 4.15 | 0.25 | | | | | | | | | | | | | 0.5 | | 4.8 | 1 | | 11.05 | | | |
| TUCSON | 2 | | 1 | | 3 | | | | | 2 | 1 | 1 | | | 3 | 1 | 2 | | 2.5 | 4 | | 3 | | | | 3.28 | 4 | | 32.93 | | | |
| WINSLOW | | | | 0.5 | 1 | | | | | 4 | 1 | | | | 1 | 1.75 | | 1 | | | | | 1 | | | 4 | | | 14.5 | | | |
| YUMA | 1 | 1 | 1 | | 3.3 | 1 | | | | | | 2 | | | 4 | | | | 0.5 | 1 | 1 | | | | | 1.4 | | | 25.95 | | | |
| TOTAL | 9 | 4 | 3 | 2.5 | 16.3 | 2 | 3 | 1 | 3.2 | 44.1 | 8.25 | 11 | 6.25 | 1 | 13.4 | 5.75 | 11.3 | 5 | 4.5 | 11.25 | 11.25 | 16.2 | 13.5 | 4 | 2 | 36.5 | 9 | 2 | 262.08 | | | |

Wexford staffing plan (original) showed 751.35 budgeted staff for the field and 28 staff for the Regional Office.
Current vacancies are being filled through PRN staffing, registry, locum tenens, and use of overtime.

751.35
−262.08
─────
489.27 staff

136.04
{55 LT PRN, 17 PRN, 41 Wexford employees: 639.31
126 vacant

751
−136
───
615
−126 vacant
─────
489 staffed people + 28 = 517

751.35
262.08
─────
489.27 /hrs

126 vacant of 751