**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**ORDER GRANTING STIPULATED MOTION TO MODIFY CLASS CERTIFICATION BRIEFING SCHEDULE (THIRD REQUEST)** |

The Court having reviewed the parties' Stipulated Motion to Modify Class Certification Briefing Schedule (Third Request), and good cause appearing,

**IT IS ORDERED** granting the Stipulated Motion to Modify Class Certification Briefing Schedule (Third Request).

**IT IS FURTHER ORDERED** that the following deadlines shall apply to the remaining class certification briefing:

Defendants' Response:   December 21, 2012

Plaintiffs' Reply:   January 15, 2013

2716282.1