# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

Defendants.

NO. 2:12-cv-00601-NVW

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE PROPOSED FEE REQUEST AND OBJECTIONS (DKT. 284)**

The Court having reviewed the parties' Stipulated Motion for Extension of Time to File Proposed Fee Request and Objections (Dkt. 284), and good cause appearing,

**IT IS ORDERED** granting the Stipulated Motion for Extension of Time to File Proposed Fee Request and Objections (Dkt. 284).

**IT IS FURTHER ORDERED** if the parties are unable to agree upon the quantification of fees, Plaintiff shall submit their proposed request and Defendants shall submit their proposed objection by December 14, 2012.

2716610.1