**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

The Court having reviewed the parties' Stipulated Motion to Modify Class Certification Briefing Schedule (Third Request) (Doc. 297), and good cause appearing,

**IT IS ORDERED** granting the Stipulated Motion to Modify Class Certification Briefing Schedule (Third Request) (Doc. 297).

*///*

*///*

*///*

**IT IS FURTHER ORDERED** that the following deadlines shall apply to the remaining class certification briefing:

Defendants' Response:       December 21, 2012

Plaintiffs' Reply:          January 15, 2013

Dated this 14th day of December, 2012.

_____
Neil V. Wake
United States District Judge