# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                    Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                    Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the parties' Stipulated Motion for Extension of Time to File Proposed Fee Request and Objections (Dkt. 284), and good cause appearing,

**IT IS ORDERED** granting the Stipulated Motion for Extension of Time to File Proposed Fee Request and Objections (Dkt. 284).

///

///

///

///

**IT IS FURTHER ORDERED** if the parties are unable to agree upon the quantification of fees, Plaintiff shall submit their proposed request and Defendants shall submit their proposed objection by December 14, 2012.

Dated this 14th day of December, 2012.

_____
Neil V. Wake
United States District Judge