Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
          kflood@acluaz.org
          jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM** |

78204-0001/LEGAL25241443.1

1     PLEASE TAKE NOTICE THAT Amelia M. Gerlicher of Perkins Coie LLP will substitute as counsel of record for Jill Ripke, James Ahlers, and Thomas Ryerson who are currently listed as attorneys for Perkins Coie LLP representing all Plaintiffs in this case except Arizona Center for Disability Law.  Perkins Coie LLP and its attorneys Daniel C. Barr, Kirstin T. Eidenbach, John H. Gray, and Matthew B. du Mee continue to represent all Plaintiffs in this case except Arizona Center for Disability Law.  Ms. Gerlicher's contact information is as follows:

> Amelia M. Gerlicher
> **Perkins Coie LLP**
> 2901 North Central Avenue
> Suite 2000
> Phoenix, Arizona 85012-2788
> agerlicher@perkinscoie.com

Dated:  December 17, 2012          **PERKINS COIE LLP**

                                         By:   s/ Amelia M. Gerlicher
                                                  Daniel C. Barr (Bar No. 010149)
                                                  Amelia M. Gerlicher (Bar No. 023966)
                                                  Kirstin T. Eidenbach (Bar No. 027341)
                                                  John H. Gray (Bar No. 028107)
                                                  Matthew B. du Mée (Bar No. 028468)
                                                  2901 N. Central Avenue, Suite 2000
                                                  Phoenix, Arizona 85012
                                                  Telephone:  (602) 351-8000
                                                  Email:    dbarr@perkinscoie.com
                                                                mgerlicher@perkinscoie.com
                                                                keidenbach@perkinscoie.com
                                                                jhgray@perkinscoie.com
                                                                mdumee@perkinscoie.com

                                                  Daniel Pochoda (Bar No. 021979)
                                                  Kelly J. Flood (Bar No. 019772)
                                                  James Duff Lyall (Bar No. 330045)*
                                                  **ACLU FOUNDATION OF ARIZONA**
                                                  3707 North 7th Street, Suite 235
                                                  Phoenix, Arizona 85013
                                                  Telephone:  (602) 650-1854
                                                  Email:    dpochoda@acluaz.org
                                                                kflood@acluaz.org
                                                                jlyall@acluaz.org

                                                  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

78204-0001/LEGAL25241443.1

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Donald Specter (Cal. 83925)*  
Alison Hardy (Cal. 135966)*  
Sara Norman (Cal. 189536)*  
Corene Kendrick (Cal. 226642)*  
**PRISON LAW OFFICE**  
1917 Fifth Street  
Berkeley, California 94710  
Telephone: (510) 280-2621  
Email: dspecter@prisonlaw.com  
ahardy@prisonlaw.com  
snorman@prisonlaw.com  
ckendrick@prisonlaw.com  

*Admitted *pro hac vice*  

David C. Fathi (Wash. 24893)*  
Amy Fettig (D.C. 484883)**  
**ACLU NATIONAL PRISON PROJECT**  
915 15th Street N.W., 7th Floor  
Washington, D.C. 20005  
Telephone: (202) 548-6603  
Email: dfathi@npp-aclu.org  
afettig@npp-aclu.org  

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.  
**Admitted *pro hac vice*  

Caroline Mitchell (Cal. 143124)*  
David C. Kiernan (Cal. 215335)*  
Sophia Calderón (Cal. 278315)*  
Sarah Rauh (Cal. 283742)*  
**JONES DAY**  
555 California Street, 26th Floor  
San Francisco, California 94104  
Telephone: (415) 875-5712  
Email: cnmitchell@jonesday.com  
dkiernan@jonesday.com  
scalderon@jonesday.com  
srauh@jonesday.com  

*Admitted *pro hac vice*  

R. Scott Medsker (D.C. 976405)*  
**JONES DAY**  
51 Louisiana Avenue, NW  
Washington, D.C. 20001-2113  
Telephone: (202) 879-3837  
Email: rsmedsker@jonesday.com  

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| 2 | Kate A. Suh (Tex. 24075132)<br>**JONES DAY** |
| 3 | 717 Texas Street<br>Houston, Texas 77002 |
| 4 | Telephone:  (832) 239-3939<br>Email:     jlwilkes@jonesday.com |
| 5 | ksuh@jonesday.com |
|   | *Admitted *pro hac vice* |

John Laurens Wilkes (Tex. 24053548)*
Kate A. Suh (Tex. 24075132)
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
           ksuh@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
           jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2012, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

                                                                  s/ Delana Freouf