1  Thomas C. Horne, Arizona Attorney General
   OFFICE OF THE ATTORNEY GENERAL
2  Michael E. Gottfried, Bar No. 010623
   Katherine E. Watanabe, Bar No. 027458
3  Lucy M. Rand, Bar No. 026919
   Ashley B. Zuerlein, Bar No. 029541
4  Assistant Attorneys General
   1275 W. Washington Street
5  Phoenix, Arizona  85007-2926
   Telephone:   (602) 542-4951
6  Fax:             (602) 542-7670
   Michael.Gottfried@azag.gov
7  Katherine.Watanabe@azag.gov
   Lucy.Rand@azag.gov
8  Ashley.Zuerlein@azag.gov

9  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
10 Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 22126
11 Nicholas D. Acedo, Bar No. 021644
   Courtney R. Cloman, Bar No. 023155
12 Ashlee B. Fletcher, Bar No. 028874
   Anne M. Orcutt, Bar No. 029387
13 STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
14 Chandler, Arizona  85226
   Telephone: (480) 420-1600
15 Fax:  (480) 420-1696
   dstruck@swlfirm.com
16 kwieneke@swlfirm.com
   rlove@swlfirm.com
17 tbojanowski@swlfirm.com
   nacedo@swlfirm.com
18 ccloman@swlfirm.com
   afletcher@swlfirm.com
19 aorcutt@swlfirm.com
   *Attorneys for Defendants*

20                **UNITED STATES DISTRICT COURT**

21                        **DISTRICT OF ARIZONA**

| | |
|---|---|
| 22  Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | |
| 23 | NO. 2:12-cv-00601-NVW |
| 24                      Plaintiffs, | **NOTICE OF APPEARANCE** |
| 25              v. | |
| 26  Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| 27 | |
| 28                      Defendants. | |

#2976092

1   The undersigned attorney hereby gives notice of her appearance as attorney of
2   record for Defendants Ryan and Pratt.  Undersigned's address and telephone number are
3   as follows:

Ashley B. Zuerlein
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Civil Division, Liability Management Section
1275 W. Washington Street
Phoenix, AZ  85007-2926
(602) 542-7620

RESPECTFULLY SUBMITTED this 18th day of December, 2012.

Thomas C. Horne
Attorney General


s/Ashley B. Zuerlein
Ashley B. Zuerlein
Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Attorneys General
1275 W. Washington
Phoenix, AZ 85007

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne Orcutt
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona, 85226
*Attorneys for Defendants*

#2976092                                    2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2012, I electronically transmitted the attached document to the Clerk of the Court using the ECF System.  This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Anthony Ahlers: | jahlers@perkinscoie.com; docketphx@perkinscoie.com; jroe@perkinscoie.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Jill Louise Ripke: | jripke@perkinscoie.com; jgable@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| Sara Norman: | snorman@prisonlaw.com |

| | | |
|---|---|---|
| 1 | Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |
| 2 | Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com |
| 3 | | |
| 4 | Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| 5 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 6 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 7 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 8 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 9 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 10 | Jennifer K Messina: | jkmessina@jonesday.com |
| 11 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 12 | Eun Ae Suh: | ksuh@jonesday.com |

s/Lucy M. Rand
Lucy M. Rand

#2976092

4