Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
Lucy M. Rand, Bar No. 026919
Ashley B. Zuerlein, Bar No. 029541
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' CLASS CERTIFICATION MOTION**<br><br>**[FOURTH REQUEST]** |

2717999.1

Defendants Charles Ryan and Richard Pratt move this Court for a 3-day extension of time (1 business day) in which to file their Response to Plaintiffs' Motion for Class Certification. The Response is currently due on December 21, 2012. Defendants request an extension until December 24, 2012, for the following reasons:

- Plaintiffs' Motion for Class Certification seeks to certify a Complaint that raises 150 allegations, and includes 80 Exhibits totaling approximately 1200 pages, and which includes four expert declarations (217 avowals) and fourteen Plaintiff declarations (320 avowals). Reviewing and responding to the Motion and Exhibits has been a daunting task. A ruling granting the Motion will have profound effects on how this litigation continues and perhaps its ultimate disposition, as the Motion seeks to certify a class consisting of approximately 33,000 inmates and to impose relief that would affect the provision of medical, mental health, and dental care across ten facilities. Suffice to say, a thorough and thoughtful Response is necessary so that this Court can adequately review and resolve Plaintiffs' extraordinary request.

- Defendants are still in the process of finalizing declarations by Arizona Department of Corrections staff members. These declarations are necessary to defeat class certification. The process in acquiring these declarations has been delayed due to the staff members' obligations to the facilities and their sporadic availability. Facility security is their primary responsibility. Undersigned counsel is concerned that not all of the declarations will be executed by December 21.

- Undersigned counsel, who is primarily responsible for drafting the Response, and his wife welcomed the birth of their baby on December 5, 2012. Counsel spent the proceeding 48 hours exclusively with his wife and newborn, and, for the better part of the following week, helped in her recovery by taking on the lion's share of day-to-day responsibilities for the household and their other children. This slowed progress on the Response considerably.

- Although this is technically the Fourth Request to modify the class certification briefing schedule, this is only Defendants' third request for additional time to file their Response. In total, all three requests amount to <u>17 days</u> of additional time (from December 7 to December 24).

2717999.1

2

- Plaintiffs' were granted a 7-day extension of time to file their Motion for Class Certification (from November 2, 2012 to November 9, 2012), and have been granted an extension until January 15, 2013 to file their Reply. Defendants did not oppose those extensions. Granting Defendants' instant request still leaves Plaintiffs 22 days to file their Reply.

Counsel for the Individual Plaintiffs and the ACDL Plaintiff take no position on this request.

DATED this  20th  day of December 2012.

        STRUCK WIENEKE & LOVE, P.L.C.


        By /s/ Nicholas D. Acedo
         Daniel P. Struck
         Kathleen L. Wieneke
         Rachel Love
         Timothy J. Bojanowski
         Nicholas D. Acedo
         Courtney R. Cloman
         Ashlee B. Fletcher
         Anne M. Orcutt
         STRUCK WIENEKE & LOVE, P.L.C.
         3100 West Ray Road, Suite 300
         Chandler, Arizona  85226

         Arizona Attorney General Thomas C. Horne
         Office of the Attorney General
         Michael E. Gottfried
         Katherine E. Watanabe
         Lucy M. Rand
         Ashley B. Zuerlein
         Assistant Attorney General
         1275 W. Washington Street
         Phoenix, Arizona 85007-2926

        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| Sara Norman: | snorman@prisonlaw.com |
| Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |

| | | |
|---|---|---|
| 1 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 2 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 3 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 4 | Jennifer K. Messina: | jkmessina@jonesday.com |
| 5 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 6 | Eun Ae Suh: | ksuh@jonesday.com |
| 7 | Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| 8 | Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| 9 | Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| 10 | Ashley Brook Zuerlein: | Ashley.Zuerlein@azag.gov, Geneva.Johnson-Joksch@azag.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ *Nicholas D. Acedo*

2717999.1                                        5