**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　Plaintiffs,<br>　v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-NVW<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' CLASS CERTIFICATION MOTION** |

　　　The Court having reviewed Defendants' Motion for Extension of Time to File Response to Plaintiffs' Class Certification Motion [Fourth Request], and good cause appearing,

　　　IT IS ORDERED granting Defendants' Motion for Extension of Time to File Response to Plaintiffs' Class Certification Motion [Fourth Request]. The deadline for Defendants to file their Response to Plaintiffs' Class Certification Motion is extended to December 24, 2012.