# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                    Plaintiffs,<br>          v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                    Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the Defendants' Motion for Extension of Time to File Response to Plaintiffs' Class Certification Motion (Doc. 306), and good cause appearing,

**IT IS ORDERED** granting the Defendants' Motion for Extension of Time to File Response to Plaintiffs' Class Certification Motion (Doc. 306).

///

///

///

**IT IS FURTHER ORDERED** that the deadline for Defendants to file a response to Prisoner Plaintiffs' Motion & Memorandum of Points and Authorities in Support of Class Certification (Doc. 245) is extended to December 24, 2012.

Dated this 20th day of December, 2012.

_____
Neil V. Wake
United States District Judge