1 | Arizona Attorney General Thomas C. Horne
Office of the Attorney General
2 | Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
3 | Lucy M. Rand, Bar No. 026919
Ashley B. Zuerlein, Bar No. 029541
4 | Assistant Attorneys General
1275 W. Washington Street
5 | Phoenix, Arizona 85007-2926
Telephone: (602) 542-7695
6 | Fax: (602) 542-7670
Michael.Gottfried@azag.gov
7 | Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
8 | Ashley.Zuerlein@azag.gov

9 | Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
10 | Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
11 | Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
12 | Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
13 | STRUCK WIENEKE, & LOVE, P.L.C.
3100 West Ray Road, Suite 300
14 | Chandler, Arizona  85226
Telephone:  (480) 420-1600
15 | Fax:  (480) 420-1696
dstruck@swlfirm.com
16 | kwieneke@swlfirm.com
rlove@swlfirm.com
17 | tbojanowski@swlfirm.com
nacedo@swlfirm.com
18 | ccloman@swlfirm.com
afletcher@swlfirm.com
19 | aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-NVW |
| Plaintiffs, | **NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| Charles Ryan and Richard Pratt, in their official capacities, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that on December 21, 2012, the Defendants served upon Plaintiffs' counsel the discovery listed below, by sending it via First-Class mail same to Kirstin T. Eidenbach, Perkins Coie; Laurens Wilkes, Jones Day; and Jennifer Alewelt, Arizona Center for Disability Law.

1. Plaintiff Victor Antonio Parsons' First Set of Requests for Production of Documents to Defendants and Defendant Richard Pratt's and Defendant Charles Ryan's Eighth Supplemental Joint Responses Thereto

2. Defendants' Fourth Supplemental Rule 26(a)(1) Disclosure Statement

3. Defendants' Fourth Supplemental Response and Objections to Plaintiffs' Notice of 30(b)(6) Deposition Duces Tecum (Doc. #76)

4. Defendants' First Supplemental Response to Plaintiff Victor Antonio Parsons' Second Set of Requests for Production of Documents to Defendants.

RESPECTFULLY SUBMITTED this 21st day of December, 2012.

Thomas C. Horne
Attorney General

s/Katherine E. Watanabe
Katherine E. Watanabe
Michael E. Gottfried
Lucy M. Rand
Ashley B. Zuerlein
Assistant Attorney General
1275 W. Washington
Phoenix, AZ 85007

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona, 85226
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2012, I electronically transmitted the attached document to the Clerk of the Court using the ECF System.

This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Anthony Ahlers: | jahlers@perkinscoie.com; docketphx@perkinscoie.com; jroe@perkinscoie.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Jill Louise Ripke: | jripke@perkinscoie.com; jgable@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Sara Norman: | snorman@prisonlaw.com |
| Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |

| | | |
|---|---|---|
| 1 | Thomas Dean Ryerson: | tryerson@perkinscoie.com; docketphx@perkinscoie.com; rboen@perkinscoie.com |
| 3 | Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| 4 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 5 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 6 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 7 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 8 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 9 | Jennifer K Messina: | jkmessina@jonesday.com |
| 10 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 11 | Eun Ae Suh: | ksuh@jonesday.com |

s/S. O'Quinn
2980112

4