Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
Lucy M. Rand, Bar No. 026919
Ashley B. Zuerlein, Bar No. 029541
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                              Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                              Defendants. | NO. 2:12-cv-00601-NVW<br><br>**DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT RE: DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Pursuant to LRCiv 7.2(e)(2), Defendants seek this Court's permission to exceed the 17-page limitation applicable to responses, and accept the filing of Defendants' Response to Plaintiffs' Motion for Class Certification, which is 33 pages.  Defendants base this request on the following reasons:

- Plaintiffs' Motion seeks to certify a class consisting of approximately 33,000 inmates and requests relief that would affect the provision of medical, mental health, and dental care, and certain conditions of confinement, at the Arizona Department of Corrections (ADC). Defendants vigorously oppose that Motion. This Court's ruling will shape the future of this lawsuit. Thus, it was imperative that Defendants' Response adequately and thoroughly discusses all of the issues raised in Plaintiffs' Motion.

- Plaintiffs' Motion challenges approximately 34 alleged ADC practices and/or unwritten policies, and argues that they collectively support their claim of inadequate health care/unconstitutional conditions of confinement. More than 2/3 of the Response (21 pages) is devoted to addressing/refuting these 34 alleged practices. Plaintiffs' Motion took a different approach. Instead of outlining the practices and the purported evidence in their Motion, they instead mentioned some of them and summarily cited to their expert declarations. These expert declarations are lengthy, comprising 217 avowals, and discuss each one.  In essence, Plaintiffs saved space in their Motion by adding the information to their page-limitless Exhibits (which are approximately 1200 pages). Defendants do not have that luxury, as it was necessary to rebut each claim – both factually and legally – in their Response.

- Only 13 pages of the Response is actual argument. The arguments encompass commonality and typicality (for both the health care claims and the conditions of confinement), Rule 23(b)(2), and individual arguments against Plaintiff Parsons.  Sufficient space was needed to develop each one, and to support them with adequate legal authority and record citations.

- The Response includes 45 headings, which were needed to separate each of the alleged practices and arguments. This comprised approximately 1 ½ pages of the 33 total pages.

- Plaintiffs' Motion is 21 pages, and they have no opposition to this request.

- Counsel has already engaged in several efforts to streamline the Response, and has reduced its size, but further excision would hamper Defendants' ability to adequately present the applicable law and facts in a comprehensive and clear manner. The Response as presented will substantially aid the Court in understanding the record and evaluating the issues.

Therefore, a request to exceed the page limitation is respectfully made.

DATED this 24th day of December 2012.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/*Nicholas D. Acedo*
　　Daniel P. Struck
　　Kathleen L. Wieneke
　　Rachel Love
　　Timothy J. Bojanowski
　　Nicholas D. Acedo
　　Courtney R. Cloman
　　Ashlee B. Fletcher
　　Anne M. Orcutt
　　STRUCK WIENEKE & LOVE, P.L.C.
　　3100 West Ray Road, Suite 300
　　Chandler, Arizona  85226

　　Arizona Attorney General Thomas C. Horne
　　Office of the Attorney General
　　Michael E. Gottfried
　　Katherine E. Watanabe
　　Lucy M. Rand
　　Ashley B. Zuerlein
　　Assistant Attorney General
　　1275 W. Washington Street
　　Phoenix, Arizona 85007-2926

　　*Attorneys for Defendants*

2715691.1

3

# CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:	ahardy@prisonlaw.com

Amy Fettig:	afettig@npp-aclu.org

Caroline N. Mitchell:	cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:	ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:	DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda:	dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:	dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org

Donald Specter:	dspecter@prisonlaw.com

James Duff Lyall:	jlyall@acluaz.org; gtorres@acluaz.org

Jennifer Ann Alewelt:	jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

John Howard Gray:	jhgray@perkinscoie.com; slawson@perkinscoie.com

Kelly Joyce Flood:	kflood@acluaz.org; gtorres@acluaz.org

Kirstin T. Eidenbach:	keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Matthew Benjamin de Mee:	mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried:	Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

Sara Norman:	snorman@prisonlaw.com

Sophia Calderon:	scalderon@jonesday.com; lwong@jonesday.com

Asim Varma:	avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Sarah Rauh:	srauh@jonesday.com; treyes@jonesday.com

David C. Kiernan:	dkiernan@jonesday.com; lwong@jonesday.com

| | |
|---|---|
| R. Scott Medsker: | rsmedsker@JonesDay.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Kamilla Mamedova: | kmamedova@jonesday.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| Eun Ae Suh: | ksuh@jonesday.com |
| Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| Ashley Brook Zuerlein: | Ashley.Zuerlein@azag.gov, Geneva.Johnson-Joksch@azag.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/  *Nicholas D. Acedo*