# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-NVW<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT RE: DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

The Court, having reviewed Defendants' Motion for Leave to Exceed Page Limit Re: Defendants' Response to Plaintiffs' Motion for Class Certification, and good cause shown,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED. Defendants' lodged proposed Response to Plaintiffs' Motion for Class Certification is accepted and timely filed.

2715713.1