Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
Lucy M. Rand, Bar No. 026919
Ashley B. Zuerlein, Bar No. 029541
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE EXHIBIT IN NON-ELECTRONIC FORMAT RE: RESPONSE TO PLAINTIFFS' MOTION CLASS CERTIFICATION** |

Pursuant to LRCiv 5.5(c) and Section II(K)(2) of the Electronic Case Filing Administrative Policies and Procedures Manual for the District of Arizona, Defendants move this Court for leave to file an exhibit to their Response to Plaintiffs' Motion for Class Certification — a CD containing recorded telephone calls — in non-electronic format. The recording contains telephone calls made by Plaintiff Victor Parsons to family members/friends, wherein he makes comments that render him unfit to proceed as a class representative in this lawsuit. Defendants' Response to Plaintiffs' Motion for Class Certification relies on this recording to argue that Parsons cannot adequately represent the class and should be dismissed. This evidence is extremely relevant to support that argument, but because it cannot be converted to electronic form, Defendants respectfully request this Court's permission to file it in non-electronic format so that it can be considered. The CD, if permitted, will be designated as Exhibit 5-A to the Response.

DATED this 24th day of December 2012.

STRUCK WIENEKE & LOVE, P.L.C.

By /s/ *Nicholas D. Acedo*
　　Daniel P. Struck
　　Kathleen L. Wieneke
　　Rachel Love
　　Timothy J. Bojanowski
　　Nicholas D. Acedo
　　Courtney R. Cloman
　　Ashlee B. Fletcher
　　Anne M. Orcutt
　　STRUCK WIENEKE & LOVE, P.L.C.
　　3100 West Ray Road, Suite 300
　　Chandler, Arizona 85226

　　Arizona Attorney General Thomas C. Horne
　　Office of the Attorney General
　　Michael E. Gottfried
　　Katherine E. Watanabe
　　Lucy M. Rand
　　Ashley B. Zuerlein
　　Assistant Attorney General
　　1275 W. Washington Street
　　Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

2716173.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 24, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy: ahardy@prisonlaw.com

Amy Fettig: afettig@npp-aclu.org

Caroline N. Mitchell: cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick: ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr: DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi: dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org

Donald Specter: dspecter@prisonlaw.com

James Duff Lyall: jlyall@acluaz.org; gtorres@acluaz.org

Jennifer Ann Alewelt: jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

John Howard Gray: jhgray@perkinscoie.com; slawson@perkinscoie.com

Kelly Joyce Flood: kflood@acluaz.org; gtorres@acluaz.org

Kirstin T. Eidenbach: keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried: Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

Sara Norman: snorman@prisonlaw.com

Sophia Calderon: scalderon@jonesday.com; lwong@jonesday.com

Asim Varma: avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Sarah Rauh: srauh@jonesday.com; treyes@jonesday.com

David C. Kiernan: dkiernan@jonesday.com; lwong@jonesday.com

| | | |
|---|---|---|
| 1 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 2 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 3 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 4 | Jennifer K. Messina: | jkmessina@jonesday.com |
| 5 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 6 | Eun Ae Suh: | ksuh@jonesday.com |
| 7 | Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| 8 | Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| 9 | Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| 10 | Ashley Brook Zuerlein: | Ashley.Zuerlein@azag.gov, Geneva.Johnson-Joksch@azag.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/  *Nicholas D. Acedo*