**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-NVW<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE EXHIBIT IN NON-ELECTRONIC FORMAT RE: RESPONSE TO MOTION FOR CLASS CERTIFICATION** |

　　　　The Court, having reviewed Defendants' Motion for Leave to File Exhibit in Non-Electronic Format Re: Response to Plaintiffs' Motion for Class Certification, and good cause appearing,

　　　　IT IS ORDERED granting the Defendants' Motion and allowing the filing of the proposed exhibit, a CD containing recorded telephone calls (and designated as Exhibit 5-A), in non-electronic format.