Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
Lucy M. Rand, Bar No. 026919
Ashley B. Zuerlein, Bar No. 029541
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**NOTICE OF FILING NON-ELECTRONIC EXHIBIT RE: DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Pursuant to this Court's order dated December 27, 2012, granting Defendants leave to file Exhibit 5-A to Defendants' Response to Plaintiffs' Motion for Class Certification in non-electronic format (Dkt. # 314), Defendants hereby give notice that they have lodged under seal (pending Defendants' Motion to Seal, see Dkt. # 311) that Exhibit today.

DATED this 27th day of December 2012.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Nicholas D. Acedo
   Daniel P. Struck
   Kathleen L. Wieneke
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   Courtney R. Cloman
   Ashlee B. Fletcher
   Anne M. Orcutt
   STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
   Chandler, Arizona  85226

   Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
   Michael E. Gottfried
   Katherine E. Watanabe
   Lucy M. Rand
   Ashley B. Zuerlein
   Assistant Attorney General
   1275 W. Washington Street
   Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

2718650.1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:         ahardy@prisonlaw.com

Amy Fettig:           afettig@npp-aclu.org

Caroline N. Mitchell:   cnmitchell@jonesday.com; mlandsborough@jonesday.com;

| | | |
|---|---|---|
| 1 | | nbreen@jonesday.com |
| 2 | Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| 3 | Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| 4-5 | Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| | David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| 6 | Donald Specter: | dspecter@prisonlaw.com |
| 7 | James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| 8-9 | Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| 10 | John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| 11 | Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| 12-13 | Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| 14 | Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| 15 | Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| 16 | Sara Norman: | snorman@prisonlaw.com |
| 17 | Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |
| 18-19 | Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| 20 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 21 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 22 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 23 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 24 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 25 | Jennifer K. Messina: | jkmessina@jonesday.com |
| 26 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 27 | Eun Ae Suh: | ksuh@jonesday.com |
| 28 | Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |

3

| | |
|---|---|
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| Ashley Brook Zuerlein: | Ashley.Zuerlein@azag.gov, Geneva.Johnson-Joksch@azag.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Nicholas D. Acedo