IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

    Before the Court is Defendants' proposed response to Plaintiffs' Motion for Class Certification (Doc. 312). Defendants lodged the response and exhibits under seal and move to (1) exceed the page limit for their response and (2) seal the response and exhibits in their entirety (Docs. 310-311).

    Defendants offer no justification for their request to seal their entire response and all of their exhibits. Indeed, no such justification exists to overcome the very strong presumption in favor of the public's interest in full disclosure of these significant proceedings involving issues of great importance. Nor is there any basis to seal Defendants' entire response when Plaintiffs separately lodged the exhibits that contained private information and filed redacted and unredacted versions of their motion (Docs. 245, 248, 249). Consequently, Defendants' motion to seal will be denied without prejudice to refiling their request and separately docketing only those exhibits that must be sealed. Additionally, Defendants may file redacted and unredacted versions of their response if they choose.

Conversely, Defendants' argument is well-taken that the length of their response brief is appropriate because they were forced to respond to voluminous documents that Plaintiffs incorporated by reference in their motion. But because of the length of their brief, they must refile their response with a table of contents within 5 days.

**IT IS THEREFORE ORDERED that**:

(1) Defendants' Motion for Leave to File Excess Pages (Doc. 310) is granted. Defendants must, however, refile their response with a table of contents within 5 days.

(2) Defendants' Motion to Seal Response and Exhibits (Doc. 311) is denied without prejudice to refiling by separately docketing only those exhibits that must be sealed. Defendants may also file redacted and unredacted versions of their response.

Dated this 3rd day of January, 2013.

Neil V. Wake
United States District Judge