Thomas C. Horne
Arizona Attorney General
OFFICE OF THE ATTORNEY GENERAL
Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
Lucy M. Rand, Bar No. 026919
Ashley B. Zuerlein, Bar No. 029541
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7695
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan and Richard Pratt, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-NVW <br><br> **NOTICE OF SERVICE OF DISCOVERY** |

1    NOTICE IS HEREBY GIVEN that on January 4, 2013, the Defendants served

2 upon Plaintiffs' counsel the discovery listed below via First-Class mail to Kirstin T.

3 Eidenbach of Perkins Coie; Laurens Wilkes of Jones Day; and Jennifer Alewelt of the

4 Arizona Center for Disability Law.

5    1.    Plaintiff Victor Antonio Parsons' First Set of Requests for Production of

6        Documents to Defendants and Defendants Richard Pratt's and Charles

7        Ryan's *Ninth* Supplemental Joint Responses Thereto.

8    RESPECTFULLY SUBMITTED this 4th day of January, 2013.

9                                        Thomas C. Horne
                                         ATTORNEY GENERAL
10

11                                       s/ Lucy M. Rand
                                         Lucy M. Rand
12                                       Michael E. Gottfried
                                         Katherine E. Watanabe
13                                       Ashley B. Zuerlein
                                         Assistant Attorneys General
14                                       1275 West Washington Street
                                         Phoenix, Arizona  85007-2926
15

16                                       Daniel P. Struck
                                         Kathleen L. Wieneke
17                                       Rachel Love
                                         Timothy J. Bojanowski
18                                       Nicholas D. Acedo
                                         Courtney R. Cloman
19                                       Ashlee B. Fletcher
                                         Anne Orcutt
20                                       **STRUCK WIENEKE & LOVE, P.L.C.**
                                         3100 West Ray Road, Suite 300
21                                       Chandler, Arizona  85226
                                         *Attorneys for Defendants*
22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on January 4, 2013, I electronically transmitted the attached

3   document to the Clerk of the Court using the ECF System.   This document and the

4   Notice of Electronic Filing were automatically served on the same date to the following,

5   who are registered participants of the CM/ECF System:

6   Daniel J. Pochoda, Esq.
    Kelly J. Flood, Esq.
7   James D. Lyall, Esq.
    **ACLU FOUNDATION OF ARIZONA**
8   3707 North 7th Street, Suite 235
    Phoenix, AZ 85014
9   *Attorneys for Plaintiffs*

10
    David C. Fathi, Esq.
11  Amy Fettig, Esq.
    **ACLU NATIONAL PRISON PROJECT**
12  915 15th Street N.W., 7th Floor
    Washington, DC 20005
13  *Attorneys for Plaintiffs*

14
    Donald Specter, Esq.
15  Alison Hardy, Esq.
    Corene T. Kendrick, Esq.
16  Sara Norman, Esq.
    **PRISON LAW OFFICE**
17  1917 Fifth Street
    Berkeley, CA 94710
18  *Attorneys for Plaintiffs*

19  Daniel C. Barr, Esq.
    Amelia M. Gerlicher, Esq.
20  Kirstin T. Eidenbach, Esq.
    John H. Gray, Esq.
21  Matthew B. du Mee, Esq.
    **PERKINS COIE LLP**
22  2901 N. Central Ave., Ste. 2000
    Phoenix, AZ 85012-2788
23  *Attorneys for Plaintiffs*

24

25

26

27

28

Caroline N. Mitchell, Esq.
David C. Kiernan, Esq.
Sarah Rauh, Esq.
Sophia H, Calderon, Esq.
**JONES DAY** – San Francisco, CA
555 California Street, 26th Floor
San Francisco, CA 94104
*Attorneys for Plaintiffs*

Kamilla Mamedova, Esq.
Jennifer K. Messina, Esq.
**JONES DAY** – New York, NY
222 East 41st Street
New York, NY 10017
*Attorneys for Plaintiffs*

R. Scott Medsker, Esq.
**JONES DAY** – Washington, DC
51 Louisiana Avenue, NW
Washington, DC 20001-2113
*Attorneys for Plaintiffs*

Eun (Kate) A. Suh Esq.
John L. Wilkes, Esq.
**JONES DAY** – Houston, TX
717 Texas Street, Suite 3300
Houston, TX 77002
*Attorneys for Plaintiffs*

Jennifer A. Alewelt, Esq.
Asim Varma, Esq.
Ruth A. Szanto
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, #202
Phoenix, AZ 85034
*Attorneys for Plaintiff Arizona Center
 for Disability Law*

1

Sarah E. Kader, Esq.
**ARIZONA CENTER FOR DISABILITY LAW**

2

1242 East Del Rio Drive
Tempe, AZ 85282-3919

3

*Attorneys for Plaintiff Arizona Center*
    *for Disability Law*

4

5

s/ Lucy M. Rand
#2989890

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4