# EXHIBIT 1

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Victor Parsons, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   CV 12-00601-PHX-NVW (MEA) |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Service, Arizona Department of Corrections, in their official capacities | ) ) ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  St. Joseph's Hospital and Medical Center, 350 West Thomas Road, Phoenix, Arizona 85013

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: All documents requested pursuant to Exhibit A attached hereto -- St. Joseph's Hospital & Medical Center Authorization for Use or Disclosure of Protected Health Information as follows: (all dates) Pertinent Information (H&P, Discharge summary, Consultation, Operative report, Path report, Lab, x-ray, & emergency deptartment report), Consultation Reports, Discharge Summary, EKGs, Emergency Room, History and Physical, Laboratory Tests, Medications, Procedure Reports, Progress Notes, X-Ray Reports, Pathology Reports

| Place: Perkins Coie LLP, 2901 N. Central Avenue, Suite 2000, Phoenix, Arizona 85012 | Date and Time: 01/17/2013 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  1/2/13

*CLERK OF COURT*  OR  *[signature]*

*Signature of Clerk or Deputy Clerk*       *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Individually named prisoner plaintiffs                                                               , who issues or requests this subpoena, are:

John Gray, c/o Perkins Coie LLP, 2901 N. Central Avenue, Suite 2000, Phoenix, Arizona 85012; 602-351-8092; and Caroline Mitchell, c/o Jones Day, 555 California Street, 26th Floor, San Francisco, California 94104-1500; (415) 875-5712

AO 88B  (Rev.  06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  CV 12-00601-PHX-NVW (MEA)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

### Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

  (1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

  (2) *Command to Produce Materials or Permit Inspection.*
  (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    (i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.
    (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  (3) *Quashing or Modifying a Subpoena.*
  (A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:
    (i) fails to allow a reasonable time to comply;
    (ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;
    (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    (iv) subjects a person to undue burden.
  (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:
    (i) disclosing a trade secret or other confidential research, development, or commercial information;
    (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or
    (iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.
  (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    (ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

  (1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  (2) *Claiming Privilege or Protection.*
  (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    (i) expressly make the claim; and
    (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

# EXHIBIT A



**St. Joseph's Hospital and Medical Center.**
A Dignity Health Member

350 West Thomas Rd.
Phoenix, AZ 85013

## AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION

Completion of this document authorizes the disclosure and/or use of health information about you. Failure to provide a information requested may invalidate this authorization.

### USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION:

Name of Patient: **William McDowell**    Date of Birth: Redacted

Other Names Used: _____    Telephone Number: _____

Medical Record or Account#: _____
(Hospital use only)

I AUTHORIZE: **St. Joseph's Hospital & Medical Center**
(Facility or other provider)

TO DISCLOSE TO: **Caroline N. Mitchell, Esq.**
(Persons/organizations authorized to receive the information)

at the following address: **555 California Street, 26th Floor, SF CA 94104**
(street, city, state and zip code)

☒ THE FOLLOWING RECORDS, specific types of health information, or records for the date(s) of treatment as specified [check applicable box(es)]:

☒ Pertinent Information (No charge)         ☒ Electrocardiograms (EKGs)       ☐ Billing Records
(H&P, Discharge summary, Consultation,      ☒ Emergency Room                  ☒ Procedure Reports
Operative report, Path report, Lab,          ☒ History and Physical            ☒ Progress Notes
x-ray, & emergency department report)        ☒ Laboratory Tests                ☒ X-ray Reports
☒ Consultation Reports                       ☒ Medications                     ☒ Pathology Report
☒ Discharge Summary
☐ Date(s): **all**
☐ Other(s): _____

☐ ALL RECORDS (Fees may apply, 20 cents per page for patient request only)
regarding my treatment, hospitalization, and outpatient care. A separate authorization is required for the use or disclosure of psychotherapy notes or research health information.

**SENSITIVE INFORMATION:** The information disclosed may include the following (initial applicable lines below):
_____ Genetic testing information
_____ HIV related information and other communicable diseases
_____ Drug/Alcohol related information

**PURPOSE:** The purpose of the requested use or disclosure is:

- [x] At the request of the patient or personal representative
- [ ] Continued healthcare
- [ ] Insurance
- [ ] Legal review
- [ ] Other:_____

**LIMITATIONS:** The following limitations apply to this authorization for disclosure:

- [x] None
- [ ] Other:_____

**EXPIRATION:** This authorization will automatically expire one (1) year from the date of execution unless a different event or end date is specified: _2 years from today_
(insert date or event)

**MY RIGHTS:**

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment or payment or eligibility for benefits.
- I may revoke this authorization at any time, but I must do so in writing and submit it to the following address:

    Facility Privacy Officer
    St. Joseph's Hospital & Medical Center
    350 West Thomas Road, Phoenix, AZ 85013

My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

Information disclosed pursuant to this authorization could be re-disclosed by the recipient. Such re-disclosure is in some cases not protected by Arizona law and may no longer be protected by federal confidentiality law (HIPAA).

SIGNATURE: _William McDowell_  Date: _11-21-12_
(Patient or personal representative)

_____  _____
Print name of personal representative    Relationship to patient

Patient/Representative Identification Verified. Initials:_____ Dept:_____



Integrity Document Solutions, Inc.

Dear Requester of Patient Medical Records:

Please fill out this authorization completely before submitting it to St. Joseph's Release of Information Department. We want to ensure that your request will be able to be fulfilled promptly.

If there is a particular document that you require, enter this information on the "Other" line. Also, please enter the date of service required or the range of dates, such as "all 2008".

If "Pertinent" is selected, IDS will process the request at no charge to the patient for follow-up care. This is only for the latest admission. "Pertinent Information" is defined as the latest admission and includes the following reports: Discharge Summary, History and Physical, Operation Report, Pathology, Consultations, Labs, Radiology, Cardiology Tests, Immunization Records, and any other specialized tests such as Neurology (EEG).

Also, pertinent records to be forwarded to a doctor, clinic, or hospital will be sent at no charge to the patient if the records are needed for follow-up care.

If "All Records" is marked, then a *fee may be charged*. We will interpret this as every page in the chart. If this is not what is implied, then please explain. Sometimes, these charts may be voluminous and costly and may take longer to process. However, we are happy to fulfill your request as described.

The fee charged will be .20 per page. If a chart is to be forwarded to an attorney, insurance company, etc., the fee must be paid in advance before the chart will be forwarded.

*Please do not submit any money in advance with your request.* We will bill you after the exact page count has been calculated. IDS accepts checks, money orders, credit cards or exact change. Checks and money orders should be made out to IDS, not to the hospital. Credit card payments must be processed by the patient online at www.integritydocument.com.

If you have any questions, we are available at 602-406-3357 from 8:00 a.m. to 4:30 p.m., Monday through Friday.

Thank you and we look forward to processing your request promptly.

Please check one:

☒ I agree to fee and request the order to be processed. I understand that I will be responsible for the total amount due on the invoice from IDS.

☐ I want my request for medical records to be for 'Pertinent Information only. Pertinent information for the most recent admit is provided at no charge.

Print Name: William J McDowell
Signature: William McDowell
Date: 11-2-12

Integrity Document Solutions • St. Joseph's Hospital & Medical Center • 350 West Thomas Road, Phoenix AZ 85013
Ph: 602-406-3357 • Fax: 602-406-4120