1  Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Katherine E. Watanabe, Bar No. 027458
3  Lucy M. Rand, Bar No. 026919
   Ashley B. Zuerlein, Bar No. 029541
4  Assistant Attorney General
   1275 W. Washington Street
5  Phoenix, Arizona 85007-2926
   Telephone: (602) 542-4951
6  Fax: (602) 542-7670
   Michael.Gottfried@azag.gov
7  Katherine.Watanabe@azag.gov
   Lucy.Rand@azag.gov
8  Ashley.Zuerlein@azag.gov

9  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
10 Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 22126
11 Nicholas D. Acedo, Bar No. 021644
   Courtney R. Cloman, Bar No. 023155
12 Ashlee B. Fletcher, Bar No. 028874
   Anne M. Orcutt, Bar No. 029387
13 STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
14 Chandler, Arizona  85226
   Telephone:  (480) 420-1600
15 Fax:  (480) 420-1696
   dstruck@swlfirm.com
16 kwieneke@swlfirm.com
   rlove@swlfirm.com
17 tbojanowski@swlfirm.com
   nacedo@swlfirm.com
18 ccloman@swlfirm.com
   afletcher@swlfirm.com
19 aorcutt@swlfirm.com
   *Attorneys for Defendants*

20                 **UNITED STATES DISTRICT COURT**

21                      **DISTRICT OF ARIZONA**

22 Victor Parsons, *et al.*, on behalf of themselves          NO. 2:12-cv-00601-NVW
   and all others similarly situated; and Arizona
23 Center for Disability Law,
                                            Plaintiffs,      **DEFENDANTS' RENEWED**
24            v.                                             **MOTION TO SEAL RE:**
                                                            **RESPONSE TO PLAINTIFFS'**
25 Charles Ryan, Director, Arizona Department               **MOTION FOR CLASS**
   of Corrections; and Richard Pratt, Interim               **CERTIFICATION**
26 Division Director, Division of Health Services,
   Arizona Department of Corrections, in their
27 official capacities,
                                          Defendants.

28

1    Defendants Charles Ryan and Richard Pratt ("Defendants") respectfully

2  request leave to file under seal their unredacted Response to Plaintiffs' Motion for Class

3  Certification, and unredacted Exhibit 1 to that Response.  The Response and Exhibit 1

4  (unredacted) contain information taken from Plaintiffs' Declarations (Dkt. # 249–1),

5  specifically confidential health care information, which this Court previously ordered to

6  be kept under seal (Dkt. # 247).   Plaintiffs support the continued sealing of this

7  information, and assisted Defendants in identifying the information in the Response and

8  Exhibits that fell within the purview of this Court's order to seal.  Defendants have

9  contemporaneously filed redacted versions of the Response and Exhibit 1, in accordance

10  with this Court's directive.  (See Dkt. ## 316, 321.)  Both the redacted and unredacted

11  versions include a table of contents.

12    DATED this 8th day of January 2013.

13                                  STRUCK WIENEKE & LOVE, P.L.C.

14

15                          By /s/ Nicholas D. Acedo
                                    Daniel P. Struck
16                                  Kathleen L. Wieneke
                                    Rachel Love
17                                  Timothy J. Bojanowski
                                    Nicholas D. Acedo
18                                  Courtney R. Cloman
                                    Ashlee B. Fletcher
19                                  Anne M. Orcutt
                                    STRUCK WIENEKE & LOVE, P.L.C.
20                                  3100 West Ray Road, Suite 300
                                    Chandler, Arizona  85226
21
                                    Arizona Attorney General Thomas C. Horne
22                                  Office of the Attorney General
                                    Michael E. Gottfried
23                                  Katherine E. Watanabe
                                    Lucy M. Rand
24                                  Ashley B. Zuerlein
                                    Assistant Attorney General
25                                  1275 W. Washington Street
                                    Phoenix, Arizona 85007-2926
26
                                    *Attorneys for Defendants*
27

28  2720606.1

                                    2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:              ahardy@prisonlaw.com

Amy Fettig:                afettig@npp-aclu.org

Caroline N. Mitchell:      cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:        ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:       DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda:     dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:         dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:            dspecter@prisonlaw.com

James Duff Lyall:          jlyall@acluaz.org; gtorres@acluaz.org

Jennifer Ann Alewelt:      jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

John Howard Gray:          jhgray@perkinscoie.com; slawson@perkinscoie.com

Kelly Joyce Flood:         kflood@acluaz.org; gtorres@acluaz.org

Kirstin T. Eidenbach:      keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried:Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

Sara Norman:               snorman@prisonlaw.com

Sophia Calderon:           scalderon@jonesday.com; lwong@jonesday.com

Asim Varma:                avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Sarah Rauh:                srauh@jonesday.com; treyes@jonesday.com

David C. Kiernan:          dkiernan@jonesday.com; lwong@jonesday.com

3

| | | |
|---|---|---|
| 1 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 2 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 3 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 4 | Jennifer K. Messina: | jkmessina@jonesday.com |
| 5 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 6 | Eun Ae Suh: | ksuh@jonesday.com |
| 7 | Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| 8 | Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| 9 10 | Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| 11 | Ashley Brook Zuerlein: | Ashley.Zuerlein@azag.gov, Geneva.Johnson-Joksch@azag.gov |

12      I hereby certify that on this same date, I served the attached document by U.S.

13 Mail, postage prepaid, on the following, who is not a registered participant of the

14 CM/ECF System:

15      N/A

16                        /s/ Nicholas D. Acedo

17

18

19

20

21

22

23

24

25

26

27

28