1
2
3
4
5

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　Plaintiffs,<br>　v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-NVW<br><br>**ORDER GRANTING DEFENDANTS' RENEWED MOTION TO SEAL RE: RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

The Court, having reviewed Defendants' Renewed Motion to Seal Re: Response to Plaintiffs' Motion for Class Certification, and good cause appearing,

IT IS ORDERED that Defendants' Renewed Motion to Seal Re: Response to Plaintiffs' Motion for Class Certification is GRANTED.

IT IS FURTHER ORDERED directing the Clerk's Office to file the following documents lodged with Defendants' Renewed Motion to Seal under seal: Defendants' unredacted Response to Plaintiffs' Motion for Class Certification and unredacted Exhibit 1 to that Response.

2720607.1