**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the Defendants' Renewed Motion to Seal Re: Response to Plaintiffs' Motion for Class Certification (Doc. 322), and good cause appearing,

IT IS ORDERED granting the Defendants' Renewed Motion to Seal Re: Response to Plaintiffs' Motion for Class Certification (Doc. 322).

///
///
///

IT IS FURTHER ORDERED directing the Clerk's Office to file the Defendants' Unredacted Response to Plaintiffs' Motion for Class Certification and Exhibit 1 under seal.

Dated this 8th day of January, 2013.

_____
Neil V. Wake
United States District Judge