Jennifer A. Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
ARIZONA CENTER FOR DISABILITY LAW
5025 East Washington Street, Suite 202
Phoenix, Arizona  85034
Telephone: (602) 274-6287
Facsimile: (602) 274-6779
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org
*Attorneys for Plaintiff*
*Arizona Center for Disability Law*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VICTOR ANTONIO PARSONS, et al., | ) |
| Plaintiffs, | ) No. 2:12-CV-00601-NVW |
| v. | ) **NOTICE OF SERVICE OF PLAINTIFF ARIZONA CENTER FOR DISABILITY LAW'S FIFTH SUPPLEMENTAL RESPONSE TO DEFENDANT CHARLES RYAN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS** |
| CHARLES RYAN, et al., | ) |
| Defendants. | ) Hon. Neil V. Wake |

NOTICE IS HEREBY GIVEN that on January 14, 2013, Plaintiff Arizona Center for Disability Law served upon Defendants' counsel the discovery papers listed below, by emailing same to all counsel of record at the email addresses listed below.

1. Arizona Center for Disability Law's Fifth Supplemental Response to Defendant Charles Ryan's First Request for Production of Documents and Things.

Respectfully submitted this 14th day of January, 2013.

ARIZONA CENTER FOR DISABILITY LAW

*s/ Jennifer A. Alewelt*
Jennifer A. Alewelt
Asim Varma
Sarah Kader
*Attorneys for Plaintiff Arizona Center for Disability Law*

**CERTIFICATE OF FILING AND SERVICE**

I certify that on this 14th day of January, 2013, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this action:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Anne Marie Orcutt | aorcutt@swlfirm.com |
| | cmadden@swlfirm.com |
| | abender@swlfirm.com |
| Ashlee B. Fletcher | afletcher@swlfirm.com |
| | swolford@swlfirm.com |
| Caroline N. Mitchell: | cnmitchell@jonesday.com |
| | mlandsborough@jonesday.com |
| | nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com |
| | edegraff@prisonlaw.com |
| Courtney Rachel Cloman | ccloman@swlfirm.com |
| | eespiritu@swlfirm.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com |
| | docketphx@perkinscoie.com |
| | sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org |
| | danpoc@cox.net |

| | | |
|---|---|---|
| 1 | | gtorres@acluaz.org |
| 2 | Daniel Patrick Struck | dstruck@swlfirm.com |
| | | lclark@swlfirm.com |
| 3 | | mgiardina@swlfirm.com |
| | | mrosenberg@swlfirm.com |
| 4 | | |
| 5 | David Cyrus Fathi: | dfathi@npp-aclu.org |
| | | astamm@aclu.org |
| 6 | | hkrase@npp-aclu.org |
| 7 | David C. Kiernan: | dkiernan@jonesday.com |
| | | lwong@jonesday.com |
| 8 | Donald Specter: | dspecter@prisonlaw.com |
| 9 | Eun Ae Suh | ksuh@jonesday.com |
| 10 | | jasoderberg@jonesday.com |
| 11 | James Anthony Ahlers: | jahlers@perkinscoie.com |
| | | jroe@perkinscoie.com |
| 12 | | |
| 13 | James Duff Lyall: | jlyall@acluaz.org |
| | | gtorres@acluaz.org |
| 14 | Jennifer K Messina: | jkmessina@jonesday.com |
| 15 | Jill Louise Ripke: | jripke@perkinscoie.com |
| 16 | | jgable@perkinscoie.com |
| 17 | John Howard Gray: | jhgray@perkinscoie.com |
| | | slawson@perkinscoie.com |
| 18 | John Laurens Wilkes: | jlwilkes@jonesday.com |
| 19 | | dkkerr@jonesday.com |
| 20 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 21 | Katherine Emiko Watanabe | Katherine.Watanabe@azag.gov |
| 22 | | Susan.oquinn@azag.gov |
| 23 | Kathleen L. Wieneke | kwieneke@swlfirm.com |
| | | hmcgee@swlfirm.com |
| 24 | | kpenny@swlfirm.com |
| | | lpiasecki@swlfirm.com |
| 25 | | |

| | |
|---|---|
| Kelly Joyce Flood: | kflood@acluaz.org |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com<br>dfreouf@perkinscoie.com |
| Matthew Benjamin du Mee: | mdumee@perkinscoie.com<br>cwendt@perkinscoie.com |
| Michael Evan Gottfried: | Michael.gottfried@azag.gov<br>colleen.jordan@azag.gov<br>lucy.rand@azag.gov |
| Nicholas Daniel Acedo | NAcedo@swlfirm.com<br>swolford@swlfirm.com |
| R. Scott Medsker: | rsmedsker@JonesDay.com |
| Rachel Love | rlove@swlfirm.com<br>arowley@swlfirm.com |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Rauh: | srauh@jonesday.com<br>treyes@jonesday.com |
| Sophia Calderon: | scalderon@jonesday.com<br>lwong@jonesday.com |
| Thomas Dean Ryerson: | tryerson@perkinscoie.com<br>rboen@perkinscoie.com |
| Timothy James Bojanowski | tbojanowski@swlfirm.com<br>kshadoan@swlfirm.com<br>tmayo@swlfirm.com |

*s/ Janet Clarke*

-4-