Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: dpochoda@acluaz.org
        kflood@acluaz.org
        jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **UNOPPOSED MOTION FOR ADDITIONAL PAGES** |

**Motion and Memorandum**

Pursuant to LRCiv 7.2(e), Prisoner Plaintiffs jointly move for an extension of the page limits for briefing associated with class certification.  Specifically, Prisoner Plaintiffs seek an order that Prisoner Plaintiffs' Reply in Support of Motion for Class Certification

shall not exceed thirteen (13) pages. Plaintiff Arizona Center for Disability Law and Defendants Pratt and Ryan have stated that they do not oppose this Motion.

Prisoner Plaintiffs have alleged claims on behalf of over 33,000 inmates, asserting class claims related to medical care, dental care, mental health care, and conditions of confinement in isolation units. The Motion under consideration was 21 pages, Defendants' response was 33 pages, and both include lengthy exhibits. In agreeing to those extensions, the parties agreed to address Prisoner Plaintiffs' potential need for more than 11 pages on Reply until after the Response was filed. Plaintiffs now respectfully assert that they require additional pages to adequately respond to Defendants' factual and legal arguments.[1]

A proposed Reply in Support of Motion for Class Certification is lodged with this Motion for Additional Pages. Plaintiffs are also filing the Declaration of Corene Kendrick and three associated exhibits, of which one is redacted. The unredacted version of this exhibit has been filed with a Motion to Seal.

Dated: January 15, 2013

**ACLU NATIONAL PRISON PROJECT**

By: s/ David C. Fathi
David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

---

[1] If the Court denies this Motion, Prisoner Plaintiffs request that they be allotted time to prepare and file a reply brief that complies with the Court's page limits.

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
keidenbach@perkinscoie.com
jhgray@perkinscoie.com
mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
kflood@acluaz.org
jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
|  | David C. Kiernan (Cal. 215335)* |
| 2 | Sophia Calderón (Cal. 278315)* |
|  | Sarah Rauh (Cal. 283742)* |
| 3 | **JONES DAY** |
|  | 555 California Street, 26th Floor |
| 4 | San Francisco, California 94104 |
|  | Telephone: (415) 875-5712 |
| 5 | Email: cnmitchell@jonesday.com |
|  |         dkiernan@jonesday.com |
| 6 |         scalderon@jonesday.com |
|  |         srauh@jonesday.com |
| 7 | |
|  | *Admitted *pro hac vice* |
| 8 | |
|  | R. Scott Medsker (D.C. 976405)* |
| 9 | **JONES DAY** |
|  | 51 Louisiana Avenue, NW |
| 10 | Washington, D.C. 20001-2113 |
|  | Telephone: (202) 879-3837 |
| 11 | Email: rsmedsker@jonesday.com |
| 12 | *Admitted *pro hac vice* |
| 13 | John Laurens Wilkes (Tex. 24053548)* |
|  | Kate A. Suh (Tex. 24075132) |
| 14 | **JONES DAY** |
|  | 717 Texas Street |
| 15 | Houston, Texas 77002 |
|  | Telephone: (832) 239-3939 |
| 16 | Email: jlwilkes@jonesday.com |
|  |         ksuh@jonesday.com |
| 17 | |
|  | *Admitted *pro hac vice* |
| 18 | |
|  | Kamilla Mamedova (N.Y. 4661104)* |
| 19 | Jennifer K. Messina (N.Y. 4912440)* |
|  | **JONES DAY** |
| 20 | 222 East 41 Street |
|  | New York, New York 10017 |
| 21 | Telephone: (212) 326-3498 |
|  | Email: kmamedova@jonesday.com |
| 22 |         jkmessina@jonesday.com |
| 23 | *Admitted *pro hac vice* |
| 24 | *Attorneys for Plaintiffs Victor Parsons;* |
|  | *Shawn Jensen; Stephen Swartz; Dustin* |
| 25 | *Brislan; Sonia Rodriguez; Christina* |
|  | *Verduzco; Jackie Thomas; Jeremy Smith;* |
| 26 | *Robert Gamez; Maryanne Chisholm;* |
|  | *Desiree Licci; Joseph Hefner; Joshua* |
| 27 | *Polson; and Charlotte Wells, on behalf of* |
|  | *themselves and all others similarly situated* |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

s/ Delana Freouf

78204-0001/LEGAL25570739.1          -5-