1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

DISTRICT OF ARIZONA

| | |
|---|---|
| 9 Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | No. CV 12-00601-PHX-NVW (MEA) **ORDER GRANTING UNOPPOSED MOTION FOR ADDITIONAL PAGES** |

18
19      Having received and considered Prisoner Plaintiffs' Unopposed Motion for

20  Additional Pages, and for good cause appearing,

21      **IT IS HEREBY ORDERED** that the Unopposed Motion for Additional Pages is

22  **GRANTED**.    The Clerk is directed to file the lodged, public version of Prisoner

23  Plaintiffs' Reply in Support of Motion for Class Certification.

24
25
26
27
28