# EXHIBIT

# 2

**Wexford Health Sources**

AZ - All Positions -  Vacancy Report - Budget vs Actual

Report effective as of : 11/30/2012

Report ran as of : 11/30/2012  2:48:08PM

ADC049067

| Facility | Position Description | FTEBudget | HeadCount | ActualFTE | Vacancy (FTE Budget - Actual FTE) |
|---|---|---|---|---|---|
| ADC - DOUGLAS FACILITY | Administrative Assistant - Douglas | 1.00 | 1 | 1.00 | 0.00 |
| ADC - DOUGLAS FACILITY | Complex Manager - Douglas | 1.00 | 1 | 1.00 | 0.00 |
| ADC - DOUGLAS FACILITY | Complex Medical Director - Douglas | 1.00 | 0 | 0.00 | 1.00 |
| ADC - DOUGLAS FACILITY | Dental Assistant - Douglas | 2.00 | 2 | 2.00 | 0.00 |
| ADC - DOUGLAS FACILITY | Dentist - Douglas | 2.00 | 1 | 0.90 | 1.10 |
| ADC - DOUGLAS FACILITY | Director of Nursing - Douglas | 1.00 | 1 | 1.00 | 0.00 |
| ADC - DOUGLAS FACILITY | Laboratory Technician - Douglas | 1.00 | 1 | 1.00 | 0.00 |
| ADC - DOUGLAS FACILITY | Licensed Practical Nurse - Douglas | 3.00 | 3 | 3.00 | 0.00 |
| ADC - DOUGLAS FACILITY | Medical Records Clerk - Douglas | 2.00 | 3 | 2.00 | 0.00 |
| ADC - DOUGLAS FACILITY | Medication Technician - Douglas | 1.50 | 1 | 1.00 | 0.50 |
| ADC - DOUGLAS FACILITY | PA/NP - Douglas | 2.00 | 2 | 2.00 | 0.00 |
| ADC - DOUGLAS FACILITY | Patient Care Technician - Douglas | 2.00 | 3 | 2.00 | 0.00 |
| ADC - DOUGLAS FACILITY | Psychology Associate - Douglas | 1.00 | 1 | 1.00 | 0.00 |
| ADC - DOUGLAS FACILITY | Radiology Technician - Douglas | 0.50 | 0 | 0.00 | 0.50 |
| ADC - DOUGLAS FACILITY | Registered Nurse - Douglas | 7.60 | 8 | 6.60 | 1.00 |
| ADC - DOUGLAS FACILITY | RN Supervisor - Douglas | 2.00 | 2 | 2.00 | 0.00 |
| | | **30.60** | | **26.50** | **4.10** |

Report ran as of : 11/30/2012   2:48:08PM

**Wexford Health Sources**
**AZ - All Positions -  Vacancy Report - Budget vs Actual**
**Report effective as of : 11/30/2012**

