# EXHIBIT 3

# Subject to Protective Order

## November 2012 DOUGLAS EGGERS

### Staffing

| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| 1 | Is there an approved staffing pattern available to the Site Manager (FHA)? | X | | | | 1 |
| 2 | Are the adequacy and effectiveness of the staffing  assessed by the facility's sufficient to meet the needs of the inmate population? | X | | | | 3 |
| 3 | Are all positions filled per contractor staffing pattern? | | X | | 1)  For a majority of this month, 1 of the 2 vacant Medical Provider positions was filled utilizing a Registry Provider, but now that position is again vacant leaving only one mid-level provider for the complex.  This is insufficient coverage which only allows for basically emergency care and med renewals.  This is now reaching a critical state for both routine visits and chronic care follow-ups.<br><br>2)  There are no filled dentist positions at this complex.  The written staffing pattern lists 2 positions.  There is a dentist visiting the facility from ASPC-Tucson, 1 to 2 days a week, but, as with the medical provider shortage, only emergencies are being addressed.<br><br>Please provide corrective action plans within 10 business days identifying an acceptable plan to rectify these situations. | 2 |
| 4 | Is the Site Manager (FHA) kept infomed of recruiting efforts being taken to fill vacant positions by the corporate office? | X | | | | 2 |

### Corrective Action Plans for PerformanceMeasure: Staffing

**3  Are all positions filled per contractor staffing pattern?**
**Level 2 Amber User: Sam Tardibuono Date: 11/26/2012 9:49:23 AM**

| | |
|---|---|
| Corrective Plan: | |
| Corrective Actions: | |

## November 2012 EYMAN BROWNING

| | Intake  (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is a physical examination completed by a medical provider by day two (Business Day)(2) of the intake process? | | X | | IM Redacted (D/R) arrived on Browning Unit 11/8/12 as a direct admit. The Physical Exam (PE) was completed 11/9/12 by Dr Song. This is in compliance with performance measure.<br><br>IM Redacted is an Adult Probation Return To Custody; released 7/15/11 and recommitted on 10/31/12, he was a direct admit to Browning Unit. His PE was also completed by Dr Song, but not until 11/9/12.<br><br>AUTHORITY: Under the terms of the contract (Solicitation #ADOC12-00001105; Sec. 2.9.1) The  Contractor shall provide each inmate a medical, dental and mental health assessment upon incarceration. The intake  medical  examination shall take place no later than three (3) calendar days after the inmate is received at the reception center. | 2 |
| 2 | Is a mental health assessment completed by a mental health practitioner by day two (Business Day) (2) of the intake process? | | X | | ████████ arrived on Browning Unit 11/8/12 as a direct admit. The reception mental health screening has not been completed to date, and is due prior to 11/21; 14 days from reception.<br><br>████████ is an Adult Probation Return To Custody inmate. Released 7/15/11 and recommitted on 10/31/12, he was a direct admit to Browning Unit. The reception mental health screening has not been completed to date, and was due today (11/14/12); within 14 days of reception.<br><br>AUTHORITY: Under the terms of the contract (Solicitation #ADOC12-00001105; Sec. 2.9.6) and in accordance with NCCHC standard P-E-05, within 14 days of admission to the correctional system, qualified mental health professionals or mental health staff conduct [an] initial mental health screening. | 2 |

## Corrective Action Plans for PerformanceMeasure: Intake  (Q)

**1  Is a physical examination completed by a medical provider by day two (Business Day)(2) of the intake process?**
**Level 2 Amber User: Mathew Musson Date: 11/14/2012 4:30:36 PM**

Corrective Plan: Inservice was given at Quarterly All Staff meeting November 27th and 19th.  Staff will contact Dr. Bell for Intake Physicals if there is no provider available at the Unit.

Corrective Actions:

**2  Is a mental health assessment completed by a mental health practitioner by day two (Business Day) (2) of the intake process?**
**Level 2 Amber User: Mathew Musson Date: 11/14/2012 4:41:10 PM**

Corrective Plan: Inservice was given at Quarterly All Staff meeting November 27th and 19th.  Staff will contact Dr. Kenney for Intake evaluations if there is no provider available at the Unit.

Corrective Actions:

## November 2012 EYMAN E-RYNNING

| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| 1 | Are all Health Needs Requests (HNR), for mental health services, being triaged within 24 hours (24) of receipt by a qualified mental health professional? | X | | | The HNR's are being triaged during the required time frame. | 1 |
| 2 | Are inmates referred to a psychiatric provider, form a sick call visit or other encounter, for routine services occurring within seven days of referral request? | X | | | The referrals are occurring during the required time frame. | 1 |
| 4 | Are inmates prescribed psychotropic medication seen face to face by a psychiatric nurse every thirty days? | | X | | This was not occurring as required in the contract. ███████ █████████ | 1 |
| 5 | Are inmates that are seen every thirty (30) days by the psychiatric nurse and are assessed to be unstable on their current medication referred to and evaluated by a psychiatrist or psychiatry certified nurse practitioner? | | X | | This was not taking place based on the findings in question number four. | 1 |
| 6 | Are inmates being prescribed psychotropic medication being seen by a psychiatrist or psychiatry certified nurse practitioner every three (3) months? | | X | | This was not happening in the majority of charts reviewed: ████████ , ███████ ███████ , ███████ . The providers are beginning to request A RTC in three months | 1 |

