1   Daniel Pochoda (Bar No. 021979)
    Kelly J. Flood (Bar No. 019772)
2   James Duff Lyall (Bar No. 330045)*
    **ACLU FOUNDATION OF ARIZONA**
3   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
4   Telephone: (602) 650-1854
    Email: dpochoda@acluaz.org
5           kflood@acluaz.org
          jlyall@acluaz.org
6   *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7   *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
8   *Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
9   *Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

10

11   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

12                UNITED STATES DISTRICT COURT

13                    DISTRICT OF ARIZONA

| | |
|---|---|
| 14   Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **UNOPPOSED MOTION TO SEAL ITEMS ASSOCIATED WITH PRISONER PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

78204-0001/LEGAL25576413.1

1  Pursuant to LRCiv 5.6, Prisoner Plaintiffs move for an order directing the clerk to file designated portions of Exhibit 3 to the Declaration of Corene Kendrick under seal because these documents contain information that identifies inmates, including in contexts that reveal personal health information.

Prisoner Plaintiffs propose redacting only inmate numbers from certain pages of Exhibit 3.  Exhibit 3 contains excerpts of Arizona Department of Corrections Monitoring Reports, which were originally produced to Plaintiffs under the Protective Order in this case [Doc. 140].  However, Prisoner Plaintiffs and Defendants have conferred and agreed that these documents may be filed publicly so long as the inmate numbers are redacted.  The documents Plaintiffs received from Defendants through discovery had already been redacted by Defendants using black boxes.[1]  To distinguish the agreed-upon redactions, Plaintiffs have used white boxes with the word "redacted."

Inmate numbers, which can be associated with inmate names via the ADC website, are used in the Monitoring Reports to describe observed deficiencies in healthcare.  Accordingly, the numbers in most cases reveal personal health information about the inmate, which should be filed under seal in accordance with the Protective Order in this case.  This information is also similar to information filed under seal previously in this case.  *See* Docs. 247, 325 (granting motions to seal Motion and Response papers based on, among other reasons, the inclusion of personal health information).  The only portions of today's filings by Plaintiffs that will be unavailable to the public will be these limited portions of Exhibit 3 that comprise Defendants' previously redacted material and the agreed-upon redactions.

---

[1] Because these documents were produced to Plaintiffs already redacted, the Exhibit 3 filed under seal for the Court still contains these black redactions.

78204-0001/LEGAL25576413.1

| | | |
|---|---|---|
| 1 | Dated: January 15, 2013 | **ACLU NATIONAL PRISON PROJECT** |
| 2 | | |
| 3 | | By:  s/ David C. Fathi |
| | | David C. Fathi (Wash. 24893)* |
| 4 | | Amy Fettig (D.C. 484883)** |
| | | 915 15th Street N.W., 7th Floor |
| 5 | | Washington, D.C. 20005 |
| | | Telephone: (202) 548-6603 |
| 6 | | Email:  dfathi@npp-aclu.org |
| | | afettig@npp-aclu.org |

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
  agerlicher@perkinscoie.com
  keidenbach@perkinscoie.com
  jhgray@perkinscoie.com
  mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  dpochoda@acluaz.org
  kflood@acluaz.org
  jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

| | |
|---|---|
| 1 | Donald Specter (Cal. 83925)* |
| | Alison Hardy (Cal. 135966)* |
| 2 | Sara Norman (Cal. 189536)* |
| | Corene Kendrick (Cal. 226642)* |
| 3 | **PRISON LAW OFFICE** |
| | 1917 Fifth Street |
| 4 | Berkeley, California 94710 |
| | Telephone: (510) 280-2621 |
| 5 | Email: dspecter@prisonlaw.com |
| | ahardy@prisonlaw.com |
| 6 | snorman@prisonlaw.com |
| | ckendrick@prisonlaw.com |
| 7 | |
| | *Admitted *pro hac vice* |
| 8 | |
| | Caroline Mitchell (Cal. 143124)* |
| 9 | David C. Kiernan (Cal. 215335)* |
| | Sophia Calderón (Cal. 278315)* |
| 10 | Sarah Rauh (Cal. 283742)* |
| | **JONES DAY** |
| 11 | 555 California Street, 26th Floor |
| | San Francisco, California 94104 |
| 12 | Telephone: (415) 875-5712 |
| | Email: cnmitchell@jonesday.com |
| 13 | dkiernan@jonesday.com |
| | scalderon@jonesday.com |
| 14 | srauh@jonesday.com |
| 15 | *Admitted *pro hac vice* |
| 16 | R. Scott Medsker (D.C. 976405)* |
| | **JONES DAY** |
| 17 | 51 Louisiana Avenue, NW |
| | Washington, D.C. 20001-2113 |
| 18 | Telephone: (202) 879-3837 |
| | Email: rsmedsker@jonesday.com |
| 19 | |
| | *Admitted *pro hac vice* |
| 20 | |
| | John Laurens Wilkes (Tex. 24053548)* |
| 21 | Kate A. Suh (Tex. 24075132) |
| | **JONES DAY** |
| 22 | 717 Texas Street |
| | Houston, Texas 77002 |
| 23 | Telephone: (832) 239-3939 |
| | Email: jlwilkes@jonesday.com |
| 24 | ksuh@jonesday.com |
| 25 | *Admitted *pro hac vice* |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Kamilla Mamedova (N.Y. 4661104)* |
| 2 | Jennifer K. Messina (N.Y. 4912440)*<br>**JONES DAY** |
| 3 | 222 East 41 Street<br>New York, New York 10017 |
| 4 | Telephone:  (212) 326-3498<br>Email:    kmamedova@jonesday.com |
| 5 |             jkmessina@jonesday.com |
| 6 | *Admitted *pro hac vice* |
| 7 | *Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

s/ Delana Freouf

78204-0001/LEGAL25576413.1                -5-