UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**ORDER GRANTING MOTION TO SEAL ITEMS ASSOCIATED WITH PRISONER PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

Having received and considered Prisoner Plaintiffs' Motion to Seal Items Associated with Reply in Support of Motion for Class Certification, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion to Seal Items Associated with Reply in Support of Motion for Class Certification is **GRANTED**. The Clerk is directed to file the following documents lodged with Prisoner Plaintiffs' Motion to Seal Items Associated with Reply in Support of Motion for Class Certification under seal:  Exhibit 3 to the Declaration of Corene Kendrick.

78204-0001/LEGAL25576520.1