1  Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Katherine E. Watanabe, Bar No. 027458
3  Lucy M. Rand, Bar No. 026919
   Ashley B. Zuerlein, Bar No. 029541
4  Assistant Attorney Generals
   1275 W. Washington Street
5  Phoenix, Arizona 85007-2926
   Telephone: (602) 542-4951
6  Fax:        (602) 542-7670
   Michael.Gottfried@azag.gov
7  Katherine.Watanabe@azag.gov
   Lucy.Rand@azag.gov
8  Ashley.Zuerlein@azag.gov

9  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
10 Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 22126
11 Nicholas D. Acedo, Bar No. 021644
   Courtney R. Cloman, Bar No. 023155
12 Ashlee B. Fletcher, Bar No. 028874
   Anne M. Orcutt, Bar No. 029387
13 STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
14 Chandler, Arizona  85226
   Telephone:  (480) 420-1600
15 Fax:  (480) 420-1696
   dstruck@swlfirm.com
16 kwieneke@swlfirm.com
   rlove@swlfirm.com
17 tbojanowski@swlfirm.com
   nacedo@swlfirm.com
18 ccloman@swlfirm.com
   afletcher@swlfirm.com
19 aorcutt@swlfirm.com

20 *Attorneys for Defendants*

21             **UNITED STATES DISTRICT COURT**

22               **DISTRICT OF ARIZONA**

23 Victor Parsons; *et al.*, on behalf of themselves     NO. 2:12-cv-00601-NVW
   and all others similarly situated; and Arizona
24 Center for Disability Law,                            **NOTICE OF SERVICE**

25                                       Plaintiffs,

26            v.

27 Charles Ryan, Director, et al.
                                       Defendants.
28

1

2          NOTICE IS HEREBY GIVEN that on January 22, 2013, the Defendants served

3   upon Plaintiffs' counsel the discovery listed below, by sending it via email to all counsel

    of record.

4          1.  Plaintiff Arizona Center for Disability Law's Requests for Production of
               Documents and Defendant Richard Pratt's and Defendant Charles Ryan's Joint
5               Third Supplemental Responses Thereto.

6

7

           RESPECTFULLY SUBMITTED this 22nd day of January, 2013.

8
                                              Thomas C. Horne
9                                             Attorney General

10

                                              s/*Katherine E. Watanabe*
11                                            Katherine E. Watanabe
                                              Michael E. Gottfried
12                                            Lucy M. Rand
                                              Ashley B. Zuerlein
13                                            Assistant Attorney Generals

14                                            Daniel P. Struck
                                              Kathleen L. Wieneke
15                                            Rachel Love
                                              Timothy J. Bojanowski
16                                            Nicholas D. Acedo
                                              Courtney R. Cloman
17                                            Ashlee B. Fletcher
                                              Anne Orcutt
18                                            STRUCK WIENEKE & LOVE, P.L.C

19

20                              **CERTIFICATE OF SERVICE**

21

22         I hereby certify that on January 22, 2013, I electronically transmitted the attached

23   document to the Clerk of the Court using the ECF System.

24         This document and the Notice of Electronic Filing were automatically served on

25   the same date to the following, who are registered participants of the CM/ECF System:

26
     Alison Hardy:           ahardy@prisonlaw.com
27
     Amy Fettig:             afettig@npp-aclu.org
28

                                             2

1

2    Caroline N. Mitchell:     cnmitchell@jonesday.com; mlandsborough@jonesday.com;

3                             nbreen@jonesday.com

4    Corene T. Kendrick:       ckendrick@prisonlaw.com; edegraff@prisonlaw.com

5    Daniel Clayton Barr:      DBarr@perkinscoie.com; docketphx@perkinscoie.com;

6                             sneilson@perkinscoie.com

7    Daniel Joseph Pochoda:    dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

8    David Cyrus Fathi:        dfathi@npp-aclu.org; astamm@aclu.org;

9                             hkrase@npp-aclu.org

10   Donald Specter:           dspecter@prisonlaw.com

11

12   James Anthony Ahlers:     jahlers@perkinscoie.com; docketphx@perkinscoie.com;

13                            jroe@perkinscoie.com

14   James Duff Lyall:         jlyall@acluaz.org; gtorres@acluaz.org

15   Jennifer Ann Alewelt:     jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org;

16                            phxadmin@azdisabilitylaw.org

17   Jill Louise Ripke:        jripke@perkinscoie.com; jgable@perkinscoie.com

18   John Howard Gray:         jhgray@perkinscoie.com; slawson@perkinscoie.com

19   Kelly Joyce Flood:        kflood@acluaz.org; gtorres@acluaz.org

20   Kirstin T. Eidenbach:     keidenbach@perkinscoie.com; dfreouf@perkinscoie.com;

21                            docketphx@perkinscoie.com

22   Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

23   Sara Norman:              snorman@prisonlaw.com

24   Sophia Calderon:          scalderon@jonesday.com; lwong@jonesday.com

25
     Thomas Dean Ryerson:      tryerson@perkinscoie.com; docketphx@perkinscoie.com;
26
                              rboen@perkinscoie.com
27   Asim Varma:               avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org;

28

3

|  |  |
|---|---|
|  | phxadmin@azdisabilitylaw.org |
| Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| R. Scott Medsker: | rsmedsker@JonesDay.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Kamilla Mamedova: | kmamedova@jonesday.com |
| Jennifer K Messina: | jkmessina@jonesday.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| Eun Ae Suh: | ksuh@jonesday.com |

/s/K. Watanabe

4