Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: dpochoda@acluaz.org
          kflood@acluaz.org
          jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **MOTION FOR WITHDRAWAL OF ATTORNEY EUN AE SUH** |

78204-0001/LEGAL25716277.1

1  The undersigned attorney, Eun Ae Suh, moves to withdraw as one of the counsel of record for Prisoner Plaintiffs. The undersigned will no longer be employed at Jones Day. The Prisoner Plaintiffs will continue to be represented in this matter by other attorneys of record at Jones Day.

Upon order granting this motion, the undersigned requests to be removed from ECF noticing in this matter.

Respectfully submitted this 30th day of January, 2013.

**JONES DAY**

By:   /s/ Eun Ae Suh
Eun Ae Suh (Texas 24075132)*
717 Texas, Suite 3300
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    ksuh@jonesday.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          keidenbach@perkinscoie.com
          jhgray@perkinscoie.com
          mdumee@perkinscoie.com

78204-0001/LEGAL25716277.1

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
kflood@acluaz.org
jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
afettig@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
| 2 | David C. Kiernan (Cal. 215335)* <br> Sophia Calderón (Cal. 278315)* <br> Sarah Rauh (Cal. 283742)* |
| 3 | **JONES DAY** <br> 555 California Street, 26th Floor |
| 4 | San Francisco, California 94104 <br> Telephone:  (415) 875-5712 |
| 5 | Email:    cnmitchell@jonesday.com <br>             dkiernan@jonesday.com |
| 6 |             scalderon@jonesday.com <br>             srauh@jonesday.com |
| 7 | |
| 8 | *Admitted *pro hac vice* |
| 9 | R. Scott Medsker (D.C. 976405)* <br> **JONES DAY** |
| 10 | 51 Louisiana Avenue, NW <br> Washington, D.C. 20001-2113 |
| 11 | Telephone:  (202) 879-3837 <br> Email:    rsmedsker@jonesday.com |
| 12 | *Admitted *pro hac vice* |
| 13 | John Laurens Wilkes (Tex. 24053548)* |
| 14 | **JONES DAY** <br> 717 Texas Street |
| 15 | Houston, Texas 77002 <br> Telephone:  (832) 239-3939 |
| 16 | Email:    jlwilkes@jonesday.com |
| 17 | *Admitted *pro hac vice* |
| 18 | Kamilla Mamedova (N.Y. 4661104)* <br> Jennifer K. Messina (N.Y. 4912440)* |
| 19 | **JONES DAY** <br> 222 East 41 Street |
| 20 | New York, New York 10017 <br> Telephone:  (212) 326-3498 |
| 21 | Email:    kmamedova@jonesday.com <br>             jkmessina@jonesday.com |
| 22 | *Admitted *pro hac vice* |
| 23 | *Attorneys for Plaintiffs Victor Parsons;* |
| 24 | *Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina* |
| 25 | *Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm;* |
| 26 | *Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*


Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*


　　　　　　　　　　　　　　s/ Delana Freouf

78204-0001/LEGAL25716277.1                -4-