1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriguez; Christina             (MEA)
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
10  Hefner; Joshua Polson; and Charlotte Wells, on        **ORDER GRANTING**
    behalf of themselves and all others similarly         **WITHDRAWAL OF**
11  situated; and Arizona Center for Disability Law,      **ATTORNEY EUN AE SUH**

12                    Plaintiffs,

13       v.

14  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
15  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
16  capacities,

17                    Defendants.

18

19       The Court having reviewed the Prisoner Plaintiffs' Motion for Withdrawal of

20  Attorney (Doc. ___) filed on January 30, 2013, and good cause appearing,

21       **IT IS ORDERED** granting the Prisoner Plaintiffs' Motion for Withdrawal of

22  Attorney (Doc. ___).

23       **IT IS FURTHER ORDERED** allowing the withdrawal of Eun Ae Suh as one of

24  the counsel of record for Prisoner Plaintiffs in this action.  Prisoner Plaintiffs continue to

25  be represented by attorneys of record at Jones Day.

26

27

28

    78204-0001/LEGAL25716981.1