1

2

3

4

5

6                         IN THE UNITED STATES DISTRICT COURT

7                             FOR THE DISTRICT OF ARIZONA

8     Victor Antonio Parsons, et al.,                    No. CV-12-00601-PHX-NVW

9                           Plaintiffs,
                                                         **ORDER**
10          v.

11    Charles L. Ryan, et al.,

12                          Defendants.

13

14          The Court having reviewed the Prisoner Plaintiffs' Motion for Withdrawal of

15    Attorney (Doc. 345) filed on January 30, 2013, and good cause appearing,

16          **IT IS ORDERED** granting the Prisoner Plaintiffs' Motion for Withdrawal of

17    Attorney (Doc. 345).

18          **IT IS FURTHER ORDERED** allowing the withdrawal of Eun Ae Suh as one of

19    the counsel of record for Prisoner Plaintiffs in this action.  Prisoner Plaintiffs continue to

20    be represented by attorneys of record at Jones Day.

21          Dated this 30th day of January, 2013.

22

23    _____

24                              Neil V. Wake
                         United States District Judge
25

26

27

28