Attorney General
Thomas C. Horne
OFFICE OF THE ATTORNEY GENERAL
Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
Lucy M. Rand, Bar No. 026919
Ashley B. Zuerlein, Bar No. 029541
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7695
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, et al., on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>               Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director; and Richard Pratt, Interim Division Director, Division of Health Services; in their official capacities, <br>                                            Defendants. | NO. 2:12-cv-00601-NVW <br><br> **NOTICE OF SERVICE OF DISCOVERY** |

NOTICE IS HEREBY GIVEN that on February 11, 2013, the Defendants served upon Plaintiffs' counsel the below-listed discovery via email, as stated in the attached Certificate of Service.

1. Defendants' Response to Plaintiff Polson's First Request For Production

RESPECTFULLY SUBMITTED this 11th day of February, 2013.

    Thomas C. Horne
    Attorney General

    s/ Lucy M. Rand
    Lucy M. Rand
    Michael E. Gottfried
    Katherine E. Watanabe
    Ashley B. Zuerlein
    Assistant Attorneys General
    1275 W. Washington Street
    Phoenix, AZ 85007

    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Courtney R. Cloman
    Ashlee B. Fletcher
    Anne Orcutt
    STRUCK WIENEKE, & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona, 85226
    *Attorneys for Defendants*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that on February 13, 2013, I electronically transmitted the attached |
| 3 | document to the Clerk of the Court using the ECF System.  This document and the |
| 4 | Notice of Electronic Filing were automatically served on the same date to the following, |
| 5 | who are registered participants of the CM/ECF System: |

**PRISON LAW OFFICE:**

| | |
|---|---|
| Donald Specter: | dspecter@prisonlaw.com |
| Alison Hardy: | ahardy@prisonlaw.com |
| Sara Norman: | snorman@prisonlaw.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com |
| | edegraff@prisonlaw.com |

**ACLU:**

| | |
|---|---|
| Daniel Joseph Pochoda: | dpochoda@acluaz.org |
| | danpoc@cox.net |
| | gtorres@acluaz.org |
| Kelly Joyce Flood: | kflood@acluaz.org |
| | gtorres@acluaz.org |
| James Duff Lyall: | jlyall@acluaz.org |
| | gtorres@acluaz.org |

**ACLU NATIONAL PRISON PROJECT:**

| | |
|---|---|
| David Cyrus Fathi: | dfathi@npp-aclu.org |
| | astamm@aclu.org |
| | hkrase@npp-aclu.org |
| Amy Fettig: | afettig@npp-aclu.org |

**PERKINS COIE, LLP:**

| | |
|---|---|
| Daniel Clayton Barr: | DBarr@perkinscoie.com |
| | docketphx@perkinscoie.com |
| | sneilson@perkinscoie.com |
| Jill Louise Ripke: | jripke@perkinscoie.com |
| | jgable@perkinscoie.com |
| James Anthony Ahlers: | jahlers@perkinscoie.com |
| | docketphx@perkinscoie.com |
| | jroe@perkinscoie.com |

|   |   |
|---|---|
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com<br>dfreouf@perkinscoie.com<br>docketphx@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com<br>slawson@perkinscoie.com |
| Thomas Dean Ryerson: | tryerson@perkinscoie.com<br>docketphx@perkinscoie.com<br>rboen@perkinscoie.com |
| Matthew Benjamin de Mee | mdumee@perkinscoie.com<br>cwendt@perkinscoie.com |

**JONES DAY:**

|   |   |
|---|---|
| Caroline N. Mitchell: | cnmitchell@jonesday.com<br>mlandsborough@jonesday.com<br>nbreen@jonesday.com |
| David C. Kiernan: | dkiernan@jonesday.com<br>lwong@jonesday.com |
| Sophia Calderon: | scalderon@jonesday.com<br>lwong@jonesday.com |
| Sarah Rauh: | srauh@jonesday.com<br>treyes@jonesday.com |
| R. Scott Medsker: | rsmedsker@JonesDay.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com<br>dkkerr@jonesday.com |
| Kamilla Mamedova: | kmamedova@jonesday.com |
| Jennifer K Messina: | jkmessina@jonesday.com |

**ACDL:**

|   |   |
|---|---|
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org<br>emyers@azdisabilitylaw.org<br>phxadmin@azdisabilitylaw.org |
| Sarah Eve Kader: | skader@azdisabilitylaw.org<br>mlauritzen@azdisabilitylaw.org |
| Asim Varma: | avarma@azdisabilitylaw.org<br>emyers@azdisabilitylaw.org<br>phxadmin@azdisabilitylaw.org |

s/ Lucy M. Rand

4