1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone:  (602) 650-1854
   Email: dpochoda@acluaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,
   Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
8  *Christina Verduzco, Jackie Thomas, Jeremy Smith,
   Robert Gamez, Maryanne Chisholm, Desiree Licci,*
9  *Joseph Hefner, Joshua Polson, and Charlotte Wells, on
   behalf of themselves and all others similarly situated*

10
   **[ADDITIONAL COUNSEL LISTED ON**
11  **SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **CERTIFICATE OF SERVICE OF PLAINTIFFS' DISCOVERY RESPONSES TO DEFENDANT CHARLES RYAN'S REQUEST FOR PRODUCTIONS OF DOCUMENTS AND THINGS** |

SFI-815271v1

PLEASE TAKE NOTICE that on February 19, 2013, Jones Day, acting in its capacity as Co-Counsel for Prisoner Plaintiffs, served by email the following discovery responses in this matter:

1. Plaintiff Victor Parsons' Response To Defendant Charles Ryan's Third Request For Production of Documents And Things

2. Plaintiff Shawn Jensen's Response To Defendant Charles Ryan's Second Request For Production of Documents And Things

3. Plaintiff Stephen Swartz's Response To Defendant Charles Ryan's Second Request For Production of Documents And Things

4. Plaintiff Dustin Brislan's Response To Defendant Charles Ryan's Second Request For Production of Documents And Things

5. Plaintiff Sonia Rodriguez's Response To Defendant Charles Ryan's Second Request For Production of Documents And Things

6. Plaintiff Christina Verduzco's Response To Defendant Charles Ryan's Second Request For Production of Documents And Things

7. Plaintiff Jackie Thomas' Response To Defendant Charles Ryan's Second Request For Production of Documents And Things

8. Plaintiff Jeremy Smith's Response To Defendant Charles Ryan's Second Request For Production of Documents And Things

9. Plaintiff Robert Gamez's Response To Defendant Charles Ryan's Second Request For Production of Documents And Things

10. Plaintiff Maryanne Chisholm's Response To Defendant Charles Ryan's Third Request For Production of Documents And Things

11. Plaintiff Desiree Licci's Response To Defendant Charles Ryan's Second Request For Production of Documents And Things

12. Plaintiff Joseph Hefner's Response To Defendant Charles Ryan's Second Request For Production of Documents And Things

13. Plaintiff Joshua Polson's Response To Defendant Charles Ryan's Second

SFI-815271v1

1 | Request For Production of Documents And Things

2 |     14.    Plaintiff Charlotte Wells' Response To Defendant Charles Ryan's Second

3 | Request For Production of Documents And Things

4 |     15.    Plaintiff Joseph Hefner's Response To Defendant Charles Ryan's Third

5 | Request For Production of Documents And Things

6 |     16.    Plaintiff Joshua Polson's Response To Defendant Charles Ryan's Third

7 | Request For Production of Documents And Things

8 |     17.    Plaintiff Jeremy Smith's Response To Defendant Charles Ryan's Third

9 | Request For Production of Documents And Things

Dated: February 19, 2013        **JONES DAY**

By: s/ Sophia Calderón
Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
           dkiernan@jonesday.com
           scalderon@jonesday.com
           srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3837
Email:   rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

|    |    |
|----|----|
| 1  | Kamilla Mamedova (N.Y. 4661104)* |
|    | Jennifer K. Messina (N.Y. 4912440)* |
| 2  | **JONES DAY** |
|    | 222 East 41 Street |
| 3  | New York, New York 10017 |
|    | Telephone:  (212) 326-3498 |
| 4  | Email:    kmamedova@jonesday.com |
|    |               jkmessina@jonesday.com |
| 5  |    |
|    | *Admitted *pro hac vice* |
| 6  |    |
|    | Daniel Pochoda (Bar No. 021979) |
| 7  | Kelly J. Flood (Bar No. 019772) |
|    | James Duff Lyall (Bar No. 330045)* |
| 8  | **ACLU FOUNDATION OF ARIZONA** |
| 9  | 3707 North 7th Street, Suite 235 |
|    | Phoenix, Arizona 85013 |
| 10 | Telephone:  (602) 650-1854 |
|    | Email:    dpochoda@acluaz.org |
| 11 |               kflood@acluaz.org |
|    |               jlyall@acluaz.org |
| 12 |    |
|    | *Admitted pursuant to Ariz. Sup. Ct. |
| 13 | R. 38(f) |
| 14 | Donald Specter (Cal. 83925)* |
|    | Alison Hardy (Cal. 135966)* |
| 15 | Sara Norman (Cal. 189536)* |
|    | Corene Kendrick (Cal. 226642)* |
| 16 | **PRISON LAW OFFICE** |
|    | 1917 Fifth Street |
| 17 | Berkeley, California 94710 |
|    | Telephone:  (510) 280-2621 |
| 18 | Email:    dspecter@prisonlaw.com |
|    |               ahardy@prisonlaw.com |
| 19 |               snorman@prisonlaw.com |
|    |               ckendrick@prisonlaw.com |
| 20 |    |
|    | *Admitted *pro hac vice* |
| 21 |    |
|    | David C. Fathi (Wash. 24893)* |
| 22 | Amy Fettig (D.C. 484883)** |
|    | **ACLU NATIONAL PRISON PROJECT** |
| 23 |    |
|    | 915 15th Street N.W., 7th Floor |
| 24 | Washington, D.C. 20005 |
|    | Telephone:  (202) 548-6603 |
| 25 | Email:    dfathi@npp-aclu.org |
|    |               afettig@npp-aclu.org |
| 26 |    |
|    | *Admitted *pro hac vice*.  Not admitted |
| 27 |   in DC; practice limited to federal |
|    |   courts. |
| 28 | **Admitted *pro hac vice* |

SFI-815271v1                              -3-

| | |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| 2 | Amelia M. Gerlicher (Bar No. 023966) |
|   | Kirstin T. Eidenbach (Bar No. 027341) |
| 3 | John H. Gray (Bar No. 028107) |
|   | Matthew B. du Mée (Bar No. 028468) |
| 4 | **PERKINS COIE LLP** |
|   | 2901 N. Central Avenue, Suite 2000 |
| 5 | Phoenix, Arizona 85012 |
|   | Telephone: (602) 351-8000 |
| 6 | Email: dbarr@perkinscoie.com |
|   | agerlicher@perkinscoie.com |
| 7 | keidenbach@perkinscoie.com |
|   | jhgray@perkinscoie.com |
|   | mdumee@perkinscoie.com |

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
Attorneys for Defendants

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

Attorneys for Arizona Center for Disability Law

    s/ Lillian Wong