Thomas C. Horne Arizona Attorney General
OFFICE OF THE ATTORNEY GENERAL
Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
Lucy M. Rand, Bar No. 026919
Ashley B. Zuerlein, Bar No. 029541
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7695
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan and Richard Pratt, in their official capacities,<br><br>Defendants. | NO. CV12-0601-PHX-NVW (MEA)<br><br>**DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY RESPONSES** |

#3083630

1  NOTICE IS HEREBY GIVEN that on February 19, 2013, the Defendants served
2  upon Plaintiffs' counsel the discovery listed below via First-Class mail to Kirstin T.
3  Eidenbach of Perkins Coie; John L. Wilkes of Jones Day; and Jennifer Alewelt of the
4  Arizona Center for Disability Law.

   1. Defendants' *Fifth* Supplemental Disclosure Statement;
   2. Defendants *Fifth* Supplemental Response and Objections to Plaintiffs' Notice of 30(B)(6) Deposition Duces Tecum (Doc. #76); and,
   3. Defendants' *Eleventh* Supplemental Response to Plaintiff Victor Parsons' *First* Set of Requests for Production of Documents to Defendants.

   RESPECTFULLY SUBMITTED this 19th day of February, 2013.

                                       Thomas C. Horne
                                       ATTORNEY GENERAL


                                       s/ Lucy M. Rand
                                       Lucy M. Rand
                                       Michael E. Gottfried
                                       Katherine E. Watanabe
                                       Ashley B. Zuerlein
                                       Assistant Attorneys General
                                       1275 West Washington Street
                                       Phoenix, Arizona  85007-2926

                                       Daniel P. Struck
                                       Kathleen L. Wieneke
                                       Rachel Love
                                       Timothy J. Bojanowski
                                       Nicholas D. Acedo
                                       Courtney R. Cloman
                                       Ashlee B. Fletcher
                                       Anne Orcutt
                                       **STRUCK WIENEKE & LOVE, P.L.C.**
                                       3100 West Ray Road, Suite 300
                                       Chandler, Arizona  85226
                                       *Attorneys for Defendants*

#3083630                              2

**CERTIFICATE OF SERVICE**

I certify that on February 19, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System. This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

| | |
|---|---|
| Donald Specter: | dspecter@prisonlaw.com |
| Alison Hardy: | ahardy@prisonlaw.com |
| Sara Norman: | snorman@prisonlaw.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com |

**PRISON LAW OFFICE**

| | |
|---|---|
| Daniel Joseph Pochoda: | dpochoda@acluaz.org |
| Kelly Joyce Flood: | kflood@acluaz.org |
| James Duff Lyall: | jlyall@acluaz.org |

**ACLU**

| | |
|---|---|
| David Cyrus Fathi: | dfathi@npp-aclu.org |
| Amy Fettig: | afettig@npp-aclu.org |

**ACLU NATIONAL PRISON PROJECT**

| | |
|---|---|
| Daniel Clayton Barr: | DBarr@perkinscoie.com |
| Jill Louise Ripke: | jripke@perkinscoie.com |
| James Anthony Ahlers: | jahlers@perkinscoie.com |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com |
| Matthew Benjamin de Mée | mdumee@perkinscoie.com |
| Amelia Morrow Gerlicher: | agerlicher@perkinscoie.com |

**PERKINS COIE, LLP**

| | |
|---|---|
| Caroline N. Mitchell: | cnmitchell@jonesday.com |
| David C. Kiernan: | dkiernan@jonesday.com |
| Sophia Calderón: | scalderon@jonesday.com |
| Sarah Rauh: | srauh@jonesday.com |
| R. Scott Medsker: | rsmedsker@JonesDay.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com |
| Kamilla Mamedova: | kmamedova@jonesday.com |
| Jennifer K Messina: | jkmessina@jonesday.com |

**JONES DAY**

| | | |
|---|---|---|
| 1 | Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org |
| 2 | Asim Varma: | avarma@azdisabilitylaw.org |
|   | Sarah Eve Kader: | skader@azdisabilitylaw.org |
| 3 | **ACDL** | |

s/ Barbara Ratter
Legal Secretary

#3083630

4