IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Victor Antonio Parsons, et al.,

    Plaintiff(s)/Petitioner(s),

vs.

Charles L. Ryan, et al.,

    Defendant(s)/Respondent(s)

CASE NO: CV-12-00601-PHX-NVW

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED ___
RECEIVED ___ COPY

FEB 19 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, Ajmel Quereshi, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Victor A. Parsons, Plaintiff.

**City and State of Principal Residence:** Takoma Park, Maryland
**Firm Name:** National Prison Project of the ACLU
**Address:** 915 15th Street, N.W.    **Suite:** 7th Floor
**City:** Washington    **State:** DC    **Zip:** 20005
**Firm/Business Phone:** (202) 393-4930
**Firm Fax Phone:** (202) 393-4931    **E-mail Address:** aquereshi@npp-aclu.org

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| See attached | | ☑ Yes ☐ No* |
| | | ☐ Yes ☐ No* |
| | | ☐ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ☑ No
Have you ever been disbarred from practice in any Court? ☐ Yes ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

**Date** 2-13-13
**Signature of Applicant** [signed]
Fee Receipt # PHX151263

(Rev. 04/12)

## Ajmel Quereshi's Court Admittances

Maryland – 2008
New York - 2008
USDC for the District of MD – 2009 Bar No. 28882
USCA for 6th Circuit – 2011
USCA for the DC Circuit – 2011
USDC for DC – application pending (2012)

# Certificate of Good Standing



UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that AJMEL QUERESHI, ESQ., BAR NUMBER 28882, was duly admitted to practice in the United States District Court for the District of Maryland on MARCH 13, 2009, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

                                             __FELICIA C. CANNON__
                                                         Clerk

Date: FEBRUARY 11, 2013

*signature: Catherine Scaffidi*

                                           Catherine Scaffidi - Deputy Clerk

*This Certificate is valid for 90 days from the date signed.*