1 | Daniel Pochoda (Bar No. 021979)
  | Kelly J. Flood (Bar No. 019772)
2 | James Duff Lyall (Bar No. 330045)*
  | **ACLU FOUNDATION OF ARIZONA**
3 | 3707 North 7th Street, Suite 235
  | Phoenix, Arizona 85013
4 | Telephone: (602) 650-1854
  | Email: dpochoda@acluaz.org
5 |        kflood@acluaz.org
  |        jlyall@acluaz.org
6 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7 | *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **MOTION FOR LEAVE TO TAKE DEPOSITIONS OF STATE INMATES** |

78204-0001/LEGAL25787215.1

Prisoner Plaintiffs, through their undersigned counsel, hereby move this Court for an Order pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, granting Prisoner Plaintiffs leave to take depositions of currently incarcerated State inmates for the purposes of preservation. Prisoner Plaintiffs desire to take the deposition of the following State inmates:

1. **Jonathan Trethewey (137818),** an inmate confined in ASPC-Tucson, Tucson, Arizona, to be deposed on a date mutually agreed upon with counsel no later than April 15, 2013.

2. **Alfred Sheppard (147672)** , an inmate confined in ASPC-Tucson, Tucson, Arizona, to be deposed on a date mutually agreed upon with counsel no later than April 15, 2013.

The above-listed inmates ("Inmates") possess relevant information and evidence regarding medical care provided by the Defendants, the primary subject matter of Prisoner Plaintiffs' class action complaint. Moreover, both Mr. Trethewey and Mr. Sheppard have been diagnosed with aggressive forms of cancer, and may not survive until trial. Mr. Trethewey is being treated for colon cancer and is currently undergoing chemotherapy, but his treatment is irregular and he is not regularly screened for changes in his condition or diagnosis. Mr. Sheppard lost his jaw as a result of cancer, and is now unable to eat properly, nor is he being regularly screened for changes in his condition or diagnosis. Accordingly, Prisoner Plaintiffs further request that the depositions be both videotaped and recorded stenographically.

Prisoner Plaintiffs will issue individual subpoenas or notices (whichever is appropriate) specifying a date, time, and location should the Court grant the motion. Each Inmate has consented to the deposition, to undersigned counsel representing him for the purposes of his deposition, and to undersigned counsel accepting service on his behalf. These consent to service forms are attached as Exhibits A and B.

Defendants have personally consulted with Prisoner Plaintiffs regarding taking depositions of the Inmates, but Defendants have declined to discuss scheduling the depositions or the logistics related thereto until they review the medical records and determine for themselves each Inmate's medical condition. Because such a delay only heightens the risk that one or both men will sicken or die before their deposition can be taken, Prisoner Plaintiffs seek an expedited ruling from the Court to allow the depositions to proceed as soon as possible. In particular, Prisoner Plaintiffs would like to depose Mr. Trethewey between March 11-March 22, when it is expected that he will be between chemotherapy appointments and suffering relatively fewer side effects.

Prisoner Plaintiffs also request that Defendants be ordered to facilitate visitation of up to four hours with each inmate in the week before the deposition for the purposes of preparation, and that Defendants produce the medical records for each inmate by March 15, 2013, or 14 days before his deposition, whichever is sooner. Defendants have agreed in the past to visitation for the purposes of preparation before their requested depositions of named plaintiffs. Defendants have also indicated that they can attempt to expedite production of the inmates' records as soon as they have medical record releases. The releases were sent to Defendants on February 14, 2013.

Prisoner Plaintiffs respectfully request the Court enter an Order allowing deposition of the above listed inmates, providing for adequate visitation for preparation, and requiring production of each inmate's ADC medical records. Because this matter is time-sensitive, Prisoner Plaintiffs and Defendants have agreed to adjust the briefing schedule. Defendants will file their response to this motion by March 1, 2013, and Plaintiffs will file their reply by March 6, 2013. Prisoner Plaintiffs respectfully request that the Court rule on this matter on an expedited basis.

. . .

. . .

| | | |
|---|---|---|
| 1 | Dated:  February 20, 2013 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By:   s/ Kirstin T. Eidenbach |
| | | Daniel C. Barr (Bar No. 010149) |
| | | Amelia M. Gerlicher (Bar No. 023966) |
| 4 | | Kirstin T. Eidenbach (Bar No. 027341) |
| | | John H. Gray (Bar No. 028107) |
| 5 | | Matthew B. du Mée (Bar No. 028468) |
| | | 2901 N. Central Avenue, Suite 2000 |
| 6 | | Phoenix, Arizona 85012 |
| | | Telephone:  (602) 351-8000 |
| 7 | | Email:     dbarr@perkinscoie.com |
| | | agerlicher@perkinscoie.com |
| 8 | | keidenbach@perkinscoie.com |
| | | jhgray@perkinscoie.com |
| 9 | | mdumee@perkinscoie.com |
| 10 | | Daniel Pochoda (Bar No. 021979) |
| | | Kelly J. Flood (Bar No. 019772) |
| 11 | | James Duff Lyall (Bar No. 330045)* |
| | | **ACLU FOUNDATION OF** |
| 12 | | **ARIZONA** |
| | | 3707 North 7th Street, Suite 235 |
| 13 | | Phoenix, Arizona 85013 |
| | | Telephone:  (602) 650-1854 |
| 14 | | Email:     dpochoda@acluaz.org |
| | | kflood@acluaz.org |
| 15 | | jlyall@acluaz.org |
| 16 | | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |
| 17 | | |
| 18 | | Donald Specter (Cal. 83925)* |
| | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 19 | | Corene Kendrick (Cal. 226642)* |
| | | **PRISON LAW OFFICE** |
| 20 | | 1917 Fifth Street |
| | | Berkeley, California 94710 |
| 21 | | Telephone:  (510) 280-2621 |
| | | Email:     dspecter@prisonlaw.com |
| 22 | | ahardy@prisonlaw.com |
| | | snorman@prisonlaw.com |
| 23 | | ckendrick@prisonlaw.com |
| 24 | | *Admitted *pro hac vice* |
| 25 | | |
| 26 | | |

78204-0001/LEGAL25787215.1                                    -3-

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         dkiernan@jonesday.com
         scalderon@jonesday.com
         srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3837
Email:   rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

-5-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
              jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

# CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org
*Attorneys for Arizona Center for Disability Law*

s/ Delana Freouf