# EXHIBIT

# A

## Consent to Service of Process

I, **Jonathan Trethewey (ADC# 137818)**, hereby nominate and consent to Perkins Coie LLP and its authorized agents to accept service of process on my behalf for the limited purpose of my deposition related to the pending litigation of Parsons et al v. Ryan et al (2:12-cv-00601-NVW).


_____  2-7-13_____
Signature                                    Date


KirstenEidenbach          Eidenbach          2-7-13
Witness Name          Witness Signature          Date

# EXHIBIT
# B

## Consent to Service of Process

I, **Alfred Sheppard (ADC# 147672)**, hereby nominate and consent to Perkins Coie LLP and its authorized agents to accept service of process on my behalf for the limited purpose of my deposition related to the pending litigation of Parsons et al v. Ryan et al (2:12-cv-00601-NVW).

_____          _____
Signature                                                 Date

_____          _____          _____
Witness Name                         Witness Signature                         Date