UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO TAKE DEPOSITIONS OF STATE INMATES** |

The Court, having considered Prisoner Plaintiffs' Motion for Leave to Take Depositions of State Inmates (Doc. ___), and good cause appearing,

**IT IS HEREBY ORDERED** that Prisoner Plaintiffs are given leave to take the depositions of JONATHAN TRETHEWEY and ALFRED SHEPPARD. The depositions will be both videotaped and recorded stenographically.

**IT IS FURTHER ORDERED** that Prisoner Plaintiffs be permitted visitation with each inmate during the week prior to his deposition. Defendants will facilitate and coordinate reasonable visitation of up to 4 hours upon request from Plaintiffs.

78204-0001/LEGAL25803902.1

1  **IT IS FURTHER ORDERED** that Defendants produce to Prisoner Plaintiffs the
2  entire ADC medical records of each inmate by March 15, 2013, or 14 days before his
3  deposition, whichever is sooner.