IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Charles L. Ryan, et al., <br><br> Defendants. | No. CV-12-00601-PHX-NVW <br><br> **ORDER** |

The Clerk of the Court has received a stack of papers from prisoner Dale Maisano. The papers are not a proper filing in this case. In addition, Mr. Maisano is a restricted filer.

IT IS THEREFORE ORDERED that the Clerk return to Mr. Maisano the papers tendered by him.

Dated this 21st day of February, 2013.

_____
Neil V. Wake
United States District Judge