Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: dpochoda@acluaz.org
         kflood@acluaz.org
         jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
*Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
*Christina Verduzco, Jackie Thomas, Jeremy Smith,*
*Robert Gamez, Maryanne Chisholm, Desiree Licci,*
*Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
*behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON**
 **SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **NOTICE OF SERVICE** |

78204-0001/LEGAL25881586.1

PLEASE TAKE NOTICE that on February 21, 2013, Perkins Coie LLP, acting in its capacity as Co-Counsel for Prisoner Plaintiffs, served by email the following:

1.      Prisoner Plaintiffs' Request to Enter Defendants' Property for the Purpose of Expert Inspections (Modified).

Dated:  February 21, 2013                    **PERKINS COIE LLP**


By:   s/ Amelia S. Gerlicher
      Daniel C. Barr (Bar No. 010149)
      Amelia M. Gerlicher (Bar No. 023966)
      Kirstin T. Eidenbach (Bar No. 027341)
      John H. Gray (Bar No. 028107)
      Matthew B. du Mée (Bar No. 028468)
      2901 N. Central Avenue, Suite 2000
      Phoenix, Arizona 85012
      Telephone:  (602) 351-8000
      Email:    dbarr@perkinscoie.com
                agerlicher@perkinscoie.com
                keidenbach@perkinscoie.com
                jhgray@perkinscoie.com
                mdumee@perkinscoie.com

      Daniel Pochoda (Bar No. 021979)
      Kelly J. Flood (Bar No. 019772)
      James Duff Lyall (Bar No. 330045)*
      **ACLU FOUNDATION OF ARIZONA**
      3707 North 7th Street, Suite 235
      Phoenix, Arizona 85013
      Telephone:  (602) 650-1854
      Email:    dpochoda@acluaz.org
                kflood@acluaz.org
                jlyall@acluaz.org

      *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

78204-0001/LEGAL25881586.1

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org
           aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
           dkiernan@jonesday.com
           scalderon@jonesday.com
           srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:    rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
          jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on February 21, 2013, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

Michael E. Gottfried
Katherine E. Watanabe

6

Lucy M. Rand
Ashley B. Zuerlein

7

Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov

8

Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

9

Ashley.Zuerlein@azag.gov

10

Daniel P. Struck
Kathleen L. Wieneke

11

Timothy J. Bojanowski
Rachel Love

12

Nicholas D. Acedo
Courtney R. Cloman

13

Ashlee B. Fletcher
Anne M. Orcutt

14

STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com

15

kwieneke@swlfirm.com
tbojanowski@swlfirm.com

16

rlove@swlfirm.com
nacedo@swlfirm.com

17

ccloman@swlfirm.com
afletcher@swlfirm.com

18

aorcutt@swlfirm.com

19

*Attorneys for Defendants*

20

21

Jennifer Alewelt
Asim Varma

22

Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW

23

jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org

24

skader@azdisabilitylaw.org

25

*Attorneys for Arizona Center for Disability Law*

26

27

s/ Delana Freouf

28