1  Thomas C. Horne Arizona Attorney General
   OFFICE OF THE ATTORNEY GENERAL
2  Michael E. Gottfried, Bar No. 010623
   Katherine E. Watanabe, Bar No. 027458
3  Lucy M. Rand, Bar No. 026919
   Ashley B. Zuerlein, Bar No. 029541
4  Assistant Attorneys General
   1275 W. Washington Street
5  Phoenix, Arizona 85007-2926
   Telephone: (602) 542-7695
6  Fax: (602) 542-7670
   Michael.Gottfried@azag.gov
7  Katherine.Watanabe@azag.gov
   Lucy.Rand@azag.gov
8  Ashley.Zuerlein@azag.gov

9  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
10 Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 22126
11 Nicholas D. Acedo, Bar No. 021644
   Courtney R. Cloman, Bar No. 023155
12 Ashlee B. Fletcher, Bar No. 028874
   Anne M. Orcutt, Bar No. 029387
13 STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
14 Chandler, Arizona  85226
   Telephone:  (480) 420-1600
15 Fax:  (480) 420-1696
   dstruck@swlfirm.com
16 kwieneke@swlfirm.com
   rlove@swlfirm.com
17 tbojanowski@swlfirm.com
   nacedo@swlfirm.com
18 ccloman@swlfirm.com
   afletcher@swlfirm.com
19 aorcutt@swlfirm.com
   *Attorneys for Defendants*

20                    **UNITED STATES DISTRICT COURT**

21                          **DISTRICT OF ARIZONA**

| | |
|---|---|
| 22  Victor Parsons; *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. CV12-0601-PHX-NVW (MEA) |
| 24                                  Plaintiffs, | **DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY RESPONSES** |
| 25                           v. | |
| 26  Charles Ryan and Richard Pratt, in their official capacities, | |
| 28                                  Defendants. | |

#3098704

NOTICE IS HEREBY GIVEN that on February 22, 2013, the Defendants served upon Plaintiffs' counsel the discovery listed below via First-Class mail to Kirstin T. Eidenbach of Perkins Coie; John L. Wilkes of Jones Day; and Jennifer Alewelt of the Arizona Center for Disability Law.

1. Defendants' *Twelfth* Supplemental Response to Plaintiff Victor Parsons' *First* Set of Requests for Production of Documents to Defendants.

RESPECTFULLY SUBMITTED this 22nd day of February, 2013.

Thomas C. Horne
ATTORNEY GENERAL

s/ Ashley Zuerlein
Lucy M. Rand
Michael E. Gottfried
Katherine E. Watanabe
Ashley B. Zuerlein
Assistant Attorneys General
1275 West Washington Street
Phoenix, Arizona 85007-2926

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne Orcutt
**STRUCK WIENEKE & LOVE, P.L.C.**
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on February 22, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System.  This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

| | |
|---|---|
| Donald Specter: | dspecter@prisonlaw.com |
| Alison Hardy: | ahardy@prisonlaw.com |
| Sara Norman: | snorman@prisonlaw.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com |

**PRISON LAW OFFICE**

| | |
|---|---|
| Daniel Joseph Pochoda: | dpochoda@acluaz.org |
| Kelly Joyce Flood: | kflood@acluaz.org |
| James Duff Lyall: | jlyall@acluaz.org |

**ACLU**

| | |
|---|---|
| David Cyrus Fathi: | dfathi@npp-aclu.org |
| Amy Fettig: | afettig@npp-aclu.org |

**ACLU NATIONAL PRISON PROJECT**

| | |
|---|---|
| Daniel Clayton Barr: | DBarr@perkinscoie.com |
| Jill Louise Ripke: | jripke@perkinscoie.com |
| James Anthony Ahlers: | jahlers@perkinscoie.com |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com |
| Matthew Benjamin de Mée | mdumee@perkinscoie.com |
| Amelia Morrow Gerlicher: | agerlicher@perkinscoie.com |

**PERKINS COIE, LLP**

| | |
|---|---|
| Caroline N. Mitchell: | cnmitchell@jonesday.com |
| David C. Kiernan: | dkiernan@jonesday.com |
| Sophia Calderón: | scalderon@jonesday.com |
| Sarah Rauh: | srauh@jonesday.com |
| R. Scott Medsker: | rsmedsker@JonesDay.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com |
| Kamilla Mamedova: | kmamedova@jonesday.com |
| Jennifer K Messina: | jkmessina@jonesday.com |

**JONES DAY**

#3098704

3

| | |
|---|---|
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org |
| Asim Varma: | avarma@azdisabilitylaw.org |
| Sarah Eve Kader: | skader@azdisabilitylaw.org |

**ACDL**

s/ Barbara Ratter
Legal Secretary

#3098704

4