Curt McDonnell
435, So. Granite St.
#16
Prescott, Az.
86303

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT

REFERENCE  CIVLR 54
(Rule Number/Section)

IN THE U.S. DISTRICT COURT
IN AND FOR THE STATE OF ARIZONA

Case 2:12-cv-00601-ROS Document 360  Filed 02/25/13  Page 1 of 3

FILED ___ LODGED
___ RECEIVED ___ COPY
FEB 25 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

ATTORNEYS FOR PLAINTIFFS
GOMEZ, JENSEN, SWARTZ,
VICTOR PARSONS..... AND ALL
OTHERS SIMILARLY SITUATED
PLAINTIFFS
- VS -
CHARLES RYAN, DIRECTOR,
RICHARD PRATT, et al.
DEPARTMENT OF CORRECTIONS
DEFENDANTS

2:12-CV-00601-NVW-MEA

MOTION TO INTERVENE
IN
CLASS ACTION
COMPLAINT FOR
INJUNCTIVE AND
DECLARATORY RELIEF

COMES NOW PETITIONER CURT MCDONNELL, [FORMERLY AN INMATE @ DEPT. OF CORRECTIONS, #109318], IN PROPRIA PERSONA AND FORMA PAUPERIS, [MONTHLY SOCIAL SECURITY CHECK] AND RESPECTFULLY REQUEST THIS COURT ISSUE ITS ORDER FOR THE PRODUCTION OF DOCUMENTS REQUESTED HEREIN FOR THE REASONS STIPULATED.

THE REQUESTED DOCUMENTS ARE RECENT FILINGS PERTAINING TO THE BUCKEYE UNIT[1] AND FLORENCE YARDS. I WAS AN INMATE FROM DEC. 1994 TO AUG. 2011.

FROM AUG. 2010 TO AUG. 2011, I WAS @ THE BUCKEYE YARD, WHERE A "PRATT" CONTINUOUSLY SUBJECTED ME TO ENORMOUS INCONVENIENCES AND ARRANGED MEDICAL ATROCITIES; SIMPLY BECAUSE,

[1] BACHMAN UNIT.

[2]

AT THE PREVIOUS YARD IN KINGMAN, I HAD AN EXCELLENT "FOREIGN" DOCTOR WHO SHOWED CONCERN FOR THE "SPECIAL DIET" I WAS QUALIFIED FOR.

PETITIONER MOVES THE COURT FOR PERMISSION TO JOIN IN ON THE PROCEEDINGS.

PURSUANT TO 28 U.S.C. #1746, I SWEAR UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.

RESPECTFULLY SUBMITTED THIS 22nd DAY OF FEB, 2013.

Curt McDonnell
928-273-0851
928-273-6245

<u>PROOF OF SERVICE</u>

ONE ORIGINAL COPY MAILED THIS <u>22nd</u> DAY OF <u>FEB.</u>, 2013 TO:

<u>CLERK OF THE U.S. DISTRICT COURTHOUSE</u>
<u>401 WASHINGTON ST.</u>
<u>PHOENIX, AZ. 85007</u>

_____
PETITIONER