Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: dpochoda@acluaz.org
        kflood@acluaz.org
        jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,
Stephen Swartz, Dustin Brislan, Sonia Rodriguez,
Christina Verduzco, Jackie Thomas, Jeremy Smith,
Robert Gamez, Maryanne Chisholm, Desiree Licci,
Joseph Hefner, Joshua Polson, and Charlotte Wells, on
behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON
 SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **NOTICE OF SERVICE OF DISCOVERY RESPONSES** |

78204-0001/LEGAL25851405.1

PLEASE TAKE NOTICE that on February 27, 2013, Perkins Coie LLP, the ACLU Foundation of Arizona, and the ACLU National Prison Project, by and through Perkins Coie, LLP, acting in its capacity as Co-Counsel for Prisoner Plaintiffs, served by email the following discovery responses in this matter:

1.     Plaintiff Maryanne Chisholm's First Supplemental Responses to Defendant Charles Ryan's Third Set of Interrogatories;

2.     Plaintiff Victor Parsons' First Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories;

3.     Plaintiff Jackie Thomas' First Supplemental Responses to Defendant Charles Ryan's Second Set of Interrogatories;

4.     Plaintiff Jackie Thomas' Second Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories;

5.     Plaintiff Maryanne Chisholm's Third Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories;

6.     Plaintiff Sonia Rodriguez's Second Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories;

7.     Plaintiff Sonia Rodriguez's First Supplemental Responses to Defendant Charles Ryan's Second Set of Interrogatories;

8.     Plaintiff Joshua Polson's First Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories;

9.     Plaintiff Jeremy Smith's First Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories;

10.     Plaintiff Stephen Swartz's First Supplemental Responses to Defendant Charles Ryan's Second Set of Interrogatories;

11.     Plaintiff Joseph Hefner's First Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories;

12.     Plaintiff Robert Gamez's First Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories;

1      13.    Plaintiff Dustin Brislan's Second Supplemental Responses to Defendant

2   Charles Ryan's First Set of Interrogatories;

3      14.    Plaintiff Dustin Brislan's First Supplemental Responses to Defendant

4   Charles Ryan's Second Set of Interrogatories;

5      15.    Plaintiff Shawn Jensen's Second Supplemental Responses to Defendant

6   Charles Ryan's First Set of Interrogatories; and

7      16.    Plaintiff Shawn Jensen's First Supplemental Responses to Defendant

8   Charles Ryan's Second Set of Interrogatories.

9   Dated: February 27, 2013                    **PERKINS COIE LLP**

10
                                        By:    s/ Kirstin T. Eidenbach
11                                             Daniel C. Barr (Bar No. 010149)
                                               Amelia M. Gerlicher (Bar No. 023966)
12                                             Kirstin T. Eidenbach (Bar No. 027341)
                                               John H. Gray (Bar No. 028107)
13                                             Matthew B. du Mée (Bar No. 028468)
                                               2901 N. Central Avenue, Suite 2000
14                                             Phoenix, Arizona 85012
                                               Telephone: (602) 351-8000
15                                             Email:    dbarr@perkinscoie.com
                                                         agerlicher@perkinscoie.com
16                                                       keidenbach@perkinscoie.com
                                                         jhgray@perkinscoie.com
17                                                       mdumee@perkinscoie.com

18                                             Daniel Pochoda (Bar No. 021979)
                                               Kelly J. Flood (Bar No. 019772)
19                                             James Duff Lyall (Bar No. 330045)*
                                               **ACLU FOUNDATION OF**
20                                             **ARIZONA**
                                               3707 North 7th Street, Suite 235
21                                             Phoenix, Arizona 85013
                                               Telephone: (602) 650-1854
22                                             Email:    dpochoda@acluaz.org
                                                         kflood@acluaz.org
23                                                       jlyall@acluaz.org

24                                             *Admitted pursuant to Ariz. Sup. Ct.
                                               R. 38(f)
25

26

27

28

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
  in DC; practice limited to federal
  courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
           dkiernan@jonesday.com
           scalderon@jonesday.com
           srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:     rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
              jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons;
Shawn Jensen; Stephen Swartz; Dustin
Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 27, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

s/ Delana Freouf