Dear Clerk,

This is notice for change of zip code on court documents. My zip code is 86303, & on the documents, it is 85303.

CV-12-601-PHX-NVW

Sincerely,

[signature]

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE Rule 7.1(a)(1), (2), (3)
(Rule Number/Section)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 0 1 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

CURT MCDOWELL
435 So. GOAHITA STREET E.
LOT #16
PRESCOTT, AZ. 86303

RECEIVED
MAR 01 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX

CLERK OF THE U.S. DISTRICT COURTHOUSE
SUITE 130
401 W. WASHINGTON ST. SPC-1
PHOENIX, AZ. 85003-2118

LEGAL MAIL