UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER TO EXTEND TIME FOR THE COMPLETION OF FACT AND EXPERT DISCOVERY** |

78204-0001/LEGAL25959753.1

1  The Court, having taken notice of Plaintiffs' Motion to Modify the Scheduling
2  Order to Extend Time for the Completion of Fact and Expert Discovery (Doc. ___) and
3  good cause appearing, hereby GRANTS the Motion.
4  IT IS ORDERED granting the Motion to Modify the Scheduling Order to Extend
5  Time for the Completion of Fact and Expert Discovery (Doc. ___).
6  IT IS FURTHER ORDERED that the following modifications will be made to the
7  Scheduling Order (Doc. 52):

| | |
|---|---|
| Deadline for Completion of Fact Discovery: | Nov. 27, 2013 |
| Deadline for Plaintiffs' Expert Disclosures: | Dec. 31, 2013 |
| Deadline for Defendants' Expert Disclosures: | Feb. 14, 2014 |
| Deadline for Rebuttal Expert Disclosures: | March 14, 2014 |
| Deadline for Expert Depositions: | April 18, 2014 |
| Deadline for Dispositive Motions/Motions Challenging Expert Opinion Testimony | May 16, 2014 |
| Deadline for Any Response: | June 13, 2014 |
| Deadline for Joint Proposed Pretrial Order: | June 13, 2014 |

Dated this _____ day of _____, 2013.

78204-0001/LEGAL25959753.1