Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
 kflood@acluaz.org
 jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
 avarma@azdisabilitylaw.org
 skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**DECLARATION OF DAVID C. FATHI IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER TO EXTEND TIME FOR THE COMPLETION OF FACT AND EXPERT DISCOVERY** |

78204-0001/LEGAL25960109.1

I, David C. Fathi, declare:

1. I am an attorney admitted to practice *pro hac vice* before this Court for this action. I am the director of the ACLU National Prison Project and one of the counsel of record for Named Plaintiffs in this action. I have personal knowledge of the matters set forth herein and if called as a witness I could and would competently so testify.

2. On February 22, 2013, Defendants served their Twelfth Supplemental Response to Plaintiff Parsons' First Request for Production of Documents. They objected to producing documents responsive to nine requests, specifically Document Requests Number 32, 36, 38, 39, 41, 49, and 54-56, on the grounds that "Until class certification is obtained, the Defendants object to any request that seeks information relating to inmates other than the fourteen named prisoner-plaintiffs, as overbroad and unduly burdensome."

3. On February 11, 2013, Defendants served their Response to Plaintiff Polson's First Request for Production of Documents. They objected to producing documents responsive to seven requests, specifically Document Requests Number 1, 3, 11-14, and 18, on the grounds that "Unless this case becomes certified as a class action, the only relevant [documents requested] are those of the 14 named Plaintiffs."

4. On February 11, 2013, Defendants served their First Response to Plaintiff Polson's First Set of Interrogatories. They refused to provide information responsive to ten interrogatories, specifically Interrogatories Number 1 through 10, on the grounds that "Unless this case becomes certified as a class action, the only relevant [information requested] are those of the 14 named Plaintiffs."

5. On December 21, 2012, Defendants served their First Supplemental Response to Plaintiff Parsons' Second Request for Production of Documents. They objected to producing documents responsive to two requests, specifically Requests Number 2 and 4, on the grounds that "Until class certification is obtained, the Defendants object to any request that seeks information relating to inmates, other than the fourteen named prisoner-plaintiffs, as overbroad and unduly burdensome."

1      6.     On January 25, 2013, Defendants served their objections to Plaintiffs'
Request to Enter Defendants' Property for the purposes of expert inspections. They
objected on the basis that "[t]his case is not a class action. Plaintiffs' request to inspect
specific ADC facilities is premature and may lead to the expenditure of unnecessary
resources and expenses."

7.     Defendants notified Counsel for Plaintiffs and the Court on January 30,
2013 that they were terminating their contract with Wexford and replacing them with
Corizon effective March 4, 2013. (Doc. 344). The following week, on February 8, 2013,
I emailed Daniel Struck, Counsel for Defendants, proposing that the parties postpone
proposed expert tours, and stipulate to an extension of the deadlines for discovery.
Despite the change in providers, I thought that Defendants would at least begin planning
for class-wide discovery to proceed during the spring, particularly the expert tours of
ADC complexes, given the expense and travel time for experts and attorneys. A true and
correct copy of this email is attached as **Exhibit 1**.

8.     I made this proposal because (1) under the current schedule, Corizon would
have been operating for less than three months when fact discovery closed; (2) Defendants
would likely argue that Corizon needed time to come up to speed in delivering health care
services, as they had previously argued when Wexford took control; and (3) it would take
several months for Defendants to begin to produce monitoring reports of Corizon's
performance, based upon the past delay in producing monitoring reports when Wexford
began providing health care services.

9.     On February 19, 2013, I again emailed Mr. Struck, asking if defendants
would consider joining in a motion to extend the discovery cutoff. A true and correct
copy of this email is attached as **Exhibit 2**.

10.    Mr. Struck emailed me on February 21, 2013, informing me that Defendants
would join in a motion to extend discovery only if the court grants class certification. A
true and correct copy of Mr. Struck's email is attached as **Exhibit 3**.

1       11.    On February 26, 2013, I emailed Mr. Struck, following up on my February 8

2 email and asking again for a response to plaintiffs' proposed schedule for expert tours.  A

3 true and correct copy of this email is attached as **Exhibit 4**.

4       12.    On February 27, 2013, Mr. Struck emailed me and informed me that his

5 clients would permit expert inspections "contingent upon an order granting class

6 certification."  A true and correct copy of Mr. Struck's email is attached as **Exhibit 5**.

7       13.    Plaintiffs' counsel worked cooperatively with the Court prior to and during

8 the initial case management conference on July 20, 2012 in developing the timeframes set

9 out in the Court's Scheduling Order.  Based on the understanding that discovery would

10 not be bifurcated, Counsel for Plaintiffs believed that the Court's ten-month period for

11 fact discovery, with class certification briefing completed roughly five months into

12 discovery, would be sufficient.

13       14.    Plaintiffs issued their first written discovery in June 2012, even before the

14 case management conference, and the bulk of Plaintiffs' requests were served by late

15 October.  Plaintiffs also began noticing depositions in July and August 2012.

16       15.    At no point prior to January 30, 2013 did counsel for Defendants ever

17 inform plaintiffs' counsel that ADC and Wexford were considering terminating their

18 contract.  I first learned that the contract had been terminated when Defendants filed their

19 notice with the Court on January 30, 2013 (Doc. 344).

20     I declare under penalty of perjury that the foregoing is true and correct, and that

21 this declaration was executed on March 1, 2013 in Washington, D.C.

23                   */s/ David C. Fathi*
                        David C. Fathi

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
afettig@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
keidenbach@perkinscoie.com
jhgray@perkinscoie.com
mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
kflood@acluaz.org
jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
           dkiernan@jonesday.com
           scalderon@jonesday.com
           srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:     rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com

*Admitted *pro hac vice*

|   |   |
|---|---|
| 1 | Kamilla Mamedova (N.Y. 4661104)* |
| 2 | Jennifer K. Messina (N.Y. 4912440)*<br>**JONES DAY**<br>222 East 41 Street |
| 3 | New York, New York 10017<br>Telephone: (212) 326-3498 |
| 4 | Email: kmamedova@jonesday.com<br>jkmessina@jonesday.com |
| 5 | *Admitted *pro hac vice* |
| 6 | |
| 7 | *Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina* |
| 8 | *Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm;* |
| 9 | *Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of* |
| 10 | *themselves and all others similarly situated* |
| 11 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 12 | |
| 13 | By: /s/ Jennifer Alewelt |
| 14 | Jennifer Alewelt (Bar No. 027366)<br>Asim Varma (Bar No. 027927) |
| 15 | Sarah Kader (Bar No. 027147)<br>5025 East Washington Street, Suite 202 |
| 16 | Phoenix, Arizona 85034<br>Telephone: (602) 274-6287 |
| 17 | Email: jalewelt@azdisabilitylaw.org<br>avarma@azdisabilitylaw.org |
| 18 | skader@azdisabilitylaw.org |
| 19 | *Attorneys for Arizona Center for Disability Law* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

*/s/ Stephanie Lawson*

78204-0001/LEGAL25960109.1