<u>Victor Parsons, et al. v. Charles Ryan, et al.</u>

No. CV 12-00601-PHX-NVW (MEA)

Index to Exhibits To Declaration of David Fathi in Support
of Plaintiffs' Motion to Modify the
Scheduling Order to Extend Time for the
Completion of Fact and Expert Discovery

| | |
|---|---|
| Exhibit 1: | Email dated February 8, 2013 from D. Fathi to D. Struck, T. Bojanowski, D. Northup and M. Gottfried re Plaintiffs' expert inspections |
| Exhibit 2: | Email dated February 19, 2013 from D. Fathi to D. Struck re Discovery cutoff |
| Exhibit 3 | Email dated February 21, 2013 from D. Struck to D. Fathi re Discovery cutoff |
| Exhibit 4: | Email dated February 26, 2013 from D. Fathi to D. Struck, T. Bojanowski, D. Northup and M. Gottfried re Plaintiffs' expert inspections |
| Exhibit 5: | Email dated February 27, 2013 from D. Struck to D. Fathi re Plaintiffs' expert inspections |

# Exhibit 1

# Fathi, David

| | |
|---|---|
| **From:** | Fathi, David |
| **Sent:** | Friday, February 08, 2013 12:00 PM |
| **To:** | dstruck@swlfirm.com; tbojanowski@swlfirm.com |
| **Cc:** | 'NORTHUP, DAWN' (DNORTHUP@azcorrections.gov); 'Gottfried, Michael' (Michael.Gottfried@azag.gov) |
| **Subject:** | Plaintiffs' expert inspections |
| **Attachments:** | 13 02 06 Expert Tour Calendar (2).docx; 13.02.06 req for inspect by experts.doc |

Dear Dan,

Attached please find a revised proposed schedule for plaintiffs' expert inspections and a revised Rule 34 notice. As you requested, we have moved these inspections to April and May.

We understand that it is your position that you will not allow expert inspections until and unless the class is certified. However, in light of the June 28 deadline for plaintiffs' expert disclosures, we would like to confirm dates for these inspections in the event the Court does grant the class certification motion.

I will call you early next week to discuss this (please let me know if there are times that are particularly good or bad for you). I would also like to discuss whether defendants are interested in stipulating to an extension of the fact discovery cutoff, which is currently May 31.

Thanks very much.

David

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC 20005
(202) 548-6603
dfathi@npp-aclu.org

*Not admitted in DC; practice limited to federal courts

Exhibit 2

# Fathi, David

| | |
|---|---|
| **From:** | Fathi, David |
| **Sent:** | Tuesday, February 19, 2013 1:55 PM |
| **To:** | dstruck@swlfirm.com |
| **Subject:** | Discovery cutoff |

Dan,

I hope you had a good weekend. I'm writing to follow up on my previous email about extending the discovery cutoff, which is currently May 31, 2013. Would defendants be interested in joining in a motion to extend this date, given that dispositive motions aren't due until Nov. 15? We can discuss the length of the extension, but it would be helpful to know as a threshold matter if this is something defendants would consider.

I also left a message with your assistant a few minutes ago.

Thanks very much.

David

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC 20005
(202) 548-6603
dfathi@npp-aclu.org

*Not admitted in DC; practice limited to federal courts

1

Exhibit 3

# Fathi, David

| | |
|---|---|
| **From:** | Dan Struck <DStruck@swlfirm.com> |
| **Sent:** | Thursday, February 21, 2013 4:05 PM |
| **To:** | Fathi, David |
| **Subject:** | RE: Discovery cutoff |

David,

We have had an opportunity to consider your suggestion with respect to the discovery cut off. If the court grants class certification, we would agree to join in a motion to extend discovery in this case.

Please contact me if you have any questions.

Dan Struck



STRUCK WIENEKE & LOVE
3100 West Ray Road, Suite 300   Chandler, Arizona 85226

## Daniel P. Struck
Direct: (480) 420-1620
dstruck@swlfirm.com
www.swlfirm.com

---

**From:** Fathi, David [mailto:dfathi@npp-aclu.org]
**Sent:** Tuesday, February 19, 2013 12:03 PM
**To:** Dan Struck
**Subject:** RE: Discovery cutoff

Thanks Dan.

