# EXHIBIT 1

# EXHIBIT 1

**From:** Gerlicher, Amelia Morrow (Perkins Coie)
**Sent:** Tuesday, February 12, 2013 3:48 PM
**To:** Tim Bojanowski; Dan Struck
**Cc:** Parsons Team; Eidenbach, Kirstin (Perkins Coie); Gray, John H. (Perkins Coie); Corene Kendrick
**Subject:** Parsons: Request for Preservation Depositions of Inmates

Counsel,

I write to request that defendants stipulate to the depositions of

Accordingly, prisoner plaintiffs would like to take preservation depositions of these men, with video, within the next 3 to 5 weeks. Both men have consented to be deposed, and have retained us as counsel for the purpose of the deposition.

We would also like to come to agreement regarding preparation for these depositions. We request visitation with each inmate of up to six hours within the week before the deposition. We further request that defendants either produce updated medical records or permit plaintiffs access to copy medical records for each inmate at least 14 days before the deposition.

We would prefer to submit a stipulation reflecting your agreement in order to obtain leave of the court per Rule 30(a)(2)(B). Please let me know if you agree to the above requests by Thursday of this week. If not, I propose we discuss at the meet and confer currently being scheduled on the issue of death records.

We understand notice is short, but we also appreciate the logistical issues involved, and would like to get things moving as soon as possible.

Regards,

Amelia

**Amelia Morrow Gerlicher | Perkins Coie LLP**
2901 N. Central Avenue
Suite 2000
Phoenix, AZ 85012-2788
PHONE: 602.351.8308
FAX: 602.648.7156
agerlicher@perkinscoie.com

# EXHIBIT 2

# EXHIBIT 2

**From:** James Lyall [mailto:jlyall@acluaz.org]
**Sent:** Wednesday, February 13, 2013 3:30 PM
**To:** Zuerlein, Ashley
**Cc:** Parsons Team; Gottfried, Michael
**Subject:** RE: Parsons Plaintiffs' medical records

Ashley,

This is to confirm our meet and confer for tomorrow at 10am. We would like to discuss the following outstanding issues, all of which were raised earlier in the week. Please let me know if you have anything to add:

- Defendants' production of "death records"
- Defendants' supplemental production of plaintiffs' medical files
- Plaintiffs' medical releases for outside providers
- Plaintiffs' preservation depositions
- Plaintiffs' letter re retaliation/mail interference/access to legal calls

The call in information is as follows:

Dial 213-342-3000
Passcode 5912656

We look forward to speaking with you tomorrow.

James


James Duff Lyall
*Staff Attorney*
ACLU of Arizona
P.O. Box 17148
Phoenix, AZ 85011-0148
Tel: 602-773-6001
Fax: 602-650-1376
jlyall@acluaz.org
www.acluaz.org



**Because Freedom Can't Protect Itself**

PRIVACY AND CONFIDENTIALITY STATEMENT: This e-mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged and confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly unauthorized and prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this e-mail message or by telephone. Thank you.

# EXHIBIT 3

# EXHIBIT 3

| | |
|---|---|
| **From:** | Gerlicher, Amelia Morrow (Perkins Coie) <AGerlicher@perkinscoie.com> |
| **Sent:** | Thursday, February 14, 2013 4:36 PM |
| **To:** | Dan Struck |
| **Cc:** | Parsons Team; Eidenbach, Kirstin (Perkins Coie); Gray, John H. (Perkins Coie); Corene Kendrick; Tim Bojanowski |
| **Subject:** | RE: Parsons: Trethewey & Sheppard releases |
| **Attachments:** | Trethewey ADC Release.pdf; Sheppard ADC Release.pdf |

Dan,

As discussed on the meet and confer the this morning, please find attached releases for the medical records of Jonathan Trethewey and Alfred Sheppard. I understood you to say on the phone that these records could be produced quickly, and I know we would all like to see them as soon as possible.

