Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
Lucy M. Rand, Bar No. 026919
Ashley B. Zuerlein, Bar No. 029541
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**DEFENDANTS' MOTION TO SEAL RE: RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO TAKE DEPOSITIONS OF NON-PARTY INMATES** |

Defendants Charles Ryan and Richard Pratt ("Defendants") respectfully request leave to file under seal an unredacted version of their Response to Plaintiffs' Motion for Leave to Take Depositions of Non-Party Inmates, and several corresponding unredacted Exhibits. The Response and Exhibits contain information regarding non-party inmates' Sheppard and Trethewey's medical records and contain confidential health care information.

Documents associated with a motion should be sealed if there is "good cause" to do so. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2009). In particular, good cause exists to seal a prisoner plaintiff's confidential medical information. *See Bell v. Perry*, 3:11-CV-00745-RCJ-WGC, 2012 WL 3779057, at *4 (D. Nev. Aug. 30, 2012) (where prisoner plaintiff alleged deliberate indifference to serious medical needs, finding good cause to seal plaintiff's medical records); *Seals v. Mitchell*, CV 04-3764 NJV, 2011 WL 1233650, at *5 (N.D. Cal. Mar. 30, 2011) (sealing documents revealing information about prisoner plaintiff's medical records). Other cases sealing medical and other personal information are legion. [1]

Defendants have lodged under seal the following documents, or portions thereof, because they may contain confidential information about Non-Party Inmates Trethewey and Sheppard: Defendants' Opposition to Plaintiffs' Motion to Depose State Inmates; Exhibits 1, 5, 6, 8, 9; and all attachments to Exhibit 8. Exhibits 1, 5, and 6 are

---

[1] *Lombardi v. TriWest Healthcare Alliance Corp.*, CV-08-02381-PHX-FJM, 2009 WL 1212170, at *1 (D. Ariz. May 4, 2009) (sealing exhibits containing "sensitive personal and medical information"); *Apostol v. Castro Valley Unified Sch. Dist.*, C 09-02676 JSW, 2011 WL 5104361, at *1 n.1 (N.D. Cal. Oct. 27, 2011) (sealing plaintiff's medical records where plaintiff had alleged ADA and FMLA claims); *G. v. Hawai'i*, CIV. 08-00551 ACK-BMK, 2010 WL 2607483, at *1 (D. Haw. June 25, 2010) (where the court had entered a protective order covering "Protected Health Information" in an ADA case, holding that the "need to protect medical privacy qualifies as a 'compelling reason'" to seal); *United States ex rel. Lockyer v. Hawaii Pac. Health*, CIV. 04-00596 ACK-LEK, 2007 WL 128853, at *1 (D. Haw. Jan. 10, 2007) (sealing patient medical records that "reveal confidential and private health information relating to details of treatment, diagnoses, prescriptions, and other sensitive information"); *Abbey v. Hawaii Employers Mut. Ins. Co. (HEMIC)*, 760 F. Supp. 2d 1005, 1013 (D. Haw. 2010), on reconsideration in part (Feb. 7, 2011) ("The need to protect medical privacy qualifies as a 'compelling reason' that overcomes the presumption of public access to judicial records.").

correspondence between Plaintiffs' and Defense Counsel that reference the medical conditions of inmates Trethewey and Sheppard. Exhibit 8 is a declaration of Doctor Robertson that describes, in detail, the medical conditions and prognosis of inmates Trethewey and Sheppard. All attachments to Exhibit 8 are medical records of Trethewey and Sheppard. Exhibit 9 is an "Inmate Letter" from Inmate Sheppard that contains his personal opinions of the healthcare he has been receiving at ADC. And Exhibits 1, 5, and 6 are correspondence between Plaintiffs' and Defense Counsel that contain references to the medical conditions of inmates Trethewey and Sheppard.

Defendants have contemporaneously filed redacted versions of the Response and Exhibits 1, 5, 6.

DATED this 1st day of March 2013.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Ashlee B. Fletcher
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Courtney R. Cloman
    Ashlee B. Fletcher
    Anne M. Orcutt
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    Arizona Attorney General Thomas C. Horne
    Office of the Attorney General
    Michael E. Gottfried
    Katherine E. Watanabe
    Lucy M. Rand
    Ashley B. Zuerlein
    Assistant Attorney General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| Sara Norman: | snorman@prisonlaw.com |
| Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |

| | | |
|---|---|---|
| 1 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 2 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 3 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 4 | Jennifer K. Messina: | jkmessina@jonesday.com |
| 5 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 6 | Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| 7 | Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| 8 | Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| 9 | Ashley Brook Zuerlein: | Ashley.Zuerlein@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| 10 | Ajmel Quereshi: | aquereshi@npp-aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Ashlee B. Fletcher