**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SEAL RE: RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO TAKE DEPOSITIONS OF NON-PARTY INMATES** |

The Court, having reviewed Defendants' Motion to Seal Re: Response to Plaintiffs' Motion for Leave to Take Depositions of Non-Party Inmates, and good cause appearing,

IT IS ORDERED that Defendants' Motion to Seal Re: Response to Plaintiffs' Motion for Leave to Take Depositions of Non-Party Inmates is GRANTED.

IT IS FURTHER ORDERED directing the Clerk's Office to file the following documents lodged with Defendants' Motion to Seal under seal: Defendants' unredacted Response to Plaintiffs' Motion for Leave to Take Depositions of Non-Party Inmates, the unredacted versions of Exhibits 1, 5, and 6, and Exhibits 8 and 9 and all attachments to Exhibit 8.

2720607.1