IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

    Before the Court is Defendants' Motion to Seal Response to Plaintiff's Motion for Leave to Take Depositions of Non-Party Inmates (Doc. 367).  Good cause appearing,

    IT IS ORDERED granting Defendants' Motion to Seal.

    IT IS FURTHER ORDERED directing the Clerk's Office to file under seal Defendant's Opposition to Plaintiff's Motion for Leave to Take Depositions of State Inmates.

    Dated this 4th day of March, 2013.

Neil V. Wake
United States District Judge