Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
Lucy M. Rand, Bar No. 026919
Ashley B. Zuerlein, Bar No. 029541
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-NVW <br><br><br> **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY RE: RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Defendants Charles Ryan and Richard Pratt submit the following supplemental authority in support of their Response to Plaintiffs' Motion for Class Certification.  (Dkt. #3 321, 326.)

In support of the argument on pages 21–29 of the Response that Plaintiffs have failed to show commonality under Rule 23(a)(2), Fed.R.Civ.P., *see Wang v. Chinese Daily News*, ___ F.3d ___, at p. 8-9, 15 (9th Cir. Mar. 4, 2013) (vacating district court's Rule 23(a)(2) commonality finding, and remanding in light of heightened standard articulated in *Wal-Mart Stores, Inc. v. Dukes*, 131 S. Ct. 2541 (2011)[1].  (Opinion attached).[2]

In support of the argument on pages 26–27 of the Response that, to certify the class, Plaintiffs must come forth with "significant proof" that the alleged deficient policy or practice is system-wide, and in contravention to Plaintiffs' argument in footnote 7 of their Reply that *Wal-Mart's* "significant proof" standard does not apply outside the Title VII employment-discrimination context, *see Wang v. Chinese Daily News*, ___ F.3d ___, at p. 10 (9th Cir. Mar. 4, 2013) (instructing district court on remand to apply "significant proof" standard in class action alleging violations of California's Unfair Business Practices Law and California Labor Code); *Valdez v. City of San Jose*, 2013 WL 752498, at *16 (N.D. Cal. Feb. 27, 2013) (applying "significant proof" standard in Fourth

---

[1] In *Wang*, the plaintiffs – employees of a Chinese language newspaper – sought to certify a class under the California Business and Professions Code § 17200 *et seq*. and the California Labor Code, alleging that the defendants denied them overtime wages, meal and rest breaks, and appropriate payroll records. 231 F.R.D. 602, 604–05 (C.D. Cal. 2005). The district court ruled that the following constituted valid questions of law and fact sufficient to certify the class: "whether Defendant violated the California Labor Code by misclassifying certain employees as exempt; whether Defendant failed to pay overtime compensation to non-exempt employees who worked more than 40 hrs per week; whether Defendant deprived non-exempt employees of rest and meal breaks; whether Defendant failed to keep accurate records; whether Defendant failed to provide accurate itemized wage statements. … whether class members received their pay through a common compensation program or payroll system; whether and how Defendant determined the hours its employees actually worked or spent on exempt versus non-exempt work; and whether Defendant has centralized oversight and supervision of its employees." *Id*. at 607

[2] Cited page numbers reference the page number in the attached Opinion.

and Fourteenth Amendment false arrest class action and denying class certification).

DATED this 4th day of March 2013.

STRUCK WIENEKE & LOVE, P.L.C.


By  /s/ Nicholas D. Acedo
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

2735805.1

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:             ahardy@prisonlaw.com

Amy Fettig:               afettig@npp-aclu.org

Caroline N. Mitchell:     cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:       ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:      DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:        dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:           dspecter@prisonlaw.com

James Duff Lyall:         jlyall@acluaz.org; gtorres@acluaz.org

Jennifer Ann Alewelt:     jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

John Howard Gray:         jhgray@perkinscoie.com; slawson@perkinscoie.com

Kelly Joyce Flood:        kflood@acluaz.org; gtorres@acluaz.org

Kirstin T. Eidenbach:     keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried:Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

Sara Norman:              snorman@prisonlaw.com

Sophia Calderon:          scalderon@jonesday.com; lwong@jonesday.com

Asim Varma:               avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Sarah Rauh:               srauh@jonesday.com; treyes@jonesday.com

David C. Kiernan:         dkiernan@jonesday.com; lwong@jonesday.com

4

1  R. Scott Medsker:        rsmedsker@JonesDay.com

2  John Laurens Wilkes:     jlwilkes@jonesday.com, dkkerr@jonesday.com

3  Kamilla Mamedova:        kmamedova@jonesday.com

4  Jennifer K. Messina:     jkmessina@jonesday.com

5  Sarah Eve Kader:         skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org

6  Katherine E. Watanabe: Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov

7  Amelia                          M.                          Gerlicher:
                            agerlicher@perkinscoie.com;docketPHX@perkinscoie.com,
8                           pdrew@perkinscoie.com

9  Lucy Marie Rand:         Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov

10 Ashley Brook Zuerlein: Ashley.Zuerlein@azag.gov, Geneva.Johnson-Joksch@azag.gov

11 Ajmel Quereshi:          aquereshi@npp-aclu.org

12

13      I hereby certify that on this same date, I served the attached document by U.S.

14  Mail, postage prepaid, on the following, who is not a registered participant of the

15  CM/ECF System:

16      N/A

17

18                                  _/s/ Carol S. Madden_____

19

20

21

22

23

24

25

26

27

28