# EXHIBITS A through J

# Filed Under Seal - Subject to Protective Order