1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone:  (602) 650-1854
   Email: dpochoda@acluaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,
   Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
8  *Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert
   Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
9  *Joshua Polson, and Charlotte Wells, on behalf of
   themselves and all others similarly situated*

10
   **[ADDITIONAL COUNSEL LISTED ON
11   SIGNATURE PAGE]**

12              UNITED STATES DISTRICT COURT

13                  DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**PRISONER PLAINTIFFS' MOTION TO SEAL ITEMS ASSOCIATED WITH REPLY IN SUPPORT OF MOTION FOR LEAVE TO TAKE DEPOSITIONS OF STATE INMATES** |

LEGAL25997417.1

**Motion and Memorandum**

Pursuant to LRCiv 5.6, Prisoner Plaintiffs move for an order directing the clerk to file under seal designated portions of documents associated with Prisoner Plaintiffs' Reply in Support of Motion for Leave To Take Depositions of State Inmates. Specifically, Prisoner Plaintiffs move to seal portions of the Reply and Exhibits A through J in their entirety. A redacted version of the Reply has been filed publicly, and all the documents have been lodged with the Court in their entirety.

The exhibits Prisoner Plaintiffs move to seal contain inmates' personal health information and have in most cases been designated confidential under the Protective Order. This Court previously has ruled that inmates' personal health information should be filed under seal in accordance with the Protective Order in this case. *See* Docs. 247, 325, 337, 369 (granting motions to seal filings based on, among other reasons, the inclusion of personal health information); *see also Bell v. Perry*, 3:11-CV-00745-RCJ-WGC, 2012 WL 3779057, at *4 (D. Nev. Aug. 30, 2012) (where prisoner plaintiff alleged deliberate indifference to serious medical needs, finding good cause to seal plaintiff's medical records); *Seals v. Mitchell*, CV 04-3764 NJV, 2011 WL 1233650, at *5 (N.D. Cal. Mar. 30, 2011) (sealing documents revealing information about prisoner's medical records); *Lombardi v. TriWest Healthcare Alliance Corp.*, CV-08-02381-PHX-FJM, 2009 WL 1212170, at *1 (D. Ariz. Mar. 4, 2009) (sealing "sensitive personal and medical information"). To show the proposed deponents' medical conditions, Prisoner Plaintiffs have attached medical records and health needs request forms, which disclose the inmates' confidential health information. Further, to ensure that there is a public version of the filing, Prisoner Plaintiffs have carefully redacted only those portions of their filing containing confidential information.

As the Court has done previously, the Motion to seal should be granted.

. . .

. . .

. . .

LEGAL25997417.1

| | |
|---|---|
| Dated:  March 6, 2013 | **PERKINS COIE LLP** |
| | By: s/ Kirstin T. Eidenbach |

        Daniel C. Barr (Bar No. 010149)
        Amelia M. Gerlicher (Bar No. 023966)
        Kirstin T. Eidenbach (Bar No. 027341)
        John H. Gray (Bar No. 028107)
        Matthew B. du Mée (Bar No. 028468)
        2901 N. Central Avenue, Suite 2000
        Phoenix, Arizona 85012
        Telephone:  (602) 351-8000
        Email:   dbarr@perkinscoie.com
                 agerlicher@perkinscoie.com
                 keidenbach@perkinscoie.com
                 jhgray@perkinscoie.com
                 mdumee@perkinscoie.com

        Daniel Pochoda (Bar No. 021979)
        Kelly J. Flood (Bar No. 019772)
        James Duff Lyall (Bar No. 330045)*
        **ACLU FOUNDATION OF ARIZONA**
        3707 North 7th Street, Suite 235
        Phoenix, Arizona 85013
        Telephone:  (602) 650-1854
        Email:   dpochoda@acluaz.org
                 kflood@acluaz.org
                 jlyall@acluaz.org

        *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

        Donald Specter (Cal. 83925)*
        Alison Hardy (Cal. 135966)*
        Sara Norman (Cal. 189536)*
        Corene Kendrick (Cal. 226642)*
        **PRISON LAW OFFICE**
        1917 Fifth Street
        Berkeley, California 94710
        Telephone:  (510) 280-2621
        Email:   dspecter@prisonlaw.com
                 ahardy@prisonlaw.com
                 snorman@prisonlaw.com
                 ckendrick@prisonlaw.com

        *Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org
           aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
           dkiernan@jonesday.com
           scalderon@jonesday.com
           srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:     rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | Kamilla Mamedova (N.Y. 4661104)* |
| 2 | Jennifer K. Messina (N.Y. 4912440)*<br>**JONES DAY** |
| 3 | 222 East 41 Street<br>New York, New York 10017 |
| 4 | Telephone:  (212) 326-3498<br>Email:    kmamedova@jonesday.com |
| 5 | jkmessina@jonesday.com |
| 6 | *Admitted *pro hac vice* |
| 7 | *Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

    s/ Delana Freouf