1

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

DISTRICT OF ARIZONA

8

Victor Parsons; Shawn Jensen; Stephen Swartz;
Dustin Brislan; Sonia Rodriguez; Christina
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
Gamez; Maryanne Chisholm; Desiree Licci; Joseph
10   Hefner; Joshua Polson; and Charlotte Wells, on
behalf of themselves and all others similarly
11   situated; and Arizona Center for Disability Law,

Plaintiffs,
12
v.
13
Charles Ryan, Director, Arizona Department of
14   Corrections; and Richard Pratt, Interim Division
Director, Division of Health Services, Arizona
15   Department of Corrections, in their official
capacities,
16
Defendants.

No. CV 12-00601-PHX-NVW
(MEA)


**[PROPOSED] ORDER
GRANTING PRISONER
PLAINTIFFS' MOTION TO
SEAL ITEMS ASSOCIATED
WITH REPLY IN SUPPORT
OF MOTION FOR LEAVE
TO TAKE DEPOSITIONS OF
STATE INMATES**

17

18          Having received and considered Prisoner Plaintiffs' Motion to Seal Items

19   Associated with Prisoner Plaintiffs' Reply in Support of Motion for Leave To Take

20   Depositions of State Inmates, and for good cause appearing,

21          **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

22          The **Clerk is directed** to file the following lodged documents under seal:

23          •   Prisoner Plaintiffs' Reply in Support of Motion for Leave To Take

24              Depositions of State Inmates;

25          •   Exhibits A through J.

26

27

28