UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, et al., <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**ORDER GRANTING PRISONER PLAINTIFFS' MOTION TO SEAL ITEMS ASSOCIATED WITH REPLY IN SUPPORT OF MOTION FOR LEAVE TO TAKE DEPOSITIONS OF STATE INMATES** |

Having received and considered Prisoner Plaintiffs' Motion to Seal Items Associated with Prisoner Plaintiffs' Reply in Support of Motion for Leave To Take Depositions of State Inmates (Doc. 374), and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

The **Clerk is directed** to file the following lodged documents under seal:

- Prisoner Plaintiffs' Reply in Support of Motion for Leave To Take Depositions of State Inmates;
- Exhibits A through J.

Dated this 7th day of March, 2013.

_____
Neil V. Wake
United States District Judge