IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Charles J. Ryan, et al.,<br><br>　　　　　Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

　　　　The Clerk of the Court has received a stack of papers from prisoner Dale Maisano. The papers are not a proper filing in this case. In addition, Mr. Maisano is a restricted filer.

　　　　IT IS THEREFORE ORDERED that the Clerk return to Mr. Maisano the papers tendered by him.

　　　　Dated this 7th day of March, 2013.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　United States District Judge