IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>　　　　　　Defendants. | No. CV12-0601-PHX-NVW<br><br>**ORDER** |

　　　　The Court has considered Plaintiffs' Motion for Leave to Take Depositions pursuant to Federal Rule of Civil Procedure 30(a)(2)(b) (Doc. 356).  The motion will be granted because the Court finds that the sought testimony is relevant to the issues in this case and Plaintiffs have established good cause under Federal Rule of Civil Procedure 26(b)(1).  Defendants' generic objections under Rule 26(b)(2)(C) are unavailing and their case citations are unpersuasive because those cases dealt with defendants attempting to procure discovery from absent class members.  In any event, the Court finds that sufficient unique circumstances exist to permit Plaintiffs to take the two proposed depositions.  *See On the House Syndication, Inc. v. Federal Express Corp.*, 203 F.R.D. 452, 456 (S.D. Cal. 2001).

　　　　//

　　　　//

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Leave to Take Depositions (Doc. 356) is **granted**.

Dated this 7th day of March, 2013.

_____
Neil V. Wake
United States District Judge