| | |
|---|---|
| 1 | Daniel Pochoda (Bar No. 021979) |
| | Kelly J. Flood (Bar No. 019772) |
| 2 | James Duff Lyall (Bar No. 330045)* |
| | **ACLU FOUNDATION OF ARIZONA** |
| 3 | 3707 North 7th Street, Suite 235 |
| | Phoenix, Arizona 85013 |
| 4 | Telephone:  (602) 650-1854 |
| | Email: dpochoda@acluaz.org |
| 5 | kflood@acluaz.org |
| | jlyall@acluaz.org |
| 6 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **CERTIFICATE OF SERVICE OF PLAINTIFF MARYANNE CHISHOLM'S FIFTH SUPPLEMENTAL RESPONSE TO DEFENDANT CHARLES RYAN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS** |

SFI-818363v1

PLEASE TAKE NOTICE that on March 11, 2013, Jones Day, acting in its capacity as Co-Counsel for Prisoner Plaintiffs, served by email the following discovery responses in this matter:

1. Plaintiff Maryanne Chisholm's Fifth Supplemental Response to Defendant Charles Ryan's First Request for Production of Documents and Things.

Dated:  March 11, 2013                    **JONES DAY**

By:  s/ Sophia Calderón
Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:   cnmitchell@jonesday.com
         dkiernan@jonesday.com
         scalderon@jonesday.com
         srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:    rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

SFI-818363v1

| | |
|---|---|
| 1 | Kamilla Mamedova (N.Y. 4661104)* |
| | Jennifer K. Messina (N.Y. 4912440)* |
| 2 | **JONES DAY** |
| | 222 East 41 Street |
| 3 | New York, New York 10017 |
| | Telephone:  (212) 326-3498 |
| 4 | Email:    kmamedova@jonesday.com |
| | jkmessina@jonesday.com |
| 5 | |
| | *Admitted *pro hac vice* |
| 6 | |
| | Daniel Pochoda (Bar No. 021979) |
| 7 | Kelly J. Flood (Bar No. 019772) |
| | James Duff Lyall (Bar No. 330045)* |
| 8 | **ACLU FOUNDATION OF ARIZONA** |
| 9 | 3707 North 7th Street, Suite 235 |
| | Phoenix, Arizona 85013 |
| 10 | Telephone:  (602) 650-1854 |
| | Email:    dpochoda@acluaz.org |
| 11 | kflood@acluaz.org |
| | jlyall@acluaz.org |
| 12 | |
| | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |
| 13 | |
| 14 | Donald Specter (Cal. 83925)* |
| | Alison Hardy (Cal. 135966)* |
| 15 | Sara Norman (Cal. 189536)* |
| | Corene Kendrick (Cal. 226642)* |
| 16 | **PRISON LAW OFFICE** |
| | 1917 Fifth Street |
| 17 | Berkeley, California 94710 |
| | Telephone:  (510) 280-2621 |
| 18 | Email:    dspecter@prisonlaw.com |
| | ahardy@prisonlaw.com |
| 19 | snorman@prisonlaw.com |
| | ckendrick@prisonlaw.com |
| 20 | |
| | *Admitted *pro hac vice* |
| 21 | |
| 22 | David C. Fathi (Wash. 24893)* |
| | Amy Fettig (D.C. 484883)** |
| 23 | **ACLU NATIONAL PRISON PROJECT** |
| 24 | 915 15th Street N.W., 7th Floor |
| | Washington, D.C. 20005 |
| 25 | Telephone:  (202) 548-6603 |
| | Email:    dfathi@npp-aclu.org |
| 26 | afettig@npp-aclu.org |
| | *Admitted *pro hac vice*.  Not admitted |
| 27 |   in DC; practice limited to federal |
| |   courts. |
| 28 | **Admitted *pro hac vice* |

| | |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| 2 | Amelia M. Gerlicher (Bar No. 023966) |
|   | Kirstin T. Eidenbach (Bar No. 027341) |
| 3 | John H. Gray (Bar No. 028107) |
|   | Matthew B. du Mée (Bar No. 028468) |
| 4 | **PERKINS COIE LLP** |
|   | 2901 N. Central Avenue, Suite 2000 |
| 5 | Phoenix, Arizona 85012 |
|   | Telephone: (602) 351-8000 |
| 6 | Email:  dbarr@perkinscoie.com |
|   |        agerlicher@perkinscoie.com |
| 7 |        keidenbach@perkinscoie.com |
|   |        jhgray@perkinscoie.com |
|   |        mdumee@perkinscoie.com |

*Attorneys for Plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
Attorneys for Defendants

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

Attorneys for Arizona Center for Disability Law

                                      s/ Lillian Wong