# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER TO EXTEND TIME FOR THE COMPLETION OF FACT AND EXPERT DISCOVERY** |

78204-0001/LEGAL25959753.1

Before the Court is Plaintiffs' Motion to Modify the Scheduling Order to Extend Time for the Completion of Fact and Expert Discovery (Doc. 364) and the Response (Doc. 380).

IT IS ORDERED that the Motion to Modify the Scheduling Order to Extend Time for the Completion of Fact and Expert Discovery (Doc. 364) is granted in part.

IT IS FURTHER ORDERED that the following modifications will be made to the Scheduling Order (Doc. 52):

| | |
|---|---|
| Deadline for Completion of Fact Discovery: | Sept. 27, 2013 |
| Deadline for Plaintiffs' Expert Disclosures: | Nov. 8, 2013 |
| Deadline for Defendants' Expert Disclosures: | Dec. 18, 2014 |
| Deadline for Rebuttal Expert Disclosures: | Jan. 31, 2014 |
| Deadline for Expert Depositions: | Mar. 14, 2014 |
| Deadline for Dispositive Motions/Motions Challenging Expert Opinion Testimony | Apr. 18, 2014 |
| Deadline for Any Response: | May 23, 2014 |
| Deadline for Any Reply: | June 13, 2014 |
| Deadline for Joint Proposed Pretrial Order: | Sept. 26, 2014 |
| Final Pretrial Conference: | Oct. 6, 2014 |
| Firm Trial Date: | Oct. 20, 2014 |

Dated this 13th day of March, 2013.

_____
Neil V. Wake
United States District Judge

78204-0001/LEGAL25959753.1