1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8

9

Victor Parsons; Shawn Jensen; Stephen Swartz;
Dustin Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith; Robert
Gamez; Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte Wells, on
behalf of themselves and all others similarly
situated; and Arizona Center for Disability Law,

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of
Corrections; and Richard Pratt, Interim Division
Director, Division of Health Services, Arizona
Department of Corrections, in their official
capacities,

Defendants.

No. CV-12-00601-PHX-NVW

**AMENDED (to correct the
defendants' expert disclosure
deadline and add start times for the
final pretrial conference/trial)
ORDER GRANTING
PLAINTIFFS' MOTION TO
MODIFY THE
SCHEDULING ORDER TO
EXTEND TIME FOR THE
COMPLETION OF FACT
AND EXPERT DISCOVERY**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Before the Court is Plaintiffs' Motion to Modify the Scheduling Order to Extend Time for the Completion of Fact and Expert Discovery (Doc. 364) and the Response (Doc. 380).

IT IS ORDERED that the Motion to Modify the Scheduling Order to Extend Time for the Completion of Fact and Expert Discovery (Doc. 364) is granted in part.

IT IS FURTHER ORDERED that the following modifications will be made to the Scheduling Order (Doc. 52):

| | |
|---|---|
| Deadline for Completion of Fact Discovery: | Sept. 27, 2013 |
| Deadline for Plaintiffs' Expert Disclosures: | Nov. 8, 2013 |
| Deadline for Defendants' Expert Disclosures: | Dec. 18, 2013 |
| Deadline for Rebuttal Expert Disclosures: | Jan. 31, 2014 |
| Deadline for Expert Depositions: | Mar. 14, 2014 |
| Deadline for Dispositive Motions/Motions Challenging Expert Opinion Testimony | Apr. 18, 2014 |
| Deadline for Any Response: | May 23, 2014 |
| Deadline for Any Reply: | June 13, 2014 |
| Deadline for Joint Proposed Pretrial Order: | Sept. 26, 2014 |
| Final Pretrial Conference: | Oct. 6, 2014 at 1:30 p.m. |
| Firm Trial Date: | Oct. 20, 2014 at 8:45 a.m. |

Dated this 14th day of March, 2013.

Neil V. Wake
United States District Judge