1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)
   *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
7  *Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
   *Christina Verduzco, Jackie Thomas, Jeremy Smith,*
8  *Robert Gamez, Maryanne Chisholm, Desiree Licci,*
   *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
9  *behalf of themselves and all others similarly situated*

10 **[ADDITIONAL COUNSEL LISTED ON
    SIGNATURE PAGE]**
11
   Jennifer Alewelt (Bar No. 027366)
12 Asim Varma (Bar No. 027927)
   Sarah Kader (Bar No. 027147)
13 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
14 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
15 Email: jalewelt@azdisabilitylaw.org
          avarma@azdisabilitylaw.org
16        skader@azdisabilitylaw.org
   *Attorneys for Plaintiff Arizona Center for Disability Law*
17

18                UNITED STATES DISTRICT COURT

19                     DISTRICT OF ARIZONA

| | |
|---|---|
| 20  Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **NOTICE OF DEPOSITION OF DANIEL L. CONN** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

78204-0001/LEGAL26093371.1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiffs will take the deposition of Daniel L. Conn, Executive Vice President & Chief Operating Officer of Wexford Health Sources, Inc., 425 Holiday Drive, Foster Plaza Two, Pittsburgh, Pennsylvania 15220 at 9:00 a.m. EDT on April 16, 2013, at the law offices of Jones Day, 500 Grant Street, Suite 4500, Pittsburgh, Pennsylvania 15219-2414. Plaintiffs intend to record the testimony stenographically using instantaneous (or "real time") transcription, which provides visual display of the testimony.

Dated: March 18, 2013

**JONES DAY**

By: s/ Caroline Mitchell
Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         dkiernan@jonesday.com
         scalderon@jonesday.com
         srauh@jonesday.com

*Admitted *pro hac vice*

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaz.org
         kflood@acluaz.org
         jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

78204-0001/LEGAL26093371.1

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         keidenbach@perkinscoie.com
         jhgray@perkinscoie.com
         mdumee@perkinscoie.com

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:  dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:  dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

| | |
|---|---|
| 1 | R. Scott Medsker (D.C. 976405)* |
| | **JONES DAY** |
| 2 | 51 Louisiana Avenue, NW |
| | Washington, D.C. 20001-2113 |
| 3 | Telephone:  (202) 879-3837 |
| | Email:    rsmedsker@jonesday.com |
| 4 | |
| | *Admitted *pro hac vice* |
| 5 | |
| | John Laurens Wilkes (Tex. 24053548)* |
| 6 | **JONES DAY** |
| | 717 Texas Street |
| 7 | Houston, Texas 77002 |
| | Telephone:  (832) 239-3939 |
| 8 | Email:    jlwilkes@jonesday.com |
| 9 | *Admitted *pro hac vice* |
| 10 | Kamilla Mamedova (N.Y. 4661104)* |
| | Jennifer K. Messina (N.Y. 4912440)* |
| 11 | **JONES DAY** |
| | 222 East 41 Street |
| 12 | New York, New York 10017 |
| | Telephone: (212) 326-3498 |
| 13 | Email:    kmamedova@jonesday.com |
| | jkmessina@jonesday.com |
| 14 | |
| | *Admitted *pro hac vice* |
| 15 | |
| | *Attorneys for Plaintiffs Victor Parsons;* |
| 16 | *Shawn Jensen; Stephen Swartz; Dustin* |
| | *Brislan; Sonia Rodriguez; Christina* |
| 17 | *Verduzco; Jackie Thomas; Jeremy Smith;* |
| | *Robert Gamez; Maryanne Chisholm;* |
| 18 | *Desiree Licci; Joseph Hefner; Joshua* |
| | *Polson; and Charlotte Wells, on behalf of* |
| 19 | *themselves and all others similarly situated* |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

78204-0001/LEGAL26093371.1                    -3-

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Jennifer Alewelt
     Jennifer Alewelt (Bar No. 027366)
     Asim Varma (Bar No. 027927)
     Sarah Kader (Bar No. 027147)
     5025 East Washington Street, Suite 202
     Phoenix, Arizona 85034
     Telephone: (602) 274-6287
     Email:   jalewelt@azdisabilitylaw.org
              avarma@azdisabilitylaw.org
              skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

                                        s/ Delana Freouf