**EXHIBIT 1**

**EXHIBIT 1**

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
Lucy M. Rand, Bar No. 026919
Ashley B. Zuerlein, Bar No. 029541
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**DECLARATION OF JOE PROFIRI** |

2717636.1

I, **JOE PROFIRI**, declare that the following information is true to the best of my information, knowledge, and belief:

1. I began my employment with the Arizona Department of Corrections ("ADC") in 1988 and remained with ADC until I retired in April 2009. I returned to service with ADC in April 2010. In August 2010, I assumed my current position as the Operations Director for the Contract Beds Bureau. In that position, I am responsible for ensuring that private prison contractors housing ADC inmates comply with the terms of their contracts and with ADC policies.

2. In August 2012, I also began assisting the Health Services Monitoring Bureau with monitoring activities related to the contract between Wexford Health Sources ("Wexford") and ADC to provide health care to ADC inmates. I continued this assistance until January 2013.

3. I am familiar with the allegations made in Plaintiffs' Complaint, as well as the allegations made in Plaintiffs' Motion for Class Certification. In addition, I am intimately familiar with, and have personal knowledge of, the contents of the September 21, 2012 letter from ADC to Wexford ("the Cure Letter") (*See* ADC027854-ADC027869), which I drafted and signed.

4. The Cure Letter notified Wexford of several specific events indicating contract non-compliance, as well as twenty general deficiencies at various facility units requiring corrective action. Neither the events nor the deficiencies were identified by ADC as occurring at every ADC facility, and the Cure Letter did not intend to convey that all twenty deficiencies existed at each of the ten ADC facilities. Some deficiencies were identified at some facility units, and other deficiencies were found at other facility units. Collectively, twenty deficiencies were identified. The Cure Letter further informed Wexford that it was expected to provide a proposed corrective action plan for each of the twenty identified deficiencies.

5. The second attachment to the Cure Letter is the Weekly Cure Report (*See* ADC027863-ADC027869). The Weekly Cure Report was designed for the contract

monitor for each of the 10 ADC facilities to complete a summary of his or her observations regarding each of the twenty cure items for that week and to assign a color-coded rating of Wexford's compliance with that item. A green rating would have indicated compliance, amber would have indicated non-compliance, and red would have indicated significant non-compliance. Although the twenty identified deficiencies were not present at all 10 ADC facilities, they were included in the Weekly Cure Report for each facility so that they could be monitored. It was anticipated that most of the contract monitors would have reported green ratings on a number of the measures since not all deficiencies existed on a facility-wide basis.

6. The first attachment to the Cure Letter is the Summary Report of Cure Items (*See* ADC027861-ADC027862), which was designed to enable a command-level view of Wexford's contract compliance. The Summary Report would have combined the color-coded ratings from the Weekly Cure Report into a two-page snapshot.

7. Because Wexford never submitted a corrective action plan in response to the Cure Letter covering the twenty identified deficiencies, neither the Weekly Cure Report nor the Summary Report of Cure Items was ever deployed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  MARCH 20 , 2013.

_____
Joe Profiri

2717636.1                                   3