**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-NVW<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION RE: ORDER GRANTING CLASS CERTIFICATION** |

　　　　The Court, having reviewed Defendants' Motion for Reconsideration Re: Order Granting Class Certification, and good cause appearing,

　　　　IT IS ORDERED granting the Motion for Reconsideration.

　　　　IT IS FURTHER ORDERED decertifying the alleged health care practices (i–x) listed on page 22 of Dkt. # 372.

2741581.1