1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

8
9

Victor Parsons, *et al.*, on behalf of themselves
and all others similarly situated; and Arizona
Center for Disability Law,

10
                                        Plaintiffs,

                v.

11
12
13
14

Charles Ryan, Director, Arizona Department
of Corrections; and Richard Pratt, Interim
Division Director, Division of Health Services,
Arizona Department of Corrections, in their
official capacities,
                                        Defendants.

NO. 2:12-cv-00601-NVW

**ORDER FOR RELEASE OF**
**CONFIDENTIAL RECORDS**

15
16
        Pursuant to Defendants' Motion for Release of Confidential Records and good

cause appearing,

17
18
        IT IS HEREBY ORDERED granting Defendants' Motion for Release of

Confidential Records.

19
20
21
        IT IS FURTHER ORDERED that CPS shall release any and all unredacted CPS

records, files, and information, including video and audio recordings, pertaining to

Plaintiff Sonia Rodriguez.

22
        DATED this _____ day of _____, 2013.

23
24
25
26
27
28