# EXHIBIT 1

6.	Confidential information received from the opposing party or a third party may be disclosed only to the following persons (hereinafter referred to as "qualified persons"):

a.	Counsel of record for the parties, and employees or agents of such counsel who are assisting such counsel in the preparation or trial of this action.~~, except that Mental Health records pertaining to any unnamed plaintiffs shall be disclosed only to Plaintiff Arizona Center for Disability Law absent the appropriate medical records released provided by the patient. Once a release is obtained and provided, Defendants and Plaintiff Arizona Center for Disability Law may provide the Mental Health Records along with the applicable release to counsel of record for the parties, and their support staff, including paralegals, legal interns, and legal assistants, and to testifying or consulting experts. Those individuals will be governed by the requirements consistent with this Protective Order~~;

b.	The Court and court personnel;

c.	Stenographic and videographic reporters engaged in such proceedings;

d.	All experts and consultants retained by the parties;

e.	Witnesses to whom confidential information may otherwise be disclosed during a deposition taken in the matter or otherwise during the preparation for trial. Such witnesses may not leave the deposition with copies of any confidential information unless it is their own confidential information;

f.	When an inmate consents to the disclosure of his confidential information, Plaintiffs' counsel can do so in accordance with that consent;

g. Any person who is a former agent of a party and whose role as a party's agent is relevant to this litigation;

hg. Any person who had pre-litigation access to information now deemed Confidential pursuant to the Protective Order shall be bound by the terms and conditions of this Protective Order.

ih. Any person expressly named and agreed to in writing by Counsel for the parties.