Thomas C. Horne Arizona Attorney General
OFFICE OF THE ATTORNEY GENERAL
Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
Lucy M. Rand, Bar No. 026919
Ashley B. Zuerlein, Bar No. 029541
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7695
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan and Richard Pratt, in their official capacities,<br><br>Defendants. | NO. CV12-0601-PHX-NVW (MEA)<br><br>**DEFENDANTS' *AMENDED* NOTICE OF SERVICE OF DISCOVERY RESPONSES** |

#3241067

NOTICE IS HEREBY GIVEN that on April 4, 2013, the Defendants served upon Plaintiffs' counsel the discovery listed below via First-Class mail to Kirstin T. Eidenbach of Perkins Coie; John L. Wilkes of Jones Day; and Jennifer Alewelt of the Arizona Center for Disability Law:

1.      Defendants' **Corrected Fourteenth** Supplemental Response to Parsons' First Request for Production;

2.      Defendants' **Corrected Second** Supplemental Response to Polson's First Request for Production;

3.      Defendants' *Sixth* Supplemental Disclosure Statement.

FURTHER, NOTICE IS HEREBY GIVEN that on April 8, 2013, the Defendants served upon Plaintiffs' counsel the discovery listed below via First-Class mail to Kirstin T. Eidenbach of Perkins Coie; John L. Wilkes of Jones Day; and Jennifer Alewelt of the Arizona Center for Disability Law:

4.      Defendants' *First* Supplemental Response to Jensen's First Request for Production.

RESPECTFULLY SUBMITTED this 8th day of April, 2013.

Thomas C. Horne
ATTORNEY GENERAL


s/ Lucy M. Rand
Lucy M. Rand
Michael E. Gottfried
Katherine E. Watanabe
Ashley B. Zuerlein
Assistant Attorneys General
1275 West Washington Street
Phoenix, Arizona  85007-2926

#3241067

2

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne Orcutt
**STRUCK WIENEKE & LOVE, P.L.C.**
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 8, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System.  This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

Donald Specter:             dspecter@prisonlaw.com
Alison Hardy:               ahardy@prisonlaw.com
Sara Norman:                snorman@prisonlaw.com
Corene T. Kendrick:         ckendrick@prisonlaw.com
**PRISON LAW OFFICE**

Daniel Joseph Pochoda:      dpochoda@acluaz.org
Kelly Joyce Flood:          kflood@acluaz.org
James Duff Lyall:           jlyall@acluaz.org
**ACLU**

David Cyrus Fathi:          dfathi@npp-aclu.org
Amy Fettig:                 afettig@npp-aclu.org
**ACLU NATIONAL PRISON PROJECT**

Daniel Clayton Barr:        DBarr@perkinscoie.com
Jill Louise Ripke:          jripke@perkinscoie.com
James Anthony Ahlers:       jahlers@perkinscoie.com
Kirstin T. Eidenbach:       keidenbach@perkinscoie.com
John Howard Gray:           jhgray@perkinscoie.com
Matthew Benjamin de Mée     mdumee@perkinscoie.com
Amelia Morrow Gerlicher:    agerlicher@perkinscoie.com
**PERKINS COIE, LLP**

#3241067                                  3

Caroline N. Mitchell:          cnmitchell@jonesday.com
David C. Kiernan:              dkiernan@jonesday.com
Sophia Calderón:               scalderon@jonesday.com
Sarah Rauh:                    srauh@jonesday.com
R. Scott Medsker:              rsmedsker@JonesDay.com
John Laurens Wilkes:           jlwilkes@jonesday.com
Kamilla Mamedova:              kmamedova@jonesday.com
Jennifer K Messina:            jkmessina@jonesday.com
**JONES DAY**

Jennifer Ann Alewelt:          jalewelt@azdisabilitylaw.org
Asim Varma:                    avarma@azdisabilitylaw.org
Sarah Eve Kader:               skader@azdisabilitylaw.org
**ACDL**

s/ Barbara Ratter
Legal Secretary

#3241067                                    4