IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

Before the Court is Defendants' Motion to Compel (Doc. 397).

Defendants seek disclosure of Plaintiff Rodriguez's complete and unredacted confidential files, records and information from Child Protective Services, which apparently encompass records from her own childhood as well as records pertaining to her own children. Plaintiffs object on two grounds. The first is that a superior court judge has the exclusive authority to order the release of any records, rendering the motion ineffectual in this Court. In any event, Plaintiffs claim that because Rodriguez is 40 years old, any mental health records from her childhood are too far removed to be probative in this case. And to the extent Defendants are seeking records concerning Rodriguez as a parent, Plaintiffs argue the prejudice from disclosure of those documents outweighs any probative value they may have.

Defendants are directed to reply in support of their motion by April 12, 2013. They must address the contentions raised by Plaintiffs and also explain why their position

- 2 -

was substantially justified and why attorneys' fees should not be imposed pursuant to Federal Rule of Civil Procedure 37(a)(5)(B).

**IT IS THEREFORE ORDERED** that Defendants are directed to reply in support of their motion to compel by April 12, 2013 as directed herein.

Dated this 9th day of April, 2013.

_____
Neil V. Wake
United States District Judge