IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

Before the Court is the parties' seventh notice of discovery dispute (Doc. 403). The Court is unable on the present record to render a decision on this dispute. As an initial matter, Plaintiffs' version of the dispute presupposes that all the requested electronic mail is relevant and, accordingly, provides no summary of the documents they seek or why they are pertinent. The Court recognizes that Defendants have, to a certain degree, already agreed to produce some of the requested documents. But it is plain that the scope of Plaintiffs' request is breathtaking and it is difficult for the Court to imagine that accommodation of the entire request would not result in an undue burden.

Because it is unclear exactly what emails Plaintiffs are seeking, and from whom, and during what time period, the Court cannot issue a ruling. Plaintiffs are directed to respond to this Order by April 12, 2013, articulating their current electronic mail requests. Because of the expansive scope of the request they must also explain why their position was substantially justified and why attorneys' fees should not be imposed pursuant to Federal Rule of Civil Procedure 37(a)(5)(B)

**IT IS THEREFORE ORDERED** that Plaintiffs are directed to respond to this Order by April 12, 2013 as directed herein.

Dated this 9th day of April, 2013.

_____
Neil V. Wake
United States District Judge

- 2 -