Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **NOTICE OF DEPOSITION OF KAREN CHU** |

LEGAL26346900.1

1    NOTICE IS HEREBY GIVEN that, pursuant to Fed. Rs. Civ. P. 26 and 30, the
2 deposition will be taken upon examination of the person whose name is stated below at
3 the time and place stated below before an officer authorized to administer oaths.  The
4 deposition will be recorded stenographically.

| | |
|---|---|
| **PERSON TO BE EXAMINED:** | Karen Chu<br>ADOC Health Services Division Quality/<br>Clinical Dental Program Monitor (Dental Program Manager)<br>c/o Struck Wieneke, & Love, P.L.C. |
| **DATE AND TIME OF THE DEPOSITION:** | April 30, 2013 at 9:00 a.m. |
| **PLACE OF THE DEPOSITION:** | Perkins Coie LLP<br>2901 N. Central Avenue<br>Suite 2000<br>Phoenix, Arizona 85012 |

Dated:  April 11, 2013                **PERKINS COIE LLP**

By:   s/ Amelia M. Gerlicher
    Daniel C. Barr (Bar No. 010149)
    Amelia M. Gerlicher (Bar No. 023966)
    Kirstin T. Eidenbach (Bar No. 027341)
    John H. Gray (Bar No. 028107)
    Matthew B. du Mée (Bar No. 028468)
    2901 N. Central Avenue, Suite 2000
    Phoenix, Arizona 85012
    Telephone:  (602) 351-8000
    Email:    dbarr@perkinscoie.com
              agerlicher@perkinscoie.com
              keidenbach@perkinscoie.com
              jhgray@perkinscoie.com
              mdumee@perkinscoie.com

    Daniel Pochoda (Bar No. 021979)
    Kelly J. Flood (Bar No. 019772)
    James Duff Lyall (Bar No. 330045)*
    **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
    Telephone:  (602) 650-1854
    Email:    dpochoda@acluaz.org
              kflood@acluaz.org
              jlyall@acluaz.org

    *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

LEGAL26346900.1

| | |
|---|---|
| 1 | Donald Specter (Cal. 83925)* |
| 2 | Alison Hardy (Cal. 135966)* |
| | Sara Norman (Cal. 189536)* |
| 3 | Corene Kendrick (Cal. 226642)* |
| | **PRISON LAW OFFICE** |

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
afettig@npp-aclu.org
aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
dkiernan@jonesday.com
scalderon@jonesday.com
srauh@jonesday.com

*Admitted *pro hac vice*

LEGAL26346900.1                    -2-

```
 1                                    R. Scott Medsker (D.C. 976405)*
                                      JONES DAY
 2                                    51 Louisiana Avenue, NW
                                      Washington, D.C. 20001-2113
 3                                    Telephone: (202) 879-3837
                                      Email:    rsmedsker@jonesday.com
 4
                                      *Admitted pro hac vice
 5
                                      John Laurens Wilkes (Tex. 24053548)*
 6                                    JONES DAY
                                      717 Texas Street
 7                                    Houston, Texas 77002
                                      Telephone: (832) 239-3939
 8                                    Email:    jlwilkes@jonesday.com

 9                                    *Admitted pro hac vice

10                                    Kamilla Mamedova (N.Y. 4661104)*
                                      Jennifer K. Messina (N.Y. 4912440)*
11                                    JONES DAY
                                      222 East 41 Street
12                                    New York, New York 10017
                                      Telephone: (212) 326-3498
13                                    Email:    kmamedova@jonesday.com
                                                jkmessina@jonesday.com
14
                                      *Admitted pro hac vice
15
                                      *Attorneys for Plaintiffs Shawn Jensen;
16                                    Stephen Swartz; Dustin Brislan; Sonia
                                      Rodriguez; Christina Verduzco; Jackie
17                                    Thomas; Jeremy Smith; Robert Gamez;
                                      Maryanne Chisholm; Desiree Licci; Joseph
18                                    Hefner; Joshua Polson; and Charlotte
                                      Wells, on behalf of themselves and all others
19                                    similarly situated*

20

21

22

23

24

25

26

27

28


   LEGAL26346900.1              -3-
```

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

  s/ Delana Freouf

LEGAL26346900.1                          -4-