# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 2

# EXHIBIT 2

# EXHIBIT 3

# EXHIBIT 3

# EXHIBIT 4

# EXHIBIT 4

# EXHIBIT 5

# EXHIBIT 5