1   Daniel Pochoda (Bar No. 021979)
    Kelly J. Flood (Bar No. 019772)
2   James Duff Lyall (Bar No. 330045)*
    **ACLU FOUNDATION OF ARIZONA**
3   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
4   Telephone: (602) 650-1854
    Email: dpochoda@acluaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6   *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7   *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
    *Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
    *Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert*
8   *Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
    *Joshua Polson, and Charlotte Wells, on behalf of*
9   *themselves and all others similarly situated*

10  **[ADDITIONAL COUNSEL LISTED ON**
    **SIGNATURE PAGE]**

11
    Jennifer Alewelt (Bar No. 027366)
12  Asim Varma (Bar No. 027927)
    Sarah Kader (Bar No. 027147)
13  **ARIZONA CENTER FOR DISABILITY LAW**
    5025 East Washington Street, Suite 202
14  Phoenix, Arizona 85034
    Telephone: (602) 274-6287
15  Email: jalewelt@azdisabilitylaw.org
           avarma@azdisabilitylaw.org
16         skader@azdisabilitylaw.org

    *Attorneys for Plaintiff Arizona Center for Disability Law*
17

                    UNITED STATES DISTRICT COURT
18
                         DISTRICT OF ARIZONA
19

20  Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriguez; Christina             (MEA)
    Verduzco; Jackie Thomas; Jeremy Smith; Robert
21  Gamez; Maryanne Chisholm; Desiree Licci; Joseph
    Hefner; Joshua Polson; and Charlotte Wells, on    **DECLARATION OF SOPHIA**
22  behalf of themselves and all others similarly     **CALDERÓN IN SUPPORT**
    situated; and Arizona Center for Disability Law,  **OF PLAINTIFFS' RESPONSE**
                                                      **TO COURT'S ORDER FOR**
23                      Plaintiffs,                   **SUPPLEMENTAL BRIEFING**
                                                      **ON SEVENTH JOINT**
24          v.                                        **NOTICE OF DISCOVERY**
                                                      **DISPUTE**
25  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
26  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
27  capacities,

                        Defendants.
28

I, Sophia H. Calderón, declare:

1.      I am a licensed attorney in the State of California and an associate in the law firm of Jones Day, co-counsel for Named Plaintiffs in this case.  I am admitted to practice *pro hac vice* before this Court for this action.  Unless otherwise specified, I have personal knowledge of the facts stated in this declaration and if called as a witness I could and would competently so testify.

2.      The discovery at issue was propounded in June 2012.  Plaintiffs initiated the meet-and-confer process in July 2012, a process that has continued through March 2013.

3.      Exhibit A is a true and correct copy of Parsons' First Set of Requests for Production of Documents to Defendants, served on June 15, 2012.

4.      Exhibit B is a true and correct copy of Jensen's First Set of Requests for Production of Documents to Defendants, served on January 31, 2013.

5.      Exhibit C is a true and correct copy of Parsons' Second Set of Requests for Production of Documents to Defendants, served on October 12, 2012.

6.      Exhibit D is a true and correct copy of a letter from Defendants' counsel to Plaintiffs' counsel, dated October 29, 2012.

7.      Exhibit E is a true and correct copy of a letter from Plaintiffs' counsel to Defendants' counsel, dated November 30, 2012.

8.      Exhibit F is a true and correct copy of a letter from Plaintiffs' counsel to Defendants' counsel, dated December 19, 2012.

9.      Exhibit G is a true and correct copy of a letter from Plaintiffs' counsel to Defendants' counsel, dated December 21, 2012.

10.      Exhibit H is a true and correct copy of a letter from Defendants' counsel to Plaintiffs' counsel, dated November 7, 2012.

11.      Exhibit I is a true and correct copy of an email from Defendants' counsel to Plaintiffs' counsel, dated January 15, 2013.

12.      Despite Defendants' repeated representations that they would provide Plaintiffs with an initial production followed by weekly supplementations of email, Defendants never started the production of email.

13.      Exhibit J are true and correct copies of documents Bates labeled PLTF-PARSONS-000011, 000012, 000043, and 000044, produced by Plaintiffs in the course of this litigation.  These documents are emails produced in individual prisoner litigation and given to Plaintiffs by the prisoner.

14.      Plaintiffs have been informed that Defendants are obtaining health care directives from prisoners without first securing full and informed consent.

15.      Exhibit K is a true and correct copy of an email from Plaintiffs' counsel to Defendants' counsel, dated March 14, 2013.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 12, 2013 in San Francisco, California.


*/s/ Sophia Calderón*              
Sophia H. Calderón

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:      dfathi@npp-aclu.org
            afettig@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:      dbarr@perkinscoie.com
            agerlicher@perkinscoie.com
            keidenbach@perkinscoie.com
            jhgray@perkinscoie.com
            mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:      dpochoda@acluaz.org
            kflood@acluaz.org
            jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct.
R. 38(f)

1    Donald Specter (Cal. 83925)*
     Alison Hardy (Cal. 135966)*
2    Sara Norman (Cal. 189536)*
     Corene Kendrick (Cal. 226642)*
3    **PRISON LAW OFFICE**
     1917 Fifth Street
4    Berkeley, California 94710
     Telephone:  (510) 280-2621
5    Email:    dspecter@prisonlaw.com
               ahardy@prisonlaw.com
6              snorman@prisonlaw.com
               ckendrick@prisonlaw.com
7
     *Admitted *pro hac vice*
8
     Caroline Mitchell (Cal. 143124)*
9    David C. Kiernan (Cal. 215335)*
     Sophia Calderón (Cal. 278315)*
10   Sarah Rauh (Cal. 283742)*
     **JONES DAY**
11   555 California Street, 26th Floor
     San Francisco, California 94104
12   Telephone:  (415) 875-5712
     Email:    cnmitchell@jonesday.com
13             dkiernan@jonesday.com
               scalderon@jonesday.com
14             srauh@jonesday.com
15   *Admitted *pro hac vice*
16   R. Scott Medsker (D.C. 976405)*
     **JONES DAY**
17   51 Louisiana Avenue, NW
     Washington, D.C. 20001-2113
18   Telephone:  (202) 879-3837
     Email:    rsmedsker@jonesday.com
19
     *Admitted *pro hac vice*
20
     John Laurens Wilkes (Tex. 24053548)*
21   **JONES DAY**
     717 Texas Street
22   Houston, Texas 77002
     Telephone:  (832) 239-3939
23   Email:    jlwilkes@jonesday.com
24   *Admitted *pro hac vice*

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
              jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Victor Parsons;
Shawn Jensen; Stephen Swartz; Dustin
Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY
LAW**


By: _  /s/ Jennifer Alewelt_____
       Jennifer Alewelt (Bar No. 027366)
       Asim Varma (Bar No. 027927)
       Sarah Kader (Bar No. 027147)
       5025 East Washington Street, Suite 202
       Phoenix, Arizona 85034
       Telephone:  (602) 274-6287
       Email:    jalewelt@azdisabilitylaw.org
                  avarma@azdisabilitylaw.org
                  skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1

2

**CERTIFICATE OF SERVICE**

3      I hereby certify that on April 12, 2013, I electronically transmitted the above

4 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

5 Notice of Electronic Filing to the following CM/ECF registrants:

6

7

8

9

10

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

11

12

13

14

15

16

17

18

19

20

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

21

*Attorneys for Defendants*

22

23

78204-0001/LEGAL26383993.1

    */s/ Marie van Olffen*

24

25

26

27

28