# Exhibit D



**STRUCK WIENEKE & LOVE**  3100 West Ray Road, Suite 300  Chandler, Arizona 85226  480.420.1600  swlfirm.com

October 29, 2012

Daniel P. Struck
PARTNER

Kathleen L. Wieneke
PARTNER

Rachel Love
PARTNER

Timothy J. Bojanowski
PARTNER

Christina Retts
SENIOR ASSOCIATE

Jamie D. Guzman
ASSOCIATE

Nicholas D. Acedo
ASSOCIATE

Tara B. Zoellner
ASSOCIATE

Amy L. Nguyen
ASSOCIATE

Ashlee B. Fletcher
ASSOCIATE

Courtney R. Cloman
ASSOCIATE

Anne M. Orcutt
ASSOCIATE

Jennifer Holsman Tetreault
OF COUNSEL

David C. Lewis
OF COUNSEL

**VIA EMAIL ONLY**

Jennifer Alewelt:  jalewelt@azdisabilitylaw.org
Caroline N. Mitchell:  cnmitchell@jonesday.com
Donald Specter:  dspecter@prisonlaw.com
David C. Fathi:  dfathi@npp-aclu.org

    Re: Parsons, et al. v. Ryan and Pratt
       U.S. District Court of Arizona; 2:12-cv-00601

Dear Counsel:

  This letter is in response to Scott Medsker's October 18, 2012 letter regarding e-discovery.  The Barracuda system is capable of operating a Boolean search method.  Defendants agree that in the event a specific, responsive, and relevant document is identified; but not captured by the Barracuda system, they will make a good faith effort to obtain that document and produce it to Plaintiffs.

  Defendants do not agree with your position that every individual listed in Defendants' Initial Disclosure Statement should have their email account searched.  First, each individual listed in Defendants' Disclosure Statement may not have or have had an email account with ADC.  For example, many of the health care providers who treated Plaintiffs, such as Registered Nurses, do not maintain email accounts with ADC.  For this same reason, Defendants do not agree that every individual who provided treatment to Plaintiffs should be subject to search of their email accounts.  Similarly, it is overly burdensome to require a search of all medical providers that provided treatment to one or more of the named plaintiffs.  Further, the individuals listed in Defendants' Initial Disclosure Statement were revealed as *possibly* having relevant information – not that they in fact did.  Defendants will, however, agree to search both Defendants' email accounts, all 34 individual contract monitors' accounts, and each ADC employee's email account that has been deposed thus far.  Additionally, Defendants will agree to your proposed, additional search terms.

  Defendants have attached their proposed exclusionary terms.  These terms will be run prior to the general search terms, to remove privileged and confidential documents.  If you have any objection to these terms, please let us know by the end of this week.  Given our agreement regarding the Clawback and search terms, Defendants are actively working to get a first set of documents to Plaintiffs as soon as possible.  It is important to note, however, that despite numerous requests over the previous few months, Plaintiffs first provided Defendants with their search terms less than a week ago.  As such, Defendants will now need to run the agreed upon search terms through the requested email accounts (Adu TuTu, Pratt and Ryan).  Once we reach an agreement regarding

Ashlee B. Fletcher | afletcher@swlfirm.com | Direct: 480.420.1631 | swlfirm.com

Counsel of Record
October 29, 2012
Page 2

the search of additional employee email accounts, we will run a similar search on those individuals' accounts. We will then have to calculate the cost to run the additional email accounts and determine if it will be unduly burdensome. As always, we will keep you apprised of the progress and will continue to work toward a reasonable production of documents.

                                 Sincerely,

                                 Ashlee B. Fletcher
                                 For the Firm

ABF/slw
Attachment
26700303.1

cc:    Michael E. Gottfried
       Dawn Northup
       Katherine Watanabe
       Kelly Dudley

Confid!
Attorney
Attorney /s client
Client
Legal
Priv!
Law!
work /s product
Litigation
Sue
Suit
Lawsuit
Protect!
Class /s action
"ACLU"
PLO
"Prison law office"
" Iafrate & Associates"
"Shorall, McGoldrick, Brinkmann"
"David Bell & Associates"
"Ricker & Bustamante"
"O'Connor and Campbell"
" Rivera & Rivera"
"Fadell, Cheney, Burt"
"Rusing & Lopez"
"Sanders, Parks"
"Burch Cracchiolo"
"Campbell Yost Clare & Norell"
"Udall Law Firm"
"Mariscal, Weeks, McIntyre & Friedlander"
"Calderone Law Offices"
"Cantelme and Brown"
"Thrasher & Jemsek"
"Jardine, Baker Hickman & Houston"
"Gordon & Rees"
"Slaton Law Office"
 "azag.gov"
"swlfirm.com"
Northup!
Dudley!
Klausner!