# Exhibit F

# JONES DAY

717 TEXAS • SUITE 3300 • HOUSTON, TEXAS  77002.2712

TELEPHONE: +1.832.239.3939 • FACSIMILE: +1.832.239.3600

Direct Number:  (832) 239-3796
jlwilkes@JonesDay.com

JP011915                                     December 19, 2012

<u>VIA E-MAIL ONLY</u>

Katherine E. Watanabe
Michael Gottfried
Office of the Attorney General
1275 W. Washington
Phoenix, AZ 85007

Dan Struck
Ashlee Fletcher
Struck Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, AZ 85226

Re:     <u>Parsons v. Ryan</u>

Dear Counsel:

This letter responds to Ashlee Fletcher's December 18, 2012 letter regarding the collection and production of email.

Thank you for agreeing to Plaintiffs' proposed prioritization of production and for agreeing to search Mr. Ryan's and Mr. Pratt's email accounts from January 1, 2011.  With regard to your agreement to produce all documents containing the word "health" from custodian email accounts, we believe that this request is not unduly burdensome given the likelihood that these documents will be responsive and relevant.  If, however, Defendants discover that including "health" as a search term results in a significant number of categorically nonresponsive documents, Plaintiffs remain willing to discuss how best to eliminate such documents from review and production.

Based on the currently available information, Plaintiffs agree that the search of the email accounts of Mark Haldane, Marlena Bedoya, Karen Chu, and Kristan Sears will be limited to July 1, 2012, while the accounts for the other Contract Monitors will be searched from January 1, 2011.  Regarding the priority of Mr. Haldane's account, we ask that Defendants prioritize the accounts of the 14 custodians including Mr. Haldane's in the following order:

HUI-156592v1

ALKHOBAR   •   ATLANTA   •   BEIJING   •   BOSTON   •   BRUSSELS   •   CHICAGO   •   CLEVELAND   •   COLUMBUS   •   DALLAS   •   DUBAI
DÜSSELDORF   •   FRANKFURT   •   HONG KONG   •   HOUSTON   •   IRVINE   •   JEDDAH   •   LONDON   •   LOS ANGELES   •   MADRID
MEXICO CITY   •   MILAN   •   MOSCOW   •   MUNICH   •   NEW YORK   •   PARIS   •   PITTSBURGH   •   RIYADH   •   SAN DIEGO
SAN FRANCISCO   •   SÃO PAULO   •   SHANGHAI   •   SILICON VALLEY   •   SINGAPORE   •   SYDNEY   •   TAIPEI   •   TOKYO   •   WASHINGTON

JONES DAY

Katherine E. Watanabe
Dan Struck
December 19, 2012
Page 2

- Charles Ryan
- Richard Pratt
- Michael Adu-Tutu
- Ben Shaw
- Joe Profiri
- Jim Taylor
- Paulette Boothby
- Terry Allred
- Dennis Kendall
- Helena Valenzuela
- Matthew Musson
- Marlena Bedoya
- Mark Haldane
- Jeffrey Sharp

    Plaintiffs ask that Defendants re-run the agreed-upon search terms and time limits for the prioritized custodians and begin production immediately. As stated above, we believe that these requests do not place an undue burden on Defendants. Defendants have had over two weeks since Mr. Medsker's letter to determine what, if any, further agreements would be necessary to reduce the burden on Defendants to their satisfaction, and Plaintiffs reserve all rights with respect to any further delay of production by Defendants.

    We appreciate your intent to resolve this issue in a timely manner.

Regards,

*J. Laurens Wilkes*

J. Laurens Wilkes

HUI-156592v1