# Exhibit H



STRUCK WIENEKE & LOVE

3100 West Ray Road, Suite 300  Chandler, Arizona 85226  480.420.1600  swlfirm.com

November 7, 2012

Daniel P. Struck
PARTNER

Kathleen L. Wieneke
PARTNER

Rachel Love
PARTNER

Timothy J. Bojanowski
PARTNER

Christina Retts
SENIOR ASSOCIATE

Jamie D. Guzman
ASSOCIATE

Nicholas D. Acedo
ASSOCIATE

Tara B. Zoellner
ASSOCIATE

Amy L. Nguyen
ASSOCIATE

Ashlee B. Fletcher
ASSOCIATE

Courtney R. Cloman
ASSOCIATE

Anne M. Orcutt
ASSOCIATE

Jennifer Holsman Tetreault
OF COUNSEL

David C. Lewis
OF COUNSEL

**VIA EMAIL ONLY**

Jennifer Alewelt:  jalewelt@azdisabilitylaw.org
Caroline N. Mitchell:  cnmitchell@jonesday.com
Donald Specter:  dspecter@prisonlaw.com
David C. Fathi:  dfathi@npp-aclu.org

Re:  Parsons, et al. v. Ryan and Pratt
U.S. District Court of Arizona; 2:12-cv-00601

Dear Counsel:

This letter is in response to Scott Medsker's November 2, 2012 letter regarding Defendants' search terms.

The email accounts for Pratt, Adu TuTu and Ryan have been run using the parties' agreed upon search terms and de-duped, resulting in 52,629 documents. Defendants will no longer be running exclusionary terms. Instead, the Attorney General's office will review each document responsive to Plaintiffs' discovery requests. During this review, the attorneys will look for privileged documents and documents containing security sensitive information. Any security sensitive information will be redacted prior to production and any privileged document will be withheld and cataloged in a privilege log.

Until we hear back from Plaintiffs regarding Defendants' proposed list of additional employee email accounts to be searched, Defendants will limit their production to the three accounts discussed above. Defendants intend to provide Plaintiffs with weekly supplemental productions of these documents.

Sincerely,

Ashlee B. Fletcher
For the Firm

ABF/slw
2705010.1

cc:   Michael E. Gottfried
      Dawn Northup
      Katherine Watanabe
      Kelly Dudley

Ashlee B. Fletcher | afletcher@swlfirm.com | Direct: 480.420.1631 | swlfirm.com