# Exhibit I

| | |
|---|---|
| From: | "Watanabe, Katherine" <Katherine.Watanabe@azag.gov> |
| To: | 'Laurens Wilkes' <jlwilkes@JonesDay.com>, Sherri Wolford <SWolford@azag.gov>, Parsons Team <ParsonsTeam@swlfirm.com> |
| Cc: | Caroline N Mitchell <cnmitchell@JonesDay.com>, "Rand, Lucy" <Lucy.Rand@azag.gov>, "Zuerlein, Ashley" <Ashley.Zuerlein@azag.gov>, "Gottfried, Michael" <Michael.Gottfried@azag.gov> |
| Date: | 01/15/2013 04:10 PM |
| Subject: | RE: Parsons, et al. v. Ryan, et al. - Correspondence |

Laurens,

We plan to begin processing emails for production shortly.  As I'm sure you know, we did begin processing emails, and have produced some, however, we put that production on hold as talks were going on regarding the scope of the email production.  We did not want to end up duplicating our efforts or wasting time on reviewing emails that might potentially be removed from the search pool once an agreement was reached.  Since receiving your letter, we had the Christmas holiday and New Years, which means a number of people have been out of the office for extended periods of time, myself included, which has made coordination difficult.  I'm sure you understand, as it appears that a number of your colleagues were away for the holidays as well.  We have been processing emails since your letter, though the process has been slowed by the holidays and our attempts to follow up on information and documents as I discussed with Ms. Mitchell, Ms. Kendrick, and Mr. Fathi in relation to the first request for production.  You should begin to see the production of emails restart in the next week or two, and as we are hopefully able to begin wrapping up production of documents in other areas, you should have larger batches of emails produced.  Until the other areas of production are concluded, however, you will see a mix of the two and the volume of production of emails will vary based upon the volume of other documents that have come in.  We obviously cannot process and produce everything at once, but we are doing our best to work at getting documents produced across the spectrum of those that have been requested.  I hope this addresses your concerns, and please feel free to let me know if you have any other questions or I have failed to cover anything.

Sincerely,

Katherine Watanabe
Assistant Attorney General
Office of the Attorney General
Liability Management Section

1275 W. Washington

Phoenix, Arizona 85007

Direct: (602) 542-7695

Fax: (602) 542-7670

[Katherine.Watanabe@azag.gov](mailto:Katherine.Watanabe@azag.gov)

The information contained in this e-mail is privileged and confidential, intended only for the use of specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail. Thank you.