# Exhibit J

# Exhibit J

From:     JEFFREY SHARP
To:       GALE STEINHAUSER; JAMES BAIRD; JOHN WOHLER; LINDSEY CHITWOOD; NICK S...
Date:     12/30/2009 8:46 AM
Subject:  Re: Fw: Fwd: 1-CO2 Marano    2-Federal Law

PS:
The mentioned circumstances increase significantly our professional liability and good standing with our respective licensing boards. In addition, our already tenuous Dr-Pt relationships are jeopardized creating additionally adversarial relationships. These circumstances could be interpreted as a "hostile work environment" jeopardizing our livelihood.

jas

>>> JEFFREY SHARP 12/30/2009 8:34 AM >>>
Dr.Baird,

I agree with your assessment and wish to emphasize the following:

1-Access to care on units due to extremely short staffing does not meet standards.
2-Passing a law that lost our hospital/consultant/telemed capabilities (1.8 to 1.0 access rates and then not negotiating in good faith to continue the existing relationships-to quote Dr. Kendall "they (the state) would not budge").
3-We have many inmates NOT receiving needed specialty exams, followup and who are experiencing interruption of ongoing therapy.
4-These failures to provide needed health care needs fall far short of our own and national standards of prison health care.
5-Mental Health tells me that psychiatric consultation and medication management is woefully below standard.
6-The legislative and executive branches of our state government passed the laws that put these inmates in prison making them wards of the state.
7-They are also responsible, by law, for providing funds and personnel to administer serious health care needs to this population.
8-Instead of providing more funds and personnel to a burgeoning prison population-- funds, personnel and needed medical care are diminishing.
9-The RFP asking for upfront $$, providing care for ALL inmates with a 2 year old budget is, in my opinion, a sham.

The medical providers, mental health staff and nursing staff can provide numerous examples of the above allegations.

jas

---

>>> JAMES BAIRD 12/29/2009 2:32 PM >>>
In an email to Director Ryan last week, you made (in part) the following statements:

Is the governor and the legislature aware that they are breaking federal law by not providing constitutionally mandated health care to inmates?

**The Department has not been found, as yet, to be deliberately indifferent. With that in mind, how exactly are the Governor and Legislature "Breaking federal law"?**

-Is there an active lobbyist for health services dogging them?

This would be a function carried out by the Department.

-I believe strongly they need to be reminded daily
In those clearly spelled out words- "BREAKING FEDERAL LAW"

See above



Director Ryan has asked for a response from Dr Adu-Tutu. It will fall to Dr Kendall and I to formulate that response.

It is my opinion that neither the Governor nor the Legislature are engaged in illegal activity. That being said, I also believe the following:

We (Health Services senior management) has known for a number of months (since June 2009) that HB 2010, if implemented, would likely result in the loss of contracted hospitals and specialists. There was no plan in place to provide those services when the HB 2010 was passed. This has resulted in a 4-6 week period where NO specialty care was available, and continues today because some specialties are still not available.


EXHIBIT NO. 47
Sharp
10-9-12

PLTF-PARSONS-000011

There has been a poor effort at recruitment. Tucson went months with one practitioner. Yuma went years with one practitioner (perhaps doable since the level of sickness there does not even come close to the level we see here on a daily basis). The state jobs website, AzStatejobs.gov has NO open positions available at either Florence or Eyman.

We do not have adequate transport officers, and even if we get all the specialists in the world under contract, the Florence and Eyman institutions will fall behind approximately 200 consults per month because there are no officers to transport to appointments.

Is the Department being deliberately indifferent? Maybe. Probably. That would be up to a Federal Judge to decide. I do think there would be numerous experts in the field that would opine that deliberate indifference has occurred. Whether or not it is still occurring would be another issue.

With the above in mind, let me know by 1200 hours on 12/31 if you agree with this assessment, and whether or not you wish to add to our response, and if so, what you wish to add.

Thanks.

PLTF-PARSONS-000012

[(3/17/2010) JEFFREY SHARP - Deficient access to care, risk exposure]

From: JEFFREY SHARP
To: ADU TUTU, MICHAEL; CRAIG BELCOURT; DENNIS KENDALL; JOHN WOHLER; LONG...
Date: 4/8/2009 5:20 PM
Subject: Deficient access to care- Risk exposure

Dear Associates,

This is a followup on a series of letters written to our superiors by the Ryman Physician Group in 2008.

Actually the problem is getting worse. We have no one at SMU I. SMU II no longer has a CNA.

There continues to be only 2 physician days at SMU II.

We are now asked to split our time to serve Globe and SMU I, thereby decreasing continuity and increasing risk exposure.

If we take any time off we have huge backlogs to deal with.

I reviewed our situation at SMU II w our CRNS I today. Here's what we came up with:

If I appoint an HNR it takes about 6 weeks to be seen.
We are 6 mos behind on CC appts.
HNR's are backlogged about 6 weeks (today there are 90 dating back to March 21)
The HCP provider book is 11 mos behind.

The nurses do their best to prioritize. Items of little proven benefit, like physicals missed at Alhambra on people with no significant problems at the nurse's admission screen, and other problems lacking apparent medical significance go to the bottom of the list.

I could go on ad nauseam about: lack of technology, store, diets, NSU's, secretarial duties, nuisance non-medical decision making, etc.

We just don't have the manpower to do our assigned duties.

I believe a good CNA, like Norma, assigned to me could increase my effectiveness at least 50% and split time helping Candi.

That is just a sample.

We continue, due to inadequate staffing of health services "front line" personnel, unable to meet our policy and constitutional mandates.

There is still no evidence of recruiting, more or less, aggressive recruiting.

Our suggestions go unheeded.

We continue to be a multi car accident waiting to happen.

I believe each one of us is increasing concerned about this worsening situation.

EXHIBIT NO. 62
Sharp
10-9-12

PLTF-PARSONS-000043

(3/17/2010) JEFFREY SHARP - Deficient access to care. Risk exposure

Thank you for your attention,

Sincerely,

Jeffrey A. Sharp, M.D.

(3/17/2010) JEFFREY SHARP - Swamped still and going down.

From: JEFFREY SHARP
To: CRAIG BELCOURT; JAMES BAIRD; JAMES GIOVINO; JOHN WOHLER; THOMAS LONG...
CC: DENNIS KENDALL
Date: 12/24/2008 12:47 PM
Subject: Swamped still and going down.

Today...going thru 'hrs rec'd since 12/19, I wrote "needs doctor appt" on at least 20'. Trouble is Helen has nowhere to put them "Booked thru March" AND Dr. Because of inadequate escort support, I never finish my line anyway......So we get further and further behind... Something bad is going to happen sometime.
I HAVE TO HAVE SOME HELP.
Jeffrey A. Sharp, M.D.

EXHIBIT NO. 49
Sharp
10-9-12

PLTF-PARSONS-000049

Page 1