# Exhibit K



| | |
|---|---|
| Subject: | RE: Parsons, et al. v. Ryan, et al. - Correspondence |
| From: | Laurens Wilkes |
| Extension: | 3-3796 |
| To: | Zuerlein, Ashley |
| Cc: | 'Corene Kendrick ', 'Caroline Mitchell', 'Donald Specter', 'Jennifer Alewelt ', 'James Duff Lyall', "Rand, Lucy", "'du Mee, Matthew B. (Perkins Coie)'", "Gottfried, Michael", 'Struck Wieneke Love', 'Taylor Freeman' |

03/14/2013 03:06 PM

Ashley,

Thank you for your position statement regarding email production.  Given the Court's order extending the time for discovery, without waiving any rights and in the spirit of compromise, Plaintiffs are willing to review a "seed" set of email, so that we can work with you on ways to narrow the broader production of email to reduce any burden on Defendants, as a way for both parties to work in good faith and get production started.  To facilitate our discussion, here are the custodians and respective time periods we request be produced in the next 30 days.  Obviously, these productions would be additionally limited by the search terms we agreed to previously:

- Charles Ryan - emails from October 1, 2012 - January 31, 2013
- Richard Pratt - emails from October 1, 2012 - January 31, 2013
- Joe Profiri - emails from October 1, 2012 - January 31, 2013
- Ben Shaw – emails from October 1, 2012 – January 31, 2013
- Greg Fizer – emails from October 1, 2012 – January 31, 2013
- Jim Taylor - emails from November 1, 2012 - January 31, 2013
- Terry Allred - emails from September 1, 2012 - December 31, 2012
- Matthew Musson - emails from December 1, 2012 - January 31, 2013
- Mark Haldane - emails from December 1, 2012 - January 31, 2013
- Dennis Kendall - emails from December 1, 2012 - January 31, 2013

Once we receive these documents, we will promptly review them and identify additional categories of documents you can exclude from the production of the balance of the email, based on this review.  We will then be willing to discuss reasonable timelines for the remaining production of email.  We request a response by Monday morning Arizona time and a meet and confer on Tuesday if Defendants are unwilling to agree to this or an alternate proposal by then.  I am generally available from 1:00 pm Arizona time until 4:00 pm Arizona time for the meet and confer on Tuesday.  To be clear, we do not agree that Defendants can defer all other productions to do the email production.  Instead, they should move forward at the same time and we are happy to discuss a production schedule for those materials as well.  We look forward to hearing from you soon.

Regards,

Laurens

Laurens Wilkes  
Jones Day  
Houston, TX  
832-239-3796  
x3-3796