1   Daniel Pochoda (Bar No. 021979)
    Kelly J. Flood (Bar No. 019772)
2   James Duff Lyall (Bar No. 330045)*
    **ACLU FOUNDATION OF ARIZONA**
3   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
4   Telephone:  (602) 650-1854
    Email: dpochoda@acluaz.org
5           kflood@acluaz.org
            jlyall@acluaz.org
6   *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7   *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
    *Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
8   *Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert*
    *Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
9   *Joshua Polson, and Charlotte Wells, on behalf of*
    *themselves and all others similarly situated*

10  **[ADDITIONAL COUNSEL LISTED ON**
     **SIGNATURE PAGE]**

11
    Jennifer Alewelt (Bar No. 027366)
12  Asim Varma (Bar No. 027927)
    Sarah Kader (Bar No. 027147)
13  **ARIZONA CENTER FOR DISABILITY LAW**
    5025 East Washington Street, Suite 202
14  Phoenix, Arizona 85034
    Telephone:  (602) 274-6287
15  Email: jalewelt@azdisabilitylaw.org
            avarma@azdisabilitylaw.org
16          skader@azdisabilitylaw.org

17  *Attorneys for Plaintiff Arizona Center for Disability Law*

                    UNITED STATES DISTRICT COURT
18
                        DISTRICT OF ARIZONA
19
20  Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriguez; Christina            (MEA)
21  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
22  Hefner; Joshua Polson; and Charlotte Wells, on     **DECLARATION OF**
    behalf of themselves and all others similarly      **DONALD SPECTER**
    situated; and Arizona Center for Disability Law,
23
                            Plaintiffs,
24
            v.
25
    Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
26  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
27  capacities,

                            Defendants.
28

I, Donald Specter, hereby declare:

1.  I am an attorney at law admitted to practice before the courts of the state of California and before this Court *pro hac vice*. I am Executive Director of the Prison Law Office, and co-lead counsel for Prisoner Plaintiffs in this litigation.  If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

2.  I have litigated numerous system-wide prisoner and parolee class actions over the last 30 years.  A list of these cases can be found in my Declaration in Support of Plaintiffs' Motion for Class Certification (Doc. 239), ¶ 5.

3.  In cases challenging prison conditions under the cruel and unusual punishments clause of the Eighth Amendment, prisoners must prove an objective element – that the conditions create a substantial risk of serious harm – and a subjective element – that the defendants know about that risk but have failed to take reasonable steps to eliminate it. *Farmer v. Brennan*, 511 U.S. 825 (1994).

4.  In prison conditions cases, much of the evidence comes from defendants' written documents.  Their production is critical to a full and accurate understanding of the conditions and the defendants' state of mind.

5.  In my experience, documents that defendants, their employees or agents have authored and/or reviewed are relevant to establishing both elements of a cause of action based on the Eighth Amendment.  Memoranda, budget documents and emails written or reviewed by prison officials often describe deficiencies in the care being provided, and the effects of those deficiencies on the well-being of the prisoners.  These same documents also often provide direct or circumstantial evidence that defendants knew about the deficiencies and are therefore relevant to the subjective prong of an Eighth Amendment cause of action.

6.  In this case, our pre-filing investigation turned up numerous emails showing both that conditions in the Arizona Department of Corrections (ADC) pose a substantial

risk of serious harm to prisoners, and that top ADC officials, including Defendant Ryan, have knowledge of these conditions.  Some of these emails are cited in the Complaint in this action.  *See* Doc. 1, ¶ 23 (email from ADC physician to Defendant Ryan complaining of inadequate health care services; Director of Medical Services responded on behalf of defendant Ryan and stated, "[t]he Department has not been found, as yet, to be deliberately indifferent. … Is the Department being deliberately indifferent? Maybe. Probably. That would be up to a Federal Judge to decide. I do think that there would be numerous experts in the field that would opine that deliberate indifference has occurred."); ¶ 24 (series of emails from Deputy Medical Director for Psychiatry at the Eyman complex to Defendant Ryan alleging, among other things, "We are out of compliance with our own policies regarding minimum frequency of contact with a provider, as well as community standards for adequate care. The lack of treatment represents an escalating danger to the community, the staff and the inmates."); ¶ 31 (email from ADC physician to Director of Health Services entitled "Deficient access to care, Risk exposure"); ¶ 52 (emails from ADC physician stating that "[w]e just don't have the man power to do our assigned duties" and "we are not meeting our own or anybody else's standard of care."); ¶ 54 (email from ADC psychiatrist to Defendant Ryan alleging a "dire situation" at the Florence complex); ¶ 64 (email from ADC physician describing difficulties referring patients with suspected carcinoma to a specialist).

7.  Evidence relating to issues such as (1) the level of health care staffing and the corollary issue of how much care is being provided, (2) internal staff complaints about the inadequacy of care, (3) the adequacy of care for prisoners in isolation, and (4)  interactions between prison authorities and providers that reveal deficiencies in a prison system are often found, in other cases, in the email of the defendants and their key personnel.  In my experience, this type of evidence is critical to Plaintiffs' ability to prove their claims in this type of conditions case.

1       I declare under penalty of perjury that the foregoing is true and correct and that this

2   declaration was executed on April 12, 2013 at Berkeley, California.

3

4                       */s/ Donald Specter*
                    DONALD SPECTER

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
  in DC; practice limited to federal
  courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           keidenbach@perkinscoie.com
           jhgray@perkinscoie.com
           mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     dpochoda@acluaz.org
           kflood@acluaz.org
           jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct.
R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:      dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:      cnmitchell@jonesday.com
            dkiernan@jonesday.com
            scalderon@jonesday.com
            srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:      rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:      jlwilkes@jonesday.com

*Admitted *pro hac vice*

1                                           Kamilla Mamedova (N.Y. 4661104)*
               Jennifer K. Messina (N.Y. 4912440)*

2               **JONES DAY**
               222 East 41 Street

3               New York, New York 10017
               Telephone:  (212) 326-3498

4               Email:    kmamedova@jonesday.com
                                jkmessina@jonesday.com

5

6               *Admitted *pro hac vice*

7               *Attorneys for Plaintiffs Victor Parsons;
Shawn Jensen; Stephen Swartz; Dustin
Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

11              **ARIZONA CENTER FOR DISABILITY
LAW**

13              By:   */s/ Jennifer Alewelt*
               Jennifer Alewelt (Bar No. 027366)
               Asim Varma (Bar No. 027927)
               Sarah Kader (Bar No. 027147)
               5025 East Washington Street, Suite 202
               Phoenix, Arizona 85034
               Telephone:  (602) 274-6287
               Email:    jalewelt@azdisabilitylaw.org
                        avarma@azdisabilitylaw.org
                        skader@azdisabilitylaw.org

18               *Attorneys for Arizona Center for Disability
Law*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

   */s/ Marie van Olffen*

78204-0001/LEGAL26384193.1