1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**ORDER REGARDING PLAINTIFFS' MOTION FOR PERMISSION TO FILE RESPONSE TO DEFENDANTS' REPLY IN SUPPORT OF MOTION TO RELEASE CONFIDENTIAL RECORDS** |

Having received and considered Plaintiffs' Motion for Permission to File Response to Defendants' Reply in Support of Motion to Release Confidential Records, and for good cause appearing,

IT IS HEREBY ORDERED granting Plaintiffs leave to file a statement, not to exceed two pages, in response to Defendants' Reply in Support of Motion to Release Confidential Records.