IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV12-0601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has considered Defendants' Motion for Discovery and it will be denied (Doc. 397). The sought records are from over twenty years ago and the Court finds that the probative value of those records has been strongly diluted by time and does not sufficiently bear on whether Defendants' provision of health care today is constitutionally adequate. The Court, in its discretion, will not assess attorneys' fees against Defendants.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Discovery (Doc. 397) is **denied**.

Dated this 18th day of April, 2013.

_____
Neil V. Wake
United States District Judge