IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., <br> Plaintiffs, <br> vs. <br> Charles L. Ryan, et al., <br> Defendants. | No. CV12-0601-PHX-NVW <br><br> **ORDER** |

The Court has reviewed Plaintiff's supplemental briefing (Doc. 413) concerning the parties seventh discovery dispute (Doc. 403).

Defendants must file a response by Friday, April 19, 2013 addressing whether they still object to Plaintiffs' electronic mail discovery requests as refined in their supplement (Doc. 413 at 2-3) and, if so, articulate the basis of their objections.

**IT IS THEREFORE ORDERED** that Defendants are directed to respond to this Order by April 19, 2013 as directed herein.

Dated this 18th day of April, 2013.

_____
Neil V. Wake
United States District Judge