UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV-12-00601-PHX-NVW (MEA)<br><br>**ORDER REGARDING PLAINTIFFS' MOTION FOR PERMISSION TO FILE RESPONSE TO DEFENDANTS' REPLY IN SUPPORT OF MOTION TO RELEASE CONFIDENTIAL RECORDS** |

Having received and considered Plaintiffs' Motion for Permission to File Response to Defendants' Reply in Support of Motion to Release Confidential Records (Doc. 417),

IT IS HEREBY ORDERED denying as moot Plaintiffs leave to file a statement in response to Defendants' Reply in Support of Motion to Release Confidential Records.

Dated this 19th day of April, 2013.

_____
Neil V. Wake
United States District Judge