# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>　　　　　　　　　　　　　　Defendants. | NO. 12-CV-00601-NVW<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SEAL RE: REPLY IN SUPPORT OF THEIR MOTION TO RELEASE CONFIDENTIAL RECORDS AND FOR SEALING OF CONFIDENTIAL RECORDS** |

The Court, having reviewed Defendants' Motion to Seal Reply in Support of Their Motion to Release Confidential Records and for Sealing of Confidential Records (Doc. 410), and good cause appearing,

IT IS ORDERED that Defendants' Motion to Seal Re: Reply in Support of Their Motion to Release Confidential Records and for Sealing of Confidential Records is GRANTED.

IT IS FURTHER ORDERED directing the Clerk's Office to file the following documents lodged with Defendants' Motion to Seal under seal: Defendants' unredacted Reply in Support of Their Motion to Release Confidential Records and for Sealing of Confidential Records, the unredacted versions of Exhibits 1 through 5.

Dated this 19th day of April, 2013.

_____
Neil V. Wake
United States District Judge