**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan and Richard Pratt, in their official capacities,<br><br>Defendants. | NO. CV12-0601-PHX-NVW (MEA)<br><br>**ORDER** |

This matter having come before the Court on Motion to Extend Defendants' Time to File Response to April 18, 2013 Court Order, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants' Motion to Extend is hereby granted.