| | |
|---|---|
| Daniel Pochoda (Bar No. 021979)<br>Kelly J. Flood (Bar No. 019772)<br>James Duff Lyall (Bar No. 330045)*<br>**ACLU FOUNDATION OF ARIZONA**<br>3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013<br>Telephone: (602) 650-1854<br>Email: dpochoda@acluaz.org<br>         kflood@acluaz.org<br>         jlyall@acluaz.org<br>*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)<br><br>*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*<br><br>**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]** | |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>    Plaintiffs,<br><br>    v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>    Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**AMENDED NOTICE OF DEPOSITION OF KAREN CHU** |

LEGAL26346900.2

1    NOTICE IS HEREBY GIVEN that, pursuant to Fed. Rs. Civ. P. 26 and 30, the
2 deposition will be taken upon examination of the person whose name is stated below at
3 the time and place stated below before an officer authorized to administer oaths.  The
4 deposition will be recorded stenographically.

| | |
|---|---|
| **PERSON TO BE EXAMINED:** | Karen Chu<br>ADOC Health Services Division Quality/<br>Clinical Dental Program Monitor (Dental Program Manager)<br>c/o Struck Wieneke, & Love, P.L.C. |
| **DATE AND TIME OF THE DEPOSITION:** | May 15, 2013 at 9:00 a.m. |
| **PLACE OF THE DEPOSITION:** | Perkins Coie LLP<br>2901 N. Central Avenue<br>Suite 2000<br>Phoenix, Arizona 85012 |

Dated:  April 23, 2013            **PERKINS COIE LLP**

By:   s/ Amelia M. Gerlicher
     Daniel C. Barr (Bar No. 010149)
     Amelia M. Gerlicher (Bar No. 023966)
     Kirstin T. Eidenbach (Bar No. 027341)
     John H. Gray (Bar No. 028107)
     Matthew B. du Mée (Bar No. 028468)
     2901 N. Central Avenue, Suite 2000
     Phoenix, Arizona 85012
     Telephone:  (602) 351-8000
     Email:   dbarr@perkinscoie.com
              agerlicher@perkinscoie.com
              keidenbach@perkinscoie.com
              jhgray@perkinscoie.com
              mdumee@perkinscoie.com

     Daniel Pochoda (Bar No. 021979)
     Kelly J. Flood (Bar No. 019772)
     James Duff Lyall (Bar No. 330045)*
     **ACLU FOUNDATION OF ARIZONA**
     3707 North 7th Street, Suite 235
     Phoenix, Arizona 85013
     Telephone:  (602) 650-1854
     Email:   dpochoda@acluaz.org
              kflood@acluaz.org
              jlyall@acluaz.org

     *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

LEGAL26346900.2

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         dkiernan@jonesday.com
         scalderon@jonesday.com
         srauh@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | R. Scott Medsker (D.C. 976405)* |
| | **JONES DAY** |
| 2 | 51 Louisiana Avenue, NW |
| | Washington, D.C. 20001-2113 |
| 3 | Telephone: (202) 879-3837 |
| | Email: rsmedsker@jonesday.com |
| 4 | |
| | *Admitted *pro hac vice* |
| 5 | |
| | John Laurens Wilkes (Tex. 24053548)* |
| 6 | **JONES DAY** |
| | 717 Texas Street |
| 7 | Houston, Texas 77002 |
| | Telephone: (832) 239-3939 |
| 8 | Email: jlwilkes@jonesday.com |
| 9 | *Admitted *pro hac vice* |
| 10 | Kamilla Mamedova (N.Y. 4661104)* |
| | Jennifer K. Messina (N.Y. 4912440)* |
| 11 | **JONES DAY** |
| | 222 East 41 Street |
| 12 | New York, New York 10017 |
| | Telephone: (212) 326-3498 |
| 13 | Email: kmamedova@jonesday.com |
| | jkmessina@jonesday.com |
| 14 | |
| | *Admitted *pro hac vice* |
| 15 | |
| | *Attorneys for Plaintiffs Shawn Jensen;* |
| 16 | *Stephen Swartz; Dustin Brislan; Sonia* |
| | *Rodriguez; Christina Verduzco; Jackie* |
| 17 | *Thomas; Jeremy Smith; Robert Gamez;* |
| | *Maryanne Chisholm; Desiree Licci; Joseph* |
| 18 | *Hefner; Joshua Polson; and Charlotte* |
| | *Wells, on behalf of themselves and all others* |
| 19 | *similarly situated* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

    s/ Delana Freouf

LEGAL26346900.2        -4-