IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has before it the parties' Seventh Joint Notice of Discovery Dispute (Doc. 403) and Defendant's response (Doc. 425).

IT IS ORDERED setting Oral Argument on the Seventh Joint Notice of Discovery Dispute on **April 26, 2013 at 2:00 p.m.** before the Hon. Neil V. Wake, Courtroom 504, 401 W. Washington, Phoenix, Arizona.

Dated this 23rd day of April, 2013.

_____
Neil V. Wake
United States District Judge