Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: dpochoda@acluaz.org
   kflood@acluaz.org
   jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)** |

78204-0001/LEGAL26500644.1

1 | Plaintiffs respectfully move the Court for an order extending the due date for Plaintiffs' reply in support of their motion to modify the protective order (Doc. 399) by two business days, from April 26 to April 30, 2013. This extension is necessary in light of the Court's order of April 23 scheduling oral argument on the Seventh Joint Notice of Discovery Dispute on April 26 (Doc. 427). Neither Defendants nor Plaintiff Arizona Center for Disability Law oppose this motion.

Dated: April 24, 2013

**ACLU NATIONAL PRISON PROJECT**

By:   s/ David C. Fathi
    David C. Fathi (Wash. 24893)*
    Amy Fettig (D.C. 484883)**
    Ajmel Quereshi (Md. 28882)*
    915 15th Street N.W., 7th Floor
    Washington, D.C. 20005
    Telephone: (202) 548-6603
    Email:   dfathi@npp-aclu.org
               afettig@npp-aclu.org
               aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         keidenbach@perkinscoie.com
         jhgray@perkinscoie.com
         mdumee@perkinscoie.com

78204-0001/LEGAL26500644.1

1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF**
3  **ARIZONA**
   3707 North 7th Street, Suite 235
4  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
5  Email:   dpochoda@acluaz.org
            kflood@acluaz.org
6           jlyall@acluaz.org

7  *Admitted pursuant to Ariz. Sup. Ct.
   R. 38(f)
8
   Donald Specter (Cal. 83925)*
9  Alison Hardy (Cal. 135966)*
   Sara Norman (Cal. 189536)*
10 Corene Kendrick (Cal. 226642)*
   **PRISON LAW OFFICE**
11 1917 Fifth Street
   Berkeley, California 94710
12 Telephone: (510) 280-2621
   Email:   dspecter@prisonlaw.com
13          ahardy@prisonlaw.com
            snorman@prisonlaw.com
14          ckendrick@prisonlaw.com

15 *Admitted *pro hac vice*

16 Caroline Mitchell (Cal. 143124)*
   David C. Kiernan (Cal. 215335)*
17 Sophia Calderón (Cal. 278315)*
   Sarah Rauh (Cal. 283742)*
18 **JONES DAY**
   555 California Street, 26th Floor
19 San Francisco, California 94104
   Telephone: (415) 875-5712
20 Email:   cnmitchell@jonesday.com
            dkiernan@jonesday.com
21          scalderon@jonesday.com
            srauh@jonesday.com
22
   *Admitted *pro hac vice*
23
   R. Scott Medsker (D.C. 976405)*
24 **JONES DAY**
   51 Louisiana Avenue, NW
25 Washington, D.C. 20001-2113
   Telephone: (202) 879-3837
26 Email:   rsmedsker@jonesday.com

27 *Admitted *pro hac vice*

28

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| | **JONES DAY** |
| 2 | 717 Texas Street |
| | Houston, Texas 77002 |
| 3 | Telephone:  (832) 239-3939 |
| | Email:    jlwilkes@jonesday.com |
| 4 | |
| | *Admitted *pro hac vice* |
| 5 | |
| | Kamilla Mamedova (N.Y. 4661104)* |
| 6 | Jennifer K. Messina (N.Y. 4912440)* |
| | **JONES DAY** |
| 7 | 222 East 41 Street |
| | New York, New York 10017 |
| 8 | Telephone: (212) 326-3498 |
| | Email:    kmamedova@jonesday.com |
| 9 | jkmessina@jonesday.com |
| 10 | *Admitted *pro hac vice* |
| 11 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
**A**RIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

           s/ Delana Freouf

78204-0001/LEGAL26500644.1            -4-