1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

        This matter having come before the Court on Plaintiffs' Unopposed Motion for

Extension of Time, and good cause appearing therefor,

        **IT IS ORDERED** that Plaintiffs' Unopposed Motion for Extension of Time to

Reply is granted.