IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>Charles Ryan, et al.,<br><br>                    Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time (First Request) (Doc. 429).

IT IS ORDERED granting Plaintiffs' Motion.

IT IS FURTHER ORDERED that Plaintiffs shall have until and including April 30, 2013 to file a reply to the Motion to Modify the Protective Order (Doc. 399).

Dated this 24th day of April, 2013.

Neil V. Wake
United States District Judge