Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**NOTICE OF INTENT TO SERVE AMENDED SUBPOENAS** |

78204-0001/LEGAL26142237.1

1. TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2. PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs intend to serve amended third-party deposition subpoenas on Wexford Health Services, Inc. and Daniel Conn. The subpoenas are attached as Exhibits A and B to this Notice.

Dated: April 29, 2013

**PERKINS COIE LLP**

By: ___s/ Amelia M. Gerlicher___
    Daniel C. Barr (Bar No. 010149)
    Amelia M. Gerlicher (Bar No. 023966)
    Kirstin T. Eidenbach (Bar No. 027341)
    John H. Gray (Bar No. 028107)
    Matthew B. du Mée (Bar No. 028468)
    2901 N. Central Avenue, Suite 2000
    Phoenix, Arizona 85012
    Telephone: (602) 351-8000
    Email: dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           keidenbach@perkinscoie.com
           jhgray@perkinscoie.com
           mdumee@perkinscoie.com

    Daniel Pochoda (Bar No. 021979)
    Kelly J. Flood (Bar No. 019772)
    James Duff Lyall (Bar No. 330045)*
    **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
    Telephone: (602) 650-1854
    Email: dpochoda@acluaz.org
           kflood@acluaz.org
           jlyall@acluaz.org

    *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

78204-0001/LEGAL26142237.1

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:  dspecter@prisonlaw.com
        ahardy@prisonlaw.com
        snorman@prisonlaw.com
        ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:  dfathi@npp-aclu.org
        afettig@npp-aclu.org
        aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:  cnmitchell@jonesday.com
        dkiernan@jonesday.com
        scalderon@jonesday.com
        srauh@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | R. Scott Medsker (D.C. 976405)* |
| 2 | **JONES DAY**<br>51 Louisiana Avenue, NW |
| 3 | Washington, D.C. 20001-2113<br>Telephone: (202) 879-3837 |
| 4 | Email:   rsmedsker@jonesday.com |
| 5 | *Admitted *pro hac vice* |
| 6 | John Laurens Wilkes (Tex. 24053548)*<br>**JONES DAY** |
| 7 | 717 Texas Street<br>Houston, Texas 77002 |
| 8 | Telephone: (832) 239-3939<br>Email:   jlwilkes@jonesday.com |
| 9 | *Admitted *pro hac vice* |
| 10 | Kamilla Mamedova (N.Y. 4661104)*<br>Jennifer K. Messina (N.Y. 4912440)* |
| 11 | **JONES DAY**<br>222 East 41 Street |
| 12 | New York, New York 10017<br>Telephone: (212) 326-3498 |
| 13 | Email:   kmamedova@jonesday.com<br>              jkmessina@jonesday.com |
| 14 | |
| 15 | *Admitted *pro hac vice* |
| 16 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia* |
| 17 | *Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez;* |
| 18 | *Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte* |
| 19 | *Wells, on behalf of themselves and all others similarly situated* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

s/ Delana Freouf