1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
   *Dustin Brislan, Sonia Rodriguez, Christina Verduzco,*
8  *Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne*
   *Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson,*
9  *and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*

10 **[ADDITIONAL COUNSEL LISTED ON**
    **SIGNATURE PAGE]**

11
   Jennifer Alewelt (Bar No. 027366)
12 Asim Varma (Bar No. 027927)
   Sarah Kader (Bar No. 027147)
13 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
14 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
15 Email: jalewelt@azdisabilitylaw.org
           avarma@azdisabilitylaw.org
16         skader@azdisabilitylaw.org

   *Attorneys for Plaintiff Arizona Center for Disability Law*
17

18             UNITED STATES DISTRICT COURT

19                 DISTRICT OF ARIZONA

20 Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-NVW
   Dustin Brislan; Sonia Rodriguez; Christina            (MEA)
21 Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph
22 Hefner; Joshua Polson; and Charlotte Wells, on     **AMENDED NOTICE OF**
   behalf of themselves and all others similarly      **DEPOSITION OF DANIEL L.**
23 situated; and Arizona Center for Disability Law,   **CONN**

                        Plaintiffs,
24
                v.
25
   Charles Ryan, Director, Arizona Department of
26 Corrections; and Richard Pratt, Interim Division
   Director, Division of Health Services, Arizona
27 Department of Corrections, in their official
   capacities,
28
                        Defendants.

1    **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2           PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30,

3    Plaintiffs will take the deposition of Daniel L. Conn, Executive Vice President & Chief

4    Operating Officer of Wexford Health Sources, Inc., 425 Holiday Drive, Foster Plaza Two,

5    Pittsburgh, Pennsylvania 15220 at 9:00 a.m. EDT on May 20, 2013, at the law offices of

6    Jones Day, 500 Grant Street, Suite 4500, Pittsburgh, Pennsylvania 15219-2414.  Plaintiffs

7    intend to record the testimony stenographically using instantaneous (or "real time")

8    transcription, which provides visual display of the testimony.

9    Dated:  April 29, 2013                     **JONES DAY**

10

11                                        By:    s/ Caroline Mitchell
                                              Caroline Mitchell (Cal. 143124)*
12                                            David C. Kiernan (Cal. 215335)*
                                              Sophia Calderón (Cal. 278315)*
13                                            Sarah Rauh (Cal. 283742)*
                                              555 California Street, 26th Floor
14                                            San Francisco, California 94104
                                              Telephone:  (415) 875-5712
15                                            Email:    cnmitchell@jonesday.com
                                                          dkiernan@jonesday.com
16                                                        scalderon@jonesday.com
                                                          srauh@jonesday.com

17                                            *Admitted *pro hac vice*

18                                            Daniel Pochoda (Bar No. 021979)
                                              Kelly J. Flood (Bar No. 019772)
19                                            James Duff Lyall (Bar No. 330045)*
                                              **ACLU FOUNDATION OF**
20                                            **ARIZONA**
                                              3707 North 7th Street, Suite 235
21                                            Phoenix, Arizona 85013
                                              Telephone:  (602) 650-1854
22                                            Email:    dpochoda@acluaz.org
                                                          kflood@acluaz.org
23                                                        jlyall@acluaz.org

24                                            *Admitted pursuant to Ariz. Sup. Ct.
                                              R. 38(f)
25

26

27

28

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          keidenbach@perkinscoie.com
          jhgray@perkinscoie.com
          mdumee@perkinscoie.com

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org
          aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

1    R. Scott Medsker (D.C. 976405)*
     **JONES DAY**
2    51 Louisiana Avenue, NW
     Washington, D.C. 20001-2113
3    Telephone:  (202) 879-3837
     Email:    rsmedsker@jonesday.com
4
     *Admitted *pro hac vice*
5
     John Laurens Wilkes (Tex. 24053548)*
6    **JONES DAY**
     717 Texas Street
7    Houston, Texas 77002
     Telephone:  (832) 239-3939
8    Email:    jlwilkes@jonesday.com

9    *Admitted *pro hac vice*

10   Kamilla Mamedova (N.Y. 4661104)*
     Jennifer K. Messina (N.Y. 4912440)*
11   **JONES DAY**
     222 East 41 Street
12   New York, New York 10017
     Telephone:  (212) 326-3498
13   Email:    kmamedova@jonesday.com
                jkmessina@jonesday.com
14
     *Admitted *pro hac vice*
15
     *Attorneys for Plaintiffs Shawn Jensen;*
16   *Stephen Swartz; Dustin Brislan; Sonia*
     *Rodriguez; Christina Verduzco; Jackie*
17   *Thomas; Jeremy Smith; Robert Gamez;*
     *Maryanne Chisholm; Desiree Licci; Joseph*
18   *Hefner; Joshua Polson; and Charlotte*
     *Wells, on behalf of themselves and all others*
19   *similarly situated*

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Jennifer Alewelt
      Jennifer Alewelt (Bar No. 027366)
      Asim Varma (Bar No. 027927)
      Sarah Kader (Bar No. 027147)
      5025 East Washington Street, Suite 202
      Phoenix, Arizona 85034
      Telephone:  (602) 274-6287
      Email:    jalewelt@azdisabilitylaw.org
                 avarma@azdisabilitylaw.org
                 skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

s/ Delana Freouf