Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
         kflood@acluaz.org
         jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
         avarma@azdisabilitylaw.org
         skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | No. CV 12-00601-PHX-NVW (MEA) **AMENDED NOTICE OF 30(b)(6) DEPOSITION OF WEXFORD HEALTH SOURCES, INC.** |

78204-0001/LEGAL26093728.2

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiffs will take the deposition of Wexford Health Sources, Inc., 425 Holiday Drive, Foster Plaza Two, Pittsburgh, Pennsylvania 15220 ("Wexford") at 9:00 a.m. EDT on May 21, 2013, at the law offices of Jones Day, 500 Grant Street, Suite 4500, Pittsburgh, Pennsylvania 15219-2414.  Plaintiffs intend to record the testimony stenographically using instantaneous (or "real time") transcription, which provides visual display of the testimony.  Plaintiffs have directed Wexford to produce one or more witnesses pursuant to Rule 30(b)(6) on the following topics listed in the attached Exhibit 1.

Dated:  April 29, 2013

**JONES DAY**

By:   s/ Caroline Mitchell
Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          dkiernan@jonesday.com
          scalderon@jonesday.com
          srauh@jonesday.com

*Admitted *pro hac vice*

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    dpochoda@acluaz.org
          kflood@acluaz.org
          jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

78204-0001/LEGAL26093728.2

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         keidenbach@perkinscoie.com
         jhgray@perkinscoie.com
         mdumee@perkinscoie.com

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

| | |
|---|---|
| 1 | R. Scott Medsker (D.C. 976405)* |
| 2 | **JONES DAY**<br>51 Louisiana Avenue, NW<br>Washington, D.C. 20001-2113 |
| 3 | Telephone: (202) 879-3837<br>Email:  rsmedsker@jonesday.com |
| 4 | |
| 5 | *Admitted *pro hac vice* |
| 6 | John Laurens Wilkes (Tex. 24053548)*<br>**JONES DAY** |
| 7 | 717 Texas Street<br>Houston, Texas 77002 |
| 8 | Telephone: (832) 239-3939<br>Email:  jlwilkes@jonesday.com |
| 9 | *Admitted *pro hac vice* |
| 10 | Kamilla Mamedova (N.Y. 4661104)* |
| 11 | Jennifer K. Messina (N.Y. 4912440)*<br>**JONES DAY** |
| 12 | 222 East 41 Street<br>New York, New York 10017 |
| 13 | Telephone: (212) 326-3498<br>Email:  kmamedova@jonesday.com |
| 14 | jkmessina@jonesday.com |
| 15 | *Admitted *pro hac vice* |
| 16 | *Attorneys for Plaintiffs Shawn Jensen;*<br>*Stephen Swartz; Dustin Brislan; Sonia* |
| 17 | *Rodriguez; Christina Verduzco; Jackie*<br>*Thomas; Jeremy Smith; Robert Gamez;* |
| 18 | *Maryanne Chisholm; Desiree Licci; Joseph*<br>*Hefner; Joshua Polson; and Charlotte* |
| 19 | *Wells, on behalf of themselves and all others*<br>*similarly situated* |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Jennifer Alewelt
  Jennifer Alewelt (Bar No. 027366)
  Asim Varma (Bar No. 027927)
  Sarah Kader (Bar No. 027147)
  5025 East Washington Street, Suite 202
  Phoenix, Arizona 85034
  Telephone: (602) 274-6287
  Email: jalewelt@azdisabilitylaw.org
     avarma@azdisabilitylaw.org
     skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

                                        s/ Delana Freouf

**EXHIBIT 1**

**DEFINITIONS**

1. "ADC" means the Arizona Department of Corrections, including all its subdivisions, agents, employees, contractors, and attorneys.

2. "COMMUNICATIONS" means any transmittal of information from one person or entity to another by any means, including letters, correspondence, notes, memoranda, records, reports, papers, facsimiles, electronic mail (whether to, from, copied or blind copied), electronic mail generated from a hand held personal device including a Blackberry or iPhone, instant messaging, electronic mail generated from business or personal email accounts, internet relay chat, news group, group or collaboration servers, electronic bulletin boards, electronic discussion boards, dictation tapes, video recordings, audio recordings, digital recordings, memoranda, telegrams, telecopies and telexes, teleconference, collaboration servers (including share point servers), web-based or software virtual meetings including Web-X and any other meeting software and share point servers, and oral contact such as face-to-face discussions or meetings, telephone conversations, and voice mail messages.

3. "CORIZON" means the health care provider company that contracted to take over HEALTH CARE for PRISONERS in the ADC beginning March 4, 2013.

4. "HEALTH CARE" means the provision of care, including adequate diet, to address the mental health, medical, or dental needs of a PRISONER, whether those needs arise as a result of injury, illness, disease, or other trauma, or care provided for diagnostic or preventive purposes.

5. "PRISONER" means a person incarcerated by the ADC.

6. "WEXFORD" means Wexford Health Sources, Inc. and its agents, representatives, contractors, and employees.

**TOPICS**

1. All concerns WEXFORD had regarding performance of the contract with ADC to provide HEALTH CARE for PRISONERS.

2. All barriers, obstacles, or difficulties encountered by WEXFORD in providing HEALTH CARE to PRISONERS.

3. The termination or potential termination of the agreement between WEXFORD and the ADC to provide HEALTH CARE for PRISONERS.

4. The cost of complying with the contract between WEXFORD and the ADC.

5. Any Confidentiality agreements, actual or contemplated, between WEXFORD and the ADC.

6. The transition from WEXFORD to CORIZON, including the planning for the transition.

7. The death of ADC PRISONERS.

8. The exposure of ADC PRISONERS to Hepatitis C.

9. Pertussis at the ADC.

10. COMMUNICATIONS with the ADC regarding *Parsons v. Ryan*.