Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

78204-0001/LEGAL26547850.1

1  PLEASE TAKE NOTICE that on April 29, 2013, Prison Law Office, acting in its
2  capacity as Co-Counsel for Plaintiffs, served Plaintiff Christina Verduzco's First Set of
3  Requests for Admission (Nos. 1-285) and First Set of Interrogatories (Nos. 1-2) to
4  Defendant Charles Ryan on counsel for Defendants in this matter.

Dated:  April 29, 2013  **PRISON LAW OFFICE**

By:  s/ Corene Kendrick
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:  dspecter@prisonlaw.com
        ahardy@prisonlaw.com
        snorman@prisonlaw.com
        ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
        agerlicher@perkinscoie.com
        keidenbach@perkinscoie.com
        jhgray@perkinscoie.com
        mdumee@perkinscoie.com

78204-0001/LEGAL26547850.1

| | |
|---|---|
| 1 | Daniel Pochoda (Bar No. 021979) |
| 2 | Kelly J. Flood (Bar No. 019772)<br>James Duff Lyall (Bar No. 330045)* |
| 3 | **ACLU FOUNDATION OF ARIZONA** |
| 4 | 3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013 |
| 5 | Telephone: (602) 650-1854<br>Email: dpochoda@acluaz.org |
| 6 | kflood@acluaz.org<br>jlyall@acluaz.org |
| 7 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |
| 8 | |
| 9 | David C. Fathi (Wash. 24893)*<br>Amy Fettig (D.C. 484883)** |
| 10 | Ajmel Quereshi (Md. 28882)*<br>**ACLU NATIONAL PRISON PROJECT** |
| 11 | 915 15th Street N.W., 7th Floor<br>Washington, D.C. 20005 |
| 12 | Telephone: (202) 548-6603<br>Email: dfathi@npp-aclu.org |
| 13 | afettig@npp-aclu.org<br>aquereshi@npp-aclu.org |
| 14 | |
| 15 | *Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts. |
| 16 | **Admitted *pro hac vice* |
| 17 | Caroline Mitchell (Cal. 143124)*<br>David C. Kiernan (Cal. 215335)* |
| 18 | Sophia Calderón (Cal. 278315)*<br>Sarah Rauh (Cal. 283742)* |
| 19 | **JONES DAY**<br>555 California Street, 26th Floor |
| 20 | San Francisco, California 94104<br>Telephone: (415) 875-5712 |
| 21 | Email: cnmitchell@jonesday.com<br>dkiernan@jonesday.com |
| 22 | scalderon@jonesday.com<br>srauh@jonesday.com |
| 23 | |
| 24 | *Admitted *pro hac vice* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | R. Scott Medsker (D.C. 976405)* |
| 2 | **JONES DAY**<br>51 Louisiana Avenue, NW<br>Washington, D.C. 20001-2113 |
| 3 | Telephone: (202) 879-3837<br>Email: rsmedsker@jonesday.com |
| 4 | |
| 5 | *Admitted *pro hac vice* |
| 6 | John Laurens Wilkes (Tex. 24053548)*<br>**JONES DAY** |
| 7 | 717 Texas Street<br>Houston, Texas 77002 |
| 8 | Telephone: (832) 239-3939<br>Email: jlwilkes@jonesday.com |
| 9 | *Admitted *pro hac vice* |
| 10 | Kamilla Mamedova (N.Y. 4661104)*<br>Jennifer K. Messina (N.Y. 4912440)* |
| 11 | **JONES DAY**<br>222 East 41 Street |
| 12 | New York, New York 10017<br>Telephone: (212) 326-3498 |
| 13 | Email: kmamedova@jonesday.com<br>jkmessina@jonesday.com |
| 14 | |
| 15 | *Admitted *pro hac vice* |
| 16 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia* |
| 17 | *Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez;* |
| 18 | *Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte* |
| 19 | *Wells, on behalf of themselves and all others similarly situated* |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
**A**RIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

    s/ Delana Freouf