IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

Inmate Oldrich Fejfar has filed a Motion (Doc. 428) for copies of court documents without cost. Mr. Fejfar is not a party to this action and cannot file documents in the case. He should communicate with the attorneys for the Plaintiffs about class proceedings. Moreover, there is no right to free copies of court documents. Nor has he shown any justification for free copies.

IT IS THEREFORE ORDERED that Inmate Oldrich Fejfar's motion (Doc. 428) for copies of court documents without cost is denied.

Dated this 30th day of April, 2013.

_____
Neil V. Wake
United States District Judge