1   Daniel Pochoda (Bar No. 021979)
    Kelly J. Flood (Bar No. 019772)
2   James Duff Lyall (Bar No. 330045)*
    **ACLU FOUNDATION OF ARIZONA**
3   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
4   Telephone: (602) 650-1854
    Email: dpochoda@acluaz.org
5        kflood@acluaz.org
         jlyall@acluaz.org
6   *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7   *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
    *Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
8   *Christina Verduzco, Jackie Thomas, Jeremy Smith,*
    *Robert Gamez, Maryanne Chisholm, Desiree Licci,*
9   *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
    *behalf of themselves and all others similarly situated*
10
    **[ADDITIONAL COUNSEL LISTED ON**
11   **SIGNATURE PAGE]**

12
                    UNITED STATES DISTRICT COURT
13
                         DISTRICT OF ARIZONA
14

15  Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriguez; Christina             (MEA)
16  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
17  Hefner; Joshua Polson; and Charlotte Wells, on       **CERTIFICATE OF SERVICE**
    behalf of themselves and all others similarly        **OF PLAINTIFF MARYANNE**
18  situated; and Arizona Center for Disability Law,     **CHISHOLM'S SIXTH**
                                                          **SUPPLEMENTAL**
19                  Plaintiffs,                           **RESPONSE TO DEFENDANT**
                                                          **CHARLES RYAN'S FIRST**
20         v.                                             **REQUEST FOR**
                                                          **PRODUCTION OF**
21  Charles Ryan, Director, Arizona Department of        **DOCUMENTS AND THINGS**
    Corrections; and Richard Pratt, Interim Division
22  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
23  capacities,

24                  Defendants.

25

26

27

28

SFI-824367v1

1    PLEASE TAKE NOTICE that on May 2, 2013, Jones Day, acting in its capacity as

2  Co-Counsel for Prisoner Plaintiffs, served by email the following discovery responses in

3  this matter:

4        1.    Plaintiff Maryanne Chisholm's Sixth Supplemental Response to Defendant

5  Charles Ryan's First Request for Production of Documents and Things.

6

7  Dated:  May 2, 2013                    **JONES DAY**

8

9                                     By:  s/ Sophia Calderón
                                          Caroline Mitchell (Cal. 143124)*
                                          David C. Kiernan (Cal. 215335)*
10                                        Sophia Calderón (Cal. 278315)*
                                          Sarah Rauh (Cal. 283742)*
11                                        555 California Street, 26th Floor
                                          San Francisco, California 94104
12                                        Telephone:  (415) 875-5712
                                          Email:    cnmitchell@jonesday.com
13                                                  dkiernan@jonesday.com
                                                    scalderon@jonesday.com
14                                                  srauh@jonesday.com

15                                        *Admitted *pro hac vice*

16                                        R. Scott Medsker (D.C. 976405)*
                                          **JONES DAY**
17                                        51 Louisiana Avenue, NW
                                          Washington, D.C. 20001-2113
18                                        Telephone:  (202) 879-3837
                                          Email:    rsmedsker@jonesday.com
19
                                          *Admitted *pro hac vice*
20
                                          John Laurens Wilkes (Tex. 24053548)*
21                                        **JONES DAY**
                                          717 Texas Street
22                                        Houston, Texas 77002
                                          Telephone:  (832) 239-3939
23                                        Email:    jlwilkes@jonesday.com

24                                        *Admitted *pro hac vice*

25

26

27

28

SFI-824367v1

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
           jkmessina@jonesday.com

*Admitted *pro hac vice*

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     dpochoda@acluaz.org
           kflood@acluaz.org
           jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           keidenbach@perkinscoie.com
           jhgray@perkinscoie.com
           mdumee@perkinscoie.com

*Attorneys for Plaintiffs Victor Parsons;*
*Shawn Jensen; Stephen Swartz; Dustin*
*Brislan; Sonia Rodriguez; Christina*
*Verduzco; Jackie Thomas; Jeremy Smith;*
*Robert Gamez; Maryanne Chisholm; Desiree*
*Licci; Joseph Hefner; Joshua Polson; and*
*Charlotte Wells, on behalf of themselves and*
*all others similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2013, I e-mailed a copy of the attached document to the following parties:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

Margaret Landsborough

-33-