| | |
|---|---|
| 1 | Daniel Pochoda (Bar No. 021979) |
| | Kelly J. Flood (Bar No. 019772) |
| 2 | James Duff Lyall (Bar No. 330045)* |
| | **ACLU FOUNDATION OF ARIZONA** |
| 3 | 3707 North 7th Street, Suite 235 |
| | Phoenix, Arizona 85013 |
| 4 | Telephone: (602) 650-1854 |
| | Email: dpochoda@acluaz.org |
| 5 | kflood@acluaz.org |
| | jlyall@acluaz.org |
| 6 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br><br>**NOTICE OF SERVICE** |

78204-0001/LEGAL26547850.1

1    PLEASE TAKE NOTICE that on May 6, 2013, Prison Law Office, acting in its
2 capacity as Co-Counsel for Plaintiffs, served Plaintiffs' Request to Enter Defendants'
3 Property for the Purpose of Expert Inspections [Amended] to Defendant Charles Ryan on
4 counsel for Defendants in this matter.

5 Dated: May 6, 2013                    **PRISON LAW OFFICE**

                                        By:   s/ Corene Kendrick
                                        Donald Specter (Cal. 83925)*
                                        Alison Hardy (Cal. 135966)*
                                        Sara Norman (Cal. 189536)*
                                        Corene Kendrick (Cal. 226642)*
                                        1917 Fifth Street
                                        Berkeley, California 94710
                                        Telephone:  (510) 280-2621
                                        Email:   dspecter@prisonlaw.com
                                                 ahardy@prisonlaw.com
                                                 snorman@prisonlaw.com
                                                 ckendrick@prisonlaw.com

                                        *Admitted *pro hac vice*

                                        Daniel C. Barr (Bar No. 010149)
                                        Amelia M. Gerlicher (Bar No. 023966)
                                        Kirstin T. Eidenbach (Bar No. 027341)
                                        John H. Gray (Bar No. 028107)
                                        Matthew B. du Mée (Bar No. 028468)
                                        **PERKINS COIE LLP**
                                        2901 N. Central Avenue, Suite 2000
                                        Phoenix, Arizona 85012
                                        Telephone:  (602) 351-8000
                                        Email:   dbarr@perkinscoie.com
                                                 agerlicher@perkinscoie.com
                                                 keidenbach@perkinscoie.com
                                                 jhgray@perkinscoie.com
                                                 mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaz.org
         kflood@acluaz.org
         jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         dkiernan@jonesday.com
         scalderon@jonesday.com
         srauh@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | R. Scott Medsker (D.C. 976405)* |
| 2 | **JONES DAY**<br>51 Louisiana Avenue, NW<br>Washington, D.C. 20001-2113 |
| 3 | Telephone: (202) 879-3837<br>Email:   rsmedsker@jonesday.com |
| 4 | |
| 5 | *Admitted *pro hac vice* |
| 6 | John Laurens Wilkes (Tex. 24053548)*<br>**JONES DAY** |
| 7 | 717 Texas Street<br>Houston, Texas 77002<br>Telephone: (832) 239-3939 |
| 8 | Email:   jlwilkes@jonesday.com |
| 9 | *Admitted *pro hac vice* |
| 10 | Kamilla Mamedova (N.Y. 4661104)*<br>Jennifer K. Messina (N.Y. 4912440)* |
| 11 | **JONES DAY**<br>222 East 41 Street |
| 12 | New York, New York 10017<br>Telephone: (212) 326-3498 |
| 13 | Email:   kmamedova@jonesday.com<br>         jkmessina@jonesday.com |
| 14 | |
| 15 | *Admitted *pro hac vice* |
| 16 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia* |
| 17 | *Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez;* |
| 18 | *Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte* |
| 19 | *Wells, on behalf of themselves and all others similarly situated* |


1  
2  R. Scott Medsker (D.C. 976405)*  
**JONES DAY**  
51 Louisiana Avenue, NW  
3  Washington, D.C. 20001-2113  
Telephone: (202) 879-3837  
4  Email:   rsmedsker@jonesday.com  

5  *Admitted *pro hac vice*

6  John Laurens Wilkes (Tex. 24053548)*  
**JONES DAY**  
7  717 Texas Street  
Houston, Texas 77002  
Telephone: (832) 239-3939  
8  Email:   jlwilkes@jonesday.com  

9  *Admitted *pro hac vice*

10  Kamilla Mamedova (N.Y. 4661104)*  
Jennifer K. Messina (N.Y. 4912440)*  
11  **JONES DAY**  
222 East 41 Street  
12  New York, New York 10017  
Telephone: (212) 326-3498  
13  Email:   kmamedova@jonesday.com  
         jkmessina@jonesday.com  

14  
15  *Admitted *pro hac vice*

16  *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
**A**RIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

　　　　　　　　　　　　　　s/ Delana Freouf

78204-0001/LEGAL26547850.1              -4-