Edward G. Hochuli, Bar #004566
Brandi C. Blair, Bar #025944
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7812
ehochuli@jshfirm.com
bblair@jshfirm.com

Attorneys for Non party Wexford Health Sources, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charolotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW-MEA<br><br>**NON PARTY WEXFORD HEALTH SOURCES, INC AND THE PARTIES' JOINT NOTICE TO THE COURT REGARDING PROTECTIVE ORDER** |

Non party Wexford Health Sources, Inc., together with the Parties, jointly agree that the existing protective order (Doc. 140), as it may hereafter be amended or modified, will apply to documents and testimony obtained from, or on behalf of, Wexford Health Sources, Inc. Additionally, the Parties agree that documents and testimony obtained from Wexford Health Sources shall not be used or shown, disseminated, copied, or in any way communicated, orally, in writing, or otherwise, by the parties, their counsel, or any of the representatives, agents, expert witnesses, or consultants, except for the

3195668.1

preparation and trial of this action and as otherwise limited by this Order.

DATED this 8th day of May, 2013.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Brandi C. Blair
Edward G. Hochuli
Brandi C. Blair
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Attorneys for Defendant Non party
Wexford Health Sources, Inc.

DATED this 8th day of May, 2013.

ACLU NATIONAL PRISON PROJECT


By /s/ David C. Fathi (with permission)
David C. Fathi
Amy Fettig
Ajmel Quereshi
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Attorneys for Plaintiffs Parsons, Jensen,
Swartz, Brislan, Rodriguez, Verduzco,
Thomas, Smith, Gamez, Chisholm, Lissi,
Hefner, Polson and Wells

DATED this 8th day of May, 2013.

ARIZONA CENTER FOR DISABILITY LAW


By /s/ Jennifer Alewelt (with permission)
Jennifer Alewelt
5025 East Washington Street, Suite 202
Phoenix, Arizona 85304
Attorneys for Plaintiff Arizona Center for
Disability Law

2

3195668.1

DATED this 8th day of _May, 2013.

STRUCK, WEINEKE, LOVE, P.L.C.

By /s/ Daniel P. Struck (with permission)
Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojonowksi
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Attorneys for Defendants

ORIGINAL electronically filed
this 8th day of May, 2013.

COPY mailed/e-mailed
this 8th day of May, 2013, to:

Daniel J. Pochoda
James Duff Lyall
ACLU FOUNDATION OF ARIZONA
3707 North 7th StreetSuite 235
Phoenix, Arizona 85013

Donald Specter
Alison Hardy
Sara Norman
Corene Kendrick
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710

David C. Fathi
Amy Fettig
ACLU NATIONAL PRISON PROJECT
915 15th Street N.W. 7th Floor
Washington, D.C. 20005

Daniel C. Barr
Jill L. Ripke
James A. Ahlers
Kirstin T. Eidenbach
John H. Gray
Thomas D. Ryerson
Matthew B. DuMee
PERKINS COIE
2901 North Central Avenue
Suite 2000

3

3195668.1

| | |
|---|---|
| 1 | Phoenix, Arizona 85012 |
| 2 | Caroline Mitchell |
| | Douglas Roberts |
| 3 | JONES DAY |
| | 555 California Street |
| 4 | 26th Floor |
| | San Francisco, CA 94104 |
| 5 | Plaintiffs Parsons, Jensen, Swartz, Brislan, |
| | Rodriguez, Verduzco, Thomas, Smith, Gamez, |
| 6 | Chisholm, Lissi, Hefner, Polson and Wells |
| 7 | Jennifer Alewelt |
| | Ruth Szanto |
| 8 | ARIZONA CENTER FOR DISABILITY LAW |
| | 5025 East Washington Street |
| 9 | Suite 202 |
| | Phoenix, Arizona 85034 |
| 10 | Attorneys for Plaintiff Arizona Center for Disability Law |
| 11 | |
| | Daniel P. Struck |
| 12 | Kathleen L. Wieneke |
| | Timothy J. Bojanowski |
| 13 | Nicholas D. Acedo |
| | Courtney R. Cloman |
| 14 | Ashlee B. Fletcher |
| | STRUCK WIENEKE, & LOVE, P.L.C. |
| 15 | 3100 West Ray Road, Suite 300 |
| | Chandler, Arizona 85226 |
| 16 | Attorneys for Defendants |
| 17 | /s/ Jennifer Bernardo |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

4

3195668.1