1 | Daniel Pochoda (Bar No. 021979)
2 | Kelly J. Flood (Bar No. 019772)
  | James Duff Lyall (Bar No. 330045)*
3 | **ACLU FOUNDATION OF ARIZONA**
  | 3707 North 7th Street, Suite 235
4 | Phoenix, Arizona 85013
  | Telephone: (602) 650-1854
5 | Email: dpochoda@acluaz.org
  |     kflood@acluaz.org
6 |     jlyall@acluaz.org
  | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)
7
  | *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
8 | *Dustin Brislan, Sonia Rodriguez, Christina Verduzco,*
  | *Jackie Thomas, Jeremy Smith, Robert Gamez,*
  | *Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
9 | *Joshua Polson, and Charlotte Wells, on behalf of*
  | *themselves and all others similarly situated*
10 | **[ADDITIONAL COUNSEL LISTED ON**
   | **SIGNATURE PAGE]**
11

12 | UNITED STATES DISTRICT COURT

13 | DISTRICT OF ARIZONA

14 | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-NVW
   | Dustin Brislan; Sonia Rodriguez; Christina | (MEA)
15 | Verduzco; Jackie Thomas; Jeremy Smith; Robert
   | Gamez; Maryanne Chisholm; Desiree Licci; Joseph
16 | Hefner; Joshua Polson; and Charlotte Wells, on | **NOTICE OF SERVICE**
   | behalf of themselves and all others similarly
17 | situated; and Arizona Center for Disability Law,

18 | Plaintiffs,

19 | v.

20 | Charles Ryan, Director, Arizona Department of
   | Corrections; and Richard Pratt, Interim Division
21 | Director, Division of Health Services, Arizona
   | Department of Corrections, in their official
22 | capacities,

23 | Defendants.

24

25

26

27

28

78204-0001/LEGAL26716736.1

PLEASE TAKE NOTICE that on May 14, 2013, ACLU National Prison Project, acting in its capacity as Co-Counsel for Plaintiffs, served Plaintiff Dustin Brislan's Responses to Defendant Richard Pratt's Second Set of Interrogatories to Defendant Dustin Brislan on counsel for Defendants in this matter.

Dated: May 14, 2013

**ACLU NATIONAL PRISON PROJECT**

By:  s/ David C. Fathi
David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org
           aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           keidenbach@perkinscoie.com
           jhgray@perkinscoie.com
           mdumee@perkinscoie.com

78204-0001/LEGAL26716736.1

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    dpochoda@acluaz.org
          kflood@acluaz.org
          jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          dkiernan@jonesday.com
          scalderon@jonesday.com
          srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:    rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
           jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 14, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

s/ Delana Freouf