Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**NOTICE OF COMPLIANCE WITH COURT'S ORDER [DOC. 449]** |

78204-0001/LEGAL26735719.1

1  In compliance with the Court's Order [Doc. 449], Plaintiffs and Defendants hereby provide notice that they have conferred and agreed upon the proposed form of the Protective Order attached here to as Exhibit A, which shows in redline the agreed upon changes. Counsel for Prisoner Plaintiffs will email the Court a clean version in Word format of Exhibit A for signature.

Dated this 15th day of May, 2013.

| | |
|---|---|
| **STRUCK WIENEKE & LOVE** | **JONES DAY** |
| By: s/ Daniel Struck<br>Daniel P. Struck (Bar No. 012377)<br>Kathleen L. Wieneke (Bar No. 011139)<br>Rachel Love (Bar No. 019881)<br>Timothy J. Bojanowski<br>   (Bar No. 022126)<br>Nicholas D. Acedo (Bar No. 021644)<br>Courtney R. Cloman (Bar No. 023155)<br>Ashlee B. Fletcher (Bar No. 028874)<br>Anne M. Orcutt (Bar No. 029387)<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226<br>Telephone: (480) 420-1600<br>Email: dstruck@swlfirm.com<br>     kwieneke@swlfirm.com<br>     rlove@swlfirm.com<br>     tbojanowski@swlfirm.com<br>     nacedo@swlfirm.com<br>     ccloman@swlfirm.com<br>     afletcher@swlfirm.com<br>     aorcutt@swlfirm.com | By: s/ Caroline Mitchell<br>Caroline Mitchell (Cal. 143124)*<br>David C. Kiernan (Cal. 215335)*<br>Sophia Calderón (Cal. 278315)*<br>Sarah Rauh (Cal. 283742)*<br>555 California Street, 26th Floor<br>San Francisco, California 94104<br>Telephone: (415) 875-5712<br>Email: cnmitchell@jonesday.com<br>     dkiernan@jonesday.com<br>     scalderon@jonesday.com<br>     srauh@jonesday.com<br><br>*Admitted *pro hac vice* |
| Thomas C. Horne Arizona Attorney General<br>**OFFICE OF THE ATTORNEY GENERAL**<br>Michael E. Gottfried, Bar No. 010623<br>Lucy M. Rand, Bar No. 026919<br>Ashley B. Zuerlein, Bar No. 029541<br>Katherine E. Watanabe, Bar No. 027458<br>Assistant Attorneys General<br>1275 W. Washington Street<br>Phoenix, Arizona 85007-2926<br>Telephone: (602) 542-7695<br>Fax: (602) 542-7670<br>Email: Michael.Gottfried@azag.gov<br>     Lucy.Rand@azag.gov<br>     Katherine.Watanabe@azag.gov<br>     Ashley.Zuerlein@azag.gov | Daniel C. Barr (Bar No. 010149)<br>Amelia M. Gerlicher (Bar No. 023966)<br>Kirstin T. Eidenbach (Bar No. 027341)<br>John H. Gray (Bar No. 028107)<br>Matthew B. du Mée (Bar No. 028468)<br>**PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>Telephone: (602) 351-8000<br>Email: dbarr@perkinscoie.com<br>     agerlicher@perkinscoie.com<br>     keidenbach@perkinscoie.com<br>     jhgray@perkinscoie.com<br>     mdumee@perkinscoie.com |

*Attorneys for Defendants*

78204-0001/LEGAL26735719.1

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
kflood@acluaz.org
jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
afettig@npp-aclu.org
aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

| | |
|---|---|
| 1 | R. Scott Medsker (D.C. 976405)* |
| 2 | **JONES DAY**<br>51 Louisiana Avenue, NW |
| 3 | Washington, D.C. 20001-2113<br>Telephone: (202) 879-3837 |
| 4 | Email: rsmedsker@jonesday.com |
| 5 | *Admitted *pro hac vice* |
| 6 | John Laurens Wilkes (Tex. 24053548)*<br>**JONES DAY** |
| 7 | 717 Texas Street<br>Houston, Texas 77002 |
| 8 | Telephone: (832) 239-3939<br>Email: jlwilkes@jonesday.com |
| 9 | *Admitted *pro hac vice* |
| 10 | Kamilla Mamedova (N.Y. 4661104)* |
| 11 | Jennifer K. Messina (N.Y. 4912440)*<br>**JONES DAY** |
| 12 | 222 East 41 Street<br>New York, New York 10017 |
| 13 | Telephone: (212) 326-3498<br>Email: kmamedova@jonesday.com |
| 14 | jkmessina@jonesday.com |
| 15 | *Admitted *pro hac vice* |
| 16 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia* |
| 17 | *Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez;* |
| 18 | *Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte* |
| 19 | *Wells, on behalf of themselves and all others similarly situated* |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 | |
| 3 | By: s/ Jennifer Alewelt |
| 4 | Jennifer Alewelt (Bar No. 027366)<br>Asim Varma (Bar No. 027927) |
| 5 | Sarah Kader (Bar No. 027147)<br>5025 E. Washington Street, Suite 202 |
| 6 | Phoenix, Arizona 85034<br>Telephone:  (602) 274-6287 |
| 7 | Email:    jalewelt@azdisabilitylaw.org<br>          avarma@azdisabilitylaw.org<br>          skader@azdisabilitylaw.org |
| 8 | |
| 9 | *Attorneys for Arizona Center for Disability Law* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

s/ S. Neilson