1 | Thomas C. Horne Arizona Attorney General
OFFICE OF THE ATTORNEY GENERAL
2 | Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
3 | Ashley B. Zuerlein, Bar No. 029541
Katherine E. Watanabe, Bar No. 027458
4 | Assistant Attorneys General
1275 W. Washington Street
5 | Phoenix, Arizona 85007-2926
Telephone: (602) 542-7695
6 | Fax: (602) 542-7670
Michael.Gottfried@azag.gov
7 | Lucy.Rand@azag.gov
Katherine.Watanabe@azag.gov
8 | Ashley.Zuerlein@azag.gov

9 | Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
10 | Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
11 | Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
12 | Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
13 | STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
14 | Chandler, Arizona  85226
Telephone:  (480) 420-1600
15 | Fax:  (480) 420-1696
dstruck@swlfirm.com
16 | kwieneke@swlfirm.com
rlove@swlfirm.com
17 | tbojanowski@swlfirm.com
nacedo@swlfirm.com
18 | ccloman@swlfirm.com
afletcher@swlfirm.com
19 | aorcutt@swlfirm.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Charles Ryan and Richard Pratt, in their official capacities,<br><br>                    Defendants. | NO. CV12-0601-PHX-NVW (MEA)<br><br>**DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY RESPONSES** |

#3383084

1    NOTICE IS HEREBY GIVEN that on May 17, 2013, the Defendants served the
2 discovery listed below via First-Class mail to Kirstin T. Eidenbach of Perkins Coie; John
3 L. Wilkes of Jones Day; and Jennifer Alewelt of the Arizona Center for Disability Law:
4    1.    Defendants' *Sixteenth* Supplemental Response to Parsons' First Request
5          for Production;
6    2.    Defendants' *Fourth* Supplemental Response to Polson's First Request for
7          Production;
8    3.    Defendants' *Seventh* Supplemental Response to Plaintiffs' 30(b)(6)
9          Deposition Duces Tecum [Dkt. 76];
10   4.    Defendants' *Seventh* Supplemental Disclosure Statement.
11   RESPECTFULLY SUBMITTED this 17th day of May, 2013.

    Thomas C. Horne
    ATTORNEY GENERAL

    s/ Lucy M. Rand
    Lucy M. Rand
    Michael E. Gottfried
    Ashley B. Zuerlein
    Katherine E. Watanabe
    Assistant Attorneys General

    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Courtney R. Cloman
    Ashlee B. Fletcher
    Anne Orcutt
    STRUCK WIENEKE & LOVE, P.L.C.
    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on May 17, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System. This document and the Notice of

#3383084                             2

Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

| | |
|---|---|
| Donald Specter: | dspecter@prisonlaw.com |
| Alison Hardy: | ahardy@prisonlaw.com |
| Sara Norman: | snorman@prisonlaw.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com |

**PRISON LAW OFFICE**

| | |
|---|---|
| Daniel Joseph Pochoda: | dpochoda@acluaz.org |
| Kelly Joyce Flood: | kflood@acluaz.org |
| James Duff Lyall: | jlyall@acluaz.org |

**ACLU**

| | |
|---|---|
| David Cyrus Fathi: | dfathi@npp-aclu.org |
| Amy Fettig: | afettig@npp-aclu.org |

**ACLU NATIONAL PRISON PROJECT**

| | |
|---|---|
| Daniel Clayton Barr: | DBarr@perkinscoie.com |
| Jill Louise Ripke: | jripke@perkinscoie.com |
| James Anthony Ahlers: | jahlers@perkinscoie.com |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com |
| Matthew Benjamin de Mée | mdumee@perkinscoie.com |
| Amelia Morrow Gerlicher: | agerlicher@perkinscoie.com |

**PERKINS COIE, LLP**

| | |
|---|---|
| Caroline N. Mitchell: | cnmitchell@jonesday.com |
| David C. Kiernan: | dkiernan@jonesday.com |
| Sophia Calderón: | scalderon@jonesday.com |
| Sarah Rauh: | srauh@jonesday.com |
| R. Scott Medsker: | rsmedsker@JonesDay.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com |
| Kamilla Mamedova: | kmamedova@jonesday.com |
| Jennifer K Messina: | jkmessina@jonesday.com |

**JONES DAY**

| | |
|---|---|
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org |
| Asim Varma: | avarma@azdisabilitylaw.org |
| Sarah Eve Kader: | skader@azdisabilitylaw.org |

**ACDL**

s/ Lucy M. Rand
Assistant Attorney General

#3383084

3