Oldrich Fejfar

Proceeding Pro Se

**FILED** — May 21 2013
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVR 7.1(a)(1)
(Rule Number/Section)

# United States District Court

## District of Arizona

CV-12-601-PHX-NVW

Motion to Waive Court Copying Fees

Oldrich Fejfar
Ex Parte

Re: Parsons
     v.
     Ryan
CV-12-601-PHX-NVW

Title Page

Oldrich Fejfar

Proceeding

Pro Se

In A Matter

Ex Parte

# United States District Court
## District of Arizona

Motion to Waive Court Copying Cost; Re Parsons v. Ryan; CV-12-601-PHX-NVW

Affadavit of Indigence
Inmate Account Printout

PAGE 1

Oldrich FEJFAR

Proceeding Pro Se

Ex Parte

## United States District Court
## District of Arizona

(1) Now comes this petitioner before the Court in this preliminary matter;

(2) I am an indigent inmate currently in the Arizona Department of Corrections;

(3) I am involved in researching, in anticipation of filing a civil action, authorized by 42 U.S.C. Section 1983 to redress the deprivation of rights

Page 2

secured by the Constitution of the United States;

(4) Further, that this Court has jurisdiction in this matter under 28 U.S.C. Section(s) <u>1331</u> and 1343(A)(3);

(5) And that as stipulated by the Federal Rules of Civil Procedure Rule 11(b), Number (2), the claims, defenses and other legal contentions are warranted by existing law or by a non-frivolous arguement, for extending, modifying, or reversing existing law or for the establishment of new law;

(6) The potentiality in the above captioned case to resonate with issues familar with my person

Page 3

but may, or may not be, in totality, inclusive;

(7) The American Civil Liberties Union, has intimated that the above captioned case has the possibility of becoming a "Class Action" suit;

(8) And my petition has the potential of streamlining, while avoiding redundancy in litigation management, as authorized by Federal Law: Title 28 Judiciary and Judicial Procedure; Chapter 23 – Civil Justice Expense and Delay Reduction Plans – Section(s) 475 and Section 479;

Therefore, this petitioner respectfully asks the Court for this Allowance.

Dated April 18, 2013

Respectfully submitted:

Oldrich FEJFAR
#242332
P.O. Box 4000
Florence, AZ 85132

## Verification

I have read the foregoing petition and hereby verify that the matters contained therein are true. I certify under penalty of perjury, that is true and correct. Executed at Florence, Arizona on April 18, 2013.

Oldrich Fejfar

```
ADC NO 242332     NAME: FEJFAR, OLDRICH         CUR LOC: A38 ASPC-E SMU EAST
A  RPT T APV DT REM DT
C  LOC  Y MMDDYY MMDDYY
   A16  H 062912 072912
   A19  H 073012 082912
   A19  H 082912 092812
   A19  H 100212 110112
   A19  H 102212 112112
   A19  H 112612 122612
   A19  H 122412 012313
   A38  H 012813 022713
   A38  H 031113 041013
   ___  _ _____ _____
   ___  _ _____ _____
   ___  _ _____ _____
   ___  _ _____ _____
   ___  _ _____ _____
   ___  _ _____ _____

INQRY CMPLTE - ENTER NEW ADCNO
```

United States District Court
District of Arizona

Motion to Waive Court Copying Fees

To obtain the complete (77 pages) lawsuit as filed by the ACLU: CV-12-601-PHX-NVW on March 22, 2012.