IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>              Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

       Before the Court is Oldrich Feufar's Motion to Waive Court Copying Fees (Doc. 456).

       Oldrich Feufar is not a party to this action and may not file documents herein.

       IT IS THEREFORE ORDERED that Motion to Waive Court Copying Costs of Oldrich Feufar (Doc. 456) is denied. The Clerk shall not accept for filing any further documents from Oldrich Feufar.

       Dated this 21st day of May, 2013.

_____
Neil V. Wake
United States District Judge