| | |
|---|---|
| 1 | Daniel Pochoda (Bar No. 021979) |
| | Kelly J. Flood (Bar No. 019772) |
| 2 | James Duff Lyall (Bar No. 330045)* |
| | **ACLU FOUNDATION OF ARIZONA** |
| 3 | 3707 North 7th Street, Suite 235 |
| | Phoenix, Arizona 85013 |
| 4 | Telephone: (602) 650-1854 |
| | Email: dpochoda@acluaz.org |
| 5 | kflood@acluaz.org |
| | jlyall@acluaz.org |
| 6 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**NOTICE OF SERVICE** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that on May 21, 2013, Counsel for Prisoner Plaintiffs served its Request to Enter Defendants' Property for the Purpose of Expert Inspections on counsel for Defendants in this matter. |

Dated:  May 21, 2013    **PRISON LAW OFFICE**

By: s/ Corene Kendrick
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    dpochoda@acluaz.org
          kflood@acluaz.org
          jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

1   David C. Fathi (Wash. 24893)*
    Amy Fettig (D.C. 484883)**
2   Ajmel Quereshi (Md. 28882)*
    **ACLU NATIONAL PRISON**
3   **PROJECT**
    915 15th Street N.W., 7th Floor
4   Washington, D.C. 20005
    Telephone: (202) 548-6603
5   Email:   dfathi@npp-aclu.org
             afettig@npp-aclu.org
6            aquereshi@npp-aclu.org

7   *Admitted *pro hac vice*. Not admitted
      in DC; practice limited to federal
8     courts.
    **Admitted *pro hac vice*
9
    Caroline Mitchell (Cal. 143124)*
10  David C. Kiernan (Cal. 215335)*
    Sophia Calderón (Cal. 278315)*
11  Sarah Rauh (Cal. 283742)*
    **JONES DAY**
12  555 California Street, 26th Floor
    San Francisco, California 94104
13  Telephone: (415) 875-5712
    Email:   cnmitchell@jonesday.com
14           dkiernan@jonesday.com
             scalderon@jonesday.com
15           srauh@jonesday.com

16  *Admitted *pro hac vice*

17  R. Scott Medsker (D.C. 976405)*
    **JONES DAY**
18  51 Louisiana Avenue, NW
    Washington, D.C. 20001-2113
19  Telephone: (202) 879-3837
    Email:   rsmedsker@jonesday.com
20
    *Admitted *pro hac vice*
21
    John Laurens Wilkes (Tex. 24053548)*
22  **JONES DAY**
    717 Texas Street
23  Houston, Texas 77002
    Telephone: (832) 239-3939
24  Email:   jlwilkes@jonesday.com

25  *Admitted *pro hac vice*

26

27

28

| | |
|---|---|
| 1 | Kamilla Mamedova (N.Y. 4661104)* |
| 2 | Jennifer K. Messina (N.Y. 4912440)* |

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:   kmamedova@jonesday.com
         jkmessina@jonesday.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         keidenbach@perkinscoie.com
         jhgray@perkinscoie.com
         mdumee@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
**A**RIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

s/S. Neilson

LEGAL26800684.1

-4-