1  Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Katherine E. Watanabe, Bar No. 027458
3  Lucy M. Rand, Bar No. 026919
   Ashley B. Zuerlein, Bar No. 029541
4  Assistant Attorney General
   1275 W. Washington Street
5  Phoenix, Arizona 85007-2926
   Telephone: (602) 542-4951
6  Fax: (602) 542-7670
   Michael.Gottfried@azag.gov
7  Katherine.Watanabe@azag.gov
   Lucy.Rand@azag.gov
8  Ashley.Zuerlein@azag.gov

9  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
10 Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 22126
11 Nicholas D. Acedo, Bar No. 021644
   Courtney R. Cloman, Bar No. 023155
12 Ashlee B. Fletcher, Bar No. 028874
   Anne M. Orcutt, Bar No. 029387
13 STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
14 Chandler, Arizona  85226
   Telephone:  (480) 420-1600
15 Fax:  (480) 420-1696
   dstruck@swlfirm.com
16 kwieneke@swlfirm.com
   rlove@swlfirm.com
17 tbojanowski@swlfirm.com
   nacedo@swlfirm.com
18 ccloman@swlfirm.com
   afletcher@swlfirm.com
19 aorcutt@swlfirm.com
   *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**AMENDED MOTION FOR LEAVE TO TAKE DEPOSITIONS OF STATE INMATES** |

Charles Ryan and Richard Pratt, through undersigned counsel, hereby move this Court for an Amended Order pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, granting Defendants leave to take depositions upon oral examination of presently incarcerated State inmates. Defendants desire to take the deposition of the following State inmates:

1. **Dustin Brislan (ADC #164993**), a State inmate confined in ASPC Eyman, Florence, Arizona, to be deposed on August 9, 2013.

2. **Maryanne Chisholm (ADC #200825)**, a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed on August 30, 2013.

3. **Robert Gamez (ADC #131401**), a State inmate confined in ASPC Eyman, Florence, Arizona, to be deposed on August 6, 2013.

4. **Joseph Hefner (ADC #203653),** a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed August 16, 2013.

5. **Shawn Jensen (ADC #032465),** a State inmate confined in ASPC Tucson, Tucson, Arizona, to be deposed on August 27, 2013.

6. **Desiree Licci (ADC #150051**), a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed on August 30, 2013**.**

7. **Joshua Polson (ADC #187716),** a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed on August 23, 2013.

8. **Sonia Rodriguez (ADC #103830**), a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed August 13, 2013.

9. **Jeremy Smith (ADC #129438**), a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed on August 20, 2013.

10. **Stephen Swartz (ADC #102486),** a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed on August 22, 2013.

11. **Jackie Thomas (ADC #211267),** a State inmate confined in ASPC Eyman, Florence, Arizona, to be deposed on August 8, 2013.

12. **Christina Verduzco (ADC #205576)**, a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed on August 15, 2013.

13. **Charlotte Wells (ADC #247188),** a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed on August 16, 2013.

As Plaintiffs to this action, the above listed inmates possess relevant information and evidence regarding the allegations in the Complaint. As such, Defendants should have the opportunity to conduct discovery relevant to the specific claims of each inmate Plaintiff. Defendants will issue individual notices specifying a date, time and location should the Court grant the motion.

Defendants certify that they have personally consulted with Plaintiffs regarding taking depositions of the above referenced inmates, pursuant to the Declaration of Ashlee B Fletcher, attached hereto as Exhibit A. Plaintiffs do not object to the taking of the inmate depositions; however Plaintiffs have requested that Defendants' arrange for visitation of the inmates the day before each inmate's deposition, which Defendants have agreed to do.

WHEREFORE, Defendants respectfully request the Court enter an Order allowing the deposition of the above listed inmates.

DATED this 22nd day of May 2013.

            STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Ashlee B. Fletcher
 Daniel P. Struck
 Kathleen L. Wieneke
 Rachel Love
 Timothy J. Bojanowski
 Nicholas D. Acedo
 Courtney R. Cloman
 Ashlee B. Fletcher
 Anne M. Orcutt
 STRUCK WIENEKE & LOVE, P.L.C.
 3100 West Ray Road, Suite 300
 Chandler, Arizona 85226

 Arizona Attorney General Thomas C. Horne
 Office of the Attorney General
 Michael E. Gottfried
 Katherine E. Watanabe
 Lucy M. Rand
 Ashley B. Zuerlein
 Assistant Attorney General
 1275 W. Washington Street
 Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

2749317.1            4

# CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| Sara Norman: | snorman@prisonlaw.com |
| Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |

| | |
|---|---|
| R. Scott Medsker: | rsmedsker@JonesDay.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Kamilla Mamedova: | kmamedova@jonesday.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| Ashley Brook Zuerlein: | Ashley.Zuerlein@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| Ajmel Quereshi: | aquereshi@npp-aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ *Ashlee B. Fletcher*