# EXHIBIT A

# EXHIBIT A

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
Lucy M. Rand, Bar No. 026919
Ashley B. Zuerlein, Bar No. 029541
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-NVW |
| Plaintiffs, | **DECLARATION OF ASHLEE B. FLETCHER IN SUPPORT OF AMENDED MOTION FOR LEAVE TO TAKE DEPOSITIONS OF STATE INMATES** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

1           Ashlee B. Fletcher, upon her oath and affirmation states as follows:

2       1.   I am licensed to practice law in the State of Arizona and have been so
3   licensed since 2011.

4       2.   I am a counsel of record for Defendants Charles Ryan and Richard Pratt.

5       3.   The factual statements contained in the Amended Motion for Leave to Take
6   Depositions of State Inmates are true and correct to the best of my knowledge and belief.

7       4.   On April 8, 9, 10, and 16, 2013, I exchanged correspondence with Plaintiffs'
8   counsel wherein the depositions of Plaintiffs were discussed.

9       5.   On Monday, April 8, 2013, I emailed counsel for Plaintiffs regarding a
10   proposed schedule for depositions of the Plaintiff Inmates.  A true and correct copy of that
11   e-mail is attached as Exhibit 1.

12       6.   On Tuesday, April 16, 2013, David Fathi e-mailed me to confirm his
13   willingness to stipulate to the dates proposed in the email for depositions of the Plaintiff
14   Inmates.  A true and correct copy of that e-mail is attached as Exhibit 2.

15       FURTHER AFFIANT SAYETH NAUGHT,

16

17   ASHLEE B. FLETCHER

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

# EXHIBIT 1

**Amy Bender**

| | |
|---|---|
| **From:** | Ashlee Fletcher |
| **Sent:** | Monday, April 08, 2013 1:17 PM |
| **To:** | David Fathi; Don Specter (dspecter@prisonlaw.com); cnmitchell@jonesday.com; jalewelt@azdisabilitylaw.org |
| **Cc:** | Parsons Team; Ashley Zuerlein; Lucy Rand; Michael E. Gottfried |
| **Subject:** | Parsons- Plaintiff Depositions |

Counsel,

We intend to notice the depositions of Plaintiffs on the following dates:

| | |
|---|---|
| Robert Gamez | August 6, 2013 at 9 am |
| Jackie Thomas | August 8, 2013 at 9 am |
| Dustin Brislan | August 9, 2013 at 9 am |
| Sonia Rodriguez | August 13, 2013 at 9 am |
| Christina Verduzco | August 15, 2013 at 9 am |
| Charlotte Wells | August 16, 2013 at 9 am |
| Joseph Hefner | August 16, 2013 at 1 pm |
| Jeremy Smith | August 20, 2013 at 9 am |
| Stephen Swartz | August 22, 2013 at 9 am |
| Joshua Polson | August 23, 2013 at 9 am |
| Shawn Jensen | August 27, 2013 at 1 pm |
| Victor Parsons | August 29, 2013 at 9 am |
| Maryanne Chisholm | August 30, 2013 at 9 am |
| Desiree Licci | August 30, 2013 at 1 pm |

Please advise as to whether Plaintiffs agree that these depositions can be re-noticed without seeking a new order from the Court.



STRUCK WIENEKE & LOVE
3100 West Ray Road, Suite 300   Chandler, Arizona 85226

**Ashlee B. Fletcher**
Attorney
Direct: (480) 420-1631
afletcher@swlfirm.com
www.swlfirm.com

# EXHIBIT 2

# EXHIBIT 2

**Amy Bender**

| | |
|---|---|
| **From:** | Fathi, David <dfathi@npp-aclu.org> |
| **Sent:** | Tuesday, April 16, 2013 7:51 AM |
| **To:** | Ashlee Fletcher; dspecter@prisonlaw.com; cnmitchell@jonesday.com; jalewelt@azdisabilitylaw.org |
| **Cc:** | Parsons Team; Ashley Zuerlein; Lucy Rand; Michael E. Gottfried |
| **Subject:** | RE: Parsons- Plaintiff Depositions |

Dear Ms. Fletcher,

The dates you propose for depositions of the incarcerated plaintiffs are acceptable.  We are checking on Mr. Parsons' availability.  Please let us know if you agree to make the incarcerated plaintiffs and their records available for preparation, as set forth in my April 10 email below.

Thank you very much.

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@npp-aclu.org

*Not admitted in DC; practice limited to federal courts