# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**ORDER RE: DEFENDANTS' AMENDED MOTION FOR LEAVE TO TAKE DEPOSITIONS OF STATE INMATES** |

The Court, having considered Defendants' Amended Motion for Leave to Take Depositions of State Inmates, and for good cause shown,

**IT IS HEREBY ORDERED** that the Defendants' Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants are given leave to take the depositions of the following State of Arizona Inmates:

**1.** **Dustin Brislan (ADC #164993**), a State inmate confined in ASPC Eyman, Florence, Arizona, to be deposed on August 9, 2013.

**2.** **Maryanne Chisholm (ADC #200825),** a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed on August 30, 2013.

**3.** **Robert Gamez (ADC #131401**), a State inmate confined in ASPC Eyman, Florence, Arizona, to be deposed on August 6, 2013.

**4.** **Joseph Hefner (ADC #203653),** a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed on August 16, 2013.

2749726.1

**5.** **Shawn Jensen (ADC #032465),** a State inmate confined in ASPC Tucson, Tucson, Arizona, to be deposed on August 27, 2013.

**6.** **Desiree Licci (ADC #150051**), a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed on August 30, 2013**.**

**7.** **Joshua Polson (ADC #187716),** a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed on August 23, 2013.

**8.** **Sonia Rodriguez (ADC #103830),** a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed on August 13, 2013.

**9.** **Jeremy Smith (ADC #129438**), a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed on August 20, 2013.

**10.** **Stephen Swartz (ADC #102486),** a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed on August 22, 2013.

**11.** **Jackie Thomas (ADC #211267),** a State inmate confined in ASPC Eyman, Florence, Arizona, to be deposed August 8, 2013.

**12.** **Christina Verduzco (ADC #205576**), a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed on August 15, 2013.

**13.** **Charlotte Wells (ADC #247188),** a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed on August 16, 2013.

**DATED this \_\_\_\_ day of _____, 2013.**