.

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | NO. CV-12-00601-PHX-NVW<br><br>**ORDER RE: DEFENDANTS' AMENDED MOTION FOR LEAVE TO TAKE DEPOSITIONS OF STATE INMATES** |

The Court, having considered Defendants' Amended Motion for Leave to Take Depositions of State Inmates (Doc. 459), and for good cause shown,

**IT IS HEREBY ORDERED** that the Defendants' Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants are given leave to take the depositions of the following State of Arizona Inmates:

  **1.**  **Dustin Brislan (ADC #164993**), a State inmate confined in ASPC Eyman, Florence, Arizona, to be deposed on August 9, 2013.

  **2.**  **Maryanne Chisholm (ADC #200825),** a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed on August 30, 2013.

  **3.**  **Robert Gamez (ADC #131401**), a State inmate confined in ASPC Eyman, Florence, Arizona, to be deposed on August 6, 2013.

  **4.**  **Joseph Hefner (ADC #203653),** a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed on August 16, 2013.

2749726.1

**5.     Shawn Jensen (ADC #032465),** a State inmate confined in ASPC Tucson, Tucson, Arizona, to be deposed on August 27, 2013.

**6.     Desiree Licci (ADC #150051**), a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed on August 30, 2013**.**

**7.     Joshua Polson (ADC #187716),** a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed on August 23, 2013.

**8.     Sonia Rodriguez (ADC #103830),** a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed on August 13, 2013.

**9.     Jeremy Smith (ADC #129438**), a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed on August 20, 2013.

**10.    Stephen Swartz (ADC #102486),** a State inmate confined in ASPC Lewis, Buckeye, Arizona, to be deposed on August 22, 2013.

**11.    Jackie Thomas (ADC #211267),** a State inmate confined in ASPC Eyman, Florence, Arizona, to be deposed August 8, 2013.

**12.    Christina Verduzco (ADC #205576**), a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed on August 15, 2013.

**13.    Charlotte Wells (ADC #247188),** a State inmate confined in ASPC Perryville, Goodyear, Arizona, to be deposed on August 16, 2013.

Dated this 23rd day of May, 2013.

_____
Neil V. Wake
United States District Judge