1 | Thomas C. Horne Arizona Attorney General
OFFICE OF THE ATTORNEY GENERAL
2 | Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
3 | Lucy M. Rand, Bar No. 026919
Ashley B. Zuerlein, Bar No. 029541
4 | Assistant Attorneys General
1275 W. Washington Street
5 | Phoenix, Arizona 85007-2926
Telephone: (602) 542-7695
6 | Fax: (602) 542-7670
Michael.Gottfried@azag.gov
7 | Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
8 | Ashley.Zuerlein@azag.gov

9 | Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
10 | Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
11 | Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
12 | Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
13 | STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
14 | Chandler, Arizona  85226
Telephone:  (480) 420-1600
15 | Fax:  (480) 420-1696
dstruck@swlfirm.com
16 | kwieneke@swlfirm.com
rlove@swlfirm.com
17 | tbojanowski@swlfirm.com
nacedo@swlfirm.com
18 | ccloman@swlfirm.com
afletcher@swlfirm.com
19 | aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan and Richard Pratt, in their official capacities,<br><br>Defendants. | NO. CV12-0601-PHX-NVW (MEA)<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY ASHLEY ZUERLEIN** |

#3398105

Pursuant to Rule 83.3(b)(4) of the United States District Court, District of Arizona Local Rules of Practice, the Arizona Attorney General's Office notifies the Court of the withdrawal of attorney Ashley B. Zuerlein as counsel for Defendants in this matter. Ms. Zuerlein has taken another position and is no longer employed with the Arizona Attorney General's Office.

Assistant Attorney General Michael Gottfried will remain as counsel of record for Defendants.

RESPECTFULLY SUBMITTED this 23rd day of May, 2013.

>Thomas C. Horne
>ATTORNEY GENERAL
>
>s/ Ashley Zuerlein
>Lucy M. Rand
>Michael E. Gottfried
>Katherine E. Watanabe
>Ashley B. Zuerlein
>Assistant Attorneys General
>1275 West Washington Street
>Phoenix, Arizona  85007-2926
>
>Daniel P. Struck
>Kathleen L. Wieneke
>Rachel Love
>Timothy J. Bojanowski
>Nicholas D. Acedo
>Courtney R. Cloman
>Ashlee B. Fletcher
>Anne Orcutt
>**STRUCK WIENEKE & LOVE, P.L.C.**
>3100 West Ray Road, Suite 300
>Chandler, Arizona  85226
>*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I certify that on May 23, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System. This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

Donald Specter: dspecter@prisonlaw.com
Alison Hardy: ahardy@prisonlaw.com
Sara Norman: snorman@prisonlaw.com
Corene T. Kendrick: ckendrick@prisonlaw.com
**PRISON LAW OFFICE**

Daniel Joseph Pochoda: dpochoda@acluaz.org
Kelly Joyce Flood: kflood@acluaz.org
James Duff Lyall: jlyall@acluaz.org
**ACLU**

David Cyrus Fathi: dfathi@npp-aclu.org
Amy Fettig: afettig@npp-aclu.org
**ACLU NATIONAL PRISON PROJECT**

Daniel Clayton Barr: DBarr@perkinscoie.com
Jill Louise Ripke: jripke@perkinscoie.com
James Anthony Ahlers: jahlers@perkinscoie.com
Kirstin T. Eidenbach: keidenbach@perkinscoie.com
John Howard Gray: jhgray@perkinscoie.com
Matthew Benjamin de Mée: mdumee@perkinscoie.com
Amelia Morrow Gerlicher: agerlicher@perkinscoie.com
**PERKINS COIE, LLP**

Caroline N. Mitchell: cnmitchell@jonesday.com
David C. Kiernan: dkiernan@jonesday.com
Sophia Calderón: scalderon@jonesday.com
Sarah Rauh: srauh@jonesday.com
R. Scott Medsker: rsmedsker@JonesDay.com
John Laurens Wilkes: jlwilkes@jonesday.com
Kamilla Mamedova: kmamedova@jonesday.com
Jennifer K Messina: jkmessina@jonesday.com
**JONES DAY**

#3398105                                                3

| | |
|---|---|
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org |
| Asim Varma: | avarma@azdisabilitylaw.org |
| Sarah Eve Kader: | skader@azdisabilitylaw.org |

**ACDL**

s/ Barbara Ratter
Legal Secretary

#3398105

4