IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles J. Ryan, et al., | |
| Defendants. | |

The Court has received Dale Maisano's Emergency Order to Show Cause.

Dale Maisano is not a named plaintiff in this matter and may not file documents herein.

IT IS THEREFORE ORDERED that the Clerk return to Mr. Maisano the Emergency Order to Show Cause tendered by him.

IT IS FURTHER ORDERED that the Clerk shall not accept for filing any further documents from Dale Maisano without a prior motion and order of the Court allowing them to be filed. Anything submitted by Mr. Maisano without prior approval of the Court shall be immediately returned to Mr. Maisano by the Clerk's Office.

Dated this 24th day of May, 2013.

_____
Neil V. Wake
United States District Judge