Thomas C. Horne
Attorney General
OFFICE OF THE ATTORNEY GENERAL
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Katherine E. Watanabe, Bar No. 027458
*Assistant Attorneys General*
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-1610
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov
Katherine.Watanabe@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Charles Ryan and Richard Pratt, in their official capacities,<br><br>　　　　　　　Defendants. | NO. CV12-0601-PHX-NVW (MEA)<br><br>**DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY RESPONSES** |

1  NOTICE IS HEREBY GIVEN that on May 24, 2013, the Defendants served the
2  discovery listed below via First-Class mail to Kirstin T. Eidenbach of Perkins Coie; John
3  L. Wilkes of Jones Day; and Jennifer Alewelt of the Arizona Center for Disability Law:

4      1.    Defendants' *Fifth* Supplemental Response to Polson's First Request for
5          Production;

6      2.    Defendants' *Eighth* Supplemental Disclosure Statement.

7  RESPECTFULLY SUBMITTED this 28th day of May, 2013.

            Thomas C. Horne
            ATTORNEY GENERAL

            s/ Lucy M. Rand
            Lucy M. Rand
            Michael E. Gottfried
            Katherine E. Watanabe
            *Assistant Attorneys General*

            Daniel P. Struck
            Kathleen L. Wieneke
            Rachel Love
            Timothy J. Bojanowski
            Nicholas D. Acedo
            Courtney R. Cloman
            Ashlee B. Fletcher
            Anne Orcutt
            STRUCK WIENEKE & LOVE, P.L.C.

            *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on May 28, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System.  This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

| Donald Specter: | dspecter@prisonlaw.com |
| Alison Hardy: | ahardy@prisonlaw.com |
| Sara Norman: | snorman@prisonlaw.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com |

**PRISON LAW OFFICE**

| | | |
|---|---|---|
| 1 | Daniel Joseph Pochoda: | dpochoda@acluaz.org |
| 2 | Kelly Joyce Flood: | kflood@acluaz.org |
|   | James Duff Lyall: | jlyall@acluaz.org |
| 3 | **ACLU** | |
| 4 | David Cyrus Fathi: | dfathi@npp-aclu.org |
| 5 | Amy Fettig: | afettig@npp-aclu.org |
|   | **ACLU NATIONAL PRISON PROJECT** | |
| 6 | | |
| 7 | Daniel Clayton Barr: | dbarr@perkinscoie.com |
|   | Jill Louise Ripke: | jripke@perkinscoie.com |
| 8 | James Anthony Ahlers: | jahlers@perkinscoie.com |
|   | Kirstin T. Eidenbach: | keidenbach@perkinscoie.com |
| 9 | John Howard Gray: | jhgray@perkinscoie.com |
|   | Matthew Benjamin de Mée | mdumee@perkinscoie.com |
| 10 | Amelia Morrow Gerlicher: | agerlicher@perkinscoie.com |
| 11 | **PERKINS COIE, LLP** | |
| 12 | Caroline N. Mitchell: | cnmitchell@jonesday.com |
|    | David C. Kiernan: | dkiernan@jonesday.com |
| 13 | Sophia Calderón: | scalderon@jonesday.com |
| 14 | Sarah Rauh: | srauh@jonesday.com |
|    | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 15 | John Laurens Wilkes: | jlwilkes@jonesday.com |
|    | Kamilla Mamedova: | kmamedova@jonesday.com |
| 16 | Jennifer K Messina: | jkmessina@jonesday.com |
| 17 | **JONES DAY** | |
| 18 | Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org |
|    | Asim Varma: | avarma@azdisabilitylaw.org |
| 19 | Sarah Eve Kader: | skader@azdisabilitylaw.org |
| 20 | **ACDL** | |

s/ Barbara S. Ratter
Legal Secretary

3403765

3