Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
Lucy M. Rand, Bar No. 026919
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-NVW <br><br> **NOTICE OF DEPOSITION OF PLAINTIFF DESIREE LICCI** |

YOU ARE HEREBY NOTIFIED that, pursuant to FRCP 26 and 30, the deposition will be taken upon oral examination and videotape of the persons whose names and addresses are stated below at the time and place stated below before an officer authorized by law to administer oaths.

**PERSONS TO BE EXAMINED:**        Desiree Licci
                                   ASPC-Perryville
                                   2105 N. Citrus Road
                                   Goodyear, AZ 85395

**DATE AND TIME OF THE**           Friday, August 30, 2013 at 1:00 p.m.
**DEPOSITION:**

**LOCATION OF DEPOSITION:**        ASPC-Perryville
                                   2105 N. Citrus Road
                                   Goodyear, AZ 85395

**Transcriptionist and Videographer**   Simms & Associates
**Before Whom Deposition Will Be**      Certified Deposition Reporters
**Taken:**                              365 East Coronado Rd, Suite 110
                                        Phoenix, AZ 85004

                                        Litigation Video Specialists, LLC
                                        3219 E. Camelback Rd, Suite 264
                                        Phoenix, AZ 85018

DATED this 3rd day of June, 2013.

STRUCK WIENEKE & LOVE, P.L.C.

By /s/ Ashlee B. Fletcher
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

2

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:          ahardy@prisonlaw.com

Amy Fettig:            afettig@npp-aclu.org

Caroline N. Mitchell:  cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:    ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:   DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:     dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:        dspecter@prisonlaw.com

James Duff Lyall:      jlyall@acluaz.org; gtorres@acluaz.org

Jennifer Ann Alewelt:  jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

John Howard Gray:      jhgray@perkinscoie.com; slawson@perkinscoie.com

Kelly Joyce Flood:     kflood@acluaz.org; gtorres@acluaz.org

Kirstin T. Eidenbach:  keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried:Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

3

Sara Norman:            snorman@prisonlaw.com

Sophia Calderon:        scalderon@jonesday.com; lwong@jonesday.com

Asim Varma:             avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org;
                        phxadmin@azdisabilitylaw.org

Sarah Rauh:             srauh@jonesday.com; treyes@jonesday.com

David C. Kiernan:       dkiernan@jonesday.com; lwong@jonesday.com

R. Scott Medsker:       rsmedsker@JonesDay.com

John Laurens Wilkes:    jlwilkes@jonesday.com, dkkerr@jonesday.com

Kamilla Mamedova:       kmamedova@jonesday.com

Jennifer K. Messina:    jkmessina@jonesday.com

Sarah Eve Kader:        skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org

Katherine E. Watanabe:  Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov

Amelia M. Gerlicher:    agerlicher@perkinscoie.com;docketPHX@perkinscoie.com,
                        pdrew@perkinscoie.com

Lucy Marie Rand:        Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov

Ajmel Quereshi:         aquereshi@npp-aclu.org


I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Ashlee B. Fletcher

2746311.1

4