Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
Lucy M. Rand, Bar No. 026919
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-NVW <br><br> **NOTICE OF DEPOSITION OF PLAINTIFF SONIA RODRIGUEZ** |

YOU ARE HEREBY NOTIFIED that, pursuant to FRCP 26 and 30, the deposition will be taken upon oral examination and videotape of the persons whose names and addresses are stated below at the time and place stated below before an officer authorized by law to administer oaths.

**PERSONS TO BE EXAMINED:**    Sonia Rodriguez
ASPC-Perryville
2105 N. Citrus Road
Goodyear, AZ 85395

**DATE AND TIME OF THE**    Tuesday, August 13, 2013 at 9:00 a.m.
**DEPOSITION:**

**LOCATION OF DEPOSITION:**    ASPC-Perryville
2105 N. Citrus Road
Goodyear, AZ 85395

**Transcriptionist and Videographer**    Simms & Associates
**Before Whom Deposition Will Be**    Certified Deposition Reporters
**Taken:**    365 East Coronado Rd, Suite 110
Phoenix, AZ 85004

Litigation Video Specialists, LLC
3219 E. Camelback Rd, Suite 264
Phoenix, AZ 85018

DATED this 3rd day of June, 2013.

STRUCK WIENEKE & LOVE, P.L.C.

By /s/ Ashlee B. Fletcher
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

2

1
2
3
4
5

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

6

## CERTIFICATE OF SERVICE

7
8
9
10

I hereby certify that on June 3, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

11 | Alison Hardy: | ahardy@prisonlaw.com

12 | Amy Fettig: | afettig@npp-aclu.org

13 | Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

14
15 | Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com

16 | Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

17 | Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

18 | David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

19 | Donald Specter: | dspecter@prisonlaw.com

20 | James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org

21 | Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

22
23 | John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com

24 | Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org

25 | Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

26 | Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

27 | Michael Evan Gottfried:Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

28

| | | |
|---|---|---|
| 1 | Sara Norman: | snorman@prisonlaw.com |
| 2 | Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |
| 3 | Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| 4 5 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 6 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 7 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 8 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 9 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 10 | Jennifer K. Messina: | jkmessina@jonesday.com |
| 11 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 12 | Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| 13 | Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| 14 | Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| 15 | Ajmel Quereshi: | aquereshi@npp-aclu.org |

16

17    I hereby certify that on this same date, I served the attached document by U.S.

18  Mail, postage prepaid, on the following, who is not a registered participant of the

19  CM/ECF System:

20        N/A

21                                    /s/ Ashlee B. Fletcher
                              _____
22  2746317.1

23

24

25

26

27

28