1  Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Katherine E. Watanabe, Bar No. 027458
3  Lucy M. Rand, Bar No. 026919
   Assistant Attorney General
4  1275 W. Washington Street
   Phoenix, Arizona 85007-2926
5  Telephone: (602) 542-4951
   Fax: (602) 542-7670
6  Michael.Gottfried@azag.gov
   Katherine.Watanabe@azag.gov
7  Lucy.Rand@azag.gov

8  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
9  Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 22126
10 Nicholas D. Acedo, Bar No. 021644
   Courtney R. Cloman, Bar No. 023155
11 Ashlee B. Fletcher, Bar No. 028874
   Anne M. Orcutt, Bar No. 029387
12 STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
13 Chandler, Arizona  85226
   Telephone:  (480) 420-1600
14 Fax:  (480) 420-1696
   dstruck@swlfirm.com
15 kwieneke@swlfirm.com
   rlove@swlfirm.com
16 tbojanowski@swlfirm.com
   nacedo@swlfirm.com
17 ccloman@swlfirm.com
   afletcher@swlfirm.com
18 aorcutt@swlfirm.com
   *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**NOTICE OF DEPOSITION OF PLAINTIFF JACKIE THOMAS** |

1   YOU ARE HEREBY NOTIFIED that, pursuant to FRCP 26 and 30, the
2   deposition will be taken upon oral examination and videotape of the persons whose names
3   and addresses are stated below at the time and place stated below before an officer
4   authorized by law to administer oaths.

| | |
|---|---|
| **PERSONS TO BE EXAMINED:** | Jackie Thomas<br>ASPC-Eyman<br>4374 E. Butte Avenue<br>Florence, AZ 85132 |
| **DATE AND TIME OF THE DEPOSITION:** | Thursday, August 8, 2013 at 9:00 a.m. |
| **LOCATION OF DEPOSITION:** | ASPC-Eyman<br>4374 E. Butte Avenue<br>Florence, AZ 85132 |
| **Transcriptionist and Videographer Before Whom Deposition Will Be Taken:** | Simms & Associates<br>Certified Deposition Reporters<br>365 East Coronado Rd, Suite 110<br>Phoenix, AZ 85004<br><br>Litigation Video Specialists, LLC<br>3219 E. Camelback Rd, Suite 264<br>Phoenix, AZ 85018 |

DATED this 3rd day of June, 2013.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Ashlee B. Fletcher
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |

| | |
|---|---|
| Sara Norman: | snorman@prisonlaw.com |
| Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| R. Scott Medsker: | rsmedsker@JonesDay.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Kamilla Mamedova: | kmamedova@jonesday.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| Ajmel Quereshi: | aquereshi@npp-aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Ashlee B. Fletcher

2746322.1