| | |
|---|---|
| 1 | Daniel Pochoda (Bar No. 021979) |
| | Kelly J. Flood (Bar No. 019772) |
| 2 | James Duff Lyall (Bar No. 330045)* |
| | **ACLU FOUNDATION OF ARIZONA** |
| 3 | 3707 North 7th Street, Suite 235 |
| | Phoenix, Arizona 85013 |
| 4 | Telephone: (602) 650-1854 |
| | Email: dpochoda@acluaz.org |
| 5 | kflood@acluaz.org |
| | jlyall@acluaz.org |
| 6 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **NOTICE OF DEPOSITION OF ALFRED SHEPPARD** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

78204-0001/LEGAL26884963.1

1   NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 26 and 30, the
2 deposition will be taken upon examination of the person whose name is stated below at
3 the time and place stated below before an officer authorized to administer oaths.  The
4 deposition will be recorded stenographically and videotaped.

5   **PERSON TO BE EXAMINED:**           Alfred Sheppard

6   **DATE AND TIME OF THE**
    **DEPOSITION:**                     June 28, 2013 at 10:00 a.m.
7

8   **PLACE OF THE DEPOSITION:**        ASPC - Tucson
                                         Winchester Unit
                                         10000 South Wilmot
9                                        Tucson, Arizona 85734

10  Dated: June 4, 2013                  **PERKINS COIE LLP**

11
                                         By:  s/ Kirstin T. Eidenbach
12                                            Daniel C. Barr (Bar No. 010149)
                                              Amelia M. Gerlicher (Bar No. 023966)
13                                            Kirstin T. Eidenbach (Bar No. 027341)
                                              John H. Gray (Bar No. 028107)
14                                            Matthew B. du Mée (Bar No. 028468)
                                              2901 N. Central Avenue, Suite 2000
15                                            Phoenix, Arizona 85012
                                              Telephone:  (602) 351-8000
16                                            Email:   dbarr@perkinscoie.com
                                                       agerlicher@perkinscoie.com
17                                                     keidenbach@perkinscoie.com
                                                       jhgray@perkinscoie.com
18                                                     mdumee@perkinscoie.com

19                                            Daniel Pochoda (Bar No. 021979)
                                              Kelly J. Flood (Bar No. 019772)
20                                            James Duff Lyall (Bar No. 330045)*
                                              **ACLU FOUNDATION OF**
21                                            **ARIZONA**
                                              3707 North 7th Street, Suite 235
22                                            Phoenix, Arizona 85013
                                              Telephone:  (602) 650-1854
23                                            Email:   dpochoda@acluaz.org
                                                       kflood@acluaz.org
24                                                     jlyall@acluaz.org

25                                            *Admitted pursuant to Ariz. Sup. Ct.
                                              R. 38(f)
26

27

28

78204-0001/LEGAL26884963.1

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         dkiernan@jonesday.com
         scalderon@jonesday.com
         srauh@jonesday.com

*Admitted *pro hac vice*

```
 1    R. Scott Medsker (D.C. 976405)*
      JONES DAY
 2    51 Louisiana Avenue, NW
      Washington, D.C. 20001-2113
 3    Telephone: (202) 879-3837
      Email:    rsmedsker@jonesday.com
 4
      *Admitted pro hac vice
 5
      John Laurens Wilkes (Tex. 24053548)*
 6    JONES DAY
      717 Texas Street
 7    Houston, Texas 77002
      Telephone: (832) 239-3939
 8    Email:    jlwilkes@jonesday.com

 9    *Admitted pro hac vice

10    Kamilla Mamedova (N.Y. 4661104)*
      Jennifer K. Messina (N.Y. 4912440)*
11    JONES DAY
      222 East 41 Street
12    New York, New York 10017
      Telephone: (212) 326-3498
13    Email:    kmamedova@jonesday.com
                jkmessina@jonesday.com
14
      *Admitted pro hac vice
15
      Attorneys for Plaintiffs Shawn Jensen;
16    Stephen Swartz; Dustin Brislan; Sonia
      Rodriguez; Christina Verduzco; Jackie
17    Thomas; Jeremy Smith; Robert Gamez;
      Maryanne Chisholm; Desiree Licci; Joseph
18    Hefner; Joshua Polson; and Charlotte
      Wells, on behalf of themselves and all others
19    similarly situated
20
21
22
23
24
25
26
27
28
```

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
**ARIZONA CENTER FOR DISABILITY LAW**
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

  s/ Delana Freouf