1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5         kflood@acluaz.org
          jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,
   Dustin Brislan, Sonia Rodriguez, Christina Verduzco,*
8  *Jackie Thomas, Jeremy Smith, Robert Gamez,
   Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
9  *Joshua Polson, and Charlotte Wells, on behalf of
   themselves and all others similarly situated*

10 **[ADDITIONAL COUNSEL LISTED ON
     SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**PRISONER PLAINTIFFS' MOTION TO SEAL ITEMS ASSOCIATED WITH THE EIGHTH JOINT NOTICE OF DISCOVERY DISPUTE AND DECLARATION OF DONALD SPECTER** |

**Motion and Memorandum**

Pursuant to LRCiv 5.6, Prisoner Plaintiffs move for an order directing the Clerk to file under seal designated portions of documents associated with the Eighth Joint Notice of Discovery Dispute and the Declaration of Donald Specter filed in support of the Eighth Joint Notice of Discovery Dispute filed herewith. Specifically, Prisoner Plaintiffs move to

LEGAL26918094.1

1  seal portions of the Notice and Exhibit 16 to the Specter Declaration in its entirety.
2  Unredacted versions of the Notice and Exhibit 16 to the Specter Declaration have been
3  lodged herewith.

4  The exhibit Prisoner Plaintiffs move to seal is a document produced by non-party
5  Wexford Health Sources in response to a subpoena served by Prisoner Plaintiffs.
6  Wexford's attorneys have requested that the parties treat all documents they produce, and
7  the information contained therein, as confidential.  To ensure there is a public version of
8  the filing of the Notice, Prisoner Plaintiffs have carefully redacted only those portions of
9  the filing referring to the information in Exhibit 16.

11  Dated: June 7, 2013                     **PRISON LAW OFFICE**

                                            By:  *s/ Donald Specter*
                                                 Donald Specter (Cal. 83925)*
                                                 Alison Hardy (Cal. 135966)*
                                                 Sara Norman (Cal. 189536)*
                                                 Corene Kendrick (Cal. 226642)*
                                                 1917 Fifth Street
                                                 Berkeley, California 94710
                                                 Telephone:  (510) 280-2621
                                                 Email:   dspecter@prisonlaw.com
                                                          ahardy@prisonlaw.com
                                                          snorman@prisonlaw.com
                                                          ckendrick@prisonlaw.com

                                            *Admitted *pro hac vice*

                                            Daniel C. Barr (Bar No. 010149)
                                            Amelia M. Gerlicher (Bar No. 023966)
                                            Kirstin T. Eidenbach (Bar No. 027341)
                                            John H. Gray (Bar No. 028107)
                                            Matthew B. du Mée (Bar No. 028468)
                                            **PERKINS COIE LLP**
                                            2901 N. Central Avenue, Suite 2000
                                            Phoenix, Arizona 85012
                                            Telephone:  (602) 351-8000
                                            Email:   dbarr@perkinscoie.com
                                                     agerlicher@perkinscoie.com
                                                     keidenbach@perkinscoie.com
                                                     jhgray@perkinscoie.com
                                                     mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
kflood@acluaz.org
jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
afettig@npp-aclu.org
aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
dkiernan@jonesday.com
scalderon@jonesday.com
srauh@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | R. Scott Medsker (D.C. 976405)* |
| 2 | **JONES DAY** |
|   | 51 Louisiana Avenue, NW |
|   | Washington, D.C. 20001-2113 |
| 3 | Telephone:  (202) 879-3837 |
|   | Email:    rsmedsker@jonesday.com |
| 4 | |
|   | *Admitted *pro hac vice* |
| 5 | |
|   | John Laurens Wilkes (Tex. 24053548)* |
| 6 | Taylor Freeman (Tex. 24083025)* |
|   | **JONES DAY** |
| 7 | 717 Texas Street |
|   | Houston, Texas 77002 |
| 8 | Telephone:  (832) 239-3939 |
|   | Email:    jlwilkes@jonesday.com |
| 9 |           tfreeman@jonesday.com |
| 10 | *Admitted *pro hac vice* |

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
          jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

Attorneys for Arizona Center for Disability Law

*s/ Delana Freouf*

LEGAL26918094.1                     -5-