1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                              DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph    **[PROPOSED] ORDER
10  Hefner; Joshua Polson; and Charlotte Wells, on     GRANTING PRISONER
    behalf of themselves and all others similarly      PLAINTIFFS' MOTION TO
11  situated; and Arizona Center for Disability Law,   SEAL ITEMS ASSOCIATED
                                                        WITH THE EIGHTH JOINT
12                   Plaintiffs,                        NOTICE OF DISCOVERY
                                                        DISPUTE AND
13          v.                                          DECLARATION OF
                                                        DONALD SPECTER**
14  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
15  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
16  capacities,

                    Defendants.

17

18          The Court, having reviewed Prisoner Plaintiffs' Motion to Seal Items Associated

19  with the Eighth Joint Notice of Discovery Dispute and Declaration of Donald Specter, and

20  good cause appearing,

21          IT IS SO ORDERED that Prisoner Plaintiffs' Motion to Seal Items Associated with

22  the Eighth Joint Notice of Discovery Dispute and Declaration of Donald Specter is

23  GRANTED.

24          IT IS FURTHER ORDERED that the Clerk's Office is directed to file the

25  following documents lodged with Plaintiffs' Motion to Seal Items under seal:  the Eighth

26  Joint Notice of Discovery Dispute and Exhibit 16 of the Declaration of Donald Specter.

27

28