Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**PRISONER PLAINTIFFS' MOTION FOR ADDITIONAL PAGES** |

**Motion and Memorandum**

Pursuant to LRCiv 7.2(2) Prisoner Plaintiffs respectfully move for an extension of the page limits for briefing associated with the Eighth Joint Notice of Discovery Dispute. Specifically, Prisoner Plaintiffs seek an order that Plaintiffs' portion of the Joint Notice shall not exceed 10 pages.  Plaintiff Arizona Center for Disability Law has stated that they

LEGAL26918242.1

1  do not oppose this Motion. Defendants Pratt and Ryan have stated that they oppose this
2  Motion.
3      The Joint Notice describes two disputes relating to expert tours and inspections of
4  Defendants' prisons. Plaintiffs respectfully assert that they require additional pages to
5  adequately describe the scope and importance of this discovery dispute. If the Court
6  denies this Motion, Prisoner Plaintiffs request that the Eighth Joint Notice be re-
7  characterized as a Motion to Compel Production of Discovery.
8      A proposed order granting Motion for Additional Pages, the proposed Eighth Joint
9  Notice of Discovery Dispute, and Declaration of Donald Specter are lodged with this
10 Motion for Additional Pages.

11 Dated: June 7, 2013                   **PRISON LAW OFFICE**

By:   *s/ Donald Specter*
     Donald Specter (Cal. 83925)*
     Alison Hardy (Cal. 135966)*
     Sara Norman (Cal. 189536)*
     Corene Kendrick (Cal. 226642)*
     1917 Fifth Street
     Berkeley, California 94710
     Telephone: (510) 280-2621
     Email:   dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           keidenbach@perkinscoie.com
           jhgray@perkinscoie.com
           mdumee@perkinscoie.com

| | |
|---|---|
| 1 | Daniel Pochoda (Bar No. 021979) |
| 2 | Kelly J. Flood (Bar No. 019772) |
|   | James Duff Lyall (Bar No. 330045)* |
| 3 | **ACLU FOUNDATION OF ARIZONA** |
|   | 3707 North 7th Street, Suite 235 |
| 4 | Phoenix, Arizona 85013 |
|   | Telephone: (602) 650-1854 |
| 5 | Email:   dpochoda@acluaz.org |
|   |            kflood@acluaz.org |
| 6 |            jlyall@acluaz.org |
| 7 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |
| 8 | |
| 9 | Donald Specter (Cal. 83925)* |
|   | Alison Hardy (Cal. 135966)* |
|   | Sara Norman (Cal. 189536)* |
| 10 | Corene Kendrick (Cal. 226642)* |
| 11 | **PRISON LAW OFFICE** |
|    | 1917 Fifth Street |
| 12 | Berkeley, California 94710 |
|    | Telephone: (510) 280-2621 |
| 13 | Email:   dspecter@prisonlaw.com |
|    |            ahardy@prisonlaw.com |
|    |            snorman@prisonlaw.com |
| 14 |            ckendrick@prisonlaw.com |
| 15 | *Admitted *pro hac vice* |
| 16 | David C. Fathi (Wash. 24893)* |
|    | Amy Fettig (D.C. 484883)** |
| 17 | Ajmel Quereshi (Md. 28882)* |
|    | **ACLU NATIONAL PRISON PROJECT** |
| 18 | |
|    | 915 15th Street N.W., 7th Floor |
| 19 | Washington, D.C. 20005 |
|    | Telephone: (202) 548-6603 |
| 20 | Email:   dfathi@npp-aclu.org |
|    |            afettig@npp-aclu.org |
| 21 |            aquereshi@npp-aclu.org |
| 22 | *Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts. |
| 23 | **Admitted *pro hac vice* |

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
| | David C. Kiernan (Cal. 215335)* |
| 2 | Sophia Calderón (Cal. 278315)* |
| | Sarah Rauh (Cal. 283742)* |
| 3 | **JONES DAY** |
| | 555 California Street, 26th Floor |
| 4 | San Francisco, California 94104 |
| | Telephone: (415) 875-5712 |
| 5 | Email: cnmitchell@jonesday.com |
| | dkiernan@jonesday.com |
| 6 | scalderon@jonesday.com |
| | srauh@jonesday.com |

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3837
Email: rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com
tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: kmamedova@jonesday.com
jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

                                             *s/ Delana Freouf*