1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-NVW
     Dustin Brislan; Sonia Rodriguez; Christina
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph    **[PROPOSED] ORDER**
10   Hefner; Joshua Polson; and Charlotte Wells, on     **GRANTING PRISONER**
     behalf of themselves and all others similarly      **PLAINTIFFS' MOTION FOR**
11   situated; and Arizona Center for Disability Law,   **ADDITIONAL PAGES**

12                            Plaintiffs,

13           v.

14   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
15   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
16   capacities,

                              Defendants.

17

18          The Court, having reviewed Prisoner Plaintiffs' Motion for Additional Pages, and

19   good cause appearing,

20          IT IS SO ORDERED that Prisoner Plaintiffs' Motion for Additional Pages is

21   GRANTED.

22          IT IS FURTHER ORDERED that the Clerk's Office is directed to file the public

23   version (redacted) of the Eighth Joint Notice of Discovery Dispute and Declaration of

24   Donald Specter lodged with Prisoner Plaintiffs' Motion.

25

26

27

28