1   Daniel Pochoda (Bar No. 021979)
2   Kelly J. Flood (Bar No. 019772)
    James Duff Lyall (Bar No. 330045)*
3   **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
4   Phoenix, Arizona 85013
    Telephone: (602) 650-1854
5   Email: dpochoda@acluaz.org
            kflood@acluaz.org
6           jlyall@acluaz.org

7   *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

8   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,
    Dustin Brislan, Sonia Rodriguez, Christina Verduzco,
9   Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne
    Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson,
10  and Charlotte Wells, on behalf of themselves and all
    others similarly situated*

11  **[ADDITIONAL COUNSEL LISTED ON
       SIGNATURE PAGE]**

12

13                    UNITED STATES DISTRICT COURT

14                         DISTRICT OF ARIZONA

15  Victor Parsons; Shawn Jensen; Stephen Swartz;     No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriguez; Christina            (MEA)
16  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
17  Hefner; Joshua Polson; and Charlotte Wells, on
    behalf of themselves and all others similarly
18  situated; and Arizona Center for Disability Law,

                     Plaintiffs,
19
         v.
20
    Charles Ryan, Director, Arizona Department of
21  Corrections; and Richard Pratt, Interim Division
    Director, Division of Health Services, Arizona
22  Department of Corrections, in their official
    capacities,

                     Defendants.
23

24                    **LODGED PROPOSED:**

25            **DECLARATION OF DONALD SPECTER**

26

27

28

1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5         kflood@acluaz.org
          jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
   *Dustin Brislan, Sonia Rodriguez, Christina Verduzco,*
8  *Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne*
   *Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson,*
9  *and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*

10
   **[ADDITIONAL COUNSEL LISTED BELOW]**
11

12              UNITED STATES DISTRICT COURT

13                  DISTRICT OF ARIZONA

14 | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-NVW
   | Dustin Brislan; Sonia Rodriguez; Christina | (MEA)
15 | Verduzco; Jackie Thomas; Jeremy Smith; Robert |
   | Gamez; Maryanne Chisholm; Desiree Licci; Joseph |
16 | Hefner; Joshua Polson; and Charlotte Wells, on | **DECLARATION OF**
   | behalf of themselves and all others similarly | **DONALD SPECTER**
17 | situated; and Arizona Center for Disability Law, |

18                  Plaintiffs,

19        v.

20 Charles Ryan, Director, Arizona Department of
   Corrections; and Richard Pratt, Interim Division
21 Director, Division of Health Services, Arizona
   Department of Corrections, in their official
22 capacities,

                   Defendants.

23

24

25

26

27

28

I, Donald Specter, declare:

1.     I am an attorney at law admitted to practice before the courts of the state of California and before this Court *pro hac vice*.  I am Executive Director of the Prison Law Office, and co-lead counsel for Plaintiffs in this litigation.  I make this declaration in support of the Eighth Joint Notice of Discovery Dispute.  If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

2.     In order to prove our case, we need systemic data from Defendants that describes the level of health care and conditions of isolation.  Defendants refused to produce any responsive information about health care or conditions of isolation pertaining to any prisoner other than the 14 original named plaintiffs because a class was not certified.   It was not until May 24, 2013 that Defendants finally withdrew these objections.

3.     Attached as **Exhibit 1** is a true and correct copy of an order issued in *Graves v. Arpaio*, Case No. CV-77-0479-PHX-NVW, Dkt. 1769 (D. Ariz. Jan. 28, 2009).

4.     I had a telephonic meet and confer with Dan Struck, Counsel for Defendants, on November 28, 2012, where, among other things, we discussed Plaintiffs' experts tours and the information and documents that would need to be provided to the experts.  We agreed that Defendants' counsel will be present when Plaintiffs' experts speak with ADC staff, and that statements made by ADC staff are not admissions.  A true and correct copy of an email I wrote on November 28 memorializing the conversation, including a document describing the information the experts needed, is attached as **Exhibit 2**.

5.     I spoke with Mr. Struck again on December 13, 2012, to discuss some concerns he had raised in an email that same day regarding expert tours.  A true and correct copy of Mr. Struck's email dated December 13, 2012 is attached as **Exhibit 3**. After our phone call, I wrote Mr. Struck an email confirming the agreements that had been

made.  A true and correct copy of my email dated December 14, 2012 is attached as **Exhibit 4**.

6.     On January 2, 2013, Corene Kendrick, a staff attorney at the Prison Law Office, sent Mr. Struck a proposed schedule for Plaintiffs' expert tours, and asked that he update Plaintiffs as to whether Defendants maintained any of the requested data and information I first described to him on November 28, 2012.  A true and correct copy of Ms. Kendrick's email is attached as **Exhibit 5**.

7.     On January 4, 2013, Plaintiffs served a Rule 34 Notice for Plaintiffs' expert inspections upon Defendants.  A true and correct copy of the Notice is attached as **Exhibit 6**.

