Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
        kflood@acluaz.org
        jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
*Dustin Brislan, Sonia Rodriguez, Christina Verduzco,*
*Jackie Thomas, Jeremy Smith, Robert Gamez,*
*Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
*Joshua Polson, and Charlotte Wells, on behalf of*
*themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON
 SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **NOTICE OF SERVICE** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

1      PLEASE TAKE NOTICE that on June 7, 2013, Counsel for Prisoner Plaintiffs

2 served its Request to Enter Defendants' Property for the Purpose of Expert Inspections

3 (Third Request) on counsel for Defendants in this matter.

4 Dated: June 7, 2013                **PERKINS COIE LLP**

5

6                    By:   s/ Amelia M. Gerlicher
                      Daniel C. Barr (Bar No. 010149)

7                       Amelia M. Gerlicher (Bar No. 023966)
                      Kirstin T. Eidenbach (Bar No. 027341)

8                       John H. Gray (Bar No. 028107)
                      Matthew B. du Mée (Bar No. 028468)

9                       2901 N. Central Avenue, Suite 2000
                      Phoenix, Arizona 85012

10                    Telephone: (602) 351-8000
                   Email:   dbarr@perkinscoie.com

11                             agerlicher@perkinscoie.com
                            keidenbach@perkinscoie.com

12                             jhgray@perkinscoie.com
                            mdumee@perkinscoie.com

13                       Daniel Pochoda (Bar No. 021979)
                      Kelly J. Flood (Bar No. 019772)

14                       James Duff Lyall (Bar No. 330045)*
                      **ACLU FOUNDATION OF**

15                       **ARIZONA**
                      3707 North 7th Street, Suite 235

16                       Phoenix, Arizona 85013
                      Telephone: (602) 650-1854

17                    Email:   dpochoda@acluaz.org
                            kflood@acluaz.org

18                             jlyall@acluaz.org

19                    *Admitted pursuant to Ariz. Sup. Ct.
                     R. 38(f)

20

21                       Donald Specter (Cal. 83925)*
                      Alison Hardy (Cal. 135966)*

22                       Sara Norman (Cal. 189536)*
                      Corene Kendrick (Cal. 226642)*

23                       **PRISON LAW OFFICE**
                      1917 Fifth Street

24                       Berkeley, California 94710
                      Telephone: (510) 280-2621

25                  Email:   dspecter@prisonlaw.com
                            ahardy@prisonlaw.com

26                             snorman@prisonlaw.com
                            ckendrick@prisonlaw.com

27                    *Admitted *pro hac vice*

28

78204-0001/LEGAL26800684.1

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:      dfathi@npp-aclu.org
            afettig@npp-aclu.org
            aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:      cnmitchell@jonesday.com
            dkiernan@jonesday.com
            scalderon@jonesday.com
            srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:      rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:      jlwilkes@jonesday.com
            tfreeman@jonesday.com

*Admitted *pro hac vice*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
              jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on June 7, 2013, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

7

8

9

10

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

11

12

13

14

15

16

17

18

19

*Attorneys for Defendants*

20

21

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

22

23

24

*Attorneys for Arizona Center for Disability Law*

25

26

s/ Delana Freouf

27

28