| | |
|---|---|
| 1 | Arizona Attorney General Thomas C. Horne |
| | Office of the Attorney General |
| 2 | Michael E. Gottfried, Bar No. 010623 |
| | Katherine E. Watanabe, Bar No. 027458 |
| 3 | Lucy M. Rand, Bar No. 026919 |
| | Assistant Attorney General |
| 4 | 1275 W. Washington Street |
| | Phoenix, Arizona 85007-2926 |
| 5 | Telephone: (602) 542-4951 |
| | Fax: (602) 542-7670 |
| 6 | Michael.Gottfried@azag.gov |
| | Katherine.Watanabe@azag.gov |
| 7 | Lucy.Rand@azag.gov |
| 8 | Daniel P. Struck, Bar No. 012377 |
| | Kathleen L. Wieneke, Bar No. 011139 |
| 9 | Rachel Love, Bar No. 019881 |
| | Timothy J. Bojanowski, Bar No. 22126 |
| 10 | Nicholas D. Acedo, Bar No. 021644 |
| | Courtney R. Cloman, Bar No. 023155 |
| 11 | Ashlee B. Fletcher, Bar No. 028874 |
| | Anne M. Orcutt, Bar No. 029387 |
| 12 | STRUCK WIENEKE & LOVE, P.L.C. |
| | 3100 West Ray Road, Suite 300 |
| 13 | Chandler, Arizona 85226 |
| | Telephone: (480) 420-1600 |
| 14 | Fax: (480) 420-1696 |
| | dstruck@swlfirm.com |
| 15 | kwieneke@swlfirm.com |
| | rlove@swlfirm.com |
| 16 | tbojanowski@swlfirm.com |
| | nacedo@swlfirm.com |
| 17 | ccloman@swlfirm.com |
| | afletcher@swlfirm.com |
| 18 | aorcutt@swlfirm.com |
| | *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-NVW <br><br> **DEFENDANT'S NOTICE OF ERRATA** |

Defendant Ryan files this Notice of Errata regarding his Notice of Service of Discovery Responses ("Notice") (Doc. No. 491). The Notice is signed by Anne M. Orcutt, counsel for Defendant. However, the Notice was inadvertently filed under the ECF login for Ashlee B. Fletcher, also counsel for Defendant. Defendant will contemporaneously file the Notice under the ECF login for Anne M. Orcutt.

DATED this 11th day of June 2013.

        STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Anne M. Orcutt
   Daniel P. Struck
   Kathleen L. Wieneke
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   Courtney R. Cloman
   Ashlee B. Fletcher
   Anne M. Orcutt
   STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
   Chandler, Arizona 85226

   Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
   Michael E. Gottfried
   Katherine E. Watanabe
   Lucy M. Rand
   Assistant Attorney General
   1275 W. Washington Street
   Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| Sara Norman: | snorman@prisonlaw.com |
| Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |

3

| | | |
|---|---|---|
| 1 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 2 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 3 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 4 | Jennifer K. Messina: | jkmessina@jonesday.com |
| 5 | Taylor Freeman: | tfreeman@jonesday.com |
| 6 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 7 | Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| 8 | Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| 9 | Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| 10 | Ajmel Quereshi: | aquereshi@npp-aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ *Anne M. Orcutt*