Dale Maisano 077872
Arizona State Prison Tucson Cimarron
P.O. Box 24406
Tucson, Arizona 85734
FILED ___ LODGED
RECEIVED ___ COPY
JUN 10 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In The United States District Court
For The District of Arizona

Dale Maisano                           CV 12-0601 PHX-NVW
  Appellant
  v.
Charles Ryan                 Notice of Appeal to The Ninth
et.al., Appellee(s)          Circuit Court of Appeals.

The Appellant is doing what The States Paralegal says to do, And Filings not accepted.
The Appellant is in imminent Danger see Davis V. Cook 2001 U.S. App. LEXIS 2491 (6th Cir 2-7-01), Reid V. Tirey, 1998 U.S. App. LEXIS 31758 (6th Cir 12-17-98) I'm going to Die I'm not given Food and Cordium. No Gun Please move Petition to 9th Cir Ct. of Appeals
Submitted the 7th Day of June 2013

cc. No Gun Cant send any         By /s/ Dale M.
                                  Dale Maisano

Send This Action Forthwith

**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## OFFICE OF THE CLERK

*Visit our website at www.azd.uscourts.gov*

**DEBRA D. LUCAS**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

June 4, 2013

Dale Maisano
#077877
Arizona State Prison Tucson Cimarron
P.O. Box 24408
Tucson, AZ 85734

Dear Mr. Maisano,

The enclosed documents are being returned to you pursuant to Order #462 filed in CV-12-601-PHX-NVW on May, 24, 2013.

Sincerely,

Cindy Duca
Cindy Duca
Operations Supervisor

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles J. Ryan, et al., | |
| Defendants. | |

The Court has received Dale Maisano's Emergency Order to Show Cause.

Dale Maisano is not a named plaintiff in this matter and may not file documents herein.

IT IS THEREFORE ORDERED that the Clerk return to Mr. Maisano the Emergency Order to Show Cause tendered by him.

IT IS FURTHER ORDERED that the Clerk shall not accept for filing any further documents from Dale Maisano without a prior motion and order of the Court allowing them to be filed. Anything submitted by Mr. Maisano without prior approval of the Court shall be immediately returned to Mr. Maisano by the Clerk's Office.

Dated this 24th day of May, 2013.

_____
Neil V. Wake
United States District Judge

Dale Maesaro  Original
Arizona State Prison Tucson Cim
P.O. Box 24408
Tucson, Arizona 85734

In The United States District
For The District of Arizona

Victor Antonio Parsons et. al.,    No CV 12-0601-PHX-NVW
        Plaintiff(s)
        V.
Charles Ryan. et. al.,                  Emergency
        Defendant(s)           Order to Show Cause

The Petitioner Comes to The Court. With a Spiritual Dilemma. Over The Past Few Years The Petitioner Has Suffered at The Hands of Respondents. And Feels now Functioning at a level of Diminished Capacity Deprived of lifes Basic Human Needs: Food, Medical Care, Mental Health Care. General Medical Care as well as Dental and Eye Care Under Arizona State of as well as Wexford and now maybe The Worst Corizon.

I can only Pray it Stops here. I'm on 24x7x365 Lockdown. Told by Guards to Stay in My Cell at all times except To Go To Medical.

I've read nothing in My Sentencing reference to Lockdown. Can This be corrected or is A DOC in violation of My Civil Rights. Should I not be afforded exercise, medical all types, Food etc.

Upon The Plaintiff arrival on 2-22-13 at This Hell Hole. The First Radio broadcast was Inmate Found Dead. And The Fact soon came He was Dead for Quite some time. Welcome To Hell!

I'm forced to Go into a Roach Infested Cell With a Mentally Ill Person, Whom Counts and refuse to clean. Whom eats about a Pound of Sugar Daily. Whom is up all hours The Cell Smells so bad, As Well as Mold issues. I've been ill from arrival, Head Pain Body Rashes and The Mental Aspects Constant Noise.

Maybe on of The Most Dangerous aspects is The ongoing interaction with The CO's, I'm told it was The cause of Death from The Dead Body upon arrival. My Cellie Must as Constant questions Both Day and Night, Such as when do I get out Food issues and a constant where is The Mail. It is a rule not to have contact. I'm forced to ask for food. And Officer trafice to My Cell is out of hand. Food if Given x 3 Per Day and Legal Mail Pick-up and Delivery and a constant array of Questions. This is Quite Dangerous.

(2)

It is Lockdown outside of a Lockdown Unit to beat The Requirements see Maisano V. Corizon Health Inc 13-mc-0031 (M.D. Tenn 2013) Judge Campbell. The Respondent(s) refuse access To Legal Access even with Court Order and Maisano V. Paralegal French was non Productive see 13-CV-260 PCC PSOT Tuc U.S. Dist. To The best of My Knowledge The Petitioner is The Only Lay-in / Lockdown 24x7 at This Unit, The rest are outside cells 2x1 hours Per Day some time up to one hour longer as well a gross violation of The Rules. This is a Level 3 Yard My Scores are Single Digit Which calls for Low Med Custody. Yet I'm Lockdown 24x7x365

Upon arrival The Petitioner was unable to access legal Mail see Maisano V. Arizona State of 13-CV-0226 RCC-PSOT, V. Forester 13-CV-0227 & 0233 RCC-PSOT as well as 251 RCC-PSOT, This was Done VIA Reg Mail Not Legal, Upon Finding out Legal Mail is Now Picked Up Only Not without early problems Courts saying we did not Get it and some never Filed etc.

Basic Human Need Such as Hygiene and Sanitation were denied 100% The First Week Not even a change of Clothing. Nothing to wash hands with or clean My self for which I Pass Urin Uncontroled and Defuecate The Same.

