1    Daniel Pochoda (Bar No. 021979)
     Kelly J. Flood (Bar No. 019772)
2    James Duff Lyall (Bar No. 330045)*
     **ACLU FOUNDATION OF ARIZONA**
3    3707 North 7th Street, Suite 235
     Phoenix, Arizona 85013
4    Telephone:  (602) 650-1854
     Email: dpochoda@acluaz.org
5           kflood@acluaz.org
            jlyall@acluaz.org
6
     *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)
7
     *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
8    *Dustin Brislan, Sonia Rodriguez, Christina Verduzco,*
     *Jackie Thomas, Jeremy Smith, Robert Gamez,*
9    *Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
     *Joshua Polson, and Charlotte Wells, on behalf of*
10   *themselves and all others similarly situated*

11   **[ADDITIONAL COUNSEL LISTED ON
      SIGNATURE PAGE]**
12

13                  UNITED STATES DISTRICT COURT

14                        DISTRICT OF ARIZONA

15   Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-NVW
     Dustin Brislan; Sonia Rodriguez; Christina           (MEA)
16   Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph
17   Hefner; Joshua Polson; and Charlotte Wells, on      **NOTICE OF DEPOSITION
     behalf of themselves and all others similarly       OF PAULETTE BOOTHBY**
18   situated; and Arizona Center for Disability Law,

19                     Plaintiffs,

20         v.

21   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
22   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
23   capacities,

24                     Defendants.

25

26

27

28

     78204-0001/LEGAL26919976.1

1    NOTICE IS HEREBY GIVEN that, pursuant to Fed. Rs. Civ. P. 26 and 30, the

2  deposition will be taken upon examination of the person whose name is stated below at

3  the time and place stated below before an officer authorized to administer oaths.   The

4  deposition will be recorded stenographically.

5    **PERSON TO BE EXAMINED:**          Paulette Boothby
                                         ADC HS Division
6                                        Quality/Clinical Pharmacy Monitor
                                         c/o Struck Wieneke, & Love, P.L.C.
7                                        3100 West Ray Road, Suite 300
                                         Chandler, Arizona 85226
8

9    **DATE AND TIME OF THE
     DEPOSITION:**                       July 31, 2013 at 9:00 a.m.

10   **PLACE OF THE DEPOSITION:**        Perkins Coie LLP
                                         2901 N. Central Avenue
11                                       Suite 2000
                                         Phoenix, Arizona 85012
12

     Dated:  June 13, 2013               **PERKINS COIE LLP**
13

14
                                         By:   s/ Amelia M. Gerlicher
                                               Daniel C. Barr (Bar No. 010149)
15                                             Amelia M. Gerlicher (Bar No. 023966)
                                               Kirstin T. Eidenbach (Bar No. 027341)
16                                             John H. Gray (Bar No. 028107)
                                               Matthew B. du Mée (Bar No. 028468)
17                                             2901 N. Central Avenue, Suite 2000
                                               Phoenix, Arizona 85012
18                                             Telephone:  (602) 351-8000
                                               Email:    dbarr@perkinscoie.com
19                                                        agerlicher@perkinscoie.com
                                                          keidenbach@perkinscoie.com
20                                                        jhgray@perkinscoie.com
                                                          mdumee@perkinscoie.com
21

22

23

24

25

26

27

28

78204-0001/LEGAL26919976.1

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    dpochoda@acluaz.org
          kflood@acluaz.org
          jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct.
R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org
          aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:    cnmitchell@jonesday.com
          dkiernan@jonesday.com
          scalderon@jonesday.com
          srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone: (202) 879-3837
Email:    rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:    jlwilkes@jonesday.com
          tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:    kmamedova@jonesday.com
          jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on June 13, 2013, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

Michael E. Gottfried
Katherine E. Watanabe

6

Lucy M. Rand
Assistant Arizona Attorneys General

7

Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov

8

Lucy.Rand@azag.gov

9

Daniel P. Struck
Kathleen L. Wieneke

10

Timothy J. Bojanowski
Rachel Love

11

Nicholas D. Acedo
Courtney R. Cloman

12

Ashlee B. Fletcher
Anne M. Orcutt

13

STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com

14

kwieneke@swlfirm.com
tbojanowski@swlfirm.com

15

rlove@swlfirm.com
nacedo@swlfirm.com

16

ccloman@swlfirm.com
afletcher@swlfirm.com

17

aorcutt@swlfirm.com

18

*Attorneys for Defendants*

19

20

Jennifer Alewelt
Asim Varma

21

Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW

22

jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org

23

skader@azdisabilitylaw.org

24

*Attorneys for Arizona Center for Disability Law*

25

s/ Delana Freouf

26

27

28

78204-0001/LEGAL26919976.1                    -4-