| | |
|---|---|
| 1 | Daniel Pochoda (Bar No. 021979) |
| | Kelly J. Flood (Bar No. 019772) |
| 2 | James Duff Lyall (Bar No. 330045)* |
| | **ACLU FOUNDATION OF ARIZONA** |
| 3 | 3707 North 7th Street, Suite 235 |
| | Phoenix, Arizona 85013 |
| 4 | Telephone: (602) 650-1854 |
| | Email: dpochoda@acluaz.org |
| 5 | kflood@acluaz.org |
| | jlyall@acluaz.org |
| 6 | |
| 7 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |
| 8 | *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco,* |
| 9 | *Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,* |
| 10 | *Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 11 | **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]** |
| 12 | |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) <br><br> **NOTICE OF DEPOSITION OF PATRICIA ARROYO** |
| Plaintiffs, | |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

78204-0001/LEGAL26925612.1

1  NOTICE IS HEREBY GIVEN that, pursuant to Fed. Rs. Civ. P. 26 and 30, the
2  deposition will be taken upon examination of the person whose name is stated below at
3  the time and place stated below before an officer authorized to administer oaths.  The
4  deposition will be recorded stenographically.

| | |
|---|---|
| **PERSON TO BE EXAMINED:** | Patricia Arroyo<br>ADC HS Division, Quality/Clinical Audit Nurse (Program Evaluation Specialist)<br>c/o Struck Wieneke, & Love, P.L.C.<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226 |
| **DATE AND TIME OF THE DEPOSITION:** | August 28, 2013 at 9:00 a.m. |
| **PLACE OF THE DEPOSITION:** | Perkins Coie LLP<br>2901 N. Central Avenue<br>Suite 2000<br>Phoenix, Arizona 85012 |

Dated:  June 13, 2013                    **PERKINS COIE LLP**


By:   s/ Amelia M. Gerlicher
      Daniel C. Barr (Bar No. 010149)
      Amelia M. Gerlicher (Bar No. 023966)
      Kirstin T. Eidenbach (Bar No. 027341)
      John H. Gray (Bar No. 028107)
      Matthew B. du Mée (Bar No. 028468)
      2901 N. Central Avenue, Suite 2000
      Phoenix, Arizona 85012
      Telephone:  (602) 351-8000
      Email:    dbarr@perkinscoie.com
                agerlicher@perkinscoie.com
                keidenbach@perkinscoie.com
                jhgray@perkinscoie.com
                mdumee@perkinscoie.com

78204-0001/LEGAL26925612.1

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaz.org
         kflood@acluaz.org
         jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
| | David C. Kiernan (Cal. 215335)* |
| 2 | Sophia Calderón (Cal. 278315)* |
| | Sarah Rauh (Cal. 283742)* |
| 3 | **JONES DAY** |
| | 555 California Street, 26th Floor |
| 4 | San Francisco, California 94104 |
| | Telephone: (415) 875-5712 |
| 5 | Email: cnmitchell@jonesday.com |
| | dkiernan@jonesday.com |
| 6 | scalderon@jonesday.com |
| | srauh@jonesday.com |

1  Caroline Mitchell (Cal. 143124)*
   David C. Kiernan (Cal. 215335)*
2  Sophia Calderón (Cal. 278315)*
   Sarah Rauh (Cal. 283742)*
3  **JONES DAY**
   555 California Street, 26th Floor
4  San Francisco, California 94104
   Telephone: (415) 875-5712
5  Email:  cnmitchell@jonesday.com
           dkiernan@jonesday.com
6          scalderon@jonesday.com
           srauh@jonesday.com
7
   *Admitted *pro hac vice*
8
   R. Scott Medsker (D.C. 976405)*
9  **JONES DAY**
   51 Louisiana Avenue, NW
10 Washington, D.C. 20001-2113
   Telephone: (202) 879-3837
11 Email:  rsmedsker@jonesday.com

12 *Admitted *pro hac vice*

13 John Laurens Wilkes (Tex. 24053548)*
   Taylor Freeman (Tex. 24083025)*
14 **JONES DAY**
   717 Texas Street
15 Houston, Texas 77002
   Telephone: (832) 239-3939
16 Email:  jlwilkes@jonesday.com
           tfreeman@jonesday.com
17
   *Admitted *pro hac vice*
18
   Kamilla Mamedova (N.Y. 4661104)*
19 Jennifer K. Messina (N.Y. 4912440)*
   **JONES DAY**
20 222 East 41 Street
   New York, New York 10017
21 Telephone: (212) 326-3498
   Email:   kmamedova@jonesday.com
22          jkmessina@jonesday.com

23 *Admitted *pro hac vice*

24 *Attorneys for Plaintiffs Shawn Jensen;*
   *Stephen Swartz; Dustin Brislan; Sonia*
25 *Rodriguez; Christina Verduzco; Jackie*
   *Thomas; Jeremy Smith; Robert Gamez;*
26 *Maryanne Chisholm; Desiree Licci; Joseph*
   *Hefner; Joshua Polson; and Charlotte*
27 *Wells, on behalf of themselves and all others*
   *similarly situated*
28

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

　　　　　　　　　　　　　　　s/ Delana Freouf