1 | Daniel Pochoda (Bar No. 021979)
2 | Kelly J. Flood (Bar No. 019772)
  | James Duff Lyall (Bar No. 330045)*
3 | **ACLU FOUNDATION OF ARIZONA**
  | 3707 North 7th Street, Suite 235
4 | Phoenix, Arizona 85013
  | Telephone: (602) 650-1854
5 | Email: dpochoda@acluaz.org
  |        kflood@acluaz.org
6 |        jlyall@acluaz.org

7 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

8 | *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
  | *Dustin Brislan, Sonia Rodriguez, Christina Verduzco,*
9 | *Jackie Thomas, Jeremy Smith, Robert Gamez,*
  | *Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
10 | *Joshua Polson, and Charlotte Wells, on behalf of*
   | *themselves and all others similarly situated*

11 | **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

12 |

13 | UNITED STATES DISTRICT COURT

14 | DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **NOTICE OF DEPOSITION OF CHARLES RYAN** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

1    NOTICE IS HEREBY GIVEN that, pursuant to Fed. Rs. Civ. P. 26 and 30, the

2    deposition will be taken upon examination of the person whose name is stated below at

3    the time and place stated below before an officer authorized to administer oaths.   The

4    deposition will be recorded stenographically.

5    **PERSON TO BE EXAMINED:**        Charles Ryan
                                         ADC Director
6                                        c/o Struck Wieneke, & Love, P.L.C.
                                         3100 West Ray Road, Suite 300
7                                        Chandler, Arizona 85226

8    **DATE AND TIME OF THE
     DEPOSITION:**                       September 11, 2013 at 9:00 a.m.
9

10   **PLACE OF THE DEPOSITION:**        Perkins Coie LLP
                                         2901 N. Central Avenue
                                         Suite 2000
11                                       Phoenix, Arizona 85012

12   Dated:  June 13, 2013               **PERKINS COIE LLP**

13

                                         By:   s/ Amelia M. Gerlicher
14                                       Daniel C. Barr (Bar No. 010149)
                                         Amelia M. Gerlicher (Bar No. 023966)
15                                       Kirstin T. Eidenbach (Bar No. 027341)
                                         John H. Gray (Bar No. 028107)
16                                       Matthew B. du Mée (Bar No. 028468)
                                         2901 N. Central Avenue, Suite 2000
17                                       Phoenix, Arizona 85012
                                         Telephone:  (602) 351-8000
18                                       Email:    dbarr@perkinscoie.com
                                                   agerlicher@perkinscoie.com
19                                                 keidenbach@perkinscoie.com
                                                   jhgray@perkinscoie.com
20                                                 mdumee@perkinscoie.com

21

22

23

24

25

26

27

28

78204-0001/LEGAL26927025.1

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     dpochoda@acluaz.org
           kflood@acluaz.org
           jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct.
R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Qureshi (Md. 28882)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org
           aqureshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
           dkiernan@jonesday.com
           scalderon@jonesday.com
           srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:     rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
           tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
           jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 13, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

s/ Delana Freouf