Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
      kflood@acluaz.org
      jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,
Dustin Brislan, Sonia Rodriguez, Christina Verduzco,
Jackie Thomas, Jeremy Smith, Robert Gamez,
Maryanne Chisholm, Desiree Licci, Joseph Hefner,
Joshua Polson, and Charlotte Wells, on behalf of
themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **NOTICE OF DEPOSITION OF GERALD THOMPSON** |

78204-0001/LEGAL26927191.1

1    NOTICE IS HEREBY GIVEN that, pursuant to Fed. Rs. Civ. P. 26 and 30, the

2    deposition will be taken upon examination of the person whose name is stated below at

3    the time and place stated below before an officer authorized to administer oaths.   The

4    deposition will be recorded stenographically.

5    **PERSON TO BE EXAMINED:**          Gerald Thompson
                                          Deputy Warden
6                                         ASPC - Eyman - SMU I
                                          c/o Struck Wieneke, & Love, P.L.C.
7                                         3100 West Ray Road, Suite 300
                                          Chandler, Arizona 85226
8

9    **DATE AND TIME OF THE
     DEPOSITION:**                        September 17, 2013 at 9:00 a.m.

10   **PLACE OF THE DEPOSITION:**         Perkins Coie LLP
                                          2901 N. Central Avenue
11                                        Suite 2000
                                          Phoenix, Arizona 85012
12

13   Dated:  June 13, 2013                **PERKINS COIE LLP**

14
                                          By:   s/ Amelia M. Gerlicher
15                                           Daniel C. Barr (Bar No. 010149)
                                             Amelia M. Gerlicher (Bar No. 023966)
16                                           Kirstin T. Eidenbach (Bar No. 027341)
                                             John H. Gray (Bar No. 028107)
17                                           Matthew B. du Mée (Bar No. 028468)
                                             2901 N. Central Avenue, Suite 2000
18                                           Phoenix, Arizona 85012
                                             Telephone:  (602) 351-8000
19                                           Email:    dbarr@perkinscoie.com
                                                       agerlicher@perkinscoie.com
20                                                     keidenbach@perkinscoie.com
                                                       jhgray@perkinscoie.com
21                                                     mdumee@perkinscoie.com

22

23

24

25

26

27

28

78204-0001/LEGAL26927191.1

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    dpochoda@acluaz.org
              kflood@acluaz.org
              jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
              afettig@npp-aclu.org
              aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          dkiernan@jonesday.com
          scalderon@jonesday.com
          srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:    rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com
          tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
          jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

1

<u>**CERTIFICATE OF SERVICE**</u>

2

I hereby certify that on June 13, 2013, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

Michael E. Gottfried
Katherine E. Watanabe

6

Lucy M. Rand
Assistant Arizona Attorneys General

7

Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov

8

Lucy.Rand@azag.gov

9

Daniel P. Struck

10

Kathleen L. Wieneke
Timothy J. Bojanowski

11

Rachel Love
Nicholas D. Acedo

12

Courtney R. Cloman
Ashlee B. Fletcher

13

Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.

14

dstruck@swlfirm.com
kwieneke@swlfirm.com

15

tbojanowski@swlfirm.com
rlove@swlfirm.com

16

nacedo@swlfirm.com
ccloman@swlfirm.com

17

afletcher@swlfirm.com
aorcutt@swlfirm.com

18

*Attorneys for Defendants*

19

20

Jennifer Alewelt
Asim Varma

21

Sarah Kader
ARIZONA CENTER FOR DISABILITY LAW

22

jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org

23

skader@azdisabilitylaw.org

24

*Attorneys for Arizona Center for Disability Law*

25

s/ Delana Freouf

26

27

28

78204-0001/LEGAL26927191.1

-4-