```
Jennifer A. Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
ARIZONA CENTER FOR DISABILITY LAW
5025 East Washington Street, Suite 202
Phoenix, Arizona  85034
(602) 274-6287
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Cathleen M. Dooley (Bar No. 022420)
ARIZONA CENTER FOR DISABILITY LAW
100 N. Stone Avenue, Suite 305
Tucson, AZ  85701
(520) 327-9547
jrico@azdisabilitylaw.org
cdooley@azdisabilitylaw.org
```
*Attorneys for Plaintiff*
*Arizona Center for Disability Law*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VICTOR ANTONIO PARSONS, et al., | ) |
| | ) No. 2:12-CV-00601-NVW |
| Plaintiffs, | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| | ) |
| CHARLES RYAN, et al., | ) Hon. Neil V. Wake |
| | ) |
| Defendants. | ) |
| | ) |

      J.J. Rico of the Arizona Center for Disability Law hereby enters his appearance as co-counsel of record on behalf of Plaintiff Arizona Center for Disability Law.  Mr. Rico's contact information is as follows:

J.J. Rico
Arizona Center for Disability Law
100 N. Stone Ave., Suite 305
Tucson, AZ 85701
Telephone: 520-327-9547
Email: jrico@azdisabilitylaw.org

Please add Mr. Rico to the Court's ECF notice service list.

Respectfully submitted this 27th day of June, 2013.

ARIZONA CENTER FOR DISABILITY LAW

/s/ *J.J. Rico*
Jennifer A. Alewelt
Asim Varma
Sarah Kader
Cathleen M. Dooley
J.J. Rico
*Attorneys for Plaintiff Arizona Center for Disability Law*

**CERTIFICATE OF FILING AND SERVICE**

I certify that on this 27th day of June, 2013, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this action:

Arizona Attorney General Thomas Horne
Office of the Attorney General
Michael Gottfried:          Michael.Gottfried@azag.gov
Lucy M. Rand               lucy.rand@azag.gov
Katherine Emiko Watanabe   Katherine.Watanabe@azag.gov

and

Timothy J. Bojanowski :    TBojanowski@swlfirm.com
Daniel P. Struck:          DStruck@swlfirm.com
Kathleen L. Wieneke:       KWieneke@swlfirm.com
Nicholas Daniel Acedo:     NAcedo@swlfirm.com
Courtney R. Cloman:        ccloman@swlfirm.com
Ashlee B. Fletcher:        afletcher@swlfirm.com
Anne Marie Orcutt          aorcutt@swlfirm.com
Rachel Love                rlove@swlfirm.com
STRUCK WEINEKE & LOVE, P.L.C.
*Attorneys for Defendants*

Caroline N. Mitchell:      cnmitchell@jonesday.com
Sophia Calderon:           scalderon@jonesday.com
Sarah Rauh:                srauh@jonesday.com
David C. Kiernan           dkieman@jonesday.com
R. Scott Medsker           rsmedsker@jonesday.com
John Laurens Wilkes        jlwilkes@jonesday.com
Kamilla Mamedova           kmamedova@jonesday.com
Jennifer K. Messina        jkmessina@jonesday.com
JONES DAY

James Duff Lyall:          jlyall@acluaz.org
Daniel Joseph Pochoda:     dpochoda@acluaz.org
Kelly Joyce Flood:         kflood@acluaz.org
ACLU FOUNDATION OF ARIZONA

| | |
|---|---|
| Corene T. Kendrick: | ckendrick@prisonlaw.com |
| Donald Specter: | dspecter@prisonlaw.com |
| Sarah Norman: | snorman@prisonlaw.com |
| Alison Hardy: | ahardy@prisonlaw.com |

PRISON LAW OFFICE

| | |
|---|---|
| Amy Fettig: | afettig@npp-aclu.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org |
| Ajmel A Quereshi: | aquereshi@npp-aclu.org |

ACLU NATIONAL PRISON PROJECT

| | |
|---|---|
| Daniel Clayton Barr: | DBarr@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com |
| Matthew Benjamin duMee | mdumee@perkinscoie.com |
| Amelia Morrow Gerlicher | agerlicher@perkinscoie.com |

PERKINS COIE LLP


/s/*Mavis Lauritzen*