**92-80377 Maisano v. - "Dispositive Order Filed"**
ca9_ecfnoticing  to:                                           07/11/2013 10:25 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 07/11/2013 at 10:24:59 AM PDT and filed on 07/11/2013

| | |
|---|---|
| **Case Name:** | Maisano v. - |
| **Case Number:** | 92-80377 |
| **Document(s):** | Document(s) |

**Docket Text:**
Filed order (ALEX KOZINSKI, WILLIAM C. CANBY and RICHARD C. TALLMAN) This court has reviewed the notice of appeal and accompanying documents filed June 10, 2013 in the above-referenced district court docket pursuant to the pre-filing review order entered in this docket. Because the appeal is so insubstantial as to not warrant further review, it shall not be permitted to proceed. See In re Thomas, 508 F.3d 1225 (9th Cir. 2007). This order, served on the district court for the District of Arizona, Phoenix, shall constitute the mandate of this court. No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions regarding this order shall be filed or entertained. [8699401] (SM)

**Notice will be electronically mailed to:**

USDC, Phoenix

**Case participants listed below will not receive this electronic notice:**

Dale Frank Maisano
ASPC - ARIZONA STATE PRISON COMPLEX - TUCSON
Winchester Unit
P.O. Box 24407

Tucson, AZ 85734-4407

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 92-80377.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=07/11/2013] [FileNumber=8699401-0]
[175a8d0eb1fd1aecfaa2c5d2dd282dfb53bc4cedd43e3846c7d4e88f3c985da982d1b889bfa90badb
b3ec3aed1d6b8063f68b289296377c6603b76028953598b]]


The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 8699401
**RELIEF(S) DOCKETED:**
  DISMISSED
  to issue mandate (for dispositive orders which act as mandate only)
**DOCKET PART(S) ADDED:** 9302219, 9302220, 9302221, 9302222