# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-NVW<br><br>**ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO STAY PROCEEDINGS PENDING RULE 23(f) APPEAL** |

　　Upon review of Defendants' Emergency Motion to Stay Proceedings Pending Rule 23(f) Appeal, and good cause appearing,

　　IT IS HEREBY ORDERED that Defendants' Motion is GRANTED, and that all proceedings in this matter, including, but not limited to, a stay of the class certification order and all discovery, are stayed until further notice.

2780503.1