| AO 435 (Rev. 10/05) *Read Instructions on Back:* | Administrative Office of the United States Courts  **TRANSCRIPT ORDER** | | **FOR COURT USE ONLY** **DUE DATE:** |
|---|---|---|---|
| 1. NAME Nicholas D. Acedo | 2. PHONE NUMBER (480) 420-1600 | | 3. DATE 7/11/2013 |
| 4. FIRM NAME Struck Wieneke & Love, P.L.C. | | | |
| 5. MAILING ADDRESS 3100 West Ray Road, Suite 300 | 6. CITY Chandler | 7. STATE AZ | 8. ZIP CODE 85226 |
| 9. CASE NUMBER 2:12-cv-00601-NVW | 10. JUDGE Hon. Neil V. Wake | DATES OF PROCEEDINGS 11. 1/25/2013 | 12. |
| 13. CASE NAME Parsons, et al. v. Ryan, et al. | | LOCATION OF PROCEEDINGS 14. Room 504 | 15. STATE |

**16. ORDER FOR**
- [✓] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [✓] OTHER (Specify) | |
| [ ] SENTENCING | | OA on Plaintiffs' Class | 01/25/2013 |
| [ ] BAIL HEARING | | Certification Motion | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | | |
| 14 DAYS | [✓] | [ ] | | PAPER COPY [ ] | |
| 7 DAYS | [ ] | [ ] | | E-MAIL [✓] | |
| DAILY | [ ] | [ ] | | DISK [ ] | |
| HOURLY | [ ] | [ ] | | PDF FORMAT [ ] | |
| REALTIME | [ ] | [ ] | | ASCII FORMAT [ ] | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS
nacedo@swlfirm.com  /  swolford@swlfirm.com

19. SIGNATURE /s/ Nicholas D. Acedo

20. DATE 7/12/2013

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY