1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Shawn Jensen, Stephen
   Swartz, Dustin Brislan, Sonia Rodriguez,*
8  *Christina Verduzco, Jackie Thomas, Jeremy Smith,
   Robert Gamez, Maryanne Chisholm, Desiree*
9  *Licci, Joseph Hefner, Joshua Polson, and
   Charlotte Wells, on behalf of themselves and all*
10 *others similarly situated*

11 **[ADDITIONAL COUNSEL LISTED ON
   SIGNATURE PAGE]**
12

13                UNITED STATES DISTRICT COURT

14                      DISTRICT OF ARIZONA

15 Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-NVW
   Dustin Brislan; Sonia Rodriguez; Christina            (MEA)
16 Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph
17 Hefner; Joshua Polson; and Charlotte Wells, on     **PRISONER PLAINTIFFS'**
   behalf of themselves and all others similarly      **MOTION TO SEAL ITEMS**
18 situated; and Arizona Center for Disability Law,   **ASSOCIATED WITH
                                                       OPPOSITION TO**
19                      Plaintiffs,                   **DEFENDANTS'
                                                       EMERGENCY MOTION TO**
20      v.                                            **STAY PROCEEDINGS
                                                       PENDING RULE 23(F)**
   Charles Ryan, Director, Arizona Department of      **APPEAL**
21 Corrections; and Richard Pratt, Interim Division
   Director, Division of Health Services, Arizona
22 Department of Corrections, in their official
   capacities,
23
                        Defendants.
24

25

26

78204-0001/LEGAL27303316.1

1

**Motion and Memorandum**

2     Pursuant to LRCiv 5.6, Prisoner Plaintiffs move for an order directing the clerk to

3 file under seal designated portions of documents associated with Prisoner Plaintiffs'

4 Opposition to Defendants' Emergency Motion to Stay Proceedings Pending Rule 23(f)

5 Appeal.   Specifically, Prisoner Plaintiffs move to seal portions of Prisoner Plaintiffs'

6 Opposition to Defendants' Emergency Motion to Stay Proceedings Pending Rule 23(f)

7 Appeal, and portions of Exhibits 1, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, and 15.  A redacted

8 version of these exhibits have been filed publicly.  Plaintiffs move to fully seal Exhibits 2,

9 3, and 16.  All the documents have been lodged with the Court in their entirety.

10    The exhibits Prisoner Plaintiffs move to seal contain prisoners' personal health

11 information and have been designated confidential under the Protective Order.  This Court

12 previously has ruled that prisoners' personal health information should be filed under seal

13 in accordance with the Protective Order in this case.  *See* Docs. 247, 325, 337, 369

14 (granting motions to seal filings based on, among other reasons, the inclusion of personal

15 health information); *see also Bell v. Perry*, 3:11-CV-00745-RCJ-WGC, 2012 WL

16 3779057, at *4 (D. Nev. Aug. 30, 2012) (where prisoner plaintiff alleged deliberate

17 indifference to serious medical needs, finding good cause to seal plaintiff's medical

18 records); *Seals v. Mitchell*, CV 04-3764 NJV, 2011 WL 1233650, at *5 (N.D. Cal.

19 Mar. 30, 2011) (sealing documents revealing information about prisoner's medical

20 records); *Lombardi v. TriWest Healthcare Alliance Corp.*, CV-08-02381-PHX-FJM, 2009

21 WL 1212170, at *1 (D. Ariz. Mar. 4, 2009) (sealing "sensitive personal and medical

22 information").    These documents also contain information Defendants consider

23 confidential.  To ensure that there is a public version of the filing, Prisoner Plaintiffs have

24 carefully redacted only those portions of their filing containing confidential information as

25 well as taking reasonable efforts to redact information Defendants may deem confidential.

