UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**ORDER GRANTING MOTION TO SEAL ITEMS ASSOCIATED WITH PRISONER PLAINTIFFS' OPPOSITION TO DEFENDANTS' EMERGENCY MOTION TO STAY PROCEEDINGS PENDING RULE 23(F) APPEAL** |

Having received and considered the Motion to Seal Items Associated with Prisoner Plaintiffs' Opposition to Defendants' Emergency Motion to Stay Proceedings Pending Rule 23(f) Appeal, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion to Seal Items Associated with Prisoner Plaintiffs' Opposition to Defendants' Emergency Motion to Stay Proceedings Pending Rule 23(f) Appeal is **GRANTED**. The Clerk is directed to file the following documents lodged with Prisoner Plaintiffs' Motion to Seal Items Associated with Prisoner Plaintiffs' Opposition to Defendants' Emergency Motion to Stay Proceedings Pending Rule 23(f) Appeal: Prisoner Plaintiffs' Opposition to Defendants' Emergency Motion to

1 | Stay Proceedings Pending Rule 23(f) Appeal, and Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12,
2 | 13, 14, 15, 16.