*Parsons et al v. Ryan et al*
No. CV 12-00601-PHX-NVW (MEA)
Index of Exhibits

1    ASPC-Eyman Monitoring Report, April 15, 2013 ADC 088842

2    WEXFORD 000003

3    WEXFORD 000004-131

4    ASPC-Eyman Monitoring Report, April 16, 2013 ADC088816

5    ASPC-Florence Monitoring Report, April 27, 2013 ADC088847

6    ASPC-Florence Monitoring Report, April 14, 2013 ADC088852

7    ASPC-Florence Monitoring Report, April 30, 2013 ADC088863

8    ASPC-Florence Monitoring Report, April 16, 2013 ADC088885

9    ASPC-Phoenix Monitoring Report, April 28, 2013 ADC088976

10   ASPC-Yuma Monitoring Report, April 26, 2013 ADC089108

11   ASPC-Safford Monitoring Report, March 4, 2013 ADC88780

12   ASPC-Eyman Monitoring Report, April 4, 2013 ADC088727-32

13   ASPC-Eyman Monitoring Report, April 2013 ADC088727-32

14   ASPC-Phoenix Monitoring Report, April 5, 2013 ADC088771-79

15   Florence Complex Findings for March 2013 ADC088742-47

16   Defs' Resp. to Pl. Wells First Set of Interrog., Resp. to Interrog. No. 1
     (June 26, 2013)

17   Excerpts from 7/20/12 Hearing Tr.

# EXHIBIT

# 1

**April 2013 EYMAN COMPLEX**

| | Staffing | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | | **Notifications** | **Level** |
| 1 | Is there an approved staffing pattern available to the Site Manager (FHA)? | X | | | | 4/9/2013 3:26 PM Entered By:<br><br>Corizon Site Manager reported that he does have an approved staffing pattern and is working with the corporate office to fill vacant positions. | 1 |
| 2 | Are the adequacy and effectiveness of the staffing assessed by the facility's sufficient to meet the needs of the inmate population? | | X | | | 4/15/2013 12:48 PM Entered By:<br><br>Provider staffing is woefully inadequate. As of April 12, complex-wide there were over 450 charts in provider review carts. Between chronic care appointments and regular referrals to the provider lines, there were more than 3,500 appointments backlogged. The DON position is vacant. There is one physician's assistant for the entire complex (one registry provider is on a 5-week vacation). There is one psychiatrist for the entire complex. Staffing is insufficient to renew medications or see patients in a timely manner. Nurse lines are being kept for the most part, but when nurses' are sick or on leave or there are ICSs or unit lockdowns, lines have been cancelled. Although lockdowns and ICSs are unavoidable circumstances, illness and leave shortages are indicative of inadequate staffing to backfill positions.<br><br>But for the fact that the contract is so young, this performance measure would receive a red score. The staffing shortages - particularly the provider shortages - potentially create a dangerous environment for inmates who do not receive adequate care and staff who deal with an increasingly upset and volitile inmate population. This issue requires immediate attention.<br><br>4/9/2013 3:33 PM Entered By:<br><br>According to the site manager, there are only two medical providers for the Eyman Complex. At Meadows Unit staff reported that provider lines for referrals and chronic care visits total about 1,000. That unit has almost 1200 inmates and is a unit with high medical needs. Provider staffing is clearly not sufficient at Meadows. The nurse lines are sufficiently staffed at Meadows. In 9 of 10 charts reviewed, the inmate was seen within 24 hours of the HNR being triaged. In the other case, the inmate was seen on the second day after triage. | 3 |
| 3 | Are all positions filled per contractor staffing pattern? | | X | | | 4/15/2013 12:51 PM Entered By:<br><br>See the previous standard related to the adequacey and effectiveness of staffing. The number of providers is neither adequate nor in accordance with the contractor's staffing plan. | 2 |

