# EXHIBIT 6

## April 2013 FLORENCE COMPLEX

| | | | | |
|---|---|---|---|---|
| | | | EAST UNIT review of the following 10 inmates seen on sick call in April. Of these ten, six were in compliance 1 , & . The other four did not have evidence of education provided. KASSON unit: Review of four medical records , & . None of these 4 inmates had evidence of education provided. SOUTH UNIT Review of the following 10 inmates seen on sick call in April . Of these ten, 8 were in compliance . 2 records did not have evidence of education provided during encounter 4/17/2013 11:36 AM Entered By: NORTH UNIT Review of the following 10 inmates seen on sick call in April: Of these ten, two were in compliance & both had "E" addressed in the note. The other 8 did not have education provided. | |
| 5 | Are referrals to providers from sick call being seen within seven (7) days? | X | 4/14/2013 4:34 PM Entered By: ( . Globe- Amber. No Provider was on site the entire month of March, therefore those referred to Provider from sick call were not seen within 7 days. These include the following: - Was referred to Provider on 3/4/13, scheduled to be seen on 4/5/13. - Was referred to Provider on 3/4/13, scheduled to be seen on 4/5/13. - Was referred to Provider on 3/15/13, scheduled to be seen on 4/5/13. -Seen by Provider on 2/15/13 with order for doctor's line in 2 weeks, has not been seen. Scheduled to be seen on 4/5/13. 4/18/2013 12:03 PM Entered By: At East Unit, referrals from sick call seen in April were as old as January 26 ( ) and most were from earcly March (e.g. 4/27/2013 10:49 AM Entered By: CENTRAL UNIT Review of the following 10 inmates seen on sick call in April: | 1 |

# EXHIBIT 7

# April 2013 FLORENCE COMPLEX

| | Medical Records (Q) | | | | | |
|---|---|---|---|---|---|---|
| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
| 1 | Are medical records current, accurate and chronologically maintained with all documents filed in the designated location? | | X | | 4/14/2013 4:53 PM Entered By:<br><br>Globe-Green.<br><br>4/24/2013 7:55 AM Entered By:<br><br>Medical records were generally in compliance with this standard at each unit I visited (I did not review CBK). There was one chart at South Unit (    with HNRs that were not filed chronologically.<br><br>As a whole, medical records staff does a good job maintaining charts.<br><br>4/17/2013 2:37 PM Entered By: I<br><br>At Central Unit, HNRs and SOAPE notes were not chronologically maintained in several instances of charts reviewed (e.g.      and ;       ).<br><br>The charts reviewed at East Unit were in compliance with this standard.<br><br>4/30/2013 3:34 PM Entered By: .<br><br>Inmate       from NORTH UNIT was exposed to blood from a HIV positive inmate on April 24th. There was no progress note or SOAPE note documenting the incident in the inmate's medical record to indicate the inamte was seen by medical after being escorted by security to the health unit. Also no note to indicate the encounter he had with nursing staff on the 25th asking for the post exposure prophylactic antiretroviral drugs. No doctors order was written in the medical record to indicate what medication the inmate should be provided however there was a MAR indicating the inamte was receiving medication. No vital signs were ever taken according to the medical record.<br><br>4/28/2013 11:02 AM Entered By:<br><br>CENTRAL UNIT review of 10 medical records.<br><br>'. Of these 10, all were in compliance with this performance measure.<br><br>EAST UNIT review of 10 medical records.<br><br>Of these 10, one record had post it notes being used in the record (    and one had progress notes on top of the physician order tab. The othere eight were in compliance.<br><br>KASSON UNIT review of 5 medical records. | 1 |

