# EXHIBIT 10

## April 2013 YUMA COMPLEX

| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| | **Staffing** | | | | | |
| 1 | Is there an approved staffing pattern available to the Site Manager (FHA)? | X | | | 4/26/2013 6:44 PM Entered By: | 1 |
| 2 | Are the adequacy and effectiveness of the staffing assessed by the facility's sufficient to meet the needs of the inmate population? | | X | | 4/26/2013 6:45 PM Entered By:<br><br>The staffing is not adequate/effective to meeting the facility's needs of inmate population as evidenced by sick call not being conducted daily on yards, La Paz with 3-4 months backlog of chronic care visits, etc. | 3 |
| 3 | Are all positions filled per contractor staffing pattern? | | X | | 4/26/2013 6:52 PM Entered By: I<br><br>All positions are not filled per staffing pattern. As of 4/9/13, the following has occurred.<br>                      budgeted for     Open<br>Administrative Assistant-  2.0  1.0<br>Assistant HSA  1.0  1.0<br>Dental Assistant  6.0  2.0<br>Dental Director  1.0  1.0<br>Dental Hygienist  0.20  0.20<br>Dentist  3.0  2.0<br>LPN  10.50  2.5<br>Nurse Practitioner  3.0  3.0<br>Physician  1.0  1.0<br>Psych Associate  3.0  3.0<br>RN Supervisor  2.0  2.0<br><br>The facility is actively recruiting and continue to interview for all positions that are open. Yuma remains with only one full-time Provider. | 2 |
| 4 | Is the Site Manager (FHA) kept infomed of recruiting efforts being taken to fill vacant positions by the corporate office? | X | | | 4/26/2013 6:52 PM Entered By: | 2 |

# EXHIBIT 11

# EXHIBIT 11

## Dental

Appointments four plus months behind
No full time dentist.
The number of waiting dental patients transferred from Wexford to Corizon for all three yards follows. Graham 92 inmates, Tonto 66 inmates, Ft. Grant 126 inmates.

## Medical

Current wait times
Provider 1.7 days
Nursing  1.8 days
Mental Health 24 hours
No changes and no outstanding appointments in any of the disciplines.

## Pharmacy

This monitor visited the complex last evening. Medical staff, were in contact with the site Manager. They believed they had adequate medications from Wexford to last them until midnight. They had medications on board from Corizon to be used after midnight. The initial transition went smoothly with no reported issues.

## Corizon

Corizon IT has had a presence at this complex today. The regional Vice President has been in contact via e-mail and phone with the Site Manager.

## Grievances

One new grievance. There are no outstanding grievances.

## Off Site Specialty Appointments

There was a surgical procedure that was scheduled to be done last week. It was canceled by the specialty clinic. The report of this will be forwarded to Health Services Central Office staff.

# EXHIBIT 12

# ARIZONA DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES CONTRACT MONITORING BUREAU
## MEMORANDUM

**TO:** , ASPC-Eyman Site Manager

**THROUGH:** , Program Evaluation Administrator

**CC:** , Assistant Director
, Warden ASPC-Eyman

**FROM:** RN Audit Nurse Florence & Eyman Complexes

**DATE:** 04/04/2013

**SUBJECT:** Eyman Complex findings for March 2013

For March 2013 Audit Nurses were asked to evaluate performance measures related to chronic conditions and medical specialty consultations. I also reviewed medication issues and MARs on several units.

### Medication & MARs

BROWNING: MARs were found with medication noted as being not available to the inmate for a significant period of time.
- missing Haldol minimum of 10 days as of 3/29
- missed multiple psych meds between 3/17 & 3/23
- missed pain medication since 3/10
- missed cardiac med 3/11 thru 3/18 and vitamin for the entire month
- missed psych med between 3/17 and 3/25
- missed several critical chronic care medications at various times throughout March, multiple days at a time.
- missing medication since 3/22/13 as of 3/29/13
- had 2 psych meds ordered on 3/19, one arrived the other had not as of 3/29/13
- multiple medications missing for several days at a time throughout March
- multiple psych meds missing for 5 or more consecutive days in March
- multiple chronic care medication missing multiple consecutive days in March

MARs were found with multiple refused doses of medication however no refusals were documented in the chart.
- multiple refusals of psych meds per MAR
- multiple refusals of psych meds per MAR
- multiple refusals of psych meds per MAR
- multiple refusals of chronic care meds per MAR

