# EXHIBIT 14

# ARIZONA DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES CONTRACT MONITORING BUREAU
## ASPC-DOUGLAS
## MEMORANDUM

**TO:**                              , Corizon FHA

**THROUGH:** l              , ADC HSCMB Program Evaluation Administrator                      RN, ADC
HSCNM Health Services Coordinator

**FROM:**              , RN, Nursing Monitor

**DATE:**       April 5, 2013

**SUBJECT:**    **Compliance Monitoring Activities/Findings for the month of March, 2013.**

This memorandum is for the purpose of providing you a recap of the activities and observations I have encountered during my monitoring visits to the health areas this month.

As March 4, 2013 was the inception of the Corizon / ADC Health Service Contract, and as this required a very short transition from the previous contract vendor, a formal Monitor findings / corrective action plan was deemed not practical for this month. Beginning April, 2013, I will once again commence utilizing the M-GAR, and you and your team will be responsible for providing timely corrective action plans to any negative findings which may be encountered. Please be assured that while the M-GAR is utilized for the purpose of documenting negative findings, which in turn require timely written corrective action plans, my commitment to assisting you and your staff to attain and maintain compliance with ADC policy, the Health Services Contract, and NCCHC standards remains strong.

**CONTRACT INCEPTION:** in my opinion, was strong and displayed a real commitment by the corporate structure of Corizon to partner with ADC in this large and important undertaking. It was very good to see Corizon Corporate staff at the facility since the middle of February working to ensure as smooth a turnaround as possible and training the local staff in their duties and responsibilities. While there was a great deal of understandable anxiety by you and your staff, it was good to see the professional manner in which ALL reacted to this change.

**CHRONIC CARE CLINICS:** as you are well aware, chronic care appointments had been pushed to the back burner. While this was a difficult issue to contend with, with only one mid-level providing all the patient care at this facility, I am looking forward to great progress being made. The following charts were reviewed, and Nursing Supervisor was notified. Issues are being addressed.

', Unable to verify when he was seen for CC appointment.

, Asthma, Inmate seen 10/12, Provider requested to see inmate mid 1/13. He has not been scheduled as of to date 3/8/13. Also, ROS: was not documented on CC form, Peak flow was ordered not documented. Provider ordered Hep B series vaccine to be administered. There is no documentation that a MAR was made. Nor did I find a MAR for Hep B vaccine in MAR section.

Inmate has not been seen for CC since 8/11. Nor is the CC discontinued for Asthma.

, Asthma, Inmate seen on 7/30/12, Provider did not specify time frame for next visit. VS not documented, Peak flow not documented.

, Asthma, Inmate seen 2/13, due 8/13, Peak Flow not documented,

Asthma, HCV+, Inmate seen 9/12, due 3/13. Subjective not filled out Peak flow not documented

**D & E Unit**

**Asthma, Inmate seen 2/13, due 4/13. ROS was not documented.**

**, Asthma, Inmate seen 2/13, due 4/13. ROS was not documented.**

Peak flow ordered by provider not documented for review.

, HTN, DM, Asthma/COPD, Chronic Care for DM, HTN not addressed. No labs ordered for renal function, Micro Albumin, HgAIC, Peak flow not documented, Inmate seen 2/13, not requested to be seen till 2/14. Inmates B/P was 113/72 at CC visit. Do we D/C HTN, CC? Hg AIC was 5.6 on 8/13/12.

, Inmate seen for CC on 11/12 , due 5/13. Labs were ordered to be done 1/13: CMP with lipids, CBC, Thyroid panel, Hg AIC, has not been completed.

**Baker Ward**

**, HIV, HCV+, Inmate seen 10/12, due 4/13. Order not noted.**

**Aspen Unit:**

, Seizures, Inmate seen for Physical Exam on 5/29/12. Has not been seen for CC. Carbamazepine medication is being renewed in a timely manner. CC log reflects inmate was seen 10/23/12, there is no documentation in the chart verify this information. The CC log reflects next appointment is 10/23/13.

, Inmate CC is Hep C, Inmate seen by provider on 5/12 for Hep C. Note indicates for f/u of Hep C at next yard. It has not been addressed as of to date. The CC log indicates no appointment pending.

**– Inmate CC is HTN, Seizures, Inmate admitted on 2/28/13 to Aspen unit. Inmate has not been seen for CC since 10/11.**

, Hep C. Inmate seen 2/13, will be seen 8/13. **The CC log reflect next appointment is 9/13 which is incorrect. CC form is not noted by nurse.**

, Inmate HTN, IDDM, Hep C+ , Last seen 11/12, CC due 2/13 past due,

, Inmate CC is Seizures, Inmate seen 12/12, due 2/12. Appointment is past due. CC form is not noted by Nurse.

