**EXHIBIT 5 (part 4)**

**EXHIBIT 5 (part 4)**

## April 2013 LEWIS COMPLEX

| | Intake  (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is a physical examination completed by a medical provider by day two (Business Day)(2) of the intake process? Alhambra, Perryville, Tucson Minors only | X | | | 4/15/2013 2:35 PM Entered By: ▉ Does not apply to the Lewis Complex. | 2 |
| 2 | Is a mental health assessment completed by a mental health practitioner by day two (Business Day) (2) of the intake process? Alhambra, Perryville, Tucson Minors only | X | | | 4/15/2013 2:34 PM Entered By: ▉ Does not apply to the Lewis Complex. | 2 |

## April 2013 LEWIS COMPLEX

| | Sick Call (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is sick call being conducted five days a week Monday through Friday (excluding holidays)? | | X | | 4/25/2013 2:17 PM Entered By:▉ Performance measure is not met. Documentation and discussion with vender nursing supervisors indicates that sick call is being conducted on all yards except Rast/Eagle Point. Staffing patterns are not supportive of required perfromance measures at present. | 1 |
| 2 | Are sick call inmates being seen within 24 hours of the HNR being triaged (or immediately if inmate is identified with emergent medical needs)? | | X | | 4/30/2013 10:49 AM Entered By:▉ Performance measure is not met. Random audit of 20 submitted Health Needs Request submissions revealed that in rare instances patients were seen within the 24 hour required timeframe. I was unable to locate 1 instance where HNR's that were identified as "emergent" were seen in immediate fashion. In cases of emergent submissions the wait times were anywhere from 2 to 10 days. These results were taken as a cross section of all complex units. | 1 |
| 3 | Are vitals signs, to include weight, being checked and documented each time an inmate is seen during sick call? | | X | | 4/25/2013 9:13 AM Entered By:▉ Performance measure is not met. Continue to find regular cases in unit audit review where inmate weights are neglected from the SOAPE. Further, cases were dicovered where vitals numbers were entered, but identification of those numbers was absent. To the non-clinical staff, it would be very difficult to follow. | 1 |
| 4 | Is the SOAPE format being utilized in the inmate medical record for encounters? | | X | | 4/25/2013 9:09 AM Entered By:▉ Performance measure is not met. The SOAPE was utilized in varied fashion within those audited charts. There was not set method or trend to note. It was clear that both nursing and medical providers utilize personal preference rather than a directed method as indicated in the performance measure. | 1 |
| 5 | Are referrals to providers from sick call being seen within seven (7) days? | | X | | 4/30/2013 10:52 AM Entered By▉ Performance measure is not met. A random audit of 20 nursing patients complex wide reflected that only about 10% saw the provider within the 7 days period as required. In cases where patients were seen earlier than the 7 day timeframe, resulted in a send up to the Complex medical HUB for evaluation and treatment. | 1 |
| 6 | Are nursing protocols in place and utilized by the nurses for sick call? | X | | | 4/25/2013 9:06 AM Entered By:▉ Performance measure was met. Of those | 1 |

## April 2013 LEWIS COMPLEX

charts that were reviewed in this audit, in areas where necessary, the current nursing protocols were being utilized.

## Corrective Action Plans for PerformanceMeasure: Sick Call  (Q)

**1  Is sick call being conducted five days a week Monday through Friday (excluding holidays)?**
Level 1 Amber User: ▇▇▇▇▇▇  Date: 4/25/2013 2:17:39 PM

**2  Are sick call inmates being seen within 24 hours of the HNR being triaged (or immediately if inmate is identified with emergent medical needs)?**
Level 1 Amber User: ▇▇▇▇▇▇  Date: 4/30/2013 10:49:39 AM

**3  Are vitals signs, to include weight, being checked and documented each time an inmate is seen during sick call?**
Level 1 Amber User: ▇▇▇▇▇▇  Date: 4/25/2013 9:13:08 AM

**4  Is the SOAPE format being utilized in the inmate medical record for encounters?**
Level 1 Amber User: ▇▇▇▇▇▇  Date: 4/25/2013 9:09:40 AM

**5  Are referrals to providers from sick call being seen within seven (7) days?**
Level 1 Amber User: ▇▇▇▇▇▇  Date: 4/30/2013 10:52:14 AM

**April 2013 LEWIS COMPLEX**

| | **Medical Specialty Consultations (Q)** | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are urgent consultations being scheduled to be seen within thirty (30) days of the consultation being initiated? | X | | | 4/18/2013 8:09 AM Entered By: ▮ | 2 |
| 2 | Are consultation reports being reviewed by the provider within seven (7) days of receipt? | | X | | 4/18/2013 8:18 AM Entered By: ▮  Review of reports demonstrates non compliance with this performance measure - ▮ - out to hospital 04/04/13, returned 04/06/13 s/p hernia repair; consult request, pre-op orders, & hospital records were found in loose filing in medical records; pre-op orders not noted by nursing, hospital records not signed off by provider ▮ - consult appt. held per ORC - unable to locate charts, no reports found in charts | 2 |
| 3 | Is the utilization and availability of off-site services appropriate to meet medical, dental and mental health needs? | X | | | 4/9/2013 10:13 AM Entered By: ▮ | 3 |
| 4 | Are the emergent medical needs of the inmates appropriate and emergent transports ordered in a timely manner? | X | | | 4/9/2013 10:13 AM Entered By: ▮ | 2 |
| 5 | Do all inpatient admissions have documented utilization review of admission and evidence of discharge planning? | X | | | 4/18/2013 8:18 AM Entered By: ▮ | 2 |

**Corrective Action Plans for PerformanceMeasure: Medical Specialty Consultations (Q)**

2  Are consultation reports being reviewed by the provider within seven (7) days of receipt?
Level 2 Amber User: ▮           Date: 4/18/2013 8:18:02 AM

## April 2013 LEWIS COMPLEX

| | Chronic Condition and Disease Management (Q) | | | | | |
|---|---|---|---|---|---|---|
| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
| 1 | Are treatment plans developed and documented in the medical record by a provider within thirty (30) days of identification that the inmate has a CC? | X | | | 4/18/2013 8:18 AM Entered By: ▮ | 1 |
| 2 | Are CC inmates being seen by the provider (every three (3) to six (6) months) as specified in the inmate's treatment plan? | | X | | 4/26/2013 11:14 AM Entered By: ▮<br><br>9 chronic care medical files reviewed indicate non compliance;<br>5 of the files are not within the specified time frame -<br>▮ - last cc visit May 2012, no f/u visits in file<br>▮ - last cc visit Aug 2012, 90 day f/u ordered, not completed<br>▮ - last cc visit Nov 2012, 180 day f/u ordered, not completed<br>▮ - last cc visit Sept 2012, 30 day f/u ordered not completed<br>▮ - last cc visit Mar 2013, no f/u ordered, orders not noted by nursing | 2 |
| 3 | Are CC/DM inmates being provided coaching and education about their condition / disease and is it documented in the medical record? | X | | | 4/26/2013 11:14 AM Entered By: ▮ | 1 |
| 4 | Have disease management guidelines been developed and implemented for Chronic Disease or other conditions not classified as CC? | X | | | 4/22/2013 3:15 PM Entered By: ▮ | 2 |
| 5 | Has the contractor submitted his/her quarterly guideline audit results by the 15th day following the end of the reporting quarter? | X | | | 4/22/2013 3:15 PM Entered By ▮<br><br>Reporting quarter not completed as of this date. | 2 |

---

### Corrective Action Plans for PerformanceMeasure: Chronic Condition and Disease Management (Q)

**2  Are CC inmates being seen by the provider (every three (3) to six (6) months) as specified in the inmate's treatment plan?**
Level 2 Amber User: ▮                    Date: 4/26/2013 11:14:28 AM

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC088896

## April 2013 LEWIS COMPLEX

| | Medical Records (Q)) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are medical records current, accurate and chronologically maintained with all documents filed in the designated location? | | X | | 4/18/2013 8:40 AM Entered By: ▓▓ Review of medical records demonstrate non compliance with this performance measure - There are large volumes of loose filing piled up in the medical records room, including consult reports, hospital records, HNRs, lab results, etc. Medical chart reviews demonstrate misfiled paperwork, i.e. HNR/SNO filed in Progress note section, labs/xrays/consents filed in consult section, SOAPE notes loose inside the folder, not filed. 4/25/2013 8:55 AM Entered By: ▓▓ Performance measure is not met. A review of approximately 50 medical records revealed that in many cases current documentation was not available. Specifically, the MAR, which in my review I found the unfiled MARS to go back as far as 5 months in some cases. Further, cases of misfiling of docunments or chronological misfiling was noted. Overall, there is improvement, yet these areas of concern do presently exist. | 1 |
| 2 | Are provider (physician, mid-levels) orders taken off (noted) daily annotated with time, date and name of person taking the orders off? | | X | | 4/18/2013 8:45 AM Entered By: ▓▓ ▓▓ - preop orders 04/01/13 not noted by nursing ▓▓ - orders noted by nursing, no time documented ▓▓ - orders 04/04/13 not noted by nursing. 4/25/2013 8:56 AM Entered By: ▓▓ Performance measure is met. As Providers do not see patients without a nurse present, this is an area that is generally managed well. | 1 |
| 3 | Does the Medication Administration Record (MAR) in the medical chart reflect dose, route, frequency, start date and nurse's signature? | | X | | 4/18/2013 8:47 AM Entered By: ▓▓ MAR have not been filed in the medical chart for months, MAR from Nov 2012 to Mar 2013 are piled on carts and shelves in the med records area. 4/25/2013 8:59 AM Entered By: ▓▓ Performance measure is not met. Majority of medical records do not contain the current months MAR. That MAR which is in the medical record, does not always have all components required on the MAR, but there is noted improvement in this area as well. | 1 |

## April 2013 LEWIS COMPLEX

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Are medical record entries legible, complete with time, name stamp and signature present? | | **X** | | 4/25/2013 9:02 AM Entered By: ▮▮▮▮ Performance measure is not met. Noted cases from all units where leg bility remains an issue. In those cases where a name stamp is not available, there is seldom the printed name below to support the signature line. A case was brought to the DON on 4/24/13 for his review as a teaching opportunity for the nursing staff. | 1 |
| 5 | Are arrival logs maintained and kept current with name of inmate, ADC #, date of arrival, # of volumes? | | **X** | | 4/17/2013 2:45 PM Entered By: ▮▮▮▮ Performance measure has been met. Review of tracking database supports accuracy of requirement.<br><br>4/18/2013 8:53 AM Entered By: ▮▮▮▮ Intake/transfer charts are on a cart at the medical hub, review of the top row demonstrated 11 charts with arrival dated 04/04/13 were reviewed by nursing 04/14/13, no MH &/or dental review completed; 26 charts with arrival of 04/04/13 were not reviewed; the middle and bottom rows of charts had been reviewed by MH &/or dental, no nursing review documented ▮▮▮▮ - arrival 04/04/13, no nursing/MH/dental review of chart documented; Inmate movement record not updated | 1 |
| 6 | Are departure logs maintained and kept current with name of the inmate, ADC #, unit being transferred to, date of departure, # of volumes? | X | | | 4/17/2013 2:47 PM Entered By: ▮▮▮▮ Performance measure has been met. Review of tracking logs supports that performance measure is currently being met. | 1 |
| 7 | Are previous volumes (old volumes) filed in a separate location (not with active files) and are easily accessible to obtain as needed? | X | | | 4/17/2013 2:51 PM Entered By: ▮▮▮▮ Perfromance measure is being met. Noted volumes outside of the 90 day parameters are stored in seperate locations, to include the CIP area connex, Rast unit and some storage in the medical records area.<br><br>4/17/2013 2:51 PM Entered By: ▮▮▮▮ Performance measure is being met. Noted volumes outside of the 90 day parameters are stored in seperate locations, to include the CIP area connex, Rast unit and some storage in the medical records area.<br><br>4/17/2013 2:51 PM Entered By: ▮▮▮▮ Performance measure is being met. Noted volumes outside of the 90 day parameters are stored in seperate locations, to include | 1 |

**April 2013 LEWIS COMPLEX**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | the CIP area connex, Rast unit and some storage in the medical records area. | | |
| 8 | Are medical records for released inmates pulled from the active file area? | X | | | 4/25/2013 9:05 AM Entered By: ▉ Performance measure is generally met. Medical records are available in the medical records area for 90 days before complete removal. Significant effort to thi end has been noted. | 1 |
| 9 | Are requested medical records received from archives upon an inmates return to ADC being merged with newly established medical records since inmates return to ADC? | X | | | 4/17/2013 2:53 PM Entered By: ▉ Performance measure is being met. Current requests for archived records are minimal presently. Only 1 request for noted records in 2013 to date. | 1 |
| 10 | Is a Release of Information log that reflects the Medical Records Requests for copies of the inmate's medical records from 3rd parties (attorney and family requests only)? | X | | | 4/17/2013 3:10 PM Entered By: ▉ Performance measure is being met. Release of information log is maintained in the office of the medical records supervisor, with a breakdown of submitted ROI's by specialty requestor. | 1 |

