**EXHIBIT 5 (part 6)**

**EXHIBIT 5 (part 6)**

## April 2013 PHOENIX COMPLEX

| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| | **Intake  (Q)** | | | | | |
| 1 | Is a physical examination completed by a medical provider by day two (Business Day)(2) of the intake process? Alhambra, Perryville, Tucson Minors only | | X | | 4/28/2013 2:34 PM Entered By: ▇▇▇ <br><br> A review of 10 charts in C area indicate non compliance in the following: ▇▇▇ | 2 |
| 2 | Is a mental health assessment completed by a mental health practitioner by day two (Business Day) (2) of the intake process? Alhambra, Perryville, Tucson Minors only | X | | | 4/28/2013 2:35 PM Entered By: ▇▇▇ <br><br> A review of 10 intake medical records indicate compliance. | 2 |

| Corrective Action Plans for PerformanceMeasure: Intake  (Q) |
|---|
| **1  Is a physical examination completed by a medical provider by day two (Business Day)(2) of the intake process? Alhambra, Perryville, Tucson Minors only**<br>Level 2 Amber User: ▇▇▇▇▇        Date: 4/28/2013 2:34:35 PM |

**April 2013 PHOENIX COMPLEX**

| | Sick Call  (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is sick call being conducted five days a week Monday through Friday (excluding holidays)? | | X | | 4/28/2013 3:59 PM Entered By: ▇▇▇<br><br>Sick call, in a "clinical setting", as defined by NCCHC standards, is not being conducted at the C area. | 1 |
| 2 | Are sick call inmates being seen within 24 hours of the HNR being triaged (or immediately if inmate is identified with emergent medical needs)? | | X | | 4/28/2013 2:44 PM Entered By: ▇▇▇<br><br>Aspen non compliance▇▇▇▇▇▇ (unclear<br>#▇ ▇▇<br><br>4/12/2013 5:49 PM Entered By: ▇▇▇<br><br>JKQ: HNR Inmate #s:<br>(confusion as to SOAP note dates and HNR documentation of addressing issue), ▇▇▇ Aspen: ▇▇▇, C area: | 1 |
| 3 | Are vitals signs, to include weight, being checked and documented each time an inmate is seen during sick call? | | X | | 4/28/2013 5:04 PM Entered By: ▇▇▇<br><br>A review of 10 charts indicate non compliance in no vital signs and/or no weight being checked and documented: C area: ▇▇▇<br><br>On 4/26/13: Baker Ward: ▇▇▇,<br><br>Aspen: ▇▇▇ | 1 |
| 4 | Is the SOAPE format being utilized in the inmate medical record for encounters? | | X | | 4/28/2013 2:47 PM Entered By: ▇▇▇<br><br>JKQ: HNR Inmate # ▇▇▇ C area: ▇▇▇<br>Aspen:Review on 4/26/13:<br>psychiatrist SOAPE has no Inmate #, DOB, Facility and illegible, ▇▇▇ -psychiatrist SOAPE not complete, no provider signature. Inmate ▇▇▇ signed psychiatrist line form dated 4/10/13, as being evaluated-no SOAPE note was found with Inmate's medical chart<br><br>4/12/2013 6:03 PM Entered By: ▇▇▇<br><br>A review of 5 medical records in the listed areas indicate compliance | 1 |
| 5 | Are referrals to providers from sick call being seen within seven (7) days? | | X | | 4/28/2013 2:58 PM Entered By: ▇▇▇<br><br>Aspen: ▇▇▇ -(no medical records located to verify inmates were evaluated in regard to submitted HNRs)(Medical Record outguides | 1 |

**April 2013 PHOENIX COMPLEX**



| # | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | are not being utilized and medical records are in various areas). 4/12/2013 6:06 PM Entered By: ███ A review of 10 medical records indicate the following as non compliant-JKQ: Aspen: ███ | |
| 6 | Are nursing protocols in place and utilized by the nurses for sick call? | | X | | 4/28/2013 3:00 PM Entered By: ███ A review of 10 medical records on 4/22/13 at Aspen indicate the following as in non compliance: ███ 4/12/2013 6:08 PM Entered By: ███ A review of 10 medical records indicate the following as non compliant-JKQ: HNR Inmate #███- Incomplete information on protocol form | 1 |

### Corrective Action Plans for PerformanceMeasure: Sick Call  (Q)

**1 Is sick call being conducted five days a week Monday through Friday (excluding holidays)?**
Level 1 Amber User: ████████   Date: 4/28/2013 3:59:42 PM

**2 Are sick call inmates being seen within 24 hours of the HNR being triaged (or immediately if inmate is identified with emergent medical needs)?**
Level 1 Amber User: ████████   Date: 4/28/2013 2:44:15 PM

**3 Are vitals signs, to include weight, being checked and documented each time an inmate is seen during sick call?**
Level 1 Amber User: ████████   Date: 4/28/2013 5:04:21 PM

**4 Is the SOAPE format being utilized in the inmate medical record for encounters?**
Level 1 Amber User: ████████   Date: 4/28/2013 2:47:24 PM

**5 Are referrals to providers from sick call being seen within seven (7) days?**
Level 1 Amber User: ████████   Date: 4/28/2013 2:58:02 PM

**6 Are nursing protocols in place and utilized by the nurses for sick call?**
Level 1 Amber User: ████████   Date: 4/28/2013 3:00:43 PM

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER            ADC088956

## April 2013 PHOENIX COMPLEX

| | **Medical Specialty Consultations (Q)** | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are urgent consultations being scheduled to be seen within thirty (30) days of the consultation being initiated? | X | | | 4/30/2013 7:11 PM Entered By: ▉▉<br><br>4/21/2013 12:41 PM Entered By: ▉▉<br>Aspen- No consults within the last 30 days. | 2 |
| 2 | Are consultation reports being reviewed by the provider within seven (7) days of receipt? | X | | | 4/30/2013 7:11 PM Entered By: ▉▉<br><br>4/21/2013 12:42 PM Entered By: ▉▉<br>Aspen- No consult reports noted for the past 30 days. | 2 |
| 3 | Is the utilization and availability of off-site services appropriate to meet medical, dental and mental health needs? | X | | | 4/30/2013 7:11 PM Entered By: ▉▉ | 3 |
| 4 | Are the emergent medical needs of the inmates appropriate and emergent transports ordered in a timely manner? | X | | | 4/30/2013 7:11 PM Entered By: ▉▉<br><br>4/21/2013 12:42 PM Entered By: ▉▉<br>Aspen- Emergent needs appear to be appropriate. | 2 |
| 5 | Do all inpatient admissions have documented utilization review of admission and evidence of discharge planning? | X | | | 4/30/2013 7:11 PM Entered By: ▉▉<br><br>4/21/2013 12:43 PM Entered By: ▉▉<br>Aspen- Greeen. | 2 |

**April 2013 PHOENIX COMPLEX**



| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| | **Chronic Condition and Disease Management (Q)** | | | | | |
| 1 | Are treatment plans developed and documented in the medical record by a provider within thirty (30) days of identification that the inmate has a CC? | X | | | 4/21/2013 12:43 PM Entered By: ▇▇▇<br>Aspen- Green as of 4/21/13.<br><br>4/24/2013 11:08 AM Entered By: ▇▇▇ | 1 |
| 2 | Are CC inmates being seen by the provider (every three (3) to six (6) months) as specified in the inmate's treatment plan? | | X | | 4/21/2013 12:48 PM Entered By: ▇▇▇<br>Aspen- Amber.<br>Multiple CC inmates are not being seen by the provider (every three (3) to six (6) months as specified in the inmate's treatment plan. Below are a small sample of my findings-<br>▇▇▇- CC HTN cc form completed 3/27/13. Was to have follow up from 6/2012, but not seen until 3/27/13. Was outside time frame listed on treatment plan.<br>▇▇▇- CC HTN- last seen 10/9/12 with 90 day follow up, but was not seen as of 4/9/13.<br>▇▇▇- CC HTN- last seen on 5/30/12 with 180 day follow up, but not seen as of 4/9/13.<br>▇▇▇- CC Asthma and Hep C. Seen 9/12/12 with 90 day follow up, but not as of 4/9/13.<br>▇▇▇- CC HTN-last seen 11/20/12 with 90 day follow up, not seen as of 4/9/13.<br><br>4/24/2013 11:12 AM Entered By: ▇▇▇<br>C unit<br>▇▇▇ HTN seen 3/13, due date not indicated<br>IDA Unit<br>▇▇▇ HTN, DM2 Refused CC 3/28/13 no refusal in the chart.<br>▇▇▇ HepC, Sz seen 12/12, due 3/13 past due<br>▇▇▇ HTN, Sz seen 9/12, due 3/13 past due<br>Aspen Unit:<br>▇▇▇, Hep C, seen 1/13, due 3/13 past due<br>▇▇▇ HTN, Asthma, DM, seen 11/12, due 2/13 past due<br>▇▇▇ HTN, seen 8/12, due 11/12 past due<br>▇▇▇ Asthma, seen 10/11, due 4/12 past due<br>▇▇▇ Amber HTN, DM, seen 11/12, due 2/13 past due | 2 |

