**EXHIBIT 5 (part 8)**

**EXHIBIT 5 (part 8)**

## April 2013 TUCSON COMPLEX

| | Intake  (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is a physical examination completed by a medical provider by day two (Business Day)(2) of the intake process? Alhambra, Perryville, Tucson Minors only | | X | | 4/29/2013 10:59 AM Entered By: ▮▮▮▮<br><br>For the month of April, as of 4/29/2013, there have been (8) Minors that have arrived on Tucson Rincon Minors yard. Per documentation (or lack there of) in the charts, below are the findings:<br><br>▮▮▮▮ - Arrived 4/03. Initial Nursing assessment 4/03. To date no Physical, labs, PPD has been done. No initial Dental exam has been performed, or bite-wing Xrays taken.<br><br>▮▮▮▮ - Arrived 4/04. Initial Nursing assessment 4/04. To date no Physical, labs, PPD has been done. The IM has also not been seen for a medical issue. No initial Dental exam has been performed, or bite-wing Xrays taken.<br><br>▮▮▮▮ - Arrived 4/08. Initial Nursing assessment 4/09. The PPD was planted, but never read therefore; will need to be redone. To date no Physical, or labs, have been done. The initial Dental exam was performed 4/12, and bite-wing Xrays were taken.<br><br>▮▮▮▮ - Arrived 4/17. Initial Nursing assessment 4/17. To date no Physical, labs, PPD has been done. No initial Dental exam has been performed, or bite-wing Xrays taken.<br><br>▮▮▮▮ - Arrived 4/18. Initial Nursing assessment 4/18. To date no Physical, labs, PPD has been done. No initial Dental exam has been performed, or bite-wing Xrays taken.<br><br>▮▮▮▮ - Arrived 4/23. Initial Nursing assessment 4/23. To date no Physical, labs, PPD has been done. No initial Dental exam has been performed, or bite-wing Xrays taken.<br><br>▮▮▮▮ - Arrived 4/24. Initial Nursing assessment 4/24. To date no Physical, labs, PPD has been done. No initial Dental exam has been performed, or bite-wing Xrays taken.<br><br>▮▮▮▮ - Arrived 4/24. Initial Nursing assessment 4/24. To date no Physical, labs, PPD has been done. No initial Dental exam has been performed, or bite-wing Xrays taken.<br><br>It should be noted that per the posted Security Officer, there has not been a mid-level Provider or Physician line held on this yard in (4) weeks. | 2 |

ADC088998

## April 2013 TUCSON COMPLEX



| 2 | Is a mental health assessment completed by a mental health practitioner by day two (Business Day) (2) of the intake process? Alhambra, Perryville, Tucson Minors only | X | | | 4/29/2013 11:08 AM Entered By: ▇▇▇▇ For the month of April, as of 4/29/2013, there have been (8) Minors that have arrived on Tucson Rincon Minors yard. Per documentation in the charts, below are the findings:<br><br>▇▇▇▇ - Arrived 4/03. Mental Health Assessment 4/03.<br><br>▇▇▇▇ - Arrived 4/04. Mental Health assessment 4/04.<br><br>▇▇▇▇ - Arrived 4/08. Mental Health assessment 4/10.<br><br>▇▇▇▇ - Arrived 4/17. Mental Health assessment has not been completed. This was brought to the attention of the Psychologist for Minors.<br><br>▇▇▇▇ - Arrived 4/18. Mental Health assessment was done, but the document is not dated.<br><br>▇▇▇▇ - Arrived 4/23. Mental Health assessment 4/23.<br><br>▇▇▇▇ - Arrived 4/24. Mental Health assessment 4/24.<br><br>▇▇▇▇ - Arrived 4/24. Mental Health assessment 4/24.<br><br>Overall, this auditor is giving this performance measure a (Green) finding. | 2 |

**Corrective Action Plans for PerformanceMeasure: Intake  (Q)**

**1  Is a physical examination completed by a medical provider by day two (Business Day)(2) of the intake process? Alhambra, Perryville, Tucson Minors only**
Level 2 Amber User: ▇▇▇▇▇▇▇         Date: 4/29/2013 10:59:58 AM

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER         ADC088999

## April 2013 TUCSON COMPLEX

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Sick Call  (Q)** | | | | |
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is sick call being conducted five days a week Monday through Friday (excluding holidays)? | | X | | 4/29/2013 12:25 PM Entered By: ▉▉▉<br><br>RINCON MINORS:<br><br>NO. Audit was conducted on 4/29. This auditor could only find patient appointment signature sheets for 4/05 & 2/24.  All other dates for the entire month did not exist re: (4/01, 4/02,4/03,4/04,4/08, 4/09,4/10,4/11,4/12,4/15,4/16, 4/17, 4/18, 4/19,4/22,4/23,4/25,& 4/26).It should also be noted that per the posted Security Officer, there has not been a mid-level Provider, or Physician to the yard in four weeks. Pre-made Doctor line signature sheets were found dtd 4/11 & 4/25, but the Pysician was a no-show for both lines.<br><br>4/28/2013 12:54 PM Entered By: ▉▉▉<br><br>CIMARRON:<br><br>NO. Audit was conducted on 4/26 for this yard. On this date the Medical Unit supervisor was not available. Nursing staff stated that the job is being shared at present between two Supervisors due to staffing shortages throughout the complex.<br><br>There are two Nurse lines that are to take place each day. One for the North yard, and one for the South yard.<br><br>This auditor requested any explanation as to why there were no Nurse line appointment sheets for 4/01, 4/02, 4/03, 4/04, 4/05, and 4/26. One Nurse present only produced (2) IRs for the North yard for 4/01 and 4/02. The IRs were written to his Nursing Supervisor, and not to ADC Cimarron Operations. The reasons he listed on the IRs that prevented him from doing the lines are normal day to day duties re; pill call, dietary, and a medical record that he stated took priority over conducting a Nurseline on 4/01 & 4/02. He also stated that on 4/02 he was diverted by this Monitor in asking him questions. I was requested by the Complex Warden to go and evaluate logs, as there had been a Narcotic error that had occurred. I was with this Nurse and asked questions for approximately 10 minutes that morning.<br><br> Since staff could not produce any information; it is assumed that no sick call lines were conducted on the dates noted above, in April.<br><br>- This auditor counted only 29 Provider line visits for the entire month of April, with over 140 IMs waiting to be seen.<br>- Currently there is a 227 IM backlog, waiting to be seen on Nurseline.<br>- Per the logs available, Nurses routinely see 4-6 IMs per day from each yard.<br><br>4/27/2013 10:41 PM Entered By: ▉▉▉ | 1 |

## April 2013 TUCSON COMPLEX

RINCON WEST MEDICAL:

NO. Audit was conducted on 4/24 for this yard. On this date the Medical Unit supervisor was not available. On this day, the entire complex experienced a power outage. The Provider line that was scheduled to take place had to be cancelled due to lock-down.

This auditor requested any explanation as to why there were no Nurseline appointment sheets for 4/03, 4/08, 4/09, and 4/12. The Nurses present could not produce any information. Therefore; it is assumed that no sick call lines were conducted on the above four days in April. There were also no IRs completed documenting such, that staff could produce.

- During the audit, Nursing staff seemed completely overwhelmed with the amount of work they were tasked with handling.
- This auditor noted 110 records on the Provider Review shelf. Two serious cases are noted in the "Provider review" section of this month's MGAR. The two were escalated in the chain of command, and the local backlog was also brought to the Corizon Complex Manager's attention.
- I counted only 20 Provider line visits for the entire month of April, with over 150 IMs waiting to be seen.
- There were charts everywhere, making it very difficult to conduct the audit.
- Nursing reported that beginning each day at approximately 1500, that the unit has become an Emergency Room, making it extremely difficult for staff to complete all of the duties required per shift.
- Of the encounters that were recorded onto appointment logs, this auditor counted (81) emergency and/or ICSs for the month thus far. This means Nursing must drop everything they are doing and respond. If the IM is sent out to an emergency room, additional administrative documentation must be completed as well.

It is highly recommended that Corizon look at increasing the staffing compliment on this yard by at least (1) staff member on both shifts.

4/27/2013 7:56 PM Entered By: ▮▮▮▮

WINCHESTER: NO. Audit was conducted on 4/24 for this yard. On this date the Medical Unit supervisor was questioned regarding notes made on the appointment logs dtd 4/05 & 4/19. The logs were blank and "YARD ON LOCKDOWN" was noted. This auditor requested to see the documented Information Report indicating such for the two dates. The Supervisor could not produce them.  This auditor made liaison with  CAPT ▮▮▮ of Winchester yard. He researched Operational records verifying the yard was NOT on lock down on those two dates therefore; Nurse line was not conducted on the two days

**April 2013 TUCSON COMPLEX**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | indicated. There was also no appointment list that could be found for 4/09. This date could also not be justified by the Supervisor. Hence, no sick call lines were conducted on 4/05, 4/09, and 4/19. 4/27/2013 6:44 PM Entered By: ▇ SANTA RITA: NO. Audit was conducted on 4/23 for this yard. On this date the Medical Unit supervisor could not show documentation which proved Nursing line was conducted on 4/05, 4/11, 4/12, 4/17, 4/18, and 4/19. He believes that both copies may have been sent to the Complex Business Office in error. This auditor gave him the opportunity to produce the documentation, as she was on the yard all day. He did not do so. 4/17/2013 1:34 PM Entered By: ▇ CATALINA: YES. 4/11/2013 2:08 PM Entered By: ▇ MANZANITA: YES. 4/10/2013 2:20 PM Entered By: ▇ WHETSTONE: YES. | |
| 2 | Are sick call inmates being seen within 24 hours of the HNR being triaged (or immediately if inmate is identified with emergent medical needs)? | | X | | 4/29/2013 12:45 PM Entered By: ▇ Complete. 4/29/2013 12:44 PM Entered By: ▇ RINCON MINORS: ▇ - NO. HNR dtd 4/06. To date, there are no notes in chart where IM was seen. ▇ - Per initial intake assessment dtd 4/03, IM was to be seen regarding a medical issue. To date, there are no notes in chart where IM was seen. ▇ - NO. HNR dtd 4/27. To date, there are no notes in chart where IM was seen. ▇ - NO. HNR dtd 4/25 to speak to MH. To date, there are no notes in chart where he was seen. Brought to the attention of Minor's Psychologist. ▇ - NO. HNR dtd 4/19. To date IM has not been seen for the issue. Another HNR dtd 3/02. IM was not seen until 4/05/13. ▇ - NO. HNR dtd 4/17. To date IM has not been seen for the issue. 4/28/2013 2:30 PM Entered By ▇ CIMARRON: ▇ - N/A. Seen as an emergency. ▇ - N/A. Seen as an emergency. ▇ - YES. | 1 |

## April 2013 TUCSON COMPLEX

- YES.
- YES.
-YES.
-NO. HNR submitted 4/01. Seen 4/11 & 4/12.

4/28/2013 11:48 AM Entered By: ▓▓▓▓▓

RINCON WEST MEDICAL:

- NO. HNRs were submitted on 4/05 & 4/10 for the same issue. IM seen on 4/18 however; this auditor could not find his name logged as seen on any appointment log.
- NO. HNRs submitted on 4/02 & 4/06. Neither issue has been addressed by Nursing to date.
- NO recent HNRs in chart.
- There was no HNR located in the chart, as to why the IM was seen on 3/27. IM was referred to the Provider this date, and has yet to be seen.
- YES. Last HNR in chart was an Emergency HNR dtd 2/27, IM was seen 2/27.
- There was no recent HNR in chart. Chart found with numerous items loose in it, to include lab results dtd 4/20 that had not been reviewed yet.
- There was no recent HNR in chart.

4/27/2013 8:17 PM Entered By: ▓▓▓▓▓

WINCHESTER:

- NO. HNR - 4/15. Seen - 4/22.
- NO. HNR - 4/11. Seen - 4/22.
- NO. HNRs dtd 2/08 & 3/14 same issue. Seen 2/12.
- NO. HNR dtd 4/07. Seen 4/16.
- NO. HNR dtd 4/05. Only a comment on the HNR was dtd 4/11.
- NO. HNR dtd 4/02. Seen 4/16.
- NO. HNR dtd 4/02. Seen 4/16.
- NO. HNRs dtd 4/06, IM not seen to date. (Brought to the attention of Supervisor).
- YES. HNR dtd 4/15. Seen 4/16.

4/27/2013 6:54 PM Entered By: ▓▓▓▓▓

SANTA RITA:

- NO. HNR - 4/04. Seen - 4/22.
- NO. (2) HNRs on 4/02 for separate issues. Seen for one issue 4/10. Second issue not addressed. (Brought to the attention of the Supervisor).
- NO. HNR - 4/08. IM not seen yet. (Brought to the attention of the Supervisor).
- YES. Emergency HNR dtd 4/16. Seen 4/16.

## April 2013 TUCSON COMPLEX

- NO. HNRs dtd 1/26 & 3/06 for same issue. Not seen until 4/15.
- No HNR located in chart. Issue not an emergency, but seen on 4/22.
- NO. HNR dtd 4/01. Seen 4/09.
- NO. Last HNR in chart dtd 12/09/12. Seen 12/12/12. Referred to the Provider. IM not seen by Provider until 4/15 for the issue.
- NO. HNR dtd 4/15. Seen 4/17.
- YES.

4/17/2013 2:03 PM Entered By:

CATALINA:

- NO. HNR submitted: 3/11. IM not seen, only a note was written to the IM on the HNR. HNR submitted: 3/27 (same issue/CC medications renewal). IM was seen that day.
- N/A. No recent HNRs.
- 171 - NO. HNR submitted: 3/05. Seen:3/08.
- N/A. No recent HNRs.
- Submitted emergency HNR for chest pains 4/07. Seen that night for ICS and sent to E.R.
- NO. Submitted HNR on 3/26. Not seen by Nursing yet. Brought to the attention of Nursing. Submitted another HNR on 4/02. Seen on 4/04.
- NO. Submitted HNR: 3/10. Seen: 3/14. Submitted HNR: 4/10. Seen 4/11.
- N/A. No recent HNRs.
- NO. Submitted HNRs for same reason 3/11,3/18, 3/27, and 4/05. Only seen on 3/20 by Provider. Submitted HNR 3/14 & 3/20 requesting to be seen by Psych. IM was not seen until 3/26. Submitted HNR on 3/20. Seen 3/22.

