1   Arizona Attorney General Thomas C. Horne
    Office of the Attorney General
2   Michael E. Gottfried, Bar No. 010623
    Lucy M. Rand, Bar No. 026919
3   Assistant Attorney General
    1275 W. Washington Street
4   Phoenix, Arizona 85007-2926
    Telephone: (602) 542-4951
5   Fax: (602) 542-7670
    Michael.Gottfried@azag.gov
6   Lucy.Rand@azag.gov

7   Daniel P. Struck, Bar No. 012377
    Kathleen L. Wieneke, Bar No. 011139
8   Rachel Love, Bar No. 019881
    Timothy J. Bojanowski, Bar No. 22126
9   Nicholas D. Acedo, Bar No. 021644
    Courtney R. Cloman, Bar No. 023155
10  Ashlee B. Fletcher, Bar No. 028874
    Anne M. Orcutt, Bar No. 029387
11  STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
12  Chandler, Arizona  85226
    Telephone:  (480) 420-1600
13  Fax:  (480) 420-1696
    dstruck@swlfirm.com
14  kwieneke@swlfirm.com
    rlove@swlfirm.com
15  tbojanowski@swlfirm.com
    nacedo@swlfirm.com
16  ccloman@swlfirm.com
    afletcher@swlfirm.com
17  aorcutt@swlfirm.com
    *Attorneys for Defendants*

18                  **UNITED STATES DISTRICT COURT**
19                      **DISTRICT OF ARIZONA**

20  Victor Parsons, *et al.*, on behalf of themselves    NO. 2:12-cv-00601-NVW
    and all others similarly situated; and Arizona
21  Center for Disability Law,
                                    Plaintiffs,
22              v.                                        **DEFENDANTS' MOTION TO
                                                         SEAL RE: EXHIBITS TO REPLY
23  Charles Ryan, Director, Arizona Department           IN SUPPORT OF EMERGENCY
    of Corrections; and Richard Pratt, Interim           MOTION TO STAY
24  Division Director, Division of Health Services,       PROCEEDINGS PENDING RULE
    Arizona Department of Corrections, in their           23(F) APPEAL**
25  official capacities,
                                    Defendants.

26          Defendants Charles Ryan and Richard Pratt ("Defendants") respectfully

27  request leave to file under seal un-redacted copies of three Exhibits that are attached to

28

1  their Reply in Support of Emergency Motion to Stay Proceedings Pending Rule 23(f)

2  Appeal:  **Exhibits 3, 4, and 5**.  These Exhibits include inmates' names and personal health

3  information, as well as staff members names.  Defendants have publicly filed redacted

4  versions of these Exhibits.  (Dkt. # 543–1-7.)

5        The sealing of the names of ADC employees is necessary for their safety

6  and for the security of the facility. (See Dkt. # 322); *see also* A.R.S. § 31-221(C)

7  (prohibiting ADC from disclosing records or portions of records that could "[e]ndanger[]

8  the life or physical safety of a person" or "[j]eopardiz[e] an ongoing criminal

9  investigation"); *Guillen v. Owens*, 2011 WL 5882554, at \*4 (D. Ariz. 2011) (allowing

10  ADC "to redact information as necessary for the safety of inmates and correctional facility

11  staff"); *Salerno v. Munoz*, 2011 WL 2600519, at \*2 (D. Ariz. 2011) (allowing redaction of

12  sensitive information falling within purview of § 31–221). Plaintiffs have asked that

13  inmates' names also be redacted to protect revealing their health information.  (See, e.g.,

14  Dkt. # 540.)  The Court has previously sealed documents for these and similar reasons.

15  (See Dkt. ## 247, 325, 337, 369, 421.)

16        Therefore, pursuant to L.R.Civ. 5.6, Defendants move this Court for an

17  order directing the Clerk to file under seal un-redacted versions of Exhibits 3, 4, and 5 of

18  their Reply in Support of Emergency Motion to Stay Proceedings Pending Rule 23(f)

19  Appeal.

20

21

22

23

24

25

26

27

28

1   DATED this 22 day of July 2013.

2                                   STRUCK WIENEKE & LOVE, P.L.C.

3

4                                   By /s/ Nicholas D. Acedo
                                        Daniel P. Struck
5                                       Kathleen L. Wieneke
                                        Rachel Love
6                                       Timothy J. Bojanowski
                                        Nicholas D. Acedo
7                                       Courtney R. Cloman
                                        Ashlee B. Fletcher
8                                       Anne M. Orcutt
                                        STRUCK WIENEKE & LOVE, P.L.C.
9                                       3100 West Ray Road, Suite 300
                                        Chandler, Arizona  85226
10
                                        Arizona Attorney General Thomas C. Horne
11                                      Office of the Attorney General
                                        Michael E. Gottfried
12                                      Lucy M. Rand
                                        Assistant Attorney General
13                                      1275 W. Washington Street
                                        Phoenix, Arizona 85007-2926
14
                                        *Attorneys for Defendants*
15
        2784410.1
16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:          ahardy@prisonlaw.com

Amy Fettig:            afettig@npp-aclu.org

Caroline N. Mitchell:  cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:    ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:   DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:     dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org

Donald Specter:        dspecter@prisonlaw.com

James Duff Lyall:      jlyall@acluaz.org; gtorres@acluaz.org

Jennifer Ann Alewelt:  jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Cathleen M. Dooley:    cdooley@azdisabilitylaw.org

J.J. Rico:             jrico@azdisabilitylaw.org

John Howard Gray:      jhgray@perkinscoie.com; slawson@perkinscoie.com

Kelly Joyce Flood:     kflood@acluaz.org; gtorres@acluaz.org

Kirstin T. Eidenbach:  keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried: Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

Sara Norman:           snorman@prisonlaw.com

Sophia Calderon:       scalderon@jonesday.com; lwong@jonesday.com

Asim Varma:            avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

| | | |
|---|---|---|
| 1 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 2 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 3 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 4 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 5 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 6 | Jennifer K. Messina: | jkmessina@jonesday.com |
| 7 | Taylor Freeman: | tfreeman@jonesday.com |
| 8 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 9 | Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| 10 | Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| 11/12 | Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| 12/13 | Ajmel Quereshi: | aquereshi@npp-aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Nicholas D. Acedo