1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Victor Parsons, *et al.*, on behalf of themselves
and all others similarly situated; and Arizona
Center for Disability Law,

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department
of Corrections; and Richard Pratt, Interim
Division Director, Division of Health Services,
Arizona Department of Corrections, in their
official capacities,

Defendants.

NO. 2:12-cv-00601-NVW

**ORDER GRANTING
DEFENDANTS' MOTION TO
SEAL RE: REPLY IN SUPPORT
OF EMERGENCY MOTION TO
STAY PROCEEDINGS PENDING
RULE 23(F) APPEAL**

The Court, having reviewed Defendants' Motion to Seal Re: Reply in Support of Emergency Motion to Stay Proceedings Pending Rule 23(f) Appeal, and good cause appearing,

IT IS ORDERED that the Motion to Seal is GRANTED.

IT IS FURTHER ORDERED directing the Clerk's Office to file the following lodged proposed documents:  Exhibits 3, 4, and 5 to the Reply in Support of Defendants' Emergency Motion to Stay Proceedings Pending Rule 23(f) Appeal.

2784411.1