# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. CV-12-00601-PHX-NVW<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SEAL RE: REPLY IN SUPPORT OF EMERGENCY MOTION TO STAY PROCEEDINGS PENDING RULE 23(F) APPEAL** |

The Court, having reviewed Defendants' Motion to Seal Re: Reply in Support of Emergency Motion to Stay Proceedings Pending Rule 23(f) Appeal, and good cause appearing,

IT IS ORDERED that the Motion to Seal is GRANTED.

IT IS FURTHER ORDERED directing the Clerk's Office to file the following lodged proposed documents: Exhibits 3, 4, and 5 to the Reply in Support of Defendants' Emergency Motion to Stay Proceedings Pending Rule 23(f) Appeal.

Dated this 23rd day of July, 2013.

_____
Neil V. Wake
United States District Judge