Thomas C. Horne
Attorney General

Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Katherine E. Watanabe, Bar No. 027458
*Assistant Attorneys General*
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-1610
Fax:          (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov
Katherine.Watanabe@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan and Richard Pratt, in their official capacities,<br><br>Defendants. | NO. CV12-0601-PHX-NVW (MEA)<br><br>**DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY RESPONSES** |

#3489338

NOTICE IS HEREBY GIVEN that on July 25, 2013, the Defendants served the discovery listed below via First-Class mail to Kirstin Eidenbach of Perkins Coie; John Lauren Wilkes of Jones Day; and Jennifer Alewelt of the Arizona Center for Disability Law:

1. Defendants' 17th Supplemental Response to Parsons' 1st Request for Production ("RFP");
2. Defendants' 6th Supplemental Response to Polson's 1st RFP;
3. Defendants' 2nd Supplemental Response to Jensen's 1st RFP;
4. Defendants' 2nd Supplemental Response to Swartz's 1st RFP.

RESPECTFULLY SUBMITTED this 25th day of July, 2013.

Thomas C. Horne
ATTORNEY GENERAL

s/ Lucy M. Rand
Lucy M. Rand
Michael E. Gottfried
Katherine E. Watanabe
*Assistant Attorneys General*

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne Orcutt
**STRUCK WIENEKE & LOVE, P.L.C.**

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on July 25, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System. This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

#3489338

2

| | | |
|---|---|---|
| 1 | Donald Specter: | dspecter@prisonlaw.com |
| 2 | Alison Hardy: | ahardy@prisonlaw.com |
|   | Sara Norman: | snorman@prisonlaw.com |
| 3 | Corene Thaedra Kendrick: | ckendrick@prisonlaw.com |

**PRISON LAW OFFICE**

Daniel Joseph Pochoda: dpochoda@acluaz.org
Kelly Joyce Flood: kflood@acluaz.org
James Duff Lyall: jlyall@acluaz.org
**ACLU**

David Cyrus Fathi: dfathi@npp-aclu.org
Amy Fettig: afettig@npp-aclu.org
Ajmel Quereshi: aquereshi@npp-aclu.org
**ACLU NATIONAL PRISON PROJECT**

Daniel Clayton Barr: dbarr@perkinscoie.com
Jill Louise Ripke: jripke@perkinscoie.com
James Anthony Ahlers: jahlers@perkinscoie.com
Kirstin Tekakawitha Eidenbach: keidenbach@perkinscoie.com
John Howard Gray: jhgray@perkinscoie.com
Matthew Benjamin de Mée: mdumee@perkinscoie.com
Amelia Morrow Gerlicher: agerlicher@perkinscoie.com
**PERKINS COIE, LLP**

Caroline N. Mitchell: cnmitchell@jonesday.com
David C. Kiernan: dkiernan@jonesday.com
Sophia Helena Calderón: scalderon@jonesday.com
Sarah Rauh: srauh@jonesday.com
R. Scott Medsker: rsmedsker@JonesDay.com
John Laurens Wilkes: jlwilkes@jonesday.com
Taylor Lee Freeman: tfreeman@jonesday.com
Kamilla Mamedova: kmamedova@jonesday.com
Jennifer K Messina: jkmessina@jonesday.com
**JONES DAY**

Jennifer Ann Alewelt: jalewelt@azdisabilitylaw.org
Asim Varma: avarma@azdisabilitylaw.org
Sarah Eve Kader: skader@azdisabilitylaw.org
Cathleen Marie Dooley: cdooley@azdisabilitylaw.org
Jose de Jesus Rico: jrico@azdisabilitylaw.org
**ACDL**

 s/ *Lucy M. Rand*
Lucy M. Rand

#3489338                                                                 3