Jennifer A. Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
ARIZONA CENTER FOR DISABILITY LAW
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
(602) 274-6287
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

J. J. Rico (Bar No. 021292)
Cathleen M. Dooley (Bar No. 022420)
ARIZONA CENTER FOR DISABILITY LAW
100 N. Stone Avenue, Suite 305
Tucson, AZ  85701
(520) 327-9547
jrico@azdisabilitylaw.org
cdooley@azdisabilitylaw.org
*Attorneys for Plaintiff
Arizona Center for Disability Law*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VICTOR ANTONIO PARSONS, et al., | No. 2:12-CV-00601-NVW |
| Plaintiffs, | **NOTICE OF SERVICE OF PLAINTIFF ARIZONA CENTER FOR DISABILITY LAW'S FIFTH SUPPLEMENTAL RESPONSE TO DEFENDANT CHARLES RYAN'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS** |
| v. | |
| CHARLES RYAN, et al., | |
| Defendants. | |
| | Hon. Neil V. Wake |

NOTICE IS HEREBY given that on July 26, 2013, Plaintiff Arizona Center for Disability Law, served upon Defendants' counsel the discovery papers listed below, by emailing same to all counsel of record at the email addresses listed below.

1. Arizona Center for Disability Law's Fifth Supplemental Response to Defendant Charles Ryan's Second Request for Production of Documents and Things.

/ / /

/ / /

/ / /

Respectfully submitted this 26th day of July, 2013

          ARIZONA CENTER FOR DISABILITY LAW

          s/Jennifer A. Alewelt
          Jennifer A. Alewelt
          Asim Varma
          Sarah Kader
          J. J. Rico
          Cathleen M. Dooley
          *Attorneys for Plaintiff Arizona Center for Disability Law*

## CERTIFICATE OF FILING AND SERVICE

I certify that on this 26th day of July, 2013, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this action:

Michael E. Gottfried:    Michael.Gottfried@azag.gov
Katherine Emiko Watanabe:    katherine.watanabe@azag.gov
Lucy M. Rand:    lucy.rand@azag.gov
ARIZONA ATTORNEY GENERAL THOMAS HORNE
OFFICE OF THE ATTORNEY GENERAL

Daniel P. Struck:    dstruck@swlfirm.com
Kathleen L. Wieneke:    kwieneke@swlfirm.com
Timothy J. Bojanowski:    tbojanowski@swlfirm.com
Rachel Love:    rlove@swlfirm.com
Nicholas D. Acedo:    nacedo@swlfirm.com
Courtney R. Cloman:    ccloman@swlfirm.com
Ashlee B. Fletcher:    afletcher@swlfirm.com
Anne M. Orcutt:    aorcutt@swlfirm.com
STRUCK WIENEKE, & LOVE, P.L.C.
*Attorneys for Defendants*

Caroline N. Mitchell:    cnmitchell@jones.day.com
Sophia Calderon:    scalderon@jonesday.com
Sarah Rauh:    srauh@jonesday.com
David C. Kiernan:    dkiernan@jonesday.com
John Laurens Wilkes:    jlwilkes@jonesday.com
Kamilla Mamedova:    kmamedova@jonesday.com
Jennifer K. Messina:    jkmessina@jonesday.com
JONES DAY

| | |
|---|---|
| James Duff Lyall: | jlyall@acluaz.org |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org |
| Kelly Joyce Flood: | kflood@acluaz.org |

ACLU FOUNDATION OF ARIZONA

| | |
|---|---|
| Corene T. Kendrick: | ckendrick@prisonlaw.com |
| Donald Specter: | dspecter@prisonlaw.com |
| Sarah Norman: | snorman@prisonlaw.com |
| Alison Hardy: | ahardy@prisonlaw.com |

PRISON LAW OFFICE

| | |
|---|---|
| Amy Fettig: | afettig@npp-aclu.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org |
| Ajmel A. Quereshi: | aquereshi@npp-aclu.org |

ACLU NATIONAL PRISON PROJECT

| | |
|---|---|
| Daniel Clayton Barr: | DBarr@perkinscoie.com |
| Amelia Morrow Gerlicher: | agerlicher@perkinscoie.com |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com |
| Matthew Benjamin duMee: | mdumee@perkinscoie.com |

PERKINS COIE LLP

*Attorneys for Plaintiffs*

s/*Carole Goyette*