IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>　　　　Defendants. | No. CV12-0601-PHX-NVW<br><br>**ORDER** |

　　　Before the Court is Defendants' Emergency Motion to Stay this action pending the Ninth Circuit's adjudication of their appeal of the Court's grant of class certification (Doc. 532). The Court will set this motion for oral argument on Wednesday August 7, 2013 at 10:00 a.m.

　　　Related to whether a stay is appropriate, in reviewing the parties' pleadings, the question arises whether the current discovery being undertaken greatly exceeds what is necessary or appropriate. Thus, even if no stay is granted, the Court anticipates discussion at oral argument regarding how to complete the remainder of discovery on a prompt and efficient track. The parties must submit a proposed discovery schedule detailing the discovery that has occurred and what is yet to be accomplished. These proposals must be submitted no later than 24 hours prior to oral argument, or by August 6, 2013 at 10:00 a.m.

///

///

**IT IS THEREFORE ORDERED:**

(1) Setting Oral Argument on Defendants' Emergency Motion to Stay (Doc. 532) for Wednesday, August 7, 2013 at 10:00 a.m. in Courtroom 504, 401 West Washington Street, Phoenix, AZ 85003-2151.

(2) No later than August 6, 2013 at 10:00 a.m., the parties must separately file a proposed discovery schedule detailing the discovery that has occurred and what is yet to be accomplished.

Dated this 29th day of July, 2013.

_____
Neil V. Wake
United States District Judge