UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　Defendants. | No. CV-12-00601-PHX-NVW (MEA)<br><br>**ORDER** |

　　　　Before the Court is Plaintiffs' Motion for Withdrawal of Attorney (Doc. 556). Good cause appearing,

　　　　**IT IS ORDERED** granting the Plaintiffs' Motion for Withdrawal of Attorney (Doc. 556).

　　　　**IT IS FURTHER ORDERED** allowing the withdrawal of R. Scott Medsker as one of the counsel of record for Plaintiffs in this action. Plaintiffs continue to be represented by attorneys of record at Jones Day.

　　　　Dated this 1st day of August, 2013.

　　　　　　　　　　_____
　　　　　　　　　　Neil V. Wake
　　　　　　　　　　United States District Judge