Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: dpochoda@acluaz.org
      kflood@acluaz.org
      jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
      avarma@azdisabilitylaw.org
      skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**DECLARATION OF DAVID FATHI IN SUPPORT OF PLAINTIFFS' PROPOSED DISCOVERY SCHEDULE** |

LEGAL27501750.2

I, David C. Fathi, declare:

1. I am an attorney licensed to practice before the courts of the state of Washington and admitted to this Court *pro hac vice*. I am Director of the National Prison Project of the ACLU Foundation, and am co-lead counsel for the Plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

**Expert inspections**

2. Plaintiffs have employed the following experts in this case, covering the following issues and touring the ADC prison complexes indicated:

    a.    Dr. Robert Cohen and Dr. Todd Wilcox – medical care systemwide (ten ADC complexes, divided between the two experts);

    b.    Dr. Pablo Stewart – mental health care systemwide (seven ADC complexes);

    c.    Dr. Jay Shulman – dental care systemwide (nine ADC complexes);

    d.    Dr. Craig Haney – mental health effects of isolated confinement (isolation units at ASPC Florence, ASPC Eyman, and ASPC Perryville only);

    e.    Dr. Brie Williams – physical health effects of isolated confinement (isolation units at ASPC Florence, ASPC Eyman, and ASPC Perryville only); and

    f.    Eldon Vail – correctional/security implications of conditions of isolated confinement (isolation units at ASPC Florence, ASPC Eyman, and ASPC Perryville only).

3. The tours that remain to be conducted after the August 7, 2013 hearing ordered by the Court are the following:

    a.    Dr. Wilcox, ASPC-Florence (Aug. 12-13);

    b.    Dr. Wilcox, ASPC-Winslow (Aug. 14);

    c.    Dr. Williams, ASPC-Florence (Aug. 14);

LEGAL27501750.2

|   |   |   |
|---|---|---|
| 1 | d. | Dr. Williams, ASPC-Eyman (Aug. 15); |
| 2 | e. | Dr. Williams, ASPC-Perryville (Aug. 16); |
| 3 | f. | Dr. Cohen, ASPC-Safford (Sept. 3); |
| 4 | g. | Dr. Cohen, ASPC-Tucson (Sept. 4-5); and |
| 5 | h. | Dr. Cohen, ASPC-Douglas (Sept. 6). |

6   4.   I accompanied Plaintiffs' psychiatric expert, Dr. Pablo Stewart, on his
7 inspections of ASPC-Tucson (July 8-9, 2013), ASPC-Florence (July 15), ASPC-Eyman
8 (July 16), ASPC-Perryville (July 18), ASPC-Phoenix (July 19), ASPC-Lewis (July 22),
9 and ASPC-Yuma (July 23). Dr. Stewart has not inspected and has no plans to inspect
10 ASPC-Winslow, ASPC-Douglas, or ASPC-Safford.

11   5.   On each of Dr. Stewart's expert inspections, we were informed by defense
12 counsel that he was permitted to ask questions about mental health treatment only from a
13 staff person designated by defense counsel, and was not permitted to ask questions of any
14 other health care staff. Often the designated staff person knew little about the provision
15 of mental health treatment at the facility. For example, on the Tucson, Florence, and
16 Eyman tours, the designated staff person was Dr. Ben Shaw. Dr. Shaw is a psychologist
17 who works as an administrator in the central office; in response to Dr. Stewart's question,
18 he freely admitted that he does not provide mental health treatment at any of these
19 facilities. He was unable to answer many of Dr. Stewart's questions, including for
20 example:

21   a.   Are there behavioral requirements for admission to the Behavioral
22       Health Unit at ASPC-Tucson?
23   b.   Are there any Spanish-speaking mental health staff at this complex?

24   6.   On the Perryville tour, the designated staff person was Dr. Sonia Khilnani,
25 who was introduced to us as a psychologist from Corizon's corporate headquarters in
26 Nashville, Tennessee. When Dr. Stewart asked if she had ever been to the Perryville
27 facility before, defense counsel Courtney Cloman instructed her not to answer. When we
28

1  visited the Women's Treatment Unit, Dr. Khilnani was unable to answer the following
2  basic questions from Dr. Stewart:

3      a.    How many women are in the program?

