Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
          kflood@acluaz.org
          jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
          avarma@azdisabilitylaw.org
          skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**DECLARATION OF CORENE KENDRICK IN SUPPORT OF PLAINTIFFS' PROPOSED DISCOVERY SCHEDULE** |

LEGAL27499691.1

I, Corene Kendrick, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. On July 15 and 16, 2013, I accompanied Plaintiffs' expert Dr. Robert Cohen as he conducted an inspection of the ASPC-Lewis institution. Counsel for Defendants had designated Dr. Winfred Williams, Corizon's Regional Director of Medical Care, Dr. Cameron Lewis, Corizon's Facility Health Administrator (FHA) for Lewis prison, and David Cresap, Corizon's Director of Nursing for Lewis prison, as the individuals who could answer Dr. Cohen's questions regarding the delivery of medical care to prisoners at ASPC-Lewis. Counsel for Corizon was present for the tour. I took notes during the tour of all questions Dr. Cohen asked of these three Corizon employees.

3. On the morning of July 15, Dr. Cohen attempted to ask Dr. Williams or Dr. Lewis questions about how a prisoner who is newly arrived at the institution is screened by medical care, Ashlee Fletcher, Counsel for Defendants, stated that she was not going to let these designees answer any questions that could be answered in a written document. She also stated that she would not let them answer any questions regarding staffing levels or vacancies in health care staff, ostensibly because information as of June 2013 had been produced to Plaintiffs in a document production. She later admitted on July 17 to me that no such information had been produced to Plaintiffs.

4. Throughout the two days at ASPC-Lewis, Ms. Fletcher, and not Counsel for Corizon, repeatedly instructed the three Corizon employees to not answer many of Dr. Cohen's other questions about the delivery of health care at the institution. Among the questions she instructed these three employees not to answer were:

    a. Is there a policy that says how frequently the prisoners in isolation should be visited by medical staff?

    b. What is the process for handling medical emergencies?

LEGAL27499691.1

1      c. Can nurses decide to send a prisoner off-site if they have urgent or
2         emergent medical problems?
3      d. How frequently are special clinics for chronic care held?
4      e. Have you fired anyone as a result of peer review of cases?
5      f. Is there a policy regarding refusal of medication and how soon health
6         care staff need to see the prisoner?
7      g. If a prisoner refuses insulin, how many days before medical staff
8         would go talk to him?
9      h. What time is breakfast served to the diabetics?
10     i. How many providers do you have here right now?
11     j. Are there policies on the number of providers you should have
12        staffed here?
13     k. How many providers does the staffing plan call for?
14     l. As regional director of Corizon, do you have the authority to fill
15        these provider positions?
16     m. Do you have all your full-time nursing staff positions filled?
17     n. Are you currently hiring or using registry nurses?
18     o. Do you have RNs on shift every day at the medical hub unit?
19     p. How many FTE nurses do you have on the schedule?
20     q. Do the staffing matrices look the same month to month?
21     r. How many days are nurses trained during the orientation?
22     s. What sort of continuing education do you require for nurses or
23        doctors?
24     t. Do you consider the HNRs [health needs requests] to be confidential
25        health documents?
26     u. How many times a day are HNRs picked up?
27     v. Are there days when a provider is not needed on the yards?
28

|   |   |     |   |
|---|---|-----|---|
| 1 |   | w.  | How frequently do providers visit the patients housed in [the acute care] L-11 unit? |
| 2 |   |     |   |
| 3 |   | x.  | Why do you only use one of these exam rooms [in the Rast Unit's medical area]? |
| 4 |   |     |   |
| 5 |   | y.  | How frequently is the man-down bag checked [in the Rast Unit]? |
| 6 |   | z.  | What does 'Empty' on the defib machine mean [in the Rast Unit]? |
| 7 |   | aa. | Where do you store the paper that goes on the exam tables [in the Barchey Unit medical area]? |
| 8 |   |     |   |
| 9 |   | bb. | Do you know where the spare exam table paper is stored in the [Barchey] yard medical unit? |
| 10|   |     |   |

5. Ms. Fletcher also told Dr. Cohen that he was not permitted to touch anything in the medical offices we toured at Rast and Barchey Units, and he had to ask Mr. Cresap to instead touch the soap dispensers in exam rooms to see if there was soap in them.

6. On July 17 and 18, 2013, I accompanied Dr. Cohen as he conducted an inspection of the ASPC-Eyman institution. Counsel for Defendants had designated Jim Taylor, a former ADC employee and current Corizon regional administrator, Christye Somner, Corizon's Regional Director of Nursing, Dr. Von Marschik, Corizon's Facility Health Administrator for ASPC-Eyman, and Beranrdo Bito-On, Corizon's Director of Nursing at Eyman, as the individuals who could answer Dr. Cohen's questions regarding the delivery of medical care to prisoners at ASPC-Eyman. Counsel for Corizon was present for the tour. I took notes during the tour of all questions Dr. Cohen asked of these four Corizon employees.

