Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY AND DISCLOSURE** |

NOTICE IS HEREBY GIVEN that Defendants have served upon Plaintiffs' counsel the discovery listed below by email to lead counsel of record (Jennifer Alewelt,

jalewelt@azdisabilitylaw.org; Caroline N. Mitchell, cnmitchell@jonesday.com; Donald Specter, dspecter@prisonlaw.com; and David C. Fathi, dfathi@npp-aclu.org) on August 12, 2013.

      1.    Defendants' Response to Plaintiff Rodriguez's First Set of Interrogatories.

      2.    Defendants' *Ninth* Supplemental Disclosure Statement.

DATED this 12th day of August 2013.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Anne M. Orcutt
   Daniel P. Struck
   Kathleen L. Wieneke
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   Courtney R. Cloman
   Ashlee B. Fletcher
   Anne M. Orcutt
   STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
   Chandler, Arizona  85226

   Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
   Michael E. Gottfried
   Lucy M. Rand
   Assistant Attorneys General
   1275 W. Washington Street
   Phoenix, Arizona 85007-2926

   *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:           ahardy@prisonlaw.com

Amy Fettig:             afettig@npp-aclu.org

Caroline N. Mitchell:   cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:     ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:    DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:      dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org

Donald Specter:         dspecter@prisonlaw.com

James Duff Lyall:       jlyall@acluaz.org; gtorres@acluaz.org

Jennifer Ann Alewelt:   jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Cathleen M. Dooley:     cdooley@azdisabilitylaw.org

J.J. Rico:              jrico@azdisabilitylaw.org

John Howard Gray:       jhgray@perkinscoie.com; slawson@perkinscoie.com

Kelly Joyce Flood:      kflood@acluaz.org; gtorres@acluaz.org

Kirstin T. Eidenbach:   keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried: Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

Sara Norman:            snorman@prisonlaw.com

Sophia Calderon:        scalderon@jonesday.com; lwong@jonesday.com

Asim Varma:             avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

| | | |
|---|---|---|
| 1 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 2 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 3 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 4 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 5 | Jennifer K. Messina: | jkmessina@jonesday.com |
| 6 | Taylor Freeman: | tfreeman@jonesday.com |
| 7 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 8 | Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| 9 | Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| 11 | Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| 12 | Ajmel Quereshi: | aquereshi@npp-aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ *Anne M. Orcutt*