Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
       avarma@azdisabilitylaw.org
       skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **DECLARATION OF DONALD SPECTER IN SUPPORT OF PLAINTIFFS' REQUEST FOR CLARIFICATION** |

LEGAL27619290.1

I, Donald Specter, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am the Executive Director of the Prison Law Office, and an attorney of record to the Plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Order listed as Docket No. 20, in *Parsons, et al. v. Ryan, et al.*, No. 13-16396 (9th Cir. Aug. 15, 2013).

3. Attached hereto as Exhibit 2 is a true and correct copy of Defendants' Ninth Supplemental Disclosure Statement, produced to Plaintiffs on Monday, August 12, 2013.

4. On August 12, 2013, after this Court issued its order regarding Defendants' motion to stay, I emailed counsel for Defendants as to whether or not they would stipulate that the depositions of three contract monitors were representative of the other monitors previously noticed for deposition, and whether they would stipulate that the expert tours that had been conducted to date were representative of all facilities. Counsel for Defendants responded in the negative to both questions on Wednesday, August 14, 2013. Attached hereto as Exhibit 3 is a true and correct copy of the email exchange.

5. In anticipation of Plaintiffs' experts' tours, Defendants produced lists of prisoners with chronic conditions monitored by health care staff, for example, conditions such as diabetes, cancer, seizures, HIV, Hepatitis C, or hypertension. The report for ASPC-Tucson, which was labeled as confidential by Defendants and Bates stamped with numbers ADC095101 through ADC095166, listed a total of 1,585 prisoners housed at Tucson. The report for ASPC-Florence, which was labeled as confidential by Defendants and Bates stamped with numbers ADC094932 through ADC095000, listed a total of 1,695 prisoners housed at Florence.

6. Attached hereto as Exhibit 4 are true and correct copies of pages from Defendants' Request for Proposal for the Privatization of Health Care and Amendments, publicly available on the State's procurement and ADC websites. These copies are Bates

LEGAL27619290.1

1  stamped as ADC014312 (showing more M-5 and M-4 prisoners housed at Tucson than
2  any other prison, and ASPC-Florence as second only to Tucson in number of M-5 and M-
3  4 prisoners housed at the prison); ADC014319 at Question 4 (Tucson has 48 infirmary
4  beds and Florence has 15 infirmary beds); and ADC014348 at Question 10 ("Inmates
5  requiring Dialysis are housed at either the Tucson or Florence facility where ADC has
6  established dialysis centers and on-site radiology equipment") and at Question 12 (Tucson
7  and Florence infirmary beds are "normally at 100% occupancy").

8     7.     Attached herein as Exhibit 5 is a true and correct copy of the Declaration of
9  Robert L. Cohen, filed with the Ninth Circuit Court of Appeals in *Parsons, et al. v. Ryan,*
10 *et al.*, No. 13-16396, describing the importance of expert tours.

11     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing
12 is true and correct.

13     Executed the 20th of August, 2013, in Berkeley, California.

                        *s/ Donald Specter*
                        Donald Specter

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | Daniel C. Barr (Bar No. 010149) |
| 2 | | Amelia M. Gerlicher (Bar No. 023966) |
| | | Kirstin T. Eidenbach (Bar No. 027341) |
| 3 | | John H. Gray (Bar No. 028107) |
| | | Matthew B. du Mée (Bar No. 028468) |

ADDITIONAL COUNSEL:

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE, LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
 agerlicher@perkinscoie.com
 keidenbach@perkinscoie.com
 jhgray@perkinscoie.com
 mdumee@perkinscoie.com

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
 ahardy@prisonlaw.com
 snorman@prisonlaw.com
 ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
 afettig@npp-aclu.org
 aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
kflood@acluaz.org
jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
dkiernan@jonesday.com
scalderon@jonesday.com
srauh@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com
tfreeman@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | |
| 2 | Kamilla Mamedova (N.Y. 4661104)*<br>Jennifer K. Messina (N.Y. 4912440)* |
| 3 | **JONES DAY**<br>222 East 41 Street |
| 4 | New York, New York 10017<br>Telephone:  (212) 326-3498 |
| 5 | Email:    kmamedova@jonesday.com<br>             jkmessina@jonesday.com |
| 6 | *Admitted *pro hac vice* |
| 7 | *Attorneys for Plaintiffs Shawn Jensen;* |
| 8 | *Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie* |
| 9 | *Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph* |
| 10 | *Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 11 | |
| 12 | Jennifer Alewelt (Bar No. 027366)<br>Asim Varma (Bar No. 027927) |
| 13 | Sarah Kader (Bar No. 027147)<br>**ARIZONA CENTER FOR** |
| 14 | **DISABILITY LAW**<br>5025 East Washington St., Ste. 202 |
| 15 | Phoenix, Arizona 85034<br>Telephone:  (602) 274-6287 |
| 16 | Email:    jalewelt@azdisabilitylaw.org<br>             avarma@azdisabilitylaw.org |
| 17 |              skader@azdisabilitylaw.org |
| 18 | J.J. Rico (Bar No. 021292)<br>Cathleen M. Dooley (Bar No. 022420) |
| 19 | **ARIZONA CENTER FOR**<br>**DISABILITY LAW** |
| 20 | 100 N. Stone Avenue, Suite 305<br>Tucson, Arizona 85701 |
| 21 | Telephone:  (520) 327-9547<br>Email:    jrico@azdisabilitylaw.org |
| 22 |              cdooley@azdisabilitylaw.org |
| 23 | *Attorneys for Arizona Center for Disability Law* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LEGAL27619290.1                    -5-

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

 s/ Delana Freouf

LEGAL27619290.1              -6-