Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
       avarma@azdisabilitylaw.org
       skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **PLAINTIFFS' MOTION TO SEAL EXHIBIT 5 TO THE DECLARATION OF DONALD SPECTER** |

LEGAL27620833.1

1  Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the clerk to file under
2  seal designated portions of documents associated with the Declaration of Donald Specter
3  filed herewith. Specifically, Plaintiffs move to seal Exhibit 5 to the Specter Declaration in
4  its entirety. Exhibit 5 has been lodged with the Court in its entirety concurrently herewith.

5  The exhibit Plaintiffs move to seal is a declaration by Plaintiffs' expert Dr. Robert
6  Cohen recently filed under seal with the Ninth Circuit Court of Appeals pursuant to
7  Circuit Rules 25-5(b)(1) and 27-13 and Fed. R. App. P. 10(b)(2), because it discusses
8  personal health information of prisoners provided to Dr. Cohen, and Defendants have
9  asked Plaintiffs to keep such information confidential pursuant to the protective order in
10 this case (Doc. 454).

11 Dated: August 20, 2013               **PRISON LAW OFFICE**

                                       By:   s/ Donald Specter
                                             Donald Specter (Cal. 83925)*
                                             Alison Hardy (Cal. 135966)*
                                             Sara Norman (Cal. 189536)*
                                             Corene Kendrick (Cal. 226642)*
                                             1917 Fifth Street
                                             Berkeley, California 94710
                                             Telephone: (510) 280-2621
                                             Email:   dspecter@prisonlaw.com
                                                      ahardy@prisonlaw.com
                                                      snorman@prisonlaw.com
                                                      ckendrick@prisonlaw.com

                                       *Admitted *pro hac vice*

                                             Daniel C. Barr (Bar No. 010149)
                                             Amelia M. Gerlicher (Bar No. 023966)
                                             Kirstin T. Eidenbach (Bar No. 027341)
                                             John H. Gray (Bar No. 028107)
                                             Matthew B. du Mée (Bar No. 028468)
                                             **PERKINS COIE LLP**
                                             2901 N. Central Avenue, Suite 2000
                                             Phoenix, Arizona 85012
                                             Telephone: (602) 351-8000
                                             Email:   dbarr@perkinscoie.com
                                                      agerlicher@perkinscoie.com
                                                      keidenbach@perkinscoie.com
                                                      jhgray@perkinscoie.com
                                                      mdumee@perkinscoie.com

LEGAL27620833.1

| | |
|---|---|
| 1 | Daniel Pochoda (Bar No. 021979) |
| 2 | Kelly J. Flood (Bar No. 019772) |
|   | James Duff Lyall (Bar No. 330045)* |
| 3 | **ACLU FOUNDATION OF ARIZONA** |
| 4 | 3707 North 7th Street, Suite 235 |
|   | Phoenix, Arizona 85013 |
| 5 | Telephone: (602) 650-1854 |
|   | Email:   dpochoda@acluaz.org |
| 6 |             kflood@acluaz.org |
|   |             jlyall@acluaz.org |

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
            afettig@npp-aclu.org
            aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
            dkiernan@jonesday.com
            scalderon@jonesday.com
            srauh@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| 2 | Taylor Freeman (Tex. 24083025)* |
|   | **JONES DAY** |
|   | 717 Texas Street |
| 3 | Houston, Texas 77002 |
|   | Telephone: (832) 239-3939 |
| 4 | Email:   jlwilkes@jonesday.com |
|   |               tfreeman@jonesday.com |

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:   kmamedova@jonesday.com
              jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

|   |   |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 |   |
| 3 | By:  s/ Jennifer Alewelt |
| 4 | Jennifer Alewelt (Bar No. 027366)<br>Asim Varma (Bar No. 027927) |
| 5 | Sarah Kader (Bar No. 027147)<br>5025 East Washington Street, Suite 202 |
| 6 | Phoenix, Arizona 85034<br>Telephone:  (602) 274-6287 |
| 7 | Email:   jalewelt@azdisabilitylaw.org<br>            avarma@azdisabilitylaw.org |
| 8 |             skader@azdisabilitylaw.org |
| 9 | J.J. Rico (Bar No. 021292)<br>Cathleen M. Dooley (Bar No. 022420) |
| 10 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 11 | 100 N. Stone Avenue, Suite 305<br>Tucson, Arizona 85701 |
| 12 | Telephone:  (520) 327-9547<br>Email:   jrico@azdisabilitylaw.org |
| 13 |             cdooley@azdisabilitylaw.org |
| 14 | *Attorneys for Arizona Center for Disability Law* |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

                                                         s/ Delana Freouf

LEGAL27620833.1                    -5-