1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL EXHIBIT 5 TO THE DECLARATION OF DONALD SPECTER** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

18    The Court, having reviewed Prisoner Plaintiffs' Motion to Seal Items Associated

19  with the Declaration of Donald Specter, and good cause appearing,

20    IT IS SO ORDERED that Prisoner Plaintiffs' Motion to Seal Items Associated with

21  the Declaration of Donald Specter is GRANTED.

22    IT IS FURTHER ORDERED that the Clerk's Office is directed to file the

23  following documents lodged with Plaintiffs' Motion to Seal Items under seal:  Exhibit 5 of

24  the Declaration of Donald Specter.

25

26    .

27

28