1   Daniel Pochoda (Bar No. 021979)
    Kelly J. Flood (Bar No. 019772)
2   James Duff Lyall (Bar No. 330045)*
    **ACLU FOUNDATION OF ARIZONA**
3   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
4   Telephone: (602) 650-1854
    Email: dpochoda@acluaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6   *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7   *Attorneys for Plaintiffs Shawn Jensen, Stephen
    Swartz, Dustin Brislan, Sonia Rodriguez,*
8   *Christina Verduzco, Jackie Thomas, Jeremy Smith,
    Robert Gamez, Maryanne Chisholm, Desiree*
9   *Licci, Joseph Hefner, Joshua Polson, and
    Charlotte Wells, on behalf of themselves and all*
10  *others similarly situated*

11  **[ADDITIONAL COUNSEL LISTED ON
    SIGNATURE PAGE]**

12                  UNITED STATES DISTRICT COURT

13                       DISTRICT OF ARIZONA

14  Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriguez; Christina              (MEA)
15  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
16  Hefner; Joshua Polson; and Charlotte Wells, on       **MOTION TO SEAL
    behalf of themselves and all others similarly        SUBPOENA**
17  situated; and Arizona Center for Disability Law,

18                     Plaintiffs,

19         v.

20  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
21  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
22  capacities,

23                     Defendants.

24

25

26

27

28

78204-0001/LEGAL27621401.1

1       Prisoner Plaintiffs, pursuant to Fed. R. Civ. P. Rule 5.2, request leave to seal the

2 Civil Subpoena to Produce Documents, Information, or Objects, or To Permit Inspection

3 of Premises In a Civil Action filed in this case on August 19, 2013 (Dkt. 576-1).  The

4 Civil Subpoena was attached as an exhibit to the Notice of Intent to Serve Subpoena filed

5 in this case on August 19, 2013 (Dkt. 576).  The Civil Subpoena contain protected,

6 sensitive information regarding a third-party, such as a social security number and date of

7 birth.  As such, Prisoner Plaintiffs respectfully request leave to seal the following Civil

8 Subpoena:

9       1.     Subpoena to Tempe St. Luke's Hospital related to the records of Karl L.

10 Guillen.

11 Dated:  August 20, 2013           **PERKINS COIE LLP**

12

13           By:   s/ Amelia Gerlicher
             Daniel C. Barr (Bar No. 010149)

14              Amelia M. Gerlicher (Bar No. 023966)
             Kirstin T. Eidenbach (Bar No. 027341)

15              John H. Gray (Bar No. 028107)
             Matthew B. du Mée (Bar No. 028468)

16              2901 N. Central Avenue, Suite 2000
             Phoenix, Arizona 85012

17              Telephone:  (602) 351-8000
             Email:    dbarr@perkinscoie.com

18                      agerlicher@perkinscoie.com
                     keidenbach@perkinscoie.com

19                      jhgray@perkinscoie.com
                     mdumee@perkinscoie.com

20              Daniel Pochoda (Bar No. 021979)
             Kelly J. Flood (Bar No. 019772)

21              James Duff Lyall (Bar No. 330045)*
             **ACLU FOUNDATION OF**

22              **ARIZONA**
             3707 North 7th Street, Suite 235

23              Phoenix, Arizona 85013
             Telephone:  (602) 650-1854

24              Email:    dpochoda@acluaz.org
                     kflood@acluaz.org

25                      jlyall@acluaz.org

26              *Admitted pursuant to Ariz. Sup. Ct.
             R. 38(f)

27

28

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org
          aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          dkiernan@jonesday.com
          scalderon@jonesday.com
          srauh@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
               tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
               jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
J.J. Rico
Cathleen M. Dooley
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org
jrico@azdisabilitylaw.org
cdooley@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ Delana Freouf