IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No. CV12-0601-PHX-NVW<br><br>**ORDER** |

The Court has reviewed Plaintiffs' Motion for Clarification (Doc. 577) and Defendants' Notice (Doc. 581).

To resolve this issue efficiently, counsel are directed to confer in person and file a joint report (1) itemizing every specific dispute, (2) stating the position of each side, and (3) certifying that counsel have personally conferred as to each item in dispute and reached an impasse as to the item. The report shall be concise but is not limited to one page and is due by Monday at 5:00 p.m.

**IT IS THEREFORE ORDERED** that counsel for the parties are directed to confer and file a joint report as directed herein by Monday August 26, 2013 at 5 p.m.

Dated this 21st day of August, 2013.

_____
Neil V. Wake
United States District Judge