# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having reviewed Prisoner Plaintiffs' Motion to Seal Subpoena (Doc. 581), and good cause appearing,

IT IS ORDERED granting Prisoner Plaintiffs' Motion to Seal Subpoena (Doc. 581).

IT IS FURTHER ORDERED directing the Clerk's Office to seal the following exhibits: Doc. 576-1.

Dated this 21st day of August, 2013.

_____
Neil V. Wake
United States District Judge