Index of Exhibits to Plaintiffs' Motion to De-Designate Two Documents

Exhibit 1:      [FILED UNDER SEAL] Wexford Health agenda for November 8, 2012 Meeting

Exhibit 2:      [FILED UNDER SEAL] Slides of Presentation for November 8, 2012 Meeting

Exhibit 3:      Linked In Contact Page for Karen Mullinex

Exhibit 4:      Linked In Contact Page for Neil Fisher

Exhibit 5:      Linked In Contact Page for Martha Ingram

Exhibit 6:      Linked In Contact Page for Glenn Thomas

Exhibit 7:      Linked In Contact Page for Dennis Mervis

Exhibit 8:      Linked In Contact Page for Ron Smith

Exhibit 9:      Zoominfo Contact Page for Elaine J. Gedman

Exhibit 10:     Zoominfo Contact Page for Jim Reinhart

Exhibit 11:     Zoominfo Contact Page to Thomas Lehman

Exhibit 12:     SJ-R.com article Bernard Schoenburg:   *Cross hosting exclusive golf event in Michigan*

Exhibit 13:     Wexford Health Press Release

Exhibit 14:     Excerpt from Wexford Health Contract History

Exhibit 15:     Excerpt from Wexford Heath website listing management team

# EXHIBIT 1

# FILED UNDER SEAL

# EXHIBIT 2

# FILED UNDER SEAL

# EXHIBIT

# 3



Join Today · Sign In

## Karen Mullenix

**Director of Operations at Wexford Health Sources**

Chandler, Arizona (Phoenix, Arizona Area) | Hospital & Health Care

As a LinkedIn member, you'll join 225 million other professionals who are sharing connections, ideas, and opportunities.

- See who you and **Karen Mullenix** know in common
- Get introduced to **Karen Mullenix**
- Contact **Karen Mullenix** directly

**Join LinkedIn and access Karen Mullenix's full profile. It's free!**

[ **View Karen's full profile** ]

### Name Search:

**Search for people you know** from over 225 million professionals already on LinkedIn.

Example: **Karen Mullenix**                      

### Karen Mullenix's Overview

| | |
|---|---|
| Current | **Director of Operations** at **Wexford Health Sources** |
| Past | Regional Manager at Wexford Health Sources |
| | Field Marketing Manager at California Casualty Management Company |
| | Professional Representative II at Merck |
| Education | Indiana State University |
| Connections | **64 connections** |

### Karen Mullenix's Experience

**Director of Operations**
**Wexford Health Sources**
Privately Held; 1001-5000 employees; Hospital & Health Care industry
April 2012 – Present (1 year 5 months)

**Regional Manager**
**Wexford Health Sources**
Privately Held; 1001-5000 employees; Hospital & Health Care industry
October 2007 – April 2012 (4 years 7 months)

**Field Marketing Manager**
**California Casualty Management Company**
Privately Held; 501-1000 employees; Insurance industry
October 2006 – October 2007 (1 year 1 month)

**Professional Representative II**
**Merck**
Public Company; 10,001+ employees; MRK; Pharmaceuticals industry
January 2002 – April 2005 (3 years 4 months)

### Karen Mullenix's Skills & Expertise

[ Healthcare ] [ Budgets ] [ Project Management ] [ Strategic Planning ]
[ Team Building ] [ Managed Care ] [ Negotiation ] [ Sales Operations ]
[ Team Leadership ] [ Human Resources ] [ Sales Presentations ] [ Customer Service ]
[ Sales Management ] [ Market Planning ] [ Public Speaking ]

### Karen Mullenix's Education

**Indiana State University**
Bachelor of Science, Insurance
1992 – 1996

### Contact Karen for:

#### Viewers of this profile also viewed...

 **Linda Maschner**
Regional Manager at Wexford Health...

 **Elaine Gedman**

 **Emilia Stewart**
HR/Recruiter

 **Kasey Huber**
Staffing Consultant at Wexford Health...

 **Tabitha Buchanan**
Human Resources at Wexford Health...

 **Kelsey Bechtell**
Associate Staffing Consultant at...

 **neil fisher**
Corporate Utilization Management...

 **Martha Ingram**
Director of Quality at Wexford Health...

 **Denise Mervis**
Director, Pharmacy and Ancillary...

 **Larry Gann**
Vice President of Operations at...

#### Find a different Karen Mullenix:

**Karen Mullenix**, Teacher Librarian at Nettleton Public Schools
Jonesboro, Arkansas Area

**More professionals named Karen Mullenix »**



- career opportunities
- new ventures
- expertise requests
- reference requests
- consulting offers
- job inquiries
- business deals
- getting back in touch

## View Karen Mullenix's full profile to...

- See who you and **Karen Mullenix** know in common
- Get introduced to **Karen Mullenix**
- Contact **Karen Mullenix** directly

**View Full Profile**

Not the Karen Mullenix you were looking for? View more »

**Jobs you may be interested in:**

**Regional Manager jobs**

**Director Of Operations jobs**

**More Jobs »**

LinkedIn member directory - Browse members by country a b c d e f g h i j k l m n o p q r s t u v w x y z more

By using this site, you agree to LinkedIn's terms of use. Commercial use of this site without express authorization is prohibited.

LinkedIn Corporation © 2013   |   User Agreement   |   Privacy Policy   |   Cookie Policy   |   Copyright Policy

# EXHIBIT 4

 **Linked**in.

Join Today · Sign In

## neil fisher

**Corporate Utilization Management Director at Wexford Health Sources**

Boca Raton, Florida (West Palm Beach, Florida Area)  |  Hospital & Health Care

As a LinkedIn member, you'll join 225 million other professionals who are sharing connections, ideas, and opportunities.

- See who you and **neil fisher** know in common
- Get introduced to **neil fisher**
- Contact **neil fisher** directly

**Join LinkedIn and access neil fisher's full profile. It's free!**

[ **View neil's full profile** ]

### Name Search:

**Search for people you know** from over 225 million professionals already on LinkedIn.

Example: **neil fisher**



### Viewers of this profile also viewed...

 **Martha Ingram**
Director of Quality at Wexford Health...

 **Karen Mullenix**
Director of Operations at Wexford...

 **Denise Mervis**
Director, Pharmacy and Ancillary...

 **James Rinehart**
Medication Safety Officer

 **Elaine Gedman**

 **James Reinhart**
Founder & CEO of thredUP.com

---

### neil fisher's Overview

| | |
|---|---|
| Current | **Corporate Utilization Management Director** at **Wexford Health Sources** |
| Connections | **0** connections |

### neil fisher's Experience

**Corporate Utilization Management Director**
**Wexford Health Sources**
Privately Held; 1001-5000 employees; Hospital & Health Care industry
Currently holds this position

