1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
     Dustin Brislan; Sonia Rodriguez; Christina
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **[PROPOSED] ORDER
10   Hefner; Joshua Polson; and Charlotte Wells, on       GRANTING PLAINTIFFS'
     behalf of themselves and all others similarly        MOTION TO DE-
11   situated; and Arizona Center for Disability Law,     DESIGNATE TWO
                                                          DOCUMENTS AS
12                            Plaintiffs,                  CONFIDENTIAL**

13            v.

14   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
15   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
16   capacities,

                              Defendants.
17

18          The Court, having reviewed Plaintiffs' Motion to De-Designate Two Documents as

19   Confidential, and good cause appearing,

20          IT IS SO ORDERED that Plaintiffs' Motion to De-Designate Two Documents as

21   Confidential is GRANTED.

22

23

24

25

26

27

28