# EXHIBIT 1



**Meeting with the Arizona Governor's Office**
**November 8, 2012**

**I. Introduction**

Karen Mullenix, CCM, Director of Operations
  i. Commitment to achieving a common goal: providing appropriate health care
  ii. Lack of full disclosure about program conditions
  iii. Health care program non-compliant with industry standards and constitutional requirements
  iv. Change in ADC approach
  v. Interference
  vi. Media relations
  vii. Culture

**II. Provider and other clinical issues**

Thomas Lehman, MD, CCHP, Corporate Medical Director, Clinical Services
Neil Fisher, MD, Utilization Management Medical Director
  i. Introductions and experience
  ii. Intake issues and concerns
  iii. Medical record issues and concerns
  iv. Issues/concerns with chronic clinics and Health Needs Requests
  v. Issues/concerns with Hepatitis & HIV
  vi. Issues/concerns with patient returns from offsite encounters
  vii. Utilization management issues and concerns
  viii. Nonclinical management of clinical issues
  ix. Conclusions

**III. Nursing and quality management issues**

Martha Ingram, RN, CCHP, CPHQ, Director of Quality Management & Performance Improvement
Glenn Thomas, RN, MHA, Director of Operations
  i. Introductions and experience
  ii. Widespread quality deficiencies
  iii. ADC failure to maintain clinically proficient nursing staff
  iv. Unworkable, counterproductive culture and environment
  v. ADC process failures
    1. Medication administration
    2. Keep-on-Person program
    3. Medical records

425 HOLIDAY DRIVE | FOSTER PLAZA TWO | PITTSBURGH, PA 15220 | P: 412-937-8590 | F: 412-937-8599 | WWW.WEXFORDHEALTH.COM

   - 4. Lack of security support
   - 5. Unsafe work environment
 - vi. Technological infrastructure failures
 - vii. Conclusions

## IV. Pharmacy issues

Denise Mervis, PharmD, Director of Pharmacy and Ancillary Services
 - i. Introductions and Experience
 - ii. Pharmacy variances between RFP and reality
 - iii. Inappropriate pharmacy roles & responsibilities
 - iv. Conclusions

## V. Behavioral Health Issues

Ron Smith, PsyD, CCHP, Director of Behavioral Health Services
 - i. Introductions and experience
 - ii. Making ASPC-Yuma a corridor facility
 - iii. Administration of psychotropic medications
 - iv. Mental health monitoring of segregated inmates
 - v. Creation/maintenance of mental health treatment plans
 - vi. Lack of ADC cooperation to implement a plan for mental health improvement and success
 - vii. Conclusions

## VI. Human resource and risk management issues

Elaine Gedman, CCHP, Senior Vice President of Human Resources & Risk Management
 - i. Introductions and experience
 - ii. Staffing challenges
   - 1. ADC failure to recruit & retain quality staff
   - 2. Clearance process
   - 3. Formation of contract monitoring team
 - iii. Employee relations challenges
   - 1. ADC failure to create an engaged, committed workforce/culture
   - 2. Disruptive Contract Monitor model and approach
 - iv. Retention challenges
 - v. Risk management challenges
 - vi. Public/media relations
 - vii. Conclusions

WEXFORD HEALTH SOURCES, INC. | 425 HOLIDAYDRIVE | FOSTERPLAZA TWO | PITTSBURGH, PA15220 | P: 412-937-8590 | F: 412-937-8599 | WWW.WEXFORDHEALTH.COM

WEXFORD 000002

Meeting with the Arizona Governor's Office
November 8, 2012
Page 3 of 3

### VII. Client/vendor perspectives

Jim Reinhart, Regional Operator
  i. Introductions and experience
  ii. ADC failed to foster a cooperative approach to privatization and contract transition
  iii. Cultural issues
      1. Wrong model/philosophy for contract monitoring team
      2. ADC never held employees accountable for their poor work performance
      3. ADC community relations programs interfere with staff's ability to efficiently provide health services
      4. ADC security staff has been uncooperative and sometimes hostile since privatization
  iv. Conclusions

### VIII. Conclusions

Karen Mullenix, CCM, Director of Operations
  i. After working within the ADC inmate health care system for four months, Wexford Health finds the current class action lawsuits to be accurate.
  ii. The ADC system is broken, and does not provide a constitutional level of care.
  iii. Now what are we and the ADC going to do about it?

### IX. Preliminary high-level plan components

  i. Communication and trust
  ii. Culture
  iii. Operational clean-up
  iv. Contract Monitors
  v. Security staff
  vi. Facility physical plant
  vii. AIMS
  viii. Staffing re-assessment
  ix. Media/advocate relations
  x. Governor's Office liaison
  xi. Cooperation with legislature
  xii. Next steps

WEXFORD HEALTH SOURCES, INC. | 425 HOLIDAY DRIVE | FOSTER PLAZA TWO | PITTSBURGH, PA 15220 | P: 412-937-8590 | F: 412-937-8599 | WWW.WEXFORDHEALTH.COM

WEXFORD 000003