1   Arizona Attorney General Thomas C. Horne
    Office of the Attorney General
2   Michael E. Gottfried, Bar No. 010623
    Lucy M. Rand, Bar No. 026919
3   Assistant Attorneys General
    1275 W. Washington Street
4   Phoenix, Arizona 85007-2926
    Telephone: (602) 542-4951
5   Fax: (602) 542-7670
    Michael.Gottfried@azag.gov
6   Lucy.Rand@azag.gov

7   Daniel P. Struck, Bar No. 012377
    Kathleen L. Wieneke, Bar No. 011139
8   Rachel Love, Bar No. 019881
    Timothy J. Bojanowski, Bar No. 22126
9   Nicholas D. Acedo, Bar No. 021644
    Courtney R. Cloman, Bar No. 023155
10  Ashlee B. Fletcher, Bar No. 028874
    Anne M. Orcutt, Bar No. 029387
11  STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
12  Chandler, Arizona  85226
    Telephone:  (480) 420-1600
13  Fax:  (480) 420-1696
    dstruck@swlfirm.com
14  kwieneke@swlfirm.com
    rlove@swlfirm.com
15  tbojanowski@swlfirm.com
    nacedo@swlfirm.com
16  ccloman@swlfirm.com
    afletcher@swlfirm.com
17  aorcutt@swlfirm.com
    *Attorneys for Defendants*

18                 **UNITED STATES DISTRICT COURT**

19                      **DISTRICT OF ARIZONA**

20  Victor Parsons, *et al.*, on behalf of themselves          NO. 2:12-cv-00601-NVW
    and all others similarly situated; and Arizona
21  Center for Disability Law,

                                        Plaintiffs,

22              v.                                      **DECLARATION OF
                                                       NICHOLAS D. ACEDO IN**
23  Charles Ryan, Director, Arizona Department         **SUPPORT OF PARTIES'**
    of Corrections; and Richard Pratt, Interim         **JOINT REPORT**
24  Division Director, Division of Health Services,
    Arizona Department of Corrections, in their
25  official capacities,

                                        Defendants.

26

27          I, NICHOLAS D. ACEDO, hereby submit this declaration on behalf of

28  Defendants Charles Ryan and Richard Pratt regarding the Parties Joint Report, and do

    2799920.1

1   declare and say:

2          1.      I am an attorney licensed to practice in the State of Arizona, am in
3   good standing with the bar, and have previously entered my appearance on behalf of
4   Defendants Charles Ryan and Richard Pratt in this matter.

5          2.      If called upon as a witness, I could and would competently testify to
6   all facts stated herein from my own personal knowledge, except where stated upon
7   information and belief, and as to those matters, I am informed and believe them to be true.

8          3.      Attached as Exhibit 1 hereto is a true and correct copy of the
9   Reporter's Transcript of Proceedings before the Court in this matter on July 20, 2012.

10         4.      Attached as Exhibit 2 hereto is a true and correct copy of the
11  Reporter's Transcript of Proceedings before the Court in this matter on November 30,
12  2012.

13         5.      Attached as Exhibit 3 hereto is a true and correct copy of the
14  Reporter's Transcript of Proceedings before the Court in this matter on April 26, 2013.

15         6.      Attached as Exhibit 4 hereto is a true and correct copy of page 10 of
16  Prisoner Plaintiffs/Appellees' Response to Defendants/Appellants' Motion to Stay District
17  Court Proceedings Pending Rule 23(f) Appeal, filed in the United States Court of Appeals
18  for the Ninth Circuit in Case No. 13-16396 on August 15, 2013.

19         7.      Attached as Exhibit 5 hereto is a true and correct copy of Plaintiff
20  Robert Gamez' First Set of Requests for Admission (Nos. 1-75) and First Set of
21  Interrogatories (Nos. 1-25) to Defendant Charles Ryan; Plaintiff Desiree Licci's First Set
22  of Requests for Admission (Nos. 1-8) and First Set of Interrogatories (Nos. 1-20) to
23  Defendant Charles Ryan; and, Plaintiff Desiree Licci's First Set of Requests for
24  Production of Documents to Defendants, all of which were served upon counsel for
25  Defendants on August 13, 2013.

26         8.      Attached as Exhibit 6 hereto is a true and correct copy of an e-mail
27  exchange on June 25, 2013 between Daniel P. Struck and David Fathi regarding
28  Depositions.

2799920.1                                         2

1    9.    Attached as Exhibit 7 hereto is a true and correct copy two letters

2  written by Ashlee Fletcher to Plaintiff's counsel on October 3, 2012 and October 11,

3  2012, respectively, regarding Plaintiff's subpoenas for Rule 30(b)(6) depositions of

4  representatives of the Arizona Department of Corrections.

5    10.    Attached as Exhibit 8 hereto is a true and correct copy of the

6  Reporters Transcript of the August 7, 2013 Motion Hearing in this matter.

7    11.    Separately lodged under seal as Exhibit 9 is a true and correct copy of

8  the transcript of the Deposition of Helena Valenzuela, taken by Plaintiffs in this matter on

9  August 23, 2013.

10    12.    Separately lodged under seal as Exhibit 10 is a true and correct copy

11  of the Deposition of Richard Pratt, as Rule 30(b)(6) designee of the Arizona Department

12  of Corrections, taken by Plaintiff in this matter on October 4, 2012.

13    13.    Separately lodged under seal as Exhibit 11 is a true and correct copy

14  of a letter from Anne M. Orcutt to Plaintiff's counsel, dated October 1, 2012, identifying

15  Greg Fizer as designee in response to Plaintiff's 30(b)(6) subpoena to the Arizona

16  Department of Corrections, and a true and correct copy of the transcript of the Deposition

17  of Greg Fizer, taken by Plaintiffs in this matter on October 29, 2012.

18    14.    Separately lodged under seal as Exhibit 12 is a true and correct copy

19  of the Deposition of Ben Shaw, as Rule 30(b)(6) designee of the Arizona Department of

20  Corrects, taken by Plaintiffs in this matter on October 3, 2012.

21    I declare under penalty of perjury under the laws of the United States of

22  America that the foregoing is true and correct.

23    Executed on August 26, 2013.

24

25

26    /s/ Nicholas D. Acedo
      Nicholas D. Acedo

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:          ahardy@prisonlaw.com

Amy Fettig:            afettig@npp-aclu.org

Caroline N. Mitchell:  cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:    ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:   DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:     dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:        dspecter@prisonlaw.com

James Duff Lyall:      jlyall@acluaz.org; gtorres@acluaz.org

Jennifer Ann Alewelt:  jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Cathleen M. Dooley:    cdooley@azdisabilitylaw.org

J.J. Rico:             jrico@azdisabilitylaw.org

John Howard Gray:      jhgray@perkinscoie.com; slawson@perkinscoie.com

Kelly Joyce Flood:     kflood@acluaz.org; gtorres@acluaz.org

Kirstin T. Eidenbach:  keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried:Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

Sara Norman:           snorman@prisonlaw.com

Sophia Calderon:       scalderon@jonesday.com; lwong@jonesday.com

Asim Varma:            avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

| | | |
|---|---|---|
| 1 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 2 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 3 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 4 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 5 | Jennifer K. Messina: | jkmessina@jonesday.com |
| 6 | Taylor Freeman: | tfreeman@jonesday.com |
| 7 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 8 | Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| 9 | Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| 10 | | |
| 11 | Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| 12 | Ajmel Quereshi: | aquereshi@npp-aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Nicholas D. Acedo

2799920.1

5