Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-NVW <br><br><br> **DEFENDANTS' MOTION TO SEAL EXHIBITS RE: PARTIES' JOINT REPORT** |

Defendants Charles Ryan and Richard Pratt ("Defendants") respectfully request leave to provisionally file under seal Exhibits 9, 10, 11, and 12 to the Declaration of Nicholas D. Acedo in support of the Parties' Joint Report.   These Exhibits are transcripts of depositions taken in this case.   Three of the depositions pertain to inmate health care (Ex. 9, 10, 12), and Defendants believe that it contains information regarding particular inmates' care, which Plaintiffs have sought to seal in the past.   One of the depositions pertains to conditions of confinement in maximum custody cells (Ex. 11), and Defendants believe that it contains information that could pose a threat to the security and safety of the facility.   The Court has previously sealed similar information in this case.

These depositions are filed in support of the Parties' Joint Report, which the Court ordered to be filed today by 5:00 p.m.   (Dkt. # 538.)   Because of the short turn-around time to have that document filed, Defendants have not had an opportunity to thoroughly review the transcripts and redact any sensitive information.   Defendants respectfully request until Thursday, August 29, 2013, to either file redacted copies of the Exhibits, a renewed motion to seal the Exhibits in their entirety, or a notice informing that the Exhibits can be filed publicly.   Defendants further request that these Exhibits remain lodged under seal in the meantime.

/ / /

/ / /

/ / /

/ / /

2

1        DATED this 26th day of August 2013.

2                                        STRUCK WIENEKE & LOVE, P.L.C.

3

4                                        By /s/ Nicholas D. Acedo
                                            Daniel P. Struck
5                                           Kathleen L. Wieneke
                                            Rachel Love
6                                           Timothy J. Bojanowski
                                            Nicholas D. Acedo
7                                           Courtney R. Cloman
                                            Ashlee B. Fletcher
8                                           Anne M. Orcutt
                                            STRUCK WIENEKE & LOVE, P.L.C.
9                                           3100 West Ray Road, Suite 300
                                            Chandler, Arizona  85226
10
                                            Arizona Attorney General Thomas C. Horne
11                                          Office of the Attorney General
                                            Michael E. Gottfried
12                                          Lucy M. Rand
                                            Assistant Attorneys General
13                                          1275 W. Washington Street
                                            Phoenix, Arizona 85007-2926
14
                                            *Attorneys for Defendants*
15
        2799877.1
16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy: ahardy@prisonlaw.com

Amy Fettig: afettig@npp-aclu.org

Caroline N. Mitchell: cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick: ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr: DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi: dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter: dspecter@prisonlaw.com

James Duff Lyall: jlyall@acluaz.org; gtorres@acluaz.org

Jennifer Ann Alewelt: jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Cathleen M. Dooley: cdooley@azdisabilitylaw.org

J.J. Rico: jrico@azdisabilitylaw.org

John Howard Gray: jhgray@perkinscoie.com; slawson@perkinscoie.com

Kelly Joyce Flood: kflood@acluaz.org; gtorres@acluaz.org

Kirstin T. Eidenbach: keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried: Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

Sara Norman: snorman@prisonlaw.com

Sophia Calderon: scalderon@jonesday.com; lwong@jonesday.com

Asim Varma: avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

| | | |
|---|---|---|
| 1 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 2 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 3 | R. Scott Medsker: | rsmedsker@JonesDay.com |
| 4 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 5 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 6 | Jennifer K. Messina: | jkmessina@jonesday.com |
| 7 | Taylor Freeman: | tfreeman@jonesday.com |
| 8 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 9 | Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| 10 | Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| 11, 12 | Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| 13 | Ajmel Quereshi: | aquereshi@npp-aclu.org |

14   I hereby certify that on this same date, I served the attached document by U.S.

15  Mail, postage prepaid, on the following, who is not a registered participant of the

16  CM/ECF System:

17      N/A

18                                      /s/ Nicholas D. Acedo