# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-NVW<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SEAL EXHIBITS RE: PARTIES' JOINT REPORT** |

The Court, having reviewed Defendants' Motion to Seal Exhibits Re: Parties' Joint Report, and good cause appearing,

IT IS ORDERED that Exhibits 9, 10, 11, and 12, lodged under seal in conjunction with Defendants' Declaration in Support of Parties' Joint Report, remain under seal until further order by the Court.

IT IS FURTHER ORDERED Defendants shall file, by August 29, 2013, redacted copies of the Exhibits, a renewed motion to seal the Exhibits in their entirety, or a notice informing that the Exhibits can be filed publicly.

2799883.1