1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                            DISTRICT OF ARIZONA

8   | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-NVW |

Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
Gamez; Maryanne Chisholm; Desiree Licci; Joseph   **[PROPOSED] ORDER**
10  Hefner; Joshua Polson; and Charlotte Wells, on   **GRANTING PLAINTIFFS'**
behalf of themselves and all others similarly    **MOTION TO SEAL ITEMS**
11  situated; and Arizona Center for Disability Law,  **ASSOCIATED WITH THE**
**PARTIES' JOINT REPORT**
Plaintiffs,          **REGARDING DISCOVERY**
12                                                  **DISPUTES**

v.
13
Charles Ryan, Director, Arizona Department of
14  Corrections; and Richard Pratt, Interim Division
Director, Division of Health Services, Arizona
15  Department of Corrections, in their official
capacities,
16                        Defendants.

17

18        The Court, having reviewed the parties' Joint Report Regarding Discovery

19  Disputes, and good cause appearing,

20        IT IS SO ORDERED that Motion to Seal Items Associated the Parties' Joint

21  Report Regarding Discovery Dispute is GRANTED.

22        IT IS FURTHER ORDERED that the Clerk's Office is directed to file the Parties'

23  Joint Report Regarding Discovery Disputes and its related Exhibit G lodged with the

24  Plaintiffs' Motion to Seal Items Associates with the Parties' Joint Report Regarding

25  Discovery Disputes.

26

27  LEGAL27674384.1

28