1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone:  (602) 650-1854
   Email: dpochoda@acluaz.org
5         kflood@acluaz.org
          jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan,*
   *Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
8  *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
   *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
9  *others similarly situated*

   **[ADDITIONAL COUNSEL LISTED ON  SIGNATURE PAGE]**
10
   Jennifer Alewelt (Bar No. 027366)
11 Asim Varma (Bar No. 027927)
   Sarah Kader (Bar No. 027147)
12 ARIZONA CENTER FOR DISABILITY LAW
   5025 East Washington Street, Suite 202
13 Phoenix, Arizona 85034
   Telephone:  (602) 274-6287
14 Email: jalewelt@azdisabilitylaw.org
          avarma@azdisabilitylaw.org
15        skader@azdisabilitylaw.org

16 *Attorneys for Plaintiff Arizona Center for Disability Law*

   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
17
                    UNITED STATES DISTRICT COURT
18
                         DISTRICT OF ARIZONA
19
   Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-NVW
20 Dustin Brislan; Sonia Rodriguez; Christina             (MEA)
   Verduzco; Jackie Thomas; Jeremy Smith; Robert
21 Gamez; Maryanne Chisholm; Desiree Licci; Joseph
   Hefner; Joshua Polson; and Charlotte Wells, on         **NOTICE OF INTENT TO**
22 behalf of themselves and all others similarly          **SERVE SUBPOENAS**
   situated; and Arizona Center for Disability Law,
23                      Plaintiffs,
24        v.
25 Charles Ryan, Director, Arizona Department of
   Corrections; and Richard Pratt, Interim Division
26 Director, Division of Health Services, Arizona
   Department of Corrections, in their official
27 capacities,
                        Defendants.
28

1    **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2        PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil

3    Procedure, Plaintiffs intend to serve subpoenas on the Arizona Department of Corrections

4    for deposition.  The subpoenas are attached as Exhibits 1-3 to this Notice.

5    Dated:  August 27, 2013            **PERKINS COIE LLP**

6

7                      By:   s/ Amelia M. Gerlicher
                           Daniel C. Barr (Bar No. 010149)

8                            Amelia M. Gerlicher (Bar No. 023966)
                           Kirstin T. Eidenbach (Bar No. 027341)

9                            John H. Gray (Bar No. 028107)
                           Matthew B. du Mée (Bar No. 028468)

10                            2901 N. Central Avenue, Suite 2000
                           Phoenix, Arizona 85012

11                            Telephone:  (602) 351-8000
                           Email:    dbarr@perkinscoie.com

12                                   agerlicher@perkinscoie.com
                                  keidenbach@perkinscoie.com

13                                   jhgray@perkinscoie.com
                                  mdumee@perkinscoie.com

14                            Daniel Pochoda (Bar No. 021979)

15                            Kelly J. Flood (Bar No. 019772)
                           James Duff Lyall (Bar No. 330045)*

16                            **ACLU FOUNDATION OF ARIZONA**
                           3707 North 7th Street, Suite 235

17                            Phoenix, Arizona 85013
                           Telephone:  (602) 650-1854

18                            Email:    dpochoda@acluaz.org

19                                   kflood@acluaz.org
                                  jlyall@acluaz.org

20                          *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

21

22

23

24

25

26

27

28

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org
           aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
           dkiernan@jonesday.com
           scalderon@jonesday.com
           srauh@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
             tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
             jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Jennifer Alewelt
     Jennifer Alewelt (Bar No. 027366)
     Asim Varma (Bar No. 027927)
     Sarah Kader (Bar No. 027147)
     5025 East Washington Street, Suite 202
     Phoenix, Arizona 85034
     Telephone:  (602) 274-6287
     Email:   jalewelt@azdisabilitylaw.org
            avarma@azdisabilitylaw.org
            skader@azdisabilitylaw.org

     J.J. Rico (Bar No. 021292)
     Cathleen M. Dooley (Bar No. 022420)
     **ARIZONA CENTER FOR DISABILITY LAW**
     100 N. Stone Avenue, Suite 305
     Tucson, Arizona 85701
     Telephone:  (520) 327-9547
     Email:   jrico@azdisabilitylaw.org
            cdooley@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

s/ S. Neilson

78204-0001/LEGAL27679864.1

-5-