UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; et al.;<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court, having reviewed the parties' Joint Report Regarding Discovery Disputes and the Motion to Seal Items Associated with the Parties' Joint Report Regarding Discovery Disputes (Doc. 597) , and good cause appearing,

IT IS SO ORDERED that Motion to Seal Items Associated the Parties' Joint Report Regarding Discovery Dispute is GRANTED.

IT IS FURTHER ORDERED that the Clerk's Office is directed to file the Parties' Joint Report Regarding Discovery Disputes and its related Exhibit G lodged with the Plaintiffs' Motion to Seal Items Associates with the Parties' Joint Report Regarding Discovery Disputes.

Dated this 28th day of August, 2013.

Neil V. Wake
United States District Judge