1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
8  *Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree*
9  *Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
10 *others similarly situated*

11 **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**PRISONER PLAINTIFFS' SUPPLEMENT TO JOINT REPORT REGARDING DISCOVERY DISPUTES** |

78204-0001/LEGAL27721229.1

1. Prisoner Plaintiffs file the following supplemental statement based on a significant development that occurred after the filing of the Joint Report Regarding Discovery Disputes (Doc. 600). After that Report was filed, Defendants filed their Opening Brief in the Ninth Circuit in support of their interlocutory appeal of this Court's order granting class certification, in which they took a position that is inconsistent with the position they are taking in the Joint Report.

On August 26, 2013, the parties filed a Joint Report Regarding Discovery Disputes. (Doc. 600) In that Report, Prisoner Plaintiffs requested that the Court reconsider its prior order prohibiting further prison tours, and permit their medical expert to inspect ASPC-Florence and ASPC-Tucson. (*Id.* at 5-6) Defendants opposed Prisoner Plaintiffs' request, in part, by arguing that tours are not necessary because Prisoner Plaintiffs can obtain the same information through other means. (*Id.* at 7)

Two days later, on August 28, Defendants filed their Opening Brief on appeal. In that brief Defendants imply that the expert evidence supporting class certification was insufficient because "[n]one of the experts had conducted any facility tours or spoken directly to any ADC inmates." (Appellants' Opening Brief at 10, attached here to as Exhibit A)

If this Court does not permit Prisoner Plaintiffs to conduct the tours of the two institutions (each by one expert), Defendants can be expected to make similar arguments at summary judgment or trial. Therefore, Prisoner Plaintiffs request that the Court either permit the tours, or issue an order precluding Defendants from arguing at summary judgment or at trial that the evidence was insufficient because Prisoner Plaintiffs' experts had not conducted prison tours.

. . .

. . .

. . .

| | | |
|---|---|---|
| 1 | Dated:  August 30, 2013 | **PRISON LAW OFFICE** |
| 2 | | |
| 3 | | By:  s/ Donald Specter |
| | | Donald Specter (Cal. 83925)* |
| 4 | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 5 | | Corene Kendrick (Cal. 226642)* |
| | | 1917 Fifth Street |
| 6 | | Berkeley, California 94710 |
| | | Telephone:  (510) 280-2621 |
| 7 | | Email:   dspecter@prisonlaw.com |
| | | ahardy@prisonlaw.com |
| 8 | | snorman@prisonlaw.com |
| | | ckendrick@prisonlaw.com |
| 9 | | *Admitted *pro hac vice* |
| 10 | | Daniel C. Barr (Bar No. 010149) |
| | | Amelia M. Gerlicher (Bar No. 023966) |
| 11 | | Kirstin T. Eidenbach (Bar No. 027341) |
| | | John H. Gray (Bar No. 028107) |
| 12 | | Matthew B. du Mée (Bar No. 028468) |
| | | **PERKINS COIE LLP** |
| 13 | | 2901 N. Central Avenue, Suite 2000 |
| | | Phoenix, Arizona 85012 |
| 14 | | Telephone:  (602) 351-8000 |
| | | Email:   dbarr@perkinscoie.com |
| 15 | | agerlicher@perkinscoie.com |
| | | keidenbach@perkinscoie.com |
| 16 | | jhgray@perkinscoie.com |
| | | mdumee@perkinscoie.com |
| 17 | | |
| 18 | | Daniel Pochoda (Bar No. 021979) |
| | | Kelly J. Flood (Bar No. 019772) |
| 19 | | James Duff Lyall (Bar No. 330045)* |
| | | **ACLU FOUNDATION OF ARIZONA** |
| 20 | | 3707 North 7th Street, Suite 235 |
| | | Phoenix, Arizona 85013 |
| 21 | | Telephone:  (602) 650-1854 |
| | | Email:   dpochoda@acluaz.org |
| 22 | | kflood@acluaz.org |
| | | jlyall@acluaz.org |
| 23 | | |
| 24 | | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |
| 25 | | |
| 26 | | |

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         dkiernan@jonesday.com
         scalderon@jonesday.com
         srauh@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com
         tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
            jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried (Michael.Gottfried@azag.gov)
Katherine E. Watanabe (Katherine.Watanabe@azag.gov)
Lucy M. Rand (Lucy.Rand@azag.gov)
Assistant Arizona Attorneys General


Daniel P. Struck (dstruck@swlfirm.com)
Kathleen L. Wieneke (kwieneke@swlfirm.com)
Timothy J. Bojanowski (tbojanowski@swlfirm.com)
Rachel Love (rlove@swlfirm.com)
Nicholas D. Acedo (nacedo@swlfirm.com)
Courtney R. Cloman (ccloman@swlfirm.com)
Ashlee B. Fletcher (afletcher@swlfirm.com)
Anne M. Orcutt (aorcutt@swlfirm.com)
STRUCK WIENEKE, & LOVE, P.L.C.

*Attorneys for Defendants*


Jennifer Alewelt (jalewelt@azdisabilitylaw.org)
Asim Varma (avarma@azdisabilitylaw.org)
Sarah Kader (skader@azdisabilitylaw.org)
J.J. Rico (jrico@azdisabilitylaw.org)
Cathleen M. Dooley (cdooley@azdisabilitylaw.org)
ARIZONA CENTER FOR DISABILITY LAW

*Attorneys for Plaintiff Arizona Center for Disability Law*


    s/ Delana Freouf