# EXHIBIT 3

# EXHIBIT 3

1

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

---

| | | |
|---|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No.  CV 12-00601-PHX-NVW  **Phoenix, Arizona** **November 30, 2012** **2:00 p.m.** |
| Plaintiffs, vs. | ) ) ) | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

BEFORE:  **THE HONORABLE NEIL V. WAKE**
UNITED STATES DISTRICT JUDGE

(*Scheduling Conference*)

Official Court Reporter:
Laurie A. Adams, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 43
Phoenix, Arizona 85003-2151
(602) 322-7256
Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

UNITED STATES DISTRICT COURT

November 30, 2012 - Discovery Management Conference

1  unrealistic -- recurring, unrealistic expectations on both
2  sides, then the collateral benefit of a discovery master is to
3  have the benefit of that much more extensive dialogue with
4  someone who is neutral and independent and experienced and can
5  just get more sober perspectives on both sides.
6           So I think at this time, I don't need to really enter
7  an order as such.  I will leave you with the directive that I'm
8  accepting your mutual agreement to schedule a meet-and-confer
9  within 48 hours upon request.  And if things don't improve, we
10 can come back and deal with a next step.
11          Again, Mr. Struck is right.  The defendants are
12 entitled to know what they are being sued for.  And they are
13 entitled to not just the minimal pleadings but the disclosures
14 required by Rule 26 and appropriate contention interrogatories
15 to -- they are entitled to that.  They don't have to take
16 depositions to find out that.  With proper requests, the
17 plaintiffs have to tell them before they take the depositions.
18          So I'm expecting all of this to be processed in the
19 ways that are efficient for everyone where the plaintiffs do
20 their part so the defendants don't have unnecessary and
21 unreasonable burdens and where the plaintiffs can fairly get
22 discovery that is related to their focused contentions.  And I
23 don't see this as a fishing expedition on either side.  No one
24 should have to do that.
25          All right.  Now, Mr. Fathi, there were some things in