**EXHIBIT 4**

**EXHIBIT 4**

| | |
|---|---|
| **From:** | Sophie H Calderon <scalderon@jonesday.com> |
| **Sent:** | Thursday, August 29, 2013 11:26 AM |
| **To:** | Courtney Cloman |
| **Cc:** | Corene Kendrick (ckendrick@prisonlaw.com) (ckendrick@prisonlaw.com); Caroline N Mitchell (cnmitchell@JonesDay.com); Fathi, David (dfathi@npp-aclu.org); Don Specter (dspecter@prisonlaw.com); Jennifer Alewelt (jalewelt@azdisabilitylaw.org); Parsons Team |
| **Subject:** | RE: Parsons v. Ryan |

Courtney,

While it is our understanding that Defendants' counsel refuse to meet and confer tomorrow about the concerns in your August 26 letter, please propose times tomorrow when Defendants' counsel are available to meet and confer regarding Defendants' responses to Sonia Rodriguez's interrogatories and Christina Verduzco's First Set of Requests for Admissions.

Thank you,
Sophie



**Sophie Calderón • Associate**

555 California Street, 26th Floor • San Francisco, CA 94104
DIRECT 415.875.5874 • FAX 415.875.5700 • scalderon@JONESDAY.COM

| | |
|---|---|
| From: | Sophie H Calderon <scalderon@jonesday.com> |
| To: | Courtney Cloman <CCloman@swlfirm.com>, |
| Cc: | "Corene Kendrick (ckendrick@prisonlaw.com) (ckendrick@prisonlaw.com)" <ckendrick@prisonlaw.com>, "Caroline N Mitchell (cnmitchell@JonesDay.com)" <cnmitchell@JonesDay.com>, "Fathi, David (dfathi@npp-aclu.org)" <dfathi@npp-aclu.org>, "Don Specter (dspecter@prisonlaw.com)" <dspecter@prisonlaw.com>, "Jennifer Alewelt (jalewelt@azdisabilitylaw.org)" <jalewelt@azdisabilitylaw.org>, Parsons Team <ParsonsTeam@swlfirm.com> |
| Date: | 08/28/2013 03:36 PM |
| Subject: | RE: Parsons v. Ryan |
| Sent by: | parsonsdiscovery@prisonlaw.com |

Courtney,

Please provide us with your half of the dispute with sufficient time before filing so that we can prepare our own half. We remain available to meet and confer on Friday.

Thank you,
Sophie



**Sophie Calderón • Associate**

555 California Street, 26th Floor • San Francisco, CA 94104
DIRECT 415.875.5874 • FAX 415.875.5700 • scalderon@JONESDAY.COM

1

| From: | Courtney Cloman <CCloman@swlfirm.com> |
|---|---|
| To: | Sophie H Calderon <scalderon@jonesday.com>, |
| Cc: | "Corene Kendrick (ckendrick@prisonlaw.com) (ckendrick@prisonlaw.com)" <ckendrick@prisonlaw.com>, "Caroline N Mitchell (cnmitchell@JonesDay.com)" <cnmitchell@JonesDay.com>, "Fathi, David (dfathi@npp-aclu.org)" <dfathi@npp-aclu.org>, "Don Specter (dspecter@prisonlaw.com)" <dspecter@prisonlaw.com>, "Jennifer Alewelt (jalewelt@azdisabilitylaw.org)" <jalewelt@azdisabilitylaw.org>, Parsons Team <ParsonsTeam@swlfirm.com> |
| Date: | 08/28/2013 03:14 PM |
| Subject: | RE: Parsons v. Ryan |

Sophie,

Plaintiffs have had ample opportunity and multiple requests by Defendants to supplement their requests. Our request for a meet-and-confer on this issue does not spring new information on Plaintiffs as we have been requesting supplementation for nearly a year. Because we have met regarding these issues before and because Plaintiffs refused to participate in the meet-and-confer today at 3:00, we consider our obligation to attempt to meet-and-confer fulfilled and we will be filing our one-page dispute.

