# Exhibit A

**Corene Kendrick**

| | |
|---|---|
| **From:** | Courtney Cloman |
| **Sent:** | Thursday, August 29, 2013 4:27 PM |
| **To:** | scalderon@jonesday.com; Don Specter (dspecter@prisonlaw.com); Fathi, David (dfathi@npp-aclu.org); Caroline N Mitchell (cnmitchell@JonesDay.com); Gray, John H. (Perkins Coie) (JHGray@perkinscoie.com); du Mee, Matthew B. (Perkins Coie) (MduMee@perkinscoie.com); Eidenbach, Kirstin (Perkins Coie) (KEidenbach@perkinscoie.com); Corene Kendrick (ckendrick@prisonlaw.com) (ckendrick@prisonlaw.com); Jennifer Alewelt (jalewelt@azdisabilitylaw.org); Parsons Team; Michael E. Gottfried; Lucy Rand; Dawn Northup |
| **Subject:** | Parsons - Joint Discovery Dispute |
| **Attachments:** | Joint NOT of Discovery Dispute (5).DOCX |

Counsel,

Attached is Defendants' portion of the discovery dispute regarding Plaintiffs' deficient discovery responses.  We will be filing the dispute tomorrow morning at 9:00 a.m., with or without Plaintiffs' portion.

Thank you,

Courtney



**Courtney R. Cloman**
Attorney
Direct: (480) 420-1608
ccloman@swlfirm.com
www.swlfirm.com

```
This electronic mail transmission contains information from the law firm Struck Wieneke &
Love, P.L.C. that may be confidential or privileged. Such information is solely for the
intended recipient, and use by any other party is not authorized. If you are not the
intended recipient, be aware that any disclosure, copying, distribution or use of this
message, its contents or any attachments is prohibited. Any wrongful interception of this
message is punishable as a Federal Crime. Although this e-mail and any attachments are
believed to be free of any virus or other defect that might affect any computer system
into which it is received and opened, it is the responsibility of the recipient to ensure
that it is virus free and no responsibility is accepted by the sender for any loss or
damage arising in any way from its use. If you have received this message in error,
please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under
Circular 230, we inform you that any U.S. federal tax advice contained in this
communication (including any attachments), unless otherwise specifically stated, was not
intended or written to be used, and cannot be used, for the purpose of (1) avoiding
penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to
another party any matters addressed herein.
```