| | |
|---|---|
| 1 | Arizona Attorney General Thomas C. Horne |
|   | Office of the Attorney General |
| 2 | Michael E. Gottfried, Bar No. 010623 |
|   | Lucy M. Rand, Bar No. 026919 |
| 3 | Assistant Attorneys General |
|   | 1275 W. Washington Street |
| 4 | Phoenix, Arizona 85007-2926 |
|   | Telephone: (602) 542-4951 |
| 5 | Fax: (602) 542-7670 |
|   | Michael.Gottfried@azag.gov |
| 6 | Lucy.Rand@azag.gov |
| 7 | Daniel P. Struck, Bar No. 012377 |
|   | Kathleen L. Wieneke, Bar No. 011139 |
| 8 | Rachel Love, Bar No. 019881 |
|   | Timothy J. Bojanowski, Bar No. 22126 |
| 9 | Nicholas D. Acedo, Bar No. 021644 |
|   | Courtney R. Cloman, Bar No. 023155 |
| 10 | Ashlee B. Fletcher, Bar No. 028874 |
|   | Anne M. Orcutt, Bar No. 029387 |
| 11 | STRUCK WIENEKE & LOVE, P.L.C. |
|   | 3100 West Ray Road, Suite 300 |
| 12 | Chandler, Arizona 85226 |
|   | Telephone: (480) 420-1600 |
| 13 | Fax: (480) 420-1696 |
|   | dstruck@swlfirm.com |
| 14 | kwieneke@swlfirm.com |
|   | rlove@swlfirm.com |
| 15 | tbojanowski@swlfirm.com |
|   | nacedo@swlfirm.com |
| 16 | ccloman@swlfirm.com |
|   | afletcher@swlfirm.com |
| 17 | aorcutt@swlfirm.com |
|   | *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**DEFENDANTS' RESPONSE TO PRISONER PLAINTIFFS' SUPPLEMENT TO JOINT REPORT REGARDING DISCOVERY DISPUTES** |

Defendants submit this response to Plaintiffs' unilateral "supplement" to the Joint Report Regarding Discovery Disputes (Dkt. # 606). Plaintiffs are confusing the

issues. On appeal, Defendants are challenging the Court's finding that there was "significant proof" that the seventeen certified practices are "systemwide." In analyzing that issue, Defendants, in their Opening Brief, recounted the substance of Plaintiffs' experts' declarations. In doing so, they pointed out that Plaintiffs' experts opined that the alleged deficient care and unconstitutional conditions were "systemwide" without having toured *any* of the facilities or speaking to *any* ADC inmates. (Dkt. # 606–1 at 3.)[1] That statement is not inconsistent with Defendants' position regarding tours in the Joint Report. Defendants' position is, and always has been, that the tours impose a tremendous burden on ADC, they are extremely costly, and any additional tours are not necessary because they have already taken <u>44 tours</u>, and any information they believe they still need can be obtained through other, more efficient means (which they can). (Dkt. # 532 at 4–5; Dkt. # 543 at 8–9; Dkt. # 561 at 6–7; Dkt. # 600 at 7–8.)

Defendants fail to see how their argument on appeal cuts against their position that is currently before the Court. Obviously, *after* the Court granted class certification, Plaintiffs' experts *have* taken expert tours and *have* spoken to many inmates. Whether those tours and interviews reveal anything to support Plaintiffs' underlying constitutional claims is still unknown, as the experts have not submitted expert reports, nor have they been deposed. That will be fleshed out on summary judgment. The Court of Appeals, on the other hand, is reviewing an entirely different issue – whether the proof submitted by Plaintiffs in support of their class-certification motion was enough to show that the purported certified practices were systemwide. Of course, it may not even reach that issue if it accepts one of Defendants' other arguments.

---

[1] The Opening Brief was filed under seal, yet Plaintiffs publicly filed an excerpt from the Brief without consulting Defendants' counsel or awaiting the Court of Appeals' order granting or denying the request to file it under seal.

DATED this 30th day of August 2013.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Nicholas D. Acedo
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

2802258.1

# CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Cathleen M. Dooley: | cdooley@azdisabilitylaw.org |
| J.J. Rico: | jrico@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Kelly Joyce Flood: | kflood@acluaz.org; gtorres@acluaz.org |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| Sara Norman: | snorman@prisonlaw.com |
| Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |

| | | |
|---|---|---|
| 1 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 2 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 3 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 4 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 5 | Jennifer K. Messina: | jkmessina@jonesday.com |
| 6 | Taylor Freeman: | tfreeman@jonesday.com |
| 7 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 8 | Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| 9 | Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| 10 | Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| 11 | Ajmel Quereshi: | aquereshi@npp-aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Nicholas D. Acedo