IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court has reviewed the parties' Joint Notice of Discovery Dispute (Doc. 604), Plaintiffs' supplement thereto (Doc. 606), and Defendants' newly filed Notice of Discovery Dispute (Doc. 607). The Court has acquired extensive familiarity with the parties' various positions and their behavior during discovery. The Court will not issue findings regarding the parties' conduct but, instead, will issue the following directives consistent with the Court's experience in this case and its posture.

(1) Plaintiffs are permitted one expert tour each of ASPS-Tucson and ASPC-Florence.

(2) Each side is permitted to take 25 depositions. Plaintiffs may depose all 11 contract monitors and those depositions do not count toward the total of 25. Plaintiffs may use their remaining depositions as they wish and the Court will not issue further directives regarding 30(b)(6) depositions or trial witness depositions.

(3) Plaintiffs are permitted six hours for Ryan's deposition and 6 hours for Pratt's deposition.

(4) The parties are directed to confer and attempt to resolve their electronic mail dispute. The parties must supply the proposed language as required by the Court's August 9, 2013 Order (Doc. 567 at 5:13-16) no later than September 6, 2013.

(5) The Court will take no action on Defendants' August 30, 2013 Notice of Discovery Dispute (Doc. 607) because the parties did not complete the meet and confer process. If the parties are still at an impasse with respect to particular issues, the dispute may be refiled so long as it provides discrete issues for the Court to resolve.

(6) Plaintiffs' Motion for Clarification (Doc. 577) is **denied as moot**.

Dated this 30th day of August, 2013.

_____
Neil V. Wake
United States District Judge

- 2 -