IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 0 3 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Victor Antonio Parsons, et al.

    **Plaintiff(s)/Petitioner(s),**

vs.

Charles L. Ryan, et al.

    **Defendant(s)/Respondent(s)**

CASE NO: 2:12-cv-00601-NVW-MEA

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**

### NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, __Kevin Brantley__, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of __Plaintiffs: Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells__.

**City and State of Principal Residence:** Irvine, CA

**Firm Name:** Jones Day

**Address:** 3161 Michelson Drive     **Suite:** 800

**City:** Irvine     **State:** CA     **Zip:** 92612

**Firm/Business Phone:** (949) 851-3939

**Firm Fax Phone:** (949) 553-7539     **E-mail Address:** kcbrantley@jonesday.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| United States District Court, Northern District, CA | 12/28/2007 | ☑ Yes   ☐ No* |
|  |  | ☐ Yes   ☐ No* |
|  |  | ☐ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ☑ No

Have you ever been disbarred from practice in any Court? ☐ Yes ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, and will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

August 26, 2013

**Date**      **Signature of Applicant**      (Rev. 03/11)

**Fee Receipt #** PHX137558

# Certificate of Good Standing

United States of District Court   )
                                  ) ss.
Northern District of California   )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Kevin E. Brantley, Bar No. 251886** was duly admitted to practice in said Court on **December 28, 2007**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on August 20, 2013

Richard W. Wieking
Clerk