# EXHIBIT 1



| | | |
|---|---|---|
| **Subject:** | Re: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601 | |
| **From:** | Laurens Wilkes | 07/18/2013 10:55 AM |
| | Extension:  3-3796 | |
| **To:** | Rand, Lucy | |
| **Cc:** | "'Bender, Amy (abender@swlfirm.com)'", "'Amy Fettig (afettig@npp-aclu-.org)'", "'Fletcher, Ashlee (afletcher@swlfirm.com)'", "'Gerlicher, Amelia (agerlicher@perkinscoie.com)'", "'Hardy, Alison (ahardy@prisonlaw.com)'", "'Orcutt, Anne (aorcutt@swlfirm.com)'", | |

Lucy, I wanted to follow-up on Scott's email below.  Please let me know if you have any questions, would like to discuss further, or are already working on this issue.

Thanks,

Laurens



J. Laurens Wilkes • **Bio**

717 Texas Street, Suite 3300 • Houston, TX  77002
**DIRECT** 832.239.3796 • **FAX** 832.239.3600 • jlwilkes@jonesday.com

---

**From:** R. Scott Medsker/JonesDay

**To:** R. Scott Medsker/JonesDay@JonesDay

**Cc:** "'Bender, Amy (abender@swlfirm.com)'" <abender@swlfirm.com>, "'Amy Fettig (afettig@npp-aclu-.org)'" <afettig@npp-aclu.org>, "'Fletcher, Ashlee (afletcher@swlfirm.com)'" <afletcher@swlfirm.com>, "'Gerlicher, Amelia (agerlicher@perkinscoie.com)'" <agerlicher@perkinscoie.com>, "'Hardy, Alison (ahardy@prisonlaw.com)'" <ahardy@prisonlaw.com>, "'Orcutt, Anne (aorcutt@swlfirm.com)'" <aorcutt@swlfirm.com>, "'Quereshi, Ajmel (aquereshi@npp-aclu.org)'" <aquereshi@npp-aclu.org>, "Zuerlein, Ashley" <Ashley.Zuerlein@azag.gov>, "'Varma, Asim (avarma@azdisabilitylaw.org)'" <avarma@azdisabilitylaw.org>, "'Cloman, Courtney (ccloman@swlfirm.com)'" <ccloman@swlfirm.com>, "'CZARSTY, CURT'" <CCZARSTY@azcorrections.gov>, "'Kendrick, Corene (ckendrick@prisonlaw.com)'" <ckendrick@prisonlaw.com>, 'Caroline N Mitchell' <cnmitchell@JonesDay.com>, "'Webb, Colleen (cwebb@swlfirm.com)'" <cwebb@swlfirm.com>, "'Pochoda, Daniel (danpoc@cox.net)'" <danpoc@cox.net>, "'Barr, Daniel (dbarr@perkinscoie.com)'" <dbarr@perkinscoie.com>, "'Fathi, David (dfathi@npp-aclu.org)'" <dfathi@npp-aclu.org>, "'Kiernan, David (dkiernan@jonesday.com)'" <dkiernan@jonesday.com>, "'Northup, Dawn - ADC (DNorthup@azcorrections.gov)'" <DNorthup@azcorrections.gov>, "'Pochoda, Daniel (dpochoda@acluaz.org)'" <dpochoda@acluaz.org>, "'Specter, Donald (dspecter@prisonlaw.com)'" <dspecter@prisonlaw.com>, "'Struck, Dan Patrick (dstruck@swlfirm.com)'" <dstruck@swlfirm.com>, "'Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)'" <jalewelt@azdisabilitylaw.org>, "'Gray, John (jhgray@perkinscoie.com)'" <jhgray@perkinscoie.com>, "'Messina, Jennifer (jkmessina@jonesday.com)'" <jkmessina@jonesday.com>, "'Wilkes, John (jlwilkes@jonesday.com)'" <jlwilkes@jonesday.com>, "'Lyall, James (jlyall@acluaz.org)'" <jlyall@acluaz.org>, "Watanabe, Katherine" <Katherine.Watanabe@azag.gov>, "'KDudley@azcorrections.gov'" <KDudley@azcorrections.gov>, "'Eidenbach, Kirstin (keidenbach@perkinscoie.com)'" <keidenbach@perkinscoie.com>, "'Flood, Kelly (kflood@acluaz.org)'" <kflood@acluaz.org>, "'Mamedova, Kamilla (kmamedova@jonesday.com)'" <kmamedova@jonesday.com>, "'Shadoan, Kimberly (kshadoan@swlfirm.com)'" <kshadoan@swlfirm.com>, "'Wieneke, Kathleen (kwieneke@swlfirm.com)'" <kwieneke@swlfirm.com>, "Rand, Lucy" <Lucy.Rand@azag.gov>, "'du Mee, Matthew (mdumee@perkinscoie.com)'" <mdumee@perkinscoie.com>, "Gottfried, Michael" <Michael.Gottfried@azag.gov>, "'Acedo, Nicholas (nacedo@swlfirm.com)'" <nacedo@swlfirm.com>, "'Love, Rachel (rlove@swlfirm.com)'" <rlove@swlfirm.com>, "'Calderon, Sophia (scalderon@jonesday.com)'" <scalderon@jonesday.com>, "'Kader, Sarah (skader@azdisabilitylaw.org)'" <skader@azdisabilitylaw.org>, "'Norman, Sara (snorman@prisonlaw.com)'" <snorman@prisonlaw.com>, "'Rauh, Sarah (srauh@jonesday.com)'" <srauh@jonesday.com>, "'Wolford, Sherri (swolford@swlfirm.com)'" <swolford@swlfirm.com>, "'Bojanowski, Timothy (tbojanowski@swlfirm.com)'" <tbojanowski@swlfirm.com>, "'Mayo, Therese (tmayo@swlfirm.com)'" <tmayo@swlfirm.com>

**Date:** 07/10/2013 05:48 PM

| | |
|---|---|
| Subject: | Re: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601 |

Lucy --

Following up on our correspondence below, Plaintiffs agree to the scope of your proposed e-mail production as contained in your May 10, 2013 letter to Caroline Mitchell with two exceptions. First, we have reviewed the e-mails already been produced by ADC and have identified Tara R. Diaz as an additional custodian to be searched using the terms and date ranges proposed in your May 10 letter. Ms. Diaz's name occurred on a number of e-mails that did not also include Mr. Ryan, Mr. Pratt, and Mr. Profiri and thus will not be captured in your proposed search. Accordingly, Plaintiffs request that you add Ms. Diaz as a fourth custodian to be searched.

