# EXHIBIT A

# Rand, Lucy

**From:** Caroline N Mitchell <cnmitchell@JonesDay.com>
**Sent:** Wednesday, September 04, 2013 10:38 AM
**To:** Rand, Lucy
**Subject:** RE: Meet and Confer re: Email - PARSONS v. RYAN

Hi Lucy,

Will 10 a.m. work?  Plaintiffs want to discuss the email issues set forth below and the status of the production of materials from the expert tours.

Thanks,

Caroline

Caroline Mitchell
Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104-1500

Telephone:  (415) 875-5712
Fax: (415) 875-5700
e-mail: cnmitchell@jonesday.com

| From: | "Rand, Lucy" <Lucy.Rand@azag.gov> |
|---|---|
| To: | 'Caroline N Mitchell' <cnmitchell@JonesDay.com>, |
| Cc: | "Acedo, Nicholas (nacedo@swlfirm.com)" <nacedo@swlfirm.com>, "Bojanowski, Timothy (tbojanowski@swlfirm.com)" <tbojanowski@swlfirm.com>, "Cloman, Courtney (ccloman@swlfirm.com)" <ccloman@swlfirm.com>, "Fletcher, Ashlee (afletcher@swlfirm.com)" <afletcher@swlfirm.com>, "Love, Rachel (rlove@swlfirm.com)" <rlove@swlfirm.com>, "Orcutt, Anne (aorcutt@swlfirm.com)" <aorcutt@swlfirm.com>, "Struck, Dan Patrick (dstruck@swlfirm.com)" <dstruck@swlfirm.com>, "Wieneke, Kathleen (kwieneke@swlfirm.com)" <kwieneke@swlfirm.com>, "Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)" <jalewelt@azdisabilitylaw.org>, "Dooley, Cathleen (cdooley@azdisabilitylaw.org)" <cdooley@azdisabilitylaw.org>, "Kader, Sarah (skader@azdisabilitylaw.org)" <skader@azdisabilitylaw.org>, "Rico, JJ (jrico@azdisabilitylaw.org)" <jrico@azdisabilitylaw.org>, "Varma, Asim (avarma@azdisabilitylaw.org)" <avarma@azdisabilitylaw.org>, "Amy Fettig (afettig@npp-aclu.org)" <afettig@npp-aclu.org>, "Flood, Kelly (kflood@acluaz.org)" <kflood@acluaz.org>, "Lyall, James (jlyall@acluaz.org)" <jlyall@acluaz.org>, "Pochoda, Daniel (danpoc@cox.net)" <danpoc@cox.net>, "Pochoda, Daniel (dpochoda@acluaz.org)" <dpochoda@acluaz.org>, "Quereshi, Ajmel (aquereshi@npp-aclu.org)" <aquereshi@npp-aclu.org>, "Calderon, Sophia (scalderon@jonesday.com)" <scalderon@jonesday.com>, "'Freeman, Taylor (tfreeman@jonesday.com)'" <tfreeman@jonesday.com>, "Kiernan, David (dkiernan@jonesday.com)" <dkiernan@jonesday.com>, "Mamedova, Kamilla (kmamedova@jonesday.com)" <kmamedova@jonesday.com>, "Messina, Jennifer (jkmessina@jonesday.com)" <jkmessina@jonesday.com>, "Mitchell, Caroline (cnmitchell@jonesday.com)" <cnmitchell@jonesday.com>, "Rauh, Sarah (srauh@jonesday.com)" <srauh@jonesday.com>, "Wilkes, John (jlwilkes@jonesday.com)" <jlwilkes@jonesday.com>, "Barr, Daniel (dbarr@perkinscoie.com)" <dbarr@perkinscoie.com>, "du Mee, Matthew (mdumee@perkinscoie.com)" <mdumee@perkinscoie.com>, "Eidenbach, Kirstin (keidenbach@perkinscoie.com)" <keidenbach@perkinscoie.com>, "Gerlicher, Amelia (agerlicher@perkinscoie.com)" <agerlicher@perkinscoie.com>, "Gray, John (jhgray@perkinscoie.com)" <jhgray@perkinscoie.com>, "Hardy, Alison (ahardy@prisonlaw.com)" <ahardy@prisonlaw.com>, "Kendrick, Corene (ckendrick@prisonlaw.com)" <ckendrick@prisonlaw.com>, "Norman, Sara (snorman@prisonlaw.com)" <snorman@prisonlaw.com>, "Specter, Donald (dspecter@prisonlaw.com)" <dspecter@prisonlaw.com> |
| Date: | 09/03/2013 07:06 PM |
| Subject: | RE: Meet and Confer re: Email - PARSONS v. RYAN |

Caroline,

FYI: I just received word that Defendants need to schedule the meet and confer on Thursday.

Lucy

1

Lucy M. Rand, AAG
Office of the Attorney General
(602) 542-7683 Direct

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683. Thank you.

**From:** Rand, Lucy
**Sent:** Tuesday, September 03, 2013 7:04 PM
**To:** 'Caroline N Mitchell'
**Cc:** Acedo, Nicholas (nacedo@swlfirm.com); Bojanowski, Timothy (tbojanowski@swlfirm.com); Cloman, Courtney (ccloman@swlfirm.com); Fletcher, Ashlee (afletcher@swlfirm.com); Love, Rachel (rlove@swlfirm.com); Orcutt, Anne (aorcutt@swlfirm.com); Struck, Dan Patrick (dstruck@swlfirm.com); Wieneke, Kathleen (kwieneke@swlfirm.com); Alewelt, Jennifer (jalewelt@azdisabilitylaw.org); Dooley, Cathleen (cdooley@azdisabilitylaw.org); Kader, Sarah (skader@azdisabilitylaw.org); Rico, JJ (jrico@azdisabilitylaw.org); Varma, Asim (avarma@azdisabilitylaw.org); Amy Fettig (afettig@npp-aclu.org); Flood, Kelly (kflood@acluaz.org); Lyall, James (jlyall@acluaz.org); Pochoda, Daniel (danpoc@cox.net); Pochoda, Daniel (dpochoda@acluaz.org); Quereshi, Ajmel (aquereshi@npp-aclu.org); Calderon, Sophia (scalderon@jonesday.com); Freeman, Taylor (tfreeman@jonesday.com); Kiernan, David (dkiernan@jonesday.com); Mamedova, Kamilla (kmamedova@jonesday.com); Messina, Jennifer (jkmessina@jonesday.com); Mitchell, Caroline (cnmitchell@jonesday.com); Rauh, Sarah (srauh@jonesday.com); Wilkes, John (jlwilkes@jonesday.com); Barr, Daniel (dbarr@perkinscoie.com); du Mee, Matthew (mdumee@perkinscoie.com); Eidenbach, Kirstin (keidenbach@perkinscoie.com); Gerlicher, Amelia (agerlicher@perkinscoie.com); Gray, John (jhgray@perkinscoie.com); Hardy, Alison (ahardy@prisonlaw.com); Kendrick, Corene (ckendrick@prisonlaw.com); Norman, Sara (snorman@prisonlaw.com); Specter, Donald (dspecter@prisonlaw.com)
**Subject:** Meet and Confer re: Email - PARSONS v. RYAN

Caroline,

Let's schedule a meet and confer about the e-mail production.

Currently, I am unavailable tomorrow (9/4) from 1:30 to 3:00 (if absolutely necessary, I can reschedule this appointment). I am unavailable on Thursday (9/5) from 11:15 to 12:00 (which cannot be rescheduled).

Lucy

Lucy M. Rand, AAG
Office of the Attorney General
(602) 542-7683 Direct

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683. Thank you.

**From:** Caroline N Mitchell [mailto:cnmitchell@JonesDay.com]
**Sent:** Tuesday, September 03, 2013 6:26 PM
**To:** Rand, Lucy
**Cc:** Fletcher, Ashlee (afletcher@swlfirm.com); Orcutt, Anne (aorcutt@swlfirm.com); Cloman, Courtney (ccloman@swlfirm.com); Struck, Dan Patrick (dstruck@swlfirm.com); Wieneke, Kathleen (kwieneke@swlfirm.com); Acedo, Nicholas (nacedo@swlfirm.com); Love, Rachel (rlove@swlfirm.com); Bojanowski, Timothy (tbojanowski@swlfirm.com)
**Subject:** RE: Email - PARSONS v. RYAN

Lucy,

We agree that you should move forward with the production of the email from the four identified witnesses immediately and do not believe there is any unreasonable burden associated with doing so. We also agree that the parties can defer caveats such as experts to the expert discovery period and the issue of what happens if the Defendants change health care providers, since that has not happened yet and may never happen. As to the issue of producing email that Defendants review relating to witnesses you intend to introduce at trial, your email does not address that

2

issue. Accordingly, my current understanding is that issue needs to be presented to the Court on the 6th. That, however, should not impede your ability to go forward with the electronic review--and in fact, we urged long ago that you conduct that review. The continuing delay in doing so, despite the Court's order, is prejudicing Plaintiffs as discovery closes. On that issue, please provide a date certain for when the production will be complete and produced to Plaintiffs. We will ask the Court to impose one if you do not.

