**EXHIBIT 8**

**EXHIBIT 8**

| | |
|---|---|
| **From:** | Don Specter |
| **To:** | Parsons Team |
| **Cc:** | Parsons Discovery Comittee |
| **Subject:** | Tours and Depositions |
| **Date:** | Monday, August 12, 2013 2:26:41 PM |

Dear Dan & Nick,

The Court's latest order provides that Plaintiffs may take 11 depositions of contract monitors (which includes 9 facility monitors, plus one each for mental health and nursing), unless Defendants stipulate that three such depositions will be representative of the other 8.  Please let us know by the close of business tomorrow whether you will so stipulate.

Similarly, Plaintiffs have proposed that Defendants stipulate that the conditions found by our experts on the tours they have completed so far are representative of the health care provided at the institutions that our experts have not toured.  If Defendants so stipulate Plaintiffs will not conduct any tours, except those of Dr. Williams.  We have not received a response to that proposal.  Please also let us know by the close of business tomorrow whether Defendants will so stipulate.   Otherwise, we will ask the Court for clarification on this issue.

Thank you.

Don