IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court has reviewed the parties' Motion for Clarification (Doc. 618) and issues the following Order:

(1) Plaintiffs' original request to take two additional tours specified that they would be two days each. In the parties' motion, Plaintiffs state that their expert must conclude the second day by 2:00 p.m. and might be able to finish even earlier. The Court will permit 1.5 days for each tour.

(2) The Court's authorization for Plaintiffs to depose the 11 contract monitors related to each facility's monitor and the supervisor. A dispute regarding statewide monitors of general healthcare issues was never presented to the Court. Plaintiffs may depose these statewide general monitors but they count toward the 25 deposition limit.

(3) Plaintiffs previously agreed that each 30(b)(6) notice counts as one deposition and the Court sees no reason to deviate from that approach.

(4) Plaintiffs may depose Ben Shaw in his individual capacity but his deposition counts toward the 25 deposition limit.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS THEREFORE ORDERED** that the parties' joint Motion for Clarification (Doc. 618) is **granted to the extent explained herein**.

Dated this 9th day of September, 2013.

_____
Neil V. Wake
United States District Judge