**JELLISON LAW OFFICES, PLLC**
3101 North Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-6009
Facsimile: (602) 230-9250
E-mail: jim@jellisonlaw.com

JAMES M. JELLISON, ESQ. #012763
Attorney for Non-party
Defendant Wexford Health Sources, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charolotte Wells on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections in their official capacities, Defendants. | Case No.: CV2012-00601-NVW-MEA  **NOTICE OF LIMITED APPEARANCE** |

NOTICE IS HEREBY GIVEN, pursuant to LRCiv. 83.3, the law firm of Jellison Law Offices, PLLC, and its principal attorney, James M. Jellison, have been retained to appear as counsel to represent the non-party Wexford Health Sources, Inc., in the above-captioned matter for limited purposes of responding to Plaintiff's Motion to De-designate Two Documents as Confidential.

1

1     DATED this 9th day of September, 2013.

2                             JELLISON LAW OFFICES, PLLC

3                              By s/James M. Jellison
                                Jellison Law Offices, PLLC

4                              3101 North Central Avenue
                                Suite 1090

5                              Phoenix, AZ 85012
                                *Attorney for Non-party Defendant Wexford Health*

6                              *Sources*

7

8 Certificate of Service:
I hereby certify that on September 9, 2013, I electronically

9 Transmitted the attached document
To the Clerk's Office using the

10 CM/ECF System for filing.

11 Certificate of Mailing:
I hereby certify that on September

12 9, 2013, I electronically
Filed the attached document

13 which will send Notification of
such filing to all Counsel of record.

14

15

16 s/Kasey M. Rivera_____

17

18

19

20

21

22

23

24

25

26