1   Daniel Pochoda (Bar No. 021979)
    Kelly J. Flood (Bar No. 019772)
2   James Duff Lyall (Bar No. 330045)*
    **ACLU FOUNDATION OF ARIZONA**
3   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
4   Telephone:  (602) 650-1854
    Email: dpochoda@acluaz.org
5           kflood@acluaz.org
            jlyall@acluaz.org
6   *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin
    Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
8   *Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
    *Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of*
9   *themselves and all others similarly situated*

10  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

    Jennifer Alewelt (Bar No. 027366)
11  Asim Varma (Bar No. 027927)
    Sarah Kader (Bar No. 027147)
12  **ARIZONA CENTER FOR DISABILITY LAW**
    5025 East Washington Street, Suite 202
13  Phoenix, Arizona 85034
    Telephone:  (602) 274-6287
14  Email: jalewelt@azdisabilitylaw.org
            avarma@azdisabilitylaw.org
15          skader@azdisabilitylaw.org

16  *Attorneys for Plaintiff Arizona Center for Disability Law*

    **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
17
                    UNITED STATES DISTRICT COURT
18
                         DISTRICT OF ARIZONA
19

| | |
|---|---|
| Victor Parsons, et al.; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER TO ALLOW AN EXTENSION OF TIME TO DEPOSE CORIZON** |
| v. | **-AND-** |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | **MOTION TO MODIFY THE SCHEDULING ORDER TO ALLOW AN EXTENSION OF TIME TO CONTINUE THE DEPOSITION OF WEXFORD** |
| Defendants. | |

**Motion and Memorandum**

Named Plaintiffs and Plaintiff Arizona Center for Disability Law hereby respectfully move this Court to modify the Scheduling Order [Docs. 52, 388] to (a) extend the deadline until October 4, 2013 to take the Rule 30(b)(6) depositions of Corizon, Inc., the private contractor providing health care in ADC facilities, and (b) to extend the deadline until October 8, 2013 to take the deposition of Dr. Neil Fisher as the designee for the continued Rule 30(b)(6) deposition of Wexford.

Defendants have stated that they do not oppose an extension to take the Corizon depositions within the next two weeks, but Plaintiffs did not receive Defendants' position on the extension for Dr. Fisher before the time needed to file this Motion.

Due to the upcoming deadlines, Plaintiffs respectfully request expedited consideration of this Motion, including granting relief in phases to the extent the Court is inclined to await a response brief on some issues, but not others.

**A.    Corizon Rule 30(b)(6) Depositions**

After the Court's order clarifying the limits on depositions, Plaintiffs quickly proceeded to serve Corizon with subpoenas to obtain Corizon's corporate testimony on medical and mental health topics.[1] The subpoenas were first emailed to Corizon's counsel on September 10, 2013. After Corizon's counsel demanded personal service for the first time in this litigation, the subpoenas were formally served on September 12, 2013. The subpoenas scheduled the depositions for September 19 and 20, seeking Corizon's corporate testimony on medical and mental health topics. As the company actually providing the day-to-day care to the class members, Corizon's testimony on the provision of medical and mental health care is critical to Plaintiffs' case at trial.

Corizon has indicated that it would be better equipped to present witnesses if it could do so after September 20. While Plaintiffs endeavored to serve Corizon quickly

---

[1] Plaintiffs attempted to serve the subpoenas by email on September 10, 2013, as counsel for Corizon previously had allowed for other documents. Corizon's in-house counsel then informed Plaintiffs that Corizon required personal service, which was completed on September 12, 2013.

after learning the Court's position on depositions, Corizon contends that additional time would ease some of the burden of complying with the subpoena.[2]  Plaintiffs, therefore, request that the Court amend the scheduling order to allow these depositions to take place through October 4, 2013.  That date is only one week after the current close of discovery and is a month before the depositions of Defendant Pratt and Defendant Ryan must occur.  So, extending the discovery period will not delay the case, but will make the depositions more convenient for Corizon and will ensure that Plaintiffs have a fair opportunity to obtain evidence for trial.

