UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW<br><br>**[PROPOSED] ORDER GRANTING MOTIONS TO MODIFY THE SCHEDULING ORDER** |

The Court, having reviewed Plaintiffs' Motion to Modify the Scheduling Order to Allow An Extension of Time to Depose Corizon, and Plaintiffs' Motion to Modify the Scheduling Order to Allow an Extension of Time to Continue the Deposition of Wexford, and for good cause appearing, IT IS ORDERED that the Motions are GRANTED.

Pending a decision by the Middle District of Tennessee on Corizon's motion to quash, Plaintiffs may have through October 4, 2013 to begin and complete the Rule 30(b)(6) depositions of Corizon, Inc., served on Corizon by subpoena on September 12, 2013. Plaintiffs may have through October 8, 2013 to complete the already-begun Rule 30(b)(6) deposition of Wexford Health Sources, Inc., which has designated Dr. Neil Fisher as its corporate designee.