1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5        kflood@acluaz.org
         jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin
   Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
8  *Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
   *Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of*
9  *themselves and all others similarly situated*

10 **[ADDITIONAL COUNSEL LISTED BELOW]**

   Jennifer Alewelt (Bar No. 027366)
11 Asim Varma (Bar No. 027927)
   Sarah Kader (Bar No. 027147)
12 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
13 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
14 Email: jalewelt@azdisabilitylaw.org
         avarma@azdisabilitylaw.org
15       skader@azdisabilitylaw.org

16 *Attorneys for Plaintiff Arizona Center for Disability Law*

   **[ADDITIONAL COUNSEL LISTED BELOW]**
17
                    UNITED STATES DISTRICT COURT
18
                         DISTRICT OF ARIZONA
19

20 Victor Parsons; Shawn Jensen; Stephen Swartz;       No. CV 12-00601-PHX-NVW
   Dustin Brislan; Sonia Rodriguez; Christina          (MEA)
   Verduzco; Jackie Thomas; Jeremy Smith; Robert
21 Gamez; Maryanne Chisholm; Desiree Licci; Joseph
   Hefner; Joshua Polson; and Charlotte Wells, on
22 behalf of themselves and all others similarly       **SUPPLEMENTAL**
   situated; and Arizona Center for Disability Law,    **DECLARATION OF**
                                                       **DAVID C. FATHI IN**
23                        Plaintiffs,                  **SUPPORT OF PLAINTIFFS'**
                                                       **MOTION TO DE-**
24              v.                                     **DESIGNATE TWO**
                                                       **DOCUMENTS AS**
25 Charles Ryan, Director, Arizona Department of       **CONFIDENTIAL**
   Corrections; and Richard Pratt, Interim Division
   Director, Division of Health Services, Arizona
26 Department of Corrections, in their official
   capacities,
27
                         Defendants.
28

1    I, DAVID C. FATHI, DECLARE:

2        1.      I am an attorney licensed to practice before the courts of the state of

3    Washington and admitted to this Court *pro hac vice*.  I am Director of the National Prison

4    Project of the ACLU Foundation, and am co-lead counsel for the Plaintiff class in this

5    litigation.  If called as a witness, I could and would testify competently to the facts stated

6    herein, all of which are within my personal knowledge.

7        2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpted pages

8    from the deposition of Karen Mullenix in this case, taken May 21, 2013.

9        3.      Attached hereto as Exhibit 2 is a true and correct copy of an email from

10   Defendants' counsel Daniel P. Struck, dated August 23, 2013.

11       4.      Attached hereto as Exhibit 3 is a true and correct copy of an email from

12   Defendants' counsel Daniel P. Struck, dated August 23, 2013.

13       5.      As set forth in my Declaration dated August 23, 2013 (Doc. 591), I

14   negotiated with Wexford's counsel, Brandi Blair, regarding Wexford's production of

15   documents pursuant to a subpoena duces tecum issued by Plaintiffs in this case.  Ms. Blair

16   insisted, as a precondition to the production of any documents by Wexford, that Plaintiffs

17   agree to subject all Wexford documents to the Protective Order in this case.  At the time I

18   entered into that agreement, later filed with the Court as Doc. 448, I had not seen any of

19   the documents eventually produced by Wexford, and did not have any knowledge of their

20   content.

21       6.      None of the Plaintiffs in this case, or any of their counsel, have any

22   involvement in *Lippert v. Ghosh*, No. 1:10-cv-04603 (N.D. Ill.).  The ACLU of Illinois is

23   a corporate entity separate from both the ACLU of Arizona and the ACLU Foundation, of

24   which the National Prison Project is a part.

25       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

26   is true and correct.

27

28

1    Executed this 19th day of September, 2013 in Washington, D.C.

2

3                                             s/ David C. Fathi
                                              _____
4                                             David C. Fathi

5    **ADDITIONAL COUNSEL:**

6                                             Donald Specter (Cal. 83925)*
                                              Alison Hardy (Cal. 135966)*
7                                             Sara Norman (Cal. 189536)*
                                              Corene Kendrick (Cal. 226642)*
8                                             Warren E. George (Cal. 53588)*
                                              **PRISON LAW OFFICE**
9                                             1917 Fifth Street
                                              Berkeley, California 94710
10                                            Telephone:  (510) 280-2621
                                              Email:    dspecter@prisonlaw.com
11                                                      ahardy@prisonlaw.com
                                                        snorman@prisonlaw.com
12                                                      ckendrick@prisonlaw.com
                                                        wgeorge@prisonlaw.com

13                                            *Admitted *pro hac vice*

14                                            David C. Fathi (Wash. 24893)*
                                              Amy Fettig (D.C. 484883)**
15                                            Ajmel Qureshi (Md. 28882)*
                                              **ACLU NATIONAL PRISON
16                                            PROJECT**
                                              915 15th Street N.W., 7th Floor
17                                            Washington, D.C. 20005
                                              Telephone:  (202) 548-6603
18                                            Email:    dfathi@npp-aclu.org
                                                        afettig@npp-aclu.org
19                                                      aqureshi@npp-aclu.org

20                                            *Admitted *pro hac vice*.  Not admitted
                                                in DC; practice limited to federal
21                                              courts.
                                              **Admitted *pro hac vice*

22

23

24

25

26

27

28

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          keidenbach@perkinscoie.com
          jhgray@perkinscoie.com
          mdumee@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:    cnmitchell@jonesday.com
          dkiernan@jonesday.com
          scalderon@jonesday.com
          srauh@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:    jlwilkes@jonesday.com
          tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:    kmamedova@jonesday.com
          jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;*
*Stephen Swartz; Dustin Brislan; Sonia*
*Rodriguez; Christina Verduzco; Jackie*
*Thomas; Jeremy Smith; Robert Gamez;*
*Maryanne Chisholm; Desiree Licci; Joseph*
*Hefner; Joshua Polson; and Charlotte*
*Wells, on behalf of themselves and all others*
*similarly situated*

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    jalewelt@azdisabilitylaw.org
              avarma@azdisabilitylaw.org
              skader@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Cathleen M. Dooley (Bar No. 022420)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:    jrico@azdisabilitylaw.org
              cdooley@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for*
*Disability Law*

-4-

1

**CERTIFICATE OF SERVICE**

2

     I hereby certify that on September 19, 2013, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Katherine E. Watanabe

7

Lucy M. Rand
Assistant Arizona Attorneys General

8

Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

9

10

Daniel P. Struck
Kathleen L. Wieneke

11

Timothy J. Bojanowski
Rachel Love

12

Nicholas D. Acedo
Courtney R. Cloman

13

Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.

14

dstruck@swlfirm.com

15

kwieneke@swlfirm.com
tbojanowski@swlfirm.com

16

rlove@swlfirm.com
nacedo@swlfirm.com

17

ccloman@swlfirm.com
afletcher@swlfirm.com

18

aorcutt@swlfirm.com

19

*Attorneys for Defendants*

20

21

22

     s/NAME

78204-0001/LEGAL27897502.1

23

24

25

26

27

28