Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER TO ALLOW AN EXTENSION OF TIME TO DEPOSE CORIZON**<br><br>**AND**<br><br>**RESPONSE TO MOTION TO MODIFY THE SCHEDULING ORDER TO ALLOW AN EXTENSION OF TIME TO CONTINUE THE DEPOSITION OF WEXFORD** |

1    Defendants do not oppose Plaintiffs' request to (a) extend the deadline until

2   October 4, 2013 to take the Rule 30(b)(6) depositions of Corizon, Inc., and (b) to extend

3   the deadline until October 8, 2013 to take the deposition of Dr. Neil Fisher.

4    DATED this 19th day of September 2013.

5    STRUCK WIENEKE & LOVE, P.L.C.

6

7    By /s/ Nicholas D. Acedo
       Daniel P. Struck
8       Kathleen L. Wieneke
       Rachel Love
9       Timothy J. Bojanowski
       Nicholas D. Acedo
10      Courtney R. Cloman
       Ashlee B. Fletcher
11      Anne M. Orcutt
       STRUCK WIENEKE & LOVE, P.L.C.
12      3100 West Ray Road, Suite 300
       Chandler, Arizona  85226
13
       Arizona Attorney General Thomas C. Horne
14      Office of the Attorney General
       Michael E. Gottfried
15      Lucy M. Rand
       Assistant Attorneys General
16      1275 W. Washington Street
       Phoenix, Arizona 85007-2926
17
       *Attorneys for Defendants*
18
    2811579.1
19

20

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:                ahardy@prisonlaw.com

Amy Fettig:                  afettig@npp-aclu.org

Caroline N. Mitchell:        cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:          ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:         DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:           dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:              dspecter@prisonlaw.com

James Duff Lyall:            jlyall@acluaz.org; gtorres@acluaz.org

Jennifer Ann Alewelt:        jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Cathleen M. Dooley:          cdooley@azdisabilitylaw.org

J.J. Rico:                   jrico@azdisabilitylaw.org

John Howard Gray:            jhgray@perkinscoie.com; slawson@perkinscoie.com

Kelly Joyce Flood:           kflood@acluaz.org; gtorres@acluaz.org

Kirstin T. Eidenbach:        keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried:Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

Sara Norman:                 snorman@prisonlaw.com

Sophia Calderon:             scalderon@jonesday.com; lwong@jonesday.com

Asim Varma:                  avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

3

| | | |
|---|---|---|
| 1 | Sarah Rauh: | srauh@jonesday.com; treyes@jonesday.com |
| 2 | David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| 3 | John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 4 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 5 | Jennifer K. Messina: | jkmessina@jonesday.com |
| 6 | Taylor Freeman: | tfreeman@jonesday.com |
| 7 | Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 8 | Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| 9 | Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| 10 | | |
| 11 | Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| 12 | Ajmel Quereshi: | aquereshi@npp-aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Nicholas D. Acedo