1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin
   Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
8  *Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,
   Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of*
9  *themselves and all others similarly situated*

10 **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

11                           UNITED STATES DISTRICT COURT

12                                 DISTRICT OF ARIZONA

| | |
|---|---|
| 13  Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **PRISONER PLAINTIFFS' MOTION FOR PROTECTIVE ORDER** |

Prisoner Plaintiffs hereby move this Court for entry of a protective order directing Rhonda Jensen, a third party and Shawn Jensen's spouse, not to produce documents identified by Mr. Jensen's attorneys as protected by attorney-client privilege. Defendants recently served Ms. Jensen with a subpoena demanding that she produce several categories of information in her possession that relate to Mr. Jensen's medical care while

LEGAL27883176.1

in the custody of the Arizona Department of Corrections. We attempted to meet and confer with Defendants and are willing to continue to meet and confer regarding the scope of the subpoena to Ms. Jensen; however, Plaintiffs are cognizant that this motion must be filed today to be timely under Federal Rule of Civil Procedure 45(c)(3)(a).

In the interest of ensuring that Mr. Jensen's privilege was not inadvertently waived, his attorneys reviewed the documents Ms. Jensen identified as responsive to the subpoena. Several of these documents are communications protected by attorney-client privilege, and generally fall into two categories. Any communications between Mr. Jensen and any of his attorneys are privileged and should not be compelled to be produced. Attorney-client privilege is not waived by the presence of a third party "where the third party's presence does not indicate a lack of intent to keep the communication confidential." *State v. Sucharew*, 205 Ariz. 16, 22 (Ct. App. 2003) (citing *United States v. Bigos*, 459 F.2d 639 (1st Cir. 1972)). The fact that Ms. Jensen has seen or has possession of these communications does not waive the attorney-client privilege.

Second, we have asked Ms. Jensen to withhold any communication she has had with Mr. Jensen's attorneys regarding this litigation. As Mr. Jensen's spouse, attorney-in-fact, and power of attorney, Ms. Jensen has acted as Mr. Jensen's agent where necessary. Where a family member is acting as the agent of an inmate, that family member's communications with the inmate's attorney are covered by attorney-client privilege. *See Gerheiser v. Stephens*, 712 So. 2d 1252 (Fla. Dist. Ct. App. 1998). Although *Gerheiser* does not rely on federal privilege law for its decision, a federal district court cited the Florida case in a similar matter because "in the absence of any authority in this circuit or, for that matter, any other circuit, this court may look to authoritative state court decisions applying similar evidentiary standards to formulate the law that should apply in this district." *Leone v. Fisher*, No. 3:05-CV-521 (CFD)(TPS), 2006 WL 142059, at *5 (D. Conn. Oct. 18, 2006). Moreover, *Leone* has been cited by a district court in the Ninth Circuit on this issue: "Although *Leone* reviews state court decisions in determining the privilege's reach, *Leone* is still persuasive authority as federal common law." *In re North*

1. *Plaza, LLC* (*Dynamic Finance Corp.*) *v. Kipperman*, 395 B.R. 113, 125 (S.D. Cal. 2008).
2. The court in *Kipperman* specifically affirmed *Leone's* reliance on *Gerheiser*, noting that
3. "[w]here federal authority is wanting, federal courts may look to authoritative state court
4. decisions and statutes when deciding whether to recognize a new privilege or amend the
5. coverage of an existing one." *Id*.
6.       In addition to being supported by the case law, this Court has already reviewed
7. communications between Plaintiffs' counsel and the family members of inmates, as
8. designated on Plaintiffs' privilege log. Plaintiffs cited *Gerheiser* to support their decision
9. to designate this category of documents as privileged, and this Court declined to compel
10. production of those documents, ruling in Plaintiffs' favor. [*See* Doc. 258 for dispute and
11. Doc. 284 for order]. Finding that avenue closed, Defendants are now attempting to
12. bypass this Court's Order and compel the same set of privileged documents relating to
13. Mr. Jensen from his wife.
14.       WHEREFORE, Plaintiffs respectfully request that this Court enter a protective
15. order, in the form attached hereto as Exhibit A, excusing Ms. Jensen from the production
16. of communications between (i) Mr. Jensen and his attorneys and (ii) between Ms. Jensen
17. and Mr. Jensen's attorneys to the extent that those communications are protected by
18. attorney-client privilege.

| | | |
|---|---|---|
| 1 | Dated: September 19, 2013 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By:   Kirstin T. Eidenbach |
| | | Daniel C. Barr (Bar No. 010149) |
| 4 | | Amelia M. Gerlicher (Bar No. 023966) |
| | | Kirstin T. Eidenbach (Bar No. 027341) |
| 5 | | John H. Gray (Bar No. 028107) |
| | | Matthew B. du Mée (Bar No. 028468) |
| 6 | | 2901 N. Central Avenue, Suite 2000 |
| | | Phoenix, Arizona 85012 |
| 7 | | Telephone:  (602) 351-8000 |
| | | Email:   dbarr@perkinscoie.com |
| 8 | | agerlicher@perkinscoie.com |
| | | keidenbach@perkinscoie.com |
| 9 | | jhgray@perkinscoie.com |
| | | mdumee@perkinscoie.com |

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:   dpochoda@acluaz.org
            kflood@acluaz.org
            jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:   dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com
            wgeorge@prisonlaw.com

*Admitted *pro hac vice*

LEGAL27883176.1                                    -4-

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         dkiernan@jonesday.com
         scalderon@jonesday.com
         srauh@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com
         tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:   kmamedova@jonesday.com
         jkmessina@jonesday.com

*Admitted *pro hac vice*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email: kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
J.J. Rico
Cathleen M. Dooley
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org
jrico@azdisabilitylaw.org
cdooley@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

Evelyn Maestre