# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER** |

This Court, having considered Plaintiffs' Motion for Protective Order (the "Motion"), and finding good cause therein, it is

**ORDERED** that the Motion is **GRANTED**, and

It is further **ORDERED** that Ms. Jensen shall not produce communications between (i) Mr. Jensen and his attorneys or (ii) between Ms. Jensen and Mr. Jensen's attorneys.

LEGAL27902957.1