1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Victor Antonio Parsons, et al.,

               Plaintiffs,

vs.

Charles L. Ryan, et al.,

               Defendants.

No. CV12-0601-PHX-NVW

**ORDER**

The Court has reviewed Plaintiffs' Motion to Modify the Scheduling Order to Allow an Extension of Time to Depose Corizon and Wexford (Doc. 641). Defendants do not oppose the motion (Doc. 648) and the Court will grant it.

**IT IS THEREFORE ORDERED:**

(1) Plaintiff's Motion to Modify the Scheduling Order (Doc. 641) is **granted**.

(2) Pending a decision by the Middle District of Tennessee on Corizon's motion to quash, Plaintiffs may have through October 4, 2013 to begin and complete the Rule 30(b)(6) depositions of Corizon, Inc., served on Corizon by subpoena on September 12, 2013.

(3)  Plaintiffs may have through October 8, 2013 to complete the already-begun Rule 30(b)(6) deposition of Wexford Health Sources, Inc., which has designated Dr. Neil Fisher as its corporate designee.

Dated this 20th day of September, 2013.

_____

Neil V. Wake
United States District Judge