IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Prisoner Plaintiffs' Motion for Protective Order (Doc. 649) is premature. Counsel are directed to meet and confer and present a dispute only if it becomes ripe.

IT IS THEREFORE ordered denying Plaintiffs' Motion for Protective Order as premature.

Dated this 20th day of September, 2013.

_____
Neil V. Wake
United States District Judge