Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
          kflood@acluaz.org
          jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**PLAINTIFFS' STATEMENT REGARDING DEFENDANTS' MOTION TO SEAL ORDER (DOC. 652)** <br><br>-AND- <br><br>**REQUEST FOR STATUS CONFERENCE** |

78204-0001/LEGAL27919143.1

1     Plaintiffs hereby inform the Court that they take no stance on whether the Court's Order (Doc. 652) and the related docket text should be sealed, but instead defer to the Court's judgment as to whether the order should be available to the public.[1]

    As the Court no doubt is aware, judicial documents may be sealed if the party seeking to seal the documents articulates at least "good cause" for overcoming the presumption in favor of the public's right to access court records, showing more than the mere risk of embarrassment or incrimination. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006); *In re Midland Nat. Life Ins. Co.*, 686 F.3d 1115, 1119 (9th Cir. 2012). Plaintiffs, however, are not in a position to determine whether there is a basis to seal the Court's order (Doc. 652) and, if there is, whether ADC or Corizon is the party with standing to move to seal the order. Plaintiffs are not privy to the information before the Court that led the Court to issue its order in the first place. Similarly, Plaintiffs do not know what investigation led Defendants to assert that the Court's order was based only on unsubstantiated rumor. Plaintiffs, therefore, cannot firmly endorse or oppose Defendants' position. Instead, Plaintiffs defer to the Court's judgment on whether there is good cause to seal any documents.

    Assuming there is at least some basis for the Court's order (Doc. 652), however, Plaintiffs respectfully request a status conference because additional discovery regarding both ADC and Corizon likely is necessary in any event.

. . .

. . .

. . .

. . .

. . .

. . .

---

[1] Because Defendants moved to seal both the Court's order and Defendants' entire response, Plaintiffs do not discuss the specifics of either document here in the event the Court ultimately grants Defendants' motion.

| | | |
|---|---|---|
| 1 | Dated:  September 23, 2013 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By:   s/ John H. Gray |
| | | Daniel C. Barr (Bar No. 010149) |
| | | Amelia M. Gerlicher (Bar No. 023966) |
| 4 | | Kirstin T. Eidenbach (Bar No. 027341) |
| | | John H. Gray (Bar No. 028107) |
| 5 | | Matthew B. du Mée (Bar No. 028468) |
| | | 2901 N. Central Avenue, Suite 2000 |
| 6 | | Phoenix, Arizona 85012 |
| | | Telephone:  (602) 351-8000 |
| 7 | | Email:    dbarr@perkinscoie.com |
| | | agerlicher@perkinscoie.com |
| 8 | | keidenbach@perkinscoie.com |
| | | jhgray@perkinscoie.com |
| 9 | | mdumee@perkinscoie.com |
| 10 | | Daniel Pochoda (Bar No. 021979) |
| | | Kelly J. Flood (Bar No. 019772) |
| 11 | | James Duff Lyall (Bar No. 330045)* |
| | | **ACLU FOUNDATION OF** |
| 12 | | **ARIZONA** |
| | | 3707 North 7th Street, Suite 235 |
| 13 | | Phoenix, Arizona 85013 |
| | | Telephone:  (602) 650-1854 |
| 14 | | Email:    dpochoda@acluaz.org |
| | | kflood@acluaz.org |
| 15 | | jlyall@acluaz.org |
| 16 | | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |
| 17 | | |
| 18 | | Donald Specter (Cal. 83925)* |
| | | Alison Hardy (Cal. 135966)* |
| 19 | | Sara Norman (Cal. 189536)* |
| | | Corene Kendrick (Cal. 226642)* |
| | | Warren E. George (Cal. 53588)* |
| 20 | | **PRISON LAW OFFICE** |
| | | 1917 Fifth Street |
| 21 | | Berkeley, California 94710 |
| | | Telephone:  (510) 280-2621 |
| 22 | | Email:    dspecter@prisonlaw.com |
| | | ahardy@prisonlaw.com |
| 23 | | snorman@prisonlaw.com |
| | | ckendrick@prisonlaw.com |
| 24 | | wgeorge@prisonlaw.com |
| 25 | | *Admitted *pro hac vice* |
| 26 | | |
| 27 | | |
| 28 | | |

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         dkiernan@jonesday.com
         scalderon@jonesday.com
         srauh@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com
         tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:   kmamedova@jonesday.com
         jkmessina@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | Kevin Brantley (Cal. 251886)* |
| 2 | **JONES DAY**<br>3161 Michelson Drive, Suite 800 |
| 3 | Irvine, California 92612<br>Telephone:  (949) 851-3939 |
| 4 | Email:    kcbrantley@jonesday.com |

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
J.J. Rico
Cathleen M. Dooley
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org
jrico@azdisabilitylaw.org
cdooley@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

s/ Delana Freouf