**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | NO. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court, having reviewed Defendants' Motion to Seal Order (Doc. 654) and Related Docket Text and Defendants' Motion to Seal Supporting Memorandum, and good cause appearing,

IT IS ORDERED that this Court's Order at Doc. 652 be sealed.

IT IS FURTHER ORDERED that the docket text at Doc. 652 be stricken from the docket.

IT IS FURTHER ORDERED that Defendants' Memorandum in Support of Defendants' Motion to Seal Order (Doc. 655) be filed under seal in its entirety.

Dated this 24th day of September, 2013.

_____
Neil V. Wake
United States District Judge