1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
8  *Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
9  *behalf of themselves and all others similarly situated*

   **[ADDITIONAL COUNSEL LISTED BELOW]**
10 
   Jennifer Alewelt (Bar No. 027366)
11 Asim Varma (Bar No. 027927)
   Sarah Kader (Bar No. 027147)
12 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
13 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
14 Email: jalewelt@azdisabilitylaw.org
           avarma@azdisabilitylaw.org
15         skader@azdisabilitylaw.org

16 *Attorneys for Plaintiff Arizona Center for Disability Law*

   **[ADDITIONAL COUNSEL LISTED BELOW]**

17                    UNITED STATES DISTRICT COURT
18                         DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **DECLARATION OF PABLO STEWART, M.D.** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

I, PABLO STEWART, M.D., declare:

1.  I am a board-certified psychiatrist and Clinical Professor in the Department of Psychiatry, University of California, San Francisco. My curriculum vitae is attached hereto as Exhibit 1. I have more than 25 years of experience in correctional mental health care, including serving as the court's expert in class action cases challenging the provision of mental health care to prisoners.

2.  I have been asked to render an opinion as to the risk of heat injury and death to prisoners taking psychotropic medications in the Arizona Department of Corrections (ADC).

3.  It is a well-established medical fact that mentally ill individuals are at greater risk of suffering serious heat-related health problems. These problems include heat exhaustion and heat stroke. These are conditions in which the body's temperature-regulating system breaks down and internal body temperature rises, sometimes causing irreversible brain damage and organ system failure. The death rate for heat stroke ranges from 10% to 75%, depending on several variables, including how promptly treatment is sought.

4.  The mentally ill are a high-risk group due to several factors. Their cognitive functioning is often impaired, which can prevent them from taking adequate precautions to protect themselves from heat-related health problems. Also, some of the symptoms of heat-related health problems such as feeling poorly, irritability, anxiety and confusion can also be seen in a variety of mental illnesses. This often results in the mentally ill not even appreciating that they are suffering from heat-related health problems.

5.  Another extremely serious risk factor that places the mentally ill at greater risk of suffering from heat-related problems is the use of psychotropic medications. Medications used to treat mental illness increase the risk of heat-related health problems. Antipsychotic medications impair the body's ability to regulate its own temperature. Antipsychotic, antidepressant and anticholinergic medications all impair the body's ability to perspire and hence cool itself off. Lithium causes significant fluid loss that can

1  exacerbate heat-related health problems.  Finally, a common side effect of psychotropic
2  medications is sedation.  All of these factors combine to place the mentally ill, especially
3  those treated with psychotropic medications, at significant risk of suffering from heat-
4  related health problems, including serious injury and death.   For all of these reasons,
5  protection from heat injury is an essential element of the proper use of psychotropic
6  medications to treat mental illness.

7  6.  Heat-related health problems are completely preventable.  At risk
8  individuals, including those taking psychotropic medications, should be housed in areas
9  where the ambient temperature does not exceed 85 degrees Fahrenheit.  Even in this
10 relatively cool environment, at risk individuals should have unlimited access to cold
11 fluids.  The temperature of the fluids is important as the body absorbs cooler solutions
12 faster. Cold water is the best type of fluid replacement.  Other fluids, like Gatorade,
13 should also be provided as they contain electrolytes that are lost as a body perspires.
14 Humidity is also an important variable, since higher humidity reduces the body's ability to
15 cool itself through perspiration.  Staff who work with at risk individuals should receive
16 special training in the recognition and treatment of heat-related health problems.

17 7.  I conducted expert inspections of several ADC prisons during July 2013.  I
18 found the heat in the housing areas to be stifling, and saw obvious signs that both
19 prisoners and staff were suffering from its effects.  I have never encountered as many
20 complaints from prisoners about extreme heat as I did during these inspections.

21 8.  I was informed by plaintiffs' counsel that my request to bring a thermometer
22 on my expert inspections was denied by defendants' counsel.  Therefore, I do not know
23 the exact temperatures in the prisons I visited during my inspections, although given the
24 extreme heat I experienced I believe it to be very likely that they exceeded 85 degrees
25 Fahrenheit on many occasions.  It is my opinion that accurate temperature readings from
26 ADC prisons are important for assessing the risk of heat injury and death to prisoners who
27 are taking psychotropic medications.

28

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15TH day of September, 2013 in San Francisco, California.

Pablo Stewart, M.D.

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

| | |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| 2 | Amelia M. Gerlicher (Bar No. 023966) |
|   | Kirstin T. Eidenbach (Bar No. 027341) |
| 3 | John H. Gray (Bar No. 028107) |
|   | Matthew B. du Mée (Bar No. 028468) |
| 4 | **PERKINS COIE LLP** |
|   | 2901 N. Central Avenue, Suite 2000 |
| 5 | Phoenix, Arizona 85012 |
|   | Telephone: (602) 351-8000 |
| 6 | Email:   dbarr@perkinscoie.com |
|   |          agerlicher@perkinscoie.com |
| 7 |          keidenbach@perkinscoie.com |
|   |          jhgray@perkinscoie.com |
| 8 |          mdumee@perkinscoie.com |
| 9 | Caroline Mitchell (Cal. 143124)* |
|   | David C. Kiernan (Cal. 215335)* |
| 10 | Sophia Calderón (Cal. 278315)* |
|    | Sarah Rauh (Cal. 283742)* |
| 11 | **JONES DAY** |
|    | 555 California Street, 26th Floor |
| 12 | San Francisco, California 94104 |
|    | Telephone: (415) 875-5712 |
| 13 | Email:   cnmitchell@jonesday.com |
|    |          dkiernan@jonesday.com |
| 14 |          scalderon@jonesday.com |
|    |          srauh@jonesday.com |
| 15 | *Admitted *pro hac vice* |
| 16 | John Laurens Wilkes (Tex. 24053548)* |
|    | Taylor Freeman (Tex. 24083025)* |
| 17 | **JONES DAY** |
|    | 717 Texas Street |
| 18 | Houston, Texas 77002 |
|    | Telephone: (832) 239-3939 |
| 19 | Email:   jlwilkes@jonesday.com |
|    |          tfreeman@jonesday.com |
| 20 | *Admitted *pro hac vice* |
| 21 | Kamilla Mamedova (N.Y. 4661104)* |
| 22 | Jennifer K. Messina (N.Y. 4912440)* |
|    | **JONES DAY** |
| 23 | 222 East 41 Street |
|    | New York, New York 10017 |
| 24 | Telephone: (212) 326-3498 |
|    | Email:   kmamedova@jonesday.com |
| 25 |          jkmessina@jonesday.com |
| 26 | *Admitted *pro hac vice* |
| 27 | |
| 28 | |

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email:   kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   jalewelt@azdisabilitylaw.org
         avarma@azdisabilitylaw.org
         skader@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Cathleen M. Dooley (Bar No. 022420)
**ARIZONA CENTER FOR DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:   jrico@azdisabilitylaw.org
         cdooley@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

                                         *s/ S. Neilson*

78204-0001/LEGAL27873571.2