# EXHIBIT 1

**Brie Williams, MD, MS**
**Associate Professor of Clinical Medicine**
**University of California, San Francisco**
**Division of Geriatrics**
3333 California Street Box 1265, Suite 380
San Francisco, CA  94143-1265
Phone:  (415) 514-0720  Email: brie.williams@ucsf.edu

## Education

| | | | |
|---|---|---|---|
| 1990-94 | Wesleyan University, Middletown, CT | B.A. | American Studies |
| 1993 | Universidad Catolica, Santiago, Chile | | Semester Abroad |
| 1995-99 | Mount Sinai School of Medicine - CUNY, NY | M.S. | Community Medicine |
| 1995-99 | Mount Sinai School of Medicine, NY, NY | M.D. | Medical School |
| 1999-02 | University of California, San Francisco | | Internal Medicine Internship and Residency |
| 2004-05 | University of California, San Francisco | | Geriatrics Clinical Fellowship |
| 2005-07 | University of California, San Francisco | | Geriatrics Research Fellowship |
| 2005-06 | UCSF Dept. of Epidemiology and Biostatistics | | Advanced Training in Clinical Research |
| 2007 | Hartford Interdisciplinary Scholars | | Communications Training |
| 2010-13 | UCSF K-Scholars Program | | Additional Training in Clinical Research |

## Licensure and Certification

| | |
|---|---|
| 2000 | Physician's and Surgeon's Certificate, Medical Board of California |
| 2002,12 | Internal Medicine, American Board of Internal Medicine |
| 2005 | Subspecialty in Geriatric Medicine, American Board of Internal Medicine |
| 2006,12 | Subspecialty in Hospice and Palliative Care, American Board of Internal Medicine |

## Principal Positions Held

| | | |
|---|---|---|
| 2002-04 | University of California, San Francisco | Clinical Instructor of Medicine |
| 2004-now | San Francisco VA Medical Center | Staff Physician |
| 2007-11 | University of California, San Francisco | Assistant Professor of Medicine |
| 2010-now | San Francisco VA Medical Center | Medical Director, Geriatrics Clinic |
| 2011-now | Program for the Aging Century | Associate Director, Discovery & Communication |
| 2011-now | University of California, San Francisco | Associate Professor of Clinical Medicine |

## Other Positions Held Concurrently

| | | |
|---|---|---|
| 2001-05 | Marin General Hospital, Greenbrae, CA | Hospitalist – per diem |
| 2005-07 | Lumetra Quality Improvement Organization | Physician Reviewer, Medicare Quality |
| 2007-09 | San Quentin Prison Geriatrics Consultation and Teaching Service | Director and Founder |
| 2008 | San Francisco Elder Abuse Forensic Center | Forensic Geriatrician |
| 2009-now | UCSF/UC Hastings Consortium on Law, Science & Health Policy | Consortium Faculty Member |

## Honors and Awards

| | |
|---|---|
| 1993 | The Humanities and Medicine Program, Mount Sinai School of Medicine, NY |
| | One of twenty students selected as college sophomores for early admission to medical school |
| 1996 | Patricia Levinson Summer Research Grant, Mount Sinai School of Medicine, NY |
| 1997 | Community Medicine Research Grant, Mount Sinai School of Medicine, NY |
| 1998 | The George James Research Travel Grant, Mount Sinai School of Medicine, NY |
| 1998 | Alpha Omega Alpha, Mount Sinai School of Medicine, NY |
| 1999 | Janet M. Glasgow Award, AMWA award for scholastic achievement |
| 1999 | George James Epidemiology Award, Mount Sinai School of Medicine, NY |
| 2002 | Floyd Rector Clinical Science Research Award (Best Resident Research), UCSF |
| 2006 | Presidential Poster Session, American Geriatric Society |

2006  Outstanding Fellow Research Award, California Society of General Internal Medicine
2007  Hartford Geriatrics Health Outcomes Research Scholars Award
2007  Best Geriatrics Oral Abstract Presentation, Society of General Internal Medicine
2008  Brookdale Leadership in Aging Fellowship
2008  Best Health Policy/Health Services Research Poster, American Geriatric Society
2008  The Community Recognition "In the Trenches" Award, Bayview/Hunter's Point Senior Center
2009  Merck / American Geriatrics Society New Investigator Award
2010  Society of General internal Medicine - Geriatric Abstract Award (Senior Author on abstract)
2010  Mentor of the Year Award - Medical Student Training in Aging Research (MSTAR), UCSF
2010  Lieberman Scholar Award – "for work relevant to geriatrics from a multicultural perspective"
2010  UCSF Dean's Student Research Award (Senior Research Mentor for awardee)
2011  MSTAR Best Student Researcher (Senior Research Mentor for awardee)
2012  American Geriatrics Henderson Student Award (Senior Research Mentor for awardee)
2013  Best Oral Abstract, California Society of General Internal Medicine (Senior Mentor for awardee)
2013  Geriatrics Abstract Award, Society of General Internal Medicine (Senior Mentor for awardee)
2013  Best Health Policy Oral Abstract, American Geriatric Society (Senior Mentor for awardee)

## PROFESSIONAL ACTIVITIES
### Clinical Duties

Medical Director, San Francisco VA Medical Center Geriatrics Clinic

   Duties include running a weekly trainee conference, weekly attending in clinic, coordinating patient panels and schedules of 10-15 faculty and trainees, managing distance e-consults, assessing and triaging in-person consultation requests, measuring and enhancing quality of care, developing educational opportunities for trainees

