# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV12-0601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has reviewed and considered the parties' ninth notice of discovery dispute, filed three days before the close of discovery (Doc. 661). Defendants' primary objection to Plaintiffs' instant discovery request is that information about temperature in the housing units is beyond the scope of the certified class issues. Defendants are correct that the Court did not certify a separate practice regarding exposure of inmates on psychotropic medications to extreme temperatures. But it is well-settled that exposure to such temperatures is contraindicated for individuals taking psychotropic medications. It therefore follows that to provide constitutionally adequate medical care, an inmate who is prescribed psychotropic medications must be provided living conditions that do not pose a serious risk to his or her health.

The Court further observes that this dispute could have been avoided if Plaintiffs' experts would have been permitted to take temperature readings while conducting their tours. No justification exists that supported excluding such information gathering. Conversely, the Court finds that the request as written to be overbroad.

**IT IS THEREFORE ORDERED:**

(1) The parties must immediately confer and identify three complexes that will act as representative of all ten complexes.

(2) Defendants must then produce the requested temperature readings for those three complexes.

(3) If Defendants will not agree to allow the readings from the three complexes to act as representative of all ten complexes they must then produce the readings from all ten complexes.[1]

Dated this 25th day of September, 2013.

_____
Neil V. Wake
United States District Judge

---

[1] The Court accepts Defendants' opinion that the proposed modified request for readings only above 85 degrees is actually more burdensome and, therefore, the Court will not direct a response to the modified request.