Jennifer A. Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
ARIZONA CENTER FOR DISABILITY LAW
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
(602) 274-6287
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

J. J. Rico (Bar No. 021292)
Cathleen M. Dooley (Bar No. 022420)
ARIZONA CENTER FOR DISABILITY LAW
100 N. Stone Avenue, Suite 305
Tucson, AZ  85701
(520) 327-9547
jrico@azdisabilitylaw.org
cdooley@azdisabilitylaw.org
*Attorneys for Plaintiff*
*Arizona Center for Disability Law*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VICTOR ANTONIO PARSONS, et al., | No. 2:12-CV-00601-NVW |
| Plaintiffs, | **NOTICE OF SERVICE OF ARIZONA CENTER FOR DISABILITY LAW'S SECOND SUPPLEMENTAL DISCLOSURE STATEMENT** |
| v. | |
| CHARLES RYAN, et al., | |
| Defendants. | Hon. Neil V. Wake |

Plaintiffs give notice that on September 26, 2013, Plaintiffs served Plaintiff's Second Supplemental Disclosure Statement by electronic mail to Defendants' attorneys Michael E. Gottfried, Assistant Attorney General, at Michael.Gottfried@azag.gov, Lucy Rand at lucy.rand@azag.gov, Tim Bojanowski at TBojanowski@swlfirm.com, Dan Struck at DStruck@swlfirm.com,  Kathy Wieneke at KWieneke@swlfirm.com , Nicholas Daniel Acedo at NAcedo@swlfirm.com, Courtney Rachel Cloman at

| | |
|---|---|
| 1 | ccloman@swlfirm.com , Ashlee B. Fletcher at |
| 2 | afletcher@swlfirm.com, and Anne Orcott at aorcutt@swlfirm.com. |
| 3 | |
| 4 | |
| 5 | Respectfully submitted this 26th day of September, 2013 |

ARIZONA CENTER FOR DISABILITY LAW

s/Asim Varma
Asim Varma
Jennifer A. Alewelt
Sarah Kader
J. J. Rico
Cathleen M. Dooley
*Attorneys for Plaintiff Arizona Center for Disability Law*

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 26th, day of September, 2013, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this action:

Michael E. Gottfried:     Michael.Gottfried@azag.gov
Katherine Emiko Watanabe: katherine.watanabe@azag.gov
Lucy M. Rand:             lucy.rand@azag.gov
ARIZONA ATTORNEY GENERAL THOMAS HORNE
OFFICE OF THE ATTORNEY GENERAL

Daniel P. Struck:         dstruck@swlfirm.com
Kathleen L. Wieneke:      kwieneke@swlfirm.com
Timothy J. Bojanowski:    tbojanowski@swlfirm.com
Rachel Love:              rlove@swlfirm.com
Nicholas D. Acedo:        nacedo@swlfirm.com
Courtney R. Cloman:       ccloman@swlfirm.com
Ashlee B. Fletcher:       afletcher@swlfirm.com
Anne M. Orcutt:           aorcutt@swlfirm.com
STRUCK WIENEKE, & LOVE, P.L.C.
*Attorneys for Defendants*

Caroline N. Mitchell:     cnmitchell@jones.day.com
Sophia Calderon:          scalderon@jonesday.com
Sarah Rauh:               srauh@jonesday.com
David C. Kiernan:         dkiernan@jonesday.com
John Laurens Wilkes:      jlwilkes@jonesday.com
Kamilla Mamedova:         kmamedova@jonesday.com
Jennifer K. Messina:      jkmessina@jonesday.com
JONES DAYS

James Duff Lyall:         jlyall@acluaz.org
Daniel Joseph Pochoda:    dpochoda@acluaz.org
Kelly Joyce Flood:        kflood@acluaz.org
ACLU FOUNDATION OF ARIZONA

Corene T. Kendrick:       ckendrick@prisonlaw.com
Donald Specter:           dspecter@prisonlaw.com
Sarah Norman:             snorman@prisonlaw.com
Alison Hardy:             ahardy@prisonlaw.com
PRISON LAW OFFICE

Amy Fettig:               afettig@npp-aclu.org
David Cyrus Fathi:        dfathi@npp-aclu.org
Ajmel A. Quereshi:        aquereshi@npp-aclu.org
ACLU NATIONAL PRISON PROJECT

///

| | |
|---|---|
| Daniel Clayton Barr: | DBarr@perkinscoie.com |
| Amelia Morrow Gerlicher: | agerlicher@perkinscoie.com |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com |
| Matthew Benjamin duMee: | mdumee@perkinscoie.com |

PERKINS COIE LLP
*Attorneys for Plaintiffs*

s/ *Mavis Lauritzen*