1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5         kflood@acluaz.org
          jlyall@acluaz.org
6
   *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)
7
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
8  *Dustin Brislan, Sonia Rodriguez, Christina Verduzco,*
   *Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne*
9  *Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson,*
   *and Charlotte Wells, on behalf of themselves and all*
10 *others similarly situated*

11 **[ADDITIONAL COUNSEL LISTED ON
    SIGNATURE PAGE]**
12

13              UNITED STATES DISTRICT COURT

14                  DISTRICT OF ARIZONA

15 Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
   Dustin Brislan; Sonia Rodriguez; Christina              (MEA)
16 Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph
17 Hefner; Joshua Polson; and Charlotte Wells, on      **NOTICE OF SERVICE OF**
   behalf of themselves and all others similarly       **DISCOVERY**
18 situated; and Arizona Center for Disability Law,

19              Plaintiffs,

20       v.

21 Charles Ryan, Director, Arizona Department of
   Corrections; and Richard Pratt, Interim Division
22 Director, Division of Health Services, Arizona
   Department of Corrections, in their official
23 capacities,

24              Defendants.

25

26

27

28

PLEASE TAKE NOTICE that on September 27, 2013, counsel for Prisoner Plaintiffs, served by email the following discovery responses in this matter:

1.  Plaintiff Robert Gamez's Third Supplemental Response To Defendant Charles Ryan's First Set Of Interrogatories;

2.  Plaintiff Joshua Polson's Second Supplemental Response To Defendant Charles Ryan's First Set Of Interrogatories;

3.  Plaintiff Shawn Jensen's Second Supplemental Responses To Defendant Charles Ryan's Second Set Of Interrogatories;

4.  Plaintiff Shawn Jensen's Third Supplemental Responses To Defendant Charles Ryan's First Set Of Interrogatories;

5.  Plaintiff Sonia Rodriguez's Second Supplemental Responses To Defendant Charles Ryan's Second Set Of Interrogatories;

6.  Plaintiff Sonia Rodriguez's Third Supplemental Responses To Defendant Charles Ryan's First Set Of Interrogatories;

7.  Plaintiff Maryanne Chisholm's First Supplemental Responses To Defendant Richard Pratt's Second Set Of Interrogatories;

8.  Plaintiff Maryanne Chisholm's Second Supplemental Responses To Defendant Charles Ryan's Third Set Of Interrogatories;

9.  Plaintiff Maryanne Chisholm's Fourth Supplemental Responses To Defendant Charles Ryan's First Set Of Interrogatories;

10. Plaintiff Maryanne Chisholm's Eighth Supplemental Response To Defendant Charles Ryan's First Request For Production Of Documents And Things

11. Plaintiff Joseph Hefner's Second Supplemental Responses To Defendant Charles Ryan's First Set Of Interrogatories;

12. Plaintiff Stephen Swartz's Second Supplemental Responses To Defendant Charles Ryan's Second Set Of Interrogatories;

13. Plaintiff Stephen Swartz's Second Supplemental Responses To Defendant Charles Ryan's First Set Of Interrogatories;

14. Plaintiff Desiree Licci's First Supplemental Responses To Defendant Charles Ryan's First Set Of Interrogatories;

15. Plaintiff Jackie Thomas' Third Supplemental Responses To Defendant Charles Ryan's First Set Of Interrogatories; and

16. Plaintiff Jackie Thomas' Second Supplemental Responses To Defendant Charles Ryan's Second Set Of Interrogatories.

1

2

Dated:  September 27, 2013

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PERKINS COIE LLP**

By:   s/ Amelia M. Gerlicher
Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
              agerlicher@perkinscoie.com
              keidenbach@perkinscoie.com
              jhgray@perkinscoie.com
              mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     dpochoda@acluaz.org
              kflood@acluaz.org
              jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct.
R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              wgeorge@prisonlaw.com

*Admitted *pro hac vice*

1
2
3
4
5
6

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org
          aquereshi@npp-aclu.org

7
8
9

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

10
11
12
13
14
15

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          dkiernan@jonesday.com
          scalderon@jonesday.com
          srauh@jonesday.com

16

*Admitted *pro hac vice*

17
18
19
20
21

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com
          tfreeman@jonesday.com

22

*Admitted *pro hac vice*

23
24
25
26

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
          jkmessina@jonesday.com

27

*Admitted *pro hac vice*

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:     kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 27, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Jennifer Alewelt
Asim Varma
Sarah Kader
J.J. Rico
Cathleen M. Dooley
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org
jrico@azdisabilitylaw.org
cdooley@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ Sharon Neilson

78204-0001/LEGAL27953158.1