Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
       avarma@azdisabilitylaw.org
       skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**JOINT MOTION AND STIPULATION REGARDING DISCOVERY** |

The parties have been engaged in ongoing discovery efforts and believe that additional efforts to resolve still-existing disputes will allow them to reduce the number of issues with which they need to burden the Court. Accordingly, the parties stipulate and request the Court to order the following:

1. Disputes concerning Defendants' document production have not yet been resolved. The parties will work together in good faith to resolve currently pending disputes between the parties as represented in Plaintiffs' September 5, 2013 and September 25, 2013 correspondence (attached hereto as Exhibits 1, 2, and 3). The parties agree that if they are unable to resolve these disputes, then the parties will have a week after notice by either side that an impasse has been reached to raise outstanding issues with the Court. The parties will resolve or raise any issues relating to this topic with the Court by November 8, 2013, at the latest. This provision does not apply to the temperature documents and email documents the Court has ordered produced, or to disputes that may arise as result of depositions that have not yet been conducted and that the Court allowed to be conducted after today's date.

2. Disputes remain concerning the copying of materials flagged in the course of Plaintiffs' expert tours, including specific documents from prisoners' medical charts and photographs taken at the direction of the experts. The parties will work together in good faith to resolve currently pending disputes between the parties in respect to these materials. The parties agree that if they are unable to resolve these disputes, then the parties will have a week after notice by either side that an impasse has been reached to raise outstanding issues with the Court. The parties will resolve or raise any issues relating to this topic with the Court by November 8, 2013, at the latest. -

3. Disputes remain concerning production of documents in response to Licci's Request for Production Nos. 4, 5 and 50 (dental only). The parties will work together in good faith to resolve currently pending disputes between the parties in respect to these materials. The parties agree that if they are unable to resolve these disputes, then the parties will have a week after notice by either side that an impasse has been reached to

raise outstanding issues with the Court. The parties will resolve or raise any issues relating to this topic with the Court by November 8, 2013, at the latest.

4. Plaintiffs have disputed Defendants' responses to Plaintiff Licci's Requests for Admissions 1-9, Plaintiff Licci's Interrogatories 2-4, 13 and 20, and Plaintiff Gamez Requests for Admission 29-49, 58-59, 64-71, 74-75. The parties will work together in good faith to resolve currently pending disputes between the parties in respect to these materials. The parties agree that if they are unable to resolve these disputes, then the parties will have a week after notice by either side that an impasse has been reached to raise outstanding issues with the Court. The parties will resolve or raise any issues relating to this topic with the Court by November 8, 2013, at the latest.

5. Disputes remain concerning the types of documents that Plaintiffs contend Defendants are required to supplement. The parties will work together in good faith to resolve currently pending disputes between the parties in respect to these materials. The parties agree that if they are unable to resolve these disputes, then the parties will have a week after notice by either side that an impasse has been reached to raise outstanding issues with the Court. The parties will resolve or raise any issues relating to this topic with the Court by November 8, 2013, at the latest.

6. The parties are negotiating in good faith regarding the extent to which Defendants are required by the Federal Rules of Civil Procedure to produce a privilege log relating to their production of documents other than e-mail. The parties will work together in good faith to resolve currently pending disputes between the parties with respect to a log. The parties agree that if they are unable to resolve these disputes, then the parties will have a week after notice by either side that an impasse has been reached to raise outstanding issues with the Court. The parties will resolve or raise any issues relating to this topic with the Court by November 8, 2013, at the latest.

7. The parties are negotiating in good faith regarding the production of documents described by witnesses in depositions, but that have not yet been produced in response to past document requests. The parties will work together in good faith to

resolve currently pending disputes between the parties in respect to these materials. The parties agree that if they are unable to resolve these disputes, then the parties will have a week after notice by either side that an impasse has been reached to raise outstanding issues with the Court. The parties will resolve or raise any issues relating to this topic with the Court by November 8, 2013, at the latest.

