1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                                DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
     Dustin Brislan; Sonia Rodriguez; Christina           (MEA)
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph
10   Hefner; Joshua Polson; and Charlotte Wells, on       **[PROPOSED] ORDER
     behalf of themselves and all others similarly        GRANTING MOTION RE
11   situated; and Arizona Center for Disability Law,      DISCOVERY**

12                    Plaintiffs,

13           v.

14   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
15   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
16   capacities,

17                    Defendants.

18

19          The Court having reviewed the Parties' Joint Motion re Discovery (Doc. 674) and

20   good cause appearing,

21          ORDERED that that motion is GRANTED and the dates and agreements set forth

22   in that motion are adopted by the Court.

23

24

25

26

27

28

SFI-838927v1