**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Antonio Parsons, et al., on behalf of himself and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>vs.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having reviewed Defendants' Motion for Leave to File Defendants' Response to Court Order (Doc. 652) Under Seal (Doc. 670), and good cause appearing,

IT IS ORDERED granting the Defendants' Motion for Leave to File Defendants' Response to Court Order (Doc. 652) Under Seal (Doc. 670).

IT IS FURTHER ORDERED directing the Clerk's Office to file under seal the Defendant's Response to Court Order (Doc. 652) (with attached exhibits).

Dated this 27th day of September, 2013.

_____
Neil V. Wake
United States District Judge