Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
         kflood@acluaz.org
         jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
         avarma@azdisabilitylaw.org
         skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, et al.; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **STIPULATION TO MODIFY THE SCHEDULING ORDER TO ALLOW AN EXTENSION OF TIME TO CONTINUE THE DEPOSITION OF CORIZON** |

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree to modify the Scheduling Order [Docs. 52, 388] to extend the deadline to depose Corizon as a 30(b)(6) witness pursuant to subpoenas issued from the Middle District of Tennessee until October 10, 2013, or until such time soon after that Corizon's witnesses can be made available. Specifically, one of Corizon's designees has an upcoming medical procedure and cannot appear before October 4, the current deadline to complete the depositions. Counsel for Corizon informed Plaintiffs of this scheduling issue on September 26, and have stated that due to the designee's necessary recovery time, October 10 would be the soonest date available for the deposition. Counsel for Corizon also requested that, for convenience, both of Corizon's Arizona designees be deposed on the same day.

The parties, therefore, respectfully request another extension of discovery to allow Plaintiffs to depose Corizon as a 30(b)(6) witness using the designees Corizon has identified as most knowledgeable. As with the previous extension, extending the deadline for this extension will not substantially delay the case given that the deadline to depose Defendants Pratt and Ryan, as well as Joe Profiri, is not until November.

Dated: September 30, 2013              **PERKINS COIE LLP**

                                       By:   s/ John H. Gray
                                             Daniel C. Barr (Bar No. 010149)
                                             Amelia M. Gerlicher (Bar No. 023966)
                                             Kirstin T. Eidenbach (Bar No. 027341)
                                             John H. Gray (Bar No. 028107)
                                             Matthew B. du Mée (Bar No. 028468)
                                             2901 N. Central Avenue, Suite 2000
                                             Phoenix, Arizona 85012
                                             Telephone: (602) 351-8000
                                             Email:   dbarr@perkinscoie.com
                                                      agerlicher@perkinscoie.com
                                                      keidenbach@perkinscoie.com
                                                      jhgray@perkinscoie.com
                                                      mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
kflood@acluaz.org
jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
afettig@npp-aclu.org
aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
Sarah Rauh (Cal. 283742)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
           dkiernan@jonesday.com
           scalderon@jonesday.com
           srauh@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
           tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
           jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:     kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**


By:   s/ Jennifer Alewelt
    Jennifer Alewelt (Bar No. 027366)
    Asim Varma (Bar No. 027927)
    Sarah Kader (Bar No. 027147)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone:  (602) 274-6287
    Email:   jalewelt@azdisabilitylaw.org
            avarma@azdisabilitylaw.org
            skader@azdisabilitylaw.org

    J.J. Rico (Bar No. 021292)
    Cathleen M. Dooley (Bar No. 022420)
    **ARIZONA CENTER FOR DISABILITY LAW**
    100 N. Stone Avenue, Suite 305
    Tucson, Arizona 85701
    Telephone:  (520) 327-9547
    Email:   jrico@azdisabilitylaw.org
            cdooley@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**STRUCK, WIENEKE, & LOVE, P.L.C.**


By:   s/ Daniel P. Struck
    Daniel P. Struck
    Kathleen L. Wieneke
    Timothy J. Bojanowski
    Rachel Love
    Nicholas D. Acedo
    Courtney R. Cloman
    Ashlee B. Fletcher
    Anne M. Orcutt
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

Arizona Attorney General Thomas C. Horne
    Office of the Attorney General
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 30, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.

                                                             s/ S.Neilson

LEGAL27985562.1