UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY THE SCHEDULING ORDER TO ALLOW AN EXTENSION OF TIME TO CONTINUE THE DEPOSITION OF CORIZON** |

The Court, having reviewed the Stipulation to Modify the Scheduling Order to Allow An Extension of Time to Depose Corizon, and for good cause appearing,

IT IS ORDERED that the Stipulation is GRANTED. Plaintiffs may have through October 10, 2013, or until such time as Corizon's witnesses can be available for deposition, to complete the Rule 30(b)(6) depositions of Corizon, Inc.