# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV-12-00601-PHX-NVW (MEA) <br><br>**ORDER** |

The Court, having reviewed the Stipulation to Modify the Scheduling Order to Allow An Extension of Time to Depose Corizon (Doc. 677), and for good cause appearing,

IT IS ORDERED that the Stipulation is granted in part. Plaintiffs may have through October 10, 2013, to complete the Rule 30(b)(6) depositions of Corizon, Inc.

Dated this 30th day of September, 2013.

_____
Neil V. Wake
United States District Judge