Jennifer A. Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
ARIZONA CENTER FOR DISABILITY LAW
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
(602) 274-6287
jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

J. J. Rico (Bar No. 021292)
Cathleen M. Dooley (Bar No. 022420)
ARIZONA CENTER FOR DISABILITY LAW
100 N. Stone Avenue, Suite 305
Tucson, AZ  85701
(520) 327-9547
jrico@azdisabilitylaw.org
cdooley@azdisabilitylaw.org
*Attorneys for Plaintiff*
*Arizona Center for Disability Law*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VICTOR ANTONIO PARSONS, et al., | No. 2:12-CV-00601-NVW |
| Plaintiffs, | **NOTICE OF SERVICE OF ARIZONA CENTER FOR DISABILITY LAW'S THIRD SUPPLEMENTAL DISCLOSURE STATEMENT** |
| v. | |
| CHARLES RYAN, et al., | |
| Defendants. | Hon. Neil V. Wake |

Plaintiffs give notice that on October 9, 2013, Plaintiffs served Plaintiff's Third Supplemental Disclosure Statement by electronic mail to Defendants' attorneys Michael E. Gottfried, Assistant Attorney General, at Michael.Gottfried@azag.gov, Lucy Rand at lucy.rand@azag.gov, Tim Bojanowski at TBojanowski@swlfirm.com, Dan Struck at DStruck@swlfirm.com,  Kathy Wieneke at KWieneke@swlfirm.com , Nicholas Daniel Acedo at NAcedo@swlfirm.com, Courtney Rachel Cloman at

ccloman@swlfirm.com , Ashlee B. Fletcher at afletcher@swlfirm.com, and Anne Orcutt at aorcutt@swlfirm.com

Respectfully submitted this 9th day of October, 2013

        ARIZONA CENTER FOR DISABILITY LAW

        s/Jennifer A. Alewelt
        Jennifer A. Alewelt
        Asim Varma
        Sarah Kader
        J. J. Rico
        Cathleen M. Dooley
        *Attorneys for Plaintiff Arizona Center for Disability Law*

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 9th day of October, 2013, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this action:

| | |
|---|---|
| Michael E. Gottfried: | Michael.Gottfried@azag.gov |
| Katherine Emiko Watanabe: | katherine.watanabe@azag.gov |
| Lucy M. Rand: | lucy.rand@azag.gov |

ARIZONA ATTORNEY GENERAL THOMAS HORNE
OFFICE OF THE ATTORNEY GENERAL

| | |
|---|---|
| Daniel P. Struck: | dstruck@swlfirm.com |
| Kathleen L. Wieneke: | kwieneke@swlfirm.com |
| Timothy J. Bojanowski: | tbojanowski@swlfirm.com |
| Rachel Love: | rlove@swlfirm.com |
| Nicholas D. Acedo: | nacedo@swlfirm.com |
| Courtney R. Cloman: | ccloman@swlfirm.com |
| Ashlee B. Fletcher: | afletcher@swlfirm.com |
| Anne M. Orcutt: | aorcutt@swlfirm.com |

STRUCK WIENEKE, & LOVE, P.L.C.
*Attorneys for Defendants*

| | |
|---|---|
| Caroline N. Mitchell: | cnmitchell@jones.day.com |
| Sophia Calderon: | scalderon@jonesday.com |
| Sarah Rauh: | srauh@jonesday.com |
| David C. Kiernan: | dkiernan@jonesday.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com |
| Kamilla Mamedova: | kmamedova@jonesday.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |

JONES DAYS

| | |
|---|---|
| James Duff Lyall: | jlyall@acluaz.org |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org |
| Kelly Joyce Flood: | kflood@acluaz.org |

ACLU FOUNDATION OF ARIZONA

| | |
|---|---|
| Corene T. Kendrick: | ckendrick@prisonlaw.com |
| Donald Specter: | dspecter@prisonlaw.com |
| Sarah Norman: | snorman@prisonlaw.com |
| Alison Hardy: | ahardy@prisonlaw.com |

PRISON LAW OFFICE

| | |
|---|---|
| Amy Fettig: | afettig@npp-aclu.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org |
| Ajmel A. Quereshi: | aquereshi@npp-aclu.org |

ACLU NATIONAL PRISON PROJECT

/ / /

| | |
|---|---|
| Daniel Clayton Barr: | DBarr@perkinscoie.com |
| Amelia Morrow Gerlicher: | agerlicher@perkinscoie.com |

1  Kirstin T. Eidenbach:     keidenbach@perkinscoie.com
   John Howard Gray:         jhgray@perkinscoie.com
2  Matthew Benjamin duMee:   mdumee@perkinscoie.com
   PERKINS COIE LLP
3  *Attorneys for Plaintiffs*

5
   s/ *Mavis Lauritzen*
6