1　Daniel Pochoda (Bar No. 021979)
　　Kelly J. Flood (Bar No. 019772)
2　James Duff Lyall (Bar No. 330045)*
　　**ACLU FOUNDATION OF ARIZONA**
3　3707 North 7th Street, Suite 235
　　Phoenix, Arizona 85013
4　Telephone: (602) 650-1854
　　Email: dpochoda@acluaz.org
5　　　　 kflood@acluaz.org
　　　　　jlyall@acluaz.org
6　*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7　*Attorneys for Plaintiffs Shawn Jensen, Stephen
　　Swartz, Dustin Brislan, Sonia Rodriguez,*
8　*Christina Verduzco, Jackie Thomas, Jeremy Smith,
　　Robert Gamez, Maryanne Chisholm, Desiree*
9　*Licci, Joseph Hefner, Joshua Polson, and
　　Charlotte Wells, on behalf of themselves and all*
10　*others similarly situated*

11　**[ADDITIONAL COUNSEL LISTED ON
　　SIGNATURE PAGE]**

12

13　　　　　UNITED STATES DISTRICT COURT

14　　　　　　　DISTRICT OF ARIZONA

15　Victor Parsons; Shawn Jensen; Stephen Swartz;　　No. CV 12-00601-PHX-NVW
　　Dustin Brislan; Sonia Rodriguez; Christina　　　　 (MEA)
16　Verduzco; Jackie Thomas; Jeremy Smith; Robert
　　Gamez; Maryanne Chisholm; Desiree Licci; Joseph
17　Hefner; Joshua Polson; and Charlotte Wells, on　　**MOTION FOR**
　　behalf of themselves and all others similarly　　　**WITHDRAWAL OF**
18　situated; and Arizona Center for Disability Law,　　**ATTORNEY SARAH RAUH**

19　　　　　　　　Plaintiffs,

20　　　　v.

21　Charles Ryan, Director, Arizona Department of
　　Corrections; and Richard Pratt, Interim Division
22　Director, Division of Health Services, Arizona
　　Department of Corrections, in their official
23　capacities,

24　　　　　　　　Defendants.

25

26

27

28

1    Pursuant to Local Rule of Civil Procedure 83.3, the undersigned attorney, Sarah

2    Rauh, moves to withdraw as one of the counsel of record.  The undersigned will no longer

3    be employed at Jones Day.  Plaintiffs will continue to be represented in this matter by

4    other attorneys of record at Jones Day.

5    Upon order granting this motion, the undersigned requests to be removed from

6    ECF noticing in this matter.

7    Respectfully submitted this 10th day of October 2013.

8

9    Dated:  October 10, 2013                    **JONES DAY**

10

   By:   s/ Sarah Rauh
11                                              Sarah Rauh (Cal. 283742)*
                                                Caroline Mitchell (Cal. 143124)*
12                                              David C. Kiernan (Cal. 215335)*
                                                Sophia Calderón (Cal. 278315)*
13                                              **JONES DAY**
                                                555 California Street, 26th Floor
14                                              San Francisco, California 94104
                                                Telephone:  (415) 875-5712
15                                              Email:     srauh@jonesday.com
                                                           cnmitchell@jonesday.com
16                                                         dkiernan@jonesday.com
                                                           scalderon@jonesday.com
17
                                                *Admitted *pro hac vice*
18
                                                John Laurens Wilkes (Tex. 24053548)*
19                                              Taylor Freeman (Tex. 24083025)*
                                                **JONES DAY**
20                                              717 Texas Street
                                                Houston, Texas 77002
21                                              Telephone:  (832) 239-3939
                                                Email:     jlwilkes@jonesday.com
22                                                         tfreeman@jonesday.com

23                                              *Admitted *pro hac vice*

24

25

26

27

28

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
                jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    dpochoda@acluaz.org
                kflood@acluaz.org
                jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct.
R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
                ahardy@prisonlaw.com
                snorman@prisonlaw.com
                ckendrick@prisonlaw.com
                wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org
           aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           keidenbach@perkinscoie.com
           jhgray@perkinscoie.com
           mdumee@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

1

**<u>CERTIFICATE OF SERVICE</u>**

2      I hereby certify that on October 10, 2013, I electronically transmitted the above

3  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4  Notice of Electronic Filing to the following CM/ECF registrants:

5

6                          Michael E. Gottfried
                           Katherine E. Watanabe
7                          Lucy M. Rand
                     Assistant Arizona Attorneys General
8                      Michael.Gottfried@azag.gov
                       Katherine.Watanabe@azag.gov
9                        Lucy.Rand@azag.gov

10                         Daniel P. Struck
                           Kathleen L. Wieneke
11                         Timothy J. Bojanowski
                           Rachel Love
12                         Nicholas D. Acedo
                           Courtney R. Cloman
13                         Ashlee B. Fletcher
                           Anne M. Orcutt
14                 STRUCK WIENEKE, & LOVE, P.L.C.
                        dstruck@swlfirm.com
15                      kwieneke@swlfirm.com
                        tbojanowski@swlfirm.com
16                        rlove@swlfirm.com
                         nacedo@swlfirm.com
17                        ccloman@swlfirm.com
                         afletcher@swlfirm.com
18                        aorcutt@swlfirm.com

19                      *Attorneys for Defendants*

20
                           Jennifer Alewelt
21                         Asim Varma
                           Sarah Kader
22                         J.J. Rico
                           Cathleen M. Dooley
23                 ARIZONA CENTER FOR DISABILITY LAW
                       jalewelt@azdisabilitylaw.org
24                     avarma@azdisabilitylaw.org
                       skader@azdisabilitylaw.org
25                      jrico@azdisabilitylaw.org
                       cdooley@azdisabilitylaw.org
26
         *Attorneys for Plaintiff Arizona Center for Disability Law*
27

28                                              s/ Sarah Rauh