Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: dpochoda@acluaz.org
        kflood@acluaz.org
        jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **AMENDED NOTICE OF DEPOSITION OF CHARLES RYAN** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

1    NOTICE IS HEREBY GIVEN that, pursuant to Fed. Rs. Civ. P. 26 and 30, the

2 deposition will be taken upon examination of the person whose name is stated below at

3 the time and place stated below before an officer authorized to administer oaths.   The

4 deposition will be recorded stenographically.

5    **PERSON TO BE EXAMINED:**         Charles Ryan
                                            ADC Director
6                                           c/o Struck Wieneke, & Love, P.L.C.
                                            3100 West Ray Road, Suite 300
7                                           Chandler, Arizona 85226

8    **DATE AND TIME OF THE
     DEPOSITION:**                          November 8, 2013 at 9:00 a.m.
9

10   **PLACE OF THE DEPOSITION:**        Perkins Coie LLP
                                            2901 N. Central Avenue
                                            Suite 2000
11                                          Phoenix, Arizona 85012

12   Dated:  October 11, 2013              **PERKINS COIE LLP**

13

14                                          By:   s/ John H. Gray
                                                Daniel C. Barr (Bar No. 010149)
15                                              Amelia M. Gerlicher (Bar No. 023966)
                                                Kirstin T. Eidenbach (Bar No. 027341)
16                                              John H. Gray (Bar No. 028107)
                                                Matthew B. du Mée (Bar No. 028468)
17                                              2901 N. Central Avenue, Suite 2000
                                                Phoenix, Arizona 85012
18                                              Telephone:  (602) 351-8000
                                                Email:    dbarr@perkinscoie.com
19                                                        agerlicher@perkinscoie.com
                                                          keidenbach@perkinscoie.com
20                                                        jhgray@perkinscoie.com
                                                          mdumee@perkinscoie.com

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     dpochoda@acluaz.org
           kflood@acluaz.org
           jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct.
R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com
           wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org
           aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         dkiernan@jonesday.com
         scalderon@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com
         tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:   kmamedova@jonesday.com
         jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email:   kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

1

**CERTIFICATE OF SERVICE**

2   I hereby certify that on October 11, 2013, I electronically transmitted the above

3 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4 Notice of Electronic Filing to the following CM/ECF registrants:

5

6         Michael E. Gottfried
         Katherine E. Watanabe

7         Lucy M. Rand
       Assistant Arizona Attorneys General

8        Michael.Gottfried@azag.gov
       Katherine.Watanabe@azag.gov

9         Lucy.Rand@azag.gov

10         Daniel P. Struck
        Kathleen L. Wieneke

11        Timothy J. Bojanowski
         Rachel Love

12        Nicholas D. Acedo
        Courtney R. Cloman

13        Ashlee B. Fletcher
        Anne M. Orcutt

14      STRUCK WIENEKE, & LOVE, P.L.C.
        dstruck@swlfirm.com

15        kwieneke@swlfirm.com
       tbojanowski@swlfirm.com

16        rlove@swlfirm.com
        nacedo@swlfirm.com

17        ccloman@swlfirm.com
        afletcher@swlfirm.com

18        aorcutt@swlfirm.com

19        *Attorneys for Defendants*

20

21         Jennifer Alewelt
         Asim Varma

22         Sarah Kader
         J.J. Rico

23        Cathleen M. Dooley
    **ARIZONA CENTER FOR DISABILITY LAW**

24       jalewelt@azdisabilitylaw.org
       avarma@azdisabilitylaw.org

25       skader@azdisabilitylaw.org
       jrico@azdisabilitylaw.org

26       cdooley@azdisabilitylaw.org

27  *Attorneys for Plaintiff Arizona Center for Disability Law*

28         s/S. Neilson