1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | [PROPOSED] ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR RECONSIDERATION |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

17          The Court, having reviewed Plaintiffs' Motion for Reconsideration, and finding

18   good cause appearing (Dkt. No.    ),

19          IT IS SO ORDERED that Defendants are directed to file a response, if they wish to

20   do so, by October __, 2013.

21

22

23

24

25

26

27

28

SFI-840408v1