Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
        kflood@acluaz.org
        jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
        avarma@azdisabilitylaw.org
        skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **DECLARATION OF CORENE KENDRICK** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

SFI-840412v1

I, Corene Kendrick, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a Staff Attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. On Thursday, October, 10, 2013, I deposed Vickie Bybee, one of the designees for Corizon, Inc., in response to a 30(b)(6) subpoena. [Dkt. No. 680]. Ms. Bybee testified that she had prepared for the deposition by reviewing various documents, including the most recent staffing report showing the levels of health care staff at ADC prisons, reports and statistics regarding mental health care, and reports on the processing of Health Needs Requests (HNRs). She testified that she reviewed the August 2013 staffing levels report to prepare, and that a September 2013 report showing staffing levels had been created by Corizon.

3. During the deposition, I showed Ms. Bybee exhibits including a June 2013 statewide staffing report (Bates No. ADC121167-121177), which was the most recent report Defendants have produced to Counsel for Plaintiffs. Ms. Bybee testified that if I had a more current report to show her, she could testify to the changes in health care staffing levels.

4. On Friday, October 11, 2013, I had a phone conference with Lucy Rand, Assistant Attorney General, along with two other attorneys for Plaintiffs. We discussed the documents Defendants have not yet produced that are responsive to previous discovery requests, including prisoners' medical files, monthly monitoring reports, and other statistical reports. Ms. Rand stated she had numerous boxes of documents in her office that she had to review for redaction and to stamp with Bates numbers before she could produce them to Plaintiffs. She said she had been unable to review all of these documents because she had been reviewing emails to produce pursuant to the Court's order. She said that she would be working the three-day holiday weekend reviewing

SFI-840412v1

1   documents for production.

2          Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

3   is true and correct.

4          Executed the 15th of October, 2013, in Berkeley, California.

5                                          */s/ Corene Kendrick*
                                           Corene Kendrick
6

7                                          Donald Specter (Cal. 83925)*
                                           Alison Hardy (Cal. 135966)*
8                                          Sara Norman (Cal. 189536)*
                                           Corene Kendrick (Cal. 226642)*
9                                          Warren E. George (Cal. 53588)*
                                           **PRISON LAW OFFICE**
10                                         1917 Fifth Street
                                           Berkeley, California 94710
11                                         Telephone:  (510) 280-2621
                                           Email:    dspecter@prisonlaw.com
12                                                    ahardy@prisonlaw.com
                                                      snorman@prisonlaw.com
13                                                    ckendrick@prisonlaw.com
                                                      wgeorge@prisonlaw.com
14

15                                         *Admitted *pro hac vice*

16                                         David C. Fathi (Wash. 24893)*
                                           Amy Fettig (D.C. 484883)**
17                                         Ajmel Quereshi (Md. 28882)*
                                           **ACLU NATIONAL PRISON
18                                         PROJECT**
                                           915 15th Street N.W., 7th Floor
19                                         Washington, D.C. 20005
                                           Telephone:  (202) 548-6603
20                                         Email:    dfathi@npp-aclu.org
                                                      afettig@npp-aclu.org
21                                                    aquereshi@npp-aclu.org

22                                         *Admitted *pro hac vice*.  Not admitted
                                            in DC; practice limited to federal
23                                          courts.
                                           **Admitted *pro hac vice*

24

25

26

27

28

SFI-840412v1                        -2-

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
             agerlicher@perkinscoie.com
             keidenbach@perkinscoie.com
             jhgray@perkinscoie.com
             mdumee@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
             dkiernan@jonesday.com
             scalderon@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com
             tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
             jkmessina@jonesday.com

*Admitted *pro hac vice*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all
others similarly situated*

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on October 15, 2013, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Katherine E. Watanabe

7

Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov

8

Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

9

10

Daniel P. Struck
Kathleen L. Wieneke

11

Timothy J. Bojanowski
Rachel Love

12

Nicholas D. Acedo
Courtney R. Cloman

13

Ashlee B. Fletcher
Anne M. Orcutt

14

STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com

15

kwieneke@swlfirm.com
tbojanowski@swlfirm.com

16

rlove@swlfirm.com
nacedo@swlfirm.com

17

ccloman@swlfirm.com
afletcher@swlfirm.com

18

aorcutt@swlfirm.com

19

*Attorneys for Defendants*

20

Jennifer Alewelt

21

Asim Varma
Sarah Kader

22

J.J. Rico
Cathleen M. Dooley

23

ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org

24

avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

25

jrico@azdisabilitylaw.org
cdooley@azdisabilitylaw.org

26

*Attorneys for Plaintiff Arizona Center for Disability Law*

27

28

s/ Lillian Wong

SFI-840412v1