Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: dpochoda@acluaz.org
         kflood@acluaz.org
         jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
         avarma@azdisabilitylaw.org
         skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br><br> **DECLARATION OF AJMEL QUERESHI IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION** <br><br><br> **[REDACTED]** |

SFI-840413v1

I, Ajmel Quereshi, declare:

1.   I am an attorney licensed to practice before the courts of the District of Columbia.  I am Staff Counsel at the National Prison Project of the American Civil Liberties Union, counsel for the plaintiff class in this litigation.  If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.   I am familiar with Plaintiffs' discovery requests and Defendants' document productions.  Defendants have not produced the documents identified below.

3.   Defendants have not produced "psych autopsies" which ADC uses to determine if a prisoner death was preventable.   These documents are responsive to Parsons' First Request for the Production of Documents, No. 40.  *See* Mitchell Decl., Exhibit 9, filed herewith.

4.   Defendants have not produced spreadsheets attached to one of Marlene Bedoya's, ADC's Health Services Contract Compliance Monitor, memoranda summarizing troublesome trends regarding the administration of sick calls and the management of medical records   These documents are responsive to Requests Nos. 4 and 5 from Plaintiffs' Notice of 30(b)(6) Deposition Duces Tecum, dated August 9, 2012 [Doc. 76].  *See* attached Exhibit 1.

5.   Defendants have not produced "snapshots" documenting problems at ADC facilities regarding the provision of pharmaceuticals.  These "snapshots" were cited as the basis for several findings of non-compliance in Martin Winland's, ADC's Pharmacy Monitor, MGAR reports.  These documents are responsive to Requests Nos. 4 and 5 from Plaintiffs' Notice of 30(b)(6) Deposition Duces Tecum, dated August 9, 2012 [Doc. 76].  *See* attached Exhibit 1.

6.   Defendants have not produced the "Strategic Plan Initiative," regarding prisoners in maximum custody, or any related documents.   ADC's Mental Health Monitor, Dr. Nicole Taylor, testified that ADC has established a committee to develop new policies and procedures for its isolation units.  She identified a document, referred to

as the "Strategic Plan Initiative," setting forth this new policy/plan.  *See* Taylor Dep., 29:1-25; 30:1-25; 31:1-6.[1]  The Plan and any related documents are responsive to Parsons' First Request for the Production of Documents, No. 9.  *See* Mitchell Decl., Exhibit 9.

7.    Defendants have not produced the "evolving matrices" ADC uses to determine when a prisoner is ready to be transitioned out of an isolation cell.  The matrices and any related documents are responsive to Parsons' First Request for the Production of Documents, No. 9.  *See* Mitchell Decl., Exhibit 9.

8.    Defendants have not produced monthly inmate grievance appeals reports. ███████████████████████████████████████████████ ███████████████████████████████████████████████ ████████████████████████████████████  *See* Moriarty Dep., 22:10-19.  These documents are responsive to Parsons' First Request for the Production of Documents, No. 55 .  *See* Mitchell Decl., Exhibit 9.

9.    Defendants have not produced updated statistics compiled by ADC revealing a change in the suicide rate in ADC facilities.  Any documents containing these statistics are responsive to Licci's First Request for the Production of Documents, No. 48 *See* attached Exhibit 1.

10.    Defendants have not produced a report listing all prisoners held in isolation units and the amount of time spent there by each prisoner.  This document is responsive to Parsons' First Request for the Production of Documents, No. 53.  *See* Mitchell Decl., Exhibit 9.

11.    Defendants have not produced documents related to ADC's psych associate database, documenting how often prisoners in isolation units receive mental health programming or any related documents.  Nicole Taylor testified that psych. associates track the provision of mental health programming to prisoners in isolation in a database.  *See* Taylor Dep., 211:12-15; 212:1-5; 213:12-25.    The database and any related

---

[1]  The deposition testimony cited herein is attached as part of Exhibit 1 to Plaintiffs' Motion for Reconsideration.

documents are responsive to Licci's First Request for the Production of Documents, No. 6, and Polson's First Request for the Production of Documents, No. 21. *See* attached Exhibits 2 and 3, respectively.

