Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
       avarma@azdisabilitylaw.org
       skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **DECLARATION OF CAROLINE N. MITCHELL IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION** |

SFI-840401v1

1        I, Caroline Mitchell, declare as follows:

2        1.      I am an attorney at Jones Day and counsel for the class of prisoner plaintiffs

3   in this matter.  I have personal knowledge of the matters set forth below and am

4   competent to testify to them if called upon to do so.

5        2.      The Arizona Attorney General's Office informed Plaintiffs on October 31,

6   2012, that it was taking over coordination of the production of documents in this

7   litigation.  *See* Exhibit 1 hereto, which is a true and correct copy of a letter from Katherine

8   Watanabe to Plaintiffs' counsel, dated October 31 2012; *see also* Exhibit 2, which is a true

9   and correct copy of an email from Katherine Watanabe to Plaintiffs' counsel dated

10  November 2, 2012, explaining that the Attorney General's  Office "will be handling the

11  processing and actual production of documents," with disputes still being directed to

12  outside counsel.  That production was initially staffed with Katherine Watanabe, Ashley

13  Zuerlein and Lucy Rand, with others helping carry out administrative duties.  On January

14  18, 2013, Ms. Watanabe informed Defendants that because her other workload was too

15  demanding, she would no longer be working on the case and Ms. Rand and Ms. Zuerlein

16  would be running the production.    Exhibit 3 is a true and correct copy of that

17  correspondence.  Ms. Zuerlein subsequently left the Attorney General's Office effective

18  May 24, 2013, leaving Ms. Rand as the "sole attorney" with day-to-day responsibility for

19  managing the document production.  *See* Exhibit 4, which is a true and correct copy of a

20  letter from Lucy Rand to Plaintiffs' counsel dated May 10, 2013 informing Plaintiffs'

21  counsel, inter alia, of Ms. Zuerlein's departure.  Defendants did not identify a replacement

22  for Ms. Zuerlein to Plaintiffs.  Defendants had no apparent role in the collection and

23  production of documents after Ms. Watanabe's October 31 letter.

24       3.      Defendants agreed to provide Plaintiffs' counsel with updated records three

25  weeks prior to each deposition of a named Plaintiff.   *See* Exhibit 5, which is a true and

26  correct copy of an email dated May 20, 2013, from Defendants' Counsel Ashlee Fletcher

27  to Plaintiffs' Counsel David Fathi.  Notwithstanding this agreement, at Plaintiff Poulson's

28  deposition, Defendants relied on unnumbered documents that had not been produced,

claiming that they had.  Defendants later acknowledged that the documents had not been produced in advance of the deposition.  Attached as Exhibit 6 is a true and correct copy of an August 26, 2013 email from Matthew du Mee to Kathleen Wieneke  addressing the failure to produce the documents in advance of the deposition.  Attached as Exhibit 7 is a true and correct copy of an email from Kathleen L. Wieneke to Matthew du Mee dated September 5, 2013, acknowledging that the documents had not been produced in advance of the deposition.  Plaintiffs have no alternative means of accessing such documents, other than for Defendants to produce them.

4.     On September 12, 2013, Defendants informed Plaintiffs for the first time that they would not be supplementing their responses to Victor Parsons' discovery.  *See* Exhibit 8  hereto which is a true and correct copy of an email from Lucy Rand to Amy Fettig, dated September 12, 2013.  The document requests at issue are attached as Exhibit 9 and include requests for the following:  (1) the ADC's policies and procedures for Health Care (Request Nos. 1-14); (2) meeting minutes and documents for meetings where health care is being discussed,  (Request No. 16); (3) documents regarding health care statistics maintained by the ADC (Request No. 18); (4) documents regarding staffing levels and the extent to which positions are filled (Request Nos. 20-21); (5) documents regarding training for health care staff (Request Nos. 25-26); (6) complaints from staff and prisoners regarding health care (Request Nos. 33-34, 37); (7) death records (Request No. 40); (8) hospitalization reviews (Request No. 41); (9) cost containment  and related budget documents (Request Nos. 44-47); (10) isolation-related documents (Request No. 49-57) and (11) documents related to the named Defendants (Request Nos. 58-59).  Soon after Defendants made this announcement, Plaintiffs initiated a meet-and-confer with Defendants.  Attached as Exhibit 10 is a true and correct copy of an email from Lucy Rand to Amy Fettig, dated September 12, 2013, confirming a meet and confer on September 13, 2013 that Plaintiffs had requested regarding discovery supplementation. Despite efforts to meet and confer, the parties were unsuccessful in resolving this dispute. After a final meet-and-confer on the morning of September 27 confirmed this failure, the

1   parties filed the joint dispute.

2       5.      Defendants recently have suggested that their burden objection allows them

3   to selectively produce documents.  *See, e.g.,* October 11, 2013 Lucy Rand email to Alison

4   Hardy, a true and correct copy of which is attached as Exhibit 11.   When Defendants

5   initially responded to Plaintiffs discovery, Defendants asserted a broad burden objection.

6   Plaintiffs conducted a meet-and-confer with Timothy Bojanowski, outside counsel for

7   Defendants who was then involved in document production issues.   Mr. Bojanowski

8   represented that Defendants were not then relying on the burden objection to withhold

9   documents.  Plaintiffs asked that if that were to change, Defendants identify the categories

10  of documents being withheld.   *See* Exhibit 12 which is a true and correct copy of a letter I

11  sent to Timothy Bojanowski on August 7, 2012 memorializing what had been discussed

12  during the course of the meet and confer.   Defendants never responded by identifying

13  particular categories of documents that they were actually withholding based on a burden

14  objection.

