UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL ITEMS ASSOCIATED WITH PLAINTIFFS' MOTION FOR RECONSIDERATION AS CONFIDENTIAL** |

The Court, having reviewed Plaintiffs' Motion to Seal Items Associated With Plaintiffs' Motion For Reconsideration, and good cause appearing,

IT IS SO ORDERED that Plaintiffs' Motion to Seal Items Associated With Plaintiffs' Motion for Reconsideration as Confidential is GRANTED.

IT IS FURTHER ORDERED that the Clerk's Office is directed to file the following documents lodged with Plaintiffs' Motion to Seal Items under seal: Plaintiffs' Motion for Reconsideration and Exhibit 1 thereto and the Declaration of Ajmel Quereshi in Support of Plaintiffs' Motion for Reconsideration.

SFI-840403v1