Exhibit 14

| From: | "Rand, Lucy" <Lucy.Rand@azag.gov> |
|---|---|
| To: | 'Sophie H Calderon' <scalderon@jonesday.com>, |
| Cc: | Parsons Team <ParsonsTeam@swlfirm.com>, "Gottfried, Michael" <Michael.Gottfried@azag.gov> |
| Date: | 10/02/2013 12:11 PM |
| Subject: | RE: Inspection of MH Docs - PARSONS v. RYAN |

Sophia,

We have been discussing this matter and are disturbed that these documents have been here sitting here awaiting your inspection for more than three months and now only after the court's recent discovery order have you decided that these documents need to be reviewed.

Since you have had ample opportunity to review these documents before the close of discovery, you are

not entitled to review them now after the close of discovery.

If you believe you are entitled to inspect them, please provide us your authority.

As such, please do not finalize any travel or any other arrangements for this inspection.

Lucy

Lucy M. Rand, AAG
Office of the Attorney General
(602) 542-7683 Direct

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683. Thank you.

**From:** Sophie H Calderon [mailto:scalderon@jonesday.com]
**Sent:** Wednesday, October 02, 2013 11:56 AM
**To:** Rand, Lucy
**Cc:** Parsons Team; Gottfried, Michael
**Subject:** Re: Inspection of MH Docs - PARSONS v. RYAN

Thank you, Lucy.

I confirmed that we did receive the two videos pertaining to Christina Verduzco (ADC082313 and ADC082314), so there is no need to produce those again. We still are planning on having four people come, but I will let you know if that number changes at all.

Sincerely,
Sophie



**Sophie Calderón** • Associate

555 California Street, 26th Floor • San Francisco, CA 94104
DIRECT 415.875.5874 • FAX 415.875.5700 • scalderon@JONESDAY.COM

From: "Rand, Lucy" <Lucy.Rand@azag.gov>
To: "Calderon, Sophia (scalderon@jonesday.com)" <scalderon@jonesday.com>,
Cc: "SW&L Parsons Team (ParsonsTeam@swlfirm.com)" <ParsonsTeam@swlfirm.com>, "Gottfried, Michael" <Michael.Gottfried@azag.gov>
Date: 10/01/2013 09:21 PM
Subject Inspection of MH Docs - PARSONS v. RYAN
:

Sophia,

This e-mail confirms our discussion regarding inspection of mental health documents and videos on Wednesday, October 9, 2013, at the Office of the Attorney General. Four people are scheduled to arrive at 9:30 a.m. and may view documents until 5:50 p.m. No security clearance is necessary--merely a quick walk through the metal detector at the entrance of the building. You may bring office equipment with you.

Attached is a list of the known documents in the 19 boxes, which contain completed mental health dispositions and observation documents. It appears that three boxes could be catalogued by inmate.

Also, we will have the videos of Daniel Porter and Anthony Lester available for your viewing.

Attached hereto are maps showing how to get to the AGO, free and metered parking areas, and directions for how to get into the building.

If you need to reach me on the day of the inspection, ███████████████████████████████ and my office number is (602) 542-7683.

Sincerely,
Lucy

Lucy M. Rand,
Assistant Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
Department of Corrections Unit
Liability Management Section
1275 West Washington Street
Phoenix, AZ 85007-2926
**(602) 542-7683 Direct**
(602) 542-7635 Secretary
(602) 542-7670 FAX
Lucy.Rand@azag.gov

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683. Thank you.[attachment "2013-10-01 Index of Discovery Boxes from ADC.pdf" deleted by Sophie H Calderon/JonesDay] [attachment "0 - Directions & Map - AGO.pdf" deleted by Sophie H Calderon/JonesDay]

==========