IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles L. Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV-12-00601-PHX-NVW <br><br>**ORDER** |

The Court having reviewed Plaintiffs' Motion to Seal Exhibit 14 to the Declaration of Caroline Mitchell in Support of Plaintiffs' Motion for Reconsideration as Confidential (Doc. 694), and good cause appearing,

IT IS ORDERED granting Plaintiffs' Motion to Seal Exhibit 14 to the Declaration of Caroline Mitchell in Support of Plaintiffs' Motion for Reconsideration as Confidential (Doc. 694)

IT IS FURTHER ORDERED directing the Clerk's Office to seal Plaintiffs' Exhibit 14 attached to the Declaration of Caroline N. Mitchell in Support of Plaintiffs' Motion for Reconsideration.

1  IT IS FURTHER ORDERED directing Plaintiff to file redacted versions of Exhibits 10-15. Exhibit 14 cannot be replaced, as Exhibits 10-15 were filed as a single attachment.

Dated this 17th day of October, 2013.

_____
Neil V. Wake
United States District Judge