Thomas C. Horne, Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Katherine E. Watanabe, Bar No. 027458
*Assistant Attorneys General*
State of Arizona Attorney General's Office
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-1610
Fax:            (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov
Katherine.Watanabe@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director; *et al.*,<br><br>Defendants. | NO. CV12-0601-PHX-NVW (MEA)<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO SEAL EXHIBIT 14 TO THE DECLARATION OF CAROLINE N. MITCHELL IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION AS CONFIDENTIAL (Doc. #694)**<br><br>**(Expedited Ruling Requested)** |

#3577705

Defendants Richard Pratt and Charles Ryan, pursuant to Fed. R. Civ. P. 7.1(b) and through counsel, respond to Plaintiffs' Motion to Seal (Doc. #694) as follows:

Plaintiffs filed the "personal information" of a "prosecutor"—i.e., an Assistant Attorney General—in violation of federal and state laws, as well as electronic filing rules. A.R.S. § 13-2401(A), (D)6; see also A.R.S. §§ 11-483, 11-484, 16-153, 28-484; Fed. R. Civ. P. 5.2. Defendants filed the personal information (personal telephone number) of Assistant Attorney General Lucy Rand in Exhibit 14 to Plaintiffs' Declaration of Caroline N. Mitchell in Support of Plaintiffs' Motion for Reconsideration (Doc. #691) and this document is accessible to the public via the world wide web. Plaintiffs' filing of Assistant Attorney General Rand's personal information is in violation of Arizona State law. Further, Plaintiffs' public disclosure of the "personal information" of Assistant Attorney General Rand's could threaten her safety and, thus, constitutes good cause for sealing Exhibit #14. Fed. R. Civ. P. 5.2(d)-(e). Assistant Attorney General Rand represents the Arizona Department of Corrections ("ADC") in lawsuits brought by inmates incarcerated under the care and custody of the ADC, such as the instant lawsuit. Inmates who Assistant Attorney General Rand has opposed include inmates convicted of such violent offenses as homicide, armed robbery, kidnapping, and gang-related crimes. Consequently, Plaintiffs' filing/public disclosure of Assistant Attorney General Rand's personal information could threaten her safety and/or the safety of others residing with her and constitutes good cause for sealing Exhibit #14.

Defendants request that the Court seal Plaintiffs' Exhibit #14 to docket #691 and grant Plaintiffs leave to file a redacted version of the document filed as Exhibit #14 that excludes Assistant Attorney General Rand's personal information. Further, Defendants respectfully request an expedited ruling as to Plaintiffs' motion (Doc. #694).

. . .

. . .

. . .

#3577705

2

Respectfully submitted this 17th day of October, 2013

          Thomas C. Horne
          ATTORNEY GENERAL

          s/ *Lucy M. Rand*
          Lucy M. Rand
          Michael E. Gottfried
          Katherine E. Watanabe
          *Assistant Attorneys General*

          Daniel P. Struck
          Kathleen L. Wieneke
          Rachel Love
          Timothy J. Bojanowski
          Nicholas D. Acedo
          Courtney R. Cloman
          Ashlee B. Fletcher
          Anne M. Orcutt
          STRUCK WIENEKE & LOVE, P.L.C

          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on October 17, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System. This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

Donald Specter:         dspecter@prisonlaw.com
Alison Hardy:          ahardy@prisonlaw.com
Sara Norman:          snorman@prisonlaw.com
Corene Thaedra Kendrick:   ckendrick@prisonlaw.com
Warren E. George, Jr.:     wgeorge@prisonlaw.com
**PRISON LAW OFFICE**

Daniel Joseph Pochoda:    dpochoda@acluaz.org
Kelly Joyce Flood:        kflood@acluaz.org
James Duff Lyall:        jlyall@acluaz.org
**ACLU**

| | |
|---|---|
| David Cyrus Fathi: | dfathi@npp-aclu.org |
| Amy Fettig: | afettig@npp-aclu.org |
| Ajmel Quereshi: | aquereshi@npp-aclu.org |

**ACLU NATIONAL PRISON PROJECT**

| | |
|---|---|
| Daniel Clayton Barr: | dbarr@perkinscoie.com |
| Jill Louise Ripke: | jripke@perkinscoie.com |
| James Anthony Ahlers: | jahlers@perkinscoie.com |
| Kirstin Tekakawitha Eidenbach: | keidenbach@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com |
| Matthew Benjamin de Mée: | mdumee@perkinscoie.com |
| Amelia Morrow Gerlicher: | agerlicher@perkinscoie.com |

**PERKINS COIE, LLP**

| | |
|---|---|
| Caroline N. Mitchell: | cnmitchell@jonesday.com |
| David C. Kiernan: | dkiernan@jonesday.com |
| Sophia Helena Calderón: | scalderon@jonesday.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com |
| Taylor Lee Freeman: | tfreeman@jonesday.com |
| Kamilla Mamedova: | kmamedova@jonesday.com |
| Jennifer K Messina: | jkmessina@jonesday.com |
| Kevin C. Brantley: | kcbrantley@jonesday.com |

**JONES DAY**

| | |
|---|---|
| Jennifer Ann Alewelt: | jalewelt@azdisabilitylaw.org |
| Asim Varma: | avarma@azdisabilitylaw.org |
| Sarah Eve Kader: | skader@azdisabilitylaw.org |
| Cathleen Marie Dooley: | cdooley@azdisabilitylaw.org |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |

**ACDL**

*s/ Lucy M. Rand*
Lucy M. Rand