Exhibit 10

**From:** Rand, Lucy [mailto:Lucy.Rand@azag.gov]
**Sent:** Thursday, September 12, 2013 3:21 PM
**To:** Fettig, Amy
**Cc:** Acedo, Nicholas (nacedo@swlfirm.com); Bojanowski, Timothy (tbojanowski@swlfirm.com); Cloman, Courtney (ccloman@swlfirm.com); Fletcher, Ashlee (afletcher@swlfirm.com); Love, Rachel (rlove@swlfirm.com); Orcutt, Anne (aorcutt@swlfirm.com); Struck, Dan Patrick (dstruck@swlfirm.com); Wieneke, Kathleen (kwieneke@swlfirm.com)
**Subject:** RE: Letter re: Discovery - PARSONS v. RYAN

Let's set the meet and confer for 10:00 am (PST—which I believe is Arizona and California time) tomorrow, Friday, September 13, 2013.

Call-in information will be forwarded later today from Struck Wieneke.

I understand you can provide backup for these requests; however, I am unsure of which discovery requests correlate to the below-listed requests and would like to review them prior to our meet and confer tomorrow. Would you please provide a correlation list so that I am able to talk about the requested subjects tomorrow?

Thank you.

Lucy

Lucy M. Rand, AAG
Office of the Attorney General
(602) 542-7683 Direct

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683. Thank you.

**From:** Fettig, Amy [mailto:afettig@npp-aclu.org]
**Sent:** Thursday, September 12, 2013 12:15 PM
**To:** Rand, Lucy
**Cc:** ParsonsTeam@swlfirm.com; Parsonsdiscovery@prisonlaw.com; Corene Kendrick; cnmitchell@JonesDay.com
**Subject:** RE: Letter re: Discovery - PARSONS v. RYAN

Hi Lucy – We certainly can provide any necessary back-up for these requests. What times do you suggest for tomorrow's call?


**Amy Fettig**
**Senior Staff Counsel**
**ACLU National Prison Project**
915 15th Street., NW 7th Floor
Washington, DC 20005
202-548-6608
afettig@npp-aclu.org

**From:** Rand, Lucy [mailto:Lucy.Rand@azag.gov]
**Sent:** Thursday, September 12, 2013 2:58 PM
**To:** Fettig, Amy
**Cc:** SW&L Parsons Team (ParsonsTeam@swlfirm.com)
**Subject:** RE: Letter re: Discovery - PARSONS v. RYAN

Amy,

Would you please identify the discovery request, as well as the particular request number within the request, to which each of the below requests correspond?

Thank you.

Lucy

Lucy M. Rand, AAG
Office of the Attorney General
(602) 542-7683 Direct

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683. Thank you.

**From:** Fettig, Amy [mailto:afettig@npp-aclu.org]
**Sent:** Thursday, September 12, 2013 11:04 AM
**To:** Rand, Lucy
**Cc:** Gottfried, Michael; ParsonsTeam@swlfirm.com; Corene Kendrick; cnmitchell@JonesDay.com; Fathi, David; Parsonsdiscovery@prisonlaw.com
**Subject:** RE: Letter re: Discovery - PARSONS v. RYAN

Dear Lucy:

Thank you for your response to my discovery supplementation letter of last week, dated September 5, 2013. We do think a meet and confer would be helpful in this matter and we are generally available on Friday after 10 am PST, please suggest times when you are free.  During the call we would also like to discuss problems we've identified with discovery production during several recent depositions.  In particular, in the deposition s of Dr. David Robertson, Dr. Nicole Taylor, Art Gross, Kathy Campbell, and Marlene Bedoya, all of these witnesses mentioned documents that have never been produced to us, despite the fact that they clearly fall within the ambit of our requests.  Below is an initial list of some of the documents that arose in connection with each witness' testimony.  These lists are not all-inclusive, as we do not have the benefit of the deposition transcript for any hearing other than Dr. Robertson's to identify documents described in the depositions.  In particular, the issue of Corrective Action Plans (CAPs) attached to the MGARs as well as statewide CAPs keeps arising in deposition after deposition.  It is unclear why these haven't been produced, how they are stored electronically, whether they would be attached to the MGAR or not when MGARs are printed.  During the depositions we have received conflicting information from witnesses and Counsel for Defendants as to all of these questions.

There appears to be ample confusion regarding the CAPs and there may be confusion regarding some of the other documents ADC's witnesses have cited in their deposition.  However, these omissions of production are quite serious.  In the interests of avoiding further confusion, we think it would be easiest to discuss the production of documents identified below with you over the phone on Friday during our meet and confer, with the understanding that others may be identified in upcoming depositions as well.

Thank you for your attention to this matter.

Amy

**Documents identified during the deposition of David Robertson:**
- Written reports and documents created by Dr. Robertson after he reviews and investigates specific prisoners' medical cases. *See* transcript at 81:16-82:3.

**Documents identified during the deposition of Kathy Campbell:**
- training materials used in the orientation/training for MGARs in June 2012

**Documents identified during the deposition of Nicole Taylor:**

· Strategic Plan Initiative (drafts and final – note that all of our requests for production include "drafts" within the definition of DOCUMENTS we request)
· Mental Health Technical manual (drafts and final update)
· Psych autopsies completed whenever there is an inmate suicide
· Dr. Taylor's emails to facilities with MGAR findings
· Full list of mgar indicators (both active and inactive)
· Corrective Action Plans (CAPS)
· Email from DW G. Fizer of Central to Dr. Taylor early last week re: programming resources
· Agendas for weekly meetings with Corizon
· Psych associate databases (ex: Newman in Kasson)
· MGAR findings (Oct, Nov, April, May, June, July)
·

**Documents identified during the deposition of Art Gross:**
· CAPS for each institution
· Statewide CAPS developed by Wexford and Corizon (drafts and final versions)
· Two-page summaries produced for each facility of each monthly MGAR report
· Quarterly MGAR reports (on Tuesday night you produced the quarterly reports for April/May/June 2013, but we do not have any quarterly reports created for Wexford or Corizon prior to this time period)
· Worksheets used by monitors when auditing prisons.  See ADC088752-755 as an example of worksheets that were attached to the March 2013 review of Florence, also see ADC088737-741 as an example from the March 2013 Eyman review

**Documents identified during the deposition of Marlena Bedoya:**
· Spreadsheets created by M. Bedoya in April 2013 that track trends across the Tucson complex and were attached to her April 5, 2013 memo (Ex. 227, ADC088785)
· CAPs for each institution
· Peer review documents/memos/reports
· February compliance documents (MGAR and compliance report)
· Corizon weekly staffing reports
· Training materials regarding MGARs


Amy Fettig
Senior Staff Counsel
ACLU National Prison Project
915 15th Street., NW 7th Floor
Washington, DC 20005
202-548-6608
afettig@npp-aclu.org

---

**From:** Rand, Lucy [mailto:Lucy.Rand@azag.gov]
**Sent:** Wednesday, September 11, 2013 9:04 PM
**To:** Fettig, Amy
**Cc:** Gottfried, Michael; SW&L Parsons Team (ParsonsTeam@swlfirm.com)
**Subject:** Letter re: Discovery - PARSONS v. RYAN

Amy,

See attached letter.

Sincerely,
Lucy

Lucy M. Rand,
Assistant Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
Department of Corrections Unit
Liability Management Section
1275 West Washington Street
Phoenix, AZ 85007-2926
**(602) 542-7683 Direct**
(602) 542-7635 Secretary
(602) 542-7670 FAX
Lucy.Rand@azag.gov

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683. Thank you.

Exhibit 11



Subject:
RE: Document production
From:
Rand, Lucy
10/11/2013 09:30 PM
To:
'Alison Hardy'
Cc:
Sophie H Calderon, Corene Kendrick, "cnmitchell@jonesday.com", Donald Specter,
"Quereshi, Ajmel", "dfathi@npp-aclu.org"
Hide Details
From: "Rand, Lucy" <Lucy.Rand@azag.gov> Sort List...
To: 'Alison Hardy' <ahardy@prisonlaw.com>,
Cc: Sophie H Calderon <scalderon@jonesday.com>, Corene Kendrick
<ckendrick@prisonlaw.com>, "cnmitchell@jonesday.com" <cnmitchell@jonesday.com>,
Donald Specter <dspecter@prisonlaw.com>, "Quereshi, Ajmel" <AQuereshi@npp-
aclu.org>, "dfathi@npp-aclu.org" <dfathi@npp-aclu.org>

Alison,

As I noted in my previous e-mail, production is subject to Defendants' objections.  Therefore, we are attempting
to produce documents, but may not produce them as requested in your RFPs based on Defendants' objections,
e.g., unduly burdensome, overly broad, etc.  I also said I would send the documents out today or tomorrow (it
will now be tomorrow) and anything I send will be sent together.  I also agreed to send Corene Kendrick a copy
of the documents, even though she is not one of the parties on the agreed-upon list of which to send discovery
documents.

Also, see my notes below (in red and brackets).

Lucy

Lucy M. Rand, AAG
Office of the Attorney General
(602) 542-7683 Direct

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals
and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination,
distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately
notify the sender by return e-mail or call (602) 542-7683. Thank you.

**From:** Alison Hardy [mailto:ahardy@prisonlaw.com]
**Sent:** Friday, October 11, 2013 4:18 PM
**To:** Rand, Lucy
**Cc:** Sophie H Calderon; Corene Kendrick; cnmitchell@jonesday.com; Donald Specter; Quereshi, Ajmel;
dfathi@npp-aclu.org
**Subject:** Document production

Hi Lucy,
Thanks for working through the expert-related discovery issues with us this afternoon.  I have attached the
annotated list of Eyman documents that you and I discussed, showing which documents were for Stewart and
which were for Cohen.

