1   Arizona Attorney General Thomas C. Horne
    Office of the Attorney General
2   Michael E. Gottfried, Bar No. 010623
    Lucy M. Rand, Bar No. 026919
3   Assistant Attorneys General
    1275 W. Washington Street
4   Phoenix, Arizona 85007-2926
    Telephone: (602) 542-4951
5   Fax: (602) 542-7670
    Michael.Gottfried@azag.gov
6   Lucy.Rand@azag.gov

7   Daniel P. Struck, Bar No. 012377
    Kathleen L. Wieneke, Bar No. 011139
8   Rachel Love, Bar No. 019881
    Timothy J. Bojanowski, Bar No. 22126
9   Nicholas D. Acedo, Bar No. 021644
    Courtney R. Cloman, Bar No. 023155
10  Ashlee B. Fletcher, Bar No. 028874
    Anne M. Orcutt, Bar No. 029387
11  STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
12  Chandler, Arizona  85226
    Telephone:  (480) 420-1600
13  Fax:  (480) 420-1696
    dstruck@swlfirm.com
14  kwieneke@swlfirm.com
    rlove@swlfirm.com
15  tbojanowski@swlfirm.com
    nacedo@swlfirm.com
16  ccloman@swlfirm.com
    afletcher@swlfirm.com
17  aorcutt@swlfirm.com
    *Attorneys for Defendants*

18                  **UNITED STATES DISTRICT COURT**
19                       **DISTRICT OF ARIZONA**

20  Victor Parsons, *et al.*, on behalf of themselves    NO. 2:12-cv-00601-NVW
    and all others similarly situated; and Arizona
21  Center for Disability Law,

                                    Plaintiffs,          **DEFENDANTS' MOTION FOR**
22              v.                                        **EXTENSION OF TIME TO**
                                                          **RESPOND TO PLAINTIFFS'**
23  Charles Ryan, Director, Arizona Department           **MOTION FOR**
    of Corrections; and Richard Pratt, Interim           **RECONSIDERATION (DOC. 687)**
24  Division Director, Division of Health Services,
    Arizona Department of Corrections, in their
25  official capacities,

                                    Defendants.

26          Defendants Charles Ryan and Richard Pratt ("Defendants") respectfully

27  request this Court for an extension of time to file their Response to Plaintiffs' Motion for

28

1   Reconsideration (Doc. 687).  Defendants' Response is currently due on Friday, October

2   25, 2013, by 5:00 p.m.  (Doc. 700).  For the reasons set forth below, Defendants request

3   an extension until 5:00 p.m. on Monday, October 28, 2013.

4         Plaintiffs' Motion seeks reconsideration of two separate rulings: the denial of the

5   parties' Tenth Discovery Dispute and the denial of the parties' Joint Motion and

6   Stipulation Regarding Discovery.  (Doc. 673, 674, 679.)  In their Motion, Plaintiffs

7   misstate the status of discovery.  Although Plaintiffs' Motion is only ten pages, it is

8   supported by four Declarations. Collectively, these Declarations contain over thirty

9   avowals that include very detailed and specific allegations about discovery requests,

10  discovery responses, depositions, expert tours, and meet-and-confers.  Each allegation

11  must be refuted or clarified to adequately inform the Court of the issues.  Responding to

12  these many allegations requires the input of many different individuals, as different

13  attorneys and paralegals have specific insight or knowledge of each one and have been

14  assigned to respond to different aspects of the Motion.

15        Because the Court ordered Defendants to respond to Plaintiff's Motion at 5:23 p.m.

16  on Friday evening, after most of Defendants' counsel and their staff had left for the day,

17  Defendants were unable to collectively discuss and begin working on the Response until

18  Monday morning (October 21), leaving them just 5 days to complete it (and still attend to

19  previously ordered deadlines and depositions in other cases).  Plaintiffs had two weeks to

20  draft their Motion and Declarations.

