**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR RECONSIDERATION (DOC. 687)** |

The Court, having reviewed Defendants' Motion for Extension of Time to Respond to Plaintiffs' Motion for Reconsideration (Doc. 687), and good cause appearing,

IT IS ORDERED that the Defendants' Motion for Extension is GRANTED.

IT IS FURTHER ORDERED that Defendants' Response to Plaintiffs' Motion for Reconsideration be filed no later than 5:00 p.m. on Monday, October 28, 2013.