# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>　　　　　　　　　　　　Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　Defendants. | NO. CV-12-00601-PHX-NVW<br><br>**ORDER** |

　　　The Court, having reviewed Defendants' Motion for Extension of Time to Respond to Plaintiffs' Motion for Reconsideration (Doc. 702), and good cause appearing,

　　　IT IS ORDERED that the Defendants' Motion for Extension (Doc. 702) is GRANTED.

　　　IT IS FURTHER ORDERED that Defendants' Response to Plaintiffs' Motion for Reconsideration shall be filed no later than 5:00 p.m. on Monday, October 28, 2013.

　　　IT IS FURTHER ORDERED setting Oral Argument on the Motion for Reconsideration (Doc. 687) on November 1, 2013 at 3:00 p.m. in Courtroom 504, 401 W. Washington, Phoenix, Arizona 85003.

　　　Dated this 24th day of October, 2013.

_____
Neil V. Wake
United States District Judge