1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                                DISTRICT OF ARIZONA

| | |
|---|---|
| 8  Victor Parsons; Shawn Jensen; Stephen Swartz;<br>Dustin Brislan; Sonia Rodriguez; Christina<br>9  Verduzco; Jackie Thomas; Jeremy Smith; Robert<br>Gamez; Maryanne Chisholm; Desiree Licci; Joseph<br>10  Hefner; Joshua Polson; and Charlotte Wells, on<br>behalf of themselves and all others similarly<br>11  situated; and Arizona Center for Disability Law,<br>12                          Plaintiffs,<br>13        v.<br>14  Charles Ryan, Director, Arizona Department of<br>Corrections; and Richard Pratt, Interim Division<br>Director, Division of Health Services, Arizona<br>15  Department of Corrections, in their official<br>capacities,<br>16                          Defendants. | No. CV 12-00601-PHX-NVW<br><br>**[PROPOSED] ORDER<br>GRANTING PLAINTIFFS'<br>MOTION FOR EXTENSION<br>OF TIME TO FILE REPLY<br>IN SUPPORT OF MOTION<br>FOR RECONSIDERATION** |

17

18          The Court, having reviewed Plaintiffs' Motion for Extension of Time, and good

19   cause appearing,

20          IT IS ORDERED that Plaintiffs' Motion is GRANTED and Plaintiffs' time for

21   filing a reply brief in support of Plaintiffs' Motion for Reconsideration is extended until 5

22   p.m. on October 31, 2013.

23

24   SFI-842510v1

25

26

27

28