1     Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
2     James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3     3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
4     Telephone:  (602) 650-1854
Email: dpochoda@acluaz.org
5           kflood@acluaz.org
          jlyall@acluaz.org
6     *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7     *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
8     *Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
9     *behalf of themselves and all others similarly situated*

      **[ADDITIONAL COUNSEL LISTED BELOW]**
10

11     Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
12     Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
13     5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
14     Telephone:  (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
15           avarma@azdisabilitylaw.org
          skader@azdisabilitylaw.org

16     *Attorneys for Plaintiff Arizona Center for Disability Law*

17     **[ADDITIONAL COUNSEL LISTED BELOW]**

               UNITED STATES DISTRICT COURT
18
                DISTRICT OF ARIZONA
19

| | |
|---|---|
| 20   Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **SUPPLEMENTAL DECLARATION OF CAROLINE N. MITCHELL IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

I, Caroline N. Mitchell, declare as follows:

1.     I am an attorney at Jones Day and counsel for the class of prisoner plaintiffs in this matter.   I have personal knowledge of the matters set forth below and am competent to testify to them if called upon to do so.

2.     Attached as Exhibit 16 are true and correct copies of excerpts of the depositions of (1) Kathleen Campbell, RN taken on September 11, 2013; (2) Carson Anton McWilliams (ADC 30(b)(6)), taken September 27, 2013; (3) Sonia Rodriguez, taken on August 13, 2013; and (4) Dr. Nicole Taylor, taken September 5, 2013, arranged in alphabetical order.

3.     Attached as Exhibit 17 is a true and correct copy of an excerpt of Defendants' Seventeenth Supplemental Response to Plaintiff Victor Parsons' First Set of Requests for Production of Documents to Defendants, No. 53.

4.     Attached as Exhibit 18 is a true and correct copy of an email produced by Defendants on October 25, 2013.

5.     Attached as Exhibit 19 is a true and correct copy of an email produced by Defendants on October 25, 2013.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of October, 2013 in San Francisco, California

*s/ Caroline N. Mitchell*
Caroline N. Mitchell

1  **ADDITIONAL COUNSEL:**

2
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*

3
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*

4
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**

5
1917 Fifth Street
Berkeley, California 94710

6
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com

7
          ahardy@prisonlaw.com
          snorman@prisonlaw.com

8
          ckendrick@prisonlaw.com
          wgeorge@prisonlaw.com

9
*Admitted *pro hac vice*

10
Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)

11
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF**

12
**ARIZONA**
3707 North 7th Street, Suite 235

13
Phoenix, Arizona 85013
Telephone:  (602) 650-1854

14
Email:    dpochoda@acluaz.org
          kflood@acluaz.org

15
          jlyall@acluaz.org

16
*Admitted pursuant to Ariz. Sup. Ct.
R. 38(f)

17
David C. Fathi (Wash. 24893)*

18
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*

19
**ACLU NATIONAL PRISON**
**PROJECT**

20
915 15th Street N.W., 7th Floor
Washington, D.C. 20005

21
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org

22
          afettig@npp-aclu.org
          aquereshi@npp-aclu.org

23
*Admitted *pro hac vice*.  Not admitted

24
 in DC; practice limited to federal
 courts.

25
**Admitted *pro hac vice*

26

27

28

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           keidenbach@perkinscoie.com
           jhgray@perkinscoie.com
           mdumee@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
Sophia Calderón (Cal. 278315)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
           scalderon@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
           tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
           jkmessina@jonesday.com

*Admitted *pro hac vice*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;*
*Stephen Swartz; Dustin Brislan; Sonia*
*Rodriguez; Christina Verduzco; Jackie*
*Thomas; Jeremy Smith; Robert Gamez;*
*Maryanne Chisholm; Desiree Licci; Joseph*
*Hefner; Joshua Polson; and Charlotte*
*Wells, on behalf of themselves and all others*
*similarly situated*

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    jalewelt@azdisabilitylaw.org
             avarma@azdisabilitylaw.org
             skader@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Cathleen M. Dooley (Bar No. 022420)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:    jrico@azdisabilitylaw.org
             cdooley@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability*
*Law*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 31, 2013, I electronically transmitted the above

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

s/ Delana Freouf