1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
8  *Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
9  *behalf of themselves and all others similarly situated*

   **[ADDITIONAL COUNSEL LISTED BELOW]**
10

11 Jennifer Alewelt (Bar No. 027366)
   Asim Varma (Bar No. 027927)
   Sarah Kader (Bar No. 027147)
12 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
13 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
14 Email: jalewelt@azdisabilitylaw.org
          avarma@azdisabilitylaw.org
15        skader@azdisabilitylaw.org

16 *Attorneys for Plaintiff Arizona Center for Disability Law*

   **[ADDITIONAL COUNSEL LISTED BELOW]**
17

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **SUPPLEMENTAL DECLARATION OF SOPHIA CALDERÓN IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION** |

78204-0001/LEGAL28252947.2

I, Sophia Calderón, declare as follows:

1. I am an attorney at Jones Day and counsel for the class of prisoner plaintiffs in this matter. I have personal knowledge of the matters set forth below and am competent to testify to them if called upon to do so.

2. On September 16, 2013, Defendants served Defendant Charles Ryan's Responses to Plaintiff Robert Gamez's First Set of Requests for Admissions. Defendants refused to respond to forty-one of the Requests in this Set. Attached hereto as Exhibit 1 is a true and correct copy of Defendant Charles Ryan's Responses to Plaintiff Robert Gamez's First Set of Requests for Admissions.

3. On September 16, 2013, Defendants served Defendant Charles Ryan's Responses to Plaintiff Robert Gamez's First Set of Interrogatories. Defendants refused to respond to eight of the Requests in this Set. Attached hereto as Exhibit 2 is a true and correct copy of Defendant Charles Ryan's Responses to Plaintiff Robert Gamez's First Set of Interrogatories.

4. On September 16, 2013, Defendants served Defendant Charles Ryan's Responses to Plaintiff Desiree Licci's First Set of Requests for Admission. Defendants refused to respond to all eight of the Requests in this Set. Attached hereto as Exhibit 3 is a true and correct copy of Defendant Charles Ryan's Responses to Plaintiff Desiree Licci's First Set of Requests for Admission.

5. On September 16, 2013, Defendants served Defendant Charles Ryan's Responses to Plaintiff Desiree Licci's First Set of Interrogatories. Defendants refused to respond to eight of the Requests in this Set. Attached hereto as Exhibit 4 is a true and correct copy of Defendant Charles Ryan's Responses to Plaintiff Desiree Licci's First Set of Interrogatories.

6. Of the discovery responses Defendants served in the last month of fact discovery, Defendants refused to answer approximately forty-nine percent of the interrogatories and requests for admission propounded by Plaintiffs.

78204-0001/LEGAL28252947.2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31th day of October, 2013 in San Francisco, California.

*s/ Sophia Calderón*
Sophia Calderón

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com
           wgeorge@prisonlaw.com

*Admitted *pro hac vice*

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     dpochoda@acluaz.org
           kflood@acluaz.org
           jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org
           aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           keidenbach@perkinscoie.com
           jhgray@perkinscoie.com
           mdumee@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
Sophia Calderón (Cal. 278315)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:     cnmitchell@jonesday.com
           scalderon@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
           tfreeman@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | Kamilla Mamedova (N.Y. 4661104)* |
| 2 | Jennifer K. Messina (N.Y. 4912440)*<br>**JONES DAY**<br>222 East 41 Street |
| 3 | New York, New York 10017<br>Telephone: (212) 326-3498 |
| 4 | Email: kmamedova@jonesday.com<br>jkmessina@jonesday.com |
| 5 | |
| 6 | *Admitted *pro hac vice* |
| 7 | Kevin Brantley (Cal. 251886)*<br>**JONES DAY** |
| 8 | 3161 Michelson Drive, Suite 800<br>Irvine, California 92612 |
| 9 | Telephone: (949) 851-3939<br>Email: kcbrantley@jonesday.com |
| 10 | *Admitted *pro hac vice* |
| 11 | *Attorneys for Plaintiffs Shawn Jensen;* |
| 12 | *Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie* |
| 13 | *Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph* |
| 14 | *Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others* |
| 15 | *similarly situated* |
| 16 | Jennifer Alewelt (Bar No. 027366)<br>Asim Varma (Bar No. 027927) |
| 17 | Sarah Kader (Bar No. 027147)<br>**ARIZONA CENTER FOR** |
| 18 | **DISABILITY LAW**<br>5025 East Washington Street, Suite 202 |
| 19 | Phoenix, Arizona 85034<br>Telephone: (602) 274-6287 |
| 20 | Email: jalewelt@azdisabilitylaw.org<br>avarma@azdisabilitylaw.org |
| 21 | skader@azdisabilitylaw.org |
| 22 | J.J. Rico (Bar No. 021292)<br>Cathleen M. Dooley (Bar No. 022420) |
| 23 | **ARIZONA CENTER FOR**<br>**DISABILITY LAW** |
| 24 | 100 N. Stone Avenue, Suite 305<br>Tucson, Arizona 85701 |
| 25 | Telephone: (520) 327-9547<br>Email: jrico@azdisabilitylaw.org |
| 26 | cdooley@azdisabilitylaw.org |
| 27 | *Attorneys for Arizona Center for Disability Law* |
| 28 | |

78204-0001/LEGAL28252947.2                           -4-

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

                                                                    s/ Delana Freouf