1    Daniel Pochoda (Bar No. 021979)
     Kelly J. Flood (Bar No. 019772)
2    James Duff Lyall (Bar No. 330045)*
     **ACLU FOUNDATION OF ARIZONA**
3    3707 North 7th Street, Suite 235
     Phoenix, Arizona 85013
4    Telephone:  (602) 650-1854
     Email: dpochoda@acluaz.org
5            kflood@acluaz.org
             jlyall@acluaz.org
6    *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin
     Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
8    *Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree
     Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
9    *behalf of themselves and all others similarly situated*

     **[ADDITIONAL COUNSEL LISTED BELOW]**
10
     Jennifer Alewelt (Bar No. 027366)
11   Asim Varma (Bar No. 027927)
     Sarah Kader (Bar No. 027147)
12   **ARIZONA CENTER FOR DISABILITY LAW**
     5025 East Washington Street, Suite 202
13   Phoenix, Arizona 85034
     Telephone:  (602) 274-6287
14   Email: jalewelt@azdisabilitylaw.org
             avarma@azdisabilitylaw.org
15           skader@azdisabilitylaw.org

16   *Attorneys for Plaintiff Arizona Center for Disability Law*

     **[ADDITIONAL COUNSEL LISTED BELOW]**
17
                        UNITED STATES DISTRICT COURT
18
                            DISTRICT OF ARIZONA
19

20   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
     Dustin Brislan; Sonia Rodriguez; Christina              (MEA)
21   Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph
22   Hefner; Joshua Polson; and Charlotte Wells, on      **PLAINTIFFS' MOTION TO
     behalf of themselves and all others similarly       SEAL ITEMS ASSOCIATED
23   situated; and Arizona Center for Disability Law,    WITH PLAINTIFFS' REPLY
                                                         IN SUPPORT OF THEIR
24                                   Plaintiffs,         MOTION FOR
                                                         RECONSIDERATION AS
              v.                                         CONFIDENTIAL**
25
     Charles Ryan, Director, Arizona Department of
26   Corrections; and Richard Pratt, Interim Division
     Director, Division of Health Services, Arizona
27   Department of Corrections, in their official
     capacities,
28                                   Defendants.

**Motion and Memorandum**

Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the Clerk to file under seal designated portions of documents associated with Plaintiffs' Reply in Support of Their Motion for Reconsideration, filed herewith, as Confidential.  Specifically, Plaintiffs move to seal Exhibits 18 and 19 to the Supplemental Declaration of Caroline N. Mitchell in Support of Plaintiffs' Motion for Reconsideration and the reference to those exhibits in Plaintiffs' Reply in Support of Their Motion for Reconsideration.  An unredacted version of Plaintiffs' Reply in Support of Their Motion for Reconsideration has been lodged herewith.

The materials Plaintiffs move to seal are two emails produced by Defendants on October 25, 2013 that Defendants have designated as confidential pursuant to the governing protective order.  Plaintiffs sent the documents so Defendants' counsel last night to inquire if they should be filed under seal, but have not gotten a response, and are therefore requesting that the documents be filed under seal to ensure they are not public while Defendants determine which, if any portions of documents are covered by the protective order.  To ensure there is a public version of the Plaintiffs' Reply in Support of Their Motion for Reconsideration, Plaintiffs have carefully redacted only those portions of the filing referring to the information designated Confidential by Defendants.

Dated:  October 31, 2013

**JONES DAY**

By: *s/ Caroline Mitchell*
Caroline Mitchell (Cal. 143124)*
Sophia Calderón (Cal. 278315)*
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
            scalderon@jonesday.com

*Admitted *pro hac vice*

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          keidenbach@perkinscoie.com
          jhgray@perkinscoie.com
          mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    dpochoda@acluaz.org
          kflood@acluaz.org
          jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
            afettig@npp-aclu.org
            aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
  in DC; practice limited to federal
  courts.
**Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com
            tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
            jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:     kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:     jalewelt@azdisabilitylaw.org
           avarma@azdisabilitylaw.org
           skader@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Cathleen M. Dooley (Bar No. 022420)
**ARIZONA CENTER FOR
DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:     jrico@azdisabilitylaw.org
           cdooley@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1  **<u>CERTIFICATE OF SERVICE</u>**

2      I hereby certify that on October 31, 2013, I electronically transmitted the above

3  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4  Notice of Electronic Filing to the following CM/ECF registrants:

5
Michael E. Gottfried
6  Katherine E. Watanabe
Lucy M. Rand
7  Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
8  Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
9
Daniel P. Struck
10  Kathleen L. Wieneke
Timothy J. Bojanowski
11  Rachel Love
Nicholas D. Acedo
12  Courtney R. Cloman
Ashlee B. Fletcher
13  Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
14  dstruck@swlfirm.com
kwieneke@swlfirm.com
15  tbojanowski@swlfirm.com
rlove@swlfirm.com
16  nacedo@swlfirm.com
ccloman@swlfirm.com
17  afletcher@swlfirm.com
aorcutt@swlfirm.com
18
19      *Attorneys for Defendants*

20

21                                         s/ Delana Freouf

22

23

24

25

26

27

28