Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
          kflood@acluaz.org
          jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
          avarma@azdisabilitylaw.org
          skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **NOTICE OF ERRATA TO PLAINTIFFS' MOTION TO SEAL ITEMS ASSOCIATED WITH PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION AS CONFIDENTIAL** |

1   Plaintiffs wish to inform the court of an error in the Motion to Seal filed with
2   Plaintiffs' Reply in Support of Motion for Reconsideration. Local rules require that the
3   parties confer before one party submits documents designated confidential by the other
4   party. At the time the Motion to Seal was drafted this morning, Plaintiffs' counsel had not
5   yet heard back from Defendants' counsel regarding the need to seal Exhibits 18 and 19 to
6   Caroline Mitchell's Supplemental Declaration. Therefore, the Motion included language
7   to that effect, and indicated that Plaintiffs were nevertheless moving to seal to give
8   Defendants more time to determine if the documents were covered by the protective order.

9   Defendants' counsel responded to Ms. Mitchell's question about the documents at
10  11 a.m., indicating that they needed more time to determine if the documents were
11  covered by the protective order. Ms. Mitchell forwarded the email to undersigned counsel
12  at 11:20, but at that time neither my computer nor my phone were receiving email. I did
13  not receive the email until after the documents were filed at the noon deadline.

14  Plaintiffs wish the record to reflect that Defendants did indeed respond to
15  Plaintiffs' inquiry, and that they requested that the documents be filed under seal.

Dated: October 31, 2013                    **PERKINS COIE LLP**

By:   Amelia M. Gerlicher
      Daniel C. Barr (Bar No. 010149)
      Amelia M. Gerlicher (Bar No. 023966)
      Kirstin T. Eidenbach (Bar No. 027341)
      John H. Gray (Bar No. 028107)
      Matthew B. du Mée (Bar No. 028468)
      2901 N. Central Avenue, Suite 2000
      Phoenix, Arizona 85012
      Telephone: (602) 351-8000
      Email:   dbarr@perkinscoie.com
               agerlicher@perkinscoie.com
               keidenbach@perkinscoie.com
               jhgray@perkinscoie.com
               mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    dpochoda@acluaz.org
          kflood@acluaz.org
          jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org
          aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

1  Caroline Mitchell (Cal. 143124)*
   David C. Kiernan (Cal. 215335)*
2  Sophia Calderón (Cal. 278315)*
   **JONES DAY**
3  555 California Street, 26th Floor
   San Francisco, California 94104
4  Telephone: (415) 875-5712
   Email:   cnmitchell@jonesday.com
5           dkiernan@jonesday.com
            scalderon@jonesday.com
6
   *Admitted *pro hac vice*
7
   John Laurens Wilkes (Tex. 24053548)*
8  Taylor Freeman (Tex. 24083025)*
   **JONES DAY**
9  717 Texas Street
   Houston, Texas 77002
10 Telephone: (832) 239-3939
   Email:   jlwilkes@jonesday.com
11          tfreeman@jonesday.com

12 *Admitted *pro hac vice*

13 Kamilla Mamedova (N.Y. 4661104)*
   Jennifer K. Messina (N.Y. 4912440)*
14 **JONES DAY**
   222 East 41 Street
15 New York, New York 10017
   Telephone: (212) 326-3498
16 Email:   kmamedova@jonesday.com
            jkmessina@jonesday.com
17
   *Admitted *pro hac vice*
18
   Kevin Brantley (Cal. 251886)*
19 **JONES DAY**
   3161 Michelson Drive, Suite 800
20 Irvine, California 92612
   Telephone: (949) 851-3939
21 Email:   kcbrantley@jonesday.com

22 *Admitted *pro hac vice*

23 *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia*
24 *Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez;*
25 *Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte*
26 *Wells, on behalf of themselves and all others similarly situated*

27

28

| | |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 | |
| 3 | By:   s/ Jennifer Alewelt |
| 4 |      Jennifer Alewelt (Bar No. 027366)<br>     Asim Varma (Bar No. 027927) |
| 5 |      Sarah Kader (Bar No. 027147)<br>     5025 East Washington Street, Suite 202 |
| 6 |      Phoenix, Arizona 85034<br>     Telephone:  (602) 274-6287 |
| 7 |      Email:   jalewelt@azdisabilitylaw.org<br>                avarma@azdisabilitylaw.org |
| 8 |                 skader@azdisabilitylaw.org |
| 9 |      J.J. Rico (Bar No. 021292)<br>     Cathleen M. Dooley (Bar No. 022420) |
| 10 |      **ARIZONA CENTER FOR DISABILITY LAW**<br>     100 N. Stone Avenue, Suite 305 |
| 11 |      Tucson, Arizona 85701<br>     Telephone:  (520) 327-9547 |
| 12 |      Email:   jrico@azdisabilitylaw.org<br>                cdooley@azdisabilitylaw.org |
| 13 | |
| 14 | *Attorneys for Arizona Center for Disability Law* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

                                              s/ S. Neilson

78204-0001/LEGAL28255875.1