Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
       avarma@azdisabilitylaw.org
       skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**DECLARATION OF AJMEL QUERESHI IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION**<br><br>**[FILED UNDER SEAL]** |

SFI-840407v1

I, Ajmel Quereshi, declare:

1. I am an attorney licensed to practice before the courts of the District of Columbia. I am Staff Counsel at the National Prison Project of the American Civil Liberties Union, counsel for the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. I am familiar with Plaintiffs' discovery requests and Defendants' document productions. Defendants have not produced the documents identified below.

3. Defendants have not produced "psych autopsies" which ADC uses to determine if a prisoner death was preventable. These documents are responsive to Parsons' First Request for the Production of Documents, No. 40. *See* Mitchell Decl., Exhibit 9, filed herewith.

4. Defendants have not produced spreadsheets attached to one of Marlene Bedoya's, ADC's Health Services Contract Compliance Monitor, memoranda summarizing troublesome trends regarding the administration of sick calls and the management of medical records  These documents are responsive to Requests Nos. 4 and 5 from Plaintiffs' Notice of 30(b)(6) Deposition Duces Tecum, dated August 9, 2012 [Doc. 76]. *See* attached Exhibit 1.

5. Defendants have not produced "snapshots" documenting problems at ADC facilities regarding the provision of pharmaceuticals. These "snapshots" were cited as the basis for several findings of non-compliance in Martin Winland's, ADC's Pharmacy Monitor, MGAR reports. These documents are responsive to Requests Nos. 4 and 5 from Plaintiffs' Notice of 30(b)(6) Deposition Duces Tecum, dated August 9, 2012 [Doc. 76]. *See* attached Exhibit 1.

6. Defendants have not produced the "Strategic Plan Initiative," regarding prisoners in maximum custody, or any related documents. ADC's Mental Health Monitor, Dr. Nicole Taylor, testified that ADC has established a committee to develop new policies and procedures for its isolation units. She identified a document, referred to

SFI-840407v1

as the "Strategic Plan Initiative," setting forth this new policy/plan. *See* Taylor Dep., 29:1-25; 30:1-25; 31:1-6.[1] The Plan and any related documents are responsive to Parsons' First Request for the Production of Documents, No. 9. *See* Mitchell Decl., Exhibit 9.

7. Defendants have not produced the "evolving matrices" ADC uses to determine when a prisoner is ready to be transitioned out of an isolation cell. The matrices and any related documents are responsive to Parsons' First Request for the Production of Documents, No. 9. *See* Mitchell Decl., Exhibit 9.

8. Defendants have not produced monthly inmate grievance appeals reports. Juliet Respicio-Moriarty, ADC's Inmate Grievances/Appeals Monitor, testified that in addition to the documents Defendants have produced related to prisoner grievances, ADC produces monthly inmate grievance appeal reports. *See* Moriarty Dep., 22:10-19. These documents are responsive to Parsons' First Request for the Production of Documents, No. 55 . *See* Mitchell Decl., Exhibit 9.

9. Defendants have not produced updated statistics compiled by ADC revealing a change in the suicide rate in ADC facilities. Any documents containing these statistics are responsive to Licci's First Request for the Production of Documents, No. 48 *See* attached Exhibit 1.

10. Defendants have not produced a report listing all prisoners held in isolation units and the amount of time spent there by each prisoner. This document is responsive to Parsons' First Request for the Production of Documents, No. 53. *See* Mitchell Decl., Exhibit 9.

11. Defendants have not produced documents related to ADC's psych associate database, documenting how often prisoners in isolation units receive mental health programming or any related documents. Nicole Taylor testified that psych. associates track the provision of mental health programming to prisoners in isolation in a database. *See* Taylor Dep., 211:12-15; 212:1-5; 213:12-25. The database and any related

---

[1] The deposition testimony cited herein is attached as part of Exhibit 1 to Plaintiffs' Motion for Reconsideration.

documents are responsive to Licci's First Request for the Production of Documents, No. 6, and Polson's First Request for the Production of Documents, No. 21. *See* attached Exhibits 2 and 3, respectively.

