1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5         kflood@acluaz.org
          jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

11 Jennifer Alewelt (Bar No. 027366)
   Asim Varma (Bar No. 027927)
   Sarah Kader (Bar No. 027147)
12 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
13 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
14 Email: jalewelt@azdisabilitylaw.org
          avarma@azdisabilitylaw.org
15        skader@azdisabilitylaw.org

16 *Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **EXHIBITS 18-19 TO THE SUPPLEMENTAL DECLARATION OF CAROLINE N. MITCHELL IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION** <br><br> **(FILED UNDER SEAL)** |

78204-0001/LEGAL28251547.1

# EXHIBIT 18

| | |
|---|---|
| From: | PRATT, RICHARD <RPRATT@azcorrections.gov> |
| Sent: | Thursday, January 17, 2013 1:16 PM |
| To: | PRATT, RICHARD |
| Subject: | FW: The grievence pile that was just unearthed from before June 2011 |
| Attachments: | 2013-01-03 10.53.35.jpg |

For the bullshit file.

*Richard Pratt*

Program Evaluation Administrator
Health Services Contract Monitoring Bureau
Office: (602) 364-2900

The information contained in this e-mail message and any attachment is privileged and confidential, intended only for the use of specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail.

**From:** PROFIRI, JOE [JPROFIRI@azcorrections.gov]
**Sent:** Saturday, January 05, 2013 8:51 PM
**To:** GROSS, ARTHUR; PRATT, RICHARD
**Subject:** FW: The grievence pile that was just unearthed from before June 2011

Gross/Pratt,

I received two calls from Mullenix yesterday regarding this matter as neither of you, according to her, had communicated with her regarding the below referenced report she submitted the day prior. Though it evidently had been passed on to Allred.

To ensure clarity of my perspective, the two of you have operational responsibility for the Health Service Bureau. It was clear based on my conversation with Mullenix that she includes me and ultimately contacted me, versus one of you, regarding the matter because she knows I will take action. She or any vendor should have the same feeling about each of you. It's up to you to establish that confidence with all stakeholders and constituents of your area of responsibility. Non-response or defaulting to me because I'm included in distribution of a Health Service email is not appropriate nor acceptable. I would appreciate from both of you, "ownership" of your bureau related matters, acknowledgement to the vendor, and relevant action on any Health Service matter.

Her call was also prompted by reported retaliatory behavior/conduct by Terry Allred toward/against the Wexford site manager for having reported the discovery of unprocessed grievances from Allred's tenure as FHA at ASPC-Lewis. Specifically, Allred is reported to have made statement regarding his ability to come down hard on the site manager for having made Allred look bad via reporting the discovery of unprocessed grievances. The messaging reportedly conveyed by Allred was such that the site manager, who is new, feared coming to work. Additionally, Mullenix reported the site manager being treated, by Allred, in a manner that he finds offensive because he (site manager) lives an alternative life style.

The alleged behavior is neither appropriate nor professional and will not be tolerated to any degree by ADC.

I directed Mullenix to document or have documented the described behavior(s) by Allred and submit that documentation to me so I may ensure the matter is formally addressed. Which shall be done in the form of a Supervisor Complaint and potential Administrative Investigation; dependant on Allred's response to the complaint.

I also requested Mullenix deliver to me, the pile of grievances (see photo) which Mr. Allred will receive written directive with suspense to research and provide written response to each or otherwise determine and evidence the grievance(s) have been responded to via Step II because of a non-response at Step I.

After receiving the aforementioned complaints, I contacted Mr. Allred via telephone and gave him stern counsel regarding such behavior, the Department's expectations and my intent to formally address the allegations made against him. In the interim, he was given direct orders to cease and desist any such inappropriate behavior, retaliation, bullying and/or unprofessional conduct. My messaging was very clear and blunt; when asked if he had any questions or needed any clarity with regard to my expectations or directions, he advised he did not.

If there are any questions or clarity necessary on this matter or otherwise, engage me accordingly.

Joe

-----Original Message-----
From: Karen Mullenix [kmullenix@wexfordhealth.com]
Sent: Thursday, January 03, 2013 12:52 PM US Mountain Standard Time
To: GROSS, ARTHUR; PROFIRI, JOE; PRATT, RICHARD
Subject: FW: The grievence pile that was just unearthed from before June 2011

111 Grievances stuffed in a drawer.........................dated 3/11 - 6/11 at Lewis. What would you like for me to do with them? This came up once before regarding old grievances not processed before July 1 and the former FHAs were directed to process them.

Karen Mullenix

Director of Operations

Wexford Health Sources

Office: 480-696-7541

Mobile: 602-501-9403

Fax: 602-252-1382

kmullenix@wexfordhealth.com


"R.A.I.S.E." the Standard"

---

From: Cameron Lewis
Sent: Thursday, January 03, 2013 11:06 AM
To: Noreen Vanca; Karen Mullenix
Subject: The grievence pile that was just unearthed from before June 2011

111 grievances were just found stuffed in a drawer under stuff. They date March 26, 2011 to June 30 2011.
Many of them are Grievances that had they been responded to originally we would not have had repeated grievances from the frequent flyers(writers)

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                         AGA_Review_00095603

~C

From: Cameron Lewis
Sent: Thursday, January 03, 2013 10:56 AM
To: Cameron Lewis
Subject: Griev

Sent from my Verizon Wireless 4G LTE smartphone

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER         AGA_Review_00095604

# EXHIBIT 19

| | |
|---|---|
| **From:** | DUMKRIEGER, TRUDY <TDUMKRIE@azcorrections.gov> |
| **Sent:** | Wednesday, February 20, 2013 11:15 AM |
| **To:** | PRATT, RICHARD; CAMPBELL, KATHLEEN |
| **Subject:** | FW: provider coverage reduction |

FYI

**From:** Matthew Harvey [mailto:mharvey@wexfordhealth.com]
**Sent:** Wednesday, February 20, 2013 11:12 AM
**To:** DUMKRIEGER, TRUDY
**Subject:** FW: provider coverage reduction


**From:** Kevin Lewis
**Sent:** Tuesday, February 19, 2013 11:27 AM
**To:** Matthew Harvey; Lisa Allard
**Subject:** provider coverage reduction

Corizon tells me that Dr. Moyse will only be half-time, all other providers have accepted at their current status. So now we have:
Catsaros - 20 hr/wk
Moyse - 20 hr/wk (vs prior 40hr/wk = 20 provider hours lost per week and 1 on-call lost)
Brown, Clayton and myself all remain 40 hr/wk.
Our skeleton just lost a foot and tibia.
We need to do March provider and on-call schedule and will be more pressed for coverage than before.

Re on call - I think we will have to add me to the regular call schedule and DC my full-time IPC call.
Re complex coverage - Lets keep Moyse at Manz 2 days/wk and will have to pull Dr. Brown to cover Minors/CDU q 2 wks and Rincon q2 week and chart review at Rincon after completing Minors/CDU and Ms. Clayton to do Catalina 1 day per week. Anticipate the already overloaded backlog to get worse over the next few months.

This could be the straw that breaks the camel's back for both Brown and Clayton, but especially for Melissa as she is already awaiting an offer from the Feds. All providers are telling me they are mentally, emotionally and physically exhausted already and so am I.

Please share this w/ ADOC Central Office as there is absolutely no way we can provide contract required coverage w/ current staffing. Need to find out if there is a way to expedite security clearance once new potential provider candidates become available.

Also, please share this w/ Corizon if anyone has contact info for them.

Kevin Lewis, MD
ASP-T site Medical Director
Wexford Health

1

**CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER**          AGA_Review_00001721