✎AO 435
(Rev. 10/05)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Read Instructions on Back:*

| FOR COURT USE ONLY |
| --- |
| **DUE DATE:** |

| 1. NAME <br> Amelia Gerlicher | 2. PHONE NUMBER <br> (602) 351-8308 | 3. DATE <br> 12/2/2013 | |
| --- | --- | --- | --- |

| 4. FIRM NAME <br> Perkins Coie LLP | | | |
| --- | --- | --- | --- |

| 5. MAILING ADDRESS <br> 2901 N. Central Avenue, Suite 2000 | 6. CITY <br> Phoenix | 7. STATE <br> Arizona | 8. ZIP CODE <br> 85012 |
| --- | --- | --- | --- |

| 9. CASE NUMBER <br> 2:12-cv-00601-NVW | 10. JUDGE <br> Wake | DATES OF PROCEEDINGS | |
| --- | --- | --- | --- |
| | | 11. 11/1/2013 | 12. |

| 13. CASE NAME <br> Parsons v. Ryan | LOCATION OF PROCEEDINGS | |
| --- | --- | --- |
| | 14. Phoenix | 15. STATE  Arizona |

**16. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| --- | --- | --- | --- |
| ☐ NON-APPEAL | ☑ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
| --- | --- | --- | --- |
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Oral Argument on Motion | |
| ☐ BAIL HEARING | | for Reconsideration | November 1, 2013 |

**18. ORDER**

| **CATEGORY** | ORIGINAL + 1 <br> (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | **DELIVERY INSTRUCTIONS** <br> (check all that apply) | ESTIMATED COSTS |
| --- | --- | --- | --- | --- | --- |
| 30 DAYS | ☐ | ☐ | | | |
| 14 DAYS | ☑ | ☐ | | PAPER COPY ☐ | |
| 7 DAYS | ☐ | ☐ | | E-MAIL ☑ | |
| DAILY | ☐ | ☐ | | DISK ☐ | |
| HOURLY | ☐ | ☐ | | PDF FORMAT ☐ | |
| REALTIME | ☐ | ☐ | | ASCII FORMAT ☐ | |

| CERTIFICATION (19. & 20.) <br> By signing below, I certify that I will pay all charges <br> (deposit plus additional). | E-MAIL ADDRESS <br> agerlicher@perkinscoie.com |
| --- | --- |
| 19. SIGNATURE <br> s/ Amelia M. Gerlicher | **NOTE:  IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE   12/2/2013 | |

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
| --- | --- | --- | --- | --- |
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY