| ⌘AO 435<br>(Rev. 10/05)<br>*Read Instructions on Back:* | Administrative Office of the United States Courts<br><br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|
| **1. NAME**<br>Daniel P. Struck | | **2. PHONE NUMBER**<br>(480) 420-1600 | **3. DATE**<br>12/3/2013 |
| **4. FIRM NAME**<br>Struck Wieneke & Love, PLC | | | |
| **5. MAILING ADDRESS**<br>3100 W. Ray Road, Ste. 300 | | **6. CITY**<br>Chandler | **7. STATE** AZ   **8. ZIP CODE** 85226 |
| **9. CASE NUMBER**<br>2:12-cv-00601-NVW | **10. JUDGE**<br>Neil Vincent Wake | DATES OF PROCEEDINGS<br>11. 11/1/2013    12. | |
| **13. CASE NAME**<br>Parsons v. Ryan | | LOCATION OF PROCEEDINGS<br>14. Phoenix   15. STATE Arizona | |

**16. ORDER FOR**
- ☐ APPEAL            ☐ CRIMINAL            ☐ CRIMINAL JUSTICE ACT            ☐ BANKRUPTCY
- ☐ NON-APPEAL     ☑ CIVIL                   ☐ IN FORMA PAUPERIS               ☐ OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Oral Argument on Motion | |
| ☐ BAIL HEARING | | for Reconsideration | November 1, 2013 |

**18. ORDER**

| CATEGORY | ORIGINAL + 1<br>(original to Court,<br>copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS<br>(check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | | |
| 14 DAYS | ☑ | ☐ | | PAPER COPY    ☐ | |
| 7 DAYS | ☐ | ☐ | | E-MAIL           ☑ | |
| DAILY | ☐ | ☐ | | DISK               ☐ | |
| HOURLY | ☐ | ☐ | | PDF FORMAT   ☐ | |
| REALTIME | ☐ | ☐ | | ASCII FORMAT ☐ | |

| CERTIFICATION (19. & 20.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | E-MAIL ADDRESS<br>epercevecz@swlfirm.com |
|---|---|
| **19. SIGNATURE**<br>/s/ Daniel P. Struck | **NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.** |
| **20. DATE** 12/3/2013 | |

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY   PHONE NUMBER | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY