Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Jennifer Alewelt (Bar No. 027366)
Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: jalewelt@azdisabilitylaw.org
       avarma@azdisabilitylaw.org
       skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**NOTICE OF SERVICE OF SUPPLEMENTAL EXPERT REPORTS** |

78204-0001/LEGAL28673954.1

PLEASE TAKE NOTICE that on December 9, 2013, Plaintiffs' Counsel in the above-captioned matter, served on Defendants, by e-mail, confidential supplemental reports by the following experts:

1. Pablo Stewart, M.D.; and
2. Brie Williams, M.D., M.S.

Dated: December 10, 2013

**ACLU NATIONAL PRISON PROJECT**

By: s/ David C. Fathi
David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
afettig@npp-aclu.org
aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
keidenbach@perkinscoie.com
jhgray@perkinscoie.com
mdumee@perkinscoie.com

78204-0001/LEGAL28673954.1

| | |
|---|---|
| 1 | Daniel Pochoda (Bar No. 021979) |
| 2 | Kelly J. Flood (Bar No. 019772)<br>James Duff Lyall (Bar No. 330045)* |
| 3 | **ACLU FOUNDATION OF ARIZONA** |
| 4 | 3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013 |
| 5 | Telephone: (602) 650-1854<br>Email: dpochoda@acluaz.org |
| 6 | kflood@acluaz.org<br>jlyall@acluaz.org |
| 7 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |
| 8 | |
| 9 | Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)* |
| 10 | Sara Norman (Cal. 189536)*<br>Corene Kendrick (Cal. 226642)* |
| 11 | Warren E. George (Cal. 53588)*<br>**PRISON LAW OFFICE** |
| 12 | 1917 Fifth Street<br>Berkeley, California 94710 |
| 13 | Telephone: (510) 280-2621<br>Email: dspecter@prisonlaw.com |
| 14 | ahardy@prisonlaw.com<br>snorman@prisonlaw.com |
| 15 | ckendrick@prisonlaw.com<br>wgeorge@prisonlaw.com |
| 16 | *Admitted *pro hac vice* |
| 17 | Caroline Mitchell (Cal. 143124)* |
| 18 | David C. Kiernan (Cal. 215335)*<br>Sophia Calderón (Cal. 278315)* |
| 19 | **JONES DAY**<br>555 California Street, 26th Floor |
| 20 | San Francisco, California 94104<br>Telephone: (415) 875-5712 |
| 21 | Email: cnmitchell@jonesday.com<br>dkiernan@jonesday.com |
| 22 | scalderon@jonesday.com |
| 23 | *Admitted *pro hac vice* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com
tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: kmamedova@jonesday.com
jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email: kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 | |
| 3 | By: s/ Jennifer Alewelt |
| 4 | Jennifer Alewelt (Bar No. 027366)<br>Asim Varma (Bar No. 027927) |
| 5 | Sarah Kader (Bar No. 027147)<br>5025 East Washington Street, Suite 202 |
| 6 | Phoenix, Arizona 85034<br>Telephone: (602) 274-6287 |
| 7 | Email: jalewelt@azdisabilitylaw.org<br>avarma@azdisabilitylaw.org<br>skader@azdisabilitylaw.org |
| 8 | |
| 9 | J.J. Rico (Bar No. 021292)<br>Cathleen M. Dooley (Bar No. 022420) |
| 10 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 11 | 100 N. Stone Avenue, Suite 305<br>Tucson, Arizona 85701 |
| 12 | Telephone: (520) 327-9547<br>Email: jrico@azdisabilitylaw.org<br>cdooley@azdisabilitylaw.org |
| 13 | |
| 14 | *Attorneys for Arizona Center for Disability Law* |

78204-0001/LEGAL28673954.1

-4-

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf