UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ENFORCE COURT'S ORDERS OF OCTOBER 16, 2012 AND NOVEMBER 4, 2013** |

The Court, having reviewed Plaintiffs' Motion to Enforce the Court's Orders of October 16, 2012 and November 14, 2013 (Doc. __), and good cause appearing,

**IT IS SO ORDERED** that Plaintiffs' Motion is GRANTED.

Defendants are ordered to produce to Plaintiffs the medical records of all prisoners who have died since March 4, 2013 to the present, within thirty (30) days of this order.

Defendants are ordered to produce to Plaintiffs the medical records of all prisoners listed in Plaintiff Desiree Licci's First Request for Production of Documents, Request 4,

1  regardless of whether the prisoner has paroled.  Complete production must occur within
2  thirty (30) days of this order.
3       IT IS FURTHER ORDERED that Defendants be prepared to show why Plaintiffs'
4  reasonable expenses incurred in preparing the motion, including attorney fees, should not
5  be assessed against Defendants pursuant to Rule 37(a)(5)(B).