1
2
3
4
5
6
7
8

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has reviewed Plaintiff's Motion to Enforce the Court's Orders of October 16, 2012 and November 4, 2013 (Doc. 727). To expedite the resolution of this motion, the Court will set an accelerated briefing schedule.

**IT IS THEREFORE ORDERED:**

(1)    Defendants must file a response to Plaintiff's Motion to Enforce (Doc. 727) no later than 5:00 p.m. on Wednesday, December 18, 2013.

(2)    Plaintiffs may file a reply no later than 5:00 p.m. on Friday December 20, 2013.

Dated this 16th day of December, 2013.

Neil V. Wake
United States District Judge