1    Arizona Attorney General Thomas C. Horne
     Office of the Attorney General
2    Michael E. Gottfried, Bar No. 010623
     Lucy M. Rand, Bar No. 026919
3    Assistant Attorneys General
     1275 W. Washington Street
4    Phoenix, Arizona 85007-2926
     Telephone: (602) 542-4951
5    Fax: (602) 542-7670
     Michael.Gottfried@azag.gov
6    Lucy.Rand@azag.gov

7    Daniel P. Struck, Bar No. 012377
     Kathleen L. Wieneke, Bar No. 011139
8    Rachel Love, Bar No. 019881
     Timothy J. Bojanowski, Bar No. 22126
9    Nicholas D. Acedo, Bar No. 021644
     Courtney R. Cloman, Bar No. 023155
10   Ashlee B. Fletcher, Bar No. 028874
     Anne M. Orcutt, Bar No. 029387
11   STRUCK WIENEKE & LOVE, P.L.C.
     3100 West Ray Road, Suite 300
12   Chandler, Arizona  85226
     Telephone:  (480) 420-1600
13   Fax:  (480) 420-1696
     dstruck@swlfirm.com
14   kwieneke@swlfirm.com
     rlove@swlfirm.com
15   tbojanowski@swlfirm.com
     nacedo@swlfirm.com
16   ccloman@swlfirm.com
     afletcher@swlfirm.com
17   aorcutt@swlfirm.com
     *Attorneys for Defendants*

18                    **UNITED STATES DISTRICT COURT**
19                         **DISTRICT OF ARIZONA**

20   Victor Parsons, *et al.*, on behalf of themselves    NO. 2:12-cv-00601-NVW
     and all others similarly situated; and Arizona
21   Center for Disability Law,
                                        Plaintiffs,
22                v.                                       **DEFENDANTS' NOTICE OF**
                                                          **SERVICE OF ELEVENTH**
                                                          **SUPPLEMENTAL (EXPERT)**
23   Charles Ryan, Director, Arizona Department          **DISCLOSURE**
     of Corrections; and Richard Pratt, Interim
24   Division Director, Division of Health Services,
     Arizona Department of Corrections, in their
25   official capacities,
                                        Defendants.

26          NOTICE IS HEREBY GIVEN that on the date set forth below, Defendants

27   have served upon Plaintiffs' counsel the discovery listed below by email and U.S. Mail to

28

lead counsel of record (Jennifer Alewelt, jalewelt@azdisabilitylaw.org; Caroline N. Mitchell, cnmitchell@jonesday.com; Amelia M. Gerlicher, agerlicher@perkinscoie.com; Donald Specter, dspecter@prisonlaw.com; and David C. Fathi, dfathi@npp-aclu.org):

      1.     Defendants' Eleventh Supplemental (Expert) Disclosure Statement and retained expert reports identified therein.

DATED this 18th day of December 2013.

STRUCK WIENEKE & LOVE, P.L.C.

By /s/ Timothy J. Bojanowski
   Daniel P. Struck
   Kathleen L. Wieneke
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   Courtney R. Cloman
   Ashlee B. Fletcher
   Anne M. Orcutt
   STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
   Chandler, Arizona  85226

   Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
   Michael E. Gottfried
   Lucy M. Rand
   Assistant Attorneys General
   1275 W. Washington Street
   Phoenix, Arizona 85007-2926

   *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:              ahardy@prisonlaw.com

Amy Fettig:                afettig@npp-aclu.org

Caroline N. Mitchell:      cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:        ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:       DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:         dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:            dspecter@prisonlaw.com

James Duff Lyall:          jlyall@acluaz.org; gtorres@acluaz.org

Jennifer Ann Alewelt:      jalewelt@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Cathleen M. Dooley:        cdooley@azdisabilitylaw.org

J.J. Rico:                 jrico@azdisabilitylaw.org

John Howard Gray:          jhgray@perkinscoie.com; slawson@perkinscoie.com

Kelly Joyce Flood:         kflood@acluaz.org; gtorres@acluaz.org

Kirstin T. Eidenbach:      keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried:Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

Sara Norman:               snorman@prisonlaw.com

Sophia Calderon:           scalderon@jonesday.com; lwong@jonesday.com

Asim Varma:                avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

3

| | |
|---|---|
| 1 | Sarah Rauh:             srauh@jonesday.com; treyes@jonesday.com |
| 2 | David C. Kiernan:       dkiernan@jonesday.com; lwong@jonesday.com |
| 3 | John Laurens Wilkes:    jlwilkes@jonesday.com, dkkerr@jonesday.com |
| 4 | Kamilla Mamedova:      kmamedova@jonesday.com |
| 5 | Jennifer K. Messina:     jkmessina@jonesday.com |
| 6 | Taylor Freeman:        tfreeman@jonesday.com |
| 7 | Sarah Eve Kader:        skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| 8 | Katherine E. Watanabe: Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |

Amelia M. Gerlicher:      agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com

Lucy Marie Rand:        Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov

Ajmel Quereshi:         aquereshi@npp-aclu.org

      I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

      N/A

                                /s/ Timothy J. Bojanowski

2847943.1