UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE THE COURT'S ORDERS OF OCTOBER 16, 2012 AND NOVEMBER 4, 2013** |

The Court having reviewed Plaintiffs' Motion to Enforce the Court's Orders of October 16, 2012 and November 14, 2013 (Doc. 727), Defendants' Response (Doc. 731), Plaintiffs' Reply (Doc. 733), the evidence submitted in support of the briefing, the Court that finds that Defendants' position is not substantially justified and the requested documents should be produced. Accordingly, and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Motion is GRANTED.

Defendants shall produce no later than January 22, 2014, the medical records for all ADC prisoners who died on or after March 4, 2013, through September 27, 2013. This includes prisoners who died on-site at ADC prison complexes as well as prisoners who died at an outside hospital or other medical facility after being directly transferred from an ADC prison complex.

78204-0001/LEGAL28781860.2

1  Defendants are not required to produce any death records for prisoners who died at
2  private prisons.

3  Defendants shall produce the medical records for the one year period immediately
4  preceding, and including, the deceased prisoner's date of death.  In individual cases,
5  Plaintiffs may request medical records for up to one additional year if Plaintiffs' expert
6  certifies that s/he needs the earlier documents, and Defendants shall produce those
7  documents.  Defendants may object to production of any documents dated earlier than two
8  years prior to the prisoner's death.

9  Defendants are not required to produce medical records for prisoners who died
10 after the prisoner's release from ADC, unless the prisoner was released early because of
11 his or her medical condition.

12 Plaintiffs' supplemental expert reports shall be due 30 days after the production of
13 the medical records set forth above is complete, and Defendants' supplemental expert
14 reports shall be due 30 days thereafter.

15 Defendants shall produce to Plaintiffs the medical records of all prisoners listed in
16 Plaintiff Desiree Licci's First Request for Production of Documents, Request 4, regardless
17 of whether the prisoner has paroled.  Complete production shall occur no later than
18 January 22, 2014.

19 The parties reserve the right to argue whether or not the medical records of
20 prisoners who died after September 27, 2013 must be produced.

21 **IT IS FURTHER ORDERED** that Defendants shall pay Plaintiffs' reasonable
22 expenses incurred in procuring this Order, including attorney fees.  The parties shall meet
23 and confer as to the amount of fees and submit any dispute to the court within 21 days.