IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Defendants. | No. CV12-0601-PHX-NVW<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Enforce the Court's Orders of October 16, 2012 and November 4, 2013 (Doc. 727). The motion will be denied as moot or untimely.

The parties reached an agreement as to their dispute surrounding the production of medical records for deceased inmates (Doc. 733 at 3-4), which moots that dispute and the question whether Plaintiffs adequately met and conferred before filing the motion. The remaining dispute concerns production of medical records for paroled inmates. The Court will deny Plaintiffs' motion as to this aspect of the dispute because there is nothing in the Court's prior Orders to enforce. The Court has never entertained a dispute concerning paroled inmates' medical records and expresses no opinion on the merits of

such a dispute. Indeed, nothing in the Court's November 4, 2013 Order on Plaintiffs' motion for reconsideration addressed paroled inmates' medical records.

The Court further finds that Plaintiffs did not timely present this dispute to the Court because the record reflects that Defendants objected to production of these records on September 16, 2013 (Doc. 731, Ex. 6). In their reply, Plaintiffs completely fail to address Defendants' September 2013 objection and, instead, incorrectly assert that Defendants' November 25, 2013 objection was the first time Defendants presented their view that they are not required to disclose paroled inmates' medical records. It was not a new objection and Plaintiffs' failure to raise this issue until months after the discovery deadline precludes consideration of it now. Moreover, in light of the overwhelming amount of discovery conducted in this case, the incremental discovery Plaintiffs seek is unlikely to yield anything of substantive value.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Enforce (Doc. 727) is **denied in part as moot and otherwise denied as described herein.**

Dated: December 23, 2013.

                                               /s/ Neil V. Wake
                                               Neil V. Wake
                                               United States District Judge