```
 1  Sarah E. Kader (Bar No. 027147)
    Asim Varma (Bar No. 027927)
 2  ARIZONA CENTER FOR DISABILITY LAW
    5025 East Washington Street, Suite 202
 3  Phoenix, Arizona 85034
    (602) 274-6287
 4  skader@azdisabilitylaw.org
    avarma@azdisabilitylaw.org
 5
    J. J. Rico (Bar No. 021292)
 6  Cathleen M. Dooley (Bar No. 022420)
    ARIZONA CENTER FOR DISABILITY LAW
 7  100 N. Stone Avenue, Suite 305
    Tucson, AZ  85701
 8  (520) 327-9547
    jrico@azdisabilitylaw.org
 9  cdooley@azdisabilitylaw.org
    Attorneys for Plaintiff
10  Arizona Center for Disability Law
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and the Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. 2:12-CV-00601-NVW<br><br>**MOTION FOR WITHDRAWAL OF ATTORNEY JENNIFER A. ALEWELT**<br><br>Hon. Neil V. Wake |

The undersigned moves for withdrawal of Jennifer A. Alewelt, formerly of the Arizona Center for Disability Law, as one of the counsel of record for Plaintiff Arizona Center for Disability Law in the above-captioned case. Plaintiff Arizona Center for

Disability Law will continue to be well represented in this District Court matter by other attorneys of record with the Arizona Center for Disability Law.

Upon order granting this motion, the undersigned requests to be removed from ECF noticing in this matter.

Respectfully submitted this 7th day of January, 2014.

ARIZONA CENTER FOR DISABILITY LAW

_____
Sarah E. Kader
Asim Varma
J. J. Rico
Cathleen M. Dooley
*Attorneys for Plaintiff Arizona Center for Disability Law*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 7th day of January, 2014, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this action:

Michael E. Gottfried: Michael.Gottfried@azag.gov
Katherine Emiko Watanabe: katherine.watanabe@azag.gov
Lucy M. Rand: lucy.rand@azag.gov
ARIZONA ATTORNEY GENERAL THOMAS HORNE
OFFICE OF THE ATTORNEY GENERAL

Daniel P. Struck: dstruck@swlfirm.com
Kathleen L. Wieneke: kwieneke@swlfirm.com
Timothy J. Bojanowski: tbojanowski@swlfirm.com
Rachel Love: rlove@swlfirm.com
Nicholas D. Acedo: nacedo@swlfirm.com
Courtney R. Cloman: ccloman@swlfirm.com
Ashlee B. Fletcher: afletcher@swlfirm.com
Anne M. Orcutt: aorcutt@swlfirm.com
STRUCK WIENEKE, & LOVE, P.L.C.
*Attorneys for Defendants*

Caroline N. Mitchell: cnmitchell@jones.day.com
Sophia Calderon: scalderon@jonesday.com
David C. Kiernan: dkiernan@jonesday.com
John Laurens Wilkes: jlwilkes@jonesday.com
Kamilla Mamedova: kmamedova@jonesday.com
Jennifer K. Messina: jkmessina@jonesday.com
Kevin Brantley: kcbrantley@jonesday.com
Taylor Freeman: tfreeman@jonessday.com
JONES DAYS

James Duff Lyall: jlyall@acluaz.org
Daniel Joseph Pochoda: dpochoda@acluaz.org
Kelly Joyce Flood: kflood@acluaz.org
ACLU FOUNDATION OF ARIZONA

Corene T. Kendrick: ckendrick@prisonlaw.com
Donald Specter: dspecter@prisonlaw.com
Sarah Norman: snorman@prisonlaw.com
Alison Hardy: ahardy@prisonlaw.com
Warren E. George: wgeorge@prisonlaw.com
PRISON LAW OFFICE

Amy Fettig: afettig@npp-aclu.org
David Cyrus Fathi: dfathi@npp-aclu.org
Ajmel A. Quereshi: aquereshi@npp-aclu.org
ACLU NATIONAL PRISON PROJECT

| | |
|---|---|
| Daniel Clayton Barr: | DBarr@perkinscoie.com |
| Amelia Morrow Gerlicher: | agerlicher@perkinscoie.com |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com |
| Matthew Benjamin duMee: | mdumee@perkinscoie.com |

PERKINS COIE LLP
*Attorneys for Plaintiffs*

*Rebecca Starling* (signature)