IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and the Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. 2:12-CV-00601-NVW<br><br>**PROPOSED ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY JENNIFER A. ALEWELT**<br><br>Hon. Neil V. Wake |

The Court having reviewed the Plaintiffs' Motion for Withdrawal of Attorney filed on January 7, 2014, and good cause appearing,

IT IS ORDERED granting the Plaintiffs' Motion for Withdrawal of Attorney Jennifer A. Alewelt.

IT IS FURTHER ORDERED allowing the withdrawal of Jennifer A. Alewelt as one of the counsel of record for Plaintiff Arizona Center for Disability Law in this action. Plaintiff continues to be represented by attorneys of record for the Arizona Center for Disability Law.

Dated: