# EXHIBIT 11



SEYMOUR J. ABDULLAH, #40197
Florence-South Unit!
P.O. BOX 8400, 2C-7L
Florence, AZ, 85132

LEGAL MAIL

Corene Kendrick, esq.
PRISON LAW OFFICE
General Delivery
San Quentin, California 94964-0001



# EXHIBIT 12

*Monday, Nov. 11, 2013*



**PRISON LAW OFFICE**
Director: Donald Specter, Attorney at Law
General Delivery
San Quentin, CA 94964-0001

CO4
All 2x   CDU



NOT per DO 902.11

# Legal Mail

Jose Fierro
ADC 044803
Florence – Central, PO Box 8200
Florence, AZ 85132

(112)

Reroute
mail

85132820000

# EXHIBIT 13



Inmate Jose A. Ferro #044803.
ADC # 044803. MDU-Cell-10.
Arizona State Prison Complex Tucson
Unit Detention-Manzanita-Cell-10.
P.O. Box 24401.
Tucson AZ 65734.

Lorene Kendrick, Attorney at law.

Megan lynch, lit-Ass.

Prison law office.

General Delivery

San Quentin, CA. 94964-0C

Legal
Mail

LEGAL MAIL
Arizona Department of Corrections
INSPECTED

# EXHIBIT 14



Inmate - Shane Spalding
ADC #035278 1
Complex - Tucson
Unit - Whetstone
P.O. Box 24400 2
Tucson, AZ 85734

LEGAL MAIL

Corene Kendrick, ESQ
PRISON LAW OFFICE
General Delivery
San Quentin, California 94964-0001

INSPECTED

Legal Mail

MAILED FROM ZIP CODE 94901
000200 8493
02 1R
UNITED STATES POSTAGE
$ 00.46°
PITNEY BOWES

# EXHIBIT 15



**PRISON LAW OFFICE**
Donald Specter - Director
General Delivery
San Quentin, California 94964-0001

LEGAL MAIL

RETURN ADDRESS
NOT LEGAL PER A.D.C.

PEN 902.11

Anthony Gosney
ADC 202988
Tucson - Whetstone, PO Box 24402
Tucson, AZ 85734

4/A





UNITED STATES POSTAGE
02 1R
0002008493
MAILED FROM ZIP CO

# EXHIBIT 16

EXHIBIT "A"



# PRISON LAW OFFICE

Donald Specter - Director
General Delivery
San Quentin, California 94964-0001

RETURN ADDRESS
NOT LEGAL PER A.D.C

LEGAL MAIL

John Larsgard
ADC 271552
Tucson - Manzanita, PO Box 24401
Tucson, AZ 85734

6



$ 01.12⁰

UNITED STATES POSTAGE

02 1R
0002200493 DEC 10 2013
MAILED FROM ZIP CODE 94991

AC

12/14/13 SmTH
DIV

DAPOE #10960 SmTH  BY CODI

INMATE MAIL: ARIZONA DEPARTMENT OF S
Inmate _Harris Loosgart_
ADC # _297552_
Arizona State Prison Complex _Tucson_
Unit _MANZANITA   C-19   76_
16 Box 24401
City _TUCSON_____ AZ _85734_

(For Official Use Only)

CERTIFIED MAIL
Arizona Department of Corrections
INSPECTED

7012 2920 0001 8073 2268

016H26513497
$06.110
12/20/2013
Mailed From  85777
US POSTAGE
Hasler

ATTORNEY CORENE KENDRICK
P. L. O. – General Delivery
San Quintin, CA 94964-0001

# EXHIBIT 17

EXHIBIT B



**PRISON LAW OFFICE**
Donald Specter - Director
General Delivery
San Quentin, California 94964-0001

LEGAL MAIL

C19

*PEL 90911*

RETURN ADDRESS
NOT LEGAL PER A.D.C

Jody Sullivan
ADC 182295
Tucson - Manzanita, PO Box 24401
Tucson, AZ 85734



UNITED STATES POSTAGE
$ 01.320
PITNEY BOWES
02 1P
0002208493    DEC 06 2013
MAILED FROM ZIP CODE 94991

UNITED STATES POSTAL SERVICE

MAIL

Flat Rate Mailing Envelope

Visit us at usps.com

LEGAL MAIL

PS00001035014

INTERNATIONAL RESTRICTIONS APPLY:

Customs forms are required. Consult the
International Mail Manual (IMM) at pe.usps.com
or ask a retail associate for details.

