# EXHIBIT 21

## SUPPLEMENTAL DECLARATION OF BARRY NORTHCROSS PATTERSON

STATE OF ARIZONA      )
                      )   SS
COUNTY OF PINAL       )

I, Barry Northcross Patterson, hereby state under penalty of perjury that the following information is true to the best of my knowledge and belief and based on my personal knowledge:

1. On August 30, 2013, while attempting to send a financial form to the United States Court of Appeals for the Ninth Circuit, the correctional officer withdrew the document from the envelope, "scanned" it, and then returned it to me for mailing.

2. On the same day, when I then reported this intrusion on my legal mail to the property mail clerk for the Rynning Unit, she responded: "Any staff member can open and 'scan' your legal mail page by page." As a long-term employee, she said that it has always been that way.

3. In my experience, corrections officers sometimes simply shake out the open envelope to make sure only paper is enclosed. Yet, as occurred on August 30, some corrections officers insist on "scanning" the contents of the paper.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my current knowledge, information, and belief.

_____        _9-17-13_
Barry Northcross Patterson              (Date)

1