# EXHIBIT 22
# (REDACTED)



PRISON LAW OFFICE
General Delivery, San Quentin CA. 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Rebekah Evenson
Steven Fama
Penny Godbold
Megan Hagler
Alison Hardy
Corene Kendrick
Kelly Knapp
Millard Murphy
Lynn Wu

BY EMAIL

May 25, 2012

Mr. Michael E. Gottfried
Assistant Attorney General
Office of the Attorney General, State of Arizona
Unit Chief, Department of Corrections Unit
Liability Management Section
Michael.Gottfried@azag.gov

RE: *Parsons v. Ryan*, 2:12-cv-00601

Named Plaintiffs in Need of Immediate Medical and Mental Health Care;
Legal Mail Interference with Named Plaintiffs at ASPC-Lewis

Dear Mr. Gottfried:

We write on behalf of several of our clients who have reported that they are in need of immediate mental health or medical care, and have requested that we bring it to your attention. Furthermore, several of our clients report they are having problems in sending and receiving legal mail with our office or our co-counsel.

**Dustin Brislan, # 164993, Lewis-Rast**



Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Felecia Gaston • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Mr. Michael Gottfried, Asst. Attorney General
May 25, 2012
Page 2

### Christina Verduzco, # 205576, Perryville – Lumley Special Management Area

[redacted]

### Victor Antonio Parsons, # 12589, Lewis-Barchey

[redacted]

### Legal Mail Interference at ASPC-Lewis

Finally, several of our clients housed at ASPC-Lewis report that they are not receiving all clearly-labeled legal mail sent by us and our co-counsel, or that our mail is sent to other prisoners and is opened before it eventually gets to them.  Mr. Brislan specifically reports that in recent weeks letters he has tried to send as legal mail to the ACLU of Arizona have been returned to him as not deliverable and opened.  We request that you advise your clients that legal mail sent to our clients by counsel of record in *Parsons v. Gamez* be processed in accordance with ADC Department Order 902.11 (Legal Mail).

Please contact me or Corene Kendrick if you have any questions. We thank you for your prompt attention to this matter.

Sincerely yours,

*/s/ Donald Specter*

Donald Specter

cc: Ms. Verduzco (redacted)
    Mr. Brislan (redacted)
    Mr. Parsons (redacted)

# EXHIBIT 23
# (REDACTED)



# PRISON LAW OFFICE

General Delivery, San Quentin CA. 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Rebekah Evenson
Steven Fama
Penny Godbold
Megan Hagler
Alison Hardy
Corene Kendrick
Kelly Knapp
Millard Murphy
Lynn Wu

VIA EMAIL

August 2, 2012

Dan Struck
Struck Wieneke & Love, P.L.C.
3100 West Ray Road
Suite 300
Chandler, Arizona 85226-2473

RE: *Parsons v. Ryan*, 2:12-cv-00601

Dear Dan:

    We write on behalf of several of our clients who have reported that they are not receiving medication, are having problems in sending and receiving legal mail, and arranging legal calls with our office or our co-counsel. Others report increased incidents of harassment and/or retaliation due to their participation in the lawsuit, and have requested that we bring it to your attention. We previously wrote to Mike Gottfried regarding some of these issues on May 25, 2012, but never received a response. A copy of that letter is attached.

### Dustin Brislan, 164993, Phoenix-Flamenco

    Mr. Brislan also reported experiencing problems with his legal mail and access to legal calls at ASPC-Lewis. Specifically, in Lewis-Steiner unit, Mr. Brislan was told by multiple corrections officers that he was not allowed to request legal calls, and some of his outgoing legal mail was never received by co-counsel or was returned to him having been opened. He was also denied access to writing materials and told he could not send legal mail.



Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Felecia Gaston • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Mr. Michael Gottfried
RE: Parsons v. Ryan
August 2, 2012
Page 2

█████████████████████████████████████

█████████████████████████████████████

**Maryanne Chisholm, # 200825, Perryville-Santa Cruz**

█████████████████████████████████████

**Desiree Licci, # 150051, Perryville-Santa Cruz**

Ms. Licci reports her legal mail is opened outside her presence and experiences delays in receiving legal mail from her attorneys. █████████████████████████████████████

**Joshua Polson, #187716, Lewis-Buckley**

█████████████████████████████████████

**Jeremy Smith, #129438, Eyman-Browning**

█████████████████████████████████████

Mr. Michael Gottfried
RE: Parsons v. Ryan
August 2, 2012
Page 3

**Stephen Swartz, #102486, Lewis-Rast**



**Christina Verduzco, #205576, Perryville – Lumley**



    Please contact me or Corene Kendrick if you have any questions.  We look forward to receiving a prompt response.

        Sincerely yours,

        */s/ Donald Specter*

        Donald Specter


cc:    Michael Gottfried
        Co-counsel
        Mr. Brislan (redacted)
        Ms. Chisholm (redacted)
        Ms. Licci (redacted)
        Mr. Polson (redacted)
        Mr. Smith (redacted)
        Mr. Swartz (redacted)
        Ms. Verduzco (redacted)

# EXHIBIT 24
# (REDACTED)



ALESSANDRA SOLER MEETZE
EXECUTIVE DIRECTOR

ROBERTO REVELES
PRESIDENT

AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION
OF ARIZONA
P.O. BOX 17148
PHOENIX, AZ 85011
P/602.650.1854
F/602.650.1376
WWW.ACLUAZ.ORG

November 29, 2012

Mr. Michael E. Gottfried
Assistant Attorney General
Office of the Attorney General, State of Arizona
Unit Chief, Department of Corrections Unit
Liability Management Section
Michael.Gottfried@azag.gov

    Re: *Parsons v. Ryan*, 2:12-cv-00601
    Named Plaintiff in Need of Mental Health Care
    Legal Mail Interference with Named Plaintiffs

Dear Michael:

  We write on behalf of our client Dustin Brislan, who continues to experience problems ███████████████████████████, sending and receiving legal mail, and arranging legal calls with our office or our co-counsel. We have twice reported these same problems to you – on May 25 and again on August 2 (both letters are attached) – to no avail.

███████████████████████████████████████████████████

███████████████████████████████████████████████████

Now at ASPC-Eyman, Mr. Brislan continues to experience harassment, including interference with his legal mail and access to legal calls with his attorneys, regarding which Mr. Brislan submitted an inmate letter on October 29. On November 14, Warden Credio responded that Mr. Brislan was not entitled to phone calls with his attorneys and that "all incoming mail is screened for contraband or prohibited items and then forwarded to the inmate it is addressed to." (See attached Inmate Letter response.) Warden Credio's response clearly contradicts ADC's own policy regarding legal mail, which provides: "All incoming mail, letters, memoranda, and documents, from an inmate's attorney or from a judge or court, shall be opened for inspection purposes in the presence of the inmate. Such incoming mail may be scanned in the conducting of an inspection for contraband, but shall not be read or censored by staff." Department Order 902.11, 1.4.2.1 (emphasis added). We are deeply concerned by Warden Credio's misstatement of ADC policy, and by the fact that Mr. Brislan's legal mail is routinely opened outside his presence in violation of that policy and in disregard of attorney-client confidentiality.

We would note that several of our clients at other ADC prisons have consistently reported the same problems – denials of legal calls and interference with legal mail, among other issues – which we have also reported to you previously, requesting that you notify us of what if any action you intend to take to address them. You have largely failed to do so. If you remain unwilling to remedy these problems, we will be compelled to seek intervention by the court.

Please contact me if you have any questions. We thank you for your prompt attention to this matter.

