Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
        kflood@acluaz.org
        jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
*Dustin Brislan, Sonia Rodriguez, Christina Verduzco,*
*Jackie Thomas, Jeremy Smith, Robert Gamez,*
*Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
*Joshua Polson, and Charlotte Wells, on behalf of*
*themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON
 SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br><br>**PLAINTIFFS' MOTION TO SEAL EXHIBITS 20 AND 22-24 TO THE DECLARATION OF CORENE KENDRICK** |

Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the clerk to file under seal designated portions of documents associated with the Declaration of Corene Kendrick filed herewith.  Specifically, Plaintiffs move to seal Exhibits 20 and 22-24 to the Kendrick Declaration.  Redacted version of Exhibits 20 and 22-24 have been filed publicly, and all the documents have been lodged with the Court in their entirety.

LEGAL28772655.2

The exhibits Plaintiffs move to seal are documents that include specific descriptions of named plaintiffs' and a class member's medical and mental health needs. Medical and mental health information is confidential pursuant to the protective order in this case and has been sealed repeatedly by this and other courts. *See, e.g.*, Docs. 247 & 337; *Bell v. Perry*, 3:11-CV-00745-RCJ-WGC, 2012 WL 3779057, at *4 (D. Nev. Aug. 30, 2012) (where prisoner plaintiff alleged deliberate indifference to serious medical needs, finding good cause to seal plaintiff's medical records).

Dated:  January 7, 2014

**PRISON LAW OFFICE**

By: _s/ Corene Kendrick_
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              wgeorge@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
              agerlicher@perkinscoie.com
              keidenbach@perkinscoie.com
              jhgray@perkinscoie.com
              mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    dpochoda@acluaz.org
             kflood@acluaz.org
             jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Qureshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
             afettig@npp-aclu.org
             aqureshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
             dkiernan@jonesday.com
             scalderon@jonesday.com

*Admitted *pro hac vice*

1

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
2
**JONES DAY**
717 Texas Street
3
Houston, Texas 77002
Telephone:  (832) 239-3939
4
Email:    jlwilkes@jonesday.com
           tfreeman@jonesday.com
5
*Admitted *pro hac vice*
6
Kamilla Mamedova (N.Y. 4661104)*
7
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
8
222 East 41 Street
New York, New York 10017
9
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
10
           jkmessina@jonesday.com
11
*Admitted *pro hac vice*
12
Kevin Brantley (Cal. 251886)*
**JONES DAY**
13
3161 Michelson Drive, Suite 800
Irvine, California 92612
14
Telephone:  (949) 851-3939
Email:    kcbrantley@jonesday.com
15
*Admitted *pro hac vice*
16
*Attorneys for Plaintiffs Shawn Jensen;*
17
*Stephen Swartz; Dustin Brislan; Sonia*
*Rodriguez; Christina Verduzco; Jackie*
18
*Thomas; Jeremy Smith; Robert Gamez;*
*Maryanne Chisholm; Desiree Licci; Joseph*
19
*Hefner; Joshua Polson; and Charlotte*
*Wells, on behalf of themselves and all others*
20
*similarly situated*

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on January 7, 2014, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Katherine E. Watanabe

7

Lucy M. Rand
Ashley B. Zuerlein
Assistant Arizona Attorneys General

8

Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov

9

Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

10

11

Daniel P. Struck
Kathleen L. Wieneke

12

Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo

13

Courtney R. Cloman
Ashlee B. Fletcher

14

Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.

15

dstruck@swlfirm.com
kwieneke@swlfirm.com

16

tbojanowski@swlfirm.com
rlove@swlfirm.com

17

nacedo@swlfirm.com
ccloman@swlfirm.com

18

afletcher@swlfirm.com
aorcutt@swlfirm.com

19

20

*Attorneys for Defendants*

21

Asim Varma
Sarah Kader

22

J.J. Rico
Cathleen M. Dooley

23

**ARIZONA CENTER FOR DISABILITY LAW**
avarma@azdisabilitylaw.org

24

skader@azdisabilitylaw.org
jrico@azdisabilitylaw.org

25

cdooley@azdisabilitylaw.org

26

s/S. Neilson

27

28