# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and the Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the Plaintiff's Motion for Withdrawal of Attorney Jennifer A. Alewelt (Doc. 735) filed on January 7, 2014, and good cause appearing,

IT IS ORDERED granting the Plaintiff's Motion for Withdrawal of Attorney Jennifer A. Alewelt (Doc. 735).

///

///

///

IT IS FURTHER ORDERED allowing the withdrawal of Jennifer A. Alewelt as attorney of record for Plaintiff Arizona Center for Disability Law in the above-entitled action. Plaintiff continues to be represented by other attorneys from the Arizona Center for Disability Law.

Dated this 7th day of January, 2014.

_____
Neil V. Wake
United States District Judge