IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having reviewed Plaintiffs' Motion to Seal Exhibits 20 and 22-24 to the Declaration of Corene Kendrick (Doc. 738), and good cause appearing,

IT IS SO ORDERED that Plaintiffs' Motion (Doc. 738) is GRANTED.

IT IS FURTHER ORDERED that the Clerk's Office is directed to file the unredacted versions of Exhibits 20 and 22-24 that pertain to the Declaration of Corene Kendrick under seal.

Dated this 7th day of January, 2014.

_____
Neil V. Wake
United States District Judge