1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

8
9
10
11
12
13
14
15
16
17
18
19

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

No. CV 12-00601-PHX-NVW (MEA)

**[Proposed Order]**
**MOTION TO WITHDRAW AS COUNSEL**

               Plaintiffs,

      v.

Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

              Defendants.

20
     Pursuant to Attorney Kelly J. Flood's Motion to Withdraw as Counsel (Doc. ___)

21
and good cause appearing,

22
     IT IS HEREBY ORDERED granting the Motion and allowing  Kelly J. Flood to

23
withdraw as attorney of record for the Plaintiffs.

24
25
26
27
28