IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the Plaintiffs' Motion to Withdraw as Counsel (Doc. 745), and good cause appearing,

IT IS ORDERED granting the Plaintiffs' Motion to Withdraw as Counsel (Doc. 745).

IT IS FURTHER ORDERED that Kelly J. Flood is withdrawn as counsel of record for the Plaintiffs in the above-entitled action, effective immediately.

Dated this 17th day of January, 2014.

_____
Neil V. Wake
United States District Judge