# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-NVW<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR ORDER PROHIBITING DEFENDANTS FROM INTERFERING WITH LEGAL MAIL BETWEEN CLASS COUNSEL AND CLASS MEMBERS** |

　　　　The Court, having reviewed Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion for Order Prohibiting Defendants From Interfering With Legal Mail Between Class Counsel and Class Members (Doc. 736), and good cause appearing,

　　　　IT IS ORDERED that the Defendants' Unopposed Motion for Extension of Time is GRANTED.

　　　　IT IS FURTHER ORDERED that Defendants' Response to Plaintiffs' Motion for Order Prohibiting Defendants From Interfering With Legal Mail Between Class Counsel and Class Members is due on Monday, January 27, 2014.

2859229.1