| | |
|---|---|
| 1 | Sarah Kader (Bar No. 027147) |
| | Asim Varma (Bar No. 027927) |
| 2 | ARIZONA CENTER FOR DISABILITY LAW |
| | 5025 East Washington Street, Suite 202 |
| 3 | Phoenix, Arizona 85034 |
| | (602) 274-6287 |
| 4 | skader@azdisabilitylaw.org |
| | avarma@azdisabilitylaw.org |
| 5 | |
| 6 | |
| | J. J. Rico (Bar No. 021292) |
| 7 | Cathleen M. Dooley (Bar No. 022420) |
| | ARIZONA CENTER FOR DISABILITY LAW |
| 8 | 100 N. Stone Avenue, Suite 305 |
| | Tucson, AZ  85701 |
| 9 | (520) 327-9547 |
| | jrico@azdisabilitylaw.org |
| 10 | cdooley@azdisabilitylaw.org |
| | *Attorneys for Plaintiff* |
| 11 | *Arizona Center for Disability Law* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and the Arizona Center for Disability Law, | ) ) ) ) ) ) ) ) ) ) ) | No. 2:12-CV-00601-NVW **MOTION FOR WITHDRAWAL OF ATTORNEY CATHLEEN M. DOOLEY** |
| Plaintiffs, | ) | |
| v. | ) | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | ) ) ) ) ) ) | Hon. Neil V. Wake |
| Defendants. | ) ) | |

The undersigned attorney, Cathleen M. Dooley, moves for withdrawal as one of the counsel of record for Plaintiff Arizona Center for Disability Law.  The undersigned will no longer be employed by the Arizona Center for Disability Law.

Plaintiff will continue to be well represented in this District Court matter by other attorneys of record with the Arizona Center for Disability Law.

Upon order granting this motion, the undersigned requests to be removed from ECF noticing in this matter.

Respectfully submitted this 27th day of January, 2014.

        ARIZONA CENTER FOR DISABILITY LAW

        s/Cathleen M. Dooley
        Cathleen M. Dooley
        Sarah Kader
        Asim Varma
        J. J. Rico

        *Attorneys for Plaintiff Arizona Center for Disability Law*

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 27th day of January, 2014, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this action:

| | |
|---|---|
| Michael E. Gottfried: | Michael.Gottfried@azag.gov |
| Katherine Emiko Watanabe: | katherine.watanabe@azag.gov |
| Lucy M. Rand: | lucy.rand@azag.gov |

ARIZONA ATTORNEY GENERAL THOMAS HORNE
OFFICE OF THE ATTORNEY GENERAL

| | |
|---|---|
| Daniel P. Struck: | dstruck@swlfirm.com |
| Kathleen L. Wieneke: | kwieneke@swlfirm.com |
| Timothy J. Bojanowski: | tbojanowski@swlfirm.com |
| Rachel Love: | rlove@swlfirm.com |
| Nicholas D. Acedo: | nacedo@swlfirm.com |
| Courtney R. Cloman: | ccloman@swlfirm.com |
| Ashlee B. Fletcher: | afletcher@swlfirm.com |
| Anne M. Orcutt: | aorcutt@swlfirm.com |

STRUCK WIENEKE, & LOVE, P.L.C.
*Attorneys for Defendants*

| | |
|---|---|
| Caroline N. Mitchell: | cnmitchell@jones.day.com |
| Sophia Calderon: | scalderon@jonesday.com |
| David C. Kiernan: | dkiernan@jonesday.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com |
| Kamilla Mamedova: | kmamedova@jonesday.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Kevin Brantley | kcbrantley@jonesday.com |
| Taylor Freeman | tfreeman@jonesday.com |

JONES DAY

| | |
|---|---|
| James Duff Lyall: | jlyall@acluaz.org |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org |

ACLU FOUNDATION OF ARIZONA

| | |
|---|---|
| Corene T. Kendrick: | ckendrick@prisonlaw.com |
| Donald Specter: | dspecter@prisonlaw.com |
| Sarah Norman: | snorman@prisonlaw.com |
| Alison Hardy: | ahardy@prisonlaw.com |
| Warren E. George | wgeorge@prisonlaw.com |

PRISON LAW OFFICE

| | |
|---|---|
| Amy Fettig: | afettig@npp-aclu.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org |
| Ajmel A. Quereshi: | aquereshi@npp-aclu.org |

ACLU NATIONAL PRISON PROJECT

///

1  Daniel Clayton Barr:            DBarr@perkinscoie.com
   Amelia Morrow Gerlicher:        agerlicher@perkinscoie.com
2  Kirstin T. Eidenbach:           keidenbach@perkinscoie.com
   John Howard Gray:               jhgray@perkinscoie.com
3  Matthew Benjamin duMee:         mdumee@perkinscoie.com
   PERKINS COIE LLP
4  *Attorneys for Plaintiffs*

s/ Mavis Lauritzen