# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and the Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. 2:12-CV-00601-NVW<br><br>**PROPOSED ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY CATHLEEN M. DOOLEY**<br><br>Hon. Neil V. Wake |

The Court having reviewed Plaintiff's Motion for Withdrawal of Attorney filed on January 27, 2014, and good cause appearing,

IT IS ORDERED granting Plaintiff's Motion for Withdrawal of Attorney.

IT IS FURTHER ORDERED allowing the withdrawal of Cathleen M. Dooley as one of the attorneys of record for Plaintiff Arizona Center for Disability Law. Plaintiff continues to be represented by other attorneys of record from the Arizona Center for Disability Law.

DATED: