# APPENDIX 1

# APPENDIX 1

## I. Information in Defendants' Expert Reports Dated After Discovery Cut-Off

### A. Mendel report (medical care)

*Passim* (All interviews with staff in October-December 2013)

p. 4 (October 2013 grievances)

p. 10 (October/November 2013 wait time reports)

p. 11 (November 2013 – "random selection of records" found wait time at Lewis of 25 days and 8 days at Yuma)

p. 17 (November 2013 NCCHC accreditation update report for Winslow)

pp. 20-22 (October 2013 staffing reports)

p. 48 (citing staffing statistics since Corizon started to the date of the report)

ADC203041, Corizon Monthly Staffing Report, October 2013

ADC203036, Corizon Inmate Wait Times, October 2013

ADC203051-203060, Corizon AZ Medication Report, October 2013

ADC_P000974-000976, NCCHC Update Report for Douglas 11/19/13

ADC_P000916-000919, NCCHC Update Report for Perryville 10/11/13

ADC_P000977-000979, NCCHC Update Report for Perryville 11/18/13

ADC_P000980-000983, NCCHC Update Report for Phoenix 11/22/13

ADC_P000951-000959, NCCHC Update Report for Tucson 11/8/13

ADC_P000960-000964, NCCHC Update Report for Winslow 11/19/13

### B. Dovgan report (dental)

*Passim* (All interviews with staff in October-December)

pp. 13-16 (dental wait times as of Nov. 22, 2013)

1

p. 17 (treatment for inmate in October and November 2013)

pp. 21-22 (extraction and filling statistics up to November 2013)

pp. 66-69 (charts showing various dental care through November 2013)

p. 72 (noting that prisoners have since received dental care)

Ex. B, p. 3 (Corizon October 2013 Monthly Staffing Report)

Ex. B, p. 9 (Smallwood Prison Dental Services documents showing staffing, monthly reports, utilization summaries, wait times, and Power Point presentation)

**C.    Penn report (mental health)**

*Passim* (All interviews with staff in October-December 2013; repeated citations to numbers of prisoners on psychotropic medications based on Corizon's October 2013 medication report, and staffing based on Corizon's October 2013 staffing report).

p. 48 (numbers of prisoners at various levels of SMU I Step Program as of December 4, 2013)

p. 51 ("In mid-November 2013, there were 11 inmates who participated in the Kasson Program who had inmate jobs.").

p. 53 ("In mid-November 2013, there were 58 inmates in the CB-1 program who had inmate jobs."  "In mid-November 2013, there were 123 inmates in the CB-2 program who had inmate jobs.")

p. 56 ("The contact visit exception at Lumley was only approved in November 2013 and currently only one inmate has reached that level.")

pp. 60-61 ("Documents I received during the inspection indicate that 13 of those inmates were employed from 10-30 hours a week during the period from November 9-22, 2013[.]")

pp. 75-76 ("For example, I identified that in September 2013 within the Florence Central Unit:  offenders had been pulled out of cell blocks 5 and 7 (long linear units) and placed into cell block 4 (which had shorter runs and open cell-fronts) therefore establishing shorter runs, more open cell fronts, improved visualization by correctional officers, and improved access for offenders to communicate with correctional and mental health staff.")

2

p. 76 (learned from Dr. Taylor that ADC is currently implementing a statewide ASIST (Applied Suicide Intervention Skills Training) training program for correctional officers with an anticipated start date of December 2013, 65 COs attending training in December 2013 and January 2014.)

p. 79 ("The standard was not met at ASPC-Tucson as of the November 8, 2013, Update Report (ADC_P000957), but, based upon my inspection at ASPC-Tucson CDU on December 3, 2013, I expect that it will be met when documentation is submitted on January 17, 2014.")

ADC_P 580-858, AIMS reports for named plaintiffs as of 12/6/13

ADC 203041, Corizon October 2013 monthly staffing report

ADC 203051-060, Corizon AZ medication report Oct. 2013

ADC_P 887, AZ Psych DOT KOP Drug List 12/11/13

ADC_P 866, Eyman Special Management Unit I Map as of 10-28-13

ADC_S 556, Mental Health Scores by Gender & Classification (dated 12/12/13)

ADC_P000859-000865, Tucson HU-7 WIPP time sheets (dated 11/15/13)

