UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' EXPERTS AND EXPERT REPORTS** |

The Court having reviewed Plaintiffs' Motion to Strike Defendants' Experts and Expert Reports (Doc. ___) and the evidence submitted in support of the briefing, and good cause appearing,

IT IS ORDERED that Plaintiffs' Motion is GRANTED, and further ORDERED as follows:

1. Defendants may not offer expert testimony from any of the 15 witnesses whom they designated as experts, and who did not submit a written report on the Court's deadline of December 18, 2013. These witness's testimony is also stricken due to the duplicative and cumulative nature of their proposed testimony:

78204-0001/LEGAL29141145.1

1          a.    Dr. Thomas Buenker, Corizon Regional Psychiatry Director;

2          b.    Angelo Daniels, ADC Deputy Warden of Security Operations;

3          c.    Michael Dolny, ADC Administrative Services Officer;

4          d.    Laura Donnelly, Registered Dietician, Trinity Food Services;

5          e.    Dr. Mark Fleming, Corizon Regional Vice President for Behavioral Health;

7          f.    Dr. Brian Hanstad, D.D.S., ASPC-Perryville Dental Supervisor;

8          g.    Carson McWilliams, ADC Northern Operations Director;

9          h.    Dr. David Robertson, ADC Health Services Contract Monitoring Bureau Clinical Medical Administrator;

11         i.    Dr. Richard Rowe, Former ADC Quality/Clinical Medical Program Administrator;

13         j.    Charles Ryan, Defendant and ADC Director;

14         k.    Dr. William Smallwood, D.D.S., CEO Smallwood Prison Dental Services;

16         l.    Dr. Nicole Taylor, Ph.D., ADC Mental Health Monitor;

17         m.    Ernest Trujillo, ADC Southern Operations Director; and

18         n.    Dr. Winfred Williams, Corizon Chief Medical Officer.

    2.    Evidence that will be relevant for deciding any dispositive motion(s) filed in this matter and/or at trial must tend to show whether any Constitutional violations existed on September 27, 2013, the date the Court set for the close of fact discovery.

Accordingly, the Court hereby STRIKES and will not consider any portion of Defendants' expert reports and opinions which rely upon documents created or events that occurred after September 27, 2013, except for the discovery authorized by this Court.