1  Daniel Pochoda (Bar No. 021979)
   James Duff Lyall (Bar No. 330045)*
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: dpochoda@acluaz.org
          jlyall@acluaz.org
5  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin*
   *Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
7  *Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
   *Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of*
8  *themselves and all others similarly situated*

9  **[ADDITIONAL COUNSEL LISTED BELOW]**

10 Sarah Kader (Bar No. 027147)
   Asim Varma (Bar No. 027927)
11 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
12 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
13 Email: skader@azdisabilitylaw.org
          avarma@azdisabilitylaw.org

14 *Attorneys for Plaintiff Arizona Center for Disability Law*

15 **[ADDITIONAL COUNSEL LISTED BELOW]**

                    UNITED STATES DISTRICT COURT
16
                        DISTRICT OF ARIZONA
17
   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
18 Dustin Brislan; Sonia Rodriguez; Christina               (MEA)
   Verduzco; Jackie Thomas; Jeremy Smith; Robert
19 Gamez; Maryanne Chisholm; Desiree Licci; Joseph
   Hefner; Joshua Polson; and Charlotte Wells, on     **DECLARATION OF**
20 behalf of themselves and all others similarly       **DONALD SPECTER IN**
   situated; and Arizona Center for Disability Law,    **SUPPORT OF PLAINTIFFS'**
                                                       **MOTION TO STRIKE**
21                Plaintiffs,

22       v.

23 Charles Ryan, Director, Arizona Department of
   Corrections; and Richard Pratt, Interim Division
24 Director, Division of Health Services, Arizona
   Department of Corrections, in their official
25 capacities,

26                Defendants.

27

28

   78204-0001/LEGAL29140815.2

1    I, Donald Specter, declare:

2        1.      I am an attorney licensed to practice before the courts of the State of

3    California, and admitted to this Court *pro hac vice*.  I am the Executive Director of the

4    Prison Law Office, and an attorney of record to the plaintiff class in this litigation.  If

5    called as a witness, I could and would testify competently to the facts stated herein, all of

6    which are within my personal knowledge.

7        2.      On December 18, 2013, Defendants submitted four expert reports to

8    Plaintiffs' counsel, written by Dr. Lawrence Mendel, Dr. John Dovgan, Dr. Joseph Penn,

9    and Dr. Richard Seiter, and disclosed 15 additional expert witnesses.   Attached as

10   Exhibit 1 is a true and correct copy of Defendants' Eleventh Supplemental Expert

11   Disclosure, dated December 18, 2013 (excerpt).

12       3.      Attached as Exhibit 2, and filed under seal, is a true and correct copy of the

13   report of Defendants' medical expert, Dr. Lawrence H. Mendel, D.O.

14       4.      Attached as Exhibit 3, and filed under seal, is a true and correct copy of the

15   report of Defendants' dental expert, Dr. John Dovgan, D.D.S.

16       5.      Attached as Exhibit 4, and filed under seal, is a true and correct copy of the

17   report of Defendants' mental health expert, Dr. Joseph V. Penn, M.D.

18       6.      Attached as Exhibit 5, and filed under seal, is a true and correct copy of the

19   report of Defendants' expert regarding maximum custody confinement, Dr. Richard P.

20   Seiter, Ph.D.

21       7.      On January 8, 2014 by David Fathi, attorney for Plaintiffs, emailed Daniel

22   Struck, attorney for Defendants, requesting dates for deposing the 15 experts who did not

23   file reports.  In response, Mr. Struck states, "Sorry David, but you aren't entitled to these

24   depositions."  Attached as Exhibit 6 is a true and correct copy of the email exchange.

25       8.      When Defendants submitted the four reports, they did not provide many of

26   the documents relied upon by their experts, including many documents that were

27   responsive to Plaintiffs' past discovery requests.  On January 13, 2014, I had a telephonic

28   meet and confer with Mr. Struck and other counsel for Defendants.  During the meeting,

1  we attempted to negotiate regarding Defendants' failure to provide reports for 15 of their

2  experts, and the fact that the four reports relied upon information dated after

3  September 27, 2013.  Mr. Struck stated that Defendants planned to withdraw Mark Jansen

4  as an expert witness.  He also stated that the only one of the non-report writing experts

5  Defendants would make available for deposition was Michael Dolny because the other

6  experts were "ordinary witnesses."  We were unable to reach resolution on these issues,

7  and agreed the parties were at an impasse, except that Mr. Struck requested that I provide

8  him a list of the documents that I believed should have been produced with the expert

9  reports.  Attached as Exhibit 7 is a true and correct copy of a letter I sent to Mr. Struck on

10  January 13, 2014, listing the documents that had not been produced.

11      9.      Attached as Exhibit 8 is a true and correct copy of a letter I sent Mr. Struck

12  on January 17, 2014, memorializing the issues for which the parties were at an impasse.

