1  Daniel Pochoda (Bar No. 021979)
   James Duff Lyall (Bar No. 330045)*
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone:  (602) 650-1854
4  Email: dpochoda@acluaz.org
             jlyall@acluaz.org
5  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin
   Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
7  *Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
   *Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of*
8  *themselves and all others similarly situated*

   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
9
   Sarah Kader (Bar No. 027147)
10 Asim Varma (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone:  (602) 274-6287
   Email: skader@azdisabilitylaw.org
13          avarma@azdisabilitylaw.org

14 *Attorneys for Plaintiff Arizona Center for Disability Law*

   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
15
                    UNITED STATES DISTRICT COURT
16
                        DISTRICT OF ARIZONA
17
   Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-NVW
18 Dustin Brislan; Sonia Rodriguez; Christina            (MEA)
   Verduzco; Jackie Thomas; Jeremy Smith; Robert
19 Gamez; Maryanne Chisholm; Desiree Licci; Joseph
   Hefner; Joshua Polson; and Charlotte Wells, on     **PLAINTIFFS' MOTION TO**
20 behalf of themselves and all others similarly       **SEAL EXHIBITS 2-5 TO THE**
   situated; and Arizona Center for Disability Law,   **DECLARATION OF**
21                                                     **DONALD SPECTER**
                       Plaintiffs,
22
           v.
23
   Charles Ryan, Director, Arizona Department of
24 Corrections; and Richard Pratt, Interim Division
   Director, Division of Health Services, Arizona
25 Department of Corrections, in their official
   capacities,
26
                       Defendants.
27

28

1    Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the clerk to file under

2    seal several exhibits to the Declaration of Donald Specter filed herewith.   Specifically,

3    Plaintiffs move to seal Exhibits 2-5 of the Declaration.

4    The exhibits Plaintiffs move to seal are Defendants' four expert reports dated

5    December 18, 2013, which Defendants have designated as protected by the Court's

6    protective order in their entirety.

7    Additionally, the exhibits include specific descriptions of named plaintiffs' and

8    other class members' medical and mental health conditions and treatment.   Medical and

9    mental health information is confidential pursuant to the protective order in this case and

10   has been sealed repeatedly by this and other courts. *See, e.g.*, Docs. 247, 337, & 742; *Bell*

11   *v. Perry*, 3:11-CV-00745-RCJ-WGC, 2012 WL 3779057, at *4 (D. Nev. Aug. 30, 2012)

12   (where prisoner plaintiff alleged deliberate indifference to serious medical needs, finding

13   good cause to seal plaintiff's medical records).

14   Dated:  January 27, 2014                **PRISON LAW OFFICE**

15

16                                           By:   s/ Donald Specter
                                                   Donald Specter (Cal. 83925)*
17                                                 Alison Hardy (Cal. 135966)*
                                                   Sara Norman (Cal. 189536)*
18                                                 Corene Kendrick (Cal. 226642)*
                                                   Warren E. George (Cal. 53588)*
19                                                 1917 Fifth Street
                                                   Berkeley, California 94710
20                                                 Telephone:  (510) 280-2621
                                                   Email:    dspecter@prisonlaw.com
21                                                           ahardy@prisonlaw.com
                                                             snorman@prisonlaw.com
22                                                           ckendrick@prisonlaw.com
                                                             wgeorge@prisonlaw.com

23                                                 *Admitted *pro hac vice*

24

25

26

27

28

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
               agerlicher@perkinscoie.com
               keidenbach@perkinscoie.com
               jhgray@perkinscoie.com
               mdumee@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    dpochoda@acluaz.org
               jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
               afettig@npp-aclu.org
               aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:     cnmitchell@jonesday.com
                dkiernan@jonesday.com
                scalderon@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:     jlwilkes@jonesday.com
                tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:     kmamedova@jonesday.com
                jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email:     kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: __s/ Asim Varma__
Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
          avarma@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Cathleen M. Dooley (Bar No. 022420)
**ARIZONA CENTER FOR
DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:    jrico@azdisabilitylaw.org
          cdooley@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

1

2

3

4

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

5

6

7

8

9

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

10

11

12

13

14

15

16

17

18

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

19

*Attorneys for Defendants*

20

21

s/ Delana Freouf

22

LEGAL29140995.1

23

24

25

26

27

28