1
2
3
4
5
6             UNITED STATES DISTRICT COURT

7                  DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriguez; Christina            (MEA)
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
10  Hefner; Joshua Polson; and Charlotte Wells, on    **[PROPOSED] ORDER**
    behalf of themselves and all others similarly     **GRANTING PLAINTIFFS'**
11  situated; and Arizona Center for Disability Law,  **MOTION TO SEAL**
                                                       **EXHIBITS 2-5 OF THE**
12                  Plaintiffs,                        **DECLARATION OF**
                                                       **DONALD SPECTER**
13       v.

14  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
15  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
16  capacities,

17                  Defendants.

18

19       The Court, having reviewed Plaintiffs' Motion to Seal Exhibits 2-5 of the

20  Declaration of Donald Specter (Doc. ___), and good cause appearing,

21       IT IS SO ORDERED that Plaintiffs' Motion is GRANTED.

22       IT IS FURTHER ORDERED that the Clerk's Office is directed to file the

23  following documents lodged with Plaintiffs' Motion to Seal Items under seal:  Exhibits 2-

24  5 of the Declaration of Donald Specter.

25

26

27

28