Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**DECLARATION OF SERGEANT D. MCCLINCY** |

I, **SERGEANT D. MCCLINCY**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I have been employed by the Arizona Department of Corrections ("ADC") for over eighteen years. Two of those years I spent assigned to the Florence mailroom and two years in the Eyman mailroom. Currently, I hold the position of Sergeant at the Eyman Complex in Florence, Arizona and am assigned to the mailroom.

### ADC's Legal Mail Policy

3. The procedure for processing legal mail at ADC is memorialized in Department Order 902.11.

4. I am familiar with Department Order 902.11 as well as the September 2013 Memorandum ("Memo") regarding legal mail.

5. Section 902.11 defines "legal mail" as, "Any letters to or from an inmate's attorney as defined above, or to or from a judge or to or from a court of law."

6. Correspondence is not legal mail simply because it comes from, or is being sent to, a law firm or organization that includes the words "law" or "legal" in its title.

7. ADC's definition of legal mail does not include "law firms" or "legal organizations." It includes only attorneys, a judge, or a court of law. Correspondence from the ACLU, the Prison Law Office ("PLO"), or the Arizona Center for Disability Law ("ACDL") does not automatically qualify as legal mail.

8. Inmates or attorneys who wish to communicate through ADC's mail system, must include the specific name of the attorney they are communicating with (unless the correspondence is to a judge or court). This allows ADC staff to confirm whether the individual is actually a licensed attorney. When mail is sent generally to or received by an office/organization/group, without an attorney name listed, it is impossible to confirm the inmate is communicating with an attorney, and therefore whether it is "legal mail."

9. Incoming mail that qualifies as legal mail is first logged by the facility. The mail is then hand delivered to the inmate's housing unit and opened in the inmate's presence. The mail is scanned only to the extent necessary to determine it does not

1  contain contraband and is actually legal mail. The inmate will then sign for the mail to
2  evidence he/she received it.
3      10.   The same process exists for outgoing legal mail.
4      11.   [REDACTED]

5
6
7
8
9      12.   If mail room staff have questions regarding whether a piece of
10 correspondence constitutes legal mail, they can contact Julia Erwin, ADC's legal access
11 monitor for guidance.
12     13.   Mail is only treated as legal mail if it falls within the definition outlined in
13 Section 902.11. [REDACTED]
14
15
16

### Abuse of the "Legal Mail" Policy

18     14.  [REDACTED]
19
20     15.  [REDACTED]
21
22
23
24
25     16.  [REDACTED]
26
27
28

17. ███████████████████████

18. ███████████████████████

19. ███████████████████████

### September 2013 Memorandum

20. ███████████████████████



21.

22.

23.

24.

25.

26.

27.

1
2
3   I declare under penalty of perjury that the foregoing is true and correct.
4   Executed on JANUARY 25, 2014.
5
6                                           SGT. G. J. McVey 3072
7                                           Sergeant D. McClincy
8
9   2856803.1

6