Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**DECLARATION OF C.O. II D. GRESH** |

I, **C.O. II D. GRESH**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am employed by the Arizona Department of Corrections ("ADC"). I currently hold the position of Correctional Officer, and I occasionally work in the mailroom.

3. I am familiar with ADC's Legal Mail policy as well as the September 2013 Memorandum that clarified the definition of "Legal Mail."

4. Although I have heard references to the *Parsons* case, I have no knowledge of the allegations and have never read the Complaint or any other document from the case.

5. I understand Plaintiffs allege that, on October 2, 2013, Inmate Abdullah, an inmate housed at Eyman-Meadows, took a legal package addressed to Don Specter to the mailroom to be sent out as legal mail, that I refused to accept the package, advising the inmate that the Prison Law Office was no longer considered legal mail, and that I directed the inmate to the September 2013 Memorandum as the basis for the refusal.

6. I understand that Plaintiffs also allege I contacted B. Ulibarri, the Eyman Legal Resource Center contract paralegal, who advised that Mr. Specter is not admitted to practice law in Arizona, and therefore the package did not have to be treated as legal mail.

7. These accusations are false.

8. Inmates do not personally deliver outgoing legal mail to the mailroom. Instead, legal mail is picked up by unit staff at the individual units and unit staff deliver the mail to the mailrooms.

9. Regardless, I never interpreted the September 2013 Memorandum to suggest that correspondence from the listed entities was no longer legal mail and I never advised any staff members or inmates that correspondence from these entities was not legal mail. Moreover, I never witnessed or heard of anyone refusing to treat mail from these entities as legal mail.

10. Furthermore, I have never interpreted ADC policy or the September 2013 Memorandum to mean that correspondence must come from an Arizona licensed attorney to be treated as legal mail, nor have I said this to an inmate or staff member. Moreover, I have never witnessed or heard of anyone refusing to treat mail as legal mail because the attorney was not licensed in Arizona.

[Paragraph 11 redacted]

12. The September 2013 Memorandum did not change how I processed legal mail as the definition of legal mail remained the same.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1/24/___, 2014.

_____
CO GRESH

2858926.1

3