**THE STATE BAR OF CALIFORNIA**

Friday, January 24, 2014

**ATTORNEY SEARCH**

**Enter Attorney Name or Bar Number**   `Corene Hendrick`

☑ Include similarly sounding names

For more search options, including the ability to search for certified specialists, try Advanced Search.

Your search for *Corene Hendrick* returned 3 results.

Search: ☐

| Name | Status | Number | City | Admission Date |
|---|---|---|---|---|
| Cronander, Bruce Louis | Inactive | 56810 | Chicago | December 1973 |
| Garnand, Margaret Elaine | Inactive | 88662 | Auburn | November 1979 |
| Hendrickson, Karen Marie | Active | 182681 | Sebastopol | June 1996 |

Displaying 1 to 3 of 3 entries

First  Previous  1  Next  Last

Contact Us  |  Site Map  |  Privacy Policy  |  Notices  |  Copyright  |  Accessibility  |  FAQ

Copyright © 2014, The State Bar of California

# Find A Lawyer



| Name | City | Focus/Specialty |
|---|---|---|
| Darius M Amiri | Phoenix, AZ | |
| Shabnam Amiri | Phoenix, AZ | Criminal Law |
| Michael A Ambri | Tucson, AZ | |
| Lisa Amini | | |
| Mariette S Spence Ambri | | Immigration Law, Labor & Employmer |

Search Again                                                       PAGE: |< << 1 >> >|

**ATTENTION MEMBERS OF THE PUBLIC:**

Please **do not** email lawyers the details of your legal matter. Please contact them to make an appointment to discuss your matter in person. Lawyers have a duty to avoid conflicts and the lawyer you contact by email may already represent someone in your matter.

Copyright ©2004-2014 State Bar of Arizona