**EXHIBIT 5**

**EXHIBIT 5**

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**DECLARATION OF C.O. II L. SMITH** |

I, **C.O. II L. SMITH**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am employed by the Arizona Department of Corrections ("ADC"). I currently hold the position of Correctional Officer.

3. Although I have heard references to the *Parsons* case, I have no knowledge of the allegations and have never read the Complaint or any other document from the case.

4. On or about December 14, 2013, I was assigned as the Officer in the Manzanita medical unit. I was approached by an Inmate Larsgard and asked for my badge number. I provided it to him.

5. Inmate Larsgard showed me an envelope. He alleged it was "legal mail" and that it had been opened by staff. He asked me to sign the envelope to indicate that the envelope was improperly opened.

6. I declined this request and advised him he should submit an inmate letter regarding the issue.

7. He became agitated and walked away.

8. I understand that Plaintiffs now allege that on December 14, 2013, I improperly inspected a piece of Inmate Larsgard's legal mail and that I signed my name and badge number on the envelope indicating I had inspected it.

9. These allegations are false. Prior to January 2014, I had never worked in a mailroom at any ADC facility. Moreover, I did not sign any envelope for Inmate Larsgard.

10. I have reviewed the envelope that Plaintiffs allege contains my signature. The signature on that envelope is not my signature. I did not affix that signature.

11. It is my belief that Inmate Larsgard forged my signature on the envelope after I refused to sign.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01-27- , 2014.

2

C.O. II L. Smith

2856362.1