Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ORDER PROHIBITING DEFENDANTS FROM INTERFERING WITH LEGAL MAIL BETWEEN CLASS COUNSEL AND CLASS MEMBERS AND CERTAIN EXHIBITS UNDER SEAL** |

1  Defendants Charles Ryan and Richard Pratt ("Defendants") move this Court
2  for an order directing the Clerk to file under seal Defendants' Response to Plaintiffs'
3  Motion for Order Prohibiting Defendants From Interfering with Legal Mail Between
4  Class Counsel and Class Members and Exhibits 1–4, which are attached to the Response.
5  Defendants' Response and attached exhibits contain sensitive information that, if filed
6  publically, could compromise the security of the Arizona Department of Corrections
7  ("ADC") facilities, and the safety of ADC employees, inmates, and the public at large.
8  Defendants have simultaneously filed redacted versions of these documents.

9  Plaintiffs' Motion is centered on allegations regarding ADC's legal mail
10 policy. (Dkt. #736). To refute the allegations, Defendants were required to explain and
11 justify the reasons for ADC's legal mail policy. This required providing explanations and
12 specific examples of the various ways inmates attempt to circumvent the legal mail policy
13 to introduce or send contraband — such as drugs, cell phones, and other prohibited items
14 — in and out of ADC facilities. Defendants also disclose ADC's internal investigation
15 strategies and thought processes regarding contraband received through "legal mail"
16 channels as well as the methods used to combat abuse of the legal mail policy. As such,
17 Defendants' Response essentially telegraphs a roadmap of how to circumvent the legal
18 mail system. For obvious reasons, public dissemination of the information contained in
19 Defendants' Response could compromise the safety and security of ADC facilities and
20 result in increased smuggling of contraband and other illegal items. Moreover, the
21 Response/Exhibits contain the names of non-Plaintiff inmates who engaged in unlawful
22 conduct, and information pertaining to inmates' family members. Release of these
23 individuals' names pose a threat to their safety.

24 Courts and the Arizona Legislature recognize the need to closely guard this
25 type of sensitive information. *See*, *e.g.*, A.R.S. § 31-221(C) (prohibiting ADC from
26 disclosing records or portions of records that could "[e]ndanger[] the life or physical
27 safety of a person" or "[j]eopardiz[e] an ongoing criminal investigation"); *Guillen v.*
28 *Owens*, 2011 WL 5882554, at *4 (D. Ariz. 2011) (allowing ADC "to redact information

as necessary for the safety of inmates and correctional facility staff"); *Salerno v. Munoz*, 2011 WL 2600519, at *2 (D. Ariz. 2011) (allowing redaction of sensitive information falling within purview of § 31–221).

For these reasons, Defendants respectfully request this Court to seal their Response and Exhibits 1–4.

DATED this 27th day of January 2014.

STRUCK WIENEKE & LOVE, P.L.C.

By /s/ Nicholas D. Acedo
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Cathleen M. Dooley: | cdooley@azdisabilitylaw.org |
| J.J. Rico: | jrico@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| Sara Norman: | snorman@prisonlaw.com |
| Sophia Calderon: | scalderon@jonesday.com; lwong@jonesday.com |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Kamilla Mamedova: | kmamedova@jonesday.com |

4

| | |
|---|---|
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Taylor Freeman: | tfreeman@jonesday.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| Ajmel Quereshi: | aquereshi@npp-aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/  *Nicholas D. Acedo*