IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>     Plaintiffs,<br><br> v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>     Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the Plaintiffs' Motion to Seal Exhibits 2-5 to the Declaration of Donald Specter (Doc. 755), and good cause appearing,

IT IS ORDERED granting the Plaintiffs' Motion to Seal Exhibits 2-5 to the Declaration of Donald Specter (Doc. 755).

IT IS FURTHER ORDERED that the Clerk's Office is directed to file Exhibits 2-5 to the Declaration of Donald Specter under seal.

Dated this 29th day of January, 2014.

_____
Neil V. Wake
United States District Judge