IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the Defendants' Motion for Leave to File Defendants' Response to Plaintiffs' Motion for Order Prohibiting Defendants From Interfering With Legal Mail Between Class Counsel and Class Member and Certain Exhibits Under Seal (Doc. 759), and good cause appearing,

IT IS ORDERED granting the Defendants' Motion (Doc. 759).

IT IS FURTHER ORDERED that the Clerk's Office is directed to file the Defendants' Response to Plaintiffs' Motion for Order Prohibiting Defendants From Interfering With Legal Mail Between Class Counsel and Class Members under seal.

Dated this 29th day of January, 2014.

_____
Neil V. Wake
United States District Judge