# EXHIBIT 3

# EXHIBIT 3

1   Arizona Attorney General Thomas C. Horne
    Office of the Attorney General
2   Michael E. Gottfried, Bar No. 010623
    Lucy M. Rand, Bar No. 026919
3   Assistant Attorneys General
    1275 W. Washington Street
4   Phoenix, Arizona 85007-2926
    Telephone: (602) 542-4951
5   Fax: (602) 542-7670
    Michael.Gottfried@azag.gov
6   Lucy.Rand@azag.gov

7   Daniel P. Struck, Bar No. 012377
    Kathleen L. Wieneke, Bar No. 011139
8   Rachel Love, Bar No. 019881
    Timothy J. Bojanowski, Bar No. 22126
9   Nicholas D. Acedo, Bar No. 021644
    Courtney R. Cloman, Bar No. 023155
10  Ashlee B. Fletcher, Bar No. 028874
    Anne M. Orcutt, Bar No. 029387
11  STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
12  Chandler, Arizona  85226
    Telephone:  (480) 420-1600
13  Fax:  (480) 420-1696
    dstruck@swlfirm.com
14  kwieneke@swlfirm.com
    rlove@swlfirm.com
15  tbojanowski@swlfirm.com
    nacedo@swlfirm.com
16  ccloman@swlfirm.com
    afletcher@swlfirm.com
17  aorcutt@swlfirm.com
    *Attorneys for Defendants*

18                    **UNITED STATES DISTRICT COURT**

19                         **DISTRICT OF ARIZONA**

20  Victor Parsons, *et al.*, on behalf of themselves          NO. 2:12-cv-00601-NVW
    and all others similarly situated; and Arizona
21  Center for Disability Law,
                                          Plaintiffs,          **DECLARATION OF C.O. II D.**
22              v.                                                       **GRESH**

23  Charles Ryan, Director, Arizona Department
    of Corrections; and Richard Pratt, Interim
24  Division Director, Division of Health Services,
    Arizona Department of Corrections, in their
25  official capacities,
                                          Defendants.
26

27              I, **C.O. II D. GRESH**, make the following Declaration:

28

1.   I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2.   I am employed by the Arizona Department of Corrections ("ADC"). I currently hold the position of Correctional Officer, and I occasionally work in the mailroom.

3.   I am familiar with ADC's Legal Mail policy as well as the September 2013 Memorandum that clarified the definition of "Legal Mail."

4.   Although I have heard references to the *Parsons* case, I have no knowledge of the allegations and have never read the Complaint or any other document from the case.

5.   I understand Plaintiffs allege that, on October 2, 2013, Inmate Abdullah, an inmate housed at Eyman-Meadows, took a legal package addressed to Don Specter to the mailroom to be sent out as legal mail, that I refused to accept the package, advising the inmate that the Prison Law Office was no longer considered legal mail, and that I directed the inmate to the September 2013 Memorandum as the basis for the refusal.

6.   I understand that Plaintiffs also allege I contacted B. Ulibarri, the Eyman Legal Resource Center contract paralegal, who advised that Mr. Specter is not admitted to practice law in Arizona, and therefore the package did not have to be treated as legal mail.

7.   These accusations are false.

8.   Inmates do not personally deliver outgoing legal mail to the mailroom. Instead, legal mail is picked up by unit staff at the individual units and unit staff deliver the mail to the mailrooms.

9.   Regardless, I never interpreted the September 2013 Memorandum to suggest that correspondence from the listed entities was no longer legal mail and I never advised any staff members or inmates that correspondence from these entities was not legal mail. Moreover, I never witnessed or heard of anyone refusing to treat mail from these entities as legal mail.

2

1    10.    Furthermore, I have never interpreted ADC policy or the September 2013

2  Memorandum to mean that correspondence must come from an Arizona licensed attorney

3  to be treated as legal mail, nor have I said this to an inmate or staff member. Moreover, I

4  have never witnessed or heard of anyone refusing to treat mail as legal mail because the

5  attorney was not licensed in Arizona.

6

7

8

9

10    12.    The September 2013 Memorandum did not change how I processed legal

11  mail as the definition of legal mail remained the same.

12    I declare under penalty of perjury that the foregoing is true and correct.

13    Executed on  ___1/29/_____, 2014.

14

15

16    _____

      CO GRESH

17

18  2858926.1

19

20

21

22

23

24

25

26

27

28