**EXHIBIT 4**

**EXHIBIT 4**

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>DECLARATION OF B. ULIBARRI |

I, B. ULIBARRI, make the following Declaration:

1. I am over the age of 18 years, and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am an independent contractor who provides paralegal assistance to inmates incarcerated at the Arizona Department of Corrections ("ADC"). I have provided these services through contract with ADC since 1998.

3. I provide assistance at all ADC facilitates on a rotating basis.

4. I have never worked in the mail room of any ADC facility.

5. I understand that Plaintiffs in the *Parsons v. Ryan* litigation have made accusations against me. Specifically, I have reviewed the allegations contained in Plaintiffs' Motion for Order Prohibiting Defendants from Interfering with Legal Mail ("Motion"). *See* Doc. 736.

6. In their Motion, Plaintiffs allege that Inmate Abdullah attempted to send correspondence to the Prison Law office and was informed by staff that "all correspondence with Prison Law Office was not legal mail." *Id.* at 9. Additionally, Plaintiffs allege that when he pressed his case with the law library paralegal, I invented a "new requirement not listed in the Statewide Memo", and informed Inmate Abdullah that "since Mr. Specter was not a member of the Arizona Bar, the letter did not have to be treated as legal mail." *Id.*

7. More specifically, in an October 14, 2013 letter to Defense Counsel, Plaintiffs' Counsel alleged that CO II Grech contacted me regarding this issue, and I allegedly informed Mr. Grech that "Mr. Specter is not admitted to practice law in Arizona, and therefore the package did not have to be treated as legal mail."

8. These allegations are false.

9. I have never informed ADC staff or any ADC inmate that correspondence to or from attorneys not licensed in Arizona is not legal mail.

10. I have also never heard of any other instance where ADC employees refused to treat correspondence as legal mail because the attorney listed was not a member of the Arizona bar.

2

[REDACTED]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2014.

*Betty Ulibarri*
B. Ulibarri

2857575.1