1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

10

Victor Parsons, *et al.*, on behalf of themselves
and all others similarly situated; and Arizona
Center for Disability Law,

11

12

Plaintiffs,

v.

13

Charles Ryan, Director, Arizona Department
of Corrections; and Richard Pratt, Interim
Division Director, Division of Health Services,
Arizona Department of Corrections, in their
official capacities,

14

15

Defendants.

16

NO. 2:12-cv-00601-NVW

**PROPOSED ORDER GRANTING
DEFENDANTS' MOTION TO
STRIKE PLAINTIFFS' MOTION TO
STRIKE DEFENDANTS' EXPERTS
AND EXPERT REPORTS**

**AND**

**MOTION TO STAY**

17

18

19

        The Court, having reviewed Defendants' Motion to Strike Plaintiffs' Motion

to Strike Defendants' Experts and Expert Reports and Motion to Stay, and good cause

appearing,

20

21

        IT IS ORDERED that Defendants' Motion to Strike and Motion to Stay is

GRANTED.

22

23

24

25

26

27

28