1   Arizona Attorney General Thomas C. Horne
    Office of the Attorney General
2   Michael E. Gottfried, Bar No. 010623
    Lucy M. Rand, Bar No. 026919
3   Assistant Attorneys General
    1275 W. Washington Street
4   Phoenix, Arizona 85007-2926
    Telephone: (602) 542-4951
5   Fax: (602) 542-7670
    Michael.Gottfried@azag.gov
6   Lucy.Rand@azag.gov

7   Daniel P. Struck, Bar No. 012377
    Kathleen L. Wieneke, Bar No. 011139
8   Rachel Love, Bar No. 019881
    Timothy J. Bojanowski, Bar No. 22126
9   Nicholas D. Acedo, Bar No. 021644
    Courtney R. Cloman, Bar No. 023155
10  Ashlee B. Fletcher, Bar No. 028874
    Anne M. Orcutt, Bar No. 029387
11  STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
12  Chandler, Arizona  85226
    Telephone:  (480) 420-1600
13  Fax:  (480) 420-1696
    dstruck@swlfirm.com
14  kwieneke@swlfirm.com
    rlove@swlfirm.com
15  tbojanowski@swlfirm.com
    nacedo@swlfirm.com
16  ccloman@swlfirm.com
    afletcher@swlfirm.com
17  aorcutt@swlfirm.com
    *Attorneys for Defendants*

18                  **UNITED STATES DISTRICT COURT**

19                       **DISTRICT OF ARIZONA**

20  Victor Parsons, *et al.*, on behalf of themselves      NO. 2:12-cv-00601-NVW
    and all others similarly situated; and Arizona
21  Center for Disability Law,

                                          Plaintiffs,      **DEFENDANTS' NOTICE OF**
22           v.                                            **SERVICE OF SUPPLEMENTAL**
                                                           **EXPERT REPORT OF DR.**
23  Charles Ryan, Director, Arizona Department             **LAWRENCE MENDEL**
    of Corrections; and Richard Pratt, Interim
24  Division Director, Division of Health Services,
    Arizona Department of Corrections, in their
25  official capacities,

                                          Defendants.
26
27          NOTICE IS HEREBY GIVEN that on the date set forth below, Defendants

28  have served upon Plaintiffs' counsel the discovery listed below by email to lead counsel

1    of record (Sarah Kader, skader@azdisabilitylaw.org; Caroline N. Mitchell,

2    cnmitchell@jonesday.com; Amelia M. Gerlicher, agerlicher@perkinscoie.com; Donald

3    Specter, dspecter@prisonlaw.com; and David C. Fathi, dfathi@npp-aclu.org):

4         1.     Supplemental Expert Report of Lawrence Mendel, DO, FSCP, CCHP

5         DATED this __31st__ day of January 2014.

6                           STRUCK WIENEKE & LOVE, P.L.C.

8                 By /s/ Timothy J. Bojanowski

9                    Daniel P. Struck
                Kathleen L. Wieneke

10                   Rachel Love
                Timothy J. Bojanowski

11                   Nicholas D. Acedo
                Courtney R. Cloman

12                   Ashlee B. Fletcher
                Anne M. Orcutt

13                   STRUCK WIENEKE & LOVE, P.L.C.
                3100 West Ray Road, Suite 300

14                   Chandler, Arizona  85226

15                   Arizona Attorney General Thomas C. Horne
                Office of the Attorney General

16                   Michael E. Gottfried
                Lucy M. Rand

17                   Assistant Attorneys General
                1275 W. Washington Street

18                   Phoenix, Arizona 85007-2926

19                   *Attorneys for Defendants*

20

21

22

23

24

25

26

27

28

          2

1

**CERTIFICATE OF SERVICE**

2

3

4

I hereby certify that on January 31, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Alison Hardy:                   ahardy@prisonlaw.com

Amy Fettig:                     afettig@npp-aclu.org

Caroline N. Mitchell:    cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:     ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:     DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:        dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:            dspecter@prisonlaw.com

James Duff Lyall:          jlyall@acluaz.org; gtorres@acluaz.org

Cathleen M. Dooley:     cdooley@azdisabilitylaw.org

J.J. Rico:                       jrico@azdisabilitylaw.org

John Howard Gray:       jhgray@perkinscoie.com; slawson@perkinscoie.com

Kirstin T. Eidenbach:    keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried:Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

Sara Norman:               snorman@prisonlaw.com

Sophia Calderon:          scalderon@jonesday.com; lwong@jonesday.com

Asim Varma:                avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

David C. Kiernan:        dkiernan@jonesday.com; lwong@jonesday.com

John Laurens Wilkes:    jlwilkes@jonesday.com, dkkerr@jonesday.com

Kamilla Mamedova:      kmamedova@jonesday.com

Jennifer K. Messina:      jkmessina@jonesday.com

Taylor Freeman:           tfreeman@jonesday.com

Sarah Eve Kader:          skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org

Katherine E. Watanabe: Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov

Amelia M. Gerlicher:      agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com

Lucy Marie Rand:          Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov

Ajmel Quereshi:           aquereshi@npp-aclu.org

     I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

     N/A

                          /s/ Timothy J. Bojanowski