1 of 2

1. Greer Loretta Ann #155667
2. P.O. Box 3400
3. Goodyear, Az 85395

FILED ___ LODGED ___ RECEIVED ___ COPY
FEB 03 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

4.       UNITED STATES DISTRICT COURT
5.           DISTRICT OF ARIZONA
6.

7. Victor Antonio Parsons, et al.,    | NO: CV12-0601PHX-NVW
8. Plaintiffs,                         | NOTICE OF [SIC]
9. VS.                                 | DEFENDANTS."
10. Charles L. Ryan, et al.,           | NOT FORWAR-
11.                                    | DING MAIL

12.
13.
14. Plaintiff Loretta Ann Greer, whom is a Me-
15. mber of this class action. Respectful-
16. ly Files this notice of defendants c-
17. harles L. Ryan et al., not Forwarding,"
18. her legal Mail to ACLU Attorney F-
19. or the Class, Darrell Hill, on aprox 11-
20. 25-2013 Plaintiff Greer gave defe-
21. ndants Mail and property officer Le-
22. gal Mail to send to the attorney of
23. the Class. No responce from the att-
24. orney of the class indicates that h-
25. e has not recived one plaintiff M-
26. ail, since the date of this notice.
27. Plaintiff request the Court to se-
28. nd someone to investagate def-
29. endants et al., AKA Mail officers

Respectfully Submitted    2.oF.2
1-23-14    *[signature]*

Certificate oF Mailing
Orignal And two Copies
To U.S. District Court  1-23-14

Copy to Aclu  1-23-14

Copy to DeFendants  1-23-14

*[signature]*