IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>        Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court has reviewed Plaintiffs' Motion to Strike Defendants' Experts and Expert Reports and Defendants' reciprocal Motion to Strike Plaintiffs' motion as improper. The substance of Plaintiffs' Motion to Strike is not suitable for a one-page discovery dispute submission and the Court will consider the motion in its current form. Defendants' Motion to Strike will therefore be denied and they must respond to Plaintiffs' motion no later than 5:00 p.m. on Tuesday February 11, 2014. Plaintiffs may file a reply no later than 5:00 p.m. on Thursday, February 13, 2014.

**IT IS THEREFORE ORDERED:**

   (1)   Defendants' Motion to Strike (Doc. 767) is **denied**.

(2)     Defendants must file a response to Plaintiffs' Motion to Strike Defendants' Experts and Expert Reports (Doc. 753) no later than 5:00 p.m. on Tuesday, February 11, 2014.  Plaintiffs may file a reply no later than 5:00 p.m. on Thursday, February 13, 2014.

Dated this 4th day of February, 2014.

_____
Neil V. Wake
United States District Judge

- 2 -