# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

IT IS ORDERED that the Notice of Defendants Not Forwarding Mail (Doc. 772) filed by Greer Loretta Ann is stricken, as the plaintiff class is represented by counsel and individuals may not file court papers.

Dated this 4th day of February, 2014.

_____
Neil V. Wake
United States District Judge