1  Daniel Pochoda (Bar No. 021979)
   James Duff Lyall (Bar No. 330045)*
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: dpochoda@acluaz.org
          jlyall@acluaz.org
5  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
7  *Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of*
8  *themselves and all others similarly situated*

   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
9
   Sarah Kader (Bar No. 027147)
10 Asim Varma (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone: (602) 274-6287
   Email: skader@azdisabilitylaw.org
13        avarma@azdisabilitylaw.org

14 *Attorneys for Plaintiff Arizona Center for Disability Law*

   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**JOINT MOTION TO MODIFY SCHEDULING ORDER** |

78204-0001/LEGAL29234684.2

1   Plaintiffs and Defendants jointly move the Court to modify its Scheduling Orders
2   (Docs. 52, 388 and 678) as follows:

3   1.   Plaintiffs shall have through and including FEBRUARY 24, 2014 to serve supplemental expert reports based on documents served by Defendants on January 17, 2014 (four DVDs) and on January 22, 2014 (Bates No. 203836-222035).

6   2.   Defendants shall have through and including MARCH 26, 2014 to serve supplemental reports in response to the reports described in paragraph 1 above.

8   3.   The deadline for expert depositions shall be APRIL 11, 2014.

9   4.   All other deadlines are unchanged.

10  Any party may apply to the Court for further relief regarding these deadlines.

**STRUCK WIENEKE, & LOVE, P.L.C.**     **ACLU NATIONAL PRISON PROJECT**

By:  /s/ Ashlee B. Fletcher                By:  /s/ David C. Fathi
    (with permission)                      David C. Fathi (Wash. 24893)*
Daniel P. Strunk                           Amy Fettig (D.C. 484883)**
Kathleen L. Wieneke                        Ajmel Quereshi (Md. 28882)**
Timothy J. Bojanowski                      915 15th Street N.W., 7th Floor
Nicholas D. Acedo                          Washington, D.C. 20005
Courtney R. Cloman                         Telephone:  (202) 548-6603
Ashlee B. Fletcher                         Email:   dfathi@npp-aclu.org
Anne Orcutt                                          afettig@npp-aclu.org
3100 West Ray Road, Suite 300                        aquereshi@npp-aclu.org
Chandler, Arizona 85226

Arizona Attorney General Thomas C.         *Admitted *pro hac vice*.  Not admitted
Horne, Office of the Attorney General       in DC; practice limited to federal
                                            courts.
Michael E. Gottfried                       **Admitted *pro hac vice*
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

78204-0001/LEGAL29234684.2

| | |
|---|---|
| **ARIZONA CENTER FOR DISABILITY LAW**<br><br>By: /s/ Sarah Kader<br>    (with permission)<br>    Sarah Kader<br>    Asim Varma<br>    5025 East Washington Street, Suite 202<br>    Phoenix, Arizona 85034<br>    Telephone: (602) 274-6287<br>    Email: skader@azdisabilitylaw.org<br>           avarma@azdisabilitylaw.org<br><br>    J.J. Rico (Bar No. 021292)<br>    **ARIZONA CENTER FOR DISABILITY LAW**<br>    100 N. Stone Avenue, Suite 305<br>    Tucson, Arizona 85701<br>    Telephone: (520) 327-9547<br>    Email: jrico@azdisabilitylaw.org<br><br>*Attorneys for Plaintiff Arizona Center for Disability Law* | Daniel C. Barr (Bar No. 010149)<br>Amelia M. Gerlicher (Bar No. 023966)<br>Kirstin T. Eidenbach (Bar No. 027341)<br>John H. Gray (Bar No. 028107)<br>Matthew B. du Mée (Bar No. 028468)<br>Jerica L. Peters (Bar No. 027356)<br>**PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>Telephone: (602) 351-8000<br>Email: dbarr@perkinscoie.com<br>       agerlicher@perkinscoie.com<br>       keidenbach@perkinscoie.com<br>       jhgray@perkinscoie.com<br>       mdumee@perkinscoie.com<br>       jpeters@perkinscoie.com<br><br>Daniel Pochoda (Bar No. 021979)<br>Kelly J. Flood (Bar No. 019772)<br>James Duff Lyall (Bar No. 330045)*<br>**ACLU FOUNDATION OF ARIZONA**<br>3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013<br>Telephone: (602) 650-1854<br>Email: dpochoda@acluaz.org<br>       kflood@acluaz.org<br>       jlyall@acluaz.org<br><br>*Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |

n/a

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com
           wgeorge@prisonlaw.com

*Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278135)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
           dkiernan@jonesday.com
           scalderon@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
           tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
           jkmessina@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | Kevin Brantley (Cal. 251886)* |
| 2 | **JONES DAY**<br>3161 Michelson Drive, Suite 800 |
| 3 | Irvine, California 92612<br>Telephone:  (949) 851-3939 |
| 4 | Email:     kcbrantley@jonesday.com |

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

78204-0001/LEGAL29234684.2                    -4-

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

s/ S. Neilson