1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriguez; Christina           (MEA)
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
10  Hefner; Joshua Polson; and Charlotte Wells, on       **ORDER GRANTING JOINT**
    behalf of themselves and all others similarly        **MOTION TO MODIFY**
11  situated; and Arizona Center for Disability Law,      **SCHEDULING ORDER**

                          Plaintiffs,
12
        v.
13
    Charles Ryan, Director, Arizona Department of
14  Corrections; and Richard Pratt, Interim Division
    Director, Division of Health Services, Arizona
15  Department of Corrections, in their official
    capacities,
16
                          Defendants.

17          Having received and considered the parties Joint Motion to Modify Scheduling

18  Orders, and good cause appearing,

19          IT IS HEREBY ORDERED THAT:

20          1.      Plaintiffs shall have through and including FEBRUARY 24, 2014 to

21  serve supplemental expert reports based on documents served by Defendants on

22  January 17, 2014 (four DVDs) and on January 22, 2014 (Bates No. 203836-222035).

23          2.      Defendants shall have through and including MARCH 26, 2014 to

24  serve supplemental reports in response to the reports described in paragraph 1 above.

25          3.      The deadline for expert depositions shall be APRIL 11, 2014.

26          4.      All other deadlines are unchanged.

27          Any party may apply to the Court for further relief regarding these deadlines.

28