# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                  Plaintiffs,<br><br>vs.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                  Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having reviewed Defendants' Motion for Withdrawal of Attorney Courtney R. Cloman (Doc. 775), and good cause appearing,

IT IS ORDERED granting Defendants' Motion for Withdrawal of Attorney Courtney R. Cloman (Doc. 775).

IT IS FURTHER ORDERED allowing the withdrawal of Courtney R. Cloman as one of the counsel of record for Defendants Charles Ryan and Richard Pratt in this action. Defendants continue to be represented by attorneys of record for Struck Wieneke & Love, P.L.C. and the Office of the Attorney General.

Dated this 6th day of February, 2014.

_____
Neil V. Wake
United States District Judge