IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the parties' Joint Motion to Modify Scheduling Order (Doc. 776), and good cause appearing,

IT IS ORDERED granting the parties' Joint Motion to Modify Scheduling Order (Doc. 776).

IT IS FURTHER ORDERED THAT:

    1.    Plaintiffs shall have through and including February 24, 2014 to serve supplemental expert reports based on documents served by Defendants on January 17, 2014 (four DVDs) and on January 22, 2014 (Bates No. 203836-222035).

    2.    Defendants shall have through and including March 26, 2014 to serve supplemental reports in response to the reports described in paragraph 1 above.

3. The deadline for expert depositions shall be April 11, 2014.

4. All other deadlines are unchanged.

Any party may apply to the Court for further relief regarding these deadlines.

Dated this 6th day of February, 2014.

*Neil V. Wake*
Neil V. Wake
United States District Judge