Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
         jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **PRISONER PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LENGTH IN THEIR REPLY IN SUPPORT OF MOTION FOR ORDER PROHIBITING DEFENDANTS FROM INTERFERING WITH LEGAL MAIL BETWEEN CLASS COUNSEL AND CLASS MEMBERS** |

78204-0001/LEGAL29255027.1

1  Pursuant to LRCiv 7.2(e)(2), Prisoners Plaintiffs seek this Court's permission to
2 exceed the 11-page limitation applicable to replies, and accept the filing of Prisoner
3 Plaintiffs' Reply in Support of Motion for Order Prohibiting Defendants From Interfering
4 With Legal Mail Between Class Counsel and Class Members, which is approximately 14
5 pages.  Prisoner Plaintiffs base this request upon the fact that the Court permitted
6 Defendants to file a 25-page responsive brief, exceeding the limit applicable to responses
7 by eight pages, an almost 50% increase.  Prisoner Plaintiffs' counsel has made all efforts
8 to reduce the size of their reply, but the extra three pages are necessary to fully respond to
9 all arguments raised by Defendants in their 25-page brief and five supporting declarations.
10 Therefore, Prisoner Plaintiffs respectfully request leave to exceed the 11-page limit so as
11 to provide the Court with a full presentation of the facts and law at issue.

12 Dated:  February 6, 2014              **PRISON LAW OFFICE**

By:  s/ Corene Kendrick
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          wgeorge@prisonlaw.com

*Admitted *pro hac vice*

78204-0001/LEGAL29255027.1

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         keidenbach@perkinscoie.com
         jhgray@perkinscoie.com
         mdumee@perkinscoie.com
         jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaz.org
         jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
| 2 | David C. Kiernan (Cal. 215335)*<br>Sophia Calderón (Cal. 278135)* |
| | **JONES DAY** |
| 3 | 555 California Street, 26th Floor<br>San Francisco, California 94104 |
| 4 | Telephone: (415) 875-5712 |
| | Email: cnmitchell@jonesday.com |
| 5 | dkiernan@jonesday.com<br>scalderon@jonesday.com |
| 6 | |
| | *Admitted *pro hac vice* |
| 7 | |
| | John Laurens Wilkes (Tex. 24053548)* |
| 8 | Taylor Freeman (Tex. 24083025)*<br>**JONES DAY** |
| 9 | 717 Texas Street |
| | Houston, Texas 77002 |
| 10 | Telephone: (832) 239-3939 |
| | Email: jlwilkes@jonesday.com |
| 11 | tfreeman@jonesday.com |
| 12 | *Admitted *pro hac vice* |
| 13 | Kamilla Mamedova (N.Y. 4661104)* |
| | Jennifer K. Messina (N.Y. 4912440)* |
| 14 | **JONES DAY** |
| | 222 East 41 Street |
| 15 | New York, New York 10017 |
| | Telephone: (212) 326-3498 |
| 16 | Email: kmamedova@jonesday.com |
| | jkmessina@jonesday.com |
| 17 | |
| | *Admitted *pro hac vice* |
| 18 | |
| | Kevin Brantley (Cal. 251886)* |
| 19 | **JONES DAY** |
| | 3161 Michelson Drive, Suite 800 |
| 20 | Irvine, California 92612 |
| | Telephone: (949) 851-3939 |
| 21 | Email: kcbrantley@jonesday.com |
| 22 | *Admitted *pro hac vice* |
| 23 | *Attorneys for Plaintiffs Shawn Jensen;* |
| | *Stephen Swartz; Dustin Brislan; Sonia* |
| 24 | *Rodriguez; Christina Verduzco; Jackie* |
| | *Thomas; Jeremy Smith; Robert Gamez;* |
| 25 | *Maryanne Chisholm; Desiree Licci; Joseph* |
| | *Hefner; Joshua Polson; and Charlotte* |
| 26 | *Wells, on behalf of themselves and all others* |
| | *similarly situated* |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Sarah Kader
Asim Varma
J.J. Rico
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
avarma@azdisabilitylaw.org
jrico@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ Delana Freouf