UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**[PROPOSED] ORDER GRANTING PRISONER PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LENGTH IN THEIR REPLY IN SUPPORT OF MOTION FOR ORDER PROHIBITING DEFENDANTS FROM INTERFERING WITH LEGAL MAIL BETWEEN CLASS COUNSEL AND CLASS MEMBERS** |

The Court, having reviewed Prisoner Plaintiffs' Motion for Leave to Exceed Page Length in their Reply in Support of Motion for Order Prohibiting Defendants from Interfering with Legal Mail Between Class Counsel and Class Members [Doc. __], and good cause appearing,

IT IS SO ORDERED that Prisoner Plaintiffs' Motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk's Office is directed to file the Prisoner Plaintiffs' Reply (unredacted) in Support of Motion for Order Prohibiting Defendants from Interfering with Legal Mail Between Class Counsel and Class Members under seal.

78204-0001/LEGAL29255835.1

1  IT IS FURTHER ORDERED that the Prisoner Plaintiffs' Reply (redacted) in
2  Support of Motion for Order Prohibiting Defendants From Interfering With Legal Mail
3  Between Class Counsel and Class Members may be filed on the public docket.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28