UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**[REVISED PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER PROHIBITING DEFENDANTS FROM INTERFERING WITH LEGAL MAIL BETWEEN CLASS COUNSEL AND CLASS MEMBERS** |

The Court having reviewed Plaintiffs' Motion for an Order Prohibiting Defendants From Interfering With Legal Mail Between Class Counsel and Class Members (Doc. 736), the evidence submitted in support of and in opposition to the Motion, and good cause appearing,

IT IS ORDERED that Plaintiffs' Motion is GRANTED, and Defendants are hereby ORDERED as follows:

1. Defendants shall, within 48 hours of the issuance of this Order, rescind in writing the September 17, 2013 statewide memorandum that singles out as presumptively non-legal mail any correspondence to or from the American Civil Liberties Union,

78204-0001/LEGAL29264687.1

1  Arizona Center for Disability Law, Prison Law Office, NAACP, or the Arizona Justice
2  Project.

3      2.    Defendants shall, within 48 hours of the issuance of this Order, rescind in
4  writing any and all other institution-specific directives identifying correspondence from
5  the five organizations identified above as non-legal mail.

6      3.    Defendants shall, within 48 hours of the issuance of this Order, provide to
7  all prison mailroom staff a copy of this Order, and instruct all prison mailroom staff in
8  writing that correspondence between class counsel and prisoners is privileged legal mail.

9      4.    Defendants shall, within 48 hours of the issuance of this Order, post a copy
10  of the Order in all prison mailrooms in a visible location, and continue to post this Order,
11  unless and until the Court orders otherwise.

12      5.    Counsel for Defendants shall, within 14 days of the issuance of this Order,
13  file a sworn declaration with this Court describing Defendants' compliance with this
14  Order, and attaching all written instructions to staff regarding this Order.