1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                              DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-NVW
     Dustin Brislan; Sonia Rodriguez; Christina                (MEA)
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph
10   Hefner; Joshua Polson; and Charlotte Wells, on        **[PROPOSED] ORDER**
     behalf of themselves and all others similarly         **GRANTING PRISONER**
11   situated; and Arizona Center for Disability Law,       **PLAINTIFFS' MOTION TO**
                                                            **SEAL PORTIONS OF THEIR**
12                   Plaintiffs,                            **REPLY IN SUPPORT OF**
                                                            **MOTION FOR ORDER**
13        v.                                                **PROHIBITING**
                                                            **DEFENDANTS FROM**
14   Charles Ryan, Director, Arizona Department of          **INTERFERING WITH**
     Corrections; and Richard Pratt, Interim Division       **LEGAL MAIL BETWEEN**
15   Director, Division of Health Services, Arizona         **CLASS COUNSEL AND**
     Department of Corrections, in their official           **CLASS MEMBERS**
16   capacities,

17                   Defendants.

18

19        The Court, having reviewed Prisoner Plaintiffs' Motion to Seal Portions of their

20   Reply in Support of Motion for Order Prohibiting Defendants from Interfering with Legal

21   Mail Between Class Counsel and Class Members (Doc. __), and good cause appearing,

22        IT IS SO ORDERED that Prisoner Plaintiffs' Motion is GRANTED.

23        IT IS FURTHER ORDERED that the Clerk's Office is directed to file the

24   following documents lodged with Prisoner Plaintiffs' Motion to Seal Items under seal:

25   Prisoner Plaintiffs' Reply in Support of Motion for Order Prohibiting Defendants from

26   Interfering with Legal Mail Between Class Counsel and Class Members.

27

28

78204-0001/LEGAL29256350.1