# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>vs.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the Prisoner Plaintiffs' Motion for Leave to Exceed Page Length in Their Reply in Support of Motion for Order Prohibiting Defendants From Interfering With Legal Mail Between Class Counsel and Class Members (Doc. 781), and good cause appearing,

IT IS ORDERED granting the Prisoner Plaintiffs' Motion for Leave to Exceed Page Length in Their Reply in Support of Motion for Order Prohibiting Defendants from Interfering with Legal Mail Between Class Counsel and Class Members (Doc. 781).

IT IS FURTHER ORDERED directing the Clerk's Office to file the Prisoner Plaintiffs' Reply in Support of Motion for Order Prohibiting Defendants from Interfering with Legal Mail Between Class Counsel and Class Members (redacted version) on the public docket.

Dated this 10th day of February, 2014.

_____
Neil V. Wake
United States District Judge