1  Daniel Pochoda (Bar No. 021979)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5       jlyall@acluaz.org
   *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6  *Attorneys for Plaintiffs Shawn Jensen, Stephen*
   *Swartz, Dustin Brislan, Sonia Rodriguez,*
7  *Christina Verduzco, Jackie Thomas, Jeremy Smith,*
   *Robert Gamez, Maryanne Chisholm, Desiree*
8  *Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all*
9  *others similarly situated*

10 **[ADDITIONAL COUNSEL LISTED BELOW]**

11

12                    UNITED STATES DISTRICT COURT

13                        DISTRICT OF ARIZONA

14 | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-NVW |
   | Dustin Brislan; Sonia Rodriguez; Christina | (MEA) |
15 | Verduzco; Jackie Thomas; Jeremy Smith; Robert | |
   | Gamez; Maryanne Chisholm; Desiree Licci; Joseph | |
16 | Hefner; Joshua Polson; and Charlotte Wells, on | **DECLARATION OF** |
   | behalf of themselves and all others similarly | **CORENE KENDRICK** |
17 | situated; and Arizona Center for Disability Law, | |

18                    Plaintiffs,

19         v.

20 Charles Ryan, Director, Arizona Department of
   Corrections; and Richard Pratt, Interim Division
21 Director, Division of Health Services, Arizona
   Department of Corrections, in their official
22 capacities,

23                    Defendants.

24

25

26

27

28

1  I, Corene Kendrick, declare:

2      1.    I am an attorney licensed to practice before the courts of the State of

3  California, and admitted to this Court *pro hac vice*.  I am a Staff Attorney at the Prison

4  Law Office, and an attorney of record to the plaintiff class in this litigation.  If called as a

5  witness, I could and would testify competently to the facts stated herein, all of which are

6  within my personal knowledge.

7      2.    Due to the large number of class members, the distance from my office to

8  Arizona, and the time and expense in-person meetings require, communication through

9  the legal mail system is the only viable method available for my office to communicate

10  with class members in this case.

11      3.    This Court certified a subclass of prisoners held in isolation units.  In order

12  to prove this claim, counsel needs information from these prisoners regarding the

13  conditions of confinement.  Evidence that ADC staff violate attorney-client privilege by

14  improperly reading legal mail sent to and from class counsel, has led me to the reasonable

15  conclusion that ADC staff will learn the contents of legal mail and retaliate against

16  plaintiffs who assist us and describe substandard conditions of confinement in isolation

17  units at ADC facilities.

18      4.    Information important to this litigation also includes details about plaintiffs'

19  medical, dental, and mental health conditions.  This personal health information is

20  protected by state and federal laws, as well as the Court's protective order.  The statewide

21  memo and the documented problems prisoners have had communicating with my office

22  has concerned me that ADC staff will uncover details related to class members' private

23  health information.

24      5.    As a result of these policies, and incidents detailed below, I and the other

25  attorneys working on this case must assume that our correspondence will be read by ADC

26  staff.  We are circumspect with respect to communications with clients, out of concern

27  that our privileged communications will be read by ADC.  This has a chilling effect on

28  our communications with the class this Court appointed us to represent.

6.    Every day the Prison Law Office receives between five and 15 letters from ADC prisoners regarding the claims in this case.  The administrative assistants open all mail and immediately bring to me undisturbed any envelopes that appear to have been previously opened and sealed shut, or that are delivered to our mailbox opened.

7.    Every letter that the Prison Law Office sends to prisoners in ADC custody is addressed to an individual prisoner, by name and ADC number.  When we write a prisoner, it is either in response to a letter we received from the individual, or it is based upon a referral we received from a third party suggesting that the prisoner is in need of our assistance, or that she or he has information that would be useful for the current litigation.  We sometimes send form letters to prisoners acknowledging receipt of their mail; because of the quantity of mail we receive we cannot write an individual letter to each prisoner who writes us.  However, these form letters are addressed to a specific prisoner, lists his or her ADC number and housing unit, and are sent in envelopes labeled as "Legal Mail."

