Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

Defendants.

No. CV 12-00601-PHX-NVW (MEA)

**DECLARATION OF DANIEL POCHODA**

I, Daniel Pochoda, declare:

1. I am an attorney licensed to practice before the courts of the State of Arizona. I am Legal Director at the American Civil Liberties Union of Arizona and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. In my capacity as Legal Director, I participate in the prosecution of plaintiffs' claims, including, but not limited to, strategic decisions concerning when and how to communicate with class members. Due to the large number of class members and the time and expense in-person meetings require, communication through the legal mail system is nearly always the only viable method available for us to communicate with plaintiffs.

3. Every letter that the ACLU of Arizona sends to prisoners in ADC custody is addressed to an individual prisoner, by name and ADC number. We do not have the financial or personnel resources to randomly write the approximately 33,000 prisoners in ADC custody. When we write a prisoner, it is either in response to a letter we received from the individual, or it is based upon a referral we received from a third party suggesting that the prisoner is in need of our assistance, or has information that would be useful for the current litigation. We do not send out mass mailings to anonymous prisoners.

4. After Defendants issued the statewide memo challenged in the current motion, our office and co-counsel have received reports from prisoners that legal mail to or from our offices has been opened and read. The evidence that ADC staff is improperly interfering with legal mail has led me to believe that legal mail is not a reliable method for confidential communications with class members, nor can I rely on the legal mail system adequately protect the attorney-client privilege. For example, I and the other ACLU attorneys writing named plaintiffs cannot discuss sensitive legal matters with them.

5. This court certified a subclass of prisoners held in isolation units. In order to prove this claim, counsel needs information from these prisoners regarding the conditions of confinement. Evidence that ADC staff violate attorney-client privilege by improperly reading legal mail sent to and from class counsel, has led me to the reasonable conclusion that ADC staff will learn the contents of legal mail and retaliate against plaintiffs who assist us and describe substandard conditions of confinement in isolation units at ADC facilities.

6. Information important to this litigation also includes details about plaintiffs' medical, dental, and mental health conditions. This personal health information is protected by state and federal laws, as well as the Court's protective order. The statewide memo singling out the ACLU among other counsel, causes me concern that ADC staff will uncover details related to plaintiffs' private health information.

7. Due to these reasonable concerns that the attorney-client privilege will be violated, pending the resolution of the problem of this statewide memo, I have directed the attorneys and paralegals at the ACLU of Arizona to reduce the frequency with which we write ADC prisoners and alter the substance of communication with class members to be more circumspect and less detailed than I would prefer we be in writing them.

8. Defendants' reply brief at page 9, note 3, refers to a person named Bridgette Amiri and states that she is not an attorney in Arizona. In Seymour Abdullah's November 14, 2013 declaration (Doc. 737-1 at 66), he states that he attempted to send a letter, addressed to her, at the ACLU of Arizona's Phoenix office. Mr. Abdullah misspelled Ms. Amiri's first name in his declaration; the correct spelling is Brigitte.

9. Ms. Amiri is a staff attorney based out of the ACLU's national headquarter offices in New York, New York. She is licensed to practice law in the State of New York and was admitted *pro hac vice* in Arizona for a case she worked on with the ACLU of Arizona challenging Maricopa County jail's restriction on access to abortion for female prisoners, *Doe v. Arpaio*, 214 Ariz. 237, 150 P.3d 1258 (Ariz. App. 2007). It is not

unusual for prisoners (and non-prisoners) to send mail to our office that is addressed to national ACLU attorneys or attorneys who used to work out of this office from years past.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed the 6th of February 2014, in Phoenix, Arizona.

*s/ Daniel Pochoda*
Daniel Pochoda

**ADDITIONAL COUNSEL:**


Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
keidenbach@perkinscoie.com
jhgray@perkinscoie.com
mdumee@perkinscoie.com
jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
afettig@npp-aclu.org
aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278315)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
dkiernan@jonesday.com
scalderon@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com
tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: kmamedova@jonesday.com
jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email: kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

Sarah Kader
Asim Varma
J.J. Rico
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
avarma@azdisabilitylaw.org
jrico@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ Delana Freouf