Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                                Plaintiffs,<br><br>        v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                                Defendants. | NO. 2:12-cv-00601-NVW<br><br><br>**DEFENDANTS' NOTICE OF SERVICE OF FOURTEENTH SUPPLEMENTAL DISCLOSURE STATEMENT** |

NOTICE IS HEREBY GIVEN that on the date set forth below, Defendants have served upon Plaintiffs' counsel the discovery listed below by email to lead counsel of record (Sarah Kader, skader@azdisabilitylaw.org; Caroline N. Mitchell,

cnmitchell@jonesday.com;  Amelia  M.  Gerlicher,  agerlicher@perkinscoie.com;  Donald

Specter, dspecter@prisonlaw.com; and David C. Fathi, dfathi@npp-aclu.org):

      1.    Defendants' Fourteenth Supplemental Disclosure Statement.

      DATED this __10th__ day of February 2014.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Daniel P. Struck
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Fletcher
    Anne M. Orcutt
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    Arizona Attorney General Thomas C. Horne
    Office of the Attorney General
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:             ahardy@prisonlaw.com

Amy Fettig:               afettig@npp-aclu.org

Caroline N. Mitchell:     cnmitchell@jonesday.com; mlandsborough@jonesday.com;
                          nbreen@jonesday.com

Corene T. Kendrick:       ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:      DBarr@perkinscoie.com; docketphx@perkinscoie.com;
                          sneilson@perkinscoie.com

Daniel Joseph Pochoda:    dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:        dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:           dspecter@prisonlaw.com

James Duff Lyall:         jlyall@acluaz.org; gtorres@acluaz.org

Cathleen M. Dooley:       cdooley@azdisabilitylaw.org

J.J. Rico:                jrico@azdisabilitylaw.org

John Howard Gray:         jhgray@perkinscoie.com; slawson@perkinscoie.com

Kirstin T. Eidenbach:     keidenbach@perkinscoie.com; dfreouf@perkinscoie.com;
                          docketphx@perkinscoie.com

Jerica L. Peters:         jpeters@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried:   Michael.gottfried@azag.gov; colleen.jordan@azag.gov;
                          lucy.rand@azag.gov

Sara Norman:              snorman@prisonlaw.com

Sophia Calderon:          scalderon@jonesday.com; lwong@jonesday.com

Asim Varma:               avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org;
                          phxadmin@azdisabilitylaw.org

David C. Kiernan:         dkiernan@jonesday.com; lwong@jonesday.com

John Laurens Wilkes:      jlwilkes@jonesday.com, dkkerr@jonesday.com

3

Kamilla Mamedova:        kmamedova@jonesday.com

Jennifer K. Messina:      jkmessina@jonesday.com

Taylor Freeman:          tfreeman@jonesday.com

Sarah Eve Kader:         skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org

Katherine E. Watanabe:  Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov

Amelia M. Gerlicher:     agerlicher@perkinscoie.com;docketPHX@perkinscoie.com,
                          pdrew@perkinscoie.com

Lucy Marie Rand:         Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov

Ajmel Quereshi:          aquereshi@npp-aclu.org

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ *Daniel P. Struck*

4