Index of Exhibits to the Declaration of David Fathi


Exhibit 1:    Press release posted October 21, 2013 at ASPC-Eyman

Exhibit 2:    Press release posted December 2, 2013 at ASPC-Eyman

Exhibit 3:    Press release posted on January 27, 2014 at ASPC-Eyman

Exhibit 4:    [FILED UNDER SEAL] January 23, 2014 Letter from Defendants' counsel
              to Dr. Joseph V. Penn, M.D.

Exhibit 5:    [FILED UNDER SEAL] January 30, 2014 Letter from Defendants' counsel
              to Dr. Joseph V. Penn, M.D.

Exhibit 6:    Excerpt of the ADC Request for Proposals for the Privatization of Health
              Care

Exhibit 7:    January 13, 2014 Email exchange between David Fathi and Daniel Struck

# Exhibit 1

# ARIZONA DEPARTMENT OF CORRECTIONS



**1601 W. JEFFERSON**
**PHOENIX, ARIZONA 85007**
**(602) 542-3133**
**www.azcorrections.gov**



**JANICE K. BREWER**
**GOVERNOR**

**CHARLES L. RYAN**
**DIRECTOR**

For more information contact:
**Doug Nick**
dnick@azcorrections.gov
**Bill Lamoreaux**
blamorea@azcorrections.gov

# NEWS RELEASE
**For Immediate Release**

October 21, 2013

# Inmate Death Notification

FLORENCE (Monday, October 21, 2013) – Inmate Todd Hoke, 22, ADC #253951, died Monday from an apparent suicide.

An investigation will be led by the Department's Criminal Investigation Unit in consultation with the county medical examiner's office.

Hoke, sentenced out of Pinal County, was serving a life sentence for 1st degree murder. He came to ADC custody on June 3, 2010 and was housed at ASPC-Eyman.

###

# Exhibit 2

# ARIZONA DEPARTMENT OF CORRECTIONS



**1601 W. JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-3133
www.azcorrections.gov**



**JANICE K. BREWER
GOVERNOR**

**CHARLES L. RYAN
DIRECTOR**

For more information contact:
**Doug Nick**
dnick@azcorrections.gov
**Bill Lamoreaux**
blamorea@azcorrections.gov

# NEWS RELEASE
**For Immediate Release**

**December 2, 2013**

# Inmate Death Notification

FLORENCE (Monday, December 2, 2013) – Inmate Raymundo Morin, 38, ADC #130151, died Thursday from an apparent suicide.

An investigation will be led by the Department's Criminal Investigation Unit in consultation with the county medical examiner's office.

Morin, sentenced out of Cochise County, was serving 18 years for 2nd degree murder. He came to ADC custody on September 7, 2005 and was housed at ASPC-Eyman.

### ###

# Exhibit 3

# ARIZONA DEPARTMENT OF CORRECTIONS



**1601 W. JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-3133
www.azcorrections.gov**



**JANICE K. BREWER
GOVERNOR**

**CHARLES L. RYAN
DIRECTOR**

For more information contact:
**Doug Nick**
dnick@azcorrections.gov
**Bill Lamoreaux**
blamorea@azcorrections.gov

# NEWS RELEASE
**For Immediate Release**

**Monday, January 27, 2014**

# Inmate Death Notification

FLORENCE (Monday, January 27, 2014) – Inmate Gregory Dickens, 48, ADC #102305 was pronounced dead after being given lifesaving measures at his housing location at ASPC-Eyman.  The apparent cause is suicide.

Dickens was sentenced to death out of Yuma County on charges of first degree murder, armed robbery and conspiracy to commit armed robbery.  He had been on death row since December 17, 1993.

On September 10, 1991, Dickens and an accomplice laid in wait at a rest stop on Interstate 8 near Yuma for potential robbery victims.  Dickens instructed his accomplice to rob "appropriate victims" and "leave no witnesses."  Bryan and Laura Bernstein eventually drove into the rest stop, were robbed at gunpoint and shot.  Both victims died at the scene, but Bryan Bernstein lived long enough to explain the crime to a sheriff's deputy who responded.

All inmate deaths are investigated in consultation with the county medical examiner.

### ###

# Exhibit 4

# FILED UNDER SEAL

# Exhibit 5

# FILED UNDER SEAL

Exhibit 6

| SOLICITATION NO. ADOC12-00001105 | ARIZONA DEPARTMENT OF CORRECTIONS |
|---|---|

required by this Contract, or to provide evidence of renewal, is a material breach of contract.

