1

2

3

4

5

6 UNITED STATES DISTRICT COURT

7 DISTRICT OF ARIZONA

| | |
|---|---|
| 8  Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-NVW |
| 9  Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; | |
| 10  Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL** |
| 11  similarly situated; and Arizona Center for Disability Law, | **EXHIBITS 4-5 OF THE DECLARATION OF DAVID C.** |
| 12  Plaintiffs, | **FATHI** |
| 13  v. | |
| 14  Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division | |
| 15  Director, Division of Health Services, Arizona Department of Corrections, in their official | |
| 16  capacities, | |
|   Defendants. | |

17

18  The Court, having reviewed Plaintiffs' Motion to Seal Exhibits 4-5 of the

19 Declaration of David C. Fathi (Doc. ___), and good cause appearing,

20  IT IS SO ORDERED that Plaintiffs' Motion is GRANTED.

21  IT IS FURTHER ORDERED that the Clerk's Office is directed to file the

22 following documents lodged with Plaintiffs' Motion to Seal Items under seal:  Exhibits 4-

23 5 of the Declaration of David C. Fathi.

24

25

26

27

28