# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>vs.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the Plaintiffs' Motion to Seal Exhibits 4-5 to the Declaration of David C. Fathi (Doc. 800), and good cause appearing,

IT IS ORDERED granting the Plaintiffs' Motion to Seal Exhibits 4-5 to the Declaration of David C. Fathi (Doc. 800).

///

///

1     IT IS FURTHER ORDERED directing the Clerk's Office to file Exhibits 4-5 to the Declaration of David C. Fathi under seal.

Dated this 14th day of February, 2014.

_____
Neil V. Wake
United States District Judge