Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO STRIKE DEFENDANTS' EXPERTS AND EXPERT REPORTS** |

Defendants respectfully request leave to file the lodged Sur-Reply to Plaintiffs'

Reply in Support of Their Motion to Strike Defendants' Experts and Expert Reports

1   (Doc. 797).    Plaintiffs make several factual misrepresentations in their Reply.

2   Defendants' Sur-Reply corrects those misrepresentations.

3                DATED this 14th day of February 2014.

4                           STRUCK WIENEKE & LOVE, P.L.C.

6                   By /s/ Daniel P. Struck
                         Daniel P. Struck
7                        Kathleen L. Wieneke
                        Rachel Love
8                        Timothy J. Bojanowski
                        Nicholas D. Acedo
9                        Ashlee B. Fletcher
                        Anne M. Orcutt
10                     STRUCK WIENEKE & LOVE, P.L.C.
                        3100 West Ray Road, Suite 300
11                     Chandler, Arizona  85226

12                   Arizona Attorney General Thomas C. Horne
                        Office of the Attorney General
13                     Michael E. Gottfried
                        Lucy M. Rand
14                     Assistant Attorneys General
                        1275 W. Washington Street
15                     Phoenix, Arizona 85007-2926

16                   *Attorneys for Defendants*

17

18

19

20

21

22

23

24

25

26

27

28

2

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on February 14, 2014, I electronically transmitted the attached

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

Alison Hardy:          ahardy@prisonlaw.com

6

Amy Fettig:            afettig@npp-aclu.org

7
8

Caroline N. Mitchell:  cnmitchell@jonesday.com; mlandsborough@jonesday.com;
                       nbreen@jonesday.com

9

Corene T. Kendrick:    ckendrick@prisonlaw.com; edegraff@prisonlaw.com

10

Daniel Clayton Barr:   DBarr@perkinscoie.com; docketphx@perkinscoie.com;
                       sneilson@perkinscoie.com

11

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

12

David Cyrus Fathi:     dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

13

Donald Specter:        dspecter@prisonlaw.com

14

James Duff Lyall:      jlyall@acluaz.org; gtorres@acluaz.org

15

Cathleen M. Dooley:    cdooley@azdisabilitylaw.org

16

J.J. Rico:             jrico@azdisabilitylaw.org

17

John Howard Gray:      jhgray@perkinscoie.com; slawson@perkinscoie.com

18
19

Kirstin T. Eidenbach:  keidenbach@perkinscoie.com; dfreouf@perkinscoie.com;
                       docketphx@perkinscoie.com

20

Jerica L. Peters:      jpeters@perkinscoie.com

21

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

22

Michael Evan Gottfried:Michael.gottfried@azag.gov; colleen.jordan@azag.gov;
                       lucy.rand@azag.gov

23

Sara Norman:           snorman@prisonlaw.com

24

Sophia Calderon:       scalderon@jonesday.com; lwong@jonesday.com

25
26

Asim Varma:            avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org;
                       phxadmin@azdisabilitylaw.org

27

David C. Kiernan:      dkiernan@jonesday.com; lwong@jonesday.com

28

John Laurens Wilkes:   jlwilkes@jonesday.com, dkkerr@jonesday.com

| | |
|---|---|
| Kamilla Mamedova: | kmamedova@jonesday.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Taylor Freeman: | tfreeman@jonesday.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| Ajmel Quereshi: | aquereshi@npp-aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck