# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO STRIKE DEFENDANTS' EXPERTS AND EXPERT REPORTS** |

IT IS HEREBY ORDERED that Defendants' Motion for Leave to File Sur-Reply to Plaintiffs' Reply in Support of Their Motion to Strike Defendants' Experts and Expert Reports (Doc. 797) is granted.

The Clerk shall file Defendants' (lodged) Sur-Reply to Plaintiffs' Reply in Support of Their Motion to Strike Defendants' Experts and Expert Reports.