1 | Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
2 | **ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
3 | Phoenix, Arizona 85013
Telephone:  (602) 650-1854
4 | Email: dpochoda@acluaz.org
           jlyall@acluaz.org
5 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6 | *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,
Dustin Brislan, Sonia Rodriguez, Christina Verduzco,*
7 | *Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne
Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson,*
8 | *and Charlotte Wells, on behalf of themselves and all others
similarly situated*

9 | **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

10 |

11 | Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
12 | 5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
13 | Telephone:  (602) 274-6287
Email: skader@azdisabilitylaw.org
14 |          avarma@azdisabilitylaw.org

15 | *Attorneys for Plaintiff Arizona Center for Disability Law*

16 | **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

17 | UNITED STATES DISTRICT COURT

18 | DISTRICT OF ARIZONA

| | |
|---|---|
| 19<br>20<br>21<br>22 | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| 22<br>23 | Plaintiffs, | **PLAINTIFFS' OBJECTIONS TO DEFENDANTS' REQUEST FOR LEAVE TO FILE A SUR-REPLY** |
| 23 | v. | |
| 24<br>25<br>26 | Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| 27 | Defendants. | |

28 |

78204-0001/LEGAL29469867.1

1    Plaintiffs object to Defendants' request for leave to file a sur-reply [Doc. 804] to

2    Plaintiffs' Motion to Strike Defendants' Experts and Expert Reports.  [Doc. 753]  There is

3    no good cause for the filing of a sur-reply, and because the factual allegations in

4    Defendants' pleading are unsworn, they have no evidentiary value.[1]  If the Court permits

5    the filing of the sur-reply, Plaintiffs request that the Court consider the following

6    responses.

7        **Point 1.**  Defendants accuse Plaintiffs of "falsely claiming there are documents

8    relied upon by Defendants' experts that have not been produced," but then concede in the

9    next sentence that medical records reviewed by Defendants' experts have, in fact, not

10   been produced at this late date.  [Doc. 805 at 2]  For this reason and those set forth

11   previously, the court should strike Defendants' expert reports.  Defendants have belatedly

12   produced some of the documents their experts relied upon, but this occurred long after the

13   current motion to strike the experts' reports was filed, and any tardy production does not

14   cure the prejudice to Plaintiffs described in the Motion.  [Doc. 753 at 1-8]  As of

15   February 14, 2014, Defendants had not produced several key documents relied upon by

16   their experts.  [Kendrick Decl. ¶ 2]

17       Moreover, it is not true that Plaintiffs first sought to discuss Defendants'

18   nonproduction on February 12, 2014; Plaintiffs have been raising this issue with

19   Defendants for more than a month.  [*See* Specter Decl., Jan. 27, 2014 (Doc. 754-1), Ex. 7

20   at pp. 5-9 (January 13, 2014 letter from Plaintiffs' counsel detailing the documents relied

21   upon by Defendants' experts that were not produced); Ex. 8 at 2 (January 17, 2014 letter

22   from Plaintiffs' counsel noting that Plaintiffs reserved the right to seek "relief from the

23   court given these documents are being produced to us 10 days before our rebuttal reports

24   are due"); Ex. 9 (January 23, 2014 email from Plaintiffs' counsel noting "We have

25

26

27       [1] *See Crowley v. Bannister*, 734 F.3d 967, 976 n.1 (9th Cir. 2013) (declining to consider unsworn factual statement of counsel); *Barcamerica Int'l USA Trust v. Tyfield Imps., Inc.,* 289 F.3d 589, 593 n.4 (9th Cir. 2002) (holding that "arguments and statements of counsel are not evidence") (internal quotation marks, citation omitted).

28

78204-0001/LEGAL29469867.1

1    reviewed the four disks referenced in your January 17 letter, and the following documents,

2    listed in Don Specter's January 13 letter, are missing…")]

3         **Point 2.**  Plaintiffs did not "misrepresent" that there are numerous examples of

4    documents that Defendants refuse to produce.  Some, but not all, of the documents listed

5    on pages 4 to 6 of the Motion and in Appendix 1 have been produced since the filing of

6    the motion to strike Defendants' experts and expert reports; but again, the fact remains

7    that at the time the motion to strike was filed there was an entire universe of documents in

8    dispute.  Many of these documents were not produced until more than a month after the

9    service of Defendants' expert reports; some have still not been produced, and Plaintiffs

10   have been prejudiced as a result.  Therefore, Defendants' experts' reports should be

11   stricken.

12        **Point 3.**  Defendants simply rehash their argument that 14 of their experts are

13   going to testify to matters within the scope of their employment.  There is no good cause

14   for allowing Defendants further argument on this point since it has been thoroughly

15   briefed.

