# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

Barry Northcross Patterson has filed a Motion to Disqualify the undersigned judge (Doc. 811). Mr. Patterson may not file papers in this action, as he is not a party to the action and the plaintiff class is represented by counsel. Only counsel may file documents. Moreover, there is no basis for disqualification of the undersigned judge.

IT IS THEREFORE ORDERED that the Motion to Disqualify the undersigned judge (Doc. 811) is stricken.

Dated this 25th day of February, 2014.

_____
Neil V. Wake
United States District Judge