Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW <br><br>**DEFENDANTS' SUR-REPLY TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO STRIKE DEFENDANTS' EXPERTS AND EXPERT REPORTS** |

In their Reply in Support of their Motion to Strike Defendants' Experts and Expert Reports (Doc. 797), Plaintiffs make the following factual misrepresentations which require correction:

(1) Plaintiffs continue to mislead the Court by falsely claiming there are documents relied upon by Defendants' experts that have not been produced. Plaintiffs carry the burden of proof on their Motion, yet Plaintiffs cannot point to any documents, other than the original medical records reviewed on-site by Drs. Penn and Mendel, that have not already been produced by Defendants. Plaintiffs did not even seek to discuss this request until a meet-and-confer on the afternoon of February 12, 2013, 16 days after they filed their Motion claiming that Defendants refused to produce documents relied upon by their experts. After the meet-and-confer, Defendants agreed to copy and produce those charts reviewed on-site by Drs. Penn and Mendel.

(2) In their Reply at 2, n.1, Plaintiffs misrepresent that there are numerous examples of documents set forth in their Motion to Strike (Doc. 753) at pages 4-6 and Appendix 1 (Doc. 753-1) that Defendants refuse to produce. But all of the documents mentioned there relate to discovery *provided* after the 9/27/13 discovery cut-off, not documents that Defendants have refused to produce. In fact, each of the documents they identify in Appendix 1 was produced before Plaintiffs filed their Motion to Strike, and documents regarding future developments will be timely produced pursuant to Defendants' obligation to supplement under Rule 26(e). As a result, Plaintiffs will not be prejudiced at trial.

(3) Plaintiffs falsely claim that Defendants' 26(a)(2)(C) witnesses are offering opinions beyond the scope of their employment or are employed to provide expert testimony. None of the 14 expert witnesses designated pursuant to 26(a)(2)(C) is being compensated for providing testimony in this case. Moreover, the individuals are supervisors whose job duties require that they routinely review inmate records to monitor either compliance with the contract or the employees they supervise. For example, Drs. Williams, Fleming, and Buenker supervise providers at the ADC complexes and are also on-call to consult with nurses or providers in the provision of inmate care, and in the course of that employment they necessarily review inmate files. Dr. Robertson reviews inmate medical records both as part of the mortality reviews he conducts and as part of his

reviews inmate grievance appeals to Director Ryan.

(4) Plaintiffs wrongly insinuate that Defendants are cherry picking the documents they continue to produce. This is untrue. Defendants have continued to produce **each and every** contract monitoring report, corrective action plan, and statistical report received or prepared by ADC regarding health services. Furthermore, Defendants acknowledge, and will continue to comply with, their ongoing duty under Rule 26(e) to timely supplement their disclosures and responses to previously propounded discovery.

DATED this 14th day of February 2014.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Daniel P. Struck
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Fletcher
    Anne M. Orcutt
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    Arizona Attorney General Thomas C. Horne
    Office of the Attorney General
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy: ahardy@prisonlaw.com

Amy Fettig: afettig@npp-aclu.org

Caroline N. Mitchell: cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick: ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr: DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi: dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org

Donald Specter: dspecter@prisonlaw.com

James Duff Lyall: jlyall@acluaz.org; gtorres@acluaz.org

Cathleen M. Dooley: cdooley@azdisabilitylaw.org

J.J. Rico: jrico@azdisabilitylaw.org

John Howard Gray: jhgray@perkinscoie.com; slawson@perkinscoie.com

Kirstin T. Eidenbach: keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Jerica L. Peters: jpeters@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried: Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

Sara Norman: snorman@prisonlaw.com

Sophia Calderon: scalderon@jonesday.com; lwong@jonesday.com

Asim Varma: avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

David C. Kiernan: dkiernan@jonesday.com; lwong@jonesday.com

John Laurens Wilkes: jlwilkes@jonesday.com, dkkerr@jonesday.com

| | |
|---|---|
| Kamilla Mamedova: | kmamedova@jonesday.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Taylor Freeman: | tfreeman@jonesday.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| Ajmel Quereshi: | aquereshi@npp-aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck