UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**ORDER GRANTING WITHDRAWAL OF ATTORNEY SOPHIE CALDERÓN** |

The The Court having reviewed the Plaintiffs' Motion for Withdrawal of Attorney (Doc. ___) filed on February ___, 2014, and good cause appearing,

**IT IS ORDERED** granting the Plaintiffs' Motion for Withdrawal of Attorney (Doc. ___).

**IT IS FURTHER ORDERED** allowing the withdrawal of Sophie Calderón as one of the counsel of record for Plaintiffs in this action. Plaintiffs continue to be represented by attorneys of record at Jones Day.