**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>vs.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having reviewed Plaintiffs' Motion for Withdrawal of Attorney Sophie Calderon (Doc. 819), and good cause appearing,

IT IS ORDERED granting Plaintiffs' Motion for Withdrawal of Attorney Sophie Calderon (Doc. 819).

IT IS FURTHER ORDERED allowing the withdrawal of Sophie Calderon as one of the counsel of record for Plaintiffs in this action. Plaintiffs continue to be represented by attorneys of record at Jones Day.

Dated this 27th day of February, 2014.

_____
Neil V. Wake
United States District Judge