# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>　　　　　　　　　　　　　　　Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-NVW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' EXPERTS AND EXPERT REPORTS** |

　　　　The Court, having reviewed Defendants' Motion for Reconsideration of Order Granting In Part Plaintiffs' Motion to Strike Defendants' Experts and Expert Reports, and good cause appearing,

　　　　IT IS ORDERED granting the Motion for Reconsideration.

　　　　IT IS FURTHER ORDERED extending the discovery cut-off date to July 1, 2014, and allowing Drs. Taylor, Robertson, and Hanstad to provide Rule 26(a)(2)(C) expert testimony consistent with their disclosures in Defendants' Fifteenth Supplemental Disclosure Statement.