Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **DECLARATION OF CORENE KENDRICK** |

78204-0001/LEGAL120276779.1

1  I, Corene Kendrick, declare:

2     1.   I am an attorney licensed to practice in the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

   2.   Since the commencement of discovery in July 2012, our office has expended a great deal of staff time and financial resources in gathering the evidence that will be needed to prove this case at trial. This includes reviewing tens of thousands of pages of documents produced by Defendants to find relevant and probative factual evidence and to identify persons with percipient knowledge who should be deposed; preparing for and taking depositions of Defendants and relevant third parties, such as Corizon; accompanying experts on their multi-day tours of Defendants' prisons' medical facilities; reviewing Defendants' expert reports and engaging in lengthy efforts to obtain the materials they considered; and defending the deposition of Craig Haney.

   3.   Based on my communications with co-counsel and my review of deposition transcripts and other documents, my co-counsel have engaged in similar efforts to prepare for trial based on the record through September 27, 2013.

   4.   If the cut-off date for discovery is extended to July 1, 2014 with new and additional factual and expert discovery, as proposed by Defendants in their motion for reconsideration, then much of the work that has been done to date by our office will necessarily have to be done again for the new nine-month time period. This will be expensive and time consuming and will divert the time of multiple attorneys and paralegals from the task of responding to the summary judgment motion that we anticipate Defendants will file with the Court on April 18, 2014.

   5.   On March 14, 2014, our office received copies of some of the medical records of prisoners whose files were reviewed by Defendants' expert Dr. Mendel. Attached herein as Exhibit 1 is a true and correct copy of a letter sent by my office on

1  March 18, 2014, to Counsel for Defendants, identifying eight prisoners whose files were
2  not produced.  At the close of business today, our office received a response to this letter,
3  telling us that these files and documents related to the deaths of prisoners will be sent to
4  us via U.S. Mail.  Attached herein as Exhibit 2 is a true and correct copy of a letter sent by
5  Defendants' counsel Ashlee Fletcher dated March 21, 2014, stating that these documents
6  will be mailed to Plaintiffs' counsel.

7       6.     Defendants have already deposed two of Plaintiffs experts.  Eldon Vail was
8  deposed on February 28, 2014 and Craig Haney was deposed on March 14, 2014.

9       Executed the 21st of March, 2014, in Berkeley, California.

                                    *s/ Corene Kendrick*
                                    Corene Kendrick

**ADDITIONAL COUNSEL:**

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         keidenbach@perkinscoie.com
         jhgray@perkinscoie.com
         mdumee@perkinscoie.com
         jpeters@perkinscoie.com

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)\*
Amir Q. Amiri (Cal. 271224)\*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
aamiri@jonesday.com

\*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)\*
Taylor Freeman (Tex. 24083025)\*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com
tfreeman@jonesday.com

\*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)\*
Jennifer K. Messina (N.Y. 4912440)\*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: kmamedova@jonesday.com
jkmessina@jonesday.com

\*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)\*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email: kcbrantley@jonesday.com

\*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

J.J. Rico (Bar No. 021292)
**ARIZONA CENTER FOR DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:   jrico@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*


**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

                                             s/ Delana Freouf