**Index of Exhibits to**
**Declaration of Corene Kendrick**

Exhibit 1:     March 18, 2014 letter from Alison Hardy to Ashlee Fletcher

Exhibit 2:     March 21, 2014 letter from Ashlee Fletcher to Plaintiffs' Counsel

# EXHIBIT 1



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964-0001
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Rebekah Evenson
Steven Fama
Warren George
Penny Godbold
Alison Hardy
Corene Kendrick
Kelly Knapp
Millard Murphy
Lynn Wu

3/18/2014

Ashlee B. Fletcher
Struck Wieneke & Love, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226-2473

Dear Counsel,

Thank you for the recent production of files reviewed by Dr. Mendel. However, we still have not received records for the eight prisoners listed below (including the four noted in your 3/10/14 letter) that were identified in Dr. Mendel's notes. Please disclose the medical records for these prisoners.

Pena, Jose 226674
Sapp, Tony 092360 - Please provide records from both Lewis and Tucson
Lopez, Galdino 173947
McNeil, Patrick 083492
Talavera, Philip 146538
Arvallo, Freddie 131124
Puts, Charles 169496
Morris, Nellace 232712

As counsel have discussed, Dr. Wilcox requires these records so that he can complete his supplemental rebuttal report.

Thank you for your assistance in this matter.

Sincerely,

*/s/ Alison Hardy*

Alison Hardy
Staff Attorney

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President •
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

# EXHIBIT 2



STRUCK WIENEKE & LOVE

3100 West Ray Road, Suite 300  Chandler, Arizona 85226  480.420.1600  swlfirm.com

March 21, 2014

Daniel P. Struck
PARTNER

Kathleen L. Wieneke
PARTNER

Rachel Love
PARTNER

Timothy J. Bojanowski
PARTNER

Christina Retts
PARTNER

Jamie D. Guzman
ASSOCIATE

Nicholas D. Acedo
ASSOCIATE

Tara B. Zoellner
ASSOCIATE

Amy L. Nguyen
ASSOCIATE

Ashlee B. Fletcher
ASSOCIATE

Courtney R. Cloman
ASSOCIATE

Anne M. Orcutt
ASSOCIATE

Kevin L. Nguyen
ASSOCIATE

David C. Lewis
OF COUNSEL

**VIA EMAIL ONLY**

Sarah Kader:  skader@azdisabilitylaw.org
Caroline N. Mitchell:  cnmitchell@jonesday.com
Donald Specter:  dspecter@prisonlaw.com
David C. Fathi:  dfathi@npp-aclu.org
Amelia Gerlicher:  agerlicher@perkinscoie.com

> Re:   Parsons, et al. v. Ryan and Pratt
> U.S. District Court of Arizona; 2:12-cv-00601

Dear Counsel:

     As promised, please find enclosed one CD-R containing Defendants supplemental production. The files being produced are contained in the following folders:

- MedRecs Rev'd by Dr. Mendel (ADC255801-ADC256870): These are the remaining files we have been able to identify that Dr. Mendel reviewed during his site visits. Additionally, we have realized that Dr. Mendel may have not only reviewed the second volume of medical records pertaining to Stephan Caddy, #056788 but that the first volume may have also been reviewed. Out of an abundance of caution, we are producing it as well. We believe this completes the production of these materials.

- Chronic Care Data Sample (ADC256781-ADC256785): While Dr. Mendel did not review Corizon's Chronic Care ("CareLog") Database, which he described in his report as being under development, we have obtained an extract of data from Corizon pertaining to the named Plaintiffs which is produced pursuant to your request, in both PDF and MS Excel format. We believe this completes the production of materials responsive to this request.

- PLFS Med Recs (ADC256786-ADC257098): Updated ADC Medical Records for Named Plaintiff Verduzco, which have not been previously produced for the periods March 9, 2012 to June 10, 2010, as well as records since July 16, 2013. Defendants will continue to seasonably supplement with records pertaining to the named Plaintiffs.

Ashlee B. Fletcher | afletcher@swlfirm.com | Direct: 480.420.1631 | swlfirm.com

Counsel of Record
March 21, 2014
Page 2

- NCCHC (ADC2570990-ADC257107): Reports and correspondence recently received from the National Commission on Correctional Health Care. Defendants will continue to seasonably supplement if additional responsive materials are received.

- Death Records (ADC257108-ADC257142): Additional Psychological Autopsies and Mortality Review Reports for deaths in custody pre-dating September 27, 2013. Defendants will continue to supplement if additional responsive materials are identified.

- MRF (Licci RFP 5) (ADC257143-ADC261274): The remaining eight Master Record Files requested in Plaintiff Licci's 1st Request for Production, Request No. 5. We believe this completes the production of materials responsive to this request.

Please contact us if you have any problems accessing these materials.

Sincerely,

*Ashlee B. Fletcher*

Ashlee B. Fletcher
For the Firm

ABF/ab
Enclosure
2882114.1

cc:  Michael E. Gottfried
     Lucy Rand (w/enclosure)



Parsons, et al. v. Ryan, et al.
2:12-cv-00601-NVW
CONTENTS SUBJECT TO PROTECTIVE ORDER

ADC255801-ADC261274