Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**DECLARATION OF TODD RANDALL WILCOX, M.D., M.B.A.** |

I, Todd Randall Wilcox, declare under penalty of perjury that the following is true and correct:

1. I have worked as a physician in jail and prison environments for 17 years. I am the Medical Director of the Salt Lake County Jail System.

2. I have been retained by plaintiffs' counsel in this case as an expert in correctional health care. I have been asked to give my opinions about whether the deficiencies in medical care provided by the Arizona Department of Corrections (ADC) health care delivery system are systemic.

3. To date, I have conducted five prison site visits, for a total of nine days, where I interviewed class members and reviewed prisoners' medical records. I also have reviewed the expert reports of defendants' medical expert, deposition transcripts, and thousands of pages of documents produced by defendants. Based upon this research, I have submitted an expert report and a rebuttal expert report setting forth my opinion regarding ADC's medical care system.

4. I am currently reviewing more than 100 prisoner medical files that were relied upon by defendants' medical expert, that only recently were produced by defendants, in order to write a supplemental report. I will be deposed in this case in early April 2014. To date, in addition to the nine full days I spent on the ground at ADC facilities, I have worked more than 180 hours developing my expert opinions in this matter.

5. I have been asked whether I would be able to perform additional site visits and prisoner interviews, review additional medical records and documents, and draft an additional expert report based upon the new evidence, all by July 2014.

6. I am the full-time medical director of the Salt Lake County Jail system, and have multiple commitments over the next few months. I have arranged my work schedule so that I can be deposed in early April for this case. It would be extremely burdensome and challenging for me to rearrange my work schedule and take leave for the amount of time required to conduct new tours, evaluate new evidence, review additional medical

records, draft another expert report, and sit for a later deposition.

7.  Plaintiffs will incur substantial additional costs if I perform the work identified above and submit an additional report. My rate is $225 per hour (or $1800 per day for full-days), and I estimate that in addition to the multiple full days touring prison facilities, it would take well over 70 hours for me to perform a competent evaluation of new documents and reports, draft an additional report, and prepare for another deposition.

Executed the 20th of March, 2014, in Salt Lake City, Utah.

Todd Randall Wilcox

**ADDITIONAL COUNSEL:**

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
            agerlicher@perkinscoie.com
            keidenbach@perkinscoie.com
            jhgray@perkinscoie.com
            mdumee@perkinscoie.com
            jpeters@perkinscoie.com

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com
            wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
            afettig@npp-aclu.org
            aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

-3-

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
| | Amir Q. Amiri (Cal. 271224)* |
| 2 | **JONES DAY** |
| | 555 California Street, 26th Floor |
| 3 | San Francisco, California 94104 |
| | Telephone: (415) 875-5712 |
| 4 | Email: cnmitchell@jonesday.com |
| | aamiri@jonesday.com |
| 5 | |
| | *Admitted *pro hac vice* |
| 6 | |
| | John Laurens Wilkes (Tex. 24053548)* |
| 7 | Taylor Freeman (Tex. 24083025)* |
| | **JONES DAY** |
| 8 | 717 Texas Street |
| | Houston, Texas 77002 |
| 9 | Telephone: (832) 239-3939 |
| | Email: jlwilkes@jonesday.com |
| 10 | tfreeman@jonesday.com |
| 11 | *Admitted *pro hac vice* |
| 12 | Kamilla Mamedova (N.Y. 4661104)* |
| | Jennifer K. Messina (N.Y. 4912440)* |
| 13 | **JONES DAY** |
| | 222 East 41 Street |
| 14 | New York, New York 10017 |
| | Telephone: (212) 326-3498 |
| 15 | Email: kmamedova@jonesday.com |
| | jkmessina@jonesday.com |
| 16 | |
| | *Admitted *pro hac vice* |
| 17 | |
| | Kevin Brantley (Cal. 251886)* |
| 18 | **JONES DAY** |
| | 3161 Michelson Drive, Suite 800 |
| 19 | Irvine, California 92612 |
| | Telephone: (949) 851-3939 |
| 20 | Email: kcbrantley@jonesday.com |
| 21 | *Admitted *pro hac vice* |
| 22 | *Attorneys for Plaintiffs Shawn Jensen;* |
| | *Stephen Swartz; Dustin Brislan; Sonia* |
| 23 | *Rodriguez; Christina Verduzco; Jackie* |
| | *Thomas; Jeremy Smith; Robert Gamez;* |
| 24 | *Maryanne Chisholm; Desiree Licci; Joseph* |
| | *Hefner; Joshua Polson; and Charlotte* |
| 25 | *Wells, on behalf of themselves and all others* |
| | *similarly situated* |
| 26 | |
| 27 | |
| 28 | |

J.J. Rico (Bar No. 021292)
**ARIZONA CENTER FOR DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email: jrico@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on March 21, 2014, I electronically transmitted the above |
| 3 | document to the Clerk's Office using the CM/ECF System for filing and transmittal of a |
| 4 | Notice of Electronic Filing to the following CM/ECF registrants: |

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

    s/ Delana Freouf