# EXHIBIT 5

# EXHIBIT 5



STRUCK WIENEKE & LOVE

[ 3100 West Ray Road, Suite 300  Chandler, Arizona 85226  480.420.1600  swlfirm.com ]

September 4, 2013

**VIA EMAIL ONLY**

Daniel P. Struck
PARTNER

Kathleen L. Wieneke
PARTNER

Rachel Love
PARTNER

Timothy J. Bojanowski
PARTNER

Christina Retts
PARTNER

Jamie D. Guzman
ASSOCIATE

Nicholas D. Acedo
ASSOCIATE

Tara B. Zoellner
ASSOCIATE

Amy L. Nguyen
ASSOCIATE

Ashlee B. Fletcher
ASSOCIATE

Courtney R. Cloman
ASSOCIATE

Anne M. Orcutt
ASSOCIATE

Kevin L. Nguyen
ASSOCIATE

David C. Lewis
OF COUNSEL

Jennifer Alewelt: jalewelt@azdisabilitylaw.org
Amelia Gerlicher: agerlicher@perkinscoie.com
Caroline N. Mitchell: cnmitchell@jonesday.com
Donald Specter: dspecter@prisonlaw.com
David C. Fathi: dfathi@npp-aclu.org

    Re: Parsons, et al. v. Ryan and Pratt
       U.S. District Court of Arizona; 2:12-cv-00601

Dear Counsel:

  As you know, the court has limited each side to 25 depositions, not including the 11 contract monitors for each facility. By our count, Plaintiffs have taken 18 non-contract monitor depositions:

(1) Chu
(2) Weekly
(3) Crews
(4) Echeverria
(5) Sharp
(6) Fizer
(7) Conn
(8) Robertson
(9) Headstream
(10) 30(b)(6) (Dkt. 44)
(11) 30(b)(6) (Dkt. 76)
(12) 30(b)(6) (Dkt. 78)
(13) 30(b)(6) (Dkt. 80)
(14) 30(b)(6) (Dkt. 81)
(15) 30(b)(6) (Dkt. 82)
(16) 30(b)(6) (Dkt. 98)
(17) 30(b)(6) (Dkt. 436)
(18) 30(b)(6) (Dkt. 490)

  Based on your notice of depositions, subpoenas to testify at a deposition, and John Gray's September 4, 2013 email, you have noticed and intend on taking the following non-contract monitor depositions:

All Counsel of Record
September 4, 2013
Page 2

      (19) Taylor (9/5)
      (20) Gross (9/9)
      (21) Profiri (9/11)
      (22) Campbell (9/11)
      (23) Williams (9/12)
      (24) Bender (9/12)
      (25) Somner (9/13)
      (26) Shaw (9/16)
      (27) Vukcevic (9/16)
      (28) 30(b)(6) (9/17)
      (29) 30(b)(6) (9/18)
      (30) Winland (9/18)
      (31) Christie (9/18)
      (32) Lewis (9/19)
      (33) Hanstad (9/20)
      (34) Pratt (TBD)
      (35) Ryan (TBD)

Plaintiffs are limited to 25 depositions. But it is apparent that you intend on taking 10 more than that court-imposed limit.[1] We will not allow any depositions after your 25th deposition. Perhaps this was an oversight or you object to our tabulation. If so, please notify us immediately so that we can sort this out. We are available to discuss this at tomorrow's meet-and-confer. Otherwise, please let us know when on Friday, September 6, we can meet on this precise issue. We think it is in everyone's best interest to get this resolved as soon as possible since your depositions continue into next week.

Sincerely,

Ashlee B. Fletcher
For the Firm

ABF/ab
2803374.1

cc:    Michael E. Gottfried
        Dawn Northup
        Kelly Dudley
        Lucy Rand

---

[1] Your depositions of Contract Monitors Valenzuela, Bedoya, and Tardibuono do not count toward the 25-deposition limit.

