1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

8

Victor Parsons, *et al.*, on behalf of themselves
and all others similarly situated; and Arizona
Center for Disability Law,

9
                                              Plaintiffs,
10
                v.
11
Charles Ryan, Director, Arizona Department
of Corrections; and Richard Pratt, Interim
12
Division Director, Division of Health Services,
Arizona Department of Corrections, in their
13
official capacities,
                                              Defendants.

NO. 2:12-cv-00601-NVW

**ORDER GRANTING
DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO FILE
DISPOSITIVE MOTION AND
MOTIONS CHALLENGING
EXPERT OPINION TESTIMONY**

14

        The Court, having reviewed Defendants' Motion for Extension of Time to
15
File Dispositive Motion and Motions Challenging Expert Opinion Testimony, and good
16
cause appearing,
17
        IT IS ORDERED that the Motion is GRANTED. The briefing schedule on
18
Defendants' dispositive motion and their motions challenging Plaintiffs' expert opinion
19
testimony is as follows:
20
                May 19, 2014 – Motions
21
                June 23, 2014 – Responses
22
                July 14, 2014 – Replies
23
24
25
26
27
28

2885234.1