IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, et al., on behalf of themselves and all other similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court, having reviewed Defendants' Motion for Leave to File Under Seal (Doc. 840), and good cause appearing,

IT IS ORDERED that the Motion (Doc. 840) is granted.

IT IS FURTHER ORDERED directing the Clerk's Office to file under seal Defendants' lodged proposed Exhibits 1-4.

Dated this 31st day of March, 2014.

_____
Neil V. Wake
United States District Judge

cc: All counsel