1   Sarah Kader (Bar No. 027147)
2   Asim Varma (Bar No. 027927)
    ARIZONA CENTER FOR DISABILITY LAW
3   5025 East Washington Street, Suite 202
    Phoenix, Arizona  85034
4   (602) 274-6287
5   skader@azdisabilitylaw.org
    avarma@azdisabilitylaw.org

6
    J.J. Rico (Bar No. 021292)
7   Jessica Jansepar Ross (Bar No. 030553)
    ARIZONA CENTER FOR DISABILITY LAW
8   100 N. Stone Avenue, Suite 305
9   Tucson, AZ  85701
    (520) 327-9547
10  jrico@azdisabilitylaw.org
    jross@azdisabilitylaw.org
11  Attorneys *for Plaintiff*
12  *Arizona Center for Disability Law*

13
                **IN THE UNITED STATES DISTRICT COURT**
14               **FOR THE DISTRICT OF ARIZONA**

15  Victor Parsons; Shawn Jensen; Stephen          )
16  Swartz; Dustin Brislan; Sonia Rodriguez;       )   No. 2:12-CV-00601-NVW
    Christina Verduzco; Jackie Thomas; Jeremy      )
17  Smith; Robert Gamez; Maryanne Chisholm;        )   **NOTICE OF APPEARANCE**
    Desiree Licci; Joseph Hefner; Joshua Polson;   )
18  and Charlotte Wells, on behalf of themselves   )
    and all others similarly situated; and the     )
19  Arizona Center for Disability Law,             )
                                                   )
20                          Plaintiffs,            )
                                                   )
21  v.                                             )   Hon. Neil V. Wake
                                                   )
22  Charles Ryan, Director, Arizona Department     )
    of Corrections; and Richard Pratt, Interim     )
23  Division Director, Division of Health          )
    Services, Arizona Department of Corrections,   )
24  in their official capacities,                  )
                                                   )
25                          Defendants.            )
                                                   )

                            -1-

1    Jessica Jansepar Ross of the Arizona Center for Disability Law hereby enters her

2   appearance as co-counsel of record on behalf of Plaintiff Arizona Center for Disability

3   Law.  Ms. Ross's contact information is as follows:

4
                              Jessica Jansepar Ross
5                         Arizona Center for Disability Law
                          100 N. Stone Avenue, Suite 305
6                                Tucson, AZ 85701
                             Telephone: 520-327-9547
7                          Email: jross@azdisabilitylaw.org

8

9    Please add Ms. Ross to the Court's ECF notice service list.

10
     Respectfully submitted this 8th day of April, 2014.
11
                                            ARIZONA CENTER FOR DISABILITY LAW
12

13
                                            /s/ *Jessica Jansepar Ross*
14                                          Sarah Kader
                                            Asim Varma
15                                          J.J. Rico
                                            Jessica Jansepar Ross
16                                          *Attorneys for Plaintiff Arizona Center for*
                                            *Disability Law*
17

18

19

20

21

22

23

24

25

# CERTIFICATE OF FILING AND SERVICE

I certify that on this 8th day of April, 2014, I electronically transmitted the

foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing to the following CM/ECF registrants in this action:

Michael Gottfried:           Michael.Gottfried@azag.gov
Lucy M. Rand                 lucy.rand@azag.gov
Katherine Emiko Watanabe     Katherine.Watanabe@azag.gov
ARIZONA ATTORNEY GENERAL THOMAS HORNE
OFFICE OF THE ATTORNEY GENERAL

Timothy J. Bojanowski :      TBojanowski@swlfirm.com
Daniel P. Struck:            DStruck@swlfirm.com
Kathleen L. Wieneke:         KWieneke@swlfirm.com
Nicholas Daniel Acedo:       NAcedo@swlfirm.com
Ashlee B. Fletcher:          afletcher@swlfirm.com
Anne Marie Orcutt:           aorcutt@swlfirm.com
Rachel Love:                 rlove@swlfirm.com
STRUCK WEINEKE & LOVE, P.L.C.
*Attorneys for Defendants*

Caroline N. Mitchell:        cnmitchell@jonesday.com
David C. Kiernan:            dkiernan@jonesday.com
John Laurens Wilkes:         jlwilkes@jonesday.com
Kamilla Mamedova:            kmamedova@jonesday.com
Jennifer K. Messina:         jkmessina@jonesday.com
Kevin Brantley:              kcbrantley@jonesday.com
Taylor Freeman:              tfreeman@jonesday.com
Amir Q. Amiri:               aamiri@jonesday.com
JONES DAY

James Duff Lyall:            jlyall@acluaz.org
Daniel Joseph Pochoda:       dpochoda@acluaz.org
ACLU FOUNDATION OF ARIZONA

Corene T. Kendrick:          ckendrick@prisonlaw.com
Donald Specter:              dspecter@prisonlaw.com
Sarah Norman:                snorman@prisonlaw.com
Alison Hardy:                ahardy@prisonlaw.com
Warren E. George:            wgeorge@prisonlaw.com

PRISON LAW OFFICE

Amy Fettig:                afettig@npp-aclu.org
David Cyrus Fathi:         dfathi@npp-aclu.org
Ajmel A Quereshi:          aquereshi@npp-aclu.org
ACLU NATIONAL PRISON PROJECT

Daniel Clayton Barr:       DBarr@perkinscoie.com
John Howard Gray:          jhgray@perkinscoie.com
Kirstin T. Eidenbach:      keidenbach@perkinscoie.com
Matthew Benjamin duMee:    mdumee@perkinscoie.com
Amelia Morrow Gerlicher:   agerlicher@perkinscoie.com
Jerica L. Peters:          jpeters@perkinscoie.com
PERKINS COIE LLP


/s/*Mavis Lauritzen*