| AO 435 - AZ Form (Rev. 10/05) *Read Instructions on Back:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | COURT USE ONLY **DUE DATE:** |
|---|---|---|---|

| 1. NAME Kirstin T. Eidenbach | 2. PHONE NUMBER 602-351-8034 | 3. DATE April 8, 2014 | |
|---|---|---|---|
| 4. FIRM NAME Perkins Coie LLP | | | |
| 5. MAILING ADDRESS 2901 N. Central Avenue, Suite 2000 | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85012 |
| 9. CASE NUMBER 2:12-cv-00601 | 10. JUDGE Neil V. Wake | DATES OF PROCEEDINGS 11. February 24, 2014 | 12. |
| 13. CASE NAME Parsons v. Ryan | | LOCATION OF PROCEEDINGS 14. Phoenix | 15. STATE Arizona |

16. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Oral Argument on Motion to Strike | |
| ☐ BAIL HEARING | | Defendants' Experts & Expert Reports | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | ☑ E-MAIL | |
| 7 DAYS | ☐ | ☑ | | ☐ DISK | |
| DAILY | ☐ | ☐ | | ☐ PDF FORMAT | |
| HOURLY | ☐ | ☐ | | ☐ ASCII FORMAT | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional). | E-MAIL ADDRESS keidenbach@perkinscoie.com |
|---|---|
| 19. SIGNATURE /s/ Kirstin T. Eidenbach | **NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE April 8, 2014 | |

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY