IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

Before the Court is Defendants' Motion for Extension of Time to File Dispositive Motion and Motions Challenging Expert Opinion Testimony (Doc. 843). The Court will not extend the current deadlines for 30 days; to do so would impede the Court's ability to rule on the motions before turning its attention to final trial preparations. The Court will, instead, grant a two-week extension of these deadlines.

**IT IS THEREFORE ORDERED:**

(1) Defendants' Motion for Extension of Time to File Dispositive Motion and Motions Challenging Expert Opinion Testimony (Doc. 843) is **granted in part**.

(2) The deadline for filing dispositive motions and any motions challenging expert opinion testimony is May 2, 2014. Responses may be filed by June 6, 2014, and replies may be filed by June 27, 2014.

Dated this 8th day of April, 2014.

_____
Neil V. Wake
United States District Judge