Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
         jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
         avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**EMERGENCY MOTION FOR EXTENSION OF TIME (FIRST)** |

LEGAL120505741.3

1    Plaintiffs respectfully move this Court for leave to file their response to
2 Defendants' *Supplemental Brief re: Motion for Reconsideration* [Doc. 851] on **Monday,**
3 **April 21, 2014**. Defendants oppose this motion.

4    Last night, in response to the Court's April 8, 2014 order [Doc. 848] (the "Order"),
5 Defendants filed a 16-page supplemental brief in which they identify 31 separate
6 categories of evidence that they claim are relevant to conditions beyond the Court's
7 original discovery deadline of September 27, 2013. The Court mandated that Plaintiffs
8 respond to Defendants' list of new evidence by "detailing the targeted and focused
9 discovery that is necessary to probe that new evidence" by Wednesday, April 16, 2014.
10 Order at 2. Most of Defendants' categories of evidence are reports that themselves cover
11 multiple areas. Plaintiffs' response must, among other things, identify evidence to test the
12 validity and accuracy of these reports as to each issue measured within them and to
13 demonstrate whether the underlying constitutional issues in this case persist. Given the
14 sweeping scope of the evidence Defendants list in their Supplemental Brief, two days does
15 not provide Plaintiffs with sufficient time to provide a well-thought out, meaningful, and
16 sufficiently detailed response in compliance with the Court's Order.

17    Plaintiffs understand that extending their time to respond necessarily shortens the
18 time Defendants have to integrate the Court's ruling into their motion for summary
19 judgment. However, Defendants have controlled the timing of the Court's consideration
20 of these discovery issues,[1] as well as the scope of the additional discovery they deemed
21 highly probative in their Supplemental Brief. Requiring Plaintiffs to respond to such an

---

[1] Defendants knew since February 6 that the deadline for expert depositions was extended to fall one week before the April 18 deadline for dispositive motions, but waited almost two months to ask the court to extend the deadline for their dispositive motion. Defendants failed to mention in open court on February 24, or in their multiple filings between February 6 and March 31 (when they requested the extension) that they were concerned they would not be able to comply with April 18 deadline for dispositive motions. *See Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087-88 (9th Cir. 2002)( "If the party seeking the modification was not diligent, the inquiry should end and the motion to modify should not be granted." ); *Morgal v. Maricopa County Bd. of Sup'rs*, 284 F.R.D. 452, 460 (D. Ariz. 2012) ("The diligence obligation is ongoing.").

LEGAL120505741.3

1  extensive brief in two days would unduly prejudice their ability to respond meaningfully
2  and to comply with the Court's Order.

3  Moreover, this week contains several important religious holidays that will
4  significantly impact Plaintiffs' staffing and ability to timely respond. Today is Passover,
5  and Friday is Good Friday. Plaintiffs have selected Monday, April 21, 2014 to avoid
6  staffing conflicts associated these holidays.

7  For these reasons, and because a concise and meaningful response from Plaintiffs
8  ultimately furthers judicial efficiency, Plaintiffs request that this Court grant this Motion
9  and extend Plaintiffs' response deadline to April 21, 2014.

10  Dated: April 15, 2014                **PERKINS COIE LLP**

By: s/ Kirstin E. Eidenbach
Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         keidenbach@perkinscoie.com
         jhgray@perkinscoie.com
         mdumee@perkinscoie.com
         jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaz.org
         jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org
          aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          aamiri@jonesday.com

*Admitted *pro hac vice*


Case 2:12-cv-00601-ROS Document 852 Filed 04/15/14 Page 5 of 7

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com
tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: kmamedova@jonesday.com
jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email: kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

|   |   |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 | |
| 3 | By: <u>s/ Asim Varma</u> |
|   | Sarah Kader (Bar No. 027147) |
| 4 | Asim Varma (Bar No. 027927) |
|   | 5025 East Washington Street, Suite 202 |
| 5 | Phoenix, Arizona 85034 |
|   | Telephone:  (602) 274-6287 |
| 6 | Email:    skader@azdisabilitylaw.org |
|   |              avarma@azdisabilitylaw.org |
| 7 | |
|   | J.J. Rico (Bar No. 021292) |
| 8 | Jessica Jansepar Ross (Bar No. 030553) |
|   | **ARIZONA CENTER FOR** |
| 9 | **DISABILITY LAW** |
|   | 100 N. Stone Avenue, Suite 305 |
| 10 | Tucson, Arizona 85701 |
|   | Telephone:  (520) 327-9547 |
| 11 | Email:    jrico@azdisabilitylaw.org |
|   |              jross@azdisabilitylaw.org |
| 12 | |
|   | *Attorneys for Arizona Center for Disability* |
| 13 | *Law* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL120505741.3      -6-