1

2

3

4

5

6                              UNITED STATES DISTRICT COURT

7                                   DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
     Dustin Brislan; Sonia Rodriguez; Christina           (MEA)
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph
10   Hefner; Joshua Polson; and Charlotte Wells, on       **ORDER GRANTING**
     behalf of themselves and all others similarly        **EMERGENCY MOTION**
11   situated; and Arizona Center for Disability Law,      **FOR EXTENSION OF TIME**

                                Plaintiffs,
12
            v.
13
     Charles Ryan, Director, Arizona Department of
14   Corrections; and Richard Pratt, Interim Division
     Director, Division of Health Services, Arizona
15   Department of Corrections, in their official
     capacities,
16
                                Defendants.
17

18          Having received and considered the Emergency Motion for Extension of Time, and

19   good cause appearing,

20          **IT IS HEREBY ORDERED** the Motion is GRANTED.  Plaintiffs shall have until

21   Monday, April 21, 2014 to file their Response to Defendants' Supplemental Brief re:

22   Motion for Reconsideration.

23

24

25

26

27

28