IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Emergency Motion for Extension of Time to respond to Defendants' supplemental brief (Doc. 852). Defendants oppose the motion. Despite the narrow timeframe between the Court's ultimate decision on Defendants' Motion for Reconsideration and the deadline to file their summary judgment motion, the Court will grant Plaintiffs' motion.

**IT IS THEREFORE ORDERED that** Plaintiffs' Emergency Motion for Extension of Time (Doc. 852) is **granted**. Plaintiffs may file their response to

Defendants' supplemental brief no later than Monday, April 21, 2014. Defendants may file their reply no later than Wednesday, April 23, 2014.

Dated this 16th day of April, 2014.

_____
Neil V. Wake
United States District Judge

- 2 -