Asim Varma (Bar No. 027927)
Sarah Kader (Bar No. 027147)
ARIZONA CENTER FOR DISABILITY LAW
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
(602) 274-6287
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

J. J. Rico (Bar No. 021292)
ARIZONA CENTER FOR DISABILITY LAW
100 N. Stone Avenue, Suite 305
Tucson, AZ  85701
(520) 327-9547
jrico@azdisabilitylaw.org
*Attorneys for Plaintiff*
*Arizona Center for Disability Law*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VICTOR ANTONIO PARSONS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES RYAN, et al.,<br><br>Defendants. | No. 2:12-CV-00601-NVW<br><br>**NOTICE OF SERVICE OF ARIZONA CENTER FOR DISABILITY LAW'S FOURTH SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>Hon. Neil V. Wake |

Plaintiffs give notice that on April 16, 2014, Plaintiffs served Plaintiff's Fourth Supplemental Disclosure Statement by electronic mail to Defendants' attorneys Michael E. Gottfried, Assistant Attorney General, at Michael.Gottfried@azag.gov, Lucy Rand at lucy.rand@azag.gov, Tim Bojanowski at TBojanowski@swlfirm.com, Dan Struck at DStruck@swlfirm.com,  Kathy Wieneke at KWieneke@swlfirm.com , Nicholas Daniel Acedo at NAcedo@swlfirm.com, Courtney Rachel Cloman at ccloman@swlfirm.com , Ashlee B. Fletcher at afletcher@swlfirm.com,  and Anne Orcutt at aorcutt@swlfirm.com.

1

2

Respectfully submitted this 16th day of April, 2014.

3

4

ARIZONA CENTER FOR DISABILITY LAW

5

6

s/Asim Varma
Asim Varma
Sarah Kader

7

J. J. Rico
*Attorneys for Plaintiff Arizona Center for*

8

*Disability Law*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1     **CERTIFICATE OF FILING AND SERVICE**

2     I hereby certify that on this 16th day of April, 2014, I electronically transmitted the

3     foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4     Notice of Electronic Filing to the following CM/ECF registrants in this action:

Michael E. Gottfried:     Michael.Gottfried@azag.gov
Katherine Emiko Watanabe:     katherine.watanabe@azag.gov
Lucy M. Rand:     lucy.rand@azag.gov
ARIZONA ATTORNEY GENERAL THOMAS HORNE
OFFICE OF THE ATTORNEY GENERAL

Daniel P. Struck:     dstruck@swlfirm.com
Kathleen L. Wieneke:     kwieneke@swlfirm.com
Timothy J. Bojanowski:     tbojanowski@swlfirm.com
Rachel Love:     rlove@swlfirm.com
Nicholas D. Acedo:     nacedo@swlfirm.com
Courtney R. Cloman:     ccloman@swlfirm.com
Ashlee B. Fletcher:     afletcher@swlfirm.com
Anne M. Orcutt:     aorcutt@swlfirm.com
STRUCK WIENEKE, & LOVE, P.L.C.
*Attorneys for Defendants*

Caroline N. Mitchell:     cnmitchell@jones.day.com
Sophia Calderon:     scalderon@jonesday.com
Sarah Rauh:     srauh@jonesday.com
David C. Kiernan:     dkiernan@jonesday.com
John Laurens Wilkes:     jlwilkes@jonesday.com
Kamilla Mamedova:     kmamedova@jonesday.com
Jennifer K. Messina:     jkmessina@jonesday.com
JONES DAYS

James Duff Lyall:     jlyall@acluaz.org
Daniel Joseph Pochoda:     dpochoda@acluaz.org
Kelly Joyce Flood:     kflood@acluaz.org
ACLU FOUNDATION OF ARIZONA

Corene T. Kendrick:     ckendrick@prisonlaw.com
Donald Specter:     dspecter@prisonlaw.com
Sarah Norman:     snorman@prisonlaw.com
Alison Hardy:     ahardy@prisonlaw.com
PRISON LAW OFFICE

Amy Fettig:     afettig@npp-aclu.org
David Cyrus Fathi:     dfathi@npp-aclu.org
Ajmel A. Quereshi:     aquereshi@npp-aclu.org
ACLU NATIONAL PRISON PROJECT

*/ / /*
Daniel Clayton Barr:     DBarr@perkinscoie.com
Amelia Morrow Gerlicher:     agerlicher@perkinscoie.com

1  Kirstin T. Eidenbach:          keidenbach@perkinscoie.com
   John Howard Gray:              jhgray@perkinscoie.com
2  Matthew Benjamin duMee:       mdumee@perkinscoie.com
   PERKINS COIE LLP
3  *Attorneys for Plaintiffs*

4

5

6  s/ *Suzanne Carlstedt*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28