Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**DEFENDANTS' SUPPLEMENT TO SUPPLEMENTAL BRIEF RE: MOTION FOR RECONSIDERATION** |

Defendants hereby supplement their Supplemental Brief Re: Motion for Reconsideration (Doc. 851) with the following two additional items of evidence "that post-date discovery that are of high-probative value and will be relied upon to establish

the absence of liability." (See Doc. 848.) These items were inadvertently left out of Defendants' Supplemental Brief, but are highly relevant to Defendants' defense and will assist the Court in resolving the issue of liability.[1]

### 15. Inmate Assault, Self-Harm, & Mortality Data Report

Defendants seek to introduce as evidence the October 2013 – March 2014 Inmate Assault, Self-Harm, & Mortality Data Reports. Defendants have attached, as an exemplar for the Court's review, the March 2014 Report. (Ex. 1.)

This report is created by ADC, and lists: (1) the number of inmate assaults on staff, and the percentage of staff assaults by maximum custody inmates; (2) the number of self-harm attempts (cutting, overdose, blunt force, hanging, and fires); and (3) the number of inmate deaths resulting from natural causes and suicide. This report is relevant to Plaintiffs' class claims relating to the alleged failure to provide suicidal and self-harming prisoners basic mental health care because it shows that the number of self-harm attempts are continuing to decline. It is also relevant to Plaintiffs' conditions-of-confinement claims, including their challenge to the use of chemical agents against inmates on psychotropic medications, property restrictions, and 24-hour lighting, because it supports the penological justifications (safety to staff and other inmates) for these policies as they pertain to maximum custody inmates.

Defendants disclosed to Plaintiffs the October 2013 report (ADC_S000022-000025) on January 17, 2014, and disclosed the November 2013 (ADC229831-229834) and December 2013 (ADC229835-229838) reports on February 10, 2014, with their Fourteenth Supplemental Disclosure Statement ("SDS"). Defendants disclosed the reports for January 2014 (ADC261323-261326) and February 2014 (ADC261327-261330) on March 26, 2014, in their Sixteenth SDS. Defendants disclosed to Plaintiffs the report for March 2014 (ADC265912-ADC265915) on April 18, 2014, in their Eighteenth SDS.

---

[1] To the extent that leave is needed to file this Supplement, Defendants respectfully request leave to file it. Plaintiffs are not prejudiced by this Supplement because their Response to the Supplemental Brief is not due until April 21, 2014. (Doc. 854.)

### 16. State Prison Capabilities for Medical, Mental Health and Dental Treatment Services Report

Defendants seek to introduce as evidence the October 2013 and January 2014 State Prison Capabilities for Medical, Mental Health and Dental Treatment Services Reports. Defendants have attached, as an exemplar for the Court's review, a redacted version of the January 2014 Report. (Ex. 2.)

This report is created by ADC, and lists – for each facility: (1) the custody levels (e.g., Min/Med/Max) incarcerated at each facility; (2) inmate operating capacity; (3) the maximum inmate medical and mental health score that can be incarcerated at each facility; (4) nursing hours; (5) medical and mental-health staffing provided; (6) whether there is on-site dental treatment; (7) whether there are any insulin dependent or SMI inmates incarcerated at each facility; (8) the drug formulary; (9) the primary hospital location; (10) dialysis, laboratory, x-ray, and chronic care capabilities; and (11) whether it is a corridor facility. This report is particularly insightful as to the capabilities of each of ADC's ten facilities. Because Plaintiffs are alleging systemwide deficiencies, this report will assist in explaining why staffing and other treatment levels vary from facility to facility.

Defendants produced the June 2012 & October 2013 Reports (ADC_M000192) in native format on January 17, 2014 in response to Plaintiffs' informal request for all materials provided to Defendants' expert witnesses. Dr. Mendel reviewed this information in preparing his expert report. Defendants produced it in PDF format on April 18, 2014 (ADC265916-ADC265917), with their Eighteenth SDS. Defendants also produced and disclosed the January 2014 Report (ADC265918-ADC265921) on April 18, 2014, in their Eighteenth SDS. Notably, the January 2014 Report reflects data that is current through April 1, 2014.

DATED this 18th day of April 2014.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Nicholas D. Acedo
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

2893302.1

4

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| Cathleen M. Dooley: | cdooley@azdisabilitylaw.org |
| J.J. Rico: | jrico@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Jerica L. Peters: | jpeters@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Michael Evan Gottfried: | Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov |
| Sara Norman: | snorman@prisonlaw.com |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| David C. Kiernan: | dkiernan@jonesday.com; lwong@jonesday.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Kamilla Mamedova: | kmamedova@jonesday.com |

| | |
|---|---|
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Taylor Freeman: | tfreeman@jonesday.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| Ajmel Quereshi: | aquereshi@npp-aclu.org |
| Jessica Jansepar Ross | jross@azdisabilitylaw.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Nicholas D. Acedo