**EXHIBIT 1**

**EXHIBIT 1**

# Inmate Assault, Self-Harm, & Mortality Data
## FY 2014 as of 03/31/2014

### INMATE ASSAULTS ON STAFF

|  | FY02 | FY03 | FY04 | FY05 | FY06 | FY07 | FY08 | FY09 | FY10 | FY11 | FY12 | FY13 | FY14* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADC Staff | 159 | 129 | 130 | 149 | 203 | 178 | 231 | 307 | 329 | 362 | 343 | 335 | 297 |
| **Contract Beds Staff | 0 | 0 | 2 | 11 | 10 | 3 | 19 | 23 | 21 | 20 | 34 | 23 | 32 |
| Totals | 159 | 129 | 132 | 160 | 213 | 181 | 250 | 330 | 350 | 382 | 377 | 358 | 329 |

*FY 2014 as of 3/31/2014
**Contract Beds represent the lowest custody level (minimum) and two medium security units.



ASSAULTS ON STAFF

INMATE ON STAFF ASSAULT

1

## CASE SUBMISSION AND DISPOSITION

| FISCAL YEAR | FY09 | | FY10 | | FY11 | | FY12 | | FY13 | | FY14* | | TOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Submitted for Prosecution | 47 | | 52 | | 40 | | 67 | | 68 | | 42 | | 316 | PERCENT |
| Convictions | 38 | 80.9% | 37 | 71.2% | 34 | 85.0% | 56 | 83.6% | 34 | 50.0% | 3 | 7.1% | 202 | 63.9% |
| Indicted - Pending Disposition | 1 | 2.1% | 0 | 0.0% | 0 | 0.0% | 6 | 9.0% | 16 | 23.5% | 12 | 28.6% | 35 | 11.1% |
| Declined/Dismissed | 8 | 17.0% | 15 | 28.8% | 6 | 15.0% | 4 | 6.0% | 13 | 19.1% | 0 | 0.0% | 46 | 14.6% |
| Pending CA Decision | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 1.5% | 5 | 7.4% | 27 | 64.3% | 33 | 10.4% |
| TOTAL | 47 | 100.0% | 52 | 100.0% | 40 | 100.0% | 67 | 100.0% | 68 | 100.0% | 42 | 100.0% | 316 | 100.0% |

*FY 2014 as of 3/31/2014
Includes ADC and Contract Beds
CA – County Attorney
Of the 202 convictions since FY 2009, 154 (76.2%) resulted in sentences to be served consecutively; 48 (23.8%) resulted in sentences to be served concurrently.

## INMATE DISCIPLINARY ACTIONS
## RESULTING FROM STAFF ASSAULT

| FY | Disc. | Assaults | Disc. Per Assault |
|---|---|---|---|
| 2009 | 270 | 330 | .82 |
| 2010 | 513 | 350 | 1.47 |
| 2011 | 536 | 382 | 1.40 |
| 2012 | 478 | 377 | 1.27 |
| 2013 | 428 | 358 | 1.20 |
| 2014* | 254 | 329 | .77 |
| Total | 2,479 | 2,126 | 1.16 |

*FY 2014 as of 3/31/2014
Includes ADC and Contract Beds

## INMATE ON INMATE ASSAULTS AND FIGHTS

| | FY05 | FY06 | FY07 | FY08 | FY09 | FY10 | FY11 | FY12 | FY13 | FY14* |
|---|---|---|---|---|---|---|---|---|---|---|
| ADC | 381 | 547 | 626 | 651 | 778 | 1,335 | 1,478 | 1,510 | 1,623 | 1,380 |
| **Contract Beds | 44 | 39 | 49 | 43 | 64 | 79 | 75 | 159 | 135 | 122 |
| Totals | 425 | 586 | 675 | 694 | 842 | 1,414 | 1,553 | 1,669 | 1,758 | 1,502 |

* FY 2014 as of 3/31/2014
**Contract Beds represent the lowest custody level (minimum) and two medium security units.

2



**Population and Assault-Fight Comparison**
FY 2013

"Filled CO Positions" refers to ADC staff only; this graph excludes Contract Beds.



**Population and Assault-Fight Comparison**
FY 2014

"Filled CO Positions" refers to ADC staff only; this graph excludes Contract Beds.

3

ADC265914

## INMATE SELF-HARM ATTEMPTS
## BY YEAR AND TYPE

| FY | CUTTING | OVERDOSE | BLUNT FORCE | HANGING | FIRES | TOTALS |
|---|---|---|---|---|---|---|
| 2011 | 217 | 90 | 68 | 60 | 14 | 449 |
| 2012 | 209 | 164 | 69 | 48 | 12 | 502 |
| 2013 | 136 | 194 | 95 | 24 | 3 | 452 |
| 2014* | 93 | 93 | 47 | 39 | 3 | 275 |
| Totals: | 655 | 541 | 279 | 171 | 32 | 1,678 |

*FY 2014 as of 03/31/2014
Includes ADC and Contract Beds
Cutting: Scratches, lacerations, biting
Overdose: Medication, drugs, ingested objects
Blunt Force: Banging head, object insertion, striking self

## INMATE DEATHS
## BY YEAR AND CAUSE

| TYPE | FY 05 | FY 06 | FY 07 | FY 08 | FY 09 | FY 10 | FY 11 | FY 12 | FY 13 | FY 14* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Natural Causes | 57 | 73 | 53 | 87 | 79 | 67 | 64 | 71 | 66 | 72 | 689 |
| Suicide | 4 | 8 | 6 | 5 | 6 | 10 | 13 | 6 | 7 | 6 | 71 |
| Accidental | 3 | 4 | 0 | 7 | 4 | 4 | 5 | 7 | 7 | 2 | 43 |
| Homicide | 1 | 3 | 3 | 1 | 4 | 5 | 4 | 3 | 3 | 3 | 30 |
| TOTAL | 65 | 88 | 62 | 100 | 93 | 86 | 86 | 87 | 83 | 83 | 833 |
| ADP | 31,826 | 33,705 | 35,851 | 37,910 | 39,626 | 40,458 | 40,226 | 40,011 | 40,048 | 41,363** | |

*FY 2014 as of 3/31/2014
**Actual inmate population as of 03/31/2014
Includes ADC and Contract Beds
ADP – Average Daily Population (for Fiscal Year)
Cause of death figures are subject to change based on official medical examiner reports, which may be issued in a subsequent month.

4