# EXHIBIT 2

# EXHIBIT 2

STATE PRISON CAPABILITIES FOR
MEDICAL, MENTAL HEALTH AND DENTAL TREATMENT SERVICES
AS OF JANUARY 1, 2014

| | ASPC - Douglas | ASPC - Eyman | ASPC - Florence | ASPC - Lewis | ASPC - Perryville | ASPC - Phoenix | ASPC - Safford | ASPC - Tucson | ASPC - Winslow | ASPC - Yuma | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Custody Level(s) | Min/Med | Med/Close/Max | Min/Med/Max | All | All | All | Min/Med | All | Min/Med/Close | Min/Med/Close | |
| Operating Capacity | 2,342 | 5,328 | 4,117 | 5,356 | 4,274 | 714 | 1,769 | 5,170 | 1,842 | 4,430 | (1) |
| Health Services Provider Location | On-site | On-site | On-site | On-site | On-site | On-site | On-site | On-site | On-site | On-site | |
| Medical (M) Score (MAX) | M - 3 | M - 4 | M - 5 | M - 5 | M - 5 | M - 5 | M - 3 | M - 5 | M - 3 | M - 4 | |
| Mental Health (MH) Score (MAX) | MH - 2 | MH - 4 | MH - 4 | MH - 3 | MH - 4 | MH - 5 | MH - 2 | MH - 4 | MH - 2 | MH - 3 | |
| Nursing Hours | 24/7 | 24/7 | 24/7 | 24/7 | 24/7 | 24/7 | 24/7 | 24/7 | 24/7 | 24/7 | |
| Medical Staffing | Physician & Mid-Level Provider | Physician & Mid-Level Provider | Physician & Mid-Level Provider | Physician & Mid-Level Provider | Physician & Mid-Level Provider | Physician & Mid-Level Provider | Physician & Mid-Level Provider | Physician & Mid-Level Provider | Physician & Mid-Level Provider | Physician & Mid-Level Provider | |
| On-site Dental | Full | Full | Full | Full | Full | Full | Full | Full | Full | Full | |
| Mental Health Staffing | Psychology Associate | Psychologist & Psychology Associate | Psychologist & Psychology Associate | Psychologist & Psychology Associate | Psychologist & Psychology Associate | Psychologist & Psychology Associate | Psychology Associate | Psychologist & Psychology Associate | Psychology Associate | Psychology Associate | |
| Seriously Mentally Ill (SMI) | No | Yes | Yes | Yes | Yes | Yes | No | Yes | No | Yes | |
| Psychiatry | No | Yes | Yes | Yes | Yes | Yes | No | Yes | No | Yes | |
| Special Needs Beds | No | No | 57 | 13 | 7 | No | No | 79 | No | No | (2) |
| Drug Formulary | ADC | ADC | ADC | ADC | ADC | ADC | ADC | ADC | ADC | ADC | |
| Hospital Primary | | | | | | | | | | | |
| Hospital Secondary | | | | | | | | | | | (3) |
| Dialysis Chairs / Treatment | No | Florence | Yes | No | No | No | No | Yes | No | No | |
| Lab | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | |
| X-ray | On-site 1 day / week | On-site | On-site | On-site | On-site | On-site | On-site | On-site | On-site | On-site | |
| Pharmacy Services | Contracted | Contracted | Contracted | Contracted | Contracted | Contracted | Contracted | Contracted | Contracted | Contracted | |
| Insulin Dependent Diabetics | Yes | Yes | Yes | Yes | Yes | Yes | No | Yes | Yes | Yes | |
| ADA | No | Full | Full | Full | Full | Full | No | Full | No | Full | (4) |
| Medical Cost Cap | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | Not Applicable | |
| Accreditation | NCCHC | None | NCCHC | NCCHC | NCCHC | NCCHC | NCCHC | NCCHC | NCCHC | NCCHC | (5) |
| Unit Dose Medications | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | |
| Chronic Conditions | All | All | All | All | All | All | All | All | All | All | |
| Corridor Facility Status | No | Yes | Yes | Yes | Yes | Yes | No | Yes | No | Yes | (6) |

Notes:

(1) Capacity as of October 1, 2013 Daily Count Sheet
(2) Inpatient Component (IPC) beds at: Florence 57 ( IPC = 15 + HU-8 = 22 + HU-10 = 20), Tucson 34*, Perryville 7, and Lewis 13. GRAND TOTAL: 111
   * NOTE: There are currently 45 *additional* beds at TUCSON/Manzanita unit categorized as ASSISTED LIVING BEDS
(3) Dialysis chairs at: **Florence 4** with M-W-F 5 hour shifts and T-T-S 10 hour shifts; **Tucson** 5 chairs with M-W-F 12 hour shifts and T-T-S 13 hour shifts.
(4) Not ALL Units at Prison Complexes can accommodate ADA inmates.
(5) All facilities to be NCCHC Accredited in 2014
(6) Corridor Facility Status indicates close proximity to major hospital and medical professional services.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC265918

