1   Daniel Pochoda (Bar No. 021979)
    James Duff Lyall (Bar No. 330045)*
2   **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
3   Phoenix, Arizona 85013
    Telephone:  (602) 650-1854
4   Email: dpochoda@acluaz.org
            jlyall@acluaz.org
5   *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
    *Dustin Brislan, Sonia Rodriguez, Christina Verduzco,*
7   *Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne*
    *Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson,*
8   *and Charlotte Wells, on behalf of themselves and all others*
    *similarly situated*

9   **[ADDITIONAL COUNSEL LISTED BELOW]**

10  Sarah Kader (Bar No. 027147)
    Asim Varma (Bar No. 027927)
11  **ARIZONA CENTER FOR DISABILITY LAW**
    5025 East Washington Street, Suite 202
12  Phoenix, Arizona 85034
    Telephone:  (602) 274-6287
13  Email: skader@azdisabilitylaw.org
            avarma@azdisabilitylaw.org
14
    *Attorneys for Plaintiff Arizona Center for Disability Law*
15  **[ADDITIONAL COUNSEL LISTED BELOW]**

16              UNITED STATES DISTRICT COURT

17                   DISTRICT OF ARIZONA

18  Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriguez; Christina          (MEA)
19  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
20  Hefner; Joshua Polson; and Charlotte Wells, on     **DECLARATION OF**
    behalf of themselves and all others similarly      **AMY FETTIG**
21  situated; and Arizona Center for Disability Law,

22                      Plaintiffs,

23          v.

    Charles Ryan, Director, Arizona Department of
24  Corrections; and Richard Pratt, Interim Division
    Director, Division of Health Services, Arizona
25  Department of Corrections, in their official
    capacities,
26                      Defendants.

27

28

78204-0001/LEGAL120551756.1

1   I, Amy Fettig, declare:

2        1.      I am an attorney licensed to practice in the District of Columbia, and

3   admitted to this Court *pro hac vice*.  I am Senior Staff Counsel with the ACLU National

4   Prison Project, and an attorney of record to the plaintiff class in this litigation.  If called as

5   a witness, I could and would testify competently to the facts stated herein, all of which are

6   within my personal knowledge.

7        2.      On April 10, 2014, in Phoenix, Arizona, I took the deposition of Dr. Richard

8   Seiter, Defendants' expert regarding ADC's use of isolation.  A transcript of this

9   deposition is not yet available.  During his testimony, Dr. Seiter stated that he planned to

10   re-tour ADC facilities during the summer to see the changes made in the isolation units.

11        3.      On April 11, 2014, in Phoenix, Arizona, I was present for the deposition of

12   Dr. Joseph Penn, Defendants' expert regarding ADC's provision of mental health care.  A

13   transcript of this deposition is not yet available.  During his testimony, Dr. Penn stated

14   that he would like to re-tour ADC facilities  where there is a question or concern.

15        4.      Attached hereto as Exhibit 1, and filed under seal, is a true and correct copy

16   of the Expert Report of Pablo Stewart, M.D., dated November 8, 2013.

17        5.      Attached hereto as Exhibit 2, and filed under seal, is a true and correct copy

18   of the cover and pages 7-9 of the Supplemental Expert Report of Pablo Stewart, M.D.,

19   dated December 9, 2013.

20        6.      Attached hereto as Exhibit 3, and filed under seal, is a true and correct copy

21   of the cover and pages 4-5 of the Second Supplemental Expert Report of Pablo Stewart,

22   M.D., dated February 24, 2014.

23        7.      Attached hereto as Exhibit 4, and filed under seal, is a true and correct copy

24   of the Confidential Report of Robert L. Cohen, M.D., dated November 8, 2013.

25        8.      Attached hereto as Exhibit 5, and filed under seal, is a true and correct copy

26   of the cover and pages 5, 19-25, and 52 of the Confidential Supplemental Report of

27   Robert L. Cohen, M.D., dated February 24, 2014.

28

9.      Attached hereto as Exhibit 6, and filed under seal, is a true and correct copy of the cover and pages 25-26 of the Confidential Report of Todd Randall Wilcox, M.D., dated November 8, 2013.

10.      Attached hereto as Exhibit 7, and filed under seal, is a true and correct copy of the cover and page 1 of the Confidential Supplemental Report of Todd Randall Wilcox, M.D., dated April 2, 2014.

11.      Attached hereto as Exhibit 8, and filed under seal, is a true and correct copy of the cover and pages 22-28 of the Confidential Expert Report of Jay D. Shulman, DMD, dated November 8, 2013.

12.      Attached hereto as Exhibit 9, and filed under seal, is a true and correct copy of the cover page and Exhibit 3 of the Confidential Expert Report of Richard P. Seiter, Ph.D., dated December 18, 2013.

13.      Attached hereto as Exhibit 10, and filed under seal, is a true and correct copy of the cover and pages 31 and 33 of the Confidential Expert Report of John W. Dovgan, DDS, dated December 18, 2013.

14.      Attached hereto as Exhibit 11, and filed under seal, is a true and correct copy of Dr. Laurence Mendel's billing records, Bates No. MENDEL000576-77.

15.      Attached hereto as Exhibit 12 is true and correct excerpts from the Deposition of Brian T. Hanstad, D.M.D., dated April 2, 2014.

16.      Attached hereto as Exhibit 13 is true and correct excerpts from the Deposition of Kathleen Campbell, R.N., dated September 11, 2013.

I declare under the penalty of perjury that the foregoing is true.

Executed the 21st of April, 2014, in Washington, D.C.

_/s/ Amy Fettig_____
Amy Fettig

**ADDITIONAL COUNSEL:**

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           keidenbach@perkinscoie.com
           jhgray@perkinscoie.com
           mdumee@perkinscoie.com
           jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     dpochoda@acluaz.org
           jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct.
R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com
           wgeorge@prisonlaw.com

*Admitted *pro hac vice*

78204-0001/LEGAL120551756.1

-3-

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:      dfathi@npp-aclu.org
            afettig@npp-aclu.org
            aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:      cnmitchell@jonesday.com
            aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:      jlwilkes@jonesday.com
            tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:      kmamedova@jonesday.com
            jkmessina@jonesday.com

*Admitted *pro hac vice*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
5025 East Washington Street, Suite 202
**ARIZONA CENTER FOR
DISABILITY LAW**
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
        avarma@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR
DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:    jrico@azdisabilitylaw.org
        jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 21, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf

78204-0001/LEGAL120551756.1