## Index of Exhibits to the Declaration of Amy Fettig

Exhibit 1:      **[FILED UNDER SEAL]** Expert Report of Pablo Stewart, M.D., dated November 8, 2013.

Exhibit 2:      **[FILED UNDER SEAL]** Cover and pages 7-9 of the Supplemental Expert Report of Pablo Stewart, M.D., dated December 9, 2013.

Exhibit 3:      **[FILED UNDER SEAL]** Cover and pages 4-5 of the Second Supplemental Expert Report of Pablo Stewart, M.D., dated February 24, 2014.

Exhibit 4:      **[FILED UNDER SEAL]** Expert Report of Robert Cohen, M.D., dated November 8, 2013.

Exhibit 5:      **[FILED UNDER SEAL]** Cover and pages 5, 19-25, and 52 of the Supplemental Expert Report of Robert Cohen, M.D., dated February 24, 2014.

Exhibit 6:      **[FILED UNDER SEAL]** Cover and pages 25-26 of the Expert Report of Todd Wilcox, M.D., dated November 8, 2013.

Exhibit 7:      **[FILED UNDER SEAL]** Cover and page 1 of the Supplemental Expert Report of Todd Wilcox, M.D., dated April 2, 2014.

Exhibit 8:      **[FILED UNDER SEAL]** Cover and pages 22-28 of the Expert Report of Jay Shulman, D.D.S., dated November 8, 2013.

Exhibit 9:      **[FILED UNDER SEAL]** Cover page and Exhibit 3 of the Expert Report of Richard P. Seiter, Ph.D., dated December 18, 2013.

Exhibit 10:     **[FILED UNDER SEAL]** Cover and pages 31 and 33 of the Expert Report of John W. Dovgan, D.D.S., dated December 18, 2013.

Exhibit 11:     **[FILED UNDER SEAL]** Dr. Laurence Mendel's billing records, Bates No. MENDEL000576-77.

Exhibit 12:     Excerpts from the Deposition of Brian T. Hanstad, D.M.D., dated April 2, 2014.

Exhibit 13:     Excerpts from the Deposition of Kathleen Campbell, R.N. dated September 11, 2013.

# EXHIBIT 1
# FILED UNDER SEAL

# EXHIBIT 2
# FILED UNDER SEAL

# EXHIBIT 3

# FILED UNDER SEAL

# EXHIBIT 4

# FILED UNDER SEAL

# EXHIBIT 5

# FILED UNDER SEAL

# EXHIBIT 6

# FILED UNDER SEAL

# EXHIBIT 7

# FILED UNDER SEAL

# EXHIBIT 8

# FILED UNDER SEAL

# EXHIBIT 9

# FILED UNDER SEAL

# EXHIBIT 10
# FILED UNDER SEAL

# EXHIBIT 11

# FILED UNDER SEAL

# EXHIBIT 12

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA


Victor Parsons; Shawn Jensen;     )
Stephen Swartz; Dustin Brislan;   )
Sonia Rodriguez; Christina        )
Verduzco; Jackie Thomas; Jeremy   )
Smith; Robert Gamez; Maryanne     )
Chisholm; Desiree Licci; Joseph   )
Hefner; Joshua Polson; and        )
Charlotte Wells, on behalf of     )
themselves and all others         )
similarly situated; and Arizona   )
Center for Disability Law,        )
                                  )
                Plaintiffs,       )
     v.                           ) Case No.
                                  ) CV12-00601-PHX-NVW (MEA)
Charles Ryan, Director,           )
Arizona Department of             )
Corrections; and Richard Pratt,   )
Interim Division Director,        )
Division of Health Services,      )
Arizona Department of             )
Corrections, in their official    )
capacities,                       )
                Defendants.       )
_____ )


DEPOSITION OF BRIAN T. HANSTAD, D.M.D.

Phoenix, Arizona
April 2, 2014; 9:12 a.m.


