1

2

3

4

5

6          UNITED STATES DISTRICT COURT

7          DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
     Dustin Brislan; Sonia Rodriguez; Christina             (MEA)
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph
10   Hefner; Joshua Polson; and Charlotte Wells, on       ORDER GRANTING
     behalf of themselves and all others similarly        MOTION TO SEAL
11   situated; and Arizona Center for Disability Law,

12              Plaintiffs,

13        v.

14   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
15   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
16   capacities,

17              Defendants.

18

19        The Court, having reviewed Plaintiffs' Motion to Seal Items Associated with the

20   Declaration of Amy Fettig (Doc. ___), and good cause appearing,

21        IT IS SO ORDERED that Plaintiffs' Motion is GRANTED.

22        IT IS FURTHER ORDERED that the Clerk's Office is directed to file the

23   documents lodged with Plaintiffs' Motion to Seal Items under seal:  Exhibits 1 through 11

24   to the Declaration of Amy Fettig.

25

26

27

28