IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>　　　　　　　　Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

　　　The Court, having reviewed Plaintiffs' Motion to Seal Exhibits 1 through 11 to the Declaration of Amy Fettig (Doc. 860), and good cause appearing,

　　　IT IS ORDERED that the Motion (Doc. 860) is granted.

　　　IT IS FURTHER ORDERED directing the Clerk's Office to file under seal Plaintiffs' lodged proposed Exhibits 1-11.

　　　Dated this 28th day of April, 2014.

_____
Neil V. Wake
United States District Judge

cc: All Counsel