IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>               Plaintiffs,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>               Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court, having reviewed Defendants' Motion for Leave to File Under Seal (Doc. 863), and good cause appearing,

IT IS ORDERED that the Motion (Doc. 863) is granted.

IT IS FURTHER ORDERED directing the Clerk's Office to file under seal Defendants' lodged proposed Exhibits 3, 4, and 5 to Defendants' Reply in Support of Supplemental Brief Re: Motion for Reconsideration.

Dated this 28th day of April, 2014.

_____
Neil V. Wake
United States District Judge

cc: All Counsel