Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>                              Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>                              Defendants. | NO. 2:12-cv-00601-NVW <br><br><br> **DEFENDANTS' <u>EMERGENCY</u> <u>MOTION</u> FOR EXTENSION OF TIME** |

Defendants Charles Ryan and Richard Pratt ("Defendants") respectfully request this Court for an extension of time to file their motion for summary judgment and motions challenging Plaintiffs' expert opinion testimony. The deadline to file these motions is currently Friday, May 2, 2014. (Doc. 849.) Defendants sought Plaintiffs position on this request, but did not get an expedited response before filing this emergent Motion.

The content and scope of Defendants' motion for summary judgment will turn on the Court's ruling on Defendants' Motion for Reconsideration and whether it will extend the liability cut-off date. That Motion is still pending.[1] If the Court grants that Motion it will extend the cut-off date to April 1, 2014, but if the Court denies that Motion the cut-off date will remain September 27, 2013. The difference is six additional months of evidence that can be used (or not used) to establish the absence of liability. Thus, the outcome of that Motion will dictate the universe of evidence available to Defendants for purposes of summary judgment, and, for some discrete claims, whether Defendants will even move for summary judgment. Consequently, Defendants cannot complete their motion for summary judgment until the Court rules.

The current deadline to file dispositive motions is Friday, just three days away. A ruling at this point on the Motion for Reconsideration will not be sufficient time to make the substantial revisions to the motion, statement of facts, and supporting exhibits to conform to the Court's ruling. The pending ruling will impact: (1) the content of several declarations, including opinions, which cannot be finalized, reviewed, and sworn to until after a ruling; (2) the availability of other evidence, including gross data deriving from monthly reporting; (3) the content of the statement of facts, which cannot be

---

[1] Defendants filed their Motion for Reconsideration on March 12, 2014. (Doc. 826.) On April 8, 2014, the Court recognized the potential for unfairness if it did not allow Defendants to rely on post-September 2013 evidence, stated that it would consider extending the cut-off date to April 1, 2014, and ordered supplemental briefing on the scope of evidence and discovery necessary to accomplish that. (Doc. 848.) After granting Plaintiffs an extension of time to file their responsive supplemental brief, the matter was fully briefed on April 23, 2014. (Doc. 854, 862.)

modified until Defendants know what evidence can and cannot be included, including declarations and gross data; and (4) the motion for summary judgment, which cannot be finished until the underlying evidence is known and the statement of facts completed. Furthermore, the potential evidence at issue covers evidence relating to <u>all</u> <u>seventeen</u> of Plaintiffs' certified claims, across all subjects – medical, dental, mental health, and conditions of confinement. Even a ruling today will not be enough time to react, revise, and timely file.[2]

Without a ruling, Defendants do not know what can be included in their motion for summary judgment. Attempting to file either a motion that includes evidence up through April 1, 2014, in anticipation of the Court granting the Motion for Reconsideration, or a motion that is limited to September 27, 2013 evidence, in anticipation of the Court denying the Motion for Reconsideration, could result in a waste of resources at great expense for the State, depending on the Court's ultimate ruling: if they guessed wrong, Defendants will be forced to file an amended motion, an amended statement of facts, and amended exhibits to conform to the Court's ruling. And whatever Defendants file, if the Court ends up granting the Motion for Reconsideration and allows for discovery, Defendants will need to file a supplemental motion to reflect any discovery allowed. Filing anything at this point, however, will be extremely difficult because Defendants have been in a relative holding pattern, hoping for a ruling on the Motion for Reconsideration so that they can move accordingly.

Any way you slice it, Defendants will be prejudiced if the current May 2 deadline stands. For these reasons, Defendants respectfully request an extension of that deadline until **May 12, 2014**, <u>or</u> **ten days after the Court's ruling on their Motion for Reconsideration,** <u>whichever is later.</u> The magnitude of the motion and the affect it could have on the remainder of this lawsuit further support this request. Trial is also nearly six

---

[2] Defendants' counsel anticipates a full day of simply compiling exhibits, and another, separate full day for filing.

months away, and the Court has stated that it can rule on the motions quickly. (Doc. 826–1 at 8.) Defendants make this request regardless of whether the Court rules on their Motion for Reconsideration before May 2, 2014, and regardless of the outcome of that ruling.

## **CONCLUSION**

For these reasons, Defendants respectfully request an extension of the deadline to file dispositive motions and motions challenging expert testimony to May 12, 2014, or ten days after the Court's ruling on their Motion for Reconsideration, whichever is later.

DATED this 29th day of April 2014.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Nicholas D. Acedo
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Fletcher
    Anne M. Orcutt
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    Arizona Attorney General Thomas C. Horne
    Office of the Attorney General
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

2897320.1

# CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:  ahardy@prisonlaw.com

Amy Fettig:  afettig@npp-aclu.org

Caroline N. Mitchell:  cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:  ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:  DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:  dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org

Donald Specter:  dspecter@prisonlaw.com

James Duff Lyall:  jlyall@acluaz.org; gtorres@acluaz.org

Cathleen M. Dooley:  cdooley@azdisabilitylaw.org

J.J. Rico:  jrico@azdisabilitylaw.org

John Howard Gray:  jhgray@perkinscoie.com; slawson@perkinscoie.com

Kirstin T. Eidenbach:  keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Jerica L. Peters:  jpeters@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried: Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

Sara Norman:  snorman@prisonlaw.com

Asim Varma:  avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

David C. Kiernan:  dkiernan@jonesday.com; lwong@jonesday.com

John Laurens Wilkes:  jlwilkes@jonesday.com, dkkerr@jonesday.com

Kamilla Mamedova:  kmamedova@jonesday.com

| | |
|---|---|
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Taylor Freeman: | tfreeman@jonesday.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| Ajmel Quereshi: | aquereshi@npp-aclu.org |
| Jessica Jansepar Ross | jross@azdisabilitylaw.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Nicholas D. Acedo

6