# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>                                            Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>                                            Defendants. | NO. 2:12-cv-00601-NVW<br><br>**ORDER GRANTING DEFENDANTS' EMERGENCY MOTION FOR EXTENSION OF TIME** |

The Court, having reviewed Defendants' Emergency Motion for Extension of Time, and good cause appearing,

IT IS ORDERED that the Emergency Motion for Extension of Time is GRANTED.

IT IS FURTHER ORDERED extending the time to file dispositive motions and motions challenging expert opinion testimony to May 12, 2014, or ten days after the Court's ruling on the Motion for Reconsideration (Doc. 826), whichever is later.

2897321.1