1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                                 DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
     Dustin Brislan; Sonia Rodriguez; Christina
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **[PROPOSED] ORDER**
10   Hefner; Joshua Polson; and Charlotte Wells, on       **GRANTING PLAINTIFFS'**
     behalf of themselves and all others similarly        **MOTION FOR EXTENSION**
11   situated; and Arizona Center for Disability Law,     **OF TIME TO FILE**
                                                          **DISCOVERY BRIEF**
12                     Plaintiffs,

13               v.

14   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
15   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
16   capacities,

17                     Defendants.

18

19        The Court, having reviewed Plaintiffs' Motion for Extension of Time To File

20   Discovery Brief, and good cause appearing,

21        IT IS ORDERED that Plaintiffs' Motion is GRANTED and Plaintiffs' time for

     filing a discovery brief is extended until May 16, 2014.

22

23

24

25

26

27

28

LEGAL28217571.1