IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

Tomorrow, May 14, 2014, is the deadline for filing motions for summary judgment. Earlier today, a representative from Defendants' counsel inquired as to the best way to deliver courtesy copies of the proposed 40,000 pages of exhibits to their summary judgment motion. After consultation with the Clerk's Office, the Court will direct that in lieu of docketing all 40,000 pages of exhibits, Defendants may file a detailed Exhibit List and a Notice of Filing Non-Electronic Exhibits. Defendants may then provide opposing counsel, the Clerk's Office, and this Court with discs containing the proposed exhibits. The parties can then ensure the exhibits are properly preserved in the event of an appeal.

/ / /

/ / /

/ / /

/ / /

/ / /

- 2 -

**IT IS THEREFORE ORDERED** that Defendants must not file their proposed exhibits as attachments to their summary judgment motion. Defendants must file a detailed Exhibit List and a Notice of Filing Non-Electronic Exhibits. Defendants may then provide opposing counsel, the Clerk's Office, and this Court with discs containing the proposed exhibits.

Dated this 13th day of May, 2014.

_____
Neil V. Wake
United States District Judge