IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>　　　　　Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court has reviewed Plaintiffs' Motion for Extension of Time to File Discovery Brief (Doc. 872). Plaintiffs request a two-day extension of time to file a discovery dispute authorized by the Court's April 30, 2014 Order. In that Order, the Court specifically directed that:

> the parties must meet and confer to identify the relevant documents necessary for disclosure. The parties may, as a last resort, present the Court with a specific dispute about specific, identifiable documents (Doc. 871).

Plaintiffs' motion does not articulate the parties' efforts to resolve any disputes about the production of documents.[1]  Nevertheless, because reviewing Defendants'

---

[1] Additionally, the Court rejects Plaintiffs' assumption in their motion that further discovery will be permitted prior to summary judgment and prior to trial. This

- 2 -

forthcoming summary judgment motion might narrow the necessary discovery, the Court will grant the request for a two-day extension of time.  But any forthcoming discovery dispute must specifically identify the documents in dispute and must follow the parties' good-faith effort to resolve the dispute.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Extension of Time to File Discovery Brief (Doc. 872) is **granted** as directed herein.

Dated this 13th day of May, 2014.

_____
Neil V. Wake
United States District Judge

---

supplemental discovery is the only discovery that will be permitted.