UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION** |

The Court, having reviewed Plaintiffs' Motion for Reconsideration (Doc. ___) and the evidence submitted in support of the briefing, and good cause appearing,

IT IS ORDERED that Plaintiffs' Motion for Reconsideration is GRANTED.

IT IS FURTHER ORDERED as follows:

1. Plaintiffs' isolation experts, Dr. Craig Haney and Mr. Eldon Vail, shall be permitted to inspect Florence Central (including Kasson Unit), Eyman-Browning, Eyman-SMU I, and Perryville Lumley SMA.

2. Dr. Haney shall be permitted to spend one day at each of the isolation units for a total of four days of inspection and Mr. Vail shall be permitted to spend one day each at Florence Central and Perryville Lumley SMA and a

78204-0001/LEGAL120952827.1

1 | half day each at Eyman-Browning and Eyman-SMU I for a total of three
2 | days of inspection.
3 | 3. Both parties shall coordinate acceptable and timely dates for these
4 | inspections.