Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
　　　  jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
　　　  avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**MOTION TO SEAL MOTION FOR RECONSIDERATION AND EXHIBITS A-E, G, AND H TO THE DECLARATION OF AMY FETTIG** |

78204-0001/LEGAL120950475.1

1 | Pursuant to LRCiv 5.6, Plaintiffs move for an Order directing the Clerk to file under seal: (1) any portion of Plaintiffs' Motion for Reconsideration quoting or discussing Defendants' expert reports or the depositions of Defendants' experts, and (2) Exhibits A-E, G, and H to the Declaration of Amy Fettig.

Plaintiffs move to seal these portions of their Motion and the referenced Exhibits because they directly quote or discuss Defendants' expert reports or the depositions of Defendants' experts, which Defendants have designated as confidential pursuant to paragraph 3 of the Amended Protective Order. (Doc. 454 at 1-2)

To ensure that there is a public version of the Plaintiff's Motion for Reconsideration, Plaintiffs have carefully redacted only those portions discussed above.

A proposed order is submitted herewith.

Dated: May 14, 2014

**ACLU NATIONAL PRISON PROJECT**

By: __s/ Amy Fettig__
David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
           afettig@npp-aclu.org
           aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

78204-0001/LEGAL120950475.1

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
   agerlicher@perkinscoie.com
   keidenbach@perkinscoie.com
   jhgray@perkinscoie.com
   mdumee@perkinscoie.com
   jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
   jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
   ahardy@prisonlaw.com
   snorman@prisonlaw.com
   ckendrick@prisonlaw.com
   wgeorge@prisonlaw.com

*Admitted *pro hac vice*

|    |    |
|----|----|
| 1  | Caroline Mitchell (Cal. 143124)* |
| 2  | Amir Q. Amiri (Cal. 271224)* **JONES DAY** |
| 3  | 555 California Street, 26th Floor San Francisco, California 94104 |
| 4  | Telephone: (415) 875-5712 Email: cnmitchell@jonesday.com aamiri@jonesday.com |
| 5  | *Admitted *pro hac vice* |
| 6  | John Laurens Wilkes (Tex. 24053548)* |
| 7  | Taylor Freeman (Tex. 24083025)* **JONES DAY** |
| 8  | 717 Texas Street Houston, Texas 77002 |
| 9  | Telephone: (832) 239-3939 Email: jlwilkes@jonesday.com |
| 10 | tfreeman@jonesday.com |
| 11 | *Admitted *pro hac vice* |
| 12 | Kamilla Mamedova (N.Y. 4661104)* Jennifer K. Messina (N.Y. 4912440)* |
| 13 | **JONES DAY** 222 East 41 Street |
| 14 | New York, New York 10017 Telephone: (212) 326-3498 |
| 15 | Email: kmamedova@jonesday.com jkmessina@jonesday.com |
| 16 |  |
| 17 | *Admitted *pro hac vice* |
| 18 | Kevin Brantley (Cal. 251886)* **JONES DAY** |
| 19 | 3161 Michelson Drive, Suite 800 Irvine, California 92612 |
| 20 | Telephone: (949) 851-3939 Email: kcbrantley@jonesday.com |
| 21 | *Admitted *pro hac vice* |
| 22 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 23 |  |
| 24 |  |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

78204-0001/LEGAL120950475.1          -3-

| | |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 | |
| 3 | By: <u>  s/ Sarah Kader                    </u> |
| 4 | Sarah Kader (Bar No. 027147)<br>Asim Varma (Bar No. 027927) |
| 5 | 5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034 |
| 6 | Telephone:  (602) 274-6287<br>Email:    skader@azdisabilitylaw.org |
| 7 | avarma@azdisabilitylaw.org |
| 8 | J.J. Rico (Bar No. 021292)<br>Jessica Jansepar Ross (Bar No. 030553) |
| 9 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 10 | 100 N. Stone Avenue, Suite 305<br>Tucson, Arizona 85701 |
| 11 | Telephone:  (520) 327-9547<br>Email:    jrico@azdisabilitylaw.org |
| 12 | jross@azdisabilitylaw.org |
| 13 | *Attorneys for Arizona Center for Disability Law* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ Delana Freouf