1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
     Dustin Brislan; Sonia Rodriguez; Christina           (MEA)
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph
10   Hefner; Joshua Polson; and Charlotte Wells, on       **[PROPOSED] ORDER**
     behalf of themselves and all others similarly        **GRANTING MOTION TO**
11   situated; and Arizona Center for Disability Law,     **SEAL MOTION FOR**
                                                          **RECONSIDERATION AND**
12                           Plaintiffs,                  **EXHIBITS A-E, G, AND H**
                                                          **TO THE DECLARATION OF**
13          v.                                            **AMY FETTIG**

14   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
15   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
16   capacities,

17                           Defendants.

18

19          The Court having reviewed Plaintiffs' Motion to Seal selected portions of their

20   Motion for Reconsideration and Exhibits A-E, G, and H to the Declaration of Amy Fettig,

21   and good cause appearing,

22          IT IS ORDERED that Plaintiffs' Motion to Seal is GRANTED.

23          IT IS FURTHER ORDERED that the Clerk's Office file the unredacted version of

24   Plaintiffs' Motion for Reconsideration and Exhibits A-E, G, and H to the Declaration of

25   Amy Fettig under seal.

26

27

28

78204-0001/LEGAL120950605.1