1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Victor Parsons, *et al.*, on behalf of themselves
and all others similarly situated; and Arizona
Center for Disability Law,

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department
of Corrections; and Richard Pratt, Interim
Division Director, Division of Health Services,
Arizona Department of Corrections, in their
official capacities,

Defendants.

NO. 2:12-cv-00601-NVW

**ORDER GRANTING
DEFENDANTS' MOTION FOR
LEAVE TO EXCEED PAGE
LIMIT RE: DEFENDANTS'
MOTION TO PRECLUDE
PLAINTIFFS' EXPERTS**

The Court, having reviewed Defendants' Motion for Leave to Exceed Page Limit re: Defendants' Motion to Preclude Plaintiffs' Experts, and good cause appearing,

IT IS ORDERED that the Motion for Leave to Exceed Page Limit is GRANTED.

IT IS FURTHER ORDERED directing the Clerk's Office to accept and file Defendants' Motion to Preclude Plaintiffs' Experts.

2901148.1