1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

8

Victor Parsons, *et al.*, on behalf of themselves
and all others similarly situated; and Arizona
Center for Disability Law,

9

Plaintiffs,

10

v.

11

Charles Ryan, Director, Arizona Department
of Corrections; and Richard Pratt, Interim
Division Director, Division of Health Services,
Arizona Department of Corrections, in their
official capacities,

12

13

Defendants.

NO. 2:12-cv-00601-NVW

**ORDER GRANTING
DEFENDANTS' MOTION TO
PRECLUDE PLAINTIFFS'
EXPERTS**

14

15

The Court, having reviewed Defendants' Motion to Preclude Plaintiffs' Experts,

and good cause appearing,

16

IT IS ORDERED that the Motion to Preclude Plaintiffs' Experts is GRANTED.

17

18

19

20

21

22

23

24

25

26

27

28