**EXHIBIT A**

1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5        kflood@acluaz.org
         jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
   *Dustin Brislan, Sonia Rodriguez, Christina Verduzco,*
8  *Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne*
   *Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson,*
9  *and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*

10
   **[ADDITIONAL COUNSEL LISTED ON**
11 **SIGNATURE PAGE]**

12            UNITED STATES DISTRICT COURT

13               DISTRICT OF ARIZONA

14 Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-NVW
   Dustin Brislan; Sonia Rodriguez; Christina             (MEA)
15 Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph
16 Hefner; Joshua Polson; and Charlotte Wells, on         **INDIVIDUAL NAMED**
   behalf of themselves and all others similarly          **PLAINTIFFS' THIRD**
17 situated; and Arizona Center for Disability Law,        **SUPPLEMENTAL**
                                                          **DISCLOSURE STATEMENT**
18                Plaintiffs,

19      v.

20 Charles Ryan, Director, Arizona Department of
   Corrections; and Richard Pratt, Interim Division
21 Director, Division of Health Services, Arizona
   Department of Corrections, in their official
22 capacities,

23                Defendants.

24
        Pursuant to Fed. R. Civ. P. 26(a)(1), named plaintiffs Victor Parsons; Shawn
25
   Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie
26
   Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph
27
   Hefner; Joshua Polson; Charlotte Wells (collectively, "Prison Plaintiffs"), submit their
28

~~prisoners. Mr. Ryan is also expected to testify with regard to any other topic for which~~

~~Defendants have identified him as having knowledge.~~

***Individual Plaintiffs' Expert Witnesses***

*The following expert witnesses will testify consistent with the information and opinions set forth in their respective Rule 26 disclosures (including any and all supplemental and rebuttal reports and documents relied on therein):*

17.  ***Dr. Robert L. Cohen***
     ***c/o Jones Day***

18.  ***Dr. Craig Haney***
     ***c/o Jones Day***

19.  ***Dr. Jay D. Shulman***
     ***c/o Jones Day***

20.  ***Dr. Pablo Stewart***
     ***c/o Jones Day***

21.  ***Eldon Vail***
     ***c/o Jones Day***

22.  ***Dr. Todd Randall Wilcox***
     ***c/o Jones Day***

23.  ***Dr. Brie Williams***
     ***c/o Jones Day***

Deposed Witnesses

24.  David Robertson, D.O., ADC Medical Program Administrator
     c/o Struck Wieneke & Love, P.L.C.

Dr. Robertson was previously deposed, and plaintiffs may rely on his deposition testimony. Dr. Robertson is expected to testify regarding ADC's monitoring, supervision, and oversight of medical care provided by Wexford Health and Corizon; the provision of medical care at multiple prisons since his time of employment with ADC; the privatization of health care services, quality assurance and review of health care; Corizon's development of an electronic health records system; and all other topics to which he testified in his deposition. Dr. Robertson is also expected to testify with regard

1

2

3

Dated:  March 28, 2014

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JONES DAY**

By: /s/ Caroline Mitchell
   Caroline Mitchell (Cal. 143124)*
   David C. Kiernan (Cal. 215335)*
   Amir Q. Amiri (Cal. 271224)*
   555 California Street, 26th Floor
   San Francisco, California 94104
   Telephone:  (415) 875-5712
   Email:   cnmitchell@jonesday.com
          dkiernan@jonesday.com
          aamiri@jonesday.com

*Admitted *pro hac vice*

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:   dpochoda@acluaz.org
         kflood@acluaz.org
         jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct.
R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:   dspecter@prisonlaw.com
        ahardy@prisonlaw.com
        snorman@prisonlaw.com
        ckendrick@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:     dfathi@npp-aclu.org
               afettig@npp-aclu.org
               aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:     dbarr@perkinscoie.com
               agerlicher@perkinscoie.com
               keidenbach@perkinscoie.com
               jhgray@perkinscoie.com
               mdumee@perkinscoie.com

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:     jlwilkes@jonesday.com
               tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:     kmamedova@jonesday.com
               jkmessina@jonesday.com

*Admitted *pro hac vice*

1

2  *Attorneys for Plaintiffs Shawn Jensen;*
   *Stephen Swartz; Dustin Brislan; Sonia*
3  *Rodriguez; Christina Verduzco; Jackie*
   *Thomas; Jeremy Smith; Robert Gamez;*
4  *Maryanne Chisholm; Desiree Licci; Joseph*
   *Hefner; Joshua Polson; and Charlotte*
5  *Wells, on behalf of themselves and all others*
   *similarly situated*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2
**CERTIFICATE OF SERVICE**

3
I hereby certify that on March 28, 2014, I e-mailed a copy of the above document

4
to the following parties:

