**EXHIBIT E**



VIA EMAIL ONLY

PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

Director:
Donald Specter

Managing Attorney:
Sara Norman

Staff Attorneys:
Rana Anabtawi
Rebekah Evenson
Steven Fama
Warren George
Penny Godbold
Alison Hardy
Corene Kendrick
Kelly Knapp
Millard Murphy
Lynn Wu

July 11, 2013

Ms. Ashlee Fletcher, Esq.
Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
afletcher@swlfirm.com

RE: *Parsons v. Ryan*
Expert tours of Dr. Bobby Cohen, July 15-18, 2013
ASPC-Lewis and ASPC-Eyman

Dear Ms. Fletcher and Counsel,

I write regarding Dr. Cohen's expert tours next week. He and I will be touring the Lewis and Perryville prisons July 15-16 and July 17-18, respectively. Both tours will last from 8:00 am to 5 p.m. We will report to the administrative/warden's office each morning. Don Specter's June 19, 2013 letter offered an overview of what Dr. Cohen hopes to do on his tours, below more specific detail is outlined below as to how he plans to spend each day.

On the first day at both complexes, Dr. Cohen would like to begin by speaking with the Facility Health Administrator or Medical Director to get an overview of the complex and its various clinical/medical areas. He would like to tour the medical clinic spaces on each unit, the central medical unit, and the pharmacy. He will want to speak to designated clinical staff and someone from the pharmacy. We have previously agreed that a designee from each category of health care staff be available to answer questions. *See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter").

On the first day, while touring, he also wants to have a brief confidential meeting with the named plaintiffs who are housed at the prison. It is acceptable to have these meetings in a confidential room at the plaintiffs' living units, as he wants to see each named plaintiffs' housing unit as well. These interviews with our clients will take no more than ten minutes each.

According to our records and a review of the ADC website, there are three named plaintiffs currently housed at ASPC-Lewis, who he will want to visit and speak to on July 15:
- Joseph Hefner, #203653, Lewis-Eagle Point
- Joshua Polson # 187716, Lewis-Rast
- Stephen Swartz, #102486, Lewis-Rast

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Ms. Ashlee Fletcher<br>
July 11, 2013<br>
Page 2

According to our records and a review of the ADC website, there are four named plaintiffs currently housed at ASPC-Eyman, who he will want to visit and speak to on July 17:

- Dustin Brislan, # 164993, Eyman-SMU I
- Robert Gamez, # 131401, Eyman-Browning
- Jeremy Smith # 129438, Eyman-SMU I
- Jackie Thomas, # 211267, Eyman-SMU I

After his walking tour on the first day at each prison, Dr. Cohen would like to review the medical charts of the named plaintiffs, prisoners who have died in the past 12 months, and the charts of the prisoners listed below. He asks that all charts be available for him on the first day of the tour. Based upon the things found in the record review, he *may* want to speak to 5 or 10 prisoners on the second day. He would pick those prisoners – if any – on the first day of the tour based upon initial chart review, and give those names to staff.

He will spend the majority of the second day of his tours reviewing files, and may have follow up questions regarding individual cases for the medical director, nursing director, or pharmacy director, depending upon what he finds in the prisoners' files.

<u>Lewis Medical Charts to Review July 15-16</u>
Named Plaintiffs
    Hefner, Joseph, #203653
    Polson, Joshua, # 187716
    Swartz, Stephen, #102486

Prisoners Who Have Died in the Past 12 Months
    Allie, John, # 42977
    Anani, Gerald, # 269346
    Atkins, Michael, # 263379
    Brown, Anthony, # 77701
    Guevara, Rafael, # 254097
    Hunt, David, # 109305
    Jones, John, # 54741
    Makal, James, # 27216
    Moulton, Shane, # 112871
    Ruelas, John, # 59693
    Sanchez, Jesus, # 92083
    Sanders, Carroll, # 196447
    Wisto, Donald, # 110526

Class Members
    Arellano, Juan, #261955
    Balderas, Martin, #229508
    Bazzle, Slayton , #262524
    Beck, Fernando , #185354

