# EXHIBIT K

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC.
PRACTICE LIMITED TO
FEDERAL COURTS

**BY EMAIL TRANSMISSION ONLY**

July 15, 2013

Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, AZ 85226

    Re: Parsons v. Ryan
       Dr. Craig Haney's tours of Florence, Eyman & Perryville

Dear Counsel:

I write regarding Dr. Craig Haney's expert inspection tours of ASPC-Perryville (July 18); ASPC-Florence (July 19 & 22) and ASPC-Eyman (July 23-25). In response to Ms. Fletcher's query, all tours will last from 8 a.m. to 5 p.m.

Dr. Haney would like to visit the following units:

### Perryville

- Lumley Special Management Area
- Lumley Mental Health
- Complex Detention (CDU)
- Any other areas where prisoners are housed on mental health or suicide/mental health watch, or for any other mental health purposes
- Some cells on the units as available
- All recreation areas and program and/or mental health areas on or used by these units

### Florence

- Central Unit, including CB 1, 2, 3, 4, 5 and 7
- Kasson Unit, including Mental Health and Detention
- Any other areas where prisoners are housed on mental health or suicide/mental health watch, or for any other mental health purposes
- Some cells on the units as available
- All recreation areas and program and/or mental health areas on or used by these units

1

### Eyman

- SMU I, including East, Detention, Protective Custody, and Mental Health Watch
- Browning, Browning BMU and Browning Mental Health
- Any other areas where prisoners are housed on mental health or suicide/mental health watch, or for any other mental health purposes
- Some cells on the units as available
- All recreation areas and program and/or mental health areas on or used by these units

At each complex, he would like to begin the tour with a brief overview/meeting with prison administrative staff.

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

At each complex, Dr. Haney may ask for particular photographs to be taken by staff. Dr. Haney will also need to speak with staff from the categories upon which we have agreed:

> Medical and mental health treatment staff
> Custody staff who work in the isolation units
> Administrators (e.g., Warden, Deputy Warden, Major, Captain, shift commander)

*See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter").

Dr. Haney will need to review the health records of the named isolation plaintiffs and interview each named plaintiff in a confidential setting (those individuals are indicated in the appropriate unit below). He may also review other medical records, HNRs, grievances, and incident reports on an as-needed basis.

In all of the units he visits, Dr. Haney will need to talk with prisoners at cell-front, for a few of these individuals, he may ask to conduct additional confidential interviews with them. If this is the case, the Warden will be consulted.

Finally, in addition to random cell-front interviews, Dr. Haney will need to speak with the following prisoners, including the indicated named plaintiffs. These are longer interviews which usually take about 45 minutes to an hour. Aside from the Named Plaintiffs, who must be interviewed, the following list is over-inclusive for some units in order to accommodate fluctuation in population and any security needs raised by the Warden.

## CONFIDENTIAL INTERVIEW LIST

### Perryville

- Bianca Marquez, #268664
- Latonya Cain, #172377
- Patricia Chavez, #228178
- Georgia Baker, #187801
- Christina Verduzco, #205576 **(Named Plaintiff)**
- Sonia Rodriguez, #103830 **(Named Plaintiff)**

### Florence

- Sergio Andrade, #195824
- Tony Pruit, #175985
- Zachary Macisaac, #252577
- Enrique Garza, #248056
- Jesse Mauricio, #128194
- Robert Dumond, #180847
- Jesse Casas, Jr. #156294
- Jason Jones, #242070

### Eyman

*SMU I*
- Robert L. Romero, #81825
- Jeremy Price, #162486
- Geno Chavez, #083831
- Thomas Kane, #060051
- Irving Valenzuela-Tarango, #235722
- David Ybarra, #217383
- Wyman Cleaver, #217536
- Dustin Brislan, #164993 **(Named Plaintiff)**
- Jackie Thomas, 211267 **(Named Plaintiff)**
- Jeremy Smith, #129438 **(Named Plaintiff)**

*Browning*
- Rocky J. Collins, #40513
- Alexander Sanchez, #235989
- Eduardo Martinez, #121022
- Deshawn Scott, #146395
- Jesse Wozniak, #129673
- Jonathan Martinez, #211925
- Robert Gamez, #131401 **(Named Plaintiff)**

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

3

Please let us know immediately if you object to any aspect of the inspections outlined above.

Very truly yours,

Amy Fettig

Cc:   All counsel of record

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION