**EXHIBIT U**

**LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT**



## BY EMAIL TRANSMISSION ONLY

July 11, 2013

Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, AZ 85226

> Re:   **Parsons v. Ryan
> Dr. Stewart's tours of Florence and Eyman**

Dear Counsel:

I write regarding Dr. Stewart's expert inspection tours of ASPC-Florence (July 15) and ASPC-Eyman (July 16). In response to Ms. Fletcher's query, both tours will last from 8 a.m. to 5 p.m.

Dr. Stewart will need to visit the following units:

### Florence

-Central Unit, including CB 1, 2, 3, and 4
-Kasson Unit, including Mental Health and Detention
-HU 8, Health Unit, and IPC
-Any other areas where prisoners are housed on mental health or suicide watch, or for any other mental health purposes

### Eyman

-SMU I, including East, Detention, Protective Custody, and Mental Health Watch
-Browning BMU and Mental Health
-Meadows CDU
-Housing units where named plaintiffs are housed (Dustin Brislan, 164993; Robert Gamez, 131401; Jackie Thomas, 211267; Jeremy Smith, 129438).
-Any other areas where prisoners are housed on mental health or suicide watch, or for any other mental health purposes

At each complex, Dr. Stewart will need to follow the path of a hypothetical arriving prisoner with mental health needs, through screening, evaluation, referral for medications, follow up care and facilities for "inpatient" level care.

In all of the units he visits, Dr. Stewart will need to talk with prisoners at cellfront, and then conduct additional interviews with some of them in a setting that provides confidentiality. He will need to review the records of the prisoners with whom he speaks.

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC;
PRACTICE LIMITED TO
FEDERAL COURTS

1

Dr. Stewart will also need to speak with staff from the categories upon which we have agreed:

> Medical and mental health treatment staff
> Custody staff responsible for the day-to-day operation of the isolation units and the mental health units
> Administrators (e.g., Warden, Deputy Warden, Major, Captain, shift commander)

*See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter").

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Dr. Stewart will need to observe the mental health treatment programs described in Defendants' Response to Plaintiff Wells' First Set of Interrogatories. He will need to observe a medication pass in each complex. He may also review HNRs, grievances, and incident reports on an as-needed basis.

Finally, in addition to random cellfront interviews, Dr. Stewart will need to speak with the following prisoners. Except where indicated, he will begin with a cellfront interview, but may then need to speak with the prisoner in a confidential setting.

## Florence

Sergio Andrade, 195824

Kevin Lewis, 242755

Kemp Horton, 202496

Zachary MacIsaac, 252577

Enrique Garza, 248056

Jack McGee, 220171

Francisco Rodriguez, 183772

Richard Hawkins, 177732

Jose Lomeli, 161242

Robert Lamb, 254990

**Eyman**

Russell Theodore, 076504

Bernard Allen, 141779

Daniel Granado, 266463

Stephen Findura, 165050

William Evans, 213432

Robert Fleming, 090689

Billy Ray Ward, 207397

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Kendall Pearson, 246092

Daniel Hall, 277556

Ray Arce, 151480

Bernabe Jimenez, 253455

Matthew McCoy, 269555

Terry Zogg, 263409

Royal Sanchez, 049686

Dustin Brislan, 164993 **(confidential interview)**

Robert Gamez, 131401 **(confidential interview)**

Jackie Thomas, 211267 **(confidential interview)**

Jeremy Smith, 129438 **(confidential interview)**

It is acceptable to hold the interviews with the named plaintiffs in a
confidential room at the plaintiffs' living units, as Dr. Stewart needs to see
each plaintiff's housing unit as well.

Please let us know immediately if you object to any aspect of the inspections
outlined above.

Very truly yours,

David C. Fathi

Cc:     All counsel of record

3

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



## BY EMAIL TRANSMISSION ONLY

July 16, 2013

Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, AZ 85226

> **Re:** **Parsons v. Ryan**
> **Dr. Stewart's tours of Perryville and Phoenix**

Dear Counsel:

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC;
PRACTICE LIMITED TO
FEDERAL COURTS

I write regarding Dr. Stewart's expert inspection tours of ASPC-Perryville
(July 18) and ASPC-Phoenix (July 19). In response to Ms. Fletcher's query,
both tours will last from 8 a.m. to 5 p.m.

