**EXHIBIT Y**

**LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT**



## BY EMAIL TRANSMISSION ONLY

July 16, 2013

Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, AZ 85226

> **Re:    Parsons v. Ryan
> Eldon Vail's tours of Florence, Eyman & Perryville**

Dear Counsel:

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC;
PRACTICE LIMITED TO
FEDERAL COURTS

I write regarding Eldon Vail's expert inspection tours of ASPC-Perryville (July 29); ASPC-Florence (July 30-31) and ASPC-Eyman (August 1-2). In response to Ms. Fletcher's query, all tours will last from 8 a.m. to 5 p.m.

Mr. Vail would like to visit the following units:

### Perryville

- Lumley Special Management Area
- Lumley Mental Health
- Complex Detention (CDU)
- Any other areas where prisoners are housed on mental health or suicide/mental health watch, or for any other mental health purposes
- Some cells on the units as available
- All recreation areas and program and/or mental health areas on or used by these units

### Florence

- Central Unit, including CB 1, 2, 3, 4, 5 and 7
- Kasson Unit, including Mental Health and Detention
- Any other areas where prisoners are housed on mental health or suicide/mental health watch, or for any other mental health purposes
- Some cells on the units as available
- All recreation areas and program and/or mental health areas on or used by these units

### Eyman

- SMU I, including East, Detention, Protective Custody, and Mental Health Watch

- Browning, Browning BMU and Browning Mental Health
- Any other areas where prisoners are housed on mental health or suicide/mental health watch, or for any other mental health purposes
- Some cells on the units as available
- All recreation areas and program and/or mental health areas on or used by these units

At each complex, he would like to begin the tour with a brief overview/meeting with prison administrative staff.

At each complex, Mr. Vail may ask for particular photographs to be taken by staff. Mr. Vail will also need to speak with staff from the categories upon which we have agreed:

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

- Officials who do the classification into and out of the isolation units
- Custody staff who work in the isolation units
- Mental health staff who work in the isolation units
- Administrators (e.g., Warden, Deputy Warden, Major, Captain, shift commander)
- Caseworkers or counselors who work with prisoners in the isolation units

*See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter"). In particular, once he is at a housing unit, Mr. Vail will need to speak with the Sergeant or lead officer of each unit for a brief overview of about 10-15 minutes. He may also wish to speak with other custody and mental health staff and caseworkers/counselors.

Mr. Vail will need to review unit logs in each of the housing units. He may also review
grievances and incident reports and restraint/use of force documentation, and individual case files on an as-needed basis.

During his tours of each housing unit he will walk the tiers and conduct brief, cell-front interviews, for a few of these individuals, he may ask to conduct additional confidential interviews with them. If this is the case, the Warden will be consulted.

Finally, in addition to random cell-front interviews, Mr. Vail will need to speak with about 6-10 prisoners from each housing unit in a confidential setting. These interviews generally take about 15-20 minutes from start to finish, although the logistics of moving prisoners back and forth in these units does

2

take some time. Mr. Vail will include in these interviews, any Named Plaintiffs who live on the units.

Aside from the Named Plaintiffs, who must be interviewed, the following list is over-inclusive in order to accommodate fluctuation in population and any security needs raised by the Warden. Please note that we have identified housing unit based on the most recent rosters we received in discovery but these are necessarily some weeks old.

## CONFIDENTIAL INTERVIEW LIST

### Perryville

- Christina Verduzco, #205576 **(Named Plaintiff)**
- Sonia Rodriguez, #103830 **(Named Plaintiff)**
- Heather M. Self, #231185
- Elisa Fimbres, #257742
- Andrea L. Russo, #207801
- Shacoia D. Mitchell, #266314
- Melissa M. Wakeman, #271682
- Chrystal M. Cunningham, #224317

### Florence

- Andrew E. Rumic, #263189 (Florence-Central)
- Andrew Robins, #248144 (Florence-Central)
- Javier Zambrano, #226439 (Florence-Central)
- Matthew Manzanedo, #079369 (Florence-Central)
- Ahmad Qadir, #089104 (Florence-Central)
- Tyson McDaniel, #115043 (Florence-Central)
- Adrian E. Cervantez, #133421 (Florence-Central)
- Adrien J. Espinoza, #212698 (CB1 – MH)
- David A. Washington, #188960 (CB1 – MH)
- Gustavo Lafarg, #161553 (Kasson MH)
- Timothy M. Stephenson, #201751 (Kasson MH)
- Jack D. McGee, #220171 (Kasson MH)
- Angel B. Morales, #234567 (Kasson MH)
- Michael C. Walliser, #181344 (Max Phase)
- Mike Archibeque, #092371 (Max Phase)
- Thaddeus Beasley, #111724 (Max Phase)
- Adrian E. Cervantez, #133421(Max Phase)

### Eyman

*SMU I*
- Scott W. Marcel, #252031 (SMU)

3

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

- Raymundo Morin, #130151 (SMU)
- David H. Ybarra, #217383 (SMU)
- Andrew T. Cushman, #247824 (SMU East)
- Jovon Harris, #123545 (SMU East)
- Thomas P. Kane, #060051 (SMU East)
- Luis M. Saucedo, #170180 (SMU East)
- Geno Chavez, #083831 (SMU PC)
- Patrick Logan, #177604 (SMU PC)
- Michael Ortega, #240365 (SMU PC)
- Dustin Brislan, 164993 **(Named Plaintiff) (SMU PC)**
- Jackie Thomas, 211267 **(Named Plaintiff) (SMU East)**
- Jeremy Smith, 129438 **(Named Plaintiff) (SMU)**

### *Browning*

- Stanley G. Calvin, #190485 (Browning)
- Jahmari Manuel, #078985 (Browning)
- Ronald Jacobs, #093371 (Browning)
- Ronnie Joseph, #47079 (Browning)
- Marcus Davis, #165060 (Browning)
- Robert Osorio, #108309 (Browning BMU)
- Yak Yak, #181109 (Browning BMU)
- Brandon Jones, #270713 (Browning MH)
- Eduardo Martinez, #121022 (Browning MH)
- Deshawn Scott, #146395 (Browning MH)
- Robert Gamez, 131401 **(Named Plaintiff) (Browning)**

Please let us know immediately if you object to any aspect of the inspections outlined above.

Very truly yours,

Amy Fettig

Cc:   All counsel of record

4