**EXHIBIT CC**



VIA EMAIL ONLY

PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

July 20, 2013

Ms. Ashlee Fletcher, Esq.
Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
afletcher@swlfirm.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Rebekah Evenson
Steven Fama
Warren George
Penny Godbold
Alison Hardy
Corene Kendrick
Kelly Knapp
Millard Murphy
Lynn Wu

RE:  *Parsons v. Ryan*
     Expert tours of Dr. Todd Wilcox, July 29-Aug. 2, 2013
     ASPC-Phoenix, ASPC-Perryville, ASPC-Yuma

Dear Ms. Fletcher and Counsel,

I write regarding Dr. Wilcox's upcoming expert tours. He and attorney Sara Norman will be touring the Phoenix, Perryville, and Yuma prisons July 29, July 30-31, and Aug. 1-2, respectively. All tours will last from 8:00 am to 5 p.m. Ms. Norman and Dr. Wilcox will report to the administrative/ warden's office each morning. Don Specter's June 19, 2013 letter offered an overview of what the medical experts planned to do on his tours, below more specific detail is outlined below as to how he plans to spend each day. These tours will follow a similar structure as those of Dr. Cohen at Lewis and Eyman prisons last week, except at Phoenix it will be compressed into one day.

Dr. Wilcox would like to begin by speaking with the Facility Health Administrator or Medical Director to get an overview of the complex and its various clinical/medical areas. He would like to tour the medical clinic spaces on each unit, the central medical unit and infirmary, and the pharmacy. He will want to speak to designated clinical staff and someone from the pharmacy. We have previously agreed that a designee from each category of health care staff be available to answer questions. *See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter").

Dr. Wilcox will also want to see housing units while touring all prison facilities, and be able to speak confidentially cell-front to random prisoners. He also wants to have a brief confidential meeting with any named plaintiffs. It is acceptable to have these meetings in a confidential room at the plaintiffs' living units, as he wants to see each named plaintiffs' housing unit as well. These interviews with our clients will take no more than ten minutes each.

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

There is one named plaintiff currently housed at ASPC-Phoenix, who he will want to visit and speak to on July 29:

• Dustin Brislan, # 164993, Phoenix-Flamenco

There are five named plaintiffs currently housed at ASPC-Perryville, who he will want to visit and speak to on July 30:

• Chisholm, Maryanne, #200825, Perryville-Santa Cruz
• Licci, Desiree, #150051, Perryville-Santa Cruz
• Rodriguez, Sonia, #103830, Perryville-Lumley
• Verduzco, Christina, #205776, Perryville-Lumley
• Wells, Charlotte, #247188, Perryville-Santa Pedro

After his walking tour on the first day at each prison, Dr. Wilcox would like to review the medical charts of the prisoners listed below. He asks that all charts be available for him on the first day of the tour. Similar to Dr. Cohen's tour, he may request that he be provided the charts of some of the individuals he speaks to while touring the living units in the morning.

When he is at Perryville, Dr. Wilcox would like to review the medical files of all pregnant prisoners. **However, we were unable to identify these prisoners by name because the Monitored Conditions Report dated 3/12/13 produced to Plaintiffs (ADC095053-95081) lists no pregnant prisoners. We request that he be provided the names and medical files of all pregnant women.**

Based upon the things found in the record review at Perryville and Yuma, he *may* want to speak to a few prisoners on the second day. He would pick those prisoners – if any – on the first day of the tour based upon initial chart review, and give those names to staff. He will spend the majority of the second day of his tours at Perryville and Yuma reviewing files and visiting any areas where he was unable to go on the first day, and may have follow up questions regarding individual cases for the medical director, nursing director, or pharmacy director, depending upon what he finds in the prisoners' files.

Phoenix Medical Charts to Review July 29
Named Plaintiffs
        Brislan, Dustin, # 164993

Prisoners Who Have Died in the Past 12 Months
        Dawson, Charles, 67938
        Delgado, Sotero, 273820
        Lindstrom, Galen, 75515

Class Members
        Anthony, Craig, 191987
        Begay, Servier, 244783
        Binford, Gregory, 34420
        Crowe, Joseph, 45049
        Griffin, John, 85110

