**EXHIBIT KK**

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



**BY EMAIL TRANSMISSION ONLY**

August 9, 2013

Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, AZ 85226

    Re:    Parsons v. Ryan
              Dr. Williams' tours of Florence, Eyman, and Perryville

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC.
PRACTICE LIMITED TO
FEDERAL COURTS

Dear Counsel:

I write regarding Dr. Williams' expert inspection tours of ASPC-Florence (August 14), ASPC-Eyman (August 15), and ASPC-Perryville (August 16). In response to Ms. Fletcher's query, all tours will last from 8 a.m. to 5 p.m. In each case we will report to the complex administration office unless you advise us otherwise.

I will accompany Dr. Williams on behalf of the plaintiff class; ACDL will separately advise you regarding its participation.

Dr. Williams will need to visit the following units:

**Florence**

-Central Unit
-Kasson Unit
-The area designated as "ASPC-F Max Phase Lvl," A36

**Eyman**

-SMU (we would like to begin the tour here)
-Browning Unit

**Perryville**

-Lumley Unit

At each of these units, Dr. Williams will need to inspect the cells, showers, exercise areas, and any other areas where prisoners housed in these units spend time in the course of an ordinary week.

1

In all of the units she visits, Dr. Williams will need to talk with prisoners at cellfront, and may then conduct additional interviews with some of them in a setting that provides confidentiality. She will need to review the records of the prisoners with whom he speaks. Because defendants have recently expressed surprise that plaintiffs' experts are reviewing health records during their tours (see Transcript of August 7, 2013 hearing, at 42), I wish to make clear that Dr. Williams will spend a number of hours each day reviewing health records.

Dr. Williams will also need to speak with staff from the categories upon which we have agreed:

> Medical and mental health treatment staff
> Custody staff responsible for the day-to-day operation of the isolation units
> Administrators (e.g., Warden, Deputy Warden, Major, Captain, shift commander)

*See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter").

Finally, in addition to random cellfront interviews, Dr. Williams will need to speak with the following prisoners and review their records. Except where indicated, she will begin with a cellfront interview, but may then need to speak with the prisoner in a confidential setting.

**Florence**

Billy Mullins 142799
Clinton Spencer 82989
Frank Lucero 86062
Christino Chavez-Espinoza 42966
James Wallace 53811
James Steele 70021
Jose Lomeli 161242
George Overturf 253160
Reynaldo Torriente 134060
Robert Aloia 70520
Warees Muzakkir 82561
Fermin Vidal 147564
Berry Williams 267365
Jose Fierro 44803
Raymond Tison 39198
Ricky Tison 39199
Steven Beverly 143208
Leonard Bean 159352

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Randolph Smith 176389
Gary Bivens 43630
Hector Norzagaray 119781
Rodolfo Mendoza 46605

## Eyman

SMU

Jackie Thomas 211267
Jeremy Smith 129438
Ira Anderson 62997
Louis Avanzi 104515
Robert Christy Jr. 133044
Albert Brinkman 133444
Ronnie Tamplin 33692
Nathaniel Wallace 129369
Bobby McGhee 262374
Curtis Bivins 73424
Anthony Miller 145589
Stephen Cofield 46955
Roberto Saldano 109514
Charles Brownlee 187530
Stephen Haverstick 274534
Charles Knight 277840
Jerry Patton, 277153
Kenneth Rose 37846
Carlos Zamalea 43499
Billy Tollison 53703
Manuel Soto 36665
Dennis Eddy 53476

Browning

Robert Gamez 131401
Alfred Davis 183961
Fred Robinson 65972
Rickie Brown 42855
Juan Montiel 86763
Frank Atwood 62887
Pete Moreno 40795
Mike Mahler 40809
Robert Jaramillo 39278
Jesse Bojorquez 31188
Andrew Barnett 33224

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Johnny Carruthers 34272
Guillermo Cooney 37364
Larry Carver 278078
Carlos Alvarado 50444
Rocky Collins 40513

**Perryville**

Christina Verduzco  205576
Sonia Rodriguez 103830 **(confidential interview)**
Christina Acker 78733 **(confidential interview)**
Joan Waldecker 237428 **(confidential interview)**
Shari Tobyne 281121 **(confidential interview)**
Gloria Rivas 156638
Danette Taulbee 273151
Virginia Anderson 265961
Alma Caballero 52651
Marie Castillo 261992
Lois K. Cloud 257747
Hester Hunter 131374
Norma S. Lowe 83360
Elisa R. Luna 231875
Cynthia McDaniel 110603
Zena McGilberry 175689
Marjorie Orbin 250060
Della Vermeule 249024

Please let us know immediately if you object to any aspect of the inspections outlined above.

Very truly yours,

David C. Fathi

Cc:   All counsel of record

AMERICAN CIVIL LIBERTIES UNION FOUNDATION