**EXHIBIT A**

**EXHIBIT A**

