1    Arizona Attorney General Thomas C. Horne
Office of the Attorney General
2    Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
3    Assistant Attorneys General
1275 W. Washington Street
4    Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
5    Fax: (602) 542-7670
Michael.Gottfried@azag.gov
6    Lucy.Rand@azag.gov

7    Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
8    Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
9    Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
10    Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
11    3100 West Ray Road, Suite 300
Chandler, Arizona  85226
12    Telephone:  (480) 420-1600
Fax:  (480) 420-1696
13    dstruck@swlfirm.com
kwieneke@swlfirm.com
14    rlove@swlfirm.com
tbojanowski@swlfirm.com
15    nacedo@swlfirm.com
afletcher@swlfirm.com
16    aorcutt@swlfirm.com
*Attorneys for Defendants*

17

**UNITED STATES DISTRICT COURT**

18

**DISTRICT OF ARIZONA**

19

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-NVW |
| Plaintiffs, | |
| v. | **DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL** |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

Defendants Charles Ryan and Richard Pratt ("Defendants") move this

Court, pursuant to LRCiv 5.6 and the Protective Order (Dkt. 140), for an order directing

the clerk to file under seal Defendants' Motion for Summary Judgment, the corresponding

Statement of Facts, and the attached Exhibits thereto, which were submitted non-electronically (disc) to the Court. (See Dkt. 873.) Such information is confidential pursuant to the Protective Order, and the Court has previously sealed similar information in this case.  (See Dkt. ## 247, 325, 337, 369, 421.)

The Exhibits, comprising approximately 38,000 pages, include Plaintiffs' healthcare records, which they have designated as confidential under the Protective Order, and healthcare information of non-Plaintiff inmates.  They further include documents that include the names of non-Plaintiff inmates and staff members, photographs of housing units, cells, and recreation areas for maximum custody inmates, ADC's use-of-force policy, which is restricted, and other security sensitive information.  This information, if released to the public, would pose a serious threat to the safety of ADC facilities, its staff, and inmates. *See* A.R.S. § 31-221(C) (prohibiting ADC from disclosing records or portions of records that could "[e]ndanger[] the life or physical safety of a person" or "[j]eopardiz[e] an ongoing criminal investigation"); *Guillen v. Owens*, 2011 WL 5882554, at *4 (D. Ariz. 2011) (allowing ADC "to redact information as necessary for the safety of inmates and correctional facility staff"); *Salerno v. Munoz*, 2011 WL 2600519, at *2 (D. Ariz. 2011) (allowing redaction of sensitive information falling within purview of § 31–221).  As ordered by the Court, Defendants submitted these Exhibits to the Court on a single disc.  The Motion for Summary Judgment and Statement of Facts detail and/or refer to this sensitive, confidential information throughout and also must be sealed for these reasons.

/ / /

/ / /

/ / /

/ / /

2

1    DATED this 14th day of May 2014.

2                                            STRUCK WIENEKE & LOVE, P.L.C.

3

4                                            By /s/ Daniel P. Struck
                                                  Daniel P. Struck
5                                                 Kathleen L. Wieneke
                                                  Rachel Love
6                                                 Timothy J. Bojanowski
                                                  Nicholas D. Acedo
7                                                 Ashlee B. Fletcher
                                                  Anne M. Orcutt
8                                                 STRUCK WIENEKE & LOVE, P.L.C.
                                                  3100 West Ray Road, Suite 300
9                                                 Chandler, Arizona  85226

10                                                Arizona Attorney General Thomas C. Horne
                                                  Office of the Attorney General
11                                                Michael E. Gottfried
                                                  Lucy M. Rand
12                                                Assistant Attorneys General
                                                  1275 W. Washington Street
13                                                Phoenix, Arizona 85007-2926

14                                                *Attorneys for Defendants*

15   2896934.1

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 14, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:          ahardy@prisonlaw.com

Amy Fettig:          afettig@npp-aclu.org

Caroline N. Mitchell:    cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:    ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:    DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda:  dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:     dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:      dspecter@prisonlaw.com

James Duff Lyall:      jlyall@acluaz.org; gtorres@acluaz.org

Cathleen M. Dooley:    cdooley@azdisabilitylaw.org

J.J. Rico:           jrico@azdisabilitylaw.org

John Howard Gray:     jhgray@perkinscoie.com; slawson@perkinscoie.com

Kirstin T. Eidenbach:    keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Jerica L. Peters:      jpeters@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried:Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

Sara Norman:        snorman@prisonlaw.com

Asim Varma:         avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

David C. Kiernan:      dkiernan@jonesday.com; lwong@jonesday.com

John Laurens Wilkes:   jlwilkes@jonesday.com, dkkerr@jonesday.com

Kamilla Mamedova:    kmamedova@jonesday.com

4

Jennifer K. Messina:       jkmessina@jonesday.com

Taylor Freeman:            tfreeman@jonesday.com

Sarah Eve Kader:           skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org

Katherine E. Watanabe: Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov

Amelia M. Gerlicher:       agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com

Lucy Marie Rand:           Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov

Ajmel Quereshi:            aquereshi@npp-aclu.org

Jessica Jansepar Ross      jross@azdisabilitylaw.org

     I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

     N/A

                            /s/ Daniel P. Struck