1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

8

Victor Parsons, *et al.*, on behalf of themselves
and all others similarly situated; and Arizona
Center for Disability Law,

9

Plaintiffs,

10

v.

11

Charles Ryan, Director, Arizona Department
of Corrections; and Richard Pratt, Interim
Division Director, Division of Health Services,
Arizona Department of Corrections, in their
official capacities,

12

13

Defendants.

NO. 2:12-cv-00601-NVW

**ORDER GRANTING**
**DEFENDANTS' MOTION FOR**
**LEAVE TO FILE UNDER SEAL**

14

15

The Court, having reviewed Defendants' Motion for Leave to File Under

Seal, and good cause appearing,

16

17

IT IS ORDERED that the Motion for Leave to File Under Seal is

GRANTED.

18

19

IT IS FURTHER ORDERED directing the Clerk's Office to file under seal

Defendants' Motion for Summary Judgment, Statement of Facts, and corresponding

20

Exhibits.

21

22

23

24

25

26

27

28

2896935.1