IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., <br> Plaintiffs, <br> vs. <br> Charles L. Ryan, et al., <br> Defendants. | No. CV-12-00601-PHX-NVW <br><br> **ORDER** |

The Court has reviewed Plaintiffs' Motion for Reconsideration (Doc. 876). To facilitate the expedited consideration of this motion, Defendants may file a response no later than 5:00 p.m. on Monday May 19, 2014. Plaintiffs may file a reply no later than 5:00 p.m. on Wednesday May 21, 2014.

**IT IS THEREFORE ORDERED** that Defendants may file a response to Plaintiffs' Motion for Reconsideration (Doc. 876) no later than 5:00 p.m. on Monday, May 19, 2014. Plaintiffs may file a reply no later than 5:00 p.m. on Wednesday, May 21, 2014.

Dated this 15th day of May, 2014.

_____
Neil V. Wake
United States District Judge