IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., <br> Plaintiffs, <br> vs. <br> Charles L. Ryan, et al., <br> Defendants. | No. CV-12-00601-PHX-NVW <br><br> **ORDER** |

The Court has reviewed Defendants' Motion for Leave to Exceed Page Limit Re: Defendants' Motion Summary Judgment (Doc. 888), and good cause appearing,

IT IS ORDERED granting Defendants' Motion for Leave to Exceed Page Limit (Doc. 888) and directing the Clerk's Office to accept and file Defendants' lodged proposed Motion for Summary Judgment and Statement of Facts in Support of Motion for Summary Judgment (redacted and unredacted versions).

Dated this 15th day of May, 2014.

_____
Neil V. Wake
United States District Judge