IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having considered the Motion to Seal Motion for Reconsideration and Exhibits A-E, G, and H to the Declaration of Amy Fettig (Doc. 878), Defendants' Motions for Leave to File Under Seal (Docs. 883, 887), and good cause appearing,

IT IS ORDERED that the Motions to Seal (Docs. 878, 883, 887) are granted.

IT IS FURTHER ORDERED directing the Clerk's Office to file the following documents UNDER SEAL:

1. The unredacted version of Plaintiffs' Motion for Reconsideration and Exhibits A-E, G, and H to the Declaration of Amy Fettig;

2. Defendants' Motion to Preclude Plaintiffs' Experts and Exhibits C-D, F-J, L-T, V-X, Z-BB, and DD-JJ thereto; and

/ / /

/ / /

/ / /

/ / /

3. Defendants' Motion for Summary Judgment, the corresponding Statement of Facts, and the attached exhibits thereto, which were submitted non-electronically to the Court.

Dated this 15th day of May, 2014.

_____
Neil V. Wake
United States District Judge