IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has reviewed Defendants' Motion for Leave to Exceed Page Limit Re: Defendants' Motion to Preclude Plaintiffs' Experts (Doc. 881), and good cause appearing,

IT IS ORDERED granting Defendants' Motion for Leave to Exceed Page Limit (Doc. 881) and directing the Clerk's Office to accept and file Defendants' lodged proposed Motion to Preclude Plaintiffs' Experts.

Dated this 16th day of May, 2014.

_____
Neil V. Wake
United States District Judge