**EXHIBIT A**

1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5       kflood@acluaz.org
        jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
   *Dustin Brislan, Sonia Rodriguez, Christina Verduzco,*
8  *Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne*
   *Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson,*
9  *and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*
10
   **[ADDITIONAL COUNSEL LISTED ON**
11  **SIGNATURE PAGE]**

12              UNITED STATES DISTRICT COURT

13                  DISTRICT OF ARIZONA

14  Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriguez; Christina               (MEA)
15  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
16  Hefner; Joshua Polson; and Charlotte Wells, on       **INDIVIDUAL NAMED**
    behalf of themselves and all others similarly        **PLAINTIFFS' THIRD**
17  situated; and Arizona Center for Disability Law,     **SUPPLEMENTAL**
                                                         **DISCLOSURE STATEMENT**
18                  Plaintiffs,

19          v.

20  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
21  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
22  capacities,

23                  Defendants.

24       Pursuant to Fed. R. Civ. P. 26(a)(1), named plaintiffs Victor Parsons; Shawn

25  Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie

26  Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph

27  Hefner; Joshua Polson; Charlotte Wells (collectively, "Prison Plaintiffs"), submit their

28

~~prisoners.  Mr. Ryan is also expected to testify with regard to any other topic for which~~

~~Defendants have identified him as having knowledge.~~

***Individual Plaintiffs' Expert Witnesses***

*The following expert witnesses will testify consistent with the information and opinions set forth in their respective Rule 26 disclosures (including any and all supplemental and rebuttal reports and documents relied on therein):*

17. **Dr. Robert L. Cohen**
    *c/o Jones Day*

18. **Dr. Craig Haney**
    *c/o Jones Day*

19. **Dr. Jay D. Shulman**
    *c/o Jones Day*

20. **Dr. Pablo Stewart**
    *c/o Jones Day*

21. **Eldon Vail**
    *c/o Jones Day*

22. **Dr. Todd Randall Wilcox**
    *c/o Jones Day*

23. **Dr. Brie Williams**
    *c/o Jones Day*

Deposed Witnesses

24. David Robertson, D.O., ADC Medical Program Administrator
    c/o Struck Wieneke & Love, P.L.C.

Dr. Robertson was previously deposed, and plaintiffs may rely on his deposition testimony.  Dr. Robertson is expected to testify regarding ADC's monitoring, supervision, and oversight of medical care provided by Wexford Health and Corizon; the provision of medical care at multiple prisons since his time of employment with ADC; the privatization of health care services, quality assurance and review of health care; Corizon's development of an electronic health records system; and all other topics to which he testified in his deposition. Dr. Robertson is also expected to testify with regard

1

2

3    Dated:  March 28, 2014                          **JONES DAY**

4

5                                          By:   /s/ Caroline Mitchell
                                               Caroline Mitchell (Cal. 143124)*
6                                              David C. Kiernan (Cal. 215335)*
                                               Amir Q. Amiri (Cal. 271224)*
7                                              555 California Street, 26th Floor
                                               San Francisco, California 94104
8                                              Telephone:  (415) 875-5712
                                               Email:    cnmitchell@jonesday.com
9                                                        dkiernan@jonesday.com
                                                         aamiri@jonesday.com
10
                                               *Admitted *pro hac vice*
11
                                               Daniel Pochoda (Bar No. 021979)
12                                             Kelly J. Flood (Bar No. 019772)
                                               James Duff Lyall (Bar No. 330045)*
13                                             **ACLU FOUNDATION OF
                                               ARIZONA**
14                                             3707 North 7th Street, Suite 235
                                               Phoenix, Arizona 85013
15                                             Telephone:  (602) 650-1854
                                               Email:    dpochoda@acluaz.org
16                                                       kflood@acluaz.org
                                                         jlyall@acluaz.org
17
                                               *Admitted pursuant to Ariz. Sup. Ct.
18                                             R. 38(f)

19                                             Donald Specter (Cal. 83925)*
                                               Alison Hardy (Cal. 135966)*
20                                             Sara Norman (Cal. 189536)*
                                               Corene Kendrick (Cal. 226642)*
21                                             **PRISON LAW OFFICE**
                                               1917 Fifth Street
22                                             Berkeley, California 94710
                                               Telephone:  (510) 280-2621
23                                             Email:    dspecter@prisonlaw.com
                                                         ahardy@prisonlaw.com
24                                                       snorman@prisonlaw.com
                                                         ckendrick@prisonlaw.com
25
                                               *Admitted *pro hac vice*
26

27

28

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         keidenbach@perkinscoie.com
         jhgray@perkinscoie.com
         mdumee@perkinscoie.com

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com
         tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:   kmamedova@jonesday.com
         jkmessina@jonesday.com

*Admitted *pro hac vice*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Plaintiffs Shawn Jensen;*
*Stephen Swartz; Dustin Brislan; Sonia*
*Rodriguez; Christina Verduzco; Jackie*
*Thomas; Jeremy Smith; Robert Gamez;*
*Maryanne Chisholm; Desiree Licci; Joseph*
*Hefner; Joshua Polson; and Charlotte*
*Wells, on behalf of themselves and all others*
*similarly situated*

1

2 **CERTIFICATE OF SERVICE**

3 I hereby certify that on March 28, 2014, I e-mailed a copy of the above document

4 to the following parties:

5 Michael E. Gottfried
Katherine E. Watanabe
6 Lucy M. Rand
Assistant Arizona Attorneys General
7 Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
8 Lucy.Rand@azag.gov

9 Daniel P. Struck
Kathleen L. Wieneke
10 Timothy J. Bojanowski
Rachel Love
11 Nicholas D. Acedo
Courtney R. Cloman
12 Ashlee B. Fletcher
Anne M. Orcutt
13 STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
14 kwieneke@swlfirm.com
tbojanowski@swlfirm.com
15 rlove@swlfirm.com
nacedo@swlfirm.com
16 ccloman@swlfirm.com
afletcher@swlfirm.com
17 aorcutt@swlfirm.com

18 *Attorneys for Defendants*

19 Jennifer Alewelt
Asim Varma
20 Sarah Kader
J.J. Rico
21 Cathleen M. Dooley
ARIZONA CENTER FOR DISABILITY LAW
22 jalewelt@azdisabilitylaw.org
avarma@azdisabilitylaw.org
23 skader@azdisabilitylaw.org
jrico@azdisabilitylaw.org
24 cdooley@azdisabilitylaw.org

25 *Attorneys for Plaintiff Arizona Center for Disability Law*

26

27

28 /s/ Tapa Tualaulelei
SFI-854119v3 Tapa Tualaulelei

-4-

**EXHIBIT B**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

---

| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No.  **CV 12-00601-PHX-NVW** |
|---|---|---|
| Plaintiffs, | ) ) | **Phoenix, Arizona**<br>**November 30, 2012**<br>**2:00 p.m.** |
| vs. | ) ) | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

BEFORE:  **THE HONORABLE NEIL V. WAKE**
UNITED STATES DISTRICT JUDGE

(*Scheduling Conference*)

Official Court Reporter:
Laurie A. Adams, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 43
Phoenix, Arizona 85003-2151
(602) 322-7256
Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
 1
      APPEARANCES:
 2
      For the Plaintiffs:
 3
               ACLU - Washington DC
 4             By:  David Cyrus Fathi, Esq.
               915 15th Street NW
 5             7th Floor
               Washington, DC 20005
 6
               PRISON LAW OFFICE
 7             By:  Donald Specter, Esq.
               1917 5th Street
 8             Berkeley, CA 94710
 9             ARIZONA CENTER FOR DISABILITY LAW - PHOENIX
               By:  Jennifer A. Alewelt, Esq.
10             5025 E. Washington Street
               Suite 202
11             Phoenix, AZ 85034
12      For the Defendants:
13             STRUCK WIENEKE & LOVE, PLLC
               By:  Daniel P. Struck, Esq.
14             By:  Timothy J. Bojanowski, Esq.
               3100 W. Ray Road
15             Suite 300
               Chandler, AZ 85226
16
               OFFICE OF THE ARIZONA ATTORNEY GENERAL
17             By:  Michael E. Gottfried, Esq.
               1275 W. Washington Street
18             Phoenix, AZ 85007-2926
19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT

1   Honor.  But one of the most important elements of a prison -- a
2   constitutional prison health care system is its ability to deal
3   with people who have serious chronic illnesses and with regard
4   to mental health prisoners who are seriously mentally ill who
5   are on psychotropic medications.  So our experts need to, in
6   order to be able to make an assessment of that, they do need
7   this information.  And this is the kind of thing that is
8   routinely produced in prison --

9            THE COURT:  Sounds like what you are looking for is
10   basically information at the level of general data, that you
11   don't need each and every prisoner with this condition and
12   their name on that list.

13            MR. FATHI:  Well, Your Honor, it may be possible if we
14   had a random sampling, that might be accurate.  But our experts
15   need to look at the medical records of, for example, 10
16   prisoners with HIV disease.

