1  Daniel Pochoda (Bar No. 021979)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
   Telephone:  (602) 650-1854
4  Email: dpochoda@acluaz.org
              jlyall@acluaz.org
5  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin
   Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
7  *Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
   *Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of*
8  *themselves and all others similarly situated*

9  **[ADDITIONAL COUNSEL LISTED BELOW]**

10 Sarah Kader (Bar No. 027147)
   Asim Varma (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone:  (602) 274-6287
   Email: skader@azdisabilitylaw.org
13            avarma@azdisabilitylaw.org

14 *Attorneys for Plaintiff Arizona Center for Disability Law*

   **[ADDITIONAL COUNSEL LISTED BELOW]**
15

16              UNITED STATES DISTRICT COURT

17                    DISTRICT OF ARIZONA

18 Victor Parsons; Shawn Jensen; Stephen Swartz;    No. CV 12-00601-PHX-NVW
   Dustin Brislan; Sonia Rodriguez; Christina      (MEA)
19 Verduzco; Jackie Thomas; Jeremy Smith;
   Robert Gamez; Maryanne Chisholm; Desiree
20 Licci; Joseph Hefner; Joshua Polson; and        **DECLARATION OF DAVID C.**
   Charlotte Wells, on behalf of themselves and all **FATHI IN SUPPORT OF**
21 others similarly situated; and Arizona Center for **PLAINTIFFS' MOTION TO**
   Disability Law,                                  **COMPEL DISCOVERY IN**
22                                                   **LIGHT OF THE COURT'S**
                     Plaintiffs,                     **ORDER REOPENING**
23                                                   **DISCOVERY THROUGH**
           v.                                        **APRIL 1, 2014**
24
   Charles Ryan, Director, Arizona Department of
25 Corrections; and Richard Pratt, Interim Division
   Director, Division of Health Services, Arizona
26 Department of Corrections, in their official
   capacities,
27
                     Defendants.
28

I, David C. Fathi, declare as follows:

1.      I am Director of the National Prison Project of the American Civil Liberties Union Foundation, and am counsel for the prisoner Plaintiffs in this matter.   I have personal knowledge of the matters set forth below and am competent to testify.

2.      Pursuant to the Court's April 30 2014 order (Doc. 871) directing the parties to meet and confer about discovery, my co-counsel, Caroline Mitchell, sent an e-mail on May 2, 2014, requesting to schedule a time to meet and confer with Defendants.   A true and correct copy of the email from C. Mitchell to D. Struck, *et al.*, which copied me, is attached as Exhibit 1.

3.      On May 6, 2014, I emailed a letter to opposing counsel, Dan Struck, outlining the topics Plaintiffs wanted to cover in the May 8, 2014 meet-and-confer discussion.   A true and correct copy of the letter from D. Fathi to D. Struck, dated May 6, 2014, is attached as Exhibit 2.

4.      On May 7, 2014, I emailed a supplemental letter to opposing counsel, Dan Struck, providing additional detail about files requested by Plaintiffs.   A true and correct copy of the letter from D. Fathi to D. Struck, dated May 7, 2014, is attached as Exhibit 3.

5.      By agreement of the parties, an initial meet-and-confer discussion was held on May 8, 2014.   I participated in that discussion.   The results of that discussion were memorialized in a letter emailed from me to opposing counsel, Dan Struck, dated May 9, 2014.  A true and correct copy of the letter from D. Fathi to D. Struck, dated May 9, 2014, is attached as Exhibit 4.

6.      On May 12, 2014, my co-counsel, Corene Kendrick, emailed a letter to opposing counsel, Dan Struck and others, providing a proposal for the sampling methodology to use to produce prisoner files.   I was copied on the email of that letter.   A true and correct copy of the letter from C. Kendrick to D. Struck et al., dated May 12, 2014, is attached as Exhibit 5.

7.      On May 13, 2014, Dan Struck sent an email to Plaintiffs' counsel acknowledging receipt of the sampling proposal and expressing the intent to send a

1   response by the next day.  A true and correct copy of the email from D. Struck to

2   Plaintiffs' counsel is attached as Exhibit 6.  Mr. Struck did not send a response the next

3   day or at any time prior to the parties' May 16, 2014 meet-and-confer discussion.

4          8.     On May 13, 2014, Dan Struck's partner, Kathy Wieneke, emailed Plaintiffs'

5   counsel a letter that purported to respond to my letter of May 9, 2014, although it failed to

6   address many of the matters included in my May 9 letter.  A true and correct copy of the

7   letter from K. Wieneke to D. Fathi, dated May 13, 2014, is attached as Exhibit 7.

