1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriguez; Christina               (MEA)
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
10  Hefner; Joshua Polson; and Charlotte Wells, on          **[PROPOSED] ORDER**
    behalf of themselves and all others similarly           **GRANTING MOTION TO**
11  situated; and Arizona Center for Disability Law,        **SEAL EXHIBITS 14-22 TO**
                                                            **THE DECLARATION OF**
12                      Plaintiffs,                         **DAVID FATHI**

13         v.

14  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
15  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
16  capacities,

17                      Defendants.

18

19        The Court having reviewed Plaintiffs' Motion to Seal Exhibits 14-22 to the

20  Declaration of David Fathi, and good cause appearing,

21        IT IS ORDERED that Plaintiffs' Motion to Seal is GRANTED.

22        IT IS FURTHER ORDERED that the Clerk's Office is directed to file the

23  documents lodged with Plaintiffs' Motion to Seal under seal:  Exhibits 14 through 22 to

24  the Declaration of David Fathi.

25

26

27

28

LEGAL120984929.1