IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court has reviewed Plaintiffs' Motion to Compel (Doc. 906). The Court will consider this motion on an expedited basis. Defendants may file a response no later than 5:00 p.m. on Wednesday, May 21, 2014. Defendants' response must include specific objections to the sought discovery. Plaintiffs may file a reply no later than 12:00 p.m. on Friday, May 23, 2014.

**IT IS THEREFORE ORDERED** that Defendants may file a response to Plaintiffs' Motion to Compel (Doc. 906) no later than 5:00 p.m. on Wednesday, May 21, 2014. Plaintiffs may file a reply no later than 12:00 p.m. on Friday, May 23, 2014.

Dated this 19th day of May, 2014.

_____
Neil V. Wake
United States District Judge