1  Daniel Pochoda (Bar No. 021979)
   James Duff Lyall (Bar No. 330045)*
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: dpochoda@acluaz.org
           jlyall@acluaz.org
5  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
7  *Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of*
8  *themselves and all others similarly situated*

   **[ADDITIONAL COUNSEL LISTED BELOW]**
9
   Sarah Kader (Bar No. 027147)
10 Asim Varma (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone: (602) 274-6287
   Email: skader@azdisabilitylaw.org
13         avarma@azdisabilitylaw.org

14 *Attorneys for Plaintiff Arizona Center for Disability Law*
   **[ADDITIONAL COUNSEL LISTED BELOW]**
15

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **DECLARATION OF AMY FETTIG** |

78204-0001/LEGAL121038640.1

I, Amy Fettig, declare:

1.   I am an attorney licensed to practice in the District of Columbia, and admitted to this Court *pro hac vice*. I am Senior Staff Counsel with the ACLU National Prison Project, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.   I accompanied Dr. Craig Haney and Mr. Eldon Vail on their inspections of the isolation units during July and August of 2013. During those inspections both experts conducted confidential interviews of prisoners as part of their expert analysis of the conditions of confinement in those units at which I was present. These interviews were especially time consuming due to the amount of time it took to bring prisoners to and from their cells and due to facility counts which cause such operations as transports to halt while the count of inmates at the facility takes place. As a result, the experts often had to wait for 15-30 minutes or more between each interview.

3.   Attached hereto as Exhibit A is a true and correct copy of a letter from David Fathi, ACLU National Prison Project, to Dan Struck, Struck, Wieneke and Love, dated May 9, 2014.

4.   Attached hereto as Exhibit B is a true and correct copy of a letter from Kathleen L. Wieneke, Struck, Wieneke and Love, to David Fathi, ACLU National Prison Project, dated May 13, 2014.

5.   Attached hereto as Exhibit C is a true and correct copy of a letter from David Fathi, ACLU National Prison Project, to Tim Bojanowski, Struck, Wieneke and Love, dated May 19, 2014.

6.   Attached hereto as Exhibit D is a true and correct copy of ADC261959-261985 Director's Instruction #326, Maximum Custody Population Management, dated May 27, 2014.

7. Attached hereto as Exhibit E is a true and correct copy of the cover and pages 56 and 59-60 of the deposition of Dr. Craig Haney, Ph.D., J.D., dated March 14, 2014.

I declare under the penalty of perjury that the foregoing is true.

Executed the 21st of May, 2014, in Washington, D.C.

<i>/s/ Amy Fettig</i><br>
Amy Fettig

**ADDITIONAL COUNSEL:**

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          keidenbach@perkinscoie.com
          jhgray@perkinscoie.com
          mdumee@perkinscoie.com
          jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    dpochoda@acluaz.org
          jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         aamiri@jonesday.com

*Admitted *pro hac vice*

|   |   |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| 2 | Taylor Freeman (Tex. 24083025)*<br>**JONES DAY** |
| 3 | 717 Texas Street<br>Houston, Texas 77002 |
| 4 | Telephone:  (832) 239-3939<br>Email:    jlwilkes@jonesday.com |
|   |           tfreeman@jonesday.com |
| 5 | *Admitted *pro hac vice* |

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com
          tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
          jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

|   |   |
|---|---|
| 1 | Sarah Kader (Bar No. 027147) |
| 2 | Asim Varma (Bar No. 027927)<br>5025 East Washington Street, Suite 202 |
| 3 | **ARIZONA CENTER FOR DISABILITY LAW**<br>Phoenix, Arizona 85034 |
| 4 | Telephone:  (602) 274-6287<br>Email:    skader@azdisabilitylaw.org |
| 5 |                  avarma@azdisabilitylaw.org |
| 6 | J.J. Rico (Bar No. 021292) |
| 7 | Jessica Jansepar Ross (Bar No. 030553)<br>**ARIZONA CENTER FOR DISABILITY LAW** |
| 8 | 100 N. Stone Avenue, Suite 305<br>Tucson, Arizona 85701 |
| 9 | Telephone:  (520) 327-9547<br>Email:    jrico@azdisabilitylaw.org |
| 10 |                  jross@azdisabilitylaw.org |
| 11 | *Attorneys for Arizona Center for Disability Law* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

        s/ Delana Freouf

78204-0001/LEGAL121038640.1              -6-