1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriguez; Christina           (MEA)
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
10  Hefner; Joshua Polson; and Charlotte Wells, on
    behalf of themselves and all others similarly        **[PROPOSED] ORDER
11  situated; and Arizona Center for Disability Law,      GRANTING PLAINTIFFS'
                                                          MOTION TO SEAL REPLY
12                  Plaintiffs,                           IN SUPPORT OF MOTION
                                                          FOR RECONSIDERATION**
13           v.

14  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
15  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
16  capacities,

17                  Defendants.

18

19
20          The Court having reviewed Plaintiffs' Motion to Seal selected portions of their

21  Reply to Defendants' Opposition to Plaintiffs' Motion for Reconsideration, and good

    cause appearing,
22
            IT IS ORDERED that Plaintiffs' Motion to Seal is granted.
23
            IT IS FURTHER ORDERED that the Clerk's Office file the un-redacted version of
24
    Plaintiffs' Reply Brief under seal.
25

26

27

28

    78204-0001/LEGAL121039644.1