<u>Victor Parsons, et al. v. Charles Ryan, et al.</u>

No. CV 12-00601-PHX-NVW (MEA)

Index to Exhibits To Declaration of David Fathi in Support
of Plaintiffs' Reply in Support of its Motion to Compel Discovery in Light
of the Court's Order (Doc. 871) Reopening Discovery Through April 1, 2014

Exhibit 1:      Excerpts from August 7, 2013 Hearing

Exhibit 2:      Defendants' Objection to Prisoner Plaintiffs' Request to Enter Defendants'
                Property for the Purpose of Expert Inspections (Modified) dated
                March 14, 2013

Exhibit 3       Emails (Under Seal)

Exhibit 4:      Excerpts from C. Czarsty August 20, 2012 Deposition

Exhibit 5:      September 4, 2012 Arizona *Republic* Article

Exhibit 6:      January 8, 2014 Arizona *Republic* article

Exhibit 7:      January 9, 2014 Arizona *Republic* article

Exhibit 8:      January 9, 2014 ADC Statement on Hepatitis C Exposure

Exhibit 9:      ADC and Corizon Monitoring Reports (Under Seal)

Exhibit 10:     Excerpts from the Expert Report of Richard Seiter (Under Seal)

# EXHIBIT 1

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

—————————

| | |
|---|---|
| **Victor Parsons**, et al., on behalf of themselves and all others similarly situated; and **Arizona Center for Disability Law**,<br><br>                    Plaintiffs,<br><br>vs.<br><br>**Charles Ryan**, Director, Arizona Department of Corrections; and **Richard Pratt**, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                    Defendants. | No.  **CV 12-00601-PHX-NVW**<br><br>**Phoenix, Arizona**<br>**August 7, 2013**<br>**10:00 a.m.** |

BEFORE:  **THE HONORABLE NEIL V. WAKE, JUDGE**

(*Motion Hearing*)

Official Court Reporter:
Laurie A. Adams, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 43
Phoenix, Arizona 85003-2151
(602) 322-7256

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
 1   For the Plaintiffs:

 2          PERKINS COIE LLP
            By:  Amelia M. Gerlicher, Esq.
 3          By:  John H. Gray, Esq.
            2901 N. Central Ave.
 4          Suite 2000
            Phoenix, AZ 85012
 5
            ARIZONA CENTER FOR DISABILITY LAW - PHOENIX, AZ
 6          By:  Jennifer A. Alewelt, Esq.
            5025 E. Washington St.
 7          Suite 202
            Phoenix, AZ 85034
 8
     For the Defendants:
 9
            STRUCK WIENEKE & LOVE, P.L.C.
10          By:  Nicholas D. Acedo, Esq.
            By:  Ashlee B. Fletcher, Esq.
11          By:  Timothy J. Bojanowski, Esq.
            By:  Kathleen Wieneke, Esq.
12          3100 W. Ray Road
            Suite 300
13          Chandler, AZ 85226

14          OFFICE OF THE ATTORNEY GENERAL - PHOENIX
            By:  Lucy M. Rand, Esq.
15          1275 W. Washington St.
            Phoenix, AZ 85007-2926
16

