1 | Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
2 | **ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
3 | Phoenix, Arizona 85013
Telephone:  (602) 650-1854
4 | Email: dpochoda@acluaz.org
         jlyall@acluaz.org
5 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6 | *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: skader@azdisabilitylaw.org
       avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON  SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**MOTION TO SEAL EXHIBITS 3, 9 AND 10 TO THE DECLARATION OF DAVID FATHI** |

Plaintiffs hereby move for an Order directing the Clerk to file under seal: Exhibits 3, 9 and 10 to the Declaration of David Fathi filed in support of Plaintiffs' Reply to their Motion to Compel Discovery. Plaintiffs move to seal the referenced Exhibits because Defendants have marked them as confidential under the protective order. The exhibits include excerpts of emails, monthly monitoring reports, and an expert report.

A proposed order is submitted herewith.

Dated: May 23, 2014

**ACLU NATIONAL PRISON PROJECT**

By: s/ David Fathi
David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
afettig@npp-aclu.org
aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:	dbarr@perkinscoie.com
	agerlicher@perkinscoie.com
	keidenbach@perkinscoie.com
	jhgray@perkinscoie.com
	mdumee@perkinscoie.com
	jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:	dpochoda@acluaz.org
	jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:	dspecter@prisonlaw.com
	ahardy@prisonlaw.com
	snorman@prisonlaw.com
	ckendrick@prisonlaw.com
	wgeorge@prisonlaw.com

*Admitted *pro hac vice*

```
 1                                    Caroline Mitchell (Cal. 143124)*
                                      Amir Q. Amiri (Cal. 271224)*
 2                                    **JONES DAY**
                                      555 California Street, 26th Floor
 3                                    San Francisco, California 94104
                                      Telephone: (415) 875-5712
 4                                    Email:   cnmitchell@jonesday.com
                                               aamiri@jonesday.com
 5
                                      *Admitted *pro hac vice*
 6
                                      John Laurens Wilkes (Tex. 24053548)*
 7                                    Taylor Freeman (Tex. 24083025)*
                                      **JONES DAY**
 8                                    717 Texas Street
                                      Houston, Texas 77002
 9                                    Telephone: (832) 239-3939
                                      Email:   jlwilkes@jonesday.com
10                                             tfreeman@jonesday.com

11                                    *Admitted *pro hac vice*

12                                    Kamilla Mamedova (N.Y. 4661104)*
                                      Jennifer K. Messina (N.Y. 4912440)*
13                                    **JONES DAY**
                                      222 East 41 Street
14                                    New York, New York 10017
                                      Telephone: (212) 326-3498
15                                    Email:   kmamedova@jonesday.com
                                               jkmessina@jonesday.com
16
                                      *Admitted *pro hac vice*
17
                                      Kevin Brantley (Cal. 251886)*
18                                    **JONES DAY**
                                      3161 Michelson Drive, Suite 800
19                                    Irvine, California 92612
                                      Telephone: (949) 851-3939
20                                    Email:   kcbrantley@jonesday.com

21                                    *Admitted *pro hac vice*

22                                    *Attorneys for Plaintiffs Shawn Jensen;
                                      Stephen Swartz; Dustin Brislan; Sonia
23                                    Rodriguez; Christina Verduzco; Jackie
                                      Thomas; Jeremy Smith; Robert Gamez;
24                                    Maryanne Chisholm; Desiree Licci; Joseph
                                      Hefner; Joshua Polson; and Charlotte
25                                    Wells, on behalf of themselves and all others
                                      similarly situated*
26

27

28


                                     -4-
```

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Sarah Kader
    Sarah Kader (Bar No. 027147)
    Asim Varma (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email:   skader@azdisabilitylaw.org
           avarma@azdisabilitylaw.org

    J.J. Rico (Bar No. 021292)
    Jessica Jansepar Ross (Bar No. 030553)
    **ARIZONA CENTER FOR DISABILITY LAW**
    100 N. Stone Avenue, Suite 305
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:   jrico@azdisabilitylaw.org
           jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

                                              s/ S. Lawson

LEGAL121244244.1