Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-NVW |
| Plaintiffs, | |
| v. | **DEFENDANTS' MOTION FOR LEAVE TO FILE CORRECTED STATEMENT OF FACTS AND EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

Defendants Charles Ryan and Richard Pratt respectfully request leave to file corrected versions of their Statement of Facts in Support of Motion for Summary Judgment and accompanying Exhibits.  Defendants have lodged redacted and unredacted (under seal) versions of the proposed Corrected Statement of Facts, and are ready to submit the Corrected Exhibits under seal and non-electronically if leave to file in that form is granted.  Pursuant to court order, the original Statement of Facts and Exhibits, filed on May 16, 2014, were filed under seal and the Exhibits were filed non-electronically (by disc).  (Doc. 873, 897.)  Defendants separately move for the unredacted version of the Corrected Statement of Facts to be filed under seal, and for the Corrected Exhibits to be filed under seal and non-electronically.

### **MEMORANDUM OF POINTS AND AUTHORITIES**

On May 14, 2014, Defendants lodged their Motion for Summary Judgment, Statement of Facts, and supporting Exhibits.  (Doc. 889–892.)  The Motion was approximately 57 pages, the Statement of Facts was approximately 474 pages and consisted of 4,327 paragraphs, and there were more than 200 Exhibits with an additional 209 attachments to those Exhibits (totaling more than 39,000 pages).  The size of these documents was necessary to address Plaintiffs' many claims and allegations.  This massive undertaking was accomplished by approximately 25 individuals (attorneys, paralegals, clerks, and administrative staff), who were responsible for different aspects of the Motion, Statement of Facts, and Exhibits.  There were multiple versions of documents being worked on simultaneously and constant revisions (additions and deletions) to each one.  As the Court is aware, the scope of the Motion changed just two weeks before the filing deadline (Doc. 871), which required additional modifications.  And the day before the deadline, the Court ordered Defendants to file their Exhibits in a non-electronic format (by disc) instead of e-filing.  That required a last minute rush and devotion of time to transfer the Exhibits onto a disc for filing.

Defendants have identified errors which occurred at the time the original Statement of Facts and Exhibits were drafted/compiled, and have corrected them for the

Court and Plaintiffs.  Importantly, Defendants are not attempting to add new stated facts or evidence not previously cited.  These are largely scrivener errors to the record citations and inadvertent omissions of documents that did not find their way into the Exhibits submitted (although they were cited to).  Allowing these corrections will provide a complete and accurate Statement of Facts and Exhibits from which Plaintiffs can respond to, and the Court can resolve, Defendants' Motion for Summary Judgment.  As discussed below, Plaintiffs will not be prejudiced, and the corrected versions will be beneficial to all parties and the Court.

## I.      CORRECTED STATEMENT OF FACTS

After filing the original Statement of Facts, counsel for Defendants discovered scrivener errors throughout the document.  These errors pertain only to record citations.  For example, some statements of fact included the wrong page or bates number citation or range (e.g., Ex. 1 at ~~2–3~~ 1–3, Ex. 1, ¶ ~~1,~~ 2, Ex. 1: ADC~~000001~~ 000002); some statements of fact did not include all of the necessary record citations (e.g., (Ex. 1 at 1, 2, Ex. 1: ADC000001, 000002), and some statements of fact did not include a corresponding Exhibit or docket number or included the wrong Exhibit number (e.g., Ex. 1: ADC000001, Dkt. 1, ¶ 1, Ex. ~~1~~ 2 at 1).  The Corrected Statement of Facts corrects these errors.  Nothing in the stated facts have been modified in any way; they remain exactly the same. The corrections involve only the citations to the Exhibits.  Defendants have sent Plaintiffs' counsel a version of the Corrected Statement of Facts with tracked changes so that they can easily identify the corrections.

## II.     CORRECTED EXHIBITS AND INDEX OF EXHIBITS

Defendants' counsel have also discovered that some Exhibits are missing pages, one Exhibit is the wrong document, and two Exhibits were inadvertently omitted from the Exhibit disc altogether.  Those Exhibits are:

- Ex. 17              (missing 8 pages)
- Ex. 97              (missing 388 pages)
- Ex. 124            (missing 1 page)

3

- Ex. 130           (omitted entirely)
- Ex. 137–OOOOO   (incorrect document)
- Ex. 161           (missing 1 page)
- Ex. 168           (missing 2 pages)
- Ex. 171           (missing 2 pages)
- Ex. 172           (missing 1 page)
- Ex. 173           (missing 1 page)
- Ex. 178           (missing 3 pages)
- Ex. 179           (missing 1 page)
- Ex. 180           (missing 1 page)
- Ex. 182           (missing 2 pages)
- Ex. 183           (missing 1 page)
- Ex. 192           (omitted entirely)

Defendants have been providing these corrected Exhibits to Plaintiffs as they have discovered them,[1] and they will lodge a complete disc with <u>all</u> Exhibits to the Court and Plaintiffs' counsel if permitted.  The Exhibit List has also been corrected to correct a few scrivener/typographical errors and to correctly identify the location of several Exhibits.

In addition, the disc of Corrected Exhibits has been formatted so that the court and Plaintiffs' counsel can enter a bates number in the page number search box of the .pdf and it will jump to the page of the document with that bates number.  This will allow the Court and Plaintiffs' counsel to easily locate cited document pages. The Corrected Exhibits have also been properly oriented so that they are easier to view.

## <u>CONCLUSION</u>

For these reasons, Defendants respectfully request leave to file their Corrected Statement of Facts and Exhibits in support of Motion for Summary Judgment.

---

[1] Ex. 130, 161, and 168 were provided on May 23, 2014; Ex. 97, 171, 172, 173, 178, 179, 180, 182, 183 were provided on May 30, 2014; Ex. 124 and 192 were provided on June 3, 2014; and Ex. 17 and Ex. 137–OOOOO was provided on June 4, 2014

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED this 5th day of June 2014.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Nicholas D. Acedo
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Fletcher
    Anne M. Orcutt
    Jacob B. Lee
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    Arizona Attorney General Thomas C. Horne
    Office of the Attorney General
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

    *Attorneys for Defendants*

2910646.1

5

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:          ahardy@prisonlaw.com

Amy Fettig:            afettig@npp-aclu.org

Caroline N. Mitchell:  cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:    ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:   DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi:     dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:        dspecter@prisonlaw.com

James Duff Lyall:      jlyall@acluaz.org; gtorres@acluaz.org

Cathleen M. Dooley:    cdooley@azdisabilitylaw.org

J.J. Rico:             jrico@azdisabilitylaw.org

John Howard Gray:      jhgray@perkinscoie.com; slawson@perkinscoie.com

Kirstin T. Eidenbach:  keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Jerica L. Peters:      jpeters@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried: Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

Sara Norman:           snorman@prisonlaw.com

Asim Varma:            avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

David C. Kiernan:      dkiernan@jonesday.com; lwong@jonesday.com

John Laurens Wilkes:   jlwilkes@jonesday.com, dkkerr@jonesday.com

Kamilla Mamedova:      kmamedova@jonesday.com

| | |
|---|---|
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Taylor Freeman: | tfreeman@jonesday.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org |
| Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com |
| Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov |
| Ajmel Quereshi: | aquereshi@npp-aclu.org |
| Jessica Jansepar Ross | jross@azdisabilitylaw.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Nicholas D. Acedo