# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                  Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>                                  Defendants. | NO. 2:12-cv-00601-NVW<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE CORRECTED STATEMENT OF FACTS AND EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

The Court, having reviewed Defendants' Motion for Leave to File <u>Corrected</u> Statement of Facts and Exhibits in Support of Motion for Summary Judgment, and good cause appearing,

IT IS ORDERED that the Motion for Leave to File <u>Corrected</u> Statement of Facts and Exhibits in Support of Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED directing the Clerk's Office to accept and file Defendants' lodged proposed redacted Corrected Statement of Facts.

IT IS FURTHER ORDERED directing the Clerk's Office to accept and file under seal Defendants' lodged proposed unredacted <u>Corrected</u> Statement of Facts and <u>Corrected</u> Exhibits.

2910647.1