Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-NVW <br><br><br> **DEFENDANTS' MOTION FOR LEAVE TO FILE CORRECTED EXHIBITS IN NON-ELECTRONIC FORMAT RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to LRCiv 5.5(c) and Section II(K)(2) of the Electronic Case Filing

Administrative Policies and Procedures Manual for the District of Arizona, Defendants

move this Court for leave to file their Corrected Exhibits to their Motion for Summary Judgment in non-electronic format.  The Court previously ordered Defendants to file their original Exhibits in non-electronic format (by disc).  (Doc. 873.)  The Corrected Exhibits, which contain inadvertently omitted pages of several documents, include more pages of documents than the original Exhibits (approximately 39,706 pages).  Defendants' Corrected Statement of Facts in Support of Motion for Summary Judgment includes a detailed exhibit list of the Corrected Exhibits.

DATED this 5th day of June 2014.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Nicholas D. Acedo
Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

2910643.1

2

1

**CERTIFICATE OF SERVICE**

2

     I hereby certify that on June 5, 2014, I electronically transmitted the attached

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

Alison Hardy:           ahardy@prisonlaw.com

6

Amy Fettig:            afettig@npp-aclu.org

7

Caroline N. Mitchell:     cnmitchell@jonesday.com; mlandsborough@jonesday.com;

8

nbreen@jonesday.com

9

Corene T. Kendrick:     ckendrick@prisonlaw.com; edegraff@prisonlaw.com

10

Daniel Clayton Barr:     DBarr@perkinscoie.com; docketphx@perkinscoie.com;
sneilson@perkinscoie.com

11

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

12

David Cyrus Fathi:     dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

13

Donald Specter:       dspecter@prisonlaw.com

14

James Duff Lyall:      jlyall@acluaz.org; gtorres@acluaz.org

15

Cathleen M. Dooley:     cdooley@azdisabilitylaw.org

16

J.J. Rico:             jrico@azdisabilitylaw.org

17

John Howard Gray:     jhgray@perkinscoie.com; slawson@perkinscoie.com

18

Kirstin T. Eidenbach:    keidenbach@perkinscoie.com; dfreouf@perkinscoie.com;

19

docketphx@perkinscoie.com

20

Jerica L. Peters:      jpeters@perkinscoie.com

21

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

22

Michael Evan Gottfried:Michael.gottfried@azag.gov; colleen.jordan@azag.gov;
lucy.rand@azag.gov

23

Sara Norman:        snorman@prisonlaw.com

24

Asim Varma:        avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org;

25

phxadmin@azdisabilitylaw.org

26

David C. Kiernan:      dkiernan@jonesday.com; lwong@jonesday.com

27

John Laurens Wilkes:    jlwilkes@jonesday.com, dkkerr@jonesday.com

28

Kamilla Mamedova:    kmamedova@jonesday.com

| | | |
|---|---|---|
| Jennifer K. Messina: | jkmessina@jonesday.com | |
| Taylor Freeman: | tfreeman@jonesday.com | |
| Sarah Eve Kader: | skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org | |
| Katherine E. Watanabe: | Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov | |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, pdrew@perkinscoie.com | |
| Lucy Marie Rand: | Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov | |
| Ajmel Quereshi: | aquereshi@npp-aclu.org | |
| Jessica Jansepar Ross | jross@azdisabilitylaw.org | |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Nicholas D. Acedo