**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE CORRECTED EXHIBITS IN NON-ELECTRONIC FORMAT RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

The Court, having reviewed Defendants' Motion for Leave to File <u>Corrected</u> Exhibits in Non-Electronic Format Re: Defendants' Motion for Summary Judgment, and good cause appearing,

IT IS ORDERED granting the Defendants' Motion and allowing the filing of the Corrected Exhibits in non-electronic format (by disc).

2910644.1