Johnny Lee Warren #064835
A.S.P.C.-Tucson/Whetstone Unit
P.O. Box 24402, 4-A-40
Tucson, Arizona 85734

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

Reference: CJVLR 5-4 (Rule Number/Section)

# IN THE UNITED STATES DISTRICT COURT
## IN THE STATE OF ARIZONA

| Parsons, et al., Plaintiffs, v. Charles L. Ryan, Director, Defendants. | Case No. 2:12-CV-00601-PHX-NVW Federal Rules of Civil Procedure Rule 7. Pleadings Allowed: Form of Motions and Other Papers. |
|---|---|

Comes Now, Johnny Lee Warren, In Propria Persona, Hereby files his motion to be included in The Parson's Class Action Lawsuit, pending.

1). Plaintiff, Johnny Lee Warren was infected with Hep. C. during the fingersticks and shots administered by Wexford staff. Nov. 2012, Winchester Unit. (Tucson) Complex.

2). Plaintiff suffers from heart failure.

3). Plaintiff files his motion in good faith and in the interest of Justice.

## Conclusion

Plaintiff prays his motion be granted and he be allowed to be incorporated into this Class Action lawsuit, with all due respect.

Respectfully Submitted this 6th day of June, 2014.

By Johnny Lee Warren
Johnny Lee Warren, Pro. Per.

CERTIFICATE OF SERVICE

I, Johnny lee Warren, propria persona, hereby certify that on June 6, 2014. I mailed a original motion under F.R.C.P. Rule 7.

TO:

Clerk, U.S. District Court
U.S. Courthouse, Ste, 130
401 West Washington Street, SPC-10
Phoenix, Arizona
85003-2119

By Johnny Lee Warren
Johnny lee Warren, Pro. Per.

Dated: 6/6/14