**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

Johnny Lee Warren has filed a motion for inclusion in this class action (Doc. 933). Mr. Warren's motion must be denied as unnecessary because the class has already been defined and is represented by counsel. Class members may obtain information from class counsel.

**IT IS THEREFORE ORDERED** that Mr. Warren's Motion (Doc. 933) is **denied**.

Dated this 11th day of June, 2014.

Neil V. Wake
United States District Judge