IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having considered Defendants' Motion to File a Corrected Statement of Facts (Doc. 928), Motion to Seal the Corrected Statement of Facts (Doc. 930), and Motion to File Corrected Non-Electronic Exhibit (Doc. 932), and good cause appearing,

**IT IS THEREFORE ORDERED:**

(1) Defendants' Motion to File a Corrected Statement of Facts (Doc. 928, ref. 929) is **granted**. The Clerk shall file the lodged document.

(2) Motion to Seal the Corrected Unredacted Statement of Facts (Doc. 930, ref. 931) is **granted**. The Clerk shall file the Defendants' Corrected Unredacted Statement of Facts under seal.

- 2 -

(3) Defendants' Motion for Leave to File Corrected Exhibits in Non-Electronic Format (Doc. 932) is granted. Defendants may file the Corrected Exhibits in non-electronic format.

Dated this 13th day of June, 2014.

_____
Neil V. Wake
United States District Judge

- 2 -