Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-NVW <br><br> **CORRECTED INDEX OF NON-ELECTRONICALLY FILED EXHIBITS TO DEFENDANTS' STATEMENT OF FACTS** |

Pursuant to the Court's May 13, 2014 Order [Dkt. 873], Defendants Ryan and Pratt hereby file the detailed list of non-electronically filed exhibits to Defendants'

Statement of Facts in support of their Motion for Summary Judgment.

## **TABLE OF EXHIBITS**

1.      Plaintiff Joshua Polson's ADC Medical Records for the period from August 2, 2004 to March 1, 2012 (ADC005959-6564) [filename: Exhibit 001.pdf]

2.      Plaintiff Joshua Polson's ADC Medical Records for the period from March 1, 2012 to February 13, 2013 (ADC071742-93) [filename: Exhibit 002.pdf]

3.      Plaintiff Joshua Polson's ADC Medical Records for the period from March 1, 2013 to July 15, 2013 (ADC122338–70) [filename: Exhibit 003.pdf]

4.      Plaintiff Joshua Polson's ADC Medical Records for the period from July 16, 2013 to January 30, 2014 (ADC232142–207) [filename: Exhibit 004.pdf]

5.      Plaintiff Joshua Polson's ADC Medical Records for the period from January 24, 2014 to April 9, 2014 (ADC263386–421) [filename: Exhibit 005.pdf]

6.      Plaintiff Joshua Polson's ADC, Wexford and Corizon Prescription Records for the period up to August 7, 2013 (ADC130288-308) [filename: Exhibit 006.pdf]

7.      Plaintiff Joshua Polson's Corizon Prescription Records for the period from March 4, 2013 through April 9, 2014 (ADC263044–46) [filename: Exhibit 007.pdf]

8.      Plaintiff Joshua Polson's Outside Consultation Individual Overview Report as of April 9, 2014 (ADC263047) [filename: Exhibit 008.pdf]

9.      Plaintiff Maryanne Chisholm's ADC Medical Records for the period from October 24, 2012 to February 12, 2013 (ADC071361–93) [filename: Exhibit 009.pdf]

10.     Plaintiff Maryanne Chisholm's ADC Medical Records for the period from - March 18, 2013 to July 15, 2013 (ADC123341–78) [filename: Exhibit 010.pdf]

2

11.	Plaintiff Maryanne Chisholm's ADC Medical Records for the period from – December 6, 2005 to October 23, 2012 (ADC130364–719) [filename: Exhibit 011.pdf]

12.	Plaintiff Maryanne Chisholm's ADC Medical Records for the periods from February 13, 2013 to March 17, 2013; and, from July 16, 2013 to January 24, 2014 (ADC229674–745) [filename: Exhibit 012.pdf]

13.	Plaintiff Maryanne Chisholm's ADC Medical Records for the period from January 24, 2014 to April 1, 2014 (ADC262608–32) [filename: Exhibit 013.pdf]

14.	Plaintiff Maryanne Chisholm's ADC, Wexford and Corizon Prescription Records for the period up to August 7, 2013 (ADC130345–63) [filename: Exhibit 014.pdf]

15.	Plaintiff Maryanne Chisholm's Corizon Prescription Records for the period from March 4, 2013 through April 9, 2014 (ADC262633–36) [filename: Exhibit 015.pdf]

16.	Plaintiff Maryanne Chisholm's Outside Consultation Individual Overview Report as of April 9, 2014 (ADC262637–41) [filename: Exhibit 016.pdf]

17.	Plaintiff Stephen Swartz' ADC Medical Records for the periods from July 11, 1995 to January 5, 1998 and October 18, 2009 to March 8, 2012 (ADC001259–2280) [filename: Exhibit 017.pdf]

18.	Plaintiff Stephen Swartz' ADC Medical Records for the period from March 9, 2012 to February 12, 2013 (ADC071794–919) [filename: Exhibit 018.pdf]

19.	Plaintiff Stephen Swartz' ADC Medical Records for the period from March 1, 2013 to July 15, 2013 (ADC122465–565) [filename: Exhibit 019.pdf]

20.	Plaintiff Stephen Swartz' ADC Medical Records for the period from November 18, 2009 to June 29, 2011 (ADC133867–4306) [filename: Exhibit 020.pdf]

3

21.     Plaintiff Stephen Swartz' ADC Medical Records for the period from May 10, 2011 to October 23, 2012 (ADC134307–801) [filename: Exhibit 021.pdf]

22.     Plaintiff Stephen Swartz' ADC Medical Records for the period from January 1, 2011 to August 26, 2013 (ADC198179–473) [filename: Exhibit 022.pdf]

23.     Plaintiff Stephen Swartz' ADC Medical Records for the period from August 27, 2013 to January 14, 2014 (ADC232054–136) [filename: Exhibit 023.pdf]

24.     Plaintiff Stephen Swartz' ADC Medical Records for the period from January 24, 2014 to April 1, 2014 (ADC263085–100) [filename: Exhibit 024.pdf]

25.     Plaintiff Stephen Swartz' ADC, Wexford and Corizon Prescription Records for the period up to August 7, 2013 (ADC198157–78) [filename: Exhibit 025.pdf]

26.     Plaintiff Stephen Swartz' Corizon Prescription Records for the period from March 4, 2013 through April 9, 2014 (ADC263101–03) [filename: Exhibit 026.pdf]

27.     Plaintiff Stephen Swartz' Outside Consultation Individual Overview Report as of April 9, 2014 (ADC263104–12) [filename: Exhibit 027.pdf]

28.     Plaintiff Stephen Swartz's Medical Records obtained by Defendants from West Valley Hospital (ADC082335–494) [filename: Exhibit 028.pdf]

29.     Plaintiff Charlotte Wells' ADC Medical Records for the period from October 16, 2009 to March 9, 2012 (ADC006565–7144) [filename: Exhibit 029.pdf]

30.     Plaintiff Charlotte Wells' ADC Medical Records for the period from October 24, 2012 to February 12, 2013 (ADC071920–50) [filename: Exhibit 030.pdf]

4

31.     Plaintiff Charlotte Wells' ADC Medical Records for the period from March 1, 2013 to July 15, 2013 (ADC122867–920) [filename: Exhibit 031.pdf]

32.     Plaintiff Charlotte Wells' ADC Medical Records for the period from October 14, 2009 to October 23, 2012 (ADC134802–5377) [filename: Exhibit 032.pdf]

33.     Plaintiff Charlotte Wells' ADC Medical Records for the period from January 1, 2011 to October 11, 2013 (ADC198552–953) [filename: Exhibit 033.pdf]

34.     Plaintiff Charlotte Wells' ADC Medical Records for the period from October 12, 2012 to January 24, 2014 (ADC227783–863) [filename: Exhibit 034.pdf]

35.     Plaintiff Charlotte Wells' ADC Medical Records for the period from January 24, 2014 to April 1, 2014 (ADC263172-202) [filename: Exhibit 035.pdf]

36.     Plaintiff Charlotte Wells' ADC, Wexford and Corizon Prescription Records for the period up to August 7, 2013 (ADC198533–51) [filename: Exhibit 035.pdf]

37.     Plaintiff Charlotte Wells' Corizon Prescription Records for the period from March 4, 2013 through April 9, 2014 (ADC265909-11) [filename: Exhibit 037.pdf]

38.     Plaintiff Charlotte Wells' Outside Consultation Individual Overview Report as of April 9, 2014 (ADC263203–16) [filename: Exhibit 038.pdf]

39.     Plaintiff Charlotte Wells' Medical Records obtained by Defendants from Affiliated Cardiologists (ADC082672–96) [filename: Exhibit 039.pdf]

40.     Plaintiff Charlotte Wells' Medical Records obtained by Defendants from Maryvale Hospital (ADC091490–591) [filename: Exhibit 040.pdf]

41.     Plaintiff Charlotte Wells' Medical Records obtained by Defendants from West Valley Hospital (ADC091592–666) [filename: Exhibit 041.pdf]

42.   Plaintiff Shawn Jensen's ADC Medical Records for the period from May 27, 1992 to March 14, 2012 (ADC004374–5069)   [filename: Exhibit 042.pdf]

43.   Plaintiff Shawn Jensen's ADC Medical Records for the period from March 5, 2012 to February 12, 2013 (ADC073108–149)   [filename: Exhibit 043.pdf]

44.   Plaintiff Shawn Jensen's ADC Medical Records for the period from March 1, 2013 to July 15, 2013 (ADC123280–340)   [filename: Exhibit 044.pdf]

45.   Plaintiff Shawn Jensen's ADC Medical Records for the period from February 10, 2013 to February 28, 2013 (ADC123379–383)   [filename: Exhibit 045.pdf]

46.   Plaintiff Shawn Jensen's ADC Medical Records for the period from July 16, 2013 to January 24, 2014 (ADC222242–310)  [filename: Exhibit 046.pdf]

47.   Plaintiff Shawn Jensen's ADC Medical Records for the period from January 24, 2014 to April 1, 2014 (ADC262915–958)   [filename: Exhibit 047.pdf]

48.   Plaintiff Shawn Jensen's ADC, Wexford and Corizon Prescription Records for the period up to August 7, 2013 (ADC130329–39)   [filename: Exhibit 048.pdf]

