Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                Defendants. | NO. 2:12-cv-00601-NVW<br><br><br>**DEFENDANTS' NOTICE OF FILING <u>CORRECTED</u> EXHIBITS IN NON-ELECTRONIC FORMAT RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

        Pursuant to the Court's order dated June 13, 2014, allowing Defendants to

file the Corrected Exhibits in support of their Motion for Summary Judgment in a non-

1   electronic format and under seal (Dkt. 935; see also Dkt. 873, 897), Defendants hereby

2   give notice that they have submitted for filing, under seal, the Corrected Exhibits to their

3   Motion for Summary Judgment (by disc) to the Clerk's Office, served those Corrected

4   Exhibits on opposing counsel, and submitted a courtesy copy to the Court.

5           DATED this 13th day of June 2014.

6                                   STRUCK WIENEKE & LOVE, P.L.C.

7

8                                   By /s/ Nicholas D. Acedo
                                        Daniel P. Struck
9                                       Kathleen L. Wieneke
                                        Rachel Love
10                                      Timothy J. Bojanowski
                                        Nicholas D. Acedo
11                                      Ashlee B. Fletcher
                                        Anne M. Orcutt
12                                      Jacob B. Lee
                                        STRUCK WIENEKE & LOVE, P.L.C.
13                                      3100 West Ray Road, Suite 300
                                        Chandler, Arizona  85226
14
                                        Arizona Attorney General Thomas C. Horne
15                                      Office of the Attorney General
                                        Michael E. Gottfried
16                                      Lucy M. Rand
                                        Assistant Attorneys General
17                                      1275 W. Washington Street
                                        Phoenix, Arizona 85007-2926
18
                                        *Attorneys for Defendants*
19

20   2910722.1

21

22

23

24

25

26

27

28

                                        2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy: ahardy@prisonlaw.com

Amy Fettig: afettig@npp-aclu.org

Caroline N. Mitchell: cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick: ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr: DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

David Cyrus Fathi: dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter: dspecter@prisonlaw.com

James Duff Lyall: jlyall@acluaz.org; gtorres@acluaz.org

Cathleen M. Dooley: cdooley@azdisabilitylaw.org

J.J. Rico: jrico@azdisabilitylaw.org

John Howard Gray: jhgray@perkinscoie.com; slawson@perkinscoie.com

Kirstin T. Eidenbach: keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Jerica L. Peters: jpeters@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Michael Evan Gottfried: Michael.gottfried@azag.gov; colleen.jordan@azag.gov; lucy.rand@azag.gov

Sara Norman: snorman@prisonlaw.com

Asim Varma: avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

David C. Kiernan: dkiernan@jonesday.com; lwong@jonesday.com

John Laurens Wilkes: jlwilkes@jonesday.com, dkkerr@jonesday.com

Kamilla Mamedova: kmamedova@jonesday.com

Jennifer K. Messina:        jkmessina@jonesday.com

Taylor Freeman:             tfreeman@jonesday.com

Sarah Eve Kader:            skader@azdisabilitylaw.org, mlauritzen@azdisabilitylaw.org

Katherine E. Watanabe: Katherine.Watanabe@azag.gov, susan.oquinn@azag.gov

Amelia M. Gerlicher:        agerlicher@perkinscoie.com;docketPHX@perkinscoie.com,
                            pdrew@perkinscoie.com

Lucy Marie Rand:            Lucy.Rand@azag.gov, Geneva.Johnson-Joksch@azag.gov

Ajmel Quereshi:             aquereshi@npp-aclu.org

Jessica Jansepar Ross       jross@azdisabilitylaw.org

I hereby certify that on this same date, I served the Corrected Exhibits to Defendants' Motion for Summary Judgment (by disc) by U.S. Mail, postage prepaid, on the following:

    Caroline N. Mitchell
    Sarah Kader
    David Cyrus Fathi
    Donald Specter
    Amelia Gerlicher

                                        /s/ Nicholas D. Acedo