1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5         kflood@acluaz.org
          jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
8  *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
9  *others similarly situated*

10 **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

   Sarah Kader (Bar No. 027147)
11 Asim Varma (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
12 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
13 Telephone: (602) 274-6287
   Email: skader@azdisabilitylaw.org
14        avarma@azdisabilitylaw.org

15 *Attorneys for Plaintiff Arizona Center for Disability Law*

16 **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **NOTICE OF INTENT TO SERVE SUBPOENA** |

78204-0001/LEGAL122404889.1

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiffs give notice that they intend to serve the attached subpoena for the deposition of the Rule 30(b)(6) Designee, Arizona Department of Corrections. A copy of the subpoena is attached to this notice as Exhibit 1.

Dated: June 16, 2014

**PERKINS COIE LLP**

By: s/ Amelia M. Gerlicher
Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
keidenbach@perkinscoie.com
jhgray@perkinscoie.com
mdumee@perkinscoie.com
jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

| | |
|---|---|
| 1 | Donald Specter (Cal. 83925)* |
| 2 | Alison Hardy (Cal. 135966)* |
|   | Sara Norman (Cal. 189536)* |
| 3 | Corene Kendrick (Cal. 226642)* |
|   | Warren E. George (Cal. 53588)* |
| 4 | **PRISON LAW OFFICE** |
|   | 1917 Fifth Street |
| 5 | Berkeley, California 94710 |
|   | Telephone:  (510) 280-2621 |
| 6 | Email:   dspecter@prisonlaw.com |
|   |          ahardy@prisonlaw.com |
| 7 |          snorman@prisonlaw.com |
|   |          ckendrick@prisonlaw.com |
| 8 |          wgeorge@prisonlaw.com |

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:   cnmitchell@jonesday.com
         aamiri@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | |
| 2 | John Laurens Wilkes (Tex. 24053548)* |
|   | Taylor Freeman (Tex. 24083025)* |
|   | **JONES DAY** |
|   | 717 Texas Street |
|   | Houston, Texas 77002 |
|   | Telephone: (832) 239-3939 |
|   | Email: jlwilkes@jonesday.com |
|   |        tfreeman@jonesday.com |

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: kmamedova@jonesday.com
       jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email: kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 | |
| 3 | By:  s/ Sarah Kader |
| 4 | Sarah Kader (Bar No. 027147)<br>Asim Varma (Bar No. 027927) |
| 5 | 5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034 |
| 6 | Telephone:  (602) 274-6287<br>Email:    skader@azdisabilitylaw.org |
| 7 | avarma@azdisabilitylaw.org |
| 8 | J.J. Rico (Bar No. 021292)<br>Jessica Jansepar Ross (Bar No. 030553) |
| 9 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 10 | 100 N. Stone Avenue, Suite 305<br>Tucson, Arizona 85701 |
| 11 | Telephone:  (520) 327-9547<br>Email:    jrico@azdisabilitylaw.org |
| 12 | jross@azdisabilitylaw.org |
| 13 | *Attorneys for Arizona Center for Disability Law* |

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ S. Neilson