Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
        jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
        avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT RESPONSE** |

Plaintiffs move for leave to file their Response to Defendants' Summary Judgment Motion on or before July 18, 2014, a two-and-a-half week extension from the current July 2, 2014 deadline, with Defendants' Reply deadline likewise extended to August 11, 2014.[1] Defendants consent to the extension.

Defendants had over seven months from the initial close of fact discovery in September 2013 to prepare their motion. Plaintiffs have worked diligently on their response, but believe that an extension would allow Plaintiffs to more fully address Defendants' motion.

Defendants filed a 56-page summary judgment motion, along with 4,327 separate statements of facts spanning 475 pages, as well as approximately 40,000 pages of exhibits. [Docs. 873 & 937] Defendants then filed a corrected version of their papers last Friday, June 13. *Id.* Although Plaintiffs believe that many of those facts and exhibits are immaterial, as Plaintiffs will explain in their upcoming response, it still takes significant time and resources to address such a lengthy filing. This does not include the substantial time and resources Plaintiffs' counsel has devoted to responding to Defendants' 37-page motion to exclude Plaintiffs' experts [Doc. 900], the response to which is due on June 18. The sheer magnitude of Defendants' filings alone warrants a reasonable extension.

Magnifying the time crunch, Plaintiffs have not yet had the time to analyze or complete all the Court-ordered discovery believed to be relevant to the issues raised in Defendants' Motion. For example, Plaintiffs need to take the Rule 30(b)(6) deposition of the Arizona Department of Corrections on the recent changes to the ADC's isolation and suicide prevention policies. The ADC implemented these new policies after the previous close of discovery, and Defendants have highlighted the new policies in their summary judgment motion. Plaintiffs have not yet had the opportunity to take any discovery on these issues. That deposition is currently scheduled for July 1 because Plaintiffs' counsel needed time to review newly-produced documents before the deposition and because the

---

[1] Plaintiffs' requested extension accounts for the Fourth of July weekend.

1  attorneys responsible for the deposition were unavailable for certain dates in the latter part
2  of June.

3  Further, on June 13, Defendants produced over 77,000 pages of documents to
4  Plaintiffs pursuant to court order. Under the current schedule, Plaintiffs do not have the
5  time to comprehensively review those documents for use in the summary judgment
6  response, nor the time to carefully identify any possible gaps in Defendants' production
7  and, if necessary, schedule a meet-and-confer and wait for supplemental production.
8  Because of the ongoing discovery issues, a reasonable extension beyond the current July 2
9  deadline is appropriate. *See Romo v. Schriro*, 04-1794 PHX FJM VAM, 2006 WL
10 1228611, at *1-2 (D. Ariz. May 5, 2006) (granting motion for extension of time to file
11 dispositive motion because of outstanding discovery disputes).

12 Rather than seeking relief under Fed. R. Civ. P. 56(d), Plaintiffs instead request a
13 two-and-a-half week extension. The extension will allow Plaintiffs to better apprise the
14 Court of the issues, without causing significant delay.

15
16 Dated: June 18, 2014                    **PERKINS COIE LLP**

17                                          By:   s/John H. Gray
18                                               Daniel C. Barr (Bar No. 010149)
                                                  Amelia M. Gerlicher (Bar No. 023966)
19                                               Kirstin T. Eidenbach (Bar No. 027341)
                                                  John H. Gray (Bar No. 028107)
20                                               Matthew B. du Mée (Bar No. 028468)
                                                  Jerica L. Peters (Bar No. 027356)
21                                               **PERKINS COIE LLP**
                                                  2901 N. Central Avenue, Suite 2000
22                                               Phoenix, Arizona 85012
                                                  Telephone: (602) 351-8000
23                                               Email:   dbarr@perkinscoie.com
                                                           agerlicher@perkinscoie.com
24                                                         keidenbach@perkinscoie.com
                                                           jhgray@perkinscoie.com
25                                                         mdumee@perkinscoie.com
                                                           jpeters@perkinscoie.com
26
27
28

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  dpochoda@acluaz.org
    jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:  dspecter@prisonlaw.com
    ahardy@prisonlaw.com
    snorman@prisonlaw.com
    ckendrick@prisonlaw.com
    wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:  dfathi@npp-aclu.org
    afettig@npp-aclu.org
    aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:    cnmitchell@jonesday.com
                aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:    jlwilkes@jonesday.com
                tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:    kmamedova@jonesday.com
                jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/Sarah Kader
Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
avarma@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email: jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

                                                                                                     S. Neilson

LEGAL122406253.2