UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT RESPONSE** |

The Court, having reviewed Plaintiffs' Unopposed Motion for Extension of Time To File Summary Judgment Response, and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Motion is GRANTED. Plaintiffs' time for filing Response to Defendants' Summary Judgment Motion is extended until July 18, 2014. Defendants may file a Reply by August 11, 2014.

LEGAL122406396.1