1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS RE: PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE EXPERTS** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

The Court having reviewed Plaintiffs' Motion for Leave to Exceed Page Limits re: Plaintiffs' Response in Opposition to Defendants' Motion to Preclude Experts (Doc. ___), and good cause appearing,

IT IS ORDERED granting the Plaintiffs' Motion for Leave to Exceed Page Limits re: Plaintiffs' Response in Opposition to Defendants' Motion to Preclude Experts.

IT IS FURTHER ORDERED directing the Clerk's Office to file Plaintiffs' Response in Opposition to Defendants' Motion to Preclude Experts on the public docket.