Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **DECLARATION OF KIRSTIN T. EIDENBACH** |

78204-0001/LEGAL122418879.1

I, Kirstin T. Eidenbach, declare:

1. I am an attorney licensed to practice in the State of Arizona. I am an associate at Perkins Coie LLP, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of pages from the transcript of the deposition of Brie Williams, M.D., taken on April 8, 2014.

3. Attached hereto as Exhibit 2, and filed under seal, is a true and correct copy of pages from the deposition of John W. Dovgan, D.D.S., taken on April 4, 2014.

4. Attached hereto as Exhibit 3, and filed under seal, is a true and correct copy of the Confidential Expert Report of Lawrence H. Mendel, D.O., FSCP, CCHP, dated January 18, 2013.

5. Attached hereto as Exhibit 4, and filed under seal, is a true and correct copy of excerpts of the Confidential Expert Report of Joseph V. Penn, M.D., CCHP, FAPA, dated January 18, 2013.

6. Attached hereto as Exhibit 5, and filed under seal, is a true and correct copy of the Confidential Expert Report of Richard P. Seiter, Ph.D., dated January 18, 2013.

7. Attached hereto as Exhibit 6, and filed under seal, is a true and correct copy of the Confidential Expert Report of John W. Dovgan, D.D.S., dated January 18, 2013.

8. Attached hereto as Exhibit 7, and filed under seal, is a true and correct copy of pages from the deposition of Lawrence Harold Mendel, D.O., FSCP, CCHP, taken on April 9, 2014.

9. Attached hereto as Exhibit 8, and filed under seal, is a true and correct copy of pages from the deposition of Joseph V. Penn, M.D., CCHP, FAPA, taken on April 11, 2014.

10. Attached hereto as Exhibit 9, and filed under seal, is a true and correct copy of pages from the deposition of Richard P. Seiter, Ph.D., taken on April 10, 2014.

11.     Attached hereto as Exhibit 10 is a true and correct copy of pages from the transcript of the deposition of Brian T. Hanstad, D.M.D., taken on April 2, 2014.

12.     Attached hereto as Exhibit 11 is a true and correct copy of pages from the transcript of the hearing held on August 7, 2013.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of June, 2014 in Phoenix, Arizona.

      /s/ Kirstin T. Eidenbach
Kirstin T. Eidenbach

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

| | |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| 2 | Amelia M. Gerlicher (Bar No. 023966)<br>Kirstin T. Eidenbach (Bar No. 027341) |
| 3 | John H. Gray (Bar No. 028107)<br>Matthew B. du Mée (Bar No. 028468) |
| 4 | Jerica L. Peters (Bar No. 027356)<br>**PERKINS COIE LLP** |
| 5 | 2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012 |
| 6 | Telephone: (602) 351-8000<br>Email:   dbarr@perkinscoie.com |
| 7 |          agerlicher@perkinscoie.com<br>         keidenbach@perkinscoie.com |
| 8 |          jhgray@perkinscoie.com<br>         mdumee@perkinscoie.com |
| 9 |          jpeters@perkinscoie.com |
| 10 | Caroline Mitchell (Cal. 143124)*<br>Amir Q. Amiri (Cal. 271224)* |
| 11 | **JONES DAY**<br>555 California Street, 26th Floor |
| 12 | San Francisco, California 94104<br>Telephone: (415) 875-5712 |
| 13 | Email:   cnmitchell@jonesday.com<br>         aamiri@jonesday.com |
| 14 | *Admitted *pro hac vice* |
| 15 | John Laurens Wilkes (Tex. 24053548)*<br>Taylor Freeman (Tex. 24083025)* |
| 16 | **JONES DAY**<br>717 Texas Street |
| 17 | Houston, Texas 77002<br>Telephone: (832) 239-3939 |
| 18 | Email:   jlwilkes@jonesday.com<br>         tfreeman@jonesday.com |
| 19 | |
| 20 | *Admitted *pro hac vice* |
| 21 | Kamilla Mamedova (N.Y. 4661104)*<br>Jennifer K. Messina (N.Y. 4912440)* |
| 22 | **JONES DAY**<br>222 East 41 Street |
| 23 | New York, New York 10017<br>Telephone: (212) 326-3498 |
| 24 | Email:   kmamedova@jonesday.com<br>         jkmessina@jonesday.com |
| 25 | *Admitted *pro hac vice* |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Kevin Brantley (Cal. 251886)* |
|  | **JONES DAY** |
| 2 | 3161 Michelson Drive, Suite 800 |
|  | Irvine, California 92612 |
| 3 | Telephone: (949) 851-3939 |
|  | Email:  kcbrantley@jonesday.com |
| 4 | |
|  | *Admitted *pro hac vice* |
| 5 | |
|  | *Attorneys for Plaintiffs Shawn Jensen;* |
| 6 | *Stephen Swartz; Dustin Brislan; Sonia* |
|  | *Rodriguez; Christina Verduzco; Jackie* |
| 7 | *Thomas; Jeremy Smith; Robert Gamez;* |
|  | *Maryanne Chisholm; Desiree Licci; Joseph* |
| 8 | *Hefner; Joshua Polson; and Charlotte* |
|  | *Wells, on behalf of themselves and all others* |
| 9 | *similarly situated* |
| 10 | Sarah Kader (Bar No. 027147) |
|  | Asim Varma (Bar No. 027927) |
| 11 | **ARIZONA CENTER FOR** |
|  | **DISABILITY LAW** |
| 12 | 5025 East Washington Street, Suite 202 |
|  | Phoenix, Arizona 85034 |
| 13 | Telephone: (602) 274-6287 |
|  | Email:  skader@azdisabilitylaw.org |
| 14 |          avarma@azdisabilitylaw.org |
| 15 | J.J. Rico (Bar No. 021292) |
|  | Jessica Jansepar Ross (Bar No. 030553) |
| 16 | **ARIZONA CENTER FOR** |
|  | **DISABILITY LAW** |
| 17 | 100 N. Stone Avenue, Suite 305 |
|  | Tucson, Arizona 85701 |
| 18 | Telephone: (520) 327-9547 |
|  | Email:  jrico@azdisabilitylaw.org |
| 19 |          jross@azdisabilitylaw.org |
| 20 | *Attorneys for Arizona Center for Disability Law* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ Delana Freouf

78204-0001/LEGAL122418879.1                    -5-