Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
   jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
   avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **DECLARATION OF CORENE KENDRICK** |

I, Corene Kendrick, declare:

1.     I am an attorney licensed to practice in the State of California, and admitted to this Court *pro hac vice*.  I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation.  If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.     Prior to the tours of Defendants' facilities conducted by Plaintiffs' medical experts, Dr. Robert Cohen and Dr. Todd Wilcox, from July to October 2013, I worked with them regarding the selection of the prisoners whose files they would review or with whom they would speak during the tours.  The experts instructed me on how they wanted the files selected, and I went through lists of prisoners provided by Defendants to randomly select the prisoners.

3.     First, I contacted the experts in mid-June 2013, about one month before the first scheduled tour, and asked them how they wanted to select medical files, HNRs, and grievances for review.

4.     Dr. Cohen and Dr. Wilcox wanted to focus upon prisoners with chronic medical conditions; prisoners who had been sent out in the past few months for emergencies, specialty care, or hospitalization; and prisoners who had died in the past year.

5.     Specifically, for each prison, varying somewhat based upon whether it was a one day or two day tour, they wanted to review:  (a) 5 to 10 randomly selected files of prisoners with type 1 diabetes; (b) 5 to 10 randomly selected files of prisoners with HIV or AIDS; (c) 5 to 10 randomly selected files of prisoners with hypertension/cardiac conditions; (d) 5 to 10 randomly selected files of prisoners with seizure disorder; (e) 5 to 10 randomly selected files of prisoners with cancer; (f) 5 to 10 randomly selected files of prisoners with asthma or COPD; (g) 5 to 10 randomly selected files of prisoners on anticoagulants or dialysis; (h) all of the files of prisoners who had been sent out to the hospital or on emergency transports in the previous months; and (i) all of the files of

1   prisoners who had died in the past year (either at the facility or out at hospital while in

2   ADC custody).  The experts also wanted to review a random sample files of prisoners for

3   whom our office had provided individual advocacy to Defendants, or on whose behalf our

4   office had been contacted regarding inadequate medical care.  Additionally, for his tour of

5   Perryville, the women's prison, Dr. Wilcox asked that he also review the files of all

6   prisoners who were pregnant or who had given birth in the past six months.

7        6.    In response to discovery requests, Defendants provided counsel for

8   Plaintiffs with (a) reports listing by institution the names of prisoners who had chronic

9   medical conditions (the "monitored conditions reports") [Bates Nos. ADC094833-095216,

10  dated March 13, 2013]; (b) statewide lists of prisoners who had been hospitalized in April,

11  May, and June 2013 [Bates Nos. ADC122025-122045]; and (c) statewide lists of prisoners

12  who had been sent off-site in emergency transports in the months of December 2012,

13  January 2013, February 2013, and May 2013 [Bates Nos. ADC108131-108136,

14  ADC122049-122056].  Defendants also produced to Plaintiffs' counsel their Monthly

15  Green Amber Red (MGAR) monitoring reports for the institutions.  Finally, Defendants

16  post announcements of most deaths of prisoners on their website.  All of these documents

17  were sent to Dr. Wilcox and Dr. Cohen by administrative staff in my office prior to their

18  tours.

19       7.    In order to compile the list of names of prisoners with chronic medical

20  conditions whose files the expert wanted to review during his tour, I directed my paralegal

21  to go through the March 2013 monitored conditions reports for each institution and add up

22  separately the number of prisoners listed with HIV/AIDS, hypertension, asthma/COPD,

23  cancer, or seizures.  Defendants' monitored conditions reports did not track prisoners on

24  anticoagulants or on dialysis.  The paralegal provided me with the total numbers for each

25  category for each institution, and I divided each category's number by 8, in order to

26  determine the frequency number for selecting the files (for example, if there were 40 HIV

27  patients, the frequency would be 40 divided by 8, or every 5th file).  Once I had that

28  frequency number, I went through the monitored conditions reports for each institution,

1  and counted off every Nth prisoner with that medical condition (using the previous
2  example, every 5th HIV positive patient), and highlighted his or her name.  I checked the
3  ADC inmate locator database to determine if each highlighted prisoner was still housed at
4  the institution.  In cases where the prisoner had died, paroled, or transferred, I selected the
5  next person listed under him/her with that same chronic condition.  I used the number 8
6  because that was between 5 and 10.

