1  Daniel Pochoda (Bar No. 021979)
   James Duff Lyall (Bar No. 330045)*
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone:  (602) 650-1854
4  Email: dpochoda@acluaz.org
          jlyall@acluaz.org
5  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
   *Dustin Brislan, Sonia Rodriguez, Christina Verduzco,*
7  *Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne*
   *Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson,*
8  *and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*

9  **[ADDITIONAL COUNSEL LISTED BELOW]**

10 Sarah Kader (Bar No. 027147)
   Asim Varma (Bar No. 027927)
11 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
12 Phoenix, Arizona 85034
   Telephone:  (602) 274-6287
13 Email: skader@azdisabilitylaw.org
          avarma@azdisabilitylaw.org
14
   *Attorneys for Plaintiff Arizona Center for Disability Law*
15 **[ADDITIONAL COUNSEL LISTED BELOW]**

16                UNITED STATES DISTRICT COURT

17                    DISTRICT OF ARIZONA

| | |
|---|---|
| 18 Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA)  **DECLARATION OF ROBERT COHEN, M.D.** |
| 22  Plaintiffs, | |
| 23  v. | |
| 24 Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| 27  Defendants. | |

28

I, Robert Cohen, M.D., declare:

1.    I am a licensed medical doctor, board-certified in internal medicine.  I am also an expert in the field of correctional medicine, with 30 years of experience and extensive publications in the field.  I provided primary care to jail inmates at Rikers Island, have been appointed by federal courts to serve as a monitor in cases challenging the provision of medical care to prisoners, have been a member of the New York City Board of Corrections since 2009, and have served as a member of the Board of the National Commission on Correctional Health Care.

2.    I have been retained by counsel for the plaintiff class to provide an opinion on medical care provided to prisoners confined in the Arizona Department of Corrections (ADC).

3.    I prepared three reports for plaintiffs regarding health care delivery in the ADC.  Attached hereto as Exhibit 1 is my report dated November 8, 2013, including all appendices.

4.    Attached hereto as Exhibit 2 is my rebuttal report dated January 31, 2014, including all appendices.

5.    Attached hereto as Exhibit 3 is my supplemental report dated February 24, 2014, including all appendices.

6.    I set forth my methodology for developing my opinion in my first report at paragraphs 3-5.

7.    Additionally, based upon a subsequent document production from the defendants, I reviewed the death records for all patients who defendants reported died between March 4, 2013 and September 27, 2013, except those whose deaths were ruled accidental, homicide, or suicide.

8.    The methodology I used in this case is consistent with the methodology I have used in numerous other evaluations of prison health care delivery systems, and with the standards of experts in the field of correctional medical care.  In every case in which I

1    have testified, my expert opinion has been admitted, including recently in *Graves v.*

2    *Arpaio*, No. CV-77-00479-PHX-NVW.

3         Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

4    is true and correct.

5         Executed this ___16___ day of June, 2014 in New York City, New York.

6

7

8                                          Robert Cohen, M.D.

9

10   **ADDITIONAL COUNSEL:**

                                           Donald Specter (Cal. 83925)*
                                           Alison Hardy (Cal. 135966)*
11                                         Sara Norman (Cal. 189536)*
                                           Corene Kendrick (Cal. 226642)*
12                                         Warren E. George (Cal. 53588)*
                                           **PRISON LAW OFFICE**
13                                         1917 Fifth Street
                                           Berkeley, California 94710
14                                         Telephone:  (510) 280-2621
                                           Email:     dspecter@prisonlaw.com
15                                                     ahardy@prisonlaw.com
                                                       snorman@prisonlaw.com
16                                                     ckendrick@prisonlaw.com
                                                       wgeorge@prisonlaw.com
17

18                                         *Admitted *pro hac vice*

19                                         David C. Fathi (Wash. 24893)*
                                           Amy Fettig (D.C. 484883)**
                                           Ajmel Quereshi (Md. 28882)**
20                                         **ACLU NATIONAL PRISON
                                           PROJECT**
21                                         915 15th Street N.W., 7th Floor
                                           Washington, D.C. 20005
22                                         Telephone:  (202) 548-6603
                                           Email:     dfathi@npp-aclu.org
23                                                     afettig@npp-aclu.org
                                                       aquereshi@npp-aclu.org
24
                                           *Admitted *pro hac vice*.  Not admitted
25                                         in DC; practice limited to federal
                                           courts.
26                                         **Admitted *pro hac vice*

27

28

1   Daniel C. Barr (Bar No. 010149)
    Amelia M. Gerlicher (Bar No. 023966)
2   Kirstin T. Eidenbach (Bar No. 027341)
    John H. Gray (Bar No. 028107)
3   Matthew B. du Mée (Bar No. 028468)
    Jerica L. Peters (Bar No. 027356)
4   **PERKINS COIE LLP**
    2901 N. Central Avenue, Suite 2000
5   Phoenix, Arizona 85012
    Telephone:  (602) 351-8000
6   Email:     dbarr@perkinscoie.com
               agerlicher@perkinscoie.com
7              keidenbach@perkinscoie.com
               jhgray@perkinscoie.com
8              mdumee@perkinscoie.com
               jpeters@perkinscoie.com
9
    Caroline Mitchell (Cal. 143124)*
10  Amir Q. Amiri (Cal. 271224)*
    **JONES DAY**
11  555 California Street, 26th Floor
    San Francisco, California 94104
12  Telephone:  (415) 875-5712
    Email:     cnmitchell@jonesday.com
13             aamiri@jonesday.com

14  *Admitted *pro hac vice*

15  John Laurens Wilkes (Tex. 24053548)*
    Taylor Freeman (Tex. 24083025)*
16  **JONES DAY**
    717 Texas Street
17  Houston, Texas 77002
    Telephone:  (832) 239-3939
18  Email:     jlwilkes@jonesday.com
               tfreeman@jonesday.com
19
    *Admitted *pro hac vice*
20
    Kamilla Mamedova (N.Y. 4661104)*
21  Jennifer K. Messina (N.Y. 4912440)*
    **JONES DAY**
22  222 East 41 Street
    New York, New York 10017
23  Telephone:  (212) 326-3498
    Email:    kmamedova@jonesday.com
24            jkmessina@jonesday.com

25  *Admitted *pro hac vice*

26

27

28

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:     kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:     skader@azdisabilitylaw.org
               avarma@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR
DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:     jrico@azdisabilitylaw.org
               jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 18, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ Delana Freouf