## Index of Exhibits to

## Declaration of Robert Cohen, M.D.

Exhibit 1:   Report dated November 8, 2013, including all appendices (UNDER SEAL)

Exhibit 2:   Report dated January 31, 2014, including all appendices (UNDER SEAL)

Exhibit 3:   Supplemental report dated February 24, 2014, including all appendices (UNDER SEAL)

# EXHIBIT 1

# FILED UNDER SEAL

# EXHIBIT 2

# FILED UNDER SEAL

# EXHIBIT 3

# FILED UNDER SEAL