**Index of Exhibits to**

**Declaration of Todd Randall Wilcox, M.D.**

Exhibit 1:     Confidential Report of Todd Randall Wilcox, November 8, 2013
               (UNDER SEAL)

Exhibit 2:     Confidential Rebuttal Report of Todd Randall Wilcox, January 31, 2014
               (UNDER SEAL)

Exhibit 3:     Confidential Supplemental Report of Todd Randall Wilcox, April 2, 2014
               (UNDER SEAL)

Exhibit 4:     CMS Quality Strategy Report - 2013 – Beyond, November 18, 2013

Exhibit 5:     Perla and Provost, "Judgment Sampling: A Health Care Improvement
               Perspective," Q Manage Health Care 21:3 at 169-75 (2012)

Exhibit 6:     Donabedian, An Introduction to Quality Assurance in Health Care (Oxford: 2003)

# EXHIBIT 1

# FILED UNDER SEAL

# EXHIBIT 2

# FILED UNDER SEAL

# EXHIBIT 3

# FILED UNDER SEAL

# EXHIBIT 4

# CMS Quality Strategy
# 2013 – Beyond

November 18, 2013

---

For Public Release

# Contents

Overview ...................................................................................................................... 1

Introduction ................................................................................................................. 2

Organizational Tenets ................................................................................................... 3

    Vision ....................................................................................................................... 3

    Mission ..................................................................................................................... 3

    Values ...................................................................................................................... 3

The CMS Quality Strategy .............................................................................................. 5

    Foundational Principles ............................................................................................ 5

        Eliminate Racial and Ethnic Disparities ............................................................... 5

        Strengthen Infrastructure and Data Systems ...................................................... 5

        Enable Local Innovations ..................................................................................... 6

        Foster Learning Organizations ............................................................................. 6

    Drivers and Policy Levers .......................................................................................... 6

    Agents and Partners ................................................................................................. 7

        CMS ..................................................................................................................... 7

        Partners ............................................................................................................... 7

    Goal 1: Make care safer by reducing harm caused in the delivery of care ................. 9

        Goal 1 – Foundational Principles ........................................................................ 10

    Goal 2: Strengthen person and family engagement as partners in their care ........... 12

        Goal 2 – Foundational Principles ........................................................................ 13

    Goal 3: Promote effective communication and coordination of care ...................... 15

        Goal 3 – Foundational Principles ........................................................................ 16

    Goal 4: Promote effective prevention and treatment of chronic disease ................. 18

        Goal 4 – Foundational Principles ........................................................................ 19

    Goal 5:  Work with communities to promote best practices of healthy living .......... 22

        Goal 5 – Foundational Principles ........................................................................ 23

    Goal 6:  Make care affordable ................................................................................ 25

        Goal 6 – Foundational Principles ........................................................................ 26

Implementation and Evaluation ................................................................................. 29

    Implementation ..................................................................................................... 29

    Evaluation .............................................................................................................. 29

    Reporting ............................................................................................................... 29

    Evaluation Methods ............................................................................................... 30

Rapid Cycle Data-driven Improvement ........................................................................... 30

Formative Evaluation .................................................................................................... 30

Summative Evaluation ................................................................................................... 31

Sampling......................................................................................................................... 31

# Overview

The Centers for Medicare & Medicaid Services (CMS), working collaboratively with our public and private partners, is well on its way to transforming the way the Agency conducts its business and operations. CMS is working to support the delivery of consistent high-quality care, promote efficient outcomes in our healthcare system, and ensure that health insurance remains affordable for the millions of Americans who seek coverage. As shown in the following diagram, CMS is using all its policy levers and program authorities to ensure that these goals can be achieved, including rewarding innovation in the delivery of services, implementing initiatives to reduce burden, and employing state-of-the-art technologies to assure program integrity across our healthcare coverage programs. CMS has created this strategy in accordance with legislation in the Patient Protection and Affordable Care Act (ACA) of 2010 [§3011(b)(2)(A)-(D)], which requires that each agency within the Department of Health and Human Services (HHS) report on its progress and development of a Quality Strategy.



Driving quality improvement is a core function of CMS. This commitment is particularly evident as CMS enhances its partnerships with a delivery system in which providers are supported in achieving better outcomes in health and healthcare, at lower cost, for the beneficiaries and communities they serve. The Agency must strategically implement these efforts to ensure that providers meet goals without harming the people most affected by policy decisions surrounding payment and quality.

The CMS Quality Strategy is designed to guide the activities of the Agency's components that are vital in completing this transformation.  It is built on the foundation of the CMS Strategy and the HHS National Quality Strategy.  The National Quality Strategy was developed through a participatory, transparent, and collaborative process that included the input of a wide array of stakeholders.

# Introduction

Americans are not receiving the healthcare they need, at the time they need it, or at a cost that is affordable. Although current CMS programs and initiatives have succeeded at reimbursing providers for services they render, in the past these reimbursements have not been tied to quality or incentivized for efficiencies. To improve, a broad-based and seamless reform approach is necessary to address challenges in our healthcare system—escalating costs, inadequate coverage, and inefficient care of variable quality.

The ACA seeks to increase access to high-quality, affordable healthcare for all Americans. The National Quality Strategy articulates broad aims and priorities that have been informed by extensive consultation with stakeholders across the country. At the federal level, the National Quality Strategy has guided the development of HHS programs, regulations, and strategic plans for new initiatives, in addition to serving as a critical tool for evaluating the full range of federal healthcare efforts. It has kick-started implementation planning across HHS and established a mechanism to obtain additional private sector input on specific goals, benchmarks, and quality metrics in 2011. The CMS Quality Strategy pursues and aligns with the three broad aims of the National Quality Strategy:

- **Better Care:** Improve the overall quality of care by making healthcare more patient-centered, reliable, accessible, and safe.
- **Healthy People, Healthy Communities:** Improve the health of the U.S. population by supporting proven interventions to address behavioral, social, and environmental determinants of health in addition to delivering higher-quality care.
- **Affordable Care:** Reduce the cost of quality healthcare for individuals, families, employers, and government.

To advance the three aims, the National Quality Strategy identified six priorities:

1. Making care safer by reducing harm caused in the delivery of care.
2. Ensuring that each person and family is engaged as partners in their care.
3. Promoting effective communication and coordination of care.
4. Promoting the most effective prevention and treatment practices for the leading causes of mortality, starting with cardiovascular disease.
5. Working with communities to promote wide use of best practices to enable healthy living.
6. Making quality care more affordable for individuals, families, employers, and governments by developing and spreading new healthcare delivery models.

Each of these priorities maps to the three National Quality Strategy aims and has become a goal in the CMS Quality Strategy. This document identifies quality-focused objectives that CMS can drive or enable to further these goals. Quality interventions are inherently interrelated, thus many goals include concepts that could be articulated under more than one goal. As we organized and structured objectives, we sought to put them in the place that captures where the primary driver of change occurs.

# Organizational Tenets

## Vision

The vision of the CMS Quality Strategy is to optimize health outcomes by improving clinical quality and transforming the health system.

## Mission

We, the CMS Quality components, serve CMS, HHS, state Medicaid and Children's Health Insurance Program (CHIP) agencies, and the public as a trusted partner with steadfast focus on improving outcomes, beneficiary experience of care, and population health, and reducing healthcare costs through improvement. To maintain this focus, we will:

- Lead quality measurement alignment, prioritization, and implementation and the development of new innovative measures
- Guide quality improvement across the nation and foster learning networks that generate results
- Reward value over volume of care
- Develop and implement innovative delivery system and payment models to improve care and lower costs
- Collaborate across CMS, HHS, and with external stakeholders
- Listen to the voices of beneficiaries and patients as well as those who provide healthcare
- Foster an environment that will create the capacity for providers to improve quality through use of locally generated data and local innovations in care delivery
- Be a model of effective business operations, customer support, and innovative information systems that excel in making meaningful information available
- Develop individuals, create high-functioning teams, foster pride and joy in work at all levels, continuously learn, and strive to improve

## Values

The CMS Quality Strategy aligns with the CMS Organizational Strategy's values, and we commit our work to the following:

- **Beneficiaries and Patients Come First** – We put first the best interest of the people we serve.
- **Public Service** – We take pride in our unique and privileged role in the healthcare of the nation.
- **Integrity** – We hold ourselves to the highest standards of honesty and ethical behavior.
- **Accountability** – We earn trust by being responsible for the outcomes of our actions.
- **Teamwork** – We foster unconditional teamwork and regard every employee in CMS as available and willing to help others.
- **External Collaboration** – We strive to work in full cooperation with the private sector.

- **Innovation** – We encourage finding and testing new ideas in all that CMS does.

- **Excellence** – We are committed to strengthening our organizational culture of striving for excellence in our products and services as well as in how we do business.

- **Respect** – We treat all our stakeholders and one another with the utmost respect and professionalism.

We strive to continually refine our processes, systems, and services for the benefit of our internal and external stakeholders. Throughout our work to improve quality, we will seek input and actively listen, collaborate and partner with stakeholders outside CMS, be responsive to beneficiary and provider needs, learn from others and foster learning networks, be a catalyst for health system improvement, and focus on what is best for patients.

