Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
         jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
         avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **DECLARATION OF PABLO STEWART, M.D.** |

78204-0001/LEGAL122388307.1

I, Pablo Stewart, M.D., declare:

1. I am a licensed and board-certified psychiatrist and a Clinical Professor in the Department of Psychiatry at the University of California, San Francisco School of Medicine.

2. I have been retained by counsel for the plaintiff class to provide an opinion on the mental health care provided to prisoners confined in the Arizona Department of Corrections (ADC).

3. I conducted inspection tours of the following seven ADC prison complexes: ASPC-Tucson (July 8-9, 2013); ASPC-Florence (July 15, 2013); ASPC-Eyman (July 16, 2013); ASPC-Perryville (July 18, 2013); ASPC-Phoenix (July 19, 2013); ASPC-Lewis (July 22, 2013); and ASPC-Yuma (July 23, 2013).

4. During my inspection tours, I viewed cells and other housing areas, mental health treatment spaces, mental health programming areas, exercise enclosures, and other areas to which prisoners have access. I also conducted cell front interviews with prisoners, and conducted interviews with some prisoners in a private setting. I also reviewed prisoner medical records.

5. The prisoners I interviewed, and whose records I reviewed, were selected in two primary ways. First, at my request, Plaintiffs' counsel compiled lists of prisoners who had mental health needs, and I attempted to interview those prisoners. However, I was unable to interview many of these prisoners or review their records because they had been transferred to other institutions, were not in their housing unit at the time of my visit, or were unavailable for other reasons.

6. Second, as I walked through the units, I approached prisoners in their cells, introduced myself, and asked if they were receiving mental health care and if they would be willing to speak with me. I then asked to review these prisoners' records. This method avoids selection bias because in most cases I had no information about the prisoner's mental health status when I approached him or her. The majority of prisoners I interviewed were selected by me in this way.

7. I understand that defendants in this case have criticized me because I did not select the prisoners I interviewed and whose records I reviewed using a pure random sampling method. However, random sampling would not be useful or appropriate for the task I was given in this case.

8. It would make no sense to do a pure random sample of the entire ADC prison population. Since my task is to evaluate the treatment of prisoners who need mental health services, it would be needlessly time-consuming and expensive to interview and review the records of prisoners who have no mental health needs.

9. I have evaluated mental health care in numerous prisons, jails, and juvenile facilities, including the entire California and New Mexico prison systems, the Maricopa County Jails, and the San Francisco County Jails. In none of these evaluations have I used pure random sampling, which is not the standard in the field of correctional mental health care.

10. In formulating my opinions in this case I have relied on a multitude of sources of information in addition to prisoner interviews and record reviews. I have relied on the MGAR reports, which I understand to be reports produced by ADC staff to monitor Corizon's provision of health care under its contract with ADC. I have reviewed psychological autopsies, mortality reviews, and other documents pertaining to ADC prisoners who committed suicide. I have reviewed large numbers of ADC policies, as well as depositions of ADC staff, Corizon staff, and others. A complete list of the documents I reviewed is set forth in the appendices to my reports attached hereto. While these documents were provided to me by Plaintiffs' counsel, they were given to me in response to my requests to counsel for specific categories of relevant documents—for example, documents showing the temperatures to which prisoners taking psychotropic medications are exposed.

11. When reviewing prisoner medical records at a given facility, I did not limit my review to mental health care the prisoner had received at that facility. Whenever

possible, I reviewed the prisoner's entire history of mental health care, including at other ADC prisons where he or she had been housed in the past.

12. My methodology in this case is based upon my years of experience working in and evaluating correctional mental health programs. It is consistent with the methodology I have used in numerous other evaluations of correctional mental health care, and with the standards of experts in the field of correctional mental health.

13. Attached hereto as Exhibit 1 and incorporated by reference herein is my report dated November 8, 2013, including all appendices.

14. Attached hereto as Exhibit 2 and incorporated by reference herein is my supplemental report dated December 9, 2013, including all appendices.

15. Attached hereto as Exhibit 3 and incorporated by reference herein is my rebuttal report dated January 31, 2014, including all appendices.

16. Attached hereto as Exhibit 4 and incorporated by reference herein is my second supplemental report dated February 24, 2014, including all appendices.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16TH day of June, 2014 in San Francisco, California.

*[signature]*
Pablo Stewart, M.D.

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:  dspecter@prisonlaw.com
        ahardy@prisonlaw.com
        snorman@prisonlaw.com
        ckendrick@prisonlaw.com
        wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:  dfathi@npp-aclu.org
        afettig@npp-aclu.org
        aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
        agerlicher@perkinscoie.com
        keidenbach@perkinscoie.com
        jhgray@perkinscoie.com
        mdumee@perkinscoie.com
        jpeters@perkinscoie.com

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
| | Amir Q. Amiri (Cal. 271224)* |
| 2 | **JONES DAY** |
| | 555 California Street, 26th Floor |
| 3 | San Francisco, California 94104 |
| | Telephone:  (415) 875-5712 |
| 4 | Email:     cnmitchell@jonesday.com |
| | aamiri@jonesday.com |
| 5 | |
| | *Admitted *pro hac vice* |
| 6 | |
| | John Laurens Wilkes (Tex. 24053548)* |
| 7 | Taylor Freeman (Tex. 24083025)* |
| | **JONES DAY** |
| 8 | 717 Texas Street |
| | Houston, Texas 77002 |
| 9 | Telephone:  (832) 239-3939 |
| | Email:     jlwilkes@jonesday.com |
| 10 | tfreeman@jonesday.com |
| 11 | *Admitted *pro hac vice* |
| 12 | Kamilla Mamedova (N.Y. 4661104)* |
| | Jennifer K. Messina (N.Y. 4912440)* |
| 13 | **JONES DAY** |
| | 222 East 41 Street |
| 14 | New York, New York 10017 |
| | Telephone:  (212) 326-3498 |
| 15 | Email:     kmamedova@jonesday.com |
| | jkmessina@jonesday.com |
| 16 | |
| | *Admitted *pro hac vice* |
| 17 | |
| | Kevin Brantley (Cal. 251886)* |
| 18 | **JONES DAY** |
| | 3161 Michelson Drive, Suite 800 |
| 19 | Irvine, California 92612 |
| | Telephone:  (949) 851-3939 |
| 20 | Email:     kcbrantley@jonesday.com |
| 21 | *Admitted *pro hac vice* |
| 22 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Sarah Kader (Bar No. 027147) |
| 2 | Asim Varma (Bar No. 027927)<br>**ARIZONA CENTER FOR DISABILITY LAW** |
| 3 | 5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034 |
| 4 | Telephone:  (602) 274-6287<br>Email:    skader@azdisabilitylaw.org |
| 5 | avarma@azdisabilitylaw.org |
| 6 | J.J. Rico (Bar No. 021292) |
| 7 | Jessica Jansepar Ross (Bar No. 030553)<br>**ARIZONA CENTER FOR DISABILITY LAW** |
| 8 | 100 N. Stone Avenue, Suite 305<br>Tucson, Arizona 85701 |
| 9 | Telephone:  (520) 327-9547<br>Email:    jrico@azdisabilitylaw.org |
| 10 | jross@azdisabilitylaw.org |
| 11 | *Attorneys for Arizona Center for Disability Law* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ Delana Freouf

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ Delana Freouf