**Index of Exhibits to**

**Declaration of Pablo Stewart, M.D.**

Exhibit 1:     Report dated November 8, 2013, including all appendices (UNDER SEAL)

Exhibit 2:     Supplemental report dated December 9, 2013, including all appendices (UNDER SEAL)

Exhibit 3:     Rebuttal report dated January 31, 2014, including all appendices(UNDER SEAL)

Exhibit 4:     Second supplemental report dated February 24, 2014, including all appendices (UNDER SEAL)

# EXHIBIT 1

# FILED UNDER SEAL

# EXHIBIT 2

# FILED UNDER SEAL

# EXHIBIT 3

# FILED UNDER SEAL

# EXHIBIT 4

# FILED UNDER SEAL