1  Daniel Pochoda (Bar No. 021979)
   James Duff Lyall (Bar No. 330045)*
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone:  (602) 650-1854
4  Email: dpochoda@acluaz.org
           jlyall@acluaz.org
5  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
   *Dustin Brislan, Sonia Rodriguez, Christina Verduzco,*
7  *Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne*
   *Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson,*
8  *and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*

9  **[ADDITIONAL COUNSEL LISTED BELOW]**

10 Sarah Kader (Bar No. 027147)
   Asim Varma (Bar No. 027927)
11 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
12 Phoenix, Arizona 85034
   Telephone:  (602) 274-6287
13 Email: skader@azdisabilitylaw.org
           avarma@azdisabilitylaw.org
14
   *Attorneys for Plaintiff Arizona Center for Disability Law*
15 **[ADDITIONAL COUNSEL LISTED BELOW]**

16                UNITED STATES DISTRICT COURT

17                    DISTRICT OF ARIZONA

18 Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
   Dustin Brislan; Sonia Rodriguez; Christina              (MEA)
19 Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph
20 Hefner; Joshua Polson; and Charlotte Wells, on       **DECLARATION OF JAY D.**
   behalf of themselves and all others similarly        **SHULMAN, D.M.D., M.A.,**
21 situated; and Arizona Center for Disability Law,     **M.S.P.H.**

22                    Plaintiffs,

23        v.

24 Charles Ryan, Director, Arizona Department of
   Corrections; and Richard Pratt, Interim Division
25 Director, Division of Health Services, Arizona
   Department of Corrections, in their official
26 capacities,

27                    Defendants.

28

LEGAL122401875.1

1    I, Jay D. Shulman, D.M.D., M.A., M.S.P.H., declare:

2    1.    I have been a dentist for over 43 years and am board-certified by the

3    American Board of Dental Public Health, one of nine specialties recognized by the

4    American Dental Association. I have written over 55 peer-reviewed articles and three

5    book chapters, served as a reviewer for several dental journals, and served on the editorial

6    board of the *Journal of Public Health Dentistry*, the official journal of my specialty.

7    2.    In addition to other expert assignments over the last 10 years, I have been

8    the court expert in two major class action settlements involving dental care throughout a

9    prison system, in California and Ohio.

10    3.    My work in military and correctional dentistry, combined with training in

11    Dental Public Health focusing on population-based care, gives me a unique expertise to

12    discuss not only specific incidences of dental care, but also system-wide deficiencies in

13    dental care and the effects those deficiencies are likely to have on inmate populations.

14    4.    I have been retained by Plaintiffs' counsel to provide an opinion on dental

15    care provided to prisoners confined in the Arizona Department of Corrections.

16    5.    In rendering my opinion in this case, I reviewed ADC policies and

17    procedures related to dental care, depositions of dental personnel and ADC monitors,

18    dental grievances, dental staffing and wait time reports, dental records of a number of

19    ADC prisoners, and additional Smallwood and ADC documents listed in each of my

20    reports.

21    6.    I conducted tours of the following ADC facilities in July and August 2013:

22    Perryville (July 8-9), Lewis (July 9-10), Yuma (July 11-12), Safford (August 5), Douglas

23    (August 6), Tucson (August 7-8), Eyman (July 22-23), Florence (July 24-25), and Phoenix

24    (July 26). During each tour, I spent the majority of my time reviewing records of prisoners

25    currently held at that facility, although I was also allowed to ask brief questions of

26    designated dental staff at each facility.

27    7.    I chose most of the records I reviewed using an appointment list produced

28    by defendants purporting to contain all dental appointments from January 1, 2012 to

approximately June 21, 2013.  The report identified 22,715 appointments and listed the inmate, location, and type of appointment.  The appointment types included indications such as "exam," "dental work," "cleaning," and "dental pain and swelling."

8.      From my review of ADC's Dental Services Technical Manual and other documents, I understood at the time I chose records that ADC procedure divides dental requests into "urgent" requests that must be seen within 72 hours, and "routine" requests that should be seen within 90 days.  Urgent care is defined in the Dental Services Technical Manual to include abscesses and other serious issues, but not pain.  Defendants claim that all pain requests are treated as urgent care, but that is not consistent with the records I have reviewed.

