**Index of Exhibits to**

**Declaration of Eldon Vail**

Exhibit 1:      Report dated November 8, 2013, including all appendices (UNDER SEAL)

Exhibit 2:      Report dated January 31, 2014, including all appendices (UNDER SEAL)

Exhibit 3:      Report dated February 24, 2014 (UNDER SEAL)

# EXHIBIT 1

# FILED UNDER SEAL

# EXHIBIT 2

# FILED UNDER SEAL

# EXHIBIT 3

# FILED UNDER SEAL