## Index of Exhibits to

## Declaration of Craig Haney, Ph.D., J.D.

Exhibit 1:   Report dated November 7, 2013, including all appendices (UNDER SEAL)

Exhibit 2:   Report dated January 31, 2014, including all appendices (UNDER SEAL)

# EXHIBIT 1

# FILED UNDER SEAL

# EXHIBIT 2

# FILED UNDER SEAL