Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
        jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,
Dustin Brislan, Sonia Rodriguez, Christina Verduzco,
Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne
Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson,
and Charlotte Wells, on behalf of themselves and all
others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
        avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **DECLARATION OF BRIE WILLIAMS, M.D., M.S.** |

1    I, Brie Williams, M.D., M.S., declare:

2    1.    I am a licensed and board-certified physician and Associate Professor of

3    Medicine at the University of California, San Francisco.

4    2.    I have been retained by plaintiffs' counsel to provide an opinion on the risks

5    to health posed by isolated confinement as practiced in the Arizona Department of

6    Corrections (ADC).

7    3.    I conducted on-site inspections of the following ADC prison complexes:

8    ASPC-Florence (Central and Kasson Units) (August 14, 2013); ASPC-Eyman (SMU and

9    Browning Units) (August 15, 2013); and ASPC-Perryville (Lumley Special Management

10   Area) (August 16, 2013) (hereinafter collectively referred to as the "isolation units").

11   These units were selected because they are identified by name in the Court's definition of

12   the isolation subclass in this case.

13   4.    At each complex I inspected housing units, exercise enclosures, and other

14   areas to which prisoners have access.  I spoke with prisoners at cell front, and conducted

15   interviews with some prisoners in an out-of-cell setting.  I also reviewed medical records

16   at each facility.  Some of the records I asked to review were not provided to me; I was told

17   they were unavailable.

18   5.    The prisoners I spoke with, and whose medical records I reviewed, were

19   selected in two ways.  First, I informed plaintiffs' counsel that it would be important to

20   interview some prisoners who were older, had chronic medical conditions, and/or had

21   physical disabilities, since such persons could be at especially high risk from the limited

22   physical activity available to those in isolated confinement.  At my instruction, plaintiffs'

23   counsel created a list of such prisoners, and that was one source of the prisoners I

24   interviewed and whose records I reviewed.  Second, as I walked through the isolation

25   units, I spoke with additional prisoners whose names were not on the list, and later

26   reviewed their medical records.  These prisoners were selected by me.

27   6.    I understand that defendants in this case maintain that I should have selected

28   the prisoners I interviewed and whose records I reviewed using a purely random sample.

1    Pure random sampling is neither necessary nor appropriate for the task I was asked to
2    perform.

3         7.    Random sampling might be appropriate if, for example, I was trying to
4    determine how many of ADC's 34,000 prisoners suffer from a given medical condition,
5    such as hypertension or diabetes.  But my task was not to ascertain the prevalence of a
6    trait or condition in the entire ADC prisoner population, or even in that subset of the
7    population housed in the isolation units.  Rather, it was to ascertain whether conditions of
8    isolated confinement pose a substantial risk of serious harm to prisoners.  That inquiry
9    depends largely on understanding the physical environment in which prisoners are housed,
10   and the policies and practices to which they are subject.  For this evaluation, which is not
11   focused on estimating prevalence but is instead describing conditions of confinement for
12   persons with health conditions, there is simply no reason to engage in random sampling of
13   prisoners for the purpose of interviews or record review.

14        8.    The prisoner interviews and record reviews I performed are only one among
15   many sources of information I relied upon in forming my opinions.  My visual inspection
16   of the cells and exercise areas in the isolation units, my review of discovery materials
17   describing the conditions and duration of isolated confinement, and my review of the
18   medical literature all contributed to my conclusion that isolated confinement as practiced
19   in ADC poses a substantial risk of serious harm, including increased morbidity and
20   mortality, to prisoners of older age, with chronic medical conditions, and/or with physical
21   disabilities.

22        9.    Attached hereto as Exhibit 1 and incorporated by reference herein is my
23   report dated November 8, 2013, including all appendices.

24        10.   Attached hereto as Exhibit 2 and incorporated by reference herein is my
25   report dated December 9, 2013, including all appendices.

26        11.   Attached hereto as Exhibit 3 and incorporated by reference herein is my
27   rebuttal report dated January 31, 2014, including all appendices.

28

1        12.    Attached hereto as Exhibit 4 and incorporated by reference herein is my

2    report dated February 24, 2014, including all appendices.

3        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

4    is true and correct.

5        Executed this 17th day of June, 2014 in San Francisco, California.

6

7                                    _____

8                                    Brie Williams, M.D., M.S.

9    **ADDITIONAL COUNSEL:**

10                                   Donald Specter (Cal. 83925)*
                                Alison Hardy (Cal. 135966)*

11                                   Sara Norman (Cal. 189536)*
                                Corene Kendrick (Cal. 226642)*

12                                   Warren E. George (Cal. 53588)*
                                **PRISON LAW OFFICE**

13                                   1917 Fifth Street
                                Berkeley, California 94710

14                                   Telephone: (510) 280-2621
                                Email:    dspecter@prisonlaw.com

15                                                   ahardy@prisonlaw.com
                                                snorman@prisonlaw.com

16                                                   ckendrick@prisonlaw.com
                                                wgeorge@prisonlaw.com

17                                   *Admitted *pro hac vice*

18                                   David C. Fathi (Wash. 24893)*
                                Amy Fettig (D.C. 484883)**

19                                   Ajmel Quereshi (Md. 28882)**
                                **ACLU NATIONAL PRISON**

20                                   **PROJECT**
                                915 15th Street N.W., 7th Floor

21                                   Washington, D.C. 20005
                                Telephone: (202) 548-6603

22                                   Email:    dfathi@npp-aclu.org

23                                                   afettig@npp-aclu.org
                                              aquereshi@npp-aclu.org

24                                   *Admitted *pro hac vice*. Not admitted

25                                     in DC; practice limited to federal
                                courts.

26                                   **Admitted *pro hac vice*

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:      dbarr@perkinscoie.com
            agerlicher@perkinscoie.com
            keidenbach@perkinscoie.com
            jhgray@perkinscoie.com
            mdumee@perkinscoie.com
            jpeters@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:      cnmitchell@jonesday.com
            aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:      jlwilkes@jonesday.com
            tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
          jkmessina@jonesday.com

*Admitted *pro hac vice*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:    skader@azdisabilitylaw.org
          avarma@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR
DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:    jrico@azdisabilitylaw.org
          jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on June 18, 2014, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

7

8

9

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

10

11

12

13

14

15

16

17

18

19

*Attorneys for Defendants*

20

s/ Delana Freouf

21

22

23

24

25

26

27

28

78204-0001/LEGAL122384417.1                                          -6-