**Index of Exhibits to**

**Declaration of Brie Williams, M.D., M.S.**

Exhibit 1:	Report dated November 8, 2013, including all appendices (UNDER SEAL)

Exhibit 2:	Report dated December 9, 2013, including all appendices (UNDER SEAL)

Exhibit 3:	Rebuttal report dated January 31, 2014, including all appendices (UNDER SEAL)

Exhibit 4:	Report dated February 24, 2014, including all appendices (UNDER SEAL)

# EXHIBIT 1

# FILED UNDER SEAL

# EXHIBIT 2

# FILED UNDER SEAL

# EXHIBIT 3

# FILED UNDER SEAL

# EXHIBIT 4

# FILED UNDER SEAL