1  Daniel Pochoda (Bar No. 021979)
   James Duff Lyall (Bar No. 330045)*
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: dpochoda@acluaz.org
          jlyall@acluaz.org
5  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
7  *Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of*
8  *themselves and all others similarly situated*

   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
9
10 Sarah Kader (Bar No. 027147)
   Asim Varma (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone: (602) 274-6287
   Email: skader@azdisabilitylaw.org
13        avarma@azdisabilitylaw.org

14 *Attorneys for Plaintiff Arizona Center for Disability Law*

   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
15

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | No. CV 12-00601-PHX-NVW (MEA) **PLAINTIFFS' MOTION TO SEAL ITEMS ASSOCIATED WITH PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE EXPERTS** |

78204-0001/LEGAL122417733.1

1  Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the Clerk to file under
2  seal designated portions of documents associated with Plaintiffs' Response in Opposition
3  to Defendants' Motion to Preclude, filed herewith.  Specifically, Plaintiffs move to seal:

4   1.  Exhibits 2 through 9 to the Declaration of Kirstin T. Eidenbach;
5   2.  Exhibits 1 through 3 to the Declaration of Robert Cohen, M.D.;
6   3.  Exhibits 1 through 3 to the Declaration of Todd Randall Wilcox, M.D.;
7   4.  Exhibits 1 through 4 to the Declaration of Pablo Stewart, M.D.;
8   5.  Exhibits 1 through 3 to the Declaration of Jay D. Shulman, D.M.D., M.A.,
9       M.S.P.H.;
10  6.  Exhibits 1 through 3 to the Declaration of Eldon Vail;
11  7.  Exhibits 1 through 2 to the Declaration of Craig Haney, Ph.D., J.D.; and
12  8.  Exhibits 1 through 4 to the Declaration of Brie Williams, M.D., M.S.

13  All referenced exhibits have been lodged herewith.  The materials Plaintiffs move
14  to seal are expert witness reports and depositions that Defendants have designated as
15  confidential pursuant to the governing protective order.

16  Dated: June 18, 2014                    **PERKINS COIE LLP**

17
                                            By:   s/ Kirstin T. Eidenbach
18                                                Daniel C. Barr (Bar No. 010149)
                                                  Amelia M. Gerlicher (Bar No. 023966)
19                                                Kirstin T. Eidenbach (Bar No. 027341)
                                                  John H. Gray (Bar No. 028107)
20                                                Matthew B. du Mée (Bar No. 028468)
                                                  Jerica L. Peters (Bar No. 027356)
21                                                **PERKINS COIE LLP**
                                                  2901 N. Central Avenue, Suite 2000
22                                                Phoenix, Arizona 85012
                                                  Telephone:  (602) 351-8000
23                                                Email:   dbarr@perkinscoie.com
                                                           agerlicher@perkinscoie.com
24                                                         keidenbach@perkinscoie.com
                                                           jhgray@perkinscoie.com
25                                                         mdumee@perkinscoie.com
                                                           jpeters@perkinscoie.com
26
27
28

78204-0001/LEGAL122417733.1

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
afettig@npp-aclu.org
aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
| | Amir Q. Amiri (Cal. 271224)* |
| 2 | **JONES DAY** |
| | 555 California Street, 26th Floor |
| 3 | San Francisco, California 94104 |
| | Telephone:  (415) 875-5712 |
| 4 | Email:    cnmitchell@jonesday.com |
| | aamiri@jonesday.com |
| 5 | |
| | *Admitted *pro hac vice* |
| 6 | |
| | John Laurens Wilkes (Tex. 24053548)* |
| 7 | Taylor Freeman (Tex. 24083025)* |
| | **JONES DAY** |
| 8 | 717 Texas Street |
| | Houston, Texas 77002 |
| 9 | Telephone:  (832) 239-3939 |
| | Email:    jlwilkes@jonesday.com |
| 10 | tfreeman@jonesday.com |
| 11 | *Admitted *pro hac vice* |
| 12 | Kamilla Mamedova (N.Y. 4661104)* |
| | Jennifer K. Messina (N.Y. 4912440)* |
| 13 | **JONES DAY** |
| | 222 East 41 Street |
| 14 | New York, New York 10017 |
| | Telephone:  (212) 326-3498 |
| 15 | Email:    kmamedova@jonesday.com |
| | jkmessina@jonesday.com |
| 16 | |
| | *Admitted *pro hac vice* |
| 17 | |
| | Kevin Brantley (Cal. 251886)* |
| 18 | **JONES DAY** |
| | 3161 Michelson Drive, Suite 800 |
| 19 | Irvine, California 92612 |
| | Telephone:  (949) 851-3939 |
| 20 | Email:    kcbrantley@jonesday.com |
| 21 | *Admitted *pro hac vice* |
| 22 | *Attorneys for Plaintiffs Shawn Jensen;* |
| | *Stephen Swartz; Dustin Brislan; Sonia* |
| 23 | *Rodriguez; Christina Verduzco; Jackie* |
| | *Thomas; Jeremy Smith; Robert Gamez;* |
| 24 | *Maryanne Chisholm; Desiree Licci; Joseph* |
| | *Hefner; Joshua Polson; and Charlotte* |
| 25 | *Wells, on behalf of themselves and all others* |
| | *similarly situated* |
| 26 | |
| 27 | |
| 28 | |

**ARIZONA CENTER FOR DISABILITY LAW**

By: <u>  s/ Sarah Kader                      </u>
    Sarah Kader (Bar No. 027147)
    Asim Varma (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email: skader@azdisabilitylaw.org
           avarma@azdisabilitylaw.org

    J.J. Rico (Bar No. 021292)
    Jessica Jansepar Ross (Bar No. 030553)
    **ARIZONA CENTER FOR DISABILITY LAW**
    100 N. Stone Avenue, Suite 305
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email: jrico@azdisabilitylaw.org
           jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

    s/ Delana Freouf

78204-0001/LEGAL122417733.1                                   -5-