UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL ITEMS ASSOCIATED WITH PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE EXPERTS** |

The Court having reviewed Plaintiffs' Motion to Seal Items Associated with Plaintiffs' Response in Opposition to Defendants' Motion to Preclude Experts (Doc. ___), and good cause appearing,

IT IS ORDERED granting the Plaintiffs' Motion.

IT IS FURTHER ORDERED directing the Clerk's Office to file the following documents under seal:

1.   Exhibits 2 through 9 to the Declaration of Kirstin T. Eidenbach;

2.   Exhibits 1 through 3 to the Declaration of Robert Cohen, M.D.;

3.   Exhibits 1 through 3 to the Declaration of Todd Randall Wilcox, M.D.;

4.   Exhibits 1 through 4 to the Declaration of Pablo Stewart, M.D.;

78204-0001/LEGAL122434676.1

5. Exhibits 1 through 3 to the Declaration of Jay D. Shulman, D.M.D., M.A., M.S.P.H.;

6. Exhibits 1 through 3 to the Declaration of Eldon Vail;

7. Exhibits 1 through 2 to the Declaration of Craig Haney, Ph.D., J.D.; and

8. Exhibits 1 through 4 to the Declaration of Brie Williams, M.D., M.S.