**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Motion for Extension of Time to File Summary Judgment Response (Doc. 940). For the reasons stated below, the motion will be granted only in part. Plaintiffs will have until July 11, 2014 to file their summary judgment response and Defendants will have until July 28, 2014 to file their reply. No further requests for extension will be entertained by either party.

Plaintiffs seek an additional two-and-a-half weeks to file their summary judgment response, arguing that they need additional time to respond to Defendants' 56-page motion. As Plaintiffs note, Defendants' motion relies on a 475-page statement of facts and approximately 40,000 pages of exhibits. Defendants' statement of facts greatly exceeds Local Rule 56.1(a), which states in part:

> The separate statement should include only those facts that the Court needs to decide the motion. Other undisputed facts (such as those providing background about the action or the parties) may be included in the memorandum of law, but should not be included in the separate statement of facts.

The Court considered striking Defendants' statement of facts and exhibits for non-compliance with this rule. But to require rewriting the motion and statement would have impinged on the firm trial date of October 20, 2014, which was set long ago and will not be extended. Responding to and defeating that motion only requires presentation of a disputed material fact on each claim. It will not require controverting (or even reading) every fact asserted in Defendants' motion and statement of facts. Indeed, it is difficult to see how a motion for summary judgment could be granted that requires 4,327 facts to be undisputed.

Brief additional time of nine days will be allowed to prepare a targeted and focused response. Defendants reply deadline will also be shifted accordingly. No further requests for extension will be entertained, however, because none is necessary for an efficient resolution of the underlying summary judgment motion. If disputed issues of fact exist, they should be readily apparent and will necessitate denial of the motion.

**IT IS THEREFORE ORDERED:**

(1) Plaintiffs' Motion for Extension of Time to file Summary Judgment Response (Doc. 940) is **granted** in part. Plaintiffs may file their response no later than July 11, 2014. Defendants may file their reply no later than July 28, 2014.

(2) Plaintiffs' Motion for Leave to file Excess Pages in Response to Defendants' Motion to Preclude Experts (Doc. 941) is **granted**. The lodged response at Doc. 942 must be filed.

(3) Plaintiffs' Motion to Seal Exhibits in Opposition to Defendants' Motion to Preclude Experts (Doc. 952) is **granted**. The Exhibits lodged at Docs. 953-960 must be filed under seal.

Dated this 20th day of June, 2014.

_____
Neil V. Wake
United States District Judge

- 3 -