# EXHIBIT A

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; *et al.*, and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director; *et al.*,<br><br>Defendants. | NO.  CV12-0601-PHX-NVW<br><br>**DEFENDANTS'** ***ELEVENTH*** **SUPPLEMENTAL** *(**EXPERT**)* **DISCLOSURE STATEMENT** |

Defendants, through counsel and pursuant to Federal Rule of Civil Procedure 26(a)(1) ***and (a)(2)***, submit their ***Eleventh*** Supplemental ***(Expert)*** Disclosure

2791530.1

34.   Angelo Daniels, Deputy Warden of Security Operations
      c/o Struck Wieneke & Love P.L.C.

Angelo Daniels is the Deputy Warden of Security Operations at ADC, and is likely to testify regarding his knowledge of ADC's policies and procedures for oversight of inmate meal preparation and delivery, including accommodation of the religious standards in place for the various faiths to which inmates in ADC custody belong, and provisions of adequate nutritional needs for special diets. *DW Daniels will also testify regarding his oversight of the Food Services Contract and collaborative relationship with Trinity Services Group in ensuring that adequate nutritional value is provided to inmates through all diets, including the mega sack meals provided to inmates in maximum custody. DW Daniels will testify regarding his oversight of the meals provided to ensure nutritional adequacy, caloric intake and appropriate rotation of food product in the meals. DW Daniels will testify pursuant to Federal Rule of Civil Procedure 26(a)(2)(C).*

35.   *Mark Jansen, Interim Vice President Operations*
      *c/o Corizon Health*

*Mark Jansen is the Interim Vice President of Operations for Corizon Health.  Please see Exhibit Bates Numbered ADC203360-ADC203362 for his credentials and qualifications.  He is likely to testify regarding his knowledge of the contract between Optimal Phone Interpreters ("OPI") and Corizon to provide language translation services to ADC for assistance in providing health care to Limited English speaking inmates; the availability and usage of that service; and the HIPAA compliance related to that service.  He is also expected to testify regarding Corizon's obligations under the Contract with ADC, Corizon's staffing, recruiting, policies, and the provision of medical, mental health and dental health care to ADC's inmate population.  Mr. Jansen will testify pursuant to Federal Rule of Civil Procedure 26(a)(2)(C).*

36.   *Mark Fleming, PhD, LP, LPCMH, CRC, HSP, CCHP-MH*
      *c/o Corizon Health, Regional Vice President for Behavioral Health*

*errors. When sample sizes are increased, the standard error is reduced. Dr. Dolny will also testify that the narrative findings contained in Plaintiffs' experts' reports cannot be generalized to the population. Dr. Dolny will testify pursuant to Federal Rule of Civil Procedure 26(a)(2)(C).*

39. *Laura Donnelly*
    *Trinity Services Group*
    *c/o McCarter & English*
    *Gregory Cote*
    *265 Franklin Street*
    *Boston, Massachusetts 02110*
    *(617) 449-6500*

*Ms. Donnelly is a registered dietician who works for Trinity Services Group, the third-party vendor that supplies food services to ADC. Ms. Donnelly is expected to testify regarding the nutritional adequacy and caloric requirements and provisions for those inmates in maximum custody and detention units, including but not limited to the adequacy of the mega sack meals provided to those inmates. Ms. Donnelly will further testify about the collaborative relationship between ADC and Trinity Food Services as it relates to the planning and provision of meals to inmates in maximum custody and detention units up until the time of trial. Ms. Donnelly will testify pursuant to Federal Rule of Civil Procedure 26(a)(2)(C).*

40. *William Smallwood, D.D.S., CEO, Smallwood Prison Dental Servcies*
    *c/o Smallwood Prison Dental Services*
    *The Sack Law Firm*
    *Jeffrey M. Mervis*
    *8270 Greensboro Drive, Suite 810*
    *McLean, Virginia 22102*
    *(703) 883-0102*

*Dr. Smallwood is the owner of Smallwood Prison Dental Services (SPDS), which subcontracts with Corizon to provide dental services at ADC. A copy of his CV, which explains his education and experience, is attached. Dr. Smallwood has experience in providing prison dental services at several correctional facilities across*

1  ADC123481-123483 for her credentials and qualifications. Ms. Maese will testify
2  regarding policies and procedures for provision of health care to ADC's inmate
3  population; delivery of medication to inmates; delivery of mental health care and dental
4  care; her activities in evaluation of mental health services provided by Corizon, reporting
5  on those services with the monitoring MGAR reports; and monitoring and reviewing those
6  services for patterns; compilation and analysis of statistical data;, random chart and
7  medication monitoring, and ensuring performance guidelines are met in the clinical
8  setting; and her knowledge of Corizon's performance under the Contract with ADC.

