# EXHIBIT B

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Courtney R. Cloman, Bar No. 023155
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; *et al.*, and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director; *et al.*,<br><br>Defendants. | NO.  CV12-0601-PHX-NVW<br><br>**DEFENDANTS'** ***THIRTEENTH*** **SUPPLEMENTAL DISCLOSURE STATEMENT** |

Defendants, through counsel and pursuant to Federal Rule of Civil Procedure 26(a)(1), submit their ***Thirteenth*** Supplemental Disclosure Statement.

2860367.1

85. ***Glen Babich, M.D. Associate Administrative Regional Medical Director***

    ***c/o Corizon Health***

    *Based upon his professional training, experience, and review of the chart volume for the thirteen named Plaintiffs, Dr. Babich may be called to testify regarding his clinical opinion, that since March 4, 2103, each of the litigants who were seen by a medical provider, as documented in the chart, received care that is in line with clinical best practice approaches. Overall, clinicians used approaches that addressed documented diagnostic concerns. Documentation in standard SOAP format included examination findings, treatment plan, and follow up plans. Follow up was performed as deemed appropriate by the medical provider.*

C.  INDIVIDUALS WHO MAY HAVE KNOWLEDGE

86. Victor Parsons, former Arizona Department of Corrections ("ADC") Inmate #123589, Plaintiff
    c/o ACLU Foundation of Arizona
    3707 North 7th Street, Suite 235
    Phoenix, Arizona  85013
    (603) 650-1854

    Victor Parsons is a former Plaintiff in this matter. Mr. Parsons is likely to have discoverable information with regard to the allegations in the Complaint and his medical, dental, mental health, social, educational, criminal and institutional history.

87. Shawn Jensen, ADC #032465, Plaintiff
    Arizona State Prison Complex ("ASPC")-Tucson-Manzanita Unit
    10000 South Wilmot
    P.O. Box 24401
    Tucson, Arizona  85734-4401
    (520) 574-0024

    Shawn Jensen is a Plaintiff in this matter. Mr. Jensen is likely to have discoverable information with regard to the allegations in the Complaint and his medical, dental, mental health, social, educational, criminal and institutional history.

DATED this 31st day of January 2014.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Courtney R. Cloman
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Courtney R. Cloman
    Ashlee B. Fletcher
    Anne M. Orcutt
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

    Arizona Attorney General Thomas C. Horne
    Office of the Attorney General
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

    *Attorneys for Defendants*