1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriguez; Christina              (MEA)
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
10  Hefner; Joshua Polson; and Charlotte Wells, on       **ORDER GRANTING**
    behalf of themselves and all others similarly        **PLAINTIFFS' MOTION FOR**
11  situated; and Arizona Center for Disability Law,     **LEAVE TO TAKE THE**
                                                         **PRESERVATION**
12                              Plaintiffs,              **DEPOSITION OF A**
                                                         **TERMINALLY ILL PERSON**
13              v.

14  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
15  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
16  capacities,

                                Defendants.

17

18          The Court having reviewed Plaintiffs' Motion for Leave to Take the Preservation

19  Deposition of a Terminally Ill Person and good cause appearing,

20          IT IS ORDERED that Plaintiffs' Motion is granted.

21
22
23
24
25
26
27
28