UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**ORDER GRANTING MOTION TO SEAL PLAINTIFFS' MOTION FOR LEAVE TO TAKE THE PRESERVATION DEPOSITION OF A TERMINALLY ILL PERSON** |

The Court having reviewed Plaintiffs' Motion to Seal selected portions of their Motion for Leave to Take the Preservation Deposition of a Terminally Ill Person, and good cause appearing,

IT IS ORDERED that Plaintiffs' Motion to Seal is granted.

IT IS FURTHER ORDERED that the Clerk's Office file the unredacted version of Plaintiffs' Motion under seal.