# EXHIBIT A

1  Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Lucy M. Rand, Bar No. 026919
3  Assistant Attorneys General
   1275 W. Washington Street
4  Phoenix, Arizona 85007-2926
   Telephone: (602) 542-4951
5  Fax: (602) 542-7670
   Michael.Gottfried@azag.gov
6  Lucy.Rand@azag.gov

7  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
8  Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 22126
9  Nicholas D. Acedo, Bar No. 021644
   Courtney R. Cloman, Bar No. 023155
10 Ashlee B. Fletcher, Bar No. 028874
   Anne M. Orcutt, Bar No. 029387
11 STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
12 Chandler, Arizona  85226
   Telephone:  (480) 420-1600
13 Fax:  (480) 420-1696
   dstruck@swlfirm.com
14 kwieneke@swlfirm.com
   rlove@swlfirm.com
15 tbojanowski@swlfirm.com
   nacedo@swlfirm.com
16 ccloman@swlfirm.com
   afletcher@swlfirm.com
17 aorcutt@swlfirm.com
   *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; *et al.*, and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director; *et al.*,<br><br>Defendants. | NO.  CV12-0601-PHX-NVW<br><br>**DEFENDANTS'** ***ELEVENTH*** **SUPPLEMENTAL (*EXPERT*) DISCLOSURE STATEMENT** |

Defendants, through counsel and pursuant to Federal Rule of Civil Procedure 26(a)(1) ***and (a)(2)***, submit their ***Eleventh*** Supplemental ***(Expert)*** Disclosure

2791530.1

34. Angelo Daniels, Deputy Warden of Security Operations
c/o Struck Wieneke & Love P.L.C.

Angelo Daniels is the Deputy Warden of Security Operations at ADC, and is likely to testify regarding his knowledge of ADC's policies and procedures for oversight of inmate meal preparation and delivery, including accommodation of the religious standards in place for the various faiths to which inmates in ADC custody belong, and provisions of adequate nutritional needs for special diets. *DW Daniels will also testify regarding his oversight of the Food Services Contract and collaborative relationship with Trinity Services Group in ensuring that adequate nutritional value is provided to inmates through all diets, including the mega sack meals provided to inmates in maximum custody. DW Daniels will testify regarding his oversight of the meals provided to ensure nutritional adequacy, caloric intake and appropriate rotation of food product in the meals. DW Daniels will testify pursuant to Federal Rule of Civil Procedure 26(a)(2)(C).*

35. *Mark Jansen, Interim Vice President Operations
c/o Corizon Health*

*Mark Jansen is the Interim Vice President of Operations for Corizon Health. Please see Exhibit Bates Numbered ADC203360-ADC203362 for his credentials and qualifications. He is likely to testify regarding his knowledge of the contract between Optimal Phone Interpreters ("OPI") and Corizon to provide language translation services to ADC for assistance in providing health care to Limited English speaking inmates; the availability and usage of that service; and the HIPAA compliance related to that service. He is also expected to testify regarding Corizon's obligations under the Contract with ADC, Corizon's staffing, recruiting, policies, and the provision of medical, mental health and dental health care to ADC's inmate population. Mr. Jansen will testify pursuant to Federal Rule of Civil Procedure 26(a)(2)(C).*

36. *Mark Fleming, PhD, LP, LPCMH, CRC, HSP, CCHP-MH
c/o Corizon Health, Regional Vice President for Behavioral Health*

1  *errors. When sample sizes are increased, the standard error is reduced. Dr. Dolny will*
2  *also testify that the narrative findings contained in Plaintiffs' experts' reports cannot be*
3  *generalized to the population. Dr. Dolny will testify pursuant to Federal Rule of Civil*
4  *Procedure 26(a)(2)(C).*

5     39.   **Laura Donnelly**
            *Trinity Services Group*
6           *c/o McCarter & English*
7           *Gregory Cote*
            *265 Franklin Street*
8           *Boston, Massachusetts 02110*
9           *(617) 449-6500*

10  *Ms. Donnelly is a registered dietician who works for Trinity Services*
11  *Group, the third-party vendor that supplies food services to ADC. Ms. Donnelly is*
12  *expected to testify regarding the nutritional adequacy and caloric requirements and*
13  *provisions for those inmates in maximum custody and detention units, including but not*
14  *limited to the adequacy of the mega sack meals provided to those inmates. Ms.*
15  *Donnelly will further testify about the collaborative relationship between ADC and*
16  *Trinity Food Services as it relates to the planning and provision of meals to inmates in*
17  *maximum custody and detention units up until the time of trial. Ms. Donnelly will*
18  *testify pursuant to Federal Rule of Civil Procedure 26(a)(2)(C).*

