# EXHIBIT B

1  Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Lucy M. Rand, Bar No. 026919
3  Assistant Attorneys General
   1275 W. Washington Street
4  Phoenix, Arizona 85007-2926
   Telephone: (602) 542-4951
5  Fax: (602) 542-7670
   Michael.Gottfried@azag.gov
6  Lucy.Rand@azag.gov

7  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
8  Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 22126
9  Nicholas D. Acedo, Bar No. 021644
   Courtney R. Cloman, Bar No. 023155
10 Ashlee B. Fletcher, Bar No. 028874
   Anne M. Orcutt, Bar No. 029387
11 STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
12 Chandler, Arizona  85226
   Telephone:  (480) 420-1600
13 Fax:  (480) 420-1696
   dstruck@swlfirm.com
14 kwieneke@swlfirm.com
   rlove@swlfirm.com
15 tbojanowski@swlfirm.com
   nacedo@swlfirm.com
16 ccloman@swlfirm.com
   afletcher@swlfirm.com
17 aorcutt@swlfirm.com
   *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; *et al.*, and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director; *et al.*,<br><br>Defendants. | NO.  CV12-0601-PHX-NVW<br><br>**DEFENDANTS'** ***THIRTEENTH*** **SUPPLEMENTAL DISCLOSURE STATEMENT** |

Defendants, through counsel and pursuant to Federal Rule of Civil Procedure 26(a)(1), submit their ***Thirteenth*** Supplemental Disclosure Statement.

2860367.1

85. ***Glen Babich, M.D. Associate Administrative Regional Medical Director***

    ***c/o Corizon Health***

    *Based upon his professional training, experience, and review of the chart volume for the thirteen named Plaintiffs, Dr. Babich may be called to testify regarding his clinical opinion, that since March 4, 2103, each of the litigants who were seen by a medical provider, as documented in the chart, received care that is in line with clinical best practice approaches. Overall, clinicians used approaches that addressed documented diagnostic concerns. Documentation in standard SOAP format included examination findings, treatment plan, and follow up plans. Follow up was performed as deemed appropriate by the medical provider.*

C. INDIVIDUALS WHO MAY HAVE KNOWLEDGE

86. Victor Parsons, former Arizona Department of Corrections ("ADC") Inmate #123589, Plaintiff
    c/o ACLU Foundation of Arizona
    3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
    (603) 650-1854

    Victor Parsons is a former Plaintiff in this matter. Mr. Parsons is likely to have discoverable information with regard to the allegations in the Complaint and his medical, dental, mental health, social, educational, criminal and institutional history.

87. Shawn Jensen, ADC #032465, Plaintiff
    Arizona State Prison Complex ("ASPC")-Tucson-Manzanita Unit
    10000 South Wilmot
    P.O. Box 24401
    Tucson, Arizona 85734-4401
    (520) 574-0024

    Shawn Jensen is a Plaintiff in this matter. Mr. Jensen is likely to have discoverable information with regard to the allegations in the Complaint and his medical, dental, mental health, social, educational, criminal and institutional history.

73

DATED this 31st day of January 2014.

          STRUCK WIENEKE & LOVE, P.L.C.

          By /s/ Courtney R. Cloman
             Daniel P. Struck
             Kathleen L. Wieneke
             Rachel Love
             Timothy J. Bojanowski
             Nicholas D. Acedo
             Courtney R. Cloman
             Ashlee B. Fletcher
             Anne M. Orcutt
             STRUCK WIENEKE & LOVE, P.L.C.
             3100 West Ray Road, Suite 300
             Chandler, Arizona 85226

             Arizona Attorney General Thomas C. Horne
             Office of the Attorney General
             Michael E. Gottfried
             Lucy M. Rand
             Assistant Attorneys General
             1275 W. Washington Street
             Phoenix, Arizona 85007-2926

             *Attorneys for Defendants*