C V 12-601

June 13, 2014

RE: ADOC Class Action  medical/isolation

U.S. District Court
Judge Neil V. Wake
401 W. Washington
Phoenix, Az. 85003



_____ FILED        _____ LODGED
_____ RECEIVED     _____ COPY

JUN 2 4 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

     I currently have two cases in Judge Silver's Court
relating to these two issues; they were just served so we
are at the beginning stages. As I am also a part of the class
and subclass, I am going to move for them to be combined.

     Please send me the caption and case number for the class
action so I can include it in my motion. Thank you.

Sincerely,

Fox J. Salerno
CDOC #164490
P.O. Box 6000
Sterling, CO. 80751

P.S.  I was an Arizona prisoner at the super-max Browning unit
until March 12th of this year, I am on inter-state compact
now, so still under the jurisdiction of ADOC.