**Colorado Department Of Corrections**
Name  F. Joseph Salerno
Register Number  164496
Unit  Sterling
Box Number  P.O. Box 6000
City, State, Zip  Sterling, Co. 80751

LEGAL MAIL

DENVER CO 802
16 JUN 2014 PM 5 L

Arizona District Court of Judge Neil V. Wake
401 W. Washington
Phoenix, AZ 85003

**Restricted Inspection Mail Stamp**

| | |
|---|---|
| FACILITY | SCE |
| DOC EMPLOYEE LAST NAME | Aucoin |
| DOC# | 164470 |
| OFFENDER LAST NAME | Salerno |
| DATE REC'D | 6/15/14 |
| ID# | 1726 |
| INT | 94 |
| INT | QC |