# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Victor Antonio Parsons, et al., | ) | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Charles L. Ryan, et al., | ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendants' unopposed Motion to Schedule Settlement Conference With a Magistrate Judge (Doc. 961) is granted. This case is referred to Magistrate Judge David K. Duncan for a settlement conference. Counsel shall contact Judge Duncan's chambers for scheduling.

IT IS FURTHER ORDERED that neither settlement discussions nor a settlement conference will be a basis for continuance of the October 20, 2014 firm trial date or any other delay in pre-trial scheduling.

DATED this 27th day of June, 2014.

Neil V. Wake
United States District Judge