# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has reviewed Plaintiffs' Motion for Leave to Take the Preservation Deposition of a Terminally Ill Person (Doc. 972). The Court will order an expedited response and reply to the motion.

**IT IS THEREFORE ORDERED:**

(1) Defendants must respond to Plaintiffs' Motion for Leave to Take the Preservation Deposition of a Terminally Ill Person (Doc. 972) by no later than June 30, 2014. Plaintiffs may file a reply by no later than July 2, 2014.

///

///

(2) Plaintiffs' Motion to Seal the Motion for Leave to Take the Preservation Deposition (Doc. 973) is granted. The Clerk's Office shall file the lodged unredacted motion at Doc. 974 under seal.

Dated this 27th day of June, 2014.

_____
Neil V. Wake
United States District Judge