Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**PLAINTIFFS' NOTICE OF SERVICE OF FOURTH SUPPLEMENTAL DISCLOSURE STATEMENT** |

SFI-865203v1

PLEASE TAKE NOTICE that on June 27, 2014, the Individual Named Plaintiffs served their Fourth Supplemental Disclosure Statement, via email on the parties listed below:

Counsel for Defendants:

| | |
|---|---|
| Michael E. Gottfried | Michael.Gottfried@azag.gov |
| Katherine E. Watanabe | Katherine.Watanabe@azag.gov |
| Lucy M. Rand | Lucy.Rand@azag.gov |
| Daniel P. Struck | dstruck@swlfirm.com |
| Kathleen L. Wieneke | kwieneke@swlfirm.com |
| Timothy J. Bojanowski | tbojanowski@swlfirm.com |
| Rachel Love | rlove@swlfirm.com |
| Nicholas D. Acedo | nacedo@swlfirm.com |
| Ashlee B. Fletcher | afletcher@swlfirm.com |
| Anne M. Orcutt | aorcutt@swlfirm.com |
| Jacob Brady Lee | jlee@swlfirm.com |

Counsel for Plaintiff Arizona Center for Disability Law:

| | |
|---|---|
| Sarah Kader | skader@azdisabilitylaw.org |
| Asim Varma | avarma@azdisabilitylaw.org |
| J.J. Rico | jrico@azdisabilitylaw.org |
| Jessica Jansepar Ross | jross@azdisabilitylaw.org |

Executed this 30th day of June, 2014 in San Francisco, California

**JONES DAY**

By: s/ Caroline N. Mitchell
Caroline N. Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         aamiri@jonesday.com

*Admitted *pro hac vice*

SFI-865203v1

| | |
|---|---|
| 1 | David C. Fathi (Wash. 24893)* |
| 2 | Amy Fettig (D.C. 484883)** |
|   | Ajmel Quereshi (Md. 28882)* |
| 3 | **ACLU NATIONAL PRISON PROJECT** |
| 4 | 915 15th Street N.W., 7th Floor |
|   | Washington, D.C. 20005 |
| 5 | Telephone: (202) 548-6603 |
|   | Email:  dfathi@npp-aclu.org |
| 6 |         afettig@npp-aclu.org |
|   |         aquereshi@npp-aclu.org |

*Admitted *pro hac vice.* Not admitted in DC; practice limited to federal court.
** Admitted *pro hac vice*

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  dpochoda@acluaz.org
        jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
        agerlicher@perkinscoie.com
        keidenbach@perkinscoie.com
        jhgray@perkinscoie.com
        mdumee@perkinscoie.com
        jpeters@perkinscoie.com

| | |
|---|---|
| 1 | Donald Specter (Cal. 83925)* |
| | Alison Hardy (Cal. 135966)* |
| 2 | Sara Norman (Cal. 189536)* |
| | Corene Kendrick (Cal. 226642)* |
| 3 | Warren E. George (Cal. 53588)* |
| | **PRISON LAW OFFICE** |
| 4 | 1917 Fifth Street |
| | Berkeley, California 94710 |
| 5 | Telephone: (510) 280-2621 |
| | Email: dspecter@prisonlaw.com |
| 6 | ahardy@prisonlaw.com |
| | snorman@prisonlaw.com |
| 7 | ckendrick@prisonlaw.com |
| | wgeorge@prisonlaw.com |
| 8 | |
| | *Admitted *pro hac vice* |
| 9 | |
| | John Laurens Wilkes (Tex. 24053548)* |
| 10 | Taylor Freeman (Tex. 24083025)* |
| | **JONES DAY** |
| 11 | 717 Texas Street |
| | Houston, Texas 77002 |
| 12 | Telephone: (832) 239-3939 |
| | Email: jlwilkes@jonesday.com |
| 13 | tfreeman@jonesday.com |
| 14 | *Admitted *pro hac vice* |
| 15 | Kamilla Mamedova (N.Y. 4661104)* |
| | Jennifer K. Messina (N.Y. 4912440)* |
| 16 | **JONES DAY** |
| | 222 East 41 Street |
| 17 | New York, New York 10017 |
| | Telephone: (212) 326-3498 |
| 18 | Email: kmamedova@jonesday.com |
| | jkmessina@jonesday.com |
| 19 | |
| | *Admitted *pro hac vice* |
| 20 | |
| | Kevin Brantley (Cal. 251886)* |
| 21 | **JONES DAY** |
| | 3161 Michelson Drive, Suite 800 |
| 22 | Irvine, California 92612 |
| | Telephone: (949) 851-3939 |
| 23 | Email: kcbrantley@jonesday.com |
| 24 | |
| | *Admitted *pro hac vice* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

SFI-865203v1            -3-

| | |
|---|---|
| 1 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

SFI-865203v1                                  -4-

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob Brady Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

Sarah Kader
Asim Varma
J.J. Rico
Jessica Jansepar Ross
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
avarma@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

                                                s/ Caroline N. Mitchell