# EXHIBIT 1

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | No: CV12-00601-PHX-NVW (MEA) |

DEPOSITION OF ███████████
(VIDEOTAPED)

April 4, 2013
1:15 p.m.
Tucson, Arizona

Prepared by:
Marcella Daughtry, RPR
Arizona Certified
Reporter No. 50623

Prepared for:

(Copy)

1  didn't say anything about building my upper body.
2      Q    BY MR. STRUCK:  Okay.  Do you lift weights
3  here in the prison?
4      A    Yes.
5      Q    How often?
6      A    Every day.
7      Q    Okay.  And you look like you are in pretty
8  good shape.  What -- free weights, is that what you
9  lift here?
10     A    No.
11              MS. EIDENBACH:  Object to form and
12 relevance.
13              THE WITNESS:  I -- I like use people.  I
14 will have people stand on my back while I do push-ups
15 and sit on my shoulders when I do squats.
16     Q    BY MR. STRUCK:  Okay.
17     A    Things like that.
18     Q    So you have people kind of pile on your back
19 and do push-ups?
20     A    Yeah.
21     Q    How many people?
22     A    One.
23     Q    How many -- how many push-ups can you do with
24 one person on your back?
25     A    Depends on his weight.  If he's about 200

Page 200

1  pounds, probably -- probably ten reps or so.
2      Q    Okay.  Do you -- do you do pull-ups?
3      A    Yep.
4      Q    And how many pull-ups can you do without
5  stopping?
6      A    I don't know because I -- I mean, I got a
7  routine that I do.  I don't max out on it.
8      Q    All right.  What is your routine besides
9  that -- you told me about the pull-ups.
10     A    My routine?
11     Q    I'm sorry, you told me about the push-ups.
12 What is -- what is your workout regimen?
13     A    It's -- like could you be more like specific?
14     Q    Sure.  You -- every day you say you -- when I
15 asked if you lifted weights, you said every day, and
16 then you told me about doing -- performing -- doing
17 push-ups with somebody on your back, and I think you
18 said you did squats with somebody on your shoulders,
19 and you do pull-ups.  Is there -- what other types of
20 exercises do you do on a daily basis to stay in shape?
21     A    I do CrossFit.  I do a lot of running,
22 sprinting, long-distance runs, and then different
23 weight routines for every muscle, every body muscle.
24     Q    And when you say CrossFit, is that like
25 plyometrics?

1    A    It's -- it's like an intensive cardio,
2 full-body conditioning routine to -- to strengthen your
3 core and your -- your full body and at the same time
4 your cardiovascular system.
5    Q    Okay.  And that's -- you do that seven days a
6 week?
7    A    Yes.
8    Q    Okay.  And you've done that seven days a week
9 since you've been back in prison in 2009?
10   A    I've done that seven days a week pretty much
11 since 2006.
12   Q    Okay.  So being --
13   A    Whether I'm on the streets or --
14   Q    -- being physically fit is pretty important to
15 you?
16   A    Yes.
17   Q    Okay.  When you had your surgery, probably
18 weren't doing your -- your workout regimen during that
19 period of time.  When did you start back up again after
20 you got back to the -- to the prison?
21             MS. EIDENBACH:  Object to the form.
22             THE WITNESS:  A couple of days after I
23 got back.
24   Q    BY MR. STRUCK:  Okay.  So you started working
25 out again?

1      A      It would have been the day after I got back
2  from the hospital was my first workout.
3      Q      Okay.  Did you have to cut back a little bit
4  because of the surgery?
5      A      Of course.
6      Q      Are you able to have the same workout now that
7  you did before you had the surgery?
8      A      I don't have the same VO2 max.  I don't have
9  the same -- I don't have the same level of conditioning
10 because of the chemotherapy, but -- but I work on it.
11     Q      Okay.  Is that -- have you noticed an
12 improvement since you ended the chemo as far as your
13 oxygen?
14     A      Slowly --
15     Q      Uh-huh.
16     A      -- but surely, yeah, a little bit.
17     Q      Okay.  During the period of time I guess --
18 and I'll just ask you about from October of 2011 to
19 April of 2012; were you still working out daily?
20     A      From what times again?
21     Q      October of 2011 to April of 2012.
22     A      Yeah.
23     Q      Okay.  I'm sorry, I'm going to be flipping
24 around looking for records --
25     A      That's no problem.