1    Daniel Pochoda (Bar No. 021979)
     James Duff Lyall (Bar No. 330045)*
2    **ACLU FOUNDATION OF ARIZONA**
     3707 North 7th Street, Suite 235
3    Phoenix, Arizona 85013
     Telephone: (602) 650-1854
4    Email: dpochoda@acluaz.org
           jlyall@acluaz.org
5    *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin*
     *Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
7    *Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
     *Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of*
8    *themselves and all others similarly situated*

     **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
9

10    Sarah Kader (Bar No. 027147)
      Asim Varma (Bar No. 027927)
11    **ARIZONA CENTER FOR DISABILITY LAW**
      5025 East Washington Street, Suite 202
12    Phoenix, Arizona 85034
      Telephone: (602) 274-6287
13    Email: skader@azdisabilitylaw.org
            avarma@azdisabilitylaw.org

14    *Attorneys for Plaintiff Arizona Center for Disability Law*

15    **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

16               UNITED STATES DISTRICT COURT

17                DISTRICT OF ARIZONA

| | |
|---|---|
| 18   Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **NOTICE OF INTENT TO SERVE SUBPOENAS** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Prisoner Plaintiffs give notice that they intend to serve the attached subpoenas for deposition:

1.      Rule 30(b)(6) Designee, Arizona Department of Corrections (regarding Mental Health Services Technical Manual pursuant to Court Order, Doc. 871 at p. 2), attached hereto as Exhibit 1; and

2.      Rule 30(b)(6) Designee, Arizona Department of Corrections (regarding Corizon contract pursuant to Court Order, Doc. 871 at p. 2), attached hereto as Exhibit 2.

Dated:  July 1, 2014                          **PERKINS COIE LLP**

By:   s/ Kirstin T. Eidenbach
     Daniel C. Barr (Bar No. 010149)
     Amelia M. Gerlicher (Bar No. 023966)
     Kirstin T. Eidenbach (Bar No. 027341)
     John H. Gray (Bar No. 028107)
     Matthew B. du Mée (Bar No. 028468)
     Jerica L. Peters (Bar No. 027356)
     **PERKINS COIE LLP**
     2901 N. Central Avenue, Suite 2000
     Phoenix, Arizona 85012
     Telephone:  (602) 351-8000
     Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          keidenbach@perkinscoie.com
          jhgray@perkinscoie.com
          mdumee@perkinscoie.com
          jpeters@perkinscoie.com

     Daniel Pochoda (Bar No. 021979)
     James Duff Lyall (Bar No. 330045)*
     **ACLU FOUNDATION OF ARIZONA**
     3707 North 7th Street, Suite 235
     Phoenix, Arizona 85013
     Telephone:  (602) 650-1854
     Email:    dpochoda@acluaz.org
          jlyall@acluaz.org

     *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org
          aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
              tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
              jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:     kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**


By:   s/ Sarah Kader
    Sarah Kader (Bar No. 027147)
    Asim Varma (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone:  (602) 274-6287
    Email:    skader@azdisabilitylaw.org
           avarma@azdisabilitylaw.org

    J.J. Rico (Bar No. 021292)
    Jessica Jansepar Ross (Bar No. 030553)
    **ARIZONA CENTER FOR DISABILITY LAW**
    100 N. Stone Avenue, Suite 305
    Tucson, Arizona 85701
    Telephone:  (520) 327-9547
    Email:    jrico@azdisabilitylaw.org
           jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 1, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

Sarah Kader
Asim Varma
J.J. Rico
Jessica Jansepar Ross
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
avarma@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ D. Freouf