**Index of Exhibits to Plaintiffs' Reply in Support of Motion for Leave to Take the Preservation Deposition of Terminally Ill Person**

Exhibit 1:    Email dated June 11, 2014 from Caroline Mitchell to Dan Struck

Exhibit 2:    Email dated June 11, 2014 from Ashlee Fletcher to Caroline Mitchell

Exhibit 3:    Excerpt of Defendants' 19th Supplemental Disclosure Statement, p. 108

Exhibit 4:    Email dated June 11, 2014 from Dan Struck to David Fathi

Exhibit 5:    Article:  Gary Grado, *Death Row Inmate with Untreated Cancer Dies,* ARIZ. CAP. TIMES, June 30, 2014, http://azcapitoltimes.com/news/2014/06/30/death-row-inmate-with-untreated-cancer-dies/

# EXHIBIT 1

# Ajmel Quereshi

| | |
|---|---|
| **From:** | parsonsdiscovery@prisonlaw.com on behalf of Caroline N Mitchell <cnmitchell@JonesDay.com> |
| **Sent:** | Wednesday, June 04, 2014 3:57 PM |
| **To:** | Dan Struck; Kathy Wieneke; Tim Bojanowski |
| **Cc:** | Don; David Fathi |
| **Subject:** | Parsons -- Expert Scheduling |

Dear Counsel,

Given the extension of the discovery cut-off and the impact on the experts, Plaintiffs propose to set an orderly schedule for handling outstanding expert issues. Please let me know if you agree or have an alternate proposal. If we reach agreement, we will prepare a joint submission to the Court. Here is the schedule we propose:

Plaintiffs' Supplemental Expert Reports (except for Haney and Vale): August 8 (providing Defendants complete production of outstanding discovery by July 18)

Defendants' Supplemental Expert Reports (if any--excluding reports responsive to Haney and Vale): August 29

Plaintiffs' Supplemental Expert Reports (Haney & Vail): September 5

Defendants' Supplement Expert Reports (if any responsive to Haney & Vale): September 19

Completion of Court-Ordered Expert Depositions: September 30

If we can't reach agreement by email, we request that the parties schedule a meet-and-confer next week.

Thank you,

Caroline

Caroline Mitchell "(bio)"

<u>JONES DAY® - One Firm Worldwide℠</u>
<u>555 California Street, 26th Floor</u>
<u>San Francisco, CA  94104-1500</u>
<u>+1.415.875.5712</u>
<u>+1.415.875.5700</u>
<u>e-mail: cnmitchell@jonesday.com</u>

==========
<u>This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.</u>
==========

# EXHIBIT 2

# David Fathi

| | |
|---|---|
| **From:** | Ashlee Fletcher <AFletcher@swlfirm.com> |
| **Sent:** | Wednesday, June 11, 2014 4:46 PM |
| **To:** | cnmitchell@jonesday.com |
| **Cc:** | agerlicher@perkinscoie.com; Corene Kendrick (ckendrick@prisonlaw.com); David Fathi; skader@azdisabilitylaw.org; Parsons Team |
| **Subject:** | Parsons - Expert Schedule |

Caroline,

We do not object to your proposed expert schedule, which we interpret as including depositions of any of Plaintiffs' experts who submit supplemental reports by your suggested September 30 deadline.



**Ashlee B. Fletcher**
Attorney
Direct: (480) 420-1631
afletcher@swlfirm.com
www.swlfirm.com

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

1

# EXHIBIT 3

Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; *et al.*, and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director; *et al.*,<br><br>Defendants. | NO. CV12-0601-PHX-NVW<br><br>**DEFENDANTS' NINETEENTH SUPPLEMENTAL DISCLOSURE STATEMENT** |

Defendants, through counsel and pursuant to Federal Rule of Civil Procedure 26(a)(1), submit their **Nineteenth** Supplemental Disclosure Statement.

2891510.1

observations and actions. He will further testify regarding his knowledge of Plaintiffs Maryanne Chisholm, Desiree Licci, Sonia Rodriguez, Christina Verduzco and Charlotte Wells.

288. Dr. Wayne G. Thorpe

Dr. Thorpe is expected to testify regarding the facial reconstruction surgery he performed on Plaintiff Stephen Swartz.

289. Dr. Ronolfo Macabuhay

Dr. Macabuhay is expected to testify regarding the provision of health care provided to Plaintiff Stephen Swartz after Mr. Swartz alleges he suffered from a hernia in 2010. He is expected to testify that the medical treatment provided to Mr. Swartz was appropriate and within the applicable standard of care. He is further expected to testify regarding any medical care he provided to Plaintiff Joseph Hefner.

