1

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

DISTRICT OF ARIZONA

8

| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO TAKE THE PRESERVATION DEPOSITION OF A TERMINALLY ILL PERSON** |
|---|---|
| Plaintiffs, | |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

17

18    The Court having reviewed Plaintiffs' Motion to Seal selected portions of their

19  Reply in Support of Plaintiffs' Motion for Leave to Take the Preservation Deposition of a

20  Terminally Ill Person, and good cause appearing,

21    IT IS ORDERED that Plaintiffs' Motion to Seal is granted.

22    IT IS FURTHER ORDERED that the Clerk's Office file the un-redacted version of

23  Plaintiffs' Reply Brief under seal.

24

25

26

27

28