IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Motion for Leave to Take the Preservation Deposition of a Terminally Ill Person (Doc. 972). The motion will be denied.

The crux of this motion is not whether Plaintiffs establish that the terminally-ill individual will likely not be available for trial. Rather, it is whether they can call the individual *at all*, either by preserved deposition testimony or otherwise. Resolving that question compels denial of the motion because there is no dispute that Defendants received no notice that this individual would be called to testify and discovery is long closed. Fed. R. Civ. P. 26(a)(1)(A)(i). Nor does the Court find that the failure to disclose was harmless because the Court declines to reopen discovery to allow Defendants to depose or interview the individual or to conduct any other investigation that would be necessary. Plaintiffs' motion must be denied.

///

///

///

- 2 -

**IT IS THEREFORE ORDERED:**

(1) Plaintiffs' Motion for Leave to Take the Preservation Deposition of a Terminally Ill Person (Doc. 972) is **denied**.

(2) Plaintiffs' Motion to Seal Reply in Support of Motion for Leave to Take the Preservation Deposition of a Terminally Ill Person (Doc. 989) is **granted**. The Clerk's Office shall file the reply lodged at Doc. 990 under seal.

Dated this 3rd day of July, 2014.

_____
Neil V. Wake
United States District Judge