IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>              Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>              Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court has reviewed Plaintiffs' Motion for an Order Authorizing *Ex Parte* Communications with Former Employees of Defendants and their Agents (Doc. 981). The Court will order the following briefing schedule for the motion.

**IT IS THEREFORE ORDERED that** Defendants must respond to Plaintiffs' Motion for an Order Authorizing *Ex Parte* Communications with Former Employees of Defendants and their Agents (Doc. 981) no later than Wednesday, July 9, 2014. Plaintiffs may file a reply no later than 12:00 p.m. on Friday, July 11, 2014.

Dated this 3rd day of July, 2014.

_____
Neil V. Wake
United States District Judge