IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>            Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court has reviewed and considered the parties' eleventh notice of discovery dispute (Doc. 994). The Court previously ordered that Defendants produce "[a]ll documents in the healthcare and institutional files previously relied upon by Plaintiffs' experts, from the date of prior production or review through April 1, 2014 for the prisoners listed in Doc. 907, Ex. 5, Attachment A" (Doc. 923).

Defendants argue that they need only provide supplemental records regarding inmates for which Plaintiffs' experts rendered an opinion regarding that inmate's medical care in their expert report. But that interpretation finds no support in the Court's ruling, particularly where there is no dispute that all of the inmates on the list in Doc. 907, Ex. 5, Attachment A are named in Plaintiffs' experts' reports.

- 2 -

The Court declines, however, to sanction Defendants with an adverse inference from their failure to produce this evidence, particularly when the files not supplemented relate to inmates that were only mentioned in the experts' reports. The Court will direct that the remaining supplements to the files be produced within 14 days.

**IT IS THEREFORE ORDERED that within 14 days** Defendants must produce all documents in the healthcare and institutional files previously relied upon by Plaintiffs' experts, from the date of prior production or review through April 1, 2014 for the prisoners listed in Doc. 907, Ex. 5, Attachment A, unless already produced.

Dated this 3rd day of July, 2014.

_____
Neil V. Wake
United States District Judge