UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**ORDER GRANTING CORIZON HEALTH, INC.'S MOTION TO INTERVENE AS DEFENDANT** |

This matter came to be heard upon Corizon Health, Inc.'s Motion to Intervene as a Defendant for the purpose of opposing Plaintiffs' Motion for An Order Authorizing *Ex Parte* Communications with Former Employees of Defendants and Their Agents. Having considered the arguments and briefs of counsel, the Court finds that Corizon's Motion is well-taken and is hereby GRANTED.

Corizon shall be permitted to intervene as a defendant pursuant to Fed. R. Civ. P.

- 2 -

24(a) for the purpose of opposing Plaintiffs' Motion for An Order Authorizing *Ex Parte* Communications with Former Employees of Defendants and Their Agents, and Corizon's proposed response (attached to the Motion) shall be docketed through the ECF system by the clerk.

      IT IS SO ORDERED.

      DATED this ____ day of July, 20__.

                                        NEIL V. WAKE
                                        UNITED STATES DISTRICT JUDGE

7/3443532.1