# EXHIBIT 2

# EXHIBIT 2

1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone:  (602) 650-1854
   Email: dpochoda@acluaz.org
5          kflood@acluaz.org
           jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Shawn Jensen, Stephen
   Swartz, Dustin Brislan, Sonia Rodriguez, Christina*
8  *Verduzco, Jackie Thomas, Jeremy Smith, Robert
   Gamez, Maryanne Chisholm, Desiree Licci, Joseph*
9  *Hefner, Joshua Polson, and Charlotte Wells, on
   behalf of themselves and all others similarly*
10 *situated*

11 **[ADDITIONAL COUNSEL LISTED ON
    SIGNATURE PAGE]**

12

13            UNITED STATES DISTRICT COURT

14               DISTRICT OF ARIZONA

15 Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
   Dustin Brislan; Sonia Rodriguez; Christina              (MEA)
16 Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph
17 Hefner; Joshua Polson; and Charlotte Wells, on       **PLAINTIFF DUSTIN
   behalf of themselves and all others similarly        BRISLAN'S FIRST
18 situated; and Arizona Center for Disability Law,     SUPPLEMENTAL AND
                                                        AMENDED ANSWERS TO
19                Plaintiffs,                            DEFENDANT RICHARD
                                                        PRATT'S FOURTH SET OF
20    v.                                                INTERROGATORIES TO
                                                        PLAINTIFF DUSTIN
21 Charles Ryan, Director, Arizona Department of       BRISLAN**
   Corrections; and Richard Pratt, Interim Division
22 Director, Division of Health Services, Arizona
   Department of Corrections, in their official
23 capacities,

24                Defendants.

25

26

27

28

PROPOUNDING PARTY:     Richard Pratt

RESPONDING PARTY:     Dustin Brislan

SET NO:     Four

INTERROGATORIES:     8 -9

     Pursuant to Federal Rule of Civil Procedure 33, Plaintiff Dustin Brislan ("Brislan") hereby responds to Defendant Richard Pratt's Fourth Set of Interrogatories.

<u>**OBJECTIONS TO INSTRUCTIONS AND**</u>

<u>**OBJECTIONS FOR SPECIFIC RESPONSES**</u>

     1.     Brislan objects to the "Definitions" and "General Instructions" accompanying Defendant Pratt's Interrogatories to the extent that they purport to impose any discovery obligation on Brislan beyond the obligations imposed on Brislan by the Federal Rules of Civil Procedure, the Local Rules of the District of Arizona ("Local Rules"), or the Court's Scheduling Order.  Brislan objects to the Interrogatories to the extent they seek to circumvent any dates that will be established by the Court's Scheduling Order, other Court order, rule, statute, or agreement of the parties.  To the extent that Defendant Pratt's Interrogatories conflict with a Court order or rule, Brislan will follow the dates set by the Court.  Brislan has not completed his investigation of the facts relating to this case, has not completed his discovery in this action, and has not completed his preparation for trial, so he reserves the right to supplement.  Collectively, this objection will be referred to as the "Right to Supplement Objection."

     2.     To the extent that Brislan's response to the Interrogatories uses a term defined by Defendant Pratt, Brislan does not adopt or agree with Defendant Pratt's definition or waive any objection, but merely uses such defined terms by way of identification.  Any lack of objection or response to the Interrogatories should not be deemed an admission by Brislan that Brislan possesses any information called for in the Interrogatories.

     3.     Brislan's response to the Interrogatories shall not be deemed to constitute an admission that any requested information, document, or category of information or

documents is relevant, and is not a waiver of any right to object to the materiality, relevance, or admissibility of any information or documents disclosed in response.

4.      To the extent any Request or any portion thereof is not expressly admitted, it is denied.

## INTERROGATORIES

8.      Identify each witness that Plaintiffs may present at trial.

**ANSWER TO INTERROGATORY NO. 8:**

Plaintiffs object that this request is overbroad and unduly burdensome.  Without waiving these objections, see Plaintiffs' Initial, First, and Second Supplemental Disclosure Statements.  Expert disclosures will be produced as required by Fed. R. Civ. P. 26(a)(2) and the Court's scheduling order (Doc. 389).  Plaintiffs will supplement if additional witnesses are identified.

