1  Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Lucy M. Rand, Bar No. 026919
3  Assistant Attorneys General
   1275 W. Washington Street
4  Phoenix, Arizona 85007-2926
   Telephone: (602) 542-4951
5  Fax: (602) 542-7670
   Michael.Gottfried@azag.gov
6  Lucy.Rand@azag.gov

7  Daniel P. Struck, Bar No. 012377
   Kathleen L. Wieneke, Bar No. 011139
8  Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 22126
9  Nicholas D. Acedo, Bar No. 021644
   Ashlee B. Fletcher, Bar No. 028874
10 Anne M. Orcutt, Bar No. 029387
   Jacob B. Lee, Bar No. 030371
11 STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
12 Chandler, Arizona  85226
   Telephone:  (480) 420-1600
13 Fax:  (480) 420-1696
   dstruck@swlfirm.com
14 kwieneke@swlfirm.com
   rlove@swlfirm.com
15 tbojanowski@swlfirm.com
   nacedo@swlfirm.com
16 afletcher@swlfirm.com
   aorcutt@swlfirm.com
17 jlee@swlfirm.com
   *Attorneys for Defendants*
18

19              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF ARIZONA**
20

21 Victor Parsons, *et al.*, on behalf of themselves        NO. 2:12-cv-00601-NVW
   and all others similarly situated; and Arizona
   Center for Disability Law,
22                                     Plaintiffs,        **DEFENDANTS' MOTION FOR**
                                                          **LEAVE TO FILE UNDER SEAL**
        v.
23

24 Charles Ryan, Director, Arizona Department
   of Corrections; and Richard Pratt, Interim
25 Division Director, Division of Health Services,
   Arizona Department of Corrections, in their
   official capacities,
26                                     Defendants.

27         Defendants, Charles Ryan and Richard Pratt (collectively, "Defendants"), hereby

28 move this Court, pursuant to LRCiv 5.6 and the Protective Order (Doc. #140), for an order

1    directing the clerk to file under seal Defendants' Reply in Support of Motion to Preclude

2    Plaintiffs' Experts. The redacted portions of the Reply consist of citations to exhibits to

3    Defendants' underlying Motion to Preclude Plaintiffs' Experts and exhibits to Plaintiffs'

4    Response that were previously sealed as confidential pursuant to the Protective Order.

5    They include Plaintiffs' experts' written reports, which Plaintiffs have marked as

6    confidential pursuant to the Protective Order, and Plaintiffs' experts' depositions, in

7    which the confidential reports were discussed at length. The Court has previously sealed

8    similar information in this case.

9            DATED this 11th day of July 2014.

10                                        STRUCK WIENEKE & LOVE, P.L.C.

11

12                                        By /s/ Jacob B. Lee
                                              Daniel P. Struck
13                                            Kathleen L. Wieneke
                                              Rachel Love
14                                            Timothy J. Bojanowski
                                              Nicholas D. Acedo
15                                            Ashlee B. Fletcher
                                              Anne M. Orcutt
16                                            Jacob B. Lee
                                              STRUCK WIENEKE & LOVE, P.L.C.
17                                            3100 West Ray Road, Suite 300
                                              Chandler, Arizona  85226
18
                                              Arizona Attorney General Thomas C. Horne
19                                            Office of the Attorney General
                                              Michael E. Gottfried
20                                            Lucy M. Rand
                                              Assistant Attorneys General
21                                            1275 W. Washington Street
                                              Phoenix, Arizona 85007-2926
22
                                              *Attorneys for Defendants*
23
     2924649.1
24

25

26

27

28

                                               2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Ajmel Quereshi: | aquereshi@npp-aclu.org |
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amir Q. Amiri: | aamiri@jonesday.com; ttualaulelei@jonesday.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| James M. Jellison: | jim@jellisonlaw.com; cindy@schleierlaw.com; kasey@jellisonlaw.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Jerica Lynn Peters: | jpeters@perkinscoie.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kamilla Mamedova: | kmamedova@jonesday.com |

Kevin C. Brantley:   kbrantley@jonesday.com

Kirstin T. Eidenbach:   keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Sara Norman:   snorman@prisonlaw.com

Sarah Eve Kader:   skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org

Taylor Freeman:   tfreeman@jonesday.com

Warren E. George, Jr.:   wgeorge@prisonlaw.com

        I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

        N/A

                                    /s/ Jacob B. Lee
                                    _____