1　Daniel Pochoda (Bar No. 021979)
　　James Duff Lyall (Bar No. 330045)*
2　**ACLU FOUNDATION OF ARIZONA**
　　3707 North 7th Street, Suite 235
3　Phoenix, Arizona 85013
　　Telephone:  (602) 650-1854
4　Email: dpochoda@acluaz.org
　　　　　　jlyall@acluaz.org
5　*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6　*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin
　　Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
7　*Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
　　*Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of*
8　*themselves and all others similarly situated*

　　**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
9

　　Sarah Kader (Bar No. 027147)
10　Asim Varma (Bar No. 027927)
　　**ARIZONA CENTER FOR DISABILITY LAW**
11　5025 East Washington Street, Suite 202
　　Phoenix, Arizona 85034
12　Telephone:  (602) 274-6287
　　Email: skader@azdisabilitylaw.org
13　　　　　 avarma@azdisabilitylaw.org

14　*Attorneys for Plaintiff Arizona Center for Disability Law*

　　**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
15
　　　　　　　　UNITED STATES DISTRICT COURT
16
　　　　　　　　　　DISTRICT OF ARIZONA
17

| | |
|---|---|
| 17 Victor Parsons; Shawn Jensen; Stephen Swartz; 18 Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert 19 Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on 20 behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| 21　　　　　　　　Plaintiffs, | |
| 22　　　　v. | **PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS RE: PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| 23 Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona 24 Department of Corrections, in their official capacities, | |
| 25　　　　　　　　Defendants. | |

26

27

28

78204-0001/LEGAL122666356.1

1    Pursuant to LRCiv 7.2(e)(1), Plaintiffs seek this Court's permission to exceed the

2  17-page limitation applicable to responses and accept the filing of Plaintiffs' 47-page

3  Response to Defendants' Motion for Summary Judgment.  This Court previously allowed

4  Defendants to file a 56-page Motion and to append over 4,000 separate statements of

5  material fact and over 40,000 pages of exhibits.  Plaintiffs' counsel has made all efforts to

6  reduce the size of their Response, but the extra pages are necessary to fully respond to

7  Defendants' Motion.  Plaintiffs' proposed filing is lodged herewith.

8  Dated: July 11, 2014                    **JONES DAY**

9

10                                   By:   s/ Caroline N. Mitchell
                                          Caroline Mitchell (Cal. 143124)*
                                          Amir Q. Amiri (Cal. 271224)*
11                                        **JONES DAY**
                                          555 California Street, 26th Floor
12                                        San Francisco, California 94104
                                          Telephone:  (415) 875-5712
13                                        Email:    cnmitchell@jonesday.com
                                                    aamiri@jonesday.com
14
                                          *Admitted *pro hac vice*
15
                                          Daniel C. Barr (Bar No. 010149)
16                                        Amelia M. Gerlicher (Bar No. 023966)
                                          Kirstin T. Eidenbach (Bar No. 027341)
17                                        John H. Gray (Bar No. 028107)
                                          Matthew B. du Mée (Bar No. 028468)
18                                        Jerica L. Peters (Bar No. 027356)
                                          **PERKINS COIE LLP**
19                                        2901 N. Central Avenue, Suite 2000
                                          Phoenix, Arizona 85012
20                                        Telephone:  (602) 351-8000
                                          Email:    dbarr@perkinscoie.com
21                                                  agerlicher@perkinscoie.com
                                                    keidenbach@perkinscoie.com
22                                                  jhgray@perkinscoie.com
                                                    mdumee@perkinscoie.com
23                                                  jpeters@perkinscoie.com

24

25

26

27

28

78204-0001/LEGAL122666356.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    dpochoda@acluaz.org
           jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com
           wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
           afettig@npp-aclu.org
           aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

78204-0001/LEGAL122666356.1                    -2-

1
2

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com
                tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
                jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

78204-0001/LEGAL122666356.1                                          -3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ARIZONA CENTER FOR DISABILITY LAW**


By:   s/ Sarah Kader

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
          avarma@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:    jrico@azdisabilitylaw.org
          jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf

78204-0001/LEGAL122666356.1                    -5-