UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS RE: PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Having reviewed Plaintiffs' Motion for Leave to Exceed Page Limits re: Plaintiffs' Response to Defendants' Motion for Summary Judgment (Doc. ___), and good cause appearing,

IT IS ORDERED granting the Plaintiffs' Motion for Leave to Exceed Page Limits re: Plaintiffs' Response to Defendants' Motion for Summary Judgment.

IT IS FURTHER ORDERED directing the Clerk's Office to file the redacted version of Plaintiffs' Response to Defendants' Motion for Summary Judgment (Doc. ___) on the public docket.