Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
        jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:      avarma@azdisabilitylaw.org
            skader@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**LODGED PROPOSED:** <br><br>**DECLARATION OF CAROLINE N. MITCHELL IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

78204-0001/LEGAL122717430.1

1  Daniel Pochoda (Bar No. 021979)
   James Duff Lyall (Bar No. 330045)*
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: dpochoda@acluaz.org
          jlyall@acluaz.org
5  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
7  *Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
8  *behalf of themselves and all others similarly situated*

   **[ADDITIONAL COUNSEL LISTED BELOW]**
9
   Sarah Kader (Bar No. 027147)
10 Asim Varma (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone: (602) 274-6287
   Email:    avarma@azdisabilitylaw.org
13           skader@azdisabilitylaw.org

14 *Attorneys for Plaintiff Arizona Center for Disability Law*

   **[ADDITIONAL COUNSEL LISTED BELOW]**
15

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**DECLARATION OF CAROLINE N. MITCHELL IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

78204-0001/LEGAL122717430.1

I, Caroline Mitchell, declare as follows:

1. I am an attorney at Jones Day and counsel for the class of prisoner plaintiffs in this matter. I make this declaration in support of Plaintiff's Response to Defendants' Motion for Summary Judgment. I have personal knowledge of the matters set forth below and am competent to testify to them if called upon to do so.

2. Attached as Exhibit 1 and filed under seal is a true and correct copy of email correspondence between Arthur Gross and Matthew Musson, dated November 21, 2013, bearing Bates numbers AGA_Review_00107026-028. This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

3. Attached as Exhibit 2 and filed under seal is a true and correct copy of excerpts from the deposition transcript of Vickie Bybee, taken on October 10, 2013. This document is maintained by Jones Day in its files in the normal course of its business.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from the deposition transcript of David Robertson, D.O., taken on August 26, 2013. This document is maintained by Jones Day in its files in the normal course of its business.

5. Attached as Exhibit 4 and filed under seal is a true and correct copy of email correspondence between Trudy Dumkrieger, Richard Pratt, and Kathleen Campbell, dated February 20, 2013, bearing Bates number AGA_Review_00001721. This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

6. Attached as Exhibit 5 and filed under seal is a true and correct copy of email correspondence between Matthew Harvey and Marlena Bedoya, dated March 6, 2014, bearing Bates numbers AGA_Review_00109142-145. This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

7. Attached as Exhibit 6 and filed under seal is a true and correct copy of a cover email attaching a chart titled "Arizona Staffing Comparison," bearing Bates

1  numbers AGA_Review_00006400-402, respectively. These documents were produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

8.  Attached as Exhibit 7 and filed under seal is a true and correct copy of a performance report titled "April 2013 Eyman Complex," bearing Bates numbers ADC088814-845. This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

9.  Attached as Exhibit 8 and filed under seal is a true and correct copy of an an ADC Monthly Green-Amber-Red ("MGAR") report titled "July 2013 Safford Complex," bearing Bates numbers ADC137341-359. This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

10. Attached as Exhibit 9 and filed under seal is a true and correct copy of an ADC MGAR report titled "April 2013 Winslow Complex," bearing Bates numbers ADC089060-083. This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

11. Attached as Exhibit 10 and filed under seal is a true and correct copy of an ADC MGAR report titled "July 2013 Florence Complex," bearing Bates numbers ADC137229-267. This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

12. Attached as Exhibit 11 and filed under seal is a true and correct copy of an ADC MGAR  report titled "July 2013 Tucson Complex," bearing Bates numbers ADC137360-401. This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

13. Attached as Exhibit 12 and filed under seal is a true and correct copy of an email from Matthew Musson to Von Marschik, dated December 10, 2013, bearing Bates numbers AGA_Review_00113522-523. This document was produced by during the

1  course of litigation and is maintained by Jones Day in its files in the normal course of its
2  business.

