1  Daniel Pochoda (Bar No. 021979)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
   Telephone:  (602) 650-1854
4  Email: dpochoda@acluaz.org
          jlyall@acluaz.org
5  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,
   Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie
7  Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm,
   Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte
8  Wells, on behalf of themselves and all others similarly
   situated*

9  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE
   PAGE]**
10

11 Sarah Kader (Bar No. 027147)
   Asim Varma (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
12 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
13 Telephone:  (602) 274-6287
   Email: skader@azdisabilitylaw.org
14        avarma@azdisabilitylaw.org

15 *Attorneys for Plaintiff Arizona Center for Disability Law*

   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE
16 PAGE]**

17                 UNITED STATES DISTRICT COURT

18                      DISTRICT OF ARIZONA

19 Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-NVW
   Dustin Brislan; Sonia Rodriguez; Christina              (MEA)
20 Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph
21 Hefner; Joshua Polson; and Charlotte Wells, on      **MOTION TO SEAL**
   behalf of themselves and all others similarly       **CERTAIN DOCUMENTS**
22 situated; and Arizona Center for Disability Law,    **ASSOCIATED WITH**
                                                        **PLAINTIFFS' RESPONSE**
23                     Plaintiffs,                      **TO DEFENDANTS' MOTION**
                                                        **FOR SUMMARY**
24       v.                                             **JUDGMENT**

25 Charles Ryan, Director, Arizona Department of
   Corrections; and Richard Pratt, Interim Division
26 Director, Division of Health Services, Arizona
   Department of Corrections, in their official
27 capacities,

28                     Defendants.

LEGAL122665663.1

Pursuant to LRCiv 5.6, Plaintiffs move for an Order directing the Clerk to file under seal certain documents associated with Plaintiffs' Response to Defendants' Motion for Summary Judgment: (a) portions of Plaintiffs' Response; (b) Plaintiffs' Separate Statement of Facts; and (c) Exhibits 1-2, 4-15, 17-19, 21-34, 36-37, 39-42, 44-47, 55, 59-75 to the Declaration of Caroline N. Mitchell.

Plaintiffs move to seal portions of their filing that include confidential protected health information, as well portions of the filing referring to information that Defendants have designated as Confidential under the Protective Order and that is not otherwise publicly available.  This Court previously has sealed similar information.

Plaintiffs have taken care to move to seal only those documents containing confidential and non-publicly available information and have prepared a redacted, public version of the Response brief.  A proposed order is submitted herewith.

Dated:  July 11, 2014

**JONES DAY**

By:   s/ Caroline Mitchell
Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
               aamiri@jonesday.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
               agerlicher@perkinscoie.com
               keidenbach@perkinscoie.com
               jhgray@perkinscoie.com
               mdumee@perkinscoie.com
               jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaz.org
             jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct.
R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
             ahardy@prisonlaw.com
             snorman@prisonlaw.com
             ckendrick@prisonlaw.com
             wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Qureshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
             afettig@npp-aclu.org
             aqureshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

LEGAL122665663.1

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
           tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
           jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:     kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

LEGAL122665663.1

1

2

**ARIZONA CENTER FOR DISABILITY LAW**

3   By: _s/ Sarah Kader_

Sarah Kader (Bar No. 027147)
4   Asim Varma (Bar No. 027927)
5025 East Washington Street, Suite 202
5   Phoenix, Arizona 85034
Telephone:  (602) 274-6287
6   Email:    skader@azdisabilitylaw.org
              avarma@azdisabilitylaw.org
7

J.J. Rico (Bar No. 021292)
8   Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR**
9   **DISABILITY LAW**
100 N. Stone Avenue, Suite 305
10   Tucson, Arizona 85701
Telephone:  (520) 327-9547
11   Email:    jrico@azdisabilitylaw.org
              jross@azdisabilitylaw.org
12

*Attorneys for Arizona Center for Disability*
13   *Law*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on July 11, 2014, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Katherine E. Watanabe

7

Lucy M. Rand
Assistant Arizona Attorneys General

8

Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov

9

Lucy.Rand@azag.gov

10

Daniel P. Struck
Kathleen L. Wieneke

11

Rachel Love
Timothy J. Bojanowski

12

Nicholas D. Acedo
Ashlee B. Fletcher

13

Anne M. Orcutt
Jacob B. Lee

14

STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com

15

kwieneke@swlfirm.com
rlove@swlfirm.com

16

tbojanowski@swlfirm.com
nacedo@swlfirm.com

17

afletcher@swlfirm.com
aorcutt@swlfirm.com

18

jlee@swlfirm.com

19

*Attorneys for Defendants*

20

s/ Delana Freouf

21

22

23

24

25

26

27

28

LEGAL122665663.1