1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7                           DISTRICT OF ARIZONA

8  | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-NVW
9  | Dustin Brislan; Sonia Rodriguez; Christina    |   (MEA)
   | Verduzco; Jackie Thomas; Jeremy Smith; Robert |
10 | Gamez; Maryanne Chisholm; Desiree Licci; Joseph | **ORDER GRANTING**
   | Hefner; Joshua Polson; and Charlotte Wells, on  | **MOTION TO SEAL**
11 | behalf of themselves and all others similarly   | **CERTAIN DOCUMENTS**
   | situated; and Arizona Center for Disability Law, | **ASSOCIATED WITH**
12 |                           Plaintiffs,           | **PLAINTIFFS' RESPONSE**
   |                                                 | **TO DEFENDANTS' MOTION**
13 |               v.                                | **FOR SUMMARY**
   |                                                 | **JUDGMENT**
14 | Charles Ryan, Director, Arizona Department of   |
   | Corrections; and Richard Pratt, Interim Division |
15 | Director, Division of Health Services, Arizona  |
   | Department of Corrections, in their official    |
16 | capacities,                                     |
   |                           Defendants.           |

17

18       Having reviewed Plaintiffs' Motion to Seal selected certain documents associated

19  with Plaintiffs' Response to Defendants' Motion for Summary Judgment, and good cause

20  appearing,

21       IT IS ORDERED that Plaintiffs' Motion to Seal is granted.

22       IT IS FURTHER ORDERED that the Clerk's Office file the unredacted versions of

23  Plaintiffs' Response to Defendants' Motion For Summary Judgment (Doc. ___),

24  Plaintiffs' Separate Statement of Facts (Doc. ___) and Exhibits 1-2, 4-15, 17-19, 21-34,

25  36-37, 39-42, 44-47, 55, 59-75 to the Declaration of Caroline N. Mitchell (Doc. ___),

26  under seal.

27

28