IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

    The Court having reviewed the Defendants' Motion for Leave to Exceed Page Limit Re: Defendants' Reply in Support of Motion to Preclude Plaintiffs' Experts (Doc. 1009) and the Plaintiffs' Motion for Leave to Exceed Page Limits Re: Plaintiffs' Response to Defendants' Motion for Summary Judgment (Doc. 1013),

    IT IS ORDERED granting the Motions (Docs. 1009, 1013).

    IT IS FURTHER ORDERED that the Clerk's Office shall file the Defendants' Reply in Support of Motion to Preclude Plaintiffs' Experts and the Plaintiffs' Response to Defendants' Motion for Summary Judgment (with declaration and redacted exhibits).

    Dated this 14th day of July, 2014.

                                            */s/ Neil V. Wake*

                                               Neil V. Wake<br>                                           United States District Judge