IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed the Defendants' Motion for Leave to File Under Seal (Doc. 1010) and the Plaintiffs' Motion to Seal Certain Documents Associated with Plaintiffs' Response to Defendants' Motion for Summary Judgment (Doc. 1017),

IT IS ORDERED granting the Motions (Docs. 1010, 1017).

IT IS FURTHER ORDERED that the Clerk's Office shall file the unredacted versions of Defendants' Reply in Support of Motion to Preclude Plaintiffs' Experts and the Plaintiffs' Response to Defendants' Motion for Summary Judgment (with exhibits and the Plaintiffs' Response to Defendants' Separate Statement of Facts and Plaintiffs' Separate Statement of Facts) under seal.

Dated this 14th day of July, 2014.

_____
Neil V. Wake
United States District Judge