# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-NVW<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR CLARIFICATION RE: ELEVENTH DISCOVERY DISPUTE** |

The Court, having reviewed Defendants' Motion for Clarification Re: Eleventh Discovery Dispute, and good cause appearing,

IT IS ORDERED that the Motion for Clarification is GRANTED.

2925317.1