IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br>　　　　　Plaintiffs,<br>vs.<br>Charles L. Ryan, et al.,<br>　　　　　Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court has reviewed Defendants' Motion for Clarification of the Court's July 3, 2014 Order addressing the parties' eleventh discovery dispute (Doc. 1030). In the July 3 Order, the Court directed that Defendants produce updated healthcare and institutional files from the prior date of production or review for the inmates listed in Doc. 907, Ex. 5, Attach. A (Doc. 997). Many of those files, however, were never requested by Plaintiffs. Defendants seek direction as to when the start date should be for the production of these records. To minimize the burden to Defendants, for files that were never previously requested by Plaintiffs, Defendants need only produce supplemental records from the date of the expert's report. Further, if there are inmates listed in Doc. 907, Ex. 5, Attach. A, whose names do not appear in an expert report, Defendants need not produce any files for those inmates.

- 2 -

**IT IS THEREFORE ORDERED that** Defendants' Motion for Clarification (Doc. 1030) is **granted** to the extent explained herein.

Dated this 15th day of July, 2014.

_____
Neil V. Wake
United States District Judge