Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
          jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br>**STIPULATION RE: DISCOVERY** |

The Court has set a fixed trial date in this action for October 20, 2014. *See* ECF No. 995. Though discovery formally closed on September 27, 2013, the Court granted Defendants the opportunity to rely on certain evidence that post-dates the discovery cutoff and afforded plaintiffs the opportunity to probe that evidence by, among other things, deposing representatives of non-party Corizon Health, Inc. ("Corizon"). *See* ECF

78204-0001/LEGAL122830917.1

1  Nos. 871, 815.  The Court ordered that plaintiffs be afforded the opportunity to depose the
2  following four Corizon representatives:  (1) nursing director; (2) pharmacy monitor;
3  (3) person most knowledgeable regarding Corizon's monthly reports; and (4) person most
4  knowledgeable regarding Corizon's quarterly reports.  ECF No. 871 at 2.

5  The parties, and counsel for Corizon, have worked diligently to schedule the
6  Corizon depositions in advance of plaintiffs' August 8, 2014 expert rebuttal report
7  deadline, but due to scheduling conflicts with the Corizon non-party deponents, the
8  earliest available dates to conduct the depositions are August 11 and August 12, 2014.

9  After meeting and conferring over the past several days on dates that will avoid
10 conflicts and accommodate the schedules counsel for plaintiffs, defendants and Corizon,
11 as well as the schedules of the deponents, the parties have agreed and stipulate to the
12 deadlines outlined below:

| | |
|---|---|
| Depositions of ADC 30(b)(6) deponents | August 7, 2014 |
| Depositions of Corizon | August 11-12, 2014 |
| Plaintiffs' supplemental expert reports (except for Haney and Vail) | August 15, 2014 |
| Defendants' supplemental expert reports (if any, excluding reports responding to Haney and Vail) | August 29, 2014 |
| Plaintiffs' supplemental expert reports (Haney and Vail) | September 5, 2014 |
| Defendants' supplemental expert reports (if any, responding to Haney and Vail) | September 19, 2014 |
| Completion of Court-ordered expert depositions | September 30, 2014 |

| | |
|---|---|
| Dated: July 23, 2014 | **ACLU NATIONAL PRISON PROJECT** |
| | By:   s/ David C. Fathi |
| | David C. Fathi (Wash. 24893)* |
| | Amy Fettig (D.C. 484883)** |
| | Ajmel Quereshi (Md. 28882)** |
| | 915 15th Street N.W., 7th Floor |
| | Washington, D.C. 20005 |
| | Telephone: (202) 548-6603 |
| | Email:   dfathi@npp-aclu.org |
| | afettig@npp-aclu.org |
| | aquereshi@npp-aclu.org |

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
            agerlicher@perkinscoie.com
            keidenbach@perkinscoie.com
            jhgray@perkinscoie.com
            mdumee@perkinscoie.com
            jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaz.org
            jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:  dspecter@prisonlaw.com
        ahardy@prisonlaw.com
        snorman@prisonlaw.com
        ckendrick@prisonlaw.com
        wgeorge@prisonlaw.com

*Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:  cnmitchell@jonesday.com
        aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:  jlwilkes@jonesday.com
        tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:  kmamedova@jonesday.com
        jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email:   kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Sarah Kader (w/ permission)
Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   skader@azdisabilitylaw.org
         avarma@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:   jrico@azdisabilitylaw.org
         jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**STRUCK, WIENEKE, & LOVE, P.L.C.**

By:   s/ Timothy J. Bojanowski
         (w/ permission)
      Daniel P. Struck
      Kathleen L. Wieneke
      Rachel Love
      Timothy J. Bojanowski
      Nicholas D. Acedo
      Ashlee B. Fletcher
      Anne M. Orcutt
      Jacob B. Lee
      3100 West Ray Road, Suite 300
      Chandler, Arizona 85226

Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
   Michael E. Gottfried
   Lucy M. Rand
   Assistant Attorneys General
   1275 W. Washington Street
   Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

Sarah Kader
Asim Varma
J.J. Rico
Jessica Jansepar Ross
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
avarma@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

    s/ D. Freouf