UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **ORDER GRANTING STIPULATION RE: DISCOVERY** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

The Court, having reviewed the Stipulation Re: Discovery, and for good cause appearing,

IT IS ORDERED that the Stipulation is GRANTED. The following deadlines apply:

| | |
|---|---|
| Depositions of ADC 30(b)(6) deponents | August 7, 2014 |
| Depositions of Corizon | August 11-12, 2014 |
| Plaintiffs' supplemental expert reports (except for Haney and Vail) | August 15, 2014 |
| Defendants' supplemental expert reports (if any, excluding reports responding to Haney and Vail) | August 29, 2014 |

78204-0001/LEGAL122831388.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Plaintiffs' supplemental expert reports (Haney and Vail) | September 5, 2014 |
| Defendants' supplemental expert reports (if any, responding to Haney and Vail) | September 19, 2014 |
| Completion of Court-ordered expert depositions | September 30, 2014 |