IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | |
| vs. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation Re: Discovery (Doc. 1037), and good cause appearing,

IT IS THEREFORE ORDERED that the parties' Stipulation (Doc. 1037) is **granted**. The following deadlines apply:

| | |
|---|---|
| Depositions of ADC 30(b)(6) deponents | August 7, 2014 |
| Depositions of Corizon | August 11-12, 2014 |
| Plaintiffs' supplemental expert reports (except for Haney and Vail) | August 15, 2014 |
| Defendants' supplemental expert reports (if any, excluding reports responding to Haney and Vail) | August 29, 2014 |
| Plaintiffs' supplemental expert reports (Haney and Vail) | September 5, 2014 |

/ / /

/ / /

/ / /

| | |
|---|---|
| Defendants' supplemental expert reports (if any, responding to Haney and Vail) | September 19, 2014 |
| Completion of Court-ordered expert depositions | September 30, 2014 |

Dated this 23rd day of July, 2014.

_____
Neil V. Wake
United States District Judge