| | |
|---|---|
| 1 | Daniel Pochoda (Bar No. 021979) |
|   | James Duff Lyall (Bar No. 330045)* |
| 2 | **ACLU FOUNDATION OF ARIZONA** |
|   | 3707 North 7th Street, Suite 235 |
| 3 | Phoenix, Arizona 85013 |
|   | Telephone: (602) 650-1854 |
| 4 | Email: dpochoda@acluaz.org |
|   |        jlyall@acluaz.org |
| 5 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **NOTICE OF INTENT TO SERVE AMENDED SUBPOENAS** |

78204-0001/LEGAL122859563.1

1  TO ALL PARTIES AND COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of
3  Civil Procedure, Prisoner Plaintiffs give notice that they intend to serve the attached
4  amended subpoenas for deposition:

5      1.    Rule 30(b)(6) Designee, Corizon, Inc. (regarding Corizon monthly reports
6  pursuant to Court Order, Doc. 871 at p. 2), attached hereto as Exhibit 1;

7      2.    Rule 30(b)(6) Designee, Corizon, Inc. (regarding Corizon quarterly reports
8  pursuant to Court Order, Doc. 871 at p. 2), attached hereto as Exhibit 2;

9      3.    Arizona Nursing Director, Corizon, Inc. (pursuant to Court Order, Doc. 871
10  at p. 2), attached hereto as Exhibit 3; and

11      4.    Arizona Pharmacy Director, Corizon, Inc. (pursuant to Court Order,
12  Doc. 871 at p. 2), attached hereto as Exhibit 4.

13  Dated: July 25, 2014                  **PERKINS COIE LLP**

By:  s/ Kirstin T. Eidenbach
Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
             agerlicher@perkinscoie.com
             keidenbach@perkinscoie.com
             jhgray@perkinscoie.com
             mdumee@perkinscoie.com
             jpeters@perkinscoie.com

78204-0001/LEGAL122859563.1

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaz.org
         jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
|   | Amir Q. Amiri (Cal. 271224)* |
| 2 | **JONES DAY** |
|   | 555 California Street, 26th Floor |
| 3 | San Francisco, California 94104 |
|   | Telephone: (415) 875-5712 |
| 4 | Email:    cnmitchell@jonesday.com |
|   |               aamiri@jonesday.com |
| 5 | |
|   | *Admitted *pro hac vice* |
| 6 | |
|   | John Laurens Wilkes (Tex. 24053548)* |
| 7 | Taylor Freeman (Tex. 24083025)* |
|   | **JONES DAY** |
| 8 | 717 Texas Street |
|   | Houston, Texas 77002 |
| 9 | Telephone: (832) 239-3939 |
|   | Email:    jlwilkes@jonesday.com |
| 10 |               tfreeman@jonesday.com |
| 11 | *Admitted *pro hac vice* |
| 12 | Kamilla Mamedova (N.Y. 4661104)* |
|   | Jennifer K. Messina (N.Y. 4912440)* |
| 13 | **JONES DAY** |
|   | 222 East 41 Street |
| 14 | New York, New York 10017 |
|   | Telephone: (212) 326-3498 |
| 15 | Email:    kmamedova@jonesday.com |
|   |               jkmessina@jonesday.com |
| 16 | |
|   | *Admitted *pro hac vice* |
| 17 | |
|   | Kevin Brantley (Cal. 251886)* |
| 18 | **JONES DAY** |
|   | 3161 Michelson Drive, Suite 800 |
| 19 | Irvine, California 92612 |
|   | Telephone: (949) 851-3939 |
| 20 | Email:    kcbrantley@jonesday.com |
| 21 | *Admitted *pro hac vice* |
| 22 | *Attorneys for Plaintiffs Shawn Jensen;* |
|   | *Stephen Swartz; Dustin Brislan; Sonia* |
| 23 | *Rodriguez; Christina Verduzco; Jackie* |
|   | *Thomas; Jeremy Smith; Robert Gamez;* |
| 24 | *Maryanne Chisholm; Desiree Licci; Joseph* |
|   | *Hefner; Joshua Polson; and Charlotte* |
| 25 | *Wells, on behalf of themselves and all others* |
|   | *similarly situated* |
| 26 | |
| 27 | |
| 28 | |

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

Sarah Kader
Asim Varma
J.J. Rico
Jessica Jansepar Ross
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
avarma@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ D. Freouf