UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DE-DESIGNATE DOCUMENTS AS CONFIDENTIAL** |

The Court, having reviewed Plaintiffs' Motion to De-Designate Documents as Confidential, and good cause appearing,

IT IS SO ORDERED that Plaintiffs' Motion to De-Designate Documents as Confidential is GRANTED.

IT IS FURTHER ORDERED that Defendants' confidentiality designations on all documents attached to or referenced in Defendants' Motion for Summary Judgment [Doc. 895] and the related and responsive documents, including Defendants' Corrected Statement of Facts [Doc. 937], Plaintiffs' Response to Defendants' Motion for Summary Judgment [Doc. 1018], and Plaintiffs' Response to Defendants' Separate Statement of Facts [Doc. 1020], are deemed removed for any party using them.  After complying with

78204-0001/LEGAL122876314.1

1 | this Order, Defendants may reproduce copies of these documents that redact information
2 | that falls under this Court's Amended Protective Order [Doc. 454].