**Index of Exhibits to Declaration of Ajmel Quereshi
in Support of Motion to De-Designate Documents as Confidential**

Exhibit 1:    Chain of emails between Caroline N. Mitchell, Jones Day, and Ashlee B. Fletcher, Struck Wieneke & Love, dated between June 30, 2014 and July 23, 2014

Exhibit 2:    Letter from Ajmel Quereshi, ACLU, to Timothy Bojanowski, Struck Wieneke & Love (April 28, 2014)

Exhibit 3:    Letter from Timothy Bojanowski to Ajmel Quereshi (April 30, 2014)

Exhibit 4:    Letter from Ajmel Quereshi to Timothy Bojanowski (May 8, 2014)

# EXHIBIT 1



Subject:
RE: *Confidential: Re: RE: RE: Parsons: Meet-and-Confer re: Confidentiality Designations
From:
Ashlee Fletcher
07/23/2014 03:51 PM
To:
Caroline N Mitchell, Anne Orcutt, Dan Struck, Kathy Wieneke, Nick Acedo, parsonsdiscovery@prisonlaw.com, Parsons Team, Tim Bojanowski
Hide Details
From: Ashlee Fletcher <AFletcher@swlfirm.com> Sort List...
To: Caroline N Mitchell <cnmitchell@JonesDay.com>, Anne Orcutt <AOrcutt@swlfirm.com>, Dan Struck <DStruck@swlfirm.com>, Kathy Wieneke <KWieneke@swlfirm.com>, Nick Acedo <NAcedo@swlfirm.com>, "parsonsdiscovery@prisonlaw.com" <parsonsdiscovery@prisonlaw.com>, Parsons Team <ParsonsTeam@swlfirm.com>, Tim Bojanowski <TBojanowski@swlfirm.com>,
History: This message has been forwarded.

Caroline,

In light of numerous upcoming deadlines in this matter, we cannot agree to Plaintiffs' proposed timetable.  We can, however, begin the redaction process on September 22, 2014, after the parties have exchanged exhibits, filed motions in limine, and prepared the Joint Pretrial Statement.  We anticipate it will take 3-4 weeks from that date to provide Plaintiffs with our redactions.  We ask that you strongly reconsider filing a motion as we feel this is a frivolous dispute to bother the Court with.  Again, Defendants are willing to work with Plaintiffs, but simply cannot do it in the expedited timeframe you demand, and you have provided no good reason why that timeframe must be met or why it is a priority over other pending issues in this case.

Thanks,

Ashlee



**Ashlee B. Fletcher**
Attorney
Direct: (480) 420-1631
afletcher@swlfirm.com
www.swlfirm.com

**From:** Caroline N Mitchell [mailto:cnmitchell@JonesDay.com]
**Sent:** Wednesday, July 23, 2014 10:27 AM
**To:** Ashlee Fletcher; Anne Orcutt; Dan Struck; Kathy Wieneke; Nick Acedo; parsonsdiscovery@prisonlaw.com; Parsons Team; Tim Bojanowski
**Subject:** *Confidential: Re: RE: RE: Parsons: Meet-and-Confer re: Confidentiality Designations

Ashlee,

I haven't had a response to this email.  Please let me know if you agree to our proposal or, if you want to discuss, please provide a time today or tomorrow when you can do so.  Otherwise, we plan to file a motion so that the Court can consider this issue in conjunction with deciding the summary judgment motion, rather than having to review the evidence multiple times.

