IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>  Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having reviewed Defendants' Motion for Leave to Exceed Page Limit Re: Defendants' Reply in Support of Motion for Summary Judgment (Doc. 1045), and good cause appearing,

IT IS HEREBY ORDERED that the Motion for Leave to Exceed Page Limit (Doc. 1045) is GRANTED.

IT IS FURTHER ORDERED directing the Clerk's Office to accept and file Defendants' lodged proposed (redacted) Reply in Support of Motion for Summary Judgment (Doc. 1048).

Dated this 29th day of July, 2014.

_____
Neil V. Wake
United States District Judge