**ATTACHMENT 1**

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
        jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,
Dustin Brislan, Sonia Rodriguez, Christina Verduzco,
Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne
Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson,
and Charlotte Wells, on behalf of themselves and all
others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON
 SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**INDIVIDUAL NAMED PLAINTIFFS' FOURTH SUPPLEMENTAL DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 26(a)(1), named plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; Charlotte Wells (collectively, "Prison Plaintiffs"), submit their Fourth Supplemental Disclosure Statement. Plaintiffs reserve the right to continue to

supplement or amend its disclosures in accordance with Rule 26 or court order.

Supplemental text is shown in bolded and italicized font.

I.      **NAMES, ADDRESSES, AND TELEPHONE NUMBERS OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

A.      **INDIVIDUALS WHO WILL BE CALLED TO TESTIFY**

**<u>Named Plaintiffs</u>**

1.      Victor Parsons, Arizona Department of Corrections
("ADC") Inmate #123589
c/o Caroline Mitchell
Jones Day
555 California St., 26th Floor
San Francisco, CA 94104
(415) 875-5712.

Mr. Parsons is an ADC inmate and named plaintiff.  Mr. Parsons is expected to testify with regard to the factual allegations in the Complaint and the provision of medical, mental health and dental care at ADC.

2.      Shawn Jensen, ADC #032465
c/o Jones Day

Mr. Jensen is an ADC inmate and named plaintiff.  Mr. Jensen is expected to testify with regard to the factual allegations in the Complaint and the provision of medical, mental health and dental care at ADC.

3.      Stephen Swartz, ADC #102486
c/o Jones Day

Mr. Swartz is an ADC inmate and named plaintiff.  Mr. Swartz is expected to testify with regard to the factual allegations in the Complaint, the conditions of confinement in the isolation units, and the provision of medical, mental health and dental care at ADC.

4.      Dustin Brislan, former ADC #164993
c/o Jones Day

Mr. Brislan is a former ADC inmate and named plaintiff.  Mr. Brislan is expected

*provided care, and his father's ultimate death shortly after an imminent danger*

*(medical parole) release from ADC custody.*

106. **Jo Ann Lassell**
**1455 E. Jasper Dr.**
**Chandler, AZ 85225**
**(480) 272-1056**

*Ms. Lassell may be called to testify regarding her knowledge of the provision of*

*health care to her brother, Matthew Putnam, #255310, her efforts to have her brother*

*provided care and Mr. Putnam's ultimate death while in custody of ADC.*

107. All Witnesses Identified *or Produced* by ~~Defendants~~ *ADC or Corizon*.

108. *Any additional witnesses that come to be known to Plaintiffs as a result of a critical health situation. Such names shall be supplemented if, and when, made known to Plaintiffs pursuant to Federal Rule of Civil Procedure 26(e) at a later date.*

109. *Any individuals that voluntarily furnish information relevant to Plaintiff's case, consistent with the Court's Order on Plaintiff's Pending Motion for an Order Authorizing Ex Parte Communications with Former Employees of Defendants and their Agents (ECF No. 981). Such names shall be supplemented if, and when, made known to Plaintiffs pursuant to Federal Rule of Civil Procedure 26(e) at a later date.*

110. *Any additional witnesses that come to be known to Plaintiffs as a result of the limited ongoing discovery. Such names shall be supplemented if, and when, made known to Plaintiffs pursuant to Federal Rule of Civil Procedure 26(e) at a later date.*

## II.   A COPY OF OR A DESCRIPTION BY CATEGORY AND LOCATION OF ALL DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND TANGIBLE THINGS THAT PLAINTIFFS MAY USE TO SUPPORT THEIR CLAIMS OR DEFENSES

*The discovery period in this matter has largely closed and the record is nearly*

*complete. Defendants have been furnished with copies and/or descriptions by category*

*and location of all documents, electronically stored information, and tangible things*

*that Plaintiffs may use to support their claims. This includes all documents,*

*electronically stored information, and tangible things disclosed in Plaintiffs' previous*

*disclosure statements, as well as all documents, electronically stored information, and*

*tangible things made known to Defendants during the pendency of this litigation,*

***consistent with the requirements of Federal Rule of Civil Procedure 26, including all information included in productions by the parties and third parties and all information made known to defendants in all other writings in this proceeding.***

~~To the extent not already in the possession, custody, or control of Defendants, copies of all documents, electronically stored information, and tangible things that Plaintiffs may use to support their claims or defenses have been or will timely be produced in this litigation in accordance with the Protective Order and the parties' agreements.  This includes, but is not limited to, all documents and reports produced by Plaintiffs, Defendants, third parties, and retained experts in this litigation.~~

~~Plaintiffs reserve the right to supplement this list.  For additional context, these documents include at least~~***, but are not limited to,*** ~~the following categories:~~

~~A.     Communications to/from various individuals on behalf of the following Plaintiffs~~

~~1.     Shawn Jensen, see Bates Numbers PLTF-PARSONS-003551-003983;~~

~~2.     Victor Parsons, see Bates Numbers PLTF-PARSONS-013662-013663 and PLTF-PARSONS-019906-019912;~~

~~3.     Dustin Brislan, see Bates Numbers PLTF-PARSONS-013904-013909;~~

~~4.     Sonia Rodriguez, see Bates Number PLTF-PARSONS-022584;~~

~~5.     Stephen Swartz, see Bates Numbers PLTF-PARSONS-023094-023111; and~~

~~6.     Various non-Named Plaintiff inmates and former inmates, see Bates Numbers PLTF-PARSONS-000401-000402, PLTF-PARSONS-000681-000682, PLTF-PARSONS-003296-003304, PLTF-PARSONS-003443-003550, PLTF-PARSONS-004011-004299, PLTF-PARSONS-004360, PLTF-PARSONS-004486-004596, PLTF-PARSONS-004618-004623, PLTF-PARSONS-012990-013131, and PLTF-PARSONS-013301-013416.~~

~~B.     Medical records and other documents~~

~~7.     Outside medical records of Shawn Jensen, see Bates Numbers PLTF-PARSONS-000165-000385 and PLTF-PARSONS-019374-019401;~~

~~8.     Outside medical record of Dustin Brislan, see Bates Numbers PLTF-PARSONS-013910;~~

~~9.     Court orders and court documents for Robert Gamez, see Bates Numbers~~

PLTF-PARSONS-014942-016456;

10. Court orders, court documents, and outside medical records of Victor Parsons, see Bates Numbers PLTF-PARSONS-019913-021614;

11. Outside medical records of Jeremy Smith, see Bates Numbers PLTF-PARSONS-022603-022763;

12. Outside medical records of Stephen Swartz, see Bates Numbers PLTF-PARSONS-023112-023249;

13. Order in Arenberg v. Ryan, see Bates Numbers PARSONS-013133-013164;

14. Outside medical records of non-Named Plaintiffs, see Bates Numbers PLTF-PARSONS-023666-023964; and

15. Authorizations for the release of personal health information for Charlotte Wells (see Bates Numbers PLTF-PARSONS-025639-025641), Christina Verduzco (see Bates Numbers PLTF-PARSONS-025642-025644), Desiree Licci (see Bates Numbers PLTF-PARSONS-025645-025647), Dustin Brislan (see Bates Numbers PLTF-PARSONS-025648-025649), Jackie Thomas (see Bates Numbers PLTF-PARSONS-025650-025652), Jeremy Smith (see Bates Numbers PLTF-PARSONS-025653-025655), Joseph Hefner (see Bates Numbers PLTF-PARSONS-025656-025658), Joshua Polson (see Bates Numbers PLTF-PARSONS-025659-025661), Maryanne Chisholm (see Bates Numbers PLTF-PARSONS-025662-025663), Robert Gamez (see Bates Numbers PLTF-PARSONS-025664-025666), Shawn Jensen (see Bates Numbers PLTF-PARSONS-025667-025668), Sonia Rodriguez (see Bates Numbers PLTF-PARSONS-025669-025670), Steven Swartz (see Bates Numbers PLTF-PARSONS-025671-025673), and Victor Parsons (see Bates Numbers PLTF-PARSONS-025674-025678).

