IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No. CV-12-0601-PHX-NVW<br><br>**ORDER** |

The Court, having reviewed Defendants' Motion for Leave to File Under Seal (Doc. 1046), and good cause appearing,

IT IS HEREBY ORDERED granting the Motion for Leave to File Under Seal (Doc. 1046).

IT IS FURTHER ORDERED directing the Clerk's Office to file under seal Defendants' proposed lodged (unredacted) Reply in Support of Motion for Summary Judgment (Doc. 1047).

Dated this 29th day of July, 2014.

_____
Neil V. Wake
United States District Judge