UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE THE COURT'S PREVIOUS ORDER (DOC. 923) REGARDING PRODUCTION OF DEATH RECORDS** |

The Court having reviewed Plaintiffs' Motion to Enforce the Court's Previous Order (Doc. 923) Regarding Production of Death Records (Doc. ___) and the evidence submitted in support of the briefing, and good cause appearing,

IT IS ORDERED that Plaintiffs' Motion is GRANTED, and Defendants are hereby ORDERED to produce to Plaintiffs no later than August 15, 2014, the completion of the production of ALL death records for prisoners who died between September 27, 2013 and April 1, 2014.  This includes ALL internal investigation reports into the deaths of prisoners who died between September 27, 2013 and April 1, 2014.