Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
         jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
         avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **DECLARATION OF CORENE KENDRICK IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE COURT'S PREVIOUS ORDER (DOC. 923) REGARDING PRODUCTION OF DEATH RECORDS** |

78204-0001/LEGAL122932228.1

I, Corene Kendrick, declare:

1. I am an attorney licensed to practice in the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this case. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. On June 24, 2014, I was among Plaintiffs' counsel who held a telephonic meet and confer with counsel for Defendants regarding deficiencies in their production of discovery that was ordered by the Court to be completed by June 13, 2014. We discussed Defendants' position that Plaintiffs' request for "death records" did not include investigative reports into prisoners' deaths, despite Plaintiffs' longstanding inclusion of investigative reports into the definition of "death records." Tim Bojanowski, counsel for Defendants, stated they would reconsider their position and get back to us regarding the issue. I drafted a confirming letter on June 25, 2014, memorializing the meet-and-confer, which was attached as Exhibit 3 to Doc. 994-1, filed with the Court on July 3, 2014.

3. Neither Mr. Bojanowski, nor any other attorney for Defendants, contacted Plaintiffs' counsel between June 24 and July 24, 2014, regarding their position on producing the investigative reports.

4. Attached hereto as Exhibit 1 is a true and correct copy of a letter dated July 18, 2014, signed by Mr. Bojanowski and sent via U.S. Mail to my office. In the normal course of business at the Prison Law Office, the administrative staff stamp all mail as "Received" the same day it is received in the office. The letter is stamped received on July 23, 2014.

5. Attached hereto as Exhibit 2 is a true and correct copy of a letter sent via email on July 24, 2014, by David Fathi, counsel for Plaintiffs, to Mr. Bojanowski, regarding the failure to include investigative reports with the production of death records on July 18, 2014.

6. Attached hereto as Exhibit 3 is a true and correct copy of a letter sent via email to Mr. Fathi by Mr. Bojanowski on July 25, 2014.

78204-0001/LEGAL122932228.1

7. Attached hereto as Exhibit 4 are true and correct copies of emails I sent to Mr. Bojanowski on July 29, 2014 and July 31, 2014, requesting a meet and confer to discuss the production of death records.

8. On August 1, 2014, I was among Plaintiffs' counsel who held a telephonic meet and confer with counsel for Defendants. On the call, Mr. Bojanowski stated that he agreed the parties were at an impasse, and Defendants would not produce investigative reports pursuant to the Court's order, for the reasons specified in his July 25, 2014 letter. That same day I sent an email to Mr. Bojanowski confirming the substance of the meet and confer. A true and correct copy of that email is attached hereto as Exhibit 5.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed the 4th of August, 2014, in Berkeley, California.

                                              *s/ Corene Kendrick*
                                              Corene Kendrick

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          wgeorge@prisonlaw.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| 2 | Amelia M. Gerlicher (Bar No. 023966) |
|   | Kirstin T. Eidenbach (Bar No. 027341) |
| 3 | John H. Gray (Bar No. 028107) |
|   | Matthew B. du Mée (Bar No. 028468) |
| 4 | Jerica L. Peters (Bar No. 027356) |

**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
keidenbach@perkinscoie.com
jhgray@perkinscoie.com
mdumee@perkinscoie.com
jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
afettig@npp-aclu.org
aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
| | Amir Q. Amiri (Cal. 271224)* |
| 2 | **JONES DAY** |
| | 555 California Street, 26th Floor |
| 3 | San Francisco, California 94104 |
| | Telephone: (415) 875-5712 |
| 4 | Email: cnmitchell@jonesday.com |
| | aamiri@jonesday.com |
| 5 | |
| | *Admitted *pro hac vice* |
| 6 | |
| | John Laurens Wilkes (Tex. 24053548)* |
| 7 | Taylor Freeman (Tex. 24083025)* |
| | **JONES DAY** |
| 8 | 717 Texas Street |
| | Houston, Texas 77002 |
| 9 | Telephone: (832) 239-3939 |
| | Email: jlwilkes@jonesday.com |
| 10 | tfreeman@jonesday.com |
| 11 | *Admitted *pro hac vice* |
| 12 | Kamilla Mamedova (N.Y. 4661104)* |
| | Jennifer K. Messina (N.Y. 4912440)* |
| 13 | **JONES DAY** |
| | 222 East 41 Street |
| 14 | New York, New York 10017 |
| | Telephone: (212) 326-3498 |
| 15 | Email: kmamedova@jonesday.com |
| | jkmessina@jonesday.com |
| 16 | |
| | *Admitted *pro hac vice* |
| 17 | |
| | Kevin Brantley (Cal. 251886)* |
| 18 | **JONES DAY** |
| | 3161 Michelson Drive, Suite 800 |
| 19 | Irvine, California 92612 |
| | Telephone: (949) 851-3939 |
| 20 | Email: kcbrantley@jonesday.com |
| 21 | *Admitted *pro hac vice* |
| 22 | *Attorneys for Plaintiffs Shawn Jensen;* |
| | *Stephen Swartz; Dustin Brislan; Sonia* |
| 23 | *Rodriguez; Christina Verduzco; Jackie* |
| | *Thomas; Jeremy Smith; Robert Gamez;* |
| 24 | *Maryanne Chisholm; Desiree Licci; Joseph* |
| | *Hefner; Joshua Polson; and Charlotte* |
| 25 | *Wells, on behalf of themselves and all others* |
| | *similarly situated* |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Sarah Kader (Bar No. 027147) |
| 2 | Asim Varma (Bar No. 027927) |
|   | **ARIZONA CENTER FOR** |
|   | **DISABILITY LAW** |
| 3 | 5025 East Washington Street, Suite 202 |
|   | Phoenix, Arizona 85034 |
| 4 | Telephone: (602) 274-6287 |
|   | Email:   skader@azdisabilitylaw.org |
| 5 |            avarma@azdisabilitylaw.org |
| 6 | J.J. Rico (Bar No. 021292) |
|   | Jessica Jansepar Ross (Bar No. 030553) |
| 7 | **ARIZONA CENTER FOR** |
|   | **DISABILITY LAW** |
| 8 | 100 N. Stone Avenue, Suite 305 |
|   | Tucson, Arizona 85701 |
| 9 | Telephone: (520) 327-9547 |
|   | Email:   jrico@azdisabilitylaw.org |
| 10 |            jross@azdisabilitylaw.org |
| 11 | *Attorneys for Arizona Center for Disability Law* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

                              s/ S. Neilson