Fox Joseph Salerno
CDOC #164490
P.O. Box 6000
Sterling, CO. 80751
IN Pro Se

```
┌─────────────────────────────────┐
│ √ FILED      ___ LODGED          │
│ ___ RECEIVED ___ COPY            │
│                                  │
│        AUG 0 4 2014              │
│                                  │
│ CLERK U S DISTRICT COURT         │
│    DISTRICT OF ARIZONA           │
│ BY_____ DEPUTY        │
└─────────────────────────────────┘
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| Parsons, et al., | ) | NO:  CV 12-00601-PHX-NVW |
| Plaintiffs, | ) | |
|  | ) | |
|  | ) | |
| vs. | ) | MOTION TO CONSOLIDATE |
|  | ) | (Rule 42.1) |
| Charles L. Ryan, et al., | ) | |
| Defendants. | ) | |
|  | ) | |

Fox Salerno is the Plaintiff in Salerno v. Morris, (CV 13-01665 PHX-ROS(BSB) which deals with medical neglect and treatments within ADOC, and Salerno v. State of Arizona, (CV 13-2250 PHX-ROS(BSB) which deals with being classified and placed in isolation for over 10 yrs.

As Salerno's two cases deal with the exact same issues as this cause, and Salerno is technically a part of the class already, for judicial economy it would be best to consolidate his two cases with this class. However, Salerno's requested relief must be sought separately in the class action as he seeks personal compensation which the class action only allows lawyers and named plaintiffs to be compensated.

The court would also need to order the attorneys for the class to represent Salerno and his intersts and to incorporate the two cases in trial prep.

RESPECTFULLY SUBmitted this 3ʳᵈ day of July 2014.

_Fox Salerno_
Fox Salerno

Copy mailed this 30ᵗʰ day of July 2014 to:
AZ Attorney General - Counsel for Def in Parsons' case.
AZ Attorney General - Neil Singh
Notices filed in Salerno's two cases

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE L.R.Cv.P 5.4
(Rule Number/Section)