CV-13-01665-PHX-ROS (BSB)
CV-13-02250-PHX-ROS (LOA)
CV-12-00601-PHX-NVW

July 30, 2014

Clerk,

① These 3 filings are for 3 different cases, be sure they are filed in correct cases.

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

     AUG 0 4 2014

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

② I filed Notice of change of address for Salerno v. Morris CV13-01665 PHX-ROS (BSB), however, you are still sending to my old address. Please change to new address:

Fox Joseph Salerno
CDoc #164490
P.O. Box 6000
Sterling, CO. 80751