1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | |
| vs. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has reviewed Plaintiffs' Motion to Enforce (Doc. 1056).  Defendants must respond to the motion no later than Wednesday, August 6, 2014, at 5:00 p.m., and Plaintiffs may reply no later than Thursday, August 7, 2014, at 5:00 p.m.  Defendants should address the timeline presented in Plaintiffs' motion and whether prior disclosure of death records included investigative reports.

**IT IS THEREFORE ORDERED that** Defendants may file a response to Plaintiffs' Motion to Enforce (Doc. 1056) no later than 5:00 p.m. on Wednesday, August 6, 2014.  Plaintiffs may file a reply no later than 5:00 p.m. on Thursday, August 7, 2014.

Dated this 5th day of August, 2014.

Neil V. Wake
United States District Judge