IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MATTER - GENERAL

Phoenix/Prescott Division

Case No.:  CV-12-0601-PHX-NVW              DATE:  August 5, 2014

Title:  Parsons et al v. Ryan et al.

---

HONORABLE DAVID K. DUNCAN (70BL)

Deputy Clerk:              A. Herrera
Court Reporter/ECR:        N/A

**APPEARANCES:**
Corene Kendrick, Daniel Barr, David Fathi, Donald Spector, John Gray, Kirstin Eidenbach, and Sarah Kader for Plaintiffs

Daniel Struck, Kathleen Wieneke, Lucy Rand, Michael Gottfried, and Dawn Northup for and with Defendant Charles Ryan, Richard Pratt and Dr. Taylor

---

PROCEEDINGS:     _____ Open Court     _X_ Chambers     _____ Other

Settlement conference held.  Settlement not reached.


Time in court:  5 hrs. 45 mins.
Begin:  9:00 am  -  End:  12:15 pm
Begin:  1:00 pm  -  End:  3:30 pm