1 | Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
2 | **ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
3 | Phoenix, Arizona 85013
Telephone: (602) 650-1854
4 | Email: dpochoda@acluaz.org
         jlyall@acluaz.org
5 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**MOTION TO STRIKE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY (DOC. 1061) PURSUANT TO LOCAL RULE 7.2(M)** |

78204-0001/LEGAL122964073.1

1    The Court should strike Defendants' Notice of Supplemental Authority
2 [Doc. 1061] because it does not provide "supplemental authority" and instead constitutes
3 an improper and untimely sur-reply in support of their already-submitted Motion for
4 Summary Judgment. As such, the notice of supplemental authority is not authorized by
5 any statute, rule, or court order. *See* LRCiv 7.2(m).

6    The Court set a firm deadline for dispositive motions. [Docs. 871, 962]
7 Defendants' Motion for Summary Judgment was fully briefed on July 28, 2014, and
8 argued on July 30, 2014. After argument, the motion was taken under advisement by the
9 court. [Doc. 1053 (minute entry); *see also* 7/30/14 Hg. Tr. at 67:20-21] Now Defendants
10 seek to submit a "notice of supplemental authority" which contains *seven new legal*
11 *arguments* about why they believe Plaintiffs lack standing, with no justification for why
12 these arguments were not timely made in their motion. The notice does not contain *any*
13 citations to evidence or legal authority that could not have been presented in briefing or at
14 argument; instead, it simply raises new standing arguments that were required to be
15 raised in the already-submitted motion, and attempts to answer again questions posed by
16 the Court at the hearing, as to which Defendants have already had a full and fair
17 opportunity to respond.

18    Defendants did not seek leave to file this new brief, and doing so now is clearly
19 improper. The Local Rules permit a reply memorandum to be filed seven days after
20 service of a responsive memorandum (LRCiv 7.2(d)), but do not authorize a sur-reply.
21 *Springer v. AARP Inv. Program Scudder Inv*., CIV07-0650-PHX-RCB, 2008 WL
22 906452, *1 (D. Ariz. Mar. 31, 2008) ("Neither the Local Rules of Practice for the District
23 of Arizona, nor the Federal Rules of Civil Procedure allow for sur-replies. As this court
24 has previously indicated, it 'sees no reason to extend briefing beyond that contemplated
25 in the federal rules and local rules governing civil procedure.'") (quoting *Scottsdale*
26 *Capital Advisors Corp. v. Renegade Promotions, LLC*, 2006 WL 2032805, at *5 n. 2 (D.
27 Ariz. 2006)). Permitting such improper sur-reply would be fundamentally unfair to
28

78204-0001/LEGAL122964073.1

1 Plaintiffs, who have never had an opportunity to submit a brief addressing the arguments
2 raised therein.

3 While courts may sometimes consider new authority where there is a good faith
4 reason it was not presented at the time of the hearing, Defendants' "notice of
5 supplemental authority" does not even purport to contain such authority. Indeed, the
6 authority cited therein all pre-date the briefing and hearing in this case. What is more, the
7 new arguments raised in Defendants' brief are wrong, and if the Court were to consider
8 them, it must give Plaintiffs a full and fair opportunity to respond to each of the seven
9 new arguments raised in the "notice of supplemental authority," as well as the
10 opportunity to demonstrate that:

11 (1) Plaintiffs have standing because:
12 a. in this case, the named Plaintiffs' claim is that they were exposed to "a
13 substantial risk of serious harm by the challenged policies and
14 practices." *Parsons v. Ryan*, ___ F.3d ___, 2014 WL 2523682, at *19
15 (9th Cir. June 5, 2014);
16 b. there is substantial record evidence showing that every Plaintiff was and
17 continues to be exposed to a substantial risk of serious harm; and
18 c. an "allegation of future injury" is sufficient to confer standing if there is
19 a "'substantial risk' that the harm will occur." *Susan B. Anthony List v.*
20 *Driehaus*, 573 U.S. -- (2014) (slip op. at 8) (citations omitted).
21 (2) Under binding Ninth Circuit precedent, the Court may not decertify the
22 class.

23 Defendants have had more than fair opportunity to present and argue their
24 standing contentions in their summary judgment motion. Their motion utterly failed to
25 demonstrate that Plaintiffs lack standing—indeed, it did not even specify which Plaintiffs
26 they believe lack standing. They should not be permitted to make new standing
27 arguments now, and their notice of supplemental authority should be stricken.
28

| | | |
|---|---|---|
| 1 | Dated:  August 6, 2014 | **PRISON LAW OFFICE** |
| 2 | | By:  *s/ Donald Specter* |
| 3 | | Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)* |
| 4 | | Sara Norman (Cal. 189536)*<br>Corene Kendrick (Cal. 226642)* |
| 5 | | Warren E. George (Cal. 53588)*<br>**PRISON LAW OFFICE** |
| 6 | | 1917 Fifth Street<br>Berkeley, California 94710 |
| 7 | | Telephone:  (510) 280-2621<br>Email:     dspecter@prisonlaw.com |
| 8 | | ahardy@prisonlaw.com<br>snorman@prisonlaw.com |
| 9 | | ckendrick@prisonlaw.com<br>wgeorge@prisonlaw.com |
| 10 | | *Admitted *pro hac vice* |
| 11 | | Daniel Pochoda (Bar No. 021979) |
| 12 | | James Duff Lyall (Bar No. 330045)*<br>**ACLU FOUNDATION OF ARIZONA** |
| 13 | | 3707 North 7th Street, Suite 235 |
| 14 | | Phoenix, Arizona 85013<br>Telephone:  (602) 650-1854 |
| 15 | | Email:     dpochoda@acluaz.org<br>jlyall@acluaz.org |
| 16 | | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |
| 17 | | |
| 18 | | David C. Fathi (Wash. 24893)*<br>Amy Fettig (D.C. 484883)** |
| 19 | | Ajmel Quereshi (Md. 28882)**<br>**ACLU NATIONAL PRISON PROJECT** |
| 20 | | 915 15th Street N.W., 7th Floor |
| 21 | | Washington, D.C. 20005<br>Telephone:  (202) 548-6603 |
| 22 | | Email:     dfathi@npp-aclu.org<br>afettig@npp-aclu.org |
| 23 | | aquereshi@npp-aclu.org |
| 24 | | *Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts. |
| 25 | | **Admitted *pro hac vice* |
| 26 | | |
| 27 | | |
| 28 | | |

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:    dbarr@perkinscoie.com
              agerlicher@perkinscoie.com
              keidenbach@perkinscoie.com
              jhgray@perkinscoie.com
              mdumee@perkinscoie.com
              jpeters@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:    cnmitchell@jonesday.com
              aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:    jlwilkes@jonesday.com
              tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:    kmamedova@jonesday.com
              jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email:   kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   *s/ Sarah Kader*
Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   skader@azdisabilitylaw.org
            avarma@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:   jrico@azdisabilitylaw.org
            jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

78204-0001/LEGAL122964073.1                    -5-

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf