Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON  SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **DECLARATION OF CORENE KENDRICK** |

78204-0001/LEGAL122978590.1

I, Corene Kendrick, declare:

1. I am an attorney licensed to practice in the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this case. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of correspondence from Ashlee Fletcher, Counsel for Defendants, to Counsel for Plaintiffs, dated August 5, 2014 and sent to Plaintiffs' counsel by Ms. Fletcher's assistant on August 6, and a response sent by me on August 6, regarding the parties' August 1, 2014 meet and confer. As I stated in my letter, Plaintiffs' counsel never stated during the August 1, 2014 meet and confer that we would bring this dispute to the Court's attention in a joint discovery statement, nor did we tell Defendants' counsel that we would send them our section of the brief before filing it. My co-counsel Caroline Mitchell was with me on the phone during this meet and confer and neither she nor I made such a statement.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Criminal Investigations Unit (CIU) report regarding the death of prisoner Larry Brown, with security information redacted and Bates stamped ADC032267-32275

4. Attached hereto as Exhibit 3 is a true and correct copy of the Administrative Investigations Unit (AIU) report regarding the death of prisoner Phillip Hamlin, with security information redacted and Bates stamped ADC024775-24879.

5. Attached hereto as Exhibit 4 is a true and correct copy of the CIU report regarding the suicide of prisoner Otto Munster, with security information redacted and Bates stamped ADC193394-193498

I declare under the penalty of perjury that the foregoing is true and correct.

Executed the 7th of August, 2014, in Berkeley, California.

    *s/ Corene Kendrick*
Corene Kendrick

78204-0001/LEGAL122978590.1

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         wgeorge@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         keidenbach@perkinscoie.com
         jhgray@perkinscoie.com
         mdumee@perkinscoie.com
         jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaz.org
         jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
afettig@npp-aclu.org
aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
aamiri@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com
tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: kmamedova@jonesday.com
jkmessina@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | Kevin Brantley (Cal. 251886)* |
| | **JONES DAY** |
| 2 | 3161 Michelson Drive, Suite 800 |
| | Irvine, California 92612 |
| 3 | Telephone: (949) 851-3939 |
| | Email:   kcbrantley@jonesday.com |
| 4 | |
| | *Admitted *pro hac vice* |
| 5 | |
| | *Attorneys for Plaintiffs Shawn Jensen;* |
| 6 | *Stephen Swartz; Dustin Brislan; Sonia* |
| | *Rodriguez; Christina Verduzco; Jackie* |
| 7 | *Thomas; Jeremy Smith; Robert Gamez;* |
| | *Maryanne Chisholm; Desiree Licci; Joseph* |
| 8 | *Hefner; Joshua Polson; and Charlotte* |
| | *Wells, on behalf of themselves and all others* |
| 9 | *similarly situated* |
| 10 | Sarah Kader (Bar No. 027147) |
| | Asim Varma (Bar No. 027927) |
| 11 | **ARIZONA CENTER FOR** |
| | **DISABILITY LAW** |
| 12 | 5025 East Washington Street, Suite 202 |
| | Phoenix, Arizona 85034 |
| 13 | Telephone: (602) 274-6287 |
| | Email:   skader@azdisabilitylaw.org |
| 14 |        avarma@azdisabilitylaw.org |
| 15 | J.J. Rico (Bar No. 021292) |
| | Jessica Jansepar Ross (Bar No. 030553) |
| 16 | **ARIZONA CENTER FOR** |
| | **DISABILITY LAW** |
| 17 | 100 N. Stone Avenue, Suite 305 |
| | Tucson, Arizona 85701 |
| 18 | Telephone: (520) 327-9547 |
| | Email:   jrico@azdisabilitylaw.org |
| 19 |        jross@azdisabilitylaw.org |
| 20 | *Attorneys for Arizona Center for Disability Law* |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

78204-0001/LEGAL122978590.1            -4-

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

        s/ S. Neilson