| Facility | Position Description | FTEBudget | HeadCount | ActualFTE | Vacancy (FTE Budget - Actual FTE) |
|---|---|---|---|---|---|
| ADC - EYMAN FACILITY | Administrative Assistant - Eyman | 3.00 | 2 | 2.00 | 1.00 |
| ADC - EYMAN FACILITY | Clinical Coordinator - Eyman | 1.00 | 1 | 0.00 | 1.00 |
| ADC - EYMAN FACILITY | Complex Manager - Eyman | 1.00 | 0 | 0.00 | 1.00 |
| ADC - EYMAN FACILITY | Complex Medical Director - Eyman | 1.00 | 0 | 0.00 | 1.00 |
| ADC - EYMAN FACILITY | Dental Assistant - Eyman | 5.00 | 5 | 5.00 | 0.00 |
| ADC - EYMAN FACILITY | Dentist - Eyman | 4.00 | 5 | 4.00 | 0.00 |
| ADC - EYMAN FACILITY | Director of Nursing - Eyman | 1.00 | 1 | 1.00 | 0.00 |
| ADC - EYMAN FACILITY | Health Plan Coordinator - Eyman | 1.00 | 0 | 0.00 | 1.00 |
| ADC - EYMAN FACILITY | Laboratory Technician - Eyman | 1.00 | 1 | 1.00 | 0.00 |
| ADC - EYMAN FACILITY | Licensed Practical Nurse - Eyman | 18.00 | 11 | 9.00 | 9.00 |
| ADC - EYMAN FACILITY | Medical Records Clerk - Eyman | 4.00 | 3 | 3.00 | 1.00 |
| ADC - EYMAN FACILITY | Medical Records Supervisor - Eyman | 1.00 | 1 | 1.00 | 0.00 |
| ADC - EYMAN FACILITY | Medication Technician - Eyman | 4.00 | 3 | 3.00 | 1.00 |
| ADC - EYMAN FACILITY | Mental Health Release Planner - Eyman | 1.00 | 0 | 0.00 | 1.00 |
| ADC - EYMAN FACILITY | PA/NP - Eyman | 3.50 | 1 | 1.00 | 2.50 |
| ADC - EYMAN FACILITY | Patient Care Technician - Eyman | 4.00 | 5 | 4.00 | 0.00 |
| ADC - EYMAN FACILITY | Physician - Eyman | 2.00 | 0 | 0.00 | 2.00 |
| ADC - EYMAN FACILITY | Psych Nurse - Eyman | 3.00 | 3 | 3.00 | 0.00 |
| ADC - EYMAN FACILITY | Psych PA/NP - Eyman | 1.50 | 0 | 0.00 | 1.50 |
| ADC - EYMAN FACILITY | Psychiatric Technician - Eyman | 6.00 | 3 | 3.00 | 3.00 |
| ADC - EYMAN FACILITY | Psychiatrist - Eyman | 0.50 | 4 | 1.50 | 0.00 |
| ADC - EYMAN FACILITY | Psychiatrist Supervisor - Eyman | 1.00 | 0 | 0.00 | 1.00 |
| ADC - EYMAN FACILITY | Psychologist - Eyman | 2.00 | 2 | 2.00 | 0.00 |
| ADC - EYMAN FACILITY | Psychology Associate - Eyman | 8.00 | 5 | 5.00 | 3.00 |
| ADC - EYMAN FACILITY | Radiology Technician - Eyman | 1.00 | 2 | 2.00 | 0.00 |
| ADC - EYMAN FACILITY | Registered Nurse - Eyman | 10.15 | 13 | 10.00 | 0.15 |
| ADC - EYMAN FACILITY | RN Supervisor - Eyman | 4.00 | 2 | 2.00 | 2.00 |
| ADC - EYMAN FACILITY | Supervising Psychologist - Eyman | 1.00 | 0 | 0.00 | 1.00 |
| | | **93.65** | | **62.50** | **33.15** |

ADC049068

**Wexford Health Sources**

AZ - All Positions - Vacancy Report - **Budget vs Actual**

Report effective as of : 11/30/2012

Report ran as of : 11/30/2012   2:48:08PM

| Facility | Position Description | FTEBudget | HeadCount | ActualFTE | Vacancy (FTE Budget - Actual FTE) |
|---|---|---|---|---|---|
| ADC - FLORENCE/GLOBE FACILITY | Administrative Assistant - Florence/Glob | 3.00 | 3 | 3.00 | 0.00 |
| ADC - FLORENCE/GLOBE FACILITY | Clinical Coordinator - Florence/Glober | 1.00 | 0 | 0.00 | 1.00 |
| ADC - FLORENCE/GLOBE FACILITY | Complex Manager - Florence/Globe | 1.00 | 1 | 1.00 | 0.00 |
| ADC - FLORENCE/GLOBE FACILITY | Complex Medical Director - Florence/Glob | 1.00 | 1 | 1.00 | 0.00 |
| ADC - FLORENCE/GLOBE FACILITY | Dental Assistant - Florence/Globe | 5.00 | 5 | 5.00 | 0.00 |
| ADC - FLORENCE/GLOBE FACILITY | Dentist - Florence/Globe | 2.50 | 4 | 0.00 | 2.50 |
| ADC - FLORENCE/GLOBE FACILITY | Dentist Supervisor - Florence/Globe | 1.00 | 1 | 1.00 | 0.00 |
| ADC - FLORENCE/GLOBE FACILITY | Director of Nursing - Florence/Globe | 1.00 | 1 | 1.00 | 0.00 |
| ADC - FLORENCE/GLOBE FACILITY | Health Plan Coordinator - Florence/Globe | 1.00 | 1 | 1.00 | 0.00 |
| ADC - FLORENCE/GLOBE FACILITY | Laboratory Technician - Florence/Globe | 2.00 | 2 | 2.00 | 0.00 |
| ADC - FLORENCE/GLOBE FACILITY | Licensed Practical Nurse - Florence/Glob | 18.00 | 18 | 14.00 | 4.00 |
| ADC - FLORENCE/GLOBE FACILITY | Medical Records Clerk - Florence/Globe | 3.00 | 3 | 3.00 | 0.00 |
| ADC - FLORENCE/GLOBE FACILITY | Medical Records Supervisor - Florence/Gl | 1.00 | 1 | 1.00 | 0.00 |
| ADC - FLORENCE/GLOBE FACILITY | Medication Technician - Florence/Globe | 5.00 | 4 | 3.75 | 1.25 |
| ADC - FLORENCE/GLOBE FACILITY | PA/NP - Florence/Globe | 4.00 | 1 | 1.00 | 3.00 |
| ADC - FLORENCE/GLOBE FACILITY | Patient Care Technician - Florence/Globe | 8.50 | 7 | 5.00 | 3.50 |
| ADC - FLORENCE/GLOBE FACILITY | Physician - Florence/Globe | 1.00 | 0 | 0.00 | 1.00 |
| ADC - FLORENCE/GLOBE FACILITY | Physician Globe - Florence/Globe | 0.20 | 0 | 0.00 | 0.20 |
| ADC - FLORENCE/GLOBE FACILITY | Psych Nurse - Florence/Globe | 3.00 | 3 | 3.00 | 0.00 |
| ADC - FLORENCE/GLOBE FACILITY | Psych PA/NP - Florence/Globe | 1.00 | 0 | 0.00 | 1.00 |
| ADC - FLORENCE/GLOBE FACILITY | Psychiatric Technician - Florence/Globe | 5.00 | 4 | 4.00 | 1.00 |
| ADC - FLORENCE/GLOBE FACILITY | Psychiatrist - Florence/Globe | 1.00 | 2 | 0.00 | 1.00 |
| ADC - FLORENCE/GLOBE FACILITY | Psychologist - Florence/Globe | 2.00 | 1 | 1.00 | 1.00 |
| ADC - FLORENCE/GLOBE FACILITY | Psychology Associate - Florence/Globe | 7.00 | 4 | 3.75 | 3.25 |
| ADC - FLORENCE/GLOBE FACILITY | Radiology Technician - Florence/Globe | 1.00 | 0 | 0.00 | 1.00 |
| ADC - FLORENCE/GLOBE FACILITY | Registered Nurse - Florence/Globe | 13.20 | 15 | 10.00 | 3.20 |
| ADC - FLORENCE/GLOBE FACILITY | Registered Nurse Globe - Florence - Glob | 1.75 | 0 | 0.00 | 1.75 |
| ADC - FLORENCE/GLOBE FACILITY | RN Supervisor - Florence/Globe | 3.00 | 1 | 1.00 | 2.00 |
| ADC - FLORENCE/GLOBE FACILITY | Supervising Psychologist - Florence/Glob | 1.00 | 1 | 1.00 | 0.00 |
| | | **98.15** | | **66.50** | **31.65** |