*Table title (spanning header): Mental Health (Q)*

### November 2012 EYMAN E-RYNNING

| 7 | Are discharge plans being established for SMI inmates within 90, 60 and 30 days of release from prison? | | X | | This was not occurring during the required time frame. | 2 |
|---|---|---|---|---|---|---|

## Corrective Action Plans for PerformanceMeasure: Mental Health (Q)

**3  Are a mental health treatment plans being reviewed, at a minimum of 90 days, by the mental health treatment team for Seriously Mentally Ill (SMI) inmates? D.O. 1103, 1103.08 1.5 dtd 1/11/2013**
**Level 2 Amber User: Steve Bender Date: 11/26/2012 11:01:22 AM**

| Corrective Plan: |
|---|
| Corrective Actions: |

**4  Are inmates prescribed psychotropic medication seen face to face by a psychiatric nurse every thirty days?**
**Level 1 Amber User: Steve Bender Date: 11/26/2012 11:05:03 AM**

| Corrective Plan: |
|---|
| Corrective Actions: |

**5  Are inmates that are seen every thirty (30) days by the psychiatric nurse and are assessed to be unstable on their current medication referred to and evaluated by a psychiatrist or psychiatry certified nurse practitioner?**
**Level 1 Amber User: Steve Bender Date: 11/26/2012 11:05:56 AM**

| Corrective Plan: |
|---|
| Corrective Actions: |

**6  Are inmates being prescribed psychotropic medication being seen by a psychiatrist or psychiatry certified nurse practitioner every three (3) months?**
**Level 1 Amber User: Steve Bender Date: 11/26/2012 11:09:19 AM**

| Corrective Plan: |
|---|
| Corrective Actions: |

**7  Are discharge plans being established for SMI inmates within 90, 60 and 30 days of release from prison?**
**Level 2 Amber User: Steve Bender Date: 11/26/2012 11:10:00 AM**

| Corrective Plan: |
|---|
| Corrective Actions: |

## November 2012 FLORENCE CENTRAL UNIT

| | Sick Call  (Q) | | | | | |
|---|---|---|---|---|---|---|
| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
| 1 | Is sick call being conducted five days a week Monday through Friday (excluding holidays)? | | | X | Nurses line was held 1 time in Central Unit for the month of November, on that one line only 3 inmates were seen. | 1 |
| 2 | Are sick call inmates being seen within 24 hours of the HNR being triaged (or immediately if inmate is identified with emergent medical needs)? | | | X | On 11/15/12 768 HNR's were discovered throughout Central Unit nurses line office. Some HNR's had not been date stamped or triaged, some had but the appropriate action had not been taken. The Wexford Site Manager was notified immediately.<br><br>On 11/20/12 I requested an update from Wexford Management team and was informed the nursing staff sorted the HNR's & identified inmates who placed multiple HNR's about the same issue. Charts were pulled to identify anyone who may have already had thei issue address but did not have their HNR filed into the record at the time of the encounter.  Those 2 processes resulted in 218 inmates with HNR's remaining to be addressed/seen.<br><br>While in Central Unit on 11/21, the HRN's received since 11/15/12 were placed on the desk in the nurses line office, some were triaged some were not.<br><br>11/28/12 I requested an update and was advised a nurse would be identified for that position ASAP.<br><br>As of today, there is no nurses line being conducted in Central Unit. | 1 |
| 3 | Are vitals signs, to include weight, being checked and documented each time an inmate is seen during sick call? | | X | | IM<sup>Redacted</sup> seen on nurse line 11/15/12 had complete vital signs.<br>IM<sup>Redacted</sup> was seen on N/L according to appt list on 11/15 however chart does not have SOAPE note from nurse, only a chart review by the HCP and vital signs are not listed. | 1 |
| 4 | Is the SOAPE format being utilized in the inmate medical record for encounters? | | X | | Documentation in the medical records do not include the "E" education section of SOAPE charting.<br><br>The contract states in Sec. 2.20.2.2, all sick call entries are documented in the medical record utilizing the "Subjective- Objective- Assessment-Plan -Education" (SOAPE) format. | 1 |
| 5 | Are referrals to providers from sick call being seen within seven (7) days? | X | | | Green by default.  Sick call not being conducted, therefore no referrals to the provider are being made | 1 |

### November 2012 FLORENCE CENTRAL UNIT

| 6 | Are nursing protocols in place and utilized by the nurses for sick call? | | X | | The 3 inmates seen on a nurses line 11/15/12 did not have a nursing protocol used during the visit.  Inmates were ^Redacted Redacted   & Redacted | 1 |

## Corrective Action Plans for PerformanceMeasure: Sick Call  (Q)

**1  Is sick call being conducted five days a week Monday through Friday (excluding holidays)?**
**Level 1 Red User: Jen fontaine Date: 11/29/2012 2:38:43 PM**

Corrective Plan:

Corrective Actions:

**2  Are sick call inmates being seen within 24 hours of the HNR being triaged (or immediately if inmate is identified with emergent medical needs)?**
**Level 1 Red User: Jen fontaine Date: 11/29/2012 2:55:51 PM**

Corrective Plan:

Corrective Actions:

**3  Are vitals signs, to include weight, being checked and documented each time an inmate is seen during sick call?**
**Level 1 Amber User: Jen fontaine Date: 11/27/2012 10:15:53 PM**

Corrective Plan: Please see previous response

Corrective Actions:

**4  Is the SOAPE format being utilized in the inmate medical record for encounters?**
**Level 1 Amber User: Jen fontaine Date: 11/27/2012 10:19:28 PM**

Corrective Plan: Please see previous response

Corrective Actions:

**6  Are nursing protocols in place and utilized by the nurses for sick call?**
**Level 1 Amber User: Jen fontaine Date: 11/27/2012 10:04:41 PM**

Corrective Plan: The eentire sick call process will be reviewed with staff during upcoming staff meetings.

Corrective Actions:

## November 2012 FLORENCE EAST UNIT

| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| 1 | Are all Health Needs Requests (HNR), for mental health services, being triaged within 24 hours (24) of receipt by a qualified mental health professional? | X | | | This requirement is being met. | 1 |
| 2 | Are inmates referred to a psychiatric provider, form a sick call visit or other encounter, for routine services occurring within seven days of referral request? | X | | | These referrals are occurring within the identified time frame. | 1 |
| 4 | Are inmates prescribed psychotropic medication seen face to face by a psychiatric nurse every thirty days? | X | | | The inmates are being seen every thirty days as required by mental health staff. The contract stipulates this contact needs to be by the PRN. | 1 |
| 5 | Are inmates that are seen every thirty (30) days by the psychiatric nurse and are assessed to be unstable on their current medication referred to and evaluated by a psychiatrist or psychiatry certified nurse practitioner? | X | | | These referrals are being made by mental health staff as identified in question number four. | 1 |
| 6 | Are inmates being prescribed psychotropic medication being seen by a psychiatrist or psychiatry certified nurse practitioner every three (3) months? | | X | | This was not occurring as required in the contract. ███████████████ | 1 |
| 7 | Are discharge plans being established for SMI inmates within 90, 60 and 30 days of release from prison? | X | | | All inmates were being identified for release planning within the identified time frame. | 2 |

---

## Corrective Action Plans for PerformanceMeasure: Mental Health (Q)

**6  Are inmates being prescribed psychotropic medication being seen by a psychiatrist or psychiatry certified nurse practitioner every three (3) months?**
**Level 1 Amber User: Steve Bender Date: 11/26/2012 12:24:33 PM**

Corrective Plan:

Corrective Actions:

## November 2012 FLORENCE KASSON

| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| 1 | Are all Health Needs Requests (HNR), for mental health services, being triaged within 24 hours (24) of receipt by a qualified mental health professional? | X | | | All HNR's are being triaged within the required time frame. | 1 |
| 2 | Are inmates referred to a psychiatric provider, form a sick call visit or other encounter, for routine services occurring within seven days of referral request? | X | | | The referrals are occurring within the identified time frame. | 1 |
| 4 | Are inmates prescribed psychotropic medication seen face to face by a psychiatric nurse every thirty days? | X | | | This requirement was being met by mental health staff.  The contract requires this contact to be made by the PRN. | 1 |
| 5 | Are inmates that are seen every thirty (30) days by the psychiatric nurse and are assessed to be unstable on their current medication referred to and evaluated by a psychiatrist or psychiatry certified nurse practitioner? | X | | | This requirement was being met by the mental health staff identified in question number four. | 1 |
| 6 | Are inmates being prescribed psychotropic medication being seen by a psychiatrist or psychiatry certified nurse practitioner every three (3) months? | | X | | This requirement was not being met. The providers are beginning to request a RTC in three months. | 1 |
| 7 | Are discharge plans being established for SMI inmates within 90, 60 and 30 days of release from prison? | X | | | The inmates are being seen for release planning within the identified time frame. | 2 |

| Corrective Action Plans for PerformanceMeasure: Mental Health (Q) |
|---|
| **6  Are inmates being prescribed psychotropic medication being seen by a psychiatrist or psychiatry certified nurse practitioner every three (3) months?** <br> **Level 1 Amber User: Steve Bender Date: 11/26/2012 12:40:34 PM** |
| Corrective Plan: |
| Corrective Actions: |