---

**From:** Dan Struck [mailto:DStruck@swlfirm.com]
**Sent:** Tuesday, February 19, 2013 1:58 PM
**To:** Fathi, David
**Subject:** RE: Discovery cutoff

David, let me check with my clients and get back to you on this.

Dan



STRUCK WIENEKE & LOVE
3100 West Ray Road, Suite 300   Chandler, Arizona 85226

1

Exhibit 4

# Fathi, David

| | |
|---|---|
| **From:** | Fathi, David |
| **Sent:** | Tuesday, February 26, 2013 6:22 PM |
| **To:** | dstruck@swlfirm.com; tbojanowski@swlfirm.com |
| **Cc:** | 'NORTHUP, DAWN' (DNORTHUP@azcorrections.gov); 'Gottfried, Michael' (Michael.Gottfried@azag.gov) |
| **Subject:** | FW: Plaintiffs' expert inspections |
| **Attachments:** | 13 02 06 Expert Tour Calendar (2).docx; 13.02.06 req for inspect by experts.doc |

Dear Dan,

We still haven't received a response to my Feb. 8 email proposing a schedule for plaintiffs' expert inspections (see below and attached). When we spoke by phone on Feb. 12 you told me you would propose these dates to your clients, but we've heard nothing further in the intervening two weeks. As I'm sure you can appreciate, our experts have been holding these dates for some time now, and we need to get these inspections scheduled. We'd appreciate a response very soon.

Thanks very much,

David

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC 20005
(202) 548-6603
dfathi@npp-aclu.org

*Not admitted in DC; practice limited to federal courts

---

**From:** Fathi, David
**Sent:** Friday, February 08, 2013 12:00 PM
**To:** dstruck@swlfirm.com; tbojanowski@swlfirm.com
**Cc:** 'NORTHUP, DAWN' (DNORTHUP@azcorrections.gov); 'Gottfried, Michael' (Michael.Gottfried@azag.gov)
**Subject:** Plaintiffs' expert inspections

Dear Dan,

Attached please find a revised proposed schedule for plaintiffs' expert inspections and a revised Rule 34 notice. As you requested, we have moved these inspections to April and May.

We understand that it is your position that you will not allow expert inspections until and unless the class is certified. However, in light of the June 28 deadline for plaintiffs' expert disclosures, we would like to confirm dates for these inspections in the event the Court does grant the class certification motion.

I will call you early next week to discuss this (please let me know if there are times that are particularly good or bad for you). I would also like to discuss whether defendants are interested in stipulating to an extension of the fact discovery cutoff, which is currently May 31.

1

# Exhibit 5

## Fathi, David

| | |
|---|---|
| **From:** | Dan Struck <DStruck@swlfirm.com> |
| **Sent:** | Wednesday, February 27, 2013 6:45 PM |
| **To:** | Fathi, David |
| **Subject:** | RE: Plaintiffs' expert inspections |

David,

For scheduling purposes, we can accommodate the dates. As previously stated, though, it is contingent upon an order granting class certification, as well as the parties agreement regarding the parameters of these tours, including but not limited to what the experts can view, whom they can ask questions and how that can be accomplished yet still preserve the defendants' ability to fairly cross examine these experts at trial. As we previously stated, for example, we will also not agree to the extensive schedule proposed by plaintiffs for Craig Haney. He will need to pare down his plan to spend multiple days touring one prison. We will need to hammer out an agreement on these details prior to any of these tours taking place.

Dan



STRUCK WIENEKE & LOVE
3100 West Ray Road, Suite 300   Chandler, Arizona 85226

**Daniel P. Struck**
Direct: (480) 420-1620
dstruck@swlfirm.com
www.swlfirm.com

---

**From:** Fathi, David [mailto:dfathi@npp-aclu.org]
**Sent:** Tuesday, February 26, 2013 4:22 PM
**To:** Dan Struck; Tim Bojanowski
**Cc:** Dawn Northup; Michael E. Gottfried
**Subject:** FW: Plaintiffs' expert inspections

Dear Dan,

We still haven't received a response to my Feb. 8 email proposing a schedule for plaintiffs' expert inspections (see below and attached). When we spoke by phone on Feb. 12 you told me you would propose these dates to your clients, but we've heard nothing further in the intervening two weeks. As I'm sure you can appreciate, our experts have been holding these dates for some time now, and we need to get these inspections scheduled. We'd appreciate a response very soon.

Thanks very much,

David

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor

1