I must tell you, however, that, upon further discussion here regarding these men's conditions, we have come to the conclusion that we cannot wait until after the records have been located, copied, and reviewed before continuing with the discussion regarding these depositions, as there is no guarantee that Defendants' position will be any different at that time. Their conditions are the reason for our urgency, not the justification for the depositions, and we believe the risk in waiting is too great. While we would prefer a stipulation, if not we have no choice but to protect our clients and preserve the record by filing our request with the court early next week. If your opinion changes in the meantime, please let me know.

Regards,
Amelia

# EXHIBIT 4

# EXHIBIT 4

**From:** Gerlicher, Amelia Morrow (Perkins Coie) [mailto:AGerlicher@perkinscoie.com]
**Sent:** Wednesday, February 20, 2013 12:04 PM
**To:** Tim Bojanowski; Dan Struck
**Subject:** RE: Parsons: Request for Preservation Depositions of Inmates

Counsel,

We plan to file a motion for leave to take these depositions today. Please let me know this afternoon by 4pm whether you still plan on opposing the motion, and if so, whether you will agree to expedite the briefing schedule. We propose that your response be due on February 26, and that we file a reply by March 1.

Regards,
Amelia

# EXHIBIT 5

# EXHIBIT 5

**From:** Dan Struck [mailto:DStruck@swlfirm.com]
**Sent:** Wednesday, February 20, 2013 2:39 PM
**To:** Gerlicher, Amelia Morrow (Perkins Coie); Tim Bojanowski
**Cc:** Parsons Team; Ashley Zuerlein; Lucy Rand; Michael E. Gottfried; Dawn Northup
**Subject:** RE: Parsons: Request for Preservation Depositions of Inmates

Amelia,

According to our information, neither of these inmates are in danger of imminent death. As a result, we do not see the necessity to take their depositions within the next month, as you have requested. We are still in the process of obtaining the updated medical records, and will provide them to you as soon as we receive them. We have, however, had an opportunity to have Dr. Robertson review their charts and determine that neither inmate is in any danger of imminent death.

As a result, we will oppose your motion to take these depositions, unless plaintiffs have any additional information that you have not shared with us, either with respect to the medical conditions of these inmates or case law which you believe supports your position. If you have either, please forward to us so that we may review and determine whether we should change our position.

Dan Struck



STRUCK WIENEKE & LOVE
3100 West Ray Road, Suite 300 Chandler, Arizona 85226

**Daniel P. Struck**
Direct: (480) 420-1620
dstruck@swlfirm.com
www.swlfirm.com

# EXHIBIT 6

**EXHIBIT 6**

**From:** Gerlicher, Amelia Morrow (Perkins Coie) [mailto:AGerlicher@perkinscoie.com]
**Sent:** Wednesday, February 20, 2013 2:58 PM
**To:** Dan Struck; Tim Bojanowski
**Subject:** RE: Parsons: Request for Preservation Depositions of Inmates

Dan,

Thank you for getting back to me. Obviously we disagree regarding the threshold required to take these depositions. and that the risk of delay is simply too high. Are you refusing to agree to expedited briefing?

Amelia

**EXHIBIT 7**

**EXHIBIT 7**

| | |
|---|---|
| **From:** | Dan Struck |
| **Sent:** | Wednesday, February 20, 2013 3:08 PM |
| **To:** | 'Gerlicher, Amelia Morrow (Perkins Coie)'; Tim Bojanowski |
| **Subject:** | RE: Parsons: Request for Preservation Depositions of Inmates |

Amelia,

We will agree to an expedited schedule, but would like until March 1 to respond. Moreover, if plaintiffs are in possession of any information that these two inmates are not receiving follow up treatments or that they are in danger of imminent death, please provide us with that information immediately so that we can determine if we should be altering our position on your proposal for expedited depositions.

Dan Struck



STRUCK WIENEKE & LOVE
3100 West Ray Road, Suite 300   Chandler, Arizona 85226

**Daniel P. Struck**
Direct: (480) 420-1620
dstruck@swlfirm.com
www.swlfirm.com