8.     After Defendants announced the termination of their contract for health care services with Wexford Health Sources on January 30, 2013, Defendants requested that Plaintiffs postpone the noticed expert tours so that Defendants could focus on a smooth transition when Corizon, Inc. started providing health care on March 4, 2013.   On February 8, 2013 my co-counsel David Fathi from the ACLU National Prison Project sent Mr. Struck a revised proposed schedule and a revised Rule 34 Notice for Plaintiffs' expert inspections.  A true and correct copy of Mr. Fathi's email is attached as **Exhibit** 7.

9.     Defendants did not respond to Plaintiffs' proposed new schedule, and on February 21, 2013, Plaintiffs served a modified Rule 34 Notice upon Defendants.  A true and correct copy of the Notice  is attached as **Exhibit 8**.

10.     Mr. Fathi wrote Mr. Struck again on February 26, 2013, regarding the expert tours.  Mr. Struck responded on February 27, 2013.  A true and correct copy of their email exchange is attached as **Exhibit 9**.

11.     After the Court extended the discovery cut-off date by four months, Mr. Fathi and I met and conferred with Mr. Struck on March 13, 2013 regarding Plaintiffs' expert inspections.  We agreed that Plaintiffs' expert tours would occur during the summer instead of April and May, and we reached agreement on some issues regarding the presence of counsel for the parties during the tours, the institutions that the

experts would tour, and the types of documents that would be produced to assist the inspections.  During the call, I explained that our experts were very experienced in correctional health care and prison operations, had conducted numerous inspections in the past, and would work cooperatively with Defendants to minimize any operational burden. Furthermore, I told Mr. Struck that since the experts will only be at an institution for a brief time, it is in their interest to be as efficient as possible during the tour.  I asked for samples of the summary documents that could assist the expert tours.

12.     On April 4, 2013, Mr. Fathi sent Mr. Struck a letter memorializing the agreements at the March 13, 2013 meet and confer.  A true and correct copy of Mr. Fathi's April 4 letter is attached as **Exhibit 10**.  On April 15, 2013, Mr. Fathi sent Mr. Struck another letter providing additional information regarding Plaintiffs' expert tours.  A true and correct copy of Mr. Fathi's April 15 letter is attached as **Exhibit 11**.

13.     On April 24, 2013, Ashlee Fletcher, an attorney of record for Defendants, responded to Mr. Fathi's letter.  She stated that counsel for Defendants would generate lists of health care staff so the experts could identify individuals to speak to.  She stated that counsel for Defendants were consulting with ADC to determine if the particular documents requested by experts would be available for the experts to review.  A true and correct copy of Ms. Fletcher's April 24 letter is attached as **Exhibit 12**.

14.     On April 29, 2013, Mr. Fathi and I had a telephonic meet and confer with Mr. Struck and Ms. Fletcher.  Mr. Fathi and I attempted to answer all of Defendants' questions about where the experts would want to go on inspection, and which staff they would want to speak with.  Mr. Fathi and I explained that we could provide broad descriptions of how the experts would conduct the tours, but that we could not predict in advance what they might find during the tour, or every specific individual they would want to speak to.  Mr. Fathi and I also provided support for our position that Plaintiffs' counsel were entitled to observe Defendants' expert  inspections, equal to Defense counsel's entitlement to be present during Plaintiffs' expert tours.  On May 3, 2013, Mr. Fathi sent an email to Mr. Struck reiterating the points we made on the call, and

requesting that Defendants inform Counsel for Plaintiffs when their experts would be inspecting the prisons, so that Plaintiffs' counsel could accompany Defendants' experts. A true and correct copy of Mr. Fathi's May 3 email is attached as **Exhibit 13**.

15.     On May 6, 2013, Plaintiffs served a modified Rule 34 Notice upon Defendants.  A copy of the Notice, and an accompanying cover letter to Mr. Struck from Ms. Kendrick, are attached as **Exhibit 14**.

16.     As of today, Counsel for Defendants have not provided Plaintiffs' counsel with any of the documents or data requested by the experts as necessary to prepare for their tours, nor have Defendants confirmed that such documents or data exist.

17.     Attached as **Exhibit 15** is a true and correct copy of a section from Defendants' October 2012 monitoring report for Arizona State Prison Complex ("ASPC") – Lewis, which Defendants Bates stamped as ADC 036726-36727.

18.     Attached as **Exhibit 16** are excerpts from a true and correct copy of a Powerpoint presentation used in a November 7, 2012 meeting at ADC between Defendants and their then-contractor, Wexford Health Sources, and an agenda for a November 8, 2012 meeting of Defendants, Wexford, and Governor's office staff. Wexford Bates stamped these documents as WEXFORD-000001-0000131.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 7, 2013, in Berkeley, California.

_s/ Donald Specter_
Donald Specter

| | |
|---|---|
| 1 | **ADDITIONAL COUNSEL:** |

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           keidenbach@perkinscoie.com
           jhgray@perkinscoie.com
           mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     dpochoda@acluaz.org
           kflood@acluaz.org
           jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org
           aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
           dkiernan@jonesday.com
           scalderon@jonesday.com
           srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:     rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
JONES DAY
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
           tfreeman@jonesday.com

*Admitted *pro hac vice*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
           jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

s/ Delana Freouf