(3)

Things Like Daily Hot Medical Shower are denied from Time to Time. When let outside to Go To Medical I'm locked outside and Have Toilet Access issue even with a Medical Rapid Access S.N.O. see Maisano V. T. Schroeder 13-CV-258 RCC PSOT. This has been an ongoing issue Contrary to Rules Placed into effect unable to send only one copy. All movement is to be escorted No exceptions. I'm on a constant alone.

Prior to Going On Please Let Me Explain From 2-28-13 The Day I was Given Paper and Pen I've Filed 27 Court Actions in many Different U.S. Dist Cts. over 135 Pre-Grievances and Aprx 90 Grievances Most Re: Medical to Corizon Inc. and Most Un-responded to, None The Less I'm doing as The Policy Requires Step to Step.

Note I'm cold on a constant exposed to conditions which Violate The 8th and 14th Amendment of The U.S. Constitution This Unit Fits Tillery V. Owens (M.D. PA 1989) to The Tee all aspects. Heating/Cooling Showers over Crowded etc. Clean Air, Water etc.

As Stated Protection from excessive noise ongoing. The Staff were fully aware of what I would be subjected to see Harper V. Showers 174 F. 3d 716, 720 (5th Cir 1999 Antonelli V. Sheahan 81 F 3d 1422, 1433 (7th Cir 1996 Keenan V. Hall. 83 F 3d 1083, 1090 (9th Cir 1996). In The Middle of The Night if They Walk Guards Rush by The Door.

(4)

Note A Disciplinary was issued for banging Prior to My Arrival. None Past That Point

Exercise The Petitioner has Not one SNO but 2 reference Exercise one hr in building Walking Do To The Fact of Sun Issues VIA Medical and The second Status Must be Give 2 hours Per Day at Night No-Sun To Walk outside on sidewalk see Maisano V. Ryan 13-CV-256 RCC PSOT Exercise is Never Ever Given inside or out. It is a Basic Human need and do to Medical Issues was ordered by More than one Doctor. see Jolly V. Coughlin 76 F.3d 468, 480 (2nd Cir 1996); Anderson V. Coughlin. 757 F 2d 33, 35 (2nd Cir 1985);

The Petitioner is A Seventh Day Adventist SDA Whom As a Religious Preference Does not want to eat Meat

On 10-26-12 a Special Diet Medical Was ordered. Never One Meal was Given. On 4-18-13 By P.A. or N.P. Unger "Lacto Vegetarian Diet" which allows milk and milk products," Thus Far only 3 Type Meals have been given see Maisano V. Warden T. Schroeder 4-6-13 Denial of Food No response from Ct. V. Ryan 13-CV-0277 RCC, Arizona State of 13-CV-285, V. Ranier C. Collins 13-CV-304 RCC-PSOT, V. Trinity Corr. Food Service 13-CV-317 all RCC-PSOT. With 8 Still Pending Case Numbers.

This is not The First time being Denied Food in 2012 The Petitioner was Denied Food for aprx 180 Days. The Petitioner is a 15X ADA+ With a leaking Bladder/Kidney Issue

(5)

If The Petitioner were to go into a Chow Hall and Leak on a seat It could end in Death. It is Prison not Day Care. The Dead Man of 2-22-13 Cant Talk.

Yesterday as I'm given Lunch Meat for Dinner, "You refused Your Diet". Day or Two Prior I'm told "Medical say Dont Give You Fruit". And on and on. It is Given VIA Medical I have The Paperwork. I'm entitled To The Basic Human Need Food. From Time to Time No Food None at all is Given. This is a Civil Right Violation. Note I Do Write The U.S. Atty Gen. and D.O.J. with only Form Letters.

I'm told This Past Thursday By a P.A or N.A a Medical Housing Evaluation would be done.

Note The Petitioner has Doc 372 and I've chosen Prison Law Office Atty Donald Spector. But I'm quite sure His Office as well as the others are over welmed and I do Feel The Housing and Food Issues need to be addressed Prior to My Passing.

I've Filed over 325 Cases My Prison Time is well Documented My Medical Need are out of Sight but Food 3x Daily x 7 Days a week and Proper Housing is a basic Need.

Submitted This 29th Day of May 2013

By Dale Maisano

Dale Maisano

cc. Original to Clerk of The Court
Judges Copy VIA Clerk of The Court
Director Charles Ryan VIA U.S. Mail

Sent VIA U.S. Mail
This 29 of May 2013
By Dale Maisano  Dale Maisano

Dale Maisano 077877
Arizona State Prison Tucson Cmx
P.O. Box 24408
Tucson, Arizona 85734

In The United States District Court
For The District of Arizona

Victor Antonio Parsons et. al.,  No CV 12-0601-PHX-NVW
   Plaintiff(s)
  V.
Charles Ryan. et. al.,
   Defendant(s)  Emergency Order to Show Cause

 The Petitioner Comes to The Court. With a Spiritual Dielemma. Over The Past Few Years The Petitioner Has Suffered at The Hands of Respondents. And Feels now Functioning at a level of Diminished Capacity Deprived of lifes Basic Human Needs: Food, Medical Care, Mental Health Care, General Medical Care as well as Dental and Eye Care Under Arizona State of as well as Wexford and now maybe The Worst Corizon.

 I can only Pray it Stops here. I'm on 24x7x365 Lockdown. Told by Guards to Stay in My Cell at all times except To Go To Medical.

 Ive read nothing in My Sentencing reference to Lockdown. Can This be correct or is A DOC in violation of My Civil Rights. Should I not be afforded exercise, medical all types, Food etc.