26    As the Court has done previously, the Motion to seal should be granted.

1    Dated:  July 18, 2013           **PERKINS COIE LLP**

2

3                                 By:  s/ Kirstin T. Eidenbach
                                    Daniel C. Barr (Bar No. 010149)

4                                     Amelia M. Gerlicher (Bar No. 023966)
                                    Kirstin T. Eidenbach (Bar No. 027341)

5                                     John H. Gray (Bar No. 028107)
                                    Matthew B. du Mée (Bar No. 028468)

6                                     2901 N. Central Avenue, Suite 2000
                                    Phoenix, Arizona 85012

7                                     Telephone:  (602) 351-8000
                                    Email:    dbarr@perkinscoie.com

8                                              agerlicher@perkinscoie.com
                                             keidenbach@perkinscoie.com

9                                              jhgray@perkinscoie.com
                                             mdumee@perkinscoie.com

10                                   Daniel Pochoda (Bar No. 021979)

11                                   Kelly J. Flood (Bar No. 019772)
                                  James Duff Lyall (Bar No. 330045)*

12                                   **ACLU FOUNDATION OF**
                                  **ARIZONA**

13                                   3707 North 7th Street, Suite 235
                                  Phoenix, Arizona 85013

14                                   Telephone:  (602) 650-1854
                                  Email:    dpochoda@acluaz.org

15                                            kflood@acluaz.org
                                          jlyall@acluaz.org

16                                   *Admitted pursuant to Ariz. Sup. Ct.

17                                   R. 38(f)

18                                   Donald Specter (Cal. 83925)*

19                                   Alison Hardy (Cal. 135966)*
                                  Sara Norman (Cal. 189536)*

20                                   Corene Kendrick (Cal. 226642)*
                                  **PRISON LAW OFFICE**

21                                   1917 Fifth Street
                                  Berkeley, California 94710

22                                   Telephone:  (510) 280-2621
                                  Email:    dspecter@prisonlaw.com

23                                           ahardy@prisonlaw.com
                                          snorman@prisonlaw.com

24                                           ckendrick@prisonlaw.com

                                  *Admitted *pro hac vice*

25

26

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Qureshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:      dfathi@npp-aclu.org
            afettig@npp-aclu.org
            aqureshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:      cnmitchell@jonesday.com
            dkiernan@jonesday.com
            scalderon@jonesday.com
            srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:      rsmedsker@jonesday.com

*Admitted *pro hac vice*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:      jlwilkes@jonesday.com
                tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:      kmamedova@jonesday.com
                jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

1
## CERTIFICATE OF SERVICE

2       I hereby certify that on July 18, 2013, I electronically transmitted the above

3  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4  Notice of Electronic Filing to the following CM/ECF registrants:

5                 Michael E. Gottfried
                  Katherine E. Watanabe
6                 Lucy M. Rand
            Assistant Arizona Attorneys General
7            Michael.Gottfried@azag.gov
           Katherine.Watanabe@azag.gov
8              Lucy.Rand@azag.gov

9                 Daniel P. Struck
                Kathleen L. Wieneke
10              Timothy J. Bojanowski
                Rachel Love
11              Nicholas D. Acedo
                Courtney R. Cloman
12              Ashlee B. Fletcher
                Anne M. Orcutt
13       STRUCK WIENEKE, & LOVE, P.L.C.
               dstruck@swlfirm.com
14            kwieneke@swlfirm.com
           tbojanowski@swlfirm.com
15              rlove@swlfirm.com
             nacedo@swlfirm.com
16           ccloman@swlfirm.com
             afletcher@swlfirm.com
17            aorcutt@swlfirm.com
18             ***Attorneys for Defendants***

19               Jennifer Alewelt
                Asim Varma
20              Sarah Kader
                J.J. Rico
21             Cathleen M. Dooley
      ARIZONA CENTER FOR DISABILITY LAW
22          jalewelt@azdisabilitylaw.org
           avarma@azdisabilitylaw.org
23         skader@azdisabilitylaw.org
            jrico@azdisabilitylaw.org
24        cdooley@azdisabilitylaw.org
   ***Attorneys for Plaintiff Arizona Center for Disability Law***

25

26                    s/ Delana Freouf