# EXHIBIT 2
# FILED UNDER SEAL

# EXHIBIT 3

# FILED UNDER SEAL

# EXHIBIT 4

**April 2013 EYMAN COMPLEX**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 4/9/2013 3:51 PM Entered By:<br><br>In 10 of 10 charts reviewed at Meadows Unit, vitals were recorded in the SOAPE notes. | |
| 4 | Is the SOAPE format being utilized in the inmate medical record for encounters? | X | | | 4/16/2013 8:38 AM Entered By:<br><br>The SOAPE format is used appropriately at all units.  Although the education component is not always separately documented, the education note is included in the plan section.  For example, see the 4/11 note for #        at Rynning.<br><br>4/9/2013 3:59 PM Entered By:<br><br>MEADOWS UNIT - The SOAPE format is being utilized at Meadows Unit.  In some cases the education part of the note was not separately identified, but there was instruction/education in the plan (P) section of the note.  Some charts contained notes from CNAs that were not in the SOAPE format, but those notes were not sick call encounters and not relevant to this performance measure. | 1 |
| 5 | Are referrals to providers from sick call being seen within seven (7) days? | | X | | 4/16/2013 8:45 AM Entered By:<br><br>In almost no cases are sick call referrals seen within 7 days.  Rynning Unit has not had a provider for 6 weeks.  No unit reported having a provider more than two days per week.  Hundreds of HNR appointments/ referrals are backlogged at every unit.  The backlogged appointments go back to August.  Hundreds of charts are on provider carts in the Complex, many at units without a provider to see the patients. | 1 |
| 6 | Are nursing protocols in place and utilized by the nurses for sick call? | | X | | 4/16/2013 8:50 AM Entered By:<br><br>Nursing protocols are used at Cook Unit, but at no other unit.  Staff reports that Corizon is providing training on 4/18 on the use of its nursing protocols.<br><br>4/9/2013 4:03 PM Entered By:<br><br>At Meadows Unit I did not see any nursing protocols in the 10 charts I reviewed.  I will review with the Nurse Auditor to determine if the use of nursing protocols would be appropriate. | 1 |

# EXHIBIT
# 5

# April 2013 FLORENCE COMPLEX

| | Sick Call (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is sick call being conducted five days a week Monday through Friday (excluding holidays)? | | X | | 4/14/2013 4:19 PM Entered By:<br><br>Sick call being conducted at least 5 days/week.<br><br>4/27/2013 9:28 AM Entered By: .<br><br>East Unit review of sick call lines as of 4/26/13. appointment lists were reviewed indicating sick call was conducted 4/1, 4/2, 4/3, 4/5, 4/7, 4/8, 4/9, 4/11, 4/12, 4/13, 4/14, 4/15, 4/16, 4/17, 4/18, 4/19, 4/21, 4/23, & 4/24.<br><br>Kasson Unit did not have evidence of a nurses line being run in April. There were 2 appointment lists available for review, both from provider lines, one from 4/2 and one from 4/11.<br><br>South Unit review of sick call lines as of 4/15/13. Appointment lists were reviewed indicating sick call was conducted 4/1, 4/2, 4/2, 4/4, 4/5, 4/8, 4/9, 4/10, 4/11, 4/12, 4/13, & 4/14. As of 4/15 south Unit was in compliance with this performance measure.<br><br>4/15/2013 10:41 AM Entered By:<br><br>Central Unit review of sick call lines as of 4/11/13.<br>Appointment lists were reviewed indicating sick call was conducted 4/1/13, 4/2/13, 4/5/13, and 4/11/13. There was also one undated sick call appointment list available for review.<br><br>North Unit review of sick call lines as of 4/12/13.<br>Appointment lists were reviewed indicating sick call was conducted 4/1/13, 4/2/13, 4/3/13, 4/4/13, 4/5/13, 4/8/13, 4/9/13, 4/10/13 and 4/11/13. As of 4/12/13 North Unit was in compliance with this performance measure.<br><br>Under the terms of the contract (Solicitation # ADOC12-00001105; Section 2.7.2.6) sick call shall be performed daily Monday through Friday and for emergencies on Saturdays, Sundays, and Holidays. | 1 |
| 2 | Are sick call inmates being seen within 24 hours of the HNR being triaged (or immediately if inmate is identified with emergent medical needs)? | | X | | 4/14/2013 4:24 PM Entered By:<br><br>Globe- 5/10 charts reviewed revealed inmates were not being seen within 24 hours of HNR being triaged. (Amber) There is no weekend nursing staff at Globe, therefore HNRs are not picked up on the weekends. Below are some examples of my findings:<br>- HNR triaged 2/26/13, but refusal wasn't signed until 3/4/13.<br>- HNR triaged 2/26/13, but | 1 |