# EXHIBIT 8

## April 2013 FLORENCE COMPLEX

| # | Question | | X | | Notes | Score |
|---|---|---|---|---|---|---|
| 2 | Are the adequacy and effectiveness of the staffing assessed by the facility's sufficient to meet the needs of the inmate population? | | X | | 4/16/2013 2:04 PM Entered By:<br><br>At Central Unit, there is a doctor for 5 8-hour days (M-F) and a PA for 4 10-hour days (M-Th). Staff reported that they are not to use overtime or registry nurses. The tentative schedule for May leaves numberous times when nurses are not scheduled, which would leave IPC uncovered, no nurses to provide insulin or other care on Sundays, and cell blocks without coverage on some days.<br><br>4/30/2013 1:46 PM Entered By:<br><br>CENTRAL UNIT Without a regular provider assigned to this unit. Currently behind 400+ chronic care appointments and multiple inmates waiting to see the HCP for follow up from nurses line and HNR issues. IPC and HU8 inmates are not receiving required phtsician rounds or follow up. Approximatly 160 charts awaiting provider review for labs, reports, med renewals, etc. CEntral Unit also did not evidence a sick call line being conducted Monday thru Friday in April as required.<br><br>EAST UNIT Has assigend HCP however remains 250+ behind on chronic care appointments and has approximatly 75-80 charts awaiting review.<br><br>NORTH UNIT Has assigned mid level provider however is 150+ behind on chronic care appointments and has 100+ charts needing provider review of labs, reports, med renewals, etc.<br><br>SOUTH UNIT Has no regular scheduled HCP. Currently 500+ behind on chronic care. Also has a minimum of 100 charts pending review by the provider Had a provider of 1/2 of a day last week and zero days this week.<br><br>Under the terms of the contract (Solicitation # ADOC12-00001105; Section 2.17) The Contractor must employ sufficient staffing and utilize appropriate resources to achieve contractual compliance.<br><br>Under the terms of the contract( Solicitation # ADOC12-00001105, Section 2.7.2.6) Sick call shall be performed daily Monday through Friday and for emergencies on Saturdays, Sundays, and Holidays. | 3 |
| 3 | Are all positions filled per contractor staffing pattern? | | X | | 4/23/2013 8:44 AM Entered By:<br><br>There continue to be staffing shortages throughout the complex. While providers (both medical and mental health) are most critical at this point, nurses are reporting that without the ability to use registry staff or overtime and with nurse hours being cut beginning the week of 4/28/13, they do not | 2 |

# EXHIBIT 9

## April 2013 PHOENIX COMPLEX

### Staffing

| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| 1 | Is there an approved staffing pattern available to the Site Manager (FHA)? | X | | | 4/28/2013 3:28 PM Entered By: | 1 |
| 2 | Are the adequacy and effectiveness of the staffing assessed by the facility's sufficient to meet the needs of the inmate population? | | X | | 4/28/2013 3:46 PM Entered By: <br><br>Nursing staffing is insufficient on Aspen Unit as demonstrated by consistent late medication pass. Supervisors have assisted and staff have been pulled from other units to cover; thus, affecting staffing on other inmate medical units. The staff schedule is inadequate in providing accurate up to date information on the reality of staffing at the Phoenix Alhambra Complex. Monitors have been informed by Corizon supervisors overtime and the use of agency is not permitted by upper management; however, an extremely high back load number intakes not being timely medically processed resulted in medical and medical records staff working until midnight last week. I have suggested initiating a Continuous Quality Improvement Study (CQI) to the Facility Health Administrator for the purpose of exploring a possible improvement in expediting the time necessary to medically process intake inmates in C area. | 3 |
| 3 | Are all positions filled per contractor staffing pattern? | | X | | 4/28/2013 4:04 PM Entered By: I<br><br>Non compliance as explained in Staffing-Performance Measure 2 notation, dated 4/28/13. | 2 |
| 4 | Is the Site Manager (FHA) kept infomed of recruiting efforts being taken to fill vacant positions by the corporate office? | X | | | 4/28/2013 5:17 PM Entered By: | 2 |

### Corrective Action Plans for PerformanceMeasure: Staffing

2 Are the adequacy and effectiveness of the staffing assessed by the facility's sufficient to meet the needs of the inmate population?
Level 3 Amber User:                    Date: 4/28/2013 3:46:08 PM

3 Are all positions filled per contractor staffing pattern?
Level 2 Amber User:                    Date: 4/28/2013 4:04:41 PM

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC088976