MARs were found with missing signatures on multiple days throughout March indicating the inmate was not offered his medication.
- dates blank on 3/18 & 3/23
- dates blank on 3/19, 3/20, and 3/24.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC088727

   dates blank on 3/8, 3/9, 3/77, & 3/17
   blanks on 3/1, ¾, 3/11, 3/20, 3/22 & 3/23
   dates blank on 3/11 and 3/28
   dates blank on 3/7, 3/10, 3/11, 3/12, 3/13, 3/14, and 3/26
   blanks on 3/21, 3/22, 3/26, 3/27, and 3/28
   dates blank on 3/8, 3/18, 3/19, 3/20, and 3/23
   dates blank3/18, 3/19
   dates blank on 3/19
   psych injection blank on 3/17 as of 3/29
   psych injection blank on 3/13 as of 3/29

Also MAR of    is without inmate allergies listed and is without month and year documentation is being kept for.

COOK: MARs in at Cook unit were found to be in compliance in March. Examples were

MEADOWS: MARs were reviewed by   , Audit Nurse Coordinator on 3/15/13 with findings as follows.
Multiple MARs with initials being circled. When I had questioned this with Nurse   she tried to explain that the Inmates refuse or don't show up for their medications. I explained to her that the corresponding numbers on the back of the MAR should be used in the boxes on the front. For example, #1- refusal, #6 Not available, etc. There is no documentation on the back of any of the MARs for the reason why the inmate did not receive their medication.

RYNNING  MARs at Rynning were found to be in compliance with the exception of the following 3 MARs
   has inmate documented as no show for am med pass since 3/10/13
   notes inmate was no show for medication pass for 15 days in March
   has one blank on am pass 3/21/13 and one blank for pm pass on 3/27

**DO regarding refusals of medications states:**

**1101.12 REFUSAL OF TREATMENT**
**1.1 Non-Life Threatening - When an inmate with a medical condition is not life-threatening refuses medical treatment, health staff shall:**
**1.1.1 Explain to the inmate the consequences of not receiving treatment.**
**1.1.2 Complete a Refusal to Submit to Treatment form in the inmate's presence, and file it in the Unit Medical Record.**
**1.1.3 Ask two staff members, if the inmate refuses to sign the form, to witness the inmate's refusal and sign the form, indicating the inmate's refusal.**
**1.1.4 Honor the inmate's preference, if the inmate continues to refuse medical treatment.**
**1.1.5 Notify the Warden, Deputy Warden or Administrator the inmate has refused medical treatment for a condition which is not life-threatening.**
**1.1.6 Provide staff with instructions on how to respond to future medical situations involving the inmate who refused treatment.**
**1.1.7 Thoroughly document the situation for future reference and litigation which may occur, and be prepared to testify if subpoenaed to do so.**


**1101.03 Refusal- Appt./Med Line**
**1.7 Health Services staff shall notify the shift supervisor within four hours about inmates who do not appear for their scheduled appointments. Upon being notified, the shift supervisor shall:**
**1.7.1 Investigate and determine why the inmate failed to appear for the appointment and notify the Health Unit.**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER  ADC088728

**1.7.2** If the inmate refuses to keep the on-site appointment and refuses treatment, security staff shall bring the inmate, if compliant, to the Health Unit and health staff shall counsel the inmate on risks of refusing the appointment. If he/she still refuses the appointment, ask the inmate to sign the Refusal to Submit to Treatment, Form 1101-4 (Negativa de Someterse a Tratamiento, Form 1101-4S).

**1.7.2.1** If the inmate refuses to sign the form, Health Services staff shall have two independent witnesses attest to the refusal by signing the form.

**Per HSTM Chapter 5; Section 6.4; 3.7- Medication Administration-**
Prior to the medication being administered to the inmate, the nursing staff member must verify the medication against the MAR to ensure the appropriate person, dosage, time, route, medication.
- The MAR must accompany the nursing staff member during administration of the medication. Lockdown areas and security or clinical situations determined by the CRNSII as not conducive to safe control of the MAR are exempted from this requirement.
- As soon as the medication is administered the nursing staff will document on the MAR. Pre-charting of medication administration on the MAR is not authorized.

**Chronic care**
BROWNING: Findings were as follows.
- seen on 2/25/13 for chronic care, 90 day follow up was requested and due in May 2013. Education was provided at most recent chronic care appointment.
- seen on 1/14/13 for chronic care, 90 day follow up was requested and due in April 2013. Education was provided at most recent chronic care appointment.
- seen on 1/28/13 for chronic care, 180 day follow up was requested and due in July 2013. Education was provided at most recent chronic care appointment.
- seen on 3/12/13 for chronic care, 90 day follow up was requested and due in June 2013. Education was provided at most recent chronic care appointment.