, Inmate CC is Cancer, Inmate seen 5/12, due 5/13. CC form is not noted by Nurse. Education of disease process not documented :


**Aspen Unit:**

**Education is not documented**

**Education is not documented**

Education is not documented.

Education not documented

Education is not documented.

Education is not documented.

**Medical Consults:**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC088772

ŧ: Left Inguinal Hernia repair done in 1/17/13. Provider reviewed dictated note on 1/29/13. Inmate seen for f/u on 2/26/13.

∶ Cardiology AICD interrogation needed. Consult wrote 1/29/13. Call placed to CC awaiting call return on pending consult.

**ADC POLICY, CONTRACT REQUIREMENTS and NCCHC STANDARDS:** these three areas are required to be followed explicitly.  If there is ever any question as to how something needs to be accomplished, please refer to these documents.  I am available as a resource and it is my duty, responsibility and desire to help ensure the success of Corizon Health to provide Constitutionally Mandated Health Care to the Inmate population.

Sincerely,

c.c .              ., AD, HSCMB
                 . Compliance Monitor I

Phoenix
Corrective Action Plan-
Prepared By: ＿＿＿, FHA

| Problem Identified | Discussion | Corrective Action Plan | Responsible Person | Status | Anticipated Completion Date | Date Completed |
|---|---|---|---|---|---|---|
| The physical examination completed by a medical provider by day two of the intake process is non-compliant. | 72 hours recorded as the timeframe by which to have screening processes complete. ADOC12-00001105 2.9.2 | Will continue to monitor the Intake process for compliance with initial processing, to include: CBC, RPR, PPD screening, CXR if positive PPD, UA, Panorax X-ray, 14 Day Mental Health Assessment, Nursing Screening and Physical Exam. | ＿＿, RN, FHA And SMD | Complete. | | 4/2/13 |
| Sick call inmates being seen within 24 hours of the HNR being triaged (or immediately if inmate is identified with emergent medical needs) remains non-compliant. | HNRs to be picked up between 2000 and 0400 and will be triaged by 0800. HSTM 5.3.1. | Nursing staff trained on process of HNR collection, triage and treatment line. To be reinforced at nursing meeting scheduled for April 17, 2013, where staff will sign that they have received and comprehended said policy. Process compliance to be reviewed on a continuing basis by DON who will review weekly with FHA. | ＿＿, RN, FHA And ＿＿, DON | In process. | 4/19/13 | |
| Nursing protocols remain inconsistently utilized by the nurses for sick call and it appears there is not a sick call line by nursing. | "Nursing Assessment Protocols are clinical guidelines for licensed nursing staff when a practioner is not readily available or on site. Using these guidelines, licensed nursing staff may initiate protocols based on their nursing assessment and/or observation." ERO & NAPs Introduction to Nursing Assessment Protocols. | Nursing continuously encouraged to use their clinical judgment and apply NAPs when observed to be deemed necessary. | ＿＿y, RN, FHA And ＿＿, DON | Complete. | | 4/2/13 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

Phoenix
Corrective Action Plan-
Prepared By: ⸏, FHA

| Problem Identified | Discussion | Corrective Action Plan | Responsible Person | Status | Anticipated Completion Date | Date Completed |
|---|---|---|---|---|---|---|
| Laboratory results remain inconsistent in being provider reviewed. Lab results are not being reviewed by the on site provider. Additionally, the lab results are not transferred with the inmate in his medical record to his permanent yard in a timely manner creating a situation of unavailability of laboratory results to medical staff at the inmate's permanent facility. | "All laboratory test results are to be reviewed by a medical provider, psychiatrist, or dentist. "Panic" values contract laboratory are to be reported to the appropriate provider immediately for review and action, as necessary. Routine results will process as follows: -Test results are received by designated computer(s). -Results are placed in the inmate's medical record with a designated review stamp for provider review. -After provider review, the lab results are filed in the medical record." HSTM 4.2.0.8.0. | Medical Records staff to be trained on policy. Provider Review stamps to be ordered and readily available to Medical Records and Nursing staff in Clinic. MRLS to provide reinforcement and audit continuously. MRLS to review progress weekly with FHA. | ⸏⸏⸏, RN, FHA And MRLS | In process. | 4/23/13 | |

# Corizon Health
# MEMORANDUM

**To:**                   ι, PhD., Health Services Compliance Monitor

**From:**                 , RN, Facility Health Administrator

**Date: April 2, 2013**

**Subject: Response to Monitor Findings for March, 2013 at the Phoenix Alhambra Complex**

This memorandum is intended as a response to your investigation into the alleged compliance issues encountered during the month of March at the Phoenix Alhambra Complex.