## Corrective Action Plans for PerformanceMeasure: Medical Records (Q))

**1 Are medical records current, accurate and chronologically maintained with all documents filed in the designated location?**
Level 1 Amber User: ▉▉▉▉    Date: 4/18/2013 8:41:00 AM

**1 Are medical records current, accurate and chronologically maintained with all documents filed in the designated location?**
Level 1 Amber User: ▉▉▉▉    Date: 4/25/2013 8:55:20 AM

**2 Are provider (physician, mid-levels) orders taken off (noted) daily annotated with time, date and name of person taking the orders off?**
Level 1 Amber User: ▉▉▉▉    Date: 4/18/2013 8:46:00 AM

**3 Does the Medication Administration Record (MAR) in the medical chart reflect dose, route, frequency, start date and nurse's signature?**
Level 1 Amber User: ▉▉▉▉    Date: 4/18/2013 8:47:59 AM

**3 Does the Medication Administration Record (MAR) in the medical chart reflect dose, route, frequency, start date and nurse's signature?**
Level 1 Amber User: ▉▉▉▉    Date: 4/25/2013 8:59:50 AM

**4 Are medical record entries legible, complete with time, name stamp and signature present?**
Level 1 Amber User: ▉▉▉▉    Date: 4/25/2013 9:02:22 AM

**5 Are arrival logs maintained and kept current with name of inmate, ADC #, date of arrival, # of volumes?**
Level 1 Amber User: ▉▉▉▉    Date: 4/18/2013 8:53:53 AM

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC088899

## April 2013 LEWIS COMPLEX

| | Prescribing Practices and Pharmacy (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are recommendations made by the Pharmacy and Therapeutics Committee appropriately enacted? | X | | | 4/26/2013 10:14 AM Entered By: ▮ | 2 |
| 2 | Are pharmacy polices, procedures forms, (including non-formulary requests) being followed? | | X | | 4/26/2013 10:15 AM Entered By ▮

HSTM 4.1.6

1. Amber – will remain amber until a written corrective action plan is received and implemented at each Complex Site by Corizm Health.

A) HSTM 4.1.6 Non-Formulary Drug Requests:  A written Action Plan is required from ▮, Regional Director of Nursing, Corizon, to ensure that requests for necessary non-formulary medications at each Complex Site, are received by inmate patients in a timely manner.  Providers will need to provide formulary medication, if needed, to provide continuity of care while the NFDR is being processed.  This Action Plan requires documented follow-up from Corizon staff that identified medications have been approved or denied and if denied, an appropriate therapy is instituted so that patient will not go without medication during the approval/denial process.
a. April 2013 NFDR Stop Date Reports indicates:
i. 1583 Non-formulary drugs expiring for 1270 patients

B) HSTM 4.1.1 Pharmaceutical Dispensing Procedures:  A written Action Plan is required from ▮, Regional Director of Nursing, Corizon, to ensure that all prescriptions are dispensed in a timely manner so as not to contribute to morbidity or mortality and so that the inmate population receive continuity of care.  This Action Plan requires documented follow-up from Corizon staff assuring expiring medications at each Complex Site are renewed before expiration date.
a. April 2013 Discontinued (Expired) Medication Report indicates:
i. 2766 Expired medications expiring for 1721 patients | 2 |
| 3 | Are all medications being prescribed in the therapeutic ranges as determined by the most current editions of the "Drug Facts and Comparisons" or the packet insert? | X | | | 4/26/2013 10:15 AM Entered By: ▮ | 1 |

**April 2013 LEWIS COMPLEX**

**Corrective Action Plans for PerformanceMeasure: Prescribing Practices and Pharmacy (Q)**

**2  Are pharmacy polices, procedures forms, (including non-formulary requests) being followed?**
**Level 2 Amber User:** ███████████  **Date: 4/26/2013 10:15:27 AM**

**April 2013 LEWIS COMPLEX**

| | Reporting (AIMS) (Medical Records)(Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are medical AIMS entries being made timely, completely, accurately and no greater than 3 work days from the entry in the medical record? | X | | | 4/18/2013 12:52 PM Entered By: ■ Performance measure is met. Entries are made within 1 to 2 days normally. No noted backlog. | 1 |

**April 2013 LEWIS COMPLEX**

| | Grievances (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are grievances being responded to within fifteen (15) working days of receipt per Department Order 802? | | X | | 4/15/2013 2:33 PM Entered By: ■■■■ Performance measure is not met. A complete audit of those submitted grievances from 02/01/2013 through 04/15/2013 reflected the following inmate grievances that are out of timeframe with Department Order 802. The following have been received but have not been responded to. ■■■■ (Rast) received 03/12/2013; ■■■■ (Bachman) received 03/12/2013; ■■■■ (Barchey) received 04/01/2013; ■■■■ (Bachman) received 03/04/2013 and ■■■■, ■■■■ (Bachman) received 02/21/2013. | 2 |

---

**Corrective Action Plans for PerformanceMeasure: Grievances (Q)**

**1  Are grievances being responded to within fifteen (15) working days of receipt per Department Order 802?**
**Level 2 Amber User:**   ■■■■        **Date: 4/15/2013 2:33:02 PM**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER        ADC088903

## April 2013 LEWIS COMPLEX

| | | No Shows (Q) | | | | |
|---|---|---|---|---|---|---|
| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
| 1 | Are medical, dental and mental health line "no-shows" being reported and documented per policy, Department Order 1101? | | X | | 4/22/2013 2:49 PM Entered By: ▉▉▉▉ Performance measure is not met. I can find no evidence that there is any consistancy in no-show reporting amoung the noted disciplines of medical, dental ot mental health. | 1 |

| Corrective Action Plans for PerformanceMeasure: No Shows (Q) |
|---|
| 1  Are medical, dental and mental health line "no-shows" being reported and documented per policy, Department Order 1101? |
| Level 1 Amber User: ▉▉▉▉▉▉     Date: 4/22/2013 2:49:22 PM |

## April 2013 LEWIS COMPLEX

| | Mental Health (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are all Health Needs Requests (HNR), for mental health services, being triaged within 24 hours (24) of receipt by a qualified mental health professional? | X | | | 4/30/2013 6:20 PM Entered By: ▮▮▮ All HNR's were being triaged within the designated time frame. | 1 |
| 2 | Are inmates referred to a psychiatric provider, from a sick call visit or other encounter, for routine services occurring within seven days of referral request? | | X | | 4/25/2013 3:29 PM Entered By: ▮▮▮ All referrals for psychiatric services were not occurring within the identified time frame. This information was documented with interviews with several clinicians assigned to the complex. | 1 |
| 3 | Are mental health treatment plans being reviewed, at a minimum of 90 days, by the mental health treatment team for Seriously Mentally Ill (SMI) inmates? D.O. 1103, 1103.08 1.5 dtd 1/11/2013 | | X | | 4/25/2013 3:35 PM Entered By: ▮▮▮ ▮▮▮ of (50) charts found (1) SMI treatment plan needing to be reviewed and (5) MH3 inmates with a qualifing diagnosis without a treatment plan. ▮▮▮ (meds were D/C on 3/14/13, ▮▮▮ | 2 |
| 4 | Are inmates prescribed psychotropic medication seen face to face by a nurse every thirty days? | | X | | 4/25/2013 3:40 PM Entered By: ▮▮▮ A review of (50) charts found (8) which had not been seen during the required time frame. ▮▮▮ | 1 |
| 5 | Are inmates that are seen every thirty (30) days by the psychiatric nurse and are assessed to be unstable on their current medication referred to and evaluated by a psychiatrist or psychiatry certified nurse practitioner? | X | | | 4/30/2013 6:22 PM Entered By: ▮▮▮ All inmates assesssed to be unstable were being referred for evaluation by the psychiatric provider. | 1 |
| 6 | Are inmates being prescribed psychotropic medication being seen by a psychiatrist or psychiatry certified nurse practitioner every three (3) months? | | X | | 4/25/2013 3:46 PM Entered By: ▮▮▮ A review of (50) charts found (10) who had not been seen within the designated time frame. ▮▮▮ | 1 |
| 7 | Are discharge plans being established for SMI inmates within 90, 60 and 30 days of release from prison? | X | | | 4/25/2013 3:47 PM Entered By: ▮▮▮ Treatment plans were being established within the designated time frame. | 2 |
| 8 | Is the primary counselor establishing a mental health treatment plan within 72 hours of the SMI inmate arrival to the facility? D.O. 1103 - | X | | | 4/25/2013 3:48 PM Entered By: ▮▮▮ No SMI arrivals documented during this | 2 |

**April 2013 LEWIS COMPLEX**



| | | | | | | |
|---|---|---|---|---|---|---|
| | 1103.08, 1.1.1. dtd 1/11/2013 | | | | reporting period. | |
| 9 | Are master mental health treatment plans being developed by the mental health treatment team within 30 days of an inmate being assessed as SMI? D.O. 1103, 1103.08 1.2.1 dtd 1/11/2013 | X | | | 4/25/2013 3:48 PM Entered By: ▇▇▇<br>N/A see Q8 | 2 |



**Corrective Action Plans for PerformanceMeasure: Mental Health (Q)**

**2  Are inmates referred to a psychiatric provider, from a sick call visit or other encounter, for routine services occurring within seven days of referral request?**
Level 1 Amber User: ▇▇▇▇▇▇   Date: 4/25/2013 3:29:54 PM

**3  Are mental health treatment plans being reviewed, at a minimum of 90 days, by the mental health treatment team for Seriously Mentally Ill (SMI) inmates? D.O. 1103, 1103.08 1.5 dtd 1/11/2013**
Level 2 Amber User: ▇▇▇▇▇▇   Date: 4/25/2013 3:35:40 PM

**4  Are inmates prescribed psychotropic medication seen face to face by a nurse every thirty days?**
Level 1 Amber User: ▇▇▇▇▇▇   Date: 4/25/2013 3:40:18 PM

**6  Are inmates being prescribed psychotropic medication being seen by a psychiatrist or psychiatry certified nurse practitioner every three (3) months?**
Level 1 Amber User: ▇▇▇▇▇▇   Date: 4/25/2013 3:46:16 PM

**April 2013 LEWIS COMPLEX**

| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| | **Quality and PEER Review (Q)** | | | | | |
| 1 | Is the contractor physician conducting monthly and quarterly chart reviews? | | X | | 4/23/2013 1:46 PM Entered By: ▉ Performance measure is not met. Site manager reports that discussions on this topic have begun, but nothing to date has been completed. | 1 |
| 2 | Is contractor conducting monthly CQI committee meetings and meeting NCCHC standard? | | X | | 4/23/2013 1:47 PM Entered By: ▉ Performance measure is not met. Site manager reports only initial discussions relative to this topic have occurred at this point. | 1 |
| 3 | Are CQI committee improvement recommendations acted on timely and progress reported back to committee in the next monthly meeting? | | X | | 4/23/2013 1:48 PM Entered By: ▉ Performance measure is not met. Site manager reports only initial discussions at this point. | 1 |
| 4 | Is the contractor conducting annual PEER reviews for physicians, nurse practitioners, physician assistants, dentists, psychiatrists, psychiatric nurse practitioners and Phd. level psychologists? | | X | | 4/23/2013 1:49 PM Entered By: ▉ Performance measure is not met. Site manager reports only initial discussions on topic at this point. | 1 |
| 5 | Did the contractor conduct a quarterly on-site review of the site CQI program? | | X | | 4/23/2013 1:50 PM Entered By: ▉ Performance measure is not met. Site manager reports only initial discussions on topic to this point. | 1 |

**Corrective Action Plans for PerformanceMeasure: Quality and PEER Review (Q)**

1 **Is the contractor physician conducting monthly and quarterly chart reviews?**
Level 1 Amber User: ▉        Date: 4/23/2013 1:46:07 PM

2 **Is contractor conducting monthly CQI committee meetings and meeting NCCHC standard?**
Level 1 Amber User: ▉        Date: 4/23/2013 1:47:30 PM

3 **Are CQI committee improvement recommendations acted on timely and progress reported back to committee in the next monthly meeting?**
Level 1 Amber User: ▉        Date: 4/23/2013 1:48:28 PM

4 **Is the contractor conducting annual PEER reviews for physicians, nurse practitioners, physician assistants, dentists, psychiatrists, psychiatric nurse practitioners and Phd. level psychologists?**
Level 1 Amber User: ▉        Date: 4/23/2013 1:49:18 PM

5 **Did the contractor conduct a quarterly on-site review of the site CQI program?**
Level 1 Amber User: ▉        Date: 4/23/2013 1:50:07 PM