**April 2013 PHOENIX COMPLEX**



| | | | | | |
|---|---|---|---|---|---|
| 3 | Are CC/DM inmates being provided coaching and education about their condition / disease and is it documented in the medical record? | | X | 4/21/2013 12:49 PM Entered By: ▮<br>Aspen- Green.<br><br>4/24/2013 11:14 AM Entered By: ▮<br>C Unit: ▮<br>▮ Education not documented<br>D&E Unit: ▮<br>▮ education is not documented<br>IDA Unit: ▮<br>▮ education not indicated | 1 |
| 4 | Have disease management guidelines been developed and implemented for Chronic Disease or other conditions not classified as CC? | X | | 4/21/2013 12:50 PM Entered By: ▮<br>Aspen- Amber.<br>Guidelines clearly not met as Inmates are out of compliance for follow up care as outlined in #2 above. Also cc forms are incomplete.<br>▮ - VS are incomplete on 3/27/13 cc form. Special needs box was also blank.<br><br>4/24/2013 11:17 AM Entered By: ▮<br>▮ | 2 |
| 5 | Has the contractor submitted his/her quarterly guideline audit results by the 15th day following the end of the reporting quarter? | X | | 4/25/2013 10:02 AM Entered By: ▮<br>▮<br>4/21/2013 12:50 PM Entered By: ▮<br>N/A. | 2 |



**Corrective Action Plans for PerformanceMeasure: Chronic Condition and Disease Management (Q)**

**2 Are CC inmates being seen by the provider (every three (3) to six (6) months) as specified in the inmate's treatment plan?**
Level 2 Amber User: ▮          Date: 4/24/2013 11:12:11 AM

**3 Are CC/DM inmates being provided coaching and education about their condition / disease and is it documented in the medical record?**
Level 1 Amber User: ▮          Date: 4/24/2013 11:14:20 AM

## April 2013 PHOENIX COMPLEX

| | | | | | | |
|---|---|---|---|---|---|---|
| **Medical Records (Q))** | | | | | | |
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are medical records current, accurate and chronologically maintained with all documents filed in the designated location? | | X | | 4/28/2013 5:07 PM Entered By: ████<br><br>A review of 5 medical records indicate non compliance on the following: Ida: ████ no sticker for hypertension, ████ -medical record disorderly.<br><br>4/28/2013 3:03 PM Entered By: ████<br><br>Medical Record Review on 4/26/13 at Aspen: ████ HNR not filed under correct Tab, ████ -SOAPE misfiled. Baker Ward: Following medical records have loose documents and/or require organization/thinning ████ - treatment plan misfiled, ████<br><br>4/12/2013 6:41 PM Entered By: ████<br><br>C area- On 4/12/13 laboratory results were not in the medical record: ████ -intake 4/5/13, ████ intake 3/20/13, intake 4/1/13<br><br>4/12/2013 6:38 PM Entered By: ████<br><br>████<br><br>4/12/2013 6:10 PM Entered By: ████<br><br>-JKQ: ████ -MAR misfiled. Following medical records have loose documents and/or require organization/thinning: ████<br><br>incomplete TAB markers. C area: ████ | 1 |
| 2 | Are provider (physician, mid-levels) orders taken off (noted) daily annotated with time, date and name of person taking the orders off? | | X | | 4/28/2013 5:12 PM Entered By: ████<br>Ida Ward ████ -Provider orders not noted: .<br>Aspen Ward ████ -Psychiatrist orders not signed off by nursing.<br><br>4/28/2013 3:07 PM Entered By: ████<br><br>The following medical records indicate non compliance in notation: JKQ: ████ C area: ████ -noted 24 hours later<br>Aspen: ████ -(On 4/10/13: Provider requested Medical Records "again" from Barrows Neurological Associates/xray of wrist- no documentation completed.)<br>On 4/26/13: Baker Ward: ████ - orders not noted, ████ . | 1 |
| 3 | Does the Medication Administration Record | | X | | 4/28/2013 5:16 PM Entered By: ████ | 1 |

**April 2013 PHOENIX COMPLEX**

| | | | | | | |
|---|---|---|---|---|---|---|
| | (MAR) in the medical chart reflect dose, route, frequency, start date and nurse's signature? | | | | Aspen: ████████ -Incomplete MAR, ████ -no MAR after April 23.<br><br>4/28/2013 3:08 PM Entered By: ████<br><br>refer to 4/12/13 Performance Measure<br><br>4/12/2013 6:34 PM Entered By: ████<br><br>JKQ: ████ ,The following medical records do not have a March MAR ████ | |
| 4 | Are medical record entries legible, complete with time, name stamp and signature present? | | X | | 4/28/2013 3:20 PM Entered By: ████<br><br>A review of 5 medical records at Aspen and at Baker Ward indicate the following as non compliant: Aspen: ████████<br>Baker Ward: ████████ .<br><br>4/12/2013 6:34 PM Entered By: ████<br><br>JKQ: The following medical record entries do not have a name stamp (printed name) and/or have illegible notes: ████████<br><br>C area: ████████<br>████ Aspen ████████ , | 1 |
| 5 | Are arrival logs maintained and kept current with name of inmate, ADC #, date of arrival, # of volumes? | X | | | 4/28/2013 3:21 PM Entered By: ████<br>refer to 4/12/13 Performance Measure<br><br>4/12/2013 6:35 PM Entered By: ████<br>████ | 1 |
| 6 | Are departure logs maintained and kept current with name of the inmate, ADC #, unit being transferred to, date of departure, # of volumes? | X | | | 4/28/2013 3:21 PM Entered By: ████<br>Refer to 4/12/13 Performance Measure.<br><br>4/12/2013 6:35 PM Entered By: ████<br>████ | 1 |
| 7 | Are previous volumes (old volumes) filed in a separate location (not with active files) and are easily accessible to obtain as needed? | X | | | 4/28/2013 3:21 PM Entered By: ████<br>Refer to 4/12/13 Performance Measure.<br><br>4/12/2013 6:35 PM Entered By: ████<br>████ | 1 |
| 8 | Are medical records for released inmates pulled from the active file area? | X | | | 4/28/2013 3:21 PM Entered By: ████<br>Refer to 4/12/13 Performance Measure. | 1 |

**April 2013 PHOENIX COMPLEX**



| | | | | | 4/12/2013 6:35 PM Entered By: | |
|---|---|---|---|---|---|---|
| 9 | Are requested medical records received from archives upon an inmates return to ADC being merged with newly established medical records since inmates return to ADC? | X | | | 4/28/2013 3:21 PM Entered By:<br>Refer to 4/12/13 Performance Measure.<br>4/12/2013 6:36 PM Entered By: | 1 |
| 10 | Is a Release of Information log that reflects the Medical Records Requests for copies of the inmate's medical records from 3rd parties (attorney and family requests only)? | X | | | 4/28/2013 3:22 PM Entered By:<br>Refer to 4/12/13 Performance Measure.<br>4/12/2013 6:36 PM Entered By: | 1 |



**Corrective Action Plans for PerformanceMeasure: Medical Records (Q))**

**1 Are medical records current, accurate and chronologically maintained with all documents filed in the designated location?**
Level 1 Amber User:        Date: 4/28/2013 5:07:08 PM

**1 Are medical records current, accurate and chronologically maintained with all documents filed in the designated location?**
Level 1 Amber User:        Date: 4/28/2013 5:07:08 PM

**1 Are medical records current, accurate and chronologically maintained with all documents filed in the designated location?**
Level 1 Amber User:        Date: 4/28/2013 5:07:08 PM

**2 Are provider (physician, mid-levels) orders taken off (noted) daily annotated with time, date and name of person taking the orders off?**
Level 1 Amber User:        Date: 4/28/2013 5:12:02 PM

**2 Are provider (physician, mid-levels) orders taken off (noted) daily annotated with time, date and name of person taking the orders off?**
Level 1 Amber User:        Date: 4/28/2013 5:12:02 PM

**3 Does the Medication Administration Record (MAR) in the medical chart reflect dose, route, frequency, start date and nurse's signature?**
Level 1 Amber User:        Date: 4/28/2013 5:16:32 PM