4/15/2013 10:32 AM Entered By:

MANZANITA:

- NO. IM submitted HNR 3/30. Seen 4/03.
- N/A. IM seen 4/05 due to a workcrew injury.
- NO IM submitted HNR 1/27. Seen 1/31 and was told he would be referred to the Provider line. IM submitted an HNR on 2/22 for the (same issue), requesting to know when he would be seen.
- NO. IM submitted HNR 2/11. Seen 2/19 and was told he would be referred to the Provider line.
- NO. IM submitted HNR 3/12. Seen 3/19. IM submitted HNR 4/01. Seen 4/08.
- NO. IM submitted HNR 2/14. Seen 2/22 and was told he would be referred to the Provider line.
- NO. IM submitted HNR 3/30. Seen 4/05.
- N/A. No recent HNRs.
- N/A. No recent HNRs, but

**April 2013 TUCSON COMPLEX**

| | | | | | |
|---|---|---|---|---|---|
| | | | | IM was seen 4/03 not for an emergent issue. ███████ - NO. IM submitted HNR 4/05. Seen 4/08.<br><br>4/10/2013 1:37 PM Entered By: ████<br><br>WHETSTONE:<br>█████ - HNR dtd 2/26 (Cardiac issues). IM not seen to date. (Brought to the Supvs attention that date).<br>████████ - HNR dtd 3/29. IM not seen to date. (Brought to the Supvs attention that date.<br>█████ - N/A. No HNRs for April. Chart pulled from Provider review back-log shelf. Found a medication order dtd 1/24/13 that had not been ordered yet. (Brought to the Supvs attention that day).<br>████████ - NO. HNRs dtd 2/10 & 3/17(same issue). IM not seen until 3/27. HNR dtd 3/28. IM not sen to date. (Brought to the Supvs attention that date.<br>█████ - NO. HNR dtd 2/26. IM not seen until 4/04.<br>█████ - N/A. No HNRs since 12/2012.<br>█████ - NO. HNR dtd 3/26. No note in chart except on HNR regarding follow up.<br>█████ - HNR dtd 3/18. Not seen to date. (Brought to the attention of the Supv, that day).<br>█████ - NO. HNR dtd 2/05. Remarks on HNR stated --> PL. Finally seen by 4/03 on PL.<br>█████ - NO. HNR(Dental) dtd 3/25/13: Seen on 4/01/13 | |
| 3 | Are vitals signs, to include weight, being checked and documented each time an inmate is seen during sick call? | X | | 4/29/2013 1:11 PM Entered By: ████<br><br>RINCON MINORS:<br>█████ - YES. Encounter dtd 4/14.<br>█████ - NO. Encounter dtd 4/10, no weight obtained.<br>█████ - YES. Encounter dtd 4/24.<br>█████ - YES. Encounter dtd 3/28.<br>█████ - NO. Encounter dtd 4/05, no vitals at all were obtained.<br>█████ - NO. During last encounter dtd 3/09, no vitals at all wer obtained.<br><br>4/28/2013 2:32 PM Entered By: ████<br><br>█████ - NO for encounter dtd 4/26, as no weight was obtained. YES for encounter dtd 4/20.<br>█████ - NO for encounter dtd 4/02, as no weight was obtained. YES for encounter dtd 3/24.<br>█████ - YES. | 1 |

# April 2013 TUCSON COMPLEX



- YES.
- YES.
-YES.
- YES.

4/28/2013 11:53 AM Entered By: ▮▮▮

RINCON WEST MEDICAL:

- YES.
- NO. Encounter dtd 3/29, no vitals at all were obtained.
- NO. Encounter dtd 3/23 (IM return from Hospital), no vitals at all were obtained. NO. Encounter dtd 4/16, no vitals at all were obtained.
- YES.
- YES.
- YES.
- NO. Last encounter dtd 3/17, no vitals at all were taken.

4/27/2013 8:21 PM Entered By: ▮▮▮

WINCHESTER:

- NO. Encounter dtd 4/22, no weight obtained.
- NO. Encounter dtd 4/22, no vitals at all taken.
- NO. Encounter dtd 4/15, no vitals at all taken.
- NO. Encounter dtd 4/16, no weight documented.
- NO. Encounter dtd 4/16, no weight documented.
- N/A.
- YES.
- NO. Encounter dtd 4/16, no weight documented.

4/27/2013 7:01 PM Entered By: ▮▮▮

SANTA RITA:

- YES. Encounter dtd 4/22.
- YES. On all encounters dtd 4/08, 4/10, 4/15.
NO. Encounter dtd 4/19. No weight obtained.
- YES. Encounter dtd 4/01.
- YES. Encounter dtd 4/16.
- YES. Encounter dtd 4/15.
- NO. Encounter dtd 4/22, there were no vitals at all.
- YES. Encounter dtd 4/09.
- NO. Encounter dtd 4/02, no weight was obtained, and on encounter dtd 4/15, there were no vitals at all.
- YES. Encounter dtd 4/17.

4/17/2013 2:09 PM Entered By: ▮▮▮

CATALINA:

- YES.
- YES.
- YES.

**April 2013 TUCSON COMPLEX**



- Encounter dtd 3/26 - NO.
- Encounter dtd 4/09 - No weight.
- YES.
- YES.
- YES.
- Encounter dtd 3/20 - No weight.

4/15/2013 10:36 AM Entered By:

MANZANITA:
- YES. Encounter dtd 4/03.
- NO. Encounter dtd 4/05, no weight.
- YES.
- YES.
- NO. Encounter dtd 3/19, no weight.
- NO. Encounter dtd 2/22, no weight.
- YES.
- N/A.
- YES.
- YES.

4/10/2013 1:56 PM Entered By:

WHETSTONE:
- YES.
- YES.
- N/A. NO note in April to audit.
- IM not seen yet, to date.
- Note states IM refused vitals.
- N/A. No note in April to audit.
- N/A. No note in April to audit.
- YES.
- YES.
- YES.

| 4 | Is the SOAPE format being utilized in the inmate medical record for encounters? | X | | | 4/29/2013 1:13 PM Entered By:

RINCON MINORS:

RINCON MINORS:
-YES.
- YES.
- YES.
- YES.
- YES.
- YES.

4/28/2013 2:34 PM Entered By:

CIMARRON:
- YES.
- YES. | 1 |

## April 2013 TUCSON COMPLEX



- YES.
- YES.
  - YES.
    -YES.
  - NO. Encounter dtd 4/11

4/28/2013 11:56 AM Entered By: ▇▇▇

RINCON WEST MEDICAL:

- YES.
- YES.
- YES.
- YES.
- YES.
- YES.
  - NO. Last note dtd 3/17.

4/27/2013 8:27 PM Entered By: ▇▇▇

WINCHESTER:

- YES.
  759 - NO. Encounter dtd 4/22.
- YES.
  - NO. Encounter dtd
4/16, no "A" was notated. In it's place, it
said "Review chest with Dx of PFB. "P"
stated "Waiver given". Shaving waivers are
not authorized for PFB on an IMs chest.
  - N/A.
  - YES.
  - NO. Encounter dtd 4/16,
no "A" was notated.
  - YES.

4/27/2013 7:02 PM Entered By: ▇▇▇

SANTA RITA:

- YES.
- YES.
  - YES.
- YES.
  - YES.
- YES.
- YES.
- YES.

4/17/2013 2:10 PM Entered By: ▇▇▇

CATALINA:

- YES.
- YES.
- YES.
- YES.
- YES.
- YES.
- YES.
- YES.

4/15/2013 10:40 AM Entered By: ▇▇▇

MANZANITA:

- YES.
  - YES.
  - NO. Encounter dtd 4/09.
  - NO. Encounter dtd 4/09.

## April 2013 TUCSON COMPLEX



| | | | | | |
|---|---|---|---|---|---|
| | | | | - YES.<br>- NO. Encounter dtd 4/02.<br>    - NO. Enconter dtd 4/05 the note was not finished or signed by anyone.<br>- N/A.<br>- YES.<br>- NO. Encounter dtd 4/08.<br><br>4/10/2013 2:06 PM Entered By:<br>WHETSTONE:<br>- YES.<br>96 - YES.Encounter dtd 3/26<br>- Record pulled from Provider review back log shelf. N/A. NO note in April to audit.<br>IM not seen yet, to date.<br>- YES.<br>- NO. Encounter dtd 4/03.<br>- N/A. No note in April to audit.<br>- YES.<br>- YES.<br>- YES. | |
| 5 | Are referrals to providers from sick call being seen within seven (7) days? | X | | 4/29/2013 1:15 PM Entered By:<br><br>RINCON MINORS:<br><br>N/A. Within the charts audited, no referrals were made. In addition, no Provider lines were conducted within the Month of April on Minors yard.<br><br>4/28/2013 2:36 PM Entered By:<br>CIMARRON:<br><br>- N/A. No referral indicated.<br>    - N/A. No referral indicated.<br>    - N/A. No referral indicated.<br>    - N/A. No referral indicated.<br>    - N/A. No referral indicated.<br>    - N/A. No referral indicated.<br>- NO. Referral made on 4/12. As of 4/26 IM has not been seen.<br><br>4/28/2013 12:00 PM Entered By:<br>RINCON WEST MEDICAL:<br><br>- NO.<br>- NO. IM required specialist follow up which has not occurred.<br>- NO. IM required specialist follow up which has not occurred.<br>- NO. IM referred on 3/27, | 1 |

**April 2013 TUCSON COMPLEX**



he has yet to be seen.
▇▇▇▇▇ - NO. Hospital release orders dtd 2/27 state for IM to follow up with a Provider within 1-2 days. IM has yet to be seen.
▇▇▇▇▇ - N/A. No referral indicated.
▇▇▇▇▇ - N/A. No referral indicated.

4/27/2013 8:31 PM Entered By: ▇▇▇▇▇

WINCHESTER:

▇▇▇▇▇ - N/A. No referral indicated.
▇▇▇▇▇ - N/A. No referral indicated.
▇▇▇▇▇ - NO. Referred on 2/12. IM not seen yet. (Brought to the attention of the Supervisor).
▇▇▇▇▇ - N/A. No referral indicated.
▇▇▇▇▇ - N/A. No referral indicated.
▇▇▇▇▇ - N/A. No referral indicated.
▇▇▇▇▇ - YES.

4/27/2013 7:07 PM Entered By: ▇▇▇▇▇

SANTA RITA:

▇▇▇▇▇ - N/A.
▇▇▇▇▇ - N/A.
▇▇▇▇▇ - N/A.
▇▇▇▇▇ - N/A.
▇▇▇▇▇ - N/A.
▇▇▇▇▇ - N/A.
▇▇▇▇▇ - NO. IM referred on 4/09, not seen yet. (Brought to the attention of the Supervisor.
▇▇▇▇▇ - NO. IM referred o 12/12. Seen on 4/15.
▇▇▇▇▇ - YES. IM referred emergency on 4/17. Seen 4/17. ▇▇▇▇▇

4/17/2013 2:17 PM Entered By: ▇▇▇▇▇

▇▇▇▇▇ - N/A. No referral required.
▇▇▇▇▇ - N/A. No referral required.
▇▇▇▇▇ - N/A. No referral required.
▇▇▇▇▇ - N/A. No referral required.
▇▇▇▇▇ - N/A. No referral required.
▇▇▇▇▇ - NO. IM referred by Nursing on 4/04. Not seen as of 4/16.
▇▇▇▇▇ - NO. HNR for emergency Dental. Not seen yet as of close of business 4/16.
▇▇▇▇▇ - N/A. No referral required.
▇▇▇▇▇ - N/A. No referral required.

4/15/2013 10:46 AM Entered By: ▇▇▇▇▇

MANZANITA:
▇▇▇▇▇ - NO. IM was referred to the Provider during encounter dtd 3/14. He was not seen by a Provider until 4/09.

## April 2013 TUCSON COMPLEX



| 6 | Are nursing protocols in place and utilized by the nurses for sick call? | X | | | | 1 |

- N/A. Last HNR in chart dtd 10/30/12.
- NO. IM was referred to the Provider during encounter dtd 1/31. He was not seen by a Provider until 4/09.
- NO. IM was referred to the Provider during encounter dtd 2/19. He was not seen by a Provider until 4/09.
- N/A, no referral made.
- NO. IM was referred to the Provider during encounter dtd 2/22. He was not seen by a Provider until 4/02.
- N/A, no referral made.
- N/A, no referral made.
- N/A, no referral made.
- N/A, no referral made.

4/10/2013 2:10 PM Entered By:

WHETSTONE:
- N/A.
- Record pulled from Provider review back log shelf. There were labs results dtd 2/27 that had not been reviewed yet
- N/A.
- IM referred 3/28 not seen yet, to date.
- N/A.
- N/A.
- N/A.
- N/A.
- N/A.
- N/A.

4/29/2013 1:16 PM Entered By:
RINCON MINORS: YES.

4/28/2013 2:36 PM Entered By:
CIMARRON: YES.

4/28/2013 12:00 PM Entered By:
RINCON WEST MEDICAL: YES.

4/27/2013 8:32 PM Entered By:
WINCHESTER: YES.

4/27/2013 7:07 PM Entered By:
SANTA RITA: YES.

4/17/2013 2:18 PM Entered By:
CATALINA: YES.

4/15/2013 10:46 AM Entered By:
MANZANITA: YES.