4      b.    Do they receive individual therapy?

5      c.    Where do they see the psychiatrist?

6      7.    In addition, defense counsel instructed the designated staff person not to
7  answer many of Dr. Stewart's questions, including:

8      a.    What is the protocol for protecting prisoners on psychotropic
9      medications from heat injury?

10     b.    How often is the psychiatrist in this unit?

11     c.    What is the procedure if there is a psychiatric emergency in this unit?

12     d.    When was the last psychiatric emergency in this unit?

13     e.    What is the average length of stay in Baker Ward [a mental health
14     unit at ASPC-Phoenix]?

15     f.    When was the last suicide at this complex?

16     g.    During his inspection tours, Dr. Stewart repeatedly asked to speak
17     with a psychiatrist who provides treatment to ADC prisoners.
18     Defense counsel consistently refused these requests.

19     8.    Defendants state that each tour by Plaintiffs' experts requires the
20 participation of "two-to-five [sic]" health care staff members. *See* Doc. 532 at 5. While
21 multiple health care staff did accompany each of Dr. Stewart's tours, as explained above
22 Dr. Stewart was instructed that he could ask questions of only one designated health care
23 staff person—such as Dr. Shaw or Dr. Khilnani—at each institution. It is therefore
24 unclear what purpose was served by the presence of multiple additional health care staff.

25     9.    For example, Dr. Stewart's tour of ASPC-Florence was accompanied by the
26 following health care staff in addition to Dr. Shaw: Facility Health Administrator Rob
27 Parkinson, Assistant Facility Health Administrator Christine Pereira, and Director of
28 Nursing Christy Somner. Since Dr. Stewart was instructed to direct his questions about

mental health treatment exclusively to Dr. Shaw, and these staff persons did not perform any other obvious function during the tour, the purpose of their presence was unclear.

10. Similarly, at ASPC-Eyman, Dr. Stewart was once again told that he could ask questions about mental health treatment only of Dr. Shaw. Nevertheless, the tour was also accompanied by Facility Health Administrator Von Marschik, Director of Nursing Mr. Bito-On, and Corizon Regional Administrator Jim Taylor. They did not have any apparent function on the tour.

**Additional discovery needed**

11. During the course of Dr. Stewart's expert inspections, it became clear that many of ADC's housing units lack effective climate control. The heat and humidity were stifling, particularly in the cells, where there was no discernible air movement. Elevated heat and humidity pose a significant risk of injury and death to prisoners taking certain medications and those with certain medical and mental illnesses. Therefore, Plaintiffs will need to conduct discovery on the heat and humidity measurements taken by defendants in ADC housing units, as well as the measures taken, if any, to protect vulnerable prisoners from heat injury and death.

**Depositions**

12. On June 18, 2013, in an effort to reduce the number of depositions, my co-counsel, Caroline Mitchell, sent an email to Defendants proposing that each side identify trial witnesses lists by July 26, 2013. The proposal would have provided both parties with the opportunity to avoid needlessly deposing initial disclosure witnesses who will not be called at trial, thus saving everyone time and resources. Attached hereto as Exhibit 1 is a true and correct copy of Ms. Mitchell's June 18th email to Defendants.

13. On June 25, 2013, in an additional effort to reduce the number of depositions, I emailed Defendants and proposed a limit of 50 fact depositions per side. I informed Defendants that Plaintiffs had previously intended to depose over 70 fact witnesses. Attached hereto as Exhibit 2 is a true and correct copy of my June 25th email to Defendants.

1    14.    Defendants rejected both of the proposals set forth in the June 18th and
2 June 25th emails.