7. On the morning of July 17, Dr. Marschik told us that it was his sixth day on the job as the Eyman FHA. He and Mr. Bito-On did not know the answers to many of Dr. Cohen's questions about the delivery of medical care, including emergency care and specialty care. When we toured the Browning medical unit, the designees did not know the answers to any questions regarding the delivery of medication to prisoners, but rather

LEGAL27499691.1              -3-

1  than permit Dr. Cohen to speak directly to the medication nurse, the designee would
2  repeat the question to the nurse, the nurse would answer, and the designee would repeat
3  the nurse's answer to Dr. Cohen.
4          8.        Throughout the two days at ASPC-Eyman, Ms. Fletcher, and not Counsel
5  for Corizon, repeatedly instructed the four Corizon employees to not answer many of
6  Dr. Cohen's other questions about the delivery of health care at the institution.  Among
7  the questions she instructed these four employees not to answer were:
8          a.        How long have you been the Director of Nursing?
9          b.        How many nurses do you have on staff here?
10         c.        How many doctors do you have on staff here?
11         d.        How many times a day are medications delivered to the prisoners [at
12                 Special Management Unit-I]?
13         e.        Do prisoners have to first put in a kite asking for a HNR form?
14         f.        Do you have a backlog of more than 200 HNRs here [at SMU-I]?
15         g.        How often is the man down bag checked [at SMU-I]?
16         h.        Who is on the QA [Quality Assurance] committee for medical care?
17         i.        Has the QA committee met in the past month?
18         j.        Are patients provided the results of their lab tests?
19         k.        When was this X-ray machine last inspected [at SMU-I]?
20         l.        Why are these boxes of documents and all these documents here in
21                 this closet [at SMU-I]?
22         m.        Where is insulin administered [at Browning Unit]?
23         n.        Is this X-ray room used [at Rynning Unit]?
24         o.        What credentials are required to be a medication nurse?
25         p.        Are radiology reports accessible to the providers?
26         q.        Do you provide evening snacks to diabetic prisoners?
27
28

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing
2  is true and correct.
3  Executed this 6th day of August, 2013 in Berkeley, California.

4
                                    */s/ Corene Kendrick*
5                                    Corene Kendrick

6

7  **ADDITIONAL COUNSEL:**

8                                    Daniel C. Barr (Bar No. 010149)
                                     Amelia M. Gerlicher (Bar No. 023966)
9                                    Kirstin T. Eidenbach (Bar No. 027341)
                                     John H. Gray (Bar No. 028107)
10                                   Matthew B. du Mée (Bar No. 028468)
                                     **PERKINS COIE LLP**
11                                   2901 N. Central Avenue, Suite 2000
                                     Phoenix, Arizona 85012
12                                   Telephone:  (602) 351-8000
                                     Email:    dbarr@perkinscoie.com
13                                             agerlicher@perkinscoie.com
                                               keidenbach@perkinscoie.com
14                                             jhgray@perkinscoie.com
                                               mdumee@perkinscoie.com
15
                                     Daniel Pochoda (Bar No. 021979)
16                                   Kelly J. Flood (Bar No. 019772)
                                     James Duff Lyall (Bar No. 330045)*
17                                   **ACLU FOUNDATION OF ARIZONA**
                                     3707 North 7th Street, Suite 235
18                                   Phoenix, Arizona 85013
                                     Telephone:  (602) 650-1854
19                                   Email:    dpochoda@acluaz.org
                                               kflood@acluaz.org
20                                             jlyall@acluaz.org

21                                   *Admitted pursuant to Ariz. Sup. Ct.
                                     R. 38(f)
22

23

24

25

26

27

28

LEGAL27499691.1                    -5-

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:   cnmitchell@jonesday.com
         dkiernan@jonesday.com
         scalderon@jonesday.com
         srauh@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| | Taylor Freeman (Tex. 24083025)* |
| 2 | **JONES DAY** |
| | 717 Texas Street |
| 3 | Houston, Texas 77002 |
| | Telephone:  (832) 239-3939 |
| 4 | Email:     jlwilkes@jonesday.com |
| | tfreeman@jonesday.com |
| 5 | |
| | *Admitted *pro hac vice* |
| 6 | |
| | Kamilla Mamedova (N.Y. 4661104)* |
| 7 | Jennifer K. Messina (N.Y. 4912440)* |
| | **JONES DAY** |
| 8 | 222 East 41 Street |
| | New York, New York 10017 |
| 9 | Telephone:  (212) 326-3498 |
| | Email:     kmamedova@jonesday.com |
| 10 | jkmessina@jonesday.com |

1  John Laurens Wilkes (Tex. 24053548)*
   Taylor Freeman (Tex. 24083025)*
2  **JONES DAY**
   717 Texas Street
3  Houston, Texas 77002
   Telephone:  (832) 239-3939
4  Email:     jlwilkes@jonesday.com
              tfreeman@jonesday.com
5
   *Admitted *pro hac vice*
6
   Kamilla Mamedova (N.Y. 4661104)*
7  Jennifer K. Messina (N.Y. 4912440)*
   **JONES DAY**
8  222 East 41 Street
   New York, New York 10017
9  Telephone:  (212) 326-3498
   Email:     kmamedova@jonesday.com
10             jkmessina@jonesday.com

11  *Admitted *pro hac vice*

12  *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez;*
13  *Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm;*
14  *Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves*
15  *and all others similarly situated*

16  Jennifer Alewelt (Bar No. 027366)
    Asim Varma (Bar No. 027927)
17  Sarah Kader (Bar No. 027147)
    **ARIZONA CENTER FOR DISABILITY LAW**
18  
19  5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
20  Telephone:  (602) 274-6287
    Email:     jalewelt@azdisabilitylaw.org
                avarma@azdisabilitylaw.org
21              skader@azdisabilitylaw.org

22  J.J. Rico (Bar No. 021292)
    Cathleen M. Dooley (Bar No. 022420)
23  **ARIZONA CENTER FOR DISABILITY LAW**
24  100 N. Stone Avenue, Suite 305
    Tucson, Arizona 85701
25  Telephone:  (520) 327-9547
    Email:     jrico@azdisabilitylaw.org
26              cdooley@azdisabilitylaw.org

27  *Attorneys for Arizona Center for Disability Law*

28

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

s/ S. Neilson

LEGAL27499691.1                    -8-