### Contact neil for:

- career opportunities
- new ventures
- expertise requests
- reference requests
- consulting offers
- job inquiries
- business deals
- getting back in touch

### View neil fisher's full profile to...

- See who you and **neil fisher** know in common
- Get introduced to **neil fisher**
- Contact **neil fisher** directly

[ **View Full Profile** ]

Not the neil fisher you were looking for? View more »

### Find a different neil fisher:

**Neil Fisher,** Talent Acquisition at Zanett
Indianapolis, Indiana Area

**Neil Fisher,** VP Global Physical and Cyber Security Solutions, Unisys and IAAC Emeritus Group
Watford, United Kingdom

**Neil Fisher,** Owner, Personal Trainer at Enliven Personal Training
Brighton, United Kingdom

**Neil Fisher,** Senior Project Engineer at Coyle - SDA
San Antonio, Texas Area

**Neil Fisher,** President at Marketing Professionals
Greater Chicago Area

**More professionals named neil fisher »**



### LinkedIn Company Pages

Stay up-to-date on company news, industry trends, and job opportunities.

[ Find Companies ]

neil fisher | LinkedIn

LinkedIn member directory - Browse members by country a b c d e f g h i j k l m n o p q r s t u v w x y z more

By using this site, you agree to LinkedIn's terms of use. Commercial use of this site without express authorization is prohibited.

LinkedIn Corporation © 2013  |  User Agreement  |  Privacy Policy  |  Cookie Policy  |  Copyright Policy

# EXHIBIT

# 5

 **Linked** in ®

Join Today · Sign In

# Martha Ingram

**Director of Quality at Wexford Health Sources**

Louisville, Kentucky Area | Marketing and Advertising

As a LinkedIn member, you'll join 225 million other professionals who are sharing connections, ideas, and opportunities.

- See who you and **Martha Ingram** know in common
- Get introduced to **Martha Ingram**
- Contact **Martha Ingram** directly

**Join LinkedIn and access Martha Ingram's full profile. It's free!**

[ **View Martha's full profile** ]

## Martha Ingram's Overview

| | |
|---|---|
| Current | **Director of Quality** at **Wexford Health Sources** |
| Past | Program Manager at Curative Health Services |
| Education | School name: |
| Connections | **68 connections** |

## Martha Ingram's Experience

**Director of Quality**
**Wexford Health Sources**
Privately Held; 1001-5000 employees; Hospital & Health Care industry
March 2004 – Present (9 years 6 months)

**Program Manager**
**Curative Health Services**
2001 – 2004 (3 years)

## Martha Ingram's Skills & Expertise

| Healthcare | Hospitals | Healthcare Management | Human Resources |
| Managed Care | Healthcare Information Technology | Nursing |
| Change Management | EMR | Patient Safety | Process Improvement | EHR |

## Martha Ingram's Education

**School name:**

## Contact Martha for:

- career opportunities
- new ventures
- expertise requests
- reference requests
- consulting offers
- job inquiries
- business deals
- getting back in touch

## View Martha Ingram's full profile to...

- See who you and **Martha Ingram** know in common
- Get introduced to **Martha Ingram**
- Contact **Martha Ingram** directly

[ **View Full Profile** ]

Not the Martha Ingram you were looking for? View more »

## Name Search:

**Search for people you know** from over 225 million professionals already on LinkedIn.



Example: **Martha Ingram**

### Viewers of this profile also viewed...

 **Elaine Gedman**

 **Nickolas Little**
--

 **neil fisher**
Corporate Utilization Management...

 **Satish Sambandham**

 **Karen Mullenix**
Director of Operations at Wexford...

 **Tabitha Buchanan**
Human Resources at Wexford Health...

 **Anna Vozar**
Manager, Staffing & Recruitment at...

 **Katie Stodder**
Training Coodinator at EMD Serono, Inc.

 **Mark Blewett**
Director, Human Resources at Wexford...

 **Jim Piekarski**
Professor at Middle Tennessee State...

### Find a different Martha Ingram:

**Martha Ingram,** Business Consultant at ERA Real Estate LLC
Washington D.C. Metro Area

**Martha Ingram,** CFO at Kale Pratt and Whitney
Turkey

**Martha Ingram,** clerk at J.B. Winterberry
Greater Chicago Area

**Martha F. Ingram,** --
United States

**Martha Ingram,** --
United States

**More professionals named Martha Ingram »**

Martha Ingram | LinkedIn



Jobs you may be interested in:

Director Of Quality jobs

Program Manager jobs

More Jobs »

LinkedIn member directory - Browse members by country a b c d e f g h i j k l m n o p q r s t u v w x y z more

By using this site, you agree to LinkedIn's terms of use. Commercial use of this site without express authorization is prohibited.

LinkedIn Corporation © 2013   |   User Agreement   |   Privacy Policy   |   Cookie Policy   |   Copyright Policy

# EXHIBIT
# 6

 **Linked** in ®

Join Today · Sign In

# Glenn Thomas

**Director Of Operations at Wexford Health Sources**

Greater Pittsburgh Area | Hospital & Health Care

As a LinkedIn member, you'll join 225 million other professionals who are sharing connections, ideas, and opportunities.

- See who you and **Glenn Thomas** know in common
- Get introduced to **Glenn Thomas**
- Contact **Glenn Thomas** directly

**Join LinkedIn and access Glenn Thomas's full profile. It's free!**

**View Glenn's full profile**

## Glenn Thomas's Overview

| | |
|---|---|
| Current | **Director Of Operations** at **Wexford Health Sources** |
| Education | University of St. Francis |
| Connections | **77 connections** |

## Glenn Thomas' Experience

**Director Of Operations**
**Wexford Health Sources**
Privately Held; 1001-5000 employees; Hospital & Health Care industry
Currently holds this position

## Glenn Thomas' Skills & Expertise

Healthcare Management    Healthcare    Hospitals    Nursing
Healthcare Information Technology    EMR    Managed Care    Patient Safety
Critical Care    Acute Care    Home Care

## Glenn Thomas' Education

**University of St. Francis**
Master's Health Administration, Healthcare Operations
1997 – 2000

## Contact Glenn for:

- career opportunities
- new ventures
- expertise requests
- reference requests
- consulting offers
- job inquiries
- business deals
- getting back in touch

## View Glenn Thomas' full profile to...

- See who you and **Glenn Thomas** know in common
- Get introduced to **Glenn Thomas**
- Contact **Glenn Thomas** directly

**View Full Profile**

Not the Glenn Thomas you were looking for? View more »