Thank you,

Courtney


**From:** Sophie H Calderon [mailto:scalderon@jonesday.com]
**Sent:** Wednesday, August 28, 2013 10:50 AM
**To:** Courtney Cloman
**Cc:** Corene Kendrick (ckendrick@prisonlaw.com) (ckendrick@prisonlaw.com); Caroline N Mitchell (cnmitchell@JonesDay.com); Fathi, David (dfathi@npp-aclu.org); Don Specter (dspecter@prisonlaw.com); Jennifer Alewelt (jalewelt@azdisabilitylaw.org); Parsons Team
**Subject:** RE: Parsons v. Ryan

Courtney,

We plan to supplement a good number of our discovery responses, but we have not had the opportunity to identify which responses require supplementation and how we can go about supplementing them. This was caused in part by the need to devote resources toward responding to Defendants' multiple motions to stay and to defending depositions noticed by Defendants. In order for the meet and confer to be valuable to either party, we need the opportunity to review your requests and our responses in more detail. And the members on our team who could begin to speak to these issues are not available today, but are available Friday. If you insist on going to the Court prematurely despite our willingness to have a meaningful meet and confer on Friday, we of course will ensure that the Court understands our position.

Please let me know what times on Friday Defendants' counsel are available. Please also be prepared to discuss Defendants' inadequate responses to Christina Verduzco's First Set of Requests for Admissions, which Corene Kendrick raised in her August 6 letter.

Thank you,
Sophie

2



**Sophie Calderón • Associate**

555 California Street, 26th Floor • San Francisco, CA 94104
DIRECT 415.875.5874 • FAX 415.875.5700 • scalderon@JONESDAY.COM

| From: | Courtney Cloman <CCloman@swlfirm.com> |
|---|---|
| To: | Sophie H Calderon <scalderon@jonesday.com>, "Don Specter (dspecter@prisonlaw.com)" <dspecter@prisonlaw.com>, "Fathi, David (dfathi@npp-aclu.org)" <dfathi@npp-aclu.org>, "Caroline N Mitchell (cnmitchell@JonesDay.com)" <cnmitchell@JonesDay.com>, "Corene Kendrick (ckendrick@prisonlaw.com) (ckendrick@prisonlaw.com)" <ckendrick@prisonlaw.com>, "Jennifer Alewelt (jalewelt@azdisabilitylaw.org)" <jalewelt@azdisabilitylaw.org>, |
| Cc: | Parsons Team <ParsonsTeam@swlfirm.com> |
| Date: | 08/28/2013 08:23 AM |
| Subject: | RE: Parsons v. Ryan |

Sophie,

We are confused by Plaintiffs' class counsel's insistence on delaying this meet-and-confer. According to prior communications and the Judge's comments about the meet-and-confer process in the November 30, 2012 hearing, ("I will leave you with the directive that I'm accepting your mutual agreement to schedule a meet-and-confer within 48 hours upon request."), we have operated on the 48-hour notice basis. At that hearing, Mr. Specter even told the Court that a 24-hour timeframe would be feasible. The only time Defendants have not been able to do so is when Plaintiffs have added last minute items to the agenda or when there have been unavoidable scheduling conflicts. We have abided by the avowals made to the Court in terms of scheduling the meet-and-confer within 48-hours' notice. It is imperative that we get this issue before the Court as soon as possible as the discovery deadline is imminent and the deficiencies in Plaintiffs' responses to discovery requests must be addressed before that deadline. We will expect your meaningful participation in the meet-and-confer today at 3:00, which complies with the Court's directive. If you still refuse to participate, we will be filing our one-page dispute on Thursday, noting your refusal and our attempts to resolve this issue.

Thank you,

Courtney

**From:** Sophie H Calderon [mailto:scalderon@jonesday.com]
**Sent:** Tuesday, August 27, 2013 6:11 PM
**To:** Courtney Cloman
**Cc:** Parsons Team
**Subject:** Re: Parsons v. Ryan

Courtney,

So that the meet and confer can be as productive as possible, we need sufficient time to prepare. On several instances, Defendants' counsel have not been able to meet and confer within 48 hours of our request. Please let us know what time on Friday works for you.