Second, as I noted in my May 23 e-mail, we believe that similar searches for e-mails between the ADC and Corizon are appropriate for the time period covering the Corizon contract. While we are not withdrawing that request, please conduct the search as described in your May 10 letter, with the addition of Ms. Diaz, and produce any relevant and responsive e-mails.

Finally, I am transitioning off of the *Parsons* litigation. Please conduct further correspondence regarding e-mail production to the attention of Laurens Wilkes and Caroline Mitchell.

Best regards,

Scott Medsker
**************************
R. Scott Medsker
Jones Day
51 Louisiana Ave, N.W.
Washington, D.C. 20001
Direct Line: (202) 879-3837

| | |
|---|---|
| From: | R. Scott Medsker/JonesDay |
| To: | "Rand, Lucy" <Lucy.Rand@azag.gov> |
| Cc: | "'Bender, Amy (abender@swlfirm.com)'" <abender@swlfirm.com>, "'Amy Fettig (afettig@npp-aclu-.org)'" <afettig@npp-aclu.org>, "'Fletcher, Ashlee (afletcher@swlfirm.com)'" <afletcher@swlfirm.com>, "'Gerlicher, Amelia (agerlicher@perkinscoie.com)'" <agerlicher@perkinscoie.com>, "'Hardy, Alison (ahardy@prisonlaw.com)'" <ahardy@prisonlaw.com>, "'Orcutt, Anne (aorcutt@swlfirm.com)'" <aorcutt@swlfirm.com>, "'Quereshi, Ajmel (aquereshi@npp-aclu.org)'" <aquereshi@npp-aclu.org>, "Zuerlein, Ashley" <Ashley.Zuerlein@azag.gov>, "'Varma, Asim (avarma@azdisabilitylaw.org)'" <avarma@azdisabilitylaw.org>, "'Cloman, Courtney (ccloman@swlfirm.com)'" <ccloman@swlfirm.com>, "CZARSTY, CURT" <CCZARSTY@azcorrections.gov>, "'Kendrick, Corene (ckendrick@prisonlaw.com)'" <ckendrick@prisonlaw.com>, 'Caroline N Mitchell' <cnmitchell@JonesDay.com>, "'Webb, Colleen (cwebb@swlfirm.com)'" <cwebb@swlfirm.com>, "'Pochada, Daniel (danpoc@cox.net)'" <danpoc@cox.net>, "'Barr, Daniel (dbarr@perkinscoie.com)'" <dbarr@perkinscoie.com>, "'Fathi, David (dfathi@npp-aclu.org)'" <dfathi@npp-aclu.org>, |

| | |
|---|---|
| | "'Kiernan, David (dkiernan@jonesday.com)'" <dkiernan@jonesday.com>, "'Northup, Dawn - ADC (DNorthup@azcorrections.gov)'" <DNorthup@azcorrections.gov>, "'Pochoda, Daniel (dpochoda@acluaz.org)'" <dpochoda@acluaz.org>, "'Specter, Donald (dspecter@prisonlaw.com)'" <dspecter@prisonlaw.com>, "'Struck, Dan Patrick (dstruck@swlfirm.com)'" <dstruck@swlfirm.com>, "'Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)'" <jalewelt@azdisabilitylaw.org>, "'Gray, John (jhgray@perkinscoie.com)'" <jhgray@perkinscoie.com>, "'Messina, Jennifer (jkmessina@jonesday.com)'" <jkmessina@jonesday.com>, "'Wilkes, John (jlwilkes@jonesday.com)'" <jlwilkes@jonesday.com>, "'Lyall, James (jlyall@acluaz.org)'" <jlyall@acluaz.org>, "Watanabe, Katherine" <Katherine.Watanabe@azag.gov>, "'KDudley@azcorrections.gov'" <KDudley@azcorrections.gov>, "'Eidenbach, Kirstin (keidenbach@perkinscoie.com)'" <keidenbach@perkinscoie.com>, "'Flood, Kelly (kflood@acluaz.org)'" <kflood@acluaz.org>, "'Mamedova, Kamilla (kmamedova@jonesday.com)'" <kmamedova@jonesday.com>, "'Shadoan, Kimberly (kshadoan@swlfirm.com)'" <kshadoan@swlfirm.com>, "'Wieneke, Kathleen (kwieneke@swlfirm.com)'" <kwieneke@swlfirm.com>, "'du Mee, Matthew (mdumee@perkinscoie.com)'" <mdumee@perkinscoie.com>, "Gottfried, Michael" <Michael.Gottfried@azag.gov>, "'Acedo, Nicholas (nacedo@swlfirm.com)'" <nacedo@swlfirm.com>, "'Love, Rachel (rlove@swlfirm.com)'" <rlove@swlfirm.com>, "'Calderon, Sophia (scalderon@jonesday.com)'" <scalderon@jonesday.com>, "'Kader, Sarah (skader@azdisabilitylaw.org)'" <skader@azdisabilitylaw.org>, "'Norman, Sara (snorman@prisonlaw.com)'" <snorman@prisonlaw.com>, "'Rauh, Sarah (srauh@jonesday.com)'" <srauh@jonesday.com>, "'Wolford, Sherri (swolford@swlfirm.com)'" <swolford@swlfirm.com>, "'Bojanowski, Timothy (tbojanowski@swlfirm.com)'" <tbojanowski@swlfirm.com>, "'Mayo, Therese (tmayo@swlfirm.com)'" <tmayo@swlfirm.com> |
| Date: | 05/23/2013 02:43 PM |
| Subject: | Re: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601 |

Lucy --

Our contact at Xact is Nick Reizen, the Vice President of Electronic Discovery.  He can be reached at nreizen@xactdatadiscovery.com or (214) 545-6069.