Please let me know when your portion of the joint statement on the outstanding issues will be ready and we can effectuate a reasonable exchange of our positions that does not jam either side. If you believe that further meet-and-confer on any of the unresolved issues would be productive, please provide a time when you would like to speak further.

Thank you,

Caroline

Caroline Mitchell
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104-1500

Telephone: (415) 875-5712
Fax: (415) 875-5700
e-mail: cnmitchell@jonesday.com

| From: | "Rand, Lucy" <Lucy.Rand@azag.gov> |
|---|---|
| To: | 'Caroline N Mitchell' <cnmitchell@JonesDay.com>, |
| Cc: | "Acedo, Nicholas (nacedo@swlfirm.com)" <nacedo@swlfirm.com>, "Bojanowski, Timothy (tbojanowski@swlfirm.com)" <tbojanowski@swlfirm.com>, "Cloman, Courtney (ccloman@swlfirm.com)" <ccloman@swlfirm.com>, "Fletcher, Ashlee (afletcher@swlfirm.com)" <afletcher@swlfirm.com>, "Love, Rachel (rlove@swlfirm.com)" <rlove@swlfirm.com>, "Orcutt, Anne (aorcutt@swlfirm.com)" <aorcutt@swlfirm.com>, "Struck, Dan Patrick (dstruck@swlfirm.com)" <dstruck@swlfirm.com>, "Wieneke, Kathleen (kwieneke@swlfirm.com)" <kwieneke@swlfirm.com> |
| Date: | 09/03/2013 04:26 PM |
| Subject: | RE: Email - PARSONS v. RYAN |

Caroline,

    This e-mail responds to your August 19, 2013 e-mail production proposal and our subsequent telephone conversations regarding the same.

    Plaintiffs agree to limit their electronic e-mail search to the below criteria, and the parties pursuant to the Court's order and their stipulation agree that Defendants will de-duplicate and filter the below e-mail search results for attorney-client privileged documents ("electronic processing") to determine whether the remaining e-mails are unduly burdensome for review and redaction of security information:

    CUSTODIANS:   Charles Ryan, Richard Pratt, Joe Profiri, and Tara Diaz

    TERMS/TIME PERIOD:   "Wexford" / April 2, 2012 to March 3, 2013      (16,345 e-mails, 2.473 GB)
                                "Corizon" / January 17, 2013 to July 18, 2013      (6,168 e-mails, 1.071 GB)

    We are hopeful this proposal is agreeable to you, as Defendants are eager to begin processing the e-mails. (FYI: The Wexford e-mails constitute 2.473 GB and the Corizon e-mails constitute 1.071 GB. Based on $625 per GB, the cost to de-dupe and filter the e-mails will cost approximately $2,215.00. Although you graciously gave us recommendations for vendors to process the e-mails, the Attorney General's Office—a State of Arizona agency—must use particular vendors.)

Please advise us as soon as possible whether we may begin electronically processing the e-mails—as time is of the essence whereas discovery must be completed by the end of this month on September 27, 2013 (18 business days). The parties have agreed to address Plaintiffs' "caveats" (regarding expert reports and trial) separately from the above proposal, as the deadlines for these items occur in November or later.

Regards,
Lucy

Lucy M. Rand, AAG
Office of the Attorney General
(602) 542-7683 Direct

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683. Thank you.

**From:** Caroline N Mitchell [mailto:cnmitchell@JonesDay.com]
**Sent:** Monday, August 19, 2013 11:16 AM
**To:** Rand, Lucy
**Subject:** Email

Lucy,

Following up on our conversation Thursday regarding Defendants' production of emails, Prisoner Plaintiffs are willing to limit our requests for the production of emails to the four custodians and limited time frames previously discussed. Specifically, that limited production is as follows:

Custodians:   Charles Ryan, Richard Pratt, Joe Profiri, and Tara Diaz

Search Terms / Time Periods:   "Wexford" - April 2, 2012 to March 3, 2013
"Corizon" - January 17, 2013 to July 18, 2013

If Defendants will agree to produce the above, Plaintiffs agree that no further email production will be sought at this time, subject to a few caveats: (1) this pertains only to fact discovery and does not affect our ability to seek expert discovery; (2) if Defendants review additional emails of witnesses that will testify at trial, we want those emails timely produced because otherwise, we are in a position of being sandbagged with you using evidence for trial preparation that we haven't had access to. Please let me know if Defendants agree to the proposal above. As we discussed Thursday, if you de-dupe the email, provide the minimal number of string necessary for us to see all of the transmitted email (rather than each iteration), and exclude the privilege email, the burden of reviewing these email should not be too burdensome. If you unexpectedly find it has not narrowed substantially, we will still be willing to discuss whether there are other strategies to make the review more manageable.

Regards,

Caroline

Caroline Mitchell
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104-1500

Telephone: (415) 875-5712
Fax: (415) 875-5700
e-mail: cnmitchell@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

# Rand, Lucy

| | |
|---|---|
| **From:** | Rand, Lucy |
| **Sent:** | Wednesday, July 31, 2013 12:15 PM |
| **To:** | 'Laurens Wilkes' |
| **Cc:** | 'Bender, Amy (abender@swlfirm.com)'; 'Amy Fettig (afettig@npp-aclu-.org)'; 'Fletcher, Ashlee (afletcher@swlfirm.com)'; 'Gerlicher, Amelia (agerlicher@perkinscoie.com)'; 'Hardy, Alison (ahardy@prisonlaw.com)'; 'Orcutt, Anne (aorcutt@swlfirm.com)'; 'Quereshi, Ajmel (aquereshi@npp-aclu.org)'; 'Zuerlein, Ashley'; 'Varma, Asim (avarma@azdisabilitylaw.org)'; 'Cloman, Courtney (ccloman@swlfirm.com)'; 'CZARSTY, CURT'; 'Kendrick, Corene (ckendrick@prisonlaw.com)'; 'Caroline N Mitchell'; 'Webb, Colleen (cwebb@swlfirm.com)'; 'Pochada, Daniel (danpoc@cox.net)'; 'Barr, Daniel (dbarr@perkinscoie.com)'; 'Fathi, David (dfathi@npp-aclu.org)'; 'Kiernan, David (dkiernan@jonesday.com)'; 'Northup, Dawn - ADC (DNorthup@azcorrections.gov)'; 'Pochoda, Daniel (dpochoda@acluaz.org)'; 'Specter, Donald (dspecter@prisonlaw.com)'; 'Struck, Dan Patrick (dstruck@swlfirm.com)'; 'Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)'; 'Gray, John (jhgray@perkinscoie.com)'; 'Messina, Jennifer (jkmessina@jonesday.com)'; 'Lyall, James (jlyall@acluaz.org)'; Watanabe, Katherine; 'KDudley@azcorrections.gov'; 'Eidenbach, Kirstin (keidenbach@perkinscoie.com)'; 'Flood, Kelly (kflood@acluaz.org)'; 'Mamedova, Kamilla (kmamedova@jonesday.com)'; 'Shadoan, Kimberly (kshadoan@swlfirm.com)'; 'Wieneke, Kathleen (kwieneke@swlfirm.com)'; 'du Mee, Matthew (mdumee@perkinscoie.com)'; Gottfried, Michael; 'Acedo, Nicholas (nacedo@swlfirm.com)'; 'Love, Rachel (rlove@swlfirm.com)'; 'R. Scott Medsker'; 'Calderon, Sophia (scalderon@jonesday.com)'; 'Kader, Sarah (skader@azdisabilitylaw.org)'; 'Norman, Sara (snorman@prisonlaw.com)'; 'Rauh, Sarah (srauh@jonesday.com)'; 'Wolford, Sherri (swolford@swlfirm.com)'; 'Bojanowski, Timothy (tbojanowski@swlfirm.com)'; 'Mayo, Therese (tmayo@swlfirm.com)'; 'CZARSTY, CURT'; 'Dnorthup@azcorrections.gov'; 'DUDLEY, KELLY'; Gottfried, Michael |
| **Subject:** | E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601 |

Laurens,

While we do not agree to the expansion of the e-mail search terms and custodians, Defendants ran test searches with results as follows:

The test report criteria:

E-mail Custodians:   Charles Ryan, Richard Pratt, Joe Profiri, and Tara Diaz

Time Periods:   1. April 2, 2012 to March 3, 2013, using the search term: Wexford
2. January 17, 2013 to July 18, 2013, using the search term: Corizon

1. The "Wexford Search" produced 16,345 e-mails (not deduped). (The previous search without Diaz produced 16,245 e-mails.)