**B.    Wexford's Designee, Dr. Neil Fisher**

Wexford Health Sources, Inc., the prior contractor for health care in ADC prisons, has offered Dr. Neil Fisher as its corporate designee to complete four topics previously not addressed by Wexford witnesses.  [Doc. 637 (Amended Notice of Continuation of 30(b)(6) Deposition of Wexford); Doc. 436 (Original Notice of Deposition)]  Plaintiffs recently learned that Dr. Fisher is not available until October 7 or 8 for a deposition, and request an extension of the deadline to complete depositions until October 8.  Although Wexford no longer is ADC's contractor, evidence of the health care provided during Wexford's tenure is relevant to the shortcomings ADC has had and, even more importantly, ADC's failure to remedy those shortcomings even after Wexford was replaced with Corizon.[3]

Wexford originally offered Dr. Fisher for September 26, and Plaintiffs first informed Defendants of Wexford's offer on September 4, 2013.  Because the scheduling

---

[2]  A motion to quash, based largely on assertions of undue burden, is currently pending in the Middle District of Tennessee, from which the subpoenas were issued.  Because Corizon is based in Brentwood, Tennessee, any litigation regarding the scope of the Corizon subpoenas will take place in that district.  Corizon's counsel, however, has explained that it intends to continue negotiating the schedule and scope of the subpoena even as the motion to quash is pending, and Plaintiffs already have begun the process of narrowing the scope of the subpoenas.  Plaintiffs also believe an extension of the discovery period would ease the burden on Corizon by extending the time within which Corizon would need to present witnesses.

[3]  Dr. Fisher will testify on topics related to prisoner deaths, Hepatitis C, Pertussis, and communications between Wexford and ADC.

1  order allows depositions commenced at least five working days before the September 27,

2  2013 discovery deadline to "continue up until the deadline, as necessary," the original

3  September 26 date would have been allowed by the schedule.   [Doc. 52 at 2]  Plaintiffs

4  recently learned that Dr. Fisher no longer is available on September 26 and will not be

5  available until October 7 or 8.   Due to this recent unavoidable scheduling change,

6  Plaintiffs respectfully request permission to complete the deposition of Wexford on

7  October 8.  This extension would not cause prejudice or delay for the same reasons the

8  unopposed extension for Corizon would not do so.

9  Dated:  September 18, 2013                    **PERKINS COIE LLP**

10

11                                                      By:   s/ John H. Gray
                                                           Daniel C. Barr (Bar No. 010149)
12                                                         Amelia M. Gerlicher (Bar No. 023966)
                                                           Kirstin T. Eidenbach (Bar No. 027341)
13                                                         John H. Gray (Bar No. 028107)
                                                           Matthew B. du Mée (Bar No. 028468)
14                                                         2901 N. Central Avenue, Suite 2000
                                                           Phoenix, Arizona 85012
15                                                         Telephone:  (602) 351-8000
                                                           Email:    dbarr@perkinscoie.com
16                                                                     agerlicher@perkinscoie.com
                                                                       keidenbach@perkinscoie.com
17                                                                     jhgray@perkinscoie.com
                                                                       mdumee@perkinscoie.com
18
                                                           Daniel Pochoda (Bar No. 021979)
19                                                         Kelly J. Flood (Bar No. 019772)
                                                           James Duff Lyall (Bar No. 330045)*
20                                                         **ACLU FOUNDATION OF**
                                                           **ARIZONA**
21                                                         3707 North 7th Street, Suite 235
                                                           Phoenix, Arizona 85013
22                                                         Telephone:  (602) 650-1854
                                                           Email:    dpochoda@acluaz.org
23                                                                     kflood@acluaz.org
                                                                       jlyall@acluaz.org
24
                                                           *Admitted pursuant to Ariz. Sup. Ct.
25                                                         R. 38(f)

26

27

28

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
          afettig@npp-aclu.org
          aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
  in DC; practice limited to federal
  courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
          dkiernan@jonesday.com
          scalderon@jonesday.com
          srauh@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
               tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
               jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:     kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

-5-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ARIZONA CENTER FOR DISABILITY LAW**


By: ___s/ Jennifer Alewelt_____
     Jennifer Alewelt (Bar No. 027366)
     Asim Varma (Bar No. 027927)
     Sarah Kader (Bar No. 027147)
     5025 East Washington Street, Suite 202
     Phoenix, Arizona 85034
     Telephone:  (602) 274-6287
     Email:   jalewelt@azdisabilitylaw.org
               avarma@azdisabilitylaw.org
               skader@azdisabilitylaw.org

     J.J. Rico (Bar No. 021292)
     Cathleen M. Dooley (Bar No. 022420)
     **ARIZONA CENTER FOR DISABILITY LAW**
     100 N. Stone Avenue, Suite 305
     Tucson, Arizona 85701
     Telephone:  (520) 327-9547
     Email:   jrico@azdisabilitylaw.org
               cdooley@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

s/ S. Lawson

LEGAL27880738.1