Attending, San Francisco VA Medical Center ACE Unit

   I attend on the VA Acute Care for the Elderly (ACE) Unit for 2-4 weeks annually where I lead an interdisciplinary team of medical students, internal medicine residents, geriatrics fellows, nurses, nursing assistants, and physical and occupational therapists in the care of hospitalized older adults

Attending, Palliative Care Consultation Service

   I attend on the Palliative Care and Hospice Consultation Service at the San Francisco VA for 0-4 weeks per year depending on division needs. Duties include working in partnership with a nurse practitioner and supervising a fellow, medical student and medicine intern, and providing consultation in a multidisciplinary palliative care team

Attending, Outpatient Clinic

   I attend every other week in the San Francisco VA Medical Center Geriatrics Clinic. When I was a Clinical Instructor in General Internal Medicine I attended in outpatient primary care clinic 3.5-days/week and precepted medical students and residents in clinic 1.5-days/week

Founder and Director, San Quentin Geriatrics Consultation and Teaching Service

   I created and directed this demonstration consultation service at San Quentin Prison as part of a contract between the UCSF Department of Family and Community Medicine and the California Department of Corrections and Rehabilitation. I attended on the consult service 2 days per month teaching a Family Practice Residents and medical students from 2007-2009 until the contract with the Department of Corrections and Rehabilitation ended in 2009

Attending, San Francisco General Hospital ACE Unit

   I attended on the San Francisco General Hospital (SFGH) Acute Care for the Elderly (ACE) Unit for 4 weeks per year from 2007-09 where I led an interdisciplinary team of medical students, nurses, nursing assistants, and physical and occupational therapists in the care of hospitalized older adults

Forensic Geriatrician

   I served as the geriatrician for the San Francisco Elder Abuse Forensic Center in 2008, a multidisciplinary effort between the District Attorney, Adult Protective Services, UCSF and the San Francisco Police Department to address likely cases of elder abuse in San Francisco (1 day/wk)

Attending, Geriatrics Inpatient Consultation Service
   I attended on the Inpatient VA Geriatrics Consultation Service 4-6 weeks per year, supervising geriatrics fellows from 2005 until the service ended in 2008

## Professional Organizations

Memberships

| | |
|---|---|
| 2002-now | Society of General Internal Medicine |
| 2004-now | American Geriatrics Society |
| 2013-now | American Academy of Hospice and Palliative Medicine |

Service to Professional Organizations and Foundations

| | | |
|---|---|---|
| 2007 | The Jacob and Valeria Langeloth Foundation | External Grant Reviewer |
| 2007-now | Geriatrics Task Force, Society of General Internal Medicine | Member |
| 2008-09 | Distinguished Professor of Geriatrics Planning Committee, Society of General Internal Medicine | Committee Chair |
| 2009-10 | Distinguished Professor of Geriatrics Planning Committee, Society of General Internal Medicine | Member |
| 2010-now | Health in the Criminal Justice System Interest Group Society of General Internal Medicine | Member |
| 2011 | University of Utah Center on Aging Pilot Grant Program | External Grant Reviewer |
| 2011-now | NIH Loan Repayment Program Ambassador at UCSF | Volunteer Mentorship |
| 2012 | Faculty of Medicine; University of Geneva, Switzerland | Promotions, External Reviewer |
| 2012 | Aging/Geriatrics Research, Society of General Internal Medicine | Research Abstract Reviewer |
| 2012 | Designing Clinical Research, UCSF Clinical and Translational Science Institute | External Protocol Reviewer |
| 2012 | Aging/Geriatrics Research Section, Society of General Internal Medicine Annual Meeting | Judge, Best Geriatrics Abstract |
| 2012 | United Kingdom Marie Curie Cancer Care Research Committee | External Grant Reviewer |
| 2012 | The Institute of Medicine and the National Academy of Sciences, *Workshop on Incarceration and Health* | Invited Workshop Member |
| 2013 | The Institute of Medicine and the National Academy of Sciences, *Workshop on Incarceration and Health* | Reviewer, Workshop Summary |

## Service to Professional Publications

| | | |
|---|---|---|
| 2005-now | Journal of Hospice and Palliative Care | Ad-Hoc Reviewer |
| 2008-now | Journal of Correctional Health Care | Ad-Hoc Reviewer |
| 2009-now | Archives of Internal Medicine | Ad-Hoc Reviewer |
| 2012-now | American Journal of Public Health | Ad-Hoc Reviewer |
| 2013-now | Sexually Transmitted Infections | Ad-Hoc Reviewer |
| 2013-now | Criminal Behaviour and Mental Health | Ad-Hoc Reviewer |

## Invited Presentations and Symposia

International Invited Presentations

2011   WHO Collaborating Centre for Prison Health International Conference on Prisoner Throughcare, Abano Terme, Italy *"The Older Prisoner: Addressing Salient Health, Functional and Social Needs of Older Adults in the Criminal Justice System and after Release"* (Keynote Address*)*

2012   Copenhagen Prisons Medical Department and European WHO Health in Prisons Project, Copenhagen, Denmark. *"Optimizing Healthcare for Older Prisoners"* (Invited Presentation)