8. Defendants have requested greater specificity in Plaintiffs' Initial Disclosure with respect to Rhonda Jensen, Michelle Lependorf, Caroline Isaacs, Lynn Nau, Margaret Plews and Doris Schartmueller. Plaintiffs have represented that they will delete Margaret Plews and will provide additional supplementation regarding the other individuals. The parties will work together in good faith to resolve currently pending disputes between the parties in respect to these materials. The parties agree that if they are unable to resolve these disputes, then the parties will have a week after notice by either side that an impasse has been reached to raise outstanding issues with the Court. The parties will resolve or raise any issues relating to this topic with the Court by November 8, 2013, at the latest.

WHEREFORE, the parties respectfully request that the Court amend the schedule to reflect the above deadlines.

Dated: September 27, 2013

| **PRISON LAW OFFICE** | **STRUCK WIENEKE, & LOVE, P.L.C.** |
|---|---|
| By  */s/ Corene Kendrick*<br>    Donald Specter (Cal. 83925)*<br>    Alison Hardy (Cal. 135966)*<br>    Sara Norman (Cal. 189536)*<br>    Corene Kendrick (Cal. 226642)*<br>    1917 Fifth Street<br>    Berkeley, California 94710<br>    Telephone:  (510) 280-2621<br>    Email:    dspecter@prisonlaw.com<br>              ahardy@prisonlaw.com<br>              snorman@prisonlaw.com<br>              ckendrick@prisonlaw.com<br><br>    *Admitted *pro hac vice* | By:  */s/ Daniel P. Struck*<br>    Daniel P. Struck<br>    Kathleen L. Wieneke<br>    Timothy J. Bojanowski<br>    Rachel Love<br>    Nicholas D. Acedo<br>    Courtney R. Cloman<br>    Ashlee B. Fletcher<br>    Anne Orcutt<br>    3100 West Ray Road, Suite 300<br>    Chandler, Arizona 85226 |

| | | |
|---|---|---|
| 1 | | |
| 2 | Daniel Pochoda (Bar No. 021979) | Arizona Attorney General Thomas C. Home |
| 3 | Kelly J. Flood (Bar No. 019772)<br>James Duff Lyall (Bar No. 330045)* | **OFFICE OF THE ATTORNEY GENERAL** |
| 4 | **ACLU FOUNDATION OF ARIZONA**<br>3707 North 7th Street, Suite 235 | Michael E. Gottfried |
| 5 | Phoenix, Arizona 85013<br>Telephone: (602) 650-1854 | Lucy Rand<br>Assistant Attorney General |
| 6 | Email:   dpochoda@acluaz.org | 1275 W. Washington Street<br>Phoenix, Arizona 85007-2926 |
| 7 |           kflood@acluaz.org<br>          jlyall@acluaz.org | *Attorneys for Defendants* |
| 8 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) | |

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaz.org
         kflood@acluaz.org
         jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         keidenbach@perkinscoie.com
         jhgray@perkinscoie.com
         mdumee@perkinscoie.com

Arizona Attorney General Thomas C. Home
**OFFICE OF THE ATTORNEY GENERAL**
  Michael E. Gottfried
  Lucy Rand
  Assistant Attorney General
  1275 W. Washington Street
  Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:   cnmitchell@jonesday.com
           dkiernan@jonesday.com
           scalderon@jonesday.com
           srauh@jonesday.com

*Admitted *pro hac vice*

R. Scott Medsker (D.C. 976405)*
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113
Telephone:  (202) 879-3837
Email:   rsmedsker@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:   jlwilkes@jonesday.com
           tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:   kmamedova@jonesday.com
           jkmessina@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: */s/ Jennifer Alewelt*
　　Jennifer Alewelt (Bar No. 027366)
　　Asim Varma (Bar No. 027927)
　　Sarah Kader (Bar No. 027147)
　　5025 East Washington Street, Suite 202
　　Phoenix, Arizona 85034
　　Telephone:  (602) 274-6287
　　Email:　jalewelt@azdisabilitylaw.org
　　　　　　avarma@azdisabilitylaw.org
　　　　　　skader@azdisabilitylaw.org

　　J.J. Rico (Bar No. 021292)
　　Cathleen M. Dooley (Bar No. 022420)
　　**ARIZONA CENTER FOR DISABILITY LAW**
　　100 N. Stone Avenue, Suite 305
　　Tucson, Arizona 85701
　　Telephone: (520) 327-9547
　　Email:　jrico@azdisabilitylaw.org
　　　　　　cdooley@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing.

                                              *s/ Corene Kendrick*