12. Defendants have not produced Corrective Action Plans (CAPs) created by Corizon in response to deficiencies ADC monitors identify in MGAR reports. ██████████

████████████████████████████████████████████████████████

████████████████ *See* Evans Dep., 87:24-88:16. ████████████

██████████████████████████ *Id.* at 94:3-10.

████████████████████████████████████████████████████████

██████████████ *Id.* at 92:12-21.

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████ *See* Gross Dep., 128:14-20.[2] These documents are responsive to Requests Nos. 4 and 5 from Plaintiffs' Notice of 30(b)(6) Deposition Duces Tecum, dated August 9, 2012 [Doc. 76]. *See* attached Exhibit 1.

13. Defendants have not produced agendas from weekly meetings ADC has with Corizon to discuss issues that have come up throughout the week with Corizon. According to the testimony of Nicole Taylor, those weekly meetings are attended by many of the people with senior responsibility for health care, including Defendant Pratt. Taylor Dep., 170:5-17. Ms. Taylor testified that the meetings last two hours and have agendas. These documents are responsive to Requests Nos. 4 and 5 from Plaintiffs' Notice of 30(b)(6) Deposition Duces Tecum, dated August 9, 2012 [Doc. 76]. *See* attached Exhibit 1.

14. Defendants have not produced job descriptions for certain ADC employees related to this litigation, in particular monitoring staff. These documents are responsive to Parsons' First Request for the Production of Documents, Nos. 21 and 61. *See* Mitchell

---

[2] The official transcript of Arthur Gross's deposition omits page numbers on certain pages. Plaintiffs have written in the pages by hand.

Decl., Exhibit 9.

15.    Defendants have not produced peer reviews for licensed medical staff. Marlene Bedoya testified that ADC requires Corizon to randomly audit the work of every licensed medical provider to ensure that he or she is providing adequate care.  Bedoya Dep., 150:5-22.   These documents are responsive to Parsons' First Request for the Production of Documents, No. 6.  *See* Mitchell Decl., Exhibit 9.

16.    Defendants have not produced documents showing the weekly wait times for dental treatment produced by the Dental Contractor.  ██████████████████

██████████████████████████████████████████████████████████████████

████████████████████    *See* Evans Dep., 146:10-13.  These documents are responsive to Requests Nos. 4 and 5 from Plaintiffs' Notice of 30(b)(6) Deposition Duces Tecum, dated August 9, 2012 [Doc. 76].  *See* Exhibit 1.

17.    Defendants have not produced documents related to the Arizona Inspector General's annual audits of ADC.  ████████████████████████████████████████

██████████████████████████████████████████████████████████████████

████████████████████████████████████████    McWilliams Dep., 37:25-39:21.   These documents are responsive to Parsons' First Request for the Production of Documents, No. 6.  *See* Mitchell Decl., Exhibit 9.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 15th of October, 2013, in Washington, District of Columbia.

*s/ Ajmel Quereshi*
Ajmel Quereshi

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com
           wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org
           aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           keidenbach@perkinscoie.com
           jhgray@perkinscoie.com
           mdumee@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:    cnmitchell@jonesday.com
          dkiernan@jonesday.com
          scalderon@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:    jlwilkes@jonesday.com
          tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:    kmamedova@jonesday.com
          jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    jalewelt@azdisabilitylaw.org
             avarma@azdisabilitylaw.org
             skader@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Cathleen M. Dooley (Bar No. 022420)
**ARIZONA CENTER FOR
DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:    jrico@azdisabilitylaw.org
             cdooley@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on October 15, 2013, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6           Michael E. Gottfried
            Katherine E. Watanabe
7           Lucy M. Rand
            Assistant Arizona Attorneys General
            Michael.Gottfried@azag.gov
8           Katherine.Watanabe@azag.gov
            Lucy.Rand@azag.gov
9