15      6.      There have been repeated problems with the document production that took

16  up significant time for Ms. Rand and those at the Attorney General's office assisting her

17  on the administrative logistics of the production, including repeatedly using the same

18  Bates numbers for different documents.  *See, e.g.*,  Exhibit 13, which is a true and correct

19  copy of an email from Lucy Rand to Plaintiffs' counsel dated September 5, 2013

20  (explaining that documents had to be renumbered because they repeated Bates numbers

21  previously used, but some of the renumbered documents again repeated previously used

22  Bates numbers).   Additionally, there have also been problems with the order in which

23  documents have been produced that have required Plaintiffs to spend substantial time

24  trying to put the pages in the correct order.   Plaintiffs also recently learned that

25  attachments to documents are not being produced with the documents is several instances,

26  so critical attachments are missing from the production.

27      7.      As the discovery deadline neared, it was clear that Defendants were not

28  going to complete their production of the documents called for in discovery.  Many of the

1    reports that Defendants routinely generate have not had updated versions produced,

2    Plaintiffs' expert materials, including the medical files the experts flagged and requested

3    to review had not been produced, documents identified by witnesses in deposition had not

4    been produced and many other categories of documents, as reflected in the Declaration of

5    Ajmel Quereshi had not been produced.

6         8.    Plaintiffs initiated a meet and confer with Defendants near the close of

7    discovery to address the outstanding document production issues.  As part of that meet

8    and confer, the parties were working together in good faith to facilitate the completion of

9    Defendants' production in response to Plaintiffs requests.  Both parties agreed during the

10   meet and confer that they were better off trying to resolve the outstanding disputes than to

11   present them all to the Court for resolution.  For Plaintiffs, this was due in part to

12   recognition of the fact that the Court has repeatedly expressed displeasure with the

13   number of discovery disputes it has been asked to resolve and threatened to sanction a

14   party for bringing an unnecessary discovery dispute to the Court.

15        9.    Plaintiffs filed a motion for a protective order as to the Rhonda Jensen

16   subpoena on September 19, 2013--the return date for that subpoena--because the Federal

17   Rules of Civil Procedure require that such motion be timely brought.  Doc. 649.  In the

18   motion, Plaintiffs noted that they were willing to engage in further meet and confer with

19   Defendants to resolve the outstanding issues, but faced a time deadline.  *Id.*  The Court

20   denied the motion as premature.  Doc. 651.

21        10.   After the Court issued its order denying the Joint Motion for Extension of

22   Time to Complete Discovery, Defendants reneged on producing documents they had

23   previously agreed to produce for inspection to Plaintiffs on October 9, 2013.  Attached as

24   Exhibit 14 is a true and correct copy of an email chain in which Ms. Rand initially

25   consents to the inspection of the boxes and then subsequently reneges in reliance on the

26   Court's order.  Additionally, although they had agreed to look for documents such as the

27   Corrective Action Plans that had been referenced in deposition but not previously

28   produced, Defendants no longer offered to locate and produce such documents and

1  severely limited the group of documents that they continued to agree to produce.

2  Attached as Exhibit 15 is a true and correct copy of an email from Sophie H. Calderon to

3  Lucy Rand dated October 9, 2013 memorializing the list of documents that Defendants

4  agree to produce.

5        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

6  is true and correct.

7        Executed this 15th day of October, 2013 in San Francisco, California

8

9                                     _s/ Caroline N. Mitchell_

10                                     Caroline N. Mitchell

11

12  **ADDITIONAL COUNSEL:**

                                   Donald Specter (Cal. 83925)*

13                                     Alison Hardy (Cal. 135966)*

                                   Sara Norman (Cal. 189536)*

14                                     Corene Kendrick (Cal. 226642)*

                                   Warren E. George (Cal. 53588)*

15                                     **PRISON LAW OFFICE**

                                   1917 Fifth Street

16                                     Berkeley, California 94710

                                   Telephone:  (510) 280-2621

17                                     Email:    dspecter@prisonlaw.com

                                             ahardy@prisonlaw.com

18                                              snorman@prisonlaw.com

                                            ckendrick@prisonlaw.com

19                                              wgeorge@prisonlaw.com

20                                     *Admitted _pro hac vice_

21

22

23

24

25

26

27

28

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
             afettig@npp-aclu.org
             aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
             agerlicher@perkinscoie.com
             keidenbach@perkinscoie.com
             jhgray@perkinscoie.com
             mdumee@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
             dkiernan@jonesday.com
             scalderon@jonesday.com

*Admitted *pro hac vice*

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
            tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
            jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:     kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on October 15, 2013, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Katherine E. Watanabe

7

Lucy M. Rand
Assistant Arizona Attorneys General

8

Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov

9

Lucy.Rand@azag.gov

10

Daniel P. Struck
Kathleen L. Wieneke

11

Timothy J. Bojanowski
Rachel Love

12

Nicholas D. Acedo
Courtney R. Cloman

13

Ashlee B. Fletcher
Anne M. Orcutt

14

STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com

15

kwieneke@swlfirm.com
tbojanowski@swlfirm.com

16

rlove@swlfirm.com
nacedo@swlfirm.com

17

ccloman@swlfirm.com
afletcher@swlfirm.com

18

aorcutt@swlfirm.com

19

*Attorneys for Defendants*

20

21

      s/Lillian Wong

22

23

24

25

26

27

28