Below, I have recapped my understanding of where we are currently.  Please let me know as soon as possible if you have a different understanding.

1.   **Photos for all expert tours**:  you have them and will send them out today or tomorrow on disc. Your client is very concerned about the use of these photos in open court, and asks that we redact identifying information when using them in public forums.  [We have decided to redact the door and cell numbers because so far I have gone through Eyman's pics and there appear to be few redactions; however, if it becomes overly burdensome we may reevaluate this.]

2.   **MGARs for September**:  you don't have them yet.  You will call your clients to re-request them, and will forward them as soon as you receive them.

3.   **Tagged records from Cohen's Lewis tour**:  you don't have them, and will call your clients to try to track them down

4.   **Tagged records from Stewart's Lewis tour**:  you have 26 records, and will send them out today.  [I agreed to send the documents I have (26 files), which will not go out today.]

5.   **Tagged records from Stewart's Tucson tour**:  you don't have them, and will call your clients to try to track them down

6.   **Tagged records from Williams's Florence, Eyman and Perryville tours**:  you do not have them, but you have seen the Perryville documents. You will get the Perryville docs, and ask your clients about the Florence and Eyman records.  [I have not seen the Perryville documents, but was advised that they were located and were being forwarded to me.]

7.   **143 Medical Records (Licci RFP # 4, Exh. A.II)**: you have 25 of these, and will send them in the next day or two.  You do not have the rest of the files yet.  You have requested them.  [I agreed to send the 25 medical records we currently have, which will not go out today.  We only have 19 files.]

8.   **31 Requested Dental Records**:  you have 20 files now, and will send them today.  [I agreed to send the dental records we currently have with the rest of the documents, which will not go out today.  We only have 15.]

9.   **90 Master Files:**  you have already sent us 14; you currently have 11 files that are ready to send to us and will be sent very shortly; you believe you need to redact documents in the remaining 65 files, which you currently have.  We discussed that plaintiffs do not believe you need to redact because we have a protective order, and we want you to forward the files now. You were going to talk to your clients about his.

10.  **Licci RFP # 43 (contents of binder marked ADC Diet Reference Manual)**:  you don't have it, will ask your clients about it.

11.  **Licci RFP # 44 (educational handout)**: you don't have it, will ask your clients about it.

12.  **Licci RFP # 45 (binder w/ log entries re HNR)**:you don't have it, will ask your clients about it.  [I believe the document produced as ADC139513 is the requested log from the binder.]

13.  **Licci RFP # 46 (diet log)**: you believe that document was produced already, ADOC 139514-5

14. **Licci RFP # 47 (NETS manual):** you produced a copy, but it was not from Cheyenne unit at Yuma. I will figure out whether the manual we got is the same one Dr. Wilcox requested. [We produced a copy of the NETS manual, but it was not the actual copy seen by your expert.]

15. **Monthly statistics:** you have them, are reviewing them (including, not limited to, reports on staffing in Excel spreadsheet form, HRN appointments, wait-times, new hires, medical transport, etc.) and you will be sending them to us by 10/17. [I agreed to send them out by 10/17.]

Thanks for your help. I understand you will be working on this through the weekend. Please feel free to call my cell at 510.292.0549 if you have any questions/concerns over the weekend.

Best,
Alison

Alison Hardy
Staff Attorney
**Prison Law Office**
1917 Fifth Street
Berkeley, CA 94710
510.280.2638
ahardy@prisonlaw.com

Exhibit 12

# JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR · SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: +1.415.626.3939 · FACSIMILE: +1.415.875.5700

Direct Number: (415) 875-5712
cnmitchell@JonesDay.com

JP005615                          August 7, 2012

VIA EMAIL & U.S. MAIL

Mr. Timothy J. Bojanowski
Struck Wieneke & Love
3100 W. Ray Road, Ste. 300
Chandler, AZ 85226

> Re:   *Parsons, et al. v. Ryan, et al.*

Dear Tim:

This letter memorializes our meet-and-confer on July 31 regarding Defendants' responses to Plaintiffs' discovery.  As we discussed, this letter also proposes a timetable for Defendants' production of documents and information responsive to the discovery, keeping in the Court's November 2, 2012 deadline for filing for class certification.  Additionally, we agreed that to the extent that you are refusing to produce any category of documents, you would write a letter so stating and identifying what requests or interrogatories are at issue.  Please send us that letter this week so we can ascertain whether there is disagreement that requires further meet-and-confer or escalation to the Court.

## A.      July 31, 2012 Meet and Confer Regarding Discovery

This letter and meet-and-confer only focused upon the discovery requests of the named Prisoner Plaintiffs, and not plaintiff Arizona Center for Disability Law.

### 1.      Answers to All Interrogatories

> ➤ General Objections:  You agreed to serve a supplemental response without general objections are to assert these objections in the specific Interrogatories to which they apply.

> ➤ First General Objection:  You stated that your position that some of the sub-parts in the interrogatories exceeded the 25 per party requirement.  You agreed to identify any requests you would refuse to respond to.  We expect to escalate this issue to the Court, so please do this by the end of the week, so we can move this issue forward.

ALKHOBAR · ATLANTA · BEIJING · BOSTON · BRUSSELS · CHICAGO · CLEVELAND · COLUMBUS · DALLAS · DUBAI
DÜSSELDORF · FRANKFURT · HONG KONG · HOUSTON · IRVINE · JEDDAH · LONDON · LOS ANGELES · MADRID
MEXICO CITY · MILAN · MOSCOW · MUNICH · NEW YORK · PARIS · PITTSBURGH · RIYADH · SAN DIEGO
SAN FRANCISCO · SÃO PAULO · SHANGHAI · SILICON VALLEY · SINGAPORE · SYDNEY · TAIPEI · TOKYO · WASHINGTON

JONES DAY

Mr. Timothy J. Bojanowski
August 7, 2012
Page 2

> <u>Third General Objection</u>:  I clarified that unless other specified, the relevant period of time for which responsive information is requested in January 1, 2011 through the time of the period.  You agreed to this, and noted that to the extent some medical records go earlier than January 2011, you will still produce them in toto, which is what we are requesting.

> <u>Fourth General Objection</u>:  You stated that you would specify which portions of the Interrogatories you claim call for a legal conclusion, and what you mean by information that is beyond "the scope of the Defendant," and provide a definition of that scope.

> <u>Seventh General Objection</u>:  You clarified that you are not refusing to provide information after July 1, 2012.  Rather, you stated that you and your clients will have to work with Wexford to produce responsive information.

> <u>Deadlines for Providing Supplemental Information</u>:  You stated that you will provide information and documents as they are processed.  I told you that we need firmness for the dates, and supplementation cannot be open-ended in light of the Court's briefing schedule.  (See Part B below for Plaintiffs' proposed timeframe for the production of discovery).

> Additionally, we note that none of your interrogatories were verified.  Please send verification for each of your interrogatory responses by August 10.

2.    **Defendants' Responses to Swartz Interrogatories**

> <u>No. 1</u>: You stated that you would provide us with additional responsive information beyond D.O. 1103.  You also agreed to confirm whether there have been any changes to the l policies and procedures since Wexford took over.  I also made clear that we are interested not just in the written policies, but also the policies as practiced.

> The Request For Proposal ADOC 12-1105 for the privatization of health care services states in numerous places that the contractor must abide by ADC policies and procedures, see, e.g., part 2.6.6, ("The Contractor shall provide correctional health care treatment in accordance with all federal and state laws, rules and regulations, Department Orders, instructions, procedures, and Departmental Technical Manuals applicable to the delivery of correctional health care services.… All such laws, rules and regulations, current and/or as revised, are incorporated herein by reference and made a part of this Request for Proposal and

JONES DAY

Mr. Timothy J. Bojanowski
August 7, 2012
Page 3

any resulting Contract.")  In light of this statement, unless you tell us otherwise, we will operate under the presumption that all ADC health care policies are still in place.

➤ No. 2: You stated you are still investigating but will provide us with responsive information to this interrogatory.

➤ Nos. 4-6 (Affirmative Defenses 10-11, 18): You stated that these defenses may be invoked as to certain named plaintiffs after a review of their medical records. Our position is that you must identify specific incidents as to specific plaintiffs, pursuant to Federal Rule of Civil Procedure 33(d).  Please do so by August 17.

➤ No. 7 (Aff. Def. 18): You stated that you would supplement the answer with more information regarding what standard of care Defendants owe to prisoners in their custody.

➤ No. 8 (Aff. Defs. 42, 43): You stated that you would supplement this response if you find additional cases to cite in support of this affirmative defense.

3.   **Defendants' Responses to Jensen Interrogatories**

➤ Objection to the definition of "identify" as to prisoners:  You stated that you must comply with confidentiality requirements of state law.  Mr. Gottfried stated that as a practical matter, ADC does not keep this information.  However, Counsel for ADC stated that indeed some parolees are supervised by ADC.

Our position is that to the extent Defendants have information that is responsive, you need to provide it, and note with specificity which details you cannot provide pursuant to state law, as well as the relevant state law upon which you rely for not providing the information.

➤ Nos. 1-11 (supplementing responses): You said you expected to have additional information in the new two weeks, and stated that you would write us a letter detailing what information you are not going to produce, and the specific objection that goes with each request from which you are withholding responsive information.

4.   **Defendants' Responses to Parsons Interrogatories**

➤ Objection to the definition of "identify":  See above under # 3.

JONES DAY

Mr. Timothy J. Bojanowski
August 7, 2012
Page 4

> Nos. 1-6, 7-11, 12-14 (supplementing responses):  See above under # 3.