21        The timing of the Response date has further complicated things.  Pursuant to the

22  Court's September 9, 2013 Order (Doc. 624), Defendants must produce approximately

23  103,242 pages of emails by tomorrow, October 25, the same due date as the Response.

24  Defendants' counsel and their staff have been diligently reviewing these emails manually

25  over the past month, but it has been tedious and time-consuming.  Some of the attorneys

26  and staff members who are needed to assist in drafting the Response have been consumed

27  with email review this final week and will continue to be consumed until they are

28  produced tomorrow.  Defendants further note that one attorney is in Tucson today and

2

1  tomorrow to attend the additional expert tours the Court previously allowed Plaintiffs to

2  conduct. (Doc. 611).

3     As such, Defendants respectfully request an extension of time to file their

4  Response until 5:00 p.m. on Monday, October 28.  That will provide counsel valuable

5  additional time (the weekend) to respond to the many inaccurate assertions in the Motion,

6  which will substantially aid and streamline this Court's resolution.  Counsel for Plaintiff

7  Arizona Center for Disability Law has no opposition to this request. Defense Counsel left

8  a message for Individual Plaintiffs' counsel, Caroline Mitchell, to ascertain their position,

9  but because of the urgency of this request they could not wait for a response.  Defendants

10  further request an expedited ruling so that they know whether a Response is due

11  tomorrow.

12           DATED this __24th__ day of October 2013.

13                              STRUCK WIENEKE & LOVE, P.L.C.

14

15                              By /s/ Ashlee B. Fletcher
                                    _____
16                                  Daniel P. Struck
                                    Kathleen L. Wieneke
17                                  Rachel Love
                                    Timothy J. Bojanowski
18                                  Nicholas D. Acedo
                                    Courtney R. Cloman
19                                  Ashlee B. Fletcher
                                    Anne M. Orcutt
20                                  STRUCK WIENEKE & LOVE, P.L.C.
                                    3100 West Ray Road, Suite 300
21                                  Chandler, Arizona  85226

22                                  Arizona Attorney General Thomas C. Horne
                                    Office of the Attorney General
23                                  Michael E. Gottfried
                                    Lucy M. Rand
24                                  Assistant Attorneys General
                                    1275 W. Washington Street
25                                  Phoenix, Arizona 85007-2926

26                                  *Attorneys for Defendants*

27

28

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:              ahardy@prisonlaw.com

Amy Fettig:               afettig@npp-aclu.org

Caroline N. Mitchell:      cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:        ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:       DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda:     dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:         dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:            dspecter@prisonlaw.com

James Duff Lyall:          jlyall@acluaz.org; gtorres@acluaz.org

Jennifer Ann Alewelt:      jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Cathleen M. Dooley:        cdooley@azdisabilitylaw.org

J.J. Rico:                 jrico@azdisabilitylaw.org

John Howard Gray:          jhgray@perkinscoie.com; slawson@perkinscoie.com

Kelly Joyce Flood:         kflood@acluaz.org; gtorres@acluaz.org

Kirstin T. Eidenbach:      keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried:Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

Sara Norman:               snorman@prisonlaw.com

Sophia Calderon:           scalderon@jonesday.com; lwong@jonesday.com

Asim Varma:                avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

| | |
|---|---|
| 1 | David C. Kiernan: dkiernan@jonesday.com; lwong@jonesday.com |
| 2 | John Laurens Wilkes: jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 3 | Kamilla Mamedova: kmamedova@jonesday.com |
| 4 | Jennifer K. Messina: jkmessina@jonesday.com |
| 5 | Taylor Freeman: tfreeman@jonesday.com |
| 6 | Sarah Eve Kader: skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 7 | Katherine E. Watanabe: Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| 8 | Amelia M. Gerlicher: agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| 9 | Lucy Marie Rand: Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| 10 | Ajmel Quereshi: aquereshi@npp-aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ *Ashlee B. Fletcher*