12. Defendants have not produced Corrective Action Plans (CAPs) created by Corizon in response to deficiencies ADC monitors identify in MGAR reports. According to Troy Evans, ADC's Health Services Monitor, upon a monitor's approval of a CAP, the document is "purged." *See* Evans Dep., 87:24-88:16. ADC has no policy or procedure regarding the preservation of these documents. *Id.* at 94:3-10. Accordingly, unless Mr. Evans prints the CAP before approving it, which he does not always do, the documents cannot be retrieved. *Id.* at 92:12-21. During the deposition of Arthur Gross, Assistant Director of ADC, Defendants' counsel also admitted to not being sure whether the CAPs Corizon creates in response to individual problems monitors identify at ADC facilities are available for production. *See* Gross Dep., 128:14-20.[2] These documents are responsive to Requests Nos. 4 and 5 from Plaintiffs' Notice of 30(b)(6) Deposition Duces Tecum, dated August 9, 2012 [Doc. 76]. *See* attached Exhibit 1.

13. Defendants have not produced agendas from weekly meetings ADC has with Corizon to discuss issues that have come up throughout the week with Corizon. According to the testimony of Nicole Taylor, those weekly meetings are attended by many of the people with senior responsibility for health care, including Defendant Pratt. Taylor Dep., 170:5-17. Ms. Taylor testified that the meetings last two hours and have agendas. These documents are responsive to Requests Nos. 4 and 5 from Plaintiffs' Notice of 30(b)(6) Deposition Duces Tecum, dated August 9, 2012 [Doc. 76]. *See* attached Exhibit 1.

14. Defendants have not produced job descriptions for certain ADC employees related to this litigation, in particular monitoring staff. These documents are responsive to Parsons' First Request for the Production of Documents, Nos. 21 and 61. *See* Mitchell

---

[2] The official transcript of Arthur Gross's deposition omits page numbers on certain pages. Plaintiffs have written in the pages by hand.

Decl., Exhibit 9.

15. Defendants have not produced peer reviews for licensed medical staff. Marlene Bedoya testified that ADC requires Corizon to randomly audit the work of every licensed medical provider to ensure that he or she is providing adequate care. Bedoya Dep., 150:5-22. These documents are responsive to Parsons' First Request for the Production of Documents, No. 6. *See* Mitchell Decl., Exhibit 9.

16. Defendants have not produced documents showing the weekly wait times for dental treatment produced by the Dental Contractor. Troy Evans testified that he receives a weekly report from the Dental Contractor stating the wait times for dental services at ADC facilities. *See* Evans Dep., 146:10-13. These documents are responsive to Requests Nos. 4 and 5 from Plaintiffs' Notice of 30(b)(6) Deposition Duces Tecum, dated August 9, 2012 [Doc. 76]. *See* Exhibit 1.

17. Defendants have not produced documents related to the Arizona Inspector General's annual audits of ADC. Carson McWilliams, ADC's North Region Operations Director testified that each year Arizona's Inspector General audits ADC to determine whether ADC is in compliance with its policies and procedures. McWilliams Dep., 37:25-39:21. These documents are responsive to Parsons' First Request for the Production of Documents, No. 6. *See* Mitchell Decl., Exhibit 9.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 15th of October, 2013, in Washington, District of Columbia.

*s/ Ajmel Quereshi*
Ajmel Quereshi

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org
          aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          keidenbach@perkinscoie.com
          jhgray@perkinscoie.com
          mdumee@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          dkiernan@jonesday.com
          scalderon@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com
          tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
          jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    jalewelt@azdisabilitylaw.org
          avarma@azdisabilitylaw.org
          skader@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Cathleen M. Dooley (Bar No. 022420)
**ARIZONA CENTER FOR DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:    jrico@azdisabilitylaw.org
          cdooley@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

# CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

s/ Lillian Wong

SFI-840407v1

-8-