LEGAL MAIL



UNITED STATES POSTAL SERVICE

PRIORITY MAIL

For Domestic
and International Use

TO

PRISON LAW OFFICE

Donald Specter, Attorney at Law
General Delivery
San Quentin, California 94964-0001

Label 228, January 2008

LEGAL MAIL

LEGAL MAIL

TRY FLAT RATE
PRIORITY MAIL PRE-PAID!
• Built-in tracking
• Postage is provided solely
• No shipping rate locked forever
• Free Package label required
usps.com/prepaid



Please
Recycle

This packaging is the property
Service® and is provided solely
sending Priority Mail® shipments
Misuse may be a violation of fe
packaging is not for resale. EP1
Postal Service; June 2012; All r

EP14F-P-PP June 2012 © U.S.

Schedule package pickup right
or office at usps.com/pickup
Print postage online



# EXHIBIT 18

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **DECLARATION OF BREIN MANDEVILLE** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Brein Mandeville, declare:

1.    I am a prisoner housed in the Arizona State Prison Complex – Lewis, Rast Unit. My ADC number is 244685.

2.    Since this case was filed and certified as a class action, I have written back and forth with the attorneys at the Prison Law Office and other legal non-profit organizations regarding my health care treatment in Lewis. When sending legal mail, I always label the envelopes as "Legal Mail." When the attorneys write me back, their envelopes are stamped "Legal Mail" and list an attorney's name on the return address.

3.    On October 9, 2013, I attempted to mail a letter addressed to Donald Specter at the Prison Law Office. The letter identified Mr. Specter as the director of the Prison Law Office. The letter was returned to me along with my request for a withdrawal for indigent legal mail postage. The message "not considered legal" was written on my request for withdrawal and was signed by C.O. Salters. A true and correct copy of the request for withdrawal is attached as Exhibit 1.

4.    On October 21, 2013, I attempted to mail a letter addressed to the HIV/AIDS Law Project, a program organized by the Young Lawyer's Division (YLD) of the Maricopa County Bar Association. Shortly thereafter, the letter was returned to me along with my request for a withdrawal for indigent legal mail postage. The envelope had been opened and "not legal mail" had been written on the face of the envelope. The envelope had not been opened in my presence. A true and correct copy of the envelope is attached as Exhibit 2. The message "not considered legal mail" was also written on my request for withdrawal. A true and correct copy of the request for withdrawal is attached as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.


Signed the 17th of December, 2013, in Buckeye, Arizona.


Brein Mandeville, ADC # 244685

Exhibit 1

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Request for Withdrawal

*Rast*   10-9-13

| Use BLACK INK only |

USF

| 2 | 4 | 4 | 6 | 8 | 5 |
ADC #

| 2 | B | 1 | 1 |
Location

| 1 | 0 | 8 | 1 | 3 |
Date

| | | | | 3 | . | 8 | 4 |
Total Amount

| | | . | | |
Store

| | | . | | |
Stamps

| | | . | | |
Photo

| | | . | | |
Other

| M | A | N | D | E | V | I | L | L | E | | | | |
Last Name

| B | R | E | I | N | | | | | |
First Name

| K |
M I

| | | | | | | | | | | | | | |
Pay to: (Company or name of payee)

| | | | | | | | | |
Account Number

| | |

| | | | | | | | | | | | | | |
Street Address

| | | | | | | | |
City

2 FC Flat @ 1.92 ea

| | |
State

| | | | | |
Zip Code

Reason:  INDIGENT LEGAL MAIL   TO: PRISON LAW OFFICE
        Not Considered Legal   DONALD SPECTER - DIRECTER
                               GENERAL DELIVERY
                               SAN QUENTIN, CA 94964-001

Attest *(Authorizing Staff Signature)*

Inmate Signature

Distribution - White - Inmate Banking, Canary - Store/Intelligence,   Pink - Inmate

905-1P
8/26/98

# EXHIBIT 19

STATE OF Arizona )
                 )
                 )
County OF Pinal  )

Stephen Reeves # 263041
ASPC - Eyman - Browning - 3-G-31
P.O. Box 3400
Florence AZ, 85132

Declaration

#1  I Stephen Reeves, ADOC # 263041, S.M. currently reside on AZ
Dept. OF Corrections, (ADC) "Death Row" housed at Eyman
Complex, Browning units, Florence AZ, I state the following:
In the last part OF July I recieved some Info. That
I wanted to make Sure my atty. "Consuelo Ohanesien".
(appellate atty For my case). recieved in time to Include
In her response To The Supreme Ct. OF AZ. regaurding
my appeal. My only method of contacting my atty. in
a "gaurenteed" Timely manner is through The "Legal
Mail" system here at Eyman Complex.