Sincerely,

James Lyall

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF ARIZONA



PRISON LAW OFFICE
General Delivery, San Quentin CA. 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

Director:
Donald Specter

Managing Attorney:
Sara Norman

Staff Attorneys:
Rana Anabtawi
Rebekah Evenson
Steven Fama
Penny Godbold
Megan Hagler
Alison Hardy
Corene Kendrick
Kelly Knapp
Millard Murphy
Lynn Wu

BY EMAIL

May 25, 2012

Mr. Michael E. Gottfried
Assistant Attorney General
Office of the Attorney General, State of Arizona
Unit Chief, Department of Corrections Unit
Liability Management Section
Michael.Gottfried@azag.gov

    RE:    *Parsons v. Ryan*, 2:12-cv-00601

            Named Plaintiffs in Need of Immediate Medical and Mental Health Care;
            Legal Mail Interference with Named Plaintiffs at ASPC-Lewis

Dear Mr. Gottfried:

    We write on behalf of several of our clients who have reported that they are in need of immediate mental health or medical care, and have requested that we bring it to your attention. Furthermore, several of our clients report they are having problems in sending and receiving legal mail with our office or our co-counsel.

    **Dustin Brislan, # 164993, Lewis-Rast**



Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Felecia Gaston • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Mr. Michael Gottfried, Asst. Attorney General
May 25, 2012
Page 2

### Christina Verduzco, # 205576, Perryville – Lumley Special Management Area



### Victor Antonio Parsons, # 12589, Lewis-Barchey



### Legal Mail Interference at ASPC-Lewis

Finally, several of our clients housed at ASPC-Lewis report that they are not receiving all clearly-labeled legal mail sent by us and our co-counsel, or that our mail is sent to other prisoners and is opened before it eventually gets to them. Mr. Brislan specifically reports that in recent weeks letters he has tried to send as legal mail to the ACLU of Arizona have been returned to him as not deliverable and opened. We request that you advise your clients that legal mail sent to our clients by counsel of record in *Parsons v. Gamez* be processed in accordance with ADC Department Order 902.11 (Legal Mail).

Mr. Michael Gottfried, Asst. Attorney General
May 25, 2012
Page 3

Please contact me or Corene Kendrick if you have any questions. We thank you for your prompt attention to this matter.

Sincerely yours,

*/s/ Donald Specter*

Donald Specter

cc: Ms. Verduzco (redacted)
    Mr. Brislan (redacted)
    Mr. Parsons (redacted)



PRISON LAW OFFICE
General Delivery, San Quentin CA. 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Rebekah Evenson
Steven Fama
Penny Godbold
Megan Hagler
Alison Hardy
Corene Kendrick
Kelly Knapp
Millard Murphy
Lynn Wu

VIA EMAIL

August 2, 2012

Dan Struck
Struck Wieneke & Love, P.L.C.
3100 West Ray Road
Suite 300
Chandler, Arizona 85226-2473

RE: *Parsons v. Ryan*, 2:12-cv-00601

Dear Dan:

    We write on behalf of several of our clients who have reported that they are not receiving medication, are having problems in sending and receiving legal mail, and arranging legal calls with our office or our co-counsel. Others report increased incidents of harassment and/or retaliation due to their participation in the lawsuit, and have requested that we bring it to your attention. We previously wrote to Mike Gottfried regarding some of these issues on May 25, 2012, but never received a response. A copy of that letter is attached.

### Dustin Brislan, 164993, Phoenix-Flamenco

    Mr. Brislan also reported experiencing problems with his legal mail and access to legal calls at ASPC-Lewis. Specifically, in Lewis-Steiner unit, Mr. Brislan was told by multiple corrections officers that he was not allowed to request legal calls, and some of his outgoing legal mail was never received by co-counsel or was returned to him having been opened. He was also denied access to writing materials and told he could not send legal mail.



Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Felecia Gaston • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts



**Maryanne Chisholm, # 200825, Perryville-Santa Cruz**

**Desiree Licci, # 150051, Perryville-Santa Cruz**

Ms. Licci reports her legal mail is opened outside her presence and experiences delays in receiving legal mail from her attorneys.

**Joshua Polson, #187716, Lewis-Buckley**

**Jeremy Smith, #129438, Eyman-Browning**

Mr. Michael Gottfried<br>
RE: Parsons v. Ryan<br>
August 2, 2012<br>
Page 3

**Stephen Swartz, #102486, Lewis-Rast**



**Christina Verduzco, #205576, Perryville – Lumley**

Please contact me or Corene Kendrick if you have any questions. We look forward to receiving a prompt response.