ADC_P000974-000976, NCHHC Accreditation update report for Douglas 11/19/13

ADC_P000916-000919, NCHHC Accreditation update report for Perryville 10/11/13

ADC_P000977-000979 , NCHHC Accreditation update report for Perryville 11/18/13

ADC_P000980-000983, NCHHC Accreditation update report for Phoenix 11/22/13

ADC_P000951-000959, NCHHC Accreditation update report for Tucson 11/8/13

ADC_P000960-000964, NCHHC Accreditation update report for Winslow 11/19/13

3

D. **Seiter report (isolation)**

*Passim* (All interviews with staff in October-December 2013)

p. 7 n.34 ("Inmate Deaths by Year and Cause," found in Inmate Assault Data: FY 2014 as of 10/31/13, p. 4, at www.azcorrections.gov/adc/reports/assault_data/2013/assault_data_oct13.pdf)

ADC_S000262-276 ADC Detention/PC Reports (as of 11/29/13) PowerPoint re 805 (Protective Custody requests) and placements

Seiter, p. 23 n.68(ADC Mental Health and Classification Date by Gender, Data as of December 9, 2013)

II. **Future Actions Cited in Defendants' Reports and Disclosure Statement**

A. **Mendel Expert Report (Medical)**

p. 8: "…many of the issue raised in the original case have been addressed with each change in the healthcare delivery system and it is the current system that is immediately relevant."

p. 11: "…Corizon has made a considerable effort to fill vacant provider positions (as discussed in the section V.D of this report) and **should expect to see continued improvement in the future**."

p. 22: "Turnaround time for processing of HNRs by nurses **appears to be on target** to meet the ADC requirements…"

pp. 22-23: "This process involves a comprehensive review of each medical file at a complex to record all current patient needs, as well as to scan the hard copy medical records so that they may be linked into the electronic medical record ("EMR") system **that is anticipated for roll-out in March 2014.**"

p. 23: "While the CareLog review and database is not yet complete and the EMR system has not been implemented, **once those necessary elements are in place**, it will provide a comprehensive and accurate way of confirming that all chronic care patients are tracked and routinely seen by providers."

4

p. 37: "Privatization of health services in Arizona has been a new process for Arizona and we can expect that **it will take time** to refine the process."

p. 38: "**I will provide additional details** about the medication distribution process at Yuma in a supplemental report."

p. 38: "While [HNR] processing may not have been timely in the past, based on my review of records and through my site visits, **this situation is improving**."

pp. 43-44: "I have seen numerous examples that ADC and Corizon **are working effectively** to identify and correct problems."

p. 44: "**By the time of the trial in this case,** we can expect clear proof that the system is not broken…"

B. **Penn Expert Report (Mental Health)**

p. 5 (will conduct tour of Yuma in **Jan or Feb 2014**)

p. 32 (plans to implement EMR **in near future**)

p. 45 ("Outdoor recreation enclosures are **under construction** at Browning between Wings 3 and 4 and tables are **planned for installation** … ")

p. 48 (entire section titled "**current plans**")

p. 47 ("During my visit, I observed a second outside recreation/programming area under construction between Wings 3 and 4 and understand that, **upon completion**, inmates housed in those areas will be afforded outdoor opportunities in accordance with their Step level").

p. 51 ("the **plan over time**…")

p. 54 (section titled "additional changes and **future plans**")

p. 57 ("Additional changes at the Lumley area that are either **recent, underway or planned** include …")

p. 76 (training "**with an anticipated start date** of December 2013;" staff "will be attending training in December 2013 and January 2014")

p. 79 ("I expect" that NCCHC standard **will be met in January 2014**).

5

C.   **Seiter Expert Report (use of isolation)**

    pp. 21-23:  Summary of future programing plans.

    p. 22:   "In **January 2014, ADC will begin to move inmates around** to get the right inmates in the right cellblocks. … ADC **has a goal** to get every inmate with a mental health concern out of solid door cells…"

    p. 22:  "Approximately sixty-five staff **will be trained before the end of 201**3."

    p. 22: "**By summer 2014**, that will be expanded to the entire building of SMU, and movement and programming will become more open, but less so than at Florence Central. SMU1 inmates will begin working as porters and in the Kitchen **in the next couple of months**. Groups of 50 to 60 inmates will go to the recreation field for recreation periods. SMU1 will still house the Sex Offender and Protective Custody populations. There are no dining rooms at SMU1, so **tables will be placed in the dayrooms of pods**, and well-behaved inmates will be allowed out in small groups to eat and play table games.