13      10.      On January 21, 2014, my office received four disks that contained some but

14  not all of the experts' documents requested in my January 13 letter.  On January 23, 2014,

15  David Fathi, co-counsel for plaintiffs, wrote Courtney Cloman, Counsel for Defendants

16  and provided her a list of documents in my January 13 letter that Defendants still had not

17  produced.  Attached as Exhibit 9 is a true and correct copy of Mr. Fathi's email to

18  Ms. Cloman.

19      11.      Attached as Exhibit 10 is a true and correct copy of a letter Ms. Cloman sent

20  on January 23, 2014, regarding the production of experts' documents, in which she states

21  that "Defendants do not have an obligation to produce documents cited by their experts"

22  [Ex. 10 at 8] and would not be producing any more documents used by Defendants'

23  experts, including but not limited to the medical files, grievances, and other documents

24  that their experts reviewed in forming their opinions.  [*Id*. at 9-12].

25      12.      Attached as Exhibit 11 is a true and correct copy of an article that appeared

26  in print and on the Arizona Republic website on January 8, 2014, regarding 24 diabetic

27  prisoners at ASPC-Lewis who were exposed to Hepatitis B and C by a Corizon nurse.

28

13.     Attached as Exhibit 12 is page 245 of the transcript of the deposition of Dr. Nicole Taylor on September 5, 2013, in which she states that the only named plaintiffs she is familiar with are Mr. Brislan and Mr. Gamez.

14.     Attached as Exhibit 13 are pages 186-87, 195, 198-99, 226-27, and 263-64 of the deposition of Dr. William Smallwood on August 20, 2013, at which Counsel for Defendants objected to questions on the basis that they called for an expert opinion.

15.     Attached as Exhibit 14 are pages 75-77 of the deposition of Dr. Winfred Williams on October 10, 2013, at which Counsel for Defendants objected to questions on the basis that they called for an expert opinion.

16.     Attached as Exhibit 15 is page 70 of the deposition of Dr. David Robertson on August 20, 2013, at which Counsel for Defendants objected to questions on the basis that they called for an expert opinion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 27th of January, 2014, in Berkeley, California.

    /s/ Donald Specter
    Donald Specter

**ADDITIONAL COUNSEL:**

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           keidenbach@perkinscoie.com
           jhgray@perkinscoie.com
           mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    dpochoda@acluaz.org
              jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
              afettig@npp-aclu.org
              aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:     cnmitchell@jonesday.com
           dkiernan@jonesday.com
           scalderon@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:     jlwilkes@jonesday.com
           tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:     kmamedova@jonesday.com
           jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email:     kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:    skader@azdisabilitylaw.org
               avarma@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Cathleen M. Dooley (Bar No. 022420)
**ARIZONA CENTER FOR
DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:    jrico@azdisabilitylaw.org
               cdooley@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on January 27, 2014, I electronically transmitted the above

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to the following CM/ECF registrants:

5

6                          Michael E. Gottfried
Katherine E. Watanabe

7                             Lucy M. Rand
Assistant Arizona Attorneys General

8                      Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov

9                           Lucy.Rand@azag.gov

10                             Daniel P. Struck
Kathleen L. Wieneke

11                     Timothy J. Bojanowski
Rachel Love

12                       Nicholas D. Acedo
Courtney R. Cloman

13                       Ashlee B. Fletcher
Anne M. Orcutt

14              STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com

15                       kwieneke@swlfirm.com
tbojanowski@swlfirm.com

16                          rlove@swlfirm.com
nacedo@swlfirm.com

17                       ccloman@swlfirm.com
afletcher@swlfirm.com

18                       aorcutt@swlfirm.com

19                       *Attorneys for Defendants*

20

21                                   s/ Delana Freouf

22

23

24

25

26

27

28