8.    Since its founding in 1978, the Prison Law Office has received mail from prisoners in multiple states and in the custody of the Federal Bureau of Prisons.  The majority of mail is from California prisoners in jails, juvenile halls, and prisons; and to a lesser extent, private California prisons in Arizona and ADC institutions.  Depending upon the time of year and ongoing events in the prison systems or our cases, our office can receive anywhere from 60 to 300 letters a day from prisoners.  An equal number of letters are sent out; as we respond to every letter we receive from a prisoner.

9.    When we write prisoners back, we have two types of envelopes.  Attached herein as Exhibit 1 is a true and correct copy of the #10 sized envelopes used for the vast majority of our outgoing correspondence.  It is pre-printed with "Legal Mail" on the front of it and the return address lists the name of the Prison Law Office's executive director, Donald Specter, followed by the words "Attorney at Law."  Attached herein as Exhibit 2 is a true and correct copy of the larger envelope we use when sending numerous documents to a prisoner, normally when returning documents he or she sent our office to

review. It is pre-printed with "Legal Mail" on the front of it, and the return address lists Mr. Specter's name, followed by the word "Director."

10.    I have asked administrative staff and attorneys in this office who have worked here for more than 20 years and they have no memory or experience of any prison system other than ADC taking the position that legal mail sent to prisoners in the envelopes similar to Exhibit 2 are going to be treated as non-legal mail simply because the word "Director" appears after Mr. Specter's name.

11.    When writing ADC prisoners, the standard practice is to enclose a self-addressed, stamped envelope that has our mailing address and "Legal Mail" pre-printed on it, so that the prisoner can write us back. In addition, since February 2013, when co-counsel first contacted Defendants' counsel regarding problems with legal mail being opened, I have directed the administrative assistant who processes all of the outgoing mail to ADC prisoners to always write my name, followed by either "Attorney at Law" or "Esq." on the envelope, so that any response sent back to us by the prisoner is processed by ADC staff as legal mail. At the end of December 2013, rather than handwriting the information, we now stamp "Corene Kendrick, Attorney at Law" on every self-addressed stamped envelope sent to ADC prisoners.

12.    Exhibit 10 to my January 7, 2014 declaration (Doc. 737-1 at 70), was a photocopy of a letter that was addressed to me, and mailroom staff had allegedly handwritten on the front of the envelope "Checked Not Listed in Arizona Bar."  I recognize the handwriting of the Prison Law Office administrative assistant where she wrote "Corene Kendrick, Esq." on the self-addressed stamped envelope.

13.    Attached herein as Exhibit 3 and Exhibit 4 are true and correct copies of documents that my office received from Seymour Abdullah (#40697) on January 13, 2014, a week after Plaintiffs' Motion was filed.

14.    The first page of Exhibit 3 is a true and correct copy of a letter that Mr. Abdullah sent on November 14, 2013 to Ms. Katherine Watanabe, Assistant Attorney General.  Mr. Abdullah had attempted to send documents to Ms. Watanabe as legal mail

1    in his individual lawsuit, and was told by mailroom staff that she was not an attorney.

2    The second page of Exhibit 3 is a true and correct copy of the envelope that Mr. Abdullah

3    attempted to use, addressed to "Ms. Katherine E. Watanabe, Assistant Attorney General,"

4    with "Not Listed as a Lawyer" written above Ms. Watanabe's name.  This handwriting

5    appears to be very similar to that of the person who wrote "Checked Not Listed in Arizona

6    Bar" on a letter that Mr. Abdullah attempted to send to me in November.  [*See* Doc. 737

7    ¶ 11, Ex. 10 (Doc. 737-1 at 70)]  The third page of Exhibit 3 is a true and correct copy of a

8    letter that Ms. Watanabe sent to Mr. Abdullah on December 4, 2013, stating that "CO II

9    Gresh has been advised of my status, and so long as you identify me as an attorney with

10   the Attorney General's Office, you should not have any further difficulty sending me legal

11   mail."