1.30.14 All certificates required by this Contract shall be sent directly to State of Arizona Department of Corrections, 1601 West Jefferson Street, M/C 55302, Phoenix, AZ 85007-3002. The State of Arizona project/contract number and project description shall be noted on the certificate of insurance. The State of Arizona reserves the right to require complete, certified copies of all insurance policies required by this Contract at any time. Do not send certificates of insurance to the state of Arizona's Risk Management section.

1.30.15 APPROVAL: Any modification or variation from the insurance requirements in this Contract shall be made by the Arizona Department of Corrections in consultation with the Arizona Department of Administration, Risk Management Division, whose decision shall be final. Such action will not require a formal Contract amendment, but may be made by administrative action.

1.31 Independent Status of the Contractor

1.31.1 The Contractor is an independent Contractor and will not, under any circumstances, be considered an employee, servant or agent of the Department, nor will the employees, servants or agents of the Contractor be considered employees of the Department.

1.31.2 Personnel actions of employees on the Contractor's payroll shall be the Contractor's responsibility. The Contractor shall comply with all applicable government regulations related to the employment, compensation and payment of personnel.

1.31.3 The Department will not be responsible in any way for the damage or loss caused by fire, theft, accident, or otherwise to the Contractor's stored supplies, materials, equipment, or his employee's personal property stored on Department property.

1.32 Notice Warning

1.32.1 Any person who takes into or out of or attempts to take into or out of a correctional facility or the grounds belonging to or adjacent to a correctional facility, any item not specifically authorized by the correctional facility, shall be prosecuted under the provisions of the Arizona Revised Statutes. All persons, including employees and visitors, entering upon these confines are subject to routine searches of their persons, vehicles, property or packages.

Definition:     A.R.S. § 13-2501:
                A.R.S. § 13-2505,
                ADC Department Order 708

1.33 Contraband

1.33.1 Contraband means any dangerous drug, narcotic drug, intoxicating liquor of any kind, deadly weapon, dangerous instrument, explosive or any other article whose use of or possession would endanger the safety, security or preservation of order in a correctional facility or any person therein. (Any other article includes any substance which could cause abnormal behavior, i.e., marijuana, nonprescription medication, etc.)

15

ADC014136

Exhibit 7

| | |
|---|---|
| **From:** | David Fathi |
| **Sent:** | Thursday, February 13, 2014 2:11 PM |
| **To:** | Dan Struck; Corene Kendrick (ckendrick@prisonlaw.com) |
| **Cc:** | Parsons Team; Parsons Discovery Comittee |
| **Subject:** | RE: Medical records reviewed by Dr. Penn and Dr. Mendel |

Thank you, Dan.  I assume your agreement applies to all records reviewed by Drs. Penn and Mendel in this case, and not only those reviewed on their tours; please let me know if this is incorrect.

We will note your agreement in our reply brief being filed shortly.  We are not able to withdraw the argument for the reasons set forth in my email sent today at 3:23 p.m. (below).

David

---

**From:** Dan Struck <DStruck@swlfirm.com>
**Sent:** Thursday, February 13, 2014 4:38 PM
**To:** David Fathi; Corene Kendrick (ckendrick@prisonlaw.com)
**Cc:** Parsons Team; Parsons Discovery Comittee
**Subject:** RE: Medical records reviewed by Dr. Penn and Dr. Mendel

David,

Defendants will produce the records reviewed by Drs. Penn and Mendel on their tours that have not been produced.   We also ask that you withdraw this argument in your brief, as it is our understanding that all other records relied upon by our experts as noted in their reports has been produced to plaintifs.

Dan



STRUCK WIENEKE & LOVE
3100 West Ray Road, Suite 300   Chandler, Arizona 85226

**Daniel P. Struck**
Direct: (480) 420-1620
dstruck@swlfirm.com
www.swlfirm.com

**From:** David Fathi [mailto:dfathi@aclu.org]
**Sent:** Thursday, February 13, 2014 2:19 PM

**To:** Dan Struck; Corene Kendrick (ckendrick@prisonlaw.com)
**Cc:** Parsons Team; Parsons Discovery Committee
**Subject:** RE: Medical records reviewed by Dr. Penn and Dr. Mendel

Dan,

We will very shortly have to finalize and file our reply brief.  If defendants will agree to produce all medical records reviewed by Drs. Penn and Mendel that have not already been produced, please let us know so that we can note that fact in our brief.

Thanks very  much.