16        **Point 4.**  Defendants state that they are continuing to produce all documents in

17   certain categories pursuant to Rule 26(e).  This is disingenuous at best.  To date

18   Defendants have grudgingly produced additional monitoring reports, corrective action

19   plans, and statistical reports because they were cited by Defendants' experts in their

20   reports, because the Court ordered their production, or the parties reached agreement after

21   Plaintiffs filed motions to compel.  [*See* Docs. 717; 734 at 1]  Furthermore, it was not until

22   February 14, 2014, long after the filing of the motion to strike Defendants' expert reports,

23   and the date that Defendants' filed their lodged sur-reply, that Plaintiffs received from

24   Defendants' counsel statistical reports for the months of October, November, and

25   December 2013.  [*See* Kendrick Decl. ¶ 3]  Thus, Defendants' assertion that they will

26   continue to comply with their obligations under Rule 26(e) should be viewed with

27   considerable skepticism.  The untimely production of these documents on Friday does not

28

1    cure the prejudice to Plaintiffs, as Plaintiffs' experts' opinions are based almost solely on

2    facts dating prior to the discovery cut off.

3    Dated:  February 18, 2014                    **PRISON LAW OFFICE**

4

5                                                 By:   s/ Donald Specter
                                                     Donald Specter (Cal. 83925)*
6                                                    Alison Hardy (Cal. 135966)*
                                                     Sara Norman (Cal. 189536)*
7                                                    Corene Kendrick (Cal. 226642)*
                                                     Warren E. George (Cal. 53588)*
8                                                    1917 Fifth Street
                                                     Berkeley, California 94710
9                                                    Telephone:  (510) 280-2621
                                                     Email:   dspecter@prisonlaw.com
10                                                            ahardy@prisonlaw.com
                                                              snorman@prisonlaw.com
11                                                            ckendrick@prisonlaw.com
                                                              wgeorge@prisonlaw.com
12                                                   *Admitted *pro hac vice*

13                                                   Daniel C. Barr (Bar No. 010149)
                                                     Amelia M. Gerlicher (Bar No. 023966)
14                                                   Kirstin T. Eidenbach (Bar No. 027341)
                                                     John H. Gray (Bar No. 028107)
15                                                   Matthew B. du Mée (Bar No. 028468)
                                                     Jerica L. Peters (Bar No. 027356)
16                                                   **PERKINS COIE LLP**
                                                     2901 N. Central Avenue, Suite 2000
17                                                   Phoenix, Arizona 85012
                                                     Telephone: (602) 351-8000
18                                                   Email:   dbarr@perkinscoie.com
                                                              agerlicher@perkinscoie.com
19                                                            keidenbach@perkinscoie.com
                                                              jhgray@perkinscoie.com
20                                                            mdumee@perkinscoie.com
                                                              jpeters@perkinscoie.com
21

22                                                   Daniel Pochoda (Bar No. 021979)
                                                     James Duff Lyall (Bar No. 330045)*
23                                                   **ACLU FOUNDATION OF
                                                     ARIZONA**
24                                                   3707 North 7th Street, Suite 235
                                                     Phoenix, Arizona 85013
25                                                   Telephone: (602) 650-1854
                                                     Email:   dpochoda@acluaz.org
26                                                            jlyall@acluaz.org

27                                                   *Admitted pursuant to Ariz. Sup. Ct.
                                                     R. 38(f)
28

1

2

3

4

5

6

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org
          aquereshi@npp-aclu.org

7

8

9

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

10

11

12

13

14

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278135)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          dkiernan@jonesday.com
          scalderon@jonesday.com

15

*Admitted *pro hac vice*

16

17

18

19

20

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com
          tfreeman@jonesday.com

*Admitted *pro hac vice*

21

22

23

24

25

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
          jkmessina@jonesday.com

26

*Admitted *pro hac vice*

27

28

1
2
3
4

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:    kcbrantley@jonesday.com

5

*Admitted *pro hac vice*

6
7
8
9

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

10
11

**ARIZONA CENTER FOR DISABILITY
LAW**

12

By:    s/ Sarah Kader

13
14
15
16

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:    skader@azdisabilitylaw.org
               avarma@azdisabilitylaw.org

17
18
19

J.J. Rico (Bar No. 021292)
**ARIZONA CENTER FOR
DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:    jrico@azdisabilitylaw.org

20
21

*Attorneys for Arizona Center for Disability
Law*

22
23
24
25
26
27
28

78204-0001/LEGAL29469867.1

-5-

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

s/ S. Neilson