**EXHIBIT 6**

**EXHIBIT 6**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
Victor Parsons, et al., on      )
behalf of themselves and all    )
others similarly situated;      ) No.  CV 12-00601-PHX-NVW
and Arizona Center for          )
Disability Law,                 )
                                )      Phoenix, Arizona
                Plaintiffs,     )      February 24, 2014
vs.                             )         3:07 p.m.
                                )
Charles Ryan, Director,         )
Arizona Department of           )
Corrections; and Richard        )
Pratt, Interim Division         )
Director, Division of Health    )
Services, Arizona Department    )
of Corrections, in their        )
official capacities,            )
                                )
                Defendants.     )
                                )
```

BEFORE: **THE HONORABLE NEIL V. WAKE, JUDGE**

(*Motion Hearing*)

Official Court Reporter:
Laurie A. Adams, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 43
Phoenix, Arizona 85003-2151
(602) 322-7256

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
 1   hasn't had a chance to probe.
 2           MR. STRUCK:  And I agree with that, Your Honor.  And I
 3   don't think that -- you know, I know that the plaintiffs were
 4   concerned about statements in some of the 26(a)(2)(C)
 5   disclosures with respect to that.  And I recognize how the         16:33:50
 6   Court's ruling on that.
 7           I would like to, first of all, say we aren't trying to
 8   abuse the discovery prose.  One of the reasons why the
 9   26(a)(2)(C) designations were made were because of concerns
10   that when witnesses were to offer testimony at trial, fact         16:34:07
11   witnesses, witnesses that they have deposed and they have asked
12   expert opinions of, when they start to respond to those
13   opinions that we were going to get an objection, Your Honor,
14   they weren't disclosed in 26(a)(2)(C).  So many of those
15   witnesses were to prevent that very thing from occurring.          16:34:26
16           A good example would be the director's deposition.  He
17   spent probably a couple hours with Mr. Specter providing that
18   type of opinion.  He spent a full seven hours deposing Director
19   Ryan and got those opinions.  There's not going to be anything
20   new disclosed at trial that wasn't disclosed in his deposition    16:34:52
21   or in the Disclosure Statement.
22           I also invite the Court to take a look at --
23           THE COURT:  So you are saying, at a minimum, I should
24   allow opinions that are stated in the previously taken
25   depositions?                                                      16:35:06
```

**EXHIBIT 7**

**EXHIBIT 7**

```
 1                UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF ARIZONA

 3                  _____

 4
     Victor Parsons, et al., on      )
 5   behalf of themselves and all    )
     others similarly situated;      )   No.  CV 12-00601-PHX-NVW
 6   and Arizona Center for          )
     Disability Law,                 )
 7                                   )        Phoenix, Arizona
                        Plaintiffs,  )        November 1, 2013
 8   vs.                             )            3:07 p.m.
                                     )
 9   Charles Ryan, Director,         )
     Arizona Department of           )
10   Corrections; and Richard        )
     Pratt, Interim Division         )
11   Director, Division of Health    )
     Services, Arizona Department    )
12   of Corrections, in their        )
     official capacities,            )
13                                   )
                        Defendants.  )
14   _____)

15
                 BEFORE:   THE HONORABLE NEIL V. WAKE
16                    UNITED STATES DISTRICT JUDGE

17                       (Motion Hearing)

18

19

20

21   Official Court Reporter:
     Laurie A. Adams, RMR, CRR
22   Sandra Day O'Connor U.S. Courthouse, Suite 312
     401 West Washington Street, SPC 43
23   Phoenix, Arizona 85003-2151
     (602) 322-7256
24
     Proceedings Reported by Stenographic Court Reporter
25   Transcript Prepared by Computer-Aided Transcription
```

November 1, 2013 - Motion Hearing

1  position --
2       THE COURT: If they offer -- they are going to be
3  required to list their trial documents. And if they try to
4  list a bunch of documents that you haven't had access to, do
5  you think they are going to get away with that?                 15:55:35
6       MR. SPECTER: I'm glad to hear they won't.
7       But the other problem is the fact they are going to
8  have witnesses testify about the current conditions and we
9  won't have deposed them. And we won't know what documents they
10 are relying on, and it's -- they are going to come in and       15:55:48
11 say --
12      THE COURT: I don't know if they are going to do that
13 but I intend to have a trial according to the outline we have
14 laid out that's fair to both sides.
15      MR. SPECTER: Right, Your Honor.                             15:56:01
16      THE COURT: That's based on systemic deficiencies.
17 And also, the reason we have to close the discovery because
18 there's other things you all wanted to do. You wanted to have
19 an opportunity for summary judgment. We can't be doing
20 discovery while we're doing summary judgment. And I need a      15:56:19
21 little time to rule on these motions.
22      So the answer is, that was the schedule we set --
23 basically, I'm not remembering all the details, but I thought
24 it was a schedule you all agreed to.
25      MR. SPECTER: No, we didn't agree. You set it, Your         15:56:32