CONTRACT CRITERIA USED BY IN-STATE PRIVATE PRISON CONTRACTORS IN PROVIDING
MEDICAL, MENTAL HEALTH AND DENTAL TREATMENT SERVICES
AS OF JANUARY 1, 2014

| | CACF - GEO | Florence West DUI - GEO | Florence West RTC - GEO | Kingman Cerbat - MTC | Kingman Hualapai - MTC | Marana - MTC | Phoenix West - GEO | Navajo County Jail | Red Rock - CCA |
|---|---|---|---|---|---|---|---|---|---|
| CONTRACT DATE | 6/30/2005 | 10/29/2002 | 10/29/2002 | 2/15/2008 | 2/15/2008 | 10/16/2013 | 7/24/2002 | 7/3/2013 | 8/31/2012 [1] |
| CONTRACT EXPIRATION | 12/10/2016 | 10/28/2017 | 10/28/2017 | 4/5/2020 | 4/5/2020 | 10/6/2023 | 7/23/2017 | 1/1/2014 | 20 years after occupancy [2] |
| Custody Level(s) | Med | Min | Min | Min | Med | Min | Min | Min | Med |
| Operating Capacity | 1,280 | 500 | 250 | 2,000 | 1,508 | 500 | 500 | 50 | 1000 [2] |
| Health Services Provider | CHC | CHC | CHC | CHC | CHC | MTC | CHC | Navajo County Jail | CCA |
| Location | Florence, AZ | Florence, AZ | Florence, AZ | Kingman, AZ | Kingman, AZ | Marana, AZ | Phoenix, AZ | Holbrook, Az | Eloy, Az |
| Medical (M) Score Maximum for the facility | M - 4 | M - 4 | M - 3 | M - 4 | M - 4 | M - 3 | M - 4 | M-2 | M-4 |
| Mental Health (MH) Score Maximum for the facility | MH - 3 | MH - 3 | MH - 3 | MH - 3 | MH - 3 | MH - 2 (MH-3 w/approval) | MH - 3 | MH-2 | MH-3 [2] |
| Nursing Hours | 24/7 | 24/7 | 24/7 | 24/7 | 24/7 | 24/7 | 24/7 | 24/7 | 24/7 |
| Medical Staffing | Physician & Mid-Level Provider | Physician & Mid-Level Provider | Physician & Mid-Level Provider | Physician & Mid-Level Provider | Physician & Mid-Level Provider | Physician | Physician & Mid-Level Provider | Mid-Level Provider | Physician & Mid-Level Provider |
| On-site Dental | Full | Full | Full | Full | Full | Full | Full | NO (Off Site) | Full |
| Mental Health Staffing | Psychologist | Psychologist | Psychologist | Psychologist | Psychologist | Psychologist | Psychiatrist & Psychologist | None on-site | Psychiatrist & Psychologist |
| Seriously Mentally Ill (SMI) | Stable only | Stable only | None | Stable only | Stable only | Stable only | Stable only | None | Yes |
| Psychiatry | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | Yes |
| Medical Observation Beds | 3 beds | None | None | 6 beds | 7 beds | None | None | None | 6 beds |
| Formulary | ADC | ADC | ADC | ADC | ADC | ADC | CHC | Navajo County Jail | ADC |
| Hospital Primary | | | | | | | | | |
| Hospital Secondary | | | | | | | | | |
| Dialysis Chairs / Treatment | No | No | No | No | No | No | No | No | No |
| Lab | Contract | Contract | Contract | Contract | Contract | Contract | Contract | Off-site Contract | Contract |
| X-ray | On-site | On-site | On-site | On-site | On-site | On-site | On-site | Off-site Contract | On-site |
| Pharmacy Services | Contract | Contract | Contract | Contract | Contract | Contract | Contract | Contract | Contract |
| Insulin Dependent Diabetics | Yes | Yes | No | Yes | Yes | Yes | Yes | No | Yes |
| ADA | Full | Full | Full | Full | Full | Full | Full | No | Full |
| Medical Cost Cap | No cap | No cap | No cap | No cap | No cap | $10,000 cap | $10,000 cap | No | No |
| Accreditation | NCCHC | None | None | NCCHC | NCCHC | ACA | ACA | None | NCCHC |
| Unit Dose Medications | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Chronic Conditions | All | All | None | All | All | NO HIV | All | No | Yes |
| Corridor Facility Status | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | Yes [3] |

Notes:

(1) Operating capacity as of October 1, 2013 Daily Count Sheet.