Glennie Reporting Services, LLC
7330 North 16th Street
Suite A100
Phoenix, Arizona  85020-5275
                              Prepared by:
602.266.6535                  Janet Hauck, RPR
www.glennie-reporting.com     Arizona CR No. 50522

4

1              DEPOSITION OF BRIAN T. HANSTAD, D.M.D., was

2     taken on April 2, 2014, commencing at 9:12 a.m., at

3     Perkins Coie, LLP, 2901 North Central Avenue, Suite 2000,

4     Phoenix, Arizona, before JANET HAUCK, RPR, a Certified

5     Reporter, Certificate No. 50522, for the State of Arizona.

6

7     APPEARANCES:

8     For Plaintiffs:

9             PERKINS COIE, LLP
              John Gray, Esq.
10            Kirstin T. Eidenbach, Esq.
              Alexis E. Danneman, Esq.
11            2901 North Central Avenue, Suite 2000
              Phoenix, Arizona  85012
12

13    For Defendants:

14            STRUCK WIENEKE & LOVE
              Timothy J. Bojanowski, Esq.
15            3100 West Ray Road, Suite 300
              Chandler, Arizona  85226
16

17

18

19

20

21

22

23

24

25

1    calculated at 2.2 months; is that what I'm understanding?

2                        MR. BOJANOWSKI:  Form; foundation.

3                        THE WITNESS:  No.  This looks to me to be

4    hearsay, "Dental Assistants Stats state...."

5        Q.    BY MR. GRAY:  What are the dental assistant

6    stats?

7        A.    Those were the old written -- I believe she was

8    referring to the old written records which aren't always

9    accurate, so --

10       Q.    So before CDS existed, how would facilities

11   generate wait time reports?

12       A.    They would manually look at their paper stack

13   which would sit on a shelf underneath a book in the

14   closet, at the end of the month go through and see what

15   the time difference was between their most recent HNR and

16   the current date, and I believe they would do that once a

17   month.

18       Q.    And that is what's referred to as dental

19   assistant stats?

20       A.    I believe so in this case.

21       Q.    And then if you will go to the first page of

22   the exhibit, please, at SPDS000890, the very top e-mail is

23   an e-mail from Bill Smallwood to you and others.  Do you

24   remember receiving this e-mail?

25       A.    Not specifically, but my name is there.

255

1  STATE OF ARIZONA      )
                         )
2  COUNTY OF MARICOPA    )

3

4              I, JANET HAUCK, a Certified Reporter,

5  Certificate No. 50522, in the State of Arizona, do hereby

6  certify that the foregoing witness was duly sworn to tell

7  the whole truth; that the foregoing pages constitute a

8  full, true, and accurate transcript of all proceedings had

9  in the foregoing matter, all done to the best of my skill

10  and ability.  Pursuant to request, notification was

11  provided that the deposition is available for review and

12  signature.

13

14              I FURTHER CERTIFY that I am not related to

15  nor employed by any of the parties hereto, and have no

16  interest in the outcome hereof.

17

18              WITNESS my hand this 10th day of April,

19  2014.

20

21

22  _____

23  Janet Hauck, RPR
    Arizona Certified
    Reporter No. 50522

24

25

# EXHIBIT 13

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Victor Parsons; Shawn Jensen; | ) | No. CV12-00601- |
| Stephen Swartz; Dustin Brislan; | ) | PHX-NVW (MEA) |
| Sonia Rodriguez; Christina Verduzco; | ) | |
| Jackie Thomas; Jeremy Smith; Robert | ) | |
| Gamez; Maryanne Chisholm; Desiree | ) | |
| Licci; Joseph Hefner; Joshua Polson; | ) | |
| and Charlotte Wells, on behalf of | ) | |
| themselves and all others similarly | ) | |
| situated; and Arizona Center for | ) | |
| Disability Law, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| Charles Ryan, Director, Arizona | ) | |
| Department of Corrections; and | ) | |
| Richard Pratt, Interim Division | ) | |
| Director, Division of Health | ) | |
| Services, Arizona Department of | ) | |
| Corrections, in their official | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DEPOSITION OF KATHLEEN CAMPBELL, RN

September 11, 2013
9:05 a.m.
Phoenix, Arizona

Prepared by:
Carolyn T. Sullivan, RPR
Arizona Certified
Reporter No. 50528

Parsons vs Ryan
Deposition of Kathleen Campbell, RN - 9/11/2013

Page 42

1      A.    Yes.

2      Q.    And did you pass the nursing test --

3      A.    Yes.

4      Q.    -- at that time?

5            And then you enhanced your credentials in

6   '91 by getting a Bachelor of Science; is that correct?