5
Michael E. Gottfried
Katherine E. Watanabe

6
Lucy M. Rand
Assistant Arizona Attorneys General

7
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov

8
Lucy.Rand@azag.gov

9
Daniel P. Struck
Kathleen L. Wieneke

10
Timothy J. Bojanowski
Rachel Love

11
Nicholas D. Acedo
Courtney R. Cloman

12
Ashlee B. Fletcher
Anne M. Orcutt

13
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com

14
kwieneke@swlfirm.com
tbojanowski@swlfirm.com

15
rlove@swlfirm.com
nacedo@swlfirm.com

16
ccloman@swlfirm.com
afletcher@swlfirm.com

17
aorcutt@swlfirm.com

18
*Attorneys for Defendants*

19
Jennifer Alewelt

20
Asim Varma
Sarah Kader

21
J.J. Rico
Cathleen M. Dooley

22
ARIZONA CENTER FOR DISABILITY LAW
jalewelt@azdisabilitylaw.org

23
avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

24
jrico@azdisabilitylaw.org
cdooley@azdisabilitylaw.org

25
*Attorneys for Plaintiff Arizona Center for Disability Law*

26

27

28
SFI-854119v3

/s/ Tapa Tualaulelei
Tapa Tualaulelei

-4-

**EXHIBIT B**

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

——————————————

Victor Parsons; Shawn Jensen;        )
Stephen Swartz; Dustin               )
Brislan; Sonia Rodriguez;            )  No.  **CV 12-00601-PHX-NVW**
Christina Verduzco; Jackie           )
Thomas; Jeremy Smith; Robert         )
Gamez; Maryanne Chisholm;            )       **Phoenix, Arizona**
Desiree Licci; Joseph Hefner;        )       **November 30, 2012**
Joshua Polson; and Charlotte         )          **2:00 p.m.**
Wells, on behalf of                  )
themselves and all others            )
similarly situated; and              )
Arizona Center for Disability        )
Law,                                 )
                                     )
               Plaintiffs,           )
vs.                                  )
                                     )
Charles Ryan, Director,              )
Arizona Department of                )
Corrections; and Richard             )
Pratt, Interim Division              )
Director, Division of Health         )
Services, Arizona Department         )
of Corrections, in their             )
official capacities,                 )
                                     )
               Defendants.           )
_____)

BEFORE:  **THE HONORABLE NEIL V. WAKE**
UNITED STATES DISTRICT JUDGE

(*Scheduling Conference*)

Official Court Reporter:
Laurie A. Adams, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 43
Phoenix, Arizona 85003-2151
(602) 322-7256
Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
1
     APPEARANCES:
2
     For the Plaintiffs:
3
             ACLU - Washington DC
4            By:  David Cyrus Fathi, Esq.
             915 15th Street NW
5            7th Floor
             Washington, DC 20005
6
             PRISON LAW OFFICE
7            By:  Donald Specter, Esq.
             1917 5th Street
8            Berkeley, CA 94710

9            ARIZONA CENTER FOR DISABILITY LAW - PHOENIX
             By:  Jennifer A. Alewelt, Esq.
10           5025 E. Washington Street
             Suite 202
11           Phoenix, AZ 85034

12   For the Defendants:

13           STRUCK WIENEKE & LOVE, PLLC
             By:  Daniel P. Struck, Esq.
14           By:  Timothy J. Bojanowski, Esq.
             3100 W. Ray Road
15           Suite 300
             Chandler, AZ 85226
16
             OFFICE OF THE ARIZONA ATTORNEY GENERAL
17           By:  Michael E. Gottfried, Esq.
             1275 W. Washington Street
18           Phoenix, AZ 85007-2926

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT

1   Honor.  But one of the most important elements of a prison -- a
2   constitutional prison health care system is its ability to deal
3   with people who have serious chronic illnesses and with regard
4   to mental health prisoners who are seriously mentally ill who
5   are on psychotropic medications.  So our experts need to, in
6   order to be able to make an assessment of that, they do need
7   this information.  And this is the kind of thing that is
8   routinely produced in prison --

9           THE COURT:  Sounds like what you are looking for is
10  basically information at the level of general data, that you
11  don't need each and every prisoner with this condition and
12  their name on that list.

13          MR. FATHI:  Well, Your Honor, it may be possible if we
14  had a random sampling, that might be accurate.  But our experts
15  need to look at the medical records of, for example, 10
16  prisoners with HIV disease.

17          THE COURT:  Great.  You don't need the list of every
18  prisoner for that.

19          MR. FATHI:  Well, that's true, Your Honor.  But we
20  need to generate that sublist in some way that -- in which
21  there's no sampling bias.  And again, I will simply represent
22  to the Court that this is the kind of discovery that we obtain
23  routinely and then the expert, for example, picks every 10th
24  name or has some sort of sampling.

25          THE COURT:  I am concerned with the burden of this, so