Brame, Kenneth, #265623
Brown, Robert, #132632
Cardenas, Rafael, #38774
Carrizoza, Nathaniel, #266511
Catha, Jason, #162468
Cazares, Juan, #278581
Chovanec, William, #112558
Clements, Rodney, #156175
Conner, Thomas, #272729
Cornejo, Frank, #210475
Diaz, Brandon, #277539
Dick, Ethan, #252650
Drew, Tommy, #48508
Duarte, Russell, #47604
Ellsworth, Christopher, #206210
Espinoza, Jorge, #271455
Fisher, James, #39189
Fox, Chris, #252596
Gainey, Richard, #130774
Giles, Stephen, #64426
Greene, Robert, #99629
Gross, Keith, #221879
Guy, James, #201358
Hendrix, Aaron, #69143
Hiles, Bart, #145202
Hunt, James, #135376
Isaacs, Mike, #149714
Kelly, John, #55623
Ketcherside, Steven, #41901
Kletschka, Garrett, #169170
Laprada, Gildardo, #76778
McGill, Robert, #52841
McLaughlin, Sean, #92767
Melton, Mehl, #39829
Miles, Lawrence, #46628
Minks, Gene, #93860
Nissely, Patrick, #277002
O'Connor, Dennis, #200033
Ortega, Greg, #125033
Pamias, Eric, #171277
Parsons, Allen, #211737
Perez, Raul, #116316
Poeppe, Kirk, #255681
Quihuis, Robert, #188693
Sampson, Erik, #166989

    Silversmith, Keith , #257401
    Stone, Spencer, #227146
    Valencia, Raymond, #66833
    Watson, Charles, #51655
    Webb, Nathaniel, #269559
    Windom, Anthony, #126561

<u>Eyman Medical Charts to Review July 17-18</u>
Named Plaintiffs
    Brislan, Dustin, # 164993
    Gamez, Robert, # 131401
    Smith, Jeremy # 129438
    Thomas, Jackie, # 211267

Prisoners Who Have Died in the Past 12 Months
    Anthony, David, #184113
    Ben, Timothy, #186585
    Billings, Henry, #218617
    Broadhead, Scott, #35145
    Cornejo, Jesse, #246859
    Glassel, Richard, #172967
    Gordon, James, #140687
    Hausner, Dale, #240702
    Henderson, Paul, #247636
    Johnson, Richard, #232783
    Salazar, Daniel, #129065
    Stanley, Milo, #64794
    Tamayo, Joaquin, #106163

Class Members
    Anderson, Ira, #62997
    Arce, Ray, #151480
    Ashby, Richard, #117661
    Avalos, Martin, #113171
    Becker, Harold, #82114
    Bedoy, Anthony, #154032
    Bryan, Gene, #84522
    Celaya, Javier, #238704
    Chapman, Michael, #100676
    Cicci, Ted, #75006
    Cipriano, David, #205397
    Clark, Roger, #216517
    Cooper, Martin, #40420
    Cosentino, George, #167080
    Cromwell, Robert, #174456

Cruz, Adrian, #251483
Curry, Timothy, #40574
Dameron, Franklin, #221801
Dawson, Lawrence, #65408
Ferrero, Patrick, #252112
Ficklin, Andrew, #257154
Fimbrez, Ronald, #64722
Gallego, Raymundo, #239067
Goodwin, Linden, #191287
Gullick, Dewey, #166858
Hackman, Daniel, #136624
Hartman, Johann, #252215
Hill, Alvin, #113172
Kelly, Richard, #54855
Lago, Charles, #43498
Lockwood, Daniel, #57874
Lopez, George, #79354
Lopez, Paul, #799774
Lopez, Rudy, #166763
Massey, Craig, #255107
May, Theodore, #228791
Mayhew, Jimmy, #179804
Morgan, Frank, #66223
Munoz, Thomas, #152911
Murdaugh, Michael, #162753
Neenan, Thomas, #173951
Phillips, Ryan, #83646
Powell, Robert, #50575
Racer, Frank, #108121
Ramirez, Angel, #147145
Ramos, Gilbert, #101435
Ramos, Juan, #87193
Rawson, Allen, #22411
Reed, Paul, #105218
Rico, Robert, #192272
Robinson, Robert, #142749
Rooks, Mark, #214472
Roop, Charles, #178255
Roseberry, Homer, #178096
Russell, Brady, #264857
Salinas, David, #78950
Sansing, John, #146991
Scanlon, John, #79984
Schultz, Kevin, #212727
Self, Seth, #205804

Ms. Ashlee Fletcher<br>
July 11, 2013<br>
Page 6

Stein, Harry, #246181
Tranter, Mark, #67216
Trisky, Woody, #165447
Underwood, Gary, #232920
Vickers, Kenneth, #119566
Ward, Billy Ray, #207397
Woofter, Joseph, #67676
Worley, Glenn, #257008

Please let us know immediately if you object to any aspect of the inspections outlined above.

                                    Sincerely yours,

                                    /s/ *Corene Kendrick*

                                    Corene Kendrick

cc:    Counsel of Record
        Dr. Cohen