Dr. Stewart will need to visit the following units:

### Perryville

-Women's Treatment Unit
-Lumley Unit, including Special Management Area
-CDU
-Lumley Mental Health/Watch
-Reception and Assessment
-Minors
-Santa Maria Medical
-Housing units where named plaintiffs are housed (Maryanne Chisholm,
200825; Sonia Rodriguez, 103830; Christina Verduzco, 205576)
-Exercise areas
-Any other areas where prisoners are housed on mental health or suicide watch,
or for any other mental health purposes

### Phoenix

-All units and areas

At each complex, Dr. Stewart will need to follow the path of a hypothetical
arriving prisoner with mental health needs, through screening, evaluation,
referral for medications, follow up care and facilities for "inpatient" level care.

In all of the units he visits, Dr. Stewart will need to talk with prisoners at
cellfront, and then conduct additional interviews with some of them in a setting

that provides confidentiality. He will need to review the records of the prisoners with whom he speaks, in an area that provides auditory privacy.

Dr. Stewart will also need to speak with staff from the categories upon which we have agreed:

Medical and mental health treatment staff
Custody staff responsible for the day-to-day operation of the isolation units and the mental health units
Administrators (e.g., Warden, Deputy Warden, Major, Captain, shift commander)

*See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter").

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Dr. Stewart will need to observe the mental health treatment programs described in Defendants' Response to Plaintiff Wells' First Set of Interrogatories. He will need to observe a medication pass in each complex. He will need to observe a telemedicine psychiatry session at these facilities, and all other facilities that use telemedicine for psychiatry. He may also review HNRs, grievances, and incident reports on an as-needed basis.

Finally, in addition to cellfront interviews, Dr. Stewart will need to speak with the following prisoners. Except where indicated, he will begin with a cellfront interview, but may then need to speak with the prisoner in a confidential setting.

**Perryville**

Nicole Antone, 229258
Margaret Ihms, 233157
Lisa Cuccia, 196806
Virginia Anderson, 265961
Sandrica Curley, 248596
Belyndria Tsosie, 195730
Vanessa Griego, 187427
Bianca Marquez, 268664
Eileen Vasquez, 272404
Heather Self, 231185
Jennifer Wheeler, 228570
Jessica Provence, 272007
Jennifer Fugere, 242527
Chrystal Cunningham, 224317
Cheri Hill, 274563
**Sonia Rodriguez, 103830 (private interview)**

2

**Christina Verduzco, 205576 (private interview)**
**Maryanne Chisholm, 200825 (private interview)**

It is acceptable to hold the interviews with the named plaintiffs in a
confidential room at the plaintiffs' living units, as Dr. Stewart needs to see
each plaintiff's housing unit as well.

**Phoenix**

Jeffrey Mollett, 117950
Andrew Fancy, 262420
Kristopher Kimmerling, 154443
Richard Gregg, 229861
Adam Osorio, 147521
Miguel Coronado, 113546
William Mauro, 050082
Ariel Contreras, 102282
Scott Spellman, 172107
Richard Green, 116948
Alonzo Martinez, 266305
Edward Sanders, 146306
Jason Reams, 281096
Antonio Rocha-Herrera, 200430
Evan Powazek, 267769
Merle Zeena, 169978
Joshua Deroche, 147875
Jesse Soto, 107744
Sheldon Smith, 267581
Ralph Granada, 058953
Carol Woods, 151790
Trina Hurt, 236244
Lisa Long, 264410
Tamaria Gammage, 258093

Please let us know immediately if you object to any aspect of the inspections
outlined above.

Very truly yours,

David C. Fathi

Cc:     All counsel of record

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

3

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



## BY EMAIL TRANSMISSION ONLY

July 18, 2013

Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, AZ 85226

> Re:     **Parsons v. Ryan**
>         **Dr. Stewart's tours of Lewis and Yuma**

Dear Counsel:

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC;
PRACTICE LIMITED TO
FEDERAL COURTS

I write regarding Dr. Stewart's expert inspection tours of ASPC-Lewis (July 22) and ASPC-Yuma (July 23). In response to Ms. Fletcher's query, both tours will last from 8 a.m. to 5 p.m.