Ms. Ashlee Fletcher
July 11, 2013
Page 3

       Haddix, Kevin, 210393
       Hall, Gary, 207113
       Harwood, Nicholas, 274595
       Houston, Nemehiah, 240866
       Jackson, Robert , 41878
       Johnson, Ernest, 253486
       Ker, Aaron, 272203
       Leonard, Kevin, 117564
       Madrigal, Joey, 195130
       McCarthy, Daniel, 117872
       Peters, Dexter, 63009
       Raum, Kenneth, 258163
       Robinson, Ricky, 101690
       Stovall, Robbie, 214857
       Tacho, Mike, 034680
       Urbanski, Thomas, 120003
       Williams, Alfred, 147347
       Zander, Theodore, 110280

Perryville Medical Charts to Review July 30-31
Named Plaintiffs
       Chisholm, Maryanne, #200825
       Licci, Desiree, #150051
       Rodriguez, Sonia, #103830
       Verduzco, Christina, #205776
       Wells, Charlotte, #247188

Prisoners Who Have Died in the Past 12 Months
       Arguello, Dixie, 269814
       Black, Christina, 145562
       Hodges, Rose, 113364

Class Members
       All pregnant prisoners (see page 2) and

       Abellido, Marie, 257565
       Almendariz, Lisa, 83486
       Beach, Denise, 281295
       Boebert, Gina, 207498
       Ceballos, Stephanie, 231176
       Clarine, Regan, 276836
       Dorsey, Jo, 151971
       Felix, Keyna, 267020
       Ford, Lauren, 279516
       Garcia, Kristina, 280200

Garcia-Diaz, Sonia, 152023
Giliams, Shreika, 277133
Haley, Catherine, 257224
Harris, DeeDee, 279758
Heffner, Kerry, 254775
Huffman, Cathy, 261785
Hughes, Betty, 279729
Johnson, Gina, 263915
Katrini, Elizabeth, 157896
Keuper, Terry, 108144
Lewis, Stephanie, 192970
Luna, Luciana, 251575
Macias, Eva, 252347
MacLean, Desiree, 278073
Marshall, Amy , 223657
Martinez, Lorraine, 193697
Mendoza, Erin, 265205
Mendoza, Sabrina, 144986
Miller, Kathryn, 277505
Moncy, Crystal, 266183
Moore, Yanita, 182125
Moreno, Mary, 242769
Morrison, Brenda, 276003
Nareau, Tanya, 260586
Neff, Mary, 264927
Patterson, Laura, 237901
Porter, Danette, 255037
Ramirez, Rachel, 122063
Rohde, Shanna, 223109
Saari, Catherine, 194624
Sansing, Kara, 147205
Thorne, Jennifer, 164150
Trevino, Rosalva, 252096
Trotter, Rebecca, 86610
Troy, Delma, 226501
Voigt, Gail, 72598
Waskom, Nicole, 228495
Widder, Noelle, 174356

Yuma Medical Charts to Review August 1-2
Prisoners Who Have Died in the Past 12 Months
        Pate, Kevin, 91377
        Robertson, Darrell, 258053
        Valenzuela, David, 63167
        Virgil, Cipriano, 107377

Class Members

Aguilar, Eliseo, 81409
Allphin, Daniel, 212546
Anderson, Brandon, 272110
Beverett, Amos, 160103
Brodowski, Dominic, 27566
Brooks, Victor, 255790
Byrd, Edward, 62652
Cheeks, Corey, 73220
Cochran, Matthew, 277712
Cooley, Jeffrey, 198790
Davison, Ronald, 81813
Devine, Robert, 138222
Diaz, Henry, 49236
Dobler, Brian, 195750
Figueroa, Jesse, 45460
Fry, Arthur, 26604
Griffen, Kenneth, 189368
Haws, Allen, 198857
Hernandez-Aguilar, Ricky, 156468
Howard, Johnny, 74699
Jones, Dwayne, 207062
Juarez, Benito, 258676
Lanza, Mark, 240868
Leslie, Douglas, 251101
Lugo, Marcos, 172751
Mason, Anthony, 46632
May, Robert, 281073
McSpadden, Matthew, 272623
Mided, Matt, 153128
Moorman, Melvin, 166496
Moritz, Donald, 236561
Neal, Rueben, 265762
Noriega, Gilbert, 52155
Pereyda, Dosie, 278635
Reed, Ahmad, 172685
Rogers, David, 113699
Smith, Micah, 247414
Tibbets, David, 74387
Velasquez, Mike, 173685
Verduzco, Baldomero, 75446
Williams, Jason, 239308
Williams, Jeffrey, 268772
Woods, Raymond, 58068

Ms. Ashlee Fletcher
July 11, 2013
Page 6

Please let Sara Norman know immediately if you object to any aspect of the inspections outlined above.