17            THE COURT:  Great.  You don't need the list of every
18   prisoner for that.

19            MR. FATHI:  Well, that's true, Your Honor.  But we
20   need to generate that sublist in some way that -- in which
21   there's no sampling bias.  And again, I will simply represent
22   to the Court that this is the kind of discovery that we obtain
23   routinely and then the expert, for example, picks every 10th
24   name or has some sort of sampling.

25            THE COURT:  I am concerned with the burden of this, so

**EXHIBIT E**



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

Director:
Donald Specter

Managing Attorney:
Sara Norman

Staff Attorneys:
Rana Anabtawi
Rebekah Evenson
Steven Fama
Warren George
Penny Godbold
Alison Hardy
Corene Kendrick
Kelly Knapp
Millard Murphy
Lynn Wu

VIA EMAIL ONLY

July 11, 2013

Ms. Ashlee Fletcher, Esq.
Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
afletcher@swlfirm.com

> RE: *Parsons v. Ryan*
> Expert tours of Dr. Bobby Cohen, July 15-18, 2013
> ASPC-Lewis and ASPC-Eyman

Dear Ms. Fletcher and Counsel,

I write regarding Dr. Cohen's expert tours next week. He and I will be touring the Lewis and Perryville prisons July 15-16 and July 17-18, respectively. Both tours will last from 8:00 am to 5 p.m. We will report to the administrative/warden's office each morning. Don Specter's June 19, 2013 letter offered an overview of what Dr. Cohen hopes to do on his tours, below more specific detail is outlined below as to how he plans to spend each day.

On the first day at both complexes, Dr. Cohen would like to begin by speaking with the Facility Health Administrator or Medical Director to get an overview of the complex and its various clinical/medical areas. He would like to tour the medical clinic spaces on each unit, the central medical unit, and the pharmacy. He will want to speak to designated clinical staff and someone from the pharmacy. We have previously agreed that a designee from each category of health care staff be available to answer questions. *See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter").

On the first day, while touring, he also wants to have a brief confidential meeting with the named plaintiffs who are housed at the prison. It is acceptable to have these meetings in a confidential room at the plaintiffs' living units, as he wants to see each named plaintiffs' housing unit as well. These interviews with our clients will take no more than ten minutes each.

According to our records and a review of the ADC website, there are three named plaintiffs currently housed at ASPC-Lewis, who he will want to visit and speak to on July 15:
- Joseph Hefner, #203653, Lewis-Eagle Point
- Joshua Polson # 187716, Lewis-Rast
- Stephen Swartz, #102486, Lewis-Rast

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

According to our records and a review of the ADC website, there are four named plaintiffs currently housed at ASPC-Eyman, who he will want to visit and speak to on July 17:

- Dustin Brislan, # 164993, Eyman-SMU I
- Robert Gamez, # 131401, Eyman-Browning
- Jeremy Smith # 129438, Eyman-SMU I
- Jackie Thomas, # 211267, Eyman-SMU I

After his walking tour on the first day at each prison, Dr. Cohen would like to review the medical charts of the named plaintiffs, prisoners who have died in the past 12 months, and the charts of the prisoners listed below. He asks that all charts be available for him on the first day of the tour. Based upon the things found in the record review, he *may* want to speak to 5 or 10 prisoners on the second day. He would pick those prisoners – if any – on the first day of the tour based upon initial chart review, and give those names to staff.

He will spend the majority of the second day of his tours reviewing files, and may have follow up questions regarding individual cases for the medical director, nursing director, or pharmacy director, depending upon what he finds in the prisoners' files.

Lewis Medical Charts to Review July 15-16
Named Plaintiffs
        Hefner, Joseph, #203653
        Polson, Joshua, # 187716
        Swartz, Stephen, #102486

Prisoners Who Have Died in the Past 12 Months
        Allie, John, # 42977
        Anani, Gerald, # 269346
        Atkins, Michael, # 263379
        Brown, Anthony, # 77701
        Guevara, Rafael, # 254097
        Hunt, David, # 109305
        Jones, John, # 54741
        Makal, James, # 27216
        Moulton, Shane, # 112871
        Ruelas, John, # 59693
        Sanchez, Jesus, # 92083
        Sanders, Carroll, # 196447
        Wisto, Donald, # 110526

Class Members
        Arellano, Juan, #261955
        Balderas, Martin, #229508
        Bazzle, Slayton , #262524
        Beck, Fernando , #185354

Brame, Kenneth, #265623
Brown, Robert, #132632
Cardenas, Rafael, #38774
Carrizoza, Nathaniel , #266511
Catha, Jason, #162468
Cazares, Juan, #278581
Chovanec, William , #112558
Clements, Rodney, #156175
Conner, Thomas, #272729
Cornejo, Frank, #210475
Diaz, Brandon, #277539
Dick, Ethan, #252650
Drew, Tommy, #48508
Duarte, Russell, #47604
Ellsworth, Christopher, #206210
Espinoza, Jorge, #271455
Fisher, James, #39189
Fox, Chris, #252596
Gainey, Richard, #130774
Giles, Stephen, #64426
Greene, Robert, #99629
Gross, Keith, #221879
Guy, James, #201358
Hendrix, Aaron, #69143
Hiles, Bart, #145202
Hunt, James, #135376
Isaacs, Mike, #149714
Kelly, John, #55623
Ketcherside, Steven , #41901
Kletschka, Garrett, #169170
Laprada, Gildardo, #76778
McGill, Robert , #52841
McLaughlin, Sean, #92767
Melton, Mehl, #39829
Miles, Lawrence, #46628
Minks, Gene, #93860
Nissely, Patrick, #277002
O'Connor, Dennis, #200033
Ortega, Greg, #125033
Pamias, Eric, #171277
Parsons, Allen, #211737
Perez, Raul, #116316
Poeppe, Kirk, #255681
Quihuis, Robert, #188693
Sampson, Erik, #166989

Silversmith, Keith , #257401
Stone, Spencer, #227146
Valencia, Raymond, #66833
Watson, Charles, #51655
Webb, Nathaniel, #269559
Windom, Anthony, #126561

Eyman Medical Charts to Review July 17-18
Named Plaintiffs
Brislan, Dustin, # 164993
Gamez, Robert, # 131401
Smith, Jeremy # 129438
Thomas, Jackie, # 211267

Prisoners Who Have Died in the Past 12 Months
Anthony, David, #184113
Ben, Timothy, #186585
Billings, Henry, #218617
Broadhead, Scott, #35145
Cornejo, Jesse, #246859
Glassel, Richard, #172967
Gordon, James, #140687
Hausner, Dale, #240702
Henderson, Paul, #247636
Johnson, Richard, #232783
Salazar, Daniel, #129065
Stanley, Milo, #64794
Tamayo, Joaquin, #106163

Class Members
Anderson, Ira, #62997
Arce, Ray, #151480
Ashby, Richard, #117661
Avalos, Martin, #113171
Becker, Harold, #82114
Bedoy, Anthony, #154032
Bryan, Gene, #84522
Celaya, Javier, #238704
Chapman, Michael, #100676
Cicci, Ted, #75006
Cipriano, David, #205397
Clark, Roger, #216517
Cooper, Martin, #40420
Cosentino, George, #167080
Cromwell, Robert, #174456

Cruz, Adrian, #251483
Curry, Timothy, #40574
Dameron, Franklin, #221801
Dawson, Lawrence, #65408
Ferrero, Patrick, #252112
Ficklin, Andrew, #257154
Fimbrez, Ronald, #64722
Gallego, Raymundo, #239067
Goodwin, Linden, #191287
Gullick, Dewey, #166858
Hackman, Daniel, #136624
Hartman, Johann, #252215
Hill, Alvin, #113172
Kelly, Richard, #54855
Lago, Charles, #43498
Lockwood, Daniel, #57874
Lopez, George, #79354
Lopez, Paul, #799774
Lopez, Rudy, #166763
Massey, Craig, #255107
May, Theodore, #228791
Mayhew, Jimmy, #179804
Morgan, Frank, #66223
Munoz, Thomas, #152911
Murdaugh, Michael, #162753
Neenan, Thomas, #173951
Phillips, Ryan, #83646
Powell, Robert, #50575
Racer, Frank, #108121
Ramirez, Angel, #147145
Ramos, Gilbert, #101435
Ramos, Juan, #87193
Rawson, Allen, #22411
Reed, Paul, #105218
Rico, Robert, #192272
Robinson, Robert, #142749
Rooks, Mark, #214472
Roop, Charles, #178255
Roseberry, Homer, #178096
Russell, Brady, #264857
Salinas, David, #78950
Sansing, John, #146991
Scanlon, John, #79984
Schultz, Kevin, #212727
Self, Seth, #205804

Ms. Ashlee Fletcher
July 11, 2013
Page 6

Stein, Harry, #246181
Tranter, Mark, #67216
Trisky, Woody, #165447
Underwood, Gary, #232920
Vickers, Kenneth, #119566
Ward, Billy Ray, #207397
Woofter, Joseph, #67676
Worley, Glenn, #257008

Please let us know immediately if you object to any aspect of the inspections outlined above.