8          9.     On May 14, 2014, I sent an email to opposing counsel highlighting that

9   Ms. Wieneke's letter failed to address many of the issues in my May 9 letter and also

10  failed to address Ms. Kendrick's letter of May 12, and requested a meet-and-confer

11  discussion.  A true and correct copy of the email from D. Fathi to opposing counsel, dated

12  May 14, 2014, is attached as Exhibit 8.

13         10.    On May 14, 2014, I had an email exchange with Ms. Wieneke.  She inquired

14  what issues remain outstanding and I pointed out that it was apparent from a comparison

15  of her letter with ours.  A true and correct copy of the May 14, 2014 email exchange

16  between D. Fathi and K. Wieneke is attached as Exhibit 9.  Later that day, I emailed a

17  letter to opposing counsel responding in more detailed to Ms. Wieneke's May 13, 2014

18  letter.  A true and correct copy of the letter from D. Fathi to K. Wieneke, dated May 14,

19  2014, is attached as Exhibit 10.

20         11.    Defense counsel agreed to schedule a meet-and-confer discussion for

21  May 16, 2014.

22         12.    On May 15, 2014, Mr. Struck's and Ms. Wieneke's partner, Timothy

23  Bojanowski, emailed me a letter purporting to respond to my letter of May 14, 2014.  A

24  true and correct copy of the letter from T. Bojanowski to D. Fathi, dated May 15, 2014, is

25  attached as Exhibit 11.

26         13.    On May 16, 2014, I sent an email to defense counsel, highlighting the fact

27  that some of their reports reflect a significant drop in the number of prisoners with a

28  particular medical condition and explaining that we wanted data to test the accuracy of

this.   A true and correct copy of the email from D. Fathi to opposing counsel, dated May 16, 2014, is attached as Exhibit 12.

14.     On May 16, 2014, the parties conducted a meet-and-confer discussion to attempt to resolving the remaining outstanding disputes.   I participated in the meet-and-confer.   Attached as Exhibit 13 is a true and correct copy of the email I sent to defense counsel later that day to memorialize our discussion.

15.     Plaintiffs' counsel reviewed many of the reports produced by Defendants that they were given permission to use as evidence.   We noticed that there were great discrepancies from month to month in the number of prisoners listed as having certain chronic conditions or infectious diseases, as summarized in the below chart.

| Condition | Reported IM Affected | | | Change | |
| | Max Reported (12/13-2/14) | Month Reported | March 2014 Total | Net | % |
|---|---|---|---|---|---|
| Cancer | 413 | Dec. 2013 | 347 | -66 | -16% |
| Hypertension | 4510 | Feb. 2014 | 4462 | -48 | -1% |
| Seizure Disorder | 1305 | Jan. 2014 | 1065 | -240 | -18% |
| Heart Disease | 1455 | Jan. 2014 | 923 | -532 | -37% |
| Respiratory Disorder | 3845 | Jan. 2014 | 3251 | -594 | -15% |
| Diabetes (IDDM) | 827 | Feb. 2014 | 502 | -325 | -39% |
| Tuberculosis | 2668 | Dec. 2013 | 1973 | -695 | -26% |
| HIV | 203 | Jan. 2014 | 209 | 6 | 3% |
| AIDS | 61 | Feb. 2014 | 18 | -43 | -70% |
| Serious Mental Illness | 2731 | Dec. 2013 | 1287 | -1444 | -59% |
| Hepatitis A | 75 | Jan. 2014 | 55 | -20 | -27% |
| Hepatitis B | 145 | Dec. 2013 | 124 | -21 | -14% |
| Hepatitis C | 6065 | Jan. 2014 | 6060 | -5 | 0% |
| MRSA | 18 | Dec. 2013 | 6 | -12 | -67% |
| Chlamydia | 64 | Jan. 2014 | 6 | -58 | -91% |
| Syphilis | 42 | Jan. 2014 | 11 | -31 | -74% |
| Gonorrhea | 22 | Dec. 2013 | 2 | -20 | -91% |

16.     Attached as Exhibit 14 and filed under seal is a true and correct copy of two reports produced by Defendants, entitled "Corizon Monitored Conditions" and bearing Bates Nos. ADC 230239-230243 and ADC 265963-265968.   These documents were the source for the numbers on chronic conditions listed above.

17.     Attached as Exhibit 15 and filed under seal is a true and correct copy of two reports produced by Defendants, entitled "Corizon Infectious Disease Report" and bearing

Bates Nos. ADC 230613-230642 and ADC 267133-267142.  These documents were the source for the numbers on the infectious diseases listed above.