17

18

19

20

21

22

23

24

25
```

August 7, 2013 - Motion Hearing

1   closure and we can proceed on the named plaintiffs.

2           MR. ACEDO:  Well, Your Honor --

3           THE COURT:  Go ahead.

4           MR. ACEDO:  We don't think that this discovery would

5   go to waste.  I mean, the facilities aren't changing.  They    10:26:07

6   don't need to take additional tours.  The facilities are

7   staying the same.  The depositions, not that many depositions

8   have been taken so far.  Would they need to retake those

9   depositions?  Well, let's assume that they did.  And we're not

10  agreeing to that, but let's assume that they did.  They would   10:26:26

11  be very limited.  What has happened since the case was stayed?

12  These wouldn't be seven-hour depositions.  These would be one-

13  or two-hour depositions.  And some of them wouldn't even need

14  to be taken again.  Contract monitors, for example, individuals

15  that don't have any relevant information with respect to the    10:26:44

16  individual plaintiffs' claims.  A lot of these depositions were

17  just were more broad, systemic that went towards the class

18  claims.

19          So there weren't that many that have been taken.

20  There's far more that are yet to be taken that we can stop.  I   10:27:00

21  don't think --

22          THE COURT:  Tell me the character of these untaken

23  depositions.

24          MR. ACEDO:  I believe --

25          THE COURT:  I mean, if this is a matter of the          10:27:11

─────── August 7, 2013 - Motion Hearing ───────

1   again, I read the *Chamberlan* opinion again last night.  If you

2   read it closely, it contemplates that things should stop

3   because of the uncertainty, because if they reverse that order

4   it drastically changes the face of the lawsuit.

5        THE COURT:  But does it drastically change it?                    10:31:43

6        MR. ACEDO:  We think it does.  We think it does.  And

7   we know that's a hard concept to grapple with.  But a perfect

8   example are these contract monitors from multiple facilities

9   that they want to depose.  Why would they need to depose all

10  those contract monitors if it were just one plaintiff's claim?    10:32:02

11  Why would they tour a facility where none of the plaintiffs are

12  housed?  Those are concrete examples.

13       Why would we have to answer interrogatories that ask,

14  provide us the list of names of all prisoners who have this

15  chronic condition?  Well, it's unnecessary.                        10:32:19

16       THE COURT:  Well, yeah.  Well, I need to hear from the

17  other side.  But it does appear to me that the scope of the

18  discovery that's been sought greatly exceeded what I had

19  contemplated.

20       MR. ACEDO:  And what's set up now, if there is no            10:32:43

21  stay, that will continue for the next three or four months.

22       Thank you.

23       THE COURT:  All right.  Ms. Gerlicher.

24       MS. GERLICHER:  Yes, Your Honor.

25       THE COURT:  Ms. Gerlicher, are you with -- what firm        10:33:12

UNITED STATES DISTRICT COURT

24

1    are you with?

2         MS. GERLICHER:  Perkins Coie.

3         THE COURT:  Which office?

4         MS. GERLICHER:  Phoenix.

5         THE COURT:  Good.  Go ahead.                    10:33:18

6         MS. GERLICHER:  Your Honor, I'd like to begin by

7    discussing this question of the nature of the relief that

8    plaintiffs seek.  We seek injunctive prospective systemic

9    relief in order to help the named plaintiffs even if the class

10   is decertified.  Accordingly, we would need evidence on     10:33:32

11   system-wide policies and practices.  We would need evidence on

12   facility-wide practices that are not actually written down.

13        So as you thought as you came in today, there is

14   actually not very much of a difference between the case they

15   would have to try if the class were certified or if it was not. 10:33:50

16   We still have to prove that there are practices and policies

17   that are --

18        THE COURT:  Well, the difference would be that the

19   named plaintiffs would be either suffering injury or a

20   sufficient proximate threat of injury caused by the failure,  10:34:09

21   the systemic failure to provide services.  But you would have

22   to connect it with each of those named plaintiffs.

23        MS. GERLICHER:  Yes.  But we would still be

24   entitled --

25        THE COURT:  I thought that's what your lawsuit was.    10:34:23

UNITED STATES DISTRICT COURT

# EXHIBIT 2

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Katherine E. Watanabe, Bar No. 027458
Lucy M. Rand, Bar No. 026919
Ashley B. Zuerlein, Bar No. 029541
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov
Ashley.Zuerlein@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**DEFENDANTS' OBJECTION TO PRISONER PLAINTIFFS' REQUEST TO ENTER DEFENDANTS' PROPERTY FOR THE PURPOSE OF EXPERT INSPECTIONS (MODIFIED)** |

On February 21, 2013, Plaintiffs filed a "Notice of Service of Prisoner Plaintiffs' Request to Enter Defendants' Property for the Purpose of Expert Inspections (Modified)." *See* Doc. 358. On that same date, Plaintiffs served Defendants with their Request.

While Defendants do not necessarily object to permitting Plaintiffs' experts to conduct an inspection of certain ADC facilities, and have agreed to dates, Defendants do object to the overbroad nature by which Plaintiffs make their request. Defendants' objections are outlined below.