49.   Plaintiff Shawn Jensen's Corizon Prescription Records for the period from March 4, 2013 through April 9, 2014 (ADC262843–44)   [filename: Exhibit 049.pdf]

50.   Plaintiff Shawn Jensen's Outside Consultation Individual Overview Report as of April 9, 2014 (ADC262845-70)  [filename: Exhibit 050.pdf]

51.   Plaintiff Shawn Jensen's Medical Records (Part I of III), obtained by Defendants from Accurate Urology (ADC074743–69)   [filename: Exhibit 051.pdf]

6

52.   Plaintiff Shawn Jensen's Medical Records (Part II of III), obtained by Defendants from Accurate Urology (ADC074770–873)   [filename: Exhibit 052.pdf]

53.   Plaintiff Shawn Jensen's Medical Records (Part III of III), obtained by Defendants from Accurate Urology (ADC074888–959)   [filename: Exhibit 053.pdf]

54.   Plaintiff Dustin Brislan's ADC Medical Records for the period from January 26, 2010 to March 18, 2012 (ADC008296–537)   [filename: Exhibit 054.pdf]

55.   Plaintiff Dustin Brislan's ADC Medical Records for the period from February 9, 2012 to February 12, 2013 (ADC073455–798)   [filename: Exhibit 055.pdf]

56.   Plaintiff Dustin Brislan's ADC Medical Records for the period from March 1, 2013 to July 15, 2013 (ADC122075–218)   [filename: Exhibit 056.pdf]

57.   Plaintiff Dustin Brislan's ADC Medical Records for the period from February 10, 2013 to March 1, 2013 (ADC123225–251)   [filename: Exhibit 057.pdf]

58.   Plaintiff Dustin Brislan's ADC, Wexford and Corizon Prescription Records for the period up to August 7, 2013 (ADC123241–51)   [filename: Exhibit 058.pdf]

59.   Plaintiff Dustin Brislan's Corizon Prescription Records for the period from March 4, 2013 through April 9, 2014 (ADC232208–10)   [filename: Exhibit 059.pdf]

60.   Plaintiff Dustin Brislan's Outside Consultation Individual Overview Report as of April 9, 2014 (ADC262605–07) [filename: Exhibit 060.pdf].

61.   Plaintiff Sonia Rodriguez' ADC Medical Records for the period from March 9, 1994 to March 28, 2003 and June 10, 2009 to March 16, 2012 (ADC008538–10121) [filename: Exhibit 061.pdf].

62.    Plaintiff Sonia Rodriguez' ADC Medical Records for the period from March 9, 2012 to February 12, 2013 (ADC073890–4120) [filename: Exhibit 062.pdf].

63.    Plaintiff Sonia Rodriguez' ADC Medical Records for the period from March 1, 2013 to July 15, 2013 (ADC122371–464) [filename: Exhibit 063.pdf].

64.    Plaintiff Sonia Rodriguez' ADC Medical Records for the period from February 10, 2013 to February 28, 2013 (ADC123384–89) [filename: Exhibit 064.pdf].

65.    Plaintiff Sonia Rodriguez' ADC Medical Records for the period from July 16, 2013 to January 24, 2014 (ADC227553–644) [filename: Exhibit 065.pdf].

66.    Plaintiff Sonia Rodriguez' ADC Medical Records for the period from February 20, 2014 to April 1, 2014 (ADC263051–70) [filename: Exhibit 066.pdf].

67.    Plaintiff Sonia Rodriguez' ADC, Wexford and Corizon Prescription Records for the period up to August 7, 2013 (ADC123256–79) [filename: Exhibit 067.pdf].

68.    Plaintiff Sonia Rodriguez' Corizon Prescription Records for the period from March 4, 2013 through April 9, 2014 (ADC263071–74) [filename: Exhibit 068.pdf].

69.    Plaintiff Sonia Rodriguez' Outside Consultation Individual Overview Report as of April 9, 2014 (ADC263075–78) [filename: Exhibit 069.pdf].

70.    Plaintiff Christina Verduzco's ADC Medical Records for the period for May 10, 2006 to March 19, 2012 (ADC002289–4374) [filename: Exhibit 070.pdf].

71.    Plaintiff Christina Verduzco's ADC Medical Records for the period for June 11, 2012 to February 12, 2013 (ADC082495–671) [filename: Exhibit 071.pdf] .

8

72.   Plaintiff Christina Verduzco's ADC Medical Records for the period for March 1, 2013 to July 15, 2013 (ADC122720–866) [filename: Exhibit 072.pdf].

73.   Plaintiff Christina Verduzco's ADC Medical Records for the period for February 10, 2013 to February 28, 2013 (ADC123390–400) [filename: Exhibit 073.pdf].

74.   Plaintiff Christina Verduzco's ADC Medical Records for the period for March 9, 2012 to June 10, 2012 (ADC256786–879) [filename: Exhibit 074.pdf].

75.   Plaintiff Christina Verduzco's ADC Medical Records for the period for July 16, 2013 to February 21, 2014 (ADC256880–7089) [filename: Exhibit 075.pdf].

76.   Plaintiff Christina Verduzco's ADC Medical Records for the period for February 20, 2014 to April 1, 2014 (ADC263123–65) [filename: Exhibit 076.pdf].

77.   Plaintiff Christina Verduzco's ADC, Wexford and Corizon Prescription Records for the period up to August 7, 2013 (ADC198494–520) [filename: Exhibit 077.pdf].

78.   Plaintiff Christina Verduzco's Corizon Prescription Records for the period from March 4, 2013 through April 9, 2014 (ADC263166-69) [filename: Exhibit 078.pdf].

79.   Plaintiff Christina Verduzco's Outside Consultation Individual Overview Report as of April 9, 2014 (ADC263170–71) [filename: Exhibit 079.pdf].

80.   Plaintiff Jackie Thomas'  ADC Medical Records for the period from November 3, 2006 to March 8, 2012 (ADC007440–8295) [filename: Exhibit 080.pdf].

81.   Plaintiff Jackie Thomas' ADC Medical Records for the period from March 9, 2012 to February 12, 2013 (ADC070949–1360) [filename: Exhibit 081.pdf].

82. Plaintiff Jackie Thomas' ADC Medical Records for the period from March 1, 2013 to July 15, 2013 (ADC122921–973) [filename: Exhibit 082.pdf].

83. Plaintiff Jackie Thomas' ADC Medical Records for the period from July 16, 2013 to January 24, 2014 (ADC229746–801) [filename: Exhibit 083.pdf].

84. Plaintiff Jackie Thomas' ADC Medical Records for the period from January 24, 2014 to April 1, 2014 (ADC263422–48) [filename: Exhibit 084.pdf].

85. Plaintiff Jackie Thomas' ADC, Wexford and Corizon Prescription Records for the period up to August 7, 2013 (ADC198477–491) [filename: Exhibit 085.pdf].

86. Plaintiff Jackie Thomas' Corizon Prescription Records for the period from March 4, 2013 through April 9, 2014 (ADC263113–15) [filename: Exhibit 086.pdf].

87. Plaintiff Jackie Thomas' Outside Consultation Individual Overview Report as of April 9, 2014 (ADC263116–18) [filename: Exhibit 087.pdf].

88. Plaintiff Jeremy Smith's ADC Medical Records for the period from March 17, 2008 to March 15, 2012 (ADC007145-439) [filename: Exhibit 088.pdf].

89. Plaintiff Jeremy Smith's ADC Medical Records for the period from March 16, 2012 to February 12, 2013 (ADC074121–213) [filename: Exhibit 089.pdf].

90. Plaintiff Jeremy Smith's ADC Medical Records for the period from February 10, 2013 to February 28, 2013 (ADC127376–81) [filename: Exhibit 090.pdf].

91. Plaintiff Jeremy Smith's ADC Medical Records for the period from March 1, 2013 to January 24, 2014 (ADC227924–99) [filename: Exhibit 091.pdf].

10

92.      Plaintiff Jeremy Smith's ADC Medical Records for the period from January 24, 2014 to April 1, 2014 (ADC265922-62) [filename: Exhibit 092.pdf].

93.      Plaintiff Jeremy Smith's ADC, Wexford and Corizon Prescription Records for the period up to August 7, 2013 (ADC127370–75) [filename: Exhibit 093.pdf].

94.      Plaintiff Jeremy Smith's Corizon Prescription Records for the period from March 4, 2013 through April 9, 2014 (ADC263079–81) [filename: Exhibit 094.pdf].

95.      Plaintiff Jeremy Smith's Outside Consultation Individual Overview Report as of April 9, 2014   (ADC263082) [filename: Exhibit 095.pdf].

96.      Plaintiff Robert Gamez' ADC Medical Records for the period from October 17, 1997 to March 15, 2012 (ADC000287–1254) [filename: Exhibit 096.pdf].

97.      Plaintiff Robert Gamez' ADC Medical Records for the period from January 1, 2011 to August 19, 2013 (ADC197568–8101) [filename: Exhibit 097.pdf].

98.      Plaintiff Robert Gamez' ADC Medical Records for the period from August 20, 2013 to January 24, 2014 (ADC222152–241) [filename: Exhibit 098.pdf].

99.      Plaintiff Robert Gamez' ADC Medical Records for the period from January 24, 2014 to April 1, 2014 (ADC262643–713) [filename: Exhibit 099.pdf].