7        8.     In order to compile the names of prisoners sent off-site for emergencies or
8  hospitalization, I sorted the lists by institution, and selected all names.  Again, I checked
9  the ADC inmate locator database to see if the prisoner was still housed at the institution,
10  and if so, added his/her name to the list of files to be reviewed.

11        9.     In order to compile the lists of prisoners who died, I directed my paralegal
12  to sort the death announcements by facility and give me the names of all prisoners who
13  had died since the date one year before the date of the scheduled tour.

14        10.    With regard to prisoners who were discussed in the MGAR reports, I
15  reviewed the previous three months of reports for each facility and highlighted the names
16  of any prisoners listed by ADC monitors as having difficulty in receiving medical
17  treatment for cancer, HIV, AIDS, cardiac conditions, or broken bones.  I checked the
18  inmate locator database to see if the prisoner was still housed at the institution, and if so,
19  added his/her name to the list of files to be reviewed.

20        11.    Finally, with regard to prisoners for whom our office had advocated for
21  health care, I reviewed a list of those prisoners and selected the ones still housed at the
22  institution to be toured.  For the prisoners who had contacted Plaintiffs' counsel regarding
23  inadequate health care, I reviewed a spreadsheet that listed them by institution, for each
24  institution, confirmed whether the person was still housed at the institution that was going
25  to be visited, and selected every Nth name to arrive at 5 files from that list.

26        12.    I then compiled all of the names for each prison into alphabetically ordered
27  lists, and included them in letters sent on July 11, 2013, July 20, 2013, August 6, 2013,
28  and October 4, 2013 to Defendants' counsel regarding tour logistics.

1      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

2  is true and correct.

3      Executed this 18th day of June, 2014 in Berkeley, California.

4

5                                                          /s/ Corene Kendrick

6                                                          Corene Kendrick

7  **ADDITIONAL COUNSEL:**

8                                              Donald Specter (Cal. 83925)*
                                               Alison Hardy (Cal. 135966)*
9                                              Sara Norman (Cal. 189536)*
                                               Corene Kendrick (Cal. 226642)*
10                                             Warren E. George (Cal. 53588)*
                                               **PRISON LAW OFFICE**
11                                             1917 Fifth Street
                                               Berkeley, California 94710
12                                             Telephone:  (510) 280-2621
                                               Email:     dspecter@prisonlaw.com
13                                                         ahardy@prisonlaw.com
                                                           snorman@prisonlaw.com
14                                                         ckendrick@prisonlaw.com
                                                           wgeorge@prisonlaw.com

15                                             *Admitted *pro hac vice*

16                                             David C. Fathi (Wash. 24893)*
                                               Amy Fettig (D.C. 484883)**
17                                             Ajmel Quereshi (Md. 28882)**
                                               **ACLU NATIONAL PRISON**
18                                             **PROJECT**
                                               915 15th Street N.W., 7th Floor
19                                             Washington, D.C. 20005
                                               Telephone:  (202) 548-6603
20                                             Email:     dfathi@npp-aclu.org
                                                          afettig@npp-aclu.org
21                                                         aquereshi@npp-aclu.org

22                                             *Admitted *pro hac vice*.  Not admitted
                                                in DC; practice limited to federal
23                                               courts.
                                               **Admitted *pro hac vice*
24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           keidenbach@perkinscoie.com
           jhgray@perkinscoie.com
           mdumee@perkinscoie.com
           jpeters@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
           aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
           tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
           jkmessina@jonesday.com

*Admitted *pro hac vice*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
            avarma@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR
DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:    jrico@azdisabilitylaw.org
            jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 18, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ Delana Freouf