# The CMS Quality Strategy

This Quality Strategy lays out goals, objectives, and intended outcomes to guide action to realize six broad and interrelated goals. As previously noted, these CMS Quality Strategy goals reflect the six priorities set out in the National Quality Strategy:

- Goal 1: Make care safer by reducing harm caused in the delivery of care
- Goal 2: Strengthen person and family engagement as partners in their care
- Goal 3: Promote effective communication and coordination of care
- Goal 4: Promote effective prevention and treatment of chronic disease
- Goal 5: Work with communities to promote best practices of healthy living
- Goal 6: Make care affordable

## Foundational Principles

Four foundational principles guide the Agency's action toward each of these goals. Unless these four principles are explicitly incorporated into the Operational Plan to achieve our goals, CMS will not succeed in driving change to improve the quality and cost of care for all. To ensure that these principles are actively addressed, CMS will continuously evaluate how the Agency is embedding the foundational principles within each goal.

### Eliminate Racial and Ethnic Disparities

Despite the steady improvements in the overall health of the United States, racial and ethnic minorities experience a lower quality of health services, are less likely to receive routine medical procedures, and have higher rates of morbidity and preventable conditions than non-minorities. Disparities in healthcare exist even when controlling for gender, condition, age, and socioeconomic status. Eliminating disparities is essential for performance excellence and improved community health. CMS is dedicated to helping eliminate racial and ethnic disparities in healthcare by aligning to the National Plan for Health Literacy (http://www.health.gov/communication/hlactionplan/pdf/Health_Literacy_Action_Plan.pdf) and the HHS Action Plan to Reduce Racial and Ethnic Disparities (http://minorityhealth.hhs.gov/npa/files/Plans/HHS/HHS_Plan_complete.pdf). In addition, CMS is committed to improving health literacy that enables people to effectively navigate our healthcare system.

To realize an equitable healthcare system, all physicians, nurses, and allied health professionals must be aware of healthcare disparities as well as the care management needed at the patient level to identify and eliminate them. All providers must work actively in their practices to eliminate such disparities. Additionally, all patients in CMS programs must have access to and receive patient-centered, equitable, effective, safe, timely, and efficient care.

### Strengthen Infrastructure and Data Systems

Data and information are essential aspects of a healthy, robust public health infrastructure.  Patient treatment and care rely on various components of the healthcare system, and care is delivered through different levels of a health system. Thus, strengthening infrastructure and data systems for public reporting and using electronic data collection are essential to all CMS activities. Specifically, these efforts

enhance CMS's ability to monitor trends in critical health measures among priority populations; monitor health status, healthcare, and health policy concerns at the national, state, local, and tribal levels; and conduct in-depth studies of population health at the community level and for specific subpopulations. New payment models being implemented by CMS (e.g., the Medicare Shared Savings Program, the Medicare Fee-for-Service Physician Feedback Program/Physician Value-Based Payment Modifier, and state Medicaid agency-developed shared savings models) require new capacities in CMS information systems, including the ability to align programs and administer population-based and value-based payments. CMS will transform its infrastructure and data systems to allow for payment and management of accountable, value-based care.

## Enable Local Innovations

CMS promotes innovation at all levels of the healthcare system. The effectiveness of healthcare service delivery often depends on the availability and quality of social services and programs in a given community. Because each local community is unique, CMS will enable programs that allow local communities to address their challenges in ways that best meet their needs. Improving access to essential services requires three forms of innovation: (1) *technological*, to ensure availability of services that are more cost-effective than existing interventions, (2) *social*, to ensure the equitable distribution of essential services, and (3) *adaptive*, involving both providers and communities to tailor the adoption of services to local settings.

## Foster Learning Organizations

A learning organization is one that continually expands its ability to shape its future. For a modern, knowledge-based, service-focused Agency to be successful, learning must be linked to the organization's strategic goals. CMS intends to make continual learning a way of life within the Agency to improve the performance of the organization as a total system.

But CMS must also think about the need to support learning on the delivery system side. As we introduce new programs requiring core competencies in improvement and population health management, we need to be mindful of our role in providing educational support for providers to succeed in these new models. Education does not end when a provider receives credentials or a patient is discharged. Education is increasingly continuous, deliberate, and an integral part of organizational learning. CMS is committed to promoting learning and education as key parts of its quality programs and initiatives. By fostering learning organizations, CMS will use funding more effectively and continue to explore the best methods for delivering healthcare and disseminating best practices.

# Drivers and Policy Levers

CMS is working to achieve these objectives through multiple drivers and policy levers of quality including, but not limited to:

- Measuring and publicly reporting providers' quality performance
- Providing technical assistance and fostering learning networks for quality improvement
- Adopting evidence-based national coverage determinations
- Setting clinical standards for providers that support quality improvement
- Creating survey and certification processes that evaluate capacity for quality assurance and quality improvement

# Agents and Partners

Many agents—including CMS; state Medicaid and CHIP agencies; other federal, state, tribal, and local governmental organizations; and health providers—will be necessary to shape initiatives and implement activities to further the goals and objectives articulated in this plan. CMS will play the leading role as both a driver and enabler of activities, while other federal agencies, state Medicaid programs, healthcare organizations, and advocacy groups have critical roles to play in improving the quality of healthcare for all Americans.

## CMS

As a lead agent, CMS plays two roles in implementing this Quality Strategy: driver and enabler. In some cases, CMS has the capacity to directly "drive" or implement changes to payments, regulations, and transparency in service of the quality improvement objectives articulated in this strategy. In other cases, CMS can enable external agents, such as health systems, hospitals, and physicians, to implement initiatives and activities by supporting demonstration projects, developing educational materials and guidance, and facilitating the exchange of promising practices. This strategy document presents CMS-driven and CMS-enabled initiatives together. One of the first steps of the implementation phase will be to identify lead agents for priority action items.

## Partners

To achieve its goals, CMS forges partnerships among federal, state, territorial, tribal, and local governments; business, industry, and other private sector partners; philanthropic organizations; community and faith-based organizations; and with everyday Americans to improve health through prevention. For the first time in the nation's history, we are embarking as a federal partner on a cross-sector, integrated National Quality Strategy that identifies priorities for improving the health of Americans.

CMS is working to promote ongoing engagement of federal partners to align programs and understand and act upon advancements and developments that may affect health and wellness.

The Agency also works closely with state Medicaid and CHIP agencies that help implement our publicly financed healthcare programs. Another key set of partners is private sector insurers who often model their approaches to payment on CMS approaches.  We will cultivate relationships with these public and private sector payers to leverage the impact of new payment models and quality improvement best practices.

In addition, CMS components coordinate efforts with other federal entities through quality initiatives and issue-based workgroups. These partners and workgroups include the Quality Improvement Council (QIC), the Agency for Healthcare Research and Quality (AHRQ), the Veterans Health Administration (VHA), Centers for Disease Control and Prevention (CDC), the office of the Assistant Secretary for Planning and Evaluation (ASPE), the Medicare Payment Advisory Commission (MedPAC), the Office of Legislation (OL), and the Office of the National Coordinator for Health Information Technology (ONC). CMS components also work closely with non-governmental organizations such as The Joint Commission, the National Committee for Quality Assurance (NCQA), the American Medical Association, and the American Hospital Association to strive for better care throughout the healthcare system.

# CMS Quality Strategy Goals

# Goal 1: Make care safer by reducing harm caused in the delivery of care

**Strategic Result: Healthcare-related harms are reduced**

Healthcare-related errors harm millions of American patients each year and add billions of dollars to healthcare costs. Two prominent examples:  The CDC estimates that at least 1.7 million healthcare-associated infections occur each year, and these conditions lead to 99,000 deaths; adverse medication events cause more than 770,000 injuries and deaths each year. The cost of treating patients who are harmed by these events is estimated to be as high as $5 billion annually.

CMS strives to make care safer by supporting a culture of safety, eliminating inappropriate and unnecessary care that can lead to harm, and reducing rates of healthcare-acquired conditions in all healthcare settings (see National Action Plan to Prevent Healthcare-Associated Infections: Road Map to Elimination, http://www.hhs.gov/ash/initiatives/hai/actionplan/). These objectives can be achieved through improved communication among patients, families, and providers; empowering patients to become more engaged in their care; better coordination of care within and across settings; and broad implementation of evidence-based safety best practices wherever care is provided. Payment systems that reward the avoidance of rather than incentivizing unnecessary tests and treatments will minimize the harm that can result from inappropriate care.

Through programs and initiatives such as 1115 Medicaid Waivers, Partnership for Patients, Hospital Value-Based Purchasing, patient-centered medical homes, Medicare Advantage Quality Bonus Payments, and the End-Stage Renal Disease Quality Incentive Program, CMS provides financial incentives that reward providers for adopting best practices that can decrease harm. CMS also provides opportunities for providers to work together to diffuse best practices that emphasize quality improvement and patient safety, thus accelerating the rate of adoption of new knowledge in the delivery system. CMS also assures patients' safety through its survey and certification authority by assessing compliance with federal health and safety-related standards, including those related to quality assessment and performance improvement.