9.      As I described in my original report (at 9), timely addressing pain is an excellent measure of the responsiveness of a dental care system.  Accordingly, I tried to select inmates for my record review who had one or more scheduled appointments for "pain and swelling."  By selecting such appointments, I could evaluate both how timely those complaints of pain were addressed, as well as the other care received by the inmate before and after the pain appointment.

10.     Conversely, I avoided choosing appointment types that appeared likely to be for patients who had no particular dental complaints, such as intake exams and cleanings. In my experience, evaluating a system's response to patients with few dental needs is not an effective use of my time and does not contribute to assessment of the quality, scope, and timeliness of dental care provided by the system.

11.     Once I had chosen a list of records for each facility, I forwarded my list to Plaintiffs' counsel and requested that they add records for any prisoners whose dental grievances defendants were in the process of producing, as well as dental records that had been mentioned in the January 2013 Oral Care MGAR.

12.     Once on-site at each facility, I also requested a copy of the current "routine care list" and selected several prisoners from that list to review as well.

13.     When reviewing prisoner medical records chosen from a particular facility, I did not limit my review to dental care the prisoner had received at that facility. I reviewed dental treatment provided at ADC facilities since approximately 2009, including both routine and urgent care requests and appointments. I excluded time spent at private prisons such as Kingman.

14.     My methodology in this case is based upon my experience studying, working in, and evaluating correctional and other institutional dental programs. It is consistent with the methodology I have used in other evaluations of correctional dental care, and with standards of experts in the field of dental public health.

15.     Attached hereto as Exhibit 1 and incorporated by reference herein is my report dated November 8, 2013, including all appendices.

16.     Attached hereto as Exhibit 2 and incorporated by reference herein is my rebuttal report dated January 31, 2014, including all appendices.

17.     Attached hereto as Exhibit 3 and incorporated by reference herein is my supplemental report dated February 24, 2014, including all appendices.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _17_ day of June, 2014 in Dallas, Texas.

Jay D. Shulman, DMD, MA, MSPH

1  **ADDITIONAL COUNSEL:**

2

3

4

5

6

7

8

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              wgeorge@prisonlaw.com

9

*Admitted *pro hac vice*

10

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
              afettig@npp-aclu.org
              aquereshi@npp-aclu.org

11

12

13

14

15

16

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

17

18

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
              agerlicher@perkinscoie.com
              keidenbach@perkinscoie.com
              jhgray@perkinscoie.com
              mdumee@perkinscoie.com
              jpeters@perkinscoie.com

19

20

21

22

23

24

25

26

27

28

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
                aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com
                tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
                jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
              avarma@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR
DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:    jrico@azdisabilitylaw.org
              jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1

**<u>CERTIFICATE OF SERVICE</u>**

2       I hereby certify that on June 18, 2014, I electronically transmitted the above

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to the following CM/ECF registrants:

5

6                        Michael E. Gottfried
                        Katherine E. Watanabe
7                            Lucy M. Rand
                  Assistant Arizona Attorneys General
8                    Michael.Gottfried@azag.gov
                     Katherine.Watanabe@azag.gov
9                        Lucy.Rand@azag.gov

10                          Daniel P. Struck
                         Kathleen L. Wieneke
11                       Timothy J. Bojanowski
                              Rachel Love
12                        Nicholas D. Acedo
                          Ashlee B. Fletcher
13                          Anne M. Orcutt
                             Jacob B. Lee
14             STRUCK WIENEKE, & LOVE, P.L.C.
                        dstruck@swlfirm.com
15                      kwieneke@swlfirm.com
                      tbojanowski@swlfirm.com
16                        rlove@swlfirm.com
                         nacedo@swlfirm.com
17                      afletcher@swlfirm.com
                        aorcutt@swlfirm.com
18                         jlee@swlfirm.com

19                     *Attorneys for Defendants*

20                                      s/ Delana Freouf

21

22

23

24

25

26

27

28