9,10  83.   *Julie Carter, Pharmacy Director*
      *c/o Corizon Health*

11  *Ms. Carter is the Pharmacy Director for Corizon Health and is expected to*
12  *testify regarding Corizon's obligations under the Contract with ADC, PharmaCorr's*
13  *services under its contract with Corizon, and the provision of medical and psychiatric*
14  *medication to ADC's inmate population.*

15,16,17  84.   *Jason Reese, Executive Consultant II, Health Services Monitoring*
              *Bureau – ADC*
              *c/o Struck Wieneke & Love, P.L.C.*

18  *Mr. Reese is the Executive Consultant II for ADC's Health Services*
19  *Monitoring Bureau.  He will testify regarding his personal knowledge of an analysis of*
20  *Corizon's monthly, quarterly and ad hoc statistical reporting under the ADC Contract*
21  *as well as his personal knowledge of ADC's submissions to the federal government*
22  *related to the Death in Custody Reporting Program.*

23  C.  INDIVIDUALS WHO MAY HAVE KNOWLEDGE

24,25,26,27  85.   Victor Parsons, former Arizona Department of Corrections ("ADC") Inmate
                  #123589, Plaintiff
                  c/o ACLU Foundation of Arizona
                  3707 North 7th Street, Suite 235
                  Phoenix, Arizona  85013
                  (603) 650-1854

28

274. Cherie Getts, RN Supervisor, ASPC-Florence
 c/o Corizon Health

275. Billie Jo Mason, RN Supervisor, ASPC-Florence
 c/o Corizon Health

276. Angela Townsend, RN Supervisor, ASPC-Florence
 c/o Corizon Health

277. Elaine Clayton, RN Supervisor, ASPC-Phoenix
 c/o Corizon Health

278. Kellie Rogers, FHA, ASPC-Yuma
 c/o Corizon Health

In addition to the expected testimony listed below, Ms. Rogers is likely to testify regarding her knowledge of ADC's policies and procedures for delivery of health care to ADC's inmate population; including delivery of medications, delivery of mental health care and dental care, and the day-to-day operation of health services at Yuma. Ms. Rogers is also expected to testify regarding the scheduling of health care appointments and Yuma's recent implementation of the Care Log system which electronically tracks and schedules follow up appointments for inmates with chronic care conditions, and the overall delivery of healthcare to the inmates.

279. *Michele Epstein, M.D., Psychiatrist at ASPC-Yuma*
 *c/o Corizon Health*

*Dr. Epstein is a psychiatrist at ASPC-Yuma. Dr. Epstein is expected to testify regarding the mental health treatment provided to inmates at ASPC-Yuma.*

280. Karen Chu, ADC HS Contract Monitoring Bureau, Quality/Clinical, Dental Program Manager
 c/o Struck Wieneke & Love, P.L.C.

Karen Chu is the current HS Contract Monitoring Bureau, Quality/Clinical, Dental Program Manager. Please see Exhibit Bates Numbered ADC123434 for her credentials and qualifications. Dr. Chu is likely to have discoverable information regarding ADC's policies and procedures related to provision of dental care to the ADC

91

239. ***Curricula Vitae of Lawrence H. Mendel, D.O., FSCP, CCHP (ADC203814-ADC203817).***

Defendants anticipate that additional documents and/or tangible evidence will be identified and *will seasonably supplement*.

## III.  COMPUTATION OF DAMAGES

Defendants are not making any claim for damages.  Defendants will seek any and all recoverable costs and fees should Defendants prevail in this matter.

## IV.  INSURANCE AGREEMENTS

There are no relevant insurance agreements under Fed. R. Civ. P. 26(a)(1)(A)(iv).

DATED this __18th__ day of December 2013.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Timothy J. Bojanowski
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Courtney R. Cloman
    Ashlee B. Fletcher
    Anne M. Orcutt
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    Arizona Attorney General Thomas C. Horne
    Office of the Attorney General
    Michael E. Gottfried
    Katherine E. Watanabe
    Lucy M. Rand
    Assistant Attorneys General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

    *Attorneys for Defendants*