19     40.  *William Smallwood, D.D.S., CEO, Smallwood Prison Dental Servcies*
20          *c/o Smallwood Prison Dental Services*
            *The Sack Law Firm*
21          *Jeffrey M. Mervis*
22          *8270 Greensboro Drive, Suite 810*
            *McLean, Virginia 22102*
23          *(703) 883-0102*

24  *Dr. Smallwood is the owner of Smallwood Prison Dental Services (SPDS),*
25  *which subcontracts with Corizon to provide dental services at ADC. A copy of his CV,*
26  *which explains his education and experience, is attached. Dr. Smallwood has*
27  *experience in providing prison dental services at several correctional facilities across*
28

ADC123481-123483 for her credentials and qualifications. Ms. Maese will testify regarding policies and procedures for provision of health care to ADC's inmate population; delivery of medication to inmates; delivery of mental health care and dental care; her activities in evaluation of mental health services provided by Corizon, reporting on those services with the monitoring MGAR reports; and monitoring and reviewing those services for patterns; compilation and analysis of statistical data;, random chart and medication monitoring, and ensuring performance guidelines are met in the clinical setting; and her knowledge of Corizon's performance under the Contract with ADC.

83. ***Julie Carter, Pharmacy Director***
*c/o Corizon Health*

*Ms. Carter is the Pharmacy Director for Corizon Health and is expected to testify regarding Corizon's obligations under the Contract with ADC, PharmaCorr's services under its contract with Corizon, and the provision of medical and psychiatric medication to ADC's inmate population.*

84. ***Jason Reese, Executive Consultant II, Health Services Monitoring Bureau – ADC***
*c/o Struck Wieneke & Love, P.L.C.*

*Mr. Reese is the Executive Consultant II for ADC's Health Services Monitoring Bureau. He will testify regarding his personal knowledge of an analysis of Corizon's monthly, quarterly and ad hoc statistical reporting under the ADC Contract as well as his personal knowledge of ADC's submissions to the federal government related to the Death in Custody Reporting Program.*

C. INDIVIDUALS WHO MAY HAVE KNOWLEDGE

85. Victor Parsons, former Arizona Department of Corrections ("ADC") Inmate #123589, Plaintiff
c/o ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
(603) 650-1854

274. Cherie Getts, RN Supervisor, ASPC-Florence
c/o Corizon Health

275. Billie Jo Mason, RN Supervisor, ASPC-Florence
c/o Corizon Health

276. Angela Townsend, RN Supervisor, ASPC-Florence
c/o Corizon Health

277. Elaine Clayton, RN Supervisor, ASPC-Phoenix
c/o Corizon Health

278. Kellie Rogers, FHA, ASPC-Yuma
c/o Corizon Health

In addition to the expected testimony listed below, Ms. Rogers is likely to testify regarding her knowledge of ADC's policies and procedures for delivery of health care to ADC's inmate population; including delivery of medications, delivery of mental health care and dental care, and the day-to-day operation of health services at Yuma. Ms. Rogers is also expected to testify regarding the scheduling of health care appointments and Yuma's recent implementation of the Care Log system which electronically tracks and schedules follow up appointments for inmates with chronic care conditions, and the overall delivery of healthcare to the inmates.

279. *Michele Epstein, M.D., Psychiatrist at ASPC-Yuma*
*c/o Corizon Health*

*Dr. Epstein is a psychiatrist at ASPC-Yuma. Dr. Epstein is expected to testify regarding the mental health treatment provided to inmates at ASPC-Yuma.*

280. Karen Chu, ADC HS Contract Monitoring Bureau, Quality/Clinical, Dental Program Manager
c/o Struck Wieneke & Love, P.L.C.

Karen Chu is the current HS Contract Monitoring Bureau, Quality/Clinical, Dental Program Manager. Please see Exhibit Bates Numbered ADC123434 for her credentials and qualifications. Dr. Chu is likely to have discoverable information regarding ADC's policies and procedures related to provision of dental care to the ADC

91

239. ***Curricula Vitae of Lawrence H. Mendel, D.O., FSCP, CCHP (ADC203814-ADC203817).***

Defendants anticipate that additional documents and/or tangible evidence will be identified and *will seasonably supplement*.

### III. COMPUTATION OF DAMAGES

Defendants are not making any claim for damages. Defendants will seek any and all recoverable costs and fees should Defendants prevail in this matter.

### IV. INSURANCE AGREEMENTS

There are no relevant insurance agreements under Fed. R. Civ. P. 26(a)(1)(A)(iv).

DATED this 18th day of December 2013.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Timothy J. Bojanowski
   Daniel P. Struck
   Kathleen L. Wieneke
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   Courtney R. Cloman
   Ashlee B. Fletcher
   Anne M. Orcutt
   STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
   Chandler, Arizona 85226

   Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
   Michael E. Gottfried
   Katherine E. Watanabe
   Lucy M. Rand
   Assistant Attorneys General
   1275 W. Washington Street
   Phoenix, Arizona 85007-2926

   *Attorneys for Defendants*