290. Dr. Brett Barlow

Dr. Barlow is expected to testify regarding the appointment Plaintiff Stephen Swartz had with him. It is expected that Dr. Barlow will discuss that once Mr. Swartz arrived at Dr. Barlow's office, Mr. Swartz refused medical treatment.

291. All non-objectionable witnesses listed by Plaintiff, even if later withdrawn.

292. Without waiving objections, all witnesses listed in responses to interrogatories or other discovery.

293. All persons who are deposed in this action.

294. Defendant anticipates that unlisted individuals who may have relevant information will be identified as discovery progresses, and will supplement at that time.

295. Defendants reserve the right to supplement this list of potential witnesses as discovery proceeds in this matter.

# EXHIBIT 4

# Ajmel Quereshi

**From:** "Dan Struck" <DStruck@swlfirm.com>
**Date:** June 11, 2014 at 1:14:33 AM EDT
**To:** "David Fathi" <dfathi@aclu.org>
**Cc:** "Parsons Team" <ParsonsTeam@swlfirm.com>, Michael E. Gottfried <Michael.Gottfried@azag.gov>, "Lucy Rand" <Lucy.Rand@azag.gov>, Parsons Discovery Committee <parsonsdiscovery@prisonlaw.com>
**Subject: Re: Preservation deposition of Robert Murray**

> David, in light of the fact plaintiffs were aware of Mr Murray prior to the discovery cut off and never disclosed him as a trial witness, defendants oppose your request. In addition, we oppose on the ground that this increases litigation costs, which we are trying to avoid. Please contact me if you have any questions.
>
> Dan
>
> Sent from my iPhone
>
> On Jun 9, 2014, at 4:37 PM, "David Fathi" <dfathi@aclu.org> wrote:
>
>> Dan,
>>
>> Thank you for your response. As you may be aware, Robert Murray, ADC No. 94261, is terminally ill and is currently housed in the Florence-Central medical unit. We will be asking the Court to authorize a deposition to preserve his testimony. In light of your response regarding Mr. Vocke, I assume you will also oppose a preservation deposition of Mr. Murray, but please let me know by 5:00 p.m. PDT on Tuesday, June 10 if that is not correct.
>>
>> Thanks very much.
>>
>> David C. Fathi*
>> Director, ACLU National Prison Project
>> 915 15th St. N.W., 7th Floor
>> Washington, DC  20005
>> (202) 548-6603
>> **Please note new email address:** dfathi@aclu.org
>>
>> *Not admitted in DC; practice limited to federal courts*
>>
>>> **From:** Dan Struck [mailto:DStruck@swlfirm.com]
>>> **Sent:** Wednesday, June 04, 2014 8:05 PM
>>> **To:** David Fathi
>>> **Cc:** Parsons Team; Michael E. Gottfried; Lucy Rand; Parsons Discovery Committee
>>> **Subject:** RE: Preservation deposition of Dean Vocke

1

# **EXHIBIT 5**

# ARIZONA CAPITOL TIMES

non-daily AP newspaper of the year

By: Gary Grado    June 30, 2014, 11:31 am



An Arizona death-row inmate whose cancer went untreated for seven months died Saturday, according to his attorneys.

Robert Murray, 49, was diagnosed with cancer in November 2012 during a tonsillectomy, but he didn't learn about it until June 2013, a period in which turmoil surrounded the Department of Corrections' transition to a private health care provider for Arizona prisoners. His saga and the troubles of the prison health care were reported in a Sept. 13 Arizona Capitol Times story.

The department informed Wexford Health Sources in September 2012 of numerous contract breaches. Incidents included nurses accused of improperly administering medication by making inmates lick powered medication from their hands, a nurse contaminating diabetes insulin with a syringe tainted with Hepatitis C, and a mentally ill inmate who didn't receive psychiatric medication for weeks found hanged in his cell.

Corizon Health Inc. took over the health care services March 4, 2013, but Murray's medical records show the provider didn't address his medical problems promptly, either, despite his attempts to be treated.

Accusations of inferior health care treatment are nothing new to the department.

The 9th U.S. Circuit Court of Appeals on June 5 allowed class action status involving 33,000 prisoners for a lawsuit alleging that Arizona's prison health care and confinement conditions amount to cruel and unusual punishment.

The lawsuit will likely mean many years of litigation and legal expenses for the state and court supervision of the prison health care system if prisoners prevail.

Murray was on death row with his brother, Roger Murray, for the May 14, 1991, robbery and murders of Dean Morrison, 65, and Jacqueline Appelhans, 60, at their Mohave County store.

Tweet 2   Like   8+1   Share



Copyright © 2014 Arizona Capitol Times 1835 W. Adams Street, Phoenix, AZ 85007 (602) 258-7026