9.      For each witness identified in your response to Interrogatory No. 8 above, describe the subject matter and substance of his or her anticipated testimony.

**ANSWER TO INTERROGATORY NO. 9:**

Plaintiffs object that this request is overbroad and unduly burdensome.  Without waiving these objections, see Plaintiffs' Initial, First, and Second Supplemental Disclosure Statements.  Expert disclosures will be produced as required by Fed. R. Civ. P. 26(a)(2) and the Court's scheduling order (Doc. 389).

1    Dated:  September 11, 2013        **JONES DAY**

2

3                               By:   s/ Sophia Calderón
                               Caroline Mitchell (Cal. 143124)*

4                               David C. Kiernan (Cal. 215335)*
                               Sophia Calderón (Cal. 278315)*

5                               Sarah Rauh (Cal. 283742)*
                               555 California Street, 26th Floor

6                               San Francisco, California 94104
                               Telephone:  (415) 875-5712

7                               Email:    cnmitchell@jonesday.com
                                           dkiernan@jonesday.com

8                                           scalderon@jonesday.com
                                           srauh@jonesday.com

9                               *Admitted *pro hac vice*

10                              Daniel C. Barr (Bar No. 010149)
                               Amelia M. Gerlicher (Bar No. 023966)

11                               Kirstin T. Eidenbach (Bar No. 027341)
                               John H. Gray (Bar No. 028107)

12                               Matthew B. du Mée (Bar No. 028468)
                               **PERKINS COIE LLP**

13                               2901 N. Central Avenue, Suite 2000
                               Phoenix, Arizona 85012

14                               Telephone:  (602) 351-8000
                               Email:    dbarr@perkinscoie.com

15                                           agerlicher@perkinscoie.com
                                         keidenbach@perkinscoie.com

16                                           jhgray@perkinscoie.com
                                         mdumee@perkinscoie.com

17

18                              Daniel Pochoda (Bar No. 021979)
                               Kelly J. Flood (Bar No. 019772)

19                              James Duff Lyall (Bar No. 330045)*
                               **ACLU FOUNDATION OF**

20                               **ARIZONA**
                               3707 North 7th Street, Suite 235

21                               Phoenix, Arizona 85013
                               Telephone:  (602) 650-1854

22                              Email:    dpochoda@acluaz.org
                                         kflood@acluaz.org

23                                         jlyall@acluaz.org

24                              *Admitted pursuant to Ariz. Sup. Ct.
                              R. 38(f)

25

26

27

28

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org
          aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com
          tfreeman@jonesday.com

*Admitted *pro hac vice*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
              jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on September 11, 2013, I e-mailed a copy of the attached

3   document to the following parties:

4                         Michael E. Gottfried
                          Katherine E. Watanabe
5                            Lucy M. Rand
                    Assistant Arizona Attorneys General
6                      Michael.Gottfried@azag.gov
                       Katherine.Watanabe@azag.gov
7                        Lucy.Rand@azag.gov

8                          Daniel P. Struck
                          Kathleen L. Wieneke
9                        Timothy J. Bojanowski
                            Rachel Love
10                         Nicholas D. Acedo
                          Courtney R. Cloman
11                         Ashlee B. Fletcher
                            Anne M. Orcutt
12                  STRUCK WIENEKE, & LOVE, P.L.C.
                         dstruck@swlfirm.com
13                       kwieneke@swlfirm.com
                       tbojanowski@swlfirm.com
14                        rlove@swlfirm.com
                         nacedo@swlfirm.com
15                        ccloman@swlfirm.com
                         afletcher@swlfirm.com
16                        aorcutt@swlfirm.com

17                     *Attorneys for Defendants*

18                         Jennifer Alewelt
                            Asim Varma
19                          Sarah Kader
                             J.J. Rico
20                        Cathleen M. Dooley
                 ARIZONA CENTER FOR DISABILITY LAW
21                   jalewelt@azdisabilitylaw.org
                     avarma@azdisabilitylaw.org
22                    skader@azdisabilitylaw.org
                      jrico@azdisabilitylaw.org
23                    cdooley@azdisabilitylaw.org

24          *Attorneys for Plaintiff Arizona Center for Disability Law*

25

26

27                                          s/ Daniel L. Corbett
    SFI-837340v1
28

-6-