3      14.    Attached as Exhibit 13 and filed under seal is a true and correct copy of a
4  photograph bearing Bates number AGA_Review_00113532.  This photograph was
5  produced by the course of litigation and is maintained by Jones Day in its files in the
6  normal course of its business.

7      15.    Attached as Exhibit 14 and filed under seal is a true and correct copy of a
8  photograph bearing Bates number AGA_Review_00113539.  This photograph was
9  produced during the course of litigation and is maintained by Jones Day in its files in the
10 normal course of its business.

11     16.    Attached as Exhibit 15 and filed under seal is a true and correct copy of an
12 email from Vanessa Headstream to Christy Somner and Brenda Mastopietro, dated
13 March 4, 2014, bearing Bates number AGA_Review_00113556.  This document was
14 produced during the course of litigation and is maintained by Jones Day in its files in the
15 normal course of its business.

16     17.    Attached as Exhibit 16 is a true and correct copy of excerpts from the
17 deposition transcript of Lawrence H. Mendel, D.O., FSCP, CCHP, taken on April 9, 2014.
18 This document is maintained by Jones Day in its files in the normal course of its business.

19     18.    Attached as Exhibit 17 and filed under seal is a true and correct copy of
20 email correspondence between Jen Mielke-Fontaine, Kathleen Campbell, and Jim Taylor,
21 dated November 15, 2012, bearing Bates number AGA_Review_00074092.  This
22 document was produced during the course of litigation and is maintained by Jones Day in
23 its files in the normal course of business.

24     19.    Attached as Exhibits 18 and 19 and filed under seal are true and correct
25 copies of emails dated October 8, 2013 and with the subject line "Jacobson ADC100455
26 Grievance Appeal C11-212-013," bearing Bates numbers AGA_Review_105026-027 and
27 AGA_Review_00105189-190, respectively.  These documents were produced during the
28

1  course of litigation and are maintained by Jones Day in its files in the normal course of its
2  business.

3  20.  Attached as Exhibit 20 is a true and correct copy of excerpts from the
4  deposition transcript of Juliet Respicio-Moriarty, taken on September 23, 2013.  This
5  document is maintained by Jones Day in its files in the normal course of its business.

6  21.  Attached as Exhibit 21 and filed under seal is a true and correct copy of
7  email correspondence between Kathleen Campbell and Richard Pratt, dated August 7,
8  2012, bearing Bates numbers AGA_Review_00038283-285.  This email was produced
9  during the course of litigation and is maintained by Jones Day in its files in the normal
10 course of its business.

11 22.  Attached as Exhibit 22 and filed under seal is a true and correct copy of
12 email correspondence between Joe Profiri and Richard Pratt, dated August 11, 2011,
13 bearing Bates numbers AGA_Review_00039879-881.  This email was produced during
14 the course of litigation and is maintained by Jones Day in its files in the normal course of
15 its business.

16 23.  Attached as Exhibit 23 and filed under seal is a true and correct copy of
17 email correspondence between Jim Taylor and Terry Allred, dated August 12, 2012,
18 bearing Bates numbers AGA_Review_00039933-935.  This email was produced during
19 the course of litigation and is maintained by Jones Day in its files in the normal course of
20 its business.

21 24.  Attached as Exhibit 24 and filed under seal are true and correct copies of
22 selected email correspondence addressed to or sent by Defendant Charles Ryan, bearing
23 Bates numbers AGA_Review_00005108, 00005109, 00006399, 00008922-23, 00010542,
24 00013133-161, 00013196-201, 00014059, 00014574-576, 00037454-66, 00039854-855,
25 00053833-841, 00092774, 00092935, 00010669-670, and 00010793-796.  These
26 documents were produced during the course of litigation and are maintained by Jones Day
27 in its files in the normal course of business.