Thank you,

Caroline

Caroline Mitchell (bio)
**JONES DAY® - One Firm Worldwide℠**
555 California Street, 26th Floor
San Francisco, CA  94104-1500
+1.415.875.5712
+1.415.875.5700
e-mail: cnmitchell@jonesday.com

| From: | Caroline N Mitchell/JonesDay |
|---|---|
| To: | Ashlee Fletcher <AFletcher@swlfirm.com>, |
| Cc: | Anne Orcutt <AOrcutt@swlfirm.com>, Dan Struck <DStruck@swlfirm.com>, Kathy Wieneke <KWieneke@swlfirm.com>, Nick Acedo <NAcedo@swlfirm.com>, "parsonsdiscovery@prisonlaw.com" <parsonsdiscovery@prisonlaw.com>, Parsons Team <ParsonsTeam@swlfirm.com>, Tim Bojanowski <TBojanowski@swlfirm.com> |
| Date: | 07/18/2014 01:08 PM |
| Subject: | *Confidential: RE: RE: Parsons:  Meet-and-Confer re: Confidentiality Designations |

Ashlee,

We seek de-designation of the MSJ briefing, including all of the supporting documents and the exhibits referenced in it, even if filed elsewhere in the record.  We will agree to redactions of prisoners names (other than named Plaintiffs), unless a prisoner gives permission for disclosure (or an immediate family member in the case of a deceased prisoner).  We will also agree to redaction of personal information, such as physical addresses, personal telephone or personal email addresses, for any of the employees of ADC or its agents.  If there are documents for which you think there is a serious security risk, we will also discuss redaction of those.  In connection with this, we seek de-designation of the Plaintiffs' expert reports and the exhibits attached to my declaration in support of MSJ by next Friday and resolution of the de-designation of the rest on a rolling basis over the following two weeks.  Please let me know if you can agree to that .

Thank you,

Caroline

Caroline Mitchell (bio)
**JONES DAY® - One Firm Worldwide℠**
555 California Street, 26th Floor
San Francisco, CA  94104-1500
+1.415.875.5712
+1.415.875.5700
e-mail: cnmitchell@jonesday.com

| From: | Ashlee Fletcher <AFletcher@swlfirm.com> |
|---|---|
| To: | Caroline N Mitchell <cnmitchell@JonesDay.com>, |
| Cc: | Anne Orcutt <AOrcutt@swlfirm.com>, Dan Struck <DStruck@swlfirm.com>, Kathy Wieneke <KWieneke@swlfirm.com>, Nick Acedo <NAcedo@swlfirm.com>, "parsonsdiscovery@prisonlaw.com" <parsonsdiscovery@prisonlaw.com>, Parsons Team <ParsonsTeam@swlfirm.com>, Tim Bojanowski <TBojanowski@swlfirm.com> |
| Date: | 07/15/2014 02:17 PM |
| Subject: | RE: *Confidential: RE: Parsons:  Meet-and-Confer re: Confidentiality Designations |

Caroline,

We agree that certain documents may be unsealed after necessary redactions have been made, and we are willing to work with Plaintiffs to do that.  There is no need to file a motion asking the court to order the parties to engage in that effort. It seems the dispute is really the time table in which you would like this to get done.  We have stated when we can participate in these efforts, and you responded with a blank rejection without any counter time table. If you provide one, we can tell you if we agree to that time table, and if we do not, only then would it be ripe for you to bother the court with a motion requesting it to set a time table. If you decide to provide a counter time table, please clarify whether the scope of the de-designations would be limited to the summary judgment exhibits or extend to all of the documents itemized in your first email.

Thank you,

Ashlee



**Ashlee B. Fletcher**
*Attorney*
Direct: (480) 420-1631
afletcher@swlfirm.com
www.swlfirm.com

**From:** Caroline N Mitchell [mailto:cnmitchell@JonesDay.com]
**Sent:** Monday, July 14, 2014 5:24 PM
**To:** Ashlee Fletcher
**Cc:** Anne Orcutt; Dan Struck; Kathy Wieneke; Nick Acedo; parsonsdiscovery@prisonlaw.com; Parsons Team; Tim Bojanowski
**Subject:** *Confidential: RE: Parsons: Meet-and-Confer re: Confidentiality Designations

Dear Ashlee,

Thank you for your response below.  We agree that this issue is not subject to the Court's rule regarding discovery disputes, but wanted to offer you the opportunity to meet and confer about the confidentiality designations as a courtesy.  We believe the matter is urgent, however, and will be moving this week to de-designate all of the materials associated with the summary judgment briefing, subject to minimal redactions.  If you believe we can avoid the motion and reach agreement, please let me know tomorrow.  Otherwise, we will proceed with our filing.