**C. Documents supporting the facts in the Complaint**

**Medical examiner autopsy reports, death reports, and/or health care records of the following persons who died while in the custody of Defendants.**

16. James Adams, #131965, see PLTF-PARSONS-002003-002010;

17. Robert Arthur Akers, 13-00278, see PLTF-PARSONS-025596-025600;

18. Michael Algeri, #240165, see PLTF-PARSONS-012614-012618;

19. Kenneth Allen, #63782, see PLTF-PARSONS-012544-012555;

20. Dwight Allsup, 11-281, see PLTF-PARSONS-002206-002210;

21. Hernan Rafael Cuevas Andrade, #09-05825, see PLTF-PARSONS-001675-001679;

22. Kurt Annenberg, #80794, see PLTF-PARSONS-002011-002020;

23. Santana Sundown Aqualais, #09-06548, see PLTF-PARSONS-001662-001668;

24. Edward M. Baeza, #43508, see PLTF-PARSONS-012919-012922;

25. Harlon Jim Baker, #92306, see PLTF-PARSONS-012747-012751;

26. Peter Ballinger, #245875, see PLTF-PARSONS-002021-002030;

27. Louis John Balon, 11-06593, see PLTF-PARSONS-001882-001884;

28. Davod Merle Bandstra, 11-00169, see PLTF-PARSONS-001885-001887;

29. Charles Bates, #84245, see PLTF-PARSONS-012752-012756;

30. Dennis Bayard, #245405, see PLTF-PARSONS-002031-002036;

31. Victor Benitez, #229604, see PLTF-PARSONS-012493-012502;

32. Arnold Bermea, 10-03802, see PLTF-PARSONS-001720-001722;

33. William Bowers, #109240, see PLTF-PARSONS-012619-012623;

34. Leslie Brandenburg, #88172, see PLTF-PARSONS-012624-012628;

35. Anthony Charles Braun, 11-06861, see PLTF-PARSONS-001888-001894;

36. George V. Bredemann, 12-02092, see PLTF-PARSONS-001943-001950;

37. Joseph Harold Breshears, 10-07360, see PLTF-PARSONS-001723-001727;

38. Larry Brown, #131317, see PLTF-PARSONS-012757-012761;

39. Scott Philip Bruder, #09-06205, see PLTF-PARSONS-001669-001674;

40. James Burbey, Jr., #76342, see PLTF-PARSONS-012503-012509;

41. Steven Burdick, #68232, see PLTF-PARSONS-012510-012514;

42. Eric Bybee, #171555, see PLTF-PARSONS-002037-002045;

43. Jesse Joe Cabonias, 11-04239, see PLTF-PARSONS-001895-001900;

44. Pete Calleros, #143778, see PLTF-PARSONS-012515-012529;

45. Kenneth Cannon, #43289, see PLTF-PARSONS-002046-002052;

46. Cesar Naun Carbajal, 12-01719, see PLTF-PARSONS-001951-001957;

47. Delbert Eugene Carr, #255785, see PLTF-PARSONS-012762-012765;

48. Ernest Casillas, #50066, see PLTF-PARSONS-002053-002058;

49. LaSasha Michelle Cherry, 10-05391, see PLTF-PARSONS-001728-001733;

50. Gary V. Coffman, #102399, see PLTF-PARSONS-012766-012770;

51. James E. Collins, 11-231, see PLTF-PARSONS-002211-002215;

52. Juan Manuel Corrales Palomares, #258041, see PLTF-PARSONS-012923-

012927;

53.    Arthur Coronado, #99387, see PLTF-PARSONS-012629-012633;

54.    Jesus Cota, #151319, see PLTF-PARSONS-004306-004317;

55.    Kerry Lynn Craig, 10-02649, see PLTF-PARSONS-001734-001736;

56.    Richard Albert Cramer, 12-02473, see PLTF-PARSONS-001958-001963;

57.    Carl William Cresong, 10-02701, see PLTF-PARSONS-001737-001744;

58.    Herman Crowder, #60747, see PLTF-PARSONS-012530-012534;

59.    Duron Cunningham, #245305, see PLTF-PARSONS-002059-002066;

60.    John Patrick Daly, 10-03447, see PLTF-PARSONS-001745-001753;

61.    James Damn, #225040, see PLTF-PARSONS-012771-012775;

62.    Dora Sue Davenport, 10-04704, see PLTF-PARSONS-001754-001756;

63.    Leslie R. Davies, 12-03517, see PLTF-PARSONS-023656-023663;

64.    Forrest Kelsie Day, see PLTF-PARSONS-001964-001970;

65.    Velma Dickson, 12-02394, see PLTF-PARSONS-001971-001979;

66.    Ferdinand Dix, #205447, see PLTF-PARSONS-000056-000164;

67.    Ferdinand J. Dix, #205447, see PLTF-PARSONS-012776-012782;

68.    Joe Donald, #189885, see PLTF-PARSONS-002067-002080;

69.    Varney J. Doud, #85582, see PLTF-PARSONS-012634-012638;

70.    William Harry Driver, 13-00843, see PLTF-PARSONS-025601-025605;

71.    Max Anderson Dunlap Jr., #37842, see PLTF-PARSONS-012535-012538;

72.    Mark Alan Edwards, 11-06566, see PLTF-PARSONS-001901-001904;

73.    Marcelo Espino, #157247, see PLTF-PARSONS-012539-012543;

74.    Alfonson Farmer, 12-032, see PLTF-PARSONS-002281-002292;

75.    Geshell Fernandez, 10-04390, see PLTF-PARSONS-001757-001762;

76.    Charles Clifford Finken, 10-01896, see PLTF-PARSONS-001763-001766;

77.    John G. Freeman, #34693, see PLTF-PARSONS-012639-012643;

78.    Clifford D. Fritz, #129311, see PLTF-PARSONS-012928-012931;

79.    James Galloway, #233906, see PLTF-PARSONS-002081-002089;

80.   Benny V. Garcia, #39968, see PLTF-PARSONS-012783-012795;

81.   Harry R. Gardner, #167824, see PLTF-PARSONS-012932-012936;

82.   Dennis Ginley, #233521, see PLTF-PARSONS-012644-012648;

83.   68. Billy Gross, #106181, see PLTF-PARSONS-012649-012655;

84.   Daniel Guzman, 10-05630, see PLTF-PARSONS-001767-001771;

85.   Phillip Latton Hamlin, 11-07287, see PLTF-PARSONS-023965-023972;

86.   Dennis Haney, #87515, see PLTF-PARSONS-012937-012947;

87.   Cassandra Lorraine Hawkins, 10-00503, see PLTF-PARSONS-001772-001779;

88.   Robert Charles Heydorn, 11-200, see PLTF-PARSONS-002216-002220;

89.   Luis Moscoso Hernandez, see PLTF-PARSONS-002232—002241;

90.   Douglas Lee Horn, 11-05289, see PLTF-PARSONS-001905-001907;

91.   Jesse Michael Hosp, #203956, see PLTF-PARSONS-012656-012660;

92.   David Scott Hunt, 12-01941, see PLTF-PARSONS-001980-001986;

93.   Andre Hutchins, #80077, see PLTF-PARSONS-012796-012800;

94.   Fred Lonzo Hutts, #79957, see PLTF-PARSONS-012661-012665;

95.   Charles Truray Jeffery, 13-00961, see PLTF-PARSONS-025606-025616;

96.   James Jennings, #250295, see PLTF-PARSONS-002090-002104;

97.   Lewis Edward Jernigan, #30249, see PLTF-PARSONS-012948-012951;

98.   Antonio A. Jimenez, #69981, see PLTF-PARSONS-012801-012804;

99.   Tommy Lee Jones Jr., #200908, see PLTF-PARSONS-012821-012830;

100.  Clifton Ray Jones, 10-00151, see PLTF-PARSONS-001780-001785;

101.  Howard Jordan, 12-03234, see PLTF-PARSONS-023664-023665;

102.  James Donald Kasenow, Jr., 10-04435, see PLTF-PARSONS-001786-001790;

103.  Carlo Steven Krakoff, #253282, see PLTF-PARSONS-012805-012815;

104.  Donald Kruse, #235177, see PLTF-PARSONS-002105-002115;

105.  Matthew Tadeusz Kusmierek, #240259, see PLTF-PARSONS-012816-012820;

106.  Louis Sydney Lafer, 09-06292, see PLTF-PARSONS-001680-001687;

107.  Billy D. Lee, 13-00936, see PLTF-PARSONS-025617-025621;

-33-

108. ~~Francisco Leon Jr, #90634, see PLTF-PARSONS-012952-012956;~~

109. ~~Anthony Clayton Lester, #293529, see PLTF-PARSONS-000386-000400; 000404-000428; 000429-000680; 000683-000745; 000746-001581; and 002116-002124; and 012673-012680;~~