ADC049069

**Wexford Health Sources**
AZ - All Positions - Vacancy Report - **Budget vs Actual**
Report effective as of : 11/30/2012

Report ran as of : 11/30/2012  2:48:08PM

ADC049070

| Facility | Position Description | FTEBudget | HeadCount | ActualFTE | Vacancy (FTE Budget - Actual FTE) |
|---|---|---|---|---|---|
| ADC - LEWIS FACILITY | Administrative Assistant - Lewis | 3.00 | 2 | 2.00 | 1.00 |
| ADC - LEWIS FACILITY | Complex Manager - Lewis | 1.00 | 0 | 0.00 | 1.00 |
| ADC - LEWIS FACILITY | Complex Medical Director - Lewis | 1.00 | 1 | 1.00 | 0.00 |
| ADC - LEWIS FACILITY | Dental Assistant - Lewis | 5.00 | 5 | 5.00 | 0.00 |
| ADC - LEWIS FACILITY | Dentist - Lewis | 3.00 | 3 | 1.00 | 2.00 |
| ADC - LEWIS FACILITY | Dentist Supervisor - Lewis | 1.00 | 1 | 1.00 | 0.00 |
| ADC - LEWIS FACILITY | Director of Nursing - Lewis | 1.00 | 1 | 1.00 | 0.00 |
| ADC - LEWIS FACILITY | Health Plan Coordinator - Lewis | 1.00 | 0 | 0.00 | 1.00 |
| ADC - LEWIS FACILITY | Intern Psychology - Lewis | 0.00 | 0 | 0.00 | 0.00 |
| ADC - LEWIS FACILITY | Laboratory Technician - Lewis | 1.00 | 1 | 1.00 | 0.00 |
| ADC - LEWIS FACILITY | Licensed Practical Nurse - Lewis | 19.00 | 14 | 11.00 | 8.00 |
| ADC - LEWIS FACILITY | Medical Records Clerk - Lewis | 2.00 | 2 | 1.50 | 0.50 |
| ADC - LEWIS FACILITY | Medical Records Supervisor - Lewis | 1.00 | 0 | 0.00 | 1.00 |
| ADC - LEWIS FACILITY | Medication Technician - Lewis | 4.00 | 4 | 4.00 | 0.00 |
| ADC - LEWIS FACILITY | PA/NP - Lewis | 3.00 | 1 | 1.00 | 2.00 |
| ADC - LEWIS FACILITY | Patient Care Technician - Lewis | 5.40 | 6 | 5.50 | 0.00 |
| ADC - LEWIS FACILITY | Physician - Lewis | 2.00 | 1 | 1.00 | 1.00 |
| ADC - LEWIS FACILITY | Psych Nurse - Lewis | 3.00 | 4 | 3.00 | 0.00 |
| ADC - LEWIS FACILITY | Psych PA/NP - Lewis | 1.00 | 0 | 0.00 | 1.00 |
| ADC - LEWIS FACILITY | Psych Technician - Lewis | 5.00 | 2 | 2.00 | 3.00 |
| ADC - LEWIS FACILITY | Psychiatrist Supervisor - Lewis | 1.00 | 0 | 0.00 | 1.00 |
| ADC - LEWIS FACILITY | Psychologist - Lewis | 4.00 | 1 | 1.00 | 3.00 |
| ADC - LEWIS FACILITY | Psychology Associate - Lewis | 5.00 | 5 | 4.00 | 1.00 |
| ADC - LEWIS FACILITY | Radiology Technician - Lewis | 1.00 | 1 | 1.00 | 0.00 |
| ADC - LEWIS FACILITY | Registered Nurse - Lewis | 16.60 | 17 | 11.00 | 5.60 |
| ADC - LEWIS FACILITY | RN Supervisor - Lewis | 4.00 | 4 | 4.00 | 0.00 |
| ADC - LEWIS FACILITY | Supervising Psychologist - Lewis | 1.00 | 1 | 1.00 | 0.00 |
| | | **95.00** | | **63.00** | **32.10** |