## November 2012 LEWIS COMPLEX

| | Mental Health (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are all Health Needs Requests (HNR), for mental health services, being triaged within 24 hours (24) of receipt by a qualified mental health professional? | | X | | The HNR's are not being triaged by qualified mental health professionals during the required time frame. | 1 |
| 2 | Are inmates referred to a psychiatric provider, form a sick call visit or other encounter, for routine services occurring within seven days of referral request? | | X | | The referrals are not being seen as required due to limited staffing.  They have developed a detailed database which tracks the HNR from start to finish. | 1 |
| 4 | Are inmates prescribed psychotropic medication seen face to face by a psychiatric nurse every thirty days? | | X | | Inmates were not being seen every thirty days by the PRN as required by the contract. ▮▮▮▮▮▮▮▮ | 1 |
| 5 | Are inmates that are seen every thirty (30) days by the psychiatric nurse and are assessed to be unstable on their current medication referred to and evaluated by a psychiatrist or psychiatry certified nurse practitioner? | | | | | 1 |
| 6 | Are inmates being prescribed psychotropic medication being seen by a psychiatrist or psychiatry certified nurse practitioner every three (3) months? | | X | | Prescriptions have been being written for 180 days with no return to clinic until their next scheduled apppointment in 180 days. New provider notes are now requesting RTC with the Psychiatrist or Psychiatric Nurse Practitioner at the 90 day requirement. | 1 |
| 7 | Are discharge plans being established for SMI inmates within 90, 60 and 30 days of release from prison? | X | | | There wasn't any scheduled SMI releases identified in the 25 charts reviewed. | 2 |

### Corrective Action Plans for PerformanceMeasure: Mental Health (Q)

**1  Are all Health Needs Requests (HNR), for mental health services, being triaged within 24 hours (24) of receipt by a qualified mental health professional?**
**Level 1 Amber User: Steve Bender Date: 11/27/2012 12:40:08 PM**

| Corrective Plan: |
|---|
| Corrective Actions: |

**2  Are inmates referred to a psychiatric provider, form a sick call visit or other encounter, for routine services occurring within seven days of referral request?**
**Level 1 Amber User: Steve Bender Date: 11/27/2012 12:45:16 PM**

| Corrective Plan: |
|---|
| Corrective Actions: |

**4  Are inmates prescribed psychotropic medication seen face to face by a psychiatric nurse every thirty days?**
**Level 1 Amber User: Steve Bender Date: 11/27/2012 12:53:33 PM**

| Corrective Plan: |
|---|
| Corrective Actions: |

**6  Are inmates being prescribed psychotropic medication being seen by a psychiatrist or psychiatry certified nurse practitioner every three (3) months?**
**Level 1 Amber User: Steve Bender Date: 11/27/2012 1:00:03 PM**

| Corrective Plan: |
|---|
| Corrective Actions: |

## November 2012 LEWIS COMPLEX

| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| 1 | Are death reviews being completed in accordance with Department Order 1105? | | X | | Performance measure is not met. 09/13/12 through 11/25/12 records 10 inmate deaths. Timely reviews are sporatic at present. | 1 |
| 2 | Are treating staff informed of the clinical mortality review and administrative review findings? | | X | | Performance measure is not met. No documentation to support that this is occurring. | 1 |
| 3 | Are deaths being reviewed by the complex CQI committee? | | X | | Performance measure is not met. CQI's are not occurring on a monthly basis at present. | 1 |
| 4 | Is the FHA (Site Manager) completing the CIU chart review memo in a timely manner? | | X | | Performance measure is not met. The completed CIU chart review memorandum has been sporatic to this point. | 1 |

### Corrective Action Plans for PerformanceMeasure: Procedure in the Event of Inmate Death

**1  Are death reviews being completed in accordance with Department Order 1105?**
**Level 1 Amber User: Terry Allred Date: 11/29/2012 1:36:12 PM**

Corrective Plan:

Corrective Actions:

**2  Are treating staff informed of the clinical mortality review and administrative review findings?**
**Level 1 Amber User: Terry Allred Date: 11/29/2012 1:36:58 PM**

Corrective Plan:

Corrective Actions:

**3  Are deaths being reviewed by the complex CQI committee?**
**Level 1 Amber User: Terry Allred Date: 11/29/2012 1:38:13 PM**

Corrective Plan:

Corrective Actions:

**4  Is the FHA (Site Manager) completing the CIU chart review memo in a timely manner?**
**Level 1 Amber User: Terry Allred Date: 11/29/2012 1:39:21 PM**

Corrective Plan:

Corrective Actions:

## November 2012 LEWIS COMPLEX

| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| **Staffing** | | | | | | |
| 1 | Is there an approved staffing pattern available to the Site Manager (FHA)? | X | | | Performance measure is met.  An approved staffing pattern is available to the Site Manager. | 1 |
| 2 | Are the adequacy and effectiveness of the staffing  assessed by the facility's sufficient to meet the needs of the inmate population? | | | X | Performance measure is not met.  Staffing continues to be of primary concern.  In nursing alone, the Lewis complex is 5.9 RN's below staffing expectations and 8 LPN's below staffing expectations.  The Lewis complex continues to fall short of the approved staffing pattern for Providers, Dentists, Release planners and ancillary positions in the areas of Radiology Technition, on-site Laboratory coverage and medical records. | 3 |
| 3 | Are all positions filled per contractor staffing pattern? | | | X | Performance measure is not met.  Nursing shortages equal 13.6 positions, with a pending 11/21/12 departure of the current DON.  Shortages of 3 providers.  Multiple ancillary positions to include, 1 Radiology Technition, on-site coverage for Laboratory services, medical records, release planner. Mental health is preparing for the upcoming loss of an additional Psychologist, and the transfer of a Psychology Associate to another complex, with no immediate fills anticipated. | 2 |
| 4 | Is the Site Manager (FHA) kept infomed of recruiting efforts being taken to fill vacant positions by the corporate office? | X | | | Performance measure is met. | 2 |