COOK: Findings were as follows.
- last seen 12/5/12, with 90 day F/U due in March. As of 3/27/13 follow up appointment has not occurred. Education was provided at most recent chronic care appointment.
- last seen Jan 2013, follow up due in April 2013. Education was provided to this inmate during his most recent chronic care visit.
- last seen 11/8/12 was due follow up in Feb 2013. As of 3/27/13 appointment has not occurred.
- chronic care last seen 10/1/2012, was due in Jan 2013 but as of 3/27 has not occurred. Education was provided at most recent chronic care appointment.
- seen Jan 3013, education was provided, inmate due for follow up in 4/2013. Education was provided at most recent chronic care appointment.
- chronic care last completed Jan 2013. No follow up was ordered for this inmate with Asthma. Education was provided at most recent chronic care appointment.
- seen 6/19/12, was scheduled for 12/2012 but note in chart is incomplete, without any info that would indicate inmate was seen in December.
- last seen 11/14/12, was due for 90 day F/U in Feb 2013 but has not occurred.
- last seen 10/1/2012 follow up was doe Jan 2013 but has not been completed. Education was provided at most recent chronic care appointment.

MEADOWS: Findings were made by _____, Audit nurse coordinator on 3/15/13
Chronic care Inmates are not being seen within a timely manner. These include the following:
- cc HTN. Last cc visit was 7/10/12 with 90 day follow up. He has

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC088729

had no chronic care visit since 7/10/12.
    cc HTN, HIV, Hep C.  Last cc visit was 6/25/12 with 90 days, but no further visit.
    cc HTN; Seizure.  Last cc form was dated 2/27/13, but it was not completed or signed by a Provider.  Previous cc was dated 2/15/2 with
180 day follow up ordered.
    cc COPD; Cardiac.  CC form dated 12/18/12 with "X" marked through all 7 pages of form.  Prior cc visit was 9/27/12.
    cc Asthma, COPD. Last seen 4/5/12 with 180 day follow up.  Not seen as of 3/15/13.
    cc HTN; DM.  Last seen 6/29/12 with 90 day follow up, no cc visit since.

Additional findings found on Meadows are as follows:
    chronic care last seen on 6/5/12 with a request for 90 day follow up. As of 3/28/13 follow up was not completed.
    last chronic care was 6/29/12 with request for 90 day follow up.  As of 3/28/13 that follow up has not occurred.
    last chronic care was dated Oct 2011.  Inmate with HTN has not had documented B/P check since 10/2011 according to medical record.
    Chronic care last seen on 3/26/13 with request for 6 month follow up to be due in Sept 2013. This inmate was not provided any education during the 3/26/13 chronic care visit.
    chronic care HIV last seen 2/19/13 but no further follow up requests were made. Inmate was not provided any education.
    inmate seen 3/9/13 for chronic care and request for 90 day follow up was made which will be due in June 2013.  This inmate was not provided any education during this visit.
    inmate has HTN and hx of CA. Current medical record volume does not contain record of most recent chronic care appointment. This volume dates back to 9/2012.

Review of the expiring medication list for March indicated that all chronic medications were renewed prior to their expiration.

RYNNING: Unit has not had a Doctor or Mid level provider in at least 5 weeks.
    Chronic care last seen 3/13/12, 6 month follow up was not complete.
    chronic care last seen 11/7/12, follow up not due until May 2013
    chronic care last seen on 5/2012, 6 month F/U due in November has not occurred.
    chronic care last seen in October 2012, 3 month F/U due in January ahs not occurred.
    Chronic care seen 2/26/13 and found to be unstable, 30 day follow up requested but has not occurred.
    chronic care was seen 2/15/13, 90 day follow up due in May 2013.
    last documented chronic care appointment was 3/2012
    current medical record volume does not contain record of most recent chronic care appointment. This volume dates back to 9/2012.

Review of the expiring medication list for March indicated that all chronic medications were renewed prior to their expiration.