**Intake**

**The physical examination completed by a medical provider by day two of the intake process is non-compliant as demonstrated by the following inmate medical records:**

Inmate      arrive      PE
              2/28/13   3/4/13 --  Arrived 2-28-13 -- PE completed 3-4-13 -- IBU & PCN Prescribed during PE -- 3-11-13 Extraction by Dr.
              3/6/13     3/9/13 -- Arrived 3-6-13 and PE 3-9-13 by Dr. ι          & transferred 3-12-13 -- Healthy no issues
              3/6/13     3/11/13 -- Arrived 3-6-13 and PE completed 3-11-13 - Transferred 3-12-13
              3/5/13     3/8/13 -- PE on 3-8-13 No C/C noted by MD
              3/8/13     3/14/13 -- Arrived 3-8-13 -- Prescriptions written 3-8-13 by              -- PE completed 3-14-13 Transferred 3-15-13
              3/9/13     3/13/13 -- No C/C noted by MD -- MH 3-11-13
              3/7/13     3/12/13 -- No C/C noted by MD
              3/6/13     3/9/13 -- No C/C noted by MD
              3/11/13   3/14/13 -- No C/C noted -- Released on the 3-15-13

**Sick call inmates being seen within 24 hours of the HNR being triaged (or immediately if inmate is identified with emergent medical needs) remains non compliant.**

The following inmates have already been transferred without receiving medical or dental attention for their complaints specified in their HNR and their HNRs remained here on 3/13/15. HNR:
              HNR dated 3/11 inmate states dental needs/ HNR nurse response on 3/13/13 -- No information in this chart regarding this HNR
(All three copies were together indicating inmate did not receive a response) --- No information in this chart regarding this HNR
              HNR dated 3/11/13 inmate requests filling/ HNR nurse response on 3/13/13 -- No information in his chart regarding this HNR

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC088776

HNR dated 3/11/13 inmate states "had cavity filled-tooth hurts bad, gum swollen-this is an emergency"/ HNR nurse response on 3/12/13"refer to dental" -- Documentation not received unable to verify

HNR dated 2/26/13 inmate requests denture supplies/ HNR nurse wrote no response in the response space --

 -- HNR dates 3-5-13 Picked up on 3-6-13 triaged to Dental per Nursing -- 3-11-13 Dental issued denture adhesive; #2 HNR date 2-26-13 by inmate answered    on the 3-13-13 by dental indicating that medication was issued on 3-11-13. Dates are not consistent with HNRs.

HNR dated 3/4/13 -inmate states he is in pain and was scheduled for oral surgery in county, and that was 7 weeks ago/ HNR response by nurse dated 3/7/13-"refer to dental" - Inmate transferred 3-7-13

**Nursing protocols remain inconsistently utilized by the nurses for sick call and it appears there is not a sick call line by nursing.**

Inmate writes he has been taking medication for blood pressure and a blood thinner. He writes he has a pulmonary embolism and feels lightheaded. Response from nurse on HNR: "When you see the Dr. be sure to tell him what you need." -- 3-8-13 RN intake completed -- PE 3-12-12

HNR inmate request "diabetic shoes" /HNR nurse response: Get at the next yard. Response was dated 3/7/13-inmate is still here on 3/12/13. -- Transferred 3-6-13 - upon arrival C/C for I/M states didn't receive shoes -- Good chance in his short time here shoes in his size were not available.

HNR inmate states has earache / HNR nurse response: Dr. Line -- Documentation not received unable to verify

HNR dated 3/4/13 -inmate states he is in pain and was scheduled for oral surgery in county, and that was 7 weeks ago/ HNR response by nurse dated 3/7/13-"refer to dental" -- NO HNR in chart -- Inmate seen 2-6-13 @1400 and prescribed IBU PRN for pain - Inmate transferred 3-7-13

HNR dated 3/11 inmate states he has a toothache/ HNR response from nurse is to submit HNR at permanent facility. (All three copies were still together on the HNR indicating inmate never received response, now, on 3/13/13, inmate has been transferred; however, his HNR remains here.) -- Was seen 3-5-13 by Dr.            for complete PE.  No issues on C/C per inmate and doctor.  -- Inmate transferred 3-11-13

HNR inmate states head pain/ HNR nurse response "Dr. Line" -- Inmate transferred 3-14-13

HNR –inmate states dental pain/HNR response on 3/8/13 from nurse, "Refer to Dental" (all three pages on the HNR were still together indicating inmate never received a response, now, on 3/13/13, inmate is transferred; however, his HNR remains here. -- Inmate seen by S.         on 3-6-13 prescribed IBU & to follow up with Dental at next yard -- Inmate transferred 3-7-13.