## April 2013 LEWIS COMPLEX

| | Medication Administration | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is there a formal medication administration program? | X | | | 4/22/2013 8:28 AM Entered By: ▮▮▮ | 1 |
| 2 | Is the documentation of completed training and testing kept on file for staff who administer or deliver medications? | | X | | 4/26/2013 11:27 AM Entered By: ▮▮▮ No documentation of training/testing available for review when requested. | 1 |
| 3 | Is there a tracking system for KOP medications to determine if medications have been received by the inmate? | X | | | 4/18/2013 8:22 AM Entered By: ▮▮▮ KOP meds are officer delivery, the i/m signs a roster for acceptance of meds, rosters are maintained @ admin bldg med room - when requested to review specific i/m med receipt, was advised rosters were still at the individual housing units | 1 |
| 4 | Are the Medciation Administration Records (MAR) being completed in accordance with standard nursing practices? | | X | | 4/24/2013 12:42 PM Entered By: ▮▮▮ Review of April MARs for all units indicates non compliance with this measure: Insulin and medication MARs document missing doses of medications, no nursing signatures to correspond to the initials on the MAR, no diagnosis listed, missing start/stop dates of prescriptions, "NS" or "NA" documented | 1 |
| 5 | Are medication errors forwarded to the FHA to review corrective action plan? | | X | | 4/26/2013 11:30 AM Entered By: ▮▮▮ No medication error reports completed | 2 |
| 6 | Are there any unreasonable delays in inmate receiving prescribed medications? | | X | | 4/18/2013 8:34 AM Entered By: ▮▮▮ Review of this performance measure demonstrates non compliance - ▮▮▮ - sulfasalazine ordered 04/11/13 - is not shown on pt. profile 04/17/13, so not filled by Pharmacorr - other meds filled 04/11/13 delivered to i/m 04/16/13 ▮▮▮ - meds filled 02/14/13 for 30 days; no refills of meds in March 2013, refill of meds occurred 04/11/13 with delivery to i/m 04/16/13 meds arriving from Pharmacorr at the facility on Friday are not delivered to i/m until Tuesday per pharmacy staff - example: Pharmacorr filled meds 04/11/13 (Thurs), delivered to facility 04/12/13 (Fri)@ noon, meds are sorted and packaged 04/15/13 (Mon), taken to the units for delivery 04/16/13 (Tue), rosters are picked up by med techs 04/17/13 (Wed) when newly arrived meds are delivered | 2 |

## April 2013 LEWIS COMPLEX

| 7 | Are inmates being required to show ID prior to being administered their medications? | X | | | 4/22/2013 8:33 AM Entered By: ▮▮▮▮▮ ▮▮▮▮▮ | 2 |
|---|---|---|---|---|---|---|
| 8 | Are chronic condition medication expiration dates being reviewed prior to expiration to ensure continuity of care? | | X | | 4/22/2013 8:30 AM Entered By: ▮▮▮▮▮<br><br>Review of stop date report for April 9-15, 2013 demonstrates non compliance:  127 prescriptions reviewed for MH/CC medications; 81 expired without renewals shown in pharmacy database, 46 reordered on or prior to expiration date<br><br>4/9/2013 11:43 AM Entered By:<br>Review of stop date report for April 1-8, 2013 indicates the following: 97 prescriptions reviewed for MH/CC medications; 41 expired without renewals shown in pharmacy database, 56 reordered on or prior to expiration date | 2 |
| 9 | Are non-formulary requests being reviewed for approval or disapproval within 24 to 48 hours? | | X | | 4/24/2013 12:59 PM Entered By ▮▮▮▮▮ ▮▮▮▮▮ - NFDR was submitted 04/17/13, no response noted to be in chart, also a NFDR was submitted for a different med 04/19/13, no response noted to be in chart<br><br>4/18/2013 8:36 AM Entered By: ▮▮▮▮▮<br><br>No NFDR discovered | 2 |
| 10 | Are providers being notified of non-formulary decssions within 24 to 48 hours? | | X | | 4/24/2013 1:00 PM Entered By: ▮▮▮▮▮ ▮▮▮▮▮ - NFDRs submitted 04/17/13 and 04/19/13 have no documented responses<br><br>4/18/2013 8:36 AM Entered By: ▮▮▮▮▮<br><br>No NFDR discovered | 2 |
| 11 | Are medication error reports being completed and medication errors documented? | | X | | 4/24/2013 8:16 AM Entered By: ▮▮▮▮▮<br><br>Medication error reports are not available | 2 |

## April 2013 LEWIS COMPLEX

### Corrective Action Plans for PerformanceMeasure: Medication Administration

**2  Is the documentation of completed training and testing kept on file for staff who administer or deliver medications?**
Level 1 Amber User: ███████████   Date: 4/26/2013 11:27:04 AM

**4  Are the Medciation Administration Records (MAR) being completed in accordance with standard nursing practices?**
Level 1 Amber User: ███████████   Date: 4/24/2013 12:42:08 PM

**5  Are medication errors forwarded to the FHA to review corrective action plan?**
Level 2 Amber User: ███████████   Date: 4/26/2013 11:30:19 AM

**6  Are there any unreasonable delays in inmate receiving prescribed medications?**
Level 2 Amber User: ███████████   Date: 4/18/2013 8:34:51 AM

**8  Are chronic condition medication expiration dates being reviewed prior to expiration to ensure continuity of care?**
Level 2 Amber User: ███████████   Date: 4/22/2013 8:30:16 AM

**9  Are non-formulary requests being reviewed for approval or disapproval within 24 to 48 hours?**
Level 2 Amber User: ███████████   Date: 4/24/2013 12:59:50 PM

**10  Are providers being notified of non-formulary decssions within 24 to 48 hours?**
Level 2 Amber User: ███████████   Date: 4/24/2013 1:00:44 PM

**11  Are medication error reports being completed and medication errors documented?**
Level 2 Amber User: ███████████   Date: 4/24/2013 8:16:19 AM

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                ADC088910

### April 2013 LEWIS COMPLEX



| | Staffing | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is there an approved staffing pattern available to the Site Manager (FHA)? | X | | | 4/22/2013 11:13 AM Entered By: ▮<br>Performance measure is met. | 1 |
| 2 | Are the adequacy and effectiveness of the staffing assessed by the facility's sufficient to meet the needs of the inmate population? | | X | | 4/22/2013 11:15 AM Entered By: ▮<br>Performance measure is not met. Current staffing patterns are affecting nursing and provider lines. All locum and registry nursing has been cut with no noted replacement of F/T staff to cover shortages at present. | 3 |
| 3 | Are all positions filled per contractor staffing pattern? | | X | | 4/22/2013 11:16 AM Entered By: ▮<br>Performance measure is not met. Not all positions as noted on the staffing amtrix are filled. There are shortages in Providers and in nursing areas of note. | 2 |
| 4 | Is the Site Manager (FHA) kept infomed of recruiting efforts being taken to fill vacant positions by the corporate office? | X | | | 4/22/2013 11:17 AM Entered By: ▮<br>Performance measure is met. Site manager is in regular weekly contact with HR officials to discuss and mediate needs of the institution. | 2 |

---

**Corrective Action Plans for PerformanceMeasure: Staffing**

**2  Are the adequacy and effectiveness of the staffing  assessed by the facility's sufficient to meet the needs of the inmate population?**
Level 3 Amber User: ▮          Date: 4/22/2013 11:15:21 AM

**3  Are all positions filled per contractor staffing pattern?**
Level 2 Amber User: ▮          Date: 4/22/2013 11:16:38 AM

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

## April 2013 LEWIS COMPLEX

| | Infirmary Care | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Does policy or post order define the specific scope of medical, psychiatric, and nursing care provided in the infirmary setting? | X | | | 4/9/2013 10:11 AM Entered By: ▮▮▮▮ <br> No infirmary housing at this facility; L11 does not meet the parameters defining infirmary housing | 1 |
| 2 | Are patients always within sight or hearing of a qualified health care professional (do inmates have a method of calling the nurse?) | X | | | 4/9/2013 10:11 AM Entered By: ▮▮▮▮ <br> No infirmary housing at this facility; L11 does not meet the parameters defining infirmary housing | 1 |
| 3 | Is the number of appropriate and sufficient qualified health professionals in the infirmary determined by the number of patients, severity of illnesses and level of care required? | X | | | 4/9/2013 10:11 AM Entered By: ▮▮▮▮ <br> No infirmary housing at this facility; L11 does not meet the parameters defining infirmary housing | 1 |
| 4 | Is a supervising registered nurse in the IPC 24 hours a day? | X | | | 4/9/2013 10:11 AM Entered By: ▮▮▮▮ <br> No infirmary housing at this facility; L11 does not meet the parameters defining infirmary housing | 1 |
| 5 | Is the manual of nursing care procedures consistent with the state's nurse practice act and licensing requirements? | X | | | 4/9/2013 10:11 AM Entered By: ▮▮▮▮ <br> No infirmary housing at this facility; L11 does not meet the parameters defining infirmary housing | 1 |
| 6 | Does admission to or discharge from infirmary care occur only on the order of physician or other provider where permitted by virtue of credentials and scope of practice? | X | | | 4/9/2013 10:12 AM Entered By: ▮▮▮▮ <br> No infirmary housing at this facility; L11 does not meet the parameters defining infirmary housing | 1 |
| 7 | Is the frequency of physician and nursing rounds in the infirmary specified based on categories of care provided? | X | | | 4/9/2013 10:12 AM Entered By: ▮▮▮▮ <br> No infirmary housing at this facility; L11 does not meet the parameters defining infirmary housing | 1 |
| 8 | Is a complete inmate health record kept and include: <br> -Admitted order (admitting diagnosis, medications, diet, activity restrictions, required diagnostic tests, frequency of monitoring and follow-up <br> -Complete document of care and treatment given | X | | | 4/9/2013 10:12 AM Entered By: ▮▮▮▮ <br> No infirmary housing at this facility; L11 does not meet the parameters defining infirmary housing | 1 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER      ADC088912

## April 2013 LEWIS COMPLEX

| | | | | | | |
|---|---|---|---|---|---|---|
| | -Medication administration record<br>-Discharge plan and discharge notes | | | | | |
| 9 | If inpatient record is different than outpatient record, is a copy of the discharge summary from the infirmary care placed in the patient's outpatient chart? | X | | | 4/9/2013 10:12 AM Entered By: ▇▇▇<br>No infirmary housing at this facility; L11 does not meet the parameters defining infirmary housing | 1 |
| 10 | If an observation patient is placed by a qualified health care professional for longer than 24 hours, is this order being done only by a physician? | X | | | 4/9/2013 10:12 AM Entered By ▇▇▇<br>No infirmary housing at this facility; L11 does not meet the parameters defining infirmary housing | 1 |
| 11 | Are vital signs done daily when required? | X | | | 4/9/2013 10:12 AM Entered By ▇▇▇<br>No infirmary housing at this facility; L11 does not meet the parameters defining infirmary housing | 1 |
| 12 | Are there nursing care plans that are reviewed weekly and are signed and dated? | X | | | 4/9/2013 10:12 AM Entered By: ▇▇▇<br>No infirmary housing at this facility; L11 does not meet the parameters defining infirmary housing | 1 |
| 13 | Are medications and supplies checked regularly, and who is assigned to do it? | X | | | 4/9/2013 10:13 AM Entered By: ▇▇▇<br>No infirmary housing at this facility; L11 does not meet the parameters defining infirmary housing | 1 |

**EXHIBIT 5 (part 5)**

**EXHIBIT 5 (part 5)**

## April 2013 PERRYVILLE COMPLEX



| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| 1 | Is a physical examination completed by a medical provider by day two (Business Day)(2) of the intake process? Alhambra, Perryville, Tucson Minors only | X | | | 4/18/2013 1:46 PM Entered By: ▨<br><br>4/29/2013 10:36 AM Entered By: ▨ | 2 |
| 2 | Is a mental health assessment completed by a mental health practitioner by day two (Business Day) (2) of the intake process? Alhambra, Perryville, Tucson Minors only | X | | | 4/18/2013 1:46 PM Entered By: ▨<br><br>4/29/2013 10:36 AM Entered By: ▨ | 2 |

*Table heading: Intake (Q)*

**April 2013 PERRYVILLE COMPLEX**

| | Sick Call (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is sick call being conducted five days a week Monday through Friday (excluding holidays)? | X | | | 4/23/2013 8:54 PM Entered By: ███<br><br>A review of the Nurse Line appointment lists for April 2013 to date evidence that Perryville is in compliance with this performance measure.<br><br>Note: Due to custody levels and housing at Lumley Unit, nurse line is not available five days a week for all housing units. There is a schedule that is posted and followed, which leads to a delay and complications with meeting other performance measures such as patients being seen within 24 hours of HNR triage.<br><br>4/30/2013 6:53 PM Entered By: ███ | 1 |
| 2 | Are sick call inmates being seen within 24 hours of the HNR being triaged (or immediately if inmate is identified with emergent medical needs)? | | X | | 4/23/2013 7:29 PM Entered By: ███<br><br>AUTHORITY: Per NCCHC P-E-07, nonemergency requests are to be reviewed within 24 hours and the inmate seen by a qualified health care professional at sick call within the next 24 hours (72 hours on weekends).<br><br>LUMLEY – This performance measure is difficult to gauge on this unit due to the amount of loose filing. A review of charts indicated that inmates were seen on nurse line and/or provider line as a result of an HNR. However, many of the HNRs could not be located in the charts at the time of observation, which are as follows:<br><br>███ – Seen on nurse line on 4-10-13 regarding compromised skin integrity from her cast on her left foot. No HNR in chart.<br><br>███ – Seen on nurse line on 4-8-13 for heavy bleeding, but no HNR located in the chart. Urgent HNR for back pain dated 3-20-13; rec'd 3-20-13; scheduled on nurse line 3-22-13, but there is no indication in the chart that this inmate was actually seen for this issue as a result of this HNR (i.e. there is no corresponding SOAPE note located in the chart).<br><br>███ – Seen on nurse line on 4-8-13 for constipation, but no corresponding HNR located in the chart. HNR for rash cream dated 2-26-13; rec'd 2-28-13; answered on 3-11-13 stating that the request for the rash cream was not on the profile and check w/ provider for new Rx; however, no indication of follow-up is recorded in the chart as to whether or not she was seen or if the cream was ordered. | 1 |

**April 2013 PERRYVILLE COMPLEX**

█████████ – Seen on nurse line 4-8-13 for severe acne, but no corresponding HNR located in chart. Also seen on nurse line on 3-26-13 for lesions on buttocks in regards to an HNR dated 3-14-13 that was received and triaged on 3-20-13.