**3 Does the Medication Administration Record (MAR) in the medical chart reflect dose, route, frequency, start date and nurse's signature?**
Level 1 Amber User:        Date: 4/28/2013 5:16:32 PM

**4 Are medical record entries legible, complete with time, name stamp and signature present?**
Level 1 Amber User:        Date: 4/28/2013 3:20:30 PM

## April 2013 PHOENIX COMPLEX

| | Prescribing Practices and Pharmacy (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are recommendations made by the Pharmacy and Therapeutics Committee appropriately enacted? | X | | | 4/26/2013 10:39 AM Entered By: ▉▉ | 2 |
| 2 | Are pharmacy polices, procedures forms, (including non-formulary requests) being followed? | | X | | 4/26/2013 10:16 AM Entered By: ▉▉<br><br>HSTM 4.1.6<br><br>1. Amber – will remain amber until a written corrective action plan is received and implemented at each Complex Site by Corizon Health.<br><br>A) HSTM 4.1.6 Non-Formulary Drug Requests: A written Action Plan is required from ▉▉▉, Regional Director of Nursing, Corizon, to ensure that requests for necessary non-formulary medications at each Complex Site, are received by inmate patients in a timely manner. Providers will need to provide formulary medication, if needed, to provide continuity of care while the NFDR is being processed. This Action Plan requires documented follow-up from Corizon staff that identified medications have been approved or denied and if denied, an appropriate therapy is instituted so that patient will not go without medication during the approval/denial process.<br>a. April 2013 NFDR Stop Date Reports indicates:<br>i. 1583 Non-formulary drugs expiring for 1270 patients<br><br>B) HSTM 4.1.1 Pharmaceutical Dispensing Procedures: A written Action Plan is required from ▉▉▉, Regional Director of Nursing, Corizon, to ensure that all prescriptions are dispensed in a timely manner so as not to contribute to morbidity or mortality and so that the inmate population receive continuity of care. This Action Plan requires documented follow-up from Corizon staff assuring expiring medications at each Complex Site are renewed before expiration date.<br>a. April 2013 Discontinued (Expired) Medication Report indicates:<br>i. 2766 Expired medications expiring for 1721 patients | 2 |
| 3 | Are all medications being prescribed in the therapeutic ranges as determined by the most current editions of the "Drug Facts and Comparisons" or the packet insert? | X | | | 4/26/2013 10:16 AM Entered By: ▉▉ | 1 |

**April 2013 PHOENIX COMPLEX**

**Corrective Action Plans for PerformanceMeasure: Prescribing Practices and Pharmacy (Q)**

**2  Are pharmacy polices, procedures forms, (including non-formulary requests) being followed?**
**Level 2 Amber User:** ▮▮▮▮▮▮▮▮▮  **Date: 4/26/2013 10:16:34 AM**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER        ADC088964

**April 2013 PHOENIX COMPLEX**



| | Reporting (AIMS) (Medical Records)(Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are medical AIMS entries being made timely, completely, accurately and no greater than 3 work days from the entry in the medical record? | X | | | 4/29/2013 9:38 AM Entered By: ▇▇▇▇ | 1 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER        ADC088965

## April 2013 PHOENIX COMPLEX

| | Grievances (Q) | | | | | |
|---|---|---|---|---|---|---|
| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
| 1 | Are grievances being responded to within fifteen (15) working days of receipt per Department Order 802? | | X | | 4/28/2013 3:54 PM Entered By: ███<br><br>Monitor requested grievance tracking record from administrative assistant on Friday. 4/26/13 and was told administration is "working on it" and it will be emailed to me on Friday. On 4/28/13, no receipt of grievance tracking record. | 2 |

| Corrective Action Plans for PerformanceMeasure: Grievances (Q) |
|---|
| **1  Are grievances being responded to within fifteen (15) working days of receipt per Department Order 802?**<br>**Level 2 Amber User:** ███████████      **Date:** 4/28/2013 3:54:52 PM |

**April 2013 PHOENIX COMPLEX**

| | No Shows (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are medical, dental and mental health line "no-shows" being reported and documented per policy, Department Order 1101? | | X | | 4/28/2013 3:24 PM Entered By: ▇▇▇<br><br>With the exception of Aspen, all other unit nurses report they do not experience no shows. At Aspen, it has been reported some inmate are not picking up their KOPs; however, documentation is not available. | 1 |

| **Corrective Action Plans for PerformanceMeasure: No Shows (Q)** |
|---|
| **1  Are medical, dental and mental health line "no-shows" being reported and documented per policy, Department Order 1101?**<br>**Level 1 Amber User:** ▇▇▇▇▇▇      **Date: 4/28/2013 3:24:30 PM** |

**April 2013 PHOENIX COMPLEX**

| | Mental Health (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are all Health Needs Requests (HNR), for mental health services, being triaged within 24 hours (24) of receipt by a qualified mental health professional? | X | | | 4/30/2013 5:50 PM Entered By: █ All HNR's were being triaged within the designated time frame. | 1 |
| 2 | Are inmates referred to a psychiatric provider, from a sick call visit or other encounter, for routine services occurring within seven days of referral request? | X | | | 4/30/2013 5:51 PM Entered By: █ All referrals were occurring within the designated time frame. | 1 |
| 3 | Are mental health treatment plans being reviewed, at a minimum of 90 days, by the mental health treatment team for Seriously Mentally Ill (SMI) inmates? D.O. 1103, 1103.08 1.5 dtd 1/11/2013 | | X | | 4/30/2013 6:04 PM Entered By: █ A review of charts for treatment plans at the Phoenix Complex revealed the following findings: MTU - (9) out of (10) SMI charts reviewed did not have an updated SMI treatment plans. (5) out of ten did not have a treatment plan for an inmate with a qualifying mental health condition. George Ward - All (6) charts reviewed had treatment plans. Baker Ward - (1) out of (4) SMI treatment plans had been updated within the last (3)months as required by policy. All (4) charts reviewed with a qualifying mental health diagnosis did not have a treatment plan as required by policy. Ida Ward - All (10) charts reviewed had a treatment plan as required by policy. John and King Ward - (5) of the (11) charts reviewed did not have a treatment plan as required by policy. | 2 |
| 4 | Are inmates prescribed psychotropic medication seen face to face by a nurse every thirty days? | X | | | 4/30/2013 6:13 PM Entered By: █ All inmates are being seen within the designated time frame identified by their inpatient status. 4/30/2013 6:05 PM Entered By: █ All inmates were being seen every (90) days as required by policy. | 1 |
| 5 | Are inmates that are seen every thirty (30) days by the psychiatric nurse and are assessed to be unstable on their current medication referred to and evaluated by a psychiatrist or psychiatry certified nurse practitioner? | X | | | 4/30/2013 6:06 PM Entered By: █ All referrals and evaluations were occurring within the designated time frame. | 1 |
| 6 | Are inmates being prescribed psychotropic medication being seen by a psychiatrist or | X | | | 4/30/2013 6:06 PM Entered By: █ | 1 |

**April 2013 PHOENIX COMPLEX**

| | | | | | | Comments | |
|---|---|---|---|---|---|---|---|
| | psychiatry certified nurse practitioner every three (3) months? | | | | | All inmates were being seen within the designated time frame. | |
| 7 | Are discharge plans being established for SMI inmates within 90, 60 and 30 days of release from prison? | X | | | | 4/30/2013 6:07 PM Entered By: ▓▓ Release plans were being established within the designated time frame. | 2 |
| 8 | Is the primary counselor establishing a mental health treatment plan within 72 hours of the SMI inmate arrival to the facility? D.O. 1103 - 1103.08, 1.1.1. dtd 1/11/2013 | X | | | | 4/30/2013 6:09 PM Entered By: ▓▓<br><br>4/30/2013 6:09 PM Entered By: ▓▓<br><br>A review of the SMI charts revealed treatment plans as required by policy. There were no documented SMI arrivals during this reporting period. | 2 |
| 9 | Are master mental health treatment plans being developed by the mental health treatment team within 30 days of an inmate being assessed as SMI? D.O. 1103, 1103.08 1.2.1 dtd 1/11/2013 | X | | | | 4/30/2013 6:10 PM Entered By: ▓▓ All SMI inmates had a required treatment plan. | 2 |

---

**Corrective Action Plans for PerformanceMeasure: Mental Health (Q)**

**3  Are mental health treatment plans being reviewed, at a minimum of 90 days, by the mental health treatment team for Seriously Mentally Ill (SMI) inmates? D.O. 1103, 1103.08 1.5 dtd 1/11/2013**
**Level 2 Amber User:** ▓▓▓▓▓▓▓ **Date: 4/30/2013 6:04:05 PM**