4/10/2013 2:11 PM Entered By:

**April 2013 TUCSON COMPLEX**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | WHETSTONE: YES. | | |

### Corrective Action Plans for PerformanceMeasure: Sick Call  (Q)

**1  Is sick call being conducted five days a week Monday through Friday (excluding holidays)?**
Level 1 Amber User: ███████   Date: 4/29/2013 12:25:24 PM

**2  Are sick call inmates being seen within 24 hours of the HNR being triaged (or immediately if inmate is identified with emergent medical needs)?**
Level 1 Amber User: ███████   Date: 4/29/2013 12:45:35 PM

**3  Are vitals signs, to include weight, being checked and documented each time an inmate is seen during sick call?**
Level 1 Amber User: ███████   Date: 4/29/2013 1:11:41 PM

**5  Are referrals to providers from sick call being seen within seven (7) days?**
Level 1 Amber User: ███████   Date: 4/29/2013 1:15:46 PM

# April 2013 TUCSON COMPLEX

| | Medical Specialty Consultations (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are urgent consultations being scheduled to be seen within thirty (30) days of the consultation being initiated? | X | | | 4/29/2013 3:04 PM Entered By: ▮▮▮ Whetstone ▮▮▮ Urgent consult for urology submitted 4/16/13. CT shows possible prostate tumor extending toward the bladder. Awaiting approval. ▮▮▮ Urgent consult for total thyroidectomy, Submitted 4/10/13. Awaiting approval. <br><br> 4/30/2013 7:24 PM Entered By: ▮▮▮ | 2 |
| 2 | Are consultation reports being reviewed by the provider within seven (7) days of receipt? | | X | | 4/30/2013 3:26 PM Entered By: ▮▮▮ amber finding <br><br> 4/30/2013 8:18 AM Entered By: ▮▮▮ Whetstone ▮▮▮ Lab results dated 4/11/13 not reviewed by 4/29/13. ▮▮▮ X-ray done 4/12/13 not reviewed by 4/29/13. ▮▮▮ Lab results for Dilantin level <0.5LL. Results dated 4/5//13 Not revviewed by 4/29/13. ▮▮▮ CC expired meds in provider review.Prescaription reprt printed 4/16/13 not reviewed by 4/29/13. ▮▮▮ Cardiology consult written urgent on 6/7/12 reviewed 3/8/13 asking for more information. Faxed to Whetstone 3/12/12. It is now 4/29/13 with no review. ▮▮▮ Consult report from podiatry. Seen on 4/17/13. Not reviewed as of 4/29/13. Also labs done 4/11/13 not reviewed as aof 4/29/13. ▮▮▮ Consult report ▮▮▮ Dr ▮▮▮ Seen 3/12/13 faxed back 3/15/13 not reviewed as of 4/29/13. <br><br> 4/29/2013 1:59 PM Entered By: ▮▮▮ Catalina Consults ▮▮▮ X-Ray done 1/18/13 not reviewed until 3/27/13. Not with the 7 day allowance. ▮▮▮ Lab report dated 4/19/13 not reviewed as of 4/29/13. ▮▮▮ IM submitted HNR 4/22/13 for chronic condition meds. It was sent to pharmacy who returned it saying all three meds had expired. Put on providers review is now 4/29/13 and it has not been reviewed yet. ▮▮▮ X-Ray done 4/24/13 not reviewed by 4/29/13. No provider until 5/1/13. ▮▮▮ lab results 3/28/13 not reviewed by 4/29/13. | 2 |

## April 2013 TUCSON COMPLEX

X-Ray of lumbar done 4/24/13 not reviewed by 4/29/13 no provider until 5/1/13.

X-Ray L shoulder done 4/24/13 not reviewed by 4/29/13. No provider until 5/1/13.

4/25/2013 2:29 PM Entered By: ▇▇▇

Manzanita

▇▇▇ neurosurgery clinic f/u. for infected cranial flap. requests a RTC 6 weeks and an I+D with in one week. Sent 4/22/13

▇▇▇ CXR done 4/19/13 not reviewed by 4/25/13. Also hospital admission 4/13-4/17 not reviewed.

▇▇▇ Ankle XRAYS done 4/19/13 not reviewed as of 4/25/13.

▇▇▇. UMC clinic report for F/U mercury poisening done 11/14/12 sent 4/4/13 not reviewed by provider as of 4/25/13.

▇▇▇ ortho consult for medial meniscus tear written 3/13/13 denied by Corizon 4/4/13 not reviewed by provider yet.

4/18/2013 10:29 AM Entered By: ▇▇▇

Winchester

▇▇▇ Intake labs drawn 9/12/12. at Alhambra. Not reviewed there sent to Tucson with inmate. Put in for provider review. This did not occur. IM's RPR is reactive. Seen on 11/19/12 on nurse line for f/u of STD has not received treatment.Labs redrawn 3/14/13 still comes back as positive. Reviewed 3/19/13 but no orders in the chart.
Notified unit nurse to obtain orders for treatment.

4/16/2013 1:29 PM Entered By: ▇▇▇

Rincon

▇▇▇ Labs drawn 3/19/13 not reviewed by 4/15/13.

▇▇▇ Seen on nurseline 1/24/13 for Tpoma. Was referred to provider line 4/5/13. Neither seen or chart reviewed by 4/15/13.

▇▇▇. UPH discharge 4/7/13 not reviewed by 4/15/13.

▇▇▇ Altered mental status UPH ER 4/11/13 not reviewed as of 4/15/13.

▇▇▇ HNR dated 3/26/13 regarding leakage of J-tube answered "pending provider review for surgical consult" on 4/15/13.

▇▇▇ labs done 12/20/12 not reviewed until 2/19/13. New HCV +.

4/11/2013 9:38 AM Entered By: ▇▇▇

Minors/CDU

▇▇▇ Doxycycline needs renewed. MAR clipped to front of chart with expired 3/26 written on it.

▇▇▇ Consult from onychectomy done 2/27/13 not noted yet.

**April 2013 TUCSON COMPLEX**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | ██████ Labs from 2/19/13 not noted yet. UA from 2/12/13 not noted yet. ██████ Labs from 2/19/13 not noted yet. HNR from 2/27/13 re: acne not seen yet. ██████ labs from 2/19/13 not noted yet. HNR from 2/18/13 not seen yet. ██████ KUB report from 1/24/13 not noted yet. Also UPH ER visit from 12/27/12 not noted yet. ██████ Intake 3/6/13 no PE yet. ██████ Intake 3/6/13 no PE yet.<br><br>4/10/2013 2:31 PM Entered By: ██████<br><br>Winchester<br>██████ /seen on NL 3/28/13 not reviewed by 4/10/13. ██████ Labs draawn 2/20/13 not reviewed by 4/10/13. ██████ operative report written 1/23/13 received 2/25/13 not revieewed as of 4/10/13. Also consult report done 8/22/12 received on 2/25/13 not reviewed by 4/10/13. ██████ UPH ER visit for corneal abrasion 3/2/13 not reviewed by 4/10/13.<br><br>4/8/2013 1:32 PM Entered By: ██████<br><br>Minors/CDU<br>██████ Was on doxycycline. Order expired 3/26. Copy of MAR clipped to front of chart, no nursing note. ██████. Consult from onychectomy done 2/27/13 not noted yet. ██████. Labs from 2/19/13 not reviewed as of 4/8/13. ██████. Labs from 2/19/13 and HNR regarding Acne not reviewed as of 4/8/13. ██████ Labs from 2/19/13 not notified. HNR 2/18/13 not reviewed either. ██████ KUB dated 1/24/13 not noted, also UPH visit 12/27/12 not reviewed.<br><br>4/3/2013 3:38 PM Entered By: ██████<br><br>Cimarron<br>██████ Labs done 2/22/13 not noted as of 4/2/13. Also noted that consult written 2/7/13 for mematology for CLL approved 3/4/13. ██████ labs done 3/22/13 not reviewed as of 4/2/13 ██████ labs done 2/15/13 not reviewed as of 4/2/13. | |
| 3 | Is the utilization and availability of off-site services appropriate to meet medical, dental and mental health needs? | X | | | 4/25/2013 3:29 PM Entered By: ██████ | 3 |
| 4 | Are the emergent medical needs of the inmates appropriate and emergent transports ordered in a timely manner? | X | | | 4/30/2013 2:33 PM Entered By: ██████ | 2 |

**April 2013 TUCSON COMPLEX**



| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Do all inpatient admissions have documented utilization review of admission and evidence of discharge planning? | X | | | 4/25/2013 3:30 PM Entered By: ▮ ▮▮▮▮▮ | 2 |

**Corrective Action Plans for PerformanceMeasure: Medical Specialty Consultations (Q)**

2  Are consultation reports being reviewed by the provider within seven (7) days of receipt?
Level 2 Amber User: ▮▮▮▮▮▮▮▮  Date: 4/30/2013 3:26:30 PM

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER        ADC089016

**April 2013 TUCSON COMPLEX**

## Chronic Condition and Disease Management (Q)

| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| 1 | Are treatment plans developed and documented in the medical record by a provider within thirty (30) days of identification that the inmate has a CC? | | X | | 4/29/2013 2:15 PM Entered By: ▮▮▮<br><br>Catalina CC<br>▮▮▮ HTN, DMII. Last CC visit 3/20/13. Plan yes.<br>▮▮▮ HTN. Last CC visit 1/17/13.Plan yes.<br>▮▮▮ CC IDDM, HTN. Last CC visit 2/6/13. No plan.<br>▮▮▮ CC HTN, Cardiac, and COPD. Last CC visit 1/10/13. Plan yes.<br>▮▮▮ CC DMII, and HTN. Last CC 4/3/13. Plan yes.<br>▮▮▮ Renal cell CA. SP R nephrectomy. Last visit 1/31/13. Plan yes.<br>▮▮▮ HTN, AVR. Last CC 3/2/12. Plan yes.<br>▮▮▮ CC Seizures. Last CC visit 11/10/11. Has not been seen since. Nurse informed.<br>▮▮▮ CC HTN, HCV, COPD. Last CC visit 3/27/13. Plan yes.<br>▮▮▮ CC COPD, HCV, SZS. Last CC visit 12/5/12. Plan yes.<br><br>4/25/2013 1:10 PM Entered By: ▮▮▮<br><br>Manzanita<br>▮▮▮ Plan yes.<br>▮▮▮ Plan yes.<br>▮▮▮ Plan no.<br>▮▮▮ Plan no.<br>▮▮▮ Plan yes<br>▮▮▮ Plan yes.<br>▮▮▮ Plan yes.<br>▮▮▮ Plan yes.<br>▮▮▮ Plan no.<br>▮▮▮ Plan yes.<br>▮▮▮ Plan no.<br><br>4/18/2013 1:02 PM Entered By: ▮▮▮<br><br>Manzanita<br>▮▮▮ Hep C. Plan yes.<br>▮▮▮ HCV. Plan done.<br>▮▮▮ COPD, HTN. Plan yes.<br><br>4/17/2013 1:29 PM Entered By: ▮▮▮<br><br>Santa Rita<br>▮▮▮ SZS, HCV. Plan done.<br>▮▮▮ SZS. Plan yes.<br>▮▮▮ Asthma. No plan.<br>▮▮▮ Asthma, HCV, DMII.No current plan.<br>▮▮▮ Asthma, Skin cancer. not occur. Plan done.<br>▮▮▮ HTN, DMII. due 7/23/13. Plan yes<br>▮▮▮ DMII. Plan yes.<br>▮▮▮ HCV. DMII. Plan yes.<br>▮▮▮ HTN. Plan yes.<br>▮▮▮ HTN, Asthma. Plan yes. | 1 |

# April 2013 TUCSON COMPLEX



4/16/2013 12:52 PM Entered By: ▮▮▮▮

Rincon

Plan yes.
. Cardiac, asthma, HCV,
HTN.
No chronic condition appt. in current chart.
. HTN, DMII.Plan
done.
, HTN. Plan yes.
COPD, HCV. was
suppose to be 1/13.Plan yes.
. HTN, COPD. No plan.
COPD. OUT of compliance
on CC completely.
. Plan yes.
. HTN.Plan yes.
. HTN, Cardiac, DMII. Plan
yes.

4/11/2013 8:58 AM Entered By ▮▮▮▮

CDU

Has a plan.
No current plan.
Has a plan
Has a plan
Has a plan
No plan
Has a plan
Has a plan
No plan

Minors

No plan.

4/10/2013 11:11 AM Entered By: ▮▮▮

Winchester

3 Asthma, Cancer. Plan done
3/20/13.Arrived DOC 3/18/13. In
compliance.
Niddm, HTN. Last chronic
visit 7/31/12. Plane done.
. HTN, IDDM. Last chroonic
condition 7/24/12 plan done.
seizures, Asthma. Last
chronic condition 4/18/12 pln done.
Cardiac, asthma, SZS,
HTN, IDDM Last chronic care 9/5/12. Plan
done.

4/10/2013 10:00 AM Entered By: ▮▮▮

Winchester

SZS. First and last visit
11/29/12. Plan done.
NIDDM, HTN. First and
last 5/11/12. Plan done.
. HTN, DM TypeII. First and
last 11/26/12. plan done.
. HTN, IDDM, HCV,
Asthma. First and last done 11/7/12. Plan
completed.
. Asthma, Cardiac, HTN Last
visit 5/16/12. Plan completed.

4/8/2013 1:23 PM Entered By: ▮▮▮

Minors/CDU

HTN,Dialysis. Last appt

## April 2013 TUCSON COMPLEX

2/11/13, last labs Jan. 2013. Has a plan. ███████ Asthma. Last CC appt. 3/2011. Needs a CC appt or DC the condition. No plan. ███████ Asthma, SZS. Last appt. was 9/24/12 Next was to be 12/17/12 but it did not occur.No current plan. ███████ Asthma, HCV. Last  appt. 3/21/13. Has a plan. ███████. Asthma. Last appt 1/30/13. Has a plan. ███████ Asthma, SZS. Last appt was 1/9/13. No plan. ███████. Asthma. Last appt 2/27/13. Has a plan. ███████. Asthma, HCV. Last visit 2/13/13.Plan yes. ███████ HTN, Asthma. Last visit 2/27/13. Plan yes. ███████. Asthma. Last visit 1/19/13.No plan.

4/8/2013 1:00 PM Entered By: ███████

Cimarron
███████. CC SZS, cardiac, HCV +.No plan. ███████ CC Leukemia. Asthma,  HCV+. Last  CC appt 2/7/13. Plan OK. ███████. CC SZS , HIV+. Last  CC 11/16/12. Plan was done. ███████ CC CA of Thyroid. Last CC appt. was 6/14/12.Plan was done. ███████. CC NIDDM. Last CC appt. 6/14/12.  Plan was done.███████. CC Asthma, HCV+. Last CC appt 5/13/11. Not seen since. No current plan in place. ███████. CC asthma, cardiac. Last CC was 12/12/12.No plan. N███████ CC Asthma, HTN. Lst CC appt. 9/27/12. No plan done.███████CC SZS. Last CC appt. was 12/26/12. Plan done.

4/8/2013 12:53 PM Entered By: ███████

Cimarron
███████. CC SZS, Asthma. Last CC appt. 11/2/12. No plan,

4/30/2013 7:24 PM Entered By: ███████

See previous remarks.

| 2 | Are CC inmates being seen by the provider (every three (3) to six (6) months) as specified in the inmate's treatment plan? | X | | 4/30/2013 3:27 PM Entered By: ███████<br><br>amber finding<br><br>4/29/2013 2:05 PM Entered By: ███████<br><br>Catalina CC<br>███████, DMII. Last CC visit 3/20/13, next 6/9/13.<br>███████ HTN. Last CC visit 1/17/13. | 2 |

## April 2013 TUCSON COMPLEX

Next one 7/13. Labs ordered . Plan yes. Education done. Meds renewed X 180 days. Good job.

▪ . CC IDDM, HTN. Last CC visit 2/8/13. Next visit 5/13. Meds renewed X 180 days.

▪ . CC HTN, Cardiac, and COPD. Last CC visit 1/10/13. Next visit 7/13. When checking labs found a PSA dated 5/12. PSA was 4.7. No follow up. Brought it to nurses attention.

▪ . CC DMII, and HTN. Last CC 4/3/13. Next visit 90 days.

▪ . Renal cell CA. SP R nephrectomy. Last visit 1/31/13. Education done. Plan yes. Next provider line 7/13. ORDERS NOTED 2/2/13.