3    15.    On July 25, 2013, Ms. Mitchell again proposed to Defendants that the
4 parties exchange witness lists, this time proposing that the lists include a detailed
5 description of the testimony that each of its expected witnesses would give at trial, subject
6 to exclusion at trial of material topics not included in the statement but then known to the
7 party. Each party would be permitted to supplement this list of expected witnesses or the
8 topics with a good faith, timely disclosure of additional witnesses/witness statements
9 through the time of trial. The email excluded experts and also proposed a 90-day
10 extension of discovery. Plaintiffs believe that this proposal will permit the creation of a
11 revised and more focused deposition list, although it will still contain more than the eight
12 witnesses defendants have agreed to produce. Attached hereto as Exhibit 3 is a true and
13 correct copy of Ms. Mitchell's July 25th letter to Defendants.

14    16.    Defendants responded to the proposal set forth in the July 25 letter after
15 5 p.m. Arizona time last night, after this document and its attachments had been nearly
16 finalized by Plaintiffs' counsel.

17    **Defendants' email production**

18    17.    When Defendants informed the Court that they had produced all of the
19 Wexford email, Plaintiffs understand they were referring to the procurement file, which
20 appears to Plaintiffs to be a paper file that contained, in part, printed emails related to the
21 administrative procurement process. The small set of additional email produced includes
22 only correspondence with Wexford from before approximately November 1, 2012.

23    **Exhibits**

24    18.    Attached hereto as Exhibit 4 is a chart listing the discovery requests served
25 by the parties in this litigation, prepared by Plaintiffs' counsel for the Court's assistance.

26    19.    Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the
27 transcript of the hearing held before this Court on July 20, 2012.

28

20. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the transcript of the hearing held before this Court on April 26, 2013.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of August, 2013 in Washington, D.C.

          *s/ David C. Fathi*
          David C. Fathi

**ADDITIONAL COUNSEL:**

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          keidenbach@perkinscoie.com
          jhgray@perkinscoie.com
          mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaz.org
          kflood@acluaz.org
          jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

| | |
|---|---|
| 1 | Donald Specter (Cal. 83925)* |
| 2 | Alison Hardy (Cal. 135966)* |
|   | Sara Norman (Cal. 189536)* |
|   | Corene Kendrick (Cal. 226642)* |
| 3 | **PRISON LAW OFFICE** |
|   | 1917 Fifth Street |
| 4 | Berkeley, California 94710 |
|   | Telephone: (510) 280-2621 |
| 5 | Email: dspecter@prisonlaw.com |
|   |         ahardy@prisonlaw.com |
| 6 |         snorman@prisonlaw.com |
|   |         ckendrick@prisonlaw.com |
| 7 | |
|   | *Admitted *pro hac vice* |
| 8 | |
|   | David C. Fathi (Wash. 24893)* |
| 9 | Amy Fettig (D.C. 484883)** |
|   | Ajmel Quereshi (Md. 28882)* |
| 10 | **ACLU NATIONAL PRISON PROJECT** |
|    | 915 15th Street N.W., 7th Floor |
| 11 | Washington, D.C. 20005 |
|    | Telephone: (202) 548-6603 |
| 12 | Email: dfathi@npp-aclu.org |
|    |         afettig@npp-aclu.org |
| 13 |         aquereshi@npp-aclu.org |
| 14 | *Admitted *pro hac vice*. Not admitted in DC; practice limited to federal |
| 15 | courts. |
|    | **Admitted *pro hac vice* |
| 16 | |
|    | Caroline Mitchell (Cal. 143124)* |
| 17 | David C. Kiernan (Cal. 215335)* |
|    | Sophia Calderón (Cal. 278315)* |
| 18 | Sarah Rauh (Cal. 283742)* |
|    | **JONES DAY** |
| 19 | 555 California Street, 26th Floor |
|    | San Francisco, California 94104 |
| 20 | Telephone: (415) 875-5712 |
|    | Email: cnmitchell@jonesday.com |
| 21 |         dkiernan@jonesday.com |
|    |         scalderon@jonesday.com |
| 22 |         srauh@jonesday.com |
| 23 | *Admitted *pro hac vice* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com
tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: kmamedova@jonesday.com
jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Cathleen M. Dooley (Bar No. 022420)
**ARIZONA CENTER FOR DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email: jrico@azdisabilitylaw.org
cdooley@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

  s/ Delana Freouf