### Name Search:

**Search for people you know** from over 225 million professionals already on LinkedIn.



Example: **Glenn Thomas**

### Viewers of this profile also viewed...

 **Melanie Glowacki**
Clinical Nurse Coordinator at Excela...

 **Deborah Cardillo**
Assistant Director of Surgical Services...

 **Wendy Kastelic**
Nurse Educator at UPMC East

 **Shirl Rings**
Home Care Coordinator at Community LIFE

 **susan berman**
director of business development at PT...

 **Caroline Kissell**
Unit Director at UPMC Passavant

 **Tracy Becker**
Divisional VP of Outpatient Services at...

 **Brennan Wartmann**
Education Advisor at Education Dynamics

 **Joanne Turka**
Educator at UPMC Shadyside

 **Lizabeth Vincent, DNP, RN**

### Find a different Glenn Thomas:

**Glenn Thomas**, Chairman GCThomas
Greater San Diego Area

**Glenn Thomas**, Call Center Specialist at NACR
Greater Seattle Area

**Glenn Thomas**, Director Of Eqanunity Limited
Stockport, United Kingdom

**Glenn Thomas**, Senior Architect at Property Solutions International Inc.
Dallas/Fort Worth Area

**Glen Thomas**, Specialist Salesforce.com Contract Recruitment Consultant
London, United Kingdom

**More professionals named Glenn Thomas »**

Glenn Thomas | LinkedIn



**Jobs you may be interested in:**

**Director Of Operations jobs**

**More Jobs »**

LinkedIn member directory - Browse members by country a b c d e f g h i j k l m n o p q r s t u v w x y z more

By using this site, you agree to LinkedIn's terms of use. Commercial use of this site without express authorization is prohibited.

LinkedIn Corporation © 2013   |   User Agreement   |   Privacy Policy   |   Cookie Policy   |   Copyright Policy

# EXHIBIT

# 7

 Join Today · Sign In

## Denise Mervis

**Director, Pharmacy and Ancillary Services at Wexford Health Sources**

Greater Pittsburgh Area | Hospital & Health Care

As a LinkedIn member, you'll join 225 million other professionals who are sharing connections, ideas, and opportunities.

- See who you and **Denise Mervis** know in common
- Get introduced to **Denise Mervis**
- Contact **Denise Mervis** directly

**Join LinkedIn and access Denise Mervis's full profile. It's free!**

[ **View Denise's full profile** ]

### Name Search:

**Search for people you know** from over 225 million professionals already on LinkedIn.



Example: **Jeff Weiner**

### Denise Mervis's Overview

| | |
|---|---|
| Current | **Director, Pharmacy and Ancillary Services** at **Wexford Health Sources** |
| Past | Sr. Medical Scientist Managed Care Government Accounts at Gilead Science |
| | Senior Medical Information Consultant at CV Therapeutics |
| | Senior Pharmacy Business Consultant at Highmark Blue Cross Blue Shield |
| | see all ⌄ |
| Education | University of Phoenix |
| | University of Pittsburgh |
| Connections | **249** connections |

### Denise Mervis' Summary

Specialties
Managed Care Pharmacy

### Denise Mervis' Experience

**Director, Pharmacy and Ancillary Services**
**Wexford Health Sources**
Privately Held; 1001-5000 employees; Hospital & Health Care industry
May 2010 – Present (3 years 4 months)

**Sr. Medical Scientist Managed Care Government Accounts**
**Gilead Science**
Public Company; 1001-5000 employees; GILD; Biotechnology industry
March 2009 – May 2010 (1 year 3 months)
Gilead acquired CVT

**Senior Medical Information Consultant**
**CV Therapeutics**
Public Company; 201-500 employees; CVTX; Biotechnology industry
September 2006 – March 2009 (2 years 7 months)

**Senior Pharmacy Business Consultant**
**Highmark Blue Cross Blue Shield**
Nonprofit; 10,001+ employees; Insurance industry
March 2003 – September 2006 (3 years 7 months)

**Managed Care Phamacist**
**Medco**
Public Company; 10,001+ employees; MHS; Hospital & Health Care industry
June 2000 – March 2003 (2 years 10 months)

### Denise Mervis' Skills & Expertise

### Viewers of this profile also viewed...

 **Eric Culley**
Senior Director, Pharmacy Health Plan...

 **Tammy Washington, MBA**
Pharmacy Affairs Consultant at Highmark

 **Bob Wanovich**
Health Insurance Executive

 **Rob Snyder**
Vice President, Clinical Services at...

 **Ali Toumadj**
Associate Director, Medical Sciences,...

 **Phil Miller**
Pharmacy Director for Ancillary...

 **Sara Hollerich**
Temporary at Wexford Health Sources

 **Rodney Yamamura**
Pharmaceutical Consultant at Dept. of...

 **neil fisher**
Corporate Utilization Management...

 **steven kessler**
Lead warehouse tech at Young's Medical...



**LinkedIn Company Pages**
Stay up-to-date on company news, industry trends, and job opportunities.

[ Find Companies ]

Contract Negotiation    Clinical Development    Pharmacy Benefit Management
Managed Care    Disease Management    Cardiology    Pharmacy    Healthcare
Medical Writing    Clinical Trials    Diabetes    Hospitals    Medicare Part D
Medicaid    Leadership    Oncology

## Denise Mervis' Education

**University of Phoenix**
MBA, Business
2001 – 2003

**University of Pittsburgh**
PharmD, Pharmacy
1995 – 2000
*Activities and Societies:* Founding President University of Pittsburgh Student Chapter AMCP

## Contact Denise for:

- job inquiries
- business deals
- getting back in touch

- expertise requests
- reference requests

## View Denise Mervis' full profile to...

- See who you and **Denise Mervis** know in common
- Get introduced to **Denise Mervis**
- Contact **Denise Mervis** directly

**View Full Profile**

---

By using this site, you agree to LinkedIn's terms of use. Commercial use of this site without express authorization is prohibited.

LinkedIn Corporation © 2013    |    User Agreement    |    Privacy Policy    |    Cookie Policy    |    Copyright Policy

# EXHIBIT

# 8

 **Linked** in .

Join Today · Sign In

## Ron Smith

**Director, Behavioral Health Services at Wexford Health Sources**

Greater Pittsburgh Area | Mental Health Care

As a LinkedIn member, you'll join 225 million other professionals who are sharing connections, ideas, and opportunities.