3

Thank you,
Sophie

| | Sophie Calderón • Associate |
|---|---|
| JONES DAY. | 555 California Street, 26th Floor • San Francisco, CA 94104<br>DIRECT 415.875.5874 • FAX 415.875.5700 • scalderon@JONESDAY.COM |

| From: | Courtney Cloman <CCloman@swlfirm.com> |
|---|---|
| To: | Sophie H Calderon <scalderon@jonesday.com>, |
| Cc: | Parsons Team <ParsonsTeam@swlfirm.com> |
| Date: | 08/27/2013 04:38 PM |
| Subject: | Re: Parsons v. Ryan |

Counsel,

Plaintiffs' counsel has insisted for quite sometime that a meet and confer occur within 48 hours of the request. Friday is far beyond that time period. In fact, tomorrow, the latest date we suggested, is 48 hours. Mr. Fathi requested that we let Plaintiffs' counsel know o our availability by yesterday. We in fact informed him of our availability over the weekend and we got no response. We see no reason the meet and confer cannot take place at that time. Will Plaintiffs' counsel be available tomorrow at 3:00?

Thank you,

Courtney


On Aug 27, 2013, at 2:24 PM, "Sophie H Calderon" <scalderon@jonesday.com> wrote:

Counsel,

We are available on Friday, preferably before 3 PDT, to meet and confer regarding written discovery. Is there a time that day that works for you?

Thank you,
Sophie

| <mime-attachment.gif> | <mime-attachment.gif> | Sophie Calderón • Associate |
|---|---|---|
| | | 555 California Street, 26th Floor • San Francisco, CA 94104 |

4

| | |
|---|---|
| **From:** | Courtney Cloman |
| **Sent:** | Tuesday, August 27, 2013 12:09 PM |
| **To:** | jalewelt@azdisabilitylaw.org; cnmitchell@jonesday.com; dspecter@prisonlaw.com; dfathi@npp-aclu.org |
| **Cc:** | Parsons Team |
| **Subject:** | RE: Parsons v. Ryan and Pratt |

Counsel,

We have not heard from you regarding whether you are available for the meet-and-confer today at 3:00. Because we have not heard from you and we cannot hold our calendars, we will be rescheduling the meeting for tomorrow at 3:00. Please let us know as soon as possible if you are available at that time. Thank you.

**From:** Elaine Percevecz
**Sent:** Monday, August 26, 2013 3:33 PM
**To:** jalewelt@azdisabilitylaw.org; cnmitchell@jonesday.com; dspecter@prisonlaw.com; dfathi@npp-aclu.org
**Cc:** Parsons Team
**Subject:** Parsons v. Ryan and Pratt

Counsel,

Please see the attached letter from Courtney Cloman together with enclosures referenced therein.

Sincerely,

Elaine



STRUCK WIENEKE & LOVE

# Elaine Percevecz
## Legal Assistant to Timothy J. Bojanowski
Direct: (480) 420-1619
epercevecz@swlfirm.com
www.swlfirm.com

1

**From:** Fathi, David [mailto:dfathi@npp-aclu.org]
**Sent:** Sunday, August 25, 2013 11:07 AM
**To:** Dan Struck
**Cc:** Kathy Wieneke; Tim Bojanowski; Anne Orcutt; Courtney Cloman; Ashlee Fletcher; Nick Acedo; Michael E. Gottfried; Lucy Rand; Parsons Team
**Subject:** RE: Motion to de-designate

Let me check with co-counsel. Are there any times on Tuesday when defendants are not available?

---

**From:** Dan Struck [mailto:DStruck@swlfirm.com]
**Sent:** Sun 8/25/2013 1:01 PM
**To:** Fathi, David
**Cc:** Kathy Wieneke; Tim Bojanowski; Anne Orcutt; Courtney Cloman; Ashlee Fletcher; Nick Acedo; Michael E. Gottfried; Lucy Rand; Parsons Team
**Subject:** Re: Motion to de-designate


On another matter, can you meet and confer on the discovery issues you mentioned in your correspondence of last week this Tuesday? We also have some issues to discuss with respect to inadequate discovery responses we have received from plaintiffs that we would like to discuss as well. We will send you a letter tomorrow but just to give you a heads up the problems are with respect to inadequate responses to the contention rogs and the response to our discovery to you asking about the trial testimony of your witnesses.