Regarding your inquiry about the scope of the search, we certainly agree that your proposed terms are a valid starting point for the e-mail search.  We are reviewing the e-mails previously produced by the ADC and Wexford to determine whether there are individuals in addition to Messrs. Pratt, Ryan, and Profiri who regularly correspond with Wexford via e-mail.  Additionally, we believe that similar searches for e-mails between the ADC and Corizon are appropriate for the time period covering the Corizon contract.  We will be in contact next week to identify any additional custodians that Plaintiffs believe should be searched.

Best regards,

R. Scott Medsker

Jones Day
51 Louisiana Ave, N.W.
Washington, D.C. 20001
Direct Line: (202) 879-3837

| | |
|---|---|
| From: | "Rand, Lucy" <Lucy.Rand@azag.gov> |
| To: | "'R. Scott Medsker'" <rsmedsker@JonesDay.com> |

Cc: "'Bender, Amy (abender@swlfirm.com)'" <abender@swlfirm.com>, "'Amy Fettig (afettig@npp-aclu-.org)'" <afettig@npp-aclu.org>, "'Fletcher, Ashlee (afletcher@swlfirm.com)'" <afletcher@swlfirm.com>, "'Gerlicher, Amelia (agerlicher@perkinscoie.com)'" <agerlicher@perkinscoie.com>, "'Hardy, Alison (ahardy@prisonlaw.com)'" <ahardy@prisonlaw.com>, "'Orcutt, Anne (aorcutt@swlfirm.com)'" <aorcutt@swlfirm.com>, "'Quereshi, Ajmel (aquereshi@npp-aclu.org)'" <aquereshi@npp-aclu.org>, "Zuerlein, Ashley" <Ashley.Zuerlein@azag.gov>, "'Varma, Asim (avarma@azdisabilitylaw.org)'" <avarma@azdisabilitylaw.org>, "'Cloman, Courtney (ccloman@swlfirm.com)'" <ccloman@swlfirm.com>, "'CZARSTY, CURT'" <CCZARSTY@azcorrections.gov>, "'Kendrick, Corene (ckendrick@prisonlaw.com)'" <ckendrick@prisonlaw.com>, 'Caroline N Mitchell' <cnmitchell@JonesDay.com>, "'Webb, Colleen (cwebb@swlfirm.com)'" <cwebb@swlfirm.com>, "'Pochada, Daniel (danpoc@cox.net)'" <danpoc@cox.net>, "'Barr, Daniel (dbarr@perkinscoie.com)'" <dbarr@perkinscoie.com>, "'Fathi, David (dfathi@npp-aclu.org)'" <dfathi@npp-aclu.org>, "'Kiernan, David (dkiernan@jonesday.com)'" <dkiernan@jonesday.com>, "'Northup, Dawn - ADC (DNorthup@azcorrections.gov)'" <DNorthup@azcorrections.gov>, "'Pochoda, Daniel (dpochoda@acluaz.org)'" <dpochoda@acluaz.org>, "'Specter, Donald (dspecter@prisonlaw.com)'" <dspecter@prisonlaw.com>, "'Struck, Dan Patrick (dstruck@swlfirm.com)'" <dstruck@swlfirm.com>, "'Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)'" <jalewelt@azdisabilitylaw.org>, "'Gray, John (jhgray@perkinscoie.com)'" <jhgray@perkinscoie.com>, "'Messina, Jennifer (jkmessina@jonesday.com)'" <jkmessina@jonesday.com>, "'Wilkes, John (jlwilkes@jonesday.com)'" <jlwilkes@jonesday.com>, "'Lyall, James (jlyall@acluaz.org)'" <jlyall@acluaz.org>, "Watanabe, Katherine" <Katherine.Watanabe@azag.gov>, "'KDudley@azcorrections.gov'" <KDudley@azcorrections.gov>, "'Eidenbach, Kirstin (keidenbach@perkinscoie.com)'" <keidenbach@perkinscoie.com>, "'Flood, Kelly (kflood@acluaz.org)'" <kflood@acluaz.org>, "'Mamedova, Kamilla (kmamedova@jonesday.com)'" <kmamedova@jonesday.com>, "'Shadoan, Kimberly (kshadoan@swlfirm.com)'" <kshadoan@swlfirm.com>, "'Wieneke, Kathleen (kwieneke@swlfirm.com)'" <kwieneke@swlfirm.com>, "'du Mee, Matthew (mdumee@perkinscoie.com)'" <mdumee@perkinscoie.com>, "Gottfried, Michael" <Michael.Gottfried@azag.gov>, "'Acedo, Nicholas (nacedo@swlfirm.com)'" <nacedo@swlfirm.com>, "'Love, Rachel (rlove@swlfirm.com)'" <rlove@swlfirm.com>, "'Calderon, Sophia (scalderon@jonesday.com)'" <scalderon@jonesday.com>, "'Kader, Sarah (skader@azdisabilitylaw.org)'" <skader@azdisabilitylaw.org>, "'Norman, Sara (snorman@prisonlaw.com)'" <snorman@prisonlaw.com>, "'Rauh, Sarah (srauh@jonesday.com)'" <srauh@jonesday.com>, "'Wolford, Sherri (swolford@swlfirm.com)'" <swolford@swlfirm.com>, "'Bojanowski, Timothy (tbojanowski@swlfirm.com)'" <tbojanowski@swlfirm.com>, "'Mayo, Therese (tmayo@swlfirm.com)'" <tmayo@swlfirm.com>

Date: 05/22/2013 05:22 PM

Subject: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601

Scott,

I am checking with you to see if you have a response to my May 14, 2013, question below.

Thank you.

Lucy M. Rand,
Assistant Attorney General
(602) 542-7683 Dir.

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed.  If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683.  Thank you.