2. The "Corizon Search" produced 6,168 e-mails (not deduped).

Plaintiffs have yet to respond to Defendants' request for Plaintiffs to share in the cost of producing the e-mails. Would you please state your position as to the request for cost sharing?

Lucy M. Rand,
Assistant Attorney General
(602) 542-7683 Dir.

1

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683. Thank you.

---

**From:** Laurens Wilkes [mailto:jlwilkes@JonesDay.com]
**Sent:** Thursday, July 18, 2013 10:55 AM
**To:** Rand, Lucy
**Cc:** 'Bender, Amy (abender@swlfirm.com)'; 'Amy Fettig (afettig@npp-aclu-.org)'; 'Fletcher, Ashlee (afletcher@swlfirm.com)'; 'Gerlicher, Amelia (agerlicher@perkinscoie.com)'; 'Hardy, Alison (ahardy@prisonlaw.com)'; 'Orcutt, Anne (aorcutt@swlfirm.com)'; 'Quereshi, Ajmel (aquereshi@npp-aclu.org)'; Zuerlein, Ashley; Varma, Asim (avarma@azdisabilitylaw.org)'; 'Cloman, Courtney (ccloman@swlfirm.com)'; 'CZARSTY, CURT'; 'Kendrick, Corene (ckendrick@prisonlaw.com)'; 'Caroline N Mitchell'; 'Webb, Colleen (cwebb@swlfirm.com)'; 'Pochada, Daniel (danpoc@cox.net)'; 'Barr, Daniel (dbarr@perkinscoie.com)'; 'Fathi, David (dfathi@npp-aclu.org)'; 'Kiernan, David (dkiernan@jonesday.com)'; 'Northup, Dawn - ADC (DNorthup@azcorrections.gov)'; 'Pochoda, Daniel (dpochoda@acluaz.org)'; 'Specter, Donald (dspecter@prisonlaw.com)'; 'Struck, Dan Patrick (dstruck@swlfirm.com)'; 'Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)'; 'Gray, John (jhgray@perkinscoie.com)'; 'Messina, Jennifer (jkmessina@jonesday.com)'; 'Lyall, James (jlyall@acluaz.org)'; Watanabe, Katherine; 'KDudley@azcorrections.gov'; 'Eidenbach, Kirstin (keidenbach@perkinscoie.com)'; 'Flood, Kelly (kflood@acluaz.org)'; 'Mamedova, Kamilla (kmamedova@jonesday.com)'; 'Shadoan, Kimberly (kshadoan@swlfirm.com)'; 'Wieneke, Kathleen (kwieneke@swlfirm.com)'; Rand, Lucy; 'du Mee, Matthew (mdumee@perkinscoie.com)'; Gottfried, Michael; 'Acedo, Nicholas (nacedo@swlfirm.com)'; 'Love, Rachel (rlove@swlfirm.com)'; R. Scott Medsker; 'Calderon, Sophia (scalderon@jonesday.com)'; 'Kader, Sarah (skader@azdisabilitylaw.org)'; 'Norman, Sara (snorman@prisonlaw.com)'; 'Rauh, Sarah (srauh@jonesday.com)'; 'Wolford, Sherri (swolford@swlfirm.com)'; 'Bojanowski, Timothy (tbojanowski@swlfirm.com)'; 'Mayo, Therese (tmayo@swlfirm.com)'
**Subject:** Re: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601

Lucy, I wanted to follow-up on Scott's email below. Please let me know if you have any questions, would like to discuss further, or are already working on this issue.

Thanks,

Laurens



J. Laurens Wilkes · Bio

---

717 Texas Street, Suite 3300 · Houston, TX 77002
**DIRECT** 832.239.3796 · **FAX** 832.239.3600 · jlwilkes@jonesday.com

---

From: R. Scott Medsker/JonesDay
To: R. Scott Medsker/JonesDay@JonesDay
Cc: "'Bender, Amy (abender@swlfirm.com)'" <abender@swlfirm.com>, "Amy Fettig (afettig@npp-aclu-.org)'" <afettig@npp-aclu.org>, "'Fletcher, Ashlee (afletcher@swlfirm.com)'" <afletcher@swlfirm.com>, "'Gerlicher, Amelia (agerlicher@perkinscoie.com)'" <agerlicher@perkinscoie.com>, "'Hardy, Alison (ahardy@prisonlaw.com)'" <ahardy@prisonlaw.com>, "'Orcutt, Anne (aorcutt@swlfirm.com)'" <aorcutt@swlfirm.com>, "'Quereshi, Ajmel (aquereshi@npp-aclu.org)'" <aquereshi@npp-aclu.org>, "Zuerlein, Ashley" <Ashley.Zuerlein@azag.gov>, "'Varma, Asim (avarma@azdisabilitylaw.org)'" <avarma@azdisabilitylaw.org>, "'Cloman, Courtney (ccloman@swlfirm.com)'" <ccloman@swlfirm.com>, "'CZARSTY, CURT'" <CCZARSTY@azcorrections.gov>, "'Kendrick, Corene (ckendrick@prisonlaw.com)'" <ckendrick@prisonlaw.com>, 'Caroline N Mitchell' <cnmitchell@JonesDay.com>, "'Webb, Colleen (cwebb@swlfirm.com)'" <cwebb@swlfirm.com>, "'Pochada, Daniel (danpoc@cox.net)'" <danpoc@cox.net>, "'Barr, Daniel (dbarr@perkinscoie.com)'" <dbarr@perkinscoie.com>, "'Fathi, David (dfathi@npp-aclu.org)'" <dfathi@npp-aclu.org>, "'Kiernan, David (dkiernan@jonesday.com)'" <dkiernan@jonesday.com>, "'Northup, Dawn - ADC (DNorthup@azcorrections.gov)'" <DNorthup@azcorrections.gov>, "'Pochoda, Daniel (dpochoda@acluaz.org)'" <dpochoda@acluaz.org>, "'Specter, Donald (dspecter@prisonlaw.com)'" <dspecter@prisonlaw.com>, "'Struck, Dan Patrick (dstruck@swlfirm.com)'" <dstruck@swlfirm.com>, "'Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)'" <jalewelt@azdisabilitylaw.org>, "'Gray, John (jhgray@perkinscoie.com)'" <jhgray@perkinscoie.com>, "'Messina, Jennifer (jkmessina@jonesday.com)'" <jkmessina@jonesday.com>, "'Wilkes, John (jlwilkes@jonesday.com)'" <jlwilkes@jonesday.com>, "'Lyall, James (jlyall@acluaz.org)'" <jlyall@acluaz.org>, "Watanabe, Katherine" <Katherine.Watanabe@azag.gov>, "'KDudley@azcorrections.gov'" <KDudley@azcorrections.gov>, "'Eidenbach, Kirstin (keidenbach@perkinscoie.com)'" <keidenbach@perkinscoie.com>, "'Flood, Kelly (kflood@acluaz.org)'" <kflood@acluaz.org>, "'Mamedova, Kamilla (kmamedova@jonesday.com)'" <kmamedova@jonesday.com>, "'Shadoan, Kimberly (kshadoan@swlfirm.com)'" <kshadoan@swlfirm.com>, "'Wieneke, Kathleen (kwieneke@swlfirm.com)'" <kwieneke@swlfirm.com>, "Rand, Lucy" <Lucy.Rand@azag.gov>, "'du Mee, Matthew (mdumee@perkinscoie.com)'" <mdumee@perkinscoie.com>, "Gottfried, Michael" <Michael.Gottfried@azag.gov>, "'Acedo, Nicholas (nacedo@swlfirm.com)'" <nacedo@swlfirm.com>, "'Love, Rachel (rlove@swlfirm.com)'" <rlove@swlfirm.com>, "'Calderon, Sophia (scalderon@jonesday.com)'" <scalderon@jonesday.com>, "'Kader, Sarah (skader@azdisabilitylaw.org)'" <skader@azdisabilitylaw.org>, "'Norman, Sara (snorman@prisonlaw.com)'" <snorman@prisonlaw.com>, "'Rauh, Sarah (srauh@jonesday.com)'" <srauh@jonesday.com>, "'Wolford, Sherri (swolford@swlfirm.com)'" <swolford@swlfirm.com>, "'Bojanowski, Timothy (tbojanowski@swlfirm.com)'"

| | |
|---|---|
| | <tbojanowski@swlfirm.com>, "'Mayo, Therese (tmayo@swlfirm.com)'" <tmayo@swlfirm.com> |
| Date: | 07/10/2013 05:48 PM |
| Subject: | Re: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601 |

Lucy --

Following up on our correspondence below, Plaintiffs agree to the scope of your proposed e-mail production as contained in your May 10, 2013 letter to Caroline Mitchell with two exceptions. First, we have reviewed the e-mails already been produced by ADC and have identified Tara R. Diaz as an additional custodian to be searched using the terms and date ranges proposed in your May 10 letter. Ms. Diaz's name occurred on a number of e-mails that did not also include Mr. Ryan, Mr. Pratt, and Mr. Profiri and thus will not be captured in your proposed search. Accordingly, Plaintiffs request that you add Ms. Diaz as a fourth custodian to be searched.