National Invited Presentations

2005   The Annual Meeting of the Society of General Internal Medicine, "*Equal access to poor pain control at the end of life*" (Oral abstract presentation) New Orleans, LA.
2006   American Public Health Association Meeting "*Being old and doing time: Functional impairment and adverse experiences of geriatric female prisoners*" (Oral abstract presentation) Boston, MA.
2007   Grantmakers in Aging, "*Aging Prisoners: An Overlooked Geriatric Population*" (Invited talk and roundtable leader) San Diego, CA.
2007   California Endowment's Center for Healthy Communities: Meeting entitled *"California's Aging Prisoners: Where Do We Go from Here?"* (Invited panel discussant) Los Angeles, CA.
2007   Veterans Administration Employee Education Service/Homelessness Prevention and Incarcerated Veterans Program, *"Aging veterans in prison and after release"* (Invited Lecture) Baltimore MD.
2007   CME Correctional Medical Conference, University of Texas Medical Branch, *"Aging in prison: The fundamentals of geriatric medicine"* Houston TX.
2007   The Annual Meeting of the Society of General Internal Medicine, *"Caregiving Behind Bars: The role of correctional officers in geriatric prisoner healthcare"* (Oral abstract) Toronto, Canada
2008   Geriatrics Grand Rounds, Weill Medical College of Cornell University, *"When geriatrics and the law collide: Older adult contact with the legal system"* (Invited Presentation) New York, NY.
2008   Annual Meeting of the American Public Health Association, "*Can federal receiverships cure prison (non)healthcare?*" (Invited panel discussant) San Diego, CA.
2009   Society of Correctional Physicians Conference on Aging Inmates, *"Gaps in Knowledge Regarding Care for the Elderly Prisoner"* (Plenary talk) Orlando, FL.
2010   The Annual Meeting of the Society of General Internal Medicine, "*Wealth and the appropriate use of PSA screening among older men*" (Oral abstract presentation), Minneapolis, MN.
2011   Probate and Mental Health Institute, Center for Judicial Education and Research of the Administrative Office of the Courts *"Memory Loss in Elders and the Dynamics of Aging,"* San Ramon, CA.
2011   Leadership Symposium in Correctional Healthcare, John Jay College of Criminal Justice, *"The Crisis of Aging in Corrections"* New York, NY.
2011   The Annual Meeting of the Society of General Internal Medicine, *"The Mortality Risk for Older Adults Released from Prison"* (Oral abstract presentation) Phoenix, AZ.
2012   The Winter Series on Aging at The University of Texas, Medical Branch (Visiting Professor), *"Addressing the Aging Crisis in Correctional Healthcare"* Galveston, TX.
2012   The Dean's Lecture Series, Northeastern University (Visiting Professor), *"Criminal Justice Healthcare in the Aging Century"* Boston, MA.
2012   The Annual Meeting of the Society of General Internal Medicine (Invited Presentation and Panelist), *"Secondary Data Analysis in a Data Free Zone: Lessons Learned from Correctional Healthcare Research"* in the panel "Using Secondary Data to Study Vulnerable Populations" Orlando, FL.
2013   The Forensic Mental Health Association of California. Forensic Mental Health Across the Spectrum of the Criminal Justice System. (Invited Guest Lecturer), *"The Mental Health of Older Adults in the Criminal justice System."* Monterey, CA.
2013   The Center for Prisoner Health and Human Rights at Brown University Medical School (Visiting Professor), *"The Older Prisoner: Using research and policy to address the aging crisis in criminal justice healthcare,"* Providence, RI.

Regional and Other Presentations

2002   San Francisco General Hospital and San Francisco VA Medical Center, Internal Medicine Noon Conference. *"We are what we eat: Examining the health effects of the meat and potatoes of the American food supply"*
2005   Centerforce Annual Summit, *"Aging and Prison"* (Plenary talk) San Francisco CA.
2006   Medical Ethics Elective, College Preparatory High School, Oakland, CA. *"Medical Ethics"*
2007   UCSF Geriatrics and Public Health Interest Groups, Lunchtime Lecture, *"The public health consequences of an aging prisoner population"*

2008    San Quentin Prison, Physician CME Meeting, San Quentin, CA. *"Aging in prison: Some fundamentals of geriatric care"*
2008    UCSF Geriatrics Grand Rounds, *"When geriatrics and the law collide: Older adult contact with the legal system"*
2009    San Francisco County Jail, Healthcare Provider Education Meeting, *"What every jail healthcare provider should know about geriatrics"*
2009    UCSF Interprofessional Aging and Palliative Care Elective, *"Care of the underserved: Prison geriatrics"*
2011    San Francisco County Jail, Mental Healthcare Provider Meeting, *"Aging and mental health in the criminal justice system"*
2011    UC Hastings College of the Law, Co-Organizer and Panel Moderator, *"Prisons as Food Deserts"* part of the conference "Food Deserts: Legal, Social and Public Health Challenges"
2011    San Francisco Transdisciplinary Roundtable, *"Older Adults and Realignment: A Consideration of Potential Risks and Benefits Posed by California's New Criminal Justice Policy"* (Organizer and Main Speaker)
2011    The Prison Law Office, Attorney Training Session, Berkeley, CA. *"The Older Prisoner: Aging and Health in the Criminal Justice System"*
2011    San Francisco Police Academy, Police Crisis Intervention Training *"Aging and Health: Preparing the Police Force for the Century of Aging"*
2012    San Francisco Office of the Public Defender *"The Criminal Justice System in the Century of Aging"* San Francisco, CA
2008    Pre-trial Diversion Program *"Aging, Health and Social Services in the Criminal Justice System: Preparing for the Century of Aging"* San Francisco, CA
2012    San Francisco District Attorney's Office *"Health and Cognitive Considerations of Older Adults who are Victims or Perpetrators of Crime"* San Francisco, CA.
2012    The Dr. Benjamin Lieberman Memorial Scholar Awardee Lecture, UCSF Geriatrics Grand Rounds, *"The Older Prisoner: Addressing the Aging Crisis in Criminal Justice Healthcare"* San Francisco, CA.
2012    UCSF Center for AIDS Prevention Studies (CAPS), Panelist and Presentation in *"Aging, HIV and other Emerging Health Issues in Correctional Populations"* San Francisco, CA
2012    MSTAR - Meet the Professor, One-on-One meeting with first year medical students interested in policy-driven aging research. UCSF Division of Geriatrics, San Francisco, CA.
2012    San Francisco County Jail, Clinician Academic Meeting, *"Optimizing Health of the Older Jail Inmate"* San Francisco CA.
2012    Bay Area Clinical Research Symposium, "Evaluating a Modified Informed Consent for Older Adults in *Correctional Research"* (Oral Abstract Presentation), San Francisco CA.
2013    San Francisco General Hospital – UCSF Primary Care Internal Medicine Residency "Aging in the Criminal Justice System" (Class Lecture), San Francisco, CA.
2013    UCSF Medicine Grand Rounds at San Francisco VA Medical Center "Addressing the Aging Crisis in the US Criminal Justice System" San Francisco, CA.