            Daniel P. Struck
10          Kathleen L. Wieneke
            Timothy J. Bojanowski
11          Rachel Love
            Nicholas D. Acedo
12          Courtney R. Cloman
            Ashlee B. Fletcher
13          Anne M. Orcutt
            STRUCK WIENEKE, & LOVE, P.L.C.
14          dstruck@swlfirm.com
            kwieneke@swlfirm.com
15          tbojanowski@swlfirm.com
            rlove@swlfirm.com
16          nacedo@swlfirm.com
            ccloman@swlfirm.com
17          afletcher@swlfirm.com
            aorcutt@swlfirm.com
18

19          *Attorneys for Defendants*

20                              s/ Lillian Wong

21

22

23

24

25

26

27

28

# Exhibit 1

Daniel J. Pochoda (SBA 021979)
Kelly Flood (SBA 019772)
James Duff Lyall (SBA 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 N. 7th Street, Suite 235
Phoenix, AZ 85013
Telephone: (602) 650-1854
dpochoda@acluaz.org
kflood@acluaz.org
jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,
Stephen Swartz, Dustin Brislan, Sonia Rodriguez,
Christina Verduzco, Jackie Thomas, Jeremy Smith,
Robert Gamez, Maryanne Chisholm, Desiree Licci,
Joseph Hefner, Joshua Polson, and Charlotte Wells,
on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]**

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
           avarma@azdisabilitylaw.org
*Attorneys for Plaintiff Arizona Center for Disability Law*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                    Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**NOTICE OF 30(b)(6) DEPOSITION DUCES TECUM** |

21.    "SUFFICIENT TO SHOW" means demonstrating or evidencing complete INFORMATION on the requested topic, without the need to produce every DOCUMENT REGARDING the topic.

22.    "YOU," "YOUR," "YOURSELF," and "DEFENDANTS" means defendants Charles Ryan and Richard Pratt, and their predecessors, successors, employees, subordinates, contractors, agents, and attorneys.

23.    "WEXFORD" means Wexford Health Sources, Incorporated.

## TOPICS

1.    The management, servicing, maintenance, and obtaining of HEALTH CARE RECORDS, including records generated by off-site ADC entities for HOSPITALIZED PRISONERS and REFERRED PRISONERS receiving EMERGENCY HEALTH CARE SERVICES or care from HEALTH CARE SUBCONTRACTORS, during the period of January 1, 2011 to the present.  This topic includes the identity of all ADC staff or other employees, agents, or contractors, including WEXFORD employees, who participated in these activities and their roles.

2.    All aspects of the evaluation of each proposal submitted to ADC in response to Solicitation No. ADOC12-00001105, Privatization for All Correctional Health Care.  This topic includes the identity of all personnel participating in the evaluations and their roles.

3.    The plans for and implementation of the HEALTH CARE PRIVATIZATION CONTRACT, specifically REGARDING (a) the provision of HEALTH CARE and (b) the maintenance, servicing, keeping, and obtaining of HEALTH CARE RECORDS.  This topic includes the identity of all ADC staff or other employees, agents, or contractors, including WEXFORD employees, who participated in these activities and their roles.

4.    The plans for and actual evaluation of WEXFORD's compliance and performance, including whether WEXFORD is meeting specific performance measures

5

SFI-740669v1

and outcomes, as defined in Sections 2.14, 2.19 and 2.20 of the HEALTH CARE PRIVATIZATION CONTRACT.  This topic includes the identity of all ADC staff or other employees, agents, or contractors, including WEXFORD employees, who participated in these activities and their roles.

5.    The POLICIES AND PROCEDURES for requesting and evaluating the reports by WEXFORD to ADC as specified per the schedule identified in Exhibit 2, "Required Reporting," of the HEALTH CARE PRIVATIZATION CONTRACT and what has actually been done to date to request and evaluate such reports.  This topic includes the identity of all ADC staff or other employees, agents, or contractors who participated in these activities and their roles.

6.    All other QUALITY ASSURANCE OR REVIEW relating to WEXFORD's performance of the obligations in the HEALTH CARE PRIVATIZATION CONTRACT.  This topic includes the identity of all ADC staff or other employees, agents, or contractors, including WEXFORD employees who participated in these activities and their roles.