5.   **Defendants' Responses to Parsons RFPs**

> General Objections:  See above under # 1.

> General Objection 1: You stated that you would provide a privilege log for the specific documents which you are withholding on the basis of these claims, but that you do not anticipate much of the information being privileged.

> General Objection 2:  You stated you would specify, what if any information is not being produced on the basis it is immaterial or irrelevant.

> General Objection 3, 5: You stated that once a protective order is in place, you would provide any documents being withheld subject to the objection that it is confidential, "financial trade," information, or "proprietary," if there are any such documents.  Even if there are, they should be produced pursuant to a protective order, not withheld.

> General Objection 4: You stated that you are not currently withholding any documents based on the objection that the requests are overbroad, unduly vague, ambiguous, burdensome, oppressive, irrelevant, not material, and seek information unrelated to claims in Plaintiffs' complaint.  If that changes as you continue to review documents, please let us know what categories of documents are affected so we can assess whether further action is required..

> General Objection 6:  You stated that information stored electronically will be produced electronically, but that you will not code any information.  You stated that you believe paper documents will also be produced electronically. For any documents produced electronically, to the extent metadata exists, you are required to produce it.  We understand your position to be that you will not create metadata just for us, not that you are refusing to produce existing metadata.  If we have misunderstood in any way, please let us know immediately.

> All requests: See above under # 3 regarding supplementing responses.

> Request No. 32 (all complaints regarding health care directives):  I clarified that "complaints" meant all complaints received, not just lawsuits.

SFI-740452v1

JONES DAY

Mr. Timothy J. Bojanowski
August 7, 2012
Page 5

> Request No. 33 (all health care complaints for which ADC paid money to a prisoner or prisoner's estate):  You stated that you did not know if a printout or any other compilation exists listing all lawsuits against ADC.  I reiterated our position that referring us to "public records" is not a proper response, and you need to provide us with responsive information if it is in the possession, custody or control of the ADC.

> RFP Responses Raising Security Concerns:  You stated that state law regarding confidential informants or information that could lead to injury cannot be revealed.  I request that you specify how this concern impacts particular requests.  Furthermore, to the extent that there is such a concern, a protective order should address it and allow for production.

> Request No. 44 (budget documents):  You stated that you would provide us with all documents that are in the possession of ADC and are responsive to the request.

> Request Nos. 49-50:  I clarified that we were requesting not just grievances, but also anything done by ADC to analyze the grievances and complaints about conditions and health care in isolation.

> Request No. 57: You stated you were not sure why the response invoked privilege, and that it should most likely be removed.  Please let us know if there is any privilege you intend to assert.

## B.    Plaintiffs' Proposal for Discovery Production Through Class Certification

Given the upcoming deadline for class certification, we need either to reach agreement on a schedule for the production of Defendants' documents or we need to seek the Court's assistance in providing deadlines.  Below is our proposal, we would like to schedule a call for Wednesday or Thursday to determine if we can reach agreement, we will call you to schedule it..

### 1.    Prioritizing and Narrowing the Discovery Requests.

To facilitate production of the information needed for class certification, we are identifying below our top priority requests.

> Parsons RFPDs: 2, 4, 6, 7, 9, 10, 16, 21, 24, 33, 35, 37, 39, 40, 48, 49, 51, 53, 54 (can narrow to exclude unit logs and other documents showing exercise actually

JONES DAY

Mr. Timothy J. Bojanowski
August 7, 2012
Page 6

provided), 55, 57 (can narrow to exclude unit logs and other documents showing food actually provided), 62.

➢ Parsons Interrogatories:  8, 10, 15

➢ Jensen Interrogatories: 1, 5, 7

We propose that you complete production of the documents and information called for by this discovery on the following schedule:

➢ **No Later Than (NLT) August 27, 2012**

**Request No. 40**: All documents regarding death records.

➢ **NLT September 4, 2012**

**Parsons RFPD:**
**Request No. 16**: All minutes from meetings attended by ADC health care staff, and any other meetings at which the health care of prisoners, health care policies and procedures, health care staffing, or any issue related to health care was discussed.
**Request No. 21**:  Documents sufficient to show ADC's health care staffing plan at each facility, including but not limited to…[see original request]
**Request No. 53**:  Documents sufficient to show the duration of confinement in isolation, including but not limited to the mean, median, and maximum length of confinement in isolation for ADC prisoners.
**Request No. 55**:  All documents regarding exhausted grievances regarding health care or isolation from Jan. 1, 2010 through the response date.
**Request No. 62**:  All documents regarding health care shortages.

**Parsons Interrogatories:**
**No. 8**: Describe all circumstances under which a health care clinician's or mid-level practitioner's prescription or treatment plan can be cancelled, overridden, or otherwise not carried out in the time period after Wexford Health Sources Incorporated's obligations under its contract regarding ADC began.
**No. 15**:  Identify all prisoners who died while in the custody of the ADC between January 1, 2007 and the response date, and specify the facility and county in which the prisoner died.

SFI-740452v1

JONES DAY

Mr. Timothy J. Bojanowski
August 7, 2012
Page 7

**Jensen Interrogatories:**
**No. 5**: Describe each referral for health care in which the prisoner did not receive the referred care within sixty days of the referral.

> **NLT September 14, 2012**

**Parsons RFPD:**
**Request No. 7**:  All policies and procedures regarding the extraction of a prisoner's tooth or teeth, including but not limited to alternative treatments presented to the prisoner and the consequences of a prisoner's selection of alternative treatment.

**Request No. 24**: All documents regarding complaints, from 2009 through the response date, regarding health care staffing or the staffing schedule at each facility, including but not limited to communications from ADC personnel that refer to or comment on any aspect of health care staffing.

**Request No. 49**:  All documents regarding criticisms; critiques; or identification of possible, perceived, or actual deficiencies in conditions of confinement for ADC prisoners in isolation from Jan. 1, 2009 to the response date.

**Request No. 51**: All documents regarding internal investigations or external investigations regarding conditions of confinement for prisoners in isolation from Jan. 1, 2009 to the present.

**Request No. 54**:  All documents regarding the provision of outdoor exercise to prisoners in isolation (can be narrowed to exclude unit logs and other documents showing exercise actually provided, see above Part B.1).

**Request No. 57**:  All documents regarding the provision of food to prisoners in isolation (can be narrowed to exclude unit logs and other documents showing food actually provided, see above Part B.1).

**Parsons Interrogatories:**
**No. 10**: Describe under what circumstances a prescription or treatment plan issued by any locum tenens contractor, specialty contractor, or other external provider of health care can be cancelled, overridden, or otherwise not carried out in the time period after Wexford Health Sources Incorporated's obligations under its contract regarding ADC began.

JONES DAY

Mr. Timothy J. Bojanowski
August 7, 2012
Page 8

**Jensen Interrogatories:**
**No. 1**:  Identify each prisoner sent or referred to an emergency room or urgent care facility for emergency health care services between Jan. 1, 2011 and the response date, including the name of the facility where the prisoner was sent, the date the prisoner was sent to the emergency room or urgent care facility, and the primary reason the prisoner was sent to the emergency room or urgent care facility.

➢ **NLT October 1, 2012**

**Parsons RFPD:**
**Request No. 2:** All ADC policies and procedures in draft form or that have not been approved or implemented regarding health care from Jan. 1, 2011 through the response date.
**Request No. 4**: All policies and procedures regarding the provision of medications to ADC prisoners, including both formulary and non-formulary medications.
**Request No. 6**: All policies and procedures regarding quality assurance of health care, including but not limited to required reports, meetings, in-service trainings, audits, evaluations, or peer review systems.
**Request No. 9**: All policies and procedures regarding confinement of prisoners in isolation, including but not limited to placement in, retention in, or removal from isolation, conditions of confinement, diet, and outdoor exercise while in isolation.
**Request No. 10**: All policies and procedures regarding HNR policies and procedures, other than documents specific to specific prisoners, including but not limited to documents regarding actual timeframes for processing and the necessary qualifications of personnel, including health care staff, responsible for processing HNRs from prisoners.
**Request No. 33**: Documents sufficient to show the name of the prisoner and counsel, if any, regarding every health care complaint for which the ADC, on behalf of itself or an employee, paid money to a prisoner or a prisoner's estate or heirs to resolve.  Where the complaint was filed in a court, include documents sufficient to show the court in which it was filed and the case number.
**Request No. 37**:  All documents regarding criticisms; critiques; or identification of possible, perceived, or actual deficiencies in health care made by current or former health care staff and other ADC staff, current or former locum tenens contractors, or current or former specialty contractors made from Jan. 1, 2009 to the response date.

JONES DAY

Mr. Timothy J. Bojanowski
August 7, 2012
Page 9

**Request No. 39**: All documents regarding the denial or delay of transportation for referred prisoners to and from appointments with the health care providers to which they were referred.

**Request No. 48**: All documents regarding requests for funding made by the ADC to the Governor or legislature of Arizona from Jan. 1, 2007 to the response date.

**Jensen Interrogatories:**

**No. 7**:  Identify all health care staff, correctional staff, locum tenens contractors, and specialty contractors who have been investigated or subject to discipline by ADC or by their respective state licensing board, between January 1, 2011 and the response date, for any behavior regarding the provision, or lack thereof, of health care to prisoners, or regarding the conditions of confinement of prisoners in isolation.

Please let us know if you have any questions about our proposal.  Otherwise, we will plan to review with you later this week in the meet-and-confer.