#2

ROC. requires us To buy our Stationary Supplies
from The comisarry. They Sell Pre Printed, Stamped,
envelopes for Domestic use. or Pre Printed, Unstamped,
International envelopes. They Do not sell a Pre Printed,
Unstamped envelope for Domestic use, nor Do they Sell
a "Legal Mail" envelope OF any Type. On Several
occasions I have Simply crossed out - International
mail, and wrote legal mail, placed a $1.05 Stamp
on it and mailed it. C.O.III Dison ever checked
to make Sure That it was ok. She verbally told
me it was ok to mail Legal mail That way.
The reason I would use unstamped envelopes and

put $1.05 stamp on the envelope is that I would put several pcs. of paper in the envelope exceeding the 1oz wieght limit, it met all of the U.S.P.S. requirements. They have no problem with it being mailed that way.

#3.

In late July I mailed said envelope to my atty. Legal mail monitor, checked it, sealed it, stamped it, and I was to believe it was mailed. Several days later, by D.O.C. regular mail delivery I recieved it back, opened, and a note. That C.O. II Sampson had stopped it from being mailed. Because he, personally, does not want us to mail legal mail in envelopes that have "International" crossed out on them. Against D.O.C's regulations he himself believes it is his priveledge to stop, delay, open, and in general prevent inmates from having "Timely" access to thier attys.

#4

I put a grievance in, C.O. II Stitt responded with an apology and instructions to notify the sargent in charge of that area. at that time I let it go as completed.

#5.

regarding the info. I wanted my atty. to include in her brief to the Supreme ct. I did not recieve the letter back from C.O. II Sampson until a week had passed; on a Fri. making it impossible to mail untill the following

monday. The brief was filed at the last minute on Tues. My INFo was not included because of Time Delay, Denial of legal mail system to ensure my mail Being handled properly. Denied me The right to help my attx with my Defense.

#6.

Reguarding Legal mail. also if we mail a 9"x12" manilla Envelope, for legal matters, mark it "legal mail," put a money withdrawl slip on it. The mail system, takes that envelope, and it is Several Days before it is mailed. I've done that Several Times, and when I get the reciept back for postage its Sometimes up to 10 Days after I'd mailed it that the money was removed from my account. and You know they do not mail anything without first Taking the money from our accounts. So they are holding Some legal mail.

#7.

When I recieve legal mail, at least 50% of the Time it is already opened before I ever See it. Its Been opened prior to being delivered to me. The only mail Thats never opened before it gets to me is letters from the Supreme CT. The reason for that is because, D.O.C automatically gets a copy of the Same Documents, Because they are the State agency fighting our appeals.

#2.

Another Issue with legal mail.
I recently mailed a letter to Atty. Corrine
Hendricks, Prison Law Group, San Quentin Calif.
This legal firm is currently handling Medical
Issues with A.D.O.C. "Long story short." I wrote
some Info. In my letter to "corrine" concerning my
health issues. Info. That A.D.O.C. has been avoiding
and refusing to consider or address, as their policy
is simple. If they don't write it down or enter
it or anything it in the files. They cannot be held
responsible for it or its consequences. 2 Days after
I'd mailed the letter "Legal mail" to San Quentin,
Calif. Prison Law Group - atty corrine Hendricks.
The Doctor came and got me to now all of a
Sudden address issues I'd written about in my
letter. all of a Sudden after 2½ yrs of being
here, requesting to see the doctor about issues,
Being Denied access to a Doctor. They refused
to aquire my medical records from Maricopa
County. They want to Do testing on my heart,
Take X Rays ect. Issues they refused to enter
into my files. Refused to even Discuss with
me for all of the 2½ yrs. I've Been here
And Just the week before I'd been in to See
them for a Routine Checkup. and was told
By the Doctor's assistant. I was healthy as a
19 yr. old. Boy. There is only one
explanation. They have read my legal
mail, after Sealing it. Stamping it,

and Taking it from my Cell door, They
opened it up and Read it, probably copied it.
The "atty" I wrote is handling a Law Suit
against A.D.O.C. I Believe They open all my
Legal mail and Read it. I Know That
any 9" x12" manilla Fac. marked Legal mail
is opened and Read After Leaving my Cell.
One Legal mail monitor, Said "Shucks" No
pictures This Time, I routinely Include Drawn
Cartoons about The Court System.


Declarant Further Saith Not.

Stept P A

# 263041

Under penalty of perjury I Declare The Foregoing
Declaration To be True and Correct, executed at
Florence Arizona, on This 4th day of November 2013,

SDE

I'm Currently represented by
            Legal Advocates
        "atty" Consuelo ohaniscan
        3800 North Central Ave  #1500
        PHZ. AZ. 85012
        (602) 506-4111