Sincerely yours,<br><br>
/s/ Donald Specter<br><br>
Donald Specter

cc:   Michael Gottfried
      Co-counsel
      Mr. Brislan (redacted)
      Ms. Chisholm (redacted)
      Ms. Licci (redacted)
      Mr. Polson (redacted)
      Mr. Smith (redacted)
      Mr. Swartz (redacted)
      Ms. Verduzco (redacted)

**Fathi, David**

**Subject:**   FW: Health care issue (Brislan, Verduzco, Parsons)

---------- Forwarded message ----------
From: "Gottfried, Michael" <Michael.Gottfried@azag.gov>
Date: Aug 9, 2012 9:01 AM
Subject: Health care issue (Brislan, Verduzco, Parsons)
To: "Don Specter" <dspecter@prisonlaw.com>
Cc: "Dan Struck" <DStruck@swlfirm.com>, "DUDLEY, KELLY" <KDUDLEY@azcorrections.gov>, "NORTHUP, DAWN" <DNORTHUP@azcorrections.gov>

Good morning. The issues you raised in your May 25 letter were investigated shortly after receipt. The results are below. There was some mix-up on my end; I apologize for not sending this earlier.

RE: Brislan 164993:



RE: Verduzco 205576:



1

PLTF-PARSONS-001642

███████████████████████████████

█████

███████████████████████████████████

Michael E. Gottfried
Assistant Attorney General
Office of the Attorney General, State of Arizona
Unit Chief, Department of Corrections Unit
Liability Management Section
Direct: (602) 542-7693
Sec.:  Colleen Jordan (602) 542-7635
Fax:   (602) 542-7670
Michael.Gottfried@azag.gov

The information contained in this e-mail message is privileged and confidential, intended only for the use of specific individuals and/or entities to which it is addressed. If you are not one of the intended recipients, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify the sender by return e-mail. Thank you

2

# ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter Response

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Brislan, Dustin L. | 164993 |
| Institution/Unit | |
| ASPC-Eyman/SMU I | |

| From | Location |
|---|---|
| R. Credio, Warden | ASPC-Eyman |

I am in receipt of your Inmate Letter dated October 29, 2012, regarding your request for a legal call and allegations about your legal mail. I have contacted Deputy Warden Thompson to look into this issue and in consultation with Lt. Burris and Sgt. McKnight, have advised accordingly.

As previously stated in my last response regarding your request for a "Legal/Emergency call", legal calls are only approved when other means such as mail are not possible. Per Department Order 902 Inmate Legal Access to the Courts, 902.12 Legal Phone Calls:

1.1   Inmates shall communicate legal matters through the mail whenever possible.
1.2   Legal phone calls may be approved, according to the established Institution Order, when it is reasonable and necessary to do so. Staff shall approve court-ordered telephonic conferences and ensure that the inmate is provided the opportunity to participate in the conference.
1.4   Inmates shall request legal calls 24 hours in advance, by submitting a Legal/Emergency telephone Call Request, Form 915-2, through staff designated by the Warden or Deputy Warden.
1.4.1   Upon approval, the call shall be scheduled according to the applicable Institution Order.

On November 5, 2012, a legal visit was scheduled for you with Attorney Nick Podsiadlik at 0900 hours for Thursday, November 8, 2012. Lt. Burris has looked into your claims regarding your legal mail and has verified that your legal mail is screened per policy. During your legal visit you can communicate your concerns to your attorney. Legal calls are granted when other means of communication such as mail, are not possible. In your case you are able to communicate with your legal representative through mail. As to your claims that mail is not being delivered to you, all incoming mail is screened for contraband or prohibited items and then forwarded to the inmate it is addressed to.

Your request for a legal call is denied due to a scheduled legal visit that occurred on Thursday, November 8, 2012.

| Staff Signature | Date |
|---|---|
| | 11/4/12 |

Distribution:  Original – Master Record File
Copy – Inmate

916-2
5/14/12