    p. 22: "At Lewis Rast, there **will be a consolidation** of approximately 500 Maximum Custody PC inmates …. This conversion and consolidation to a PC population will take place by **the middle of 2015**."

    p. 23:  "A major activity by ADC has been to conduct reviews of all Maximum Custody inmates (excluding Condemned Row, STG inmates, or Eyman BMU) to see if there are any opportunities to move inmates down to Close Custody. ADC is approximately two-thirds completed with the review. …. The ADC goal is to have inmates **ready to move to Florence Central CB3 (136 beds) in January 2014 and soon thereafte**r, move another 208 inmates into CB4. …**these reviews have not yet been completed**…"

D.   **Defendants' 11th Supplemental (Expert) Disclosure Statement**

    p. 3:  "Director Ryan will testify regarding these areas **as they develop up until the time of trial**."

    pp. 5-6: "Mr. McWilliams will also testify regarding the changes implemented and **anticipated** for maximum custody inmates…ADC is also **starting to facilitate** groups to include ADC programs staff with several new groups planned. …**Plans are being made** to expand the outdoor

6

recreation in groups…Even more jobs are being identified and inmates will be screened and/or trained…Proposals are being reviewed for various new out of cell activities…**plans** to implement those new programs in January 2014…**Plans** to open more blocks are scheduled to begin in 2014. … Mr. McWilliams will also testify as to the implementation and positive outcomes related to these changes **once the changes have been made**."

p. 7:  Mr. McWilliams will testify regarding these areas **as they develop up until the time of trial**.

p. 11:  "[…] Dr. Rowe will also testify regarding the health care provided to the individual inmates specifically referred to by Plaintiffs' experts and whether the care rendered was adequate, appropriate and meets the standard of care **up until the time of trial**."

p. 18:  "[Dr. Taylor] will testify regarding the mental health status, care and access to mental health care to the inmate population as referenced by Plaintiffs' experts, including any members of the population referenced through supplementation by Plaintiffs' experts add **up until trial**. Dr. Taylor will testify concerning the treatment of the named plaintiffs **up to the time of trial**."

p. 34:  "[Dr. Fleming] is expected to testify regarding Corizon's obligations and performance under the Contract with ADC, Corizon's staffing, recruiting, policies related to the provision of mental health programming to ADC's inmate population and **changes to these areas up until the time of trial**.  He is expected to testify regarding the systemic delivery of mental health programming, individualized treatment, Corizon's systems in place for the delivery [of] mental health care, as well as any **changes to that delivery and treatment that may occur up until trial**.  …He is expected to testify regarding the mental health treatment programming offered to inmates throughout the ADC inmate population and **any changes to programming that may occur up until the time of trial**."

pp. 34-35:  "Dr. Buenker is expected to testify regarding the psychiatric services provided to the inmate population and the administration of psychotropic medications that **occur up until trial**.  He is expected to testify as to the psychiatric services provided on a systemic basis as well as individualized treatment provided to inmates, including any **changes to that treatment that may occur up until trial**."

p. 37:  "Ms. Donnelly will further testify about the collaborative relationship between ADC and Trinity Food Services as it relates to the

7

planning and provision of meals to inmates in maximum custody and detention units **up until the time of trial**."

pp. 38, 40: "Dr. Smallwood will testify regarding the **current wait times and dental statistics at the time of trial**. …He will also testify regarding the current wait times for routine care treatment **at the time of trial**.

pp. 42-44: "[Mr. Trujillo] will also testify regarding the positive outcome related to these changes **once the changes have been made**. … Mr. Trujillo will testify regarding the conditions of confinement as alleged by both Mr. Vail and Mr. Haney and as to the conditions of confinement for those inmates in maximum custody or detention units that **may change up until the time of trial**. …Mr. Trujillo will testify as to the **changes occurring** at Perryville Complex-Lumley Unit that affects the programming access and conditions of confinement of mentally ill inmates in that unit. …Mr. Trujillo will testify as to the **current status of all of these areas**, the allegations contained in the Plaintiffs' expert reports, and **changes that may be implemented up until trial**."

pp. 45, 48-49: "Dr. Hanstad will testify that intake wait times are less than 30 days statewide as of December 2013 and will also testify regarding **current wait times at the time of trial**. … He will also testify regarding current routine care **wait times at the time of trial**. …He will testify regarding current dental **statistics at the time of trial**."