12        15.    The first page of Exhibit 4 is a true and correct copy of an informal

13   complaint filed by Mr. Abdullah on October 2, 2013, regarding an incident where he was

14   told that he could not send a letter as legal mail that was addressed to Donald Specter,

15   Esq. at the Prison Law Office, because Mr. Specter is not a member of the Arizona Bar.

16   [*See* Doc. 737, ¶ 10; Doc. 737-1 at 66 (Nov. 12, 2013 Declaration of Seymour Abdullah)

17   at ¶¶ 3-4]  The second page of Exhibit 4 is a post-it note, on which it is written in

18   handwriting different from Mr. Abdullah's, "Not listed in AZ bar direct.  Do not send per

19   paralegal."  The third page of Exhibit 4 is the response to Mr. Abdullah's letter, dated

20   October 18, 2013, and signed by Eyman-Meadows Unit CO-III T. Toner.  Officer Toner

21   states, "I found that the memo in question was misinterpreted by COII Gresh whom was

22   redirected to receive your mail addressed to the above attorney."

23        16.    Attached herein as Exhibit 5 are true and correct copies of four pages of

24   documents that our office received on January 31, 2014 from Kenneth Reed (#108264).

25        17.    The first three pages of Exhibit 5 are true and correct copies of an informal

26   grievance that Mr. Reed filed on October 15, 2013, at ASPC-Yuma Cibola Unit.  He

27   alleged that on October 4, 2013, a letter that was addressed to him from the Clerk of the

28   United States District Court in Phoenix, Arizona was delivered to him as regular mail,

already opened and inspected.  The second page of Exhibit 5 is a true and correct copy of the envelope from the Court that was delivered opened.  Mr. Reed alleges in his complaint that taped to the back of envelope, "affecting to explain why it was being delivered as regular mail and not as legal mail" was a copy of the September 17, 2013 memo from Ms. Erwin and Ms. Northup regarding legal mail from class counsel.  The third page of Exhibit 5 is a true and correct copy of what he alleges was taped to the back of the envelope.  The fourth page of Exhibit 5 is the response to his letter, dated January 8, 2014, and signed by Yuma-Cibola CO-III O. Perez.  Officer Perez that states the letter "was deliver [sic] as regular mail by mistake."

18.   I want to correct a misstatement in my Declaration of January 7, 2014 (Doc. 737).   At paragraph 17, I refer to an envelope that was sent from my office to Mr. Larsgard that was processed as not legal mail.  I refer to the envelope as being signed by CO-II Smith.  I have since been informed by Mr. Larsgard that I misunderstood what had happened when he showed her the opened letter and that Officer Smith did not sign the envelope, but that he wrote her name and badge number on the envelope to document who he had shown it to.  I apologize to the Court for this mistake.

19.   Attached herein as Exhibit 6 is a true and correct copy of *Protection & Advocacy System, Inc. v. City of Albuquerque*, Case No. Civ. 03-0367 CMA/RLP, Doc. 25, Memorandum Opinion Order Denying Motion for Preliminary Injunction (D.N.M. June 18, 2003), which was obtained through the federal court's PACER system.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 6th of February 2014, in Berkeley, California.

   *s/ Corene Kendrick*
Corene Kendrick

**ADDITIONAL COUNSEL:**

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          keidenbach@perkinscoie.com
          jhgray@perkinscoie.com
          mdumee@perkinscoie.com
          jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    dpochoda@acluaz.org
          jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org
           aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
           dkiernan@jonesday.com
           scalderon@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
           tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
           jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

1

**<u>CERTIFICATE OF SERVICE</u>**

2

     I hereby certify that on February 6, 2014, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

                       Michael E. Gottfried
Katherine E. Watanabe

7

Lucy M. Rand
Assistant Arizona Attorneys General

8

Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov

9

Lucy.Rand@azag.gov

10

Daniel P. Struck
Kathleen L. Wieneke

11

Timothy J. Bojanowski
Rachel Love

12

Nicholas D. Acedo
Ashlee B. Fletcher

13

Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.

14

dstruck@swlfirm.com
kwieneke@swlfirm.com

15

tbojanowski@swlfirm.com
rlove@swlfirm.com

16

nacedo@swlfirm.com
afletcher@swlfirm.com

17

aorcutt@swlfirm.com

18

*Attorneys for Defendants*

19

20

Sarah Kader
Asim Varma

21

J.J. Rico
ARIZONA CENTER FOR DISABILITY LAW

22

skader@azdisabilitylaw.org
avarma@azdisabilitylaw.org

23

jrico@azdisabilitylaw.org

24

*Attorneys for Plaintiff Arizona Center for Disability Law*

25

                           s/ Delana Freouf

26

27

28