David

---

**From:** David Fathi
**Sent:** Thursday, February 13, 2014 3:23 PM
**To:** Dan Struck; Corene Kendrick (ckendrick@prisonlaw.com)
**Cc:** Parsons Team; Parsons Discovery Comittee
**Subject:** RE: Medical records reviewed by Dr. Penn and Dr. Mendel


Dan,

Thank you for your message.  While we appreciate your willingness to explore solutions to this issue, it's unlikely we will be able reach a final resolution in the few hours remaining before we must file our reply brief.

We can't agree to your offer in its present form, because (1) there are additional documents reviewed and relied upon by defendants' experts that defendants have not produced, and (2) we need production of all records reviewed by Drs. Penn and Mendel that have not already been produced.  Even if one of plaintiffs' experts may have reviewed a record during his tour eight months ago, if defendants' expert subsequently cited that record in support of a given conclusion (e.g., that medication delivery is timely and accurate), our expert needs to review that record in light of that conclusion.

There is also a timing issue.  We will need all the records in sufficient time to review them (at times with the assistance of our experts) before we take the Penn and Mendel depositions.  Given the delay involved in past productions, it's not clear there is enough time for this.

If defendants will agree to produce all records reviewed by Drs. Penn and Mendel that have not already been produced, we will note that fact in our reply brief, along with a statement that we still believe the failure to produce these documents in a timely manner has been prejudicial. And of course we would be glad to continue discussion of this issue going forward.

David

---

**From:** Dan Struck <DStruck@swlfirm.com>
**Sent:** Thursday, February 13, 2014 12:46 PM
**To:** David Fathi; Corene Kendrick (ckendrick@prisonlaw.com)

**Cc:** Parsons Team; AG Team
**Subject:** RE: Medical records reviewed by Dr. Penn and Dr. Mendel

David,

Defendants will agree to produce the records reviewed by Drs. Mendel and Penn that haven't already been produced and/or reviewed by your experts, if Plaintiffs note that fact in your reply brief, and agree to withdraw your argument that Defendants' expert reports should be stricken to the extent that they rely on documents Defendants refuse to produce.

Dan



**Daniel P. Struck**
Direct: (480) 420-1620
dstruck@swlfirm.com
www.swlfirm.com

**From:** David Fathi [mailto:dfathi@aclu.org]
**Sent:** Thursday, February 13, 2014 8:39 AM
**To:** Dan Struck; Corene Kendrick (ckendrick@prisonlaw.com)
**Cc:** Parsons Team; Parsons Discovery Comittee
**Subject:** RE: Medical records reviewed by Dr. Penn and Dr. Mendel

Dan,

We did not take the position that the issue was not mentioned in the motion to strike; we pointed out that the motion does not, by its terms, seek an order compelling defendants to produce those files, and that we wanted to meet and confer before filing a motion seeking such an order.

If defendants state their agreement to produce all medical records reviewed by Drs. Penn and Mendel that have not already been produced, we will note that fact in our reply brief in support of the motion to strike which, as you know, is due today by 5:00 p.m. MST.  We will need to hear from you by 1:00 p.m. MST in order to note your position in our brief.

Thanks very much,

David

---

**From:** Dan Struck <DStruck@swlfirm.com>
**Sent:** Thursday, February 13, 2014 10:21 AM
**To:** David Fathi; Corene Kendrick (ckendrick@prisonlaw.com)
**Cc:** Parsons Team
**Subject:** Medical records reviewed by Dr. Penn and Dr. Mendel

David and Corene,

During our call yesterday, you folks took the position that the issue of Defendants not having provided some of the records reviewed by Dr. Penn and Dr. Mendel when they were touring the facilities was not before the court in Plaintiffs' Motion to Strike.   On page 8 of your motion, though,  you state:  "Defendants even refuse to produce medical records and other post-discovery documents specifically cited and relied upon by their experts… **Defendants' expert reports should be stricken to the extent that they rely on documents Defendants refuse to produce**."

It sure looks to us like the issue is before Judge Wake.   Do you agree?   If not, and assuming that we agree to provide plaintiffs with the portions of the 113 medical records (they reviewed more than 113, but those medical records have already been produced or reviewed by your experts) that were reviewed by Penn and Mendel, what do plaintiffs propose they will do with respect to their argument advanced in the Motion to Strike?

Dan



## Daniel P. Struck

Direct: (480) 420-1620
dstruck@swlfirm.com
www.swlfirm.com

This electronic mail transmission contains information from the law firm Struck Wieneke & Love, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.


Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.


This electronic mail transmission contains information from the law firm Struck Wieneke & Love, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are

believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.


Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.


This electronic mail transmission contains information from the law firm Struck Wieneke & Love, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.


Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.