# EXHIBIT 8

# EXHIBIT 8

## POST SEPTEMBER 27, 2013 PRODUCTION BY PLAINTIFFS

1. **On November 1, 2013, Plaintiffs produced the following documents:**
   - October 21, 2013 – Inmate Death Notification for Inmate Todd Hoke [PLTFPARSONS030605]
   - October 11, 17- 18, 2013 – Email correspondence between Middle Ground Prison and Dr. Ryan [PLTFPARSONS030606-PLTFPARSONS030610]
   - October 18, 2013 – Autopsy Report for Sean Southworth [PLTFPARSONS030611-PLTFParsons030616]

2. **On November 27, 2013 Plaintiffs produced the following documents:**
   - September 30, 2013 – ADC Board of Executive Clemency Early Release Due to Imminent Death for Inmate Vocke [PLTFPARSONS-030677].

3. **On December 4, 2013, Plaintiffs produced the following documents:**
   - October 9, 2013 – Inmate Letter Response re: Polson's October 3, 2013 grievance appeal. [PLTFPARSONS030707]
   - October 29, 2013 – Extension of time to respond to Polson grievance [PLTFPARSONS030768]
   - October 31, 2013 – Polson HNR [PLTFPARSONS030769]
   - November 2, 2013 – Polson HNR [PLTFPARSONS030770]
   - October 31, 2013 – Polson HNR [PLTFPARSONS030771]
   - October 29, 2013 – Polson Inmate Letter [PLTFPARSONS030772]
   - November 2, 2013 – Polson HNR [PLTFPARSONS030773]
   - November 2, 2013 – Polson HNR [PLTFPARSONS030774]
   - November 4, 2013 – Polson HNR [PLTFPARSONS030775]
   - November 7, 2013 – Polson HNR [PLTFPARSONS030776]
   - November 2, 2013 –Polson HNR [PLTFPARSONS030777]
   - November 4, 2013 – Polson HNR [PLTFPARSONS030778]
   - October 23, 20-13 – Polson grievance response [PLTFPARSONS030809]
   - October 1, 2013 – Polson HNR [PLTFPARSONS030845]
   - October 22, 2013 – "Plan of action " to Polson HNR [PLTFPARSONS030846]
   - October 2, 2013 – Inmate Letter response [PLTFPARSONS030847]
   - October 3, 2013 – Polson Grievance Appeal [PLTFPARSONS030883]
   - October 3, 2013 – Polson grievance Appeal [PLTFPARSONS030884]
   - October 7, 2013 – Polson HNR [PLTFPARSONS030885]
   - October 7, 2013 – Polson HNR [PLTFPARSONS030886]
   - October 8, 2013 – Polson HNR [PLTFPARSONS030887]
   - October 10, 2013 – Polson Plan of Action [PLTFPARSONS030888]
   - October 10, 2013 -- Polson referral to medical [PLTFPARSONS030889]
   - October 9, 2013 – Response to Inmate Letter [PLTFPARSONS030890]
   - October 11, 2013 – Polson HNR [PLTFPARSONS030891]
   - October 12, 2013 – Referral to Medical [PLTFPARSONS030892]