(2) When M and MH scores are exceeded, as approved by ADC's Medical Program Manager, inmates are returned to ADC. Inmates with scheduled outside appointments, or with ongoing treatment e.g. chemotherapy, radiation, dialysis, etc. will not be placed in private prisons while treatment is ongoing. Inmates who are positive for HIV or Hepatitis C, to include those in treatment, may be transferred to private prisons except for Florence RTC.

(3) Corridor Facility Status indicates close proximity to major hospital and medical professional services.

CONFIDENTIAL INFORMATION — SUBJECT TO PROTECTIVE ORDER
ADC265919

# CRITERIA USED BY IN-STATE AND OUT-OF-STATE PRISON CONTRACTORS IN PROVIDING MEDICAL, MENTAL HEALTH AND DENTAL TREATMENT SERVICES
## MEDICAL AND MENTAL HEALTH SCORES DEFINITIONS

Exclusion criteria for medical, mental health and dental services are identified for each contract vendor on the following page. Medical and mental health scores are defined as:

### Medical (M)

M-5   Severely limited physical capacity and stamina; requires assistance with Activities of Daily Living (ADLs); requires housing in inpatient or assisted living area.

M-4   Limited physical capacity and stamina; severe physical illness or chronic condition.

M-3   Restricted physical capacity; requires special housing or reasonable accommodations.

M-2   Sustained physical capacity consistent with age; stable physical illness or chronic condition; no special requirements.

M-1   Maximum sustained physical capacity consistent with age; no special requirements.

### Mental Health (MH)

MH-5   Inmates with mental health needs who are admitted to an inpatient psychiatric treatment program (Baker Ward and FMHC).

MH-4   Inmates who are admitted to a specialized mental health program outside of inpatient treatment areas.

MH-3   Inmates with Mental Health needs, who require current outpatient treatment. Inmates meeting this criterion will be divided into four (4) categories:

  **Category A:** Inmates in acute distress who may require substantial intervention in order to remain stable. All inmates classified as SMI in ADC and/or the community will remain a Category A.
  **Category B:** Inmates who may need regular intervention but are generally stable and participate with psychiatric and psychological interventions.
  **Category C:** Inmates who need infrequent intervention and have adequate coping skills to manage their mental illness effectively and independently.
  **Category D:** Inmates who have been recently taken off of psychotropic medications and require follow up to ensure stability over time. If the inmate demonstrates sufficient stability, the MH score may be changed to an MH-2.

MH-2   Inmates who do not currently have mental health needs and are not currently in treatment but have had treatment in the past.

MH-1   Inmates who have no history of mental health issue or treatment.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC265920

CONTRACT CRITERIA USED BY IN-STATE PRIVATE PRISON CONTRACTORS IN PROVIDING MEDICAL, MENTAL HEALTH AND DENTAL TREATMENT SERVICES
AS OF JANUARY 1, 2014

| | Red Rock - CCA | |
|---|---|---|
| CONTRACT DATE | 8/31/2012 | |
| CONTRACT EXPIRATION | 20 years after occupancy | (4) |
| Custody Level(s) | Med | |
| Operating Capacity | 1000 | (1) |
| Health Services Provider | CCA | |
| Location | Eloy, Az | |
| Medical (M) Score Maximum for the facility | M-4 | (2) |
| Mental Health (MH) Score Maximum for the facility | MH-3 | (2) |
| Nursing Hours | 24/7 | |
| Medical Staffing | Physician & Mid-Level Provider | |
| On-site Dental | Full | |
| Mental Health Staffing | Psychiatrist & Psychologist | |
| Seriously Mentally Ill (SMI) | Yes | |
| Psychiatry | Yes | |
| Medical Observation Beds | | |
| Formulary | ADC | |
| Hospital Primary | | |
| Hospital Secondary | | |
| Dialysis Chairs / Treatment | | |
| Lab | | |
| X-ray | | |
| Pharmacy Services | | |
| Insulin Dependent Diabetics | Yes | |
| ADA | Full | |
| Medical Cost Cap | No | |
| Accreditation | NCCHC | |
| Unit Dose Medications | Yes | |
| Chronic Conditions | Yes | |
| Corridor Facility Status | Yes | (3) |

Notes:
(1) Operating capacity as of October 1, 2013 Daily Count Sheet.
(2) When M and MH scores are exceeded, as approved by ADC's Medical Program Manager, inmates are returned to ADC. Inmates with scheduled outside appointments, or with ongoing treatment e.g. chemotherapy, radiation, dialysis, etc. will not be placed in private prisons while treatment is ongoing.
(3) Corridor Facility Status indicates close proximity to major hospital and medical professional services.
(4) Anticipate occupancy in FY 2014 (TBD)

CONFIDENTIAL INFORMATION – SUBJECT TO PROTECTIVE ORDER

ADC265921