7      A.    Yes.

8      Q.    Do you have any other nursing training?

9            MS. CLOMAN:  Form.

10     Q.    BY MS. HARDY:  Since 1991?

11     A.    Just continuing education.

12     Q.    Okay.  Next I'd like to show you -- this is

13   Exhibit 159.  It's an excerpt from Defendants' Ninth

14   Supplemental Disclosure.

15           And you see under No. 8, it says Kathleen

16   Campbell?

17     A.    Yes.

18     Q.    And it says:  Ms. Campbell will testify

19   regarding policies, practices, and procedures for

20   provision of health care to ADC's inmate population;

21   delivery of medication to inmates; delivery of mental

22   health care and dental care; her activities in evaluation

23   of mental health services provided by Corizon, reporting

24   on those services with the monitoring MGAR reports; and

25   monitoring and reviewing those services for patterns;

Parsons vs Ryan
Deposition of Kathleen Campbell, RN - 9/11/2013

Page 43

1    compilation and analysis of statistical data; ensuring

2    compliance with federal and state laws; clinical reviews

3    for inmate grievance appeal responses and investigations;

4    and her knowledge of Corizon's performance under the

5    contract with ADC.

6                  Have you seen this before?

7        A.    Yes.

8        Q.    And are you fully -- are you able to fully and

9    accurately testify about each of these topics?

10       A.    No.

11                MS. CLOMAN:   Counsel, may I interject.   We

12   sent an email last night correcting her anticipated

13   testimony from the Ninth Supplemental Disclosure

14   Statement.

15                MS. HARDY:   Right.   And the Supplemental

16   Disclosure Statement came to us months ago, and I

17   prepared a bunch questions for the deposition based on

18   what you disclosed, and I got this late at night.

19                MS. CLOMAN:   Right, and we've corrected it.

20                MS. HARDY:   So I'm just clarifying with the

21   witness, she saw this before, and she was committed by

22   you to testify about these subjects.

23                MS. CLOMAN:   She said she saw it before.

24   You only asked her if she saw it.   You never asked her

25   when she saw it.

Parsons vs Ryan
Deposition of Kathleen Campbell, RN - 9/11/2013

Page 44

1      Q.    BY MS. HARDY:  When did you see it?

2      A.    Yesterday.

3      Q.    And that was the first time that anyone had

4    shown it to you?

5      A.    Yes.

6      Q.    Did anyone discuss this with you before

7    yesterday?

8      A.    No.

9      Q.    So did anyone ever contact you at any time to

10   ask you about testifying in this case before yesterday?

11              MS. CLOMAN:  Form.

12              THE WITNESS:  Yes.

13     Q.    BY MS. HARDY:  When were you initially

14   contacted about testifying in this case?

15     A.    Directly?

16     Q.    Yes.

17     A.    I don't recall.  I know last week was when I

18   knew what day it was going to be.

19     Q.    Okay.  So for planning purposes, last week you

20   found out it was today.  But how long have you known that

21   you were going to be testifying?

22     A.    I was never for sure known if I was going to be

23   called.

24     Q.    When were you told that you might be called for

25   a deposition?

Parsons vs Ryan
Deposition of Kathleen Campbell, RN - 9/11/2013

Page 45

1      A.     I don't recall how far back.

2      Q.     Was it a couple weeks ago, a couple months ago?

3      A.     A couple months ago.

4             MS. CLOMAN:  Form.

5      Q.     BY MS. HARDY:  And when you were asked -- or

6   when you were told that you might be testifying, did

7   anyone ask you about what subjects you can testify about?

8             MS. CLOMAN:  Form.

9             And I'll instruct you not to answer if those

10  conversations were with your attorneys.

11            THE WITNESS:  Can you repeat the question.

12     Q.     BY MS. HARDY:  She instructed you not to

13  answer.  It's okay.

14            So when you went over this yesterday, you

15  saw this, did you notice that there are some areas that

16  you don't feel qualified to testify about?

17            MS. CLOMAN:  Form.

18            THE WITNESS:  Yes.

19     Q.     BY MS. HARDY:  So do you feel competent to

20  testify about the policies, practices, and procedures for

21  provision of health care to ADC's inmate population?