Dr. Stewart will need to visit the following units:

### Lewis

-Rast Max
-Rast Close
-Health Unit
-Stiner, Morey, and Bachman Detention
-Housing units where named plaintiffs are housed (Joshua Polson, 187716, and Stephen Swartz, 102486)
-Exercise areas
-Any other areas where prisoners are housed on mental health or suicide watch, or for any other mental health purposes

### Yuma

-Dakota Close
-Dakota Detention
-Yuma CDU
-Exercise areas
-Any other areas where prisoners are housed on mental health or suicide watch, or for any other mental health purposes

At each complex, Dr. Stewart will need to follow the path of a hypothetical arriving prisoner with mental health needs, through screening, evaluation, referral for medications, follow up care and facilities for "inpatient" level care.

In all of the units he visits, Dr. Stewart will need to talk with prisoners at cellfront, and then conduct additional interviews with some of them in a setting that provides confidentiality. He will need to review the records of the prisoners with whom he speaks. He will need to do this in an area that provides auditory privacy – that is, an area in which his conversation with plaintiffs' counsel cannot be overheard by others in the room.

Dr. Stewart will also need to speak with staff from the categories upon which we have agreed:

> Medical and mental health treatment staff
> Custody staff responsible for the day-to-day operation of the isolation units and the mental health units
> Administrators (e.g., Warden, Deputy Warden, Major, Captain, shift commander)

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

*See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter").

Dr. Stewart will need to observe the mental health treatment programs described in Defendants' Response to Plaintiff Wells' First Set of Interrogatories. He will need to observe a medication pass in each complex. He will need to observe a telemedicine psychiatry session at these facilities, and all other facilities that use telemedicine for psychiatry. He may also review HNRs, grievances, and incident reports on an as-needed basis.

Finally, in addition to cellfront interviews, Dr. Stewart will need to speak with the following prisoners. Except where indicated, he will begin with a cellfront interview, but may then need to speak with the prisoner in a confidential setting.

## Lewis

Steven Beaver, 146308
Leonel Bustamante, 176919
Arthur Carroll, 89986
Raymond Castillo, 228190
Kenneth Clark, 188811
Kenneth Dean, 116068
Galo Diaz, 224981
Zachary Erickson, 245919
Ruben Garcia, 114144
Jeremy Hernandez, 274142
Marvin Hicks, 108037
Steven Ketcherside, 041901

Michael Kiel, 166428
Brein Mandeville, 244685
Steven Mattox, 191759
Jeremy McKinley, 176058
Richard Meeker, 103377
Cody Mitchell, 247483
Victor Molina, 197888
Kelly Monroe, 277412
Joseph Munoz, 202578
Dion Narcho, 149394
Ruben Olivas, 080787
Kenny Parker, 186363
**Joshua Polson, 187716 (private interview)**
Ian Scully, 248859
Leonard Solano, 051750
**Stephen Swartz, 102486 (private interview)**
Cezar Villela, 226841
Wilbert Washington, 177369
Emery White, 165183

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

It is acceptable to hold the interviews with the named plaintiffs in a
confidential room at the plaintiffs' living units, as Dr. Stewart needs to see
each plaintiff's housing unit as well.

## Yuma

David Armijo, 232724
James Bennett, 237279
Michael Bernhardt, 269415
William Bianco, 197299
Michael Bledsoe, 250167
Ryan Busby, 133620
Luis Chao, 276142
Leroy Clark, 246684
Daniel DeLeon, 189733
Michael Dozier, 65384
Thomas Finn, 63653
Carl Fishman, 165808
Michael Goble, 216922
John Hannon, 266995
Rusty Hubbard, 278851
Robert Inigo, 083735
Charles Lejander, 206688
Jason Lewis, 189264
Miguel Lopez, 246307
Jocob McKelvey, 75091

3

Kenneth Moore, 174373
Dennis O'Connor, 200033
Stephen Samochi, 168305
James Saunders, 102127
Robert Smith, 241187
Timothy Smith, 049682

Please let us know immediately if you object to any aspect of the inspections outlined above.

Very truly yours,

David C. Fathi

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Cc:     All counsel of record

4