Sincerely yours,

*/s/ Corene Kendrick*

Corene Kendrick, Staff Attorney

cc:    Counsel of Record
       Dr. Wilcox



PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Rebekah Evenson
Steven Fama
Warren George
Penny Godbold
Alison Hardy
Corene Kendrick
Kelly Knapp
Millard Murphy
Lynn Wu

VIA EMAIL ONLY

August 6, 2013

Ms. Ashlee Fletcher, Esq.
Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
afletcher@swlfirm.com

> RE: *Parsons v. Ryan*
> Expert tours of Dr. Todd Wilcox, August 12-14, 2013
> ASPC-Florence and ASPC-Winslow

Dear Ms. Fletcher and Counsel,

I write regarding Dr. Wilcox's upcoming expert tours. He and attorney Don Specter will be touring Florence and Winslow prisons Aug. 12-13 and Aug. 14, respectively. All tours will last from 8:00 am to 5 p.m. Mr. Specter and Dr. Wilcox will report to the administrative/ warden's office each morning. Don Specter's June 19, 2013 letter offered an overview of what the medical experts planned to do on their tours. They tours will follow a similar structure as those of Dr. Cohen at Lewis and Eyman prisons, and Dr. Wilcox's tours last week, except at Winslow it will be compressed into one day.

Dr. Wilcox would like to begin by speaking with the institution's Facility Health Administrator or Medical Director to get an overview of the complex and its various clinical/medical areas. He would like to tour the medical clinic spaces on each unit, the central medical unit and infirmary, and the pharmacy. He will want to speak to designated clinical staff and someone from the pharmacy. We have previously agreed that a designee from each category of health care staff be available to answer questions. *See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter").

Dr. Wilcox will also want to see housing units while touring both prison facilities, and be able to speak confidentially cell-front to random prisoners.

After his walking tour, Dr. Wilcox would like to review the medical charts of the prisoners listed below. He asks that all charts be available for him on the first day of the tour. Similar to prior tours, he may request that he be provided the charts of some of the individuals he speaks to while touring the living units in the morning.

When he is at Florence, Dr. Wilcox would like to review the medical files of all dialysis patients housed there. **However, we were unable to identify these prisoners by name because the Monitored**

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Ms. Ashlee Fletcher
August 6, 2013
Page 2

**Conditions Report dated 3/12/13 produced to Plaintiffs (ADC095053-95081) does not track prisoners on dialysis. <u>We request that we be provided the names of all patients housed at Florence who receive dialysis so Dr. Wilcox can select medical files to review.</u>**

Based upon his record review at Florence, he may want to speak to a few prisoners on the second day. He will spend the majority of the second day of his tour at Florence reviewing files and visiting any areas where he was unable to go on the first day, and may have follow up questions regarding individual cases for the medical director, nursing director, or pharmacy director, depending upon what he finds in the prisoners' files.

Florence Medical Charts to Review Aug. 12-13
Prisoners Who Have Died in the Past 12 Months
> Alvarez, Augustine, #85367
> Brown, Frank, #149637
> Church, Gary, # 39345
> Cook, Alan, # 155358
> Crockett, Bobby, # 133681
> Davidson, Vernon, # 127734
> Dixon, Gary, # 106531
> Hanan, Monty, # 136053
> Horton, William, # 62422
> Jimenez, Alberto, # 138779
> Lopez, Johnny, # 79275
> Malone, George, # 86899
> Martinez, Anthony, # 85596
> Martinez, Nicholas, #171587
> Mihalec, John, # 104669
> Moss, Robert #102474
> Ray, John, # 118850
> Smith, James, # 116912
> Smith, Ronald, # 92788

Class Members

> Files selected from requested list of prisoners receiving dialysis

> Addis, Gary, #246793
> Akridge, Rodney, #84478
> Alvarado-Montez, George, #241621
> Aranda, Guadalupe, #113047
> Betterton, Trenton, #277788
> Chavez, Marco, #187239
> Cheser, Joseph, #158106
> Chumbler, Jason, #213303
> Cordova, Gilbert, #173352