Sincerely yours,

*/s/ Corene Kendrick*

Corene Kendrick

cc:     Counsel of Record
        Dr. Cohen

6

**EXHIBIT K**

**LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT**



## BY EMAIL TRANSMISSION ONLY

July 15, 2013

Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, AZ 85226

> Re:    **Parsons v. Ryan
> Dr. Craig Haney's tours of Florence, Eyman & Perryville**

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC,
PRACTICE LIMITED TO
FEDERAL COURTS

Dear Counsel:

I write regarding Dr. Craig Haney's expert inspection tours of ASPC-Perryville (July 18); ASPC-Florence (July 19 & 22) and ASPC-Eyman (July 23-25). In response to Ms. Fletcher's query, all tours will last from 8 a.m. to 5 p.m.

Dr. Haney would like to visit the following units:

### Perryville

- Lumley Special Management Area
- Lumley Mental Health
- Complex Detention (CDU)
- Any other areas where prisoners are housed on mental health or suicide/mental health watch, or for any other mental health purposes
- Some cells on the units as available
- All recreation areas and program and/or mental health areas on or used by these units

### Florence

- Central Unit, including CB 1, 2, 3, 4, 5 and 7
- Kasson Unit, including Mental Health and Detention
- Any other areas where prisoners are housed on mental health or suicide/mental health watch, or for any other mental health purposes
- Some cells on the units as available
- All recreation areas and program and/or mental health areas on or used by these units

1

#### Eyman

- SMU I, including East, Detention, Protective Custody, and Mental Health Watch
- Browning, Browning BMU and Browning Mental Health
- Any other areas where prisoners are housed on mental health or suicide/mental health watch, or for any other mental health purposes
- Some cells on the units as available
- All recreation areas and program and/or mental health areas on or used by these units

At each complex, he would like to begin the tour with a brief overview/meeting with prison administrative staff.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

At each complex, Dr. Haney may ask for particular photographs to be taken by staff. Dr. Haney will also need to speak with staff from the categories upon which we have agreed:

> Medical and mental health treatment staff
> Custody staff who work in the isolation units
> Administrators (e.g., Warden, Deputy Warden, Major, Captain, shift commander)

*See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter").

Dr. Haney will need to review the health records of the named isolation plaintiffs and interview each named plaintiff in a confidential setting (those individuals are indicated in the appropriate unit below). He may also review other medical records, HNRs, grievances, and incident reports on an as-needed basis.

In all of the units he visits, Dr. Haney will need to talk with prisoners at cell-front, for a few of these individuals, he may ask to conduct additional confidential interviews with them. If this is the case, the Warden will be consulted.

Finally, in addition to random cell-front interviews, Dr. Haney will need to speak with the following prisoners, including the indicated named plaintiffs. These are longer interviews which usually take about 45 minutes to an hour. Aside from the Named Plaintiffs, who must be interviewed, the following list is over-inclusive for some units in order to accommodate fluctuation in population and any security needs raised by the Warden.

2

## CONFIDENTIAL INTERVIEW LIST

### Perryville

- Bianca Marquez, #268664
- Latonya Cain, #172377
- Patricia Chavez, #228178
- Georgia Baker, #187801
- Christina Verduzco, #205576 **(Named Plaintiff)**
- Sonia Rodriguez, #103830 **(Named Plaintiff)**

### Florence

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

- Sergio Andrade, #195824
- Tony Pruit, #175985
- Zachary Macisaac, #252577
- Enrique Garza, #248056
- Jesse Mauricio, #128194
- Robert Dumond, #180847
- Jesse Casas, Jr. #156294
- Jason Jones, #242070

### Eyman

#### *SMU I*
- Robert L. Romero, #81825
- Jeremy Price, #162486
- Geno Chavez, #083831
- Thomas Kane, #060051
- Irving Valenzuela-Tarango, #235722
- David Ybarra, #217383
- Wyman Cleaver, #217536
- Dustin Brislan, #164993 **(Named Plaintiff)**
- Jackie Thomas, 211267 **(Named Plaintiff)**
- Jeremy Smith, #129438 **(Named Plaintiff)**

#### *Browning*
- Rocky J. Collins, #40513
- Alexander Sanchez, #235989
- Eduardo Martinez, #121022
- Deshawn Scott, #146395
- Jesse Wozniak, #129673
- Jonathan Martinez, #211925
- Robert Gamez, #131401 **(Named Plaintiff)**

3

Please let us know immediately if you object to any aspect of the inspections outlined above.

Very truly yours,

Amy Fettig

Cc:     All counsel of record

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

4

**EXHIBIT U**

**LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT**



## BY EMAIL TRANSMISSION ONLY

July 11, 2013

Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, AZ 85226

> **Re:    Parsons v. Ryan
> Dr. Stewart's tours of Florence and Eyman**

Dear Counsel:

I write regarding Dr. Stewart's expert inspection tours of ASPC-Florence (July 15) and ASPC-Eyman (July 16). In response to Ms. Fletcher's query, both tours will last from 8 a.m. to 5 p.m.

Dr. Stewart will need to visit the following units:

### Florence

-Central Unit, including CB 1, 2, 3, and 4
-Kasson Unit, including Mental Health and Detention
-HU 8, Health Unit, and IPC
-Any other areas where prisoners are housed on mental health or suicide watch, or for any other mental health purposes

### Eyman

-SMU I, including East, Detention, Protective Custody, and Mental Health Watch
-Browning BMU and Mental Health
-Meadows CDU
-Housing units where named plaintiffs are housed (Dustin Brislan, 164993; Robert Gamez, 131401; Jackie Thomas, 211267; Jeremy Smith, 129438).
-Any other areas where prisoners are housed on mental health or suicide watch, or for any other mental health purposes

At each complex, Dr. Stewart will need to follow the path of a hypothetical arriving prisoner with mental health needs, through screening, evaluation, referral for medications, follow up care and facilities for "inpatient" level care.

In all of the units he visits, Dr. Stewart will need to talk with prisoners at cellfront, and then conduct additional interviews with some of them in a setting that provides confidentiality. He will need to review the records of the prisoners with whom he speaks.

**AMERICAN CIVIL
LIBERTIES UNION FOUNDATION**

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
*DIRECTOR
ATTORNEY AT LAW**

**NOT ADMITTED IN DC;
PRACTICE LIMITED TO
FEDERAL COURTS*

1

Dr. Stewart will also need to speak with staff from the categories upon which we have agreed:

> Medical and mental health treatment staff
> Custody staff responsible for the day-to-day operation of the isolation units and the mental health units
> Administrators (e.g., Warden, Deputy Warden, Major, Captain, shift commander)

*See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter").

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Dr. Stewart will need to observe the mental health treatment programs described in Defendants' Response to Plaintiff Wells' First Set of Interrogatories. He will need to observe a medication pass in each complex. He may also review HNRs, grievances, and incident reports on an as-needed basis.

Finally, in addition to random cellfront interviews, Dr. Stewart will need to speak with the following prisoners. Except where indicated, he will begin with a cellfront interview, but may then need to speak with the prisoner in a confidential setting.

### Florence

Sergio Andrade, 195824

Kevin Lewis, 242755

Kemp Horton, 202496

Zachary MacIsaac, 252577

Enrique Garza, 248056

Jack McGee, 220171

Francisco Rodriguez, 183772

Richard Hawkins, 177732

Jose Lomeli, 161242

Robert Lamb, 254990

## Eyman

Russell Theodore, 076504

Bernard Allen, 141779

Daniel Granado, 266463

Stephen Findura, 165050

William Evans, 213432

Robert Fleming, 090689

Billy Ray Ward, 207397

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Kendall Pearson, 246092

Daniel Hall, 277556

Ray Arce, 151480

Bernabe Jimenez, 253455

Matthew McCoy, 269555

Terry Zogg, 263409

Royal Sanchez, 049686

Dustin Brislan, 164993 **(confidential interview)**

Robert Gamez, 131401 **(confidential interview)**

Jackie Thomas, 211267 **(confidential interview)**

Jeremy Smith, 129438 **(confidential interview)**

It is acceptable to hold the interviews with the named plaintiffs in a confidential room at the plaintiffs' living units, as Dr. Stewart needs to see each plaintiff's housing unit as well.

Please let us know immediately if you object to any aspect of the inspections outlined above.

Very truly yours,

David C. Fathi

Cc:    All counsel of record

3

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



## BY EMAIL TRANSMISSION ONLY

July 16, 2013

Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, AZ 85226

> **Re:  Parsons v. Ryan**
> **Dr. Stewart's tours of Perryville and Phoenix**

Dear Counsel:

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC;
PRACTICE LIMITED TO
FEDERAL COURTS

I write regarding Dr. Stewart's expert inspection tours of ASPC-Perryville
(July 18) and ASPC-Phoenix (July 19). In response to Ms. Fletcher's query,
both tours will last from 8 a.m. to 5 p.m.