18.    Attached as Exhibit 16 and filed under seal is a true and correct copy of the advocacy letters sent by Plaintiffs counsel to Defendants' counsel between May 2012-May 2014.

19.    Attached as Exhibit 17 and filed under seal is a true and correct copy of an excerpt of the deposition of Richard Seiter, Ph.D., taken April 10, 2014.

20.    Attached as Exhibit 18 and filed under seal is a true and correct copy of an excerpt of the deposition of Joseph Penn, M.D., taken April 11, 2014.

21.    Attached as Exhibit 19 and filed under seal is a true and correct copy of the supplemental report of John Dovgan, D.D.S., dated March 26, 2014.

22.    Attached as Exhibit 20 and filed under seal is a true and correct copy of the second supplemental report of Lawrence Mendel, D.O., dated March 26, 2014.

23.    Attached as Exhibit 21 and filed under seal is a true and correct copy of the supplemental report of Joseph Penn, M.D., dated March 26, 2014.

24.    Attached as Exhibit 22 and filed under seal is a true and correct copy of the supplemental report of Richard Seiter, Ph.D., dated March 26, 2014.

25.    Plaintiffs' counsel attempted to locate the three prisoners who had been granted "imminent danger" release between September 27, 2013 and April 1, 2014.  In the course of these attempts, we learned from family members of two of the prisoners that they had died within weeks of release.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of May, 2014 in Washington, D.C.


                                        _s/ David C. Fathi_____
                                        David C. Fathi

**ADDITIONAL COUNSEL:**

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
              agerlicher@perkinscoie.com
              keidenbach@perkinscoie.com
              jhgray@perkinscoie.com
              mdumee@perkinscoie.com
              jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    dpochoda@acluaz.org
              jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Qureshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org
          aqureshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com
          tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
          jkmessina@jonesday.com

*Admitted *pro hac vice*

1          Kevin Brantley (Cal. 251886)*

**JONES DAY**

2          3161 Michelson Drive, Suite 800

Irvine, California 92612

3          Telephone: (949) 851-3939

Email: kcbrantley@jonesday.com

4

          *Admitted pro hac vice*

5

          *Attorneys for Plaintiffs Shawn Jensen;*

6          *Stephen Swartz; Dustin Brislan; Sonia*

*Rodriguez; Christina Verduzco; Jackie*

7          *Thomas; Jeremy Smith; Robert Gamez;*

*Maryanne Chisholm; Desiree Licci; Joseph*

8          *Hefner; Joshua Polson; and Charlotte*

*Wells, on behalf of themselves and all others*

9          *similarly situated*

10         Sarah Kader (Bar No. 027147)

Asim Varma (Bar No. 027927)

11         5025 East Washington Street, Suite 202

**ARIZONA CENTER FOR**

12         **DISABILITY LAW**

Phoenix, Arizona 85034

13         Telephone: (602) 274-6287

Email: skader@azdisabilitylaw.org

14             avarma@azdisabilitylaw.org

15         J.J. Rico (Bar No. 021292)

Jessica Jansepar Ross (Bar No. 030553)

16         **ARIZONA CENTER FOR**

**DISABILITY LAW**

17         100 N. Stone Avenue, Suite 305

Tucson, Arizona 85701

18         Telephone: (520) 327-9547

Email: jrico@azdisabilitylaw.org

19             jross@azdisabilitylaw.org

20         *Attorneys for Arizona Center for Disability*

*Law*

21

22

23

24

25

26

27

28

1

2

**CERTIFICATE OF SERVICE**

3        I hereby certify that on May 16, 2014, I electronically transmitted the above

4  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

5  Notice of Electronic Filing to the following CM/ECF registrants:

6

7                          Michael E. Gottfried
                           Katherine E. Watanabe
                                Lucy M. Rand
8                   Assistant Arizona Attorneys General
                         Michael.Gottfried@azag.gov
9                       Katherine.Watanabe@azag.gov
                             Lucy.Rand@azag.gov
10

11                            Daniel P. Struck
                            Kathleen L. Wieneke
12                         Timothy J. Bojanowski
                                Rachel Love
13                           Nicholas D. Acedo
                             Ashlee B. Fletcher
14                            Anne M. Orcutt
                               Jacob B. Lee
15                STRUCK WIENEKE, & LOVE, P.L.C.
                           dstruck@swlfirm.com
16                         kwieneke@swlfirm.com
                          tbojanowski@swlfirm.com
17                           rlove@swlfirm.com
                            nacedo@swlfirm.com
18                         afletcher@swlfirm.com
                            aorcutt@swlfirm.com
19                           jlee@swlfirm.com

20                         *Attorneys for Defendants*

21

22                              s/S. Neilson

23

24

25

26

27

28