## I. PLAINTIFFS' REQUEST TO INSPECT IS OVERBROAD AND UNDULY BURDENSOME

Defense counsel has frequently communicated with Plaintiffs' counsel regarding the logistics of the tours; however, a final agreement has not yet been reached. Counsel for both parties have discussed certain particulars regarding expert tours (such as when counsel should be present during the tours, scheduling issues, whether photographs will be permitted and what the procedure will be for taking photographs, the parameters with respect to experts talking to employees of ADC or Corizon – such as an agreement that statements made by employees are not binding on the Defendants and not subject to admission pursuant to 801(d)(2)).

Additionally, there has been no agreement as to the scope of the records to be reviewed. Defendants assert that the experts should review a random sample of medical records. Plaintiffs want to "cherry-pick" records, which in Defendants' view results in an unfair sampling of records and will not produce an accurate picture of the health care delivery system.

Further, Defendants object to many of the "lists" Plaintiffs have demanded. Many of these lists will require an unduly burdensome amount of time to compile and again afford Plaintiffs the opportunity to "cherry-pick" records. Specifically, Defendants also object to Plaintiffs' final, catch-all request, "Other records of selected prisoners will also be inspected." Defendants will not agree to allow Plaintiffs unfettered access to any record of every inmate in ADC custody. Plaintiffs' request permits such review and is

2734352.1

2

deficiently overbroad because it covers documents and inmates irrelevant to the claims in Plaintiffs' Complaint.

Furthermore, Defendants object to any expert's tour of a facility that exceeds one day. For example, Plaintiffs propose Cohn tour the Eyman facility on April 8 and 9; Vail and Haney tour the Eyman facility on May 22 and 23; Cohen tour the Florence facility on April 10 and 11; Shulman tour the Florence facility on May 2 and 3; Vail and Haney tour the Florence facility on May 20 and 21; Shulman tour the Lewis facility on April 15 and 16; Wilcox tour the Lewis facility on April 16 and 17; Wilcox tour the Perryville facility on April 8 and 9; Shulman tour the Perryville facility on April 17 and 18; Stewart tour the Tucson facility on April 8 and 9; Cohen tour the Tucson facility on May 22 and 23; Wilcox tour the Winslow facility on May 23 and 24; Shulman tour the Yuma facility on April 29 and 30; and Wilcox tour the Yuma facility on May 15 and 16.

It is unnecessary for any of Plaintiffs' experts to spend more than one day at each facility. Plaintiffs propose that each facility be toured by at least two, and up to five, of their six experts over the course of their proposed expert tour schedule. Given that multiple experts will already be touring each facility, it is unnecessary to burden the facility with additional, duplicative tours by the same expert. Moreover, Defendants object to any "follow-up" tour Plaintiffs may wish to conduct at a later time. Plaintiffs will be provided with one opportunity to tour ADC facilities.

Although these items have been discussed in the abstract, no final agreement regarding specifics was reached prior to Plaintiffs serving their Request. As such, dialogue between counsel regarding expert tours has been an "if and when" discussion.

## II.   CONCLUSION

The parties are currently in discussions regarding the timing, scope, and logistics of the tours. As such, and because no agreement has been reached, Defendants formally object, at this time, to Plaintiffs' Request to Enter Defendants' Property for the purposes of allowing their experts to conduct expert tours.

2734352.1

3

DATED this __14th__ day of March 2013.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/Ashlee B. Fletcher
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Courtney R. Cloman
    Ashlee B. Fletcher
    Anne M. Orcutt
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    Arizona Attorney General Thomas C. Horne
    Office of the Attorney General
    Michael E. Gottfried
    Katherine E. Watanabe
    Lucy M. Rand
    Ashley B. Zuerlein
    Assistant Attorney General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

    *Attorneys for Defendants*

2734352.1

4

1   COPIES of the foregoing e-mailed this
    14th day of March, 2013 to:
2
    Caroline N. Mitchell
3   cnmitchell@jonesday.com

4   Jennifer Alewelt
    jalewelt@azdisabilitylaw.org
5
    David Cyrus Fathi
6   dfathi@npp-aclu.org

7   Donald Specter
    dspecter@prisonlaw.com
8

9   /s/ Ashlee B. Fletcher

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2734352.1                                  5

# Exhibit 3

# FILED UNDER SEAL

# EXHIBIT 4

Parsons v. Ryan
30(b)(6) AZ Dept of Corrections -  Curt Czarsty - 8/17/2012

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn<br>Jensen; Stephen Swartz;<br>Dustin Brislan; Sonia<br>Rodriguez; Christina<br>Verduzco; Jackie Thomas;<br>Jeremy Smith; Robert Gamez;<br>Maryanne Chisholm; Desiree<br>Licci; Joseph Hefner; Joshua<br>Polson; and Charlotte Wells,<br>on behalf of themselves and<br>all others similarly<br>situated; and Arizona Center<br>for Disability Law,<br>         Plaintiffs,<br>  v.<br>Charles Ryan, Director,<br>Arizona Department of<br>Corrections; and Richard<br>Pratt, Interim Division<br>Director, Division of Health<br>Services, Arizona Department<br>of Corrections, in their<br>official capacities,<br>         Defendants. | No.:<br>CV12-00601-PHX-NVW<br>(MEA) |

30(b)(6) ARIZONA DEPARTMENT OF CORRECTIONS
(CURT CZARSTY)
E-DISCOVERY - TOPIC NOS. 1-6, 10, 11, 12, 14, 15

August 20, 2012
9:03 a.m.
Phoenix, Arizona

Prepared by:
Marcella Daughtry, RPR
Arizona Certified
Reporter No. 50623

Prepared for:

(Copy)

Parsons v. Ryan
30(b)(6) AZ Dept of Corrections -  Curt Czarsty - 8/17/2012

Page 2