100.      Plaintiff Robert Gamez' ADC, Wexford and Corizon Prescription Records for the period up to August 7, 2013 (ADC197533–67) [filename: Exhibit 100.pdf].

101.      Plaintiff Robert Gamez' Corizon Prescription Records for the period from March 4, 2013 through April 9, 2014 (ADC262786–89) [filename: Exhibit 101.pdf].

102.   Plaintiff Robert Gamez' Outside Consultation Individual Overview Report as of April 9, 2014 (ADC262790-96) [filename: Exhibit 102.pdf].

103.   Plaintiff Desiree Licci's ADC Medical Records for the period from March 10, 2000 to September 23, 2002, March 11, 2003 to July 24, 2003, August 25, 2004 to December 26, 2004, and August 28, 2009 to March 8, 2012 (ADC005375–958) [filename: Exhibit 103.pdf].

104.   Plaintiff Desiree Licci's ADC Medical Records for the period from March 9, 2012 to February 12, 2013 (ADC071574–678) [filename: Exhibit 104.pdf].

105.   Plaintiff Desiree Licci's ADC Medical Records for the period from March 1, 2013 to July 15, 2013 (ADC122669–719) [filename: Exhibit 105.pdf].

106.   Plaintiff Desiree Licci's ADC Medical Records for the period from February 10, 2013 to February 28, 2013 (ADC203311-14) [filename: Exhibit 106.pdf].

107.   Plaintiff Desiree Licci's ADC Medical Records for the period from July 16, 2013 to January 24, 2014 (ADC227864–923) [filename: Exhibit 107.pdf]

108.   Plaintiff Desiree Licci's ADC Medical Records for the period from January 24, 2014 to April 1, 2014 (ADC262959–3026)   [filename: Exhibit 108.pdf]

109.   Plaintiff Desiree Licci's ADC, Wexford and Corizon Prescription Records for the period up to August 7, 2013 (ADC198137–47)   [filename: Exhibit 109.pdf]

110.   Plaintiff Desiree Licci's Corizon Prescription Records for the period from March 4, 2013 through April 9, 2014   (ADC263027–29)   [filename: Exhibit 110.pdf]

111.   Plaintiff Desiree Licci's Outside Consultation Individual Overview Report as of April 9, 2014   (ADC263030–43) [filename: Exhibit 111.pdf]

112.     Plaintiff Desiree Licci's Medical Records obtained by Defendants from Affiliated Southwest Surgeons (ADC074960–72) [filename: Exhibit 112.pdf]

113.     Plaintiff Joseph Hefner's ADC Medical Records for the period from March 14, 2011 to March 8, 2012 (ADC005070–374) [filename: Exhibit 113.pdf]

114.     Plaintiff Joseph Hefner's ADC Medical Records for the period from March 9, 2012 to February 12, 2013 (ADC073799–889) [filename: Exhibit 114.pdf]

115.     Plaintiff Joseph Hefner's ADC Medical Records for the period from March 1, 2013 to July 15, 2013 (ADC122290–337) [filename: Exhibit 115.pdf]

116.     Plaintiff Joseph Hefner's ADC Medical Records for the period from July 16, 2013 to January 24, 2014 (ADC231990–2053) [filename: Exhibit 116.pdf]

117.     Plaintiff Joseph Hefner's ADC Medical Records for the period from January 24, 2014 to April 1, 2014 (ADC262799–820) [filename: Exhibit 117.pdf]

118.     Plaintiff Joseph Hefner's ADC, Wexford and Corizon Prescription Records for the period up to August 7, 2013 (ADC198119–23) [filename: Exhibit 118.pdf]

119.     Plaintiff Joseph Hefner's Corizon Prescription Records for the period from March 4, 2013 through April 9, 2014 (ADC262822–23) [filename: Exhibit 119.pdf]

120.     Plaintiff Joseph Hefner's Outside Consultation Individual Overview Report as of April 9, 2014  (ADC262824-42) [filename: Exhibit 120.pdf]

121.     Plaintiff Joseph Hefner's Medical Records obtained by Defendants from George R. Reiss, M.D., P.C. (ADC074588-628) [filename: Exhibit 121.pdf]

122.    Declaration of Dr. Dovgan  [filename: Exhibit 122_0.pdf]

A.    Curriculum Vitae  [filename: Exhibit 122_1 (Attachment A).pdf]

B.    List of Documents Reviewed  [filename: Exhibit 122_2 (Attachment B).pdf]

C.    December 18, 2013 Expert Report (ADC203516 – 203609) [filename: Exhibit 122_3 (Attachment C).pdf]

D.    March 26, 2014 Supplemental Expert Report (ADC261914 – 261930)   [filename: Exhibit 122_4 (Attachment D).pdf]

E.    NCCHC Prison Health Standards - P-E-06      [filename:    Exhibit 122_5 (Attachment E).pdf]

F.    NCCHC Prison Health Standards - Appendix G:  Guidelines for a Correctional Dental Care Health System      [filename: Exhibit 122_6 (Attachment F).pdf]

G.    CAREERS IN THE DENTAL PROFESSION:  Dental Assisting Word of Mouth      [filename: Exhibit 122_7 (Attachment G).pdf]

H.    Thorpe Certification re: Anesthesia Permit      [filename:    Exhibit 122_8 (Attachment H).pdf]

123.    Declaration of Richard P. Seiter, PH.D.   [filename: Exhibit 123_0.pdf]

A.    Curriculum Vitae (ADC203638 – 203646)      [filename:    Exhibit 123_1 (Attachment A).pdf]

B.    List of Documents Reviewed (ADC203647 - 261913)   [filename: Exhibit 123_2 (Attachment B).pdf]

C.    BJS Report (ADC_P000994 – 001034)   [filename: Exhibit 123_3 (Attachment C).pdf]

D.    NCCHC Prison Health Standard P-G-05 [filename: Exhibit 123_4 (Attachment D).pdf]

E.    Colorado Ad Seg Study (ADC_S000583 – 000746) [filename: Exhibit 123_5 (Attachment E).pdf]

F.     Yale Law School Report     [filename: Exhibit  123_6  (Attachment F).pdf]

G.     December 18, 2013Report (ADC203610 - 203762)     [filename: Exhibit 123_7 (Attachment G).pdf]

H.     March 26, 2014 Report (ADC261884 - 261913)     [filename: Exhibit 123_8 (Attachment H).pdf]

124.   Excerpts from Plaintiff Joshua Polson's ADC Master Record File (various bates numbers)   [filename: Exhibit 124.pdf]

125.   Excerpts from Plaintiff Maryanne Chisholm's ADC Master Record File (various bates numbers)   [filename: Exhibit 125.pdf]

126.    Excerpts from Plaintiff Stephen Swartz' ADC Master Record File (various bates numbers)   [filename: Exhibit 126.pdf]

127.   Excerpts from Plaintiff Charlotte Well's ADC Master Record File (various bates numbers)   [filename: Exhibit 127.pdf]

128.   Excerpts from Plaintiff Shawn Jensen's ADC Master Record File (various bates numbers)   [filename: Exhibit 128.pdf]

129.   Excerpts from Plaintiff Dustin Brislan's ADC Master Record File (various bates numbers)   [filename: Exhibit 129.pdf]

130.   Excerpts from Plaintiff Sonia Rodriguez' ADC Master Record File (various bates numbers)   [filename: Exhibit 130.pdf]

131.   Excerpts from Plaintiff Christina Verduzco's ADC Master Record File (various bates numbers)   [filename: Exhibit 131.pdf]

132.   Excerpts from Plaintiff Jackie Thomas ADC Master Record File (various bates numbers) [filename: Exhibit 132.pdf]

133.   Excerpts from Plaintiff Jeremy Smith's ADC Master Record File (various bates numbers) [filename: Exhibit 133.pdf]

134.   Excerpts from Plaintiff Robert Gamez' ADC Master Record File (various bates numbers) [filename: Exhibit 134.pdf]

15

135.   Excerpts from Plaintiff Desiree Licci's ADC Master Record File (various bates numbers) [filename: Exhibit 135.pdf]

136.   Excerpts from Plaintiff Joseph Hefner's ADC Master Record File (various bates numbers) [filename: Exhibit 136.pdf]

137.   Declaration of Richard Pratt  [filename: Exhibit 137_0.pdf]

    A.   Accreditation Report of the Health Care Services at Arizona State Prison Complex – Douglas, dated June 26 2009 (ADC016043 – 60) [filename: Exhibit 137_1 (Attachment A).pdf]

    B.   Accreditation Report of the Health Care Services at Arizona State Prison Complex – Douglas, dated June 28, 2013 (ADC_P000888 – 901) [filename: Exhibit 137_2 (Attachment B).pdf]

    C.   Accreditation Report of the Health Care Services at Arizona State Prison Complex – Douglas, dated November 19, 2013 (ADC_P000974 – 976) [filename: Exhibit 137_3 (Attachment C).pdf]

    D.   Accreditation Update Report of the Health Care Services at Arizona State Prison Complex – Florence, dated November 18, 2011, with related correspondence  (ADC016061 – 66) [filename: Exhibit 137_4 (Attachment D).pdf]