CMS aims to partner with healthcare providers in a continual effort to reduce the risk for injury from care, aiming for zero harm whenever possible and striving to create a system that reliably provides high-quality healthcare for everyone. We believe this kind of system can make a substantial difference in improving care by preventing serious medication events and eliminating healthcare-associated infections and other preventable conditions.

## Goal 1 – Foundational Principles

### Eliminate disparities

- Educate healthcare professionals about health disparities and cultural and linguistic competencies as part of a curriculum to promote a culture of safety
- Improve safety and reduce unnecessary and inappropriate care by teaching healthcare professionals how to better communicate with patients of low health literacy and more effectively link healthcare decisions to patient goals
- Promote the use of healthcare interpreters and translation services in the cultivation of a culture of safety

### Strengthen infrastructure and data systems

- Use health information technology (e.g., electronic health records, registries, health information exchanges) to improve safety across settings of care
- Implement and test value-based payment models that link payment incentives to measures of safety and appropriateness
- Link quality measurement to clinical decision support to promote greater use by providers and to reduce inappropriate use of medications, diagnostics, etc.

### Enable local innovations

- Support the collection of data locally to identify and target issues of harm and inappropriately delivered care within a community or practice location
- Support multi-stakeholder meetings that include local front-line providers, patients, and families in order to identify innovative solutions to reduce harm in all settings

### Foster learning organizations

- Support health worker education about reducing inappropriate and unnecessary care, starting with treatments and tests highlighted in the Choosing Wisely® campaign, which promotes dialogue between physicians and patients
- Encourage multidisciplinary, cross-sector learning communities that bring together clinicians, other licensed providers, patients, caregivers, community health workers, and other community stakeholders to disseminate best practices and learn from high performers

## Goal 1: Make care safer by reducing harm caused in the delivery of care

| Objectives | Desired Outcomes |
|---|---|
| Improve support for a culture of safety | • Improved application of safety practices in our programs involve all team members, patients, and families and assure that patient voices are heard<br>• Organizations exhibit strong leadership that educates and empowers the workforce to recognize harm and increase reporting of errors and potential errors<br>• Increased access to understandable health Information is provided<br>• Expanded use of evidence-based services and primary care is evident<br>• Disparities of care are eliminated |
| Reduce inappropriate and unnecessary care | • Healthcare organizations continually assess adverse events in accordance with evidence-based practices<br>• Healthcare cost reductions are attributable to the reduction of unnecessary, duplicative, and inappropriate care<br>• Improved achievement of patient-centered goals of care is evident<br>• Disparities of care are eliminated |
| Prevent or minimize harm in all settings | • Hospital-acquired conditions (HACs) and healthcare-associated infections (HAIs) are reduced<br>• Medication error rates are improved<br>• Falls are decreased<br>• Visibility of harm is improved in all settings<br>• Use of evidence-based services and primary care is expanded<br>• Patient and family access to understandable health information is increased<br>• Disparities of care are eliminated |

# Goal 2: Strengthen person and family engagement as partners in their care

**Strategic Result: Patients and families are engaged as informed, empowered partners in their care.**

CMS is at the forefront of a nationwide effort to transform healthcare delivery around meeting the needs of the patient.  The Institute of Medicine defines patient-centered care as "respectful of and responsive to individual patient preferences, needs, and values, and ensuring that patient values guide all clinical decisions." In addition to improving the patient experience, studies have found that patient-centered care models improve quality of care and health outcomes, engage patients more actively in their healthcare, and can reduce costs and disparities in care (Epstein et al 2010; Delanco et al 2012).

The patient-centered care approach considers a person as a multifaceted individual, not merely as the carrier of a particular symptom or illness. This approach to clinical practice demands that the provider and patient share power and responsibility in decision-making and care management. This requires giving patients access to understandable information and decision support tools to equip them and their families to manage their health and navigate the healthcare delivery system. This is achieved by education, verbal follow-up, repetition, and ensuring understanding through discussion.

CMS has embarked on Quality Improvement Organization (QIO) initiatives, such as the Every Diabetic Counts program, which gives each individual patient and family an active role in their care. In addition, the 1115 Medicaid Waiver allows states to design experimental, pilot, or demonstration projects that can adapt care to individual and family circumstances as well as differing cultures, languages, disabilities, health literacy levels, and social backgrounds.

CMS aims to strengthen person and family engagement in healthcare by promoting patient-centered care delivery with a focus on improved experience, patient self-management, and enhanced shared decision-making. A shift towards patient-centered care will mean defining success not just by the resolution of clinical conditions, but also by whether patients achieve their desired health outcomes.

## Goal 2 – Foundational Principles

**Eliminate disparities**

- Ensure the use of culturally, linguistically, and ability-appropriate patient and family educational materials
- Tailor patient self-management education and support programs to minority and underserved populations

**Enhance infrastructure and data systems**

- Use health information technology (IT) to ensure communication and collaboration between providers and patients, and families and caregivers
- Promote and support providers in creating health IT-enabled environments for their patients that are driven by data

**Enable local innovations**

- Encourage providers to develop innovative interventions to improve communication with patients and caregivers
- Reward health plans and providers that deploy effective patient-centric tools and resources

**Foster learning organizations**

- Improve quality measurement of patient and caregiver engagement and promote transparency in access to quality data
- Educate providers about self-management best practices and how to teach these best practices to patients

## Goal 2: Strengthen person and family engagement as partners in their care

| Objectives | Desired Outcomes |
| --- | --- |
| **Ensure all care delivery incorporates patient and caregiver preferences** | • Patients are partners at all levels of care<br>• Care and treatment reflect the patient's personal values and goals<br>• Coordination and communication occurs within and across care teams, including patients, families, and caregivers<br>• Patient and family preferences are central in decision processes and implementation<br>• Joint  development of treatment goals and longitudinal plans of care<br>• Information  is updated and available for use by patients<br>• Achievement of patient-centered goals that focus on prevention<br>• Improved coordination and communication within and across organizations<br>• Disparities in care are eliminated |
| **Improve experience of care for patients, caregivers, and families** | • Improved support for integrated care models<br>• Expanded use of evidence-based services and primary care<br>• Increased access to understandable health information<br>• Improved promotion of community-clinical partnerships and services aimed at managing and improving care at the community level |
| **Promote patient self-management** | • Improved application of self-management practices in our programs<br>• Improved visibility of self-management<br>• Improved support for integrated care models<br>• Increased access to understandable health information<br>• Updated and available information for use by patients<br>• Improved patient confidence in managing chronic conditions<br>• A respectful, trustworthy, transparent healthcare culture |

## Goal 3: Promote effective communication and coordination of care

**Strategic Result: Communication and care coordination is improved.**

Poor coordination of healthcare can result in medication errors, unnecessary procedures and treatment, avoidable hospital admissions and readmissions, and other harms to patients, many of which increase costs. Most healthcare payment systems do not foster coordination or understanding of patient preferences, but instead pay for volume over value. Rewarding providers for doing more rather than for working together effectively compromises their ability to achieve the best outcomes for patients and communities.

Jencks et al. (2009) found that nearly 1 in 5 Medicare patients discharged from the hospital is readmitted within 30 days. Medication errors and poor communication between providers in the inpatient setting and other post-acute care settings are some of the key drivers for readmissions within 30 days. Readmissions are also a major source of patient and family stress and may contribute substantially to loss of functional ability, particularly in older patients. Yet some readmissions are unavoidable and result from inevitable progression of disease or worsening of chronic conditions. Current readmission rates hover at 18.8% for Medicare and 14.4% for all payers. CMS estimates that readmissions within 30 days cost the Medicare program more than $17 billion dollars annually.

Effective care coordination models can often deliver better healthcare quality at lower costs in settings that range from small physician practices to large hospital centers. Gaps and duplication in patient care delivery can be reduced or eliminated through proven technologies such as interoperable electronic health records, e-prescribing, and telemedicine.

CMS encourages care coordination across the healthcare continuum and supports providers to care for patients with chronic diseases so they get seamless and effective care. Hospitals, long-term care and rehabilitation facilities, and community-based long-term services and support providers—along with physicians, nurses, and other clinicians working together—are helping recently discharged patients avoid unnecessary re-hospitalization. CMS promotes this patient-centered approach to care and recognizes the downstream effects of having or not having certain critical pieces of information communicated across providers and settings.

Examples of CMS initiatives that further this goal include:

- Partnership for Patients initiative
- Advancing primary care services and medical homes
- Promoting the development of Accountable Care Organizations (ACOs) for providers to better coordinate care
- Electronic Health Record Incentive Program
- Integrating care for populations and communities within the QIO 10th Scope of Work (SoW)
- Bundled payment initiatives
- Financial alignment initiative to integrate care for Medicare-Medicaid enrollees
- Medical health homes

When all of a patient's healthcare providers coordinate their efforts, it helps ensure that the patient gets the care and support s/he needs and wants, when and how s/he needs and wants it. Improved care coordination and communication across providers and healthcare facilities are essential to realizing the goals of better healthcare and lower costs.