28

25. Attached as Exhibit 25 and filed under seal are true and correct copies of selected email correspondence addressed to or sent by Defendant Richard Pratt, bearing Bates numbers AGA_Review_00000576, 00001704-705, 00001708-709, 00001721, 00003971, 00004833-834, 00004885, 00005250-285, 00006400-012, 00006420-421, 00007088-893, 00007168-173, 00007214-215, 00009729, 00009872, 00012782-783, 00013058-059, 00013126-127, 00013429-430, 00014035-037, 00014452-458, 00016470, 00016658-664, 00017095-096, 00017516-517, 00020527, 00021106, 00022990-991, 00035490-492, 00035542-543, 00077255-256, 00090043-045, 00095602-604, 00104124-125, 00104413-414, 00105026-027, 00106250-251, 00106776-778, 00107602-606, 00107684-687, 00113242-243, 00113556-564, 00115613-614.  These documents were produced during the course of litigation and are maintained by Jones Day in its files during the normal course of its business.

26. Attached as Exhibit 26 and filed under seal is a true and correct copy of a report titled, "Arizona Inmate Wait Times Report," dated October 2013 and bearing Bates number ADC231437.  This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

27. Attached as Exhibit 27 and filed under seal is a true and correct copy of a report titled, "Health Needs Requests – Medical," dated March 2014 and bearing Bates numbers ADC267274-279.  This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

28. Attached as Exhibit 28 and filed under seal is a true and correct copy of an ADC MGAR report titled "December 2012 Tucson Whetstone," bearing Bates numbers ADC069789-807.  This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

29. Attached as Exhibit 29 and filed under seal is a true and correct copy of Arizona Department of Corrections' Health Services Contract Monitoring Bureau Memorandum, dated March 2013, bearing Bates numbers ADC088756-762.  This

1  document was produced during the course of litigation and is maintained by Jones Day in
2  its files during the normal course of its business.

3       30.     Attached as Exhibit 30 and filed under seal is a true and correct copy of an
4  email sent by Rhonda Jensen to James Clenney on September 21, 2010, bearing Bates
5  number PLTF-PARSONS-003647. This email was produced during the course of
6  litigation and is maintained by Jones Day in its files in the normal course of its business.

7       31.     Attached as Exhibit 31 and filed under seal is a true and correct copy of
8  email correspondence between Rhonda Jensen and Helena Valenzuela from December 6-
9  7, 2012, bearing Bates numbers PLTF-PARSONS-003676-686. These emails were
10 produced during the course of litigation and are maintained by Jones Day in its files in the
11 normal course of its business.

12      32.     Attached as Exhibit 32 and filed under seal is a true and correct copy of
13 email correspondence between Rhonda Jensen and Helena Valenzuela from May 18,
14 2011, bearing Bates numbers PLTF-PARSONS-003796-797. These emails were
15 produced during the course of litigation and are maintained by Jones Day in its files in the
16 normal course of its business.

17      33.     Attached as Exhibit 33 and filed under seal is a true and correct copy of an
18 ADC MGAR report titled "November 2012 Lewis Complex," bearing Bates numbers
19 ADC052565-717. This document was produced during the course of litigation and is
20 maintained by Jones Day in its files in the normal course of its business.

21      34.     Attached as Exhibit 34 and filed under seal is a true and correct copy of
22 excerpts from the deposition transcript of William Smallwood, D.D.S, taken on April 7,
23 2014. This document is maintained by Jones Day in its files in the normal course of its
24 business.

25      35.     Attached as Exhibit 35 is a true and correct copy of excerpts from the
26 deposition transcript of Brian T. Hanstad, D.M.D, taken on April 2, 2014. This document
27 is maintained by Jones Day in its files in the normal course of its business.

28

1   36.   Attached as Exhibit 36 and filed under seal is a true and correct copy of excerpts from the deposition transcript of John W. Dovgan, D.D.S, taken on April 4, 2014. This document is maintained by Jones Day in its files in the normal course of its business.