The other work in this case is no basis to defer this important issue.  The public has a right to know what is in the evidence and you face a heavy burden if you intend to urge that it remain sealed.  Given that, we cannot accept the delay that you propose.  We too have been working hard, often because of decisions Defendants have made.  We expect that will continue through trial for both sides as we move this important case to a dispositive phase.

Thank you,

Caroline

Caroline Mitchell (bio)
JONES DAY® - One Firm Worldwide℠
555 California Street, 26th Floor
San Francisco, CA  94104-1500
+1.415.875.5712
+1.415.875.5700
e-mail: cnmitchell@jonesday.com

| | |
|---|---|
| From: | Ashlee Fletcher <AFletcher@swlfirm.com> |
| To: | Caroline N Mitchell <cnmitchell@JonesDay.com>, Dan Struck <DStruck@swlfirm.com>, Tim Bojanowski <TBojanowski@swlfirm.com>, Kathy Wieneke <KWieneke@swlfirm.com>, Anne Orcutt <AOrcutt@swlfirm.com>, Nick Acedo <NAcedo@swlfirm.com>, |
| Cc: | "parsonsdiscovery@prisonlaw.com" <parsonsdiscovery@prisonlaw.com>, Parsons Team <ParsonsTeam@swlfirm.com> |
| Date: | 07/02/2014 08:56 AM |
| Subject: | RE: Parsons:  Meet-and-Confer re: Confidentiality Designations |

Caroline,

In less than one week, Plaintiffs have filed a Motion to Take the Preservation Deposition of Inmate Vocke, a Motion For Order Authorizing Ex Parte Communications with Former Employees of Defendants, and have drafted a one-pager requesting hundreds of more inmate files.  Defendants have spent the last week responding to each of these items.  Plaintiffs' ex- parte motion came with no prior warning to Defendants.   Additionally, Defendants have been gathering and producing additional records for Plaintiffs and scheduling depositions for numerous subpoenas Plaintiffs served within the last week.  Over the last two months, Defendants have participated in multiple meet-and-confers at Plaintiffs' request.  And, in the upcoming weeks, both parties will be immersed in completing briefing on Defendants' Motion for Summary Judgment.

As a result, the issue of de-designating documents is not a priority at this juncture of the case and Plaintiffs have given no reason why this needs to be resolved now.  Moreover, Defendants do not believe the issue is subject to the Court's 48-hour rule with respect to discovery disputes.  Defendants will discuss this issue with Plaintiffs in August after the completion of

the above, more pressing items.

-   Ashlee



**Ashlee B. Fletcher**
Attorney
Direct: (480) 420-1631
afletcher@swlfirm.com
www.swlfirm.com

**From:** Caroline N Mitchell [mailto:cnmitchell@JonesDay.com]
**Sent:** Monday, June 30, 2014 4:38 PM
**To:** Dan Struck; Tim Bojanowski; Kathy Wieneke; Anne Orcutt; Ashlee Fletcher; Nick Acedo
**Cc:** parsonsdiscovery@prisonlaw.com
**Subject:** Parsons: Meet-and-Confer re: Confidentiality Designations

Dear Counsel,

We plan to seek de-designation of the following documents from the Court this week, subject to redaction of prisoners' identifying information or telephone numbers or addresses of witnesses.  Also, we plan to ask the Court to order a mechanism by which you would have a limited amount of time to identify any of these materials that you believe pose a security threat and to articulate the threat, such that we could attempt to resolve those.  If you are available to meet-and-confer about any of these in the next 48 hours, please let me know and we will make ourselves available.  The National Prison Project has corresponded with Tim Bojanowski about a number of them previously.