110. ~~John Letaret, #130283, see PLTF-PARSONS-012831-012834;~~

111. ~~Franklin Leverette, #42758, see PLTF-PARSONS-002125-2134;~~

112. ~~Timothy Lewis, #247498, see PLTF-PARSONS-012835-012838;~~

113. ~~Howard Littles, #55888, see PLTF-PARSONS-012681-012684;~~

114. ~~Ronald Leroy Long, #216351, see PLTF-PARSONS-012839-012843;~~

115. ~~Angel Lopez, 10-04755, see PLTF-PARSONS-001791-001793;~~

116. ~~Jose Lopez-Hernandez, #207330, see PLTF-PARSONS-012844-012848;~~

117. ~~Antonio Cota Lozano, III, #157978, see PLTF-PARSONS-012685-012688;~~

118. ~~Armando Rafael Lugo, 10-01821, see PLTF-PARSONS-001794-001803;~~

119. ~~Henry Anthony Malachowski, 11-02829, see PLTF-PARSONS-001908-001913;~~

120. ~~Kenneth Edward Marks, 09-06420, see PLTF-PARSONS-001688-001691;~~

121. ~~Librado Martinez, #144953, see PLTF-PARSONS-012556-012560;~~

122. ~~Joseph Matthews, #50219, see PLTF-PARSONS-012689-012693;~~

123. ~~James Owen McCall, 10-01475, see PLTF-PARSONS-001804-001808;~~

124. ~~Arthur McCoy, #121495, see PLTF-PARSONS-012694-012699;~~

125. ~~Jerry McCoy, #108159, see PLTF-PARSONS-012957-012961;~~

126. ~~Kenneth Edward McCullochm, 11-06100, see PLTF-PARSONS-001914-001917;~~

127. ~~Robert Medeiros, #218451, see PLTF-PARSONS-002135-002142;~~

128. ~~Robert Medina, #121433, see PLTF-PARSONS-002143-002152;~~

129. ~~David Wayne Miller, 10-03650, see PLTF-PARSONS-001809-001811;~~

130. ~~Joe R. Miniefield, #31898, see PLTF-PARSONS-012700-012704;~~

131. ~~William Hall Moffett Jr, 11-02388, see PLTF-PARSONS-002221 – 002231;~~

132. ~~Damien Christopher Moore, #214259, see PLTF-PARSONS-012561-012572;~~

133. ~~Rot Thi Mowder, 10-02803, see PLTF-PARSONS-001812-001817;~~

134. ~~David V. Moreno, 11-00283, see PLTF-PARSONS-001918-001927;~~

135. ~~Robet W. Mulhern, 11-01542, see PLTF-PARSONS-001928-001930;~~

136. ~~Freddie Bernard Myers, #34434, see PLTF-PARSONS-012849-012858;~~

137. ~~Viva Leroy Nash, #47754, see PLTF-PARSONS-002153-002164;~~

138. ~~Mercedez Valdez Navarro, 10-01214, see PLTF-PARSONS-001818-001820;~~

139. ~~William Craig Noel, #122557, see PLTF-PARSONS-012859-012869;~~

140. ~~Enrique R. Orozco, #119841, see PLTF-PARSONS-012962-012966;~~

141. ~~Jeffrey Ortiz, #58963, see PLTF-PARSONS-012870-012874;~~

142. ~~Shannon Len Palmer, 10-05461, see PLTF-PARSONS-001821-001829;~~

143. ~~Huberta Virgina Parlee, 09-05974, see PLTF-PARSONS-001692-001697;~~

144. ~~Joseph Orosco Pena, #45493, see PLTF-PARSONS-012705-012709;~~

145. ~~David Bravo Perez, #91980, see PLTF-PARSONS-012710-012721;~~

146. ~~Ronnie Pierce, 11-339, see PLTF-PARSONS-002242-002246;~~

147. ~~Sean Dexter Pierce, 09-02410, see PLTF-PARSONS-001698-001703;~~

148. ~~Karot Phothong, 12-053, see PLTF-PARSONS-002293-002303;~~

149. ~~Daniel Porter, #61424, see PLTF-PARSONS-002304-002312;~~

150. ~~Christopher Rankhorn, #163073, see PLTF-PARSONS-012875-012883;~~

151. ~~Thomas Lloyd Reed, #151114, see PLTF-PARSONS-012722-012728;~~

152. ~~Juan G. Reynoza, #230169, see PLTF-PARSONS-012729-012733;~~

153. ~~Alvin Rhodes, 12-034, see PLTF-PARSONS-002313-002318;~~

154. ~~Donald Anthony Rhodes, 10-07162, see PLTF-PARSONS-001830-001836;~~

155. ~~Ronald Lee Richie, 10-07719, see PLTF-PARSONS-001931-001940;~~

156. ~~Thule Robertsson, #108680, see PLTF-PARSONS-012884-012888;~~

157. ~~Ceddrick Lenell Robinson, 10-01773, see PLTF-PARSONS-001837-001844;~~

158. ~~Alfonso Rodriguez, #74162, see PLTF-PARSONS-012573-012576;~~

159. ~~Rosario Rodriguez-Bojorquez, #256497, see PLTF-PARSONS-002165-002172;~~

160. ~~Robert Rojas, #42237, see PLTF-PARSONS-012577-012586;~~

161.   Albert Saenz, 11-146, see PLTF-PARSONS-002247-002250;

162.   Thomas Sallee, #240497, see PLTF-PARSONS-012734-012737;

163.   Raymond Sawyer, #227858, see PLTF-PARSONS-012738-012741;

164.   Dana Haywood Seawright, 10-04024, see PLTF-PARSONS-001845-001858;

165.   William Sexton, 12-268, see PLTF-PARSONS-002319-002325;

166.   Virgil Arthur Smith, 09-05559, see PLTF-PARSONS-001704-001709;

167.   Kenneth Edward Soffel, #246697, see PLTF-PARSONS-012967-012971;

168.   Brian Stokes, #113227, see PLTF-PARSONS-012587-012591;

169.   Bruce Stokes, #113227, see PLTF-PARSONS-001990-002002;

170.   Dewey Emil Strong, #94871, see PLTF-PARSONS-012742-012746;

171.   Robert O. Sweepe III, 13-00446, see PLTF-PARSONS-025622-025638;

172.   Emmett Lee Taylor, #80901, see PLTF-PARSONS-012972-012982;

173.   James Toppin, #216346, see PLTF-PARSONS-012983-012989;

174.   Michael Tovar, 11-195, see PLTF-PARSONS-002251-002259;

175.   Albet Tsosie, 10-03574, see PLTF-PARSONS-001859-001869;

176.   John Tuxford, #190852, see PLTF-PARSONS-012889-012893;

177.   Mark S. Uhlig, #38856, see PLTF-PARSONS-012894-012898;

178.   Dung Van Ung, 09-03595, see PLTF-PARSONS-001710-001715;

179.   Alexander Usurelu, #181716, see PLTF-PARSONS-002173-002184;

180.   Michael Vahle, #192904, see PLTF-PARSONS-002185-002189;

181.   Ysidro Valdez, #116976, see PLTF-PARSONS-002190-002194;

182.   Andrus Vallow, #99075, see PLTF-PARSONS-012899-012903;

183.   Ronald Frank Vasquez, #38689, see PLTF-PARSONS-012904-012908;

184.   Edgardo Vega-Navarro, #240407, see PLTF-PARSONS-012592-012603;

185.   Patricia Isabel Velez, 10-02605, see PLTF-PARSONS-001870-001877;

186.   Richard Salazar Vidal, #115943, see PLTF-PARSONS-012909-012913;

187.   Andrew Dimitrius Villareal, 09-07194, see PLTF-PARSONS-001716-001719;

188.   T. Ray Washington, 12-03258, see PLTF-PARSONS-001987-001989;

189.   Jack Weatherington, #79351, see PLTF-PARSONS-012604-012608;

190.   Carey Daniel Wheatley, 11-00772, see PLTF-PARSONS-002260-002270;

191.   Akil Williams, #254086, see PLTF-PARSONS-002195-002205;

192.   Ov Williams, #96261, see PLTF-PARSONS-012609-012613;

193.   Robert Acquin Williams, #10-07698, see PLTF-PARSONS-001878-001881;

194.   Orion K. Wilkins, 11-02441, see PLTF-PARSONS-002271-002280;

195.   David Wiser, #153309, see PLTF-PARSONS-012914-012918; and

196.   John Patrick Zimmerman, 11-00259, see PLTF-PARSONS-001941-001942.

Other documents that support the facts in the Complaint.