**Wexford Health Sources**
AZ - All Positions - Vacancy Report - Budget vs Actual
Report effective as of : 11/30/2012

Report ran as of : 11/30/2012   2:48:08PM

ADC049071

| Facility | Position Description | FTEBudget | HeadCount | ActualFTE | Vacancy (FTE Budget - Actual FTE) |
|---|---|---|---|---|---|
| ADC - PERRYVILLE FACILITY | Administrative Assistant - Perryville | 3.00 | 3 | 3.00 | 0.00 |
| ADC - PERRYVILLE FACILITY | Clinical Coordinator - Perryville | 1.00 | 1 | 1.00 | 0.00 |
| ADC - PERRYVILLE FACILITY | Complex Manager - Perryville | 1.00 | 0 | 0.00 | 1.00 |
| ADC - PERRYVILLE FACILITY | Complex Medical Director - Perryville | 1.00 | 1 | 1.00 | 0.00 |
| ADC - PERRYVILLE FACILITY | Dental Assistant - Perryville | 4.00 | 5 | 4.00 | 0.00 |
| ADC - PERRYVILLE FACILITY | Dentist - Perryville | 3.00 | 2 | 1.00 | 2.00 |
| ADC - PERRYVILLE FACILITY | Dentist Supervisor - Perryville | 1.00 | 1 | 1.00 | 0.00 |
| ADC - PERRYVILLE FACILITY | Director of Nursing - Perryville | 1.00 | 1 | 1.00 | 0.00 |
| ADC - PERRYVILLE FACILITY | Discharge Psychologist - Perryville | 1.00 | 0 | 0.00 | 1.00 |
| ADC - PERRYVILLE FACILITY | Laboratory Technician - Perryville | 2.00 | 1 | 1.00 | 1.00 |
| ADC - PERRYVILLE FACILITY | Lead Medication Technician - Perryville | 1.00 | 1 | 1.00 | 0.00 |
| ADC - PERRYVILLE FACILITY | Licensed Practical Nurse - Perryville | 18.90 | 18 | 16.90 | 2.00 |
| ADC - PERRYVILLE FACILITY | Medical Records Clerk - Perryville | 3.00 | 3 | 3.00 | 0.00 |
| ADC - PERRYVILLE FACILITY | Medical Records Supervisor - Perryville | 1.00 | 1 | 1.00 | 0.00 |
| ADC - PERRYVILLE FACILITY | Medication Technician - Perryville | 4.00 | 4 | 4.00 | 0.00 |
| ADC - PERRYVILLE FACILITY | PA/NP - Perryville | 5.00 | 5 | 4.75 | 0.25 |
| ADC - PERRYVILLE FACILITY | Patient Care Technician - Perryville | 8.40 | 12 | 8.50 | 0.00 |
| ADC - PERRYVILLE FACILITY | Physician - Perryville | 1.00 | 3 | 1.75 | 0.00 |
| ADC - PERRYVILLE FACILITY | Psych Nurse - Perryville | 4.00 | 4 | 3.00 | 1.00 |
| ADC - PERRYVILLE FACILITY | Psych PA/NP - Perryville | 1.00 | 0 | 0.00 | 1.00 |
| ADC - PERRYVILLE FACILITY | Psychiatric Technician - Perryville | 1.80 | 2 | 1.80 | 0.00 |
| ADC - PERRYVILLE FACILITY | Psychiatrist Supervisor - Perryville | 1.00 | 0 | 0.00 | 1.00 |
| ADC - PERRYVILLE FACILITY | Psychologist - Perryville | 3.00 | 5 | 4.00 | 0.00 |
| ADC - PERRYVILLE FACILITY | Psychology Associate - Perryville | 4.00 | 2 | 2.00 | 2.00 |
| ADC - PERRYVILLE FACILITY | Radiology Technician - Perryville | 1.00 | 2 | 1.00 | 0.00 |
| ADC - PERRYVILLE FACILITY | Recreactional Therapist - Perryville | 1.00 | 0 | 0.00 | 1.00 |
| ADC - PERRYVILLE FACILITY | Registered Nurse - Perryville | 21.00 | 20 | 15.00 | 6.00 |
| ADC - PERRYVILLE FACILITY | RN Supervisor - Perryville | 3.00 | 3 | 3.00 | 0.00 |
| ADC - PERRYVILLE FACILITY | Supervising Psychologist - Perryville | 1.00 | 1 | 1.00 | 0.00 |
| | | **102.10** | | **84.70** | **19.25** |