### Corrective Action Plans for PerformanceMeasure: Staffing

**2  Are the adequacy and effectiveness of the staffing  assessed by the facility's sufficient to meet the needs of the inmate population?**
**Level 3 Red User: Terry Allred Date: 11/16/2012 7:28:58 AM**

| Corrective Plan: |
|---|
| Corrective Actions: |

**3  Are all positions filled per contractor staffing pattern?**
**Level 2 Red User: Terry Allred Date: 11/16/2012 7:33:50 AM**

| Corrective Plan: |
|---|
| Corrective Actions: |

## November 2012 LEWIS COMPLEX

| | Infirmary Care | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Does policy or post order define the specific scope of medical, psychiatric, and nursing care provided in the infirmary setting? | X | | | | 1 |
| 2 | Are patients always within sight or hearing of a qualified health care professional (do inmates have a method of calling the nurse?) | | X | | On visits to L11, the CNA, officer and nurse would be in nurses station, which the door is closed and locked. The medical porter is out by the inmates. There have been on occassion that the inmate is behind a closed door asking for assistance, they tell the porter and the the porter relays that message to staff. The call light was pushed by the inmate in the first cell and the light above the door, went off three doors down, It was said "the programming was off". | 1 |
| 3 | Is the number of appropriate and sufficient qualified health professionals in the infirmary determined by the number of patients, severity of illnesses and level of care required? | | X | | It is understood that L11 is not an IPC unit, but there continues to be inmates in this unit that are significantly compromised regarding their ADL's &/or a hospital return. Staff state that there is a CNA and a usually an LPN on day shift. At night - there is a CNA and if a nurse is needed, they call over to the HUB, to get one. This can result in a CNA being placed in a position to make a decision to call for a nurse, when it is possible he/she might not be aware of every circumstance a RN is needed. It is unclear what the staffing matrix is for this unit. | 1 |
| 4 | Is a supervising registered nurse in the IPC 24 hours a day? | X | | | As stated in earlier performance measure, L11 is not considered to be an IPC, but there is the potential of a negative outcome, as a result of not having an RN on this unit. | 1 |
| 5 | Is the manual of nursing care procedures consistent with the state's nurse practice act and licensing requirements? | X | | | | 1 |
| 6 | Does admission to or discharge from infirmary care occur only on the order of physician or other provider where permitted by virtue of credentials and scope of practice? | X | | | | 1 |
| 7 | Is the frequency of physician and nursing rounds in the infirmary specified based on categories of care provided? | | X | | physician rounds conducted on a monthly basis per nursing staff; i/m #Redacted - admitted to L11 housing 11/08/12 following return from hospital post-surgery for SAH/EDH & right hemicraniotomy, orders written by provider not noted by nursing, no follow up visits documented | 1 |
| 8 | Is a complete inmate health record kept and include: <br> -Admitted order (admitting diagnosis, medications, diet, activity restrictions, required diagnostic tests, frequency of monitoring and follow-up <br> -Complete document of care and treatment given <br> -Medication administration record <br> -Discharge plan and discharge notes | | X | | Redacted - MAR has incomplete documentation for start/end dates of medications, no ordering provider documented <br> # Redacted - missing dose administration documentation <br> Medical files for some i/m housed in L11 for extended time periods do not have admitting information kept in current file used for documentation | 1 |
| 9 | If inpatient record is different than outpatient record, is a copy of the discharge summary from the infirmary care placed in the patient's outpatient chart? | X | | | Often times, there is a delay of receiving hospital documentation for the inmates. In L11, there is the tendency to be somewhat quicker then other units. | 1 |

## November 2012 LEWIS COMPLEX

| 10 | If an observation patient is placed by a qualified health care professional for longer than 24 hours, is this order being done only by a physician? | X | | | | 1 |
|----|---|---|---|---|---|---|
| 11 | Are vital signs done daily when required? | X | | | | 1 |
| 12 | Are there nursing care plans that are reviewed weekly and are signed and dated? | | X | | Nursing care plans are not completed per nursing staff<br><br>There are no care plans created for any inmates. This would be beneficial especially for those inmates that have a significant issue with their adl's. On a side note - the entire unit smells of urine, even with the cell doors closed. A couple of inmates were checked that wear briefs and they were extremely wet and they were unable to state how long they had been on. | 1 |
| 13 | Are medications and supplies checked regularly, and who is assigned to do it? | X | | | | 1 |