SMU I: Chronic care follow up appointments are not being seen according to their recommended treatment plan in some cases
    was seen 2/13/13 for chronic care, prior appointment was 7/3/12 and requested 6 mon F/U. The Feb 2013 follow up, though complete was 30 days over due. Inmate was provided education during this visit.
    was seen for chronic care 1/16/13, prior appointment was 6/11/12 and 6 month follow up was requested. The Jan 2013 follow up was in compliance. Education was provided to the inmate during his recent chronic care visit.
    was last seen for chronic care in November 2012 with a 3 month follow up being requested at that time.  Inmate was due for follow up in Feb 2013 however as of 3/29 appointment had not occurred. Inmate did receive education at his last chronic care appointment.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER    ADC088730

last seen for chronic care in December 2012, prior to that follow up inmate was last seen in July 2012. There was no follow up requested at December 2012 appointment and this inmate has HIV. There was also not any labs ordered nor education provided to the inmate.

last documented chronic care was 2/16/12, no education provided and no follow up since that time has occurred. Inmate has seizures.

## Medical Specialty Consultations
BROWNING:

seen by specialist 3/21/13. No note on file for review as of 3/26/13.
seen specialist 3/14/13, note reviewed by HCP on 3/21/13. Inmate was seen upon return by RN and recommendations made by specialist have been referred to HCP.
– seen for specialty eye appointment on 3/8/13. Note from this visit was reviewed on 3/11/13.
seen by GI on 3/5/13 and evaluated by RN upon return. Request by specialist was made on 1/22/13 for inmate to return to GI in 3 weeks. That did not occur until 3/5/13.
– seen by Neuro Ophthalmologist on 3/4/13 who recommended inmate have additional procedures. The specialist note was signed by HCP on 3/14/13 however the consults for the recommendations were not written.

COOK:

seen by derm 3/5/13 who recommended surgery. Consult for procedure was written on 3/7/13 but has not occurred.
seen Oncologist on 3/13/13 but as of 3/29, note not available in medical record for review.
seen by Cardiology 3/19/13. Note from consultation not found in medical record.
seen 3/15/13 by specialist who recommended cataract extraction and intraocular lens implant. Request for this was written but not signed by HCP.
cardiology note dated 3/19/13 not reviewed until 3/28/13. Referral for Cardiologist recommendations written 3/28/13.

MEADOWS: On 3/15/13 the following findings were made by                    , Audit Nurse Coordinator. There were approximately one hundred thirty (130) charts on the Provider review cart awaiting review ranging from abnormal labs, medication renewal to outside consult information.

Inmate         #            2/27/13 had PSA of 24.8. Was to have an Oncology appointment on 2/28/13, But no report in chart and nursing staff unclear if he went out to appointment. 3/13/13 note from Dr.          questioned if appointment was completed. His 2/27/13 abnormal PSA results were reviewed by Dr.           on 3/13/13, greater than the seven (7) days.

Inmate    #          has abnormal labs dated 2/22/13 and still have not been reviewed as of 3/15/13.
Additional findings were as follows:

- seen for wound care on 3/6/13 and notes from that appointment were reviewed by HCP on that same day.
– seen by Eye specialist on 3/4/13. As of 3/28/13 notes were not reviewed.
– follow up on the 3/15/13 finding made by K. Campbell found the inmates medical record still did not contain notes from his Oncology visit.
hospital notes dated 3/7/13 were reviewed by HCP on 3/12/13.

On follow up visit, only 61 charts remained for HCP review however a stack of labs and X-Ray reports approximately 5.5 to 6 inches thick were discovered and appear to be waiting to have the corresponding chart pulled and results reviewed by the HCP.

RYNNING:

    was sent to the hospital on 3/11/13. Inmate was seen by nursing upon return however hospital records have not been reviewed by HCP as of 3/29/13.

    inmate was sent to hospital on 2/28/13 and was seen by RN upon return however as of 3/29/13 the hospital notes had not been reviewed by HCP.

    inmate seen by outside specialist on 2/28/13. As of 3/29/13 surgical note had not been reviewed by HCP.

    was seen by Oncologist on 3/20/13. As of 3/29/13 there was no notes from the specialist to be reviewed

    inmate was referred to a hand surgeon on 1/19/13 due to fracture and was not seen by the surgeon until 3/14/13. The hand surgeon recommended a CT scan. As of 3/29/13 the hand surgeons notes have not been reviewed by HCP and a consult for CT scan has not bee requested.

    was sent to off-site cardiology appointment and ended up getting admitted. Inmate was discharged from the hospital on 3/21/13 but as of 3/29/13 the hospital discharge note had not been reviewed bu the HCP. Inmate was seen upon return by the RN.