HNR dated 3/3/13- inmate states socks were taken during a "shake down"; he needs a sock for his leg brace / HNR nurse response on 3/5/12: "I will contact security." -- HNR picked up 3-5-13 @0800 -- Response on HRN 3-5-13 @ 0830 -- Inmate transferred A02 3-4-13

HNR  dated 3/4/13 inmate states tooth pain/ HNR response on 3/5/13, will be seen by dental-HNR remains here on 3/13/13 indicating inmate did not receive a response or was not evaluated -- Seen by Dr.        on 3-2-13 prescribed IBU & Z-Pack for prn pain -- Inmate transferred 3-5-13

HNR inmate states has "cyst on butt crack"/HNR response from nurse  "Dr. Line" -- Reoccurring cyst there is multiple documentation regarding this issue -- 3-23-13 F/U with Dr.        for procedure

HNR dated 3/4/13 -inmate states he is in pain and was scheduled for oral surgery in county, and that was 7 weeks ago/ HNR response by nurse dated 3/7/13-"refer to dental" -- Double entry -- See above -- NO HNR in chart -- Inmate seen 2-6-13 @1400 and prescribed IBU PRN for pain - Inmate transferred 3-7-13

HNR dated 3/11/13 inmate states "had cavity filled-tooth hurts bad, gum swollen-this is an emergency"/ HNR nurse response on 3/12/13"refer to dental" -- Released in 2001

HNR dated 3/13/13 inmate complaint is of stomach pains and "gastritis" /HNR nurse response on 3/14/13 is "Dr Line" -- 3-15-13 seen by Dr. Epstein prescriptions written

HNR dated 3/13/13 inmate writes "emergency" "teeth hurt"  "face swollen" pain/ HNR nurse response on 3/14/13 is "refer to dental"
  -- Documentation not received unable to verify

**LABORATORY RESULTS remain inconsistent in being provider reviewed:** Lab results are not being reviewed by the on site provider. Additionally, the lab results are <u>not</u> transferred with the inmate in his medical record to his permanent yard in a timely manner creating a situation of unavailability of laboratory results to medical staff at the inmate's permanent facility.

The following laboratory results were filed in the medical record ready for transfer to the permanent yard and <u>not provider reviewed</u>:
       -- Arrived 3-11-13, labs collected on the 13th - results received on the 14th & IM transferred on 3-15-13.
            - Documentation not received unable to verify
            - PA (         reviewed labs & SOAPE documented on 3-11-13
            - Documentation not received unable to verify
            - No labs in chart.  Arrived 3-11-13 transferred 3-14-13 labs reviewed 3-15-13 at yard
            - Labs reviewed & SOAPE documentation on 3-11-13 by PA
            - PE 3-5-13 labs printed 3-15-13 as of 3-18-13 labs given to            MD
            - Documentation not received unable to verify

Medical Record
            -- Labs NOT in chart -- Arrived 3-8-13 transferred 3-15

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER        ADC088778

-- Labs reviewed 2-12-13 by Dr. Dimaano
Had no lab results are filed in their chart.

The following inmate laboratory results have not been provider reviewed:

-- Arrived the 3-5-13 and transferred 3-6-13 and reviewed 3-7-13 at yard
-- Labs review & stamped 3-12-13 by                    MD
-- Documentation not received unable to verify
-- Documentation not received unable to verify
-RESULTS available on 3/7/13; however, **3/13/13** inmate laboratory results remain unreviewed by provider


-- Documentation not received unable to verify
- RESULTS available on 2/25/13:; however, **3/13/13** inmate laboratory results remain  unreviewed  by the provider


-- PVT arrived 2-22-13 & transferred 3-1-13 -- Results arrived after he was transferred.
-- Documentation not received unable to verify
- RESULTS available on: 3/1/13; however, **3/13/13** inmate laboratory results remain unreviewed by the provider


-- Documentation not received unable to verify
- RESULTS available on 3/5/13:; however, **3/13/13** inmate laboratory results remain unreviewed  by the provider


-- Labs reviewed and stamped by                MD on 3-13-13,
-- Documentation not received unable to verify -- Chart unavailable
--Labs were reviewed & stamped by               on 3-13-13
--Labs reviewed by            | MD on 3-12-13 with SOAPE documented
   Not valid I/M number, possible transcription
-- Labs reviewed & Stamped by             MD on 3-13-13
Documentation not received unable to verify
RESULTS available on 3/11/13; however, on **3/15/13** were unreviewed by the provider


-Results reviewed and SOAPE note documented by              MD on 3-13-15 @1300.
RESULTS available on 3/7/13however, on **3/15/13** the following laboratory results were unreviewed by the provider

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC088779

# EXHIBIT 15

# ARIZONA DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES CONTRACT MONITORING BUREAU
## MEMORANDUM

**TO:**                              , **ASPC-Florence Site Manager**

**THROUGH:**              , Program Evaluation Administrator

**CC:**              , Assistant Director
                  , Warden ASPC-Florence

**FROM:**                    RN Audit Nurse Florence & Eyman Complexes

**DATE:**    04/04/2013

**SUBJECT:**  **Florence Complex findings for March 2013**

For March 2013 Audit Nurses were asked to evaluate performance measures related to chronic conditions and medical specialty consultations. I also reviewed medication issues and MARs on several units.