█████████ – Seen on nurse line on 4-8-13 for stomach problems in regard to an HNR dated 4-1-13 that was received and triaged on 4-4-13.

█████████ – Intake date was 4-3-13; three HNRs dated 4-4-13 and one dated 4-5-13 that were all triaged on 4-7-13. The one regarding eyeglasses was mentioned on 4-8-13 nurse line where she was told that she does not qualify because her sentence is less than 1 year. Two of the HNRs requested psych meds, and the patient was not seen until 4-10-13 to address these issues. The other HNRs addressing medications and health concerns were addressed during a chronic care appointment on 4-10-13 with the medical provider. Therefore, the above listed HNRs were addressed > 24 hours after triage.

SAN CARLOS - This performance measure is difficult to gauge on this unit due to the amount of loose filing. A review of charts indicated that inmates were seen on nurse line and/or provider line as a result of an HNR. However, many of the HNRs could not be located in the charts at the time of observation, which are as follows:

█████████ – Seen on nurse line on a number of occasions, SOAPEs indicate that 3-15-13 and 3-21-13 visits were in response to HNRs. One SOAPE not states the HNR was old and that the patient had already been seen. Neither HNR were located in the chart during observation.

█████████ – Upon interview, patient claims to have submitted several HNRs regarding previously ordered consults that have not taken place. Due to the amount of loose filing issues, this could not be verified. However, previous incomplete consults for cardiologist, pulmonologist, and ophthalmologist were located in the chart.

█████████ – Seen on nurse line on 4-5-13 for back and neck pain. Patient states that she submitted HNRs, but they were not located in the chart during observation on 4-15-13.

█████████ – Seen on nurse line on 4-5-13 for lower bunk request for back and leg pain. However, I could not locate recent HNR request. Most recent HNRs were from March 2013. HNR dated 3-3-13 was triaged 3-4-13, but patient was not seen until the above date, which was > 24 hours after triage. Another HNR dated 3-

## April 2013 PERRYVILLE COMPLEX

2-13 regarding cervical cancer was submitted and triaged on 3-4-13, but not seen on nurse line to address it until 4-5-13, which is > than 24 hours after triage.

SANTA CRUZ –

█████████ – Two HNRs for side pain and urinating blood were located in the patient's medical chart, one dated 2-28-13 and the other 3-19-13, which were triaged 3-4-13 and 3-20-13 respectively. Patient was seen on nurse line on 3-21-13 for this issue, which is within time frame for the second HNR, but not the initial one. Another HNR date 3-25-13 that was triaged on 3-27-13 regarding eye glasses states scheduled on nurse line, but patient was not seen until 4-3-13, which is > 24 hours after triage.

█████████ – HNR dated 3-27-13 that was received and triaged on 3-31-13 for glasses states scheduled on nurse line, but there is no indication that the patient was seen for this in her medical chart.

█████████ – Seen on nurse line on 4-2-13 for constipation, but no HNR could be located in the medical chart.

█████████ – Seen on nurse line on 4-3-13 for a sore throat and a protocol was used, but no corresponding HNR was located in the chart.

Two charts had HNRs that had not been addressed as of 4-16-13: █████████ and both HNRs were triaged on 4-10-13.

SAN PEDRO –

█████████ – HNR dated 3-26-13, received and triaged on 3-28-13. Scheduled and seen on nurse line on 4-1-13, which is > than 24 hours after triage.

█████████ – HNR for stomach problems dated 4-1-13, received and triaged 4-2-13. Seen on nurse line on 4-4-13, which is > than 24 hours after triage.

█████████ – HNR for falling and foot pain dated 4-4-13, received and triaged 4-5-13. Seen on nurse line on 4-9-13, which is > than 24 hours after triage.

█████████ – HNR for ear pain dated, received, and triaged 4-2-13. Seen on nurse line on 4-4-13, which is > than 24 hours after triage.

█████████ – HNR dated 3-27-13 for gas and toe nail issue, received and triaged 3-27-13. Seen 4-1-13 on nurse line for gas, and seen on nurse line on 4-4-13 for the toe nail issue, which is > than 24 hours after triage.

**April 2013 PERRYVILLE COMPLEX**

– HNR dated 4-3-13 for breast pain and lactation and headaches. The HNR was triaged on 4-4-13, but patient was not seen until 4-10-13, which is > than 24 hours after triage.

SANTA MARIA – There are a lot of unfiled HNRs, which makes it difficult to gauge this performance measure.

– HNR dated 3-21-13, received and triaged on 3-21-13, scheduled on 3-22-13, but not seen until 3-26-13.

nurse line on 4-10-13 for shoulder pain, but could not locate the HNR in chart due to the number of HNRs that have not been filed.

– HNR dated 4-1-13, received and triaged 4-4-13, scheduled on 4-5-13, but not seen until 4-9-13.

– Seen on nurse line on 4-5-13 complaining of allergies. However, could not locate the HNR in chart due to the number of HNRs that have not been filed.

– Emergency HNR dated 3-25-13 for dental pain, received and triaged on 3-26-13, scheduled on 3-27-13, but not seen by nursing, seen by dental on 3-28-13. Seen on nurse line on 4-1-13 for neck pain, but could not locate the corresponding HNR in chart due to the number of HNRs that have not been filed.

– Seen on nurse line on 4-4-13 and eye exams/eye wear protocol used, but could not locate the corresponding HNR in chart due to the number of HNRs that have not been filed.

– HNR dated 3-27-13, received and triaged 3-28-13, scheduled on 3-29-13, but not seen until 4-5-13.

4/30/2013 6:53 PM Entered By:

See previous remarks from

| | | | | | |
|---|---|---|---|---|---|
| 3 | Are vitals signs, to include weight, being checked and documented each time an inmate is seen during sick call? | X | | 4/23/2013 8:35 PM Entered By: <br><br>AUTHORITY: Per the contract (Solicitation #ADOC12-00001105; Sec. 2.20.2.2) every inmate's vital signs shall be checked and documented on the appropriate assessment form each time they attend sick call. Per NCCHC P-E-04, vital signs are to include the patient's weight.<br><br>LUMLEY –<br><br>– 4-8-13 | 1 |

## April 2013 PERRYVILLE COMPLEX

SOAPE no temperature or weight noted.

██████████ – 4-8-13 protocol: no temperature, respirations, or weight noted on protocol.

██████████ – 4-8-13 SOAPE: no temperature or weight noted. 4-3-13 protocol: no weight noted (because there is not a spot for it on the ADC approved protocol. 3-26-13 SOAPE: no O2 sat or temperature indicated.

██████████ – 4-8-13 protocol: no temperature or weight indicated.

SAN CARLOS -

██████████ – 4-5-13 SOAPE note: no vitals noted

██████████ – 4-5-13 SOAPE note: no vitals noted

SANTA CRUZ –

██████████ – 3-21-13 SOAPE: no temperature noted. 3-27-13 protocol: no weight noted. 4-3-13 protocol: no weight indicated.

██████████ – 4-2-13 protocol: no vitals recorded.

██████████ – 4-3-13 protocol: no weight noted on protocol.

SAN PEDRO –

██████████ – 4-1-13 protocol: no weight recorded.

██████████ – 4-4-13 protocol: no weight recorded.

██████████ – 4-9-13 protocol: no weight on protocol.

██████████ – 4-4-13 protocol: no weight recorded.

██████████ – 4-1-13 protocol: no weight recorded.

SANTA MARIA –

██████████ – 3-26-13 SOAPE: no weight recorded.

██████████ – 4-10-13 SOAPE: no weight recorded.

██████████ – 4-9-13 SOAPE: no weight recorded.

██████████ – 4-5-13 SOAPE: no weight recorded.

██████████ – 4-1-13 protocol: no weight recorded.

## April 2013 PERRYVILLE COMPLEX

| | | | | | |
|---|---|---|---|---|---|
| | | | | – 4-4-13 protocol: no weight recorded. | |
| | | | | – 4-5-13 SOAPE note: no weight recorded. 4-11-13 provider SOAPE note: no temp recorded. | |
| | | | | 4/30/2013 6:54 PM Entered By: ███ | |
| | | | | See previous remarks from ███ | |
| 4 | Is the SOAPE format being utilized in the inmate medical record for encounters? | | X | 4/23/2013 9:55 PM Entered By: ███<br><br>AUTHORITY: Under the terms of the contract (Solicitation #ADOC12-00001105; Sec. 2.20.2.2) all sick call entries are documented in the medical record utilizing the "Subjective- Objective- Assessment- Plan -Education" (SOAPE) format.<br><br>LUMLEY –<br><br>███ – 4-8-13 SOAPE note: no "E" component on the note.<br><br>███ – 4-8-13 SOAPE note: no "E" component on the note. 3-26-13 SOAPE note: the "S" and "E" components are there in written format, just not indicated as such.<br><br>███ – 4-3-13 Intake SOAPE note: no "E" component on the physical exam note.<br><br>SAN CARLOS -<br><br>███ – 3-27-13 SOAPE note: no "E" component on the note. 3-8-13 SOAPE note: no "E" component on the note. 3-6-13 SOAPE note: no "E" component on the note.<br><br>███ - 3-12-13 provider SOAPE note: no "E" component on the note.<br><br>███ – 4-5-13 SOAPE note: no "E" component on the note.<br><br>███ – 4-5-13 SOAPE note: no "E" component on the note.<br><br>SANTA CRUZ –<br><br>███ – 3-21-13 SOAPE note: no "E" component on the note. 3-28-13 SOAPE note: no "E" component on the note. 4-2-13 SOAPE note: no "E" component on the note. 4-9-13 provider note: difficult to determine SOAPE format. No "E" component on the note.<br><br>███ – 4-1-13 SOAPE note: no "E" component on the note. | 1 |

**April 2013 PERRYVILLE COMPLEX**

█████████ – 3-27-13 provider SOAPE note: no "E" component on the note. 4-10-13 provider SOAPE note: no "E" component on the note.

█████████ – 4-13-13 provider SOAPE note: no "E" component on the note.

SAN PEDRO –

█████████ – 4-4-13 provider SOAPE note: no "E" component on the note.

█████████ – 4-9-13 provider SOAPE note: no "E" component on the note. 4-10-13 OB/GYN provider SOAPE note: no "E" component indicated on the note, but the information is present.

█████████ – 4-10-13 provider SOAPE note: no "E" component on the note. 4-16-13 provider f/u SOAPE note: no "E" component on the note.

█████████ – 4-10-13 provider SOAPE note: no "E" component on the note.

█████████ – 4-4-13 provider SOAPE note: no "E" component on the note.

SANTA MARIA –

█████████ – 3-26-13 SOAPE note: no "E" component on the note. 4-9-13 provider SOAPE note: no "E" component on the note.

█████████ – 3-11-13 provider f/u SOAPE note: no "E" component on the note. 4-10-13 SOAPE note: no "E" component on the note.

█████████ – 4-9-13 SOAPE note: no "E" component on the note.

█████████ – 4-5-13 SOAPE note: no "E" component on the note.

█████████ – 4-1-13 SOAPE note: no "E" component on the note.

█████████ – 4-5-13 SOAPE note: no "E" component on the note.

█████████ – 4-11-13 provider f/u SOAPE note: no "E" component on the note.

4/30/2013 6:54 PM Entered By: ████

See previous remarks from ████

# April 2013 PERRYVILLE COMPLEX

| 5 | Are referrals to providers from sick call being seen within seven (7) days? | | X | | 4/23/2013 11:03 PM Entered By: ▮▮▮▮ | 1 |
|---|---|---|---|---|---|---|

4/23/2013 11:03 PM Entered By: ▮▮▮▮

AUTHORITY: Under the terms of the contract (Solicitation #ADOC12-00001105; Sec. 2.20.2.2) referrals from sick call to a Physician or Midlevel provider are seen within seven (7) days.