## April 2013 PHOENIX COMPLEX

| | Quality and PEER Review (Q) | | | | | |
|---|---|---|---|---|---|---|
| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
| 1 | Is the contractor physician conducting monthly and quarterly chart reviews? | | X | | 4/29/2013 9:38 AM Entered By: ▮<br><br>Contractor supervising physician reports this is not being conducted. | 1 |
| 2 | Is contractor conducting monthly CQI committee meetings and meeting NCCHC standard? | | X | | 4/28/2013 3:25 PM Entered By: ▮<br><br>Monthly CQI meetings are not being conducted.<br><br>4/10/2013 3:22 PM Entered By: ▮<br><br>4/10/13 Entered by H. ▮, C area: Monthly CQI meetings are not being conducted. | 1 |
| 3 | Are CQI committee improvement recommendations acted on timely and progress reported back to committee in the next monthly meeting? | | X | | 4/28/2013 3:26 PM Entered By: ▮<br><br>Monthly CQI meetings are not being conducted.<br><br>4/10/2013 3:25 PM Entered By: ▮<br><br>Entry: ▮; 4/10/13; 1523. CQI meetings not conducted; therefore, non compliance. | 1 |
| 4 | Is the contractor conducting annual PEER reviews for physicians, nurse practitioners, physician assistants, dentists, psychiatrists, psychiatric nurse practitioners and Phd. level psychologists? | X | | | 4/28/2013 3:26 PM Entered By: ▮<br><br>Refer to 4/10/13 Performance Measure notation.<br><br>4/10/2013 3:26 PM Entered By: ▮<br><br>Ebtry: ▮ 4/10/13; 1525. Not required at this time. | 1 |
| 5 | Did the contractor conduct a quarterly on-site review of the site CQI program? | | X | | 4/28/2013 3:27 PM Entered By: ▮<br><br>Monthly CQI meetings are not being conducted.<br><br>4/10/2013 3:27 PM Entered By: ▮<br><br>Entry: ▮ 4/10/13; 1525. No CQI conducted at this time; therefore, non compliance. | 1 |

## April 2013 PHOENIX COMPLEX

### Corrective Action Plans for PerformanceMeasure: Quality and PEER Review (Q)

**1  Is the contractor physician conducting monthly and quarterly chart reviews?**
Level 1 Amber User: ███████████   Date: 4/29/2013 9:38:03 AM

**2  Is contractor conducting monthly CQI committee meetings and meeting NCCHC standard?**
Level 1 Amber User: ███████████   Date: 4/28/2013 3:25:55 PM

**3  Are CQI committee improvement recommendations acted on timely and progress reported back to committee in the next monthly meeting?**
Level 1 Amber User: ███████████   Date: 4/28/2013 3:26:18 PM

**5  Did the contractor conduct a quarterly on-site review of the site CQI program?**
Level 1 Amber User: ███████████   Date: 4/28/2013 3:27:50 PM

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC088971

## April 2013 PHOENIX COMPLEX

| | **Medication Administration** | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is there a formal medication administration program? | | X | | 4/30/2013 7:12 PM Entered By: ▮▮<br><br>No documentation received, therefore unclear if a formal medication administration program is in place.<br><br>4/21/2013 12:51 PM Entered By: ▮▮<br><br>Aspen- Greeen. | 1 |
| 2 | Is the documentation of completed training and testing kept on file for staff who administer or deliver medications? | | X | | 4/30/2013 7:13 PM Entered By ▮▮<br><br>No documentation received, therefore amber finding given. Several requests made, but never received.<br><br>4/21/2013 12:51 PM Entered By: ▮▮<br><br>Aspen- Awaiting documentation of the completed training and testing. | 1 |
| 3 | Is there a tracking system for KOP medications to determine if medications have been received by the inmate? | | X | | 4/24/2013 11:19 AM Entered By: ▮▮<br><br>Staff is attempting to develop & implement a process that will for verification<br><br>4/30/2013 7:13 PM Entered By: ▮▮ | 1 |
| 4 | Are the Medciation Administration Records (MAR) being completed in accordance with standard nursing practices? | | X | | 4/14/2013 4:10 PM Entered By: ▮▮<br><br>Multiple MARs (A-L and M-Z books exhibited MARs signed out for the entire shift on Aspen(up to 1800 at 1045 on 4/9/13).<br>Per HSTM Chapter 5; Section 6.4; 3.7- Medication Administration-<br>Prior to the medication being administered to the inmate, the nursing staff member must verify the medication against the MAR to ensure the appropriate person, dosage, time, route, medication.<br>- The MAR must accompany the nursing staff member during administration of the medication. Lockdown areas and security or clinical situations determined by the CRNSII as not conducive to safe control of the MAR are exempted from this requirement.<br>- As soon as the medication is administered the nursing staff will document on the MAR. Pre-charting of medication administration on the MAR is not authorized.<br><br>4/24/2013 11:21 AM Entered By: ▮▮ | 1 |

## April 2013 PHOENIX COMPLEX

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Aspen Unit: ███████ there are no Nurse signatures x 2, both Nurses names are printed, No diagnosis ███████ there is no Nurse signature x 2 Nurses, both Nurses names are printed, No diagnosis ███████ There is no Prescriber no the MAR for four medications, No diagnosis, No Nurses signature x 2 Nurses, both Nurses names are printed. ███████, No diagnosis, No Nurses signature x 2, both Nurses names are printed ███████, No diagnosis, No Nurses signature x 2, both Nurses names are printed ███████: No Diagnosis, No Nurses signature x 2, both Nurses names are printed ███████: No diagnosis, No allergies documented on the MAR, Nurses name is not printed ███████: No diagnosis, No Nurses signature x 2 Nurses, both Nurses name is printed. | |
| 5 | Are medication errors forwarded to the FHA to review corrective action plan? | | X | | 4/24/2013 11:21 AM Entered By ███████  There are no medication errors to determine this is occuring. Have requested reports from the staff  4/30/2013 7:14 PM Entered By: ███████  Never received medication error reports, so it is unclear if the FHA is aware.  A request was made to the DON and FHA for medication errors, but never received. | 2 |
| 6 | Are there any unreasonable delays in inmate receiving prescribed medications? | | X | | 4/21/2013 12:53 PM Entered By: ███████  Aspen- Amber Multiple Inmates were found w/o prescribed medications this month.  Working with nursing staff and Pharmacorr to correct issues.  Awaiting medication errors to show documentation of inmates missing their medications.  4/24/2013 11:22 AM Entered By: ███████  ███████ Chonazepan 0.5mg requested 4/12 13 no response as of to date 4/18/13 ███████ Benadryl, Venlafaxine ER 150mg requested 4/10/13 no response as of to date 4/18/13 ███████ Olanzapine 10mg requested 4/10/13 no response as of to date 4/18/13 ███████ Amitrityline 125 mg, requested 4/10/12 no response as of to date 4/18/13 | 2 |

## April 2013 PHOENIX COMPLEX

| # | Question | Green | Yellow | Red | Notes | Blue |
|---|----------|-------|--------|-----|-------|------|
| | | | | | ▮ Benadryl 25mg, requested 4/10/13 no response as of to date 4/18/13 ▮ Toradol 60mg IMx 1 dose, requested 4/11/12 no response as of to date 4/18/13 ▮ Abilify, Tylenol submitted 4/11/13, received approval 4/18/13. | |
| 7 | Are inmates being required to show ID prior to being administered their medications? | X | | | 4/21/2013 12:53 PM Entered By: ▮ Aspen- Green as of 4/9/13.  4/24/2013 11:22 AM Entered By: ▮ | 2 |
| 8 | Are chronic condition medication expiration dates being reviewed prior to expiration to ensure continuity of care? | | X | | 4/30/2013 7:14 PM Entered By: ▮ See Pharmacy notes. | 2 |
| 9 | Are non-formulary requests being reviewed for approval or disapproval within 24 to 48 hours? | | X | | 4/24/2013 11:23 AM Entered By: ▮ ▮ Chonazepan 0.5mg requested 4/12 13 no response as of to date 4/18/13 ▮ Benadryl, Venlafaxine ER 150mg requested 4/10/13 no response as of to date 4/18/13 ▮ Olanzapine 10mg requested 4/10/13 no response as of to date 4/18/13 ▮ Amitrityline 125 mg, requested 4/10/12 no response as of to date 4/18/13 ▮ Benadryl 25mg, requested 4/10/13 no response as of to date 4/18/13 ▮ Toradol 60mg IMx 1 dose, requested 4/11/12 no response as of to date 4/18/13 ▮ Abilify, Tylenol submitted 4/11/13, received approval 4/18/13. | 2 |
| 10 | Are providers being notified of non-formulary decssions within 24 to 48 hours? | | X | | 4/24/2013 11:23 AM Entered By: ▮ ▮ Chonazepan 0.5mg requested 4/12 13 no response as of to date 4/18/13 ▮ Benadryl, Venlafaxine ER 150mg requested 4/10/13 no response as of to date 4/18/13 ▮ Olanzapine 10mg requested 4/10/13 no response as of to date 4/18/13 ▮ Amitrityline 125 mg, requested 4/10/12 no response as of to date 4/18/13 ▮ Benadryl 25mg, requested 4/10/13 no response as of to date 4/18/13 ▮ Toradol 60mg IMx 1 dose, requested 4/11/12 no response as of to date 4/18/13 | 2 |