▪ . HTN, AVR. Last CC 3/2/12. Next appt. 6/12/12. Not seen. Needs CC appointment.

▪ . CC Seizures. Last CC visit 11/10/11. Has not been seen since. Nurse informed.

▪ . CC HTN, HCV, COPD. Last CC visit 3/27/13. Next visit 6/27/13.

▪ . CC COPD, HCV, SZS. Last CC visit 12/5/12. F/U 60 days did not happen.

4/25/2013 1:38 PM Entered By: ▪

▪ . CC HTN, DMII, HCV. Last visit 9/28/12. Scheduled for next visit 3/7/13 this did not occur. Rescheduled for 4/18/13 this did not occur. Out of compliance.

▪ . Ca of Prostate. Last visit 3/26/13. Next appt. scheduled 6/18/13. In compliance.

▪ . HCV, CHF, CAD. Last visit 3/7/12. Next visit was to be 180 days in 11/12. This did not occur. Out of compliance.

▪ . Intake PE and initial CC visit on 1/2/13. Next visit was suppose to be 4/13. This did not occur. Out of compliance.

▪ . IDDM, HTN. Last CC visit 4/3/12 next visit 7/10/12, this did not occur. Out of compliance.

▪ . HTN, Copd. Last visit 3/7/13, next is to be in 90 days or 6/13. In compliance.

▪ . HTN, Asathma, cardiac. Last CC. visit 9/26/12 next was suppose to be 3/7/13. This did not occur. Out of compliance.

▪ . NIDDM, HTN. Last visit 2/25/13 next in 90 days or 5/13. In compliance.

▪ . PPD+, HTN, cardiac, HCV, IDDM.PPD+ f/u for s+s check was last done 9/21/10. Out of compliance. Last CC visit 2/25/13, next visit due 4/13. Refused last CC visit.

▪ . COPD, HTN. Last visit 2/12/13 next scheduled 5/13. In compliance.

4/17/2013 2:07 PM Entered By: ▪
IPC

## April 2013 TUCSON COMPLEX

There are six long term inmates in the IPC that are not IPC inmates and are not having chronic condition appointments being done: ████████ HCV, +PPD. ████████ HCV, ████████ HTN, Cardiac, Cancer. ██████ HTN. ████████ DM HCV, ████████ asthma, DM, cardiac. None of the other inmates are having chronic conditions done either.

4/17/2013 1:33 PM Entered By: ████████

Santa Rita
████████ SZS, HCV. Last chronic condition visit 3/19/13. Next 6/20/13.
████████ SZS. Last chronic condition appt. 2/23/13. F/U 30 days . This did not happen. Out of compliance.
████████ Asthma. Last chronic condition appt. 10/12/12. Order to DC from chronic clinic, still tagged.
████████ Asthma, HCV, DMII. Last chronic condition visit 7/12/11. Last labs 7/12/11. AST and ALT elevated.HA1c 5.8. Nurse ████████ informed. Out of compliance.
████████ Asthma, Skin cancer. Last chronic condition asthma done 11/27/12. F/U 90 days - 2/13 did not occur. Had derm consult written 5/23/12 unable to find results.
████████ HTN, DMII. Last chronic condition visit 1/24/13. Next due 7/23/13. Malloy 169178 DMII. Last chronic visit 10/26/12. Next visit 90 days (1/13).The F/U visit did not occur. Out of compliance.
████████ HCV. DMII. Last chronic visit 10/9/12. 30 day follow up did not occur. Next chronic was for 2/13 and it did not occur. Out of compliance.
████████ HTN. Last chronic condition 1/17/13. Next visit 7/17/13.
████████ HTN, Asthma. Last chronic visit 5/18/12. Next visit 180 days 11/12 did not occur. Out of compliance.

4/16/2013 12:44 PM Entered By: ████████

Rincon
████████ HCV, DMII. Last CC 9/26/12.
Next appt. 4/23/13. Has elevated liver enzymes.

████████ Cardiac, asthma, HCV, HTN.
No chronic condition appt. in current chart. Multiple ER visits.

████████ HTN, DMII. Last chronic condition visit 11/20/12. Next appt. was to be 2/13. This visit did not occur. Out of compliance. Ordered labs did not get done.

████████ COPD, HTN. Last chronic condition visit 1/18/13. Next visit 4/13. Has not occurred as of 4/15/13. Plan yes, education yes.

████████ COPD, HCV. Last chronic visit 10/18/12. Next visit was suppose to be 1/13. This did not occur, out of compliance.

**April 2013 TUCSON COMPLEX**

███████████ . HTN, COPD. ███
chronic condition visit 11/19/12.  no
providers signature. Next visit was to be in
2/13 this did not occur. Out of compliance.

███████████ . COPD. Last chronic condition
appt. 8/9/11. Next was to be 180 days but it
did not occur. Out of compliance.

███████████ Seizures. Last chronic
condition visit 10/23/12. Next visit 90 days
(1/13) did not occur. Out of compliance.

███████████ . HTN. Last chronic visit
10/9/12 next visit was to be 90 days. This
did not occur. Out of compliance.

███████████ HTN, Cardiac, DMII. Last
chronic condition visit 9/24/12. Next in 90
days. This did not occur. Out of compliance.
Labs ordered did not get drawn.

4/11/2013 9:11 AM Entered By: ███

Minors /CDU
███████████ HTN. Last appt. 2/11/13 in
compliance. F/U 60 days (4/13)
███████████ Asthma last chronic
condition appt. 3/11. Needs appt. Not in
compliance.
███████████ Asthma. Last chronic
condition appt. 9/24/12. Next was suppose
to be 12/17/12 but it did not occur. Out of
compliance.
███████████ Asthma, HCV. Last appt
3/21/13 in compliance.
███████████ Asthma. Last chronic appt.
1/10/13 Next ordered 90 days, 4/13. Has
not occured yet.
███████████ Asthma, SZS. Last chronic
appt 1/9/13 next visit not ordered. Needs
visit scheduled.
███████████ Asthma. Last appt. 2/27/13.
F/u 90 days (5/13) in compliance.
███████████ Asthma, Hep C. Last visit
2/13/13. Next visit 180 days. (8/13).
███████████ HTN, Asthma. Last visit
2/27/13. Next visit ordered 180 days. (8/13).
███████████ Asthma. Last visit 1/9/13 next
visit was to be 3/13. This did not occur. Out
of compliance.

4/10/2013 11:21 AM Entered By: ███

Winchester
███████████ last chronic visit 9/5/12
neext ordered for 90 days. this did not
occur. Out of compliance.
███████████ last chronic condition 4/18/12
next ordered for 23-24 weeks. (10/21/12)
This did not occur. Out of compliance.
███████████ last chronic condition 7/24/12
next scheduled 10/23/12. This did not occur.
Ouut of compliance.
███████████ last chronic condition
7/31/12. Next ordered for 180 days (1/13).
This did not occur. Out of compliance.
███████████ . Last chronic condition visit

**April 2013 TUCSON COMPLEX**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 3/20/13. Next due /13. In compliance.<br><br>4/10/2013 10:49 AM Entered By: ▇▇▇<br><br>Winchester<br>▇▇▇. Last chronic condition visit 5/16/12. Next ordered for 180 days. 11/6/12. this did not occur. Out of compliance. ▇▇▇. Last chronic condition visit 11/7/12. Next ordered for 90 days. 2/13.This did not occur. Out of compliance. ▇▇▇ Last chronic condition 11/28/12 next ordered for 2/13. This did not occur. Out of compliance. ▇▇▇. Last chronic condition 10/2/12. Next due this month 4/13 ▇▇▇, Last chronic condition 11/29/12 next ordered 180 days 5/13.<br><br>4/3/2013 2:47 PM Entered By: ▇▇▇<br><br>Cimarron<br>▇▇▇. CC SZS, Asthma. Last CC appt. 11/2/12. No plan, no labs ordered, no education done, peak flow done Xs three. Was to have next appt. 1/30/13 this did not occur. Needs CC appt. ▇▇▇. CC SZS, cardiac, HCV +. Last CC appt. 11/7/11 educatio | |
| 3 | Are CC/DM inmates being provided coaching and education about their condition / disease and is it documented in the medical record? | | X | | 4/30/2013 3:27 PM Entered By ▇▇▇<br><br>amber finding<br><br>4/29/2013 2:11 PM Entered By: ▇▇▇<br><br>Catalina CC<br>▇▇▇ HTN, DMII. Last CC visit 3/20/13. Education yes. ▇▇▇ HTN. Last CC visit 1/17/13. Education done. ▇▇▇ CC IDDM, HTN. Last CC visit 2/6/13. Education done. ▇▇▇ CC HTN, Cardiac, and COPD. Last CC visit 1/10/13. Education done. ▇▇▇ CC DMII, and HTN. Last CC 4/3/13. Education done. ▇▇▇. Renal cell CA. SP R nephrectomy. Last visit 1/31/13. Education done. ▇▇▇ HTN, AVR. Last CC 3/2/12. Education done. ▇▇▇ CC Seizures. Last CC visit 11/10/11. Has not been seen since. ▇▇▇ CC HTN, HCV, COPD. Education done. ▇▇▇. CC COPD, HCV, SZS. Education done.<br><br>4/25/2013 1:42 PM Entered By: ▇▇▇<br><br>Manzanita<br>▇▇▇ Education yes. ▇▇▇ Educatin no. ▇▇▇ Education no. ▇▇▇ Education yes. | 1 |

## April 2013 TUCSON COMPLEX



Education yes
Education yes.
Education yes.
Education yes.
Education no.
Education yes.
Education yes.

4/17/2013 1:40 PM Entered By:

Santa Rita
, HCV. Education done.
SZS. Education yes.
Asthma. Education done.
Asthma, HCV, DMII. No current education.
Asthma, Skin cancer. Education done.
HTN, DMII. Education yes.
DMII. Education yes.
. HCV. DMII. Wducation yes.
HTN. Education yes.
HTN, Asthma. Education yes.

4/16/2013 1:21 PM Entered By

Rincon
HCV, DMII. Educatin done
ardiac, asthma, HCV, HTN. No education or chronic clinic in current chart.
HTN, DMII. Education yes.
COPD, HTN. Education yes.
. COPD, HCV. Education yes.
. HTN, COPD. No education. Out of compliance.
COPD. Last CC 2011. No current education. Out of compliance.
Seizures. Educatin yes.
. HTN. Education yes.
HTN. Education yes.

4/11/2013 9:17 AM Entered By:

Minors /CDU
HTN. Last appt. 2/11/13 Education not done.
Asthma last appt. 3/11. No current education.
Asthma. Last chronic condition appt. 9/24/12. No currant education.
Asthma, HCV. Last appt 3/21/13 Educated on exercise.
Asthma. Last chronic appt. 1/10/13 Education done.
Asthma, SZS. Last chronic appt 1/9/13 Education done.
Asthma. Last appt. 2/27/13. Education done.
Asthma, Hep C. Last visit 2/13/13. Education done.
HTN, Asthma. Last visit

## April 2013 TUCSON COMPLEX



| | | | | | |
|---|---|---|---|---|---|
| | | | | 2/27/13. Education done.<br>⬛ Asthma. Last visit 1/9/13. No education.<br><br>4/11/2013 8:43 AM Entered By: ⬛<br>⬛ Cimarron<br>⬛ CC SZS, Asthma. Last CC appt. 11/2/12. no education done,<br>⬛ CC SZS, cardiac, HCV +. education done.<br>⬛ CC Leukemia. Asthma, HCV+. no education.<br>⬛ CC SZS , HIV+. education not provided.<br>⬛ CC CA of Thyroid.Education done.<br>⬛ CC NIDDM. Education done.<br>⬛ CC Asthma, HCV+. Last CC appt 5/13/11. No education.<br>⬛ CC asthma, cardiac. Education was done on nutrition, exercise, and smoking.<br>⬛ Asthma, HTN. Lst CC appt. 9/27/12. Educated on nutrition and exercise.<br>⬛ CC SZS. Last CC appt. was 12/26/12. Education done.<br><br>4/10/2013 11:34 AM Entered By: ⬛<br>⬛ Winchester<br>⬛ education done.<br>⬛ education done last visit.<br>⬛ eucation not done.<br>⬛education not done.<br>⬛ education oon exercise and smoking only.<br><br>4/10/2013 10:54 AM Entered By: ⬛<br>⬛ education provided.<br>⬛ education not provided.<br>⬛education provided<br>⬛ education provided<br>⬛education provided. | |
| 4 | Have disease management guidelines been developed and implemented for Chronic Disease or other conditions not classified as CC? | | X | 4/30/2013 3:28 PM Entered By: ⬛<br>⬛ amber finding<br>4/29/2013 3:05 PM Entered By: ⬛<br>⬛ At this time they are operating under ADOC guidelines. | 2 |
| 5 | Has the contractor submitted his/her quarterly guideline audit results by the 15th day following the end of the reporting quarter? | X | | 4/29/2013 2:16 PM Entered By: ⬛<br>⬛<br>4/25/2013 1:42 PM Entered By: ⬛ | 2 |

## April 2013 TUCSON COMPLEX



4/18/2013 12:19 PM Entered By: ▮

NA at this time. Corizon has not been here a quarter yet.