- See who you and **Ron Smith** know in common
- Get introduced to **Ron Smith**
- Contact **Ron Smith** directly

**Join LinkedIn and access Ron Smith's full profile. It's free!**

[ **View Ron's full profile** ]

### Ron Smith's Overview

Current    **Director, Behavioral Health Services** at **Wexford Health Sources**

Connections    **3 connections**

### Ron Smith's Experience

**Director, Behavioral Health Services**

**Wexford Health Sources**

Privately Held; 1001-5000 employees; Hospital & Health Care industry

Currently holds this position

### Contact Ron for:

- job inquiries
- business deals
- getting back in touch
- expertise requests
- reference requests

### View Ron Smith's full profile to...

- See who you and **Ron Smith** know in common
- Get introduced to **Ron Smith**
- Contact **Ron Smith** directly

[ **View Full Profile** ]

Not the Ron Smith you were looking for? View more »

---

**Name Search:**

**Search for people you know** from over 225 million professionals already on LinkedIn.



Example: **Ron Smith**

---

**Viewers of this profile also viewed...**

 **Ailish McCabe**

 **Joseph Spangler**
builder at spangler homes

 **Joe Spangler**
BUYER at ELK CREEK LUMBER

 **Bryan Lynch**
Owner, Bryan Lynch Finest Salads

 **Ailish McCabe**
Call Centre Manager

 **Jill Rintoul**
--

 **Ailish McCabe**
Environmetnal Engineer at Boliden

 **Fiona McGuinness**
Marketing Executive of Intact...

 **Benny Melnykovich**
Trauma Outreach/Injury Prevention...

 **Jeff Moran**
Sales Advisory Account Manager,...

---

**Find a different Ron Smith:**

**Ron Smith, Sales Support and Training Specialist | Open Networker 12K+ | LION | TopLinked.com**
Greater Atlanta Area

**Ron Smith, Creating a food program with Texas farmers & food artisan at FreshPoint South Texas for chefs, school & other clients.**
San Antonio, Texas Area

**Ron Smith, Technology Specialist**
Greater Los Angeles Area

**Ron Smith, --**
Jackson, Mississippi Area

**Ron Smith, Owner at Ron Smith Consulting & Coaching**
Greater Nashville Area

More professionals named Ron Smith »

Ron Smith | LinkedIn



LinkedIn member directory - Browse members by country a b c d e f g h i j k l m n o p q r s t u v w x y z more

By using this site, you agree to LinkedIn's terms of use. Commercial use of this site without express authorization is prohibited.

LinkedIn Corporation © 2013   |   User Agreement   |   Privacy Policy   |   Cookie Policy   |   Copyright Policy

# EXHIBIT 9

Elaine Gedman | Wexford Health Sources , Inc. | ZoomInfo.com



Products | Customers | Resources | About    **Free Trial**

   

People ▼

🔍    Advanced Search (20+ criteria) »



# Ms. Elaine J. Gedman    Wrong Elaine J. Gedman?

**Senior Vice President of Human Re...**

**Get Contact Info »**
it's free and takes 30 seconds

Share This Profile


*This profile was last updated on 5/1/13 and contains information from public web pages and contributions from the ZoomInfo community. Is this you? Claim your profile.*

Phone: (412) ***-**** ext. ***
Email: e***@***.com

Wexford Health Sources , Inc.
Foster Plaza 2 425 Holiday Drive
Pittsburgh, Pennsylvania 15220
United States

**Company Description:** But over the past two decades, Wexford Health has developed expertise in areas that enable us to make our vision and mission a reality. We apply our excellence in... more



**What is ZoomInfo Pro?**
See how you can use our premium business search tool to find business people in seconds.

---

## Background

### Employment History

Vice President
Wexford Health Sources , Inc.

Vice President Human Resources and Risk Management
Wexford Health Sources , Inc.

## Web References                8 Total References

Wexford Health Sources Incorporated: Expert Management Team
www.wexfordhealth.com, 10 Nov 2012 [cached]

Elaine J. Gedman, CCHP Senior Vice President of Human Resources & Risk Management

**Ms. Gedman** has been managing people and projects for more than 23 years - 21 of them in the fields of health insurance and institutional health care. Her strong, diverse background includes human resources, operations, strategic planning, mergers and acquisitions, payroll, and risk management. She also has extensive experience in labor relations, arbitration, and collective bargaining agreement negotiation. **Ms. Gedman's** versatility, business acumen, and expertise in identifying and developing strategic business relationships makes her the natural leader for **Wexford Health's** vital Human Resources (e.g., staffing, employee/labor relations, benefit/compensation administration, reporting, training and development), Risk Management, and Payroll functions.

PCI News
www.PrivateCI.org, 25 June 2009 [cached]

**Gedman** says, "**Wexford** is unaware of any shortage in medical supplies. Extra oxygen bottles and nebulizers are always on hand and ready for any emergency use. The oxygen bottles are inventoried daily as part of our emergency response requirement. The employees also allege that chronically ill inmates sometimes wait what they say is too long to be taken off-site for specialty care. **Gedman** says this also is false and that **Wexford** "strongly encourages all of our providers to refer patients for necessary evaluation and treatment, off-site when necessary, as soon as problems are identified that need specialty referral. All four employees say their complaints to Wexford administrators about the lack of supplies and treatment of inmates have been ignored, and all believe coming forward publicly will cost them their jobs. **Gedman** says this concern is unfounded because "**Wexford**

## Other People with this Name (76)

*Other People with the name "Gedman":*

Anna Gedman
Beauty Solutions Trading & Consulting

James Gedman
Eden Brown (A HCIG Company)

Jon Gedman
EcoVigour Ltd

Ken Gedman
MWH s.a

Anna Gedman
Ford Motor Company

### Other ZoomInfo Searches

Other People with this Title (4)

Other Employees at this Company (73)

encourages an open-door policy for all employees to bring issues to the attention of management so that they can be investigated and acted upon as appropriate.

...

Wexford Vice President **Elaine Gedman** responded in a lengthy Oct. 2 e-mail to SFR. She would not comment on the details of Sanchez's suspension but denies he was disciplined for complaining.

New Mexico Hall of Shame
www.PrivateCI.org, 7 Sept 2002 [cached]

In an e-mail, Wexford Vice President **Elaine Gedman** said, in part, that Wexford plans to cooperate with the audit and is confident its outcome will be positive. She also said **Wexford** is cooperating with **NMCD** for a smooth transition.

...

When queried by **SFR**, **Wexford** Vice President **Elaine Gedman** wrote in a Nov. 27 e-mail that **Wexford** is withholding comment until the forthcoming audit is complete and referred to 14 prior successful audits of Wexford.

...

Wexford Vice President **Elaine Gedman** would not comment specifically on Apodaca's allegations. In a Nov. 20 e-mail to **SFR**, she wrote that **Wexford** will cooperate with the **Legislature's** audit and is confident the outcome will be similar to the 14 independent audits performed since May 2005 by national correctional organizations. "**Wexford** is proud of the service we have provided to the Corrections Department as documented in these independent audits and looks forward to continuing to provide high quality health care services in New Mexico," **Gedman** writes.

...