**From:** Rand, Lucy
**Sent:** Tuesday, May 14, 2013 3:33 PM
**To:** 'R. Scott Medsker'

**Cc:** 'Bender, Amy (abender@swlfirm.com)'; 'Amy Fettig (afettig@npp-aclu-.org)'; 'Fletcher, Ashlee (afletcher@swlfirm.com)'; 'Gerlicher, Amelia (agerlicher@perkinscoie.com)'; 'Hardy, Alison (ahardy@prisonlaw.com)'; 'Orcutt, Anne (aorcutt@swlfirm.com)'; 'Quereshi, Ajmel (aquereshi@npp-aclu.org)'; Zuerlein, Ashley; 'Varma, Asim (avarma@azdisabilitylaw.org)'; 'Cloman, Courtney (ccloman@swlfirm.com)'; 'CZARSTY, CURT'; 'Kendrick, Corene (ckendrick@prisonlaw.com)'; 'Caroline N Mitchell'; 'Webb, Colleen (cwebb@swlfirm.com)'; 'Pochada, Daniel (danpoc@cox.net)'; 'Barr, Daniel (dbarr@perkinscoie.com)'; 'Fathi, David (dfathi@npp-aclu.org)'; 'Kiernan, David (dkiernan@jonesday.com)'; 'Northup, Dawn - ADC (DNorthup@azcorrections.gov)'; 'Pochoda, Daniel (dpochoda@acluaz.org)'; 'Specter, Donald (dspecter@prisonlaw.com)'; 'Struck, Dan Patrick (dstruck@swlfirm.com)'; 'Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)'; 'Gray, John (jhgray@perkinscoie.com)'; 'Messina, Jennifer (jkmessina@jonesday.com)'; 'Wilkes, John (jlwilkes@jonesday.com)'; 'Lyall, James (jlyall@acluaz.org)'; Watanabe, Katherine; 'KDudley@azcorrections.gov'; 'Eidenbach, Kirstin (keidenbach@perkinscoie.com)'; 'Flood, Kelly (kflood@acluaz.org)'; 'Mamedova, Kamilla (kmamedova@jonesday.com)'; 'Shadoan, Kimberly (kshadoan@swlfirm.com)'; 'Wieneke, Kathleen (kwieneke@swlfirm.com)'; 'du Mee, Matthew (mdumee@perkinscoie.com)'; Gottfried, Michael; 'Acedo, Nicholas (nacedo@swlfirm.com)'; 'Love, Rachel (rlove@swlfirm.com)'; 'Calderon, Sophia (scalderon@jonesday.com)'; 'Kader, Sarah (skader@azdisabilitylaw.org)'; 'Norman, Sara (snorman@prisonlaw.com)'; 'Rauh, Sarah (srauh@jonesday.com)'; 'Wolford, Sherri (swolford@swlfirm.com)'; 'Bojanowski, Timothy (tbojanowski@swlfirm.com)'; 'Mayo, Therese (tmayo@swlfirm.com)'
**Subject:** RE: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601

Scott,

Thank you for the estimate.   Would you be able to provide a contact at Xact so that we may look into this option?

Also, Plaintiffs have neither offered any suggestions for narrowing the current search nor objected to the search criteria; therefore, am I correct in understanding that Plaintiffs do not have any objections to the search criteria thus far?

Lucy

Lucy M. Rand,
Assistant Attorney General
(602) 542-7683 Dir.

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed.  If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683.  Thank you.

**From:** R. Scott Medsker [mailto:rsmedsker@JonesDay.com]
**Sent:** Tuesday, May 14, 2013 3:10 PM
**To:** Rand, Lucy
**Cc:** 'Bender, Amy (abender@swlfirm.com)'; 'Amy Fettig (afettig@npp-aclu-.org)'; 'Fletcher, Ashlee (afletcher@swlfirm.com)'; 'Gerlicher, Amelia (agerlicher@perkinscoie.com)'; 'Hardy, Alison (ahardy@prisonlaw.com)'; 'Orcutt, Anne (aorcutt@swlfirm.com)'; 'Quereshi, Ajmel (aquereshi@npp-aclu.org)'; Zuerlein, Ashley; 'Varma, Asim (avarma@azdisabilitylaw.org)'; 'Cloman, Courtney (ccloman@swlfirm.com)'; 'CZARSTY, CURT'; 'Kendrick, Corene (ckendrick@prisonlaw.com)'; 'Caroline N Mitchell'; 'Webb, Colleen (cwebb@swlfirm.com)'; 'Pochada, Daniel (danpoc@cox.net)'; 'Barr,

'Caroline N Mitchell'; 'Webb, Colleen (cwebb@swlfirm.com)'; 'Pochada, Daniel (danpoc@cox.net)'; 'Barr, Daniel (dbarr@perkinscoie.com)'; 'Fathi, David (dfathi@npp-aclu.org)'; 'Kiernan, David (dkiernan@jonesday.com)'; 'Northup, Dawn - ADC (DNorthup@azcorrections.gov)'; 'Pochoda, Daniel (dpochoda@acluaz.org)'; 'Specter, Donald (dspecter@prisonlaw.com)'; 'Struck, Dan Patrick (dstruck@swlfirm.com)'; 'Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)'; 'Gray, John (jhgray@perkinscoie.com)'; 'Messina, Jennifer (jkmessina@jonesday.com)'; 'Wilkes, John (jlwilkes@jonesday.com)'; 'Lyall, James (jlyall@acluaz.org)'; Watanabe, Katherine; 'KDudley@azcorrections.gov'; 'Eidenbach, Kirstin (keidenbach@perkinscoie.com)'; 'Flood, Kelly (kflood@acluaz.org)'; 'Mamedova, Kamilla (kmamedova@jonesday.com)'; 'Shadoan, Kimberly (kshadoan@swlfirm.com)'; 'Wieneke, Kathleen (kwieneke@swlfirm.com)'; 'du Mee, Matthew (mdumee@perkinscoie.com)'; Gottfried, Michael; 'Acedo, Nicholas (nacedo@swlfirm.com)'; 'Love, Rachel (rlove@swlfirm.com)'; 'Calderon, Sophia (scalderon@jonesday.com)'; 'Kader, Sarah (skader@azdisabilitylaw.org)'; 'Norman, Sara (snorman@prisonlaw.com)'; 'Rauh, Sarah (srauh@jonesday.com)'; 'Wolford, Sherri (swolford@swlfirm.com)'; 'Bojanowski, Timothy (tbojanowski@swlfirm.com)'; 'Mayo, Therese (tmayo@swlfirm.com)'
**Subject:** RE: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601