Second, as I noted in my May 23 e-mail, we believe that similar searches for e-mails between the ADC and Corizon are appropriate for the time period covering the Corizon contract. While we are not withdrawing that request, please conduct the search as described in your May 10 letter, with the addition of Ms. Diaz, and produce any relevant and responsive e-mails.

Finally, I am transitioning off of the *Parsons* litigation. Please conduct further correspondence regarding e-mail production to the attention of Laurens Wilkes and Caroline Mitchell.

Best regards,

Scott Medsker
***************************
R. Scott Medsker
Jones Day
51 Louisiana Ave, N.W.
Washington, D.C. 20001
Direct Line: (202) 879-3837

| | |
|---|---|
| From: | R. Scott Medsker/JonesDay |
| To: | "Rand, Lucy" <Lucy.Rand@azag.gov> |
| Cc: | "'Bender, Amy (abender@swlfirm.com)'" <abender@swlfirm.com>, "'Amy Fettig (afettig@npp-aclu-.org)'" <afettig@npp-aclu.org>, "'Fletcher, Ashlee (afletcher@swlfirm.com)'" <afletcher@swlfirm.com>, "'Gerlicher, Amelia (agerlicher@perkinscoie.com)'" <agerlicher@perkinscoie.com>, "'Hardy, Alison (ahardy@prisonlaw.com)'" <ahardy@prisonlaw.com>, "'Orcutt, Anne (aorcutt@swlfirm.com)'" <aorcutt@swlfirm.com>, "'Quereshi, Ajmel (aquereshi@npp-aclu.org)'" <aquereshi@npp-aclu.org>, "Zuerlein, Ashley" <Ashley.Zuerlein@azag.gov>, "'Varma, Asim (avarma@azdisabilitylaw.org)'" <avarma@azdisabilitylaw.org>, "'Cloman, Courtney (ccloman@swlfirm.com)'" <ccloman@swlfirm.com>, "'CZARSTY, CURT'" <CCZARSTY@azcorrections.gov>, "'Kendrick, Corene (ckendrick@prisonlaw.com)'" <ckendrick@prisonlaw.com>, 'Caroline N Mitchell' <cnmitchell@JonesDay.com>, "'Webb, Colleen (cwebb@swlfirm.com)'" <cwebb@swlfirm.com>, "'Pochada, Daniel (danpoc@cox.net)'" <danpoc@cox.net>, "'Barr, Daniel (dbarr@perkinscoie.com)'" <dbarr@perkinscoie.com>, "'Fathi, David (dfathi@npp-aclu.org)'" <dfathi@npp-aclu.org>, "'Kiernan, David (dkiernan@jonesday.com)'" <dkiernan@jonesday.com>, "'Northup, Dawn - ADC (DNorthup@azcorrections.gov)'" <DNorthup@azcorrections.gov>, "'Pochoda, Daniel (dpochoda@acluaz.org)'" <dpochoda@acluaz.org>, "'Specter, Donald (dspecter@prisonlaw.com)'" <dspecter@prisonlaw.com>, "'Struck, Dan Patrick (dstruck@swlfirm.com)'" <dstruck@swlfirm.com>, "'Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)'" <jalewelt@azdisabilitylaw.org>, "Gray, John (jhgray@perkinscoie.com)'" <jhgray@perkinscoie.com>, "'Messina, Jennifer (jkmessina@jonesday.com)'" <jkmessina@jonesday.com>, "'Wilkes, John (jlwilkes@jonesday.com)'" <jlwilkes@jonesday.com>, "'Lyall, James (jlyall@acluaz.org)'" <jlyall@acluaz.org>, "Watanabe, Katherine" <Katherine.Watanabe@azag.gov>, "'KDudley@azcorrections.gov'" <KDudley@azcorrections.gov>, "'Eidenbach, Kirstin (keidenbach@perkinscoie.com)'" <keidenbach@perkinscoie.com>, "'Flood, Kelly (kflood@acluaz.org)'" <kflood@acluaz.org>, "'Mamedova, Kamilla (kmamedova@jonesday.com)'" <kmamedova@jonesday.com>, "'Shadoan, Kimberly (kshadoan@swlfirm.com)'" <kshadoan@swlfirm.com>, "'Wieneke, Kathleen (kwieneke@swlfirm.com)'" <kwieneke@swlfirm.com>, "'du Mee, Matthew (mdumee@perkinscoie.com)'" <mdumee@perkinscoie.com>, "Gottfried, Michael" <Michael.Gottfried@azag.gov>, "'Acedo, Nicholas (nacedo@swlfirm.com)'" <nacedo@swlfirm.com>, "'Love, Rachel (rlove@swlfirm.com)'" <rlove@swlfirm.com>, "'Calderon, Sophia (scalderon@jonesday.com)'" <scalderon@jonesday.com>, "'Kader, Sarah (skader@azdisabilitylaw.org)'" <skader@azdisabilitylaw.org>, "'Norman, Sara (snorman@prisonlaw.com)'" <snorman@prisonlaw.com>, "'Rauh, Sarah (srauh@jonesday.com)'" <srauh@jonesday.com>, "'Wolford, Sherri (swolford@swlfirm.com)'" <swolford@swlfirm.com>, "'Bojanowski, Timothy (tbojanowski@swlfirm.com)'" <tbojanowski@swlfirm.com>, "'Mayo, Therese (tmayo@swlfirm.com)'" <tmayo@swlfirm.com> |
| Date: | 05/23/2013 02:43 PM |
| Subject: | Re: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601 |

Lucy --

Our contact at Xact is Nick Reizen, the Vice President of Electronic Discovery. He can be reached at nreizen@xactdatadiscovery.com or (214) 545-6069.

Regarding your inquiry about the scope of the search, we certainly agree that your proposed terms are a valid starting point for the e-mail search. We are reviewing the e-mails previously produced by the ADC and Wexford to determine whether there are individuals in addition to Messrs. Pratt, Ryan, and Profiri who regularly correspond with Wexford via e-mail. Additionally, we believe that similar searches for e-mails between the ADC and Corizon are appropriate for the time period covering the Corizon contract. We will be in contact next week to identify any additional custodians that Plaintiffs believe should be searched.