**Government and Other Professional Service**

| Year | Organization | Role |
|---|---|---|
| 2005-06 | Lumetra / California Department of Corrections | Geriatric Prison Healthcare Consultant |
| 2006-08; 2013-now | Holland and Knight and Squire Sanders LLP Angola Prison, LA *Wilkerson, et al. vs. Stalder, et al.* | Expert / Geriatrics Consultant |
| 2007 | Abt Associates | Geriatric Prison Healthcare Advisor |
| 2007 | Department of Justice, Civil Right Division Seattle King County Jail | Assistant Healthcare Consultant |
| 2008 | ACLU of Southern California and the Disability Rights Legal Center, Los Angeles, CA *Johnson, et al vs. LA Sheriff's Department, et al.* | Prison Healthcare Consultant |
| 2008 | Hunton and Williams, LLP, Atlanta, GA *Miller vs. King, et al.* | Expert / Consultant |

| 2008-10 | RAND Health – Los Angeles, CA *Establishing a Sustainable Quality Measurement System for California Prisons* | Content Expert |
| --- | --- | --- |
| 2009-11 | University of Denver Student Law Office *Silverstein vs. Federal Bureau of Prisons, et.al.* | Expert Examiner / Consultant |
| 2009 | Office of the Independent Medical Monitor, MI | Prison Healthcare Consultant |
| 2011 | Human Rights Watch, NY | Geriatrics and Prison Health Advisor |
| 2013-now | The ACLU National Prison Project, ACLU - Arizona, and the Prison Law Office, CA *Parsons vs. Ryan* | Expert / Geriatrics Consultant |

## UNIVERSITY AND PUBLIC SERVICE

### University Service

<u>Departmental Service</u>

| | |
| --- | --- |
| 1993-94 | Senior Admissions Interviewer, Wesleyan University Admission Selection Committee |
| 1998-99 | Student Admissions Officer, Mount Sinai School of Medicine Admissions Committee |
| 2001-02 | Member, Internship Selection Committee, Department of Medicine, San Francisco General Hospital Primary Care Program |
| 2002-04 | Member, Quality Improvement Committee, Department of Medicine |
| 2004-07 | Member, Geriatrics Education Committee, UCSF Division of Geriatrics |
| 2007-08 | Member, Task Force on Incarcerated Veterans, San Francisco VA Medical Center |
| 2008 | Chair, Geriatrics Division Workload Committee |
| 2008 | Member, Geriatrics Division Administrator Search Committee |
| 2008-10 | Member, Clinical Research Subcommittee, San Francisco VA Medical Center |
| 2009-13 | Course Coordinator, Geriatrics Grand Rounds, UCSF Division of Geriatrics |
| 2009-now | Coordinator, UCSF Division of Geriatrics Visiting Professor Program |
| 2010-now | Elected Member, UCSF Division of Geriatrics Chief's Council |
| 2014 | Chair, Selection Committee for the Lieberman Scholar Award, UCSF Division of Geriatrics |
| 2013- now | Member, Geriatrics Grand Rounds Curriculum Committee |

### Public Service

| | |
| --- | --- |
| 2003-04 | Board Member, AIDS Legal Referral Panel, San Francisco |
| 2005-06 | Geriatric Consultant, Legal Services for Prisoners with Children, San Francisco |
| 2006 | Geriatric Consultant, Senior Ex-Offenders Program, San Francisco |
| 2006-08 | Council Member, San Francisco Safe Communities Re-Entry Council |
| 2012-now | Parent Tour Guide, The San Francisco Day School |

## TEACHING AND MENTORING

### Formal Scheduled Classes for UCSF Students

| Academic Yr | Course Title | Teaching Contribution | Class Size |
| --- | --- | --- | --- |
| 2004-07, 2009-10 | N203: End of Life Care across Practice Settings (Geriatric Palliative Care) | Lecturer; 1 Lecture per year | 25-40 |
| 2005-07 | M170.01A: Prison Health Elective (Aging in Prison) | Lecturer; 1 Lecture per year | 20-40 |
| 2004-05, 2009-now | IDS 107: Life Cycle (Ethics, Pharmacology in Older Adults) | Discussion Group Leader, 2 2-hr sessions per year and 1½ hour faculty development meeting | 15-20 |
| 2009-10,13 | Intersession Clinical Decision Making "Applying Clinical Prediction Rules and Finding Clinical Guidelines" | Small group leader, 1½ hour Session and 1 hour faculty development meeting | 15 |

| 2009-10 | Intersession Clinical Decision Making "Evaluating Evidence from Meta-analyses" | Small group leader, 1½ hour Session and 1 hour faculty development meeting | 15 |
|---|---|---|---|
| 2009-10 | 170.32: UCSF Interprofessional Aging and Palliative Care Elective (Care of the Underserved – Prison Geriatrics | Lecturer; 1 lecture per year | 65 |
| 2010-11 | Biomedical Ethics | Small group leader and critical review of 10-15 ethical case vignettes | 10-15 |