NOTICE OF 30(b)(6) DEPOSITION DUCES TECUM
2:12-cv-00601-NVW-MEA

SFI-740669v1

Exhibit 2

1   Daniel Pochoda (Bar No. 021979)
    Kelly J. Flood (Bar No. 019772)
2   James Duff Lyall (Bar No. 330045)*
    **ACLU FOUNDATION OF ARIZONA**
3   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
4   Telephone:  (602) 650-1854
    Email: dpochoda@acluaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6   *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7   *Attorneys for Plaintiffs Shawn Jensen, Stephen
    Swartz, Dustin Brislco, Sonia Rodriguez,*
8   *Christina Verduzco, Jackie Thomas, Jeremy
    Smith, Robert Gamez, Maryanne Chisholm,*
9   *Desiree Licci, Joseph Hefner, Joshua Polson, and
    Charlotte Wells, on behalf of themselves and all*
10  *others similarly situated*

11  **[ADDITIONAL COUNSEL LISTED ON
    SIGNATURE PAGE]**

12                  UNITED STATES DISTRICT COURT

13                    DISTRICT OF CALIFORNIA

14

15  Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriguez; Christina          (MEA)
16  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph    **PLAINTIFF DESIREE LICCI'S**
17  Hefner; Joshua Polson; and Charlotte Wells, on     **FIRST SET OF REQUESTS**
    behalf of themselves and all others similarly      **FOR PRODUCTION OF**
18  situated; and Arizona Center for Disability Law,   **DOCUMENTS TO**
                                                       **DEFENDANTS**
19                      Plaintiffs,

20          v.

21  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
22  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
23  capacities,

24                      Defendants.

25

26

27

28

LEGAL27578843.1

**REQUEST FOR PRODUCTION NO. 6:**

All DOCUMENTS and POLICIES AND PROCEDURES REGARDING PROGRAMS provided to PRISONERS in ISOLATION.

**RESPONSE TO REQUEST NO. 6:**

**REQUEST FOR PRODUCTION NO. 7:**

All DOCUMENTS REGARDING heat or humidity measurements taken in ADC housing units from June 1, 2013 to present.

**RESPONSE TO REQUEST NO. 7:**

**REQUEST FOR PRODUCTION NO. 8:**

All DOCUMENTS REGARDING ADC POLICIES AND PROCEDURES designed to protect PRISONERS from heat injury.

**RESPONSE TO REQUEST NO. 8:**

**REQUEST FOR PRODUCTION NO. 9:**

All DOCUMENTS REGARDING housing transfers of ADC PRISONERS to protect them from heat injury from June 1, 2013 to present.

**RESPONSE TO REQUEST NO. 9:**

**RESPONSE TO REQUEST NO. 46:**

**REQUEST FOR PRODUCTION NO. 47:**

The NETS manual viewed by Dr. Wilcox during pill call on the Cheyenne unit of the Yuma complex with nursing SOAP notes.

**RESPONSE TO REQUEST NO. 47:**

**REQUEST FOR PRODUCTION NO. 48:**

Produce data kept by the ADC that tracks the following across units, prisons, specific populations or the ADC in its entirety:

1.    Compliance and/or non-compliance with ADC's Mental Health Policies.

2.    Compliance and/or non-compliance with ADC's Dental Policies.

3.    Compliance and/or non-compliance with ADC's Medical Care Policies.

4.    Compliance and/or non-compliance with the enhanced health monitoring of seriously mentally ill (SMI) inmates that requires that each such inmate is to be evaluated every 30 days as set forth in Defendant Charles Ryan's First Supplemental Answers to Plaintiff Dustin Brislan's First Set of Requests for Admissions, Response to Request No. 1.

5.    Compliance and/or non-compliance with the ADC pre-requirement that each prisoner receive a minimum of six hours per week of exercise time unless prohibited by a legitimate security need.

6.    Compliance and/or non-compliance with the ADC policy that requires a face-to-face contact with psychiatric staff, including either a psychiatrist of mental health professional in consultation with a psychiatrist in order for a

1          prisoner to renew psychotropic medication.

2     7.    The number of prisoners who meet with a psychiatric provider on a daily,

3          weekly, monthly quarterly or annual basis.

4     8.    The number of prisoners prescribe psychotropic medication.

5     9.    The number of prisoners placed in mental health restraints or a restraint

6          chair.