Sincerely yours,

Caroline N. Mitchell

Exhibit 13



Subject:
List of Corrected Bates Numbers - PARSONS v. RYAN
From:
Rand, Lucy
09/05/2013 10:02 AM
To:
Acedo, Nicholas (nacedo@swlfirm.com), Bojanowski, Timothy
(tbojanowski@swlfirm.com), Cloman, Courtney (ccloman@swlfirm.com), Fletcher, Ashlee
(afletcher@swlfirm.com), Love, Rachel (rlove@swlfirm.com), Orcutt, Anne
(aorcutt@swlfirm.com), Struck, Dan Patrick (dstruck@swlfirm.com), Wieneke, Kathleen
(kwieneke@swlfirm.com), Alewelt, Jennifer (jalewelt@azdisabilitylaw.org), Dooley,
Cathleen (cdooley@azdisabilitylaw.org), Kader, Sarah (skader@azdisabilitylaw.org), Rico,
JJ (jrico@azdisabilitylaw.org), Varma, Asim (avarma@azdisabilitylaw.org), Amy Fettig
(afettig@npp-aclu.org), Flood, Kelly (kflood@acluaz.org), Lyall, James (jlyall@acluaz.org),
Pochoda, Daniel (danpoc@cox.net), Pochoda, Daniel (dpochoda@acluaz.org), Quereshi,
Ajmel (aquereshi@npp-aclu.org), Calderon, Sophia (scalderon@jonesday.com), Freeman,
Taylor (tfreeman@jonesday.com), Kiernan, David (dkiernan@jonesday.com), Mamedova,
Kamilla (kmamedova@jonesday.com), Messina, Jennifer (jkmessina@jonesday.com),
Mitchell, Caroline (cnmitchell@jonesday.com), Rauh, Sarah (srauh@jonesday.com),
Wilkes, John (jlwilkes@jonesday.com), Barr, Daniel (dbarr@perkinscoie.com), du Mee,
Matthew (mdumee@perkinscoie.com), Eidenbach, Kirstin (keidenbach@perkinscoie.com),
Gerlicher, Amelia (agerlicher@perkinscoie.com), Gray, John (jhgray@perkinscoie.com),
Hardy, Alison (ahardy@prisonlaw.com), Kendrick, Corene (ckendrick@prisonlaw.com),
Norman, Sara (snorman@prisonlaw.com), Specter, Donald (dspecter@prisonlaw.com)
Cc:
"Bender, Amy (abender@swlfirm.com)", "Giardina, Michael (MGiardina@swlfirm.com)",
"Mayo, Therese (tmayo@swlfirm.com)", "O'Dowd, Mary (modowd@swlfirm.com)",
"Percevecz, Elaine (EPercevecz@swlfirm.com)", "Webb, Colleen (cwebb@swlfirm.com)",
"Wolford, Sherri (swolford@swlfirm.com)", "ADCL PHX Admin
(phxadmin@azdisabilitylaw.org)", "Lauritzen, M (mlauritzen@azdisabilitylaw.org)",
"Myers, Edward (emyers@azdisabilitylaw.org)", "Krase, H (hkrase@npp-aclu.org)",
"Stamm, A (astamm@aclu.org)", "Torres, G (gtorres@acluaz.org)", "Breen, Nobuyo
(nbreen@jonesday.com)", "Kerr, D (dkkerr@jonesday.com)", "Landsborough, M
(mlandsborough@jonesday.com)", "Reyes, T (treyes@jonesday.com)", "Wong, Lillian
(lwong@jonesday.com)", "Freouf, Delana (dfreouf@perkinscoie.com)", "Lawson, Stephanie
(slawson@perkinscoie.com)", "Neilson, Sharon (sneilson@perkinscoie.com)", "Perkins Coie
Docket (docketphx@perkinscoie.com)", "Wendt, Clair (cwendt@perkinscoie.com)",
"Degraff, E (edegraff@prisonlaw.com)"
Hide Details
From: "Rand, Lucy" <Lucy.Rand@azag.gov> Sort List...
To: "Acedo, Nicholas (nacedo@swlfirm.com)" <nacedo@swlfirm.com>, "Bojanowski,
Timothy (tbojanowski@swlfirm.com)" <tbojanowski@swlfirm.com>, "Cloman, Courtney
(ccloman@swlfirm.com)" <ccloman@swlfirm.com>, "Fletcher, Ashlee
(afletcher@swlfirm.com)" <afletcher@swlfirm.com>, "Love, Rachel (rlove@swlfirm.com)"
<rlove@swlfirm.com>, "Orcutt, Anne (aorcutt@swlfirm.com)" <aorcutt@swlfirm.com>,
"Struck, Dan Patrick (dstruck@swlfirm.com)" <dstruck@swlfirm.com>, "Wieneke,
Kathleen (kwieneke@swlfirm.com)" <kwieneke@swlfirm.com>, "Alewelt, Jennifer
(jalewelt@azdisabilitylaw.org)" <jalewelt@azdisabilitylaw.org>, "Dooley, Cathleen
(cdooley@azdisabilitylaw.org)" <cdooley@azdisabilitylaw.org>, "Kader, Sarah
(skader@azdisabilitylaw.org)" <skader@azdisabilitylaw.org>, "Rico, JJ
(jrico@azdisabilitylaw.org)" <jrico@azdisabilitylaw.org>, "Varma, Asim

(avarma@azdisabilitylaw.org)" <avarma@azdisabilitylaw.org>, "Amy Fettig (afettig@npp-aclu.org)" <afettig@npp-aclu.org>, "Flood, Kelly (kflood@acluaz.org)" <kflood@acluaz.org>, "Lyall, James (jlyall@acluaz.org)" <jlyall@acluaz.org>, "Pochoda, Daniel (danpoc@cox.net)" <danpoc@cox.net>, "Pochoda, Daniel (dpochoda@acluaz.org)" <dpochoda@acluaz.org>, "Quereshi, Ajmel (aquereshi@npp-aclu.org)" <aquereshi@npp-aclu.org>, "Calderon, Sophia (scalderon@jonesday.com)" <scalderon@jonesday.com>, "Freeman, Taylor (tfreeman@jonesday.com)" <tfreeman@jonesday.com>, "Kiernan, David (dkiernan@jonesday.com)" <dkiernan@jonesday.com>, "Mamedova, Kamilla (kmamedova@jonesday.com)" <kmamedova@jonesday.com>, "Messina, Jennifer (jkmessina@jonesday.com)" <jkmessina@jonesday.com>, "Mitchell, Caroline (cnmitchell@jonesday.com)" <cnmitchell@jonesday.com>, "Rauh, Sarah (srauh@jonesday.com)" <srauh@jonesday.com>, "Wilkes, John (jlwilkes@jonesday.com)" <jlwilkes@jonesday.com>, "Barr, Daniel (dbarr@perkinscoie.com)" <dbarr@perkinscoie.com>, "du Mee, Matthew (mdumee@perkinscoie.com)" <mdumee@perkinscoie.com>, "Eidenbach, Kirstin (keidenbach@perkinscoie.com)" <keidenbach@perkinscoie.com>, "Gerlicher, Amelia (agerlicher@perkinscoie.com)" <agerlicher@perkinscoie.com>, "Gray, John (jhgray@perkinscoie.com)" <jhgray@perkinscoie.com>, "Hardy, Alison (ahardy@prisonlaw.com)" <ahardy@prisonlaw.com>, "Kendrick, Corene (ckendrick@prisonlaw.com)" <ckendrick@prisonlaw.com>, "Norman, Sara (snorman@prisonlaw.com)" <snorman@prisonlaw.com>, "Specter, Donald (dspecter@prisonlaw.com)" <dspecter@prisonlaw.com>,
Cc: "Bender, Amy (abender@swlfirm.com)" <abender@swlfirm.com>, "Giardina, Michael (MGiardina@swlfirm.com)" <MGiardina@swlfirm.com>, "Mayo, Therese (tmayo@swlfirm.com)" <tmayo@swlfirm.com>, "O'Dowd, Mary (modowd@swlfirm.com)" <modowd@swlfirm.com>, "Percevecz, Elaine (EPercevecz@swlfirm.com)" <EPercevecz@swlfirm.com>, "Webb, Colleen (cwebb@swlfirm.com)" <cwebb@swlfirm.com>, "Wolford, Sherri (swolford@swlfirm.com)" <swolford@swlfirm.com>, "ADCL PHX Admin (phxadmin@azdisabilitylaw.org)" <phxadmin@azdisabilitylaw.org>, "Lauritzen, M (mlauritzen@azdisabilitylaw.org)" <mlauritzen@azdisabilitylaw.org>, "Myers, Edward (emyers@azdisabilitylaw.org)" <emyers@azdisabilitylaw.org>, "Krase, H (hkrase@npp-aclu.org)" <hkrase@npp-aclu.org>, "Stamm, A (astamm@aclu.org)" <astamm@aclu.org>, "Torres, G (gtorres@acluaz.org)" <gtorres@acluaz.org>, "Breen, Nobuyo (nbreen@jonesday.com)" <nbreen@jonesday.com>, "Kerr, D (dkkerr@jonesday.com)" <dkkerr@jonesday.com>, "Landsborough, M (mlandsborough@jonesday.com)" <mlandsborough@jonesday.com>, "Reyes, T (treyes@jonesday.com)" <treyes@jonesday.com>, "Wong, Lillian (lwong@jonesday.com)" <lwong@jonesday.com>, "Freouf, Delana (dfreouf@perkinscoie.com)" <dfreouf@perkinscoie.com>, "Lawson, Stephanie (slawson@perkinscoie.com)" <slawson@perkinscoie.com>, "Neilson, Sharon (sneilson@perkinscoie.com)" <sneilson@perkinscoie.com>, "Perkins Coie Docket (docketphx@perkinscoie.com)" <docketphx@perkinscoie.com>, "Wendt, Clair (cwendt@perkinscoie.com)" <cwendt@perkinscoie.com>, "Degraff, E (edegraff@prisonlaw.com)" <edegraff@prisonlaw.com>
History: This message has been forwarded.
1 Attachment



2013-09-05 List of Corrected Bates Numbers.pdf

Counsel,

I apologize for the mixup in bates numbering, but I believe I have the numbers have now been corrected.  There were some "reissued" documents with "corrected" bates numbers that I am "withdrawing" as those numbers were also incorrect.  In the attached spreadsheet any documents shown with strike-through text should not be used as they are incorrectly labeled.  Please also note that I am "reissuing" medical records produced by Wexford with bates numbers, which are listed on the attached spreadsheet.