- October 12, 2013 – Polson HNR [PLTFPARSONS030893]
- October 8, 2013 – Response from Corizon re: Inmate Mandeville [PLTFPARSONS030894]
- October 20, 2013 – Polson HNR [PLTFPARSONS030948]
- October 15, 2013 – Hefner HNR [PLTFPARSONS030969]
- October 15, 2013 – Hefner HNR [PLTFPARSONS030970]
- October 15, 2013 – Hefner HNR [PLTFPARSONS030971]
- October 15, 2013 – Hefner HNR [PLTFPARSONS030972]
- October 21, 2013 – Polson HNR [PLTFPARSONS030973]
- October 14, 2013 – Polson HNR [PLTFPARSONS030974]
- October 14, 2013 – Polson Refusal to Submit to Treatment [PLTFPARSONS030975]
- October 25, 2013 – Polson Grievance Appeal [PLTFPARSONS030976]
- October 25, 2013 – Polson Grievance Appeal [PLTFPARSONS030977]
- October 10, 2013 – Devine Inmate Grievance [PLTFPARSONS030979]
- September 30, 2013 – Letter to Yuma Regional Medical Center from Inmate Devine [PLTFPARSONS030980-030982]
- October 3, 2013 – Devine Inmate Letter [PLTFPARSONS030983]
- October 7, 2013 – Special Needs Order Inmate Fink [PLTFPARSONS030988]
- October 4, 2013 – Swartz HNR [PLTFPARSONS030697]
- October 9, 2013 – Result of Disciplinary Hearing Brislan [PLTFPARSONS031121]
- October 10, 2013 – Inmate Letter Response [PLTFPARSONS031122]
- October 2, 2013 – Brislan Grievance Appeal [PLTFPARSONS031126]
- October 3, 2013 – Brislan Inmate Letter Response [PLTFPARSONS031132]
- November 5, 2013 – Brislan Medical Grievance Appeal [PLTFPARSONS031133]
- October 2, 2013 – Brislan Inmate Grievance Appeal [PLTFPARSONS031134]
- October 3, 2013 – Gamez Inmate Disciplinary Report [PLTFPARSONS031140]
- October 3, 2013 – Gamez Disciplinary Report [PLTFPARSONS031141]
- October 20, 2013 – Gamez Inmate Letter [PLTFPARSONS031142]
- October 20, 2013 Gamez Inmate Letter [PLTFPARSONS031143]
- October 29, 2013 – Polson Inmate Letter [PLTFPARSONS031144]
- November 1, 2013 – Polson Extension of Time Frame on Grievance [PLTFPARSONS031145]
- October 30, 2013 – Brislan Inmate Letter [PLTFPARSONS031146]
- October 31, 2013 – Polson HNR [PLTFPARSONS031147]
- October 22, 2013 -- Smith Inmate Letter Response [PLTFPARSONS031148]
- October 20, 2013 – Smith Inmate Letter [PLTFPARSONS031149]
- November 2, 2013 – Polson HNR [PLTFPARSONS031153]
- November 2, 2013 – Polson HNR [PLTFPARSONS031154]
- November 4, 2013 – Polson HNR [PLTFPARSONS031155]
- October 30, 2013 – Corizon Letter re: Inmate Martinez [PLTFPARSONS031156]
- October 24, 2013 – Brislan Inmate Letter Response [PLTFPARSONS031157]
- October 22, 2013 – Brislan Inmate Letter Response [PLTFPARSONS031158]

- November 7, 2013 – Polson HNR [PLTFPARSONS031159]
- November 11, 2013 – "Plan of Action" Polson [PLTFPARSONS031160]
- November 11, 2013 – Envelope from Inmate Nordstrom to Specter [PLTFPARSONS031161-PLTFPARSONS031162]
- November 21, 2013 – Envelope from Specter to Inmate Fierro [PLTFPARSONS031163]
- October 30, 2013 – Inmate Informal Complaint Resolution Swartz – [PLTFPARSONS031164]
- October 18, 2013 – Email correspondence from Erwin to Hartzell [PLTFPARSONS031165]
- November 14, 2013 – Polson HNR [PLTFPARSONS031169]
- October 15, 2013 – Hefner HNR [PLTFPARSONS031171]
- October 15, 2013 – Hefner HNR [PLTFPARSONS031172]
- October 15, 2013 – Hefner HNR [PLTFPARSONS031173]
- October 15, 2013 – Hefner HNR [PLTFPARSONS031174]
- November 6, 2013 – Hefner HNR [PLTFPARSONS031175]
- November 6, 2013 – Hefner HNR [PLTFPARSONS031176]
- November 11, 2013 – Hefner "Plan of Action" [PLTFPARSONS031177]
- November 17, 2013 – Hefner HNR [PLTFPARSONS031178]
- December 2, 2013 – Inmate Death Notification re: Inmate Morin [PLTFPARSONS031179]
    - This is listed in Appendix A of Haney's Rebuttal report.