22     A.     Yes.

23     Q.     And those policies and procedures for health

24  care are found where?

25     A.     In our Health Services Technical Manual.

Parsons vs Ryan
Deposition of Kathleen Campbell, RN - 9/11/2013

Page 46

1    Q.    Are they also --

2    A.    NCCHC standards and the contract.

3    Q.    Are they also found in Post orders?

4    A.    Yes.

5    Q.    And are there also treatment guidelines for

6  specific diseases?

7    A.    Yes.  It's part of the technical manual.

8    Q.    And you're familiar with all of those

9  materials?

10    A.    Yes.

11    Q.    Next it says:  Delivery of medication to

12  inmates.

13            Are you competent to testify about issues

14  related to medication delivery?

15    A.    To a certain extent, yes.

16    Q.    When you say "to a certain extent," can you say

17  what the limitation is?

18    A.    As far as hands on for each yard, each complex,

19  the day in/day out, that, I don't know.

20    Q.    Have you ever observed patients being

21  administered their medications at prisons?

22    A.    Yes.

23    Q.    Which prisons?

24    A.    Tucson, Perryville, Florence, Eyman, Winslow,

25  Yuma, Phoenix, and Safford.

Parsons vs Ryan
Deposition of Kathleen Campbell, RN - 9/11/2013

Page 47

1     Q.    So you have seen medication distribution at

2  most of the prisons?

3     A.    Yes.

4     Q.    And would you say that you have seen medication

5  distribution at most of the prisons in the last year?

6     A.    Yes.

7     Q.    In the last six months?

8     A.    No.

9     Q.    The next thing says:  Delivery of mental health

10 care and dental care.

11             Do you feel competent to testify about

12 delivery of mental health care?

13    A.    No.

14    Q.    Do you feel competent to testify about delivery

15 of dental care?

16    A.    No.

17             MS. HARDY:  I'll say for the record that I

18 was not notified last night that she would not be

19 competent to testify about dental care.  I was only told

20 about mental health care.

21    Q.    BY MS. HARDY:  It says next:  Your activities

22 in evaluation of mental health services provided by

23 Corizon, reporting on those services with the monitoring

24 MGAR reports.

25             Are you competent to testify about that?

Parsons vs Ryan
Deposition of Kathleen Campbell, RN - 9/11/2013

Page 48

1      A.     Not the evaluation, no.

2      Q.     What about the monitoring for reporting on

3    those services with the monitoring MGAR reports?

4      A.     No.

5      Q.     Your role is program evaluation administrator.

6    Are you responsible for coordinating review of the MGAR

7    reports?

8               MS. CLOMAN:  Form.

9               THE WITNESS:  I don't understand the

10   question.

11     Q.     BY MS. HARDY:  What is your role with regards

12   to coordinating the MGAR reports?  What do you do for the

13   MGAR reports?

14              MS. CLOMAN:  Form.

15              THE WITNESS:  The reports are automated.

16     Q.     BY MS. HARDY:  Do you review the results of the

17   MGAR reports?

18     A.     Yes.

19     Q.     Do you review the results of the entire MGAR

20   reports?

21     A.     Yes.

22     Q.     And that would include mental health, correct?

23     A.     Yes.

24     Q.     And you review the results from dental,

25   correct?

Parsons vs Ryan
Deposition of Kathleen Campbell, RN - 9/11/2013

Page 199

1   STATE OF ARIZONA   )
                       )
2   COUNTY OF MARICOPA )

3

4              I, CAROLYN T. SULLIVAN, a Certified

5   Reporter, Certificate No. 50528, in the State of Arizona,

6   do hereby certify that the foregoing witness was duly

7   sworn to tell the whole truth; that the foregoing pages

8   constitute a full, true, and accurate transcript of all

9   proceedings had in the foregoing matter, all done to the

10  best of my skill and ability.  Pursuant to request,

11  notification was provided that the deposition is

12  available for review and signature.

13

14             I FURTHER CERTIFY that I am not related to

15  nor employed by any of the parties hereto, and have no

16  interest in the outcome.

17

18             WITNESS my hand this 24th day of September,

19  2013.

20

21

22                         Carolyn T. Sullivan, RPR
                           Arizona Certified
                           Reporter No. 50528
23

24

25