Ms. Ashlee Fletcher
August 6, 2013
Page 3

Coronado, Pete, #33329
Cruz, Hipolito, #175323
Delgado, Phillip, #74329
Dose, Anthony, #197106
Everley, Chris, #203114
Faulkner, Donald, #252682
Feltner, Richard, #91975
Gutierrez, Manuelito, #139928
Haley, James, #75188
Hampton, Darryl, #225275
Harris, John, #177765
Harrison, Charles, #82360
Hernandez, Ricardo, #35326
Hildenbrand, Richard, #140990
Hitchcock, James, #177921
Homer, Kevin, #180025
Jenkins, Christopher, #118514
Johnson, Richard, #81442
Jordan, Walter, #78789
Koehler, William, #165210
Korte, Damon, #213356
Leon, Miguel, #201494
Lopez, Bruno, #31390
Martin, David, #217317
Martinez, Salvador, #208833
Maxwell, Christopher, #158586
Montoya, Joshua, #208217
Mushatt, Dythanyl, #186772
Nava, Conrad, #192735
Nez, Frankie, # 257870
Pearson, Matthew, #199279
Pemberton, Joseph, #83807
Perkins, Michael, #269919
Porter, Christopher, #128972
Puckett, Ricky, #129580
Ree, John, #172999
Rios, Federico, #199480
Robinson, Elvia, #52352
Sanchez-Perez, Jorge, #235024
Shelley, William, #259371
Skaggs, Gary, #216765
Smith, Gary, #267300
Southworth, Shawn, #257109
Steah, Kee, #200537
Stewart, Ramon, #208756

3

Ms. Ashlee Fletcher
August 6, 2013
Page 4

Stoeckel, Loren, #261727
Terry, Jamie, #268085
Williams, Berry, #267365

Winslow Medical Charts to Review Aug. 14
Prisoners Who Have Died in the Past 12 Months
    Ferns, Rowdy, # 143370

Class Members
    Anyan, Raymond, #144998
    Arrieta, Daniel, #213487
    Calhoun, John, #50600
    Catalan-Herrera, Jesus, #228670
    Corona, Hipolito, #175323
    Curley, Herman, #46938
    Dorman, Jeff, #275874
    Estillore, Shane, #169466
    Felix-Pinzon, Efren, #242738
    Garcia, Arnold, #273715
    Gastelum, Jeff, #85013
    Goad, Robert, #67001
    Jewitt, Jack, #106380
    Khoury, Monier, #236429
    Lucero, Luis, #169986
    Mason, Justin, #205452
    Medina-Moreno, Jesus, #212283
    Ortega, David, #139367
    Perondi, Angelo, #140844
    Ramirez, Juan, #171942
    Roby, Elmo, #278727
    Ruiz, Jimmy, #246829
    Shepherd, Demitiri, #271352
    Stonecipher, Curtis, #128431
    Vasquez-Remigio, Ivan, #254787

    Please let me or Mr. Specter know immediately if you object to any aspect of the tour
outlined above.

                                    Sincerely yours,

                                    /s/ Corene Kendrick

                                    Corene Kendrick, Staff Attorney

cc:    Counsel of Record
       Dr. Wilcox

4



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Rebekah Evenson
Steven Fama
Warren George
Penny Godbold
Alison Hardy
Corene Kendrick
Kelly Knapp
Millard Murphy
Lynn Wu

VIA EMAIL ONLY

October 4, 2013

Ms. Ashlee Fletcher, Esq.
Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
afletcher@swlfirm.com

      RE:   *Parsons v. Ryan*
               Dr. Wilcox's tours, Oct. 15-16, 2013 (Florence) and Oct. 24-25, 2013 (Tucson)

Dear Ms. Fletcher,

      I write in response to your October 3 letter regarding Dr. Wilcox's expert tours. As the parties agreed, he will tour the first day of these tours from 9 am to 5 pm, and the second day from 9 am to 1 pm.

      He and attorney Warren George will tour Florence Oct. 15 and 16, 2013. Mr. George and Dr. Wilcox will report to the administrative/ warden's office each morning. We previously provided you a list of files that Dr. Wilcox wanted to review prior to the cancelled August tour of Florence. We checked that list against the ADC Inmate Locator website, since many of the prisoners have moved, and a revised list is attached. See Attachment A.