Dr. Stewart will need to visit the following units:

### Perryville

-Women's Treatment Unit
-Lumley Unit, including Special Management Area
-CDU
-Lumley Mental Health/Watch
-Reception and Assessment
-Minors
-Santa Maria Medical
-Housing units where named plaintiffs are housed (Maryanne Chisholm,
200825; Sonia Rodriguez, 103830; Christina Verduzco, 205576)
-Exercise areas
-Any other areas where prisoners are housed on mental health or suicide watch,
or for any other mental health purposes

### Phoenix

-All units and areas

At each complex, Dr. Stewart will need to follow the path of a hypothetical
arriving prisoner with mental health needs, through screening, evaluation,
referral for medications, follow up care and facilities for "inpatient" level care.

In all of the units he visits, Dr. Stewart will need to talk with prisoners at
cellfront, and then conduct additional interviews with some of them in a setting

1

that provides confidentiality. He will need to review the records of the prisoners with whom he speaks, in an area that provides auditory privacy.

Dr. Stewart will also need to speak with staff from the categories upon which we have agreed:

> Medical and mental health treatment staff
> Custody staff responsible for the day-to-day operation of the isolation units and the mental health units
> Administrators (e.g., Warden, Deputy Warden, Major, Captain, shift commander)

*See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter").

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Dr. Stewart will need to observe the mental health treatment programs described in Defendants' Response to Plaintiff Wells' First Set of Interrogatories. He will need to observe a medication pass in each complex. He will need to observe a telemedicine psychiatry session at these facilities, and all other facilities that use telemedicine for psychiatry. He may also review HNRs, grievances, and incident reports on an as-needed basis.

Finally, in addition to cellfront interviews, Dr. Stewart will need to speak with the following prisoners. Except where indicated, he will begin with a cellfront interview, but may then need to speak with the prisoner in a confidential setting.

### Perryville

Nicole Antone, 229258
Margaret Ihms, 233157
Lisa Cuccia, 196806
Virginia Anderson, 265961
Sandrica Curley, 248596
Belyndria Tsosie, 195730
Vanessa Griego, 187427
Bianca Marquez, 268664
Eileen Vasquez, 272404
Heather Self, 231185
Jennifer Wheeler, 228570
Jessica Provence, 272007
Jennifer Fugere, 242527
Chrystal Cunningham, 224317
Cheri Hill, 274563
**Sonia Rodriguez, 103830 (private interview)**

2

**Christina Verduzco, 205576 (private interview)**
**Maryanne Chisholm, 200825 (private interview)**

It is acceptable to hold the interviews with the named plaintiffs in a
confidential room at the plaintiffs' living units, as Dr. Stewart needs to see
each plaintiff's housing unit as well.

**Phoenix**

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Jeffrey Mollett, 117950
Andrew Fancy, 262420
Kristopher Kimmerling, 154443
Richard Gregg, 229861
Adam Osorio, 147521
Miguel Coronado, 113546
William Mauro, 050082
Ariel Contreras, 102282
Scott Spellman, 172107
Richard Green, 116948
Alonzo Martinez, 266305
Edward Sanders, 146306
Jason Reams, 281096
Antonio Rocha-Herrera, 200430
Evan Powazek, 267769
Merle Zeena, 169978
Joshua Deroche, 147875
Jesse Soto, 107744
Sheldon Smith, 267581
Ralph Granada, 058953
Carol Woods, 151790
Trina Hurt, 236244
Lisa Long, 264410
Tamaria Gammage, 258093

Please let us know immediately if you object to any aspect of the inspections
outlined above.

Very truly yours,

David C. Fathi

Cc:    All counsel of record

3

**LEGAL DEPARTMENT**
**NATIONAL PRISON**
**PROJECT**



## BY EMAIL TRANSMISSION ONLY

July 18, 2013

Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, AZ 85226

> Re:   **Parsons v. Ryan**
> **Dr. Stewart's tours of Lewis and Yuma**

Dear Counsel:

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC.
PRACTICE LIMITED TO
FEDERAL COURTS

I write regarding Dr. Stewart's expert inspection tours of ASPC-Lewis (July
22) and ASPC-Yuma (July 23). In response to Ms. Fletcher's query, both
tours will last from 8 a.m. to 5 p.m.

Dr. Stewart will need to visit the following units:

### Lewis

-Rast Max
-Rast Close
-Health Unit
-Stiner, Morey, and Bachman Detention
-Housing units where named plaintiffs are housed (Joshua Polson, 187716, and
Stephen Swartz, 102486)
-Exercise areas
-Any other areas where prisoners are housed on mental health or suicide watch,
or for any other mental health purposes

### Yuma

-Dakota Close
-Dakota Detention
-Yuma CDU
-Exercise areas
-Any other areas where prisoners are housed on mental health or suicide watch,
or for any other mental health purposes

At each complex, Dr. Stewart will need to follow the path of a hypothetical
arriving prisoner with mental health needs, through screening, evaluation,
referral for medications, follow up care and facilities for "inpatient" level care.

1

In all of the units he visits, Dr. Stewart will need to talk with prisoners at cellfront, and then conduct additional interviews with some of them in a setting that provides confidentiality. He will need to review the records of the prisoners with whom he speaks. He will need to do this in an area that provides auditory privacy – that is, an area in which his conversation with plaintiffs' counsel cannot be overheard by others in the room.

Dr. Stewart will also need to speak with staff from the categories upon which we have agreed:

> Medical and mental health treatment staff
> Custody staff responsible for the day-to-day operation of the isolation units and the mental health units
> Administrators (e.g., Warden, Deputy Warden, Major, Captain, shift commander)

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

*See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter").

Dr. Stewart will need to observe the mental health treatment programs described in Defendants' Response to Plaintiff Wells' First Set of Interrogatories. He will need to observe a medication pass in each complex. He will need to observe a telemedicine psychiatry session at these facilities, and all other facilities that use telemedicine for psychiatry. He may also review HNRs, grievances, and incident reports on an as-needed basis.

Finally, in addition to cellfront interviews, Dr. Stewart will need to speak with the following prisoners. Except where indicated, he will begin with a cellfront interview, but may then need to speak with the prisoner in a confidential setting.

### Lewis

Steven Beaver, 146308
Leonel Bustamante, 176919
Arthur Carroll, 89986
Raymond Castillo, 228190
Kenneth Clark, 188811
Kenneth Dean, 116068
Galo Diaz, 224981
Zachary Erickson, 245919
Ruben Garcia, 114144
Jeremy Hernandez, 274142
Marvin Hicks, 108037
Steven Ketcherside, 041901

2

Michael Kiel, 166428
Brein Mandeville, 244685
Steven Mattox, 191759
Jeremy McKinley, 176058
Richard Meeker, 103377
Cody Mitchell, 247483
Victor Molina, 197888
Kelly Monroe, 277412
Joseph Munoz, 202578
Dion Narcho, 149394
Ruben Olivas, 080787
Kenny Parker, 186363
**Joshua Polson, 187716 (private interview)**
Ian Scully, 248859
Leonard Solano, 051750
**Stephen Swartz, 102486 (private interview)**
Cezar Villela, 226841
Wilbert Washington, 177369
Emery White, 165183

It is acceptable to hold the interviews with the named plaintiffs in a
confidential room at the plaintiffs' living units, as Dr. Stewart needs to see
each plaintiff's housing unit as well.

### Yuma

David Armijo, 232724
James Bennett, 237279
Michael Bernhardt, 269415
William Bianco, 197299
Michael Bledsoe, 250167
Ryan Busby, 133620
Luis Chao, 276142
Leroy Clark, 246684
Daniel DeLeon, 189733
Michael Dozier, 65384
Thomas Finn, 63653
Carl Fishman, 165808
Michael Goble, 216922
John Hannon, 266995
Rusty Hubbard, 278851
Robert Inigo, 083735
Charles Lejander, 206688
Jason Lewis, 189264
Miguel Lopez, 246307
Jocob McKelvey, 75091

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

3

Kenneth Moore, 174373
Dennis O'Connor, 200033
Stephen Samochi, 168305
James Saunders, 102127
Robert Smith, 241187
Timothy Smith, 049682

Please let us know immediately if you object to any aspect of the inspections outlined above.

Very truly yours,

David C. Fathi

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Cc:    All counsel of record

4

# EXHIBIT Y

**LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT**



## BY EMAIL TRANSMISSION ONLY

July 16, 2013

Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, AZ 85226

> Re: **Parsons v. Ryan**
> **Eldon Vail's tours of Florence, Eyman & Perryville**

Dear Counsel:

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
*DIRECTOR*
*ATTORNEY AT LAW*

*NOT ADMITTED IN DC;
PRACTICE LIMITED TO
FEDERAL COURTS*

I write regarding Eldon Vail's expert inspection tours of ASPC-Perryville (July 29); ASPC-Florence (July 30-31) and ASPC-Eyman (August 1-2). In response to Ms. Fletcher's query, all tours will last from 8 a.m. to 5 p.m.