```
 1                          I N D E X

 2    WITNESS                                      PAGE

 3    CURT CZARSTY

 4         Examination by Mr. Medsker                4

 5

 6

 7

 8                    INDEX TO EXHIBITS

 9    No.    Description              Bates Range    Page

10    1     Subpoena to testify          --          7

11    2     Plaintiffs' first set of     --          26
            requests for production of
12          documents

13    3     Plaintiffs' first set of     --          26
            requests for production of
14          documents

15    4     Department Order 102         --          28

16    5     E-mail count record          --          80

17

18

19

20

21

22

23

24

25
```

Parsons v. Ryan
30(b)(6) AZ Dept of Corrections -   Curt Czarsty - 8/17/2012

Page 72

1    user.

2        Q      When an e-mail is stored to the Barracuda

3    system, do you know what data fields are retained?

4        A      My understanding is everything is retained.

5        Q      Okay.  Do you know whether parent and child

6    are retained together?

7        A      You'd have to explain that.

8        Q      Is an e-mail kept with the attachments that

9    come along with it?

10       A      Yes.

11       Q      Does the Barracuda system discard any data?

12       A      Absolutely not.

13       Q      Where is that server located physically?

14       A      Central office.

15       Q      How is information extracted from the

16   Barracuda server?

17       A      It -- we can run reports from the Barracuda.

18   Does that answer the question?

19       Q      Sure.  What do those reports show?

20                   MR. BOJANOWSKI:  Form.

21                   THE WITNESS:  They show what the

22   e-mail -- you know, if you ask me to -- you know, on

23   the employee XYZ, I need to see e-mails from this date

24   to this date or e-mail that pertains to this topic or

25   one thing or another, we can run various reports that

Parsons v. Ryan
30(b)(6) AZ Dept of Corrections - Curt Czarsty - 8/17/2012

Page 73

1    will collect that, you know.

2        Q    BY MR. MEDSKER:  How long has ADC been using

3    Barracuda?

4        A    Gee, I believe that system was put in in early

5    2009.

6        Q    Okay.  Is the network team responsible for

7    administering the Microsoft Exchange e-mail system?

8        A    Yes.

9        Q    Okay.  Was there a prior archiving system

10   before you used Barracuda?

11       A    Not a central archive like that, no.

12       Q    How was e-mail archiving done, if it wasn't

13   centralized?

14            MR. BOJANOWSKI:  Form.

15            Go ahead.

16            THE WITNESS:  There was no -- I mean,

17   other than individual users creating archives of their

18   own, there was no centralized archive before the

19   Barracuda came along.

20       Q    BY MR. MEDSKER:  Okay.  Does the Microsoft

21   Exchange system work on the same e-mail servers that

22   GroupWise worked on?

23       A    No.

24       Q    Okay.  So there is a different set of servers

25   for GroupWise?

# EXHIBIT 5

**News**

## Prison nurse tied to hepatitis C exposure at Buckeye facility

by **Craig Harris** - Sept. 4, 2012 11:12 PM
The Republic | azcentral.com

A nurse for the new medical provider for Arizona prisons may have exposed 103 inmates at the Buckeye state prison to hepatitis C by contaminating the prison's insulin supply, and state and local health officials were not alerted for more than a week.

Officials with the state and Maricopa County health departments, who confirmed to *The Arizona Republic* on Tuesday that they had not been informed by Wexford Health Sources Inc. of the problem, said they will launch investigations into the incident.

Official notification of the Aug. 27 error only came late Tuesday afternoon, hours after an inmate's family member had told 12 News of the potential health risk.

State rules require health-care providers and correctional facilities to notify health departments within five business days of a hepatitis C diagnosis, treatment or detection.

Wexford said it suspended the nurse on Aug. 27, immediately after learning the person "had violated basic infection-control protocols while administering medication that day."

"In talking with the Department of Health Services, they believe it should have been reported first to the county," Corrections Director Charles Ryan said late Tuesday. "That is a question we will have of Wexford -- as to the lack of notification or an explanation as to why that did not occur.

"The department has concerns about this issue, and we will be having further discussions with Wexford in terms of this requirement and some other issues as well."

Ryan said the incident occurred when a diabetic inmate who also has hepatitis C was administered a routine dose of insulin by the nurse on Aug. 27. The needle used on that inmate was inserted into another vial to draw more insulin for the same inmate.

Ryan said the contaminated needle was inserted into a vial which was then put back among other vials in the prison's medication refrigerator. It got mixed up with other vials used throughout that day to administer insulin injections to more than 100 other diabetic inmates. Later that day, Ryan said, officials realized that the vial that potentially had been tainted with hepatitis C may have been used to dose other inmates.

At that point, the nurse in question was suspended and prison officials sought to determine how many inmates may have been exposed.

All the vials of medicine were destroyed after the discovery.

Wexford spokesman Larry Pike on Tuesday minimized the potential exposure of other inmates. He said that the company acted "expeditiously" to identify those who were potentially affected and that the company believes the potential for their exposure was small.

Though corrections officials and Wexford declined to name the nurse, the Arizona State Board of Nursing identified her as Nwadiuto Jane Nwaohia. She has been under state investigation since June 2012 for unsafe practice or substandard care, but the board would not provide additional information on the nature of the previous problem.