    E.   Accreditation Report of the Health Care Services at Arizona State Prison Complex – Lewis, dated November 12, 2010, with related correspondence    (ADC016067 – 70) [filename: Exhibit 137_5 (Attachment E).pdf]

    F.   Photograph of NCCHC Certificate of Accreditation for the Arizona State Prison Complex – Yuma, dated November 2010 (ADC016081 - 016081) [filename: Exhibit 137_6 (Attachment F).pdf]

    G.   Accreditation Report of the Health Care Services at Arizona State Prison Complex – Yuma, dated March 11, 2011, with related

correspondence   (ADC_P000965 – 973) [filename: Exhibit 137_7 (Attachment G).pdf]

H.   Accreditation Report of the Health Care Services at Arizona State Prison Complex – Perryville, dated June 26, 2009, with related correspondence   (ADC016082 – 89) [filename: Exhibit 137_8 (Attachment H).pdf]

I.   Accreditation Report of the Health Care Services at Arizona Department of Corrections – Perryville, dated June 28, 2013 (ADC_P000902 – 915) [filename: Exhibit 137_9 (Attachment I).pdf]

J.   Accreditation Update Report of the Health Care Services at Arizona Department of Corrections – Perryville, dated October 11, 2013 (ADC_P000916 – 919) [filename: Exhibit 137_10 (Attachment J).pdf]

K.   Accreditation Update Report of the Health Care Services at Arizona Department of Corrections – Perryville, dated November 18, 2013 (ADC_P000977 – 979) [filename: Exhibit 137_11 (Attachment K).pdf]

L.   Accreditation Report of the Health Care Services at Arizona Department of Corrections – Phoenix Complex, dated June 26, 2009, with related correspondence   (ADC016090 – 96) [filename: Exhibit 137_12 (Attachment L).pdf]

M.   Accreditation Report of the Health Care Services at Arizona Department of Corrections – Phoenix Complex, dated June 28, 2013 (ADC_P000920 – 933) [filename: Exhibit 137_13 (Attachment M).pdf]

N.   Accreditation Update Report of the Health Care Services at Arizona Department of Corrections – Phoenix Complex, dated November 22, 2013, with related correspondence (ADC_P000980 – 983) [filename: Exhibit 137_14 (Attachment N).pdf]

17

O.    Letter from Tracey Titus, NCCHC Manager of Accreditation Services, addressed to Warden Broadhead regarding continued accreditation of ASPC-Safford, dated July 30, 2013 (ADC140103 – 140103) [filename: Exhibit 137_15 (Attachment O).pdf]

P.    Accreditation Report of the Health Care Services at Arizona State Prison Complex – Tucson, dated June 26, 2009, with related correspondence   (ADC016097 – 106) [filename: Exhibit 137_16 (Attachment P).pdf]

Q.    Accreditation Report of the Health Care Services at Arizona State Prison Complex – Tucson, dated June 28, 2013 (ADC_P000934 – 950) [filename: Exhibit 137_17 (Attachment Q).pdf]

R.    Accreditation Update Report of the Health Care Services at Arizona State Prison Complex – Tucson, dated November 8, 2013 (ADC_P000951 – 959) [filename: Exhibit 137_18 (Attachment R).pdf]

S.    Accreditation Report of the Health Care Services at Arizona State Prison Complex – Tucson, dated February 6, 2014, with related correspondence   (ADC257099 – 107) [filename: Exhibit 137_19 (Attachment S).pdf]

T.    Accreditation Update Report of the Health Care Services at Arizona Department of Corrections – Winslow Complex, dated June 26, 2009, with related correspondence (ADC016136 – 138) [filename: Exhibit 137_20 (Attachment T).pdf]

U.    Accreditation Update Report of the Health Care Services at Arizona Department of Corrections – Winslow Complex, dated June 28, 2013 (ADC140119 – 131) [filename: Exhibit 137_21 (Attachment U).pdf]

V.    Accreditation Update Report of the Health Care Services at Arizona Department of Corrections – Winslow Complex, dated November 19,

2013 (ADC_P000960 – 964) [filename: Exhibit 137_22 (Attachment V).pdf]

W.   Executed State of Arizona Direct Contract No. 130051DI, Privatization of All Correctional Health Services (ADCPROC011038 – 040) [filename: Exhibit 137_23 (Attachment W).pdf]

X.   Corizon, Inc. Supplemental Proposal and Fee Schedule of January 16, 2013 to the Request for Proposal No. ADOC12-001105/120075DC, Privatization of All Correctional Health Services (ADCPROC011031 – 36) [filename: Exhibit 137_24 (Attachment X).pdf]

Y.   Corizon, Inc. Supplemental Proposal and Fee Schedule of December 21, 2012 to the Request for Proposal No. ADOC12-001105/120075DC, Privatization of All Correctional Health Services (ADCPROC010933 – 1016) [filename: Exhibit 137_25 (Attachment Y).pdf]

Z.   Corizon, Inc. Final Proposal Revisions of March 7, 2012 to its' offer submitted in response to the Request for Proposal No. ADOC12-001105/120075DC, Privatization of All Correctional Health Services (ADCPROC005488 – 537) [filename: Exhibit 137_26 (Attachment Z).pdf]

AA.  Corizon, Inc. Reply of February 14, 2012 to a Request for Clarification of its' offer submitted in response to the Request for Proposal No. ADOC12-001105/120075DC, Privatization of All Correctional Health Services (ADCPROC005541 – 577) [filename: Exhibit 137_27 (Attachment AA).pdf]

BB.  Corizon, Inc. Offer of January 3, 2012 submitted in response to the Request for Proposal No. ADOC12-001105/120075DC, Privatization

19

of All Correctional Health Services (ADCPROC005625 – 6688) [filename: Exhibit 137_28 (Attachment BB).pdf]

CC. Request for Proposal No. ADOC12-001105/120075DC, Privatization of All Correctional Health Services, including all solicitation amendments (ADC014103 – 419) [filename: Exhibit 137_29 (Attachment CC).pdf]

DD. Contract Amendment No. 3 to State of Arizona Direct Contract No. 130051DI, Privatization of All Correctional Health Services (ADC263217 – 222) [filename: Exhibit 137_30 (Attachment DD).pdf]

EE. Contract Amendment No. 4 to State of Arizona Direct Contract No. 130051DI, Privatization of All Correctional Health Services (ADC263381 – 385) [filename: Exhibit 137_31 (Attachment EE).pdf]

FF. ADC Department Order No. 117, Health Services – Authority and Communication, effective December 19, 2012 (ADC048480 – 482) [filename: Exhibit 137_32 (Attachment FF).pdf]

GG. ADC Department Order No. 1101, Inmate Access to Health Care, effective December 19, 2012.pdf] (ADC048543 – 573) [filename: Exhibit 137_33 (Attachment GG).pdf]

HH. ADC Department Order No. 1102, Communicable Disease and Infection Control, effective January 11, 2013 (ADC054843 – 054864) [filename: Exhibit 137_34 (Attachment HH).pdf]

II. ADC Department Order No. 1103, Inmate Mental Health Care, Treatment and Programs, effective December 19, 2012 (ADC048574 – 048597) [filename: Exhibit 137_35 (Attachment II).pdf]

JJ. ADC Director's Instruction # 311, Health Services Retention Bonus (ADC082057) [filename: Exhibit 137_36 (Attachment JJ).pdf]

20

KK.  ADC Health Services Technical Manual ("HSTM"), dated January 1, 2010 (ADC010648 – 011231) [filename: Exhibit 137_37 (Attachment KK).pdf]

LL.  ADC Dental Services Technical Manual ("DSTM"), dated January 1, 2010 (ADC010554 – 647) [filename: Exhibit 137_38 (Attachment LL).pdf]

MM.  ADC Mental Health Technical Manual ("MHTM"), revised January 1, 2014 (ADC215544 – 610) [filename: Exhibit 137_38 (Attachment MM).pdf]

NN.  Excerpts from ADC Grievance File for Grievance A30-231-009, Submitted by Plaintiff Joshua Polson, #187716 (ADC017977–017983) [filename: Exhibit 137_41 (Attachment NN).pdf]

OO.  Excerpts from ADC Grievance File for Grievance A30-193-010, submitted by Plaintiff Joshua Polson, #187716 (ADC017974–017976) [filename: Exhibit 137_40 (Attachment OO).pdf]

PP.  Excerpts from ADC Grievance File for Grievance A30-201-010, submitted by Plaintiff Joshua Polson, #187716 (ADC017965 – 017969) [filename: Exhibit 137_39 (Attachment PP).pdf]

QQ.  Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC-Douglas for the period from April 2013 to March 2014. [filename:  Exhibit 137_43 (Attachment QQ).pdf]

RR.  Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC-Eyman for the period from April 2013 to March 2014. [filename:  Exhibit 137_44 (Attachment RR).pdf]

SS.  Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC-Florence for the period from

April 2013 to March 2014.  [filename:  Exhibit 137_45 (Attachment SS).pdf]

TT.    Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC-Lewis for the period from April 2013 to March 2014.  [filename:   Exhibit 137_46 (Attachment TT).pdf]

UU.    Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC-Perryvile for the period from April 2013 to March 2014.  [filename:  Exhibit 137_47 (Attachment UU).pdf]