## Goal 3 – Foundational Principles

**Eliminate disparities**

- Ensure that health information is culturally and linguistically appropriate and that patients and caregivers understand instructions given upon discharge
- Enable effective healthcare system navigation by empowering patients and families through educational and outreach strategies that are culturally, linguistically, and health literacy-appropriate

**Enhance Infrastructure and data systems**

- Build and apply data systems to facilitate coordination of care across the healthcare continuum
- Use health IT to support effective healthcare system navigation for patients, families, and caregivers

**Enable local innovations**

- Encourage use of community health workers and other community-based professionals to support patient and family activation and healthcare system navigation
- Promote the use of community-based organizations to facilitate post-hospitalizations services for patients

**Foster learning organizations**

- Encourage analysis of program performance data and use of Plan-Do-Study-Act (PDSA) model http://www.ihi.org/knowledge/Pages/HowtoImprove/ScienceofImprovementTestingChanges.aspx in the design and implementation of initiatives to reduce readmissions and improve care transition
- Improve measurement of effective care transitions and promote transparency and access to data

## Goal 3: Promote effective communication and coordination of care

| Objectives | Desired Outcomes |
|---|---|
| **Reduce admissions and readmissions** | • Patient self-management and activation efforts result in reduced admission and readmission rates<br>• Increased health literacy rate<br>• Survey results demonstrate measurable reduction in deficiencies related to discharge planning and transitions of care<br>• Evidence-based best practices that promote appropriate discharge planning and care transition are embedded in the routine practice of care across the healthcare continuum<br>• Appropriate interventions prevent development of health conditions that require acute care<br>• Wasteful expense from avoidable admissions and readmissions is reduced drastically<br>• All those who provide care in a particular community work in coordination to optimize patient care |
| **Embed best practices to manage transitions to all practice settings** | • Integrated, patient-centric discharge tools are used across all practice settings<br>• Community-based support systems integrated with healthcare delivery (e.g., National Long-term Care Ombudsman's Resource Centers, senior centers, faith-based organizations, etc.) are developed and employed<br>• Patient activation efforts/self-management training are a standard part of care |
| **Enable effective healthcare system navigation** | • Evidence-based best practices that enable patient activation/self-management are embedded in the routine practice of care (e.g., certified diabetes educators)<br>• Payer reimbursement is expanded beyond traditional patient education to include chronic disease self-management education programs<br>• Cross-setting discharge planning tools that include patient/family goals and preferences are routinely employed |

## Goal 4: Promote effective prevention and treatment of chronic disease

**Strategic Result: Leading causes of mortality are reduced and prevented.**

More than 133 million Americans have at least one chronic illness, and many Americans have several. Cardiovascular disease, the most deadly chronic illness accounting for one in three deaths in the United States, costs over $503 billion in treatment annually. Likewise, one in three American adults is obese, a condition that increases the risk of heart disease, stroke, Type 2 diabetes, and certain types of cancer. Medical costs associated with obesity are estimated to be nearly $150 billion per year.

As individuals and health systems feel the strain of treating individuals with chronic disease, healthcare providers  must do a better job preventing, screening for, and treating the leading causes of mortality and illness in adults and children, including cardiovascular disease, cancer, stroke, diabetes, premature births, and behavioral health conditions.

CMS strives to make preventive healthcare services accessible and affordable, and thus reduce healthcare costs. We are working to serve our beneficiaries and other stakeholders by:

- Working with providers, states, partner agencies, and stakeholder groups to increase awareness of preventive healthcare services available to Medicare, Medicaid, and CHIP beneficiaries, and all Americans
- Reducing disparities in access to and utilization of primary and specialty healthcare, preventive services, and  reducing disparities in care for at-risk and special needs populations
- Improving the use of data for monitoring and continuous improvement in population health by aligning population health programs and metrics so that prevention can be tracked
- Improving access to coordinated services so that prevention-focused healthcare and community prevention efforts are available, integrated, and mutually reinforcing
- Strengthening links between public health and clinical care
- Creating systems to allow for health information exchange across providers and settings
- Creating access to information about insurance options for individuals

For example, CMS is a lead partner in the Million Hearts initiative, which seeks to reduce the incidence of heart attacks and strokes by 1 million by 2017. This will be accomplished by increasing awareness of the risk factors for cardiovascular disease and promoting and utilizing proven interventions. Decades of research and practice have demonstrated that public health and clinical preventive strategies can greatly reduce the risk of cardiovascular disease. The key interventions are referred to as the "ABCs": appropriate aspirin therapy, blood pressure control, cholesterol management, and smoking cessation.

CMS has incorporated and continues to incorporate prevention measures in their quality reporting programs related to the Surviving Sepsis Campaign, Healthy People 2020, as well as screening and treatment for high blood pressure, high cholesterol, smoking cessation, and aspirin use for individuals with ischemic heart disease. Moreover, Medicaid provisions such as Health Homes, Adult Healthcare Quality Measures, and the Program for All-inclusive Care for the Elderly (PACE) (for Medicare and Medicaid enrollees) facilitate achievement of these goals.

## Goal 4 – Foundational Principles

**Eliminate disparities**

- Coordinate  with existing initiatives and focus new initiatives on improving access to utilization of preventive services in lower income and minority communities (e.g., self-management initiatives)
- Study effectiveness of prevention initiatives in minority communities
- Promote education of health professionals about disparities in chronic disease incidence and care

**Strengthen infrastructure and data systems**

- Use health information technology (e.g., electronic health records, data management systems) to support the integration of clinical preventive services and community prevention
- Implement and test value-based payment models for  the  treatment and management of chronic disease

**Enable local innovations**

- Encourage public health and primary care integration at the local level (community, hospital, provider network), so that prevention initiatives are tailored to the needs and conditions of the local population
- Identify ways to align state and federal level activities to support local integration of prevention efforts (e.g., How can CMS and CDC work more effectively together to enable and encourage local innovation around prevention and primary care/public health integration?)

**Foster learning organizations**

- Support clinician and health worker education about multiple chronic conditions, population health,
  self-management tools, and strategies for effective coordination among clinical and community preventive services
- Encourage multidisciplinary, cross-sector learning communities that bring together clinicians, other licensed providers, patients, caregivers, community health workers, urban planners, and other community stakeholders

## Goal 4: Promote effective prevention and treatment of chronic disease

| Objectives | Desired Outcomes |
|---|---|
| **Increase appropriate use of screening and prevention services** | • Communities that promote health and wellness through prevention are created, sustained, and recognized<br>• Prevention-focused healthcare and community efforts are available, integrated, and mutually reinforcing<br>• Persons are supported in making healthy choices related to screening and prevention<br>• Disparities in the use of screening and prevention services are eliminated, improving the quality of life for all Americans<br>• Rates of primary, secondary, and tertiary prevention are increased |
| **Strengthen interventions to prevent heart attacks and strokes** | • Improved cardiovascular health through evidence-based community interventions<br>• Expanded adoption of healthy lifestyle behaviors across the life span<br>• Increased access to effective clinical preventive services in clinical and community settings<br>• Improved care and quality of life for all Americans through the elimination of disparities Decreased rates of heart attacks and strokes |
| **Improve quality of care for patients with multiple chronic conditions (MCCs)** | • Individuals are empowered to use self-care management<br>• Providers are equipped with tools, information, and other interventions that address MCC<br>• Targeted research focused on individuals with MCCs and effective interventions is supported<br>• Development of quality measures focused on MCC management and care for individuals with MCCs<br>• Disparities of care are eliminated<br>• Morbidity and mortality from MCCs are decreased |

| Objectives | Desired Outcomes |
|---|---|
| **Improve behavioral health (BH) access and quality care** | • Better use of mental health and substance abuse screens to identify, refer, and treat individuals with a BH condition<br>• Increased use of electronic health records (EHRs) by BH providers to share information with primary care providers, and increased sharing of EHR data by primary care providers with BH providers<br>• Individuals initially identified with a BH condition receive services within 30 days of screening/ identification<br>• Better availability of evidenced-based practices for individuals with  BH conditions<br>• Reduced admission to inpatient facilities or emergency rooms of individuals with BH conditions (regardless of reason for admission) |
| **Improve perinatal outcomes** | • Reduced elective deliveries prior to 39 weeks (by induction or caesarian section)<br>• Improved appropriateness and timeliness of perinatal care for all pregnant women<br>• Decreased premature births<br>• Improved inter-conception care |

## Goal 5:  Work with communities to promote best practices of healthy living

**Strategic Result:  Best practices are promoted and disseminated in communities.**

Health and wellbeing is influenced by many factors including individual behavior, access to health services, and the environment in which we live. Many environmental health hazards disproportionately affect low-income communities and individuals. For instance, excess mold, allergens, and lead contamination are more often found in low-income housing. Perceptions of safety affect the amount of time children and adults engage in physical activity outdoors. People with limited access to affordable, healthy foods, due to geography or transportation constraints, are less likely to consume the recommended amounts of fruits, vegetables, and whole grains.