37.   Attached as Exhibit 37 and filed under seal is a true and correct copy of email correspondence between William Smallwood, Vickie Bybee, Cyndy Hale, and Brian Hanstad, dated June 13, 2013 and bearing Bates numbers SPDS000890-91. This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

38.   Attached as Exhibit 38 is a true and correct copy of excerpts of Defendant Charles Ryan's Responses to Plaintiff Robert Gamez's First Set of Interrogatories, dated September 16, 2013. This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

39.   Attached as Exhibit 39 and filed under seal is a true and correct copy of excerpts from the Confidential Expert Report of Joseph V. Penn, MD, CCHP, FAPA, dated December 18, 2013. This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

40.   Attached as Exhibit 40 and filed under seal is a true and correct copy of a Summary Action Plan, dated September 25, 2012 bearing Bates numbers WEXFORD000241-244. This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

41.   Attached as Exhibit 41 and filed under seal is a true and correct copy of email correspondence between Catherine Midgette and Arthur Gross, dated March 20, 2014, bearing Bates numbers AGA_Review_00110169-171, attaching a document titled "Mobile On-Site Mammography Statistical Report January 2011 – March 2013." These documents were produced during the course of litigation and are maintained by Jones Day in its files in the normal course of its business.

42. Attached as Exhibit 42 and filed under seal is a true and correct copy of email correspondence between Marlena Bedoya and Richard Pratt, dated December 5, 2013, bearing Bates number AGA_Review_00111062, attaching a document titled "Quarterly Schedule of Telemedicine Clinics with ATP/UA Tucson: Oct-Dec 2013" bearing Bates numbers AGA-Review_0011163-65. These documents were produced during the course of litigation and are maintained by Jones Day in its files in the normal course of its business.

43. Attached as Exhibit 43 is a true and correct copy of excerpts from the 2014 Standards for Health Services in Prisons, published by the National Commission on Correctional Health care (NCCHC).

44. Attached as Exhibit 44 and filed under seal is a true and correct copy of the Eyman Complex Quarterly Report for the period April 2013 through June 2013, bearing Bates numbers ADC137754-766. This document was produced during the course of litigation and is maintained by Jones Day in its files during the normal course of its business.

45. Attached as Exhibit 45 and filed under seal is a true and correct copy of the Lewis Complex Quarterly Report for the period April 2013 through June 2013, bearing Bates numbers ADC137780-792. This document was produced during the course of litigation and is maintained by Jones Day in its files during the normal course of its business.

46. Attached as Exhibit 46 and filed under seal is a true and correct copy of email correspondence between Karen Chu and Joe Profiri, dated January 15, 2013, bearing Bates numbers AFA_Review_00094913-916. This document was produced during the course of litigation and is maintained by Jones Day in its files during the normal course of its business.

47. Attached as Exhibit 47 and filed under seal is a true and correct copy of excerpts from the deposition transcript of Karen L. Chu, taken on May 15, 2013. This document is maintained by Jones Day in its files in the normal course of its business.

48.     Attached as Exhibit 48 is a true and correct copy of excerpts from the deposition transcript of Robert Corosco Gamez, taken on August 6, 2013.  This document is maintained by Jones Day in its files in the normal course of its business.

49.     Attached as Exhibit 49 is a true and correct copy of excerpts from the deposition transcript of Plaintiff Dustin Brislan, taken on August 9, 2013.  This document is maintained by Jones Day in its files in the normal course of its business.

50.     Attached as Exhibit 50 is a true and correct copy of excerpts from the deposition transcript of Jackie Robert Thomas, taken on August 8, 2013.  This document is maintained by Jones Day in its files in the normal course of its business.

51.     Attached as Exhibit 51 is a true and correct copy of excerpts from the deposition transcript of Christina Angelica Verduzco, taken on August 15, 2013.  This document is maintained by Jones Day in its files in the normal course of its business.

52.     Attached as Exhibit 52 is a true and correct copy of excerpts from the deposition transcript of Jeremy Scott Smith, taken on August 20, 2013.  This document is maintained by Jones Day in its files in the normal course of its business.

53.     Attached as Exhibit 53 is a true and correct copy of excerpts from the deposition transcript of Stephen Oliver Swartz, taken on August 22, 2013.  This document is maintained by Jones Day in its files in the normal course of its business.