<u>Exhibits to Plaintiff' Motion for Class Certification (and the motion itself)</u>

1.        Letter from McCarville to Redacted, Nov. 9, 2012, ECF No. 240-3, Ex. GG.
2.        Memo from Valencia to Hetmer, Nov. 9, 2012, ECF No. 240-4, Ex. OO.
3.        Death Inv. Todd, Nov. 9, 2012, ECF No. 240-4, Ex. CCC.
4.        Death Inv. Rhodes, Nov. 9, 2012, ECF No. 240-4, Ex. DDD.
5.        Death Inv. Venegas, Nov. 9, 2012, ECF No. 240-4, Ex. EEE.
6.        Death Inv. Munster, Nov. 9, 2012, ECF No. 240-4, Ex. FFF.
7.        ADC Internal Inv. Report, Nov. 9, 2012, ECF No. 240-4, Ex. GGG.

<u>Exhibits to Plaintiffs' Motion to Strike Defendants' Experts and Expert Reports (and the motion itself)</u>
1.        Expert Dr. Lawrence H. Mendel's Report, ECF No. 754-1, Ex. 2.
2.        Expert Dr. John Dovgan's Report, ECF No. 754-1, Ex. 3.
3.        Expert Dr. Joseph V. Penn's Report, ECF No. 754-1, Ex. 4.
4.        Dr. Richard P. Seiter's Report, ECF No. 754-1, Ex. 5.

Exhibits Attached to Defendants' Motion for Summary Judgment

1.        Declaration of Dr. Dovgan, June 13, 2014, ECF No. 938, Ex. 122_0.

A.        December 18, 2013 Expert Report (ADC203516 – 203609), June 13, 2014, ECF No. 938, Ex. 122_3 (also filed as Ex. 3 to Decl. of Donald Specter, Jan. 27, 2014, ECF No. 754-1).

B.        March 26, 2014 Supplemental Expert Report (ADC261914 – 261930), June 13, 2014, ECF No. 938, Ex. 122_4.

2.        Declaration of Richard P Seiter, Ph.D., June 13, 2014, ECF No. 938, Ex. 123_0.

A.        December 18, 2013 Report (ADC203610 – 203762), June 13, 2014, ECF No. 938, Ex. 123_7 (also filed as Ex. 5 to Decl. of Donald Specter, Jan. 27, 2014, ECF No. 754-1).

B.        March 26, 2014 Report (ADC261884 – 261913), June 13, 2014, ECF No. 938, Ex. 123_8.

3.        Declaration of Richard Pratt, June 13, 2014, ECF No. 938, Ex. 137_0.

4.        Declaration of Carson McWilliams, June 13, 2014, ECF No. 938, Ex. 138_0.

5.        Excerpts from Plaintiff Jensen's Responses to Defendant Charles Ryans' Second Set of Requests for Admission and Interrogatories, June 13, 2014, ECF No. 938, Ex. 154.

6.        Excerpt from Plaintiff Robert Gamez's Third Supplemental Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories, June 13, 2014, ECF No. 938, Ex. 157.

7.        Excerpt from Plaintiff Joseph Hefner's Second Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories, June 13, 2014, ECF No. 938, Ex. 158.

8.        Excerpt from Confidential Expert Report of Jay D. Shulman, dated Nov. 8, 2013, June 13, 2014, ECF No. 938, Ex. 159 (full transcript filed at ECF No. 885, Ex. L, *see supra* Ex. C at #8).

9.        Excerpt from Confidential Rebuttal Expert Report of Jay D. Shulman, dated Jan. 31, 2014, June 13, 2014, ECF No. 938, Ex. 160 (full transcript filed at ECF No. 885, Ex. N, *see supra* Ex. C at #10).

10.        Excerpt from Deposition of Charles Ryan, June 13, 2014, ECF No. 938, Ex. 161.

11.        Excerpt from Deposition of Richard Pratt, June 13, 2014, ECF No. 938 Ex. 162 (full transcript filed at ECF No. 240-2, Ex. U, *see supra* Ex. A at #18).