197.   PLTF-PARSONS-000001-000055;

198.   PLTF-PARSONS-004300-004305;

199.   PLTF-PARSONS-004361-004485;

200.   PLTF-PARSONS-013132;

201.   PLTF-PARSONS-013165-013167;

202.   PLTF-PARSONS-013169-013300;

203.   PLTF-PARSONS-013658-013660;

204.   PLTF-PARSONS-013713-013715;

205.   PLTF-PARSONS-013911-013963;

206.   PLTF-PARSONS-016457-016460;

207.   PLTF-PARSONS-021615-021762; and

208.   PLTF-PARSONS-025436-025595.

**D.    Oral or recorded statements by Defendant(s) or other ADC employees**

209.   Statements made by Defendant Charles Ryan and other ADC employees regarding the death of Anthony Lester, #293529, available at http://www.azcentral.com/video/1259212342001 and http://www.azcentral.com/12news/news/articles/2011/11/11/20111111arizona-prison-suicide-failure-to-aid-part-2.html;

210.   All statements issued to the public by Defendants, including those made publicly available through the ADC website, http://www.azcorrections.gov/index.aspx; and

211.   All statements or admissions filed by Defendants in this case.

1

2

**E.    Other documents obtained via medical records request, Public Records Act request, Privacy Act request or Freedom of Information Act request**

3

4

5

6

7

212.   Documents Bates stamped PLTF-PARSONS-004629-012021, which include documents obtained from ADC through the following Public Records Act requests:
December 29, 2009 request from Dan Pochoda on behalf of the ACLU of Arizona; June 22, 2010 request from Dan Pochoda on behalf of the ACLU of Arizona; March 10, 2011 request from Dan Pochoda on behalf of the ACLU of Arizona; August 23, 2011 request from Dan Pochoda on behalf of the ACLU of Arizona; and April 9, 2012 request from James Lyall on behalf of the ACLU of Arizona.

8

**F.    Additional correspondence, notes or other documents drafted by Plaintiffs or on Plaintiffs' behalf.**

9

10

213.   Email from Donald Specter to Karyn Klausner, "Additional Prisoners Seeking Health Care" Jan. 20, 2012, 10:54 am, see Bates Numbers PLTF-PARSONS-001612-1615;

11

12

214.   Email from Corene Kendrick to Karyn Klausner, "Additional Prisoners Seeking Health Care" Feb. 3, 2012, 12:57 pm, see Bates Numbers PLTF-PARSONS-001616-1618;

13

14

215.   Email from Corene Kendrick to Karyn Klausner, "RE: Additional Prisoners Seeking Health Care" Feb. 3, 2012, 3:37 pm, see Bates Numbers PLTF-PARSONS-001616-1618;

15

16

216.   Email from Donald Specter to Karyn Klausner, "Additional Prisoners Seeking Health Care" Feb. 10, 2012, 1:15 pm, see Bates Numbers PLTF-PARSONS-001619-1621;

17

18

217.   Email from Donald Specter to Karyn Klausner, "Prisoners with Unmet Health Care Needs" Feb. 17, 2012, 3:04 pm, see Bates Numbers PLTF-PARSONS-001622-1623;

19

218.   Letter from Charles Ryan to Donald Specter, Feb. 17, 2012;

20

21

219.   Email from Donald Specter to Karyn Klausner, "Tolling Agreement and Inmate Health Care" Feb. 24, 2012, 4:16 pm, see Bates Numbers PLTF-PARSONS-001624-1626;

22

23

220.   Letter from Donald Specter to Charles Ryan and Karyn Klausner, Feb. 24, 2012;

24

25

221.   Email from Donald Specter to Karyn Klausner, "Tolling Agreement and Inmate Health Care" Feb. 24, 2012, 4:19 pm, see Bates Numbers PLTF-PARSONS-001624-1626;

26

27

222.   Letter from Donald Specter to Karyn Klausner, "Kenneth Thompson, 138470, Eyman-Browning" Dec. 15, 2011, see Bates Numbers PLTF-PARSONS-001627;

28

223.   Email from Donald Specter to Michael Gottfried, "Jonathan Levi Trethewey,

#137818, Tucson-Manzanita" May 15, 2012, 9:36 am, see Bates Numbers PLTF-PARSONS-001628-1632;

224. Email from Donald Specter to Michael Gottfried, "Health care issues of individual prisonersq [sic]" May 25, 2012, 12:02 pm, see Bates Numbers PLTF-PARSONS-001633-1637;

225. Email from Donald Specter to Dan Struck, "Letter Regarding Named Plaintiffs" Aug. 2, 2012, 11:33 am, see Bates Numbers PLTF-PARSONS-001638-1641;

226. Email from Michael Gottfried to Donald Specter, "Health care issue (Brislan, Verduzco, Parsons)" August 9, 2012, 9:01 am, see Bates Numbers PLTF-PARSONS-001642-1643;

227. Handwritten Timeline from Stephen Swartz, see Bates Numbers PLTF-PARSONS-013417-013446;

228. Letter from Michael Miller to Dr. Dora Schriro, "State v. Parsons #123589" Oct. 27, 2006, see Bates Numbers PLTF-PARSONS-013664-013665;

229. Chronology from Victor Parsons, "Medical Log about Abdominal Pains-Stomach Issues" Jan. 7, 2010 to Oct. 29, 2012, see Bates Numbers PLTF-PARSONS-013666-013669 and PLTF-PARSONS-021769-021778;

230. Handwritten Notes from Victor Parsons, Dec. 12, 2009 to Oct. 5, 2010, see Bates Numbers PLTF-PARSONS-013670-013676;

231. Calendar from Desiree Licci, 2012, see Bates Numbers PLTF-PARSONS-013677-013695;

232. Handwritten Notes and Calendars from Dustin Brislan, see Bates Numbers PLTF-PARSONS-013964-013984;

233. Handwritten Notes and Chronology from Joseph Hefner, see Bates Numbers PLTF-PARSONS-019303-019305;

234. Letter from Beatrice Benitez to Tara Diaz on behalf of Victor Parsons, Jan. 3, 2011, see Bates Numbers PLTF-PARSONS-021763-021765;

235. Letter from Karyn Klausner to Dan Pochoda, "Re: Medical Services" July 1, 2010, see Bates Numbers PLTF-PARSONS-21766;

236. Calendar from Victor Parsons, "Recreation Schedule" March & May 2012, see Bates Numbers PLTF-PARSONS-021767-021768;

237. Chronology from Victor Parsons, Nov. 2 to Nov. 12, 2010, see Bates Numbers PLTF-PARSONS-021779-021784; and

238. Handwritten Notes, Chronology, and Calendar from Stephen Swartz, see Bates Numbers PLTF-PARSONS-023250-023260.

**G.   Additional correspondence or documents that Plaintiffs received from ADC or Arizona State employees relating to the allegations in the Complaint**

239. ~~Correspondence forwarded from or copied by various ADC or State of Arizona agents or counsel, see Bates Numbers PLTF-PARSONS-000403, PLTF-PARSONS-003984-004011, PLTF-PARSONS-004597-004617, PLTF-PARSONS-012091-012492, PLTF-PARSONS-013168, PLTF-PARSONS-013448-013629, PLTF-PARSONS-013661, and PLTF-PARSONS-023261.~~