**Wexford Health Sources**
**AZ - All Positions - Vacancy Report - Budget vs Actual**
**Report effective as of : 11/30/2012**

Report ran as of : 11/30/2012   2:48:08PM

ADC049072

| Facility | Position Description | FTEBudget | HeadCount | ActualFTE | Vacancy (FTE Budget - Actual FTE) |
|---|---|---|---|---|---|
| ADC - PHOENIX FACILITY | Administrative Assistant - Phoenix | 2.00 | 2 | 2.00 | 0.00 |
| ADC - PHOENIX FACILITY | Clinical Coordinator - Phoenix | 1.00 | 1 | 1.00 | 0.00 |
| ADC - PHOENIX FACILITY | Clinical Director - Phoenix | 1.00 | 1 | 1.00 | 0.00 |
| ADC - PHOENIX FACILITY | Complex Manager - Phoenix | 1.00 | 1 | 1.00 | 0.00 |
| ADC - PHOENIX FACILITY | Complex Medical Director - Phoenix | 1.00 | 1 | 1.00 | 0.00 |
| ADC - PHOENIX FACILITY | Dental Assistant - Phoenix | 2.00 | 3 | 2.00 | 0.00 |
| ADC - PHOENIX FACILITY | Dentist Supervisor - Phoenix | 1.00 | 1 | 1.00 | 0.00 |
| ADC - PHOENIX FACILITY | Director of Nursing - Phoenix | 1.00 | 0 | 0.00 | 1.00 |
| ADC - PHOENIX FACILITY | Laboratory Technician - Phoenix | 2.20 | 4 | 2.00 | 0.20 |
| ADC - PHOENIX FACILITY | Licensed Practical Nurse - Phoenix | 6.00 | 8 | 4.00 | 2.00 |
| ADC - PHOENIX FACILITY | Medical Records Clerk - Phoenix | 4.00 | 2 | 2.00 | 2.00 |
| ADC - PHOENIX FACILITY | Medication Technician - Phoenix | 3.00 | 3 | 2.00 | 1.00 |
| ADC - PHOENIX FACILITY | Mental Health Admin Asst - Phoenix | 1.00 | 0 | 0.00 | 1.00 |
| ADC - PHOENIX FACILITY | Mental Health Therapist - Phoenix | 1.00 | 0 | 0.00 | 1.00 |
| ADC - PHOENIX FACILITY | Occupational Therapist - Phoenix | 1.00 | 0 | 0.00 | 1.00 |
| ADC - PHOENIX FACILITY | PA/NP - Phoenix | 4.90 | 2 | 2.00 | 2.90 |
| ADC - PHOENIX FACILITY | Patient Care Technician - Phoenix | 2.00 | 2 | 2.00 | 0.00 |
| ADC - PHOENIX FACILITY | Physician - Phoenix | 2.50 | 5 | 2.00 | 0.50 |
| ADC - PHOENIX FACILITY | Psych Nurse - Phoenix | 25.00 | 17 | 15.40 | 9.60 |
| ADC - PHOENIX FACILITY | Psych Nurse Coordinator - Phoenix | 2.00 | 1 | 1.00 | 1.00 |
| ADC - PHOENIX FACILITY | Psych Technician - Phoenix | 6.00 | 4 | 4.00 | 2.00 |
| ADC - PHOENIX FACILITY | Psychiatrist - Phoenix | 1.00 | 3 | 0.50 | 0.50 |
| ADC - PHOENIX FACILITY | Psychiatrist Supervisor - Phoenix | 1.00 | 1 | 1.00 | 0.00 |
| ADC - PHOENIX FACILITY | Psychologist - Phoenix | 5.00 | 5 | 4.75 | 0.25 |
| ADC - PHOENIX FACILITY | Psychology Associate - Phoenix | 7.00 | 4 | 4.00 | 3.00 |
| ADC - PHOENIX FACILITY | Radiology Technician - Phoenix | 1.00 | 2 | 1.00 | 0.00 |
| ADC - PHOENIX FACILITY | Recreational Therapist - Phoenix | 1.00 | 0 | 0.00 | 1.00 |
| ADC - PHOENIX FACILITY | Registered Nurse - Phoenix | 9.40 | 13 | 7.00 | 2.40 |
| ADC - PHOENIX FACILITY | RN Supervisor - Phoenix | 1.00 | 0 | 0.00 | 1.00 |
| | | **97.00** | | **63.65** | **33.35** |