## Corrective Action Plans for PerformanceMeasure: Infirmary Care

**2  Are patients always within sight or hearing of a qualified health care professional (do inmates have a method of calling the nurse?)**
**Level 1 Amber User: Donna Mendoza Date: 11/29/2012 11:32:52 AM**

| Corrective Plan: |
|---|
| Corrective Actions: |

**3  Is the number of appropriate and sufficient qualified health professionals in the infirmary determined by the number of patients, severity of illnesses and level of care required?**
**Level 1 Amber User: Donna Mendoza Date: 11/29/2012 11:38:08 AM**

| Corrective Plan: |
|---|
| Corrective Actions: |

**7  Is the frequency of physician and nursing rounds in the infirmary specified based on categories of care provided?**
**Level 1 Amber User: Vanessa Headstream Date: 11/15/2012 11:20:20 AM**

| Corrective Plan: |
|---|
| Corrective Actions: |

**8  Is a complete inmate health record kept and include:**
**-Admitted order (admitting diagnosis, medications, diet, activity restrictions, required diagnostic tests, frequency of monitoring and follow-up**
**-Complete document of care and treatment given**
**-Medication administration record**
**-Discharge plan and discharge notes**
**Level 1 Amber User: Vanessa Headstream Date: 11/15/2012 11:26:39 AM**

| Corrective Plan: |
|---|
| Corrective Actions: |

**12  Are there nursing care plans that are reviewed weekly and are signed and dated?**
**Level 1 Amber User: Vanessa Headstream Date: 11/15/2012 11:27:35 AM**

| Corrective Plan: |
|---|
| Corrective Actions: |

**12  Are there nursing care plans that are reviewed weekly and are signed and dated?**
**Level 1 Amber User: Donna Mendoza Date: 11/29/2012 11:44:09 AM**

| Corrective Plan: |
|---|
| Corrective Actions: |

## November 2012 PERRYVILLE LUMLEY

| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| 1 | Have Base Line labs been drawn? | X | | | | 1 |
| 2 | Has a Pano been completed? | X | | | | 1 |
| 3 | Has a PPD been planted and read? | | X | | I/M Redacted had a PPD on 11/2/2012. There was no documetation that the PPD was read. The I/M was scheduled for X-rays but was transferred to Santa Cruz before x-rays were taken. The I/M chart was at Lumley on 11/14/2012, although the inmate was moved to Santa Cruz on 11/9/2012. | 1 |
| 4 | Has inmate been given written instructions on how to file a grievance, access health care and health information? | X | | | | 1 |
| 5 | Has a PAP been completed (Female)? | X | | | | 1 |
| 6 | Is a continuity of care completed prior to transfer to permanent unit? | | X | | A continuity of care SOAPE is being completed at the receiving unit, not at intake. The ADC Contiuity of Care/Transfer Summary form is not being used and Wexford has not adopted a similar form. When the medical record reaches the receiving unit (usually within 24 hours of the inmates transfer, with some notable exceptions), The Medical records Librarian puts a transfer summary progress note in the chart to be completed by the nurse who reviews the chart. | 1 |
| 7 | Are dental emergencies being addressed at the reception center? | X | | | | 1 |
| 8 | Are inmate prescribed medications transferred with a 45 day supply? | X | | | This standard is not applicable to ASPC-PV. There are not inter-Complex transfers except for inmates with mental health issues who may be transferred to ASPC-Phoenix. Inmates who are sent to George Ward at ASPC-Phoenix are sent with their existing meds and the MAR. | 1 |
| 9 | Are inmates on medications prior to being placed under ADC custody continued on the medication or a therapeutic substitute? | X | | | One of the records reviewed did not have a transfer summary from the county, so it coulod not be determined if the inmate was on meds prior to placement in ADC custody. In those cases reviewed where there was a transfer summary and the inmate was on medication(s) prior to arriving at PV, a prescription was written for meds. | 1 |

## Corrective Action Plans for PerformanceMeasure: Intake (Reception)

**3  Has a PPD been planted and read?**
**Level 1 Amber User: Mark Haldane Date: 11/14/2012 11:04:25 AM**

Corrective Plan:

Corrective Actions:

**6  Is a continuity of care completed prior to transfer to permanent unit?**
**Level 1 Amber User: Mark Haldane Date: 11/21/2012 8:00:18 AM**

Corrective Plan:

Corrective Actions:

### November 2012 PHOENIX COMPLEX

| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| 1 | Is a physical examination completed by a medical provider by day two (Business Day)(2) of the intake process? | | X | | Review of 5 charts in Intake area indicated Inmate #Redacted arrived 11/6/12-PE on 11/10/12; Inmate #Redacted arrived 11/2/12-PE completed 11/13/12.<br><br>On 11/29/12, in C area, review of eleven inmate medical records indicated non-compliance on PE being completed within two business days in the following seven medical records : #Redacted,  Redacted | 2 |
| 2 | Is a mental health assessment completed by a mental health practitioner by day two (Business Day) (2) of the intake process? | X | | | Review of charts #  Redacted shows compliance with MH assessments | 2 |

**Intake  (Q)** *(table title)*

## Corrective Action Plans for PerformanceMeasure: Intake  (Q)

**1  Is a physical examination completed by a medical provider by day two (Business Day)(2) of the intake process?**
**Level 2 Amber User: Helena Valenzuela Date: 11/16/2012 1:42:16 PM**

| |
|---|
| Corrective Plan: |
| Corrective Actions: |

**1  Is a physical examination completed by a medical provider by day two (Business Day)(2) of the intake process?**
**Level 2 Amber User: Helena Valenzuela Date: 11/30/2012 1:44:10 PM**