Approximately 2.5 to 3 inch stack of lab and X-Ray reports and an additional 39 medical records with reports of varying types are awaiting review by HCP.

SMU I: 84 charts with reports of various types found awaiting review by HCP

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC088732

# EXHIBIT 13

# ARIZONA DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES CONTRACT MONITORING BUREAU
### ASPC-DOUGLAS
### MEMORANDUM

**TO:** , Corizon FHA

**THROUGH:** , ADC HSCMB Program Evaluation Administrator        , RN, ADC HSCNM Health Services Coordinator

**FROM:** , RN, Nursing Monitor

**DATE:** April 5, 2013

**SUBJECT:** Compliance Monitoring Activities/Findings for the month of March, 2013.

This memorandum is for the purpose of providing you a recap of the activities and observations I have encountered during my monitoring visits to the health areas this month.

As March 4, 2013 was the inception of the Corizon / ADC Health Service Contract, and as this required a very short transition from the previous contract vendor, a formal Monitor findings / corrective action plan was deemed not practical for this month. Beginning April, 2013, I will once again commence utilizing the M-GAR, and you and your team will be responsible for providing timely corrective action plans to any negative findings which may be encountered. Please be assured that while the M-GAR is utilized for the purpose of documenting negative findings, which in turn require timely written corrective action plans, my commitment to assisting you and your staff to attain and maintain compliance with ADC policy, the Health Services Contract, and NCCHC standards remains strong.

**CONTRACT INCEPTION:** in my opinion, was strong and displayed a real commitment by the corporate structure of Corizon to partner with ADC in this large and important undertaking. It was very good to see Corizon Corporate staff at the facility since the middle of February working to ensure as smooth a turnaround as possible and training the local staff in their duties and responsibilities. While there was a great deal of understandable anxiety by you and your staff, it was good to see the professional manner in which ALL reacted to this change.

**CHRONIC CARE CLINICS:** as you are well aware, chronic care appointments had been pushed to the back burner. While this was a difficult issue to contend with, with only one mid-level providing all the patient care at this facility, I am looking forward to great progress being made. The following charts were reviewed, and Nursing Supervisor was notified. Issues are being addressed.
The following findings need attention:
**Gila Unit:**
-HTn, Polycystic KD, seen on 12/12, due 2/13, past due,
-HTN, seen 11/12, next visit is not indicated

   -HTN seen 11/12, due 2/13, past due,
   Asthma, seen 4/12, due 10/12, past due, before take over
   –HTN, seen 6/12, due 12/12 past due
   186685-Asthma, seen 3/13/12, due 9/12, past due,
   HTN, seen 8/12, due 2/13, past due, form not noted. .

**Eggers Unit:**
   -HTN, seen 11/12, due 1/13 past due,
   -HTN seen 11/12, due 1/13, past due,
   - Asthma, seen 5/12, past due
   -HTN, Hep C, seen 8/12, due 2/13,
   -Asthma, seen 9/12, due 12/12 past due,

**Mohave Unit:**
   - HTN, seen 11/12, due 2/21/13 past due,
   -HTN, seen 7/12, due 12/12, past due
   -HTN, seen 7/12, due 1/13, past due
   HTN, Cancer, seen 6/12, due 11/12, past due

**Papago Unit:**
   -HTN, Hep C, seen 8/12, due 9/12, past due
   -Asthma, seen 6/12, due 12/12, past due
   -HTN, seen 6/12, due 12/12 past due
   -Asthma, seen 9/11, due 3/12, past due, before take over,
   HTN, seen 10/12, due 11/12 past due,
   -Asthma, seen 6/12, due 12/12

Are CC/DM inmates being provided coaching and education about their condition / disease and is it documented in the medical record
   Education is not documented
   Education not documented
   Education not documented
   Education not documented
   Education not documented
   Education not documented
   Education not documented

Medical Consults:
   - Facial Surgery
   Neuro
   - F/U Surgery
   Oral Surgery
   CT of Abdomen
   -Nephro

Consults were not reviewed in 7 day time frame due to shortage of providers.

**ADC POLICY, CONTRACT REQUIREMENTS and NCCHC STANDARDS:** these three areas are required to be followed explicitly. If there is ever any question as to how something needs to be accomplished, please refer to these documents. I am available as a resource and it is my duty, responsibility and desire to help ensure the success of Corizon Health to provide Constitutionally Mandated Health Care to the Inmate population.

Sincerely,


c.c          , AD, HSCMB
             , Douglas Compliance Monitor I

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC088726