**Medication and MARs**
> Many inmates are not receiving their prescribed medication and MARs remain incomplete or are being filled out incorrectly.

EAST UNIT: At minimum 47 inmates were allowed to not show up for watch swallow medication line. List below generated on 3/25/13 and was discussed with the Nursing Supervisor on East unit on that date.
> no-show entire month of March
> no-show entire month of March
> no-show entire month of March
> no-show entire month of March
> no-show most of March
> no-show since ordered
> no-show most of March
> no-show entire month of March
> no-show entire month of March
> (MAR without IM #)- no-show most of March
> no-show since ordered
> no-show entire month of March
> no-show for am meds entire month of March, does take pm meds
> no-show for am meds entire month of March, does take pm meds
> no-show entire month of March
> no-show most of March
> no-show entire month of March
> no-show most of March
> no-show most of March
> no-show most of March
> no-show most of March
> no-show entire month of March

no-show most of March
no-show entire month of March
no-show most of March
no-show entire month of March
no-show entire month of March
no-show most of March
no-show most of March
no-show most of March
no-show most of March
no-show most of March
no-show most of March
no-show most of March
no-show most of March
no-show most of March
no-show entire month of March
no-show most of March
no-show most of March
  (MAR without IM #)- no-show most of March
no-show most of March
no-show most of March
no-show for am meds entire month of March, does take pm meds
 no-show most of March
no-show entire month of March
no-show most of March

**DO regarding refusals of medications states:**

**1101.12 REFUSAL OF TREATMENT**
**1.1 Non-Life Threatening – When an inmate with a medical condition is not life-threatening refuses medical treatment, health staff shall:**
**1.1.1 Explain to the inmate the consequences of not receiving treatment.**
**1.1.2 Complete a Refusal to Submit to Treatment form in the inmate's presence, and file it in the Unit Medical Record.**
**1.1.3 Ask two staff members, if the inmate refuses to sign the form, to witness the inmate's refusal and sign the form, indicating the inmate's refusal.**
**1.1.4 Honor the inmate's preference, if the inmate continues to refuse medical treatment.**
**1.1.5 Notify the Warden, Deputy Warden or Administrator the inmate has refused medical treatment for a condition which is not life-threatening.**
**1.1.6 Provide staff with instructions on how to respond to future medical situations involving the inmate who refused treatment.**
**1.1.7 Thoroughly document the situation for future reference and litigation which may occur, and be prepared to testify if subpoenaed to do so.**


**1101.03 Refusal- Appt./Med Line**
**1.7 Health Services staff shall notify the shift supervisor within four hours about inmates who do not appear for their scheduled appointments. Upon being notified, the shift supervisor shall:**
**1.7.1 Investigate and determine why the inmate failed to appear for the appointment and notify the Health Unit.**
**1.7.2 If the inmate refuses to keep the on-site appointment and refuses treatment, security staff shall bring the inmate, if compliant, to the Health Unit and health staff shall counsel the inmate on risks of refusing the appointment. If he/she still refuses the appointment, ask the inmate to sign the Refusal to Submit to Treatment, Form 1101-4 (Negativa de Someterse a Tratamiento, Form 1101-4S).**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC088743

**1.7.2.1 If the inmate refuses to sign the form, Health Services staff shall have two independent witnesses attest to the refusal by signing the form.**

Additional MARs were found without initials on several dates indicating medication was not offered to the inmate at all on that date and time.

had blanks for am and pm doses on 3/18 and 3/19.

had 3 psych medications ordered on 2/28/13 and according to the MAR inmate did not begin receiving this medication until 3/20/13.

Has multiple blanks throughout March indicating the inmates medication was not offered to him.

MAR has multiple dates without signature and several dates inmate did not take medication, MAR not clear if med was refused or inmate did not show.

MAR has several dates without signature .

Mar indicates inmate did not receive medication for the first 12 days of the month and from the 13 thru the 24th either did not show up or refused the meds at the window.

KASSON: Many MARs were discovered with medications that were not available to the inmate for multiple days in a row during the month of March.

MAR indicates medication was not available to the inmate between 3/18 and 3/26. Additional medication for the same inmate was no available between 3/3 and 3/14.

MAR indicates medication order expired on 3/19/13 however MAR indicated medication was given to the inmate thru 3/26/13 Page 2 of MAR for same inmate has order without order origination, without month and year the documentation is being kept for, and is without name of ordering HCP or initials of nurse creating MAR.

MAR indicates medication was not available to the inmate between 3/4/13 and 3/23/13. MAR indicates inmate was without medication from 3/1/13 until 3/22/13.

MAR indicates inmate was without medication from 3/11/13 thru 3/18/13 and this MAR was also not signed on 3/19 and 3/20

MAR indicates medications were not available from 3/1/13 thru 3/18/13.