LUMLEY – All charts reviewed were in compliance on this unit.

SAN CARLOS -

▮▮▮▮ – seen on nurse line on 4-5-13 and referred to the provider. Not seen as of 4-15-13, which is > 7 days.

▮▮▮▮ – seen on nurse line on 4-5-13 and SOAPE note says schedule for OB/GYN on 4-9-13. As of 4-15-13, this patient had still not been seen by a provider.

SANTA CRUZ –

▮▮▮▮ – seen on nurse line 4-3-13 and referred to the provider. Not seen by the provider until 4-12-13, which is > 7 days.

SAN PEDRO – All charts reviewed were in compliance on this unit.

SANTA MARIA –

▮▮▮▮ – seen on 3-26-13 on nurse line and referred to the provider, which was scheduled for 4-4-13 (> 7 days), but not seen until 4-9-13, which is > than 7 days.

▮▮▮▮ – seen on 4-10-13 on nurse line for shoulder pain and referred to the provider, which was scheduled for 4-18-13 (> 7 days), but there was no provider line on 4-18-13, so the patient was not seen.

▮▮▮▮ – seen on 4-9-13 on nurse line for shoulder pain and referred to the provider, which was scheduled for 4-18-13 (> 7 days), but there was no provider line on 4-18-13, so the patient was not seen.

▮▮▮▮ – seen on 4-5-13 on nurse line for allergies and referred to the provider, which was scheduled for 4-17-13 (> 7 days), but was not seen on the provider line on 4-17-13, so the patient was not seen as of 4-18-13.

▮▮▮▮ – seen on nurse line on 4-4-13 for eye exams/eye wear and referred to practitioner. Not seen as of 4-18-13 most likely due to the scheduling of the optometry provider.

4/30/2013 6:59 PM Entered By: ▮▮▮▮

**April 2013 PERRYVILLE COMPLEX**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | See previous remarks. | |
| 6 | Are nursing protocols in place and utilized by the nurses for sick call? | | X | | 4/23/2013 11:04 PM Entered By: ▮▮▮ AUTHORITY: As identified in HSTM Ch. 5; Sec. 1.5 and HSTM Appendix E (Nursing Protocols) it is the responsibility of the CRNSII [DON] to ensure that all licensed nurses are trained in providing emergency nursing care, health maintenance and prevention to the patient who is in need of these services.<br><br>LUMLEY – All charts reviewed were in compliance on this unit.<br><br>SAN CARLOS - All charts reviewed were in compliance on this unit.<br><br>SANTA CRUZ –<br><br>▮▮▮▮ – 4-1-13 seen for shortness of breath, but no protocol was used.<br><br>SAN CARLOS - All charts reviewed were in compliance on this unit.<br><br>SAN PEDRO – All charts reviewed were in compliance on this unit.<br><br>SANTA MARIA –<br><br>▮▮▮▮ – seen on 3-26-13 on nurse line for HNR for foot pain: no protocol used.<br><br>▮▮▮▮ – seen on 4-10-13 on nurse line for shoulder pain: no protocol used.<br><br>▮▮▮▮ – seen on 4-9-13 on nurse line for shoulder pain: no protocol used.<br><br>▮▮▮▮ – seen on 4-5-13 on nurse line for allergies: no protocol used.<br><br>▮▮▮▮ – seen on nurse line on 4-5-13 for nasal congestion and dizziness: no protocol used.<br><br>4/30/2013 7:00 PM Entered By: ▮▮▮<br><br>See previous remarks. | 1 |

**April 2013 PERRYVILLE COMPLEX**

## Corrective Action Plans for PerformanceMeasure: Sick Call  (Q)

**2  Are sick call inmates being seen within 24 hours of the HNR being triaged (or immediately if inmate is identified with emergent medical needs)?**
Level 1 Amber User: ███████████  Date: 4/30/2013 6:53:55 PM

**3  Are vitals signs, to include weight, being checked and documented each time an inmate is seen during sick call?**
Level 1 Amber User: ███████████  Date: 4/30/2013 6:54:10 PM

**4  Is the SOAPE format being utilized in the inmate medical record for encounters?**
Level 1 Amber User: ███████████  Date: 4/30/2013 6:54:27 PM

**5  Are referrals to providers from sick call being seen within seven (7) days?**
Level 1 Amber User: ███████████  Date: 4/30/2013 6:59:50 PM

**6  Are nursing protocols in place and utilized by the nurses for sick call?**
Level 1 Amber User: ███████████  Date: 4/30/2013 7:00:00 PM

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

## April 2013 PERRYVILLE COMPLEX

| | Medical Specialty Consultations (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are urgent consultations being scheduled to be seen within thirty (30) days of the consultation being initiated? | X | | | 4/18/2013 10:40 AM Entered By: ▮ | 2 |
| 2 | Are consultation reports being reviewed by the provider within seven (7) days of receipt? | | X | | 4/18/2013 10:41 AM Entered By: ▮<br><br>Review of medical files demonstrates non compliance with this performance factor<br><br>4/16/2013 7:41 AM Entered By: ▮<br><br>Santa Cruz -<br>▮ - no report found in medical file appt. 03/02/13<br>▮ - unable to locate medical file on unit<br>▮ - compliant with performance measure<br>▮ - compliant with performance measure<br><br>4/12/2013 2:14 PM Entered By: ▮<br><br>San Carlos -<br>▮ - Report in chart dated 03/27/13, not signed by provider<br>▮ - Report in chart dated 03/27/13, not signed by provider<br><br>4/12/2013 12:03 PM Entered By: ▮<br><br>San Pedro -<br>▮ - Report sent 04/04/13, signed by provider 04/14/13<br>▮ - Report in chart dated 03/28/13, not signed by provider<br><br>4/12/2013 8:04 AM Entered By: ▮<br><br>Brent Lumley - compliant # ▮ | 2 |
| 3 | Is the utilization and availability of off-site services appropriate to meet medical, dental and mental health needs? | X | | | 4/9/2013 10:07 AM Entered By: ▮ | 3 |
| 4 | Are the emergent medical needs of the inmates appropriate and emergent transports ordered in a timely manner? | X | | | 4/9/2013 10:07 AM Entered By: ▮ | 2 |
| 5 | Do all inpatient admissions have documented utilization review of admission and evidence of discharge planning? | X | | | 4/9/2013 10:07 AM Entered By: ▮ | 2 |

**April 2013 PERRYVILLE COMPLEX**

**Corrective Action Plans for PerformanceMeasure: Medical Specialty Consultations (Q)**

**2  Are consultation reports being reviewed by the provider within seven (7) days of receipt?**

**Level 2 Amber User:** ██████████████  **Date: 4/18/2013 10:41:29 AM**

## April 2013 PERRYVILLE COMPLEX

| | Chronic Condition and Disease Management (Q) | | | | | |
|---|---|---|---|---|---|---|
| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
| 1 | Are treatment plans developed and documented in the medical record by a provider within thirty (30) days of identification that the inmate has a CC? | X | | | 4/12/2013 12:04 PM Entered By: ▮▮▮ | 1 |
| 2 | Are CC inmates being seen by the provider (every three (3) to six (6) months) as specified in the inmate's treatment plan? | | X | | 4/18/2013 10:43 AM Entered By: ▮▮▮<br><br>Review of medical charts demonstrates non compliance with this performance measure<br><br>4/16/2013 7:48 AM Entered By:<br><br>San Carlos - 9 cc charts reviewed indicate 2 non compliant -<br>▮▮▮ - cc 11/23/12 Liver dz, no f/u ordered, no cc visit noted<br>▮▮▮ - cc 09/06/12 Asthma/HTN, f/u 11/23/12, no cc visit noted<br><br>Santa Cruz - 8 cc charts reviewed indicate 3 non compliant -<br>▮▮▮ - cc 03/27/12 HTN, f/u 07/31/12, no cc visit noted<br>▮▮▮ - cc 12/28/12 (Intake), no f/u ordered, no cc visit noted<br>▮▮▮ - cc 01/15/13 f/u 04/09/13, no cc visit noted<br>▮▮▮ - cc 04/02/13, f/u 90 days ordered, not noted by nurse<br>▮▮▮ - cc 03/01/13, f/u 3 mo ordered, not noted by nurse<br><br>4/12/2013 12:11 PM Entered By: ▮▮▮<br><br>San Pedro - 11 cc charts reviewed indicate 7 non compliant -<br>▮▮▮ - cc 10/22/12 HTN, 4-6 wk f/u ordered, no cc visit noted<br>▮▮▮ - cc 12/10/12 HTN/DM, no f/u ordered, no cc visit noted<br>▮▮▮ - cc 04/10/12 HTN/DM, f/u 10/08/12, no cc visit noted<br>▮▮▮ - cc 09/13/12 HTN/DM, 3 mo f/u ordered, no cc visit noted<br>▮▮▮ - cc 05/23/12 HTN, f/u 10/02/12, no cc visit noted<br>▮▮▮ - cc 09/21/12 DM, no f/u ordered, no cc visit noted<br>▮▮▮ - cc 09/10/12 Asthma/HTN, no f/u ordered, no cc visit noted | 2 |
| 3 | Are CC/DM inmates being provided coaching and education about their condition / disease and is it documented in the medical record? | X | | | 4/18/2013 10:43 AM Entered By: ▮▮▮<br><br>San Carlos - cc visit documentation indicates compliance<br><br>4/16/2013 7:50 AM Entered By: ▮▮▮<br><br>Santa Cruz - cc visit documentation indicates compliance<br><br>4/12/2013 12:13 PM Entered By: ▮▮▮<br><br>San Pedro - cc visit documentation | 1 |

**April 2013 PERRYVILLE COMPLEX**



| | | | | | indicates compliance | |
|---|---|---|---|---|---|---|
| 4 | Have disease management guidelines been developed and implemented for Chronic Disease or other conditions not classified as CC? | X | | | 4/22/2013 3:12 PM Entered By: ███ | 2 |
| 5 | Has the contractor submitted his/her quarterly guideline audit results by the 15th day following the end of the reporting quarter? | X | | | 4/22/2013 3:14 PM Entered By: ███  Reporting quarter not completed as of this date | 2 |

**Corrective Action Plans for PerformanceMeasure: Chronic Condition and Disease Management (Q)**

2  Are CC inmates being seen by the provider (every three (3) to six (6) months) as specified in the inmate's treatment plan?
**Level 2 Amber User:** ███            **Date: 4/18/2013 10:43:16 AM**

## April 2013 PERRYVILLE COMPLEX

| | | | | | | |
|---|---|---|---|---|---|---|
| **Medical Records (Q))** | | | | | | |
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are medical records current, accurate and chronologically maintained with all documents filed in the designated location? | | X | | 4/9/2013 10:01 AM Entered By: ▮▮▮ <br><br> IPC review of records indicates non-compliance, flow sheets and legal forms are filed in SOAPE notes, recent hospital reports are filed in Intake section, MH HNRs are filed in MH section. <br><br><br> 4/18/2013 1:10 PM Entered By ▮▮▮ <br><br> AUTHORITY: Under the terms of the contract (Solicitation #ADOC12-00001105; Sec. 2.20.2.5) Medical Records are [to be] current, accurate, and chronologically maintained with all documents filed in the designated location. <br><br> Lumley – This performance measure is not being met at Lumley. There is a significant amount of loose filing dated December 2012 to current consisting of lab reports, HNRs, MARs, Inmate Letters, and SNOs. There is also a stack of loose filing for inactive inmates that have been release from other yards. <br><br> San Carlos - This performance measure is not being met at San Carlos. There is a significant amount of loose filing consisting of lab reports, HNRs, MARs, Inmate Letters, and SNOs. <br><br> Santa Cruz- This performance measure is not being met at Santa Cruz. There is a significant amount of loose filing consisting of lab reports, HNRs, MARs, Inmate Letters, and SNOs. <br><br> San Pedro – This performance measure is not being met at San Pedro in accordance with the above listed authority. The nurse on the unit uses a "drop filing" technique that reduces the amount of loose filing in the medical unit. Although this technique does not ensure medical files are chronologically maintained, the current paperwork is placed in the chart for review if needed. <br><br> Santa Maria - This performance measure is not being met at Santa Maria in accordance with the above listed authority. Information provided to the MRL is filed in a timely and appropriate manner. However, there is an abundance of HNRs that need to be filed in medical charts. <br><br> Due to the significant amount of loose filing throughout the complex, it is not feasible to ensure adequate compliance with D.O. 1104.04 UNIFORM MEDICAL RECORD SYSTEM which states the following: <br><br> 1.1 The Regional Office Medical Records Clerk and Contract Health Site Managers shall: | 1 |