**April 2013 PHOENIX COMPLEX**



| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | ███ Abilify, Tylenol submitted 4/11/13, received approval 4/18/13. | |
| 11 | Are medication error reports being completed and medication errors documented? | | X | | 4/30/2013 7:15 PM Entered By: ███  Never received medication error reports so unable to evaluate if they are documented in chart. | 2 |

---

**Corrective Action Plans for PerformanceMeasure: Medication Administration**

**1 Is there a formal medication administration program?**
Level 1 Amber User: ███          Date: 4/30/2013 7:12:37 PM

**2 Is the documentation of completed training and testing kept on file for staff who administer or deliver medications?**
Level 1 Amber User: ███          Date: 4/30/2013 7:13:12 PM

**3 Is there a tracking system for KOP medications to determine if medications have been received by the inmate?**
Level 1 Amber User: ███          Date: 4/24/2013 11:19:26 AM

**4 Are the Medciation Administration Records (MAR) being completed in accordance with standard nursing practices?**
Level 1 Amber User: ███          Date: 4/14/2013 4:10:05 PM

**4 Are the Medciation Administration Records (MAR) being completed in accordance with standard nursing practices?**
Level 1 Amber User: ███          Date: 4/24/2013 11:21:00 AM

**5 Are medication errors forwarded to the FHA to review corrective action plan?**
Level 2 Amber User: ███          Date: 4/30/2013 7:14:16 PM

**6 Are there any unreasonable delays in inmate receiving prescribed medications?**
Level 2 Amber User: ███          Date: 4/24/2013 11:22:16 AM

**8 Are chronic condition medication expiration dates being reviewed prior to expiration to ensure continuity of care?**
Level 2 Amber User: ███          Date: 4/30/2013 7:14:41 PM

**9 Are non-formulary requests being reviewed for approval or disapproval within 24 to 48 hours?**
Level 2 Amber User: ███          Date: 4/24/2013 11:23:00 AM

**10 Are providers being notified of non-formulary decssions within 24 to 48 hours?**
Level 2 Amber User: ███          Date: 4/24/2013 11:23:11 AM

**11 Are medication error reports being completed and medication errors documented?**
Level 2 Amber User: ███          Date: 4/30/2013 7:15:19 PM

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC088975

## April 2013 PHOENIX COMPLEX

| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| | **Staffing** | | | | | |
| 1 | Is there an approved staffing pattern available to the Site Manager (FHA)? | X | | | 4/28/2013 3:28 PM Entered By: ▮ ▮ | 1 |
| 2 | Are the adequacy and effectiveness of the staffing assessed by the facility's sufficient to meet the needs of the inmate population? | | X | | 4/28/2013 3:46 PM Entered By: ▮ Nursing staffing is insufficient on Aspen Unit as demonstrated by consistent late medication pass. Supervisors have assisted and staff have been pulled from other units to cover; thus, affecting staffing on other inmate medical units. The staff schedule is inadequate in providing accurate up to date information on the reality of staffing at the Phoenix Alhambra Complex. Monitors have been informed by Corizon supervisors overtime and the use of agency is not permitted by upper management; however,an extremely high back load number intakes not being timely medically processed resulted in medical and medical records staff working until midnight last week. I have suggested initiating a Continuous Quality Improvement Study (CQI) to the Facility Health Administrator for the purpose of exploring a possible improvement in expediting the time necessary to medically process intake inmates in C area. | 3 |
| 3 | Are all positions filled per contractor staffing pattern? | | X | | 4/28/2013 4:04 PM Entered By: ▮ Non compliance as explained in Staffing-Performance Measure 2 notation, dated 4/28/13. | 2 |
| 4 | Is the Site Manager (FHA) kept infomed of recruiting efforts being taken to fill vacant positions by the corporate office? | X | | | 4/28/2013 5:17 PM Entered By: ▮ | 2 |

---

### Corrective Action Plans for PerformanceMeasure: Staffing

**2  Are the adequacy and effectiveness of the staffing  assessed by the facility's sufficient to meet the needs of the inmate population?**
Level 3 Amber User: ▮▮▮              Date: 4/28/2013 3:46:08 PM

**3  Are all positions filled per contractor staffing pattern?**
Level 2 Amber User: ▮▮▮              Date: 4/28/2013 4:04:41 PM

**April 2013 PHOENIX COMPLEX**

| | Infirmary Care | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Does policy or post order define the specific scope of medical, psychiatric, and nursing care provided in the infirmary setting? | X | | | 4/4/2013 7:59 PM Entered By: ▉<br>N/A. No infirmary at this location. | 1 |
| 2 | Are patients always within sight or hearing of a qualified health care professional (do inmates have a method of calling the nurse?) | X | | | 4/4/2013 7:59 PM Entered By: ▉<br>N/A. No infirmary at this location. | 1 |
| 3 | Is the number of appropriate and sufficient qualified health professionals in the infirmary determined by the number of patients, severity of illnesses and level of care required? | X | | | 4/4/2013 7:59 PM Entered By: ▉<br>N/A. No infirmary at this location. | 1 |
| 4 | Is a supervising registered nurse in the IPC 24 hours a day? | X | | | 4/4/2013 8:00 PM Entered By: ▉<br>N/A. No infirmary at this location. | 1 |
| 5 | Is the manual of nursing care procedures consistent with the state's nurse practice act and licensing requirements? | X | | | 4/4/2013 8:00 PM Entered By: ▉<br>N/A. No infirmary at this location. | 1 |
| 6 | Does admission to or discharge from infirmary care occur only on the order of physician or other provider where permitted by virtue of credentials and scope of practice? | X | | | 4/4/2013 8:00 PM Entered By: ▉<br>N/A. No infirmary at this location. | 1 |
| 7 | Is the frequency of physician and nursing rounds in the infirmary specified based on categories of care provided? | X | | | 4/4/2013 8:00 PM Entered By: ▉<br>N/A. No infirmary at this location. | 1 |
| 8 | Is a complete inmate health record kept and include:<br>-Admitted order (admitting diagnosis, medications, diet, activity restrictions, required diagnostic tests, frequency of monitoring and follow-up<br>-Complete document of care and treatment given<br>-Medication administration record<br>-Discharge plan and discharge notes | X | | | 4/4/2013 8:00 PM Entered By: ▉<br>N/A. No infirmary at this location. | 1 |
| 9 | If inpatient record is different than outpatient record, is a copy of the discharge summary from the infirmary care placed in the patient's outpatient chart? | X | | | 4/4/2013 8:00 PM Entered By: ▉<br>N/A. No infirmary at this location. | 1 |
| 10 | If an observation patient is placed by a qualified health care professional for longer than 24 hours, is this order being done only by a physician? | X | | | 4/4/2013 8:01 PM Entered By: ▉<br>N/A. No infirmary at this location. | 1 |

## April 2013 PHOENIX COMPLEX



| 11 | Are vital signs done daily when required? | X | | | 4/4/2013 8:01 PM Entered By: ■■■ <br><br> N/A. No infirmary at this location. | 1 |
|----|-------------------------------------------|---|---|---|---|---|
| 12 | Are there nursing care plans that are reviewed weekly and are signed and dated? | X | | | 4/4/2013 8:01 PM Entered By: ■■■ <br><br> N/A. No infirmary at this location. | 1 |
| 13 | Are medications and supplies checked regularly, and who is assigned to do it? | X | | | 4/4/2013 8:01 PM Entered By: ■■■ <br><br> N/A. No infirmary at this location. | 1 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC088978