### Corrective Action Plans for PerformanceMeasure: Chronic Condition and Disease Management (Q)

**1  Are treatment plans developed and documented in the medical record by a provider within thirty (30) days of identification that the inmate has a CC?**
Level 1 Amber User: ▮▮▮▮▮▮  Date: 4/30/2013 7:24:34 PM

**2  Are CC inmates being seen by the provider (every three (3) to six (6) months) as specified in the inmate's treatment plan?**
Level 2 Amber User: ▮▮▮▮▮  Date: 4/30/2013 3:27:26 PM

**3  Are CC/DM inmates being provided coaching and education about their condition / disease and is it documented in the medical record?**
Level 1 Amber User: ▮▮▮▮▮  Date: 4/30/2013 3:27:39 PM

**4  Have disease management guidelines been developed and implemented for Chronic Disease or other conditions not classified as CC?**
Level 2 Amber User: ▮▮▮▮▮  Date: 4/30/2013 3:28:07 PM

## April 2013 TUCSON COMPLEX

| | | Medical Records (Q)) | | | | | |
|---|---|---|---|---|---|---|---|
| | Performance Measure (Description) | Grn | Amb | Red | Notifications | | Level |
| 1 | Are medical records current, accurate and chronologically maintained with all documents filed in the designated location? | | X | | 4/29/2013 12:53 PM Entered By: ▆▆▆▆<br><br>RINCON MINORS:<br><br>YES. Within the (14) charts that were audited.<br><br>4/28/2013 12:22 PM Entered By ▆▆▆▆<br><br>CIMARRON:<br><br>▆▆▆▆ - NO. Loose HNRS, Special needs order, and Hospital discharge paperwork dtd 3/20, which was not reviewed. (Brought to the attention of Nursing).<br>▆▆▆▆ - NO. Misfiled consult info, Wexford Rxs, and a Vitals Flow sheet were found.<br>▆▆▆▆ - NO. Loose HNRs.<br>▆▆▆▆ - YES.<br>▆▆▆▆ - HNRs not chronologically filed.<br>▆▆▆▆ -YES.<br>▆▆▆▆ -NO. Loose HNRs.<br><br>4/27/2013 9:47 PM Entered By: ▆▆▆▆<br><br>RINCON WEST MEDICAL:<br><br>▆▆▆▆ - YES.<br>▆▆▆▆ - NO. Loose consult results & HNRs.<br>▆▆▆▆ - YES.<br>▆▆▆▆ - NO. A loose MAR, patient encounter SOAP notes, a non forulary request, a medication order form, and a Diamond online Rx report print out was found.<br>▆▆▆▆ - NO. A loose UPH Rx was found. There was a mis-filed emergency Hospital notification form.<br>▆▆▆▆ - YES.<br>▆▆▆▆ - YES.<br><br>4/27/2013 7:27 PM Entered By: Marlena Bedoya<br>WINCHESTER:<br><br>▆▆▆▆ - YES.<br>▆▆▆▆ - YES.<br>▆▆▆▆ - NO. HNRs not filed chronologically.<br>▆▆▆▆ - NO. Loose Pysch follow up encounter note, and a Pharmacor Rx.<br>▆▆▆▆ - NO. Loose Pysch follow up encounter note.<br>▆▆▆▆ - NO. Misfiled Wexford Scripts, and an Xray request.<br>▆▆▆▆ - NO. HNRs not filed chronologically.<br>▆▆▆▆ - NO. Loose mental health forms, HNRs. Record also still in temporary file. IM has been at this yard since 4/03. Audit was done 4/23.<br><br>4/27/2013 6:23 PM Entered By: ▆▆▆▆ | | 1 |

## April 2013 TUCSON COMPLEX



SANTA RITA:

- Misfiled patient medication profile, lab results that were not reviewed yet(brought to the attention of the Supv). MARS were not filed chronologically.
- Loose SNO dtd 4/13/13.
- (3) loose HNRs. HNR section not filed chronologically.
- Loose Diamond Pharmacy Rx report. Misfiled SOAP form, and Wexford Rx form.
- Loose HNR, Wexford Rx form, and lab test order form. Misfiled medication profile sheet, lab order form, Corizon prescription form, and a vital signs flow sheet.
- Yes.
- Misfiled lab results.
- Misfiled Pharmacor script.
- Misfiled Continuity of Care form, Prescription form, and a Special Medical Supply order form.
- Misfiled Diamond Rx profile.

4/17/2013 11:53 AM Entered By:

CATALINA:

- Mis-filed PPD/COCCI result form.
- Loose Rx profile. HNRs not in chronological order.
- Mis-filed PPD/COCCI result form.HNRs not in chronological order.
- Mis-filed UA result form.
- Loose medication order form dtd 3/26. Mis-filed EKG.
- YES.
- YES.
- Mis-filed medication script, lab request form, and Xray consult. HNRs not in chronological order.
- Loose HNR. HNRs not in chronological order.

4/15/2013 9:11 AM Entered By:

MANZANITA:

- YES.
- YES.
- Misfiled PPD/Cocci result form.
- Misfiled patient encounter forms from 4/09. There is no Providers Order sheet & divider in the chart. Entire back section of the chart has the binder clasps broken off. All paperwork is loose. This chart was brought to the attention of the records clerk the day of audit, requesting a new jacket cover be made.
- Misfiled Wexford Rx forms. There is no Providers Order sheet & divider in the chart.
- Misfiled Wexford Rx

**April 2013 TUCSON COMPLEX**



| | | | | | |
|---|---|---|---|---|---|
| | | | | | form, Diamond Emergency Rx form, IM Rx profile, and Wexford Non-formulary drug request form. HNRs not filed in chronological order. ████████ - Loose, non-filed MAR. - Loose IM Rx profile. HNRs not filed in chronological order. ████ - YES. ████████ - Loose, non-filed HNR. HNRs not filed in chronological order.<br><br>4/10/2013 10:55 AM Entered By: ████<br><br>WHETSTONE: ████████ - Loose HNRs, a Health Communique form, a Medication order form, and an EKG print out sheet. ████ - Misfiled Wexford Rx form. HNRs are not filed in chronological order. ████████ - HNRs are not filed in chronological order. ████████ - Misfiled Continuity of Care form. ████ - YES. - YES. ████ - Misfiled lab order form. - Misfiled lab order form, and Flu consent form. HNRs are not filed in chronological order. ████ - Misfiled TB Symptomology form, and two lab order forms. ████████ - Misfiled lab order form. There was an IM Letter found in the HNR section. HNRs are not filed in chronological order. | |
| 2 | Are provider (physician, mid-levels) orders taken off (noted) daily annotated with time, date and name of person taking the orders off? | | X | | 4/29/2013 12:51 PM Entered By ████<br><br>RINCON MINORS : N/A. There have been no Physician or Mid-Level providers that have conducted a line during the entire month of April therefore; no orders existed to be taken off.<br><br>4/28/2013 12:24 PM Entered By: ████<br>████████ - N/A. - N/A. - N/A. - N/A. - N/A. - N/A. -NO. Encounter dtd 4/12, no t me was notated.<br><br>4/27/2013 10:03 PM Entered By ████<br><br>RINCON WEST MEDICAL: ████ - N/A. No referral required. ████ - NO. Two consultant results (Cardiology) dtd 1/16/2013 & (Endo/Diabetes) dtd 3/22/2013 were found | 1 |

## April 2013 TUCSON COMPLEX

both not reviewed and follow on orders written. The issues were of such an urgent nature, that this auditor elevated them to the Medical Monitoring Bureau's Medical Director, Dr. ████ for intervention with Corizon.
████ - NO. Two URGENT consults were found in the chart dtd 4/16/2013. Surgical and Dermatology. The issues were of such an urgent nature, that this auditor elevated them to the Medical Monitoring Bureau's Medical Director, Dr. ████ for intervention with Corizon.
████ - N/A. No referral required.
████ - NO. Not yet reviewed UPH Discharge instructions were found dtd 3/04/2013. This was brought to the attention of Nursing, as no Supervisor was on the unit the day of the audit.
████ - N/A. No referral required.
████ - N/A. No referral required.

4/27/2013 7:30 PM Entered By: ████

WINCHESTER:

████ - N/A. No referral required.
████ - N/A. No referral required.
████ - N/A. No referral required.
████ - N/A. No referral required.
████ - N/A. No referral required.
████ - N/A. No referral required.
████ - N/A. No referral required.
████ - N/A. No referral required.

4/27/2013 6:28 PM Entered By: ████

SANTA RITA:

████ - NO. Encounter 3/25 not noted yet. (Brought to the attention of the Supervisor).
████ - NO. Encounter dtd 4/13 not noted yet. The word "faxed" was the only thing written on a Rx order form. (Brought to the attention of the Supervisor).
████ - N/A. None.
████ - YES. Encounter dtd 4/16.
████ - YES. Encounter dtd 4/15.
████ - N/A. None.
████ - N/A. None.
████ - YES. Encounter dtd 4/18.
████ - N/A. None.
████ -

4/17/2013 11:59 AM Entered By: ████

CATALINA:

████ - Yes, but no stamp, or printed name is below Nursing sig.
████ - Yes, but no stamp, or printed name is below Nursing sig.

**April 2013 TUCSON COMPLEX**

- Yes, but no stamp, or printed name is below Nursing sig.
- N/A. None to take off.
- Yes, but no stamp, or printed name is below Nursing sig.
- N/A. None to take off.
- Encounter dtd 3/14 - No. Brought to Nursing attention.
- YES.
- N/A. None to take off.

4/15/2013 9:35 AM Entered By:

MANZANITA:
- Encounter dtd 4/09, YES. Encounter dtd 1/23/13, orders not taken off yet. There have been no encounters since. Chart brought to the attention of the Nursing Supv, that day.
- Encounter dtd 4/09, no stamp used or printed name below Nursing sig.
- Encounter dtd 4/09 only states "noted & Nurse sig". Name is not legible. There is no date, time, or stamp/printed name below the Nursing sig.
- N/A. On recent encounter, there is no order to take off.
- Encounter dtd 4/05, YES.
- Alhambra intake encounter dtd 3/20 states IM needs referral to Opthalmology. When intake questionaire was done here dtd 3/23, when asked if IM needed referral to Nurseline, the Nurse circled "No". Also, Encounter dtd 4/05, the IM was seen by an LPN for an initial shaving waiver. The LPN granted the waiver. She cannot do that, only a Physician or mid-level provider can grant an initial shaving waiver.
- Encounter dtd 3/12, YES.
- Encounter dtd 4/03, YES.
- Encounter dtd 4/02, YES.

4/10/2013 11:18 AM Entered By:

WHETSTONE:
- N/A. None to be noted from April 2013.
- Encounter dtd 3/26/13, the time that the orders were taken off is not notated.
- Encounter dtd 2/21/13, the time that the orders were taken off is not notated.
- N/A. None to be noted from April 2013.
- N/A. None to be noted from April 2013.
- N/A. None to be noted from April 2013.
- Encounter dtd 4/03/13, the date, time that the orders were taken off, and a signature is not notated.
- Chronic Care encounter dtd 4/03/13, the lab orders had never been taken off (brought to the Supv's attention that date). The medication orders were

**April 2013 TUCSON COMPLEX**



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | noted, but the time that the orders were taken off was not notated.  ▮▮▮ - Chronic Care encounter dtd 4/03/13 does not say noted and there was no date, time, sig, or stamp(brought to the Supv's attention that date).  ▮▮▮ - Chronic Care encounter dtd 4/03/13 does not say noted and there was no date, time, sig, or stamp(brought to the Supv's attention that date). | |
| 3 | Does the Medication Administration Record (MAR) in the medical chart reflect dose, route, frequency, start date and nurse's signature? | X | | | 4/29/2013 12:55 PM Entered By: ▮▮▮  4/29/2013 12:55 PM Entered By: ▮▮▮  RINCON MINORS:  N/A. Within the charts audited, none of them contained MARS.  4/28/2013 12:27 PM Entered By ▮▮▮  CIMARRON:  ▮▮▮ - N/A. No MARs in chart.  ▮▮▮ - N/A. Last MAR in chart dtd 7/2013.  ▮▮▮ - N/A. No MARs in chart.  ▮▮▮ - N/A. No MARs in chart.  ▮▮▮ - N/A. No MARs in chart.  ▮▮▮ - N/A. No MARs in chart.  ▮▮▮ -N/A.No MARs in chart.  4/27/2013 10:06 PM Entered By: ▮▮▮  RINCON WEST MEDICAL:  ▮▮▮ - N/A. No recent MAR in chart.  ▮▮▮ - N/A. No recent MAR in chart.  ▮▮▮ - YES.  ▮▮▮ - YES.  ▮▮▮ - YES.  ▮▮▮ = YES.  ▮▮▮ - YES.  4/27/2013 7:35 PM Entered By: ▮▮▮  WINCHESTER:  ▮▮▮ - N/A. No recent MAR in chart.  ▮▮▮ - N/A. No recent MAR in chart.  ▮▮▮ - N/A. No recent MAR in chart.  ▮▮▮ - N/A. No recent MAR in chart.  ▮▮▮ - N/A. No recent MAR in chart.  ▮▮▮ - N/A. No recent MAR in chart. | 1 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

# April 2013 TUCSON COMPLEX



- N/A. No recent MAR in chart.
- N/A. No recent MAR in chart.

4/27/2013 7:32 PM Entered By: █████

N/A. No recent MARs in chart.

4/27/2013 6:33 PM Entered By: █████

SANTA RITA:

- YES.
- YES.
- N/A. Last MAR in chart dtd Feb 2013.
- YES.
- N/A. No MARS in chart.
- N/A. Last MAR in chart dtd DEC 2012.
- YES.
- YES.
- N/A. Last MAR in chart dtd March 2010.
- YES.

4/17/2013 12:11 PM Entered By: █████

CATALINA:

- N/A. No MARS in chart.
- NO. March MAR reflects (3) scripts, all started on 3/26 do not reflect the Physician giving the order, or the Nurse who took the order off.
- N/A. No recent MARS in chart.
- N/A. Last MAR in chart dtd 10/2012.
- N/A. No MARS in chart.
- N/A. Last MAR in chart dtd 8/2012.
- YES.
- N/A. Last MAR in chart dtd 9/2012.
- NO. March MAR reflects Tegretol 400 mg started on 3/26. It does not reflect the Physician giving the order, or the Nurse who took the order off.

4/15/2013 10:00 AM Entered By █████

MANZANITA:

- N/A. On no meds.
- N/A. Last MAR in chart dtd March 2012.
- N/A. Last MAR in chart dtd 2008.
- N/A. Last MAR in chart dtd September 2012.
- N/A. Last MAR in chart dtd 2009.
- N/A. Last MAR in chart dtd January 2013.
- N/A. On no meds. New to ADC.
- YES, on March 2013 MAR.

**April 2013 TUCSON COMPLEX**

| | | | | | |
|---|---|---|---|---|---|
| | | | | -N/A. Last MAR in chart dtd September 2012.<br>- On 4/2013 MAR, regarding Acet/Codeine 30mg tab, no Physcian name who ordered the medication, or the Nursing name who took the order off. The MAR does not reflect that the IM has received any of his medications. The script is supposedly good from 1/31/13 - 5/01/13.<br><br>4/10/2013 12:09 PM Entered By: ▮<br><br>WHETSTONE:<br>- NO. On the March MAR. There are incomplete start/stop dates, no prescr bing Physician name, or no Nurse name cited that took the order.<br>-NO. On the March MAR. There is no Stop date, no prescribing Physician name, or no Nurse name cited that took the order.<br>-NO. On the March MAR. There is no stop date on the Coumadin 4.5mg, no prescribing Physician name, or no Nurse name cited that took the order. There are also three consecutively missed PT-INR dates on the MAR. (This was brought to the Supv's attention).<br>- N/A. Last MAR in chart is dtd 9/2012.<br>- Yes.<br>- N/A. Last MAR in chart is dtd 1/2012.<br>- N/A. No MARs in chart.<br>- N/A. No MARs in chart.<br>- N/A. Last MAR in chart is dtd 9/2012.<br>N/A. Last MAR in chart is dtd 9/2012. | |
| 4 | Are medical record entries legible, complete with time, name stamp and signature present? | X | | 4/29/2013 1:05 PM Entered By: ▮<br><br>RINCON MINORS:<br>-<br>N/A. No notes in chart in the SOAPs section.<br>-NO. Encounter dtd 4/10, there is no signature, stamp or printed name.<br>- N/A. No notes in chart in the SOAPs section.<br>-NO. Encounter dtd 3/28, no stamp or printed name is under Nursing sig.<br>- NO. Encounter dtd 4/05, no stamp or printed name is under Nursing sig.<br>- NO. Last encounter dtd 3/09, no stamp or printed name is under Nursing sig.<br><br>4/28/2013 12:28 PM Entered By: ▮<br><br>CIMARRON:<br>- YES. | 1 |

**April 2013 TUCSON COMPLEX**



- YES.
- YES.
- YES.
- YES.
- YES.
- YES.