In a Nov. 6 e-mail to **SFR**, **Wexford** Vice President **Elaine Gedman** cites 14 successful, independent audits performed of Wexford in New Mexico since May 2005. "**Wexford** is proud of the service we have provided to the Corrections Department as documented in these independent audits and looks forward to continuing high quality health care services in New Mexico," **Gedman** writes. NMCD spokeswoman Tia Bland echoes Gedman: "We welcome the audit and plan on cooperating any way we can," she says.

...

In an e-mail, Wexford Vice President **Elaine Gedman** said, in part, that Wexford plans to cooperate with the audit and is confident its outcome will be positive. She also said **Wexford** is cooperating with **NMCD** for a smooth transition.

...

Wexford Vice President **Elaine Gedman** did not return phone or e-mail messages.

...

Wexford Vice President **Elaine Gedman** did not respond to e-mails and phone calls from **SFR**.

...

When queried by **SFR**, **Wexford** Vice President **Elaine Gedman** wrote in a Nov. 27 e-mail that **Wexford** is withholding comment until the forthcoming audit is complete and referred to 14 prior successful audits of Wexford.

Pantagraph.com - News - Prison workers threaten strike 06/25/05
www.pantagraph.com, 25 June 2005 [cached]

**Elaine Gedman**, human resources director at **Wexford**, said the company was surprised by the strike threat.

"We had no previous indication from them that this was a potential plan of action," **Gedman** said.

AP Wire | 06/24/2005 | Private health care providers at state prisons vote to strike
www.belleville.com, 24 June 2005 [cached]

**Elaine Gedman**, vice president of human resources and risk management with Wexford, said the company was surprised to learn of the strike vote because the two sides

have another round of bargaining scheduled with a federal
mediator Wednesday and Thursday.

"I'm still going in figuring that we can come into an
agreement and hopefully avoid this whole thing," **Gedman**
said.

---

## Accelerate your business with the industry's most comprehensive profiles on business people and companies.

Find business contacts by city, industry and title. Our B2B directory has just-verified and in-depth profiles, plus the market's top tools for
searching, targeting and tracking.

Atlanta | Boston | Chicago | Houston | Los Angeles | New York

Browse ZoomInfo's business people directory. Our professional profiles include verified contact information, biography, work history,
affiliations and more.

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Browse ZoomInfo's company directory. Our company profiles include corporate background information, detailed descriptions, and links to
comprehensive employee profiles with verified contact information.

US | Canada

**FIND PEOPLE &
COMPANIES**

**WHAT IS ZOOMINFO?**
ZoomInfo Database
Privacy Center

**RESOURCES**
ZoomInfo Blog
Newsletter
Webinars
White papers
Claim Your ZoomInfo Profile

**WHO USES ZOOMINFO?**
Individuals
Sales Professionals
Recruiters
Marketers
Market Researchers
Media, Bloggers and
Analysts
Enterprise-class Teams

**PRODUCTS**
ZoomInfo® Directory
ZoomInfo® Community Edition
ZoomInfo® Professional Edition
ZoomInfo® CRM
ZoomInfo® Data-On-Demand
ZoomInfo® Enterprise

**PARTNERS**

**ABOUT ZOOMINFO**
Careers
Privacy
Terms & Conditions
Contact Us
Concept Map

**CUSTOMER SUPPORT**
Customer Support Center
My Account
Register
Subscribe
Am I in ZoomInfo?

   

Copyright © 2013 Zoom Information, Inc.  All rights reserved

Pro2013_Iteration13.25[02]  SEIDXWK-34

zirhbt201304

# EXHIBIT 10



Products | Customers | Resources | About     **Free Trial**

   



People ▼

🔍     Advanced Search (20+ criteria) »



Share This Profile

This profile was last
updated on 5/23/13 and
contains contributions
from the ZoomInfo
community.
Is this you? Claim your
profile.

## Jim Reinhart   Wrong Jim Reinhart?

### Director of Operations

Phone: (217) ***-****
Email: j***@***.com
Local Address: Illinois, United States

**Wexford Health Sources , Inc.**
Foster Plaza 2 425 Holiday Drive
Pittsburgh, Pennsylvania 15220
United States

**Company Description:** But over the past two decades, Wexford Health has developed
expertise in areas that enable us to make our vision and mission a reality. We apply our
excellence in...   more

**Get Contact Info »**
it's free and takes 30 seconds



What is ZoomInfo Pro?
See how you can use our premium business
search tool to find business people in seconds.

---

**Other People with this Name (2,778)**

*Other People with the name "Reinhart":*

Ann Reinhart
International Road Dynamics Inc

Nathan Reinhart
Pennsylvania Fish and Boat Commission

Natalie Reinhart
The RightThing , Inc.

Matthew Reinhart

Randie Reinhart
International Community Foundation

**Other ZoomInfo Searches**

Other People with this Title (170,417)

Other Employees at this Company (73)

---

Accelerate your business with the industry's most comprehensive profiles on business people and companies.

Find business contacts by city, industry and title. Our B2B directory has just-verified and in-depth profiles, plus the market's top tools for
searching, targeting and tracking.
Atlanta | Boston | Chicago | Houston | Los Angeles | New York

Browse ZoomInfo's business people directory. Our professional profiles include verified contact information, biography, work history,
affiliations and more.
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Browse ZoomInfo's company directory. Our company profiles include corporate background information, detailed descriptions, and links to
comprehensive employee profiles with verified contact information.
US | Canada

**FIND PEOPLE & COMPANIES**

**WHAT IS ZOOMINFO?**
ZoomInfo Database
Privacy Center

**RESOURCES**
ZoomInfo Blog
Newsletter
Webinars
White papers
Claim Your ZoomInfo Profile

**WHO USES ZOOMINFO?**
Individuals
Sales Professionals
Recruiters
Marketers
Market Researchers
Media, Bloggers and
Analysts
Enterprise-class Teams

**PRODUCTS**
ZoomInfo® Directory
ZoomInfo® Community Edition
ZoomInfo® Professional Edition
ZoomInfo® CRM
ZoomInfo® Data-On-Demand
ZoomInfo® Enterprise

**PARTNERS**

**ABOUT ZOOMINFO**
Careers
Privacy
Terms & Conditions
Contact Us
Concept Map

**CUSTOMER SUPPORT**
Customer Support Center
My Account
Register
Subscribe
Am I in ZoomInfo?



Copyright © 2013 Zoom Information, Inc. All rights reserved

Pro2013_Iteration13.25[03]  SEIDXWK-34

zirhbt201304

# EXHIBIT 11





Find Contacts   Careers   FAQ   Create Profile   Sign In

Clear Form

Products      Customers      Resources      About      **Free Trial**

Saved Searches

**name matches**

**Full Name**

**Job Title**

**Company Name / URL / Ticker**

**Industry Keywords**

**City / State / ZIP**

Need to refine further?
Person (advanced)
Done

Job Function

☐ Consulting
▶ ☐ Engineering & Technical
▶ ☐ Finance
▶ ☐ Human Resources
▶ ☐ Legal
▶ ☐ Marketing