Lucy --

Regarding your below correspondence with Caroline Mitchell, we have found a more cost effective option for your consideration.  We have obtained a quote from Xact, which has offices in Phoenix, who says that they can do the de-duplication, including e-mail chain de-duplication, date filtering and a search, for $50 per GB.  When estimating costs, we frequently assume that e-mail data could increase in size by as much as 40% depending on the number of attachments, etc., associated with the e-mails.  As a result, assuming that your 2.47 GB of data could be closer to 3.5 GB of data, Xact could perform the e-mail chain de-duplication, date filtering, and search for approximately $175.

Once de-duplication is completed, the resulting data could be delivered in either native format, at a cost of $100 per GB, or in TIFF format at a cost of $250 per GB.  Even assuming (1) that the de-duplication only produces a slight reduction in the data set and (2) that you continue to review in TIFF, the processing and conversion to TIFF would cost $750 (3.0 GB * $250/GB).  This brings the total estimate to approximately $925 ($175 for de-duplication, plus $750 for conversion to TIFF), which is less than two-thirds of the estimate below.  Native delivery would be only $300, keeping the total significantly lower.

Please let us know if you have any questions.

Best regards,

R. Scott Medsker
Jones Day
51 Louisiana Ave, N.W.
Washington, D.C. 20001
Direct Line: (202) 879-3837

From: "Rand, Lucy" <Lucy.Rand@azag.gov>

To: 'Caroline N Mitchell' <cnmitchell@JonesDay.com>

Cc: "'Bender, Amy (abender@swlfirm.com)'" <abender@swlfirm.com>, "'Amy Fettig (afettig@npp-aclu-.org)'" <afettig@npp-aclu.org>,

| | |
|---|---|
| c: | "'Fletcher, Ashlee (afletcher@swlfirm.com)'" <afletcher@swlfirm.com>, "'Gerlicher, Amelia (agerlicher@perkinscoie.com)'" <agerlicher@perkinscoie.com>, "'Hardy, Alison (ahardy@prisonlaw.com)'" <ahardy@prisonlaw.com>, "'Orcutt, Anne (aorcutt@swlfirm.com)'" <aorcutt@swlfirm.com>, "'Quereshi, Ajmel (aquereshi@npp-aclu.org)'" <aquereshi@npp-aclu.org>, "Zuerlein, Ashley" <Ashley.Zuerlein@azag.gov>, "'Varma, Asim (avarma@azdisabilitylaw.org)'" <avarma@azdisabilitylaw.org>, "'Cloman, Courtney (ccloman@swlfirm.com)'" <ccloman@swlfirm.com>, "'CZARSTY, CURT'" <CCZARSTY@azcorrections.gov>, "'Kendrick, Corene (ckendrick@prisonlaw.com)'" <ckendrick@prisonlaw.com>, "'Webb, Colleen (cwebb@swlfirm.com)'" <cwebb@swlfirm.com>, "'Pochada, Daniel (danpoc@cox.net)'" <danpoc@cox.net>, "'Barr, Daniel (dbarr@perkinscoie.com)'" <dbarr@perkinscoie.com>, "'Fathi, David (dfathi@npp-aclu.org)'" <dfathi@npp-aclu.org>, "'Kiernan, David (dkiernan@jonesday.com)'" <dkiernan@jonesday.com>, "'Northup, Dawn - ADC (DNorthup@azcorrections.gov)'" <DNorthup@azcorrections.gov>, "'Pochoda, Daniel (dpochoda@acluaz.org)'" <dpochoda@acluaz.org>, "'Specter, Donald (dspecter@prisonlaw.com)'" <dspecter@prisonlaw.com>, "'Struck, Dan Patrick (dstruck@swlfirm.com)'" <dstruck@swlfirm.com>, "'Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)'" <jalewelt@azdisabilitylaw.org>, "'Gray, John (jhgray@perkinscoie.com)'" <jhgray@perkinscoie.com>, "'Messina, Jennifer (jkmessina@jonesday.com)'" <jkmessina@jonesday.com>, "'Wilkes, John (jlwilkes@jonesday.com)'" <jlwilkes@jonesday.com>, "'Lyall, James (jlyall@acluaz.org)'" <jlyall@acluaz.org>, "Watanabe, Katherine" <Katherine.Watanabe@azag.gov>, "'KDudley@azcorrections.gov'" <KDudley@azcorrections.gov>, "'Eidenbach, Kirstin (keidenbach@perkinscoie.com)'" <keidenbach@perkinscoie.com>, "'Flood, Kelly (kflood@acluaz.org)'" <kflood@acluaz.org>, "'Mamedova, Kamilla (kmamedova@jonesday.com)'" <kmamedova@jonesday.com>, "'Shadoan, Kimberly (kshadoan@swlfirm.com)'" <kshadoan@swlfirm.com>, "'Wieneke, Kathleen (kwieneke@swlfirm.com)'" <kwieneke@swlfirm.com>, "'du Mee, Matthew (mdumee@perkinscoie.com)'" <mdumee@perkinscoie.com>, "Gottfried, Michael" <Michael.Gottfried@azag.gov>, "'Acedo, Nicholas (nacedo@swlfirm.com)'" <nacedo@swlfirm.com>, "'Love, Rachel (rlove@swlfirm.com)'" <rlove@swlfirm.com>, "'Medsker, R. Scott (rsmedsker@jonesday.com)'" <rsmedsker@jonesday.com>, "'Calderon, Sophia (scalderon@jonesday.com)'" <scalderon@jonesday.com>, "'Kader, Sarah (skader@azdisabilitylaw.org)'" <skader@azdisabilitylaw.org>, "'Norman, Sara (snorman@prisonlaw.com)'" <snorman@prisonlaw.com>, "'Rauh, Sarah (srauh@jonesday.com)'" <srauh@jonesday.com>, "'Wolford, Sherri (swolford@swlfirm.com)'" <swolford@swlfirm.com>, "'Bojanowski, Timothy (tbojanowski@swlfirm.com)'" <tbojanowski@swlfirm.com>, "'Mayo, Therese (tmayo@swlfirm.com)'" <tmayo@swlfirm.com>, "Gottfried, Michael" <Michael.Gottfried@azag.gov> |
| Date: | 05/13/2013 08:06 PM |
| Subject: | RE: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601 |

Caroline,

The 16,245 e-mails (and their attachments) constitutes approximately 2.47 GB of data, which will cost approximately $1,544 to process (make OCR-able and convert to TIFF format) into a form that can be reviewed and redacted.