Best regards,

R. Scott Medsker

Jones Day
51 Louisiana Ave, N.W.
Washington, D.C. 20001
Direct Line: (202) 879-3837

From: "Rand, Lucy" <Lucy.Rand@azag.gov>
To: "'R. Scott Medsker'" <rsmedsker@JonesDay.com>
Cc: "'Bender, Amy (abender@swlfirm.com)'" <abender@swlfirm.com>, "'Amy Fettig (afettig@npp-aclu-.org)'" <afettig@npp-aclu.org>, "'Fletcher, Ashlee (afletcher@swlfirm.com)'" <afletcher@swlfirm.com>, "'Gerlicher, Amelia (agerlicher@perkinscoie.com)'" <agerlicher@perkinscoie.com>, "'Hardy, Alison (ahardy@prisonlaw.com)'" <ahardy@prisonlaw.com>, "'Orcutt, Anne (aorcutt@swlfirm.com)'" <aorcutt@swlfirm.com>, "'Quereshi, Ajmel (aquereshi@npp-aclu.org)'" <aquereshi@npp-aclu.org>, "Zuerlein, Ashley" <Ashley.Zuerlein@azag.gov>, "'Varma, Asim (avarma@azdisabilitylaw.org)'" <avarma@azdisabilitylaw.org>, "'Cloman, Courtney (ccloman@swlfirm.com)'" <ccloman@swlfirm.com>, "'CZARSTY, CURT'" <CCZARSTY@azcorrections.gov>, "'Kendrick, Corene (ckendrick@prisonlaw.com)'" <ckendrick@prisonlaw.com>, 'Caroline N Mitchell' <cnmitchell@JonesDay.com>, "'Webb, Colleen (cwebb@swlfirm.com)'" <cwebb@swlfirm.com>, "'Pochada, Daniel (danpoc@cox.net)'" <danpoc@cox.net>, "'Barr, Daniel (dbarr@perkinscoie.com)'" <dbarr@perkinscoie.com>, "'Fathi, David (dfathi@npp-aclu.org)'" <dfathi@npp-aclu.org>, "'Kieman, David (dkiernan@jonesday.com)'" <dkiernan@jonesday.com>, "'Northup, Dawn - ADC (DNorthup@azcorrections.gov)'" <DNorthup@azcorrections.gov>, "'Pochoda, Daniel (dpochoda@acluaz.org)'" <dpochoda@acluaz.org>, "'Specter, Donald (dspecter@prisonlaw.com)'" <dspecter@prisonlaw.com>, "Struck, Dan Patrick (dstruck@swlfirm.com)'" <dstruck@swlfirm.com>, "'Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)'" <jalewelt@azdisabilitylaw.org>, "'Gray, John (jhgray@perkinscoie.com)'" <jhgray@perkinscoie.com>, "'Messina, Jennifer (jkmessina@jonesday.com)'" <jkmessina@jonesday.com>, "'Wilkes, John (jlwilkes@jonesday.com)'" <jlwilkes@jonesday.com>, "'Lyall, James (jlyall@acluaz.org)'" <jlyall@acluaz.org>, "Watanabe, Katherine" <Katherine.Watanabe@azag.gov>, "'KDudley@azcorrections.gov'" <KDudley@azcorrections.gov>, "'Eidenbach, Kirstin (keidenbach@perkinscoie.com)'" <keidenbach@perkinscoie.com>, "'Flood, Kelly (kflood@acluaz.org)'" <kflood@acluaz.org>, "'Mamedova, Kamilla (kmamedova@jonesday.com)'" <kmamedova@jonesday.com>, "'Shadoan, Kimberly (kshadoan@swlfirm.com)'" <kshadoan@swlfirm.com>, "'Wieneke, Kathleen (kwieneke@swlfirm.com)'" <kwieneke@swlfirm.com>, "'du Mee, Matthew (mdumee@perkinscoie.com)'" <mdumee@perkinscoie.com>, "Gottfried, Michael" <Michael.Gottfried@azag.gov>, "'Acedo, Nicholas (nacedo@swlfirm.com)'" <nacedo@swlfirm.com>, "'Love, Rachel (rlove@swlfirm.com)'" <rlove@swlfirm.com>, "'Calderon, Sophia (scalderon@jonesday.com)'" <scalderon@jonesday.com>, "'Kader, Sarah (skader@azdisabilitylaw.org)'" <skader@azdisabilitylaw.org>, "'Norman, Sara (snorman@prisonlaw.com)'" <snorman@prisonlaw.com>, "'Rauh, Sarah (srauh@jonesday.com)'" <srauh@jonesday.com>, "'Wolford, Sherri (swolford@swlfirm.com)'" <swolford@swlfirm.com>, "'Bojanowski, Timothy (tbojanowski@swlfirm.com)'" <tbojanowski@swlfirm.com>, "'Mayo, Therese (tmayo@swlfirm.com)'" <tmayo@swlfirm.com>
Date: 05/22/2013 05:22 PM
Subject: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601

---

Scott,

I am checking with you to see if you have a response to my May 14, 2013, question below.

Thank you.

Lucy M. Rand,
Assistant Attorney General
(602) 542-7683 Dir.

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683. Thank you.

**From:** Rand, Lucy
**Sent:** Tuesday, May 14, 2013 3:33 PM
**To:** 'R. Scott Medsker'
**Cc:** 'Bender, Amy (abender@swlfirm.com)'; 'Amy Fettig (afettig@npp-aclu-.org)'; 'Fletcher, Ashlee (afletcher@swlfirm.com)'; 'Gerlicher, Amelia (agerlicher@perkinscoie.com)'; 'Hardy, Alison (ahardy@prisonlaw.com)'; 'Orcutt, Anne (aorcutt@swlfirm.com)'; 'Quereshi, Ajmel (aquereshi@npp-aclu.org)'; Zuerlein, Ashley; 'Varma, Asim (avarma@azdisabilitylaw.org)'; 'Cloman, Courtney (ccloman@swlfirm.com)'; 'CZARSTY, CURT'; 'Kendrick, Corene (ckendrick@prisonlaw.com)'; 'Caroline N Mitchell'; 'Webb, Colleen (cwebb@swlfirm.com)'; 'Pochada, Daniel (danpoc@cox.net)'; 'Barr, Daniel (dbarr@perkinscoie.com)'; 'Fathi, David (dfathi@npp-aclu.org)'; 'Kiernan, David (dkiernan@jonesday.com)'; 'Northup, Dawn - ADC (DNorthup@azcorrections.gov)'; 'Pochoda, Daniel (dpochoda@acluaz.org)'; 'Specter, Donald (dspecter@prisonlaw.com)'; 'Struck, Dan Patrick (dstruck@swlfirm.com)'; 'Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)'; 'Gray, John (jhgray@perkinscoie.com)'; 'Messina, Jennifer (jkmessina@jonesday.com)'; 'Wilkes, John (jlwilkes@jonesday.com)'; 'Lyall, James (jlyall@acluaz.org)'; Watanabe, Katherine; 'KDudley@azcorrections.gov'; 'Eidenbach, Kirstin (keidenbach@perkinscoie.com)'; 'Flood, Kelly (kflood@acluaz.org)'; 'Mamedova, Kamilla (kmamedova@jonesday.com)'; 'Shadoan, Kimberly (kshadoan@swlfirm.com)'; 'Wieneke, Kathleen (kwieneke@swlfirm.com)'; 'du Mee, Matthew (mdumee@perkinscoie.com)'; Gottfried, Michael; 'Acedo, Nicholas (nacedo@swlfirm.com)'; 'Love, Rachel (rlove@swlfirm.com)'; 'Calderon, Sophia (scalderon@jonesday.com)'; 'Kader, Sarah (skader@azdisabilitylaw.org)'; 'Norman, Sara (snorman@prisonlaw.com)'; 'Rauh, Sarah (srauh@jonesday.com)'; 'Wolford, Sherri (swolford@swlfirm.com)'; 'Bojanowski, Timothy (tbojanowski@swlfirm.com)'; 'Mayo, Therese (tmayo@swlfirm.com)'
**Subject:** RE: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601

Scott,

Thank you for the estimate. Would you be able to provide a contact at Xact so that we may look into this option?

Also, Plaintiffs have neither offered any suggestions for narrowing the current search nor objected to the search criteria; therefore, am I correct in understanding that Plaintiffs do not have any objections to the search criteria thus far?

Lucy

Lucy M. Rand,
Assistant Attorney General
(602) 542-7683 Dir.

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683. Thank you.