**Pre-Doctoral Students Supervised or Mentored**

| Name – available upon request | Position | Mentoring Role | Current Position | Dates |
|---|---|---|---|---|
| RL | Medical Student, MPH Student | Research Mentor –<br>• UCSF Dean's Summer Research Fellowship – Primary Mentor<br>• Abstract #4<br>• Manuscript #23 | Medical Student | 2008-2011 |
| VS | Medical Student | Research Mentor<br>• MSTAR Primary Mentor (American Federation of Aging Research)<br>• UCSF Dean's Student Research Award<br>• 2010 MSTAR Best Student Researcher<br>• Manuscript #28<br>• American Geriatrics Society Henderson Student Award | Resident | 2009-now |
| CA | Pre-Med Student | Research Mentor<br>• Manuscript #27<br>• Abstracts #7, #10<br>• NIDA Fellowship (2012, 2013): Academic and Health Policy Correctional Health Conference | Clinical Research Coordinator | 2010-now |
| AD | Medical Student | Research Mentor<br>• MSTAR Primary Mentor (American Federation of Aging Research)<br>• Abstract #11<br>• Mount Sinai School of Medicine Student Research Day (Poster Presentation)<br>• SGIM Geriatric Abstract Award | Medical Student | 2012-now |

**Postdoctoral Fellows and Residents Directly Supervised or Mentored**

| Name | Position | Mentoring Role | Current Position | Dates |
|---|---|---|---|---|
| BC | Medicine Resident | Research Mentor<br>• Abstract #6<br>• 1-month one-on-one research elective (2010)<br>• SGIM Geriatric Abstract Award<br>• Manuscript #31 | Palliative Care Attending | 2009-now |
| TS | Medicine Resident | Career Advisor<br>Palliative Care Attending<br>Research Advisor<br>• 1-month one-on-one research elective (2012)<br>• Abstract # 9<br>• Senior Mentor – Best Oral Abstract California SGIM | Geriatrics Clinical Fellow | 2009-now |

| | | • SGIM Geriatric Abstract Award | | |
|---|---|---|---|---|
| AH | Geriatrics Fellow | Career Advisor<br>Research Mentor<br>• Abstract #5; Poster presentation in Best Clinical Vignettes Session at national meeting | Junior Faculty, Geriatrics | 2009-2010 |
| AC | Research Fellow | Research Mentor<br>• Abstract #12 | Geriatrics Research Fellow | 2012-now |
| RB | Research Fellow | Research Mentor<br>• Abstract #13<br>• Best Health Policy Oral Abstract, American Geriatrics Society | Junior Faculty, Geriatrics | 2012-now |

**Informal Teaching**

2002 – 2004   Attending, Mount Zion Primary Care Medicine Resident Outpatient Clinic (1-2 days/wk)
2002 – 2004   Attending, UCSF Medical Student Longitudinal Clinical Experience Clinic (½ day/wk)
2003 – 2004   Site Director, Family and Community Medicine, UCSF Medical School, Mount Zion Clinic
2003 – 2004   Faculty Ombudsperson, 3rd year residents, UCSF Primary Care Residency
2005 – 2006   Attending, Geriatrics Outpatient Clinic (½ day/ wk, currently backup coverage)
2005 – 2008   Attending, Geriatric Consult Service (1 month/yr)
2005 – 2011   Attending, Palliative Care Consult Service (2-4 wks/yr)
2007 – 2009   Attending and Curriculum Development, San Quentin Geriatrics Consultation and Teaching Service (2.0 days/mo)
2008           Attending, San Francisco General Hospital, Hospital Wards (2 wks/yr)
2008 – 2009   Attending, San Francisco General Hospital ACE Unit (4-6 wks/yr)
2010 – now    Attending and Director, San Francisco VA Medical Center Geriatrics Clinic (1 day/wk)
2010 – now    Director, Fellows Clinic Conference, VA Medical Center Geriatrics Clinic (1 day/wk)
2011 – now    Attending, San Francisco VA Medical Center ACE Unit (2-4 wks/yr)

**Teaching Awards**

2010   Senior Mentor, Presidential Poster Session, American Geriatric Society
       Senior author and mentor on Dr. Angela Hsu's abstract "*When Caring Costs More*"
2010   Senior Research Mentor, Oral Abstract and Geriatric Abstract Award, Society of General internal Medicine – for Dr. Bonnie Chen's abstract "*Self-Reported Social Standing: A simple subjective measure of SES predicts functional decline in older adults*"
2010   Senior Research Mentor - UCSF Dean's Student Research Award - for Medical Student Vivien Sun's project "How Safe is Your Neighborhood? Perceived neighborhood safety and its association with functional decline and mortality in older adults selected for the highest medical student research honor at UCSF
2010   Mentor of the Year Award - Medical Student Training in Aging Research (MSTAR), UCSF (MSTAR is the Medical Student Training in Aging Research Program supported by NIA and the American Federation for Aging Research)
2011   Senior Research Mentor, MSTAR Best Student Researcher - for Medical Student Vivien Sun's project "How Safe is Your Neighborhood? Perceived neighborhood safety and its association with functional decline and mortality in older adults" selected as the best MSTAR project 2010
2012   Senior Research Mentor, American Geriatrics Society Henderson Student Award (Senior Mentor for student awardee)
2013   Senior Research Mentor, Best Oral Abstract Presentation, California Society of General Internal Medicine for Chief Resident Tacara Soones' abstract *"My Clients Fall through Every Crack in the System": Assessing the need for geriatrics health training among legal professionals.*
2013   Senior Research Mentor, Geriatrics Abstract Award, Society of General Internal Medicine for Chief Resident Tacara Soones' abstract *"My Clients Fall through Every Crack in the System": Assessing the need for geriatrics health training among legal professionals.*