7     10.   The number and/or type of 911 calls placed relating to prisoner health care.

8     11.   Any aspect of suicides by prisoners.

9     12.   Actual wait times for any type of medical treatment(s) or appointment(s).

10  **RESPONSE TO REQUEST NO. 48:**

11

12

13

14  **REQUEST FOR PRODUCTION NO. 49:**

15     Produce copies of any televised material that you will contend at trial at trial is

16  relevant to the class claims and an adequate alternative to in person care.

17  **RESPONSE TO REQUEST NO. 49:**

18

19

20

21  **REQUEST FOR PRODUCTION NO. 50:**

22     For the following medical records, produce all HNRs from January 1, 2009 to present, the

23  entire section for "dental," and all documents in the consents/refusals section since January 1,

24  2009.

25        Merrick, JD 99252
            Heser, Glen 42693

26       Minnis, Greg 155351
            Conroy, Raymond 13179

27       Leon, Michael 61657
            Douglas, Jeff 58263

28       Nevarez, Arturo 228792

# Exhibit 3

1   Daniel Pochoda (Bar No. 021979)
    Kelly J. Flood (Bar No. 019772)
2   James Duff Lyall (Bar No. 330045)*
    **ACLU FOUNDATION OF ARIZONA**
3   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
4   Telephone:  (602) 650-1854
    Email: dpochoda@acluaz.org
5           kflood@acluaz.org
            jlyall@acluaz.org
6   *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7   *Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,*
    *Stephen Swartz, Dustin Brislan, Sonia Rodriguez,*
8   *Christina Verduzco, Jackie Thomas, Jeremy Smith,*
    *Robert Gamez, Maryanne Chisholm, Desiree Licci,*
9   *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
    *behalf of themselves and all others similarly situated*
10
    **[ADDITIONAL COUNSEL LISTED ON**
11   **SIGNATURE PAGE]**

12              UNITED STATES DISTRICT COURT

13                   DISTRICT OF ARIZONA

| | |
|---|---|
| 14   Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina 15   Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph 16   Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly 17   situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| 18              Plaintiffs, | **PLAINTIFF JOSHUA POLSON'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS** |
| 19      v. | |
| 20   Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division 21   Director, Division of Health Services, Arizona Department of Corrections, in their official 22   capacities, | |
| 23              Defendants. | |

24

25

26

27

28

1  Department Orders at the ISOLATION units since January 1, 2011.

2  **REQUEST FOR PRODUCTION NO. 16:**

3  All meeting MINUTES produced for periodic staff meetings and/or unit

4  management meetings at ISOLATION units since January 1, 2011.

5  **REQUEST FOR PRODUCTION NO. 17:**

6  All meeting MINUTES produced for periodic meetings between wardens at

7  ISOLATION units and their executive staff since January 1, 2011.

8  **REQUEST FOR PRODUCTION NO. 18:**

9  Copies of Correctional Journals maintained by each ISOLATION Unit for the last

10  year.

11  **REQUEST FOR PRODUCTION NO. 19:**

12  All DOCUMENTS describing or depicting the cell size, plan, furniture, fixtures,

13  doors, and windows in the ISOLATION units, including the variations, if any, in the cells

14  in the particular ISOLATION units.

15  **REQUEST FOR PRODUCTION NO. 20:**

16  All DOCUMENTS, POLICIES & PROCEDURES REGARDING the operation of

17  and CONDITIONS OF CONFINEMENT in the Central Unit's Phase Program described

18  in Departmental Order 704 at § 1.2.7.

19  **REQUEST FOR PRODUCTION NO. 21:**

20  All DOCUMENTS, POLICIES & PROCEDURES REGARDING the operation of,

21  CONDITIONS OF CONFINEMENT in, and mental HEALTH CARE programs at all of

22  the units described in the memorandum to Charles Ryan from Robert Patton and Richard

23  Pratt dated April 30, 2012, entitled "Increase of Mental Health for Max Custody"

24  (ADC050861-67).

25  **REQUEST FOR PRODUCTION NO. 22:**

26  All DOCUMENTS REGARDING the use of force or restraints in the ISOLATION

27  units for the last two years.

28