Please feel free to contact me regarding questions or comments, and I truly apologize for any confusion and inconvenience this has caused.

Best regards,
Lucy

Lucy M. Rand,
Assistant Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
Department of Corrections Unit
Liability Management Section
1275 West Washington Street
Phoenix, AZ 85007-2926
**(602) 542-7683 Direct**
(602) 542-7635 Secretary
(602) 542-7670 FAX
Lucy.Rand@azag.gov

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed.  If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683.  Thank you.

**CORRECTIONS TO PRODUCTION**

*PARSONS v. RYAN*

| Begin Bates # | End Bates # | Document Name | Date E-mailed | Production Date | Discovery/Disclosure Document |
|---|---|---|---|---|---|
| 107525 | 107602 | Med Recs - Brislan - MCSO | | 7/25/2013 | 17th Supp to Parsons' 1st RFP |
| 107603 | 107671 | Med Recs - Polson - MCSO | | 7/25/2013 | 17th Supp to Parsons' 1st RFP |
| 107672 | 107989 | Med Recs - Rodriguez - MCSO | | 7/25/2013 | 17th Supp to Parsons' 1st RFP |
| 107990 | 107995 | Med Recs - Acker (PharmaCorr & CIPS) | | | *[provided, but not officially produced]* |
| 107996 | 108035 | Med Recs Updated - Sheppard - ADC - 2013-03-28 to 2013-06-17 | | | *[provided, but not officially produced]* |
| 108036 | 108127 | ADC Medical Transports (PDF) | | 7/17/2013 | 8th Supp to 30(b)(6) [Dkt. 76] |
| 108128 | 108128 | AZ Dental Utilization Stats 2013-05 (PDF) | | 7/25/2013 | 17th Supp to Parsons' 1st RFP |
| 108129 | 108130 | AZ Dental Wait Time Reporting 2013-05 (PDF) | | 7/25/2013 | 17th Supp to Parsons' 1st RFP |
| 108131 | 108136 | ADC Medical Transports (natives/excel) | | 7/17/2013 | 8th Supp to 30(b)(6) [Dkt. 76] |
| 108137 | 108137 | AZ Dental Utilization Stats 2013-05 (native/excel) | | 7/25/2013 | 17th Supp to Parsons' 1st RFP |
| 108138 | 108138 | AZ Dental Wait Time Reporting 2013-05 (native/excel) | | 7/25/2013 | 17th Supp to Parsons' 1st RFP |
| 108139 | 108207 | Executive Rpts - Dry Cell Watches | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 108208 | 109790 | Executive Rpts - Medical - 2012 | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 109791 | 110429 | Executive Rpts - Medical - 2013 | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 110430 | 110431 | MH Scorecard (PDF) | | | *[provided, but not officially produced]* |
| 110432 | 110432 | MH Scorecard (native/doc) | | | *[provided, but not officially produced]* |
| 110433 | 110441 | Teleconference Movement Summary  2011-01-01 to 2013-06-11 | | 7/3/2013 | 1st Supp to Polson's 1st ROGS |
| 110442 | 114357 | Executive Rpts - 2011 to 2013-06-13 | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 114358 | 114373 | Observations / MH Dispositions - Eyman-Browning | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 114374 | 115508 | Observations / MH Dispositions - Yuma | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 115509 | 115859 | Observations / MH Dispositions - Phoenix | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 115860 | 115865 | Dental Grievances - Y | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 115866 | 116082 | Non-Exh Med Grievs - E-Browning, Cook, Meadows, Rynning, SMU I | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 116083 | 116147 | Non-Exh Medical Grievances - Lewis | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 116148 | 116159 | Non-Exh Med Grievs - PX | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 116160 | 116225 | Non-Exh Med Grievs - T | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 116226 | 116226 | Dental Grievances - T | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 116227 | 116251 | Non-Exh Med Grievs - T | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 116254 | 116936 | Non-Exh Med Grievs - T | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 116937 | 117042 | Non-Exh Med Grievs - W | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 117051 | 117063 | Non-Exh Med Grievs - Y | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 117064 | 117074 | Staffing Rollup (2013-05) | | 7/25/2013 | 17th Supp to Parsons' 1st RFP |
| 117075 | 117080 | Wexford - AZ Candidate Rpt | | 7/25/2013 | 17th Supp to Parsons' 1st RFP |
| 117081 | 117087 | Wexford - AZ New Hire Summary Rpt | | 7/25/2013 | 17th Supp to Parsons' 1st RFP |
| 117088 | 117091 | Wexford - AZ Term Rpt | | 7/25/2013 | 17th Supp to Parsons' 1st RFP |
| 117092 | 117102 | Wexford - AZ Vacancy Rpt | | 7/25/2013 | 17th Supp to Parsons' 1st RFP |
| 117103 | 117103 | Wexford - AZ Hired Not Yet Started Rpt | | 7/25/2013 | 17th Supp to Parsons' 1st RFP |
| 117104 | 117104 | Wexford - AZ Interviewed, Pending Offer Rpt | | 7/25/2013 | 17th Supp to Parsons' 1st RFP |

**CORRECTIONS TO PRODUCTION**

*PARSONS v. RYAN*

| Begin Bates # | End Bates # | Document Name | Date E-mailed | Production Date | Discovery/Disclosure Document |
|---|---|---|---|---|---|
| 117105 | 117115 | Corizon and Wexford Staffing Comparison | | 7/25/2013 | 17th Supp to Parsons' 1st RFP |
| 117116 | 117117 | Action Plan Memo - Dr. Adu-Tutu to Ryan (re 2009 Staffing) | | 7/25/2013 | 17th Supp to Parsons' 1st RFP |
| 117118 | 117119 | Dental Grievances - L | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 117120 | 117120 | Non-Exh Med Grievs - PV | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 117121 | 117128 | Dental Grievances - PV | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 117129 | 117148 | Non-Exh Med Grievs - PV | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 117149 | 117268 | Non-Exh Medical Grievance List and Grievances - Florence | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 117269 | 117303 | Dental Grievances - D, L, L, PV-Santa Cruz | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 117304 | 117585 | ORC Reports 2012-01-01 to 2013-07-01 (All Complexes) (PDF) | | 7/25/2013 | 17th Supp to Parsons' 1st RFP |
| 117586 | 117586 | ORC Reports 2012-01-01 to 2013-07-01 (All Complexes) (native) | | 7/25/2013 | 17th Supp to Parsons' 1st RFP |
| 117587 | 117630 | Med Recs - Smith - MCSO | | 7/25/2013 | 17th Supp to Parsons' 1st RFP |
| 117631 | 117632 | Eyman to Florence Teleconf Refs to Phx - 1/11-3/13 | | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 117633 | 117909 | Compliance Reports (2013-05) (All complexes) | | 7/17/2013 | 8th Supp to 30(b)(6) [Dkt. 76] |
| 117910 | 118152 | Compliance Reports (2013-06) (All complexes) | | 7/17/2013 | 8th Supp to 30(b)(6) [Dkt. 76] |
| 118153 | 118396 | Corizon - AZ Psych Meds 2013-03-04 to 2013-07-10 - Y | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 118397 | 118406 | Corizon ADC Medication Summary Report (2013-05) | | 7/17/2013 | 8th Supp to 30(b)(6) [Dkt. 76] |
| 118407 | 118412 | Corizon - AZ Psych Meds 2013-03-04 to 2013-07-10 - D | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 118413 | 118907 | Corizon - AZ Psych Meds 2013-03-04 to 2013-07-10 - E | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 118908 | 119316 | Corizon - AZ Psych Meds 2013-03-04 to 2013-07-10 - F | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 119317 | 119786 | Corizon - AZ Psych Meds 2013-03-04 to 2013-07-10 - L | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 119787 | 120351 | Corizon - AZ Psych Meds 2013-03-04 to 2013-07-10 - PV | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 120352 | 120607 | Corizon - AZ Psych Meds 2013-03-04 to 2013-07-10 - PX | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 120608 | 120613 | Corizon - AZ Psych Meds 2013-03-04 to 2013-07-10 - S | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 120614 | 121151 | Corizon - AZ Psych Meds 2013-03-04 to 2013-07-10 - T | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 121152 | 121158 | Corizon - AZ Psych Meds 2013-03-04 to 2013-07-10 - W | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 121159 | 121161 | ADC Locator Codes | | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 121162 | 121162 | Non-Exh Dental Griev Log - D | | 8/9/2013 | 3rd Supp to Swartz's 1st RFP |
| 121163 | 121166 | Non-Exh Med Griev Logs - D | | 8/9/2013 | 3rd Supp to Swartz's 1st RFP |
| 121167 | 121177 | AZ Monthly Staffing Rollup Report (PDF) | | 7/18/2013 | 1st Supp to Wells' 1st ROGS |
| ~~121178~~ | ~~121190~~ | ~~Med Recs - Inigo, Robert 083735 - ADC~~ | ~~8/1/2013~~ | ~~8/9/2013~~ | ~~18th Supp to Parsons' 1st RFP~~ |
| 121178 | 121178 | AZ Monthly Staffing Rollup Report (native/excel) | | 7/18/2013 | 1st Supp to Wells' 1st ROGS |
| 121179 | 121182 | Non-Exh Med Grievs - Y | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 121183 | 121183 | Non-Exh Med Grievs - T | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 121184 | 121184 | Non-Exh Medical Grievance List - Eyman | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 121185 | 121430 | Non-Exh Med Grievs - PV | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| ~~121191~~ | ~~121259~~ | ~~Med Recs - Robinson, Clifford 188961 - ADC~~ | ~~8/1/2013~~ | ~~8/9/2013~~ | ~~18th Supp to Parsons' 1st RFP~~ |
| ~~121260~~ | ~~121318~~ | ~~Med Recs - Robinson, Clifford 188961 - ADC~~ | ~~8/1/2013~~ | ~~8/9/2013~~ | ~~18th Supp to Parsons' 1st RFP~~ |
| ~~121319~~ | ~~121330~~ | ~~Med Recs - Robinson, Clifford 188961 - ADC~~ | ~~8/1/2013~~ | ~~8/9/2013~~ | ~~18th Supp to Parsons' 1st RFP~~ |