4. **On January 15, 2014, Plaintiffs produced the following documents:**
- December 10, 2013 – Memo from Lou Archuleto, Interim Director of Prisons at CO Dept of Corrections, to Wardens re Mental Health Qualifiers [PLTFPARSONS031180]
    - This is listed in Appendix A of Haney's rebuttal report
- November 5, 2013 – Inmate Grievance Response McDowell [PLTFPARSONS031183]
- November 5, 2013 – Inmate Grievance Response McDowell [PLTPARSONS031184]
- October 8, 2013 - Returned Grievance for McDowell [PLTFPARSONS031185]
- October 16, 2013 – McDowell Inmate Letter [PLTFPARSONS031187]
- October 21, 2013 – McDowell Inmate Grievance Appeal [PLTFPARSONS031190]
- October 21, 2013 – McDowell Inmate Grievance Supplement [PLTFPARSONS031191]
- October 21, 2013 – McDowell Inmate Grievance Supplement [PLTFPARSONS031192]
- September 30, 2013 – Carpenter Inmate Informal Complaint Response [PLTFPARSONS031198]
- October 2, 2013 – Inmate Grievance [PLTFPARSONS031200]
- October 2, 2013 – Carpenter Inmate Grievance [PLTFPARSONS0321201]
- October 1, 2013 – Carpenter Inmate Grievance [PLTFPARSONS0321202]
- October 1,2013 – Carpenter Inmate Grievance [PLTFPARSONS031203]
- November 30, 2013 – Carpenter Inmate Letter [PLTFPARSONS031204]
- November 30, 2013 Carpenter Inmate Grievance Appeal [PLTFPARSONS031205]
- October 1, 2013 – Carpenter Inmate Grievance [PLTFPARSONS031206]
- December 31, 2013 – Rogovich Inmate Grievance Appeal [PLTFPARSONS031207]
- October 17, 2013 – Rogovich Inmate Grievance Appeal [PLTFPARSONS031208]

- November 13, 2013 – Rogovich Decision of Appeal [PLTFPARSONS031209]
- January 9, 2014 – News Release re: violation of medical protocol at Lewis [PLTFPARSONS031300-PLTFPARSONS031302].

5. **On March 14, 2014 Plaintiffs produced the following documents:**
    - November 5, 2013 – American Public Health Association: Solitary Confinement as a Public Health Issue [PLFTPARSONS032348-PLTFPARSONS032352]
    - March 13, 2014 – NAMI Policy Platform [PLTFPARSONS032357-PLTFPARSONS032360]
    - February 14, 2014 – Swartz Inmate Grievance Appeal [PLTFPARSONS033095-PLTFPARSONS033096]
    - January 25, 2014 – Swartz Grievance Appeal [PLTFPARSONS033097]
    - February 7, 2014 – Swartz Inmate Grievance Appeal Response [PLTFPARSONS033098]
    - December 12, 2013 – Swartz Inmate Grievance Appeal [PLTFPARSONS033099]
    - January 3, 2014 – Swartz Inmate Grievance Response [PLTFPARSONS033100]
    - November 20, 2013 – Swartz Inmate Grievance [PLTFPARSONS033101]
    - November 16, 2013 – Swartz Inmate Informal Complaint Response [PLFTPARSONS033102]
    - October 20, 2013 – Swartz Inmate Informal Complaint Resolution [PLTFPARSONS033103]
    - February 2, 2014 – Swartz Inmate Letter [PLTFPARSONS033104]
    - February 11, 2014 – Envelope from Faith Lutheran Church to Swartz. [PLTFPARSONS033107]
    - January 29, 2014 – Hefner Inmate Informal Complaint Resolution [PLTFPARSONS033108]
    - January 30, 2014 – Hefner Inmate Informal Complaint Resolution [PLTFPARSONS033109]
    - January 31, 2014 – Hefner Inmate Informal Complaint Resolution [PLTFPARSONS033110]
    - February 1, 2014 – Hefner Inmate Informal Complaint Resolution [PLTFPARSONS033111]
    - February 5, 2014 – Hefner HNR ]PLTFPARSONS033112]