      With regard to the Tucson tour, Dr. Wilcox will be accompanied by attorney Don Specter. Again, they will report to the administrative/ warden's office each morning. The list of Tucson files requested for inspection in Plaintiff Licci's First Request for Production of Documents were the prisoners' files that he wanted to review. We checked that list against the Inmate Locator, found that many of the prisoners had moved, and revised it. See Attachment B.

      If you need any sort of gate clearance information for Mr. George, Mr. Specter, or Dr. Wilcox, please let me know.

      Don Specter's June 19, 2013 letter offered an overview of what the medical experts planned to do on their tours. Dr. Wilcox would like to tour the medical clinic spaces on each unit. He will want to speak to designated clinical staff. We have previously agreed that a designee from each category of health care staff be available to answer questions. *See* April 15,

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter"). Dr. Wilcox will also want to see housing units while touring both prison facilities, and be able to speak confidentially to selected prisoners he may encounter, as well as the following prisoners:

Prisoners to Interview at Florence (listed by housing unit, if known)

Jonathan Bertanelli, #47835, Central Unit
George Rodriguez, #163888, Central Unit
Benny Roseland, #124449, Central Unit
Shawn Smith, # 259884, Central Unit
Loren Stoeckel, #261727, Central Unit

Paul Gargano, #243812, East Unit

Miguel Leon, # 201494, North Unit
Christopher Maxwell, #158486, North Unit

Flavio Rosales, # 233810, South Unit

Darryl Hampton, #225275, unit unknown

Prisoners to Interview at Tucson (listed by housing unit, if known)

James Slovekosky, #122147, Cimarron Unit

Jimmie Charlie, #49134, Health Unit
Ruben Hernandez, #217451, Health Unit
Adrian Zamora, #226075, Health Unit

Michael Cook, # 71546, Manzanita Unit
Shawn Jensen, # 32465, Manzanita Unit (Named Plaintiff)

Pedro Avila, # 47094, Rincon Unit

Ralph Hawthorne, #143402, Special Needs Unit
Thomas Vogt, #29337, Special Needs Unit

Shawn Hillard, #112970, unit unknown

Ms. Ashlee Fletcher
October 4, 2013
Page 3

    Dr. Wilcox asks that all charts be available for him on the first day of the tour.  Similar to
prior tours, he may request that he be provided the charts of some of the individuals he speaks to
while touring the living units in the morning.  Dr. Wilcox would like to review the medical files
of all dialysis patients housed at the prisons.  **However, we were unable to identify these
prisoners by name because the Monitored Conditions Report dated 3/12/13 produced to
Plaintiffs does not track prisoners on dialysis.  <u>We request that we be provided the names of
all patients housed at Florence and Tucson who receive dialysis so Dr. Wilcox can select a
sample of their medical files to review.</u>**

    Thank you for your cooperation in arranging these tours.  Please let me or Mr. George
know if you have any questions.

                            Sincerely yours,

                            */s/ Corene Kendrick*

                            Corene Kendrick, Staff Attorney

cc:    Counsel of Record
       Dr. Wilcox

## Attachment A:  Florence Medical Charts to Review Oct. 15-16

**Prisoners Who Have Died in the Past 12 Months**
Alvarez, Augustine, #85367
Branch, Van, #72628
Brown, Frank, #149637
Chavez, Marco, #187239
Church, Gary, # 39345
Cook, Alan, # 155358
Crockett, Bobby, # 133681
Davidson, Vernon, # 127734
Dixon, Gary, # 106531
Gonzalez, Javier #217498
Hanan, Monty, # 136053
Horton, William, # 62422
Jimenez, Alberto, # 138779
Lopez, Johnny, # 79275
Malone, George, # 86899
Martinez, Anthony, # 85596
Martinez, Nicholas, #171587
Mihalec, John, # 104669
Moss, Robert #102474
Ray, John, # 118850
Sanchez, Miguel, #270127
Smith, James, # 116912
Smith, Ronald, # 92788

**Class Members**
Files to be selected from requested list of prisoners receiving dialysis
Addis, Gary, #246793
Akridge, Rodney, #84478
Alvarado-Montez, George, #241621
Aranda, Guadalupe, #113047
Bertanelli, Jonathan, #47835
Betterton, Trenton, #277788
Bivens, Gary, #43630
Calhoun, Jim, #204538
Chavez, Marco, #187239
Chavez-Espinoza, Cristino, # 42966
Chumbler, Jason, #213303
Everley, Chris, #203114
Faulkner, Donald, #252682
Feltner, Richard, #91975
Gargano, Paul, #243812
Gutierrez, Manuelito, #139928
Hampton, Darryl, #225275