Mr. Vail would like to visit the following units:

### Perryville

- Lumley Special Management Area
- Lumley Mental Health
- Complex Detention (CDU)
- Any other areas where prisoners are housed on mental health or suicide/mental health watch, or for any other mental health purposes
- Some cells on the units as available
- All recreation areas and program and/or mental health areas on or used by these units

### Florence

- Central Unit, including CB 1, 2, 3, 4, 5 and 7
- Kasson Unit, including Mental Health and Detention
- Any other areas where prisoners are housed on mental health or suicide/mental health watch, or for any other mental health purposes
- Some cells on the units as available
- All recreation areas and program and/or mental health areas on or used by these units

### Eyman

- SMU I, including East, Detention, Protective Custody, and Mental Health Watch

1

- Browning, Browning BMU and Browning Mental Health
- Any other areas where prisoners are housed on mental health or suicide/mental health watch, or for any other mental health purposes
- Some cells on the units as available
- All recreation areas and program and/or mental health areas on or used by these units

At each complex, he would like to begin the tour with a brief overview/meeting with prison administrative staff.

At each complex, Mr. Vail may ask for particular photographs to be taken by staff. Mr. Vail will also need to speak with staff from the categories upon which we have agreed:

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

- Officials who do the classification into and out of the isolation units
- Custody staff who work in the isolation units
- Mental health staff who work in the isolation units
- Administrators (e.g., Warden, Deputy Warden, Major, Captain, shift commander)
- Caseworkers or counselors who work with prisoners in the isolation units

*See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter"). In particular, once he is at a housing unit, Mr. Vail will need to speak with the Sergeant or lead officer of each unit for a brief overview of about 10-15 minutes. He may also wish to speak with other custody and mental health staff and caseworkers/counselors.

Mr. Vail will need to review unit logs in each of the housing units. He may also review
grievances and incident reports and restraint/use of force documentation, and individual case files on an as-needed basis.

During his tours of each housing unit he will walk the tiers and conduct brief, cell-front interviews, for a few of these individuals, he may ask to conduct additional confidential interviews with them. If this is the case, the Warden will be consulted.

Finally, in addition to random cell-front interviews, Mr. Vail will need to speak with about 6-10 prisoners from each housing unit in a confidential setting. These interviews generally take about 15-20 minutes from start to finish, although the logistics of moving prisoners back and forth in these units does

2

take some time. Mr. Vail will include in these interviews, any Named
Plaintiffs who live on the units.

Aside from the Named Plaintiffs, who must be interviewed, the following list
is over-inclusive in order to accommodate fluctuation in population and any
security needs raised by the Warden. Please note that we have identified
housing unit based on the most recent rosters we received in discovery but
these are necessarily some weeks old.

## CONFIDENTIAL INTERVIEW LIST

### Perryville

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

- Christina Verduzco, #205576 **(Named Plaintiff)**
- Sonia Rodriguez, #103830 **(Named Plaintiff)**
- Heather M. Self, #231185
- Elisa Fimbres, #257742
- Andrea L. Russo, #207801
- Shacoia D. Mitchell, #266314
- Melissa M. Wakeman, #271682
- Chrystal M. Cunningham, #224317

### Florence

- Andrew E. Rumic, #263189 (Florence-Central)
- Andrew Robins, #248144 (Florence-Central)
- Javier Zambrano, #226439 (Florence-Central)
- Matthew Manzanedo, #079369 (Florence-Central)
- Ahmad Qadir, #089104 (Florence-Central)
- Tyson McDaniel, #115043 (Florence-Central)
- Adrian E. Cervantez, #133421 (Florence-Central)
- Adrien J. Espinoza, #212698 (CB1 – MH)
- David A. Washington, #188960 (CB1 – MH)
- Gustavo Lafarg, #161553 (Kasson MH)
- Timothy M. Stephenson, #201751 (Kasson MH)
- Jack D. McGee, #220171 (Kasson MH)
- Angel B. Morales, #234567 (Kasson MH)
- Michael C. Walliser, #181344 (Max Phase)
- Mike Archibeque, #092371 (Max Phase)
- Thaddeus Beasley, #111724 (Max Phase)
- Adrian E. Cervantez, #133421(Max Phase)

### Eyman

*SMU I*
- Scott W. Marcel, #252031 (SMU)

3

- Raymundo Morin, #130151 (SMU)
- David H. Ybarra, #217383 (SMU)
- Andrew T. Cushman, #247824 (SMU East)
- Jovon Harris, #123545 (SMU East)
- Thomas P. Kane, #060051 (SMU East)
- Luis M. Saucedo, #170180 (SMU East)
- Geno Chavez, #083831 (SMU PC)
- Patrick Logan, #177604 (SMU PC)
- Michael Ortega, #240365 (SMU PC)
- Dustin Brislan, 164993 **(Named Plaintiff) (SMU PC)**
- Jackie Thomas, 211267 **(Named Plaintiff) (SMU East)**
- Jeremy Smith, 129438 **(Named Plaintiff) (SMU)**

### *Browning*

- Stanley G. Calvin, #190485 (Browning)
- Jahmari Manuel, #078985 (Browning)
- Ronald Jacobs, #093371 (Browning)
- Ronnie Joseph, #47079 (Browning)
- Marcus Davis, #165060 (Browning)
- Robert Osorio, #108309 (Browning BMU)
- Yak Yak, #181109 (Browning BMU)
- Brandon Jones, #270713 (Browning MH)
- Eduardo Martinez, #121022 (Browning MH)
- Deshawn Scott, #146395 (Browning MH)
- Robert Gamez, 131401 **(Named Plaintiff) (Browning)**

Please let us know immediately if you object to any aspect of the inspections outlined above.

Very truly yours,

Amy Fettig

Cc: All counsel of record

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

4

**EXHIBIT CC**



PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Rebekah Evenson
Steven Fama
Warren George
Penny Godbold
Alison Hardy
Corene Kendrick
Kelly Knapp
Millard Murphy
Lynn Wu

VIA EMAIL ONLY

July 20, 2013

Ms. Ashlee Fletcher, Esq.
Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
afletcher@swlfirm.com

> RE:   *Parsons v. Ryan*
> Expert tours of Dr. Todd Wilcox, July 29-Aug. 2, 2013
> ASPC-Phoenix, ASPC-Perryville, ASPC-Yuma

Dear Ms. Fletcher and Counsel,

I write regarding Dr. Wilcox's upcoming expert tours. He and attorney Sara Norman will be touring the Phoenix, Perryville, and Yuma prisons July 29, July 30-31, and Aug. 1-2, respectively. All tours will last from 8:00 am to 5 p.m. Ms. Norman and Dr. Wilcox will report to the administrative/ warden's office each morning. Don Specter's June 19, 2013 letter offered an overview of what the medical experts planned to do on his tours, below more specific detail is outlined below as to how he plans to spend each day. These tours will follow a similar structure as those of Dr. Cohen at Lewis and Eyman prisons last week, except at Phoenix it will be compressed into one day.

Dr. Wilcox would like to begin by speaking with the Facility Health Administrator or Medical Director to get an overview of the complex and its various clinical/medical areas. He would like to tour the medical clinic spaces on each unit, the central medical unit and infirmary, and the pharmacy. He will want to speak to designated clinical staff and someone from the pharmacy. We have previously agreed that a designee from each category of health care staff be available to answer questions. *See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter").

Dr. Wilcox will also want to see housing units while touring all prison facilities, and be able to speak confidentially cell-front to random prisoners. He also wants to have a brief confidential meeting with any named plaintiffs. It is acceptable to have these meetings in a confidential room at the plaintiffs' living units, as he wants to see each named plaintiffs' housing unit as well. These interviews with our clients will take no more than ten minutes each.

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

There is one named plaintiff currently housed at ASPC-Phoenix, who he will want to visit and speak to on July 29:

- Dustin Brislan, # 164993, Phoenix-Flamenco

There are five named plaintiffs currently housed at ASPC-Perryville, who he will want to visit and speak to on July 30:

- Chisholm, Maryanne, #200825, Perryville-Santa Cruz
- Licci, Desiree, #150051, Perryville-Santa Cruz
- Rodriguez, Sonia, #103830, Perryville-Lumley
- Verduzco, Christina, #205776, Perryville-Lumley
- Wells, Charlotte, #247188, Perryville-Santa Pedro

After his walking tour on the first day at each prison, Dr. Wilcox would like to review the medical charts of the prisoners listed below. He asks that all charts be available for him on the first day of the tour. Similar to Dr. Cohen's tour, he may request that he be provided the charts of some of the individuals he speaks to while touring the living units in the morning.

When he is at Perryville, Dr. Wilcox would like to review the medical files of all pregnant prisoners. **However, we were unable to identify these prisoners by name because the Monitored Conditions Report dated 3/12/13 produced to Plaintiffs (ADC095053-95081) lists no pregnant prisoners. We request that he be provided the names and medical files of all pregnant women.**

Based upon the things found in the record review at Perryville and Yuma, he *may* want to speak to a few prisoners on the second day. He would pick those prisoners – if any – on the first day of the tour based upon initial chart review, and give those names to staff. He will spend the majority of the second day of his tours at Perryville and Yuma reviewing files and visiting any areas where he was unable to go on the first day, and may have follow up questions regarding individual cases for the medical director, nursing director, or pharmacy director, depending upon what he finds in the prisoners' files.