Corrections officials first acknowledged the matter Tuesday morning after 12 News asked about the incident at the Arizona State Prison Complex-Lewis, which houses 5,382 inmates in minimum- to maximum-security facilities.

Hepatitis C is the leading cause of liver transplants and causes liver cancer. Seventy-five to 85 percent of people with hepatitis C develop a chronic infection, according to the U.S. Centers for Disease Control and Prevention.

Shoana Anderson, head of the state Office of Infectious Disease Services, said one of the biggest dangers for those infected with hepatitis C is "it sits in the liver quietly, and 20 years later, a person can develop severe liver disease."

Anderson and Jeanene Fowler, a spokeswoman for the Maricopa County Department of Public Health, said Wexford should have notified them of the

issue.

"It's extremely disturbing that something like this could happen. It calls for a thorough investigation to determine all of the surrounding causes of the mistake or the negligence," said Don Specter of the Prison Law Office, a prison watchdog group based in Berkeley, Calif.

Ken Kopczynski, executive director of the Private Corrections Working Group in Tallahassee, Fla., called the incident "scary" and said it shows a lack of oversight by corrections officials.

"This is a problem with privatization," Kopczynski said. "They are just accepting who Wexford will hire."

Wexford, which has previously lost contracts for poor service in other jurisdictions, this spring won a $349 million, three-year contract to provide health care for Arizona inmates. The company began providing services for nearly 40,000 Arizona inmates on July 1.

In a written statement, the Pittsburgh-based company said it suspended the nurse immediately upon learning she "may have compromised a vial of medication by placing it in contact with a previously used syringe."

Wexford, in its statement, said a local staffing agency assigned the nurse to the prison complex. The company said that at no time was the same syringe and needle used on more than one patient and that no staff members were exposed.

Wexford said it reported the nurse to the state nursing board for investigation, but that did not occur until late Tuesday afternoon, after the news had been reported. The company also banned the nurse from working under any of its contracts in the future. Wexford provides health-care services nationwide to roughly 124,000 inmates and other residents at more than 100 institutions.

The state said inmates exposed were notified and are being screened for infectious diseases. An independent laboratory under contract with Wexford will provide continuing medical monitoring and testing of the potentially exposed inmates over the next several months, the state said. All patients will be informed of their results, though Ryan noted that some inmates may previously have been exposed to hepatitis C.

Before the problem at the Buckeye prison, Wexford had issues in other states. Clark County, Wash., declined to renew a contract with Wexford in 2009 at its county jail and juvenile-detention center after complaints that Wexford was not dispensing medications to inmates in a timely fashion.

YOU MIGHT BE INTERESTED IN                          SPONSORED LINKS

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

[?]

# EXHIBIT 6



Jan 9, 2014 ▸ 10:41 AM ▸ A GANNETT COMPANY

Shopping ∙ Jobs ∙ Cars ∙ Real Estate ∙ Rentals ∙ Buy & Sell ∙ LaVozArizona.com

SEASON FOR SHARING  A LEGACY OF CARING FOR 20 YEARS

56°
Phoenix

**azcentral.com**
ARIZONA'S HOME PAGE

SUBSCRIBE NOW
for $2.77 per week   **SUBSCRIBE**

Log in • My account • Register • e-Newspaper • Help

search: All azcentral.com   **SEARCH**

| News | Sports | Money | Things to do | Politics | Opinion | Watchdog | Travel | Food & Home | Health | Traffic | Weather | Subscribers |

Today's Deal

Ahwatukee | Chandler | Gilbert | Glendale | Mesa | Peoria | Phoenix | Pinal | Scottsdale | Southwest Valley | Surprise | Tempe

Community » Southwest Valley » Article     💬 Comments

# Official: Nurse exposed 24 Buckeye inmates to hepatitis B and C

<u>SHARE URL</u>   <u>EMAIL</u>    FONT: A A A

By Craig Harris
The Republic | azcentral.com
Wed Jan 8, 2014 9:40 PM

For the second time in 17 months, inmates at the State Prison Complex-Lewis near Buckeye have been exposed to a life-threatening disease by a private health-care provider.

The latest exposure involved improper procedures by an employee of a contractor that was brought in to replace the previous company after a similar incident.

A nurse working for Corizon Inc., the private health-care provider, improperly injected and exposed inmates to hepatitis B and C, said Clarisse Tsang, the Department of Health Services hepatitis-prevention coordinator. The nurse's identity was not revealed.

Tsang's disclosure to The Arizona Republic came after Corizon, which last year was awarded a three-year, $372 million contract to provide state inmate health care, refused to provide details of the incident, which ~~occurred~~ Sunday night.

The company sent out a news release Wednesday, saying approximately 24 inmates were exposed to "blood-borne pathogens" involving improper procedures for injections.

None of those inmates have been housed in close custody, meaning they represent a high risk to the public and each other because they have been sentenced for violent crimes, according to the Department of Corrections. Other prisoners were housed in minimum custody for low-risk inmates.

In a telephone interview Wednesday, Corizon spokeswoman Susan Morgenstern would not say if inmates were exposed to hepatitis or HIV. She also would not say why the company waited three days to notify the public. She said the company should have additional details to release today.

The Department of Corrections, which awarded the contract, also would not provide details about the potential public health risk despite knowing about the problem since Monday.

Doug Nick, a Corrections spokesman, referred questions to Corizon, saying it was the company's responsibility to alert the public.

"It's a medical issue," Nick said. "They are the doctors and nurses."

Tsang said the inmates were exposed because of an "improper use of an insulin injection from a vial" on a number of inmates.