VV.    Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC-Phoenix for the period from April 2013 to March 2014.  [filename:  Exhibit 137_48 (Attachment VV).pdf]

WW.   Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC-Safford for the period from April 2013 to March 2014.  [filename:   Exhibit 137_49 (Attachment WW).pdf]

XX.    Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC-Tucson for the period from April 2013 to March 2014.  [filename:   Exhibit 137_50 (Attachment XX).pdf]

YY.    Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC-Winslow for the period from April 2013 to March 2014.  [filename:  Exhibit 137_51 (Attachment YY).pdf]

ZZ.    Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC-Yuma for the period from April

2013 to March 2014. [filename: Exhibit 137_52 (Attachment ZZ).pdf]

AAA.     CAG/FAQ/PBMS Report submitted for the month ending May 31, 2013 (ADC230793 – 230820) [filename: Exhibit 137_53 (Attachment AAA).pdf]

BBB.     CAG/FAQ/PBMS Report submitted for the month ending June 30, 2013 (ADC230821 – 230840) [filename: Exhibit 137_54 (Attachment BBB).pdf]

CCC.     CAG/FAQ/PBMS Report submitted for the month ending March 31, 2013 (ADC267168 – 267197) [filename: Exhibit 137_55 (Attachment CCC).pdf]

DDD.     Health Needs Requests Appointments Report submitted for the month ending May 31, 2013 (ADC122046 – 122048) [filename: Exhibit 137_56 (Attachment DDD).pdf]

EEE.     Mental Health Needs Requests Appointments Report submitted for the month ending May 31, 2013 (ADC122057 – 122058) [filename: Exhibit 137_57 (Attachment EEE).pdf]

FFF.     Inmate Wait Times report submitted for the period from May 1, 2013 through May 31, 2013 (ADC122017 – 122017) [filename: Exhibit 137_58 (Attachment FFF).pdf]

GGG.     Excerpted pages from Health Needs Requests Appointments Report submitted for the month ending June 30, 2013 (ADC231223 – 231228) [filename: Exhibit 137_59 (Attachment GGG).pdf]

HHH.     Inmate Wait Times report submitted for the period from June 1, 2013 through June 30, 2013 (ADC231434 – 231434) [filename: Exhibit 137_60 (Attachment HHH).pdf]

III.     Excerpted worksheets from the Monthly Clinical Data Report, pertaining to Medical and Mental Health HNR/Appointments,

23

submitted for the month ending July 31, 2013 (ADC153774 – 153776) [filename: Exhibit 137_61 (Attachment III).pdf]

JJJ.     Excerpted worksheets from the Monthly Clinical Data Report, pertaining to Medical and Mental Health HNR/Appointments, submitted for the month ending August 31, 2013 (ADC231061 – 231063) [filename: Exhibit 137_62 (Attachment JJJ).pdf]

KKK.     Excerpted worksheets from the Monthly Clinical Data Report, pertaining to Medical and Mental Health HNR/Appointments, submitted for the month ending September 30, 2013 (ADC231088 – 231090) [filename: Exhibit 137_63 (Attachment KKK).pdf]

LLL.     Excerpted worksheets from the Monthly Clinical Data Report, pertaining to Medical and Mental Health HNR/Appointments, submitted for the month ending October 31, 2013 (ADC231116 – 231118) [filename: Exhibit 137_64(Attachment LLL).pdf]

MMM.     Excerpted worksheets from the Monthly Clinical Data Report, pertaining to Medical and Mental Health HNR/Appointments, submitted for the month ending November 30, 2013 (ADC231165 – 231169) [filename: Exhibit 137_65 (Attachment MMM).pdf]

NNN.     Inmate Wait Times Report (Revised) submitted for the period from November 1, 2013 through November 30, 2013 (ADC231438 – 231438) [filename: Exhibit 137_66 (Attachment NNN).pdf]

OOO.     Excerpted worksheets from the Monthly Clinical Data Report, pertaining to Medical and Mental Health HNR/Appointments, submitted for the month ending December 31, 2013 (ADC231214 – 231218) [filename: Exhibit 137_67 (Attachment OOO).pdf]

PPP.     Excerpted worksheets from the Monthly Clinical Data Report, pertaining to Medical and Mental Health HNR/Appointments, submitted for the month ending January 31, 2014 (ADC261648 – 261652) [filename: Exhibit 137_68 (Attachment PPP).pdf]

QQQ.    Health Needs Requests report submitted for the month ending February 28, 2014 (ADC263288 – 263292) [filename: Exhibit 137_69(Attachment QQQ).pdf]

RRR.    Health Needs Requests report submitted for the month ending March 31, 2014 (ADC267274 – 267279) [filename: Exhibit 137_70 (Attachment RRR).pdf]

SSS.    Dental Utilization Report submitted for the period from April 1-30, 2013 (ADC231257 – 231257) [filename: Exhibit 137_71 (Attachment SSS).pdf]

TTT.    Dental Utilization Report submitted for the period from May 1-31, 2013 (ADC231258 – 231258) [filename: Exhibit 137_72 (Attachment TTT).pdf]

UUU.    Dental Utilization Report submitted for the period from June 1-30, 2013 (ADC231259 – 231259) [filename: Exhibit 137_73 (Attachment UUU).pdf]

VVV.    Dental Utilization Report submitted for the period from August 1-31, 2013 (ADC231260 – 231260) [filename: Exhibit 137_74 (Attachment VVV).pdf]

WWW.    Dental Utilization Report submitted for the period from September 1-30, 2013 (ADC231261 – 231261) [filename: Exhibit 137_75 (Attachment WWW).pdf]

XXX.    Dental Utilization Report submitted for the period from October 1-31, 2013 (ADC231262 – 231262) [filename: Exhibit 137_76 (Attachment XXX).pdf]

YYY.    Dental Utilization Report submitted for the period from November 1-30, 2013 (ADC231263 – 231263) [filename: Exhibit 137_77 (Attachment YYY).pdf]

ZZZ.      Dental Utilization Report submitted for the period from December 1-31, 2013 (ADC231264 – 231264) [filename: Exhibit 137_78 (Attachment ZZZ).pdf]

AAAA.     Monthly Dental Utilization Reports submitted for the periods from January 1 to March 31, 2014 (ADC267281 – 267283) [filename: Exhibit 137_79 (Attachment AAAA).pdf]

BBBB.     Dental Wait Times Report, submitted for the periods from March 4, 2013 to March 31, 2014 (ADC267337 – 267337) [filename: Exhibit 137_80 (Attachment BBBB).pdf]

CCCC.     Corizon Corporate Offender Grievance Log, submitted for the months of March and April 2013 (ADC231316 – 231322) [filename: Exhibit 137_81 (Attachment CCCC).pdf]

DDDD.     Formal Grievance Report submitted for the period from May 1, 2013 to May 31, 2013 (ADC231323 – 231324) [filename: Exhibit 137_82 (Attachment DDDD).pdf]

EEEE.     Formal Grievance Report submitted for the period from June 1, 2013 to June 30, 2013 (ADC231325 – 231348) [filename: Exhibit 137_83 (Attachment EEEE).pdf]

FFFF.     Formal Grievance Report submitted for the period from July 1, 2013 to July 31, 2013 (ADC153809 – 153815) [filename: Exhibit 137_84 (Attachment FFFF).pdf]

GGGG.     Informal Grievance Report submitted for the period from July 1, 2013 to July 31, 2013 (ADC153816 – 153829) [filename: Exhibit 137_85 (Attachment GGGG).pdf]

HHHH.     Formal Grievance Report submitted for the period from August 1, 2013 to August 31, 2013 (ADC231349 – 231354) [filename: Exhibit 137_86 (Attachment HHHH).pdf]

IIII.     Formal Grievances by Complex report for the period from September 1, 2013 to September 30, 2013 (ADC231355 – 231355) [filename: Exhibit 137_87 (Attachment IIII).pdf]

JJJJ.     Formal Grievances by Complex report for the period from October 1, 2013 to October 31, 2013 (ADC231379 – 231379) [filename: Exhibit 137_88 (Attachment JJJJ).pdf]

KKKK.     Grievance report submitted for the period from November 1, 2013 to November 30, 2013 (ADC231401 – 231424) [filename: Exhibit 137_89 (Attachment KKKK).pdf]

LLLL.     Formal Grievance report submitted for the period from December 1, 2013 to December 31, 2013 (ADC231425 – 231430) [filename: Exhibit 137_90 (Attachment LLLL).pdf]

MMMM.     Formal Grievance report submitted for the period from January 1, 2014 to January 31, 2014 (ADC261708 – 261751) [filename: Exhibit 137_91 (Attachment MMMM).pdf]

NNNN.     Formal Grievance report submitted for the period from February 1, 2014 to February 28, 2014 (ADC263306 – 263334)   [filename: Exhibit 137_92 (Attachment NNNN).pdf]

OOOO.     Grievance report submitted for the period from March 1, 2014 to March 31, 2014 (ADC267297 – 267335)   [filename: Exhibit 137_93 (Attachment OOOO).pdf]

PPPP.     Arizona – Medication Report, for April 2013 (ADC231890 – 231891)   [filename: Exhibit 137_94 (Attachment PPPP).pdf]

QQQQ.     Arizona – Medication Report, for May 2013 (ADC118397 – 118406) [filename: Exhibit 137_95 (Attachment QQQQ).pdf]