Public health agencies, community planners, and social service organizations have taken on many of these issues at local, state, and tribal levels. But much of this work is disconnected from healthcare providers and systems due to lack of communication, knowledge gaps, and siloed payment systems.

Successful efforts to improve social determinants of health and access to appropriate healthcare rely on deploying evidence-based interventions through strong partnerships between local healthcare providers, public health professionals, community and social service agencies, and individuals. CMS is committed to building and strengthening relationships with partners at local, state, tribal, and federal levels to better link Medicare, Medicaid, and CHIP beneficiaries, and the providers that serve them, with communities and resources that support good health. In particular, CMS will encourage providers to partner with local and state public health improvement efforts so that Medicaid, Medicare, and CHIP enrollees can benefit from the high-quality, community-based programs and services that support healthy living. Such services may include exercise classes, self-management programs, health management support groups, lead abatement services, school-based health and fitness programs for youth, food assistance programs, farmers' markets, and tobacco cessation programs.

Other federal efforts underway to promote healthy living and healthy communities include:

- Let's Move!
- Safe Routes to School National Partnership
- CDC: Communities Putting Prevention to Work
- CDC: Community Transformation Grants program
- WIC Farmers' Market Nutrition Program/U.S. Department of Agriculture Senior Farmers' Market Nutrition Program
- The Surgeon General's National Prevention Strategy
- The Surgeon General's Call to Action to Promote Healthy Homes
- The White House's Neighborhood Revitalization Initiative
- Medicaid's Community First Choice Option
- CMS's Program for All-inclusive Care for the Elderly (PACE)

## Goal 5 – Foundational Principles

**Eliminate disparities**

- Target environmental health initiatives, like lead abatement and asthma self-management programs, in lower income and minority communities that are disproportionately exposed to hazardous chemicals and allergens
- Evaluate effectiveness of initiatives aimed at addressing societal/social determinants of health
- Promote best practices that address societal/social determinants of health
- Promote education of health professionals regarding disparities in social and environmental determinants of health

**Strengthen infrastructure and data systems**

- Develop systems to facilitate and sustain coordination among community and government agencies that can affect social and environmental determinants of health
- Use health information technology (e.g., electronic health records, data management systems) to support the integration of public health and primary care

**Enable local innovations**

- Use the community health needs assessment (CHNA) process to engage partners across sectors to identify and prioritize community development opportunities to promote health
- Identify ways that better integration at state and federal levels can support local integration of resources that promote healthy communities (e.g., transportation, planning, education, and environment)

**Foster learning organizations**

- Support clinician and health worker education about population health and strategies for effective coordination among clinical and community preventive services
- Encourage multidisciplinary, cross-sector learning communities that bring together clinicians, other licensed providers, patients, caregivers, community health workers, urban planners, public health agencies, and other community stakeholders

## Goal 5: Work with communities to promote best practices of healthy living

| Objectives | Desired Outcomes |
|---|---|
| **Partner with and support federal, state, and local public health improvement efforts** | • Promote successful interoperability of health IT systems<br>• Improve population health outcomes<br>• Reduce disparities in health outcomes<br>• Reduce healthcare costs through better coordination across health sectors |
| **Improve access within communities to best practices of healthy living** | • Children and adults have increased access to community-based preventive services<br>• Evidence-based preventive services are widely shared and adopted by schools, families, and communities<br>• Schools, families, and communities have the tools for promoting healthy living<br>• Prevention-focused healthcare and community efforts are available, integrated, and mutually reinforcing |
| **Promote evidence-based community interventions to prevent and treat chronic disease** | • Promote effective diet, exercise or behavioral health habits that can ameliorate or control chronic diseases |
| **Increase use of community-based social services support** | • Patients are routinely connected to relevant services offered by community organizations<br>• Improved integration of health infrastructure and social services |

## Goal 6:  Make care affordable

**Strategic Result:  Quality care is affordable for individuals, families, employers, and governments.**

Healthcare spending has grown at a faster rate than the economy has grown nearly every year for the last 30 years. Higher costs to patients lead to underutilization of appropriate care, greater financial burden on the sickest and most vulnerable, and increased burden on providers and payers. CMS is the largest payer of healthcare in the United States, providing health coverage for more than 100 million individuals—about one in three Americans. As a major payer, CMS has the ability to drive change in the system to reward high-value care.

Making sure the right care is delivered to the right person at the right time, every time, can also make care more affordable. Reducing costs goes hand-in-hand with the aims of expanding access, providing high-quality care, and promoting population health. Specifically, costs can be lowered by:

- Reducing medical errors and improving care coordination
- Investing in health IT
- Public reporting of cost and quality data
- Paying providers based on the quality and efficiency of care delivered
- Developing and promulgating clinical guidelines and quality standards
- Improving team management of complex patients with multiple comorbidities
- Increasing administrative efficiency

CMS will foster these strategies by:

1. Establishing common measures that will help assess the cost impact of new programs and payment systems
2. Improving data systems by establishing health information exchanges for administrative simplification
3. Making healthcare costs and quality more transparent to consumers and providers, enabling them to make better choices and decisions.

For example, the Medicare Shared Savings Program promotes the goal of reducing growth in expenditures for Medicare FFS beneficiaries while delivering high-quality care through outcomes-based payment arrangements that link incentives to quality performance and total costs of care in Medicare Parts A and B. Other initiatives include the Hospital Value-Based Purchasing program, which uses performance on clinical processes of care, outcomes, and patient experiences to determine hospital payments.

CMS must also improve its ability to manage cost information internally to better identify key drivers of high costs and to look for outliers. Such information can identify opportunities to implement policies that drive down costs and can also be linked with efforts to reduce fraud and abuse.

## Goal 6 – Foundational Principles

**Eliminate disparities**

- Identify disparities in care through the use of claims data as well as clinical data from health information exchanges and other sources to recognize care patterns that do not adhere to established guidelines

**Strengthen infrastructure and data systems**

- Implement and test value-based payment models that link payment incentives to measures of cost and quality

- Support health IT adoption and health information exchanges to track patterns of care and patient outcomes, which can identify opportunities to reduce cost and improve quality

- Provide more frequent feedback on quality and cost data to providers to promote understanding of care patterns and gaps and to identify opportunities for improvement and care redesign

**Enable local innovations**

- Support the collection and interpretation of quality and cost data at the local level, which providers can use to target interventions for improving quality and reducing cost

- Support local providers in developing innovative ways to make cost information transparent and understandable to patients and consumers

**Foster learning organizations**

- Support health worker education about reducing inappropriate and unnecessary care, starting with treatments and tests highlighted in the Choosing Wisely® campaign

- Strengthen the availability and delivery of team-based primary care by supporting Learning and Action Networks and other community forums that can disseminate best practices and learn from high performers

## Goal 6:  Make care affordable

| Objectives | Desired Outcomes |
|---|---|
| **Develop and implement payment systems that reward value over volume** | • Payment systems reward value over volume<br>• New payment models lead to improved patient health<br>• New outcome and patient experience metrics are used for payment determinations<br>• Outcomes-based payment arrangements link incentives to quality measures<br>• Provider administrative burden is reduced<br>• Access to quality primary and team-based care is expanded<br>• Reduced cost and increased quality in all settings of care |
| **Use cost analysis data to Inform payment policies** | • Routinely review cost data by line of service and  region to determine practice patterns and to identify outliers<br>• Improved analytic capacity to investigate cost drivers that inform payment model design and policies<br>• Quality and cost data inform program integrity and fraud investigations Center for Program Integrity and other auditing and review capacities at CMS |

# CMS Quality Strategy Implementation and Evaluation

# Implementation and Evaluation

For CMS to manage its many healthcare quality improvement activities, quickly respond to new program priorities and requirements, and address an ever-growing workload with limited resources, we must excel at strategy management, strategic thinking, and action. This CMS Quality Strategy is designed as a tool to help CMS ensure that resources are directed towards quality improvement priorities, operational risks are immediately identified, employees are held accountable for meeting the agency's quality goals and desired outcomes, and performance is effectively measured and reported. The strategy is a living document that will evolve over time as initiatives are adjusted to meet the desired strategy outcomes and performance targets. The existing Quality Improvement Committee subgroup will continue working to develop an implementation plan and evaluation strategy.

## Implementation

The implementation of the CMS Quality Strategy will begin as soon as the document is released. The full implementation plan will be developed after release. The Quality Improvement Committee subgroup will begin determining ownership of the various strategic objectives. These objective-led subgroups will convene small working groups to further develop and prioritize the initiatives and activities identified in the plan. They will then identify lead agents (implementers) and appropriate performance metrics for the priority activities.

## Evaluation

CMS will develop a comprehensive, agency-wide process to define, capture, and report short-term performance measures and long-term performance outcomes as well as project milestones for all CMS Quality Strategy activities. Evaluation of this Quality Strategy has two main components: First, we must assess is the extent to which the planned activities are implemented at CMS over the next few years. Second, we must evaluate the impact and effectiveness of the quality improvement activities implemented throughout the national healthcare network. While the first component is primarily internal, the second is largely external and will rely on collaboration with many partners and stakeholders to develop, implement, and report performance data from a broad array of quality improvement activities across healthcare settings.