54.     Attached as Exhibit 54 is a true and correct copy of excerpts from the deposition transcript of Joshua W. Polson, taken on August 23, 2013.  This document is maintained by Jones Day in its files in the normal course of its business.

55.     Attached as Exhibit 55 and filed under seal is a true and correct copy of excerpts from the deposition transcript of Arthur Gross, taken on September 9, 2013.  This document is maintained by Jones Day in its files in the normal course of its business.

56.     Attached as Exhibit 56 is a true and correct copy of excerpts from the deposition transcript of Mark T. Haldane, J.D., taken on September 19, 2013.  This document is maintained by Jones Day in its files in the normal course of its business.

57. Attached as Exhibit 57 is a true and correct copy of excerpts from the deposition transcript of Carson McWilliams, taken on July 1, 2014. This document is maintained by Jones Day in its files in the normal course of its business. This exhibit will be supplemented by the filing of an errata as soon as an official version of the deposition transcript is made available from the court reporter.

58. Attached as Exhibit 58 is the Declaration of Peri Jude Radecic, dated June 16, 2014.

59. Attached as Exhibit 59 and filed under seal is a true and correct copy of a letter addressed to Woodrow A. Myers, Jr., M.D. dated March 5, 2014, bearing Bates numbers ADC320249-53. This document was produced during the course of litigation and is maintained by Jones Day in its files during the normal course of its business.

60. Attached as Exhibit 60 and filed under seal is a true and correct copy of a later addressed to Mark Jansen, CCHP, dated April 23, 2014, bearing Bates numbers ADC320254-56. This document was produced during the course of litigation and is maintained by Jones Day in its files during the normal course of its business.

61. Attached as Exhibit 61 and filed under seal is a true and correct copy of a letter addressed to Mark Jansen, CCHP, dated June 4, 2014, bearing Bates numbers ADC320258-60. This document was produced during the course of litigation and is maintained by Jones Day in its files during the normal course of its business.

62. Attached as Exhibit 62 and filed under seal is a true and correct copy of email correspondence between Rhonda Jensen and various recipients, dated August 11, 2010, bearing Bates numbers PLTF-PARSONS-003644-645. These emails were produced during the course of litigation and are maintained by Jones Day in its files in the normal course of its business.

63. Attached as Exhibit 63 and filed under seal is a true and correct copy of email correspondence between Rhonda Jensen and Charles Flanagan, dated November 2, 2010, bearing Bates numbers PLTF-PARSONS-003659-662. These emails were

1 | produced during the course of litigation and are maintained by Jones Day in its files in the
2 | normal course of its business.

3 |       64. Attached as Exhibit 64 and filed under seal is a true and correct copy of a
4 | Mountain Vista Medical Center Operative Report, relating to Shawn Jensen, dated
5 | August 5, 2010, and bearing Bates numbers PLTF-PARSONS-000257-258. This
6 | document was produced during the course of litigation and is maintained by Jones Day in
7 | its files in the normal course of its business.

8 |       65. Attached as Exhibit 65 and filed under seal is a true and correct copy of a
9 | Mountain Vista Medical Center Preoperative History and Physical Report, relating to
10 | Shawn Jensen, dated August 5, 2010, and bearing Bates numbers PLTF-PARSONS-
11 | 000259-261. This document was produced during the course of litigation and is
12 | maintained by Jones Day in its files in the normal course of its business.

13 |       66. Attached as Exhibit 66 and filed under seal is a true and correct copy of
14 | email correspondence between Kathleen Campbell and David Robertson, dated
15 | October 22, 2013, bearing Bates numbers AGA_Review_6428-29. This document was
16 | produced during the course of litigation and is maintained by Jones Day in its files in the
17 | normal course of its business.

18 |       67. Attached as Exhibit 67 and filed under seal is a true and correct copy of
19 | email correspondence between Kathleen Campbell and David Robertson, dated
20 | October 17, 2013, bearing Bates numbers AGA_Review_110215-16. This document was
21 | produced during the course of litigation and is maintained by Jones Day in its files in the
22 | normal course of its business.