12.        Excerpt from Deposition of David Robertson, June 13, 2014, ECF No. 938, Ex. 163.

13.        Excerpt from Deposition of Daniel L. Conn, June 13, 2014, ECF No. 938, Ex. 164.

14.        Excerpt from Deposition of Arthur Gross, June 13, 2014, ECF No. 938, Ex. 165.

15.        Excerpt from Deposition of Kathleen Campbell, RN, June 13, 2014, ECF No. 938, Ex. 166.

16.        Excerpt from Deposition of Carson Anton McWilliams, June 13, 2014, ECF No. 938, Ex. 167 – 30(b)(6) Deposition of Arizona Department of Corrections.

17.        Excerpt from Deposition of William Smallwood, D.D.S, June 13, 2014, ECF No. 938, Ex. 168.

18.        Except from Deposition of Jay D. Shulman, DMD, MA, MSPH, June 13, 2014, ECF No. 938, Ex. 169  (full transcript filed at ECF No. 885, Ex. M, *see supra* Ex. C at #9).

19.        Excerpt from Deposition of Brian T. Hanstad, June 13, 2014, ECF No. 938, Ex. 170.

20.        Excerpt from Deposition of Joshua W. Polson, June 13, 2014, ECF No. 938, Ex. 171.

21.        Excerpt from Deposition of Maryann Chisholm, June 13, 2014, ECF No. 938, Ex. 172.

22.        Excerpt from Deposition of Stephen Oliver Swartz, June 13, 2014, ECF No. 938, Ex. 173.

23.        Excerpt from Deposition of Charlotte Evonne Wells, June 13, 2014, ECF No. 938, Ex. 174.

24.        Excerpt from Deposition of Shawn Jensen, June 13, 2014, ECF No. 938, Ex. 175.

25.        Excerpt from Deposition of Dustin Brislan, June 13, 2014, ECF No. 938, Ex. 176.

26.        Excerpt from Deposition of Sonia Ann Rodriguez, June 13, 2014, ECF No. 938, Ex. 177.

27.        Excerpt from Deposition of Christina Angelica Verduzco, June 13, 2014, ECF No. 938, Ex. 178.

28.        Excerpt from Deposition of Jackie Robert Thomas, June 13, 2014, ECF No. 938, Ex. 179.

29.        Excerpt from Deposition of Jeremy Scott Smith, June 13, 2014, ECF No. 938, Ex. 180.

30.        Excerpt from Deposition of Robert Corosco Gamez, June 13, 2014, ECF No. 938, Ex. 181.

31.        Excerpt from Deposition of Desiree Licci, June 13, 2014, ECF No. 938, Ex. 182.

32.        Excerpt from Deposition of Joseph Thomas Hefner, June 13, 2014, ECF No. 938, Ex. 183.

33.        Excerpt from Deposition of Craig William Haney, June 13, 2014, ECF No. 938, Ex. 184 (full transcript filed at ECF No. 885, Ex. I, *see supra* Ex. C at #6).

34.      Excerpt from Deposition of Karen L. Chu, DMD, June 13, 2014, ECF No. 938, Ex. 185.

35.      Excerpt from Deposition of Pablo Stewart, M.D., June 13, 2014, ECF No. 938, Ex. 186 (full transcript filed at ECF No. 885, Ex. Q, see supra Ex. C at #13).

36.      Excerpt from Deposition of Eldon W. Vail, June 13, 2014, ECF No. 938, Ex. 187 (full transcript filed at ECF No. 885, Ex. Z, see supra Ex. C at #20).

37.      Excerpt from Deposition of Brie Williams, M.D., June 13, 2014, ECF No. 938, Ex. 188 (full transcript filed at ECF No. 885, Ex. GG, see supra Ex. C at #26).