240. ~~Correspondence forwarded from or copied by Claudia Baker Harran with ADC or its agents, see Bates Numbers PLTF-PARSONS-002326-003295, PLTF-PARSONS-003305-003442, PLTF-PARSONS-004318-004359, and PLTF-PARSONS-013716-013903.~~

241. ~~October 2009 letter from anonymous health care staff to Charles Ryan, as he quoted in a Nov. 6, 2009 Memo to All ADC Health Services Staff, Bates No. PLTF-PARSONS-000023-25, at 000024-25, (emphasis in original).\~~

242. ~~March 18, 2011 Letter from Ben Shaw & Charles Flanagan to SMI Commission, attaching "A Response to Recent Criticisms of Mental Health Treatment of Inmates in the Arizona Department of Corrections" ADC027717-23.~~

243. ~~Health Needs Requests, Inmate Letters, Grievances, Communiques, and other related health communications and records, including appeals and responses thereto, received from ADC or its agents for the following prisoners~~

(a) ~~Dustin Brislan, see Bates Numbers PLTF-PARSONS-013985-014885 and PLTF-PARSONS-027977-028668;~~

(b) ~~Erineo Cano, see Bates Numbers PLTF-PARSONS-013168;~~

(c) ~~Maryanne Chisholm, see Bates Numbers PLTF-PARSONS-004624-004628 and PLTF-PARSONS-014886-014941 and PLTF-PARSONS-026008-026016;~~

(d) ~~Ruben Danior, see Bates Numbers PLTF-PARSONS-013633;~~

(e) ~~Robert Gamez, see Bates Numbers PLTF-PARSONS-012022-012090 and PLTF-PARSONS-016461-019302;~~

(f) ~~Joseph Hefner, see Bates Numbers PLTF-PARSONS-019306-019373 and PLTF-PARSONS-025679-025771;~~

(g) ~~Donald Hobbs, see Bates Numbers PLTF-PARSONS-013634-013640;~~

(h) ~~Mike Isaacs, see Bates Numbers PLTF-PARSONS-013641;~~

(i) ~~Shawn Jensen, see Bates Numbers PLTF-PARSONS-019402-019905 and PLTF-PARSONS-026520-026525;~~

(j) ~~Margina Lopez, see Bates Numbers PLTF-PARSONS-013642-013647;~~

(k) ~~Alphonso Martinez, see Bates Numbers PLTF-PARSONS-013648;~~

(l) ~~Victor Parsons, see Bates Numbers PLTF-PARSONS-013630-013632 and PLTF-PARSONS-021785-022512, and PLTF-PARSONS-027963-027976;~~

(m)   Joshua Polson, see Bates Numbers PLTF-PARSONS-022513-022583, PLTF-PARSONS-023973-024010, PLTF-PARSONS-026526-027187, and PLTF-PARSONS-027277-027962 ;

(n)   Angel Ramirez, see Bates Numbers PLTF-PARSONS-013649;

(o)   Sonia Rodriguez, see Bates Numbers PLTF-PARSONS-013447 and PLTF-PARSONS-022585-022602;

(p)   Jeremy Smith, see Bates Numbers PLTF-PARSONS-022764-023093 and PLTF-PARSONS-027190-027191;

(q)   Stephen Swartz, see Bates Numbers PLTF-PARSONS-023262-023640, PLTF-PARSONS-024011-025082, PLTF-PARSONS-025772-026007 and PLTF-PARSONS-027269-027276;

(r)   Jackie Thomas, see Bates Numbers PLTF-PARSONS-023641-023655;

(s)   Jonathan Trethewey, see Bates Numbers PLTF-PARSONS-025430-025435;

(t)   Daniel VanDaalen, see Bates Numbers PLTF-PARSONS-013650;

(u)   Charlotte Wells, see Bates Numbers PLTF-PARSONS-013696-013712;

(v)   Allen Wheeler, see Bates Numbers PLTF-PARSONS-025083-025143;

(w)   Dennis White, see Bates Numbers PLTF-PARSONS-025144-025274;

(x)   Emery White, see Bates Numbers PLTF-PARSONS-013651-013657; and

(y)   Glenn Worley, see Bates Numbers PLTF-PARSONS-025275-025429.

**H.   Documents relating to expert witnesses, including expert reports and documents produced by experts.**

**Transcripts of all depositions conducted in the course of this litigation, including but not limited to the following previously disclosed witnesses:**

244.   Richard Rowe, M.D.

245.   Ben Shaw, Ph.D.

246.   Tracy Crews, M.D.

247.   Richard Pratt, P.A.

248.   Carmelo Echeverria, M.D.

249.   Jeffrey Alan Sharp, M.D.

250.   Michael Adu-Tutu, M.D.

251.   Carlos Weekly, M.D.

252.   Greg Fizer

**~~Declarations and medical records of the following Plaintiffs:~~**

~~253.   Robert Gamez~~

~~254.   Victor Parsons~~

~~255.   Sonia Rodriquez~~

~~256.   Jeremy Smith~~

~~257.   Desiree Licci~~

~~258.   Jackie Thomas~~

~~259.   Christina Verduzco~~

~~260.   Maryanne Chisholm~~

~~261.   Dustin Brislan~~

~~262.   Joshua Polson~~

~~263.   Joseph Hefner~~

~~264.   Shawn Jensen~~

~~265.   Desiree Licci~~

~~266.   Stephen Swartz~~

~~267.   Charlotte Wells~~

**~~The following correspondence and memoranda:~~**

~~268.   Memo from Ben Shaw to Joe Profiri, August 13, 2012, ADC027770-ADC027771~~

~~269.   Letter from Joe Profiri to Karen Mullenix, September 21, 2012, ADC027854-ADC027860~~

~~270.   Memo from Paulette Boothby to Joe Profiri, August 17, 2012, ADC027794-ADC027804~~

~~271.   Email from Tracy Crews to Ben Shaw, February 3, 2011, PLTF-PARSONS-001644- PLTF-PARSONS-001661~~

~~272.   Memo from Lewis Medical/Wexford Health Services to Lewis Complex Inmates, 6/26/11 [sic], PLTF-PARSONS-013132~~

~~273.   Memo from Helena Valenzuela to Joe Profiri, August 13, 2012, ADC028140-ADC028142~~

~~274.   Memo from Terry L. Allred to Joe Profiri, August 13, 2012, ADC028112-ADC028114~~

275. Memo from O. Valencia to Warden Hetmer, March 26, 2012, ADC026930-ADC028145

276. Letter from Deputy Warden McCarville to [redacted] Alcaraz, April 27, 2011, ADC025768-ADC025770

277. Letter from Karen Mullenix to Joe Profiri, October 1, 2012, ADC027941-ADC028143

278. Memo from Jim Taylor to Joe Profiri, August 13, 2012, ADC028112-ADC028114

279. Memo from Dennis Kendall to Joe Profiri, August 13, 2012, ADC028123-ADC028126

280. Memo from Kathy Campbell to Joe Profiri, August 20, 2012, ADC028128-ADC028129

281. Memo from Kathy Campbell to Joe Profiri, August 13, 2012, ADC028143

282. Memo from Vanessa Headstream to Joe Profiri, August 17, 2012, ADC028144-ADC028146

283. Contract Monitoring Memo - Tucson Complex - Dec. 2012; written by Kathy Campbell 69683-84

284. Contract Monitoring Memo, Tucson Catalina - Dec 2012, ADC69701-02

285. Memo from Karyn Christie to Joe Profiri, August 13, 2012., ADC028148-ADC028149

286. Memo from Kathy Campbell to Joe Profiri, August 20, 2012, ADC028159-ADC028161

287. Memo from John Mitchell to Joe Profiri, August 10, 2012, ADC028163

288. Memo from John Mitchell to Joe Profiri, August 13, 2012, ADC028164-ADC028165

289. Memo from Dennis Chenail to Joe Profiri, August 13, 2012, ADC028167

290. Memo from Vanessa Headstream to Joe Profiri, August 17, 2012, ADC028168-ADC028170

291. Memo from John Mitchell to Joe Profiri, August 17, 2012, ADC028171-ADC028172

292. Memorandum from Robert Patton and Richard Pratt to Charles Ryan dated April 30, 2012, entitled "Increase of Mental Health for Max Custody" ADC050861-67