Wexford Health Sources

AZ - All Positions -  Vacancy Report - Budget vs Actual

Report effective as of : 11/30/2012

Report ran as of : 11/30/2012   2:48:08PM

ADC049073

| Facility | Position Description | FTEBudget | HeadCount | ActualFTE | Vacancy (FTE Budget - Actual FTE) |
|---|---|---|---|---|---|
| ADC - SAFFORD/FT. GRANT FACILITY | Administrative Assistant - Safford/Ft. G | 1.00 | 1 | 1.00 | 0.00 |
| ADC - SAFFORD/FT. GRANT FACILITY | Complex Manager - Safford/Ft. Grant | 1.00 | 1 | 1.00 | 0.00 |
| ADC - SAFFORD/FT. GRANT FACILITY | Complex Medical Director - Safford/Ft. G | 1.00 | 1 | 0.75 | 0.25 |
| ADC - SAFFORD/FT. GRANT FACILITY | Dental Assistant - Safford/Ft. Grant | 2.00 | 2 | 2.00 | 0.00 |
| ADC - SAFFORD/FT. GRANT FACILITY | Dentist - Safford/Ft. Grant | 0.50 | 1 | 0.00 | 0.50 |
| ADC - SAFFORD/FT. GRANT FACILITY | Dentist Supervisor - Safford/Ft. Grant | 1.00 | 1 | 1.00 | 0.00 |
| ADC - SAFFORD/FT. GRANT FACILITY | Director of Nursing - Safford/Ft. Grant | 1.00 | 1 | 1.00 | 0.00 |
| ADC - SAFFORD/FT. GRANT FACILITY | Laboratory Technician - Safford/Ft. Gran | 1.00 | 1 | 1.00 | 0.00 |
| ADC - SAFFORD/FT. GRANT FACILITY | Licensed Practical Nurse - Safford-Ft. G | 1.00 | 1 | 1.00 | 0.00 |
| ADC - SAFFORD/FT. GRANT FACILITY | Medical Records Clerk - Safford/Ft. Gran | 2.00 | 2 | 2.00 | 0.00 |
| ADC - SAFFORD/FT. GRANT FACILITY | PA/NP - Safford/Ft. Grant | 1.00 | 1 | 1.00 | 0.00 |
| ADC - SAFFORD/FT. GRANT FACILITY | Patient Care Technician - Safford/Ft. Gr | 3.00 | 2 | 2.00 | 1.00 |
| ADC - SAFFORD/FT. GRANT FACILITY | Psychology Associate - Safford/Ft. Grant | 1.00 | 1 | 1.00 | 0.00 |
| ADC - SAFFORD/FT. GRANT FACILITY | Registered Nurse - Safford/Ft. Grant | 11.80 | 15 | 9.00 | 2.80 |
| ADC - SAFFORD/FT. GRANT FACILITY | RN Supervisor - Safford/Ft. Grant | 2.00 | 2 | 2.00 | 0.00 |
| | | **30.30** | | **25.75** | **4.55** |