| |
|---|
| Corrective Plan: |
| Corrective Actions: |

## November 2012 TUCSON SANTA RITA

| | Sick Call (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is sick call being conducted five days a week Monday through Friday (excluding holidays)? | X | | | YES. | 1 |
| 2 | Are sick call inmates being seen within 24 hours of the HNR being triaged (or immediately if inmate is identified with emergent medical needs)? | | X | | Within the ten charts audited:<br><br>   Redacted    : HNR dtd 10/23/12 to refill medications. Reply on HNR states"You will be referred to Pharmacy", scripts not faxed to Pharmacy until 11/11/12.<br><br>   Redacted        HNRs dtd 9/12, 10/7, 10/16 & 10/29 to refill pain medication. IM seen on Nurseline 11/09, and Provider line 11/11 whereby medications were finally refilled.<br><br>***Additionally this auditor found 105 HNRs not yet addressed in an accordian file dating back as far as the beginning of October.<br>   Per the Provider appointment log book, Provider line is backlogged three weeks out.<br>   Per the Nurseline appointment log book, Nurse line is backlogged five weeks out.<br>   Currently this yard is staffed with only two Nurses, one NP, and Physician that comes one time per week. | 1 |
| 3 | Are vitals signs, to include weight, being checked and documented each time an inmate is seen during sick call? | X | | | Within the ten charts audited:<br><br>   Redacted        - Encounter dtd 11/13/12, no temp obtained.<br><br>   Redacted        - Encounter dtd 11/18/12, no weight obtained.<br><br>All other charts looked well documented on vitals. Very nicely documented. | 1 |
| 4 | Is the SOAPE format being utilized in the inmate medical record for encounters? | X | | | YES. | 1 |
| 5 | Are referrals to providers from sick call being seen within seven (7) days? | X | | | Per the Provider line appointment log, provider line has a back log of 3 weeks out. Within the 10 charts audited, none required referral to a mid-level. | 1 |
| 6 | Are nursing protocols in place and utilized by the nurses for sick call? | X | | | Bothe the ADC Health Services Technical Manual, and Wexford pre-printed SOAPs for Protocols were found. | 1 |

## Corrective Action Plans for PerformanceMeasure: Sick Call (Q)

**2  Are sick call inmates being seen within 24 hours of the HNR being triaged (or immediately if inmate is identified with emergent medical needs)?**
**Level 1 Amber User: Marlena Bedoya Date: 11/20/2012 2:09:02 PM**

| Corrective Plan: |
|---|
| Corrective Actions: |

## November 2012 TUCSON WHETSTONE

| | Sick Call (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is sick call being conducted five days a week Monday through Friday (excluding holidays)? | | X | | NO.<br><br>As of the date of this audit, November Nurse lines should have been conducted: NOV 1, 2, 5, 6, 7, 8, 9, and 13.<br><br>- On November 7th, only a Provider line was held. (Only Provider line held thus far during the month).<br><br>- On November 8th, nothing was found indicated there was any line that took place that day. | 1 |
| 2 | Are sick call inmates being seen within 24 hours of the HNR being triaged (or immediately if inmate is identified with emergent medical needs)? | | | X | NO.<br><br>Within the 10 charts audited:<br><br>Redacted     - HNR dtd 11/01/2012 for rash. Not seen my Nursing until 11/04/2012.<br><br>Redacted   - HNR dtd 9/03/2012 for chronic lower back pain. Never seen on Nurseline for this issue. Finally seen on Provider line for the issue on 11/07/2012<br><br>Redacted     - HNR dtd 10/11/2012 for pain in his head. Issue not seen by Nursin or the Physcian. Seen as emergency 11/01/12. IM arrive to medical crying from pain and pressure behind his eyes, blurred vision, pounding head. BP 120/96. Provider ordered BP checkes x 2 weeks and nothing is documented in chart. IM also given commissary Ibuprofen.<br><br>** Additionally - This auditor found approximately 125 HNRs back-logged in the HNR accordian folder.<br><br>- Nurseline is back-logged out three weeks.<br>- Provider line is back-logged out 2 months<br>- Charts requiring Provider review total roughly 70 charts. | 1 |
| 3 | Are vitals signs, to include weight, being checked and documented each time an inmate is seen during sick call? | | X | | Within the ten charts audited:<br><br>Redacted   - Encounters dtd 11/02, 11/11, and 11/13/12 - No weight obtained.<br><br>Redacted   - Encounter dtd 11/13/12 - No weight obtained.<br><br>Redacted     - Encounter dtd 11/01/12 - No weight obtained.<br><br>Redacted   - Encounter dtd 11/07/2012 - No weight obtained. | 1 |
| 4 | Is the SOAPE format being utilized in the inmate medical record for encounters? | X | | | YES. | 1 |
| 5 | Are referrals to providers from sick call being seen within seven (7) days? | | X | | NO. Current back log to see a Provider on this yard is two months. | 1 |

**November 2012 TUCSON WHETSTONE**

| 6 | Are nursing protocols in place and utilized by the nurses for sick call? | | X | | NO.<br><br>There is no ADC Health Services Technical manual found on the unit, which contains Protocols. However; the HSTM Appendix E: ADC Emergency Response Orders was located, as well as Wexford pre-printed SOAP notes per Protocols were located. | 1 |
|---|---|---|---|---|---|---|