Also at Kasson an issue was discovered on IM                who was seen by Psychiatry on 2/26/13 and prescribed Prolixin 2mg PO QPM x 15 days then increase dose to 5mg PO QPM x 180 days. Reviewing the MARs it appears the inmate's meds were not available until 3/23 or 3/24, almost a month after they were prescribed. The MAR appears as though the inmate was provided 2 mg for maybe 8 or 9 days at the end of March and possibly 5 mg on 3/28 & 3/29 but really hard to say due to the line drawn through both the 2 mg dose for that day and the 5 mg dose for that day then the April MAR D/C's the 2 mg and indicates the inmate has received the 5 mg on 4/1 and 4/2 yet this April MAR clearly states the inmate is to receive the 2 mg dose thru 4/3.  When I looked at the inmates actual medication, which according to the pill cards were dispensed on 3/19/13, there are only 6 of the 5mg tabs missing and none of the 1 mg tablets have been removed.

SOUTH:  I reviewed a small sample of MARs and had the following findings.

was in compliance

has several dates left blank for the 1300 dose of the IM's medication.

was in compliance

has several dates left blank for the 1300 dose of the IM's medication.

medication was changed from KOP to DOT on 3/18 and MAR indicates inmate has not taken medication since. No refusals were found.

MAR was in compliance

MAR indicates inmate has not showed up for medication for the entire month of March, also same MAR has dates left blank for am meds 3/22 thru 3/24.

MAR indicates inmate was given a medication for 4 days that was not ordered for him

MAR indicates inmate has either not shown up or medication has not been provided 3/22 thru 3/24.

NORTH:   Many MARs were discovered during an audit by                   on 3/14/13 with dates left blank indicating the inmate had not been offered his medication.  Examples include the following:

        Clopidogrel 0600 on 3/6, 3/10, 3/11 and 3/12.
        Fluxetine 0600 on 3/1, 3/6, 3/10, 3/11 and 3/12.
        Lithium, Diphenhydramine and Risperidone 1800 on 3/9 and 3/10.
        Gabapentin 0600 on ¾, 3/5 and Amitriptyline 1800 on 3/9 and 3/10.
        Divalproex 0700- 3/3, 3/6, 3/10, 3/11, 3/12  Divalproex 2000-3/9, 3/10
        Olanzapine 3/9 and 3/10.  Sertraline 0700- 3/3, 3/6, 3/10, 3/11 and 3/12.
        Trazadone 0600- 3/3, 3/6, 3/10-3/12
        Trazadone 2000- 3/9 and 3/10.

No refusals were found in the in charts.

CENTRAL:  The IPC was visited on 3/14/13 by                   , Audit Nurse Coordinator and again on 3/18/13 by Dr.                   , Medical Program Administrator with findings as follows. MARs were noted to have initials in the boxes for 3/14/13 1300, 1500 and 1600 doses at 1045.  A sample of these MARs include:                   (Who is currently hospitalized),                   (including Methadone) and                   (including Methadone).  All of the medications up to 1800 were initialed by the day shift nurse.

HU-8 MARs on 3/14/13 were not initialed as of 1130 for all 0900 meds to all Inmates.  These included:
        Insulin, Warfarin, Glyburide, Vitamin, etc.
        Diltazem, Lasix, Zoloft, etc.,
        Levothyroxine, Tube feeding bolus.
        Morphine IR,
        Risperidone, Furosemide, Allopurinol and Potassium.

The above inmates had medications that were to be given at 0900.  The MARs were not signed off as of 1130 on 3/14/13.

**Per HSTM Chapter 5; Section 6.4; 3.7- Medication Administration-**
**Prior to the medication being administered to the inmate, the nursing staff member must verify the medication against the MAR to ensure the appropriate person, dosage, time, route, medication.**
**- The MAR must accompany the nursing staff member during administration of the medication. Lockdown areas and security or clinical situations determined by the CRNSII as not conducive to safe control of the MAR are exempted from this requirement.**
**- As soon as the medication is administered the nursing staff will document on the MAR. Pre-charting of medication administration on the MAR is not authorized.**

During                   visit on 3/14/13 she also discovered there weren't any vital signs on the worksheet that the nursing staff utilizes over the past weekend.  When she inquired, she was told there was no working equipment in the IPC over last weekend to take vital signs.   A Nursing Assistant stated she actually went out and purchased equipment on her own to ensure they had necessary equipment as Corizon has placed an order for new equipment, but it has not arrived as of 3/14/13.

### Chronic care

CENTRAL:      Central Unit is 318 chronic care appointments behind however with the addition of 2
               health care providers this week I anticipate that number to drop rapidly.  The unit has
               only 10 HNR's outstanding for the HCP and 36 outstanding for nurse line which is a
               marked improvement. Chronic care medications have been renewed prior to expiration for
               all inmates awaiting a follow up by HCP and urgent issues for these inmates are being
               handled as HNR's are written. Sick call was not conducted on Central Unit Monday thru
               Friday, excluding holidays and weekends in March however Central Unit has a marked
               improvement in the number of HNR's awaiting nurses line with only 36 pending at this

time

EAST:    East is 250+ behind on their chronic care appointment and is currently without a regular HCP assigned to the unit. In addition to the chronic care there were 58+ charts awaiting review by the HCP on a cart. Sick call was not conducted on East Unit Monday thru Friday, excluding holidays and weekends in March.

KASSON:  This unit has 60 inmates that are over due for their chronic care appointments. I was able to find one who was in compliance.               has C/C asthma and was seen 3/1/13. Next F/U for him is due in June 2013 and education was provided at his most recent visit. Other inmates reviewed                                         also all had education provided at their most recent chronic care however follow up for these inmates was outside their treatment plan. Sick call was not conducted on Kasson Unit Monday thru Friday, excluding holidays and weekends in March. Unit reports back log of 20 HNR's awaiting attention by nurses line, 30 HNR's pending for psych, and 20 waiting for doctor line appointments at this time

NORTH: Multiple inmates were found to be out of compliance with chronic condition appointments treatment plan guidelines during a 3/15/13 visit to the unit by

cc HTN, dated 8/9/13, follow up was to be in 90 days, not seen as of 3/15/13.

cc Asthma, dated 11/29/12 with 90 day follow up, not seen as of 3/15/13.

cc HTN, DM- last seen 12/10/12 with 90 day follow up, not seen as of 3/15/13.

cc DM, HTN, last seen 12/10/12 with 90 day follow up, not seen as of 3/15/13.

cc HTN. Arrived to North Unit on 1/23/13. No Nursing arrival sheet in chart. Problem list states HTN, but no chronic care form completed.

Some of the chronic care forms are not completed per guidelines; education section not completed on V     : #     and       #

SOUTH: Unit remains behind on chronic care. Review of a few charts indicate some inmates have not been seen for almost a year.

had last chronic care appointment April 13, 2012

had last chronic care 6/13/12 with a 6 month follow up requested but as of 3/27/13 has not been completed. Inmate was also given 3 gaulac stool cards on 12/20/12 with instructions but to date has not had any follow up to see if he completed them.

last chronic care was done 10/22/12 with a 90 day follow up requested. As of 3/27/13 the follow up has not been completed. This inmate also had HCP orders dated 1/14/13 that had not been noted as of 3/27/13.

Sick call was not conducted on South Unit Monday thru Friday, excluding holidays & weekends in March

## Medical Specialty Consultations

CENTRAL: Notes from hospitalization, consultation, lab and X-ray were not found to be out of compliance on this unit, however unit appears to be out of compliance with scheduling specialty appointments.

EAST: Charts of inmates with labs, X-ray reports, hospital notes, and consultant notes dating back to early February that have not been reviewed.

lab from 3/13

lab from 3/13

lab from 3/14

X-ray from 2/21

X-Ray from 2/19

consultant notes from 3/13

hospital notes from 3/22/13 not reviewed, requested med changes were not made. Labs from 3/21/13 not reviewed

Hospital discharge note from 3/21 were not reviewed.

hospital D/C 2/6 requesting GI F/U ASAP not reviewed. F/U not ordered.
lab from 3/6
lab from 3/14
lab from 3/14
lab from 3/14
lab from 3/13 including new diagnosed HCV.
lab from 3/6
X-Ray from 2/13
X-Ray from 2/1
X-ray 3/8
X-Ray 3/8
X-ray 2/5
lab from 3/6
lab from 3/6
lab from 3/20
lab from 3/14
lab from 3/14
MRI 3/14 not reviewed. This chart also has HCP orders dated 3/7/13 that were not noted
as of 3/26

KASSON: There was only one inmate sent for an outside medical appointment from Kasson in March. IM
and he has been moved to Lewis.

SOUTH:      had lab report from 3/15/13 that had not been reviewed as of 3/27. This inmate also
went to an offsite specialty appointment on 3/4/13 however the notes from this
appointment were not available in the inmate medical record as of 3/27.
had oral surgery on 3/7/13 and there was not a report of this event in the inmates
medical record as of 3/27/13
seen by an offsite specialist on 3/15/13 and as of 3/27/13 notes from this encounter
were not available in the inmate's medical record.
had a note dated 3/8/13 not signed as of 3/27/13. In addition, this inmate had orders
from Ophthalmology dated 12/18/12 indicating the inmate should begin new eye gtts and
follow up in one month. The follow up did not occur until 3/8/13 at which time the
Ophthalmologist discovered the inmate had not yet begun the eye gtts. and requested
them begin STAT.
had note from offsite specialty provider dated 3/5/13 not signed as of 3/27/13
was discharged from Phx St. Luke's hospital on 3/27 after a CABG (1 vessel) and AVR on
Friday the 22nd. His discharge instructions included a med order for Amioderone 400mg
which is not kept on hand. Nursing did obtain order from on-call HCP and had med order
filled by Emergency pharmacy.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC088747

# EXHIBIT 16
# FILED UNDER SEAL

# EXHIBIT 17

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

Victor Antonio Parsons, et al.,      )
                                     )
                                     )
                    Plaintiffs,      )
                                     )
         vs.                         )   NO. **CV 12-601 PHX-NVW**
                                     )
Charles L. Ryan, et al.,             )   Phoenix, Arizona
                                     )   July 20, 2012
                                     )   10:20 a.m.
                    Defendants.      )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

(Scheduling Conference)

BEFORE THE HONORABLE NEIL V. WAKE

Court Reporter:         Merilyn A. Sanchez, CRR
                        Sandra Day O'Connor U.S. Courthouse
                        401 W. Washington Street SPC-37
                        Phoenix, Arizona  85003-2118
                        (602) 322-7250

Proceedings taken by stenographic court reporter
Transcript prepared by computer-aided transcription

<u>A P P E A R A N C E S</u>

For the Plaintiffs:          **Donald H. Specter,** Esq.
                             Prison Law Office
                             General Delivery
                             San Quentin, California

                             **David C. Fathi,** Esq.
                             ACLU National Prison Project
                             1630 Connecticut Avenue NW, Suite 500
                             Washington, District of Columbia

                             **Caroline N. Mitchell,** Esq.
                             Jones Day
                             555 California Street
                             26th Floor
                             San Francisco, California 94104

                             **Jennifer Alewelt,** Esq.
                             Arizona Center for Disability Law
                             5025 E. Washington Street, Suite 202
                             Phoenix, Arizona  85034


For the Defendants:          **Kathleen L. Wieneke,** Esq.
                             Struck, Wieneke & Love
                             3100 West Ray Road, Suite 300
                             Chandler, Arizona


                             **Michael Gottfried,** Esq.
                             Assistant Attorney General
                             1275 W. Washington Street
                             Phoenix, Arizona 85007-2926


                             **Timothy J. Bojanowski,** Esq.
                             P.O. Box 73427
                             Phoenix, Arizona

1    The merits issue will be whether those patterns and

2    practices do in fact and policies do in fact create an

3    unreasonable risk of harm.

4    We believe that in a system as large as Arizona's,

5    they cannot possibly run a system without policies that are

6    promulgated and enforced throughout and patterns and practices

7    of behavior in the medical system which are common throughout.

8    So that will be -- that will be the thrust of our position.

9    THE COURT:  You don't have to say anything,

10   Ms. Wieneke.  You are free to if you wish.

11   MS. WIENEKE:  Oh, dear.  That's fraught with peril.

12   THE COURT:  That's what I tell the defendants right

13   before I sentence them.

14   MS. WIENEKE:  I'll let Mr. Gottfried take this one.

15   THE COURT:  Well, all right.  Well, as you can see, I

16   am averse to having this class certification phase swallow up

17   merits litigation.

18   Now, I'll also tell you that I don't see any problem

19   at all with having merit discovery going immediately at the

20   same time.  I mean, that's just -- there's no reason to delay

21   class merits discovery.  On a worst-case scenario for the

22   plaintiff, they are seeking injunctions for 14 plaintiffs.  On

23   best-case scenario, they are seeking for a class.  But it's

24   pretty much the same injunction.

25   So we don't need to delay the merits discovery.  And

1    then that comes back to how quickly we can do the class

2    discovery.

3              And, you know, for a (b)(2) class, the principal,

4    practical effect of certification is that you greatly extend

5    the scope of res judicata.  That's about it.  Injunction --

6    well, and I don't want to say too much, but the injunction

7    could well be very similar with or without the certification.

8              Well, tell me, Ms. Wieneke, why can't -- here we are,

9    it's July, August, September, October.  Why can't we have this

10   motion for class certification filed before Thanksgiving, so at

11   least they have a good Thanksgiving?

12             MS. WIENEKE:  Can I take the Fifth again?

13             THE COURT:  I mean, you know, I'm not really -- we are

14   here to have a dialogue.

15             MS. WIENEKE:  Right.

16             THE COURT:  I'm not trying to intimidate anybody about

17   anything.

18             MS. WIENEKE:  We would actually prefer a shorter

19   period of time to submit the motion for class certification

20   with, of course, the discovery period in the interim being

21   limited to those class issues in the interests of the economy.

22             THE COURT:  What do you propose then in terms of a

23   time for them to file their motion?

24             MS. WIENEKE:  Well, we -- we wouldn't object to having

25   them file it by Thanksgiving.  And then the discovery in the