## April 2013 PERRYVILLE COMPLEX

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1.1.1 Ensure Medical Records contain information that is sufficiently detailed to: | |
| | | | | | 1.1.1.1 Enable treatment staff to give effective continuing care; | |
| | | | | | 1.1.1.2 Determine the course of treatment at any specific time; | |
| | | | | | 1.1.1.3 Provide a consultant with adequate information to give an opinion after examination of the inmate/patient and review of the Medical Records; | |
| | | | | | 1.1.1.4 Allow another staff member, not familiar with the case, to determine what has transpired in the management of the patient; and | |
| | | | | | 1.1.1.5 Enable collection and analysis of statistical data pertaining to delivery of health care. | |
| | | | | | This issue has been discussed with the Site Manager, and a plan is being developed to address this issue. | |
| | | | | | 4/29/2013 9:12 AM Entered By: ▇ | |
| | | | | | Loose filing at San Carlos can be measured in feet. Unfiled MARs date back to January. Labs, HNRs, flu shot records, living will consents, and other records are not filed. Loose filing is also piled up at San Pedro and Santa Cruz. At Lumley, there are two smaller piles of loose filing, but improvement is noticable. One of the piles is of documents for inmates who have moved to other units. | |
| | | | | | There is one medical records librarian at Santa Maria, one at Lumley, and one for the remaining 3 units (Carlos, Cruz and Pedro). Staffing appears to be an issue, as the two units with dedicated medical records staff on site are much closer to compliance than the other 3 units, which have over 2/3 of the inmate population, but only 1/3 of the current staff. | |
| 2 | Are provider (physician, mid-levels) orders taken off (noted) daily annotated with time, date and name of person taking the orders off? | | X | | 4/12/2013 12:24 PM Entered By: ▇<br><br>San Pedro - ▇ orders written 04/03/13 not noted by nursing, labs signed off by provider found loose inside medical file<br><br>▇ orders written 04/11/13 not noted by nursing, medication orders not submitted to pharmacy<br><br>4/9/2013 10:02 AM Entered By: ▇<br><br>IPC - ▇ orders written for admission & treatment not noted by nursing | 1 |

## April 2013 PERRYVILLE COMPLEX



| | | | | |
|---|---|---|---|---|
| | | | 4/29/2013 8:32 AM Entered By: ▮ Please disregard previous note. Meant for Florence. 4/29/2013 8:31 AM Entered By: ▮ Data Does Not Apply to Perryville Complex ▮ | |
| 3 | Does the Medication Administration Record (MAR) in the medical chart reflect dose, route, frequency, start date and nurse's signature? | X | 4/12/2013 12:21 PM Entered By: ▮ MARs reviewed on each unit are noncompliant with this performance measure. Previous month's findings have been submitted addressing the non compliance issue. 4/29/2013 9:21 AM Entered By: ▮ At San Carlos, MARs have not been filed in the medical chart for at least 3 months. San Pedro and San Carlos also have significant backlogs of MARs in loose filing. In several instances, handwritten MARs will have an end date that reflect only the duration of the prescription (e.g. 180 days or 10 days). This was observed at all units. KOP MARs do not always have a nurses signature. The green rating for this performance measure does not reflect compliance. There are other measures that are higher priorities and requiring a corrective action on this measure this month would detract from addressing more urgent needs. | 1 |
| 4 | Are medical record entries legible, complete with time, name stamp and signature present? | X | 4/23/2013 11:05 PM Entered By: ▮ AUTHORITY: Under the terms of the contract (Solicitation #ADOC12-00001105; Sec. 2.20.2.5) medical record entries shall be legible, complete and the date, time, | 1 |

## April 2013 PERRYVILLE COMPLEX

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | name stamp and signature shall attest to the entry.<br><br>LUMLEY –<br><br>████ – 4-8-13 SOAPE note: no stamp or printed signature on note.<br><br>████ – 4-3-13 protocol: no stamp (or printed signature) used by nurse. Provider used stamp.<br><br>████ – 4-3-13 Intake SOAPE note: no provider stamp used.<br><br>SAN CARLOS - All charts reviewed were in compliance on this unit.<br><br>SANTA CRUZ –<br><br>████ – 4-1-13 SOAPE note: no stamp or printed signature.<br><br>SAN PEDRO – All charts reviewed were in compliance on this unit.<br><br>SANTA MARIA –<br><br>████ – seen on 4-10-13 on nurse line for shoulder pain: nurse did not use stamp.<br><br>4/29/2013 9:26 AM Entered By: ████<br><br>Name stamps (or printed name) are often missing from SOAPE notes. The charts revewed are otherwise compliant with this standard. | |
| 5 | Are arrival logs maintained and kept current with name of inmate, ADC #, date of arrival, # of volumes? | | X | | 4/23/2013 7:46 PM Entered By: ████<br><br>The appropriate forms to adequately meet this performance measure were provided to the site manager on 4-10-13, and subsequently sent to each unit MRL for immediate implementation.<br><br>4/29/2013 9:29 AM Entered By: ████<br><br>medical records staff reported being unaware of this requirement. At Lumley an exectronic spreadsheet was developed to start maintaining this information. At Santa Maria, a manual record was being started. Other units were not in compliance. | 1 |
| 6 | Are departure logs maintained and kept current with name of the inmate, ADC #, unit being transferred to, date of departure, # of volumes? | | X | | 4/23/2013 7:47 PM Entered By: ████<br><br>The appropriate forms to adequately meet this performance measure were provided to the site manager on 4-10-13, and subsequently sent to each unit MRL for immediate implementation. | 1 |

## April 2013 PERRYVILLE COMPLEX

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 4/29/2013 9:51 AM Entered By: ▇▇▇ <br><br> Medical records staff reported being unaware of this requirement. At Lumley an electronic spreadsheet was developed to start maintaining this information. At Santa Maria, a manual record was being started. Other units were not in compliance. | |
| 7 | Are previous volumes (old volumes) filed in a separate location (not with active files) and are easily accessible to obtain as needed? | X | | | 4/18/2013 1:39 PM Entered By: ▇▇▇ <br><br> 4/18/2013 1:29 PM Entered By: ▇▇▇ <br><br> All units are in compliance with this performance measure in that older volumes of medical records are stored in a separate area of the medical records room. <br><br> Note: Santa Maria has very limited space for such volumes, and they are located on certain marked shelves around the whole room, as well as on top of shelving units. <br><br> 4/29/2013 9:31 AM Entered By: ▇▇▇ <br><br> Each unit complies with this standard. | 1 |
| 8 | Are medical records for released inmates pulled from the active file area? | X | | | 4/18/2013 1:40 PM Entered By: ▇▇▇ <br><br> 4/18/2013 1:35 PM Entered By ▇▇▇ <br><br> Medical records for inmates released from custody are routinely pulled and stored away from the active file area. <br><br> Note: There is a backlog of files that need to be sent to archives. <br><br> 4/29/2013 9:32 AM Entered By: ▇▇▇ <br><br> Each unit is in compliance with this standard. | 1 |
| 9 | Are requested medical records received from archives upon an inmates return to ADC being merged with newly established medical records since inmates return to ADC? | X | | | 4/23/2013 9:23 PM Entered By: ▇▇▇ <br><br> Archive charts have not been sent to archives for an extended period of time. Therefore, when inmates are released, their medical charts are at the last yard they were on. Upon re-entry to ADC, new charts are made, and there is a delay in locating previous charts to merge them together. | 1 |

## April 2013 PERRYVILLE COMPLEX



| | | | | | |
|---|---|---|---|---|---|
| | | | | 4/29/2013 9:42 AM Entered By: ▮ While in compliance, this monitor observed stacks of charts with instructions not to file becaus they needed to be merged. While this standard only addresses whether charts are merged and not hte timeliness of the merging, the completeness and accuracy of medical records is adversely affected when charts are not merged in a timely manner. | |
| 10 | Is a Release of Information log that reflects the Medical Records Requests for copies of the inmate's medical records from 3rd parties (attorney and family requests only)? | X | | 4/23/2013 7:47 PM Entered By: ▮ The appropriate forms to adequately meet this performance measure were provided to the site manager on 4-10-13, and subsequently sent to each unit MRL for immediate implementation.  4/29/2013 9:50 AM Entered By: ▮ ROI logs are not consistently kept at every unit. Although there were differing examples of how (or whether) that information was kept, there was not a log used at each unit. | 1 |

### Corrective Action Plans for PerformanceMeasure: Medical Records (Q))

**1  Are medical records current, accurate and chronologically maintained with all documents filed in the designated location?**
Level 1 Amber User: ▮            Date: 4/29/2013 9:12:15 AM

**2  Are provider (physician, mid-levels) orders taken off (noted) daily annotated with time, date and name of person taking the orders off?**
Level 1 Amber User: ▮            Date: 4/12/2013 12:24:19 PM

**2  Are provider (physician, mid-levels) orders taken off (noted) daily annotated with time, date and name of person taking the orders off?**
Level 1 Amber User: ▮            Date: 4/29/2013 8:32:39 AM

**2  Are provider (physician, mid-levels) orders taken off (noted) daily annotated with time, date and name of person taking the orders off?**
Level 1 Amber User: ▮            Date: 4/29/2013 8:32:39 AM

**3  Does the Medication Administration Record (MAR) in the medical chart reflect dose, route, frequency, start date and nurse's signature?**
Level 1 Amber User: ▮            Date: 4/12/2013 12:21:10 PM

**5  Are arrival logs maintained and kept current with name of inmate, ADC #, date of arrival, # of volumes?**
Level 1 Amber User: ▮            Date: 4/29/2013 9:29:01 AM

**6  Are departure logs maintained and kept current with name of the inmate, ADC #, unit being transferred to, date of departure, # of volumes?**
Level 1 Amber User: ▮            Date: 4/29/2013 9:51:42 AM

**10  Is a Release of Information log that reflects the Medical Records Requests for copies of the inmate's medical records from 3rd parties (attorney and family requests only)?**
Level 1 Amber User: ▮            Date: 4/29/2013 9:50:00 AM

## April 2013 PERRYVILLE COMPLEX

| | Prescribing Practices and Pharmacy (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are recommendations made by the Pharmacy and Theraeutics Committee appropriately enacted? | X | | | 4/26/2013 10:44 AM Entered By: ▓ | 2 |
| 2 | Are pharmacy polices, procedures forms, (including non-formulary requests) being followed? | | X | | 4/26/2013 10:16 AM Entered By: ▓ <br><br> HSTM 4.1.6 <br><br> 1. Amber – will remain amber until a written corrective action plan is received and implemented at each Complex Site by Corizon Health. <br><br> A) HSTM 4.1.6 Non-Formulary Drug Requests:  A written Action Plan is required from ▓, Regional Director of Nursing, Corizon, to ensure that requests for necessary non-formulary medications at each Complex Site, are received by inmate patients in a timely manner.  Providers will need to provide formulary medication, if needed, to provide continuity of care while the NFDR is being processed.  This Action Plan requires documented follow-up from Corizon staff that identified medications have been approved or denied and if denied, an appropriate therapy is instituted so that patient will not go without medication during the approval/denial process. <br> a. April 2013 NFDR Stop Date Reports indicates: <br> i. 1583 Non-formulary drugs expiring for 1270 patients <br><br> B) HSTM 4.1.1 Pharmaceutical Dispensing Procedures:  A written Action Plan is required from ▓, Regional Director of Nursing, Corizon, to ensure that all prescriptions are dispensed in a timely manner so as not to contribute to morbidity or mortality and so that the inmate population receive continuity of care.  This Action Plan requires documented follow-up from Corizon staff assuring expiring medications at each Complex Site are renewed before expiration date. <br> a. April 2013 Discontinued (Expired) Medication Report indicates: <br> i. 2766 Expired medications expiring for 1721 patients | 2 |
| 3 | Are all medications being prescribed in the therapeutic ranges as determined by the most current editions of the "Drug Facts and Comparisons" or the packet insert? | X | | | 4/26/2013 10:16 AM Entered By ▓ | 1 |

**April 2013 PERRYVILLE COMPLEX**

**Corrective Action Plans for PerformanceMeasure: Prescribing Practices and Pharmacy (Q)**

**2  Are pharmacy polices, procedures forms, (including non-formulary requests) being followed?**
**Level 2 Amber User:** ███████████  **Date: 4/26/2013 10:16:00 AM**

## April 2013 PERRYVILLE COMPLEX



| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| 1 | Are medical AIMS entries being made timely, completely, accurately and no greater than 3 work days from the entry in the medical record? | X | | | 4/23/2013 11:13 PM Entered By: ▮▮▮ <br><br>AUTHORITY: Under the terms of the contract (Solicitation #ADOC12-00001105; Sec. 2.20.2.7) required AIMS entries are made timely, completely and accurately and no greater than 3 work days from the entry in the medical record. <br><br>Santa Cruz -- <br><br>-- Medical score was changed on 3-21-13 according to the SOAP note, but as of 4-16-13, the score was not changed in AIMS. <br><br><br>4/30/2013 12:58 PM Entered By: ▮▮▮ <br>A review of AIMS entries and medical records rooms did not reveal non-compliance with this standard. However, with one medical records librarian to cover three yards, it is unlikely that compliance will continue at current staffing levels. | 1 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC088937

## April 2013 PERRYVILLE COMPLEX

| | Grievances (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are grievances being responded to within fifteen (15) working days of receipt per Department Order 802? | X | | | 4/29/2013 12:35 PM Entered By: ▮<br><br>Most grievances at Perryville are being responded to within required timeframes. In April, 1 of 5 formal grievances were not timely and one unanswered grievance is still within the time requirement. 10 of 32 informal grievances due as of 4/29 were not answered within the allotted time. Another 17 have been answered prior to their due date. In March 25 of 210 informal grievances were not answered timely.<br><br>On April 29, approximately 60 informal grievances were awaiting the Site Manager's signature. The Site Manager was off-site during the week of April 22 - 26. Inmate Letter Responses are dated from April 17 - 24. Those letters should be re-dated before sending them.<br><br>The green designation for this standard is not to be construed as representing full compliance. It is based on the improvement seen in this process in recent months and the continued progress being made.<br><br>4/15/2013 9:36 AM Entered By: ▮<br>▮<br>The previous note was intended for Eyman Complex and was inadvertently submitted to the Perryville MGAR.<br><br>4/15/2013 9:20 AM Entered By: ▮<br>▮<br>Eyman complex received approximately 30-50 formal grievances per month. According to the FHA who responds to these grievances, his staff researches and reviews the grievances and writes responses that he reviews and issues. While the current volume of formal grievances is being managed in a timely manner, the lack of providers at the complex is likely to increase that volume.<br><br>Nursing supervisors at each unit respond to informal grievances (inmate letters). The average volume is currently about 50-100 per week. Cook Unit reports being about 2 weeks behind in resposnses. Staff reports backlogs across the complex. As is the case with formal grievances, it is likely that the volume of informal grievances will increase because of the lack of providers.<br><br>Although this performance standard has not been met, because this is based on the first 5 weeks of the contract and there are other deficiencies of higher priority that directly affect patient care, I have chosen not to score this an amber and require a corrective action. As nurisng supervisors deal with the issues and responsibilities associates with the transition, provider | 2 |

## April 2013 PERRYVILLE COMPLEX



shortages, medication issues, etc., the
volume of informal grievance responses is
an added workload pressure that needs
attention.

The green rating is not meant to suggest
that the level of compliance with this
standard is appropriate, but is only a
recognition that time is needed to address
this deficiency and other priorities are of
greater immediate concern.

## April 2013 PERRYVILLE COMPLEX

| | No Shows (Q) | | | | | |
|---|---|---|---|---|---|---|
| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
| 1 | Are medical, dental and mental health line "no-shows" being reported and documented per policy, Department Order 1101? | X | | | 4/30/2013 7:00 PM Entered By: ▇▇ | 1 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC088940

## April 2013 PERRYVILLE COMPLEX

| | Mental Health (Q) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Performance Measure (Description) | Grn | Amb | Red | Notifications | | Level |
| 1 | Are all Health Needs Requests (HNR), for mental health services, being triaged within 24 hours (24) of receipt by a qualified mental health professional? | X | | | 4/30/2013 6:26 PM Entered By: ▉ <br><br> All HNR's were being triaged within the desinated time frame. | | 1 |
| 2 | Are inmates referred to a psychiatric provider, from a sick call visit or other encounter, for routine services occurring within seven days of referral request? | | X | | 4/25/2013 1:10 PM Entered By: ▉ <br><br> All referrals for psychiatric services were not occurring within the identified time frame. These findings were documented by interviews with mental health staff at all of the units. | | 1 |
| 3 | Are mental health treatment plans being reviewed, at a minimum of 90 days, by the mental health treatment team for Seriously Mentally Ill (SMI) inmates? D.O. 1103, 1103.08 1.5 dtd 1/11/2013 | | X | | 4/25/2013 1:16 PM Entered By: ▉ <br><br> SMI treatment plans were not being updated within the identified time frame. These findings were isolated to the San Carlos unit. ▉ and ▉ San Pedro had one #▉. All MH3 inmates with a qualifying diagnosis had a treatment plan as required by policy. | | 2 |
| 4 | Are inmates prescribed psychotropic medication seen face to face by a nurse every thirty days? | X | | | 4/25/2013 1:18 PM Entered By: ▉ <br><br> All (60) charts reviewed had been seen by a mental heath or psychiatric provider within the required time frame. | | 1 |
| 5 | Are inmates that are seen every thirty (30) days by the psychiatric nurse and are assessed to be unstable on their current medication referred to and evaluated by a psychiatrist or psychiatry certified nurse practitioner? | X | | | 4/25/2013 1:20 PM Entered By: ▉ <br><br> All referrals were being seen within the required (30) day time frame. | | 1 |
| 6 | Are inmates being prescribed psychotropic medication being seen by a psychiatrist or psychiatry certified nurse practitioner every three (3) months? | | X | | 4/25/2013 1:24 PM Entered By: ▉ <br><br> A review of (60) charts revealed (19) which had not been seen by the psychiatric provider during the past (3) months. These finding were spread out at all of the units assigned to this complex. | | 1 |
| 7 | Are discharge plans being established for SMI inmates within 90, 60 and 30 days of release from prison? | X | | | 4/25/2013 1:26 PM Entered By: ▉ <br><br> Release plans were being established within the identified time frame. Some of this planning was being completed by the inmates assigned therapist instaed of the regional release planner. | | 2 |
| 8 | Is the primary counselor establishing a mental | X | | | 4/25/2013 1:28 PM Entered By ▉ | | 2 |

## April 2013 PERRYVILLE COMPLEX



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | health treatment plan within 72 hours of the SMI inmate arrival to the facility? D.O. 1103 - 1103.08, 1.1.1. dtd 1/11/2013 | | | | | Treatment plans were being established at the reception area for all new arrivals to this complex. | |
| 9 | Are master mental health treatment plans being developed by the mental health treatment team within 30 days of an inmate being assessed as SMI? D.O. 1103, 1103.08 1.2.1 dtd 1/11/2013 | X | | | | 4/25/2013 1:28 PM Entered By:  See Q8 | 2 |



**Corrective Action Plans for PerformanceMeasure: Mental Health (Q)**

**2  Are inmates referred to a psychiatric provider, from a sick call visit or other encounter, for routine services occurring within seven days of referral request?**
Level 1 Amber User:          Date: 4/25/2013 1:10:06 PM

**3  Are mental health treatment plans being reviewed, at a minimum of 90 days, by the mental health treatment team for Seriously Mentally Ill (SMI) inmates? D.O. 1103, 1103.08 1.5 dtd 1/11/2013**
Level 2 Amber User:          Date: 4/25/2013 1:16:39 PM

**6  Are inmates being prescribed psychotropic medication being seen by a psychiatrist or psychiatry certified nurse practitioner every three (3) months?**
Level 1 Amber User:          Date: 4/25/2013 1:24:45 PM

## April 2013 PERRYVILLE COMPLEX

| | Quality and PEER Review (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is the contractor physician conducting monthly and quarterly chart reviews? | | X | | 4/23/2013 7:56 PM Entered By: ▮<br><br>Corizon's CQI program has not been implemented yet at Perryville. An example chart review form has been provided to the site manager for reference.<br><br>4/30/2013 1:04 PM Entered By: ▮<br><br>This performance measure is not being met, although given the issues more directly affecting patient care, it is understandable that this standard is a lower priority. The medical director is providing direct care to inmates in addition to her other responsibilities and has not been able to conduct monthly or quarterly chart reviews. | 1 |
| 2 | Is contractor conducting monthly CQI committee meetings and meeting NCCHC standard? | | X | | 4/18/2013 1:56 PM Entered By: ▮<br><br>Monthly CQI meetings have not been implemented thus far.<br><br>A discussion with the Site Manager has occurred, and I have been advised that they will be implementing Corizon's CQI program.<br><br>4/29/2013 10:00 AM Entered By: ▮<br><br>CQI Committee meetings are not being held. The green rating does not indicate compliance, but is only to reflect that there are currently higher priorities and acknowledge that the contractor is aware of the need to comply with this performance measure. | 1 |
| 3 | Are CQI committee improvement recommendations acted on timely and progress reported back to committee in the next monthly meeting? | | X | | 4/23/2013 7:53 PM Entered By: ▮<br><br>CQI meetings have not taken place as of yet; therefore, recommendations have not yet been made and/or acted upon.<br><br>4/29/2013 10:01 AM Entered By: ▮<br><br>There have not been CQI committee meetings and thus, no recommendations upon which to act. | 1 |

### April 2013 PERRYVILLE COMPLEX



| 4 | Is the contractor conducting annual PEER reviews for physicians, nurse practitioners, physician assistants, dentists, psychiatrists, psychiatric nurse practitioners and Phd. level psychologists? | X | | | 4/18/2013 1:45 PM Entered By: ▮▮▮ This is an annual requirement that is due by June 30, 2013.  4/29/2013 10:02 AM Entered By: ▮▮▮ This standard is not yet applicable. | 1 |
| 5 | Did the contractor conduct a quarterly on-site review of the site CQI program? | X | | | 4/18/2013 1:39 PM Entered By: ▮▮▮ This is a quarterly requirement that is due by June 30, 2013.  4/29/2013 10:03 AM Entered By: ▮▮▮ This standard is not yet applicable as the contract is not yet 3 months old. | 1 |



### Corrective Action Plans for PerformanceMeasure: Quality and PEER Review (Q)

**1  Is the contractor physician conducting monthly and quarterly chart reviews?**
Level 1 Amber User: ▮▮▮          Date: 4/23/2013 7:56:13 PM

**1  Is the contractor physician conducting monthly and quarterly chart reviews?**
Level 1 Amber User: ▮▮▮          Date: 4/30/2013 1:04:17 PM

**2  Is contractor conducting monthly CQI committee meetings and meeting NCCHC standard?**
Level 1 Amber User: ▮▮▮          Date: 4/18/2013 1:56:34 PM

**3  Are CQI committee improvement recommendations acted on timely and progress reported back to committee in the next monthly meeting?**
Level 1 Amber User: ▮▮▮          Date: 4/23/2013 7:53:25 PM

## April 2013 PERRYVILLE COMPLEX

| | **Medication Administration** | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is there a formal medication administration program? | X | | | 4/22/2013 11:42 AM Entered By: ▓ ▓ | 1 |
| 2 | Is the documentation of completed training and testing kept on file for staff who administer or deliver medications? | | X | | 4/25/2013 3:04 PM Entered By: ▓ <br><br>Review of this performance measure demonstrates non compliance; no documentation of training/testing is available.  Supervisory staff went to a training session then provided the information to the unit staff nurses, per Admin personnel. | 1 |
| 3 | Is there a tracking system for KOP medications to determine if medications have been received by the inmate? | X | | | 4/18/2013 10:47 AM Entered By: ▓ <br><br>San Carlos - I/M signs KOP MAR when medication received<br>Piestewa/Santa Rosa - officer delivery of KOP meds, signed rosters are kept at Santa Maria nursing office<br><br>4/12/2013 11:03 AM Entered By: ▓ <br><br>San Pedro I/M sign KOP MAR when medication received<br><br>4/5/2013 2:44 PM Entered By: ▓ <br><br>04/05/13 - PU/SM/SR KOP MARs are kept at the nsg station, I/M signs the MAR for the received medication. | 1 |
| 4 | Are the Medciation Administration Records (MAR) being completed in accordance with standard nursing practices? | | X | | 4/16/2013 7:55 AM Entered By: ▓ <br><br>San Carlos MARs indicate non compliance - <br><br> 16 MARs reviewed document missing doses, no diagnosis shown on MAR, nurse initials do not have corresponding signature, no start/stop dates given, "NS" or "NA" documented; # ▓ has Mag Citrate 04/10/13 "drink entire contents @ nurse station x 1 dose" not documented as administered<br><br>4/12/2013 11:02 AM Entered By: ▓ <br><br>San Pedro MARs indicate non compliance - 27 MARs reviewed document missing doses, no diagnosis shown on MAR, nurse initials do not have corresponding signature, no start/stop dates given, "NS" or "NA" documented,<br><br>4/12/2013 8:01 AM Entered By: ▓ <br><br>Brent Lumley MARs indicate non compliance - | 1 |

## April 2013 PERRYVILLE COMPLEX

| | | | | | |
|---|---|---|---|---|---|
| | | | | nurse initials do not have corresponding signature, no stop date shown, medication not documented (Rocephin 250mg IM 1xdose ⬛ ), DOT meds ordered 04/05/13 not documented as administered yet ⬛<br><br>4/9/2013 9:48 AM Entered By: ⬛<br><br>04/09/913 - IPC MARs indicate non compliance -<br>⬛ - no start/end dates shown, no diagnosis, medication not documented (MVI to TPN soln, Iron inj.)<br>⬛ - no start/end date, no diagnosis, medication not documented (HCT crm, Pravastatin, Allopurinol, ASA, Lipitor, Bumex, Coreg, Periactin<br>⬛ - no start/end dates, no diagnosis, medication not documented (Lorazepam, Prilosec), nurse initials do not have corresponding signature<br>⬛ - medication not documented (Lantus insulin, ASA), refused medication has not refusal in file (Colace, FESO4), nursing initials do not have corresponding signature | |
| 5 | Are medication errors forwarded to the FHA to review corrective action plan? | | X | 4/18/2013 2:55 PM Entered By: ⬛<br>No current medication error reports available for review.  Two reports available were written by pharmacy personnel for mis-labeled medications. | 2 |
| 6 | Are there any unreasonable delays in inmate receiving prescribed medications? | | X | 4/18/2013 10:48 AM Entered By: ⬛<br>Review of MARs demonstrates non compliance with this performance measure<br><br>4/12/2013 11:35 AM Entered By: ⬛<br>San Pedro - ⬛ - Glatiramer 20mg SQ daily for 90 days dispensed 03/21/13, delivered and placed in refrigerator; 1st dose given 04/08/13, 26 syringes (doses) remain in refrigerator<br>⬛ - Hep B vaccine stop date 04/03/13, no documentation on MAR of injection administered to I/M<br>⬛ - Insulin MAR missing doses 04/01/13, 04/05/13 through 04/12/13<br><br>4/12/2013 7:53 AM Entered By: ⬛<br>Brent Lumley - ⬛ Intake 04/03/13, cc medications ordered, 3 meds not shown on MAR - Atenolol, Lisinopril, Lovastatin; Pharmacorr profile indicates fill date 04/04/13, manifest indicates delivery to facility,  i/m states she did not receive meds; 04/11/13 med nurse contacted, states she "found" the Lisinopril & Lovastatin & would deliver to i/m that evening; Atenolol status unknown<br><br>4/9/2013 9:49 AM Entered By: ⬛ | 2 |

## April 2013 PERRYVILLE COMPLEX

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | IPC - medications not administered as ordered, see #4 | |
| 7 | Are inmates being required to show ID prior to being administered their medications? | X | | | 4/16/2013 7:56 AM Entered By: ■ | 2 |
| 8 | Are chronic condition medication expiration dates being reviewed prior to expiration to ensure continuity of care? | | X | | 4/22/2013 11:44 AM Entered By: ■<br><br>review of stop date report for April 9-15, 2013 demonstrates non compliance: 112 prescriptions reviewed for MH/CC medications; 43 expired prior to renewal date or were not renewed, 69 reordered on or prior to expiration date<br><br>4/8/2013 1:08 PM Entered By: ■<br><br>04/08/13 - review of stop date report for April 1-8, 2013 indicates the following: 102 prescriptions reviewed for MH/CC medications; 77 expired without renewals shown in pharmacy database, 25 reordered on or prior to expiration date | 2 |
| 9 | Are non-formulary requests being reviewed for approval or disapproval within 24 to 48 hours? | | X | | 4/22/2013 11:50 AM Entered By: ■<br><br>see previous entry<br><br>4/12/2013 12:41 PM Entered By: ■<br><br>San Pedro - # ■ NFDR submitted 04/10/13, no response to request noted | 2 |
| 10 | Are providers being notified of non-formulary decssions within 24 to 48 hours? | | X | | 4/18/2013 10:49 AM Entered By: ■<br><br>San Pedro - # ■ NFDR submitted 04/10/13, no response to request noted | 2 |
| 11 | Are medication error reports being completed and medication errors documented? | | X | | 4/18/2013 2:59 PM Entered By: ■<br><br>No medication error reports available for review.  MAR documentation reviewed demonstrates medication errors facility wide as shown in performance measure #4 above. | 2 |

## April 2013 PERRYVILLE COMPLEX

### Corrective Action Plans for PerformanceMeasure: Medication Administration

**2  Is the documentation of completed training and testing kept on file for staff who administer or deliver medications?**
Level 1 Amber User: ███████████████        Date: 4/25/2013 3:04:04 PM

**4  Are the Medciation Administration Records (MAR) being completed in accordance with standard nursing practices?**
Level 1 Amber User: ███████████████        Date: 4/16/2013 7:55:24 AM

**5  Are medication errors forwarded to the FHA to review corrective action plan?**
Level 2 Amber User: ███████████████        Date: 4/18/2013 2:55:57 PM

**6  Are there any unreasonable delays in inmate receiving prescribed medications?**
Level 2 Amber User: ███████████████        Date: 4/18/2013 10:48:27 AM

**8  Are chronic condition medication expiration dates being reviewed prior to expiration to ensure continuity of care?**
Level 2 Amber User: ███████████████        Date: 4/22/2013 11:44:39 AM

**9  Are non-formulary requests being reviewed for approval or disapproval within 24 to 48 hours?**
Level 2 Amber User: ███████████████        Date: 4/22/2013 11:50:40 AM

**10  Are providers being notified of non-formulary decssions within 24 to 48 hours?**
Level 2 Amber User: ███████████████        Date: 4/18/2013 10:49:15 AM

**11  Are medication error reports being completed and medication errors documented?**
Level 2 Amber User: ███████████████        Date: 4/18/2013 2:59:17 PM

## April 2013 PERRYVILLE COMPLEX

| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| 1 | Is there an approved staffing pattern available to the Site Manager (FHA)? | X | | | 4/18/2013 1:47 PM Entered By: ▮ <br><br> The Site Manager provided a copy upon request. <br><br><br> 4/29/2013 10:11 AM Entered By: ▮ <br><br><br> 4/29/2013 10:11 AM Entered By: ▮ <br><br> Provided uponm request. | 1 |
| 2 | Are the adequacy and effectiveness of the staffing assessed by the facility's sufficient to meet the needs of the inmate population? | | X | | 4/30/2013 12:53 PM Entered By: ▮ <br><br> Currently, Perryville is operating without a Director of Nursing, Assistant Director of Nursing, and one nursing supervisor. Corizon is in the process of hiring these positions. Additionally, it is hiring 2 CNAs. One Nurse Practitioner has recently resigned, effective May 5. Provider lines, nurse lines, and chronic care appointments are each backlogged to varying degrees. Mental health appointments are also not current and the recent reduction of mental health staff has exacerbated the issue. | 3 |
| 3 | Are all positions filled per contractor staffing pattern? | | X | | 4/23/2013 8:42 AM Entered By: ▮ <br><br> The response below was intended for ASPC-Florence. It does not applu to ASPC-Perryville. I apologize for the error. <br><br> 4/23/2013 8:40 AM Entered By: ▮ <br><br> Data Does Not Apply to Perryville Complex | 2 |

**Staffing**

## April 2013 PERRYVILLE COMPLEX



| 4 | Is the Site Manager (FHA) kept infomed of recruiting efforts being taken to fill vacant positions by the corporate office? | X | | | 4/18/2013 1:51 PM Entered By: ▬▬▬<br><br>Yes, the Site Manager receives copies of all applicant resumés on a regular basis for all open positions. There is an ongoing effort by the Site Manager to recruit and obtain qualified individuals for all open positions.<br><br>4/29/2013 10:10 AM Entered By ▬▬▬<br>▬▬▬ | 2 |

### Corrective Action Plans for PerformanceMeasure: Staffing

**2  Are the adequacy and effectiveness of the staffing  assessed by the facility's sufficient to meet the needs of the inmate population?**
**Level 3 Amber User:** ▬▬▬ **Date: 4/30/2013 12:53:30 PM**

**3  Are all positions filled per contractor staffing pattern?**
**Level 2 Amber User:** ▬▬▬ **Date: 4/23/2013 8:42:09 AM**

**3  Are all positions filled per contractor staffing pattern?**
**Level 2 Amber User:** ▬▬▬ **Date: 4/23/2013 8:42:09 AM**

## April 2013 PERRYVILLE COMPLEX

| | **Infirmary Care** | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Does policy or post order define the specific scope of medical, psychiatric, and nursing care provided in the infirmary setting? | X | | | 4/9/2013 9:09 AM Entered By: ▓▓▓<br><br>Post order book available in nursing station defines scope of care for disciplines | 1 |
| 2 | Are patients always within sight or hearing of a qualified health care professional (do inmates have a method of calling the nurse?) | X | | | 4/18/2013 10:49 AM Entered By: ▓▓▓<br><br>4/9/2013 9:11 AM Entered By: ▓▓▓<br><br>No call system in place, inmates rely on officer or other staff person passing by rooms or loudly calling for nurse. | 1 |
| 3 | Is the number of appropriate and sufficient qualified health professionals in the infirmary determined by the number of patients, severity of illnesses and level of care required? | | X | | 4/24/2013 8:10 AM Entered By: ▓▓▓<br><br>Review of the posted schedule for April demonstrates non compliance; the schedule documents days there is no coverage for the CNA position, or partial days (10am to 2pm)leaving one RN to monitor and care for the 5-7 patients in the unit. Two of the patients currently housed in IPC are high acuity, 1 requires 2 person for transfers.<br><br>4/9/2013 9:19 AM Entered By: ▓▓▓<br><br>04/09/13 Staffing pattern is 1 RN and 1 NA in the IPC; today the NA arrived @ 8am and will be leaving @ 10am.  There are 5 IPC inmates, 2 are high acuity, with 1 of them requiring 2 persons for pt. transfers | 1 |
| 4 | Is a supervising registered nurse in the IPC 24 hours a day? | X | | | 4/9/2013 10:04 AM Entered By: ▓▓▓ | 1 |
| 5 | Is the manual of nursing care procedures consistent with the state's nurse practice act and licensing requirements? | X | | | 4/9/2013 10:04 AM Entered By: ▓▓▓ | 1 |
| 6 | Does admission to or discharge from infirmary care occur only on the order of physician or other provider where permitted by virtue of credentials and scope of practice? | X | | | 4/18/2013 10:58 AM Entered By: ▓▓▓<br><br>4/9/2013 9:22 AM Entered By: ▓▓▓<br><br>Admission/discharge is by provider order, however no admit/dc form is present in medical files ▓▓▓ , or ▓▓▓ .  SOAPE admit orders are in the files. | 1 |

## April 2013 PERRYVILLE COMPLEX

| 7 | Is the frequency of physician and nursing rounds in the infirmary specified based on categories of care provided? | X | | | 4/9/2013 10:05 AM Entered By: ▮▮▮▮ | 1 |
|---|---|---|---|---|---|---|
| 8 | Is a complete inmate health record kept and include:<br>-Admitted order (admitting diagnosis, medications, diet, activity restrictions, required diagnostic tests, frequency of monitoring and follow-up<br>-Complete document of care and treatment given<br>-Medication administration record<br>-Discharge plan and discharge notes | X | | | 4/18/2013 10:51 AM Entered By: ▮▮▮▮<br><br>4/9/2013 9:27 AM Entered By: ▮▮▮▮<br>No admit/dc form is present in medical files # ▮▮▮▮ | 1 |
| 9 | If inpatient record is different than outpatient record, is a copy of the discharge summary from the infirmary care placed in the patient's outpatient chart? | X | | | 4/18/2013 10:52 AM Entered By: ▮▮▮▮<br><br>4/9/2013 9:29 AM Entered By ▮▮▮▮<br>The I/M unit medical file is utilized during the IPC stay and returned to the unit with the I/M | 1 |
| 10 | If an observation patient is placed by a qualified health care professional for longer than 24 hours, is this order being done only by a physician? | X | | | 4/18/2013 10:58 AM Entered By: ▮▮▮▮ | 1 |
| 11 | Are vital signs done daily when required? | X | | | 4/12/2013 12:15 PM Entered By: ▮▮▮▮<br><br>4/9/2013 9:31 AM Entered By: ▮▮▮▮<br>Vital signs are completed on a multi-patient flow sheet, on occasion the results are not transcr bed over to the nursing assessment SOAPE note completed at the beginning of shift | 1 |
| 12 | Are there nursing care plans that are reviewed weekly and are signed and dated? | | X | | 4/24/2013 8:13 AM Entered By: ▮▮▮▮<br>Care plans available are not compliant with this measure, no documentation showing review by nursing staff, no updates to care plans noted after origination date<br><br>4/9/2013 9:33 AM Entered By: ▮▮▮▮<br>Nursing care plans have recently been implemented (March 2013); at time of review today there are no signatures or updates to them; one found in the book is for a patient not currently housed in IPC | 1 |
| 13 | Are medications and supplies checked regularly, and who is assigned to do it? | X | | | 4/12/2013 12:15 PM Entered By ▮▮▮▮ | 1 |

## April 2013 PERRYVILLE COMPLEX



4/9/2013 9:34 AM Entered By: ▇▇▇▇
▇▇▇▇
One of the NAs is respons ble for medical supplies, it appears they are adequately stocked; nursing is responsible for medications and also appears to be in good standing.



### Corrective Action Plans for PerformanceMeasure: Infirmary Care

**3  Is the number of appropriate and sufficient qualified health professionals in the infirmary determined by the number of patients, severity of illnesses and level of care required?**
Level 1 Amber User: ▇▇▇▇▇▇▇        Date: 4/24/2013 8:10:38 AM

**12  Are there nursing care plans that are reviewed weekly and are signed and dated?**
Level 1 Amber User: ▇▇▇▇▇▇▇        Date: 4/24/2013 8:13:06 AM