**EXHIBIT 5 (part 7)**

**EXHIBIT 5 (part 7)**

## April 2013 SAFFORD COMPLEX

| | Intake  (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is a physical examination completed by a medical provider by day two (Business Day)(2) of the intake process? Alhambra, Perryville, Tucson Minors only | X | | | 4/2/2013 3:18 PM Entered By: ▬▬<br>NA not a intake Complex. | 2 |
| 2 | Is a mental health assessment completed by a mental health practitioner by day two (Business Day) (2) of the intake process? Alhambra, Perryville, Tucson Minors only | X | | | 4/2/2013 3:19 PM Entered By: ▬▬<br>NA not an intake complex. | 2 |

## April 2013 SAFFORD COMPLEX

| | Sick Call  (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is sick call being conducted five days a week Monday through Friday (excluding holidays)? | X | | | 4/4/2013 10:07 AM Entered By: ▉▉▉<br><br>Both units see sick patients on a daily basis. | 1 |
| 2 | Are sick call inmates being seen within 24 hours of the HNR being triaged (or immediately if inmate is identified with emergent medical needs)? | X | | | 4/11/2013 10:39 AM Entered By: ▉▉▉<br><br>4/11/2013 10:39 AM Entered By: ▉▉▉<br>Both units are in compliance with this. | 1 |
| 3 | Are vitals signs, to include weight, being checked and documented each time an inmate is seen during sick call? | X | | | 4/11/2013 10:40 AM Entered By: ▉▉▉<br>Both units compliant of twenty charts reviewed non were noncompliant. | 1 |
| 4 | Is the SOAPE format being utilized in the inmate medical record for encounters? | X | | | 4/11/2013 10:43 AM Entered By: ▉▉▉<br>There were two charts at each unit tht did not have the "E". They were provider notes. Nurses at both units stated they will be more vigilents and return charts without the E to providers for review. | 1 |
| 5 | Are referrals to providers from sick call being seen within seven (7) days? | X | | | 4/4/2013 10:10 AM Entered By: ▉▉▉<br>Providers see inmates with referrals usually within one or two days.  During the week they are usually seen the day of the referral or the next day. | 1 |
| 6 | Are nursing protocols in place and utilized by the nurses for sick call? | X | | | 4/11/2013 10:44 AM Entered By: ▉▉▉<br>Both units coud do a bit better at this but impovement has been noted. | 1 |

## April 2013 SAFFORD COMPLEX

| | Medical Specialty Consultations (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are urgent consultations being scheduled to be seen within thirty (30) days of the consultation being initiated? | X | | | 4/14/2013 5:45 PM Entered By: ▉ | 2 |
| 2 | Are consultation reports being reviewed by the provider within seven (7) days of receipt? | | X | | 4/27/2013 2:35 PM Entered By: ▉<br>See below.<br>4/14/2013 5:47 PM Entered By ▉<br>One chart at Ft. Grant found with consult report not being reviewed by the Provider within seven (7) days of receipt.<br>▉ - Information received 3/5/13 (faxed), but not reviewed until 3/15/13.<br>*Side note- ▉ - Outside consult dated 2/27/13 not reviewed as of 4/11/13. Appears to have been received via email on 4/8/13. | 2 |
| 3 | Is the utilization and availability of off-site services appropriate to meet medical, dental and mental health needs? | X | | | 4/14/2013 5:47 PM Entered By: ▉ | 3 |
| 4 | Are the emergent medical needs of the inmates appropriate and emergent transports ordered in a timely manner? | X | | | 4/14/2013 5:48 PM Entered By: ▉ | 2 |
| 5 | Do all inpatient admissions have documented utilization review of admission and evidence of discharge planning? | X | | | 4/14/2013 5:48 PM Entered By: ▉ | 2 |

| Corrective Action Plans for PerformanceMeasure: Medical Specialty Consultations (Q) |
|---|
| **2  Are consultation reports being reviewed by the provider within seven (7) days of receipt?**<br>**Level 2 Amber User:** ▉          **Date: 4/27/2013 2:35:43 PM** |

**April 2013 SAFFORD COMPLEX**

| | Chronic Condition and Disease Management (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are treatment plans developed and documented in the medical record by a provider within thirty (30) days of identification that the inmate has a CC? | | X | | 4/27/2013 2:36 PM Entered By: ▬<br><br>See below.<br><br>4/14/2013 5:57 PM Entered By: ▬<br><br>Inmate ▬ at Ft. Grant arrived 1/19/12, but cc for Asthma, HTN and HEP C wasn't completed until 3/6/13 (> 30 days). | 1 |
| 2 | Are CC inmates being seen by the provider (every three (3) to six (6) months) as specified in the inmate's treatment plan? | X | | | 4/14/2013 5:57 PM Entered By ▬ | 2 |
| 3 | Are CC/DM inmates being provided coaching and education about their condition / disease and is it documented in the medical record? | | X | | 4/27/2013 2:36 PM Entered By: ▬<br><br>See below.<br><br>4/14/2013 5:58 PM Entered By: ▬<br><br>Inmate ▬ at Tonto had no education documented on his CC (HTN) form of 3/13/13. | 1 |
| 4 | Have disease management guidelines been developed and implemented for Chronic Disease or other conditions not classified as CC? | | X | | 4/14/2013 6:06 PM Entered By: ▬<br><br>Multiple charts at Ft. Grant and Tonto noted with incomplete cc forms completed (guidelines not being completed). These include:<br>Tonto-<br>▬ - "For all diseases, since last visit" area was blank. CC is Asthma. Under the box of "# of attacks " was blank. PE: Incomplete. HEENT/Neck; GU/Rectal; Opt blank.<br>▬ - CC Asthma. "# of attacks" was blank. PE incomplete.<br>▬ - CC HTN 3/13/13- Special Needs Box blank.<br>Ft. Grant-<br>▬ - 4/4/13 cc form incomplete. "For all diseases, since last visit ..." blank. Current meds- blank. # of days for next visit- other, no date/month/etc. blank.<br>▬ - Subjective- blank. Special needs box blank. No follow up ordered (3/6/13 cc form for Asthma, Hep C and HTN).<br>▬ - CC Asthma 3/29/13. CC form incomplete. # of attacks - blank. "For all diseases, ..." - blank. Degree of Control/Clinical status for Asthma blank. Special Needs box blank. | 2 |
| 5 | Has the contractor submitted his/her quarterly guideline audit results by the 15th day following | X | | | 4/14/2013 6:06 PM Entered By: ▬ | 2 |

## April 2013 SAFFORD COMPLEX

| | | | | | |
|---|---|---|---|---|---|
| the end of the reporting quarter? | | | | N/A. | |

### Corrective Action Plans for PerformanceMeasure: Chronic Condition and Disease Management (Q)

**1  Are treatment plans developed and documented in the medical record by a provider within thirty (30) days of identification that the inmate has a CC?**
Level 1 Amber User: ▇▇▇▇▇▇        Date: 4/27/2013 2:36:15 PM

**3  Are CC/DM inmates being provided coaching and education about their condition / disease and is it documented in the medical record?**
Level 1 Amber User: ▇▇▇▇▇▇        Date: 4/27/2013 2:36:32 PM

**4  Have disease management guidelines been developed and implemented for Chronic Disease or other conditions not classified as CC?**
Level 2 Amber User: ▇▇▇▇▇▇        Date: 4/14/2013 6:06:04 PM

**April 2013 SAFFORD COMPLEX**

| | Medical Records (Q)) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are medical records current, accurate and chronologically maintained with all documents filed in the designated location? | X | | | 4/4/2013 10:06 AM Entered By: ▮▮▮<br><br>Both units are in compliance with this. | 1 |
| 2 | Are provider (physician, mid-levels) orders taken off (noted) daily annotated with time, date and name of person taking the orders off? | X | | | 4/11/2013 10:24 AM Entered By: ▮▮▮<br><br>Both units doing a good job of this. | 1 |
| 3 | Does the Medication Administration Record (MAR) in the medical chart reflect dose, route, frequency, start date and nurse's signature? | | X | | 4/17/2013 6:29 AM Entered By: ▮▮▮<br><br>Ft. Grant's March MARs looked excellent. Both Ft. Grant and Tonto's April MARs had areas crossed out that should have been rewritten in the box below. The FHA and DON addressed it as soon as they were aware it had been done.<br><br>4/17/2013 2:29 PM Entered By: ▮▮▮<br><br>Multiple MARs noted with previous start/stop dates, directions and providers marked off and new information written in above, next to or below rather than rewriting a new order.   This was noted at both Ft. Grant and Tonto.  These include: the following on April MARs:<br>Tonto-<br>▮▮▮ - Allopurinol, Lisinopril and Abuterol orders.<br>▮▮▮ -Lisinopril<br>▮▮▮<br>▮▮▮ 0<br>Ft. Grant-<br>▮▮▮<br>Also some MARs noted without Provider, start/stope date and/or route at Ft. Grant-<br>▮▮▮ -Prilosec<br>▮▮▮ -Pamelor<br>▮▮▮ -Without Provider, start or stop date on INH.<br>▮▮▮ - Pamelor without route.<br>▮▮▮ -Naproxen without stop date. | 1 |
| 4 | Are medical record entries legible, complete with time, name stamp and signature present? | X | | | 4/11/2013 10:29 AM Entered By: ▮▮▮<br><br>Both health units are doing a good job with this. | 1 |
| 5 | Are arrival logs maintained and kept current with name of inmate, ADC #, date of arrival, # of | X | | | 4/2/2013 3:21 PM Entered By: ▮▮▮<br>▮▮▮ | 1 |

**April 2013 SAFFORD COMPLEX**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | volumes? | | | | Yes at both Ft Grant and Tonto Health Units. | | |
| 6 | Are departure logs maintained and kept current with name of the inmate, ADC #, unit being transferred to, date of departure, # of volumes? | X | | | 4/2/2013 3:22 PM Entered By: ■ ■ Yes at both Health units ( Tonto and Ft. Grant) | | 1 |
| 7 | Are previous volumes (old volumes) filed in a separate location (not with active files) and are easily accessible to obtain as needed? | X | | | 4/2/2013 3:23 PM Entered By: ■ Yes at both Tonto and Ft. Grant health units. | | 1 |
| 8 | Are medical records for released inmates pulled from the active file area? | X | | | 4/4/2013 10:08 AM Entered By: ■ ■ Both Health units are doing a good job with this. | | 1 |
| 9 | Are requested medical records received from archives upon an inmates return to ADC being merged with newly established medical records since inmates return to ADC? | X | | | 4/11/2013 10:31 AM Entered By: ■ Mrs at bth units are tracking this and if they have not recieved a requested record within thirty days, they resubmit the request. | | 1 |
| 10 | Is a Release of Information log that reflects the Medical Records Requests for copies of the inmate's medical records from 3rd parties (attorney and family requests only)? | X | | | 4/11/2013 10:31 AM Entered By: ■ Both units have a tracking system in place. | | 1 |

---

**Corrective Action Plans for PerformanceMeasure: Medical Records (Q))**

**3  Does the Medication Administration Record (MAR) in the medical chart reflect dose, route, frequency, start date and nurse's signature?**
Level 1 Amber User: ■■■■          Date: 4/17/2013 2:29:56 PM

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC088985

## April 2013 SAFFORD COMPLEX

| | Prescribing Practices and Pharmacy (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are recommendations made by the Pharmacy and Therapeutics Committee appropriately enacted? | X | | | 4/26/2013 10:16 AM Entered By: ▮ | 2 |
| 2 | Are pharmacy polices, procedures forms, (including non-formulary requests) being followed? | | X | | 4/26/2013 10:17 AM Entered By: ▮ <br><br> HSTM 4.1.6 <br><br> 1. Amber – will remain amber until a written corrective action plan is received and implemented at each Complex Site by Corizon Health. <br><br> A) HSTM 4.1.6 Non-Formulary Drug Requests:  A written Action Plan is required from ▮, Regional Director of Nursing, Corizon, to ensure that requests for necessary non-formulary medications at each Complex Site, are received by inmate patients in a timely manner.  Providers will need to provide formulary medication, if needed, to provide continuity of care while the NFDR is being processed.  This Action Plan requires documented follow-up from Corizon staff that identified medications have been approved or denied and if denied, an appropriate therapy is instituted so that patient will not go without medication during the approval/denial process. <br> a. April 2013 NFDR Stop Date Reports indicates: <br> i. 1583 Non-formulary drugs expiring for 1270 patients <br><br> B) HSTM 4.1.1 Pharmaceutical Dispensing Procedures:  A written Action Plan is required from ▮, Regional Director of Nursing, Corizon, to ensure that all prescriptions are dispensed in a timely manner so as not to contribute to morbidity or mortality and so that the inmate population receive continuity of care.  This Action Plan requires documented follow-up from Corizon staff assuring expiring medications at each Complex Site are renewed before expiration date. <br> a. April 2013 Discontinued (Expired) Medication Report indicates: <br> i. 2766 Expired medications expiring for 1721 patients | 2 |
| 3 | Are all medications being prescribed in the therapeutic ranges as determined by the most current editions of the "Drug Facts and Comparisons" or the packet insert? | X | | | 4/26/2013 10:17 AM Entered By: ▮ | 1 |

**April 2013 SAFFORD COMPLEX**

**Corrective Action Plans for PerformanceMeasure: Prescribing Practices and Pharmacy (Q)**

2  Are pharmacy polices, procedures forms, (including non-formulary requests) being followed?

Level 2 Amber User: ███████████   Date: 4/26/2013 10:17:13 AM

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC088987

**April 2013 SAFFORD COMPLEX**

| | Reporting (AIMS) (Medical Records)(Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are medical AIMS entries being made timely, completely, accurately and no greater than 3 work days from the entry in the medical record? | X | | | 4/11/2013 10:37 AM Entered By: ▮ Both Health Units are doing well with this | 1 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC088988

**April 2013 SAFFORD COMPLEX**

| | Grievances (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are grievances being responded to within fifteen (15) working days of receipt per Department Order 802? | X | | | 4/2/2013 3:17 PM Entered By: ▇▇▇  NA there have been no grievances from any of the yards since Corizon took over. | 2 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC088989

**April 2013 SAFFORD COMPLEX**



| | No Shows (Q) | | | | | |
|---|---|---|---|---|---|---|
| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
| 1 | Are medical, dental and mental health line "no-shows" being reported and documented per policy, Department Order 1101? | X | | | 4/11/2013 10:36 AM Entered By: ▓ <br><br>Both units pursue no shows and reason why. Inmates are rescheduled or put on report depending on whether they signed "Pass" <br><br>4/11/2013 10:32 AM Entered By: ▓ <br>▓ <br><br>4/11/2013 10:32 AM Entered By: ▓ <br>▓ | 1 |

## April 2013 SAFFORD COMPLEX

| | Mental Health (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are all Health Needs Requests (HNR), for mental health services, being triaged within 24 hours (24) of receipt by a qualified mental health professional? | X | | | 4/27/2013 2:34 PM Entered By: | 1 |
| 2 | Are inmates referred to a psychiatric provider, from a sick call visit or other encounter, for routine services occurring within seven days of referral request? | X | | | 4/27/2013 2:34 PM Entered By: | 1 |
| 3 | Are mental health treatment plans being reviewed, at a minimum of 90 days, by the mental health treatment team for Seriously Mentally Ill (SMI) inmates? D.O. 1103, 1103.08 1.5 dtd 1/11/2013 | X | | | 4/27/2013 2:34 PM Entered By: | 2 |
| 4 | Are inmates prescribed psychotropic medication seen face to face by a nurse every thirty days? | X | | | 4/27/2013 2:34 PM Entered By: | 1 |
| 5 | Are inmates that are seen every thirty (30) days by the psychiatric nurse and are assessed to be unstable on their current medication referred to and evaluated by a psychiatrist or psychiatry certified nurse practitioner? | X | | | 4/27/2013 2:34 PM Entered By: | 1 |
| 6 | Are inmates being prescribed psychotropic medication being seen by a psychiatrist or psychiatry certified nurse practitioner every three (3) months? | X | | | 4/27/2013 2:34 PM Entered By: | 1 |
| 7 | Are discharge plans being established for SMI inmates within 90, 60 and 30 days of release from prison? | X | | | 4/27/2013 2:34 PM Entered By | 2 |
| 8 | Is the primary counselor establishing a mental health treatment plan within 72 hours of the SMI inmate arrival to the facility? D.O. 1103 - 1103.08, 1.1.1. dtd 1/11/2013 | X | | | 4/27/2013 2:35 PM Entered By: | 2 |
| 9 | Are master mental health treatment plans being developed by the mental health treatment team within 30 days of an inmate being assessed as SMI? D.O. 1103, 1103.08 1.2.1 dtd 1/11/2013 | X | | | 4/27/2013 2:35 PM Entered By: | 2 |

## April 2013 SAFFORD COMPLEX

| | Quality and PEER Review (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is the contractor physician conducting monthly and quarterly chart reviews? | X | | | 4/15/2013 9:38 AM Entered By: ▉▉<br><br>Dr. ▉▉ is doing reviews at both units on a monthly basis. | 1 |
| 2 | Is contractor conducting monthly CQI committee meetings and meeting NCCHC standard? | X | | | 4/4/2013 10:03 AM Entered By: ▉▉<br><br>Yes first Corizon CQI meeting was 04/03/2013 | 1 |
| 3 | Are CQI committee improvement recommendations acted on timely and progress reported back to committee in the next monthly meeting? | X | | | 4/4/2013 10:04 AM Entered By: ▉▉<br><br>April 4th was the first Corizon CQI. Will do follow up in May. | 1 |
| 4 | Is the contractor conducting annual PEER reviews for physicians, nurse practitioners, physician assistants, dentists, psychiatrists, psychiatric nurse practitioners and Phd. level psychologists? | X | | | 4/3/2013 9:51 AM Entered By: ▉▉<br><br>NA contractor has been in place for only one month | 1 |
| 5 | Did the contractor conduct a quarterly on-site review of the site CQI program? | X | | | 4/4/2013 10:05 AM Entered By: ▉▉<br><br>NA have not been in place one quarter yet. | 1 |

## April 2013 SAFFORD COMPLEX

| | Medication Administration | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is there a formal medication administration program? | X | | | 4/14/2013 6:07 PM Entered By: ▮▮ | 1 |
| 2 | Is the documentation of completed training and testing kept on file for staff who administer or deliver medications? | X | | | 4/17/2013 3:34 PM Entered By: ▮▮ | 1 |
| 3 | Is there a tracking system for KOP medications to determine if medications have been received by the inmate? | X | | | 4/14/2013 6:07 PM Entered By: ▮▮ | 1 |
| 4 | Are the Medciation Administration Records (MAR) being completed in accordance with standard nursing practices? | | X | | 4/14/2013 6:16 PM Entered By: ▮▮  Multiple MARs noted with previous start/stop dates, directions and providers marked off and new information written in above, next to or below rather than rewriting a new order.   This was noted at both Ft. Grant and Tonto.  These include:the following on April MARs: Tonto- ▮▮ - Allopurinol, Lisinopril and A buterol orders. ▮▮ -Lisinopril  Contreras #197505 ▮▮  Ft. Grant- ▮▮ -Ibuprofen ▮▮  Also some MARs noted without Provider, start/stope date and/or route at Ft. Grant- ▮▮ -Prilosec ▮▮ -Pamelor ▮▮ -Without Provider, start or stop date on INH. ▮▮ - Pamelor without route. ▮▮ -Naproxen without stop date. | 1 |
| 5 | Are medication errors forwarded to the FHA to review corrective action plan? | X | | | 4/14/2013 6:17 PM Entered By: ▮▮ | 2 |
| 6 | Are there any unreasonable delays in inmate receiving prescribed medications? | | X | | 4/19/2013 3:42 PM Entered By: ▮▮  See below.  4/14/2013 6:18 PM Entered By: ▮▮  One inmate found being out of his Lisinopril for 3 days, per 4/10/13 note.  BP was | 2 |

**April 2013 SAFFORD COMPLEX**



| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 135/100. Medications have been ordered and now receiving stock supply until his arrives. BPs are also being monitored and documented. | |
| 7 | Are inmates being required to show ID prior to being administered their medications? | X | | | 4/14/2013 6:19 PM Entered By ▮ | 2 |
| 8 | Are chronic condition medication expiration dates being reviewed prior to expiration to ensure continuity of care? | X | | | 4/14/2013 6:19 PM Entered By: ▮ | 2 |
| 9 | Are non-formulary requests being reviewed for approval or disapproval within 24 to 48 hours? | X | | | 4/14/2013 6:19 PM Entered By ▮ | 2 |
| 10 | Are providers being notified of non-formulary decssions within 24 to 48 hours? | X | | | 4/14/2013 6:19 PM Entered By: ▮ | 2 |
| 11 | Are medication error reports being completed and medication errors documented? | X | | | 4/14/2013 6:19 PM Entered By: ▮ | 2 |



**Corrective Action Plans for PerformanceMeasure: Medication Administration**

**4  Are the Medciation Administration Records (MAR) being completed in accordance with standard nursing practices?**
Level 1 Amber User: ▮          Date: 4/14/2013 6:16:01 PM

**6  Are there any unreasonable delays in inmate receiving prescribed medications?**
Level 2 Amber User: ▮          Date: 4/19/2013 3:42:07 PM

**6  Are there any unreasonable delays in inmate receiving prescribed medications?**
Level 2 Amber User: ▮          Date: 4/19/2013 3:42:07 PM

**April 2013 SAFFORD COMPLEX**

| | Staffing | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is there an approved staffing pattern available to the Site Manager (FHA)? | X | | | 4/17/2013 6:30 AM Entered By: ▮<br><br>Yes | 1 |
| 2 | Are the adequacy and effectiveness of the staffing assessed by the facility's sufficient to meet the needs of the inmate population? | X | | | 4/17/2013 6:35 AM Entered By: ▮<br><br>This continues to be an area of potential concern. Corizon has approved fewer nurses than previously were employed. Ft. Grant and the extra requirements of the tomatoe crew, may proove to be too much for one evening nurse in the long term. | 3 |
| 3 | Are all positions filled per contractor staffing pattern? | X | | | 4/17/2013 6:40 AM Entered By: ▮<br>No there is an opening for a .25 Medical Director.<br>Also they are short a Dentist a couple of shifts per month. | 2 |
| 4 | Is the Site Manager (FHA) kept infomed of recruiting efforts being taken to fill vacant positions by the corporate office? | X | | | 4/17/2013 6:40 AM Entered By: ▮<br>Yes | 2 |

## April 2013 SAFFORD COMPLEX

| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| 1 | Does policy or post order define the specific scope of medical, psychiatric, and nursing care provided in the infirmary setting? | X | | | 4/4/2013 8:03 PM Entered By: ███<br>N/A. No infirmary at this location. | 1 |
| 2 | Are patients always within sight or hearing of a qualified health care professional (do inmates have a method of calling the nurse?) | X | | | 4/4/2013 8:03 PM Entered By: ███<br>N/A. No infirmary at this location. | 1 |
| 3 | Is the number of appropriate and sufficient qualified health professionals in the infirmary determined by the number of patients, severity of illnesses and level of care required? | X | | | 4/4/2013 8:03 PM Entered By: ███<br>N/A. No infirmary at this location. | 1 |
| 4 | Is a supervising registered nurse in the IPC 24 hours a day? | X | | | 4/4/2013 8:03 PM Entered By: ███<br>N/A. No infirmary at this location. | 1 |
| 5 | Is the manual of nursing care procedures consistent with the state's nurse practice act and licensing requirements? | X | | | 4/4/2013 8:03 PM Entered By: ███<br>N/A. No infirmary at this location. | 1 |
| 6 | Does admission to or discharge from infirmary care occur only on the order of physician or other provider where permitted by virtue of credentials and scope of practice? | X | | | 4/4/2013 8:03 PM Entered By: ███<br>N/A. No infirmary at this location. | 1 |
| 7 | Is the frequency of physician and nursing rounds in the infirmary specified based on categories of care provided? | X | | | 4/4/2013 8:03 PM Entered By: ███<br>N/A. No infirmary at this location. | 1 |
| 8 | Is a complete inmate health record kept and include:<br>-Admitted order (admitting diagnosis, medications, diet, activity restrictions, required diagnostic tests, frequency of monitoring and follow-up<br>-Complete document of care and treatment given<br>-Medication administration record<br>-Discharge plan and discharge notes | X | | | 4/4/2013 8:04 PM Entered By: ███<br>N/A. No infirmary at this location. | 1 |
| 9 | If inpatient record is different than outpatient record, is a copy of the discharge summary from the infirmary care placed in the patient's outpatient chart? | X | | | 4/4/2013 8:04 PM Entered By: ███<br>N/A. No infirmary at this location. | 1 |
| 10 | If an observation patient is placed by a qualified health care professional for longer than 24 hours, is this order being done only by a physician? | X | | | 4/4/2013 8:04 PM Entered By: ███<br>N/A. No infirmary at this location. | 1 |

## April 2013 SAFFORD COMPLEX



| 11 | Are vital signs done daily when required? | X | | | 4/4/2013 8:04 PM Entered By: ▓▓ N/A: No infirmary at this location. | 1 |
| 12 | Are there nursing care plans that are reviewed weekly and are signed and dated? | X | | | 4/4/2013 8:04 PM Entered By: ▓▓ N/A: No infirmary at this location. | 1 |
| 13 | Are medications and supplies checked regularly, and who is assigned to do it? | X | | | 4/4/2013 8:04 PM Entered By: ▓▓ N/A: No infirmary at this location. | 1 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC088997