4/27/2013 10:13 PM Entered By: ███

RINCON WEST MEDICAL:

███ - NO. Encounter dtd 4/18, no stamp or printed name below Nursing sig.

███ - NO. Encounter dtd 4/08, no stamp or printed name below Nursing sig. On the Practitioner's Orders sheet, entries dtd 4/01 have no stamp under the Nursing sig.

███ - NO. On the Practitioner's Orders sheet, entry dtd 4/17 has no stamp under the Nursing sig. Encounter entries also dtd 4/16, 4/17 have no stamp or printed name under the sig. One NP, and one RN.

███ - NO. Entry dtd 3/27, no stamp or printed name is under the Nursing sig.

- YES.
= YES.
- YES.

4/27/2013 7:43 PM Entered By: ███

WINCHESTER:

- YES.
- YES.
- NO. Encounter dtd 4/15, no stamp used by Nurse.

███ - NO. Encounter dtd 4/06.

███ - NO. On the Practitioner Orders sheet, entries dtd 4/19 & 4/21, no stamp used by Nurse.

- YES.
- YES.
- NO. Encounters dtd 4/08 & 4/16, no stamp used and signatures not legible.

4/27/2013 6:38 PM Entered By: ███

SANTA RITA:

- YES.
- NO. Encounter dtd 4/19, no stamp. Encounter dtd 4/10, no sig above stamp used.

███ - NO. Encounter dtd 3/25, no sig above stamp used. Encounter dtd 4/01, no sig above stamp used.

- NO. Encounters dtd 3/25, 4/16, and 4/18, no stamp used.

- NO. Encounters dtd 4/15, and 4/18, no stamp used.

- NO. Encounter dtd 4/22, no stamp used.

- YES.
- NO. Encounters dtd 4/15, and 4/18, no stamp used.
- NO. Encounter dtd 4/17,

## April 2013 TUCSON COMPLEX



no stamp used. ▉▉▉▉ - YES.

4/17/2013 12:24 PM Entered By: ▉▉▉▉
CATALINA:
▉▉▉▉ - YES.
▉▉▉▉ - Encounter dtd 4/03, No stamp or printed name below Nursing sig.
▉▉▉▉ -Encounter dtd 4/03, No stamp or printed name below Nursing sig. Encounter dtd 3/08, No stamp or printed name below Nursing sig. Signature not legible.
▉▉▉▉ - Encounter dtd 4/03, No stamp, printed name,(or) Nursing sig. Encounter dtd 4/09, No stamp or printed name below Nursing sig.
▉▉▉▉ - Encounter dtd 4/09, No date, stamp, or printed name below Nursing sig.
▉▉▉▉ - Encounter dtd 4/04, No stamp, printed name,(or) Nursing sig.
▉▉▉▉ - Encounter dtd 3/14, No stamp, printed name,(or) Nursing sig. Encounter dtd 4/11 - YES.
▉▉▉▉ - YES.
▉▉▉▉ - Encounter dtd 4/09, No stamp, printed name,(or) Nursing sig.


4/15/2013 10:16 AM Entered By: ▉▉▉▉
MANZANITA:
▉▉▉▉ - NO. Encounter dtd 4/05, no stamp or printed name below Nursing sig.
▉▉▉▉ - NO. Encounter dtd 4/05, no stamp or printed name below Nursing sig.
▉▉▉▉ - NO. Encounter dtd 4/09, entire Physician exam note barely legible.
▉▉▉▉ - NO. Encounter dtd 4/09, entire Physician exam note barely legible.
▉▉▉▉ - NO. Encounter dtd 3/19, there is no sig or stamp at all.
▉▉▉▉ - NO. Encounter dtd 4/02, entire Physician exam note barely legible.
▉▉▉▉ - NO. Encounter dtd 4/05, the exam note was not finished, and there is no sig or stamp at all.
▉▉▉▉ - YES.
▉▉▉▉ - YES.
▉▉▉▉ - NO. Encounter dtd 4/02, entire Physician exam note barely legible. Encounter dtd 4/08, no stamp or printed name below Nursing sig.


4/10/2013 12:39 PM Entered By: ▉▉▉▉
WHETSTONE:
▉▉▉▉ - Yes.
▉▉▉▉ - Yes.
▉▉▉▉ -Yes.
▉▉▉▉ - Yes.

## April 2013 TUCSON COMPLEX

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | - Yes.<br>- Yes.<br>- Yes.<br>- Yes.<br>- Yes.<br>      - Yes. | |
| 5 | Are arrival logs maintained and kept current with name of inmate, ADC #, date of arrival, # of volumes? | X | | | 4/10/2013 12:54 PM Entered By:<br><br>YES. Logs kept at the central Records room for the entire complex. | 1 |
| 6 | Are departure logs maintained and kept current with name of the inmate, ADC #, unit being transferred to, date of departure, # of volumes? | X | | | 4/10/2013 12:56 PM Entered By<br><br>YES. Logs kept at the central Records room for the entire complex. The log reflects records physically leaving this complex, destined for another complex. It does not reflect inner facility yard transfers. | 1 |
| 7 | Are previous volumes (old volumes) filed in a separate location (not with active files) and are easily accessible to obtain as needed? | X | | | 4/10/2013 12:56 PM Entered By:<br><br>YES. Each on each yard throughout the complex. | 1 |
| 8 | Are medical records for released inmates pulled from the active file area? | X | | | 4/10/2013 12:57 PM Entered By:<br><br>YES. On each yard throughout the complex. | 1 |
| 9 | Are requested medical records received from archives upon an inmates return to ADC being merged with newly established medical records since inmates return to ADC? | X | | | 4/10/2013 12:57 PM Entered By:<br><br>YES. | 1 |
| 10 | Is a Release of Information log that reflects the Medical Records Requests for copies of the inmate's medical records from 3rd parties (attorney and family requests only)? | X | | | 4/27/2013 6:38 PM Entered By:<br><br><br>4/10/2013 12:59 PM Entered By:<br><br><br>4/10/2013 12:59 PM Entered By:<br><br>YES. Log kept at the central Records room for the entire complex. The log reflects all requests made for IMs housed at this complex, regardless of which yard they are on. | 1 |

**April 2013 TUCSON COMPLEX**

## Corrective Action Plans for PerformanceMeasure: Medical Records (Q))

**1  Are medical records current, accurate and chronologically maintained with all documents filed in the designated location?**
Level 1 Amber User: ███████████  Date: 4/29/2013 12:53:40 PM

**2  Are provider (physician, mid-levels) orders taken off (noted) daily annotated with time, date and name of person taking the orders off?**
Level 1 Amber User: ███████████  Date: 4/29/2013 12:51:45 PM

**4  Are medical record entries legible, complete with time, name stamp and signature present?**
Level 1 Amber User: ███████████  Date: 4/29/2013 1:05:02 PM

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC089038

## April 2013 TUCSON COMPLEX

| | Prescribing Practices and Pharmacy (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are recommendations made by the Pharmacy and Therapeutics Committee appropriately enacted? | X | | | 4/26/2013 10:43 AM Entered By: ▮▮ | 2 |
| 2 | Are pharmacy polices, procedures forms, (including non-formulary requests) being followed? | | X | | 4/26/2013 10:22 AM Entered By: ▮▮<br><br>HSTM 4.1.6<br><br>1. Amber – will remain amber until a written corrective action plan is received and implemented at each Complex Site by Corizon Health.<br><br>A) HSTM 4.1.6 Non-Formulary Drug Requests:  A written Action Plan is required from ▮▮▮, Regional Director of Nursing, Corizon, to ensure that requests for necessary non-formulary medications at each Complex Site, are received by inmate patients in a timely manner.  Providers will need to provide formulary medication, if needed, to provide continuity of care while the NFDR is being processed.  This Action Plan requires documented follow-up from Corizon staff that identified medications have been approved or denied and if denied, an appropriate therapy is instituted so that patient will not go without medication during the approval/denial process.<br>a. April 2013 NFDR Stop Date Reports indicates:<br>i. 1583 Non-formulary drugs expiring for 1270 patients<br><br>B) HSTM 4.1.1 Pharmaceutical Dispensing Procedures:  A written Action Plan is required from ▮▮▮, Regional Director of Nursing, Corizon, to ensure that all prescriptions are dispensed in a timely manner so as not to contribute to morbidity or mortality and so that the inmate population receive continuity of care.  This Action Plan requires documented follow-up from Corizon staff assuring expiring medications at each Complex Site are renewed before expiration date.<br>a. April 2013 Discontinued (Expired) Medication Report indicates:<br>i. 2766 Expired medications expiring for 1721 patients | 2 |
| 3 | Are all medications being prescribed in the therapeutic ranges as determined by the most current editions of the "Drug Facts and Comparisons" or the packet insert? | X | | | 4/26/2013 10:22 AM Entered By: ▮▮ | 1 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC089039

**April 2013 TUCSON COMPLEX**

**Corrective Action Plans for PerformanceMeasure: Prescribing Practices and Pharmacy (Q)**

**2  Are pharmacy polices, procedures forms, (including non-formulary requests) being followed?**
**Level 2 Amber User:** ████████████ **Date: 4/26/2013 10:22:26 AM**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC089040

## April 2013 TUCSON COMPLEX



| | Reporting (AIMS) (Medical Records)(Q) | | | | | |
|---|---|---|---|---|---|---|
| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
| 1 | Are medical AIMS entries being made timely, completely, accurately and no greater than 3 work days from the entry in the medical record? | X | | | 4/29/2013 12:27 PM Entered By: ▮▮▮▮<br><br>MINORS: YES.<br><br>4/28/2013 2:38 PM Entered By: ▮▮▮▮<br><br>CIMARRON: YES.<br><br>4/27/2013 10:14 PM Entered By: ▮▮▮▮<br><br>RINCON WEST MEDICAL: YES.<br><br>4/27/2013 7:44 PM Entered By: ▮▮▮▮<br><br>WINCHESTER: YES.<br><br>4/27/2013 6:40 PM Entered By: ▮▮▮▮<br><br>SANTA RITA: YES.<br><br>4/17/2013 2:20 PM Entered By: ▮▮▮▮<br><br>CATALINA: YES.<br><br>4/10/2013 1:10 PM Entered By: ▮▮▮▮<br><br>WHETSTONE:<br>▮▮▮▮ - N/A.<br>- IM currently in a wheelchair, unable to ambulate. His SNO for a lower bunk expired 2012.<br>▮▮▮▮ - N/A.<br>- IM is 77yo, with numerous musculoskeletal issues. His SNO for a lower bunk expired 2012.<br>- N/A.<br>- N/A.<br>- N/A.<br>- N/A.<br>- N/A.<br>- N/A. | 1 |

## April 2013 TUCSON COMPLEX

| | Grievances (Q) | | | | | |
|---|---|---|---|---|---|---|
| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
| 1 | Are grievances being responded to within fifteen (15) working days of receipt per Department Order 802? | | X | | 4/27/2013 9:23 PM Entered By: ▮▮▮<br><br>NO. Per a report received from Corizon Medical Administration dtd Friday, April 26, 2013 the following (7) IM Grievances are past due:<br><br>▮▮▮ - Complaint: Medications. Corizon rece pt 2/13/2013. Response due 3/07/2013.<br><br>▮▮▮ - Complaint: Non treatment of condition. Corizon receipt 2/15/2013. Response due 3/11/2013.<br><br>▮▮▮ - Complaint: Delay in treatment. Corizon receipt 3/25/2013. Response due 4/15/2013.<br><br>▮▮▮ - Complaint: Medications. Corizon rece pt 3/26/2013. Response due 4/16/2013.<br><br>▮▮▮ - Complaint: Medications. Corizon rece pt 3/27/2013. Response due 4/17/2013.<br><br>▮▮▮ - Complaint: Delay in treatment. Corizon receipt 3/29/2013. Response due 4/19/2013.<br><br>▮▮▮ - Complaint: Delay in treatment. Corizon receipt 4/02/2013. Response due 4/22/2013.<br><br>In addition, per the same report; there are also (28) overdue IM letter responses to date that require completion. | 2 |

### Corrective Action Plans for PerformanceMeasure: Grievances (Q)

**1  Are grievances being responded to within fifteen (15) working days of receipt per Department Order 802?**
**Level 2 Amber User:** ▮▮▮  **Date: 4/27/2013 9:23:44 PM**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC089042

**April 2013 TUCSON COMPLEX**

| | | | | | | |
|---|---|---|---|---|---|---|
| | **No Shows (Q)** | | | | | |
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are medical, dental and mental health line "no-shows" being reported and documented per policy, Department Order 1101? | X | | | 4/29/2013 12:28 PM Entered By: ▮▮▮<br>RINCON MINORS: YES.<br><br>4/28/2013 2:37 PM Entered By: ▮▮▮<br>CIMARRON: YES.<br><br>4/27/2013 10:13 PM Entered By: ▮▮▮<br>RINCON WEST MEDICAL: YES.<br><br>4/27/2013 7:44 PM Entered By: ▮▮▮<br>WINCHESTER: YES.<br><br>4/27/2013 6:39 PM Entered By: ▮▮▮<br>SANTA RITA: YES.<br><br>4/17/2013 2:20 PM Entered By: ▮▮▮<br>CATALINA: YES.<br><br>4/15/2013 8:53 AM Entered By: ▮▮▮<br>MANZANITE: YES.<br><br>4/10/2013 2:20 PM Entered By: ▮▮▮<br>WHETSTONE: YES. | 1 |

**April 2013 TUCSON COMPLEX**

| | Mental Health (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Are all Health Needs Requests (HNR), for mental health services, being triaged within 24 hours (24) of receipt by a qualified mental health professional? | X | | | 4/25/2013 2:28 PM Entered By: ▉▉▉ All HNR's were being triaged within the designated (24) hour time frame. | 1 |
| 2 | Are inmates referred to a psychiatric provider, from a sick call visit or other encounter, for routine services occurring within seven days of referral request? | | X | | 4/25/2013 2:30 PM Entered By: ▉▉▉ All referrals for psychiatric services were not occurring within the identifiied time frame. This information was documented from interviews with several clinicians assigned to the complex. | 1 |
| 3 | Are mental health treatment plans being reviewed, at a minimum of 90 days, by the mental health treatment team for Seriously Mentally Ill (SMI) inmates? D.O. 1103, 1103.08 1.5 dtd 1/11/2013 | | X | | 4/25/2013 2:40 PM Entered By: ▉▉▉ A review of (50) charts found (1)SMI needing to be updated to reflect the (90) day requirement and (24)MH3 inmates with a qualifying diagnosis who did not have a treatment plan in their chart. | 2 |
| 4 | Are inmates prescribed psychotropic medication seen face to face by a nurse every thirty days? | X | | | 4/25/2013 2:50 PM Entered By: ▉▉▉ All inmates were being seen within the desiganted time frame. | 1 |
| 5 | Are inmates that are seen every thirty (30) days by the psychiatric nurse and are assessed to be unstable on their current medication referred to and evaluated by a psychiatrist or psychiatry certified nurse practitioner? | X | | | 4/25/2013 2:52 PM Entered By: ▉▉▉ Inmates determined to be unstable were being referred and evaluated by the psychiatric provider. | 1 |
| 6 | Are inmates being prescribed psychotropic medication being seen by a psychiatrist or psychiatry certified nurse practitioner every three (3) months? | | X | | 4/25/2013 3:00 PM Entered By: ▉▉▉ A review of (50) charts found (12) which had not been seen within the designated time frame. ▉▉▉ | 1 |
| 7 | Are discharge plans being established for SMI inmates within 90, 60 and 30 days of release from prison? | X | | | 4/25/2013 3:02 PM Entered By: ▉▉▉ Release plans were being established within the designated time frame. | 2 |
| 8 | Is the primary counselor establishing a mental health treatment plan within 72 hours of the SMI inmate arrival to the facility? D.O. 1103 - 1103.08, 1.1.1. dtd 1/11/2013 | X | | | 4/25/2013 3:03 PM Entered By: ▉▉▉ No SMI arrivals were documented during this reporting period. | 2 |

## April 2013 TUCSON COMPLEX



| 9 | Are master mental health treatment plans being developed by the mental health treatment team within 30 days of an inmate being assessed as SMI? D.O. 1103, 1103.08 1.2.1 dtd 1/11/2013 | X | | | 4/30/2013 6:27 PM Entered By: ▮▮▮<br>N/A see Q8<br>4/25/2013 3:03 PM Entered By: ▮▮<br>N/A see Q8 | 2 |

### Corrective Action Plans for PerformanceMeasure: Mental Health (Q)

**2  Are inmates referred to a psychiatric provider, from a sick call visit or other encounter, for routine services occurring within seven days of referral request?**
Level 1 Amber User: ▮▮▮▮▮▮▮     Date: 4/25/2013 2:30:49 PM

**3  Are mental health treatment plans being reviewed, at a minimum of 90 days, by the mental health treatment team for Seriously Mentally Ill (SMI) inmates? D.O. 1103, 1103.08 1.5 dtd 1/11/2013**
Level 2 Amber User: ▮▮▮▮▮▮▮     Date: 4/25/2013 2:40:19 PM

**6  Are inmates being prescribed psychotropic medication being seen by a psychiatrist or psychiatry certified nurse practitioner every three (3) months?**
Level 1 Amber User: ▮▮▮▮▮▮▮     Date: 4/25/2013 3:00:06 PM

# April 2013 TUCSON COMPLEX

| | Quality and PEER Review (Q) | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is the contractor physician conducting monthly and quarterly chart reviews? | | X | | 4/29/2013 7:24 PM Entered By: ▮▮▮▮ NO. Documentation was provided to this auditor, for the month of January 2013.  This was prior Corizon therefore; Corizon has done no PEER reviews for Providers at ASP-Tucson complex. The documents that were provided had nothing to do with PEER chart reviewing. In reviewing the documentation, it appears Physicians and Mid-Levels were directed to randomly pick just three charts each, and review them. Some contained no "Findings/Notes" regarding what was being looked at. It is suggested that the Complex Manager review ADC requirements regarding PEER chart reviews and establish a process to successfully meet auditing criteria. | 1 |
| 2 | Is contractor conducting monthly CQI committee meetings and meeting NCCHC standard? | | X | | 4/29/2013 7:25 PM Entered By: ▮▮▮▮ NO. The last monthly CQI meeting was held, per documentation in January 2013. | 1 |
| 3 | Are CQI committee improvement recommendations acted on timely and progress reported back to committee in the next monthly meeting? | | X | | 4/29/2013 7:30 PM Entered By: ▮▮▮▮ NO. No meetings have been held to discuss issues that need acted upon. | 1 |
| 4 | Is the contractor conducting annual PEER reviews for physicians, nurse practitioners, physician assistants, dentists, psychiatrists, psychiatric nurse practitioners and Phd. level psychologists? | X | | | 4/29/2013 7:31 PM Entered By: ▮▮▮▮ N/A. Privatization has not been in place for a year yet. | 1 |
| 5 | Did the contractor conduct a quarterly on-site review of the site CQI program? | | X | | 4/29/2013 7:36 PM Entered By: ▮▮▮▮ NO. When this auditor asked to see the (Wexford / Corizon) quarterly reviews, none have been done since privatization.  Within Medical Administration the following meeting quarterly meeting minutes should be retained and bindered; (JUL, AUG, SEP) should have been reviewed in October 2012, (OCT, NOV, DEC) should have been reviewed in January 2013,(JAN, FEB, MAR) should have been reviewed by Corizon in April 2013. Staff have not changed therefore these processes should be in place, and ongoing. | 1 |

**April 2013 TUCSON COMPLEX**

**Corrective Action Plans for PerformanceMeasure: Quality and PEER Review (Q)**

**1  Is the contractor physician conducting monthly and quarterly chart reviews?**
**Level 1 Amber User:** ███████████  **Date: 4/29/2013 7:24:36 PM**

**2  Is contractor conducting monthly CQI committee meetings and meeting NCCHC standard?**
**Level 1 Amber User:** ███████████  **Date: 4/29/2013 7:25:58 PM**

**3  Are CQI committee improvement recommendations acted on timely and progress reported back to committee in the next monthly meeting?**
**Level 1 Amber User:** ███████████  **Date: 4/29/2013 7:30:48 PM**

**5  Did the contractor conduct a quarterly on-site review of the site CQI program?**
**Level 1 Amber User:** ███████████  **Date: 4/29/2013 7:36:29 PM**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC089047

## April 2013 TUCSON COMPLEX

| | **Medication Administration** | | | | | |
|---|---|---|---|---|---|---|
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is there a formal medication administration program? | X | | | 4/25/2013 3:26 PM Entered By: ▮ | 1 |
| 2 | Is the documentation of completed training and testing kept on file for staff who administer or deliver medications? | X | | | 4/25/2013 3:27 PM Entered By: ▮ | 1 |
| 3 | Is there a tracking system for KOP medications to determine if medications have been received by the inmate? | | X | | 4/11/2013 9:53 AM Entered By: ▮<br><br>There is a tracking system that has not been initiated as of todays date. All units are trying to track in a different way.<br><br>4/30/2013 7:25 PM Entered By: ▮<br><br>Tracking process not being followed/initiated. | 1 |
| 4 | Are the Medciation Administration Records (MAR) being completed in accordance with standard nursing practices? | | X | | 4/30/2013 2:31 PM Entered By ▮<br>Winchester ▮ Respiridone ssigned off up till 4/16 then marked recieved KOP per IM ▮ Lithium good job on ▮ tegretol blank on the 24th. ▮ Benzotropine and tegretol blank on 4/2, marked NA4/8-4/14, blank on the 17th, Respiridone blank on the 2nd, NA on the 3rd, given x 2 days then NA 4/8-4/14, Then marked KOP. ▮ Reperidone signed off 4/1 - 44/15 then KOP. ▮ Gabapentin blank on the 26. ▮ Good job with MAR marked OTC - out to court.<br><br>4/30/2013 2:12 PM Entered By: ▮ Minors/CDU ▮ Benzoztropine aand respidone blank 4/4 circled 4/11, blank 4/18 - 4/22. Then benzotropine marked NA 4/23 -4/29. Baclfen circled multiple times blank 4/18-4/22 then marked NA a4/24-4/29. ▮ omeprazole marked NA 4/1 thru 4/9 then expired. Elder Benzotropine marked NA 4/1 thru4/3 then blank 4/4 and 4/5, then circled. Again blank 4/7-4/11, then signed off as given thru 4/25, then NA thru 4/29.Respiridone marked the same. Barnell Respiridone circled 4/2 and 4/11 thn NA 4/26 thru 4/29. ▮ good job. | 1 |

## April 2013 TUCSON COMPLEX

4/30/2013 2:01 PM Entered By: ███████

Cimarron

Out of 10 MARS only one has a note that IM has his KOP. ███████ Gabapentin blank on 4/12 pm, 4/27 pm. Tramadol blank 4/5 pm, 4/12 pm, marked NA4/21 -4/24, blank 4/27. ███████ Amitriptyline blank 4/13. ███████ Gabapentin blank 4/27. Donty Nortrplylineorder written 4/25not available as of 4/29. Gabapentin and lithium blank 4/27 and4/28. ███████ Gabapentin marked NA 4/10 -4/13. ███████ ER blank 4/27 pm.

4/29/2013 3:42 PM Entered By: ███████

Whetstone

███████ Trilafon not signed off 4/4. KOP not initialed off. Morphine no start or stop date, no transcribers initials. Circled 4/1-4/4. Left blank AM 4/7, 4/16, and 4/17.

███████ Setraline KOP not initialed off. Elavil WS no transcribers initials.   Also not signed off 4/16 or 4/19.

███████ Prozac not signed of 4/3, 4/16- 418, marked NS 4/19 -21, blank 4/22. Vistaril 25 mg Bid same as above.

███████. Reyataz KOP not initialed off. Benzotropine blank on 4/16. Truvada KOP not initialed . Levetiracetam blank 4/16, marked NA 4/20 thru 4/23. Changed to KOP. Ritonavir KOP not initialed off.

███████ All meds circled. Blank 4/2 thru 4/10/13. Circled NS 4/11-44/13/13. Then all meds marked expired and reordered 4/15/13.

███████ Fluphenazine several blank spots as well as circled NS.

███████ KOP not initialed off.

███████ KOP not initialed off.


4/29/2013 2:17 PM Entered By: ███████

Catalina

███████ KOP not initialed. Watch swallows look good.
███████ KOP not initialed, watch swallows look good.
███████ KOP not initialed, watch swallows look good.
███████ Good job.
███████ New resperidaol orders have no start or stop date. Marked as not available 4/25-4/28.
███████. New med orders marked not available written 4/23 still not available

**April 2013 TUCSON COMPLEX**

on 4/29/13. No D.O.B. nothing regarding allergies, no diagnosis, and no transcribers initials.

Good job on MAR except no DOB, and no transcribers initials.
Good job.
Good job.
KOP not initialed. Good job on watch swallows.

4/25/2013 1:54 PM Entered By:

Manzanita
KOP MARS not initialed off. Hydrocodone marked with a 6. No notes or follow up.
Resperidone marked with 2, and circled. No notes.
Paxil KOP MAR not initialed off.
Lortab marked with twos, and sixes. Rifoxmin circled and marked with sixes.
Resperidone circle, and some maarked with a two.
Benzotropine and respendone circled and marked with a two.
Nortriptyline, not given.
Warfarin circled as well as being marked a one or two. Refused or did not show.
Paroxetine circled and also marked as NS from 4/5 - 4/24.
blank spots, others marked 2, or 6 no notes. Gabapentin and lortab.
Pamelor ordered 4/10/13.MAR totally blank.
Two Jacksons and MARS are not marked name alert.

4/18/2013 10:07 AM Entered By:

IPC
lasix, lisinopril, inderol not signed off for 4/13 or 4/15.
0400 Norvasc, and lasix marked D or circled as not given. Per the nurse the IM has refused to take these meds prior to dialysis. No physician orders to hold meds, no refusals signed.
Lyrica marked out of stock 4/2 thru 4/15.
Zoloft circled 4/1 - 4/13 not signed not 4/15.
circled 4/1 - 4/14.
Mars not signed for 4/14 or 4/15.

4/17/2013 1:23 PM Entered By:

Santa Rita
Med given 1st and 2nd, circled and marked 1 on the 3rd. Given 4/4-4/7 then has order expired written on it. Medication re-ordered 4/10 but has not been marked as given since. Medication is a watch swallow.
Good job.
. Tramadol marked as not

**April 2013 TUCSON COMPLEX**

| | | | | | |
|---|---|---|---|---|---|
| | | | | available since 4/3/13. Today is the 17th. Should be going to provider review for order DC, or non-formulary. KOP MAR has no initials on it. ▮▮▮▮ MAR blank from 4/1-4/8. KOP meds blank. ▮▮▮▮ MAR OK ▮▮▮▮ Divalproex and setraline both marked as not available from 4/1/13 thru 4/14/13. the 15th and 16th are marked NS. ▮▮▮▮ KOP meds not signed off. Four days marked as no show.<br><br>4/16/2013 1:47 PM Entered By: ▮▮▮▮ Rincon ▮▮▮▮ ▮▮▮▮ Meds not signed off for 0500 dose 4/6/13. Meds signed off for 1600 hours on 4/15/13 @1320. ▮▮▮▮ 1600 meds signed off @ 1320 on 4/15/13. ▮▮▮▮ 1600 meds signed off @ 1320 on 4/15/13. ▮▮▮▮ 1600 haloperidol signed off @ 1320 on 4/15/13. ▮▮▮▮ 3 meds not signed off as given @ 0500 on the 14 or the 15th. ▮▮▮▮ 1600 & 1700 meds signed out by 1330 on 4/15/13. ▮▮▮▮ MAR is very sloppy with stuff scribbled on it, stuff crossed out and not initialed.<br><br><br>4/30/2013 7:25 PM Entered By: ▮▮▮▮<br><br>See previous notes. | |
| 5 | Are medication errors forwarded to the FHA to review corrective action plan? | X | | | 4/25/2013 3:27 PM Entered By: ▮▮▮▮ | 2 |
| 6 | Are there any unreasonable delays in inmate receiving prescribed medications? | | X | | 4/30/2013 3:06 PM Entered By: ▮▮▮▮ Manzanita ▮▮▮▮ Rifaxamin marked not available 4/1-4/24.<br><br>4/30/2013 3:03 PM Entered By: ▮▮▮▮ Winchester ▮▮▮▮ benzotropine. tegretol and respiridone all marked as not available 4/3/-4/14.<br><br>4/30/2013 3:00 PM Entered By: ▮▮▮▮ CDU ▮▮▮▮ benzotropine and risperidone marked as not available 4/23 -4/29. ▮▮▮▮ Haldol marked as not in stock 4/19 thru 4/30. ▮▮▮▮ benzotropine and baclofen | 2 |

## April 2013 TUCSON COMPLEX



| | | | | | |
|---|---|---|---|---|---|
| | | | | marked as not available 4/23-4/29. 4/25/2013 1:58 PM Entered By: Manzanita Pamelor ordered 4/10/13 not here yet. | |
| 7 | Are inmates being required to show ID prior to being administered their medications? | | X | 4/30/2013 3:18 PM Entered By: Should be a green 4/30/2013 3:07 PM Entered By: All yards are complying with this. 4/4/2013 10:30 AM Entered By: Cimarron yes. | 2 |
| 8 | Are chronic condition medication expiration dates being reviewed prior to expiration to ensure continuity of care? | | X | 4/30/2013 3:12 PM Entered By: request to renew CC meds in providers review pile. Enalapril, simvustatin terozosin. 4/29/2013 2:23 PM Entered By: Catalina meds current. medes current. Meds current. 4/25/2013 2:18 PM Entered By: meds current meds current meds current meds currrent meds current meds current meds current. Meds current. Meds current. 4/16/2013 1:52 PM Entered By: Rincon Two chronic condition meds , Norvasc and ASA 81 mg. Marked as NA or out of stock 3-5 days. Meds current. Meds current. meds current. Meds current. | 2 |
| 9 | Are non-formulary requests being reviewed for approval or disapproval within 24 to 48 hours? | | X | 4/29/2013 3:48 PM Entered By: Whetstone Non-formulary written 4/19/13 approved 4/24 for 30 days. Response not reviewed by provider by 4/29/13. | 2 |

# April 2013 TUCSON COMPLEX

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | HIV meds. Non-formulary submitted 4/11/13. Reviewed 4/17/13 and response sent back to provider.<br><br>4/29/2013 2:57 PM Entered By:<br>Whetstone<br>Non-formulary submitted 4/15/13 for absorbace sent back 4/22/13 for more information<br>Non- formulary submitted 4/15/13 for absobace sent back 4/22/13 for more information. | |
| | | | | | 4/30/2013 7:25 PM Entered By:<br><br>See previous notes. | |
| 10 | Are providers being notified of non-formulary decssions within 24 to 48 hours? | | X | | 4/30/2013 3:13 PM Entered By:<br>Non-formulary written 4/19/13 approved 4/24 for 30 days.  Response not reviewed by provider by 4/29/13.<br>HIV meds. Non-formulary submitted 4/11/13. Reviewed 4/17/13 and response sent back to provider.<br><br>4/29/2013 2:57 PM Entered By:<br>Whetstone<br>Non-formulary submitted 4/15/13 for absorbace sent back 4/22/13 for more information<br>Non- formulary submitted 4/15/13 for absobace sent back 4/22/13 for more information. | 2 |
| 11 | Are medication error reports being completed and medication errors documented? | X | | | 4/30/2013 3:13 PM Entered By: | 2 |

### April 2013 TUCSON COMPLEX

**Corrective Action Plans for PerformanceMeasure: Medication Administration**

**3  Is there a tracking system for KOP medications to determine if medications have been received by the inmate?**
Level 1 Amber User: ███████████        Date: 4/30/2013 7:25:18 PM

**4  Are the Medciation Administration Records (MAR) being completed in accordance with standard nursing practices?**
Level 1 Amber User: ███████████        Date: 4/30/2013 7:25:34 PM

**6  Are there any unreasonable delays in inmate receiving prescribed medications?**
Level 2 Amber User: ███████████        Date: 4/30/2013 3:06:55 PM

**6  Are there any unreasonable delays in inmate receiving prescribed medications?**
Level 2 Amber User: ███████████        Date: 4/30/2013 3:06:55 PM

**6  Are there any unreasonable delays in inmate receiving prescribed medications?**
Level 2 Amber User: ███████████        Date: 4/30/2013 3:06:55 PM

**7  Are inmates being required to show ID prior to being administered their medications?**

Level 2 Amber User: ███████████        Date: 4/30/2013 3:18:07 PM

**7  Are inmates being required to show ID prior to being administered their medications?**

Level 2 Amber User: ███████████        Date: 4/30/2013 3:18:07 PM

**8  Are chronic condition medication expiration dates being reviewed prior to expiration to ensure continuity of care?**
Level 2 Amber User: ███████████        Date: 4/30/2013 3:12:21 PM

**9  Are non-formulary requests being reviewed for approval or disapproval within 24 to 48 hours?**
Level 2 Amber User: ███████████        Date: 4/30/2013 7:25:58 PM

**10  Are providers being notified of non-formulary decssions within 24 to 48 hours?**
Level 2 Amber User: ███████████        Date: 4/30/2013 3:13:36 PM

**April 2013 TUCSON COMPLEX**

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Staffing** | | | | | |
| | **Performance Measure (Description)** | **Grn** | **Amb** | **Red** | **Notifications** | **Level** |
| 1 | Is there an approved staffing pattern available to the Site Manager (FHA)? | X | | | 4/29/2013 7:37 PM Entered By: ▓▓▓▓ YES. It is Corizon's "Staffing Control Document". | 1 |
| 2 | Are the adequacy and effectiveness of the staffing assessed by the facility's sufficient to meet the needs of the inmate population? | | X | | 4/24/2013 12:11 PM Entered By: ▓▓▓▓ Whetstone 3/26/13 A nurse was pulled from Whetstone which left two nurses to do AM meds and insulins. Yard was still on controlled movement. Meds and insuins were not completed by 0900. This is not in compliance. 4/3/13 A nurse was pulled from Whetstone a line had to be cancelled and the two nurses ended up running 45 minutes behind on meds and insulins. 4/22/13 A nurse was pulled and the other two were running behind on meds and insulins. Catalina • No nursing staff reported on 4/1/13. Phone call had to be made to get a nurse to Catalina. Nursing staff reported at 0742 which kept several inmates from turning out to work crews. The nurse also had to cancel part of the nurse line because she had to return to her unit. 4/29/2013 7:53 PM Entered By: ▓▓▓▓ NO. With vacancies as of 4/29/2013, as reviewed with the Tucson Complex Manager being; (1) Nurse Practitioner, (1) RN Supervisor, (2) Staff Registered Nurses, (7) Nursing Assistants, (1) Psychologist, (2) Mental Health Registered Nurses, (1) Physician, and (1) Regional Director, the staffing continues to be insufficient to meet the needs of the inmate population. This is witnessed by the huge amount of back-logged charts needing Provider review, Inmates who have been waiting months to see a Provider after having been referred to one, back-logged Nursing lines, Juveniles no being seen the entire month for intake Physical exams, Inmates not being seen in some cases 2-3 weeks past the date that they submit an HNR, medications not being filled/refilled on time, and Chronic Care inmates far past due for their appointments. | 3 |
| 3 | Are all positions filled per contractor staffing pattern? | | X | | 4/29/2013 8:03 PM Entered By: ▓▓▓▓ NO. | 2 |

## April 2013 TUCSON COMPLEX



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Vacancies as of 4/29/2013, as reviewed with the Tucson Complex Manager being; (1) Nurse Practitioner, (1) RN Supervisor, (2) Staff Registered Nurses, (7) Nursing Assistants, (1) Psychologist, (2) Mental Health Registered Nurses, (1) Physician, (1) Medical Director, and (1) Regional Director. | |
| 4 | Is the Site Manager (FHA) kept infomed of recruiting efforts being taken to fill vacant positions by the corporate office? | X | | | 4/29/2013 8:07 PM Entered By: ▇▇▇<br><br>YES.<br><br>The Complex Manager actually informs Corizon Corporate of the vacancies that he/she has as they come up. Corizon then advertises. Per the Complex Manager, if an emergency staffing issue arises Corizon Corporate office pursues a Locum company. The Complex Manager also stated that Corizon has (3) types of recruiters; (1) for Locums, (1) for Physicians, and (1) for Nursing/Ancillary. | 2 |

### Corrective Action Plans for PerformanceMeasure: Staffing

**2  Are the adequacy and effectiveness of the staffing  assessed by the facility's sufficient to meet the needs of the inmate population?**
**Level 3 Amber User:** ▇▇▇▇         **Date: 4/29/2013 7:53:16 PM**

**3  Are all positions filled per contractor staffing pattern?**
**Level 2 Amber User:** ▇▇▇▇         **Date: 4/29/2013 8:03:07 PM**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER         ADC089056

## April 2013 TUCSON COMPLEX

| | Performance Measure (Description) | Grn | Amb | Red | Notifications | Level |
|---|---|---|---|---|---|---|
| | **Infirmary Care** | | | | | |
| 1 | Does policy or post order define the specific scope of medical, psychiatric, and nursing care provided in the infirmary setting? | | X | | 4/30/2013 3:19 PM Entered By: ▇ <br><br> Currently functioning with out policy except DOCs. <br><br> 4/17/2013 2:09 PM Entered By: ▇ <br><br> I have not been able to find an IPC manuel for Corizon. | 1 |
| 2 | Are patients always within sight or hearing of a qualified health care professional (do inmates have a method of calling the nurse?) | | X | | 4/16/2013 1:55 PM Entered By: ▇ <br><br> No ▇ has had 33 falls since the end of November 2012. Last fall required a craniotomy. <br><br> 4/30/2013 7:26 PM Entered By: ▇ <br><br> See previous note(s). | 1 |
| 3 | Is the number of appropriate and sufficient qualified health professionals in the infirmary determined by the number of patients, severity of illnesses and level of care required? | | X | | 4/17/2013 2:23 PM Entered By: ▇ <br><br> Corizon currently has no process in place for dtermining what the appropriate and sufficient number of health professionals is in the infirmary. They currently have six total or almost total care inmates and only staff a seond aid part time on days. <br><br> 4/30/2013 7:26 PM Entered By: ▇ <br><br> See previous note(s). | 1 |
| 4 | Is a supervising registered nurse in the IPC 24 hours a day? | | X | | 4/17/2013 2:29 PM Entered By: ▇ <br><br> There is not a supervising nurse in the IPC 24 hours a day. The supervising nurse is days only Monday thru Friday no weekends, holidays, or nights. <br><br> 4/30/2013 7:26 PM Entered By: ▇ <br><br> See previous note(s). | 1 |
| 5 | Is the manual of nursing care procedures consistent with the state's nurse practice act and licensing requirements? | X | | | 4/16/2013 1:56 PM Entered By: ▇ <br><br> Most current Manual available is a 2001 Lippincott. <br><br> 4/30/2013 7:27 PM Entered By: ▇ | 1 |

## April 2013 TUCSON COMPLEX

| # | Question | | | | Notes | |
|---|----------|---|---|---|-------|---|
| 6 | Does admission to or discharge from infirmary care occur only on the order of physician or other provider where permitted by virtue of credentials and scope of practice? | | X | | 4/30/2013 3:20 PM Entered By: ■ Should be a green<br><br>4/16/2013 1:56 PM Entered By: ■ Yes. | 1 |
| 7 | Is the frequency of physician and nursing rounds in the infirmary specified based on categories of care provided? | | X | | 4/17/2013 2:31 PM Entered By: ■ Corizon does not currently have a policy addressing this that I know of.<br><br>4/30/2013 7:27 PM Entered By ■ See previous note(s). | 1 |
| 8 | Is a complete inmate health record kept and include:<br>-Admitted order (admitting diagnosis, medications, diet, activity restrictions, required diagnostic tests, frequency of monitoring and follow-up<br>-Complete document of care and treatment given<br>-Medication administration record<br>-Discharge plan and discharge notes | X | | | 4/17/2013 2:31 PM Entered By: ■ | 1 |
| 9 | If inpatient record is different than outpatient record, is a copy of the discharge summary from the infirmary care placed in the patient's outpatient chart? | X | | | 4/16/2013 1:57 PM Entered By: ■ Yes.<br><br>4/30/2013 7:27 PM Entered By: ■ See previous note(s). | 1 |
| 10 | If an observation patient is placed by a qualified health care professional for longer than 24 hours, is this order being done only by a physician? | X | | | 4/16/2013 1:57 PM Entered By: ■ Yes.<br><br>4/30/2013 7:27 PM Entered By: ■ | 1 |
| 11 | Are vital signs done daily when required? | X | | | 4/16/2013 1:58 PM Entered By: ■ All IPC inmates are required to have vitals every shift and PRN. | 1 |

**April 2013 TUCSON COMPLEX**



| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 4/30/2013 7:27 PM Entered By: ▇▇▇ | |
| 12 | Are there nursing care plans that are reviewed weekly and are signed and dated? | X | | | 4/30/2013 3:30 PM Entered By: ▇▇▇ <br> Yes on the IPC inmates only. | 1 |
| 13 | Are medications and supplies checked regularly, and who is assigned to do it? | X | | | 4/30/2013 3:22 PM Entered By: ▇▇▇ <br> The charge nurse checks the supplies and the mediation nurse is responsible for ordering medications. | 1 |



### Corrective Action Plans for PerformanceMeasure: Infirmary Care

**1 Does policy or post order define the specific scope of medical, psychiatric, and nursing care provided in the infirmary setting?**
Level 1 Amber User: ▇▇▇▇▇▇   Date: 4/30/2013 3:19:46 PM

**2 Are patients always within sight or hearing of a qualified health care professional (do inmates have a method of calling the nurse?)**
Level 1 Amber User: ▇▇▇▇▇▇   Date: 4/30/2013 7:26:40 PM

**3 Is the number of appropriate and sufficient qualified health professionals in the infirmary determined by the number of patients, severity of illnesses and level of care required?**
Level 1 Amber User: ▇▇▇▇▇▇   Date: 4/30/2013 7:26:49 PM

**4 Is a supervising registered nurse in the IPC 24 hours a day?**
Level 1 Amber User: ▇▇▇▇▇▇   Date: 4/30/2013 7:26:59 PM

**6 Does admission to or discharge from infirmary care occur only on the order of physician or other provider where permitted by virtue of credentials and scope of practice?**
Level 1 Amber User: ▇▇▇▇▇▇   Date: 4/30/2013 3:20:47 PM

**7 Is the frequency of physician and nursing rounds in the infirmary specified based on categories of care provided?**
Level 1 Amber User: ▇▇▇▇▇▇   Date: 4/30/2013 7:27:23 PM