Management Level

☐ C-Level
☐ VP-Level
☐ Director
☐ Manager
☐ Non-Manager

College/Degree

Web Reference Keywords

People Mentioned on Website

Additional Filters

Return only current positions          Exclude Board Members

Include People with Partial Profiles

☑

Done

Additional Filters

Return only current positions

Exclude Board Members

☑ Include People with Partial Profiles

Company (advanced)

Done

Industry

▶ ☐    Agriculture
▶ ☐    Business Services
  ☐    Chambers of Commerce
▶ ☐    Cities, Towns & Municipalities
▶ ☐    Construction
▶ ☐    Consumer Services ▼

Industry Classification Codes

SIC

| Type | | Ranking | |
|---|---|---|---|
| ☐ | Public | ☐ | Fortune 100 |
| ☐ | Private | ☐ | Fortune 500 |
| ☐ | Education | ☐ | Fortune 1000 |
| ☐ | Non Profit | ☐ | Global 500 |
| ☐ | Government | ☐ | Forbes Private |

Revenue $0 - No Limit

Employees 1 - No Limit

Done

Location / Region

Done

Metro Region / State / Country

▶ ☐    US States
▶ ☐    US Metro Regions
▶ ☐    Canadian Provinces
▶ ☐    Canadian Metro Regions
  ☐    Australia - All
  ☐    UK - All ▼

US ZIP Code with Radius

Exact

Show

People employed by a company
headquartered at this location

People located at this location

Both (Default)

Done

| People | Companies | Profiles |
|---|---|---|

**Person Profile**

Find Network
Add to List
Set Alert
Print



**Dr. Thomas M. Lehman**
Wrong Dr. Thomas M. Lehman?

# Corporate Medical Director,

Share This Profile

# Utilization Management and Clinical Services

This profile was last updated on 11/10/12 and contains information from public web pages and contributions from the ZoomInfo community.
Is this you? Claim your profile.

Phone: (800) ***-****   HQ Phone

**Get Contact Info »**
it's free and takes 30 seconds

**Wexford Health Sources , Inc.**
Foster Plaza 2 425 Holiday Drive
Pittsburgh, Pennsylvania 15220
United States

**Company Description:** But over the past two decades, Wexford Health has developed expertise in areas that enable us to make our vision and mission a reality. We apply our excellence in...  more

Background

**Board Memberships and Affiliations**
Active Member
American Academy of HIV Medicine
Active Member
Society of Correctional Physicians
Active Member
National Commission of Correctional Physicians
**Education**
MD

Web References

Wexford Health Sources Incorporated: Expert Management Team
www.wexfordhealth.com, 10 Nov 2012 [cached]

Thomas M. Lehman, MD, CCHP Corporate Medical Director, Utilization Management & Clinical Services

**Dr. Lehman** has been a practicing physician for over 20 years - 8 of them in correctional health care. He is responsible for Wexford Health's company-wide utilization management (UM) program and all clinical services. With wide-ranging clinical and administrative expertise gained through years of experience in public, private, and institutional settings, his primary areas of focus are internal medicine and cardiology. He developed the clinical content for our electronic health record for one of our clients. **Dr. Lehman** reviews national guidelines for healthcare and adapts these guidelines to the correctional environment. **Dr. Lehman** also has extensive experience in HIV care and lectures nationally on HIV as well as on cardiovascular disease. He is currently utilizing telemedicine to help direct and monitor utilization and quality of care for several state agencies. **Dr. Lehman** is an active member of the **Society of Correctional Physicians**, the **National Commission of Correctional Physicians**, and the **American Academy of HIV Medicine**.

**Person Profile**

**FIND PEOPLE & COMPANIES**

**WHAT IS ZOOMINFO?**
ZoomInfo Database
Privacy Center

**RESOURCES**
ZoomInfo Blog
Newsletter
Webinars
White papers
Claim Your ZoomInfo Profile

**WHO USES ZOOMINFO?**
Individuals
Sales Professionals
Recruiters
Marketers
Market Researchers
Media, Bloggers and Analysts
Enterprise-class Teams

**PRODUCTS**
ZoomInfo® Directory
ZoomInfo® Community Edition
ZoomInfo® Professional Edition
ZoomInfo® CRM
ZoomInfo® Data-On-Demand
ZoomInfo® Enterprise

**PARTNERS**

**ABOUT ZOOMINFO**
Careers
Privacy
Terms & Conditions
Contact Us

Dr. Thomas M. Lehman | Wexford Health Sources , Inc. | ZoomInfo.com

Concept Map

**CUSTOMER SUPPORT**
Customer Support Center
My Account
Register
Subscribe
Am I in ZoomInfo?

   

Copyright © 2013 Zoom Information, Inc. All rights reserved

Pro2013_Iteration13.25[05]  SEIDXWK-34

# EXHIBIT 12



# Bernard Schoenburg: Cross hosting exclusive golf event in Michigan

**The State Journal-Register**

Posted Sep 06, 2012 @ 01:12 AM

**Business News**

Barnes & Noble, Zillow Slump: Tech Winners & Losers (Update1)

S&P 500 Snaps 4-Day Losing Streak

Kodak Bankruptcy Plan Approved (Update 1)

**Suggested Stories**

Fatal accident still under investigation

Three men arrested for alleged public indecency...

2 Springfield women arrested following retail...

**From the Web**

What Social Security Changes Are Coming in 2013? AARP

Soldier returns home to find his dog was sold on... Daily Dot

3 Ways You're Setting Your Kids Up for Failure MyDailyMoment

Sponsored content    What's this?

Illinois House Republican Leader TOM CROSS is going to extremes to put some distance between himself and Chicago Democrats.

How else to explain that an Oct. 8 fundraiser for Citizens to Elect Tom Cross is being billed as "a day of golf in Michigan" and will take place at The Lost Dunes Golf Club in Bridgman, Mich. The basic ticket is $1,500, although $25,000 event sponsorships also are available. Perhaps the event will calm down any members of Cross's party who might be involved in tense elections.

As the course website states, "Lost Dunes is an idyllic retreat from the pressures of city life.""Because of Lost Dunes' limited, exclusive membership," it adds, "tee times are never required. On most days, members will never encounter other golfers during their round, encouraging players to relish the tranquility and focus singularly on each shot."

The course has a limit of 300 members. The member providing access to the Cross fundraiser is JOE PERRINO, CEO of Woodridge-based Home Run Inn, his daughter and company marketing director GINA BOLGER confirmed. Home Run Inn has eight pizza restaurants in the Chicago area and sells frozen pizza in 28 states.

The Cross committee had about $658,000 on hand as of June 30 and has raised at least $330,000 since then.

**Reinhart joins private firm**

JIM REINHART, 45, former chief of staf at the Illinois Department of Corrections, has left state government and now works for a company that provides health-care services at jails and prisons.

He said he is a regional operator for Pittsburgh-based Wexford Health Sources. Reinhart still lives in Springfield, and travels about three days a week. He said he goes to states where the company already has contracts. In Illinois, he said, Wexford provides services to adult prisons across the state and has done so for more than a decade.

Reinhart joined Springfield city government under Mayor KAREN HASARA and eventually became director of public works. His top staff  job at corrections ended in early 2010, and he moved to the Illinois Department of Transportation. When he left earlier this summer, he was bureau chief of business services, making $99,336 annually.

Reinhart is also a member and vice president of the Springfield Metro Sanitary District, which pays $6,000 annually.

**Mayville back with state**

TONY MAYVILLE is back to being director of mine safety for the Illinois Department of Natural Resources, after working for about three months in Arlington, Va., as a deputy assistant secretary of the U.S. Department of Labor.

Mayville, 57, of Dubois said it was an "amazing honor" to be offered the federal job, which had him being assistant director of the U.S. Mine Safety and Health Administration. He was an underground coal miner for 28 years before getting into state government. The federal job paid $150,000, up from the $97,368 he makes at the state.

But Mayville said it was tough for both him and his wife to leave the family in southern Illinois.

"I'm not a city guy ... and Arlington and D.C. together is pretty massive," he told me recently. "I realized that the only way to make my family happy was for me to come back to the state and live here by the kids and the grandkids."

Mayville's state office is in Benton.

**Bunch heads Northend Democrats**

Sangamon County Board member CLYDE BUNCH, D-District 21, was recently elected president of the Northend Democratic Club.

He took
the place of ROSE RUZIC, who decided against running for re-election to that post after being named to the Sangamon County Board's District 19 seat. Other Northend Democratic Club officers are RICK SHUSTER, first vice president; GARY BUDD (who is also Springfield
Township supervisor), second vice president; TONY SCHUERING, third vice president; CHERRIL GRAFF, secretary; and MATT BERRY, treasurer.

The election was in July.

Bunch, who is unopposed for another term on the county board, believes he is the longest-serving Democratic officeholder in the county's history – going on 34 years. He was also longtime president of the old Southeast Democrats.

*Bernard Schoenburgis political columnist for The State Journal-Register. He can be reached at788-1540 or follow him via twitter.com/bschoenburg. His email address is bernard.schoenburg@sj-r.com.*
**Comment or view comments »**

Sponsored Results



**Mortgage Rates Hit 2.50%**
If you owe under $729k you may qualify for 2.90% APR Govt
www.MortgageRatesExperts.com



**Mortgage Rates Hit @ 2.5%**
If you owe under $729k you may qualify for 2.90% APR Govt
www.Refinance.LowerMyBills.com



**Free Golf Coupons 70% Off**
Free coupons to save money on tee times and golf gear.
www.golfdig.com/coupons

**Comments (2)**

**Tparty** *11 months ago*  🚩 Report Abuse

Cross needs to explore Michigan because his career is through here in Illinois. I hope he has a good time eating caviar and champagne while state workers are being thrown to the wolves.

**walt38** *11 months ago*  🚩 Report Abuse

Amen

Contact us | Privacy Policy | Terms of Service |

The State Journal-Register | Springfield, IL 62701

Copyright © 2006-2013 GateHouse Media, Inc. Some Rights Reserved.

Original content available for non-commercial use under a Creative Commons license, except where noted.

RadarFrog Merchant Directory | Internet Marketing by Propel Marketing | More Content Now | RadarFrog

# EXHIBIT 13



# NEWS RELEASE

FOR IMMEDIATE RELEASE

Contact:

Wendelyn R. Pekich
Director, Marketing & Communications
Wexford Health Sources, Inc.
Phone: 412-937-8590, extension 296
Fax: 412-937-8599
E-mail: info@wexfordhealth.com
Website: www.wexfordhealth.com

## Wexford Health welcomes Mervis as new Director of Pharmacy Services

PITTSBURGH, PA (August 31, 2010) — Denise Mervis, PharmD, MBA has joined Wexford Health Sources as the company's Director of Pharmacy & Ancillary Services.  Having worked at Gilead Sciences, Highmark Blue Cross Blue Shield, and Medco Health, she brings the company more than a decade of pharmacy experience across a variety of environments, including retail, government, and managed care settings.

As Director of Pharmacy & Ancillary Services, Dr. Mervis is responsible for providing strategic direction and clinical oversight for Wexford Health's pharmaceutical programs, including formulary management, drug utilization review, and pharmacy operations and purchasing.  Her background includes expertise in disease management, trend analysis, and pharmacoeconomics (the comparison of one drug therapy's value to another).  A diplomat for the Academy of Managed Care Pharmacy, Dr. Mervis received her Doctor of Pharmacy from the University of Pittsburgh School of Pharmacy, and serves on that institution's Alumni Board of Directors.

Pittsburgh-based Wexford Health employs more than 1,500 men and women nationwide.  Over the past two decades, the company has successfully managed health care programs for more than 260 correctional facilities and other types of institutions across the country, including prisons, jails, juvenile detention centers, substance abuse facilities, mental health units, and sex offender treatment centers.

*Serving approximately 90,000 patients, Wexford Health Sources is one of the nation's largest correctional health care providers.  The company provides medical, mental health, pharmacy, substance abuse, utilization management, claims processing, and technology services to more than 100 state, regional, and local clients across the country.  The Pittsburgh-based corporation helps government agencies and institutions control health care costs without sacrificing quality of care.*

# # #

# EXHIBIT 14



| Client Name<br>Contact Name, Address & Telephone | Contract Start and End Dates | Number of Lives | Description of Contract |
|---|---|---|---|
| **Contract History** | | | |
| Mr. Jim Reinhart<br>Chief of Staff, Illinois Department of Corrections<br>1301 Concordia Court<br>Springfield, IL 62702<br>P: 217-522-2666 x2512<br>F: 217-522-3568<br>E: jreinhart@idoc.state.il.us | December 2005 - November 2010 | 34 sites<br>40,000 lives | Comprehensive on- and offsite health services |
| Executive Deputy Sheriff Thomas Knapp<br>St. Clair Sheriff's Office<br>700 N. 5th Street<br>Belleville, IL 62220<br>P: 618-277-3505, extension 5721 | January 2004 - December 2011 | 1 site<br>450 lives | Comprehensive on- and offsite health services |
| Dr. Michael Bednarz<br>Medical Director<br>Sex Offender Treatment & Detention Facility<br>R.R. #1, Box 6A<br>Rushville, Illinois   62681<br>Phone: (217) 322-3204 x5059<br>Fax:   (217) 322-2133<br>Email: Michael.Bednarz@illinois.gov | July 2007-<br>June 2009 | 1 site<br>350 lives | Onsite health services, including dental |
| Mr. William Haines<br>Deputy Commissioner<br>West Virginia Division of Corrections<br>State Capitol Complex<br>Building 4<br>112 California Avenue<br>Charleston, WV 25305<br>P: 304-558-2036<br>E: whaines@mail.wvnet.edu | May 2008 - April 2009 | 8 sites<br>4,069 lives | Comprehensive on- and offsite health services |
| Ms. Kay Downing<br>Medical Fiscal Manager<br>Ohio Department of Rehabilitation and Correction<br>P.O. Box 23658<br>1990 Harmon Ave<br>Columbus OH 43223<br>P: 614-445-5960<br>F: 614-445-7040 | October 1996 - July 2010<br><br>September 2005- July 2010 | 2 sites<br>3,000 lives | On- and offsite health services |
| County of Clark<br>Chief Deputy Jackie Batties<br>Clark County Sheriff's Office<br>707 W. 13th<br>Vancouver, WA  98666<br>P: 360-397-6017 | February 2007-<br>January 2010 | 3 sites<br>800 lives | Comprehensive onsite health services |

# EXHIBIT 15



| Home | About Us | Services | Careers | News & Events | Contact Us | |
|------|----------|----------|---------|---------------|------------|---|

Home > About Us > Management Team



## Management Team

Wexford Health's leaders are industry experts, with years of experience managing both the clinical and financial aspects of correctional health care programs.

Our management team includes not only experienced corrections professionals, but also experts on finance, human resources, and clinical programs.  We pay close attention to balancing the diverse backgrounds and skill sets of our team members, recruiting highly effective individuals from fields including hospital management, insurance, long-term care, academia, and of course, corrections.

Because our management team possesses such a wide range of practical experience, Wexford Health can ensure that all aspects of our clients' health care programs are functioning at peak operational and cost-efficiency levels..

### Mark W. Hale, CCHP
**President & Chief Executive Officer**

Mr. Hale has more than 31 years of management experience in the health care and managed care fields.  His executive experience includes all aspects of running a health care company.  Mr. Hale served as Wexford Health's Chief Financial Officer, Executive Vice President, and Chief Operating Officer prior to becoming its President and Chief Executive Officer in 2006.  His leadership and strategic planning skills, proven operational and fiscal performance, and expansive experience in financial and risk management make Mr. Hale an exceptional choice to lead Wexford Health Sources.

### Daniel L. Conn, CCHP
**Executive Vice President & Chief Operating Officer**

Mr. Conn has more than 23 years of wide-ranging, progressive, professional experience. Twenty-one of those years have been in health care administration and management, including numerous years in correctional health care. His demonstrated leadership and analytical problem-solving skills enable him to expertly analyze all aspects of a company's operational and financial performance.  He is well versed in regulatory and contract compliance, employee and customer relations, and administrative management, as well as contract negotiation. He has a proven track record of enhancing operational performance utilizing his extensive management expertise and coaching capabilities. Mr. Conn's ability to streamline services, improve efficiency, and reduce costs makes him a natural choice to lead Wexford Health's operational functions.

### Elaine J. Gedman, CCHP
**Senior Vice President of Human Resources & Risk Management**

Ms. Gedman has been managing people and projects for more than 25 years — 23 of them in the fields of health insurance and institutional health care.  Her strong, diverse background includes human resources, operations, strategic planning, mergers and acquisitions, payroll, and risk management.  She also has extensive experience in labor relations, arbitration, and collective bargaining agreement negotiation.  Ms. Gedman's versatility, business acumen, and expertise in identifying and developing strategic business relationships makes her the natural leader for Wexford Health's vital Human Resources (e.g., staffing, employee/labor relations, benefit/compensation administration, reporting, training and development), Risk Management, and Payroll functions.

### Darius Holmes, CCHP
**Senior Vice President of Operations/Strategic Developmen**t

With more than 26 years of experience in health care —20 of them in the correctional health care environment — Mr. Holmes is a driving force behind the acquisition and development of Wexford Health's contracts.  As Senior Vice President of Strategic Development, he is responsible for identifying and growing our core business.  This includes growing our correctional health business as well as examining new markets, partnerships, and acquisition possibilities.  Prior to his current position, Mr. Holmes played an integral role in the successful operations of our contracts throughout the United States.  Mr. Holmes is highly adaptable to new environments, responsibilities, and challenges, and is an expert at developing strong and cohesive relationships with personnel, correctional and state officials, legislators, and clients.  His experience in budget formulation, fiscal administration, contract negotiation, compliance, policy development, and operations are invaluable to Wexford Health.

### John M.

**Upcoming Events**

**Froehlich**
Vice
**President of Finance & Chief Financial Officer**

Mr. Froehlich has more than 14 years of financial and management experience with seven of those years in institutional health care. His expertise includes operational finance skills and business plan development. As Vice President of Finance, he is responsible for leading Wexford Health's financial accounting, reporting, and forecasting functions. In addition he will help formulate the company's long-term financial strategy, including business development, mergers and acquisitions, and investment management. He is a Certified Public Accountant and holds the financial expertise and insight necessary to help Wexford Health grow in the years to come.

**Thomas M. Lehman, MD, CCHP**
**Corporate Medical Director, Utilization Management & Clinical Services**

Dr. Lehman has been a practicing physician for over 20 years — 10 of them in correctional health care. He is responsible for Wexford Health's company-wide utilization management (UM) program and all clinical services. With wide-ranging clinical and administrative expertise gained through years of experience in public, private, and institutional settings, his primary areas of focus are internal medicine and cardiology. He developed the clinical content for our electronic health record for one of our clients. Dr. Lehman reviews national guidelines for healthcare and adapts these guidelines to the correctional environment. Dr. Lehman also has extensive experience in HIV care and lectures nationally on HIV as well as on cardiovascular disease. He is currently utilizing telemedicine to help direct and monitor utilization and quality of care for several state agencies. Dr. Lehman is an active member of the Society of Correctional Physicians, the National Commission of Correctional Physicians, and the American Academy of HIV Medicine.

Phone: 1-888-MED-MGMT (633-6468), Option #1
Fax: 412-937-8599
E-mail: info@wexfordhealth.com

Home
About Us
Services
Careers
News & Events
Contact Us
Archive

Wexford Health Sources employees, login here.

Copyright © 2010 Wexford Health Sources, Inc.
Website Terms and Conditions of Use