Lucy

Lucy M. Rand,
Assistant Attorney General
(602) 542-7683 Dir.

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed.  If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683.  Thank you.

**From:** Caroline N Mitchell [mailto:cnmitchell@JonesDay.com]
**Sent:** Monday, May 13, 2013 4:58 PM
**To:** Rand, Lucy
**Cc:** 'Bender, Amy (abender@swlfirm.com)'; 'Amy Fettig (afettig@npp-aclu-.org)'; 'Fletcher, Ashlee (afletcher@swlfirm.com)'; 'Gerlicher, Amelia (agerlicher@perkinscoie.com)'; 'Hardy, Alison (ahardy@prisonlaw.com)'; 'Orcutt, Anne (aorcutt@swlfirm.com)'; 'Quereshi, Ajmel (aquereshi@npp-aclu.org)'; Zuerlein, Ashley; 'Varma, Asim (avarma@azdisabilitylaw.org)'; 'Cloman, Courtney (ccloman@swlfirm.com)'; 'CZARSTY, CURT'; 'Kendrick, Corene (ckendrick@prisonlaw.com)'; 'Webb, Colleen (cwebb@swlfirm.com)'; 'Pochada, Daniel (danpoc@cox.net)'; 'Barr, Daniel (dbarr@perkinscoie.com)'; 'Fathi, David (dfathi@npp-aclu.org)'; 'Kiernan, David (dkiernan@jonesday.com)'; 'Northup, Dawn - ADC (DNorthup@azcorrections.gov)'; 'Pochoda, Daniel (dpochoda@acluaz.org)'; 'Specter, Donald (dspecter@prisonlaw.com)'; 'Struck, Dan Patrick (dstruck@swlfirm.com)'; 'Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)'; 'Gray, John (jhgray@perkinscoie.com)'; 'Messina, Jennifer (jkmessina@jonesday.com)'; 'Wilkes, John (jlwilkes@jonesday.com)'; 'Lyall, James (jlyall@acluaz.org)'; Watanabe, Katherine; 'KDudley@azcorrections.gov'; 'Eidenbach, Kirstin (keidenbach@perkinscoie.com)'; 'Flood, Kelly (kflood@acluaz.org)'; 'Mamedova, Kamilla (kmamedova@jonesday.com)'; 'Shadoan, Kimberly (kshadoan@swlfirm.com)'; 'Wieneke, Kathleen (kwieneke@swlfirm.com)'; 'du Mee, Matthew (mdumee@perkinscoie.com)'; Gottfried, Michael; 'Acedo, Nicholas (nacedo@swlfirm.com)'; 'Love, Rachel (rlove@swlfirm.com)'; 'Medsker, R. Scott (rsmedsker@jonesday.com)'; 'Calderon, Sophia (scalderon@jonesday.com)'; 'Kader, Sarah (skader@azdisabilitylaw.org)'; 'Norman, Sara (snorman@prisonlaw.com)'; 'Rauh, Sarah (srauh@jonesday.com)'; 'Wolford, Sherri (swolford@swlfirm.com)'; 'Bojanowski, Timothy (tbojanowski@swlfirm.com)'; 'Mayo, Therese (tmayo@swlfirm.com)'
**Subject:** RE: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601

Hi Lucy,

How many gigabytes is the 16,245 email?

Thank you,

Caroline

Caroline Mitchell
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104-1500

Telephone:  (415) 875-5712
Fax: (415) 875-5700
e-mail: cnmitchell@jonesday.com

From: "Rand, Lucy" <Lucy.Rand@azag.gov>

T 'Caroline N Mitchell' <cnmitchell@JonesDay.com>

Cc: "'Bender, Amy (abender@swlfirm.com)'" <abender@swlfirm.com>, "'Amy Fettig (afettig@npp-aclu-.org)'" <afettig@npp-aclu.org>, "'Fletcher, Ashlee (afletcher@swlfirm.com)'" <afletcher@swlfirm.com>, "'Gerlicher, Amelia (agerlicher@perkinscoie.com)'" <agerlicher@perkinscoie.com>, "'Hardy, Alison (ahardy@prisonlaw.com)'" <ahardy@prisonlaw.com>, "'Orcutt, Anne (aorcutt@swlfirm.com)'" <aorcutt@swlfirm.com>, "'Quereshi, Ajmel (aquereshi@npp-aclu.org)'" <aquereshi@npp-aclu.org>, "Zuerlein, Ashley" <Ashley.Zuerlein@azag.gov>, "'Varma, Asim (avarma@azdisabilitylaw.org)'" <avarma@azdisabilitylaw.org>, "'Cloman, Courtney (ccloman@swlfirm.com)'" <ccloman@swlfirm.com>, "'CZARSTY, CURT'" <CCZARSTY@azcorrections.gov>, "'Kendrick, Corene (ckendrick@prisonlaw.com)'" <ckendrick@prisonlaw.com>, "'Webb, Colleen (cwebb@swlfirm.com)'" <cwebb@swlfirm.com>, "'Pochada, Daniel (danpoc@cox.net)'" <danpoc@cox.net>, "'Barr, Daniel (dbarr@perkinscoie.com)'" <dbarr@perkinscoie.com>, "'Fathi, David (dfathi@npp-aclu.org)'" <dfathi@npp-aclu.org>, "'Kiernan, David (dkiernan@jonesday.com)'" <dkiernan@jonesday.com>, "'Northup, Dawn - ADC (DNorthup@azcorrections.gov)'" <DNorthup@azcorrections.gov>, "'Pochoda, Daniel (dpochoda@acluaz.org)'" <dpochoda@acluaz.org>, "'Specter, Donald (dspecter@prisonlaw.com)'" <dspecter@prisonlaw.com>, "'Struck, Dan Patrick (dstruck@swlfirm.com)'" <dstruck@swlfirm.com>, "'Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)'" <jalewelt@azdisabilitylaw.org>, "'Gray, John (jhgray@perkinscoie.com)'" <jhgray@perkinscoie.com>, "'Messina, Jennifer (jkmessina@jonesday.com)'" <jkmessina@jonesday.com>, "'Wilkes, John (jlwilkes@jonesday.com)'" <jlwilkes@jonesday.com>, "'Lyall, James (jlyall@acluaz.org)'" <jlyall@acluaz.org>, "Watanabe, Katherine" <Katherine.Watanabe@azag.gov>, "'KDudley@azcorrections.gov'" <KDudley@azcorrections.gov>, "'Eidenbach, Kirstin (keidenbach@perkinscoie.com)'" <keidenbach@perkinscoie.com>, "'Flood, Kelly (kflood@acluaz.org)'" <kflood@acluaz.org>, "'Mamedova, Kamilla (kmamedova@jonesday.com)'" <kmamedova@jonesday.com>, "'Shadoan, Kimberly (kshadoan@swlfirm.com)'" <kshadoan@swlfirm.com>, "Wieneke, Kathleen (kwieneke@swlfirm.com)" <kwieneke@swlfirm.com>, "'du Mee, Matthew (mdumee@perkinscoie.com)'" <mdumee@perkinscoie.com>, "Gottfried, Michael" <Michael.Gottfried@azag.gov>, "'Acedo, Nicholas (nacedo@swlfirm.com)'" <nacedo@swlfirm.com>, "'Love, Rachel (rlove@swlfirm.com)'" <rlove@swlfirm.com>, "'Medsker, R. Scott (rsmedsker@jonesday.com)'" <rsmedsker@jonesday.com>, "'Calderon, Sophia (scalderon@jonesday.com)'" <scalderon@jonesday.com>, "'Kader, Sarah (skader@azdisabilitylaw.org)'" <skader@azdisabilitylaw.org>, "'Norman, Sara (snorman@prisonlaw.com)'" <snorman@prisonlaw.com>, "'Rauh, Sarah (srauh@jonesday.com)'" <srauh@jonesday.com>, "'Wolford, Sherri (swolford@swlfirm.com)'" <swolford@swlfirm.com>, "Bojanowski, Timothy (tbojanowski@swlfirm.com)" <tbojanowski@swlfirm.com>, "'Mayo, Therese (tmayo@swlfirm.com)'" <tmayo@swlfirm.com>

Date: 05/10/2013 04:46 PM

Subject: RE: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601

Caroline,

The only way to de-dupe the e-mails is to have them processed by EPIQ.  In this current proposal, we are bypassing EnCase and, therefore, any de-duping previously performed in EnCase also will be bypassed.

Lucy M. Rand,
Assistant Attorney General

(602) 542-7683 Dir.

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed.  If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683.  Thank you.

**From:** Caroline N Mitchell [mailto:cnmitchell@JonesDay.com]
**Sent:** Friday, May 10, 2013 4:43 PM
**To:** Rand, Lucy
**Cc:** Bender, Amy (abender@swlfirm.com); Amy Fettig (afettig@npp-aclu-.org); Fletcher, Ashlee (afletcher@swlfirm.com); Gerlicher, Amelia (agerlicher@perkinscoie.com); Hardy, Alison (ahardy@prisonlaw.com); Orcutt, Anne (aorcutt@swlfirm.com); Quereshi, Ajmel (aquereshi@npp-aclu.org); Zuerlein, Ashley; Varma, Asim (avarma@azdisabilitylaw.org); Cloman, Courtney (ccloman@swlfirm.com); 'CZARSTY, CURT'; Kendrick, Corene (ckendrick@prisonlaw.com); Webb, Colleen (cwebb@swlfirm.com); Pochada, Daniel (danpoc@cox.net); Barr, Daniel (dbarr@perkinscoie.com); Fathi, David (dfathi@npp-aclu.org); Kiernan, David (dkiernan@jonesday.com); Northup, Dawn - ADC (DNorthup@azcorrections.gov); Pochoda, Daniel (dpochoda@acluaz.org); Specter, Donald (dspecter@prisonlaw.com); Struck, Dan Patrick (dstruck@swlfirm.com); Alewelt, Jennifer (jalewelt@azdisabilitylaw.org); Gray, John (jhgray@perkinscoie.com); Messina, Jennifer (jkmessina@jonesday.com); Wilkes, John (jlwilkes@jonesday.com); Lyall, James (jlyall@acluaz.org); Watanabe, Katherine; KDudley@azcorrections.gov; Eidenbach, Kirstin (keidenbach@perkinscoie.com); Flood, Kelly (kflood@acluaz.org); Mamedova, Kamilla (kmamedova@jonesday.com); Shadoan, Kimberly (kshadoan@swlfirm.com); Wieneke, Kathleen (kwieneke@swlfirm.com); Rand, Lucy; du Mee, Matthew (mdumee@perkinscoie.com); Gottfried, Michael; Acedo, Nicholas (nacedo@swlfirm.com); Love, Rachel (rlove@swlfirm.com); Medsker, R. Scott (rsmedsker@jonesday.com); Calderon, Sophia (scalderon@jonesday.com); Kader, Sarah (skader@azdisabilitylaw.org); Norman, Sara (snorman@prisonlaw.com); Rauh, Sarah (srauh@jonesday.com); Wolford, Sherri (swolford@swlfirm.com); Bojanowski, Timothy (tbojanowski@swlfirm.com); Mayo, Therese (tmayo@swlfirm.com)
**Subject:** Re: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601

Hi Lucy,

Thank you for the letter.  As an initial step to assessing the true burden of the limited review you are currently focused on, is it possible for you to de-dupe the 16,245 so that you only produce any given email chain once (providing that all links in the email and all recipients of the email are identified)?  That should substantial reduce the number of email at issue.  As to the other issues addressed in your email, we are reviewing those issues and will respond to you shortly.

Thank you,

Caroline

Caroline Mitchell
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104-1500

Telephone:  (415) 875-5712
Fax: (415) 875-5700
e-mail: cnmitchell@jonesday.com

From:    "Rand, Lucy" <Lucy.Rand@azag.gov>

| | |
|---|---|
| To: | "Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)" <jalewelt@azdisabilitylaw.org>, "Kader, Sarah (skader@azdisabilitylaw.org)" <skader@azdisabilitylaw.org>, "Varma, Asim (avarma@azdisabilitylaw.org)" <avarma@azdisabilitylaw.org>, "Amy Fettig (afettig@npp-aclu-.org)" <afettig@npp-aclu.org>, "Fathi, David (dfathi@npp-aclu.org)" <dfathi@npp-aclu.org>, "Flood, Kelly (kflood@acluaz.org)" <kflood@acluaz.org>, "Lyall, James (jlyall@acluaz.org)" <jlyall@acluaz.org>, "Pochada, Daniel (danpoc@cox.net)" <danpoc@cox.net>, "Pochoda, Daniel (dpochoda@acluaz.org)" <dpochoda@acluaz.org>, "Quereshi, Ajmel (aquereshi@npp-aclu.org)" <aquereshi@npp-aclu.org>, "Calderon, Sophia (scalderon@jonesday.com)" <scalderon@jonesday.com>, "Kiernan, David (dkiernan@jonesday.com)" <dkiernan@jonesday.com>, "Mamedova, Kamilla (kmamedova@jonesday.com)" <kmamedova@jonesday.com>, "Medsker, R. Scott (rsmedsker@jonesday.com)" <rsmedsker@jonesday.com>, "Messina, Jennifer (jkmessina@jonesday.com)" <jkmessina@jonesday.com>, "Mitchell, Caroline (cnmitchell@jonesday.com)" <cnmitchell@jonesday.com>, "Rauh, Sarah (srauh@jonesday.com)" <srauh@jonesday.com>, "Wilkes, John (jlwilkes@jonesday.com)" <jlwilkes@jonesday.com>, "Barr, Daniel (dbarr@perkinscoie.com)" <dbarr@perkinscoie.com>, "du Mee, Matthew (mdumee@perkinscoie.com)" <mdumee@perkinscoie.com>, "Eidenbach, Kirstin (keidenbach@perkinscoie.com)" <keidenbach@perkinscoie.com>, "Gerlicher, Amelia (agerlicher@perkinscoie.com)" <agerlicher@perkinscoie.com>, "Gray, John (jhgray@perkinscoie.com)" <jhgray@perkinscoie.com>, "Hardy, Alison (ahardy@prisonlaw.com)" <ahardy@prisonlaw.com>, "Kendrick, Corene (ckendrick@prisonlaw.com)" <ckendrick@prisonlaw.com>, "Norman, Sara (snorman@prisonlaw.com)" <snorman@prisonlaw.com>, "Specter, Donald (dspecter@prisonlaw.com)" <dspecter@prisonlaw.com> |
| Cc: | "'CZARSTY, CURT'" <CCZARSTY@azcorrections.gov>, "Northup, Dawn - ADC (DNorthup@azcorrections.gov)" <DNorthup@azcorrections.gov>, "KDudley@azcorrections.gov" <KDudley@azcorrections.gov>, "Gottfried, Michael" <Michael.Gottfried@azag.gov>, "Rand, Lucy" <Lucy.Rand@azag.gov>, "Watanabe, Katherine" <Katherine.Watanabe@azag.gov>, "Zuerlein, Ashley" <Ashley.Zuerlein@azag.gov>, "Acedo, Nicholas (nacedo@swlfirm.com)" <nacedo@swlfirm.com>, "Bojanowski, Timothy (tbojanowski@swlfirm.com)" <tbojanowski@swlfirm.com>, "Cloman, Courtney (ccloman@swlfirm.com)" <ccloman@swlfirm.com>, "Fletcher, Ashlee (afletcher@swlfirm.com)" <afletcher@swlfirm.com>, "Love, Rachel (rlove@swlfirm.com)" <rlove@swlfirm.com>, "Orcutt, Anne (aorcutt@swlfirm.com)" <aorcutt@swlfirm.com>, "Struck, Dan Patrick (dstruck@swlfirm.com)" <dstruck@swlfirm.com>, "Wieneke, Kathleen (kwieneke@swlfirm.com)" <kwieneke@swlfirm.com>, "Bender, Amy (abender@swlfirm.com)" <abender@swlfirm.com>, "Mayo, Therese (tmayo@swlfirm.com)" <tmayo@swlfirm.com>, "Shadoan, Kimberly (kshadoan@swlfirm.com)" <kshadoan@swlfirm.com>, "Webb, Colleen (cwebb@swlfirm.com)" <cwebb@swlfirm.com>, "Wolford, Sherri (swolford@swlfirm.com)" <swolford@swlfirm.com> |
| Date: | 05/10/2013 04:37 PM |
| Subject: | E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601 |

Counsel,

Please see attached letter regarding e-mail production.

Lucy

Lucy M. Rand,
Assistant Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
Department of Corrections Unit

Liability Management Section
1275 West Washington Street
Phoenix, AZ 85007-2926
(602) 542-1610 Operator
**(602) 542-7683 Direct**
(602) 542-7670 FAX

Lucy.Rand@azag.gov

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed.  If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683.  Thank you.[attachment "2013-05-10 LF Rand to Counsel (re email production).pdf" deleted by Caroline N Mitchell/JonesDay]

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========