**From:** R. Scott Medsker [mailto:rsmedsker@JonesDay.com]
**Sent:** Tuesday, May 14, 2013 3:10 PM
**To:** Rand, Lucy
**Cc:** 'Bender, Amy (abender@swlfirm.com)'; 'Amy Fettig (afettig@npp-aclu-.org)'; 'Fletcher, Ashlee (afletcher@swlfirm.com)'; 'Gerlicher, Amelia (agerlicher@perkinscoie.com)'; 'Hardy, Alison (ahardy@prisonlaw.com)'; 'Orcutt, Anne (aorcutt@swlfirm.com)'; 'Quereshi, Ajmel (aquereshi@npp-aclu.org)'; Zuerlein, Ashley; 'Varma, Asim (avarma@azdisabilitylaw.org)'; 'Cloman, Courtney (ccloman@swlfirm.com)'; 'CZARSTY, CURT'; 'Kendrick, Corene (ckendrick@prisonlaw.com)'; 'Caroline N Mitchell'; 'Webb, Colleen (cwebb@swlfirm.com)'; 'Pochada, Daniel (danpoc@cox.net)'; 'Barr, Daniel (dbarr@perkinscoie.com)'; 'Fathi, David (dfathi@npp-aclu.org)'; 'Kiernan, David (dkiernan@jonesday.com)'; 'Northup, Dawn - ADC (DNorthup@azcorrections.gov)'; 'Pochoda, Daniel (dpochoda@acluaz.org)'; 'Specter, Donald (dspecter@prisonlaw.com)'; 'Struck, Dan Patrick (dstruck@swlfirm.com)'; 'Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)'; 'Gray, John (jhgray@perkinscoie.com)'; 'Messina, Jennifer (jkmessina@jonesday.com)'; 'Wilkes, John (jlwilkes@jonesday.com)'; 'Lyall, James (jlyall@acluaz.org)'; Watanabe, Katherine; 'KDudley@azcorrections.gov'; 'Eidenbach, Kirstin (keidenbach@perkinscoie.com)'; 'Flood, Kelly (kflood@acluaz.org)'; 'Mamedova, Kamilla

(kmamedova@jonesday.com)'; 'Shadoan, Kimberly (kshadoan@swlfirm.com)'; 'Wieneke, Kathleen (kwieneke@swlfirm.com)'; 'du Mee, Matthew (mdumee@perkinscoie.com)'; Gottfried, Michael; 'Acedo, Nicholas (nacedo@swlfirm.com)'; 'Love, Rachel (rlove@swlfirm.com)'; 'Calderon, Sophia (scalderon@jonesday.com)'; 'Kader, Sarah (skader@azdisabilitylaw.org)'; 'Norman, Sara (snorman@prisonlaw.com)'; 'Rauh, Sarah (srauh@jonesday.com)'; 'Wolford, Sherri (swolford@swlfirm.com)'; 'Bojanowski, Timothy (tbojanowski@swlfirm.com)'; 'Mayo, Therese (tmayo@swlfirm.com)'
**Subject:** RE: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601

Lucy --

Regarding your below correspondence with Caroline Mitchell, we have found a more cost effective option for your consideration. We have obtained a quote from Xact, which has offices in Phoenix, who says that they can do the de-duplication, including e-mail chain de-duplication, date filtering and a search, for $50 per GB. When estimating costs, we frequently assume that e-mail data could increase in size by as much as 40% depending on the number of attachments, etc., associated with the e-mails. As a result, assuming that your 2.47 GB of data could be closer to 3.5 GB of data, Xact could perform the e-mail chain de-duplication, date filtering, and search for approximately $175.

Once de-duplication is completed, the resulting data could be delivered in either native format, at a cost of $100 per GB, or in TIFF format at a cost of $250 per GB. Even assuming (1) that the de-duplication only produces a slight reduction in the data set and (2) that you continue to review in TIFF, the processing and conversion to TIFF would cost $750 (3.0 GB * $250/GB). This brings the total estimate to approximately $925 ($175 for de-duplication, plus $750 for conversion to TIFF), which is less than two-thirds of the estimate below. Native delivery would be only $300, keeping the total significantly lower.

Please let us know if you have any questions.

Best regards,

R. Scott Medsker
Jones Day
51 Louisiana Ave, N.W.
Washington, D.C. 20001
Direct Line: (202) 879-3837

From: "Rand, Lucy" <Lucy.Rand@azag.gov>
To: 'Caroline N Mitchell' <cnmitchell@JonesDay.com>
Cc: "'Bender, Amy (abender@swlfirm.com)'" <abender@swlfirm.com>, "'Amy Fettig (afettig@npp-aclu-.org)'" <afettig@npp-aclu.org>, "'Fletcher, Ashlee (afletcher@swlfirm.com)'" <afletcher@swlfirm.com>, "'Gerlicher, Amelia (agerlicher@perkinscoie.com)'" <agerlicher@perkinscoie.com>, "'Hardy, Alison (ahardy@prisonlaw.com)'" <ahardy@prisonlaw.com>, "'Orcutt, Anne (aorcutt@swlfirm.com)'" <aorcutt@swlfirm.com>, "'Quereshi, Ajmel (aquereshi@npp-aclu.org)'" <aquereshi@npp-aclu.org>, "Zuerlein, Ashley" <Ashley.Zuerlein@azag.gov>, "Varma, Asim (avarma@azdisabilitylaw.org)'" <avarma@azdisabilitylaw.org>, "'Cloman, Courtney (ccloman@swlfirm.com)'" <ccloman@swlfirm.com>, "'CZARSTY, CURT'" <CCZARSTY@azcorrections.gov>, "'Kendrick, Corene (ckendrick@prisonlaw.com)'" <ckendrick@prisonlaw.com>, "'Webb, Colleen (cwebb@swlfirm.com)'" <cwebb@swlfirm.com>, "'Pochada, Daniel (danpoc@cox.net)'" <danpoc@cox.net>, "'Barr, Daniel (dbarr@perkinscoie.com)'" <dbarr@perkinscoie.com>, "'Fathi, David (dfathi@npp-aclu.org)'" <dfathi@npp-aclu.org>, "'Kiernan, David (dkiernan@jonesday.com)'" <dkiernan@jonesday.com>, "'Northup, Dawn - ADC (DNorthup@azcorrections.gov)'" <DNorthup@azcorrections.gov>, "'Pochoda, Daniel (dpochoda@acluaz.org)'" <dpochoda@acluaz.org>, "'Specter, Donald (dspecter@prisonlaw.com)'" <dspecter@prisonlaw.com>, "'Struck, Dan Patrick (dstruck@swlfirm.com)'" <dstruck@swlfirm.com>, "'Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)'" <jalewelt@azdisabilitylaw.org>, "'Gray, John (jhgray@perkinscoie.com)'" <jhgray@perkinscoie.com>, "'Messina, Jennifer (jkmessina@jonesday.com)'" <jkmessina@jonesday.com>, "'Wilkes, John (jlwilkes@jonesday.com)'" <jlwilkes@jonesday.com>, "'Lyall, James (jlyall@acluaz.org)'" <jlyall@acluaz.org>, "Watanabe, Katherine" <Katherine.Watanabe@azag.gov>, "'KDudley@azcorrections.gov'" <KDudley@azcorrections.gov>, "'Eidenbach, Kirstin (keidenbach@perkinscoie.com)'" <keidenbach@perkinscoie.com>, "'Flood, Kelly (kflood@acluaz.org)'" <kflood@acluaz.org>, "'Mamedova, Kamilla (kmamedova@jonesday.com)'" <kmamedova@jonesday.com>, "'Shadoan, Kimberly (kshadoan@swlfirm.com)'" <kshadoan@swlfirm.com>, "'Wieneke, Kathleen (kwieneke@swlfirm.com)'" <kwieneke@swlfirm.com>, "'du Mee, Matthew (mdumee@perkinscoie.com)'" <mdumee@perkinscoie.com>, "Gottfried, Michael" <Michael.Gottfried@azag.gov>, "'Acedo, Nicholas (nacedo@swlfirm.com)'" <nacedo@swlfirm.com>, "'Love, Rachel (rlove@swlfirm.com)'" <rlove@swlfirm.com>, "'Medsker, R. Scott (rsmedsker@jonesday.com)'" <rsmedsker@jonesday.com>, "'Calderon, Sophia (scalderon@jonesday.com)'" <scalderon@jonesday.com>, "'Kader, Sarah (skader@azdisabilitylaw.org)'" <skader@azdisabilitylaw.org>, "'Norman, Sara (snorman@prisonlaw.com)'" <snorman@prisonlaw.com>, "'Rauh, Sarah (srauh@jonesday.com)'" <srauh@jonesday.com>, "'Wolford, Sherri (swolford@swlfirm.com)'" <swolford@swlfirm.com>, "Bojanowski, Timothy (tbojanowski@swlfirm.com)'" <tbojanowski@swlfirm.com>, "Mayo, Therese (tmayo@swlfirm.com)'" <tmayo@swlfirm.com>, "Gottfried, Michael" <Michael.Gottfried@azag.gov>
Date: 05/13/2013 08:06 PM
Subject: RE: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601

Caroline,

The 16,245 e-mails (and their attachments) constitutes approximately 2.47 GB of data, which will cost approximately $1,544 to process (make OCR-able and convert to TIFF format) into a form that can be reviewed and redacted.

Lucy
Lucy M. Rand,
Assistant Attorney General
(602) 542-7683 Dir.

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683. Thank you.

**From:** Caroline N Mitchell [mailto:cnmitchell@JonesDay.com]
**Sent:** Monday, May 13, 2013 4:58 PM
**To:** Rand, Lucy
**Cc:** 'Bender, Amy (abender@swlfirm.com)'; 'Amy Fettig (afettig@npp-aclu-.org)'; 'Fletcher, Ashlee (afletcher@swlfirm.com)'; 'Gerlicher, Amelia (agerlicher@perkinscoie.com)'; 'Hardy, Alison (ahardy@prisonlaw.com)'; 'Orcutt, Anne (aorcutt@swlfirm.com)'; 'Quereshi, Ajmel (aquereshi@npp-aclu.org)'; Zuerlein, Ashley; 'Varma, Asim (avarma@azdisabilitylaw.org)'; 'Cloman, Courtney (ccloman@swlfirm.com)'; 'CZARSTY, CURT'; 'Kendrick, Corene (ckendrick@prisonlaw.com)'; 'Webb, Colleen (cwebb@swlfirm.com)'; 'Pochada, Daniel (danpoc@cox.net)'; 'Barr, Daniel (dbarr@perkinscoie.com)'; 'Fathi, David (dfathi@npp-aclu.org)'; 'Kiernan, David (dkiernan@jonesday.com)'; 'Northup, Dawn - ADC (DNorthup@azcorrections.gov)'; 'Pochoda, Daniel (dpochoda@acluaz.org)'; 'Specter, Donald (dspecter@prisonlaw.com)'; 'Struck, Dan Patrick (dstruck@swlfirm.com)'; 'Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)'; 'Gray, John (jhgray@perkinscoie.com)'; 'Messina, Jennifer (jkmessina@jonesday.com)'; 'Wilkes, John (jlwilkes@jonesday.com)'; 'Lyall, James (jlyall@acluaz.org)'; Watanabe, Katherine; 'KDudley@azcorrections.gov'; 'Eidenbach, Kirstin (keidenbach@perkinscoie.com)'; 'Flood, Kelly (kflood@acluaz.org)'; 'Mamedova, Kamilla (kmamedova@jonesday.com)'; 'Shadoan, Kimberly (kshadoan@swlfirm.com)'; 'Wieneke, Kathleen (kwieneke@swlfirm.com)'; 'du Mee, Matthew (mdumee@perkinscoie.com)'; Gottfried, Michael; 'Acedo, Nicholas (nacedo@swlfirm.com)'; 'Love, Rachel (rlove@swlfirm.com)'; 'Medsker, R. Scott (rsmedsker@jonesday.com)'; 'Calderon, Sophia (scalderon@jonesday.com)'; 'Kader, Sarah (skader@azdisabilitylaw.org)'; 'Norman, Sara (snorman@prisonlaw.com)'; 'Rauh, Sarah (srauh@jonesday.com)'; 'Wolford, Sherri (swolford@swlfirm.com)'; 'Bojanowski, Timothy (tbojanowski@swlfirm.com)'; 'Mayo, Therese (tmayo@swlfirm.com)'
**Subject:** RE: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601

Hi Lucy,

How many gigabytes is the 16,245 email?

Thank you,

Caroline

Caroline Mitchell
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104-1500

Telephone: (415) 875-5712
Fax: (415) 875-5700
e-mail: cnmitchell@jonesday.com

7

| | |
|---|---|
| From: | "Rand, Lucy" <Lucy.Rand@azag.gov> |
| To: | 'Caroline N Mitchell' <cnmitchell@JonesDay.com> |
| Cc: | "'Bender, Amy (abender@swlfirm.com)'" <abender@swlfirm.com>, "'Amy Fettig (afettig@npp-aclu-.org)'" <afettig@npp-aclu.org>, "'Fletcher, Ashlee (afletcher@swlfirm.com)'" <afletcher@swlfirm.com>, "'Gerlicher, Amelia (agerlicher@perkinscoie.com)'" <agerlicher@perkinscoie.com>, "'Hardy, Alison (ahardy@prisonlaw.com)'" <ahardy@prisonlaw.com>, "'Orcutt, Anne (aorcutt@swlfirm.com)'" <aorcutt@swlfirm.com>, "'Quereshi, Ajmel (aquereshi@npp-aclu.org)'" <aquereshi@npp-aclu.org>, "Zuerlein, Ashley" <Ashley.Zuerlein@azag.gov>, "'Varma, Asim (avarma@azdisabilitylaw.org)'" <avarma@azdisabilitylaw.org>, "'Cloman, Courtney (ccloman@swlfirm.com)'" <ccloman@swlfirm.com>, "'CZARSTY, CURT'" <CCZARSTY@azcorrections.gov>, "'Kendrick, Corene (ckendrick@prisonlaw.com)'" <ckendrick@prisonlaw.com>, "'Webb, Colleen (cwebb@swlfirm.com)'" <cwebb@swlfirm.com>, "'Pochada, Daniel (danpoc@cox.net)'" <danpoc@cox.net>, "'Barr, Daniel (dbarr@perkinscoie.com)'" <dbarr@perkinscoie.com>, "'Fathi, David (dfathi@npp-aclu.org)'" <dfathi@npp-aclu.org>, "'Kiernan, David (dkiernan@jonesday.com)'" <dkiernan@jonesday.com>, "'Northup, Dawn - ADC (DNorthup@azcorrections.gov)'" <DNorthup@azcorrections.gov>, "'Pochoda, Daniel (dpochoda@acluaz.org)'" <dpochoda@acluaz.org>, "'Specter, Donald (dspecter@prisonlaw.com)'" <dspecter@prisonlaw.com>, "'Struck, Dan Patrick (dstruck@swlfirm.com)'" <dstruck@swlfirm.com>, "'Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)'" <jalewelt@azdisabilitylaw.org>, "'Gray, John (jhgray@perkinscoie.com)'" <jhgray@perkinscoie.com>, "'Messina, Jennifer (jkmessina@jonesday.com)'" <jkmessina@jonesday.com>, "'Wilkes, John (jlwilkes@jonesday.com)'" <jlwilkes@jonesday.com>, "'Lyall, James (jlyall@acluaz.org)'" <jlyall@acluaz.org>, "Watanabe, Katherine" <Katherine.Watanabe@azag.gov>, "'KDudley@azcorrections.gov'" <KDudley@azcorrections.gov>, "'Eidenbach, Kirstin (keidenbach@perkinscoie.com)'" <keidenbach@perkinscoie.com>, "'Flood, Kelly (kflood@acluaz.org)'" <kflood@acluaz.org>, "'Mamedova, Kamilla (kmamedova@jonesday.com)'" <kmamedova@jonesday.com>, "'Shadoan, Kimberly (kshadoan@swlfirm.com)'" <kshadoan@swlfirm.com>, "'Wieneke, Kathleen (kwieneke@swlfirm.com)'" <kwieneke@swlfirm.com>, "'du Mee, Matthew (mdumee@perkinscoie.com)'" <mdumee@perkinscoie.com>, "Gottfried, Michael" <Michael.Gottfried@azag.gov>, "'Acedo, Nicholas (nacedo@swlfirm.com)'" <nacedo@swlfirm.com>, "'Love, Rachel (rlove@swlfirm.com)'" <rlove@swlfirm.com>, "'Medsker, R. Scott (rsmedsker@jonesday.com)'" <rsmedsker@jonesday.com>, "'Calderon, Sophia (scalderon@jonesday.com)'" <scalderon@jonesday.com>, "'Kader, Sarah (skader@azdisabilitylaw.org)'" <skader@azdisabilitylaw.org>, "'Norman, Sara (snorman@prisonlaw.com)'" <snorman@prisonlaw.com>, "'Rauh, Sarah (srauh@jonesday.com)'" <srauh@jonesday.com>, "'Wolford, Sherri (swolford@swlfirm.com)'" <swolford@swlfirm.com>, "'Bojanowski, Timothy (tbojanowski@swlfirm.com)'" <tbojanowski@swlfirm.com>, "'Mayo, Therese (tmayo@swlfirm.com)'" <tmayo@swlfirm.com> |
| Date: | 05/10/2013 04:46 PM |
| Subject: | RE: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601 |

Caroline,

The only way to de-dupe the e-mails is to have them processed by EPIQ. In this current proposal, we are bypassing EnCase and, therefore, any de-duping previously performed in EnCase also will be bypassed.

Lucy M. Rand,
Assistant Attorney General
(602) 542-7683 Dir.

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683. Thank you.

**From:** Caroline N Mitchell [mailto:cnmitchell@JonesDay.com]
**Sent:** Friday, May 10, 2013 4:43 PM
**To:** Rand, Lucy
**Cc:** Bender, Amy (abender@swlfirm.com); Amy Fettig (afettig@npp-aclu-.org); Fletcher, Ashlee (afletcher@swlfirm.com); Gerlicher, Amelia (agerlicher@perkinscoie.com); Hardy, Alison (ahardy@prisonlaw.com); Orcutt, Anne (aorcutt@swlfirm.com); Quereshi, Ajmel (aquereshi@npp-aclu.org); Zuerlein, Ashley; Varma, Asim (avarma@azdisabilitylaw.org); Cloman, Courtney (ccloman@swlfirm.com); 'CZARSTY, CURT'; Kendrick, Corene (ckendrick@prisonlaw.com); Webb, Colleen (cwebb@swlfirm.com); Pochada, Daniel (danpoc@cox.net); Barr, Daniel (dbarr@perkinscoie.com); Fathi, David (dfathi@npp-aclu.org); Kiernan, David (dkiernan@jonesday.com); Northup, Dawn - ADC (DNorthup@azcorrections.gov); Pochoda, Daniel (dpochoda@acluaz.org); Specter, Donald (dspecter@prisonlaw.com); Struck, Dan Patrick (dstruck@swlfirm.com); Alewelt,

Jennifer (jalewelt@azdisabilitylaw.org); Gray, John (jhgray@perkinscoie.com); Messina, Jennifer (jkmessina@jonesday.com); Wilkes, John (jlwilkes@jonesday.com); Lyall, James (jlyall@acluaz.org); Watanabe, Katherine; KDudley@azcorrections.gov; Eidenbach, Kirstin (keidenbach@perkinscoie.com); Flood, Kelly (kflood@acluaz.org); Mamedova, Kamilla (kmamedova@jonesday.com); Shadoan, Kimberly (kshadoan@swlfirm.com); Wieneke, Kathleen (kwieneke@swlfirm.com); Rand, Lucy; du Mee, Matthew (mdumee@perkinscoie.com); Gottfried, Michael; Acedo, Nicholas (nacedo@swlfirm.com); Love, Rachel (rlove@swlfirm.com); Medsker, R. Scott (rsmedsker@jonesday.com); Calderon, Sophia (scalderon@jonesday.com); Kader, Sarah (skader@azdisabilitylaw.org); Norman, Sara (snorman@prisonlaw.com); Rauh, Sarah (srauh@jonesday.com); Wolford, Sherri (swolford@swlfirm.com); Bojanowski, Timothy (tbojanowski@swlfirm.com); Mayo, Therese (tmayo@swlfirm.com)
**Subject:** Re: E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601

Hi Lucy,

Thank you for the letter. As an initial step to assessing the true burden of the limited review you are currently focused on, is it possible for you to de-dupe the 16,245 so that you only produce any given email chain once (providing that all links in the email and all recipients of the email are identified)? That should substantial reduce the number of email at issue. As to the other issues addressed in your email, we are reviewing those issues and will respond to you shortly.

Thank you,

Caroline

Caroline Mitchell
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104-1500

Telephone: (415) 875-5712
Fax: (415) 875-5700
e-mail: cnmitchell@jonesday.com

| | |
|---|---|
| From: | "Rand, Lucy" <Lucy.Rand@azag.gov> |
| To: | "Alewelt, Jennifer (jalewelt@azdisabilitylaw.org)" <jalewelt@azdisabilitylaw.org>, "Kader, Sarah (skader@azdisabilitylaw.org)" <skader@azdisabilitylaw.org>, "Varma, Asim (avarma@azdisabilitylaw.org)" <avarma@azdisabilitylaw.org>, "Amy Fettig (afettig@npp-aclu-.org)" <afettig@npp-aclu.org>, "Fathi, David (dfathi@npp-aclu.org)" <dfathi@npp-aclu.org>, "Flood, Kelly (kflood@acluaz.org)" <kflood@acluaz.org>, "Lyall, James (jlyall@acluaz.org)" <jlyall@acluaz.org>, "Pochoda, Daniel (danpoc@cox.net)" <danpoc@cox.net>, "Pochoda, Daniel (dpochoda@acluaz.org)" <dpochoda@acluaz.org>, "Quereshi, Ajmel (aquereshi@npp-aclu.org)" <aquereshi@npp-aclu.org>, "Calderon, Sophia (scalderon@jonesday.com)" <scalderon@jonesday.com>, "Kiernan, David (dkiernan@jonesday.com)" <dkiernan@jonesday.com>, "Mamedova, Kamilla (kmamedova@jonesday.com)" <kmamedova@jonesday.com>, "Medsker, R. Scott (rsmedsker@jonesday.com)" <rsmedsker@jonesday.com>, "Messina, Jennifer (jkmessina@jonesday.com)" <jkmessina@jonesday.com>, "Mitchell, Caroline (cnmitchell@jonesday.com)" <cnmitchell@jonesday.com>, "Rauh, Sarah (srauh@jonesday.com)" <srauh@jonesday.com>, "Wilkes, John (jlwilkes@jonesday.com)" <jlwilkes@jonesday.com>, "Barr, Daniel (dbarr@perkinscoie.com)" <dbarr@perkinscoie.com>, "du Mee, Matthew (mdumee@perkinscoie.com)" <mdumee@perkinscoie.com>, "Eidenbach, Kirstin (keidenbach@perkinscoie.com)" <keidenbach@perkinscoie.com>, "Gerlicher, Amelia (agerlicher@perkinscoie.com)" <agerlicher@perkinscoie.com>, "Gray, John (jhgray@perkinscoie.com)" <jhgray@perkinscoie.com>, "Hardy, Alison (ahardy@prisonlaw.com)" <ahardy@prisonlaw.com>, "Kendrick, Corene (ckendrick@prisonlaw.com)" <ckendrick@prisonlaw.com>, "Norman, Sara (snorman@prisonlaw.com)" <snorman@prisonlaw.com>, "Specter, Donald (dspecter@prisonlaw.com)" <dspecter@prisonlaw.com> |
| Cc: | "'CZARSTY, CURT'" <CCZARSTY@azcorrections.gov>, "Northup, Dawn - ADC (DNorthup@azcorrections.gov)" <DNorthup@azcorrections.gov>, "KDudley@azcorrections.gov" <KDudley@azcorrections.gov>, "Gottfried, Michael" <Michael.Gottfried@azag.gov>, "Rand, Lucy" <Lucy.Rand@azag.gov>, "Watanabe, Katherine" <Katherine.Watanabe@azag.gov>, "Zuerlein, Ashley" <Ashley.Zuerlein@azag.gov>, "Acedo, Nicholas (nacedo@swlfirm.com)" <nacedo@swlfirm.com>, "Bojanowski, Timothy (tbojanowski@swlfirm.com)" <tbojanowski@swlfirm.com>, "Cloman, Courtney (ccloman@swlfirm.com)" <ccloman@swlfirm.com>, "Fletcher, Ashlee (afletcher@swlfirm.com)" <afletcher@swlfirm.com>, "Love, Rachel (rlove@swlfirm.com)" <rlove@swlfirm.com>, "Orcutt, Anne (aorcutt@swlfirm.com)" <aorcutt@swlfirm.com>, "Struck, Dan Patrick (dstruck@swlfirm.com)" <dstruck@swlfirm.com>, "Wieneke, Kathleen (kwieneke@swlfirm.com)" <kwieneke@swlfirm.com>, "Bender, Amy (abender@swlfirm.com)" <abender@swlfirm.com>, "Mayo, Therese (tmayo@swlfirm.com)" <tmayo@swlfirm.com>, "Shadoan, Kimberly (kshadoan@swlfirm.com)" <kshadoan@swlfirm.com>, "Webb, Colleen (cwebb@swlfirm.com)" <cwebb@swlfirm.com>, "Wolford, Sherri (swolford@swlfirm.com)" <swolford@swlfirm.com> |
| Date: | 05/10/2013 04:37 PM |
| Subject: | E-mail Production Ltr - PARSONS v. RYAN, USDC CV12-0601 |

Counsel,

Please see attached letter regarding e-mail production.

Lucy

Lucy M. Rand,
Assistant Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
Department of Corrections Unit
Liability Management Section
1275 West Washington Street
Phoenix, AZ 85007-2926
(602) 542-1610 Operator
**(602) 542-7683 Direct**
(602) 542-7670 FAX
Lucy.Rand@azag.gov

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683. Thank you.[attachment "2013-05-10 LF Rand to Counsel (re email production).pdf" deleted by Caroline N Mitchell/JonesDay]

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========