2013    Senior Research Mentor, Geriatrics Abstract Award, Society of General Internal Medicine; Medical Student Anna D'Arby's abstract *"Evaluating a Modified Informed Consent for Older Adults in Correctional Research"*

2013    Senior Research Mentor, Best Health Policy Oral Abstract Presentation, American Geriatrics Society Annual Meeting for Geriatrics Research Fellow Rebecca Brown's abstract *"Hands on the Hood, Grandpa: Assessing the Need for Geriatrics Health Training among Police"*

## RESEARCH AND CREATIVE ACTIVITIES

### Research Awards and Grants

Current

NIH Mentored Patient-Oriented Research Career Development Award (K23)
National Institute of Aging
"Health, function, and health outcomes of geriatric prisoners" (1K23AG033102)
Grant Term: 9/1/09 – 8/31/14; Total amount of grant: $743,266

The Jacob and Valeria Langeloth Foundation (PI)
"Designing, piloting and disseminating a model multidisciplinary geriatrics program to assess and improve the care of older jail inmates"
Grant Term: 7/1/11 – 6/30/14; Total amount of grant: $364,845

National Palliative Care Research Center Pilot Award (PI)
"The Relationship between Distressing Symptoms, Functional Decline and Emergency Services Use in Older Jail Inmates"
Grant Term: 7/1/13 – 6/30/15; Total amount of grant: $154,000

The UCSF University Community Partnerships Office (PI)
"The Healthy Transitions for Older Adults in Jail Pilot Project"
Awarded: 4/1/13; Total amount of grant: $2,500

Hartford Geriatrics Health Outcomes Research Program Mini-Grant (PI)
"Case-Based Multidisciplinary Meetings to Improve the Care of Older Jail Inmates."
Awarded 5/1/13; Total amount of grant: $1,500

Past

Lieberman Scholar Award (PI)
"Vulnerable older adults who come into contact with the legal system:  A cross-cultural perspective"
Grant term: 10/1/10 – 9/30/12; Total amount of grant: $10,000

The Brookdale Leadership in Aging Fellowship (PI)
"Assessing the health, functional status and healthcare needs of older adults transitioning from incarceration to community health systems"
Grant term: 7/1/08 – 7/1/10; Total amount of grant: $250,000

Hartford Geriatrics Health Outcomes Research Scholars Award Program (PI)
"The health, functional status and health outcomes of older adults in prison and after release"
Grant term:  7/1/07-7/1/09; Total amount of grant: $130,000

UCSF Hellman Family Award (PI)
"Assessing and improving health outcomes among incarcerated older adults"
Grant term: 1/1/08 – 12/31/08; Total amount of grant: $40,000

UCSF Hartford Foundation Center of Excellence Physician-Scholar
The Hartford Foundation
Grant Term: 7/1/10 – 6/30/11; Total amount of grant: $34,633

**Peer Reviewed Publications**

1. **Williams B**, Lindquist K, Sudore R, Strupp H, Willmott D, Walter L. Being old and doing time: Functional impairment and adverse experiences of geriatric female prisoners. *J Am Geriatric Soc.* 2006; Apr;54(4):702-7
2. Sudore R, Landefeld C, **Williams B**, Barnes D, Lindquist K, Schillinger D. Use of a modified informed consent process among vulnerable patients: A descriptive study. *J Gen Intern Med.* 2006 Aug; 21(8):867-73
3. **Williams B**, Lindquist K, Moody-Ayers S, Walter L, Covinsky K. Functional impairment, race, and family expectations of death. *J Am Geriatric Soc.* 2006; Nov;54(11):1682-7
4. Lindner S, Davoren JB, Volmer A, **Williams B**, Landefeld CS. An electronic medical record intervention increased nursing home advance directive orders and documentation. *J Am Geriatric Soc.* 2007 Jul; 55(7):1001-6
5. Baillargeon J, Soloway RD, Paar D, Giordano T, Murray O, Grady J, **Williams B**, Pulvino J, Raimer B. End-stage liver disease in a state prison population. *Ann Epidemiol.* Aug 4 2007
6. Pollack C, Chideya S, Cubbin C, **Williams B**, Dekker M, Braveman P. Should health studies measure wealth: A systematic review. *Am J Prev Med.* 2007 Sep;33(3):250-64
7. Sudore RL, Landefeld CS, Barnes DE, Lindquist K, **Williams B**, Brody R, Schillinger D. An advance directive redesigned to meet the literacy level of most adults: A randomized trial. *Patient Educ Couns.* 2007 Dec;69(1-3):165-95
8. **Williams B**, Lindquist K, Sudore R, Covinsky K, Walter L. Screening mammography in older women: The impact of wealth and prognosis. *Arch Int Med.* 2008 Mar 10; 168(5):514-20
9. **Williams B,** Greifinger R. Elder care in jails and prisons: Are we prepared? *J Correct Health Care.* 2008;14(4):4-6
10. Sudore RL, Schickedanz, AD, Landefeld, CS, **Williams B**, Lindquist K, Pantilat S, Schillinger, D. Engagement in multiple steps of the advance care planning process: A descriptive study of diverse older adults. *J Am Geriatric Soc.* 2008 Jun;56(6):1006-13
11. Baillargeon J, Thomas C, **Williams B**, Begley C, Sharma S, Pollock B, Murray O, Pulvino J, Raimer B. Emergency department utilization patterns among uninsured patients with psychiatric disorders. *Psychiatric Services.* 2008 Jul;59(7):808-11
12. Schickedanz AD, Schillinger D Landefeld CS, Knight SJ, **Williams B**, Sudore RL. A Clinical framework for improving the advance care planning process: Start with patients' self-identified barriers. *J Am Geriatric Soc.* 2009 Jan;57(1):31-9
13. Baillargeon J, Binswanger I, Penn J, **Williams B**, Murray O, Raimer B. The revolving prison door: Psychiatric disorders and repeat incarcerations. *The Am J of Psychiatry.* 2009 Apr;166: 489.
14. Lee S, Sudore R, **Williams B**, Lindquist K, Chen H, Covinsky K. Functional limitations, socioeconomic status and all-cause mortality in moderate alcohol drinkers. *J Am Geriatric Soc.* 2009 Jun;57(6):955-62
15. Sudore RL, Landefeld CS, Pérez-Stable EJ, Bibbins-Domingo K, **Williams BA**, Schillinger D. Unraveling the relationship between literacy, language proficiency, and patient-physician communication. *Patient Educ Couns.* 2009 Jun;75(3):398-402.
16. **Williams B**, Lindquist K, Hill T, Baillargeon J, Mellow J, Greifinger R, Walter L. Caregiving behind bars: Correctional officer reports of disability in geriatric prisoners. *J Am Geriatr Soc.* 2009 Jul;57(7):1286-92.
17. Mehta KM, Stewart AL, Langa KM, Yaffe K, Moody-Ayers S, **Williams B**, Covinsky KE. "Below average": Self-assessed school performance and Alzheimer's disease in the Aging, Demographics, and Memory Study. *Alzheimers Dement.* 2009 Sep;5(5):380-7.
18. **Williams B**, Baillargeon JG, Lindquist K, Walter LC, Covinsky KE, Whitson HE, Steinman MA Medication prescribing practices for older prisoners in the Texas prison system. *Am J Public Health.* 2009 Sep 17. [Epub ahead of print]

19. Baillargeon J, **Williams B**, Mellow J, Harzke A, Hoge S, Baillargeon G, Greifinger R. Parole revocation among prison inmates with psychiatric and substance use disorders. Psychiatric Services. *Psychiatr Serv*. 2009 Nov;60(11):1516-21.
20. Baillargeon J, Snyder N, Soloway R, Paar D, Baillargeon G, Spaulding A, Pollock B, Arcari C, **Williams B**, Raimer B. Hepatocellular carcinoma prevalence and mortality in a male state prison population. *Public Health Rep*. 2009 Jan-Feb;124(1):120-6.
21. Teleki S, Damberg CL, Shaw R, Hiatt L, **Williams B**, Hill TE, Asch SM. The current state of quality of care measurement in California Department of Corrections and Rehabilitation. *J of Corr Health Care.* 2011 Apr;17(2):100-21.
22. Asch SM, Damberg CL, Hiatt L, Teleki S, Shaw R, Hill TE, Johnson BR, Eisenman DP, Kulkarni SP, Wang E, **Williams B**, Yesus A, Grudzen CR. Selecting performance indicators for prison health care. *J of Corr Health Care*. 2011 Apr;17(2):138-49.
23. **Williams B**, McGuire J, Lindsay R, Baillargeon J, Stijacic-Cenzer I, Lee S, Kushel M. Coming home: Health status and homelessness risk of older pre-release prisoners. *J Gen Intern Med* 2010 25(10):1038-44
24. Smith AK, Stijacic Cenzer I, Knight SJ, Puntillo KA, Widera E, **Williams B**, Boscardin J, Covinsky K. The epidemiology of pain over the last two years of life *Ann Intern Med*. 2010 Nov 2;153(9):563-9
25. Castillo L, **Williams B**, Hooper S, Sabatino C, Weithorn L, Sudore R. Lost in translation: The unintended consequences of advance directive law on clinical care. *Ann Intern Med.* 2011 Jan 18;154(2):121-128.
26. **Williams B,**  Sudore R, Greifinger R, Morrison RS. Balancing punishment and compassion for seriously ill prisoners *Ann Intern Med.* 2011 Jul 19;155(2):122-127
27. Ahalt C, Binswanger I, Steinman M, Tulsky J, **Williams B**. Confined to ignorance: The absence of prisoner information from nationally representative health datasets. *J Gen Intern Med*. Published online early 16 Sept 2011
28. Sun V, Stijacic Cenzer I, Kao H, Ahalt C, **Williams B**. How Safe is Your Neighborhood? Perceived neighborhood safety and functional decline in older adults *J Gen Intern Med*. Epub date 14 Dec 2011
29. Smith A, **Williams B**, Lo B, Discussing overall prognosis with the very elderly. *N Engl J Med*, 2011. 365(23): p. 2149-51.
30. Chang A, Chur E, Kao H, Kawahara S, **Williams B**. Training clinicians and building systems for an aging century. *San Francisco Medicine*. In Press.
31. Chen B, Covinsky K, Stijacic Cenzer I, Adler N, **Williams B**. Subjective social status and functional decline in older Americans. *J Gen Intern Med.* 2012 27(6) 693-699
32. **Williams B**, Stern M, Mellow J, Safer M, Greifinger R. Aging in Correctional Custody: Setting a policy agenda for older prisoner health. *Am J Public Health*. 2012 Aug;102(8):1475-81.
33. **Williams B**, Goodwin J, Baillargeon J, Ahalt C, Walter L. Addressing the aging crisis in U.S. criminal justice healthcare. *J Am Geriatric Soc*. 2012 Jun;60(6):1150-6.
34. Ahalt C, Trestman RL, Rich JD, Greifinger RB, **Williams B**. Paying the Price: The Pressing Need for Quality, Cost and Outcomes Data to Improve Correctional Healthcare for Older Prisoners. *J Am Geriatric Soc.* In Press

**Non-Peer Reviewed Publications and Other Creative Activities**
Books and Chapters

1. **Williams B**, Abraldes R. Growing older: Challenges of prison and re-entry for the elderly. Chapter in Greifinger R, *Public Health Behind Bars: From Prisons to Communities.* Springer. NY, 2007. 56-72.
2. **Williams B**, Ahalt C, Aronson L. Aging Correctional Populations: Through the Geriatrician's Lens. Chapter in Weisburd D, *The Encyclopedia of Criminology and Criminal Justice*. Springer. NY, In Press

3. **Williams B,** Chang AC, (Co-Editors), *Current Geriatrics Diagnosis and Treatment, 2nd Edition*. McGraw Hill, In Press
4. **Williams B**, Ahalt C, Greifinger R. "The Older Prisoner and Complex Chronic Medical Care", for the textbook *The World Health Organization (WHO) Health in Prisons Project*, In Press.
5. Barry L, **Williams B**. "Understanding The Effects of Criminal Justice Involvement on Older Adults," Chapter in *Current Geriatrics Diagnosis and Treatment, 2nd Edition*. McGraw Hill, In Press.

Other Publications

1. Hill, T. **Williams B**, Lindquist K, Kobe G. Aging inmates: Challenges for healthcare and custody: a report for the California Department of Corrections and Rehabilitation. May, 2006.
2. **Williams B**. Report to the Office of the Independent Medical Monitor: Review of Duane L. Waters Health Center Services, Michigan. April 2, 2009

**Selected Abstracts**
1. Smith C, **Williams B**, Geer E, Rose D. *Palliative care for hospitalized patients with terminal AIDS*. (Poster presentation at 12th World AIDS Conference, Geneva Switzerland, 1999)
2. **Williams B**, Lindquist K, Moody-Ayers S, Walter L, Covinsky K. *Family expectations of death: The role of functional impairment and race/ethnicity*. (Presidential Poster Session, American Geriatrics Society Annual Meeting, Chicago IL, 2006)
3. **Williams B**, Lindquist K, Hill T, Walter L. *Caregiving behind bars: The role of correctional officers in geriatric prisoner healthcare*. (Presidential Poster Session, American Geriatrics Society Annual Meeting, Washington D.C. 2008)
4. Lindsay RG, McGuire J, Kushel M, **Williams B**. *Coming Home: Poor health status and high risk of homelessness for geriatric prisoners*. (Poster presentation, American Public Health Association, Philadelphia PA, 2009)
5. Hsu A, Sudore S, Dougan J, **Williams B**. *When Caring Costs More*. (Presidential Poster Session American Geriatrics Society Annual Meeting, Orlando, FL. 2010)
6. Chen B, Covinsky K, Conell-Price J, **Williams B**. *Self-Reported Social Standing: A simple subjective measure of SES predicts functional decline in older adults*. (Oral presentation at the Annual Meeting of the Society of General Internal Medicine, Minneapolis MN. 2010)
7. Ahalt C, **Williams B**. Paying the Price: The dearth of publicly available prison healthcare cost data. (Poster Presentation at the Annual Meeting of the Society of General Internal Medicine, Orlando FL. 2012 )
8. **Williams B**, Ahalt C, Faigman D. For a Seat at the Table, Bring the Table: A Transdisciplinary Model for Aging-Related Advocacy in Non-Health Policy (Poster Presentation at the American Geriatrics Society Annual Meeting, Seattle WA. 2012)
9. Soones T, Ahalt C, Garrigues S, Faigman D, **Williams B.** "My Clients Fall through Every Crack in the System": Assessing the need for geriatrics health training among legal professionals (Oral Presentation California Society of General Internal Medicine, Los Angeles, CA 2013; Poster Presentation at Society of General Internal Medicine, Denver CO, 2013)
10. Ahalt C, Stijacic Cenzer I, Myers J, **Williams B**. "Post-Traumatic Stress Disorder in Older Jail Inmates" (Poster Presentation at the Academic and Health Policy Correctional Health Conference, Chicago IL. 2013)
11. D'Arby A, Ahalt C, Stijacic Cenzer I, Sudore S, **Williams B**. "Evaluating a Modified Informed Consent for Older Adults in Correctional Research" (Poster Presentation at Society of General Internal Medicine, Denver CO, 2013; Oral Presentation at the Academic and Health Policy Correctional Health Conference, Chicago IL. 2013)
12. Chodos A, Ahalt, Stijacic Cenzer I, Goldenson J, **Williams B**. Factors Associated with Recent Acute Care Use in Older Jail Inmates" (Poster Presentation at Society of General Internal Medicine, Denver CO, 2013)
13. Brown R, Ahalt C, Steinman M, **Williams B**. "Hands on the Hood, Grandpa: Assessing the Need for Geriatrics Health Training among Police" (Poster Presentation at Society of General Internal Medicine, Denver CO, 2013; Oral Presentation American Geriatrics Society Annual Meeting, Grapevine TX, 2013)