**CORRECTIONS TO PRODUCTION**

*PARSONS v. RYAN*

| Begin Bates # | End Bates # | Document Name | Date E-mailed | Production Date | Discovery/Disclosure Document |
|---|---|---|---|---|---|
| ~~121331~~ | ~~121504~~ | ~~Med Recs - Verduzco - ASH.pdf~~ | ~~8/2/2013~~ | ~~8/9/2013~~ | ~~18th Supp to Parsons' 1st RFP~~ |
| 121431 | 121615 | Non-Exh Med Grievs - L-Bachman | | 7/25/2013 | 2nd Supp to Swartz's 1st RFP |
| ~~121505~~ | ~~121574~~ | ~~Med Recs - Verduzco - ASH~~ | ~~8/2/2013~~ | ~~8/9/2013~~ | ~~18th Supp to Parsons' 1st RFP~~ |
| ~~121575~~ | ~~121704~~ | ~~Med Recs - Verduzco - ASH~~ | ~~8/2/2013~~ | ~~8/9/2013~~ | ~~18th Supp to Parsons' 1st RFP~~ |
| 121616 | 121669 | Non-Exh Med Grievs - L-Barchey | | 7/25/2013 | 2nd Supp to Swartz's 1st RFP |
| 121670 | 121873 | Non-Exh Med Grievs - L-Buckley | | 7/25/2013 | 2nd Supp to Swartz's 1st RFP |
| ~~121705~~ | ~~121804~~ | ~~Med Recs - Verduzco - ASH~~ | ~~8/2/2013~~ | ~~8/9/2013~~ | ~~18th Supp to Parsons' 1st RFP~~ |
| ~~121805~~ | ~~121882~~ | ~~Med Recs - Verduzco - ASH~~ | ~~8/2/2013~~ | ~~8/9/2013~~ | ~~18th Supp to Parsons' 1st RFP~~ |
| 121874 | 121908 | Non-Exh Med Grievs - L-Eagle Pt-Sunrise | | 7/25/2013 | 2nd Supp to Swartz's 1st RFP |
| ~~121883~~ | ~~121944~~ | ~~Med Recs - Verduzco - ASH~~ | ~~8/2/2013~~ | ~~8/9/2013~~ | ~~18th Supp to Parsons' 1st RFP~~ |
| 121909 | 121977 | Non-Exh Med Grievs - L-Morey | | 7/25/2013 | 2nd Supp to Swartz's 1st RFP |
| ~~121945~~ | ~~122024~~ | ~~Med Recs - Verduzco - ASH~~ | ~~8/2/2013~~ | ~~8/9/2013~~ | ~~18th Supp to Parsons' 1st RFP~~ |
| 121978 | 122000 | Non-Exh Med Grievs - L-Rast | | 7/25/2013 | 2nd Supp to Swartz's 1st RFP |
| 122001 | 122006 | Non-Exh Med Grievs - L-Lewis | | 7/25/2013 | 2nd Supp to Swartz's 1st RFP |
| 122007 | 122013 | Med Grievs - Sheppard | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 122014 | 122016 | Corizon AZ Dental HNR Appt Rpt (2013-05) | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 122017 | 122060 | Corizon AZ Reports | | 7/17/2013 | 8th Supp to 30(b)(6) [Dkt. 76] |
| ~~122025~~ | ~~122074~~ | ~~Med Recs - Verduzco - ASH~~ | ~~8/2/2013~~ | ~~8/9/2013~~ | ~~18th Supp to Parsons' 1st RFP~~ |
| 122046 | 122048 | Corizon AZ Medical HNR Appt Rpt (2013-05) | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 122057 | 122058 | Corizon AZ MH HNR Appt Rpt (2013-05) | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 122060 | 122084 | Dental Routine Care Rpt - Lewis (Shulman Tour) | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 122075 | 122099 | Med Recs - Brislan - ADC - 2013-03-01 to 2013-07-15 | | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122085 | 122098 | Dental Routine Care Rpt - PV (Shulman Tour) | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 122099 | 122104 | Dental Routine Care Rpt - Yuma | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| 122100 | 122117 | Med Recs - Brislan - ADC - 2013-03-01 to 2013-07-15 | | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122105 | 122105 | Dental Summary Rpt - PV (Shulman Tour) | | 7/17/2013 | 1st Supp to Swartz's 1st RFP |
| ~~122106~~ | ~~122110~~ | ~~Wexford - Psych Meds Processed (7/12-3/13) - D~~ | | ~~7/25/2013~~ | ~~6th Supp to Polson's 1st RFP~~ |
| ~~122111~~ | ~~122836~~ | ~~Wexford - Psych Meds Processed (7/12-3/13) - E~~ | | ~~7/25/2013~~ | ~~6th Supp to Polson's 1st RFP~~ |
| 122118 | 122138 | Med Recs - Brislan - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122139 | 122166 | Med Recs - Brislan - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122167 | 122198 | Med Recs - Brislan - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122199 | 122216 | Med Recs - Brislan - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122219 | 122243 | Med Recs - Gamez - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122244 | 122261 | Med Recs - Gamez - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122262 | 122268 | Med Recs - Gamez - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122269 | 122289 | Med Recs - Gamez - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122290 | 122321 | Med Recs - Hefner - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122322 | 122337 | Med Recs - Hefner - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |

## CORRECTIONS TO PRODUCTION
### PARSONS v. RYAN

| Begin Bates # | End Bates # | Document Name | Date E-mailed | Production Date | Discovery/Disclosure Document |
|---|---|---|---|---|---|
| 122338 | 122354 | Med Recs - Polson - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122355 | 122370 | Med Recs - Polson - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122371 | 122397 | Med Recs - Rodriguez - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122398 | 122425 | Med Recs - Rodriguez - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122426 | 122447 | Med Recs - Rodriguez - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122448 | 122464 | Med Recs - Rodriguez - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122465 | 122490 | Med Recs - Swartz - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122491 | 122510 | Med Recs - Swartz - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122511 | 122527 | Med Recs - Swartz - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122528 | 122551 | Med Recs - Swartz - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122552 | 122565 | Med Recs - Swartz - ADC - 2013-03-01 to 2013-07-15 | 7/31/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122566 | 122630 | Grievances (D-Mohave) | | 8/9/2013 | 3rd Supp to Swartz's 1st RFP |
| 122631 | 122655 | Grievances (D-Gila) | | 8/9/2013 | 3rd Supp to Swartz's 1st RFP |
| 122656 | 122662 | IMs in ISO Age 50 and Older | 8/1/2013 | | [provided, but not yet officially produced] |
| 122663 | 122665 | Updated Locator Codes (By Complex) | 8/1/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122669 | 122719 | Med Recs Updated - Licci - ADC | 8/2/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122669 | 122973 | Updated Locator Codes (By Code) | 8/1/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122720 | 122749 | Med Recs Updated - Verduzco - ADC - 2013-03-01 to 2013-07-15 | 8/2/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| ~~123634~~ | ~~123663~~ | ~~Med Recs Updated - Verduzco - ADC - 2013-03-01 to 2013-07-15 (reissued in error)~~ | | ~~8/9/2013~~ | ~~18th Supp to Parsons' 1st RFP~~ |
| 122750 | 122782 | Med Recs Updated - Verduzco - ADC - 2013-03-01 to 2013-07-15 | 8/2/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| ~~123664~~ | ~~123696~~ | ~~Med Recs Updated - Verduzco - ADC - 2013-03-01 to 2013-07-15 (reissued in error)~~ | | ~~8/9/2013~~ | ~~18th Supp to Parsons' 1st RFP~~ |
| 122783 | 122806 | Med Recs Updated - Verduzco - ADC - 2013-03-01 to 2013-07-15 | 8/2/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| ~~123697~~ | ~~123720~~ | ~~Med Recs Updated - Verduzco - ADC - 2013-03-01 to 2013-07-15 (reissued in error)~~ | | ~~8/9/2013~~ | ~~18th Supp to Parsons' 1st RFP~~ |
| 122803 | 122866 | Med Recs Updated - Verduzco - ADC - 2013-03-01 to 2013-07-15 | 8/2/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122807 | 122832 | Med Recs Updated - Verduzco - ADC - 2013-03-01 to 2013-07-15 | 8/2/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| ~~123721~~ | ~~123746~~ | ~~Med Recs Updated - Verduzco - ADC - 2013-03-01 to 2013-07-15 (reissued in error)~~ | | ~~8/9/2013~~ | ~~18th Supp to Parsons' 1st RFP~~ |
| 122833 | 122862 | Med Recs Updated - Verduzco - ADC - 2013-03-01 to 2013-07-15 | 8/2/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| ~~123747~~ | ~~123776~~ | ~~Med Recs Updated - Verduzco - ADC - 2013-03-01 to 2013-07-15 (reissued in error)~~ | | ~~8/9/2013~~ | ~~18th Supp to Parsons' 1st RFP~~ |
| ~~122837~~ | ~~123631~~ | ~~Wexford - Psych Meds Processed (7/12-3/13) - F~~ | | ~~7/25/2013~~ | ~~6th Supp to Polson's 1st RFP~~ |
| 122863 | 123866 | Med Recs Updated - Verduzco - ADC - 2013-03-01 to 2013-07-15 | 8/2/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| ~~123777~~ | ~~123780~~ | ~~Med Recs Updated - Verduzco - ADC - 2013-03-01 to 2013-07-15 (reissued in error)~~ | | ~~8/9/2013~~ | ~~18th Supp to Parsons' 1st RFP~~ |
| 122867 | 122920 | Med Recs Updated - Wells - ADC | 8/2/2013 | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122921 | 122973 | Med Recs Updated - Thomas - ADC | | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 122974 | 123019 | Grievances - Brislan | | 8/9/2013 | 3rd Supp to Swartz's 1st RFP |
| 123020 | 123115 | Grievances - Gamez | | 8/9/2013 | 3rd Supp to Swartz's 1st RFP |
| 123116 | 123138 | Grievances - Hefner | | 8/9/2013 | 3rd Supp to Swartz's 1st RFP |
| 123139 | 123149 | Grievances - Polson | | 8/9/2013 | 3rd Supp to Swartz's 1st RFP |
| 123150 | 123181 | Grievances - Swartz | | 8/9/2013 | 3rd Supp to Swartz's 1st RFP |

## CORRECTIONS TO PRODUCTION
### *PARSONS v. RYAN*

| Begin Bates # | End Bates # | Document Name | Date E-mailed | Production Date | Discovery/Disclosure Document |
|---|---|---|---|---|---|
| 123182 | 123184 | Routine Dental Care List - Phx - 2013-07-26 | | 8/9/2013 | 3rd Supp to Swartz's 1st RFP |
| 123185 | 123196 | Routine Dental Care List - Eyman - 2013-07-22 | | 8/9/2013 | 3rd Supp to Swartz's 1st RFP |
| 123197 | 123213 | Routine Dental Care List - Florence - 2013-07-24 | | 8/9/2013 | 3rd Supp to Swartz's 1st RFP |
| 123214 | 123219 | Grievances Log, Family - Brislan | | 8/9/2013 | 3rd Supp to Swartz's 1st RFP |
| 123220 | 123221 | Grievances, Family - Gamez | | 8/9/2013 | 3rd Supp to Swartz's 1st RFP |
| 123222 | 123224 | (Not Assigned) | | | |
| 123280 | 123317 | Med Recs Updated - Jensen - ADC - 2013-03-18 to 2013-07-15 | 8/8/2013 | | [provided, but not officially produced] |
| 123318 | 123340 | Med Recs Updated - Jensen - ADC - 2013-03-18 to 2013-07-15 | 8/8/2013 | | [provided, but not officially produced] |
| 123341 | 123356 | Med Recs Updated - Chisholm - ADC - 2013-03-18 to 2013-07-15 | 8/8/2013 | | [provided, but not officially produced] |
| 123357 | 123378 | Med Recs Updated - Chisholm - ADC - 2013-03-18 to 2013-07-15 | 8/8/2013 | | [provided, but not officially produced] |
| 123390 | 123400 | Med Recs - Verduzco - ADC - 2013-02-10 to 2013-02-28.pdf | | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 123401 | 123402 | (Not Assigned) | | | |
| 123403 | 123407 | Resume - Medel, Anthony | | 8/12/2103 | 9th Suppl Dscl Stmt |
| 123408 | 123412 | Resume - Gross, Arthur | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123413 | 123418 | Resume - Robertson, David | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123419 | 123421 | Resume - Haldane, Mark | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123422 | 123423 | Resume - Valenzuela, Helena | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123424 | 123425 | Resume - Raak, Jessica | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123426 | 123428 | Resume - Frigo, Judy | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123429 | 123433 | Resume - Respicio-Moriarty | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123434 | 123438 | Resume - Chu, Karen | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123439 | 123442 | Resume - Sears, Kristan | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123443 | 123446 | Resume - Bedoya, Marlena | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123447 | 123448 | Resume - Musson, Matthew | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123449 | 123451 | Resume - McWilliams, Carson | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123452 | 123453 | Resume - Mielke-Fontaine, Jenny | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123454 | 123457 | Resume - Taylor, Nicole | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123458 | 123461 | Resume - Pratt, Richard | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123462 | 123463 | Resume - Rowe, Richard | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123464 | 123467 | Resume - Tardibuono, Sam | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123468 | 123469 | Resume - Bender, Steven | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123470 | 123471 | Resume - Allred, Terry | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123472 | 123477 | Resume - Trujillo, Ernest | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123478 | 123480 | Resume - Headstream, Vanessa | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123481 | 123483 | Resume - Maese, Yvonne | | 8/12/2103 | 9th Supp Dscl Stmt |
| 123484 | 123621 | Individual Detention Recs - Verduzco 2011-01 to 2013-07 | 8/14/2013 | | [provided, but not officially produced] |
| ~~123622~~ | ~~123509~~ | ~~Wexford - Psych Meds Processed (7/12-3/13) - F~~ | | - | - |
| ~~123510~~ | ~~123941~~ | ~~Wexford - Psych Meds Processed (7/12-3/13) - L Bachman, Barchey, Buckley~~ | | ~~7/25/2013~~ | ~~6th Supp to Polson's 1st RFP~~ |

## CORRECTIONS TO PRODUCTION
### *PARSONS v. RYAN*

| Begin Bates # | End Bates # | Document Name | Date E-mailed | Production Date | Discovery/Disclosure Document |
|---|---|---|---|---|---|
| 123942 | 124435 | Wexford - Psych Meds Processed (7/12-3/13) - L-Complex, Eagle Point, L11, Morey, Rast, Stiner, Sunrise | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 123622 | 123633 | List of Store Purchases - Hefner | 8/14/2013 | | [provided, but not officially produced] |
| 123634 | 123780 | (Not Assigned) [Previously - Med Recs - ADC - Verduzco (Reissued in Error)] | 8/14/2013 | - | - |
| 123781 | 123941 | (Not Assigned) | | | |
| 123781 | 123828 | Med Recs - Hefner - ADC - 2013-03-01 to 2013-07-15 (reissued in error) | | | - |
| 124436 | 125312 | Wexford - Psych Meds Processed (7/12-3/13) - PV | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 125313 | 125706 | Wexford - Psych Meds Processed (7/12-3/13) - PX | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 125707 | 125712 | Wexford - Psych Meds Processed (7/12-3/13) - S | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 125713 | 126543 | Wexford - Psych Meds Processed (7/12-3/13) - T | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 126544 | 126547 | Wexford - Psych Meds Processed (7/12-3/13) - W | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 126548 | 126917 | Wexford - Psych Meds Processed (7/12-3/13) - Y | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 126918 | 127128 | Corizon Policy - Med Admin Implementation Guide | | 7/25/2013 | 2nd Supp to Jensen's 1st RFP |
| 127129 | 127178 | Corizon Policy - Med Admin Procedures Document | | 7/25/2013 | 2nd Supp to Jensen's 1st RFP |
| 127179 | 127306 | Corizon Policy - Nursing Encounter Tools (NET) | | 7/25/2013 | 2nd Supp to Jensen's 1st RFP |
| 127307 | 127367 | Corizon-PharmaCorr - Formulary Drug List | | 7/25/2013 | 2nd Supp to Jensen's 1st RFP |
| 127368 | 127368 | Hefner - Inmate Employment Application | 8/15/2013 | | [provided, but not officially produced] |
| 127369 | 127375 | Med Recs - Smith - ADC Rx & CIPS | 8/15/2013 | | [provided, but not officially produced] |
| 127376 | 127381 | Med Recs - Smith - ADC (Gap) | 8/15/2013 | | [provided, but not officially produced] |
| 127382 | 127404 | Confidential AIMS Report - Smith | 8/15/2013 | | [provided, but not officially produced] |
| 127405 | 127424 | MRF Updated - Polson | 8/19/2013 | | [provided, but not officially produced] |
| 127425 | 127443 | MRF Updated - Swartz | 8/19/2013 | | [provided, but not officially produced] |
| 127444 | 127454 | MRF Updated - Licci | 8/19/2013 | | [provided, but not officially produced] |
| 127455 | 127468 | MRF Updated - Jensen | 8/19/2013 | | [provided, but not officially produced] |
| 127469 | 127481 | Med Recs - Inigo, Robert 083735 - ADC (reissued) | | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 127482 | 127550 | Med Recs - Robinson, Clifford 188961 - ADC | | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 127551 | 127609 | Med Recs - Robinson, Clifford 188961 - ADC | | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 127610 | 127621 | Med Recs - Robinson, Clifford 188961 - ADC | | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 127622 | 127795 | Med Recs - Verduzco - ASH | | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 127796 | 127865 | Med Recs - Verduzco - ASH | | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 127866 | 127995 | Med Recs - Verduzco - ASH | | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 127996 | 128095 | Med Recs - Verduzco - ASH | | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 128096 | 128173 | Med Recs - Verduzco - ASH | | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 128174 | 128235 | Med Recs - Verduzco - ASH | | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 128236 | 128315 | Med Recs - Verduzco - ASH | | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 128316 | 128365 | Med Recs - Verduzco - ASH | | 8/9/2013 | 18th Supp to Parsons' 1st RFP |
| 128366 | 128370 | Wexford - Psych Meds Processed (7/12-3/13) - D | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 128371 | 129181 | Wexford - Psych Meds Processed (7/12-3/13) - E | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 129182 | 129854 | Wexford - Psych Meds Processed (7/12-3/13) - F | | 7/25/2013 | 6th Supp to Polson's 1st RFP |

## CORRECTIONS TO PRODUCTION
### *PARSONS v. RYAN*

| Begin Bates # | End Bates # | Document Name | Date E-mailed | Production Date | Discovery/Disclosure Document |
|---|---|---|---|---|---|
| 129855 | 130286 | Wexford - Psych Meds Processed (7/12-3/13) - L-Bach, Barch, Buck | | 7/25/2013 | 6th Supp to Polson's 1st RFP |
| 130287 | 130308 | Med Recs - Polson - ADC (ORC and RXs) | 8/21/2013 | | *[provided, but not officially produced]* |
| 130309 | 130339 | Med Recs - Jensen - ADC (ORC and RXs) | 8/21/2013 | | *[provided, but not officially produced]* |
| 130340 | 130363 | Med Recs - Chisholm - ADC (ORC and RXs) | 8/21/2013 | | *[provided, but not officially produced]* |
| 130364 | 130719 | Med Recs - Chisholm - ADC (2005-12-06 to 2012-10-23) | 8/28/2013 | | *[provided, but not officially produced]* |
| 130720 | 130856 | Med Recs - Clymer - ADC (2008-01-29 to 2012-11-09) | | | *[not yet provided]* |
| 130857 | 131367 | Med Recs - Haggerty - ADC (2007-02-06 to 2012-12-11) | | | *[not yet provided]* |
| 131368 | 131405 | Med Recs - Polson - ADC (2012-03-08 to 2012-10-23) | | | *[not yet provided]* |
| 131406 | 133192 | Med Recs - Roush - ADC (1991-04-08 to 2012-10-23) | | | *[not yet provided]* |
| 133193 | 133531 | Med Recs - Santana - ADC (1990-08-23 to 2012-10-23) | | | *[not yet provided]* |
| 133532 | 133729 | Med Recs - Stedman - ADC (2009-09-14 to 2012-10-23) | | | *[not yet provided]* |
| 133730 | 133866 | Med Recs - Swartz - ADC (1995-07-11 to 1997-12-09) | | | *[not yet provided]* |
| 133867 | 134306 | Med Recs - Swartz - ADC (2009-11-18 to 2011-06-29) | | | *[not yet provided]* |
| 134307 | 134801 | Med Recs - Swartz - ADC (2011-05-10 to 2012-10-23) | | | *[not yet provided]* |
| 134802 | 135377 | Med Recs - Wells - ADC (2009-10-14 to 2012-10-23) | | | *[not yet provided]* |
| 135378 | 135438 | Med Recs - Wheeler - ADC (2008-07-31 to 2012-11-01) | | | *[not yet provided]* |
| 135439 | 135490 | Med Recs - White - ADC (2002-07-18 to 2008-07-01) | | | *[not yet provided]* |
| 135491 | 135569 | Med Recs - White - ADC (2002-07-18 to 2012-10-23) | | | *[not yet provided]* |
| 135570 | 135724 | Med Recs - Worley - ADC (2010-09-23 to 2012-10-16) | | | *[not yet provided]* |
| 135725 | 135965 | Med Recs - Anderson, Virginia 265961 | | | *[not yet provided]* |
| 135966 | 136006 | Med Recs - Cipriano, David 205397 | | | *[not yet provided]* |
| 136007 | 136210 | Med Recs - McNeish, Tiffany 194635 | | | *[not yet provided]* |
| 136211 | 136211 | Med Recs - Racer, Frank 108121 | | | *[not yet provided]* |
| 136212 | 136212 | Notice of Registration of Xray Machine (Eyman) | | | *[not yet provided]* |

Exhibit 14

| From: | "Rand, Lucy" <Lucy.Rand@azag.gov> |
|---|---|
| To: | 'Sophie H Calderon' <scalderon@jonesday.com>, |
| Cc: | Parsons Team <ParsonsTeam@swflfirm.com>, "Gottfried, Michael" <Michael.Gottfried@azag.gov> |
| Date: | 10/02/2013 12:11 PM |
| Subject: | RE: Inspection of MH Docs - PARSONS v. RYAN |

Sophia,

We have been discussing this matter and are disturbed that these documents have been here sitting here awaiting your inspection for more than three months and now only after the court's recent discovery order have you decided that these documents need to be reviewed.

Since you have had ample opportunity to review these documents before the close of discovery, you are

not entitled to review them now after the close of discovery.

If you believe you are entitled to inspect them, please provide us your authority.

As such, please do not finalize any travel or any other arrangements for this inspection.

Lucy

Lucy M. Rand, AAG
Office of the Attorney General
(602) 542-7683 Direct

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals
and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any
dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error,
please immediately notify the sender by return e-mail or call (602) 542-7683. Thank you.

**From:** Sophie H Calderon [mailto:scalderon@jonesday.com]
**Sent:** Wednesday, October 02, 2013 11:56 AM
**To:** Rand, Lucy
**Cc:** Parsons Team; Gottfried, Michael
**Subject:** Re: Inspection of MH Docs - PARSONS v. RYAN

Thank you, Lucy.

I confirmed that we did receive the two videos pertaining to Christina Verduzco (ADC082313 and
ADC082314), so there is no need to produce those again. We still are planning on having four
people come, but I will let you know if that number changes at all.

Sincerely,
Sophie



**Sophie Calderón • Associate**

555 California Street, 26th Floor • San Francisco, CA 94104
**DIRECT** 415.875.5874 • **FAX** 415.875.5700 • scalderon@JONESDAY.COM

From: "Rand, Lucy" <Lucy.Rand@azag.gov>
To: "Calderon, Sophia (scalderon@jonesday.com)" <scalderon@jonesday.com>,
Cc: "SW&L Parsons Team (ParsonsTeam@swlfirm.com)" <ParsonsTeam@swlfirm.com>, "Gottfried, Michael" <
Michael.Gottfried@azag.gov>
Date: 10/01/2013 09:21 PM
Subject Inspection of MH Docs - PARSONS v. RYAN

Sophia,

This e-mail confirms our discussion regarding inspection of mental health documents and videos on Wednesday, October 9, 2013, at the Office of the Attorney General.  Four people are scheduled to arrive at 9:30 a.m. and may view documents until 5:50 p.m.  No security clearance is necessary—merely a quick walk through the metal detector at the entrance of the building.  You may bring office equipment with you.

Attached is a list of the known documents in the 19 boxes, which contain completed mental health dispositions and observation documents.  It appears that three boxes could be catalogued by inmate.

Also, we will have the videos of Daniel Porter and Anthony Lester available for your viewing.

Attached hereto are maps showing how to get to the AGO, free and metered parking areas, and directions for how to get into the building.

If you need to reach me on the day of the inspection, ██████████████████████████ and my office number is (602) 542-7683.

Sincerely,
Lucy

Lucy M. Rand,
Assistant Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
Department of Corrections Unit
Liability Management Section
1275 West Washington Street
Phoenix, AZ 85007-2926
**(602) 542-7683 Direct**
(602) 542-7635 Secretary
(602) 542-7670 FAX
Lucy.Rand@azag.gov

The information contained in this e-mail message is privileged and confidential, intended only for the use of the specific individuals and/or entities to which it is addressed.  If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you received this communication in error, please immediately notify the sender by return e-mail or call (602) 542-7683.  Thank you.[attachment "2013-10-01 Index of Discovery Boxes from ADC.pdf" deleted by Sophie H Calderon/JonesDay] [attachment "0 - Directions & Map - AGO.pdf" deleted by Sophie H Calderon/JonesDay]

=========

Exhibit 15



Subject:
Parsons v. Ryan -- Production of Documents
From:
Sophie H Calderon
10/09/2013 05:55 PM
Sent by:
parsonsdiscovery@prisonlaw.com
To:
Rand, Lucy
Cc:
"Parsons Team", "Michael.Gottfried@azag.gov"
Hide Details
From: Sophie H Calderon <scalderon@jonesday.com>
To: "Rand, Lucy" <Lucy.Rand@azag.gov>,
Cc: "Parsons Team" <ParsonsTeam@swlfirm.com>, "Michael.Gottfried@azag.gov"
<Michael.Gottfried@azag.gov>
Sent by: parsonsdiscovery@prisonlaw.com

Lucy,

This email confirms our discussion earlier this afternoon regarding documents that Defendants will produce.  In
addition to the emails and temperature files, you represented that Defendants will produce the following:

1) MGARs for September 2013.
2) Monthly statistics (concerning HNRS, transport, staffing, etc) for July 2013 and Aug 2013.  Defendants will
continue to produce later monthly statistics as they become available.
3) Approximately 90 master record files responsive to a Request for Production by Plaintiff Licci (No. 5).
4) Medical records responsive to a Request for Production by Plaintiff Licci (No. 4, Exh. A, Section II).
5) Dental records responsive to a Request for Production by Plaintiff Licci (No. 50).
6) Photographs from expert tours.
7) Records from expert tours including medical records.

Sincerely,
Sophie



**Sophie Calderón** • Associate

555 California Street, 26th Floor • San Francisco, CA 94104
**DIRECT** 415.875.5874 • **FAX** 415.875.5700 • scalderon@JONESDAY.COM

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by
attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without
copying it and notify sender by reply e-mail, so that our records can be corrected.
==========