Harrison, Charles, #82360
Hernandez, Ricardo, #35326
Hildenbrand, Richard, #140990
Homer, Kevin, #180025
Jordan, Walter, #78789
Korte, Damon, #213356
Leon, Miguel, #201494
Lomeli, Jose, #161242
Lopez, Bruno, #31390
Lucero, Frank, # 86062
Martin, David, #217317
Maxwell, Christopher, #158586
Montoya, Joshua, #208217
Mushatt, Dythanyl, #186772
Nava, Conrad, #192735
Pemberton, Joseph, #83807
Porter, Christopher, #128972
Puckett, Ricky, #129580
Ree, John, #172999
Rinninger, Cary, #255275
Rios, Federico, #199480
Rodriguez, George, #163888
Roseland, Benny, #124449
Rosales, Flavio, # 233810
Sanchez-Perez, Jorge, #235024
Simpson, Kenya, #100476
Smith, Shawn, # 259884
Steah, Kee, #200537
Stewart, Ramon, #208756
Stoeckel, Loren, #261727
Terry, Jamie, #268085
Torriente, Reynaldo, #134060
Vidal, Fermin, # 147564

## Attachment B: Tucson Medical Charts to Review Oct. 24-25

**Prisoners Who Have Died in the Past 12 Months**
Akers, Robert, # 242962
Beck, John, #104144
Chambers, Theron, #40915
Clark, Russell, #59997
Cuyler, Lawrence, #266818
Driver, William, #162813
Fierros, George, #58206
Frost, Christian, #130811
Gray, Darryl, #32890
Hannaford, Rock, #261578
Harris, Bennie # 67481
Hartman, Nathan, #156838
Hoppes, Patrick, #242119
Jeffrey, Charles, #212819
Large, Gregg, #247449
Lee, Billy, #37490
Lopez, Ernie, #133681
McCabe, Mackie, #49597
McKay, Donald, #270224
Narten, Karl, #24550
Prickett, Lonnie, #73521
Richie, Dallas, #32104
Smith, Alvis, #31588
Smith, Bobby, #65084
Southworth, Shawn #257109
Sweepe, Robert, #93822
Tolivar, Arnold, #125678
Truitt, Thomas, #47727

**Class Members**
Files to be selected from requested list of prisoners receiving dialysis
Alvarado, Jesse, #59906
Anderson, Rusty, #222342
Apolinar, George, #274761
Armbruster, Royce, #48573
Avila, Pedro, #47094
Bernal, Carlos, #258629
Burns, Jeffrey, #231300
Caballero, Alfred, #212756
Charlie, Jimmie, #49134
Cook, Michael, #71546
Corral, William, #81620
Day, Richard, #202495
Edwards, Orlando, #207300
Fierros, George , #58206

Frieses, Allen, #280257
Gossett, David, #81630
Graciano, Fernando, #255968
Hamilton, Timothy, #257423
Harris, George, # 94133
Harvey, Thomas, #227207
Hernandez, Ruben, #217451
Hillard, Shawn, #112970
Hitchcock, James #177921
Hoard, October, #82764
Howard, Jeffrey, #49806
Jackson, Roger, #90740
Jessup, Terrence, #90373
Johnson, Eric, #272454
Johnson, Steven, #235714
Judd, Thomas, #280424
Katona, Joe, #263092
Kennedy, Josef, #113924
Krick, James, #210691
Larsgard, John, #271552
Lewis, Antron, #150014
Lobo, Mark, #269511
MacCool, Finn, #71383
Machir, Daniel, #190972
Marcum, Kenneth, #266043
McCallum, Derrick, #186822
McKenzie, Andrew, #251666
Mendiola, Enoc, #253193
Morales, Christopher, #275737
Plasa, Robert, #268330
Powell, Edward, #89254
Roberts, Michael, #79600
Rodriguez, Inez, #276756
Salmon, Troy, #1874376
Sanchez, Able, #253543
Shields, Johnny, #103270
Skinner, Jasper, # 282656
Slovekosky, James, #122147
Torres, Martin, #158092
Twigg, Daniel, #143625
Ventura, Miguel, #219103
Vigil, Larry, #237346
Vogt, Thomas #29337
Walema, Louis, #273256
Zamora, Adrian, #226075