Phoenix Medical Charts to Review July 29
Named Plaintiffs
    Brislan, Dustin, # 164993

Prisoners Who Have Died in the Past 12 Months
    Dawson, Charles, 67938
    Delgado, Sotero, 273820
    Lindstrom, Galen, 75515

Class Members
    Anthony, Craig, 191987
    Begay, Servier, 244783
    Binford, Gregory, 34420
    Crowe, Joseph, 45049
    Griffin, John, 85110

Haddix, Kevin, 210393
Hall, Gary, 207113
Harwood, Nicholas, 274595
Houston, Nemehiah, 240866
Jackson, Robert , 41878
Johnson, Ernest, 253486
Ker, Aaron, 272203
Leonard, Kevin, 117564
Madrigal, Joey, 195130
McCarthy, Daniel, 117872
Peters, Dexter, 63009
Raum, Kenneth, 258163
Robinson, Ricky, 101690
Stovall, Robbie, 214857
Tacho, Mike, 034680
Urbanski, Thomas, 120003
Williams, Alfred, 147347
Zander, Theodore, 110280

Perryville Medical Charts to Review July 30-31
Named Plaintiffs
Chisholm, Maryanne, #200825
Licci, Desiree, #150051
Rodriguez, Sonia, #103830
Verduzco, Christina, #205776
Wells, Charlotte, #247188

Prisoners Who Have Died in the Past 12 Months
Arguello, Dixie, 269814
Black, Christina, 145562
Hodges, Rose, 113364

Class Members
All pregnant prisoners (see page 2) and

Abellido, Marie, 257565
Almendariz, Lisa, 83486
Beach, Denise, 281295
Boebert, Gina, 207498
Ceballos, Stephanie, 231176
Clarine, Regan, 276836
Dorsey, Jo, 151971
Felix, Keyna, 267020
Ford, Lauren, 279516
Garcia, Kristina, 280200

3

Garcia-Diaz, Sonia, 152023
Giliams, Shreika, 277133
Haley, Catherine, 257224
Harris, DeeDee, 279758
Heffner, Kerry, 254775
Huffman, Cathy, 261785
Hughes, Betty, 279729
Johnson, Gina, 263915
Katrini, Elizabeth, 157896
Keuper, Terry, 108144
Lewis, Stephanie, 192970
Luna, Luciana, 251575
Macias, Eva, 252347
MacLean, Desiree, 278073
Marshall, Amy , 223657
Martinez, Lorraine, 193697
Mendoza, Erin, 265205
Mendoza, Sabrina, 144986
Miller, Kathryn, 277505
Moncy, Crystal, 266183
Moore, Yanita, 182125
Moreno, Mary, 242769
Morrison, Brenda, 276003
Nareau, Tanya, 260586
Neff, Mary, 264927
Patterson, Laura, 237901
Porter, Danette, 255037
Ramirez, Rachel, 122063
Rohde, Shanna, 223109
Saari, Catherine, 194624
Sansing, Kara, 147205
Thorne, Jennifer, 164150
Trevino, Rosalva, 252096
Trotter, Rebecca, 86610
Troy, Delma, 226501
Voigt, Gail, 72598
Waskom, Nicole, 228495
Widder, Noelle, 174356

Yuma Medical Charts to Review August 1-2
Prisoners Who Have Died in the Past 12 Months
       Pate, Kevin, 91377
       Robertson, Darrell, 258053
       Valenzuela, David, 63167
       Virgil, Cipriano, 107377

Class Members

Aguilar, Eliseo, 81409
Allphin, Daniel, 212546
Anderson, Brandon, 272110
Beverett, Amos, 160103
Brodowski, Dominic, 27566
Brooks, Victor, 255790
Byrd, Edward, 62652
Cheeks, Corey, 73220
Cochran, Matthew, 277712
Cooley, Jeffrey, 198790
Davison, Ronald, 81813
Devine, Robert, 138222
Diaz, Henry, 49236
Dobler, Brian, 195750
Figueroa, Jesse, 45460
Fry, Arthur, 26604
Griffen, Kenneth, 189368
Haws, Allen, 198857
Hernandez-Aguilar, Ricky, 156468
Howard, Johnny, 74699
Jones, Dwayne, 207062
Juarez, Benito, 258676
Lanza, Mark, 240868
Leslie, Douglas, 251101
Lugo, Marcos, 172751
Mason, Anthony, 46632
May, Robert, 281073
McSpadden, Matthew, 272623
Mided, Matt, 153128
Moorman, Melvin, 166496
Moritz, Donald, 236561
Neal, Rueben, 265762
Noriega, Gilbert, 52155
Pereyda, Dosie, 278635
Reed, Ahmad, 172685
Rogers, David, 113699
Smith, Micah, 247414
Tibbets, David, 74387
Velasquez, Mike, 173685
Verduzco, Baldomero, 75446
Williams, Jason, 239308
Williams, Jeffrey, 268772
Woods, Raymond, 58068

Ms. Ashlee Fletcher
July 11, 2013
Page 6

Please let Sara Norman know immediately if you object to any aspect of the inspections outlined above.

Sincerely yours,

*/s/ Corene Kendrick*

Corene Kendrick, Staff Attorney

cc:   Counsel of Record
      Dr. Wilcox

6



PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Rebekah Evenson
Steven Fama
Warren George
Penny Godbold
Alison Hardy
Corene Kendrick
Kelly Knapp
Millard Murphy
Lynn Wu

VIA EMAIL ONLY

August 6, 2013

Ms. Ashlee Fletcher, Esq.
Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
afletcher@swlfirm.com

> RE:   *Parsons v. Ryan*
> Expert tours of Dr. Todd Wilcox, August 12-14, 2013
> ASPC-Florence and ASPC-Winslow

Dear Ms. Fletcher and Counsel,

I write regarding Dr. Wilcox's upcoming expert tours. He and attorney Don Specter will be touring Florence and Winslow prisons Aug. 12-13 and Aug. 14, respectively. All tours will last from 8:00 am to 5 p.m. Mr. Specter and Dr. Wilcox will report to the administrative/ warden's office each morning. Don Specter's June 19, 2013 letter offered an overview of what the medical experts planned to do on their tours. They tours will follow a similar structure as those of Dr. Cohen at Lewis and Eyman prisons, and Dr. Wilcox's tours last week, except at Winslow it will be compressed into one day.

Dr. Wilcox would like to begin by speaking with the institution's Facility Health Administrator or Medical Director to get an overview of the complex and its various clinical/medical areas. He would like to tour the medical clinic spaces on each unit, the central medical unit and infirmary, and the pharmacy. He will want to speak to designated clinical staff and someone from the pharmacy. We have previously agreed that a designee from each category of health care staff be available to answer questions. *See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter").

Dr. Wilcox will also want to see housing units while touring both prison facilities, and be able to speak confidentially cell-front to random prisoners.

After his walking tour, Dr. Wilcox would like to review the medical charts of the prisoners listed below. He asks that all charts be available for him on the first day of the tour. Similar to prior tours, he may request that he be provided the charts of some of the individuals he speaks to while touring the living units in the morning.

When he is at Florence, Dr. Wilcox would like to review the medical files of all dialysis patients housed there. **However, we were unable to identify these prisoners by name because the Monitored**

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Ms. Ashlee Fletcher
August 6, 2013
Page 2

**Conditions Report dated 3/12/13 produced to Plaintiffs (ADC095053-95081) does not track prisoners on dialysis. We request that we be provided the names of all patients housed at Florence who receive dialysis so Dr. Wilcox can select medical files to review.**

Based upon his record review at Florence, he may want to speak to a few prisoners on the second day. He will spend the majority of the second day of his tour at Florence reviewing files and visiting any areas where he was unable to go on the first day, and may have follow up questions regarding individual cases for the medical director, nursing director, or pharmacy director, depending upon what he finds in the prisoners' files.

Florence Medical Charts to Review Aug. 12-13
Prisoners Who Have Died in the Past 12 Months
    Alvarez, Augustine, #85367
    Brown, Frank, #149637
    Church, Gary, # 39345
    Cook, Alan, # 155358
    Crockett, Bobby, # 133681
    Davidson, Vernon, # 127734
    Dixon, Gary, # 106531
    Hanan, Monty, # 136053
    Horton, William, # 62422
    Jimenez, Alberto, # 138779
    Lopez, Johnny, # 79275
    Malone, George, # 86899
    Martinez, Anthony, # 85596
    Martinez, Nicholas, #171587
    Mihalec, John, # 104669
    Moss, Robert #102474
    Ray, John, # 118850
    Smith, James, # 116912
    Smith, Ronald, # 92788

Class Members

    Files selected from requested list of prisoners receiving dialysis

    Addis, Gary, #246793
    Akridge, Rodney, #84478
    Alvarado-Montez, George, #241621
    Aranda, Guadalupe, #113047
    Betterton, Trenton, #277788
    Chavez, Marco, #187239
    Cheser, Joseph, #158106
    Chumbler, Jason, #213303
    Cordova, Gilbert, #173352

Coronado, Pete, #33329
Cruz, Hipolito, #175323
Delgado, Phillip, #74329
Dose, Anthony, #197106
Everley, Chris, #203114
Faulkner, Donald, #252682
Feltner, Richard, #91975
Gutierrez, Manuelito, #139928
Haley, James, #75188
Hampton, Darryl, #225275
Harris, John, #177765
Harrison, Charles, #82360
Hernandez, Ricardo, #35326
Hildenbrand, Richard, #140990
Hitchcock, James, #177921
Homer, Kevin, #180025
Jenkins, Christopher, #118514
Johnson, Richard, #81442
Jordan, Walter, #78789
Koehler, William, #165210
Korte, Damon, #213356
Leon, Miguel, #201494
Lopez, Bruno, #31390
Martin, David, #217317
Martinez, Salvador, #208833
Maxwell, Christopher, #158586
Montoya, Joshua, #208217
Mushatt, Dythanyl, #186772
Nava, Conrad, #192735
Nez, Frankie, # 257870
Pearson, Matthew, #199279
Pemberton, Joseph, #83807
Perkins, Michael, #269919
Porter, Christopher, #128972
Puckett, Ricky, #129580
Ree, John, #172999
Rios, Federico, #199480
Robinson, Elvia, #52352
Sanchez-Perez, Jorge, #235024
Shelley, William, #259371
Skaggs, Gary, #216765
Smith, Gary, #267300
Southworth, Shawn, #257109
Steah, Kee, #200537
Stewart, Ramon, #208756

Ms. Ashlee Fletcher
August 6, 2013
Page 4

Stoeckel, Loren, #261727
Terry, Jamie, #268085
Williams, Berry, #267365

Winslow Medical Charts to Review Aug. 14
Prisoners Who Have Died in the Past 12 Months
Ferns, Rowdy, # 143370

Class Members
Anyan, Raymond, #144998
Arrieta, Daniel, #213487
Calhoun, John, #50600
Catalan-Herrera, Jesus, #228670
Corona, Hipolito, #175323
Curley, Herman, #46938
Dorman, Jeff, #275874
Estillore, Shane, #169466
Felix-Pinzon, Efren, #242738
Garcia, Arnold, #273715
Gastelum, Jeff, #85013
Goad, Robert, #67001
Jewitt, Jack, #106380
Khoury, Monier, #236429
Lucero, Luis, #169986
Mason, Justin, #205452
Medina-Moreno, Jesus, #212283
Ortega, David, #139367
Perondi, Angelo, #140844
Ramirez, Juan, #171942
Roby, Elmo, #278727
Ruiz, Jimmy, #246829
Shepherd, Demitiri, #271352
Stonecipher, Curtis, #128431
Vasquez-Remigio, Ivan, #254787

Please let me or Mr. Specter know immediately if you object to any aspect of the tour outlined above.

Sincerely yours,

/s/ Corene Kendrick

Corene Kendrick, Staff Attorney

cc:    Counsel of Record
       Dr. Wilcox

4



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Rebekah Evenson
Steven Fama
Warren George
Penny Godbold
Alison Hardy
Corene Kendrick
Kelly Knapp
Millard Murphy
Lynn Wu

VIA EMAIL ONLY

October 4, 2013

Ms. Ashlee Fletcher, Esq.
Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
afletcher@swlfirm.com

> RE:   *Parsons v. Ryan*
>        Dr. Wilcox's tours, Oct. 15-16, 2013 (Florence) and Oct. 24-25, 2013 (Tucson)

Dear Ms. Fletcher,

I write in response to your October 3 letter regarding Dr. Wilcox's expert tours. As the parties agreed, he will tour the first day of these tours from 9 am to 5 pm, and the second day from 9 am to 1 pm.

He and attorney Warren George will tour Florence Oct. 15 and 16, 2013. Mr. George and Dr. Wilcox will report to the administrative/ warden's office each morning. We previously provided you a list of files that Dr. Wilcox wanted to review prior to the cancelled August tour of Florence. We checked that list against the ADC Inmate Locator website, since many of the prisoners have moved, and a revised list is attached. See Attachment A.

With regard to the Tucson tour, Dr. Wilcox will be accompanied by attorney Don Specter. Again, they will report to the administrative/ warden's office each morning. The list of Tucson files requested for inspection in Plaintiff Licci's First Request for Production of Documents were the prisoners' files that he wanted to review. We checked that list against the Inmate Locator, found that many of the prisoners had moved, and revised it. See Attachment B.

If you need any sort of gate clearance information for Mr. George, Mr. Specter, or Dr. Wilcox, please let me know.

Don Specter's June 19, 2013 letter offered an overview of what the medical experts planned to do on their tours. Dr. Wilcox would like to tour the medical clinic spaces on each unit. He will want to speak to designated clinical staff. We have previously agreed that a designee from each category of health care staff be available to answer questions. *See* April 15,

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter"). Dr. Wilcox will also want to see housing units while touring both prison facilities, and be able to speak confidentially to selected prisoners he may encounter, as well as the following prisoners:

Prisoners to Interview at Florence (listed by housing unit, if known)

Jonathan Bertanelli, #47835, Central Unit
George Rodriguez, #163888, Central Unit
Benny Roseland, #124449, Central Unit
Shawn Smith, # 259884, Central Unit
Loren Stoeckel, #261727, Central Unit

Paul Gargano, #243812, East Unit

Miguel Leon, # 201494, North Unit
Christopher Maxwell, #158486, North Unit

Flavio Rosales, # 233810, South Unit

Darryl Hampton, #225275, unit unknown

Prisoners to Interview at Tucson (listed by housing unit, if known)

James Slovekosky, #122147, Cimarron Unit

Jimmie Charlie, #49134, Health Unit
Ruben Hernandez, #217451, Health Unit
Adrian Zamora, #226075, Health Unit

Michael Cook, # 71546, Manzanita Unit
Shawn Jensen, # 32465, Manzanita Unit (Named Plaintiff)

Pedro Avila, # 47094, Rincon Unit

Ralph Hawthorne, #143402, Special Needs Unit
Thomas Vogt, #29337, Special Needs Unit

Shawn Hillard, #112970, unit unknown

Ms. Ashlee Fletcher
October 4, 2013
Page 3

Dr. Wilcox asks that all charts be available for him on the first day of the tour. Similar to prior tours, he may request that he be provided the charts of some of the individuals he speaks to while touring the living units in the morning. Dr. Wilcox would like to review the medical files of all dialysis patients housed at the prisons. **However, we were unable to identify these prisoners by name because the Monitored Conditions Report dated 3/12/13 produced to Plaintiffs does not track prisoners on dialysis. We request that we be provided the names of all patients housed at Florence and Tucson who receive dialysis so Dr. Wilcox can select a sample of their medical files to review.**

Thank you for your cooperation in arranging these tours. Please let me or Mr. George know if you have any questions.

Sincerely yours,

*/s/ Corene Kendrick*

Corene Kendrick, Staff Attorney

cc:   Counsel of Record
       Dr. Wilcox

## Attachment A:  Florence Medical Charts to Review Oct. 15-16

**Prisoners Who Have Died in the Past 12 Months**
Alvarez, Augustine, #85367
Branch, Van, #72628
Brown, Frank, #149637
Chavez, Marco, #187239
Church, Gary, # 39345
Cook, Alan, # 155358
Crockett, Bobby, # 133681
Davidson, Vernon, # 127734
Dixon, Gary, # 106531
Gonzalez, Javier #217498
Hanan, Monty, # 136053
Horton, William, # 62422
Jimenez, Alberto, # 138779
Lopez, Johnny, # 79275
Malone, George, # 86899
Martinez, Anthony, # 85596
Martinez, Nicholas, #171587
Mihalec, John, # 104669
Moss, Robert #102474
Ray, John, # 118850
Sanchez, Miguel, #270127
Smith, James, # 116912
Smith, Ronald, # 92788

**Class Members**
Files to be selected from requested list of prisoners receiving dialysis
Addis, Gary, #246793
Akridge, Rodney, #84478
Alvarado-Montez, George, #241621
Aranda, Guadalupe, #113047
Bertanelli, Jonathan, #47835
Betterton, Trenton, #277788
Bivens, Gary, #43630
Calhoun, Jim, #204538
Chavez, Marco, #187239
Chavez-Espinoza, Cristino, # 42966
Chumbler, Jason, #213303
Everley, Chris, #203114
Faulkner, Donald, #252682
Feltner, Richard, #91975
Gargano, Paul, #243812
Gutierrez, Manuelito, #139928
Hampton, Darryl, #225275

Harrison, Charles, #82360
Hernandez, Ricardo, #35326
Hildenbrand, Richard, #140990
Homer, Kevin, #180025
Jordan, Walter, #78789
Korte, Damon, #213356
Leon, Miguel, #201494
Lomeli, Jose, #161242
Lopez, Bruno, #31390
Lucero, Frank, # 86062
Martin, David, #217317
Maxwell, Christopher, #158586
Montoya, Joshua, #208217
Mushatt, Dythanyl, #186772
Nava, Conrad, #192735
Pemberton, Joseph, #83807
Porter, Christopher, #128972
Puckett, Ricky, #129580
Ree, John, #172999
Rinninger, Cary, #255275
Rios, Federico, #199480
Rodriguez, George, #163888
Roseland, Benny, #124449
Rosales, Flavio, # 233810
Sanchez-Perez, Jorge, #235024
Simpson, Kenya, #100476
Smith, Shawn, # 259884
Steah, Kee, #200537
Stewart, Ramon, #208756
Stoeckel, Loren, #261727
Terry, Jamie, #268085
Torriente, Reynaldo, #134060
Vidal, Fermin, # 147564

## Attachment B: Tucson Medical Charts to Review Oct. 24-25

**Prisoners Who Have Died in the Past 12 Months**
Akers, Robert, # 242962
Beck, John, #104144
Chambers, Theron, #40915
Clark, Russell, #59997
Cuyler, Lawrence, #266818
Driver, William, #162813
Fierros, George, #58206
Frost, Christian, #130811
Gray, Darryl, #32890
Hannaford, Rock, #261578
Harris, Bennie # 67481
Hartman, Nathan, #156838
Hoppes, Patrick, #242119
Jeffrey, Charles, #212819
Large, Gregg, #247449
Lee, Billy, #37490
Lopez, Ernie, #133681
McCabe, Mackie, #49597
McKay, Donald, #270224
Narten, Karl, #24550
Prickett, Lonnie, #73521
Richie, Dallas, #32104
Smith, Alvis, #31588
Smith, Bobby, #65084
Southworth, Shawn #257109
Sweepe, Robert, #93822
Tolivar, Arnold, #125678
Truitt, Thomas, #47727

**Class Members**
Files to be selected from requested list of prisoners receiving dialysis
Alvarado, Jesse, #59906
Anderson, Rusty, #222342
Apolinar, George, #274761
Armbruster, Royce, #48573
Avila, Pedro, #47094
Bernal, Carlos, #258629
Burns, Jeffrey, #231300
Caballero, Alfred, #212756
Charlie, Jimmie, #49134
Cook, Michael, #71546
Corral, William, #81620
Day, Richard, #202495
Edwards, Orlando, #207300
Fierros, George , #58206

Frieses, Allen, #280257
Gossett, David, #81630
Graciano, Fernando, #255968
Hamilton, Timothy, #257423
Harris, George, # 94133
Harvey, Thomas, #227207
Hernandez, Ruben, #217451
Hillard, Shawn, #112970
Hitchcock, James #177921
Hoard, October, #82764
Howard, Jeffrey, #49806
Jackson, Roger, #90740
Jessup, Terrence, #90373
Johnson, Eric, #272454
Johnson, Steven, #235714
Judd, Thomas, #280424
Katona, Joe, #263092
Kennedy, Josef, #113924
Krick, James, #210691
Larsgard, John, #271552
Lewis, Antron, #150014
Lobo, Mark, #269511
MacCool, Finn, #71383
Machir, Daniel, #190972
Marcum, Kenneth, #266043
McCallum, Derrick, #186822
McKenzie, Andrew, #251666
Mendiola, Enoc, #253193
Morales, Christopher, #275737
Plasa, Robert, #268330
Powell, Edward, #89254
Roberts, Michael, #79600
Rodriguez, Inez, #276756
Salmon, Troy, #1874376
Sanchez, Able, #253543
Shields, Johnny, #103270
Skinner, Jasper, # 282656
Slovekosky, James, #122147
Torres, Martin, #158092
Twigg, Daniel, #143625
Ventura, Miguel, #219103
Vigil, Larry, #237346
Vogt, Thomas #29337
Walema, Louis, #273256
Zamora, Adrian, #226075

**EXHIBIT KK**

**LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT**



## BY EMAIL TRANSMISSION ONLY

August 9, 2013

Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, AZ 85226

>       **Re:    Parsons v. Ryan
>              Dr. Williams' tours of Florence, Eyman, and Perryville**

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
*DIRECTOR*
*ATTORNEY AT LAW*

*NOT ADMITTED IN DC.
PRACTICE LIMITED TO
FEDERAL COURTS*

Dear Counsel:

I write regarding Dr. Williams' expert inspection tours of ASPC-Florence
(August 14), ASPC-Eyman (August 15), and ASPC-Perryville (August 16). In
response to Ms. Fletcher's query, all tours will last from 8 a.m. to 5 p.m. In
each case we will report to the complex administration office unless you advise
us otherwise.

I will accompany Dr. Williams on behalf of the plaintiff class; ACDL will
separately advise you regarding its participation.

Dr. Williams will need to visit the following units:

### Florence

-Central Unit
-Kasson Unit
-The area designated as "ASPC-F Max Phase Lvl," A36

### Eyman

-SMU (we would like to begin the tour here).
-Browning Unit

### Perryville

-Lumley Unit

At each of these units, Dr. Williams will need to inspect the cells, showers,
exercise areas, and any other areas where prisoners housed in these units spend
time in the course of an ordinary week.

1

In all of the units she visits, Dr. Williams will need to talk with prisoners at cellfront, and may then conduct additional interviews with some of them in a setting that provides confidentiality. She will need to review the records of the prisoners with whom he speaks. Because defendants have recently expressed surprise that plaintiffs' experts are reviewing health records during their tours (see Transcript of August 7, 2013 hearing, at 42), I wish to make clear that Dr. Williams will spend a number of hours each day reviewing health records.

Dr. Williams will also need to speak with staff from the categories upon which we have agreed:

> Medical and mental health treatment staff
> Custody staff responsible for the day-to-day operation of the isolation units
> Administrators (e.g., Warden, Deputy Warden, Major, Captain, shift commander)

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

*See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter").

Finally, in addition to random cellfront interviews, Dr. Williams will need to speak with the following prisoners and review their records. Except where indicated, she will begin with a cellfront interview, but may then need to speak with the prisoner in a confidential setting.

### Florence

Billy Mullins 142799
Clinton Spencer 82989
Frank Lucero 86062
Christino Chavez-Espinoza 42966
James Wallace 53811
James Steele 70021
Jose Lomeli 161242
George Overturf 253160
Reynaldo Torriente 134060
Robert Aloia 70520
Warees Muzakkir 82561
Fermin Vidal 147564
Berry Williams 267365
Jose Fierro 44803
Raymond Tison 39198
Ricky Tison 39199
Steven Beverly 143208
Leonard Bean 159352

2

Randolph Smith 176389
Gary Bivens 43630
Hector Norzagaray 119781
Rodolfo Mendoza 46605

### Eyman

### SMU

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Jackie Thomas 211267
Jeremy Smith 129438
Ira Anderson 62997
Louis Avanzi 104515
Robert Christy Jr. 133044
Albert Brinkman 133444
Ronnie Tamplin 33692
Nathaniel Wallace 129369
Bobby McGhee 262374
Curtis Bivins 73424
Anthony Miller 145589
Stephen Cofield 46955
Roberto Saldano 109514
Charles Brownlee 187530
Stephen Haverstick 274534
Charles Knight 277840
Jerry Patton, 277153
Kenneth Rose 37846
Carlos Zamalea 43499
Billy Tollison 53703
Manuel Soto 36665
Dennis Eddy 53476

### Browning

Robert Gamez 131401
Alfred Davis 183961
Fred Robinson 65972
Rickie Brown 42855
Juan Montiel 86763
Frank Atwood 62887
Pete Moreno 40795
Mike Mahler 40809
Robert Jaramillo 39278
Jesse Bojorquez 31188
Andrew Barnett 33224

3

Johnny Carruthers 34272
Guillermo Cooney 37364
Larry Carver 278078
Carlos Alvarado 50444
Rocky Collins 40513

## Perryville

Christina Verduzco  205576
Sonia Rodriguez 103830 **(confidential interview)**
Christina Acker 78733 **(confidential interview)**
Joan Waldecker 237428 **(confidential interview)**
Shari Tobyne 281121 **(confidential interview)**
Gloria Rivas 156638
Danette Taulbee 273151
Virginia Anderson 265961
Alma Caballero 52651
Marie Castillo 261992
Lois K. Cloud 257747
Hester Hunter 131374
Norma S. Lowe 83360
Elisa R. Luna 231875
Cynthia McDaniel 110603
Zena McGilberry 175689
Marjorie Orbin 250060
Della Vermeule 249024

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Please let us know immediately if you object to any aspect of the inspections
outlined above.

Very truly yours,

David C. Fathi

Cc:    All counsel of record

4