Tsang said that up to 10 of those inmates had been exposed to hepatitis in August 2012 when a similar problem occurred with a different private health-care provider whose nurse contaminated the prison's insulin supply.

Laura Oxley, a Department of Health Services spokeswoman, said her agency is perplexed about how the same problem could have occurred again at the same prison to some of the same inmates.

"It didn't go without notice," said Oxley, whose agency is investigating the incident.

The inmates could become extremely ill. Symptoms of hepatitis B and C include nausea, fatigue and yellowing of the skin or eyes. Hepatitis also causes liver problems and can be deadly, Tsang said.

Tsang said it could take up to six months to develop symptoms, though some could occur in two to six weeks.

Corizon said company officials on Tuesday met with the 24 inmates who may have been affected to counsel them and offer the "appropriate preventative medications as a precautionary measure."

The company, in its news release, said it was developing a corrective-action plan.



THE VERY BEST OF REPUBLIC PHOTOGRAPHY
(just point, click and buy!)

Numbers don't back need for lethal force at border

Mesa Mayor Smith will quit to run for governor

Tucson Shooting: Those touched by tragedy unite in hope

Arizona State set to announce new Vice President for Athletics

'Nook,' 3.5 stars

Most Popular |  Top Videos

Official: Nurse exposed 24 Buckeye inmates to hepatitis B and C

Cool independent businesses in the West Valley

Join the West Valley Life photo project

DOC officer accused of sex with inmate in state-prison van

Most recent top home sales in Southwest Valley

Lanes open EB I-10 in far west Valley

Recent mug shots in the West Valley

Southwest Valley cold cases

**GET AZCENTRAL ANYWHERE**



azcentral.com mobile editions

Get azcentral.com on your phones and tablets for the latest news, sports, video, photos and much more from azcentral, The Arizona Republic and 12 News.
» Get azcentral.com mobile!
» Android | iPad | iPhone | iPhone Sports | AZ



Banner Children's Total Kid for iPad
Download your free copy of Total Kid, an interactive digital parenting magazine filled with trending health topics, videos, tips and activities. Sponsored by Banner Health.

1/9/14                                    Official: Nurse exposed 24 Buckeye inmates to hepatitis B and C

Caroline Isaacs, an activist and outspoken critic of privatizing prison health care, said she was "sadly not surprised" that inmates again were potentially exposed to hepatitis.

"It's just yet another piece of evidence that these kinds of problems are inevitable because they are inherent in the way these corporations do business," said Isaacs, American Friends Service Committee program director. "This will keep happening until the state of Arizona takes responsibility for medical care in its own facilities."

Isaacs said she was astounded that the Department of Corrections didn't inform the public about a possible hepatitis outbreak.

"Who is calling the shots?" Isaacs said. "Arizona ultimately is responsible for what this corporation does or does not do."

Corizon, in its news release, said it notified the Department of Corrections and Health Services about the problem on Monday.

The company, at the bottom of its news release, also included a statement from Corrections Director Charles Ryan that said: "Corizon responded to this incident immediately and has assured the department that it will conduct a full investigation of this matter to ensure any potentially affected inmates are treated."

The Department of Corrections, which routinely issues news releases on state letterhead, did not independently disclose information about the incident.

In the 2012 incident, a nurse for Wexford Health Sources Inc., the previous health-care provider, spurred a hepatitis C scare by contaminating the prison's insulin supply. That nurse, Nwadiuto Jane Nwaohia, voluntarily surrendered her nursing license in September.

Last year, Corrections hired Corizon after the state agreed to terminate Wexford's statewide contract.

That decision came amid accusations that Wexford improperly dispensed medicine to inmates, wasted state resources and didn't show a sense of urgency after the hepatitis scare.

Wexford has said its contract performance was hindered by state monitors and a lack of cooperation from Corrections.

To replace Wexford, the state agreed to a more expensive contract with Corizon of Brentwood, Tenn., to become the health-care provider at all Arizona-run prisons. Corizon, the country's largest provider of correctional medical care, took over March 4. The three-year deal with Corizon cost taxpayers at least $372 million, but Corizon has the option to seek additional funds in the final year. That contract is at least 6 percent higher than Wexford's $349 million, three-year deal.

The state hired private health-care providers, claiming it's less costly to taxpayers.

*Reach the reporter at craig.harris @arizonarepublic.com or 602-444-8478.*

---

**MORE FROM AZCENTRAL**                           FROM AROUND THE WEB

Wife wants divorce, cites pea-eating incident
Dying woman robbed after crashing at Taco Bell
Worker stung by scorpion that was on bananas
Jane Seymour, 62, is proud of bikini body
Mark Wahlberg lost 'Fifty Shades' bid over cost

**YOU MAY LIKE**              by Taboola          **FROM AROUND THE WEB**   by Taboola


Teen Who Injected Krokodil In Genitals Was From U.S., Mexican Officials Say


Female Inmates Try to Escape Using Dozens of Bed Sheets


Baby born after mom dies of cancer


Healthy Dinner Options

# EXHIBIT 7

Nurse named in latest Arizona prison hepatitis scare

Community   »   Southwest Valley   »   Article

10 Comments

# Nurse named in latest Arizona prison hepatitis scare

Exclusive selections for our subscribers

Mauling of Phoenix boy keys debate over fate of pit bull

Battle over Arizona education standards continues

Petite Maison, 4 stars

Trevor Cahill's knee injury ugly, but evidently not serious

Expert: U.S. near 'crisis' of secrecy

Most Popular | Top Videos

A beginner's guide to 6 different types of craft beer

Hickman's egg factory planned for Tonopah hatches tiff

Nurse named in latest Arizona prison hepatitis scare

### GET AZCENTRAL ANYWHERE

azcentral.com
mobile editions
Get azcentral.com on your phones and tablets for the latest news, sports, video, photos and much more from azcentral, The Arizona Republic and 12 News.
» Get azcentral.com mobile!
» Android | iPad | iPhone | iPhone Sports | AZ

From our sponsor
Banner Children's Total Kid for iPad
Download your free copy of Total Kid, an interactive digital parenting magazine filled with trending health topics, videos, tips and activities. Sponsored by Banner Health.

SHARE URL  EMAIL      FONT: A A A

**RELATED NEWS**

Official: Nurse exposed 24 Buckeye inmates to hepatitis B and C

Prison health care criticized

By Craig Harris
The Republic | azcentral.com
Thu Jan 9, 2014 10:18 PM

An inexperienced nurse for Corizon Inc., the private health-care provider for the Arizona Department of Corrections, is being blamed for a hepatitis scare at three of the seven units at the Lewis Prison Complex near Buckeye.

"Every indication is that the incident is the result of the failure by one individual nurse to follow specific, standard and well-established nursing protocols when dispensing injected insulin to 24 inmates," Corrections Director Charles Ryan said in a statement released Thursday.

Ryan said that Corizon, which has repeatedly declined to answer questions about the incident, suspended the nurse and access to any Corrections facility was revoked.

The State Board of Nursing said a complaint was filed Thursday against the nurse, who was identified as Patricia Talboy of Surprise. The licensing agency said she is under investigation. Efforts to reach her were unsuccessful.

A Corrections spokesman told The Arizona Republic that Talboy became a licensed practical nurse in August 2012 and a registered nurse in June. Corizon hired her in September.

Nurses with limited experience typically are paid less than veteran nurses. Corizon, like other companies, can contain expenses and increase profits by hiring employees at a lower hourly rate.

Doug Nick, a Corrections spokesman, said an investigation will determine whether the state will fine or take disciplinary action against the company, which last year was awarded a three-year, $372 million contract to provide inmate health care.

Corizon spokeswoman Susan Morgenstern would not answer questions, but the company issued a statement with the Department of Corrections that provided more details on the incident.

The company said the nurse used a needle to stick the fingers of inmate patients and check blood-sugar levels at the Eagle Point unit, a minimum-security facility.

5/22/2014                                                  Nurse named in latest Arizona prison hepatitis scare

Corizon said that after the nurse cleaned the needle with alcohol, she used the same needle to draw insulin from the vials to administer the medicine. That potentially contaminated the remaining insulin. Each patient was treated with a new needle, which was then discarded.

The company said the nurse committed the same protocol error with five patients Sunday night at Eagle Point and then put the vials in the main medical hub. On Monday, the nursing staff used the same potentially contaminated insulin vials on inmates in the Morey and Rast units, which house close-custody, or violent, prisoners.

As a result, 24 inmates were potentially exposed to "blood borne pathogens that may include hepatitis B, hepatitis C and HIV," the company said.

However, Corizon said that "there is no indication that anyone was definitely exposed to the pathogens."

The company said that on Monday, a different nurse who was making insulin rounds at Eagle Point, learned about the breach from an inmate. The company removed all previously opened vials and notified the Department of Corrections and state Department of Health Services.

A Department of Health Services official on Wednesday first disclosed to *The Arizona Republic* that inmates were exposed to hepatitis B and C, after Corizon and Corrections refused to provide specific details of the incident or disclose the seriousness.

Following public criticism, Corrections and Corizon provided new details Thursday and a full account of what occurred. The company said it has "moved as quickly as possible to share the facts as they are confirmed with all concerned."

This incident is similar to one that occurred in August 2012, when a nurse with a different private health-care provider, Wexford Health Sources Inc., contaminated the insulin supply at the same prison.

Corrections, in Thursday's statement, said none of the 112 inmates potentially exposed 17 months ago tested positive for any blood-borne pathogens. That figure includes 10 inmates who also were exposed this week. It may take up to six months to determine if those exposed this week test positive.

Ryan also said that Corizon has been directed to develop a comprehensive plan that will provide training and competency testing, nurse-peer reporting education and awareness education on injection protocols.

## MORE FROM AZCENTRAL                          FROM AROUND THE WEB

Buckeye mayor gives first state of the city address
Just sold: What you can buy for around $350,000
West Valley sound off: West Valley misperceptions
Mom banned from Facebook rants about family
Valley mothers mourn children killed in wrong-way
collision

[?]

## YOU MAY LIKE



MomDoc Women for Women



What's next for veterans' health care | USA NOW



Xanax-Related ER Visits Double In 7-Year Study



VA undersecretary resigns amid scandal

by Taboola

## ▶ JOIN THE DISCUSSION

Join the conversation! To comment on azcentral.com, you must be logged into an active personal

EXHIBIT 8

# ARIZONA DEPARTMENT OF CORRECTIONS



**1601 W. JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-3133
www.azcorrections.gov**



**JANICE K. BREWER
GOVERNOR**

**CHARLES L. RYAN
DIRECTOR**

For more information contact:
**Doug Nick**
dnick@azcorrections.gov
**Bill Lamoreaux**
blamorea@azcorrections.gov

# NEWS RELEASE
**For Immediate Release**

Thursday, January 9, 2014

## ARIZONA DEPARTMENT OF CORRECTIONS STATEMENT ON CORIZON PLAN TO ADDRESS MEDICAL PROTOCOL VIOLATION AT LEWIS PRISON

**(PHOENIX)** Thursday, January 9, 2014 – The Arizona Department of Corrections is releasing information provided today by the Department's health care provider, Corizon, detailing the medical protocol violation at three of the seven units of the Lewis Prison Complex.

"Every indication is that the incident is the result of the failure by one individual nurse to follow specific, standard and well-established nursing protocols when dispensing injected insulin to 24 inmates," Corrections Director Charles Ryan stated. "Corizon suspended that nurse, and her access to any Department of Corrections facility was immediately revoked.

The Department of Corrections has been working with Corizon since Corizon notified the Department on Monday morning to ensure a complete and aggressive process is undertaken to address this incident and take corrective action. In addition, the Department, Corizon and the Department of Health Services will continue their ongoing investigation and will continue to collaborate to ensure the 24 potentially exposed inmates receive follow-up care."

In regards to the corrective actions to be taken at ASPC-Lewis, Corizon has been directed to develop a comprehensive plan that will include, but not be limited, to:

- Use of patient-specific vials of insulin, which exceeds a standard institutional practice of multi-use vials
- Supplemental training and competency testing procedures for blood glucose testing and administration of insulin
- Nurse-peer reporting education to ensure professional accountability
- Patient awareness education on injection protocols

Further corrective actions will be developed as the investigation and follow-up plans proceed over the coming months.

In addition, the Department confirms that an August 2012 incident of a similar nature at ASPC-Lewis involved a different nurse than the one involved in this event. None of the 112 inmates potentially exposed at that time, including ten also potentially exposed in this episode have since tested positive for any blood-borne pathogens as a result of that incident; a fact confirmed by the Arizona Department of Health Services and the Centers for Disease Control and Prevention.

A copy of the statement from Corizon follows:

---

**Updated Statement on Arizona State Prison Complex -- Lewis**
Jan. 9, 2014

On Sunday evening, Jan. 5, there was a violation of medication protocol at the Arizona State Prison Complex – Lewis that resulted in potential exposure for 24 inmate patients. No correctional officers, other personnel or the public were exposed.

Our investigation has determined that a Corizon nurse, who is licensed and registered, did not follow the proper insulin delivery protocol. The nurse used a needle to stick each patient's finger and check their blood sugar levels at Eagle Point. Then after cleaning the needle with alcohol, the nurse used the same needle to draw insulin from the vials and administer to the patient, thereby potentially contaminating the remaining insulin in that vial. Each patient was treated with a new needle, which was then discarded.

She committed the same protocol error with five total patients on Sunday night at the Eagle Point housing unit. The nurse then provided insulin administration on the Rast and Morey housing units, using proper administration procedures, but with potentially contaminated insulin vials. The insulin vials in question were returned to the main medical hub. On Monday morning, Jan. 6, the nursing staff conducting morning insulin rounds used those same vials on the Rast and Morey units. Thus, a total of 24 patients at the Morey, Rast and Eagle Point units were potentially exposed to blood borne pathogens that may include Hepatitis B, Hepatitis C and HIV.

It is standard practice to use multi-dose vials in institutional settings. Corizon is working with the ADC to review protocols to prevent this error from happening again. Pending completion of that review we will immediately begin using patient specific insulin vials at the Lewis Complex.

On Monday morning January 6, a different Corizon nurse providing insulin rounds at Eagle Point learned about this breach of protocol from a patient. An investigation was immediately initiated to determine facts and release them to patients, authorities and the public as quickly as possible. All previously opened insulin vials, including those vials used on Sunday evening at the Eagle Point, Rast and Morey units, were removed from circulation and secured. Corizon notified the Arizona Department of Corrections and the Arizona Department of Health Services.

Corizon completed a thorough contact investigation. At this point, there is no indication that anyone was definitively exposed to the pathogens; however the company is taking aggressive precautionary measures. In addition, no patients outside those 24 identified at Eagle Point, Rast and Morey were exposed in any manner.

The nurse involved was immediately suspended and removed from any further patient care pending investigation. The Arizona Board of Nursing has been notified of the incident. This nurse has been an employee of Corizon since September 2013. The nurse has admitted to the error and fully cooperated with the investigation to protect the health of the possibly exposed patients. [The nurse in question is not the same nurse from a similar insulin protocol error that happened with another provider in 2012.]

On Tuesday, Corizon medical staff met with the 24 inmates who may have been exposed to counsel them, answer their questions, complete baseline testing and offer them the appropriate preventive medications as a precautionary measure. Follow-up testing will take several months to complete and we will continue to monitor their health and provide care.

Corizon's standards of care in responding to this situation align with CDC best practices and protocols and have been thoroughly reviewed by highly-credentialed infectious disease specialists; they are based upon public health guidelines for post-exposure follow-up for blood borne pathogens and approved by the Arizona Department of Health Services.

Throughout the investigation, Corizon has moved as quickly as possible to share the facts as they are confirmed with all concerned: the patients, health officials, the Arizona Department of Corrections and the community. We remain committed to open and ongoing communications.

###

# Exhibit 9

# FILED UNDER SEAL

# Exhibit 10

# FILED UNDER SEAL