RRRR.     Arizona – Medication Report, for June 2013 (ADC231892 – 231901) [filename: Exhibit 137_96 (Attachment RRRR).pdf]

SSSS.     Arizona – Medication Report, for July 2013 (ADC153875 – 153884) [filename: Exhibit 137_97 (Attachment SSSS).pdf]

TTTT.   Arizona – Medication Report, for August 2013 (ADC231902 – 231911)   [filename: Exhibit 137_98 (Attachment TTTT).pdf]

UUUU.   Arizona – Medication Report, for September 2013 (ADC155077 – 155086)   [filename: Exhibit 137_99 (Attachment UUUU).pdf]

VVVV.   Arizona – Medication Report, for October 2013 (ADC203051 – 203060)   [filename: Exhibit 137_100 (Attachment VVVV).pdf]

WWWW. Arizona – Medication Report, for November 2013 (ADC231912 – 231921)   [filename: Exhibit 137_101 (Attachment WWWW).pdf]

XXXX.   Arizona – Medication Report, for December 2013 (ADC231922 – 231931)   [filename: Exhibit 137_102 (Attachment XXXX).pdf]

YYYY.   Arizona – Medication Report, for January 2014 (ADC261816 – 261825)   [filename: Exhibit 137_103 (Attachment YYYY).pdf]

ZZZZ.   Arizona – Medication Report, for February 2014 (ADC263371 – 263380)   [filename: Exhibit 137_104 (Attachment ZZZZ).pdf]

AAAAA. Arizona – Medication Report, for March 2014 (ADC267368 – 267377)   [filename: Exhibit 137_105 (Attachment AAAAA).pdf]

BBBBB.  Arizona Staffing Comparison – March 2013 (ADC231821 – 231831) [filename: Exhibit 137_106 (Attachment BBBBB).pdf]

CCCCC.  Arizona Staffing Comparison – April 2013 (ADC231832 – 231842) [filename: Exhibit 137_107 (Attachment  CCCCC).pdf]

DDDDD.  Arizona Monthly Staffing Report – May 2013 (ADC117064 – 117074)   [filename: Exhibit 137_108 (Attachment DDDDD).pdf]

EEEEE. Arizona Monthly Staffing Report – June 2013 (ADC121167 – 121178) [filename: Exhibit 137_109 (Attachment EEEEE).pdf]

FFFFF.   Arizona Monthly Staffing Report – July 2013 (ADC202975 – 202996)   [filename: Exhibit 137_110 (Attachment FFFFF).pdf]

GGGGG. Arizona Monthly Staffing Report – August 2013 (ADC202986 – 202996)   [filename: Exhibit 137_111 (Attachment GGGG).pdf]

HHHHH. Arizona Monthly Staffing Report – September 2013 (ADC231843 – 231853)   [filename: Exhibit 137_112 (Attachment HHHHH).pdf]

IIIII.     Arizona Monthly Staffing Report – October 2013 (ADC231854 – 231864)   [filename: Exhibit 137_113 (Attachment IIIII).pdf]

JJJJJ.     Arizona Monthly Staffing Report – November 2013 (ADC231867 – 231877)   [filename: Exhibit 137_114 (Attachment JJJJJ).pdf]

KKKKK. Arizona Monthly Staffing Report – December 2013 (ADC231878 – 231888)   [filename: Exhibit 137_115 (Attachment KKKKK).pdf]

LLLLL.  Arizona Monthly Staffing Report – January 2014 (ADC261802 – 261812)   [filename: Exhibit 137_116 (Attachment LLLLL).pdf]

MMMMM.     Arizona Monthly Staffing Report – February 2014 (ADC263357 – 263367) [filename: Exhibit 137_117 (Attachment MMMMM).pdf]

NNNNN. Arizona Monthly Staffing Report – March 2014 (ADC267354 – 267364)   [filename: Exhibit 137_118 (Attachment NNNNN).pdf]

OOOOO. State Prison Capabilities for Medical, Mental Health, and Dental Treatment Services, as of January 2014 (ADC121159 – 121161) [filename: Exhibit 137_119 (Attachment OOOOO).pdf]

PPPPP.   ADC Health Services Monitoring Bureau Organizational Chart, dated January 17, 2014 (ADC261338 – 261338)     [filename: Exhibit 137_120 (Attachment PPPPP).pdf]

QQQQQ. State Prison Capabilities for Medical, Mental Health, and Dental Treatment Services, as of January 2014 (ADC265918 – 265921) [filename: Exhibit 137_121 (Attachment QQQQQ).pdf]

RRRRR.  Photographs of ASPC Perryville depicting treatment areas, and the secure HNR submission box in the recreation area as of 2013 (ADC163935 - 166147)   [filename: Exhibit 137_122 (Attachment RRRRR).pdf]

SSSSS.   Photographs of ASPC Phoenix depicting some of the medical areas as of 2013 (ADC163937-163938) [filename: Exhibit 137_123 (Attachment SSSSS).pdf]

TTTTT.   Photograph of ASPC Florence depicting a dental treatment area as of 2013 [filename: Exhibit 137_124 (Attachment TTTTT).pdf]

UUUUU.  Photographs of ASPC Lewis depicting some of the treatment areas in the medical hub and also in the ACI buildings at some of the units as of 2013 (ADC156093, ADC166105 - 166107, ADC166110) [filename: Exhibit 137_125 (Attachment UUUUU).pdf]

VVVVV.  Photographs of ASPC Tucson depicting some of the medical and dental treatment areas and equipment as of 2013 (ADC166192, ADC166216-166220) [filename: Exhibit 137_126 (Attachment VVVVV).pdf]

WWWWW.      Photographs of ASPC Yuma depicting some of the medical and dental treatment areas and equipment as of 2013 (ADC166221, ADC166225, ADC166227, ADC166229) [filename: Exhibit 137_127 (Attachment WWWWW).pdf]

XXXXX.  Dental Utilization Statistics – July 2013 (ADC136967) [filename: Exhibit 137_128 (Attachment XXXXX).pdf]

138.   Declaration of Carson McWilliams  [filename: Exhibit 138_0.pdf]

A.   ADC Department Order 109, Smoking and Tobacco Regulations (ADC082058 – 082062)   [filename: Exhibit 138_1 (Attachment A).pdf]

B.   ADC Department Order 703, Security/Facility Inspections (ADC082175 – 082181)   [filename: Exhibit 138_2 (Attachment B).pdf]

C.   ADC Department Order 704, Inmate Regulations  (ADC012680 – 012696)   [filename: Exhibit 138_3 (Attachment C).pdf]

D.    ADC Department Order 705, Inmate Transportation  (ADC048438 – 048506)  [filename: Exhibit 138_4 (Attachment D).pdf]

E.    ADC Department Order 801, Inmate Classification (ADC040610 – 040691)  [filename: Exhibit 138_5 (Attachment E).pdf]

F.    ADC Department Order 802, Inmate Grievance Procedure (ADC048527 – 048537)    [filename: Exhibit 138_6 (Attachment F).pdf]

G.    ADC Department Order 804, Inmate Behavior Control  (ADC107478 – 107505)  [filename: Exhibit 138_7 (Attachment G).pdf]

H.    ADC Department Order 806, Security Threat Groups (STGs) (ADC013941 – 013966)    [filename: Exhibit 138_8 (Attachment H).pdf]

I.    ADC Department Order 807, Inmate Suicide Prevention, Precautionary Watches and Maximum Behavioral Control Restraints (ADC013967 – 013993)    [filename: Exhibit 138_9 (Attachment I.pdf]

J.    ADC Suicide Prevention Badge   (ADC_P000984 – 000984) [filename: Exhibit 138_10 (Attachment J).pdf]

K.    ADC Duty Specific Post Order 36 – Watch Security Officer (ADC_S000245 – 000248)    [filename: Exhibit 138_11 (Attachment K).pdf]

L.    ASPC-Eyman Post Order 36 - Watch Security Officer (ADC_S000235 – 000244)    [filename: Exhibit 138_12 (Attachment L).pdf]

M.    ADC ASPC-Florence Post Order 36 – Watch Security Officer (ADC_S000249 – 000260)    [filename: Exhibit 138_13 (Attachment M.pdf

N.     ADC ASPC-Perryville post Order 36 – Watch Security Officer (ADC_S000261 – 000261)  [filename: Exhibit 138_14 (Attachment N).pdf]

O.     ADC Duty Specific Post Order 37 – Maximum Custody Housing Unit Rover Officer (ADC_S000557 – 000561)   [filename: Exhibit 138_15 (Attachment O).pdf]

P.     ADC Department Order 809, Earned Incentive Program (ADC013994 – 014004)   [filename: Exhibit 138_16 (Attachment P).pdf]

Q.     ADC Department Order 903, Inmate Work Activities  (ADC012938 – 012962)  [filename: Exhibit 138_17 (Attachment Q).pdf]

R.     ADC Department Order 909, Inmate Property  (ADC013029 – 013074)   [filename: Exhibit 138_18 (Attachment R).pdf]

S.     ADC Department Order 911, Inmate Visitation  (ADC013099 – 013136)  [filename: Exhibit 138_19 (Attachment S).pdf]

T.     ADC Position Paper – Maximum Custody Population Management dated 9/6/13 (ADC231984 – 231989)   [filename: Exhibit 138_20 (Attachment T).pdf]

U.     ADC Director's Instruction #326, Maximum Custody Population Management  (ADC261959 – 261985)   [filename: Exhibit 138_21 (Attachment U).pdf]

V.     ADC Department Order 912, Food Service  (ADC013137 – 013141) [filename: Exhibit 138_22 (Attachment V).pdf]

W.     ADC Director's Instruction #301, Modification of Department Order 912, Food Service (ADC079035 – 079035)   [filename: Exhibit 138_23 (Attachment W).pdf]

X.     ADC ASPC-Eyman Institutional Order 912-IO-E, Food Service (ADC137971 – 137979)  [filename: Exhibit 138_24 (Attachment X).pdf]

Y.   ADC ASPC-Florence Institutional Order 912-IO-F, Food Service (ADC137980 – 137984)     [filename: Exhibit 138_25 (Attachment Y).pdf]

Z.   ADC ASPC-Perryville Institutional Order 912-IO-P, Food Service (ADC137985 – 137992)     [filename: Exhibit 138_26 (Attachment Z).pdf]

AA.   ADC Food Service Technical Manual, 912-T-OPS   (ADC040550 – 040573)   [filename: Exhibit 138_27 (Attachment AA).pdf]

BB.   ADC Diet Reference Manual   (ADC040574 – 040609)    [filename: Exhibit 138_28 (Attachment BB).pdf]

CC.   Trinity Food Service Contract (ADC077277 – 079010)   [filename: Exhibit 138_29 (Attachment CC).pdf]

DD.   Compass Food Service Contract    (ADC079011 – 082410) [filename: Exhibit 138_30 (Attachment DD).pdf]

EE.   ADC Report of Inmate Assault Data, as of 6/13/13 (ADC_S000014 – 000017)   [filename: Exhibit 138_31 (Attachment EE).pdf]

FF.   COTA Curriculum Details   (ADC140088 – 140099)     [filename: Exhibit 138_32 (Attachment FF).pdf]

GG.   ADC FY 2013 Training Plan  (ADC049516 – 049524)   [filename: Exhibit 138_33 (Attachment GG).pdf]

HH.   Joseph T Hefner Store Order Purchases   (ADC123622 – 123633) [filename: Exhibit 138_34 (Attachment HH).pdf]

II.   Photographs of ASPC Eyman depicting cell configuration, cell block configuration and recreation facilities as of 2013 (various bates numbers)     [filename: Exhibit 138_35 (Attachment II).pdf

JJ.   Photographs of ASPC Florence depicting cell configuration, cell block configuration and recreation facilities as of 2013 (various bates numbers)     [filename: Exhibit 138_36 (Attachment JJ).pdf]

KK.  Photographs of ASPC Perryville depicting cell configuration, cell block configuration and recreation facilities as of 2013 (various bates numbers)      [filename: Exhibit 138_37 (Attachment KK).pdf]

LL.  ADC Department Order 915, Inmate Phone Calls (ADC013166 - 013179)      [filename: Exhibit 138_38 (Attachment LL).pdf]

139.  ADC Significant Incident Report No. 12-13160, relating to use of force incident at ASPC-Eyman, SMU I on October 21, 2012 (ADC_S000026-29) [filename: Exhibit 139.pdf]

140.  ADC Use of Force Report No. 12-A08-6875, relating to use of force incident at ASPC-Eyman, SMU I on November 24, 2012 (ADC_S000030-49) [filename: Exhibit 140.pdf]

141.  ADC Use of Force Report No. 13-A08-0210, relating to use of force incident at ASPC-Eyman, SMU I on January 10, 2013 (ADC_S000050-63) [filename: Exhibit 141.pdf]

142.  ADC Use of Force Report No. 12-A08-4652, relating to use of force incident at ASPC-Eyman, SMU I on August 9, 2012 (ADC_S000064-83) [filename: Exhibit 142.pdf]

143.  ADC Use of Force Report No. 12-B02-3288, relating to use of force incident at ASPC-Perryville, Lumley Unit on August 9, 2012 (ADC_S000084–96) [filename: Exhibit 143.pdf]

144.  ADC Use of Force Report No. 12-B02-4039, relating to use of force incident at ASPC-Perryville, Lumley Unit on September 28, 2012 (ADC_S000097–109) [filename: Exhibit 144.pdf]

145.  ADC Use of Force Report No. 12-B02-4835, relating to use of force incident at ASPC-Perryville, Lumley Unit on December 1, 2012 (ADC_S000110-26;      ADC_S000128;      ADC_S000130-32;      and, ADC_S000134) [filename: Exhibit 145.pdf]

146.   ADC Use of Force Report No. 13-B02-0180, relating to use of force incident at ASPC-Perryville, Lumley Unit on January 13, 2013 (ADC_S000135-52) [filename: Exhibit 141.pdf]

147.   ADC Use of Force Report No. 13-B02-0236, relating to use of force incident at ASPC-Perryville, Lumley Unit on January 16, 2013 (ADC_S000153-64) [filename: Exhibit 147.pdf]

148.   ADC Use of Force Report No. 12-A01-6608, relating to use of force incident at ASPC-Florence, Central Unit  on October 4, 2012 (ADC_S000165-76) [filename: Exhibit 148.pdf]

149.   ADC Use of Force Report No. 12-A01-8879, relating to use of force incident at ASPC-Florence, Central Unit, Cellblock-Kasson, on December 7, 2012  (ADC_S000177-88) [filename: Exhibit 149.pdf]

150.   ADC Use of Force Report No. 12-A01-9261, relating to use of force incident at ASPC-Florence, Central Unit, Cellblock-Kasson, on December 27, 2012 (ADC_S000189-200) [filename: Exhibit 150.pdf]

151.   ADC Use of Force  Report No. 13-A01-0214, relating to use of force incident at ASPC-Florence, Central Unit, on January 11, 2013 (ADC_S000201-10) [filename: Exhibit 151.pdf]

152.   ADC Use of Force Report No. 13-A01-0499, relating to use of force incident at ASPC-Florence, Central Unit, Cellblock-Kasson on January 26, 2013 (ADC_S000211-20) [filename: Exhibit 152.pdf]

153.   ADC Use of Force Report No. 12-A21-3434, relating to use of force incident at ASPC-Eyman, Browning Unit on September 25, 2012 (ADC_S000303–16) [filename: Exhibit 303.pdf]

154.   Excerpts from Plaintiff Jensen's Responses to Defendant Charles Ryans' Second Set of Requests for Admission and Interrogatories   [filename: Exhibit 154.pdf]

35

155.   Excerpt from Plaintiff Maryanne Chisholm's ADC Medical Records for the period from December 6, 2005 to March 8, 2012 (ADC000245) [filename: Exhibit 155.pdf]

156.   Excerpt from Plaintiff Shawn Jensen's Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories [filename: Exhibit 156.pdf]

157.   Excerpt from Plaintiff Robert Gamez's Third Supplemental Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories [filename: Exhibit 157.pdf]

158.   Excerpt from Plaintiff Joseph Hefner's Second Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories [filename: Exhibit 158.pdf]

159.   Excerpt from Confidential Expert Report of Jay D. Shulman, dated November 8, 2013  [filename: Exhibit 159.pdf]

160.   Excerpt from Confidential Rebuttal Expert Report of Jay D. Shulman, dated January 31, 2014 [filename: Exhibit 160.pdf]

161.   Excerpt from Deposition of Charles Ryan, taken on November 8, 2013 [filename:  Exhibit 161.pdf]

162.   Excerpt from Deposition of Richard Pratt, taken on November 7, 2013 [filename:  Exhibit 162.pdf]

163.   Excerpt from Deposition of David Robertson, taken on August 26, 2013 [filename:  Exhibit 163.pdf]

164.   Excerpt from Deposition of Daniel L. Conn, taken on May 20, 2013 [filename:  Exhibit 164.pdf]

165.   Excerpt from Deposition of Arthur Gross, taken on September 9, 2013 [filename:  Exhibit 165.pdf]

166.   Excerpt from Deposition of Kathleen Campbell, RN, taken on September 11, 2013   [filename:  Exhibit 166.pdf]

167.   Excerpt from Deposition of Carson Anton McWilliams, taken on September 27, 2013  [filename:  Exhibit 167.pdf]

168.   Excerpt from Deposition of William Smallwood, D.D.S, taken on April 7, 2014,  [filename:  Exhibit 168.pdf]

169.   Except from Deposition of Jay D. Shulman, DMD, MA, MSPH, taken on March 20, 2014 [filename:  Exhibit 169.pdf]

170.   Excerpt from Deposition of Brian T. Hanstad, taken on April 2, 2014 [filename:  Exhibit 170.pdf]

171.   Excerpt from Deposition of Joshua W. Polson, taken on August 23, 2013 ( [filename:  Exhibit 171.pdf]

172.   Excerpt from Deposition of Maryann Chisholm, taken on August 30, 2013 [filename:  Exhibit 172.pdf]

173.   Excerpt from Deposition of Stephen Oliver Swartz, taken on August 22, 2013 [filename:  Exhibit 173pdf]

174.   Excerpt from Deposition of Charlotte Evonne Wells, taken on August 16, 2013 [filename:  Exhibit 174.pdf]

175.   Excerpt from Deposition of Shawn Jensen, taken on August 27, 2013 [filename:  Exhibit 175.pdf]

176.   Excerpt from Deposition of Dustin Brislan, taken on August 9, 2013) [filename:  Exhibit 176.pdf]

177.   Excerpt from Deposition of Sonia Ann Rodriguez, taken on August 13, 2013 [filename:  Exhibit 177.pdf]

178.   Excerpt from Deposition of Christina Angelica Verduzco, taken on August 15, 2013  [filename:  Exhibit 178.pdf]

179.   Excerpt from Deposition of Jackie Robert Thomas, taken on August 8, 2013 [filename:  Exhibit 179.pdf]

180.   Excerpt from Deposition of Jeremy Scott Smith, taken on August 20, 2013 [filename:  Exhibit 180.pdf]

181.    Excerpt from Deposition of Robert Corosco Gamez, taken on August 6, 2013 [filename: Exhibit 181.pdf]

182.    Excerpt from Deposition of Desiree Licci, taken on August 30, 2013 [filename: Exhibit 182.pdf]

183.    Excerpt from Deposition of Joseph Thomas Hefner, taken on August 16, 2013 [filename: Exhibit 183.pdf]

184.    Excerpt from Deposition of Craig William Haney, taken on March 14, 2014 [filename: Exhibit 184.pdf]

185.    Excerpt from Deposition of Karen L. Chu, DMD, taken on May 15, 2013 [filename: Exhibit 185.pdf]

186.    Excerpt from Deposition of Pablo Stewart, M.D., taken March 28, 2014 [filename: Exhibit 186.pdf]

187.    Excerpt from Deposition of Eldon W. Vail, taken on February 28, 2014 [filename: Exhibit 187.pdf]

188.    Excerpt from Deposition of Brie Williams, M.D., taken on April 8, 2014 [filename: Exhibit 188.pdf]

189.    Declaration of Lawrence Mendel, D.O., FSCP, CCHP [filename: Exhibit 189_0.pdf]

   A.    Curriculum Vitae (ADC203814–817)   [filename: Exhibit 189_1 (Attachment A).pdf]

   B.    List of materials consulted in preparation of initial and Second Supplemental Expert Reports (ADC203824–35 and ADC261944-49) [filename: Exhibit 189_2 (Attachment B).pdf]

   C.    Initial Expert Report of Lawrence Mendel, D.O, FSCP, CCHP, dated December 18, 2013 (ADC203763–835) [filename: Exhibit 189_3 (Attachment C).pdf]

   D.    First Supplemental Expert Report of Lawrence Mendel, D.O., FSCP, CCHP, dated January 31, 2014 (ADC229802–07) [filename: Exhibit 189_4 (Attachment D).pdf]

E.     Second Supplemental Expert Report of Lawrence Mendel, D.O., FSCP, dated March 26, 2014 (ADC261931–49) [filename: Exhibit 189_5 (Attachment E).pdf]

F.     Plaintiff Stephen Swartz' unexhausted medical grievances (ADC074289–95) [filename: Exhibit 189_6 (Attachment F).pdf]

G.     Plaintiff Christina Verduzco's selected mental health observation records (ADC136318–419) [filename: Exhibit 189_7 (Attachment G).pdf]

H.     National Commission on Correctional Health Care, Standards for Health Services in Prisons, 2008 [filename: Exhibit 189_8 (Attachment H).pdf]

I.     Corizon CONFIDENTIAL ADC Outcomes Assessment Data ("SPDR") Report for Q2 and Q3, 2013 (ADC_M000001) [filename: Exhibit 189_9 (Attachment I).pdf]

J.     Excerpts from "Death Records" for deceased Inmate Theron Chambers (various bates numbers) [filename: Exhibit 189_10 (Attachment J).pdf]

K.     Excerpts from "Death Records" for deceased Inmate Russell Clark (various bates numbers) [filename: Exhibit 189_11 (Attachment K).pdf]

L.     Excerpts from "Death Records" for deceased Inmate George Fierros (various bates numbers) [filename: Exhibit 189_12 (Attachment L).pdf]

M.     Excerpts from "Death Records" for deceased Inmate Rose Hodges (various bates numbers) [filename: Exhibit 189_13 (Attachment M).pdf]

N.     Excerpts from "Death Records" for deceased Inmate Jeffrey Charles (various bates numbers) [filename: Exhibit 189_14 (Attachment N).pdf]

39

O.     Excerpts from "Death Records" for deceased Inmate Alberto Jimenez (various bates numbers) [filename: Exhibit 189_15 (Attachment O).pdf]

P.     Excerpts from "Death Records" for deceased Inmate Johnny Lopez (various bates numbers) [filename: Exhibit 189_16 (Attachment P).pdf]

Q.     Excerpts from "Death Records" for deceased Inmate Mackie McCabe (various bates numbers) [filename: Exhibit 189_17 (Attachment Q).pdf]

R.     Excerpts from "Death Records" for deceased Inmate Kevin Pate (various bates numbers) [filename: Exhibit 189_18 (Attachment R).pdf]

S.     Excerpts from "Death Records" for deceased Inmate John Ray (various bates numbers) [filename: Exhibit 189_19 (Attachment S).pdf]

T.     Excerpts from "Death Records" for deceased Inmate Alvis Smith (various bates numbers) [filename: Exhibit 189_20 (Attachment T).pdf]

U.     Excerpts from "Death Records" for deceased Inmate James Smith (various bates numbers) [filename: Exhibit 189_21 (Attachment U).pdf]

V.     Excerpts from "Death Records" for deceased Inmate Shawn Southworth (various bates numbers) [filename: Exhibit 189_22 (Attachment V).pdf]

W.     Excerpts from "Death Records" for deceased Inmate David Valenzuela (various bates numbers) [filename: Exhibit 189_23 (Attachment W).pdf]

X.   Todd Wilcox's Notes Produced in Response to Subpoena *Duces Tecum* and Request for Production issued by Defendant (various bates numbers) [filename: Exhibit 189_24 (Attachment X).pdf]

Y.   Robert Cohen's Notes Produced in Response to Subpoena *Duces Tecum* and Request for Production issued by Defendant (various bates numbers) [filename: Exhibit 189_25 (Attachment Y).pdf]

Z.   Brie Williams' Notes Produced in Response to Subpoena *Duces Tecum* and Request for Production issued by Defendant (WILLIAMS000001-96) [filename: Exhibit 189_26 (Attachment Z).pdf]

190.   Plaintiff Sonia Rodriguez' ADC Dental Records for the period from January 24, 2014 to April 1, 2014 (ADC263048–50) [filename: Exhibit 190.pdf]

191.   Plaintiff Jeremy Smith's ADC Individual Inmate Detention Records (ADC140028–87) ) [filename: Exhibit 191.pdf]

192.   Plaintiff Joseph Hefner's Medical Records obtained by Defendants from Southwest Eye Center (ADC074629–715) ) [filename: Exhibit 192.pdf]

193.   Plaintiff Joseph Hefner's Medical Records obtained by Defendants from Arizona Eye Consultants (ADC074578–87) ) [filename: Exhibit 193.pdf]

194.   Plaintiff Joshua Polson's Medical Records obtained by Defendants from Maricopa County Correctional Health Services (ADC107603–71) [filename: Exhibit 194.pdf]

195.   Plaintiff Maryanne Chisholm's Medical Records obtained by Defendants from the CCA Central Arizona Detention Center (ADC084454-700) [filename: Exhibit 195.pdf]

196.   Plaintiff Stephen Swartz' Medical Records obtained by Defendants from the Maricopa Integrated Health System (ADC076220–82) [filename: Exhibit 196.pdf]

41

197.   Plaintiff Stephen Swartz' Medical Records obtained by Defendants from the maintained by University of Arizona Medical Center (ADC076283–323) [filename: Exhibit 197.pdf]

198.   Plaintiff Shawn Jensen's Medical Records obtained by Defendants from the University of Arizona Medical Center (ADC084701-878) [filename: Exhibit 198.pdf]

199.   Plaintiff Sonia Rodriguez' Medical Records obtained by Defendants from the Maricopa Integrated Health System (ADC074976–6190) [filename: Exhibit 199.pdf]

200.   Plaintiff Sonia Rodriguez' Medical Records obtained by Defendants' from West Valley Hospital (ADC076191–218) [filename: Exhibit 200.pdf]

201.   Plaintiff Sonia Rodriguez' Medical Records obtained by Defendants from Magellan of Arizona (ADC091464–471) [filename: Exhibit 201.pdf]

202.   Plaintiff Christina Verduzco's Medical Records obtained by Defendants from the Arizona State Hospital  (ADC121331-2074) [filename: Exhibit 202.pdf]

203.   Plaintiff Jeremy Smith's Medical Records obtained by Defendants from Maricopa County Correctional Health Services (ADC117587–630) [filename: Exhibit 203.pdf]

204.   Plaintiff Robert Gamez' Medical Records obtained by Defendants from University Medical Center (ADC074441–577) [filename: Exhibit 204.pdf]

205.   Excerpt from Deposition of Richard P. Seiter, Ph.D., taken on April 10, 2014 [filename: Exhibit 205.pdf]