## Reporting

The strategic planning process is ongoing. The CMS Quality Strategy will be revisited and updated annually. Performance targets will be evaluated quarterly.  Planning and evaluation for each initiative will be built into its specific calendar.

To showcase our accomplishments and progress toward achieving CMS's strategic goals, the Quality Improvement Committee will issue periodic progress reports on the CMS Quality Strategy to feature progress on our performance compared to the strategic goals and to identify and address any mid-course strategy adjustments. A performance management framework will align the agency's progress on its strategic goals and objectives to the performance commitments for the senior executives responsible for moving those priorities forward. In turn, these expectations will be incorporated into the performance plans of managers and employees.

Consistent with the Government Performance and Results Act (GPRA) (P. L. 103-62), CMS has been on the forefront of using meaningful, outcome-oriented, public-facing performance measures that highlight fundamental program purposes and focus on the Agency's role as a steward of taxpayer dollars. We will solidify our commitment to achieving performance outcomes by developing a comprehensive and integrated approach to performance management that will directly support this plan as well as the CMS Strategy and the National Quality Strategy. This evolution is consistent with our commitment to achieve Enterprise Excellence (CMS Strategic Plan Goal 4) and embraces the best practices reflected in the GPRA Modernization Act of 2010 (GPRAMA) (P. L. 111-352).

# Evaluation Methods

The evaluation of this ambitious quality improvement undertaking will require the use of multiple methods integrating quantitative and qualitative measures, process and outcome metrics, and innovative assessment strategies. The following sections describe some evaluation methods that will be used.

## Rapid Cycle Data-driven Improvement

To meet the need for urgent improvement that the nation's healthcare system requires, CMS will conduct its quality work with a strong commitment to continuous review of data and rapid testing of new interventions. Rate of testing should be a crucial, primary concern for all CMS work to make delivery systems more effective and affordable. This will include a cross-program commitment to:

- Set one or two quantifiable, project-level goals with a deadline, preferably defined in terms of outcomes, against which progress can be tracked regularly
- Review data and respond to it—with tests of new solutions and ideas—every week
- Set up simple, interim measurement systems, based on self-reported data and sampling, that can be shared at the local level and are sufficient for the purposes of improvement (complementing summative evaluation approaches)
- Invest more in field-based learning than in other education methods used in the past, since it is more effective to support learning and exchange at the front lines where care is delivered

## Formative Evaluation

Formative evaluation is conducted during and throughout a project to assess progress while a project is underway and to help agents and drivers identify ways to change activities to improve effectiveness. Formative evaluation questions include:

- What are the criteria for conducting formative evaluations of the effectiveness of goals and policies?
- What are the goals and objectives of the projects, and how well is CMS achieving them at this time?
- What will the Agency do with the information gathered during formative evaluation?
- What corrective actions should be taken based on the results of formative evaluation? This can include discontinuing project activities.
- To what extent does the progress align with the Strategic Plan's vision, mission, and values?

## Summative Evaluation

Summative evaluation is conducted at the end of a project or project term to assess the impact of the initiative and the extent to which goals and objectives were realized. Summative evaluation questions include:

- What are the criteria for conducting summative evaluation of the effects of the strategy's goals and policies?
- To what extent have CMS's Operational Plan and various reports addressed the Strategic Plan?
- How can CMS use the data gathered from summative evaluation to inform the next cycle of strategic planning?
- How valid were CMS's tenets over the course of the Strategic Plan? Do they still apply, and if not, how and why should they be revised?

## Sampling

Healthcare quality improvement work happens in real-world, complex contexts influenced by a myriad of uncontrolled forces. In these situations, the assumptions of classical sampling theory cannot be met, and meeting those assumptions would not be desirable. Therefore, judgment sampling is used for the majority of quality initiatives identified in this strategy. A judgment sample is a type of non-random sample based on the opinion of experts. Judgment sampling relies upon subject matter experts to select useful samples for learning about process performance and the impact of changes over time. In many cases, where the goal is to learn about or improve a specific process or system, judgment samples are the most convenient and economical approach as well as the most technically and conceptually appropriate approach.

# EXHIBIT 5

*Q Manage Health Care*
Vol. 21, No. 3, pp. 169–175
© 2012 Wolters Kluwer Health | Lippincott Williams & Wilkins

# Judgment Sampling: A Health Care Improvement Perspective

### Rocco J. Perla, EdD; Lloyd P. Provost, MS

*Sampling plays a major role in quality improvement work. Random sampling (assumed by most traditional statistical methods) is the exception in improvement situations. In most cases, some type of "judgment sample" is used to collect data from a system. Unfortunately, judgment sampling is not well understood. Judgment sampling relies upon those with process and subject matter knowledge to select useful samples for learning about process performance and the impact of changes over time. It many cases, where the goal is to learn about or improve a specific process or system, judgment samples are not merely the most convenient and economical approach, they are technically and conceptually the most appropriate approach. This is because improvement work is done in the real world in complex situations involving specific areas of concern and focus; in these situations, the assumptions of classical measurement theory neither can be met nor should an attempt be made to meet them. The purpose of this article is to describe judgment sampling and its importance in quality improvement work and studies with a focus on health care settings.*

Sampling plays a major role in quality improvement work. But random sampling (assumed by most traditional statistical methods) is the exception. In most cases, some type of "judgment sample" is used to collect data from a system. Unfortunately, judgment sampling is not well understood; in fact, most statisticians have been trained to avoid judgment samples at all costs. The reason for this is that traditional statistical methods—such as confidence intervals, distributional probabilities, or tests of significance—require random samples drawn from a known or stipulated population. Fortunately, there are statistical methods, such as the Shewhart control chart, that are designed to use judgment samples. In health care improvement work, we use judgment sampling as a way to zero in on opportunities to maximize our learning about systems by engaging subject matter experts (nurses, physicians, technologists, etc) who can tell us where to look for both problems and solutions. Despite this, the use of judgment sampling is sometimes not considered a reliable method of learning for improvement.

## WHAT IS A JUDGMENT SAMPLE?

A judgment sample is a type of nonprobability sample, which is selected on the basis of knowledge of

**Author Affiliation:** *University of Massachusetts Medical School, Worcester, Massachusetts (Dr Perla); Associates in Process Improvement, Austin, Texas (Mr Provost).*

**Correspondence:** *Rocco J. Perla, EdD, University of Massachusetts Medical School, Department of Quantitative Health Sciences, 55 Lake Ave North, ACC Building 7th Floor, Worcester, MA 01655 (Rocco.Erdos4@gmail.com)*

No conflicts of interest or funding sources to declare by all authors in association with this work.

DOI: 10.1097/QMH.0b013e31825e8806

**Key words:** *health care, judgment sampling, quality improvement*

169

Copyright © 2012 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

a subject matter expert with knowledge of the process being studied. Deming first used the term as a contrast to probability-based sampling in the context of surveys in 1947 in *The Journal of Marketing*[1] and again in his book *Some Theory of Sampling* in 1950.[2] Deming described the difference as follows[2]:

*Probability samples*—for which the sampling errors can be calculated, and for which the biases of selection, nonresponse, and estimation are virtually eliminated or contained within known limits.

*Judgment samples*—for which the biases and sampling errors cannot be calculated from the sample but instead must be settled by judgment.

Deming notes the following:

It is more important to learn something about the biases of a judgment-sample than about its sampling errors. The usefulness of data from judgment-samples is judged by expert knowledge of the subject matter and comparisons with the results of previous surveys, not from knowledge of probability. A skilled statistical theorist would be helpless in the analysis of a judgment-sample if he were to depend on his knowledge of theory.[2(p11)]

The point to stress here is not that some statistical calculations cannot be useful with judgment samples, but rather since there is no random sampling from a population, there is no theory to associate any probability statements or confidence level with such calculations. Both Deming and Shewhart were clear that any application of statistical concepts to understand the voice of the process (eg, 3 sigma control limits) would have to be based on statistical logic *and* experience and therefore be viewed as an analytical heuristic versus a purely mathematical justification of method.[3,4] Deming[5-7] and others[8-10] apply judgment sampling not only to surveys but to all methods to collect data for improvement, learning and experimentation where those closest to the process (subject matter experts) are required to help guide sample selection and stratification.

The distinction between probability and judgment (nonprobability) sampling is critical for quality improvement efforts in at least 3 ways. First, as mentioned earlier, because we rarely identify a population of interest from which to select a random sample, we cannot rely on classical statistical theory to associate any probability or confidence level to our observations. Second, even if we could identify such a population at a point in time, this population would quickly change as we predict performance into the future.[5] Third, in improvement work ensuring that all potential observational units in a population and sampling frame have equal probability of selection is often not the most desired or beneficial strategy; in many cases, we look to the subject matter experts to guide which areas, segments, or fragments of the process are most important to study and understand.

Closely related to judgment sampling are 2 other types of sampling: convenience sampling and mechanical sampling. A convenience sample is also known as an opportunity sample, an accidental sample, or a "grab" sample. The specific sample is taken because it is readily available and easy to select: the first 5 charts in the file, the next 3 patients who register, the vials in the box that is already open, etc. Convenience sampling is probably the most common sampling method used because of its informality, simplicity, and cost-effectiveness. It can be considered a type of judgment sampling where a minimal amount of "judgment" is used in the decision to select a particular sample. The judgment might be as simple as that, for the purposes of learning at this time, and the sample will provide the information needed.

Mechanical sampling is most closely related to sampling of bulk materials.[11,12] Various types of mechanical devices are used to select a sample from a larger amount of bulk material. For example, take a scoop from a bag of flour. In health care, mechanical methods are used to select tissue or fluid samples from patients. Deming[6] emphasized study of the bias of mechanical sampling methods when they are used.

## APPLICATIONS OF JUDGMENT SAMPLING

Table 1 highlights the difference in methods and perspectives when obtaining a probability-based sample versus a judgment sample. As can be seen in

Copyright © 2012 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

Table 1, using judgment sampling, we trade the ability to quantify the precision of estimation and control the bias of selection of a defined population for learning about variation in the fragments of experience we are most interested in learning about—most often with an eye toward efficiency and getting "just enough" data to guide our learning and subsequent testing.

For example, in the first scenario in Table 1, the nurse manager on the unit may have chosen "the next 5 patients" because he wanted to know immediately whether the protocol was working, he knew staffing was stable over the next few days, and he was scheduled to work so could stay on top of the data collection. The case study below demonstrates the value of judgment sampling in health care and also serves to contrast the considerations of judgment sampling and probability sampling.

## A CLINICAL EXAMPLE (FROM THE FIRST AUTHOR)

I was 36 years old when a small (<6 mm) mole on my leg was first noticed by my wife. It was so small and unalarming that I told my wife she was being paranoid and that there was no way this could be cause for concern. Nonetheless, I had an annual skin screening coming up with my nurse practitioner (NP) and I promised my wife I would point this mole out during the examination. When I met with my NP (one of the most thorough care providers I have ever had), she was not particularly concerned either. After all, it was less than 6 mm in diameter, not discolored, but did have some minor border irregularity. Just to be on the safe side, we decided to excise the mole and send it to the histology laboratory. I left the office and did not think about the situation further. A couple of weeks passed and I received a call from my NP stating that the mole was identified as melanoma in situ. I was stunned. My NP informed me that I would need to have a wide-margin excision to make sure the severely atypical cells were contained. Thankfully, results from the wide-margin excision were "clean" and I was given a clean bill of health, along with strict instructions to use sunscreen and to be extremely cautious about my degree of sun exposure. Most importantly, I was told to report to the office for a skin check every 6 months. Since then, I have had many samples of suspicious flesh sent to the laboratory, all coming back normal.

As I report to the dermatologist's office every 6 months, I often wonder how many of the moles my care provider and I might incorrectly characterize as insignificant. I have complete trust in my care team's judgment, but how can I be sure we are not missing any of the trouble moles?

Because this was a classic (and extremely important) sampling decision problem, I decided to list some of the sampling options my care team, or any care team, might have in this common clinical situation. I listed different sampling options, assuming a patient in my situation with no family history of melanoma, regardless of how practical they were. In this case, my body was the entire population from which a large number of biopsy samples could be taken over time. Three of the options are listed as follows:

*Option 1:* A clinician could decide to sample every mole identified on my skin. This "complete enumeration" would be costly, potentially painful, and disfiguring. It would also provide no guarantee that moles developing in the future would not be cancer-causing. Because this approach is costly and inefficient with no guarantees of future disease states, it is hardly ever exercised.

*Option 2:* Being trained as a scientist and recognizing the fact that clinical judgment is often inconsistent, a clinician could, in theory, identify and number each mole on my body. Following this procedure, a random number generator could be used to select, at random, a number of moles for excision (being sure to satisfy what ever degree of sampling error one might think acceptable). This of course would take the clinical expertise, training and experiential knowledge base of the clinician out of the process—an untenable position, for sure.

*Option 3:* A clinician could use established dermatologic criteria (asymmetry, border irregularity, color, and diameter—known as the ABCD rule) and

Copyright © 2012 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

**TABLE 1.**

DIFFERENCES BETWEEN JUDGMENT AND PROBABILITY SAMPLES[a]

| Example | Situation (Context, Aim) | Method to Obtain Probability-Based Sample | Method to Obtain Judgment Sample |
|---|---|---|---|
| 1 | A care team on unit 3 was testing a new "quiet time" program during the third shift. They wanted to know whether this program was having a positive impact on minimizing sleep disturbance among patients. | After randomly selecting one of the next 3 patients, select every third patient admitted to Unit 3 to complete a brief sleep survey on discharge for 1 month (a systematic random sample). | Have the nurse manager give the sleep survey to the next 5 patients who have been in the unit for a third shift as they are discharged from unit 3 that experienced the new program. |
| 2 | A hospital was monitoring pneumonia vaccine core measure compliance on a unit with poor performance (unit B) after a process change. | Sample is determined by a third party data vendor using a simple random sample for all eligible patients producing an estimate with a 95% CL and 5% margin of error. (This sample may not equally represent all units of various size on any given period.) | Sample 5 vaccine eligible patients each day on unit B for the next 3 weeks to assess whether the process change is working. |
| 3 | A thoracic surgery team is trying to increase the number of patients who go from "cancer diagnosis to first treatment" in 30 days or less using a patient navigator. Recent feedback from some patients is that they did not know the navigator program was even available. | Use a stratified random sample of 20 patients from the thoracic clinical database by gender and age groupings and review each case to see whether a patient navigator was assigned. | Monitor the next 2 patients who are supposed to be assigned a navigator |
| 4 | Develop baseline information for an improvement initiative on safety in the ED. | Select a sample of nurses to complete a safety survey. Obtain a list of all nurses in the ED. Assign a number to each nurse and then select the numbers at random (without replacement). Select the size of the sample with a response rate in mind to compute the margin of error per item in the survey. | Do 5 patient tracers in the ED with nursing staff on each shift to understand where safety concerns exist. |
| 5 | Nurse leadership wants to test the impact of a new pressure ulcer bundle on inpatient pressure ulcer prevalence, and data resources are very limited at the hospital. | Obtain a list of all the units in the hospital and randomly select 50% of the units. On a specific day prior to the intervention, nurse wound specialists will assess each patient for worsening pressure ulcers on these selected units. This will also be done 2 months after the intervention. | Sample 5 patients each week who are highest risk for pressure ulcers using a validated scale on the rehabilitation unit only (which has the highest historical rate of worsening pressure ulcers). Track results over time. |

*(continues)*

Copyright © 2012 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

**TABLE 1.**

DIFFERENCES BETWEEN JUDGMENT AND PROBABILITY SAMPLES[a] (*Continued*)

| Example | Situation (Context, Aim) | Method to Obtain Probability-Based Sample | Method to Obtain Judgment Sample |
|---------|--------------------------|-------------------------------------------|----------------------------------|
| 6 | An oncology manager wants to know whether patients get proper education from nurses when starting a new drug following the introduction of a new education flow sheet in the medical record. | Simple random sample used to select charts from all patients who started a new chemotherapeutic drug in the last 3 months. These charts will be reviewed manually by the nurse manager. (Some patients may not be in the practice anymore.) | Select the most recent patients who have just had their drugs changed or modified for chart review. |

[a]This table contrasts probability and judgment (nonprobability) samples. However, there are a number of methods and tools to help improvers determine the minimum required sample size for different projects that go beyond this table. These include guidelines on how large a test should be performed, selecting a minimum subgroup size to create lower control limits on Shewhart charts, use of run chart simulations as a visual assessment of power, and more advanced techniques to gauge power to detect change under different scenarios such as operating characteristics curves. Although beyond the focus of this article, readers are referred to reference no. 10 for more information on these techniques.

judge all of the moles on my body. A (validated) algorithm could be used to weight the degree of abnormality for each specific criterion and moles with the highest weighted values could be sampled. Of course using such an algorithm would require clinicians to recognize the fact that not all malignant melanomas follow the ABCD rule,[13] especially for some early an in situ melanomas[14] and that evolutionary changes and family history are important factors to be considered also.

In practice, none of these enumeration/sampling approaches is ever used, even for patients with a history of melanoma or melanoma in situ. Most clinicians reject the highly scientific approaches of enumeration, randomization, or criteria-based weights—despite the fact (1) they are dealing with a potentially life-threatening situation and (2) the interrater agreement among physicians and nurses identifying specific characteristics of diseased moles is neither perfect nor completely objective.[15] Instead, they rely on their years of clinical training and experience to select the moles they believe are suspicious. They realize they will not identify every problematic mole, but they have enough confidence in their professional judgment and information gathering techniques (e.g., good family histories) that they will not miss most problematic moles, or those with a high probability of disease—and they balance this judgment against high patient volumes and practice efficiency, cost, patient suffering, and number of "false-positive results" (negative biopsy results initially classified as suspicious). Furthermore, they recognize that high-risk patients have frequently scheduled skin checks so that any changes in mole characteristics can be assessed and documented over time and hence would require multiple false-negatives to be missed (that is, not just a single error, but multiple errors repeated over time—lower probability events).

## DISCUSSION

If options 1 to 3 described earlier seem absurd, this is because they suggest discounting the expertise

Copyright © 2012 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

and perspective of the subject matter experts who are not merely experts in a chosen field (dermatology) but also practice this discipline in a busy and complex work environment, where the practical considerations of care and treatment are a daily reality. Although judgment sampling is not appropriate for every type of study, it is often the most appropriate form of sampling in an improvement context where our focus in on prediction into the future where the population of interest is unknown, unknowable, or beyond our resources to characterize.[5]

For example, a large dermatology clinic was interested to know whether the rate of positive biopsies for their general population differed between its specialist providers, which included 4 physicians, 3 NPs, and 1 physician assistant. Because the practice was using a hybrid medical record (part electronic and part paper) making historical laboratory data difficult to obtain and because one of the providers had only recently started with the group, a decision was made to study and plot the rate of positive biopsies by provider for the next 2 months (June and July 2011) (Figure 1).

The group thought this was an acceptable approach to take initially because billing data suggested they all performed a relatively large number of biopsies during a given month and the patient mix across the practice was similar. The data revealed consistency among the 4 physicians, a higher percentage of positive results for the NPs (especially NP 1) and a low percentage for the physician assistant.

In a noncompetitive and patient-centered manner, the group wanted to learn why the results might be different across provider types and had information to guide their learning and further studies. They decided to extend the data collection for another 2-month period so they could have a higher degree of belief in the results and also to gauge the potential impact of any changes they might make on the basis of what they learned from each other. By monitoring performance over time versus aggregating large amounts of data in an annual or biannual summary statistic, the practice gained the advantage of knowing when detection rates began to shift by provider and provider type over time.

This example highlights how limitations in historical data need not get in the way of a group that wants to learn about practice variation quickly with data that are available and are a logical starting point for improvement. Subsequent studies could use additional judgment samples to focus on a particular subset of patients (eg, those with a history of melanoma, family history of melanoma, adults older than 65 years). As the signs and symptoms of disease states change, real time tracking in clinical practice becomes more important.

## SUMMARY

Judgment sampling relies upon those with process and subject matter knowledge to select useful samples for learning about process performance and the impact of changes over time. In many cases, where the goal is to learn about or improve a specific process or system, judgment samples are not merely the most convenient and economical approach, they are technically and conceptually the most appropriate approach. This is because improvement work is often done in the real world in complex situations involving specific areas of concern and focus; in these situations the assumptions of classical sampling theory cannot be met nor would it even be desirable to try to meet those assumptions. Although not all types of studies will benefit from judgment sampling, far more opportunities exist to use judgment samples



**Figure 1.** Rate of positive biopsies by provider type. This is fictitious data that does not represent any practice or epidemiological rates.

Copyright © 2012 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

than people realize. In many cases, like the clinical example addressed here, they are already routinely being used.

## REFERENCES

1. Deming WE. Some criteria for judging the quality of surveys. *J Market*. 1947;12(2):145-157.
2. Deming WE. *Some Theory of Sampling*. New York, NY: Wiley; 1950 (Reprinted by Doer Publishing, 1960).
3. Shewhart WA. *The Economic Control of Quality of Manufactured Product*. New York, NY: D Van Nostrand; 1931.
4. Provost LP. Analytical studies: a framework for quality improvement design and analysis. *BMJ Qual Saf*. 2011;20 (suppl 1):i92–i96.
5. Deming WE. On probability as a basis for action. *Am Stat*. 1975;29:146-152.
6. Deming WE. *Out of the Crisis*. Cambridge, MA: MIT Press; 1987.
7. Deming WE. *The New Economics: For Industry, Government, Education*. Cambridge, MA: MIT Press; 1994.
8. Langley GJ, Moen RD, Nolan KM, et al. *The Improvement Guide: A Practical Approach to Enhancing Organizational Performance*. San Francisco, CA: Jossey-Bass; 2009.
9. Moen RM, Nolan T W, Provost LP. *Quality Improvement Through Planned Experimentation*. 2nd ed. New York, NY: McGraw-Hill, Inc; 1999.
10. Provost LP, Murray S. *The Healthcare Data Guide: Learning From Data for Improvement*. San Francisco, CA: Jossey-Bass; 2011.
11. ASTM Standard D7430—11ae1. *Standard Practice for Mechanical Sampling of Coal*. West Conshohocken, PA: ASTM International; 2011. DOI: 10.1520/D7430-11AE01.
12. USDA, Mechanical Sampling Systems Handbook. Washington, DC: United States Department of Agriculture, Federal Grain Inspection Service; 2003.
13. Anderson WK, Slivers DN. Melanoma? It can't be melanoma! *JAMA*. 1991;266(24):3463-3465.
14. Koch SE, Henneberry JM. Clinical subtle primary cutaneous melanoma. *J Am Acad Dermatol*. 1999;40:252-254.
15. Gunasti S, Mulayim MK, Fettahloglu B, et al. Interrater agreement in rating of pigmented skin lesions for border irregularity. *Melanoma Res*. 2008;18:284-288.

Copyright © 2012 Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

# EXHIBIT 6

# An Introduction to Quality Assurance in Health Care

## AVEDIS DONABEDIAN

Edited by Rashid Bashshur

OXFORD
UNIVERSITY PRESS
2003

*To all our loved ones who,*
*scarcely known to us,*
*and innocent of all fault,*
*perished at the hands of a cruel enemy*
*because they were Armenian*

## OXFORD
UNIVERSITY PRESS

Oxford   New York
Auckland   Bangkok   Buenos Aires   Cape Town   Chennai
Dar es Salaam   Delhi   Hong Kong   Istanbul   Karachi   Kolkata
Kuala Lumpur   Madrid   Melbourne   Mexico City   Mumbai
Nairobi   São Paulo   Shanghai   Taipei   Tokyo   Toronto

Copyright © 2003 by The American University of Armenia Corporation

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, New York 10016

http://www.oup-usa.org

Oxford is a registered trademark of Oxford University Press

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

Library of Congress Cataloging-in-Publication Data
Donabedian, Avedis.
An introduction to quality assurance in health care / Avedis Donabedian.
p. cm.
Includes bibliographical references and index.
ISBN-13 978-0-19-515809-0
ISBN 0-19-515809-1
1. Medical care—Quality control.   I. Title.
RA399.A1 D653 2003
362.1′0685—dc21
2002070383

6 8 9 7 5

Printed in the United States of America
on acid-free paper

## 42   AN INTRODUCTION TO QUALITY ASSURANCE IN HEALTH CARE

### Representativeness

It is not often that truly representative sampling, in the statistical sense, is used in quality monitoring. Reasonable precautions against bias, for example in selecting medical records for review, are generally sufficient. Perhaps this is because quality monitoring is not perceived as research. It is, ordinarily, a much less rigorous effort to collect information that reveals the kinds of care that need attention in a specific setting. Precise quantification of problems is not needed, nor is there any effort to generalize.

With that having been said, monitoring systems should have in mind all the clinical activities of an institution and should include all these as actual or potential subjects for performance assessment. This calls for some scheme of what may be called *illustrative sampling*, of which the tracer method already described could be one example.

### Fairness

A plan for quality reconnaissance should also be alert to yet another principle: that of fairness. I mean that monitoring should not be concentrated so heavily on some units, functions, or individuals to be seen as unduly biased or bordering on the persecutory, unless there is a clear reason for such concentration of attention. One advantage of aiming for representativeness is to avoid the perception of unfair targeting.

### Feasibility

Not every kind of monitoring one might wish to institute is feasible or practicable. There could be a number of obstacles or, on the contrary, facilitators, that influence when monitoring begins and what directions it might take. These include organizational readiness and operational feasibility.

**Organizational readiness.** It is best, when one considers where and what to monitor, to search for units in which there is a perception that quality needs to be improved, a desire to improve, and a willingness to

*Determining Priorities in Monitoring*   43

institute monitoring. Often this will depend on the presence within a unit (or the institution as a whole) of one or more respected leaders who are willing to cooperate. It is all the better if they themselves request that monitoring be instituted.

**Operational requirements.** A number of "operational" or "technical" requirements can also influence the way one begins and continues to monitor. What one chooses to assess should lend itself to valid judgments of quality because the science of health care is so well developed that one knows what is good or not good to do or accomplish. This is reflected, as we shall see, in one's ability to formulate valid criteria of quality. Moreover, there should be accurate and rather easily available information concerning the activities and results of care. And if the organization desires to judge primarily the performance of the practitioners themselves, the care implemented and the results obtained should not depend too much on the cooperation of the patient. In other situations, of course, the degree of patient cooperation would be important to include, or it could be the major focus of attention.