23 |       68. Attached as Exhibit 68 and filed under seal is a true and correct copy of
24 | email correspondence between Kathleen Campbell, Trudy Dumkrieger and David
25 | Robertson, dated October 18, 2013, bearing Bates numbers AGA_Review_104004-005.
26 | This document was produced during the course of litigation and is maintained by Jones
27 | Day in its files in the normal course of its business.

28 |

69. Attached as Exhibit 69 and filed under seal is a true and correct copy of email correspondence between Kathleen Campbell, Arthur Gross and Richard Pratt, dated October 30, 2013, bearing Bates number AGA_Review_103421. This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

70. Attached as Exhibit 70 and filed under seal is a true and correct copy of email correspondence between David Roberson and Joe Profiri, dated January 30, 2014, bearing Bates numbers AGA_Review_114688-690. This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

71. Attached as Exhibit 71 and filed under seal is a true and correct copy of an Inmate Grievance Response addressed to Joseph Hefner, dated July 25, 2012 bearing Bates number ADC263629. This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

72. Attached as Exhibit 72 and filed under seal is a true and correct copy of an Inmate Letter Response, addressed to Joseph Hefner, Dated April 6, 2012, bearing Bates numbers ADC263642-643. This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

73. Attached as Exhibit 73 and filed under seal is a true and correct copy of an Inmate Grievance dated April 13, 2012 filed by Joseph Hefner, bearing Bates numbers ADC263645-646. This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

74. Attached as Exhibit 74 and filed under seal is a true and correct copy of an Inmate Grievance Appeal Response addressed to Joseph Hefner, dated September 13, 2013 bearing Bates number ADC263673. This document was produced during the course of litigation and is maintained by Jones Day in its files in the normal course of its business.

1 | 75.   Attached as Exhibit 75 and filed under seal is a true and correct copy of email correspondence from Winfred Williams to David Robertson, Patrick Arnold, Richard Rowe, James Taylor, Brenda Mastopietro and Vickie Bybee, dated November 15, 2013 bearing Bates number AGA_Review_00113990.  This document maintained by Jones Day in its files in the normal course of its business.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of July, 2014 in San Francisco, California

*s/ Caroline N. Mitchell*
Caroline N. Mitchell

**ADDITIONAL COUNSEL:**

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
              aamiri@jonesday.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
              agerlicher@perkinscoie.com
              keidenbach@perkinscoie.com
              jhgray@perkinscoie.com
              mdumee@perkinscoie.com
              jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
  jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
  ahardy@prisonlaw.com
  snorman@prisonlaw.com
  ckendrick@prisonlaw.com
  wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
  afettig@npp-aclu.org
  aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com
         tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:   kmamedova@jonesday.com
         jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email:   kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| 1 | Sarah Kader (Bar No. 027147) |
| 2 | Asim Varma (Bar No. 027927) |
| | **ARIZONA CENTER FOR DISABILITY LAW** |
| 3 | 5025 East Washington Street, Suite 202 |
| | Phoenix, Arizona 85034 |
| 4 | Telephone: (602) 274-6287 |
| | Email: skader@azdisabilitylaw.org |
| 5 | avarma@azdisabilitylaw.org |
| 6 | J.J. Rico (Bar No. 021292) |
| 7 | Jessica Jansepar Ross (Bar No. 030553) |
| | **ARIZONA CENTER FOR DISABILITY LAW** |
| 8 | 100 N. Stone Avenue, Suite 305 |
| | Tucson, Arizona 85701 |
| 9 | Telephone: (520) 327-9547 |
| | Email: jrico@azdisabilitylaw.org |
| 10 | jross@azdisabilitylaw.org |
| 11 | *Attorneys for Arizona Center for Disability Law* |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
Jacob Brady Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

　　　　　　　　　　　　s/Delana Freouf