38.      Declaration of Lawrence Mendel, D.O., FSCP, CCHP, June 13, 2014, ECF No. 938, Ex. 189_0.

A.      Initial Expert Report of Lawrence Mendel, D.O., FSCP, CCH, dated December 18, 2013 (ADC203763 -835), June 13, 2014, ECF No. 938, Ex. 189_3 (also filed as Ex. 2 to Decl. of Donald Specter, Jan. 27, 2014, ECF No. 754-1).

B.      First Supplemental Expert Report of Lawrence Mendel, D.O., FSCP, CCHP, dated Jan. 31, 2014 (ADC229802-07), June 13, 2014, ECF No. 938, Ex. 189_4.

C.      Second Supplemental Expert Report of Lawrence Mendel, D.O., FSCP, dated March 26, 2014 (ADC261931-49), June 13, 2014, ECF No. 938, Ex. 189_5.

Exhibits Attached to Plaintiffs' Response in Opposition to Defendants' Motion to Preclude Experts

1.      Exhibit 2 to the Declaration of  Kristen T. Eidenbach, ECF No. 943_2 (pages from the deposition of John W. Dovgan, D.D.C., taken on April 4, 2014).

2.      Exhibit 3 to the Declaration of  Kristen T. Eidenbach, ECF No. 943_3 (Confidential Expert Report of Lawrence H. Mendel, D.O., FSCP, CCHP, dated January 18, 2013).

3.      Exhibit 4 to the Declaration of  Kristen T. Eidenbach, ECF No. 943_4 (Confidential Expert Report of Joseph V. Penn, M.D., CCHP, FAPA, dated January 18, 2013).

4.      Exhibit 5 to the Declaration of  Kristen T. Eidenbach, ECF No. 943_5 (Confidential Expert Report of Richard P. Seiter, Ph.D., dated January 18, 2013).

5.      Exhibit 6 to the Declaration of  Kristen T. Eidenbach, ECF No. 943_6 (Confidential Expert Report of John W. Dovgan, D.D.S., dated January 18, 2013).

6.      Exhibit 7 to the Declaration of  Kristen T. Eidenbach, ECF No. 943_7 (pages from the deposition of Lawrence H. Mendel, D.O., FSCP, CCHP, taken on April 9, 2014).

7.      Exhibit 8 to the Declaration of  Kristen T. Eidenbach, ECF No. 943_8 (pages from the deposition of Joseph V. Penn, M.D., CCHP, FAPA, taken on April 11, 2014).

8.      Exhibit 9 to the Declaration of  Kristen T. Eidenbach, ECF No. 943_9 (pages from the deposition of Richard P. Seiter, Ph.D., taken on April 10, 2014).

9.      Exhibit 1 to the Declaration of Robert M. Cohen, M.D., ECF No. 945_1 (Report dated November 8, 2013, including all appendices).

10.      Exhibit 2 to the Declaration of Robert M. Cohen, M.D., ECF No. 945_2 (Report dated January 31, 2014, including all appendices).

11.      Exhibit 3 to the Declaration of Robert M. Cohen, M.D., ECF No. 945_3 (Supplemental report dated February 24, 2014, including all appendices).

12.      Exhibit 1 to the Declaration of Todd Randall Wilcox, M.D., ECF No. 946_1 (Confidential Report of Todd Randall Wilcox, November 8, 2013).

13.      Exhibit 2 to the Declaration of Todd Randall Wilcox, M.D., ECF No. 946_2 (Confidential Rebuttal Report of Todd Randall Wilcox, January 31, 2014).

14.      Exhibit 3 to the Declaration of Todd Randall Wilcox, M.D., ECF No. 946_3 (Confidential Supplemental Report of Todd Randall Wilcox, April 2, 2014).

15.      Exhibit 1 to the Declaration of Pablo Stewart, M.D., ECF No. 947_1 (Report dated November 8, 2013, including all appendices).

16.      Exhibit 2 to the Declaration of Pablo Stewart, M.D., ECF No. 947_2 (Supplemental report dated December 9, 2013, including all appendices).

17.      Exhibit 3 to the Declaration of Pablo Stewart, M.D., ECF No. 947_3 (Rebuttal report dated January 31, 2014, including all appendices).

18.      Exhibit 4 to the Declaration of Pablo Stewart, M.D., ECF No. 947_4 (Second supplemental

report dated February 24, 2014, including all appendices).

19.     Exhibit 1 to the Declaration of Jay D. Shulman, D.M.D., M.A., M.S.P.H., ECF No. 948_1 (Report dated November 8, 2013, including all appendices).

20.     Exhibit 2 to the Declaration of Jay D. Shulman, D.M.D., M.A., M.S.P.H., ECF No. 948_2 (Rebuttal report dated January 31, 2014, including all appendices).

21.     Exhibit 3 to the Declaration of Jay D. Shulman, D.M.D., M.A., M.S.P.H., ECF No. 948_3 (Supplemental report dated February 24, 2014, including all appendices).

22.     Exhibit 1 to the Declaration of Eldon Vail, ECF No. 949_1 (Report dated November 8, 2013, including all appendices).

23.     Exhibit 2 to the Declaration of Eldon Vail, M.D., ECF No. 949_2 (Report dated January 31, 2014, including all appendices).

24.     Exhibit 3 to the Declaration of Eldon Vail, M.D., ECF No. 949_3 (Report dated February 24, 2014).

25.     Exhibit 1 to the Declaration of Craig Haney, Ph.D., J.D., ECF No. 950_1 (Report dated November 7, 2013, including all appendices).

26.     Exhibit 2 to the Declaration of Craig Haney, Ph.D., J.D., ECF No. 950_2 (Report dated January 31, 2014, including all appendices).

27.     Exhibit 1 to the Declaration of Brie Williams, M.D., M.S., ECF No. 951_1 (Report dated November 8, 2013, including all appendices).

28.     Exhibit 2 to the Declaration of Brie Williams, M.D., M.S., ECF No. 951_2 (Report dated December 9, 2013, including all appendices).

29.     Exhibit 3 to the Declaration of Brie Williams, M.D., M.S., ECF No. 951_3 (Rebuttal report dated January 31, 2014, including all appendices).

30.     Exhibit 4 to the Declaration of Brie Williams, M.D., M.S., ECF No. 951_4 (Report dated February 24, 2014, including all appendices).

Certain Recently Produced Documents

1.     Email from Matthew Musson to Von Marschik, dated December 10, 2013, bearing Bates Nos. AGA_Review_00113522,  and two photograph attachments, bearing Bates Nos. AGA_Review_00113532 and AGA_Review_0011353.

2.     An email from Bryce Bartruff to Vanessa Headstream and Kathleen Campbell, copying Matthew Musson, Bryce Bartruff, and Steve Bender, dated March 4, 2014, and a forwarding of the email from Vanessa Headstream to Christy Somner and Brenda Mastopietro, copying Richard Pratt and Mark Jansen, and photograph attachments bearing Bates Nos., AGA_Review_00113560 through AGA_Review_00113564,  all attached as Exhibit 2 to the Declaration of Caroline N. Mitchell in Support of Plaintiffs' Motion to De-Designate Documents as Confidential, filed herewith.


Thank you,
Caroline


Caroline Mitchell (bio)
JONES DAY® - One Firm Worldwide℠
555 California Street, 26th Floor
San Francisco, CA  94104-1500
+1.415.875.5712
+1.415.875.5700
e-mail: cnmitchell@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by
attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without
copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by
attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without
copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by
attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without
copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

# EXHIBIT 2

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



**BY EMAIL ONLY**

April 28, 2014

Timothy Bojanowski
Struck Wieneke & Love
3100 West Ray Road
Chandler, AZ 85226

RE:   **Parsons v. Ryan**

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
*DIRECTOR*
*ATTORNEY AT LAW*

*NOT ADMITTED IN DC;
PRACTICE LIMITED TO
FEDERAL COURTS*

Dear Mr. Bojanowski:

Thank you for your letter addressing the designation of the depositions of Dr. Joseph Penn and Dr. Rick Seiter as confidential. As you know, the Protective Order provides that all individually identifiable health information is confidential. The redaction of the names and Arizona Department of Corrections numbers of all prisoners discussed during the depositions should deal sufficiently with any concerns that individually identifiable health information in the depositions may be available to the public. To the extent that Defendants believe that the redaction of such information is insufficient, please state so, the reasons for this conclusion, as well as any other specific portions that Defendants believe are confidential.

We appreciate your attention to this matter.

Best,

Ajmel Qureshi

Cc:   All counsel

# EXHIBIT 3

 STRUCK WIENEKE & LOVE    ⌐ 3100 West Ray Road, Suite 300  Chandler, Arizona 85226  **480.420.1600** swlfirm.com ¬

April 30, 2014

Daniel P Struck
PARTNER

Kathleen L. Wieneke
PARTNER

Rachel Love
PARTNER

Timothy J. Bojanowski
PARTNER

Christina Retts
PARTNER

Jamie D. Guzman
ASSOCIATE

Nicholas D. Acedo
ASSOCIATE

Tara B. Zoellner
ASSOCIATE

Amy L. Nguyen
ASSOCIATE

Ashlee B. Fletcher
ASSOCIATE

Anne M. Orcutt
ASSOCIATE

Kevin L. Nguyen
ASSOCIATE

Jacob B. Lee
ASSOCIATE

Mark A. Bracken
ASSOCIATE

David C. Lewis
OF COUNSEL

***VIA EMAIL ONLY***
Ajmel Quereshi
Staff Counsel
National Prison Project
American Civil Liberties Union
915 15th Street, N.W., 7th Floor
Washington, DC 20005

 **RE:** ***Parsons, et al. v. Ryan, et al.***
 U.S. District Court of Arizona; 2:12-cv-00601
 (LMS12-0081)

Dear Mr. Quereshi:

 In response to your letter of April 28 regarding designation of deposition testimony of Dr. Rick Seiter and Dr. Joseph Penn as confidential, all expert reports were confidential, including Plaintiffs' reports. As such, the depositions that inquire into the reports are confidential as well. The entire deposition of Dr. Seiter and Dr. Penn is confidential.

 Regards,

 *Timothy J. Bojanowski*

 Timothy J. Bojanowski
 For the Firm

TJB/eap

cc:     David Fathi
        Donald Specter
        Amelia Gerlicher
        Sarah Kader
        Caroline Mitchell
        Lucy Rand
        Parsons Team

2897974.1

⌐ Timothy J. Bojanowski| Tbojanowski@swlfirm.com | Direct: 480.420.1619 | swlfirm.com ¬

# EXHIBIT 4

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



**BY ELECTRONIC MAIL ONLY**

May 8, 2014

Timothy Bojanowski
Struck Weineke & Love
3100 West Ray Road
Chandler, AZ 85226
Email: tbojanowski@swlfirm.com

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC;
PRACTICE LIMITED TO
FEDERAL COURTS

    **Re: *Parsons v. Ryan***

Dear Mr. Bojanowski:

        Pursuant to paragraph 13 of the Amended Protective Order, plaintiffs will move to de-designate the reports and depositions of defendants' experts, except for "protected health information." In light of our discussion on Tuesday, I understand your position to be that the reports, in addition to the depositions, are confidential in their entirety. If I have misunderstood your position, please inform me of your position in writing within 48 hours.

        Thank you for your attention to this matter.

                                    Best,

                                    Ajmel Quereshi
                                    Staff Counsel
                                    National Prison Project
                                    American Civil Liberties Union
                                    915 15th Street, N.W., 7th Floor
                                    Washington, DC 20005
                                    Telephone: (202) 715-0838
                                    Email: aquereshi@aclu.org