293. Memo from Eyman Administration to Inmate Population, dated 12/11/12, re: Change in Menu and Store Items - received from inmate

294. Monitoring Memo Regarding Florence and Eyman from John Mitchell to Joe

Profiri, through Jim Taylor, August 31, 2012, ADC034845-34846, at ADC034846

295. Aug. 28, 2012 ASPC-Florence Weekly Monitoring Report from Dennis Kendall to Joe Profiri, through Jim Taylor and Richard Pratt, ADC034791-34792, at 34792

296. September 2012 ASPC-Florence Monthly Non-Compliance Report, by ADC Monitors D. Kendall & J. Fontaine, ADC035210-35212

297. September 2012 ASPC-Florence Mental Health Performance Measurements, ADC035251-35252, at 35251

298. September 2012 ASPC-Florence Segregated Inmates Performance Measurements, ADC035262

299. October 2012 ASPC-Eyman Staffing  Measurements, ADC036171

300. September 2012 ASPC-Eyman Monitoring Report, Segregated Inmates Performance Measures, ADC035047  Contract Monitoring Memo,12/27/2012, ADC069913-14

301. Contract Monitoring Memo, 8/20/12, ADC028173

302. September 2012 ASPC-Perryville Santa Maria, Mental Health Performance Measures, ADC035471

303. September 2012 ASPC-Perryville Santa Maria, Mental Health Performance Measures, ADC035471

304. September 2012 ASPC-Perryville Santa Maria, Segregated Inmates Performance Measures, ADC035479

305. September 21, 2012 "Written Cure Notification—Contract No. 120075DC" from Joe Profiri, ADC Contract Beds Operation Director, to Karen Mullenix, Director, Wexford Health Services, ADC027854-27860, ADC027856

306. Letter to Joe Profiri from Karen Mullenix, October 1, 2012, ADC027942-43

307. Memo from Jeff Hood and Dan Conn to Karen Mullenix, September 17, 2012, ADC027890-ADC027911

308. Memomorandum, 8/3/12, ADC028191

**The following ADC, Corizon and/or Wexford Manuals, Department Orders, Reports, and other internal documentation:**

309. ADC Mental Health Technical Manual, Chapter 5, Section 19.0, Effective Date 8/15/11, ADC031959-ADC032044

310. ADC Classification Technical Manual revised 10/28/2010, ADC040610-692

311. Replacement Page for ADC's Classification Technical Manual, dated April 13, 2012, Bates Numbers, ADC040692

312.  Arizona Department of Corrections Diet Reference Manual - July 2, 2010
      Medical Diets, ADC040577-79, 589-605

313.  ADC Food Service Technical Manual, revised July 2, 2010 Food Preparation
      Guidelines, ADC040550-73

314.  ADC Health Services Technical Manual, ADC010648-ADC011231

315.  ADC Notice of Request for Proposal for Privatization of Health Care and
      Wexford Health Inc.'s Bid, ADC014103-ADC016042

316.  Spreadsheet: Arizona Vacancies and FTE Fill Percentages, August 8, 2012,
      ADC028019

317.  Wexford Health Sources Inmate Wait Times, Arizona, August 1-31, 2012,
      ADC028020-ADC028022

318.  Weekly Non-Compliance Report, ASPC-Perryville, August 13, 2012,
      ADC028131-ADC028133

319.  ADC Departmental Order 711. Notification of Inmate Hospitalization or Death,
      ADC012781-ADC012788

320.  ADC Departmental Order 809. Earned Incentive Program, ADC013994-
      ADC014004

321.  ADC Departmental Order 1101. Inmate Access to Health Care, ADC011359-
      ADC011388

322.  ADC Departmental Order 1102. Communicable Disease and Infection Control,
      ADC011389-ADC011409

323.  ADC Departmental Order 1103. Technical Manual: Health Services.
      Supersedes: April 1, 2000; Effective Date: January 1, 2010, ADC010554-
      ADC010647

324.  ADC Departmental Order 1103. Technical Manual: Health Services.
      Supersedes: April 1, 1997; Effective Date: April 1, 2000.

325.  ADC Departmental Order 1104. Inmate Health Records, ADC013686-
      ADC013696

326.  ADC Departmental Order 1105. Inmate Mortality/Morbidity Review,
      ADC013697-ADC013702

327.  ADC Departmenal Order 809. Earned Incentive Program (effective date:
      1/11/11), ADC013994-14004

328.  ADC Departmental Order 801. Inmate Classification (effective date: 2/25/10),
      ADC013837-59

329.  ADC Departmental Order 802. Inmate Grievance Procedure (12/19/12),
      ADC0048527-37

330.  ADC Departmental Order 803.  Inmate Disciplinary Procedure (4/28/12),

ADC013875-910

331. ADC Departmental Order 804.  Inmate Behavior Control (effective date 6/7/12), ADC0107478; ADC048379-410

332. ADC Departmental Order 805.  Protective Segregation  (3/7/13), ADC082096-98

333. ADC Departmental Order 806. Security Threat Groups (STGs) (effective date 11/5/09; replacement page effective date:  5/21/12), ADC013941-66

334. ADC Departmental Order 807. Inmate Suicide Prevention, Precautionary Watches, and Maximum Behavior Control Restraints (5/21/12)

335. ADC Departmental Order 811. Individual Inmate Assessments and Reviews (4/8/13), ADC082228-36

336. ADC Departmental Order 701. Inmate Accountability (6/28/12), ADC012644-56

337. ADC Departmental Order 704.  Inmate Regulations (4/15/10), ADC012680-96

338. ADC Departmental Order Searches (8/9/10), ADC012725-34

339. ADC Departmental Order Strip Searches (20/26/00), ADC082042-45

340. ADC Departmental Order 903 Inmate Work Activities (2/18/12), ADC012938-62

341. ADC Departmental Order 904 Inmate Religiuos Activites/marriage requests (1/28/13), ADC082237-53

342. ADC Departmental Order 909 Inmate Property (6/1/12), ADC13029-74

343. ADC Departmental Order 906 – Inmate Recreation/Arts & Crafts (5/28/11), ADC13018-28

344. ADC Departmental Order 910 Inmate Education &* Resource Center Services (3/14/06), ADC013075-98

345. ADC Departmental Order 911 Inmate Visitation (2/21/12), ADC013099-136

346. ADC Departmental Order 912 Food Service – (1/28/09), ADC013137-41

347. ADC Departmental Order 914 Inmate mail – (6/8/12), ADC013142-65

348. ADC Departmental Order 915 Inmate Phone Calls (1/21/12), ADC013166-79

349. ADC Departmental Order 916 Staff-Inmate Communications (5/13/10), ADC013180-82

350. ADC Departmental Order 1101 – Inmate Access to Health Care (12/19/12), ADC048543-73

351. ADC Departmental Order 1103 Inmate Mental Health Care, Treatment and

Programs (12/12/19), ADC048598-607

352. ADC Departmental Order 509 Employee Training & Education (1/13/12), ADC012120-45

353. ADC Departmental Order 524 Employee Assignments & Staffing (3/15/12), ADC012447-68

354. ADC Departmental Order 606 Internal Inspections Program (6/11/12), ADC012628-34

355. ADC Departmental Order 703 Security/Facility Inspections (3/6/13), ADC082175-81

356. Director's Instruction 261, Intermittent Self-Catheterization and Self-Colostomy Management, PLTF-PARSONS-013713-013715

357. ADC Institutional Capacity & Committed Population, October 31, 2012, available at http://www.azcorrections.gov/adc/reports/ capacity/bed_2012/bed_capacity_oct12.pdf.

358. ADC reports and correspondence, ADC028025-ADC028254

359. Health Care Organizational Charts and Vacancies, ADC014034-ADC014051

360. Arizona Vacancies and FTE Percentages – Compared to Contracted Staff Plan (External), August 8, 2011; Rev. 0, ADC016148-ADC016186

361. Death Investigations of Inmates, ADC02949-ADC024982; ADC025110-ADC025138; ADC024171-ADC024221; ADC026930-ADC026955; ADC025140-ADC025171

362. Autopsy Reports from County Medical Examiners, PLTF-PARSONS-001662-002325

363. Wexford Health, Human Resources Job Description, Dental Assistant - Arizona, available at http://jobs.wexfordhealth.com/ careers/dental-jobs.

364. Wexford Health, Solicitation, ADOG12-00001105, ADC014103-ADC016042

365. MH Levels Statistical Summary, July 23, 2012, ADC027759-ADC027768

366. ADC Health Care Staffing Documents, ADC027810-ADC027872, ADC 049045-77

367. Medical and Mental Health Score Inmate Distribution by Complex for FY 2011, PLTF-PARSONS-013203-013204

368. Any Post Orders Relevant to Plaintiffs' claims to be supplemented later.

**I.    Additional Documents**

369. Parsons et al. v. Ryan et al., Class Action Complaint, 2:12-cv-00601-NW (MEA), Document 1, filed 03/22/12.

370. Parsons et al. v. Ryan et al., Answer, 2:12-cv-00601-NVW (MEA), document 30, filed 05/14/12.

371. Arenberg v. Ryan, Summary Judgment Order, 2:10-cv00228-JWS (D. Ariz. October 9, 2012), PLTF-PARSONS-013133-013164

372. PLTF-PARSONS-026017-026035

373. PLTF-PARSONS-026036-026519

374. PLTF-PARSONS-027188-027189

375. PLTF-PARSONS-027192-027268

376. Documents Reflecting Incidents Affecting Recreation and Meals, ADC094500-72

377. Psychotropic Drug Utilization Reports, ADC051295-2212, ADC094265-391, ADC122106-6917, ADC118407-396, ADC094579-832

378. Photographs of Recreation Enclosures for Prisoners in Mental Health Unit, ADC027750, 52, 53

379. Power Point Slide Regarding ADC Suicides, ADC049654

380. Florence Central Unit Information Reports regarding recreation cancellation, ADC084366-72

381. September 2012 ASPC-Eyman Monitoring Report, Sick Call Performance Measures, ADC034917.

382. Significant Incident Reports, ADC089116-391260, ADC048345-78, ADC048411-32

383. Eyman DO #703 Report (April 2011), ADC074367-80

384. Florence DO #703 Report (April 2011), ADC074402-09

385. Description: Food Service Management for All Institutions, ADC077283

386. Compass Food Service Proposal, ADC80806-80811

387. List of all persons currently in isolation, ADC093618-093733

388. List of all nonexhausted grievances between 2011 and 2013 regarding conditions of confinement for persons in isolation. ADC089380-089391

389. Staffing Report, June 2013, ADC055095

390. ADC Pharmacy Expense Reporting FY 12, ADC050860

391. Staffing Report, Phoenix, June 2013, ADC121173

392. Staffing Report. Tucson, June 2013, ADC 121175

393. Mental Health Power Point, ASPC-Florence, ADC027752

394. CU and Kasson Mental Health Programs, ADC084886-920

395. Staffing Report, Florence, June 2013, ADC121170

396. Contract Monitoring Memo, 8/17/12, ADC27797

397. Inmate Suicide Prevention, ADC049646-81

398. ASPC-Perryville Findings, October 2012, ADC036898.

399. MH Levels Statistical Summary as of 06/30/2010, ADC050868

400. MH Levels Statistical Summary  as of 08/09/2011, ADC050869-72

401. MH Levels Statistical Summary as of 07/23/2012, ADC027759-68

402. MH Levels Statistical Summary as of April 15, 2013, ADC083096-105

403. MH Levels Statistical Summaries as of 01/03/2011, 04/04/2011,  07/04/2011, 10/03/2011, 01/02/2012, 04/02/2012, 07/02/2012, 10/01/2012, 01/07/2013, and 04/01/2013, ADC094392-499

404. MH Levels Detail Reports as of April 26, 2013, ADC093734-958

405. ADC Reports regarding incidents that affected meals and/or recreation and occurred in isolation units, ADC092573-645

406. Mental Health recreation enclosures at ASPC-Eyman Browning and SMU I, ADC027750, ADC027752

407. ASPC-Eyman-SMU I diagram as of 2012 showing location of mental health recreation enclosures, ADC027751

408. Mental Health recreation enclosures at ASPC-Florence Kasson Unit, ADC027733

409. Memorandum regarding Recreation Enclosures dated April 29, 2013, ADC094576-77

410. Selected significant incident reports from the following Bates ranges produced in response to Swartz First Request for the Production of Documents, No. 17, ADC094578, ADC108139-207, ADC110442-4357

411. Signs and Symptoms of Mental Disorders Training, ADC089469

412. Meeting with Arizona Governors' Office, November 7, 2012, WEX001-131

413. Staffing Report, Perryville, June 2013, ADC121172

414. Any documents that plaintiffs' will or have produced in Plaintiffs' latest round of supplements to Plaintiffs' responses to Defendants' interrogatories.

415. All other documents referenced in Plaintiff Maryanne Chisholm's Seventh

1      Supplemental Response to Defendant Charles Ryan's First Request for
       Production of Documents and Things.

2  416.   All executive staff and management meeting minutes relevant to Plaintiffs'
3          claims to be supplemented later.

4  417.   Other prisoner medical records from ADC, Corizon or Wexford to be
           supplemented later.

5  418.   All prisoner grievances and grievance summaries relevant to Plaintiffs' claims
6          to be supplemented later.

7  419.   All documents pertinent to Plaintiffs' claims in this matter that shall be
           supplemented in these disclosures forthwith.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

Dated:  June 27, 2014                          **JONES DAY**

4

5                                              By:  /s/ Caroline Mitchell
                                                   Caroline Mitchell (Cal. 143124)*
6                                                  Amir Q. Amiri (Cal. 271224)*
                                                   555 California Street, 26th Floor
7                                                  San Francisco, California 94104
                                                   Telephone:  (415) 875-5712
8                                                  Email:    cnmitchell@jonesday.com

9                                                            aamiri@jonesday.com

10                                             *Admitted *pro hac vice*

11                                             Daniel Pochoda (Bar No. 021979)
                                               James Duff Lyall (Bar No. 330045)*
12                                             **ACLU FOUNDATION OF
                                               ARIZONA**
13                                             3707 North 7th Street, Suite 235
                                               Phoenix, Arizona 85013
14                                             Telephone:  (602) 650-1854
                                               Email:    dpochoda@acluaz.org
15                                                        jlyall@acluaz.org

16                                             *Admitted pursuant to Ariz. Sup. Ct.
                                               R. 38(f)
17
                                               Donald Specter (Cal. 83925)*
18                                             Alison Hardy (Cal. 135966)*
                                               Sara Norman (Cal. 189536)*
19                                             Corene Kendrick (Cal. 226642)*
                                               Warren George (Cal. 53588)*
20                                             **PRISON LAW OFFICE**
                                               1917 Fifth Street
21                                             Berkeley, California 94710
                                               Telephone:  (510) 280-2621
22                                             Email:    dspecter@prisonlaw.com
                                                         ahardy@prisonlaw.com
23                                                       snorman@prisonlaw.com
                                                         ckendrick@prisonlaw.com
24                                                       wgeorge@prisonlaw.com

25                                             *Admitted *pro hac vice*

26

27

28

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org
           aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           keidenbach@perkinscoie.com
           jhgray@perkinscoie.com
           mdumee@perkinscoie.com
           jpeters@perkinscoie.com

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
           tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:    kmamedova@jonesday.com
          jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Dustin Brislan; Sonia
Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte
Wells, on behalf of themselves and all others
similarly situated*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

3

I hereby certify that on June 27, 2014, I e-mailed a copy of the above document to

4

the following parties:

5

Michael E. Gottfried
Katherine E. Watanabe

6

Lucy M. Rand
Assistant Arizona Attorneys General

7

Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov

8

Lucy.Rand@azag.gov

9

Daniel P. Struck
Kathleen L. Wieneke

10

Timothy J. Bojanowski
Rachel Love

11

Nicholas D. Acedo
Ashlee B. Fletcher

12

Anne M. Orcutt
Jacob B. Lee

13

STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com

14

kwieneke@swlfirm.com
tbojanowski@swlfirm.com

15

rlove@swlfirm.com
nacedo@swlfirm.com

16

afletcher@swlfirm.com
aorcutt@swlfirm.com

17

jlee@swlfirm.com

18

*Attorneys for Defendants*

19

Asim Varma

20

Sarah Kader
J.J. Rico

21

Jessica Jansepar Ross
ARIZONA CENTER FOR DISABILITY LAW

22

avarma@azdisabilitylaw.org
skader@azdisabilitylaw.org

23

jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org

24

*Attorneys for Plaintiff Arizona Center for Disability Law*

25

26

27

/s/ Lillian Wong
Lillian Wong

28

SFI-863410v1

-4-

## ATTACHMENT 2

| | |
|---|---|
| **From:** | Somner, Christy <Christy.Somner@CorizonHealth.com> |
| **Sent:** | Tuesday, March 04, 2014 3:02 PM |
| **To:** | HEADSTREAM, VANESSA; Mastopietro, Brenda |
| **Cc:** | PRATT, RICHARD; Jansen, Mark |
| **Subject:** | RE: Negatrive findings at SMUi and Browning |

Hi Vanessa,
It is concerning that we are finding these practices are continuing is some areas. Eyman just had a supervisor staff meeting discussing these findings. I will be asking Donna to follow Eyman complex over the next 3 months with a focused audit on their med rooms.

Christy Somner RN, MSN-ED, CARN
Arizona Regional Director of Nursing

Phone: 480.897.9515 REDACTED
BB: REDACTED

---

**From:** HEADSTREAM, VANESSA [VHEADST@azcorrections.gov]
**Sent:** Tuesday, March 04, 2014 2:14 PM
**To:** Somner, Christy; Mastopietro, Brenda
**Cc:** PRATT, RICHARD; Jansen, Mark
**Subject:** FW: Negatrive findings at SMUi and Browning

Christy,

Please review the attachments and below email and let me know your thoughts on the information provided.

*Regards,*

*Vanessa Headstream, CRN, CCHP*
*Health Services Monitoring Bureau*
*Audit Nurse Coordinator*
*(623)256-4743*

**From:** BARTRUFF, BRYCE
**Sent:** Tuesday, March 04, 2014 1:55 PM
**To:** HEADSTREAM, VANESSA; CAMPBELL, KATHLEEN
**Cc:** MUSSON, MATTHEW; bryce bartruff; BENDER, STEVE
**Subject:** Negatrive findings at SMUi and Browning

Vanessa and Kathy,

The complex is having some issues with email this morning.  This is my third email to draft in regard to this issue.  If another email shows up – the redundancy is due to my computer acting up.

As a result of the issue of the DON finding a large number of HNRs and medication in envelopes hidden in Meadows; yesterday I conducted an audit for such on each of the other unites.

1


REDACTED

AGA_Review_00115403

SMU 1

On SMU1 I found a stash of medication in drawers in the medication room that had no IM identification on them. Five had the medication name and dosage removed. I isolated the medication and immediately contacted the FHA and DON providing them with my finding and photos. We met this morning with the Deputy Warden of Operations to discuss the issue. Corizon is following up on this and indicated they will provide a report of their findings along with follow up actions.

BROWNING

My audit of the Browning Unit produced a box with envelops containing medication that had not been passed and had not been disposed of properly. They were in a box which I sealed and isolated after taking the attached photos. I immediately contacted the FHA and DON providing them with my findings and photos. We met this morning with the Deputy Warden of Operations to discuss the issue. Corizon is following up on this and indicated they will provide a report of their findings along with follow up actions.

*Bryce*

2

REDACTED

# ATTACHMENT 3

| | |
|---|---|
| **From:** | RESPICIO-MORIARTY, JULIET <JRESPICI@azcorrections.gov> |
| **Sent:** | Sunday, December 15, 2013 6:56 PM |
| **To:** | MATTHEW HARVEY; SCHROEDER, THERESE; CAMPBELL, KATHLEEN; BEDOYA, MARLENA; DUMKRIEGER, TRUDY; PRATT, RICHARD; FAY, STACI; JACOBS, ANNA |
| **Cc:** | 'Sims, Laura'; 'Jones, Joanna'; 'Porter, Tamara'; 'Mastopietro, Brenda'; 'Williams, Winfred'; 'Somner, Christy' |
| **Subject:** | RE: REDACTED |

Thanks.  I will also speak with hospital staff in the morning and request copies of lab reports.  I will keep you updated. I think inmate and staff are ok at this time.

-----Original Message-----
From:   Harvey, Matthew [mailto:Matthew.Harvey@corizonhealth.com]
Sent:   Sunday, December 15, 2013 06:05 PM US Mountain Standard Time
To:     SCHROEDER, THERESE; RESPICIO-MORIARTY, JULIET; CAMPBELL, KATHLEEN; BEDOYA, MARLENA; DUMKRIEGER, TRUDY; PRATT, RICHARD; FAY, STACI; JACOBS, ANNA
Cc:     Sims, Laura; Jones, Joanna; Porter, Tamara; Mastopietro, Brenda; Williams, Winfred; Somner, Christy
Subject:RE: REDACTED

Hello All,

I spoke with the Dialysis Manger and she assured me that the machines are thoroughly disinfected after each use.  Single use supplies are used with each patient on the diaysis machines.    Viral meningitis is typically the type of meningitis that is contagious and not bacterial.  At this time the Dialysis Manager has not raised any concerns.  We will look into this even more thoroughly in the morning.  Also, I left a msg for Chardonnays regional director in case there are any other items that need to be considered.    I emailed the the UM Case manager but haven't heard back yet.  I am are all over this and I will send you any updates I receive.

Matthew Harvey

Facility Health Administrator

ASPC – Tucson REDACTED

Phone: 520.574.0024 REDACTED

Fax: 520.574.7307

1

REDACTED

10000 South Wilmot | Tucson, AZ 85706

E-Mail: matthew.harvey@corizonhealth.com

www.corizonhealth.com <http://www.corizonhealth.com/>

From: SCHROEDER, THERESE [mailto:TSCHROED@azcorrections.gov]
Sent: Sunday, December 15, 2013 5:09 PM
To: RESPICIO-MORIARTY, JULIET; CAMPBELL, KATHLEEN; BEDOYA, MARLENA; DUMKRIEGER, TRUDY; PRATT, RICHARD; Harvey, Matthew; FAY, STACI; JACOBS, ANNA
Subject: Fwd: REDACTED

All please review and advise.

Sent from my Verizon Wireless 4G LTE DROID

-------- Original Message --------
Subject: Re: REDACTED
From: "TRUJILLO, ERNEST" <ETRUJILL@azcorrections.gov>
To: "MEEHAN, PATRICK" <PMEEHAN@azcorrections.gov>
CC: "SCHROEDER, THERESE" <TSCHROED@azcorrections.gov>,"JACOBS, ANNA" <AJACOBS@azcorrections.gov>,"JOSEFOWICZ, CHRISTOPHER" <CJOSEFOW@azcorrections.gov>,"LUNDBERG, DANIAL" <DLUNDBER@azcorrections.gov>,"SIMPSON, RUSSELL" <RSIMPSON@azcorrections.gov>,"MEEHAN, PATRICK" <PMEEHAN@azcorrections.gov>,MATTHEW HARVEY <Matthew.Harvey@corizonhealth.com>,"Sims, Laura" <Laura.Sims@corizonhealth.com>,"PATTON, ROBERT" <RPATTON@azcorrections.gov>

We need to have Harvey and Juliet Respicio-Moriarty ived ASAP! Keep me posted.

Sent from my iPhone

On Dec 15, 2013, at 15:38, "MEEHAN, PATRICK" <PMEEHAN@azcorrections.gov> wrote:

This inmate is in UMC South, in ICU, being prepped for transport to UMC Main Campus for an ICU bed. The inmate has a blood born bacteria possibly meningitis or initial stages of meningitis. He is a normal housing 6 inmate with multiple medical issues to include being a regular dialysis patient. I will be forwarding information to Mr. Harvey, Ms.

2

REDACTED

Simms, and Ms. Porter so they can review for any possibility of contamination of the dialysis equipment and/or any possibility of the illness spreading to the other inmates in house 6.

If I get any additional updates from the hospital I will advise, but for now he is on life support, but stable at the moment.

DW S. Fay – Tucson ADO

ASPC-T-Rincon & Minors

Lt Patrick Meehan

Swingshift Shift Commander

ASPC-T-Complex

520-574-0024 REDACTED

3

REDACTED