ADC049074

Wexford Health Sources

AZ - All Positions - Vacancy Report - **Budget vs Actual**

Report effective as of : 11/30/2012

Report ran as of : 11/30/2012   2:48:08PM

| Facility | Position Description | FTEBudget | HeadCount | ActualFTE | Vacancy (FTE Budget - Actual FTE) |
|---|---|---|---|---|---|
| ADC - TUCSON FACILITY | Administrative Assistant - Tucson | 6.00 | 6 | 6.00 | 0.00 |
| ADC - TUCSON FACILITY | Associate Complex Manager - Tucson | 1.00 | 1 | 1.00 | 0.00 |
| ADC - TUCSON FACILITY | Complex Manager - Tucson | 1.00 | 1 | 1.00 | 0.00 |
| ADC - TUCSON FACILITY | Complex Medical Director - Tucson | 1.00 | 1 | 1.00 | 0.00 |
| ADC - TUCSON FACILITY | Dental Assistant - Tucson | 5.00 | 7 | 5.00 | 0.00 |
| ADC - TUCSON FACILITY | Dentist - Tucson | 4.00 | 3 | 2.75 | 1.25 |
| ADC - TUCSON FACILITY | Dentist Supervisor - Tucson | 1.00 | 1 | 1.00 | 0.00 |
| ADC - TUCSON FACILITY | Director of Nursing - Tucson | 1.00 | 1 | 1.00 | 0.00 |
| ADC - TUCSON FACILITY | Health Plan Coordinator - Tucson | 2.00 | 2 | 2.00 | 0.00 |
| ADC - TUCSON FACILITY | Intern Psychology - Tucson | 0.00 | 1 | 0.00 | 0.00 |
| ADC - TUCSON FACILITY | Laboratory Techncian - Tucson | 1.00 | 1 | 1.00 | 0.00 |
| ADC - TUCSON FACILITY | Licensed Practical Nurse - Tucson | 17.15 | 17 | 16.00 | 1.15 |
| ADC - TUCSON FACILITY | Medical Records Clerk - Tucson | 5.00 | 7 | 5.00 | 0.00 |
| ADC - TUCSON FACILITY | Medication Technician - Tucson | 8.00 | 8 | 8.00 | 0.00 |
| ADC - TUCSON FACILITY | Mental Health Administrative Assistant - | 1.00 | 1 | 1.00 | 0.00 |
| ADC - TUCSON FACILITY | PA/NP - Tucson | 2.00 | 1 | 1.00 | 1.00 |
| ADC - TUCSON FACILITY | Patient Care Technician - Tucson | 6.30 | 10 | 6.30 | 0.00 |
| ADC - TUCSON FACILITY | Physician - Tucson | 4.00 | 4 | 4.00 | 0.00 |
| ADC - TUCSON FACILITY | Physician Educator - Tucson | 0.00 | 1 | 1.00 | 0.00 |
| ADC - TUCSON FACILITY | Psych Nurse - Tucson | 4.00 | 5 | 4.00 | 0.00 |
| ADC - TUCSON FACILITY | Psych PA/NP - Tucson | 1.00 | 1 | 0.00 | 1.00 |
| ADC - TUCSON FACILITY | Psych Technician - Tucson | 3.00 | 2 | 2.00 | 1.00 |
| ADC - TUCSON FACILITY | Psychiatrist - Tucson | 1.50 | 6 | 1.50 | 0.00 |
| ADC - TUCSON FACILITY | Psychiatrist Supervisor - Tucson | 1.00 | 0 | 0.00 | 1.00 |
| ADC - TUCSON FACILITY | Psychologist - Tucson | 9.00 | 6 | 5.80 | 3.20 |
| ADC - TUCSON FACILITY | Psychology Associate - Tucson | 5.00 | 7 | 5.00 | 0.00 |
| ADC - TUCSON FACILITY | Radiology Technician - Tucson | 1.00 | 1 | 1.00 | 0.00 |
| ADC - TUCSON FACILITY | Registered Nurse - Tucson | 23.28 | 31 | 21.00 | 2.28 |
| ADC - TUCSON FACILITY | RN Supervisor - Tucson | 8.00 | 5 | 5.00 | 3.00 |
| ADC - TUCSON FACILITY | Supervising Psychologist - Tucson | 1.00 | 1 | 1.00 | 0.00 |
| | | **124.23** | | **110.35** | **14.88** |

**Wexford Health Sources**

**AZ - All Positions -  Vacancy Report - Budget vs Actual**

**Report effective as of : 11/30/2012**

Report ran as of : 11/30/2012   2:48:08PM

ADC049075

| Facility | Position Description | FTEBudget | HeadCount | ActualFTE | Vacancy (FTE Budget - Actual FTE) |
|---|---|---|---|---|---|
| ADC - WINSLOW FACILITY | Administrative Assistant - Winslow | 1.00 | 1 | 1.00 | 0.00 |
| ADC - WINSLOW FACILITY | Clinical Coordinator - Winslow | 1.00 | 1 | 1.00 | 0.00 |
| ADC - WINSLOW FACILITY | Complex Manager - Winslow | 1.00 | 1 | 1.00 | 0.00 |
| ADC - WINSLOW FACILITY | Complex Medical Director - Winslow | 1.00 | 0 | 0.00 | 1.00 |
| ADC - WINSLOW FACILITY | Dental Assistant - Winslow | 2.50 | 2 | 2.00 | 0.50 |
| ADC - WINSLOW FACILITY | Dentist - Winslow | 2.00 | 1 | 0.75 | 1.25 |
| ADC - WINSLOW FACILITY | Director of Nursing - Winslow | 1.00 | 1 | 1.00 | 0.00 |
| ADC - WINSLOW FACILITY | Laboratory Technician - Winslow | 1.00 | 1 | 1.00 | 0.00 |
| ADC - WINSLOW FACILITY | Licensed Practical Nurse - Winslow | 1.00 | 0 | 0.00 | 1.00 |
| ADC - WINSLOW FACILITY | Medical Records Clerk - Winslow | 1.00 | 1 | 1.00 | 0.00 |
| ADC - WINSLOW FACILITY | Medication Technician - Winslow | 1.00 | 1 | 1.00 | 0.00 |
| ADC - WINSLOW FACILITY | PA/NP - Winslow | 1.00 | 0 | 0.00 | 1.00 |
| ADC - WINSLOW FACILITY | Patient Care Technician - Winslow | 4.00 | 4 | 4.00 | 0.00 |
| ADC - WINSLOW FACILITY | Psychology Associate - Winslow | 1.00 | 0 | 0.00 | 1.00 |
| ADC - WINSLOW FACILITY | Radiology Technician - Winslow | 1.00 | 0 | 0.00 | 1.00 |
| ADC - WINSLOW FACILITY | Registered Nurse - Winslow | 10.00 | 13 | 8.00 | 2.00 |
| ADC - WINSLOW FACILITY | RN Supervisor - Winslow | 1.00 | 1 | 1.00 | 0.00 |
| | | **31.50** | | **22.75** | **8.75** |

**Wexford Health Sources**
AZ - All Positions - Vacancy Report - **Budget vs Actual**
Report effective as of : 11/30/2012

Report ran as of : 11/30/2012   2:48:08PM

ADC049076

| Facility | Position Description | FTEBudget | HeadCount | ActualFTE | Vacancy (FTE Budget - Actual FTE) |
|---|---|---|---|---|---|
| ADC - YUMA FACILITY | Administrative Assistant - Yuma | 2.00 | 2 | 2.00 | 0.00 |
| ADC - YUMA FACILITY | Complex Manager - Yuma | 1.00 | 1 | 1.00 | 0.00 |
| ADC - YUMA FACILITY | Complex Medical Director - Yuma | 1.00 | 1 | 1.00 | 0.00 |
| ADC - YUMA FACILITY | Dental Assistant - Yuma | 3.50 | 6 | 4.50 | 0.00 |
| ADC - YUMA FACILITY | Dentist - Yuma | 2.50 | 1 | 0.00 | 2.50 |
| ADC - YUMA FACILITY | Director of Nursing - Yuma | 1.00 | 1 | 1.00 | 0.00 |
| ADC - YUMA FACILITY | Laboratory Technician - Yuma | 1.00 | 2 | 2.00 | 0.00 |
| ADC - YUMA FACILITY | Licensed Practical Nurse - Yuma | 10.00 | 10 | 8.00 | 2.00 |
| ADC - YUMA FACILITY | Medical Records Clerk - Yuma | 3.00 | 3 | 3.00 | 0.00 |
| ADC - YUMA FACILITY | Medical Records Supervisor - Yuma | 1.00 | 1 | 1.00 | 0.00 |
| ADC - YUMA FACILITY | Medication Technician - Yuma | 2.50 | 3 | 2.50 | 0.00 |
| ADC - YUMA FACILITY | PA/NP - Yuma | 1.00 | 0 | 0.00 | 1.00 |
| ADC - YUMA FACILITY | Patient Care Technician - Yuma | 8.00 | 7 | 7.00 | 1.00 |
| ADC - YUMA FACILITY | Physician - Yuma | 1.75 | 0 | 0.00 | 1.75 |
| ADC - YUMA FACILITY | Psych Nurse - Yuma | 1.00 | 1 | 1.00 | 0.00 |
| ADC - YUMA FACILITY | Psychiatrist - Yuma | 1.00 | 3 | 0.00 | 1.00 |
| ADC - YUMA FACILITY | Psychologist - Yuma | 1.00 | 0 | 0.00 | 1.00 |
| ADC - YUMA FACILITY | Psychology Associate - Yuma | 1.00 | 1 | 0.00 | 1.00 |
| ADC - YUMA FACILITY | Radiology Technician - Yuma | 1.00 | 1 | 1.00 | 0.00 |
| ADC - YUMA FACILITY | Registered Nurse - Yuma | 12.40 | 9 | 5.00 | 7.40 |
| ADC - YUMA FACILITY | RN Supervisor - Yuma | 2.00 | 1 | 1.00 | 1.00 |
| ADC - YUMA FACILITY | Statewide Dental Director - Yuma | 1.00 | 1 | 1.00 | 0.00 |
| | | **59.65** | | **42.00** | **19.65** |

Report ran as of : 11/30/2012  2:48:08PM

Wexford Health Sources
AZ - All Positions - Vacancy Report - Budget vs Actual
Report effective as of : 11/30/2012

| Facility | Position Description | FTEBudget | HeadCount | ActualFTE | Vacancy (FTE Budget - Actual FTE) |
|---|---|---|---|---|---|
| OVERALL TOTAL : | | 762.18 | | 567.70 | 201.43 |

ADC049077