## Corrective Action Plans for PerformanceMeasure: Sick Call  (Q)

**1  Is sick call being conducted five days a week Monday through Friday (excluding holidays)?**
**Level 1 Amber User: Marlena Bedoya Date: 11/14/2012 10:37:17 AM**

| Corrective Plan: |
|---|
| Corrective Actions: |

**2  Are sick call inmates being seen within 24 hours of the HNR being triaged (or immediately if inmate is identified with emergent medical needs)?**
**Level 1 Red User: Marlena Bedoya Date: 11/14/2012 9:53:33 AM**

| Corrective Plan: |
|---|
| Corrective Actions: |

**3  Are vitals signs, to include weight, being checked and documented each time an inmate is seen during sick call?**
**Level 1 Amber User: Marlena Bedoya Date: 11/14/2012 10:11:42 AM**

| Corrective Plan: |
|---|
| Corrective Actions: |

**5  Are referrals to providers from sick call being seen within seven (7) days?**
**Level 1 Amber User: Marlena Bedoya Date: 11/14/2012 10:13:23 AM**

| Corrective Plan: |
|---|
| Corrective Actions: |

**6  Are nursing protocols in place and utilized by the nurses for sick call?**
**Level 1 Amber User: Marlena Bedoya Date: 11/14/2012 10:19:52 AM**

| Corrective Plan: |
|---|
| Corrective Actions: |

## November 2012 YUMA COMPLEX

| | Staffing | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is there an approved staffing pattern available to the Site Manager (FHA)? | X | | | | 1 |
| 2 | Are the adequacy and effectiveness of the staffing  assessed by the facility's sufficient to meet the needs of the inmate population? | | | X | Wexford Staffing reflects: 2.75 physicians and 1 PA/NP budgeted<br>Current staffing:<br>Physicians: 1 FTE Wexford; 0 locums (locum was relieved of his duties this week)<br>0 PA/NA.<br>Mental Health (Approximately 800 MH3 housed at Yuma)<br>Psychiatrist .5 budgeted .5 filled (Awaiting lap top to perform increase in telemed Psychiatry, approximately 3-4 weeks away).<br>Psychologist 1 budgeted 0 filled<br>Psyc Assoc 1 budgeted -none so far.  1 was to start this week, but has shown up yet.<br>Dentist 3.5 budgeted 2 dentist filled and working leaving 1.5 vacant.<br>At the current level there is not enough providers to serve an inmate population of 4200+.  Per Site Manager Hale, Provider lines are behind-<br>Cheyenne- 1 week<br>Cibola- 4-5 weeks<br>Cocopah- 1 1/2 weeks<br>Under the terms of the contract (Solicitation #ADOC12-00001105; Sec. 2.3.12.3.2) the Contractor will maintain adequate staff levels to meet the requirements of the Contract; Also, under Sec. 2.17.1, the Contractor must employ sufficient staffing and utilize appropriate resources to achieve contractual compliance. The Contractor's resources must be adequate to achieve outcomes in all functional areas within the organization.<br><br>Dakota- 3 weeks<br>La Paz- 6 weeks | 3 |

## November 2012 YUMA COMPLEX

| 3 | Are all positions filled per contractor staffing pattern? | | | X | Wexford Staffing reflects: 2.75 physicians and 1 PA/NP budgeted<br>Current staffing:<br>Physicians: 1 FTE Wexford; 0 locums (locum was relieved of his duties this week) 0 PA/NA.<br>Mental Health (Approximately 800 MH3 housed at Yuma)<br>Psychiatrist .5 budgeted .5 filled (Awaiting lap top to perform increase in telemed Psychiatry, approximately 3-4 weeks away).<br>Psychologist 1 budgeted 0 filled<br>Psyc Assoc 1 budgeted -none so far.  1 was to start this week, but has shown up yet.<br>Dentist 3.5 budgeted 2 dentist filled and working leaving 1.5 vacant.<br>At the current level there is not enough providers to serve an inmate population of 4200+.  Per Site Manager Hale, Provider lines are behind-<br>Cheyenne- 1 week<br>Cibola- 4-5 weeks<br>Cocopah- 1 1/2 weeks<br>Under the terms of the contract (Solicitation #ADOC12-00001105; Sec. 2.3.12.3.2) the Contractor will maintain adequate staff levels to meet the requirements of the Contract; Also, under Sec. 2.17.1, the Contractor must employ sufficient staffing and utilize appropriate resources to achieve contractual compliance. The Contractor's resources must be adequate to achieve outcomes in all functional areas within the organization. | 2 |
| 4 | Is the Site Manager (FHA) kept infomed of recruiting efforts being taken to fill vacant positions by the corporate office? | X | | | | 2 |

### Corrective Action Plans for PerformanceMeasure: Staffing

**2  Are the adequacy and effectiveness of the staffing  assessed by the facility's sufficient to meet the needs of the inmate population?**
**Level 3 Red User: Kathy Campbell Date: 11/30/2012 8:06:33 PM**

Corrective Plan:

Corrective Actions:

**3  Are all positions filled per contractor staffing pattern?**
**Level 2 Red User: Kathy Campbell Date: 11/30/2012 8:06:50 PM**

Corrective Plan:

Corrective Actions: