**Index of Exhibits to Declaration of Corene Kendrick In Support
Of Plaintiffs' Reply In Support Of Motion To Enforce The Court's Previous
Order (Doc. 923) Re Production Of Death Records**

Exhibit 1:     Letter dated August 5, 2014 but sent August 6, 2014 from Ashlee Fletcher to Counsel for Plaintiffs and response letter dated August 6, 2014 from Corene Kendrick

Exhibit 2:     Criminal Investigations Unit Report regarding the death of Larry Brown

Exhibit 3:     Administrative Investigations Unit Report regarding the death of Phillip Hamlin

Exhibit 4:     Criminal Investigations Unit Report regarding the suicide of Otto Munster

# Exhibit 1

**Corene Kendrick**

**From:** Amy Bender
**Sent:** Wednesday, August 06, 2014 10:01 AM
**To:** skader@azdisabilitylaw.org; cnmitchell@jonesday.com; dspecter@prisonlaw.com; dfathi@npp-aclu.org; agerlicher@perkinscoie.com; ckendrick@prisonlaw.com
**Cc:** Michael E. Gottfried; Lucy Rand; Kelly Dudley; Parsons Team
**Subject:** Parsons, et al. v. Ryan, et al. - Correspondence
**Attachments:** 20140806 LT PLF Counsel re MOT to Enforce Death Records.pdf

Counsel,

Please see the attached letter from Ashlee Fletcher.

Thank you,
Amy Bender



**Amy Bender**
Legal Assistant to Ashlee B. Fletcher,
Anne M. Orcutt, and Kevin L. Nguyen
Direct: (480) 420-1638
abender@swlfirm.com
www.swlfirm.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com



STRUCK WIENEKE & LOVE                    3100 West Ray Road, Suite 300  Chandler, Arizona 85226  **480.420.1600**  swlfirm.com

August 5, 2014

**<u>VIA EMAIL ONLY</u>**

Daniel P. Struck
Partner

Kathleen L. Wieneke
Partner

Rachel Love
Partner

Timothy J. Bojanowski
Partner

Christina Retts
Partner

Jamie D. Guzman
Associate

Nicholas D. Acedo
Associate

Tara B. Zoellner
Associate

Amy L. Nguyen
Associate

Ashlee B. Fletcher
Associate

Anne M. Orcutt
Associate

Kevin L. Nguyen
Associate

Jacob B. Lee
Associate

Mark A. Bracken
Associate

David C. Lewis
Of Counsel

Sarah Kader:  skader@azdisabilitylaw.org
Caroline N. Mitchell:  cnmitchell@jonesday.com
Donald Specter:  dspecter@prisonlaw.com
David C. Fathi:  dfathi@npp-aclu.org
Amelia Gerlicher: agerlicher@perkinscoie.com

Re:     Parsons, et al. v. Ryan and Pratt
        U.S. District Court of Arizona; 2:12-cv-00601

Dear Counsel:

        On August 4, 2014, Plaintiffs filed a "Motion to Enforce Court's Prior Order Regarding Death Records." (Dkt. 1056). This is contrary to how the parties agreed to handle this issue. During the August 1, 2014 meet-and-confer, and after the parties believed they were at an impasse, you stated you would send Defendants your "portion" of the dispute, confirming that the dispute would be brought appropriately to the Court jointly as a one-page dispute. Instead, without any prior warning to Defendants, Plaintiffs unilaterally filed a motion.

        Your circumvention of the discovery process is significant as it deprived Defendants of the opportunity to review Plaintiffs' position and legal authority, and respond accordingly. By bypassing this final step in the discovery process, you failed to complete the meet-and-confer process imposed by this Court.

        **Defendants therefore demand that Plaintiffs withdraw their motion today by 1:00 p.m. Arizona time.** If Plaintiffs refuse to do so, Defendants will inform the Court of Plaintiffs' refusal, circumvention of the discovery dispute process, and Plaintiffs' continued disregard for the processes imposed by the Court. If you withdraw your motion, Defendants will provide you our portion of the one-page dispute by noon tomorrow, and we can file it with the Court jointly by 4:00 p.m.

                                    Sincerely,

                                    Ashlee B. Fletcher

                                    Ashlee B. Fletcher
                                    For the Firm

Counsel of Record
August 6, 2014
Page 2

ABF/ab
2935234.1

cc:    Michael E. Gottfried
       Kelly Dudley
       Lucy Rand



PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Rebekah Evenson
Steven Fama
Warren George
Penny Godbold
Alison Hardy
Corene Kendrick
Kelly Knapp
Millard Murphy
Lynn Wu

**VIA EMAIL ONLY**

August 6, 2014

Ms. Ashlee Fletcher
Struck Wieneke & Love
3100 W. Ray Rd. Ste. 300
Chandler, AZ 85226
afletcher@swlfirm.com

RE:  *Parsons v. Ryan*
Plaintiffs' Motion to Enforce Court's Order

Dear Ms. Fletcher,

I write in response to your letter dated yesterday that was emailed by your assistant to Plaintiffs' counsel at 10:01 am today demanding we withdraw our motion to enforce the past court's order regarding the production of death records (Doc. 1056) no later than 1:00 pm today, or else you will tell the Court that we somehow refused to abide by its procedures for resolving discovery disputes.

Your letter is incorrect and conjures out of thin air statements that Plaintiffs' counsel never made at the meet and confer.  At no time during the August 1, 2014 phone call did Counsel for Plaintiffs *ever* state that we were going to send you "our portion" of the dispute or even that we were going to file a "one pager."  This is patently false.

The reason why we never made these statements is simple:  it is because at no time did we intend to file a "one pager" joint statement, as this is not a run-of-the-mill discovery dispute, but rather implicates Defendants' willful defiance of a prior Court order.

It is a complete falsehood to say that we made any sort of promise to send you "our portion" of a joint statement, or refused to abide by the meet-and-confer procedures. In fact, we had to request on two separate occassions last week that Defendants meet to discuss your failure to produce investigative reports pursuant to the Court's order regarding death records.  [*See* Doc. 1057, Ex. 4]

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Ms. Ashlee Fletcher
Parsons v. Ryan
August 6, 2014
Page 2

     We trust that you will provide the Court a copy of this letter with your response so that the Court has a full understanding of the dispute.

     Sincerely yours,

     */s/ Corene Kendrick*

     Corene Kendrick

cc:    Counsel of Record

# Exhibit 2

9/12/2011

**ARIZONA DEPARTMENT OF CORRECTIONS**
**CRIMINAL INVESTIGATIONS**
**CRIMINAL INVESTIGATIVE REPORT**

**Case No:**   2011040356

| | | | | |
|---|---|---|---|---|
| **Type:** | Other | | **Status:** Closed | **Date Entered:** 8/29/2011 |
| **Investigator:** | Altfillisch, Brandy | | | **Date Of Incident:** 8/28/2011 |
| **Old Investigator:** | | | | **Date Initiated:** 8/29/2011 |
| **Reviewed By:** | Manager | | | **Date Case Due:** 9/28/2011 |
| | | | | **Date Closed:** 9/12/2011 |
| **Complex:** | C00 ASPC-TUCSON | | | |
| **Location:** | C38 ASPC-T University Physicians Hospital | | | |
| **Ref Number:** | SIR #2011-09589 | | | |

| Allegations | |
|---|---|
| **Allegations (UCR)** | **Description (SUB)** |
| 40 - Death | (40) 01 - Inmate - Natural not AIDS Related |

**Synopsis:**

On 08/28/11, at approximately 0432 hours, ASPC-T CIU was contacted by Sgt. Glenn, Tucson Control who advised inmate Larry Brown #131317 died at University Physician's Hospital on this date at 0420 hours.  Inmate Brown was pronounced deceased by Dr. Yaqub due to end stage liver disease/upper GI bleed.

Inmate Brown was admitted to UPH on 08/14/11 from the ASPC-T Catalina Unit.

I arrived at UPH, at approximately 0530, and reported to the ICU where I was briefed by CO II Bearman.  I verified all information, visually inspected and took photos of the body of inmate Brown.  I released the scene at 0552 hours.

On 09/09/11 a copy of the autopsy report was received by Tucson CIU and indicated the cause of death on inmate Brown is ascribed to complications of gastrointestinal bleeds due to cirrhosis due to hepatitis C.  The manner of death is natural.

**Comments:**

Physical Characteristics: White, Male, 5'10", 180, Brown, Blue, DOB/12-30-54
Custody Level: 3/1
Housing Unit: UPH-ICU-209  single room
P.S. Status:  None
Mental Health Status: 1
Suicidal History: No Record Found
Sentence Begin Date: 10/18/2006, Earned Release Date: 09/22/2014
Commitment Information: Dangerous Drug Violation

A copy of this report was forwarded to J. Book-Schultz, IG's office.  The autopsy report was requested and copies will be forwarded to the IG's office, ASPC-T Medical Records and Central Office Medical Records upon receipt.

| Individuals | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Code** | **Last** | **First** | **Position** | **SSN** | **Inmate ID** | **Gender** | **Race** |
| V | BROWN | LARRY | INMATE (Active) | ▮▮▮▮ | 131317 | M | White |
| SB | Yaqub | | DOCTOR | | | | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC032267

# LARRY BROWN

ML 11-01686

EXTERNAL EXAMINATION REPORT

PIMA COUNTY, ARIZONA

DEPT. OF CORRECTIONS

CASE # 11-09589

AUGUST 30, 2011

Page 1



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC032268

ML 11-01686

Re: LARRY BROWN

Page 2

PATHOLOGIC DIAGNOSES:

1.  Hepatitis C
    a.  Hepatic cirrhosis
    b.  Icteric sclerae and conjunctivae
    c.  Gynecomastia
    d.  Multiple upper gastrointestinal bleeds

OPINION:

In consideration of the known circumstances surrounding this death, the available medical history and the examination of the body, the cause of death for Larry Brown is ascribed to complications of gastrointestinal bleeds due to cirrhosis due to hepatitis C.

The manner of death is natural.

David C. Winston, M.D.
Forensic Pathologist

DCW/aef

ML 11-01686

Re: LARRY BROWN

Page 4

## POSTMORTEM EXAMINATION

CIRCUMSTANCES OF THE AUTOPSY:

The postmortem examination of Larry Brown is performed at the Forensic Science Center, 2825 E. District Street, Tucson, Arizona commencing at 10:45 AM on August 30, 2011. Assisting in the examination are Marcie Yates, Krystal Poulin and Louie Goad.

GENERAL INSPECTION:

The unembalmed body is received in a white plastic body bag with the decedent's name written on the outside.

CLOTHING AND PERSONAL EFFECTS:

1)   White metal ring
2)   Hospital gown

EVIDENCE OF MEDICAL THERAPY:

1)   Foley catheter
2)   Endotracheal tube
3)   Pulse oximeter: right ring finger
4)   Intravenous access: right femoral area and right upper arm
5)   EKG pads on the chest and abdomen

EXTERNAL EXAMINATION:

The body is that of a well-developed, well-nourished pale-complexioned adult male who measures 72 inches in length and weighs 190 pounds. The body is cool to touch. Rigor mortis is fixed. Faint fixed purple livor mortis extends over the posterior surfaces of the body except in areas exposed to pressure. The head is normally formed. The scalp hair is brown-gray. The irides are blue. The sclera and conjunctivae are slightly icteric. The corneas are transparent. The ears are normally formed. The nose and lips are unremarkable. Facial hair includes gray beard and mustache stubble which is stained with coffee ground emesis. The neck is symmetrical without masses and the larynx is in the midline. The thorax is symmetrical with normal anteroposterior/lateral ratio. There is mild gynecomastia. The abdomen is protuberant. The genitalia are those of a normal adult male. The testes are bilaterally descended within the

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER        ADC032270

ML 11-01686

Re: LARRY BROWN

Page 5

scrotum. The back and anus are unremarkable.  The upper and lower extremities are well developed and symmetrical without absence of digits.

IDENTIFYING SCARS, MARKS, TATTOOS:

None readily visible.

EXTERNAL EVIDENCE OF RECENT INJURY:

Head and Neck:
None.

Thorax and Abdomen:
None.

Upper Extremities:
None.

Lower Extremities:
None.

INTERNAL EXAMINATION:

Not performed.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER        ADC032271

**ARIZONA DEPARTMENT OF CORRECTIONS**
**SIGNIFICANT INCIDENT REPORT**

| SIR Number | Institution/Facility | Type of Report |
|---|---|---|
| 11-09589 | ASPC-Tucson/Catalina  Phone 520-5740024 x ▓ | ☐ Initial ☐ Supplemental ☐ Follow-up ☒ Final |

| Date of Incident 08/14/2011 | Time 0005 | Report Date: 08/28/2011 |

**Nature of Incident**

☐ Accident(s)  ☐ Behavior Control  ☐ Escape(s)  ☐ PREA
☒ After Hours Transport  ☐ Chemical Agent Use  ☐ Fire Crew Deployment  ☐ Property Damage
☐ Agency Assist  ☐ Criminal Act(s)  ☐ Firearm Use  ☐ Self Destructive Behavior
☐ Arrest(s) Employee  ☒ Death(s)  ☐ Hostage(s)  ☐ Suicide Attempt
☐ Arrest(s), Inmate/Offender  ☐ Disturbance(s)  ☐ Medical  ☐ Weapons Recovery
☐ Assault(s)  ☐ Employee Work Stoppage  ☐ Other

**Inmate(s) Involved**

| Last Name | First Name | ADC Number | Custody/IR | Race | MH Score | Age | Housing | STG Name | Work Assignment | Involvement |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown | Larry | 131317 | Min/1 | Cauc | MH1 | 56 | 2 A 37 | ▓ | | Subject |
| | | | | | | | | | | |

**Employee(s) Involved**

| Last Name | First Name | Complex | Unit | Shift | RDO | First Line Supervisor | On Duty Incident Yes/No | How Involved |
|---|---|---|---|---|---|---|---|---|
| Fraiser | Jalaal | Tucson | Catalina | Graves | M/T | Sgt Kneidel | Y | Transport |
| Luevano-Felix | Ester | Tucson | Santa Ri | Graves | T/W | Sgt. Forney | Y | Transport |

**Incident Synopsis**

On 08/14/2011 at approximately 0005 I, Sgt. Kneidel 7468, was advised by COII Fraiser that inmate Brown 131317 was sitting in his bunk and had blood all over his legs and the floor of his cubicle. A conversation was conducted with CRN Mandas at West Medical and inmate Brown 131317 was transported by COII Fraiser to West Medical.
At approximately 0310 per a conversation between Dr. Lewis and CRN Mandanas it was determined that inmate Brown 131317 would be ALS transported to UPH. When departing the Complex per CRN Mandanas inmate Brown 131317 was alert and awake but unstable due to medical condition.
On 08/14/2011 at approximately 1300 hours Inmate Brown was admitted to UPH Room 206.
On 08/15/2011 at approximately 0005 hrs I, Sgt Kneidel 7468, was advised by COII Goodchild that inmate Brown 131317 was in ICU room 206 in stable condition.
On 08/16/11 at approximately 0005 hrs I, Sgt Murphy, was advised by COII Hernandez that inmate Brown 131317 was in ICU room 206 in stable condition.
On 08/17/2011 at approximately 0142 hrs I, Sgt Kneidel 7468, was advised by COII Hernandez that inmate Brown 131317 was in ICU room 206 in stable condition.
On 08/18/11 at approximately 0050 hrs I, Sgt Kneidel 7468, was advised by COII Ortiz that inmate Brown 131317 was in ICU room 206 in stable condition.

This communication is for informational purposes only and is subjuect to verification.

**Agency Notifications Made (Time)**

| Deputy Warden: 0336 | Duty Officer: 0336 | Warden: 0336 | Regional Director: N/A | CIU: N/A |
|---|---|---|---|---|
| Community Corrections: N/A | Probation/Parole Supervisor: N/A | | Central Office Communications: 0330 | |

**Escape Information**

| County: | Date Assigned to Fugitive Detail: | Date Returned to Custody: |
|---|---|---|
| Transported by: ☐ Air ☒ Ambulance ☐ ADC | Company: | To: |

Medically Treated By: (Dr/RN, Enter Name): DR. Lewis/ CRN Mandanas

| Initial Report by: Sgt. Kneidel 7468 | Date: 08/14/2011 | Time: 0819 |
|---|---|---|
| Reporting Official's Name and Title (print or type)  Sgt. D. Mayo # 6016 | EIN# ▓ | Reporting Official's Signature  Sgt D. Mayo 6016 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER   ADC032272

105-P

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Continuation Sheet**

*To be used as a continuation for all reports. Indicate sections being continued.*

| Date | Report Number |
|------|---------------|
| 08/28/2011 | SIR 11- 09589 |

On 08/18/2011 at approximately 0215 hrs I, Sgt. Kneidel 7468, was advised by COII Ortiz that inmate Brown 131317 was moved from ICU room 206 to room 462 at 0205. Inmate Brown remains in stable condition.
On 08/19/2011 at approximately 0045 hours, I, Sgt. Murphy, was advised by COII Goodchild that inmate Brown 131317 is located in Room 462 in stable condition.
On 08/20/2011 at approximately 0335 hours, I, Sgt. Murphy, was advised by COII Hernandez that inmate Brown 131317 is located in Room 462 in stable condition.
On 08/21/2011 at approximately 0438 hours, I, Sgt. Kneidel 7468, was advised by COII Barnes that inmate Brown 131317 is located in Room 462 in stable condition.
On 08/23/2011 at approximately 0105 hours, I, Sgt. Murphy, was advised by COII Ortiz, that inmate Brown 131317 is now located in Room 444 in stable condition. Inmate Brown moved from room 462 to 444 as of 08/22/2011 at 2040hours.
On 08/24/2011 at approximately 0113 hours, I, Sgt. Kneidel 7468, was advised by COII Hernandez that inmate Brown 131317 is located in Room 444 in stable condition.
On 08/25/2011 at approximately 0100 hours, I, Sgt. Murphy, was advised by COII Goodchild that inmate Brown 131317 is located in Room 444 in stable condition.
On 08/26/2011 at approximately 0300 hours, I, Sgt. Murphy, was advised by COII Ortiz that inmate Brown 131317 is located in Room 444 in stable condition.
On 08/27/2011 at approximately 0300 hours, I, Sgt. Murphy, was advised by COII Ortiz that inmate Brown 131317 is located in Room 444 in stable condition.

On 08/28/2011 at approximately 0205 hours, I, Sgt. A. Kneidel 7468, was advised by COII Begaye that inmate Brown 131317 was moved to ICU 209 on 08/27/2011 at 1938. Contact was made with inmate Brown's emergency contact at approximately 2300 hrs.
On 8/28/2011 at approximately 0700 hours I, Sgt. Mayo was advised by Sgt. Montelongo that inmate Brown, # 131317, had died at 0420 hours. His death was certified by Dr. Young and reported to CIU investigator Brandi Altifilish. At 0742 hours I was advised that His body was picked up by Coroner Chuck Harding, badge # 12. This report is final.

This communication is for informational purposes only and is subjuect to verification.

| Employee Name (Last, First M.I.) | Employee Signature and Badge Number | Date |
|---|---|---|
| Sgt. D. Mayo # 6016 | Mayo 6016 | 8-28-2011 |

105-5
8/6/09

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER
ADC032273

Acct:8156393      08/14/2011
BROWN, LARRY
MRN:916527
DOB:12/30/1955

Printed: 08/27/11 19:49:52

## HUMAN REMAINS RELEASE FORM

| FACILITY NAME: | FACILITY ADDRESS |
|---|---|
| WPH | 2800 E Ajo Way Tucson AZ 8571 |

| DECEASED PERSON'S NAME | DATE OF BIRTH | SOC SEC # OR PT ID # |
|---|---|---|
| Larry Brown | 12/30/1955 | 916527 |

| DATE OF DEATH | TIME OF DEATH | PHYSICIAN OR NURSE PRACTITIONER EXPECTED TO SIGN MEDICAL CERTIFICATION OF DEATH: |
|---|---|---|
| 8/28/11 | 0420 | Name: Dr. Urquides    Phone #: 520-874-2860 |

**PERSON AUTHORIZING RELEASE TO FUNERAL ESTABLISHMENT OR RESPONSIBLE PERSON.**

| Name: ▉▉▉▉▉▉ | Phone # | Relationship to deceased person: mother |
|---|---|---|

THE HUMAN REMAINS OF A PERSON WHO DIES UNDER ANY OF THE FOLLOWING CIRCUMSTANCES AS LISTED IN A.R.S. § 11-593(A) ARE REQUIRED TO BE REFERRED TO THE MEDICAL EXAMINER.
When a person:
☐ Dies not under the care of a physician or nurse practitioner for a potentially fatal illness
☐ Dies and the attending physician or nurse practitioner is not available to sign the death certificate
☐ Dies as a result of violence
☐ Dies suddenly when in apparent good health
☐ Dies in a prison
☒ Dies while a prisoner
☐ Dies in a suspicious, unusual or unnatural manner
☐ Dies from a disease or an accident that may be related to the person's occupation or employment
☐ Dies and may present a public health hazard
☐ Dies during an anesthetic or surgical procedure

**WERE THE PERSON'S HUMAN REMAINS REFERRED TO THE MEDICAL EXAMINER AS REQUIRED IN A.R.S. § 11-593?** (YES)   NO

THE MOST RECENT DIAGNOSIS IN THE PERSON'S MEDICAL RECORD:

Upper GI bleed

THE FOLLOWING INFORMATION IF THE DECEASED PERSON'S HUMAN REMAINS ARE BEING RELEASED TO:
1) A FUNERAL ESTABLISHMENT, OR
2) A PERSON AUTHORIZED UNDER A.R.S. § 36-664, TO RECEIVE THE DECEASED PERSON'S COMMUNICABLE DISEASE RELATED INFORMATION.
WHETHER THE PERSON HAD BEEN DIAGNOSED WITH OR WAS SUSPECTED OF HAVING, AS STATED IN THE DECEASED PERSON'S MEDICAL RECORD AT THE TIME OF DEATH (PLEASE CHECK ALL THAT APPLY):
☐ Infectious tuberculosis
☐ Human immunodeficiency virus
☐ Creutzfeldt-Jakob disease
☐ Hepatitis B
☒ Hepatitis C
☐ Rabies

* For a death that occurs in a hospital, if the deceased individual's human remains have been accepted for donation by an organ procurement organization under A.R.S. Title 36, Chapter 7, Article 3, and the person authorized in A.R.S. §36-843 has not made or refused to make an anatomical gift, whether the organ procurement organization has been notified that the deceased individual's human remains are being removed from the hospital.  YES ___   NO ___

**PERSON REPRESENTING THE HOSPITAL, NURSING CARE INSTITUTION, OR HOSPICE INPATIENT FACILITY WHO RELEASED THE HUMAN REMAINS**

| Name (please print) | Signature |
|---|---|
| Shannon Brightman | ▉▉▉ RN |

* This item is not required for nursing or in patient hospice facilities.

NAME OF DECEASED: Larry Brown     SSN: ██████████

ADDRESS: 10000 S. Wilmot Rd     CITY: Tucson     STATE: AZ   ZIP: 857__

DATE OF DEATH: 8/28/11   TIME: 0420

PRONOUNCED BY: Dr. Yagub     ATTENDING/PRIMARY CARE PHYSICIAN: Dr. Urquides

NEXT OF KIN: ██████████████     RELATIONSHIP: Mother   PHONE: ████████

ADDRESS: ████████████████     CITY: _____ STATE: _____ ZIP: _____

DISPOSITION OF THE DECEASED: ☐ Morgue   ☐ Mortuary   ☐ Operating Room   ☒ OME

DISPOSITION OF BELONGINGS: none
ALL PROSTHESIS (I.E., DENTURES, GLASSES, LIMBS) GO WITH BODY TO MORTUARY

DISPOSITION OF VALUABLES TO: none
VALUABLES (JEWELRY, ETC.) RELEASED TO FAMILY OR RESPONSIBLE PARTY. **DO NOT SEND TO MORGUE.**

PHYSICIAN COUNSEL FOR AUTOPSY: ☐ YES   ☒ NO     CONSENT FOR AUTOPSY: ☐ YES   ☒ NO

AUTOPSY AUTHORIZED BY: N/A     RELATIONSHIP: N/A   PHONE: N/A

TYPE OF AUTOPSY: ☐ COMPLETE   ☐ RESTRICTIONS: N/A

ORGAN / TISSUE DONATIONS: AUTHORIZED BY: N/A     DENIED BY: DNA Bianca Gonzales

MEDICAL EXAMINER CASE: ☒ YES   ☐ NO     POLICE REPORT NUMBER: 11-09589

ATTENDANT / OME: _____ (include badge number)     AGENCY: _____

MORTICIAN SIGNATURE: _____ DATE: _____ MORTUARY: _____

SIGNATURE / TITLE OF NURSE: [signature] RN     DATE: 8/28/11

UPH♦
UNIVERSITY PHYSICIANS HEALTHCARE
HOSPITAL AT KINO CAMPUS
2800 EAST AJO WAY
TUCSON, AZ 85713
(520) 874-2000

**PATIENT EXPIRATION RECORD**

Acct: 8156393     08/14/2011
BROWN, LARRY
MRN: 916527
DOB: 12/30/1955
Printed: 08/27/11 20:19:55

UPHK-KA-192MR (R 02/06)     ORIGINAL - Medical Records     YELLOW - Mortician   PINK - Nursing Office

# Exhibit 3

Case No.  2011-1680

**TO:**       Redacted Patton, Division Director, Offender Operations

**RE:**       Death Investigation Inmate Phillip Hamlin ADC 118825

**FACILITY:**   ASPC-Yuma, Cibola Unit

This report requires review/recommendation.

The review/recommendation must be completed within thirty (30) days of receipt of this report.

Should circumstances prevent the review/recommendation of this report within the thirty (30) days, please contact the Director regarding an extension.

---

## FOR ADMINISTRATIVE INVESTIGATIONS UNIT USE ONLY

Date Forwarded by AIU:    DEC 29, 2011

Date Returned to AIU:     _____

Routing Verified:         _____

ENCLOSED YOU WILL FIND AN ADMINISTRATIVE INVESTIGATION'S REPORT. PER POLICY, 601.04, SECTION 1.1; SUBSECTION 1.1.2.1, THE WARDEN, DEPUTY WARDEN, ADMINISTRATOR, OR BUREAU ADMINISTRATOR SHALL ADHERE TO A **30** DAY TARGET DATE TO COMPLETE THE DISCIPLINARY RECOMMENDATIONS ONCE THIS INVESTIGATION IS RECEIVED BY THEM. NOT FORWARDED BY AIU SHOWN ABOVE. EXTENSIONS MAY BE REQUESTED BY FOLLOWING 605.05, SECTION 1.1, SUBSECTION 1.12, SECONDARY SUBSECTION 1.1.2.1.1.

Confidential Information - Subject to Protective Order

ADC024775

# TAB
# 1

Confidential Information - Subject to Protective Order001

# TABLE OF CONTENTS

**Tab**

**TRACKING REPORT** .................................................................................1

**REQUEST FOR INVESTIGATION** ........................................................2

**INVESTIGATIVE REPORT** ....................................................................3

**ADDENDA** ................................................................................................4

Executive Report........................................................................A
AIMS Printout Inmate Record Hamlin 118825 ........................B
AIMS Printout Classification record I/M Hamlin 118825 ..........C
AIMS Printout Sentence Structure I/M Hamlin 118825..............D
AIMS Printout Movement I/M Hamlin 118825 .........................E
AIMS Printout Discipline I/M Hamling 118825 ........................F
SIR submitted by Sgt. Casper .....................................................G
Use of Force/ Incident Command Report submitted by Lt. Karkhoff..........H
Use of Force reports submitted by Sgt. Casper, Sgt. Davis, Officers
Kingsland, Hill, Heather, and O'Neal,.......................................I
Use of Force reports submitted my ADC Medical Personal Brockman,
Parta, Stephens, Rost, and Nettles ............................................J
Final SIR submitted by Sgt. Casper...........................................K
Correctional Journal and Observation logs for CO II Kingsland ................L
Correctional Journals for CO II Hill and O'Neal......................M
After Action Report submitted by ASPC-Lewis Administration ................N
Information Report submitted by Sgt. Cole................................O
Information Report submitted by CO II Kingsland ....................P
Information Report submitted by CO II Hill ..............................Q
Information Report submitted by CO II Heather.........................R
Administrative Investigations Advisory ....................................S

**PAST PUNITIVE**.....................................................................................5

**ADMINISTRATIVE INVESTIGATION/RECOMMENDATION FORM/S**...............6

Case No.  2011-1680

**ARIZONA DEPARTMENT OF CORRECTIONS**
**ADMINISTRATIVE INVESTIGATIONS UNIT CASE TRACKING**
**REPORT INSTRUCTIONS**

| DO NOT REPRODUCE ANY PORTION OF THE COMPLETED ADMINISTRATIVE INVESTIGATIONS UNIT REPORT |
| --- |

This is a confidential investigation. The contents of the investigation shall not be made available to any person outside the principal's chain of command or Administrative Investigations Unit without permission from the Director or the Inspector General.

When an Administrative Investigations Unit investigation is initiated for alleged employee misconduct, this form will be utilized to record the progress of the investigation from the opening of the case in Administrative Investigations Unit, to the final review and disposition by the approving authority. This tracking form will accompany all administrative investigations.
The following information must be recorded on this form:

<u>DATE OF OCCURRENCE</u> – Date the alleged incident took place.

<u>DATE LOGGED IN AT ADMNISTRATIVE INVESTIGATIONS UNIT</u> – The date the investigation was opened and case number assigned.

<u>INVESTIGATIVE EXTENSION DATE</u> – Investigators will submit an investigative extension request through the Inspector General to the Director if the investigation goes beyond 60 days stating reason(s) for the extension and projected date of investigation completion.

<u>DATE ASSIGNED TO INVESTIGATOR</u> – This date will be within 3 days of the date logged in at Administrative Investigations Unit.

<u>DATE INVESTIGATION COMPLETED</u> – This date included the date when the investigation is ready to be sent to the approving authority.

<u>DATE RELEASED TO THE APPROVING AUTHORITY/ASSISTANT DIRECTOR</u> – The date the investigation is physically turned over to the approving authority or Assistant Director.

<u>30-DAY REVIEW DATE</u> – The date the case file, including final disposition, is returned to Administrative Investigations Unit. This 30-day period is from the day after the completed investigation is released to the approving authority.

**REVIEW RECOMMENDATION:**
The review of the investigation and recommendations by the chain-of-command should not take over 30 calendar days. Record the date received for review and the date the recommendation is made on the Administrative Investigation/Discipline Recommendation form in the back of the investigative packet.

| | |
| --- | --- |
| 12/04/2011 | Date Of Occurrence |
| 12/05/2011 | Date Logged in at Administrative Investigations Unit |
| | Date Investigative Extension Granted, if Applicable |
| | INVESTIGATION |
| 12/05/2011 | Date Assigned to Investigator |
| 12/27/2011 | Date Investigation Completed |
| | Date Released to the Approving Authority |
| | 30-Day Review Date |
| | Date Returned to Administrative Investigations Unit |

# TAB
# 2

# ADMINISTRATIVE INVESTIGATION
# <u>INMATE DEATH</u>

1105 Requires the Administrative Investigations Unit conduct an investigation in all incidents, regardless of circumstances or cause.

# TAB
# 3

Confidential Information - Subject to Protective Order006

ADC024781

Case No.  2011-1680

# ARIZONA DEPARTMENT OF CORRECTIONS
## INSPECTOR GENERAL'S OFFICE
## ADMINISTRATIVE INVESTIGATIONS UNIT

# CONFIDENTIAL REPORT

**TO:**  Redacted Patton, Division Director, Offender Operations

**FROM:**  Redacted M. Barragan, Special Investigator
Administrative Investigations Unit

**DATE:**  December 27, 2011

**SUBJECT:**  Inmate Death Report # 2011-1680

## SYNOPSIS

On December 04, 2011, I/M Phillip Hamlin ADC 118825 was discovered unresponsive in his cell while under a 30 minute watch at Complex Medical. Staff performed life saving measures until relieved by outside medical units, who pronounced I/M Hamlin deceased via communications with Dr. Meera Chopera from West Valley Medical Center.

**An administrative investigation was requested and conducted.**

## INVESTIGATIVE LEADS

| STAFF: | | | | |
|---|---|---|---|---|
| | Capt. Redact Stickey | EIN Redacted | - | Witness |
| | Lt. Redacte Karkhoff | EIN | - | Witness |
| | Sgt. Redacted Casper | EIN | - | Witness |
| | Sgt. Redacted Davis | EIN | - | Witness |
| | Sgt. Redacted Cole | EIN | - | Witness |
| | CO II Redacte Kingsland | EIN | - | Witness |
| | CO II Redacted Hill | EIN | - | Witness |
| | CO II Redacted Heather | EIN | - | Witness |
| | CO II Redacte O'Neal | EIN | - | Witness |
| | CRN Redacted Nettles | EIN | - | Witness |
| | | | | |
| INMATES: | Phillip Hamlin | ADC 118825 | - | Deceased |
| | | | | |
| OTHERS: | CNA Redacted Rost | Registry Nurse | - | Witness |
| | RN Redacted Stephens | Registry Nurse | - | Witness |
| | RN Redacte Brockman | Registry Nurse | - | Witness |
| | LPN Redacte Parta | Registry Nurse | - | Witness |
| | Dr. Meera Chopera | West Valley Medical Center | - | Witness |

1

Case No. 2011-1680

**NARRATIVE**
On December 04, 2011, the Executive Report listed the death of I/M Phillip Hamlin ADC 118825 at ASPC-Lewis. The cause of death could not be determined at the autopsy and results of the toxicology are pending **(Addendum A)**.

The AIMS (Adult Information Management System) listed I/M Phillip Hamlin ADC 118825 as a Caucasian, Male, DOB Redacted **(Addendum B)**. Medical Score redact Mental Health dact **(Addendum C)**. I/M Hamlin's current incarceration at the time of his death was for taking the identity of another **(Addendum D)**.

I/M Hamlin was a recommit to ADC in August of 2010, his housing included ASPC-Phoenix, ASPC-Lewis, and ASPC-Flamenco. During I/M Hamlin's current incarceration Movement showed I/M Hamlin out to Hospital on several occasions. A complete list of I/M Hamlin's Movement is listed **(ADDENDUM E)**.

I/M Hamlin's disciplinary is listed from his most recent Felony conviction to his death, his entire AIMS disciplinary movement query is listed **(ADDENDUM F)**.

| | | |
|---|---|---|
| 12/21/2011 | Disorderly Conduct | Guilty |
| 12/22/2011 | False Reporting | Guilty |
| 02/28/2011 | Aggravated Refusal X5 | Guilty |
| 08/09/2011 | Disobey Verbal | Guilty |
| 09/01/2011 | Obstructing Staff | Guilty |
| 09/22/2011 | Aggravated Refusal | Guilty |
| 11/18/2011 | Disorderly Conduct | Guilty |

On December 04, 2011, Sgt. Casper submitted SIR 11-14290 **(Addendum G)** documenting at approximately 0730 hours, I/M Hamlin was discovered in his cell unresponsive while breakfast was being served to inmates in the medical unit at complex. The SIR documented security and ADC Medical staff provided life saving measures until outside medical arrived on site and pronounced I/M Hamlin deceased per Dr. Chopera from the West Valley Medical Center at 0818 hours.

On December 04, 2011, Lt. Karkhoff submitted Use of Force/Incident Command Report **(Addendum H)** documenting I/M Hamlin was discovered in his cell unresponsive during morning meal. ICS was initiated by CO II Kingsland, life saving measures were performed by ADC staff until relieved by the Buckeye Valley Fire/ Rescue.

On December 04, 2011, Officers Kingsland, Hill, Heather, O'Neal and Sgt's Davis and Casper submitted Use of Force/ Incident Command continuation reports **(Addendum I)**. All reports submitted were consistent with information provided by Lt. Karkhoff.

2

On December 04, 2011, Nurses from Complex medical to include Brockman, Parta, Stephens, Rost, and Nettles submitted Use of Force Continuation reports (**Addendum J**). All reports submitted were consistent with information provided by security staff on scene.

Information provided by Nurse Brockman documented one shot of epinephrine was given at approximately 0755 hours and a second at approximately 0815 hours. In addition an AED (Automated External Defibrillator) was utilized in the course of life saving measures, but never gave the command to shock.

On December 04, 2011, Sgt. Casper submitted Final SIR 11-14290 (**Addendum K**) documenting I/M Hamlin was found unresponsive in his cell, life saving measures were performed with negative results by ADC staff and outside responding units from the Buckeye Valley Fire Department.

I/M Hamlin was pronounced deceased on December 04, 2011, at 0818 hours by Dr. Chopera from West Valley Medical Center and the body was removed from the prison facility by the Maricopa County Coroner's office at approximately 1218 hours. All Administrative notifications were made and the unit returned to normal operations.

A review of the Correctional Journals, Observation logs, and information obtained in the course of the investigation (**Addendum L**) showed I/M Hamlin was assisted at 0510 hours by staff to use the restroom, and at approximately 0600 hours was observed by CNA Rost alive and well in his cell.

CO II Kingsland's Correctional Journals and Observation logs showed minor discrepancies related to the times CO II Kingsland documented in his logs. In the course of the investigation CO II Kingsland admitted he conducted his 30 minute observations checks, however he did not confirm the inmate was alive and breathing when he conducted his checks and assumed I/M Hamlin was sleeping as indicated on his observation log and journal. CO II Kingsland admitted he wrote down the time he started his check before completing the check, and as the incident developed, he lost track and entered his times when the incident was over.

A review of the Correctional Journals (**Addendum M**) for Officer Hill, and Officer O'Neal were reviewed and were consistent with the events as reported by staff.

ASPC-Lewis Complex Unit provided an After Action report (**Addendum N**) summarizing the events related to the death of I/M Hamlin. Information provided was consistent with information submitted by security and medical staff.

The report provided information related to the amount of staff on duty at the time of the incident, which consisted of the following. Authorized CO Positions 17, Vacancies 2, Staff on AL 2, Staff on Pre-Scheduled Leave 2, Special Assignment 3,  Sick Leave 2, Cross Level in 4, RDO 6, Overtime 2, and a total of 8 available officers to post. In addition the report listed I/M Hamlin's Grandmother, Shirley Robbins was notified by ADW Jensen of his passing via telephone on December 04, 2011, at approximately 1030 hours.

In compliance with Department Order 1105 (**Available Online**) the following relevant documents were obtained.

- Use of Force / Incident Management Report which documented the actions of staff and outside agencies regarding the life saving measures provided to I/M Hamlin on December 04, 2011, including Dr. Meera Chopera's pronouncement of death at 0818 hours.

Confidential Information - Subject to Protective Order009                                                                 ADC024784

- Correctional Journals

- Observation logs

- Mental Health order

- Staff Posting and availability

- ADW Jenson's notifications of Next of Kin.

- AIMS Print outs regarding  I/M Hamlin

I/M Hamlin's medical records were reviewed on December 04, 2011, by FHA II edacte L. Allred. The medical records consisted of five volumes and based on FHA II Allred's review, the medical records appeared to be in order.

The Mortality Review Committee is scheduled to convene upon receipt of the autopsy. Initial assessment of to the cause of death for I/M Hamlin is listed as unknown at the time of this report.



Redacted: Medical Records

On December 04, 2011, Sgt. Cole submitted an information report **(Addendum O)** documenting CO II Hill contacted him after her normal working hours advising during the incident involving I/M Hamlin, she overheard CO II Heather tell CO II Kirkland "you need to start a new journal, because that one is messed up." CO II Hill submitted an information report **(Addendum P)** documenting the information she provided to Sgt. Cole.

CO II Kingsland submitted an information report **(Addendum Q)** explaining why his times were off related to the actual events as they occurred.

4

010

ADC024785

CO II Kingsland admitted to writing the time he started his checks rather than writing the time down after completing the check, and on the day of the incident, because of the situation he forgot to write all the events as they occurred.

CO II Heather submitted an information report (**Addendum R**) regarding the conversation she had with CO II Kingsland, and advised she was simply informing CO II Kingsland his documentation needed to be accurate due to the nature of the incident. The investigation revealed no documentation related to the incident was altered to include Correctional Journals, and Observation logs.

**The following information does not include the entire text of the individual interviews. Only information which was considered pertinent to the actual incident or of significance is included. The complete digital audio recordings generated from these interviews were submitted to the Records Retention Unit.**

**NURSE** Redacted **STEPHENS**
On December 12, 2011, at approximately 0947 hours, Nurse Stephens was interviewed at ASPC-Lewis regarding her actions involving the events surrounding the death of I/M Phillip Hamlin ADC 118825. Nurse Stephens read and signed the Administrative Investigation Advisory (**Addendum S**).

The information provided by Nurse Stephens was consistent with information provided in her information report. The audio recording of the interview conducted with Nurse Stephens is available upon request from Inspector Generals Office.

The interview with Nurse Stephens was ended on December 12, 2011, at approximately 1003 hours.

**CERTIFIED NURSING ASSISTANT** Redacted **ROST**
On December 12, 2011, at approximately 1028 hours, CNA Rost was interviewed at ASPC-Lewis regarding her actions involving the events surrounding the death of I/M Phillip Hamlin ADC 118825. Nurse Parta read and signed the Administrative Investigation Advisory (**Addendum S**).

CNA Rost provided information which was consistent with information reports submitted by other staff regarding the actions of ADC staff during the incident involving I/M Hamlin. CNA Rost also provided information not contained in her information report, which included she physically observed I/M Hamlin alive and well at 0600 hours on the morning of the incident.

CNA Rost stated when she arrived to work she checked on all the inmates housed in the assisted living area, and recalled observing I/M Hamlin's chest rise as she conducted her check.

The interview with CNA Rost was ended on December 12, 2011, at approximately 1036 hours.

**LIEUTENANT** Redacted **KARKHOFF**
On December 12, 2011, at approximately 1102 hours, Lieutenant Redacted Karkhoff was interviewed at ASPC-Lewis regarding her actions involving the events surrounding the death of I/M Phillip Hamlin ADC 118825. Lt. Karkhoff read and signed the Administrative Investigation Advisory (**Addendum S**).

The information provided by Lt. Karkhoff was consistent with information provided in his information report. The audio recording of the interview conducted with Lt. Karkhoff is available upon request from Inspector Generals Office.

Confidential Information - Subject to Protective Order011                                    ADC024786

The interview with Lt. Karkhoff was ended on December 12, 2011, at approximately 1116 hours.

## CO II Redacted HILL

On December 12, 2011, at approximately 1127 hours, CO II Redacted Hill was interviewed telephonically regarding her actions involving the events surrounding the death of I/M Phillip Hamlin ADC 118825. CO II Hill read and signed the Administrative Investigation Advisory **(Addendum S)**.

The information provided by Nurse Parta was consistent with information provided in her information report. The audio recording of the interview conducted with CO II Hill is available upon request from Inspector Generals Office.

The interview with CO II Hill was ended on December 12, 2011, at approximately 1137 hours.

## CO II Redacted HEATHER

On December 12, 2011, at approximately 1210hours, CO II Redacted Heather was interviewed at ASPC-Lewis regarding her actions involving the events surrounding the death of I/M Phillip Hamlin ADC 118825. CO II Heather read and signed the Administrative Investigation Advisory **(Addendum S)**.

The information provided by CO II Heather was consistent with information provided in her information report. The audio recording of the interview conducted with CO II Heather is available upon request from Inspector Generals Office.

CO II Heather clarified information regarding the conversation she had with CO II Kingsland regarding getting his documentation together. CO II Heather stated all she meant by the statement was based on the severity of the situation, investigations is going to want all relevant documents related to the inmate on the watch.

CO II Heather stated she was not attempting or giving any kind of direction to CO II Kingsland to falsify or destroy any documentation related to the incident involving I/M Hamlin.

The interview with CO II Heather was ended on December 12, 2011, at approximately 1218 hours.

## CO II Redacted KINGSLAND

On December 16, 2011, at approximately 0926 hours, CO II edacte Kingsland was interviewed at ASPC-Lewis regarding his actions involving the events surrounding the death of I/M Phillip Hamlin ADC 118825. CO II Kingsland read and signed the Administrative Investigation Advisory **(Addendum S)**.

The information provided by CO II Kingsland was consistent with information provided in his information report regarding the actions of responding staff to the incident involving I/M Hamlin. The audio recording of the interview conducted with CO II Kingsland is available upon request from Inspector Generals Office.

CO II Kingsland provided information not included in any of his reports indicating when he conducted his security check on I/M Hamlin, he did not confirm I/M Hamlin was living, breathing, flesh. CO II Kingsland admitted to not physically looking for verifiable signs of life from I/M Hamlin when he conducted his checks and simply wrote down the inmate was sleeping.

The interview with CO II Hill was ended on December 12, 2011, at approximately 1137 hours.

6

Confidential Information - Subject to Protective Order012

ADC024787

Case No. 2011-1680

**NURSE** Redacted **PARTA**

On December 14, 2011, at approximately 0858 hours, Nurse Parta was interviewed telephonically regarding her actions involving the events surrounding the death of I/M Phillip Hamlin ADC 118825. Nurse Parta read and signed the Administrative Investigation Advisory **(Addendum S)**.

The information provided by Nurse Parta was consistent with information provided in her information report. The audio recording of the interview conducted with Nurse Parta is available upon request from Inspector Generals Office.

The interview with Nurse Parta was ended on December 14, 2011, at approximately 0909 hours.

## SUMMARY

- On December 04, 2011, an ICS was initiated at ASPC-Lewis, Complex Health Unit, due to I/M Phillip Hamlin # 118825, not being responsive in his cell.

- Correctional Staff provided basic life support measures, and called for outside paramedics to respond.

- I/M Hamlin was pronounced dead by Dr. Meera Chopera from West Valley Medical Center via communication with the Buckeye Valley Fire Department on December 04, 2011, at 0818 hours.

- The Mortality Review Committee is scheduled to conveien upon receipt of the autopsy. As of the completion of this report a cause of death is listed as unknown.

- ADC Department Order 807 was reviewed and revealed CO II edacteKingsland failed to verify I/M Hamlin was living breathing flesh during his 30 minute checks. Section 807.5 Levels of Observation section 1.2.6 subsection 1.2.6.2 Breathing and signs of life shall clearly observed.

- Administrative notifications were made, CIU arrived on site to begin preliminary investigation.

- I/M Hamlin's body was released to the Maricopa County Medical Examiners Office.

## OTHER INFORMATION

If additional investigation is requested, please forward a memorandum, in appropriate format, identifying specific issues to be addressed. Return the administrative investigation report with your request.

Confidential Information - Subject to Protective Order013                                    ADC024788

# TAB 4

Confidential Information - Subject to Protective Order014



**Arizona Department of Corrections**
**Executive Report**

From: 12/02/2011 06:00
To: 12/05/2011 06:00

| Restricted: Do Not Duplicate |
| --- |

**A**

| This Communication is for information only and is still subject to verification |
| --- |

Redacted: Security Concern

Redacted: Security Concern

## Death- Inmate

| | | | |
| --- | --- | --- | --- |
| Nature: | Death- Inmate | | |
| Loc: | ASPC-LEWIS ASPC-LEWIS | | |
| Date: | 12/4/2011 | Date Reported: | 12/4/2011 |
| Time: | 07:30 | Time Reported: | 08:39 |
| S!rNo: | 201114290 | | |
| Reported By: | Sgt. Casper | | |
| IMSresponseLevel: | N/A | | |

On 12-04-11 ICS was initiated due to Phillip Hamlin 118825 (Cauc., age 38, Redacted) being found unconscious in Complex medical. Hamlin was housed in IPC in a single cell due to a medical condition. Responders began CPR and contacted Paramedics. Paramedics arrived on scene and continued CPR. Dr. Chopere, From West Valley Hospital was contacted and pronounced Hamlin dead at 0818 hours. The area is secured as a crime scene until CIU arrives. The coroner has been contacted.

CUS: CIO PS / IR:4
SBD: 09-30-11
ERD: 03-30-13
Offense: Dangerous drug violation

**Total Death- Inmate**                                    **1**

## Drugs/Narcotics

Confidential Information - Subject to Protective Order015                                    ADC024790

INMATE RECORD
ADC NO: 118825   NAME: HAMLIN   PHILLIP L                STAT: I INACTIV
***************************** CURRENT INFORMATION *****************************
                                                        ERD: NOT APPL.
                                    PED: NOT APPL.       SED: 03/30/2013

BIRTH: [Redacted]   SSA NO:   [Redacted]   CSBD:12/30/2012
SEX: M AGE: 38      FBI NO:   [Redacted]   DR :          CSED:07/30/2013
RACE: CAUC          SID NO:   [Redacted]   CUS: CLO PS  IR: 4
 RELEASE DATES OK  08/28/2010    LAST INMATE DI24 PRINTED: 00/00/0000   SEQ: 000
                               ZIP:85019       STG:                     SO:
                               PHASE LVL:01




MEETS LITERACY STANDARD: NO
S/F1 ALIAS          S/F2 CNT/COM        S/F3 DETAIN        S/F4 COMMENTS
S/F5 MOVEMENTS      S/F6 OUT TIME       S/F7 CLASSIFICN    S/F8 WORK PGMS
S/F9 DISCIPLINE     S/F10 HOUSING       S/F11 PAROLE BRD
 _  PRINT NOW            _   PRINT AFTER 6 PM          ____    PRINTER I D

Confidential Information - Subject to Protective Order016                    ADC024791

```
                         INMATE CLASSIFICATION SUMMARY
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                        STAT: I IN

INITIAL    TY ----------------INITIAL PROFILE---------------- --DATE--   APVD
08/01/96  11 P:2 I:2           E:2 V:4 W:4 A/D:4 S:4 R:4  OVR:0 08/02/96  SCE4
08/16/96  12 P:2 I:2  ted: Medical R E:2 V:4 W:4 A/D:4 S:1 R:4  OVR:0 08/27/96  KAW1
07/12/00  11 P:2 I:3           E:2 V:4 W:4 A/D:3 S:1 R:1  OVR:0 07/13/00  SCE4
10/07/02  11 P:2 I:3           E:2 V:3 W:4 A/D:5 S:1 R:1  OVR:1 10/09/02  BKR3
08/20/10  11 CU:3 IR:3 MD:2 MH:1 ED:0 WB:0 SA:5 SX:0 DU:0 OVR:0 08/23/10  JAR5
RCSS       TY P     I     M   MH   E     V     W   AD     SX            LOC  APVD
01/28/03  27                                                           NNM1
03/04/03  07 2     4           2     3     4   5      1                C16  NNM1
04/29/03  07 2     5           2     3     4   5C     1                L10  CKM6
06/05/03  07 2     5  d: Medical 2   3     4   5C     1                L10  SCE4
09/03/03  07 2     5           2     3     4   5C     1                A01  NNM1
01/22/04  91 2     4           2     3     4   5C     1                A01  PHL5
SEX ARR/CONV HX: N  NO SEX OFFNSE RELATED HISTRY
S/F1 ALIAS            S/F2 CNT/COM      S/F3 DETAIN       S/F4  COMMENTS
S/F5 MOVEMENTS        S/F6 OUT TIME     S/F7 CLASSIFCATN  S/F8  WORK PGMS
S/F9 DISCIPLINE       S/F10 HOUSING     S/F11 PAROLE BRD  S/F12 INMATE RECD

NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order017                    ADC024792

```
                   INMATE CLASSIFICATION SUMMARY              PAGE:    2
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L              STAT: I INACTIVE
```

| RCSS | TY | P | I | M | MH | E | V | W | AD | SX | | | LOC | APVD |
|------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 03/05/04 | 07 | 2 | 4 | | | 2 | 3 | 4 | 5C | 1 | | | A03 | JME1 |
| 08/02/04 | 07 | 2 | 4 | | | 2 | 3 | 4 | 5 | 1 | | | L06 | GDLA |
| 01/26/05 | 07 | 2 | 3 | | | 2 | 3 | 4 | 5 | 1 | | | A04 | NKX1 |
| 08/31/05 | 07 | 2 | 2 | | | 2 | 3 | 4 | 5 | 1 | | | M52 | MME4 |
| 11/15/05 | 07 | 3 | 3 | | | 2 | 3 | 4 | 5 | 1 | | | C14 | SCE4 |
| 03/21/07 | 07 | 2 | 3 | ed: Medical | | 3 | 3 | 4 | 5 | 1 | | | L02 | AMJ6 |

| RECLASS | TY | CU | IR | ED | WB | WK | AC | SX | SA | DU | LOC | APVD |
|------|----|----|----|----|----|----|----|----|----|----|----|----|
| 11/04/10 | 91 | 3 | 3 | 0 | 0 | 5 | 5 | 0 | 5 | 0 | L31 | HTD6 |
| 03/15/11 | 07 | 4 | 4 | 0 | 0 | 5 | 5 | 0 | 0 | 0 | L29 | HTD6 |
| 09/26/11 | 07 | 4 | 4 | 0 | 0 | 5 | 5 | 0 | 0 | 0 | L32 | HTD6 |

```
SEX ARR/CONV HX: N  NO SEX OFFNSE RELATED HISTRY
S/F1  ALIAS           S/F2   CNT/COM       S/F3  DETAIN      S/F4   COMMENTS
S/F5  MOVEMENTS       S/F6   OUT TIME       S/F7  CLASSIFCATN S/F8   WORK PGMS
S/F9  DISCIPLINE      S/F10  HOUSING        S/F11 PAROLE BRD  S/F12  INMATE RECD
PREV PAGE USE PF7
END OF CLASSIFICATION
```

Confidential Information - Subject to Protective Order018                    ADC024793

```
                                          INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                      STAT: I IN___
************************* COUNTS/COMMITS *******************************
COM COUNTY        SENT BEGIN    COMM SUPER    SENT IMP  CC CS  REL DATE    STATUS
 A  PINAL         01/31/1996   0Y 0M17D       0Y 3M28D         05/30/1996  IMPOSED
CNT CO/CAUSE             OFFENSE DESC      FELONY     SENT IMP  CC CS        VERIFY
01R 11-   9419486       SHOCK INCARCERATIO C6 ND/NR   0Y 3M29D      EXPIRED  Y

 B  PINAL         01/31/1996   0Y 1M 0D       0Y 3M28D  A      05/30/1996  IMPOSED
CNT CO/CAUSE             OFFENSE DESC      FELONY     SENT IMP  CC CS        VERIFY
01R 11-   9520579       SHOCK INCARCERATIO C4 ND/NR   0Y 3M29D      EXPIRED  Y




S/F1 ALIAS         S/F2 CNT/COM        S/F3 DETAIN        S/F4 COMMENTS
S/F5 MOVEMENTS     S/F6 OUT TIME       S/F7 CLASSIFICN    S/F8 WORK PGMS
S/F9 DISCIPLINE    S/F10 HOUSING       S/F11 PAROLE BRD   S/F12 INMATE RECD

NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order 019                    ADC024794

```
                                        INMATE
ADC NO: 118825  NAME:  HAMLIN, PHILLIP L                    STAT: I INACTIVE
************************* COUNTS/COMMITS *******************************
COM COUNTY       SENT BEGIN     COMM SUPER   SENT IMP  CC CS  REL DATE   STATUS
 E  MARICOPA     02/03/2000     0Y 2M 0D     1Y 0M 0D         02/02/2001 IMPOSED
CNT CO/CAUSE               OFFENSE DESC      FELONY    SENT IMP  CC CS    VERIFY
01R 07-1998092470         FORGERY           C6 ND/NR   1Y 0M 0D      EXPIRED  Y
                          SOLICITATION


 F  MARICOPA     07/25/2002     0Y 8M 0D     5Y 0M 0D         03/27/2007 IMPOSED
CNT CO/CAUSE               OFFENSE DESC      FELONY    SENT IMP  CC CS    VERIFY
01R 07-2002005577         NARCOTIC DRUG VIOL C2 ND/R1   5Y 0M 0D     EXPIRED  Y
                          DANGER/REPETIT/ENHAN




S/F1 ALIAS          S/F2 CNT/COM        S/F3 DETAIN         S/F4 COMMENTS
S/F5 MOVEMENTS      S/F6 OUT TIME       S/F7 CLASSIFICN     S/F8 WORK PGMS
S/F9 DISCIPLINE     S/F10 HOUSING       S/F11 PAROLE BRD    S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order020                    ADC024795

INMATE

ADC NO: 118825 NAME: HAMLIN, PHILLIP L                    STAT: I INACTIVE
*************************** COUNTS/COMMITS ***************************
```
COM COUNTY        SENT BEGIN    COMM SUPER   SENT IMP  CC CS  REL DATE    STATUS
 G  PINAL        03/24/2010    0Y 4M 0D     2Y 5M30D         06/06/2012  IMPOSED
CNT CO/CAUSE            OFFENSE DESC       FELONY     SENT IMP  CC CS         VERIFY
01R 11-200900744       TAKING IDENTITY OF  C4 ND/NR   2Y 6M 0D      ACTIVE   Y


 H  PINAL        09/30/2011    0Y 2M 0D     1Y 5M30D  G      03/30/2013  IMPOSED
CNT CO/CAUSE            OFFENSE DESC       FELONY     SENT IMP  CC CS         VERIFY
01R 11-201001852       DANGEROUS DRUG VIO  C5 ND/NR   1Y 6M 0D      ACTIVE   N
                       ATTEMPT TO COMMIT
```

```
S/F1 ALIAS          S/F2 CNT/COM      S/F3 DETAIN       S/F4 COMMENTS
S/F5 MOVEMENTS      S/F6 OUT TIME     S/F7 CLASSIFICN   S/F8 WORK PGMS
S/F9 DISCIPLINE    S/F10 HOUSING     S/F11 PAROLE BRD   S/F12 INMATE RECD
PREV PAGE USE PF7
END OF COUNTS
```

Confidential Information - Subject to Protective Order021                    ADC024796

```
ADC NO: 118825  NAME:  HAMLIN, PHILLIP L                STAT: I
***************************** MOVEMENT *****************************
MOVEMENT    DATE & TYPE       DESTINATION       REASON FOR      ORIGIN
01/31/96  SHOCK INCAR REC   SHOCK INCARCERAT   ADMIT TO SHOCK   PINAL
02/20/96  TRANSFERRED TO    SHOCK INCARCERAT   BEGIN SHOCK INC  SHOCK INCARCERATIO
02/20/96  RECEIVED AT       SHOCK INCARCERAT   BEGIN SHOCK INC  SHOCK INCARCERATIO
06/19/96  SHOCK INCAR END   PINAL              SHOCK UNSUCCESS  SHOCK INCARCERATIO
07/31/96  NEW COMMITMENT    ASPC-PX ALHAMBRA   NEW FELONY CONV  PINAL
08/07/96  TRANSFERRED TO    ASPC-W APACHE      INITIAL CLASSI.  ASPC-PX ALHAMBRA
08/07/96  RECEIVED AT       ASPC-W APACHE      INITIAL CLASSI.  ASPC-PX ALHAMBRA
08/22/96  TRANSFERRED TO    ASPC-W APACHE DE   PROTECTION       ASPC-W APACHE
08/22/96  RECEIVED AT       ASPC-W APACHE DE   PROTECTION       ASPC-W APACHE
10/21/96  TEMP. RELEASE     MARICOPA           REVERT TO ERCD   ASPC-W APACHE DETN
01/21/97  EARNED RELEASE    MARICOPA           IN STATE         ADC PAROLE DIVISIO
04/21/97  EXPIRATION        MARICOPA           IN STATE         CENTRAL OFFICE REL
07/10/00  RECOMMITMENT      ASPC-PX ALHAMBRA   NEW FELONY CONV  MARICOPA
S/F1 ALIAS          S/F2 CNT/COM      S/F3 DETAIN       S/F4 COMMENTS
S/F5 MOVEMENTS      S/F6 OUT TIME     S/F7 CLASSIFICN   S/F8 WORK PGMS
S/F9 DISCIPLINE     S/F10 HOUSING     S/F11 PAROLE BRD  S/F12 INMATE RECD

NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order

022                                                                    ADC024797

```
                                   INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                  STAT: I INACTIVE
*****************************  MOVEMENT  *****************************
MOVEMENT   DATE & TYPE       DESTINATION        REASON FOR       ORIGIN
07/19/00  TRANSFERRED TO  ASPC-E SMU I       805 REVIEW       ASPC-PX ALHAMBRA
07/19/00  RECEIVED AT     ASPC-E SMU I       805 REVIEW       ASPC-PX ALHAMBRA
09/07/00  TRANSFERRED TO  ASPC-L BARCHEY U   GEN. BY DI49     ASPC-E SMU I
09/07/00  RECEIVED AT     ASPC-L BARCHEY U   GEN. BY DI49     ASPC-E SMU I
09/08/00  TRANSFERRED TO  ASPC-L STINER CD   MENTAL HEALTH    ASPC-L BARCHEY UNI
09/08/00  RECEIVED AT     ASPC-L STINER CD   MENTAL HEALTH    ASPC-L BARCHEY UNI
09/14/00  TRANSFERRED TO  ASPC-L BARCHEY U   ACTN/WRK COMPTD  ASPC-L STINER CDU
09/14/00  RECEIVED AT     ASPC-L BARCHEY U   ACTN/WRK COMPTD  ASPC-L STINER CDU
10/19/00  COM SUPERV RLSE ASPC-L BARCHEY U   T.I.S RELEASE #  MARICOPA
01/19/01  RELEASEE ABSCND UNKNOWN            ABSCOND SUPERV   ADC PAROLE DIVISIO
05/03/01  RET.FM.ABSCOND  MARICOPA           ABSCOND SUPERV   ASPC-PX ALHAMBRA
05/03/01  TEMP. PLACEMENT ASPC-PX ALHAMBRA   COMM SUPER RELS  MARICOPA
05/03/01  COM SUPERV RETN ASPC-PX ALHAMBRA   TECHNICAL VIOL.  MARICOPA
S/F1 ALIAS          S/F2 CNT/COM      S/F3 DETAIN        S/F4 COMMENTS
S/F5 MOVEMENTS      S/F6 OUT TIME     S/F7 CLASSIFICN    S/F8 WORK PGMS
S/F9 DISCIPLINE     S/F10 HOUSING     S/F11 PAROLE BRD   S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```
Confidential Information - Subject to Protective Order023          ADC024798

```
                                         INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                    STAT: I INACTIVE
****************************** MOVEMENT ******************************
MOVEMENT    DATE & TYPE      DESTINATION     REASON FOR       ORIGIN
05/08/01  TRANSFERRED TO  ASPC-F NORTH UNI  LATERAL TRANSFR  ASPC-PX ALHAMBRA
05/08/01  RECEIVED AT     ASPC-F NORTH UNI  LATERAL TRANSFR  ASPC-PX ALHAMBRA
05/29/01  TRANSFERRED TO  ASPC-F CB 6 - KA  805 REVIEW       ASPC-F NORTH UNIT
05/29/01  RECEIVED AT     ASPC-F CB 6 - KA  805 REVIEW       ASPC-F NORTH UNIT
06/16/01  COMM SUP END DT ASPC-F CB 6 - KA  IN STATE         PINAL
09/06/02  RECOMMITMENT    ASPC-PX ALHAMBRA  NEW FELONY CONV  MARICOPA
09/06/02  OVERCROWDING    MARICOPA          OVERCROWDING     ASPC-PX ALHAMBRA
09/27/02  REC.FM.OVCROWDG ASPC-PX ALHAMBRA  OVERCROWDING     MARICOPA
10/18/02  TRANSFERRED TO  ASPC-L BACHMAN T  LATERAL TRANSFR  ASPC-PX ALHAMBRA
10/18/02  RECEIVED AT     ASPC-L BACHMAN T  LATERAL TRANSFR  ASPC-PX ALHAMBRA
10/18/02  TRANSFERRED TO  ASPC-L STINER CD  PROTECTION       ASPC-L BACHMAN TRA
10/18/02  RECEIVED AT     ASPC-L STINER CD  PROTECTION       ASPC-L BACHMAN TRA
11/26/02  TRANSFERRED TO  ASPC-T ECHO UNIT  ALT TO PS        ASPC-L STINER CDU
S/F1 ALIAS        S/F2 CNT/COM      S/F3 DETAIN      S/F4 COMMENTS
S/F5 MOVEMENTS    S/F6 OUT TIME     S/F7 CLASSIFICN  S/F8 WORK PGMS
S/F9 DISCIPLINE   S/F10 HOUSING     S/F11 PAROLE BRD S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order024                    ADC024799

```
                              INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                STAT: I INACTIVE
***************************** MOVEMENT ************************************
MOVEMENT   DATE & TYPE       DESTINATION    REASON FOR      ORIGIN
11/26/02   RECEIVED AT     ASPC-T ECHO UNIT ALT TO PS      ASPC-L STINER CDU
12/16/02   TRANSFERRED TO  ASPC-T TUCSON HE MENTAL HEALTH  ASPC-T ECHO UNIT
12/16/02   RECEIVED AT     ASPC-T TUCSON HE MENTAL HEALTH  ASPC-T ECHO UNIT
12/18/02   TRANSFERRED TO  ASPC-T ECHO UNIT COMPLTD TREATMT ASPC-T TUCSON HEAL
12/18/02   RECEIVED AT     ASPC-T ECHO UNIT COMPLTD TREATMT ASPC-T TUCSON HEAL
01/02/03   TRANSFERRED TO  ASPC-T WINCH DET PENDING INVSTG ASPC-T ECHO UNIT
01/02/03   RECEIVED AT     ASPC-T WINCH DET PENDING INVSTG ASPC-T ECHO UNIT
01/14/03   TRANSFERRED TO  ASPC-T CIMARRON  PENDING INVSTG ASPC-T WINCH DETN
01/14/03   RECEIVED AT     ASPC-T CIMARRON  PENDING INVSTG ASPC-T WINCH DETN
02/05/03   TRANSFERRED TO  ASPC-T WINCHESTE DENIED PS      ASPC-T CIMARRON DE
02/05/03   RECEIVED AT     ASPC-T WINCHESTE DENIED PS      ASPC-T CIMARRON DE
02/13/03   TRANSFERRED TO  ASPC-T WINCH DET PENDING INVSTG ASPC-T WINCHESTER
02/13/03   RECEIVED AT     ASPC-T WINCH DET PENDING INVSTG ASPC-T WINCHESTER
S/F1 ALIAS        S/F2 CNT/COM      S/F3 DETAIN      S/F4 COMMENTS
S/F5 MOVEMENTS    S/F6 OUT TIME     S/F7 CLASSIFICN  S/F8 WORK PGMS
S/F9 DISCIPLINE   S/F10 HOUSING     S/F11 PAROLE BRD S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order025                                      ADC024800

```
                                     INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L              STAT: I INACTIVE
****************************** MOVEMENT ******************************
MOVEMENT    DATE & TYPE       DESTINATION      REASON FOR        ORIGIN
02/13/03  TRANSFERRED TO  ASPC-T CMPLX DET  PENDING INVSTG  ASPC-T WINCH DETN
02/13/03  RECEIVED AT     ASPC-T CMPLX DET  PENDING INVSTG  ASPC-T WINCH DETN
03/18/03  TRANSFERRED TO  ASPC-F EAST UNIT  ALT TO PS       ASPC-T CMPLX DETN
03/18/03  RECEIVED AT     ASPC-F EAST UNIT  ALT TO PS       ASPC-T CMPLX DETN
03/18/03  TRANSFERRED TO  ASPC-F CB 6 - KA  805 REVIEW      ASPC-F EAST UNIT
03/18/03  RECEIVED AT     ASPC-F CB 6 - KA  805 REVIEW      ASPC-F EAST UNIT
05/02/03  TRANSFERRED TO  ASPC-L BUCKLEY    ALT TO PS       ASPC-F CB 6 - KASS
05/02/03  RECEIVED AT     ASPC-L BUCKLEY    ALT TO PS       ASPC-F CB 6 - KASS
05/02/03  TRANSFERRED TO  ASPC-L BACHMAN C  PROTECTION      ASPC-L BUCKLEY
05/02/03  RECEIVED AT     ASPC-L BACHMAN C  PROTECTION      ASPC-L BUCKLEY
07/18/03  TRANSFERRED TO  ASPC-F CENTRAL U  ALT TO PS       ASPC-L BACHMAN CDU
07/18/03  RECEIVED AT     ASPC-F CENTRAL U  ALT TO PS       ASPC-L BACHMAN CDU
10/25/03  TRANSFERRED TO  ASPC-F CB 6 - KA  MENTAL HEALTH   ASPC-F CENTRAL UNI
S/F1 ALIAS          S/F2 CNT/COM        S/F3 DETAIN      S/F4 COMMENTS
S/F5 MOVEMENTS      S/F6 OUT TIME       S/F7 CLASSIFICN  S/F8 WORK PGMS
S/F9 DISCIPLINE     S/F10 HOUSING       S/F11 PAROLE BRD S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order026                    ADC024801

```
                              INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L              STAT: I INACTIVE
****************************** MOVEMENT *******************************
MOVEMENT   DATE & TYPE       DESTINATION      REASON FOR       ORIGIN
10/25/03   RECEIVED AT       ASPC-F CB 6 - KA MENTAL HEALTH    ASPC-F CENTRAL UNI
10/27/03   TRANSFERRED TO    ASPC-F CENTRAL U COMPLTD TREATMT  ASPC-F CB 6 - KASS
10/27/03   RECEIVED AT       ASPC-F CENTRAL U COMPLTD TREATMT  ASPC-F CB 6 - KASS
02/17/04   TRANSFERRED TO    ASPC-T RINCON SD POP. ADJUSTMENT  ASPC-F CENTRAL UNI
02/17/04   RECEIVED AT       ASPC-T RINCON SD POP. ADJUSTMENT  ASPC-F CENTRAL UNI
04/08/04   ESCORTED LEAVE    PIMA             ESCORT MEDICAL   ASPC-T RINCON SDU
04/08/04   OUT TO HOSPITAL   PIMA             ST. MARY'S HOSP  ASPC-T RINCON SDU
04/13/04   RET. FM. HOSP.    ASPC-T TUCSON HE ST. MARY'S HOSP  PIMA
04/21/04   TRANSFERRED TO    ASPC-F EAST UNIT COMPLTD TREATMT  ASPC-T TUCSON HEAL
04/21/04   RECEIVED AT       ASPC-F EAST UNIT COMPLTD TREATMT  ASPC-T TUCSON HEAL
06/01/04   TRANSFERRED TO    ASPC-F CB 6 - KA 805 REVIEW       ASPC-F EAST UNIT
06/01/04   RECEIVED AT       ASPC-F CB 6 - KA 805 REVIEW       ASPC-F EAST UNIT
11/26/04   TRANSFERRED TO    ASPC-T MANZANITA ALT TO PS        ASPC-F CB 6 - KASS
S/F1 ALIAS          S/F2 CNT/COM       S/F3 DETAIN      S/F4 COMMENTS
S/F5 MOVEMENTS      S/F6 OUT TIME      S/F7 CLASSIFICN  S/F8 WORK PGMS
S/F9 DISCIPLINE     S/F10 HOUSING      S/F11 PAROLE BRD S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order027                    ADC024802

```
                                    INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                STAT: I INACTIVE
***************************** MOVEMENT ********************************
MOVEMENT    DATE & TYPE      DESTINATION     REASON FOR       ORIGIN
11/26/04    RECEIVED AT     ASPC-T MANZANITA ALT TO PS       ASPC-F CB 6 - KASS
11/26/04    TRANSFERRED TO  ASPC-T CMPLX DET PENDING INVSTG  ASPC-T MANZANITA
11/26/04    RECEIVED AT     ASPC-T CMPLX DET PENDING INVSTG  ASPC-T MANZANITA
02/28/05    TRANSFERRED TO  ASPC-T WINCHESTE ALT TO PS       ASPC-T CMPLX DETN
02/28/05    RECEIVED AT     ASPC-T WINCHESTE ALT TO PS       ASPC-T CMPLX DETN
02/28/05    TRANSFERRED TO  ASPC-T CMPLX DET PENDING INVSTG  ASPC-T WINCHESTER
02/28/05    RECEIVED AT     ASPC-T CMPLX DET PENDING INVSTG  ASPC-T WINCHESTER
06/03/05    TRANSFERRED TO  ASPC-T CIMARRON  PENDING INVSTG  ASPC-T CMPLX DETN
06/03/05    RECEIVED AT     ASPC-T CIMARRON  PENDING INVSTG  ASPC-T CMPLX DETN
06/13/05    TRANSFERRED TO  ASPC-F NORTH UNI ALT TO PS       ASPC-T CIMARRON DE
06/13/05    RECEIVED AT     ASPC-F NORTH UNI ALT TO PS       ASPC-T CIMARRON DE
06/13/05    TRANSFERRED TO  ASPC-F CB 6 - KA 805 REVIEW      ASPC-F NORTH UNIT
06/13/05    RECEIVED AT     ASPC-F CB 6 - KA 805 REVIEW      ASPC-F NORTH UNIT
S/F1 ALIAS          S/F2 CNT/COM       S/F3 DETAIN      S/F4 COMMENTS
S/F5 MOVEMENTS      S/F6 OUT TIME      S/F7 CLASSIFICN  S/F8 WORK PGMS
S/F9 DISCIPLINE     S/F10 HOUSING      S/F11 PAROLE BRD S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order028                ADC024803

```
DI27 0 118825                          INMATE                              08/08/11 09:26:00
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                        STAT: I INACTIVE
******************************** MOVEMENT ********************************
MOVEMENT   DATE & TYPE        DESTINATION      REASON FOR        ORIGIN
08/01/05   TRANSFERRED TO     ASPC-E BROWNING  DISC. PROBLEM     ASPC-F CB 6 - KASS
08/01/05   RECEIVED AT        ASPC-E BROWNING  DISC. PROBLEM     ASPC-F CB 6 - KASS
08/08/05   TRANSFERRED TO     ASPC-F NORTH UNI DENIED PS         ASPC-E BROWNING UN
08/08/05   RECEIVED AT        ASPC-F NORTH UNI DENIED PS         ASPC-E BROWNING UN
08/08/05   TRANSFERRED TO     ASPC-F CB 6 - KA 805 REVIEW        ASPC-F NORTH UNIT
08/08/05   RECEIVED AT        ASPC-F CB 6 - KA 805 REVIEW        ASPC-F NORTH UNIT
10/05/05   TRANSFERRED TO     ASPC-L BACHMAN U ALT TO PS         ASPC-F CB 6 - KASS
10/05/05   RECEIVED AT        ASPC-L BACHMAN U ALT TO PS         ASPC-F CB 6 - KASS
10/05/05   TRANSFERRED TO     ASPC-L BACHMAN C 805 REVIEW        ASPC-L BACHMAN UNI
10/06/05   RECEIVED AT        ASPC-L BACHMAN C 805 REVIEW        ASPC-L BACHMAN UNI
11/15/05   TRANSFERRED TO     ASPC-T MANZANITA ALT TO PS         ASPC-L BACHMAN CDU
11/15/05   RECEIVED AT        ASPC-T MANZANITA ALT TO PS         ASPC-L BACHMAN CDU
12/04/05   TRANSFERRED TO     ASPC-T CMPLX DET LATERAL TRANSFR   ASPC-T MANZANITA

S/F1 ALIAS           S/F2 CNT/COM          S/F3 DETAIN         S/F4 COMMENTS
S/F5 MOVEMENTS       S/F6 OUT TIME         S/F7 CLASSIFICN     S/F8 WORK PGMS
S/F9 DISCIPLINE      S/F10 HOUSING         S/F11 PAROLE BRD    S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order 029                                    ADC024804

```
                                         INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                    STAT: I INACTIVE
******************************* MOVEMENT *******************************
MOVEMENT   DATE & TYPE      DESTINATION      REASON FOR      ORIGIN
12/04/05   RECEIVED AT      ASPC-T CMPLX DET LATERAL TRANSFR ASPC-T MANZANITA
02/24/06   TRANSFERRED TO   ASPC-T CIMARRON  LATERAL TRANSFR ASPC-T CMPLX DETN
02/24/06   RECEIVED AT      ASPC-T CIMARRON  LATERAL TRANSFR ASPC-T CMPLX DETN
06/29/06   TRANSFERRED TO   ASPC-L BARCHEY U ALT TO PS       ASPC-T CIMARRON DE
06/29/06   RECEIVED AT      ASPC-L BARCHEY U ALT TO PS       ASPC-T CIMARRON DE
07/05/06   TRANSFERRED TO   ASPC-L BACHMAN C 805 REVIEW      ASPC-L BARCHEY UNI
07/05/06   RECEIVED AT      ASPC-L BACHMAN C 805 REVIEW      ASPC-L BARCHEY UNI
09/04/06   OUT TO HOSPITAL  MARICOPA         CO.MED.HOSP.    ASPC-L BACHMAN CDU
09/05/06   RET. FM. HOSP.   ASPC-L BACHMAN C CO.MED.HOSP.    MARICOPA
09/11/06   COM SUPERV RLSE  ASPC-L BACHMAN C T.I.S RELEASE # MARICOPA
12/05/06   RELEASEE ABSCND  UNKNOWN          ABSCOND SUPERV  ADC PAROLE DIVISIO
01/30/07   RET.FM.ABSCOND   UNKNOWN          ABSCOND SUPERV  ADC PAROLE DIVISIO
01/30/07   IN CUSTDY-OTHER  UNKNOWN          PENDING RECEIPT ADC PAROLE DIVISIO
S/F1 ALIAS          S/F2 CNT/COM      S/F3 DETAIN      S/F4 COMMENTS
S/F5 MOVEMENTS      S/F6 OUT TIME     S/F7 CLASSIFICN  S/F8 WORK PGMS
S/F9 DISCIPLINE     S/F10 HOUSING     S/F11 PAROLE BRD S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```

.

Confidential Information - Subject to Protective Order030                    ADC024805

```
                                    INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                  STAT: I INACTIVE
***************************** MOVEMENT ********************************
MOVEMENT    DATE & TYPE      DESTINATION     REASON FOR      ORIGIN
02/01/07  COM SUPERV RETN PINAL            TECHNICAL VIOL.  ASPC-E COOK UNIT
02/01/07  COM SUPERV RETN ASPC-E COOK UNIT TECHNICAL VIOL.  PINAL
02/01/07  TRANSFERRED TO  ASPC-E SMU I     805 REVIEW       ASPC-E COOK UNIT
02/01/07  RECEIVED AT     ASPC-E SMU I     805 REVIEW       ASPC-E COOK UNIT
03/27/07  COM SUPERV RLSE ASPC-E SMU I     IN STATE         MARICOPA
08/18/10  RECOMMITMENT    ASPC-PX ALHAMBRA NEW FELONY CONV  PINAL
08/26/10  TRANSFERRED TO  ASPC-F CENTRAL 8 LATERAL TRANSFR  ASPC-PX ALHAMBRA
08/26/10  TRANSFERRED TO  ASPC-F CENTRAL 8 LATERAL TRANSFR  ASPC-PX ALHAMBRA
08/26/10  RECEIVED AT     ASPC-F CENTRAL 8 LATERAL TRANSFR  ASPC-PX ALHAMBRA
09/17/10  TRANSFERRED TO  ASPC-L BARCHEY P PROTECTION       ASPC-F CENTRAL 805
09/17/10  RECEIVED AT     ASPC-L BARCHEY P PROTECTION       ASPC-F CENTRAL 805
10/08/10  OUT TO HOSPITAL MARICOPA         CO.MED.HOSP.     ASPC-L BARCHEY PS
10/08/10  RET. FM. HOSP.  ASPC-L BARCHEY P CO.MED.HOSP.     MARICOPA
S/F1 ALIAS         S/F2 CNT/COM      S/F3 DETAIN      S/F4 COMMENTS
S/F5 MOVEMENTS     S/F6 OUT TIME     S/F7 CLASSIFICN  S/F8 WORK PGMS
S/F9 DISCIPLINE    S/F10 HOUSING     S/F11 PAROLE BRD S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order031                    ADC024806

```
                                    INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                    STAT: I INACTIVE
******************************* MOVEMENT ********************************
MOVEMENT   DATE & TYPE      DESTINATION        REASON FOR      ORIGIN
10/09/10   TRANSFERRED TO   ASP-L BARCHEY ME   LATERAL TRANSFR ASPC-L BARCHEY PS
10/09/10   RECEIVED AT      ASP-L BARCHEY ME   LATERAL TRANSFR ASPC-L BARCHEY PS
10/10/10   OUT TO HOSPITAL  MARICOPA           CO.MED.HOSP.    ASP-L BARCHEY MED
10/10/10   RET. FM. HOSP.   ASP-L BARCHEY ME   CO.MED.HOSP.    MARICOPA
11/08/10   OUT TO HOSPITAL  MARICOPA           CO.MED.HOSP.    ASP-L BARCHEY MED
11/08/10   RET. FM. HOSP.   ASP-L BARCHEY ME   CO.MED.HOSP.    MARICOPA
11/09/10   TRANSFERRED TO   ASPC-L STINER CD   MENTAL HEALTH   ASP-L BARCHEY MED
11/09/10   RECEIVED AT      ASPC-L STINER CD   MENTAL HEALTH   ASP-L BARCHEY MED
11/11/10   OUT TO HOSPITAL  MARICOPA           CO.MED.HOSP.    ASPC-L STINER CDU
11/16/10   RET. FM. HOSP.   ASPC-L STINER CD   CO.MED.HOSP.    MARICOPA
11/18/10   OUT TO HOSPITAL  MARICOPA           CO.MED.HOSP.    ASPC-L STINER CDU
11/19/10   RET. FM. HOSP.   ASPC-L STINER CD   CO.MED.HOSP.    MARICOPA
11/20/10   TRANSFERRED TO   ASPC-L BUCKLEY P   MENTAL HEALTH   ASPC-L STINER CDU
S/F1 ALIAS          S/F2 CNT/COM       S/F3 DETAIN      S/F4 COMMENTS
S/F5 MOVEMENTS      S/F6 OUT TIME      S/F7 CLASSIFICN  S/F8 WORK PGMS
S/F9 DISCIPLINE     S/F10 HOUSING      S/F11 PAROLE BRD S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order032                          ADC024807

Case 2:12-cv-00601-ROS   Document 1067-1   Filed 08/07/14   Page 52 of 229
```
                                  INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                  STAT: I INACTIVE
******************************* MOVEMENT ********************************
MOVEMENT   DATE & TYPE       DESTINATION       REASON FOR       ORIGIN
11/20/10  RECEIVED AT      ASPC-L BUCKLEY P  MENTAL HEALTH   ASPC-L STINER CDU
11/20/10  TRANSFERRED TO   ASPC-L STINER CD  MENTAL HEALTH   ASPC-L BUCKLEY PS
11/20/10  RECEIVED AT      ASPC-L STINER CD  MENTAL HEALTH   ASPC-L BUCKLEY PS
11/24/10  TRANSFERRED TO   ASPC-L BUCKLEY P  MENTAL HEALTH   ASPC-L STINER CDU
11/24/10  RECEIVED AT      ASPC-L BUCKLEY P  MENTAL HEALTH   ASPC-L STINER CDU
11/24/10  OUT TO HOSPITAL  MARICOPA          CO.MED.HOSP.    ASPC-L BUCKLEY PS
11/25/10  RET. FM. HOSP.   ASPC-L BUCKLEY P  CO.MED.HOSP.    MARICOPA
11/26/10  TRANSFERRED TO   ASPC-L STINER CD  MENTAL HEALTH   ASPC-L BUCKLEY PS
11/26/10  RECEIVED AT      ASPC-L STINER CD  MENTAL HEALTH   ASPC-L BUCKLEY PS
11/28/10  OUT TO HOSPITAL  MARICOPA          CO.MED.HOSP.    ASPC-L STINER CDU
11/28/10  RET. FM. HOSP.   ASPC-L STINER CD  CO.MED.HOSP.    MARICOPA
11/30/10  OUT TO HOSPITAL  MARICOPA          CO.MED.HOSP.    ASPC-L STINER CDU
12/01/10  RET. FM. HOSP.   ASPC-L STINER CD  CO.MED.HOSP.    MARICOPA
S/F1 ALIAS          S/F2 CNT/COM     S/F3 DETAIN      S/F4 COMMENTS
S/F5 MOVEMENTS      S/F6 OUT TIME    S/F7 CLASSIFICN  S/F8 WORK PGMS
S/F9 DISCIPLINE     S/F10 HOUSING    S/F11 PAROLE BRD S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order033                    ADC024808

```
                                 INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                    STAT: I INACTIVE
****************************** MOVEMENT ********************************
MOVEMENT    DATE & TYPE      DESTINATION        REASON FOR        ORIGIN
12/10/10  OUT TO HOSPITAL  MARICOPA          CO.MED.HOSP.     ASPC-L STINER CDU
12/11/10  RET. FM. HOSP.   ASPC-L STINER CD  CO.MED.HOSP.     MARICOPA
12/11/10  TRANSFERRED TO   ASP-L BARCHEY ME  MENTAL HEALTH    ASPC-L STINER CDU
12/11/10  RECEIVED AT      ASP-L BARCHEY ME  MENTAL HEALTH    ASPC-L STINER CDU
12/13/10  TRANSFERRED TO   ASPC-L BUCKLEY P  MENTAL HEALTH    ASP-L BARCHEY MED
12/13/10  RECEIVED AT      ASPC-L BUCKLEY P  MENTAL HEALTH    ASP-L BARCHEY MED
12/13/10  OUT TO HOSPITAL  MARICOPA          CO.MED.HOSP.     ASPC-L BUCKLEY PS
12/14/10  RET. FM. HOSP.   ASPC-L BUCKLEY P  CO.MED.HOSP.     MARICOPA
12/15/10  OUT TO HOSPITAL  MARICOPA          CO.MED.HOSP.     ASPC-L BUCKLEY PS
12/16/10  RET. FM. HOSP.   ASPC-L BUCKLEY P  CO.MED.HOSP.     MARICOPA
12/16/10  TRANSFERRED TO   ASPC-L STINER CD  MENTAL HEALTH    ASPC-L BUCKLEY PS
12/16/10  RECEIVED AT      ASPC-L STINER CD  MENTAL HEALTH    ASPC-L BUCKLEY PS
12/19/10  OUT TO HOSPITAL  MARICOPA          CO.MED.HOSP.     ASPC-L STINER CDU
S/F1 ALIAS          S/F2 CNT/COM      S/F3 DETAIN      S/F4 COMMENTS
S/F5 MOVEMENTS      S/F6 OUT TIME     S/F7 CLASSIFICN  S/F8 WORK PGMS
S/F9 DISCIPLINE     S/F10 HOUSING     S/F11 PAROLE BRD S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order034                    ADC024809

```
DI27 0 118825                          INMATE              12/06/11 09:26:19
ADC NO: 118825 NAME:   HAMLIN, PHILLIP L                     STAT: I INACTIVE
******************************* MOVEMENT *******************************
MOVEMENT  DATE & TYPE        DESTINATION      REASON FOR     ORIGIN
12/20/10  RET. FM. HOSP.   ASPC-L STINER CD  CO.MED.HOSP.    MARICOPA
12/24/10  TRANSFERRED TO   ASPC-L BUCKLEY P  MENTAL HEALTH   ASPC-L STINER CDU
12/24/10  RECEIVED AT      ASPC-L BUCKLEY P  MENTAL HEALTH   ASPC-L BUCKLEY PS
12/29/10  TRANSFERRED TO   ASPC-L STINER CD  MENTAL HEALTH   ASPC-L BUCKLEY PS
12/29/10  RECEIVED AT      ASPC-L STINER CD  MENTAL HEALTH   ASPC-L BUCKLEY PS
12/30/10  TRANSFERRED TO   FLAMENCO M.HLTH   MENTAL HEALTH   ASPC-L STINER CDU
12/30/10  RECEIVED AT      ASPC-PHX B-WARD   MENTAL HEALTH   ASPC-L STINER CDU
01/02/11  OUT TO HOSPITAL  MARICOPA          CO.MED.HOSP.    ASPC-PHX B-WARD
01/03/11  RET. FM. HOSP.   ASPC-PHX B-WARD   CO.MED.HOSP.    MARICOPA
01/08/11  OUT TO HOSPITAL  MARICOPA          CO.MED.HOSP.    ASPC-PHX B-WARD
01/09/11  RET. FM. HOSP.   ASPC-PHX B-WARD   CO.MED.HOSP.    MARICOPA
01/15/11  OUT TO HOSPITAL  MARICOPA          CO.MED.HOSP.    ASPC-PHX B-WARD
01/15/11  RET. FM. HOSP.   ASPC-PHX B-WARD   CO.MED.HOSP.    MARICOPA
S/F1 ALIAS        S/F2 CNT/COM      S/F3 DETAIN       S/F4 COMMENTS
S/F5 MOVEMENTS    S/F6 OUT TIME     S/F7 CLASSIFICN   S/F8 WORK PGMS
S/F9 DISCIPLINE   S/F10 HOUSING     S/F11 PAROLE BRD  S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order035                      ADC024810

```
                                  INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L               STAT: I INACTIVE
****************************** MOVEMENT *******************************
MOVEMENT   DATE & TYPE      DESTINATION       REASON FOR      ORIGIN
01/26/11   OUT TO HOSPITAL MARICOPA          CO.MED.HOSP.    ASPC-PHX B-WARD
01/26/11   RET. FM. HOSP.  ASPC-PHX B-WARD   CO.MED.HOSP.    MARICOPA
02/04/11   TRANSFERRED TO  ASP-L BARCHEY ME  LATERAL TRANSFR ASPC-PHX B-WARD
02/04/11   RECEIVED AT     ASP-L BARCHEY ME  LATERAL TRANSFR ASPC-PHX B-WARD
02/04/11   TRANSFERRED TO  ASPC-L BARCHEY P  LATERAL TRANSFR ASP-L BARCHEY MED
02/04/11   RECEIVED AT     ASPC-L BARCHEY P  LATERAL TRANSFR ASP-L BARCHEY MED
02/05/11   TRANSFERRED TO  ASPC-L STINER CD  DISC. PROBLEM   ASPC-L BARCHEY PS
02/05/11   RECEIVED AT     ASPC-L STINER CD  DISC. PROBLEM   ASPC-L BARCHEY PS
03/22/11   TRANSFERRED TO  ASPC-L BUCKLEY P  MENTAL HEALTH   ASPC-L STINER CDU
03/22/11   RECEIVED AT     ASPC-L BUCKLEY P  MENTAL HEALTH   ASPC-L STINER CDU
04/03/11   TRANSFERRED TO  ASPC-L BARCHEY P  COMPLTD TREATMT ASPC-L BUCKLEY PS
04/03/11   RECEIVED AT     ASPC-L BARCHEY P  COMPLTD TREATMT ASPC-L BUCKLEY PS
04/03/11   OUT TO HOSPITAL MARICOPA          CO.MED.HOSP.    ASPC-L BARCHEY PS
S/F1 ALIAS          S/F2 CNT/COM        S/F3 DETAIN      S/F4 COMMENTS
S/F5 MOVEMENTS      S/F6 OUT TIME       S/F7 CLASSIFICN  S/F8 WORK PGMS
S/F9 DISCIPLINE     S/F10 HOUSING       S/F11 PAROLE BRD S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order036                    ADC024811

Case 2:12-cv-00601-ROS   Document 1067-1   Filed 08/07/14   Page 56 of 229
```
                                   INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                    STAT: I INACTIVE
******************************* MOVEMENT *******************************
MOVEMENT    DATE & TYPE      DESTINATION       REASON FOR      ORIGIN
04/04/11  RET. FM. HOSP.  ASPC-L BARCHEY P  CO.MED.HOSP.    MARICOPA
04/04/11  TRANSFERRED TO  ASPC-L STINER CD  MENTAL HEALTH   ASPC-L BARCHEY PS
04/04/11  RECEIVED AT     ASPC-L STINER CD  MENTAL HEALTH   ASPC-L BARCHEY PS
04/04/11  TRANSFERRED TO  ASPC-L BUCKLEY P  MENTAL HEALTH   ASPC-L STINER CDU
04/04/11  RECEIVED AT     ASPC-L BUCKLEY P  MENTAL HEALTH   ASPC-L STINER CDU
04/17/11  OUT TO HOSPITAL MARICOPA          CO.MED.HOSP.    ASPC-L BUCKLEY PS
04/17/11  RET. FM. HOSP.  ASPC-L BUCKLEY P  CO.MED.HOSP.    MARICOPA
04/17/11  TRANSFERRED TO  ASPC-L STINER CD  MENTAL HEALTH   ASPC-L BUCKLEY PS
04/17/11  RECEIVED AT     ASPC-L STINER CD  MENTAL HEALTH   ASPC-L BUCKLEY PS
04/21/11  TRANSFERRED TO  ASPC-L BUCKLEY P  MENTAL HEALTH   ASPC-L STINER CDU
04/21/11  RECEIVED AT     ASPC-L BUCKLEY P  MENTAL HEALTH   ASPC-L STINER CDU
08/19/11  OUT TO HOSPITAL MARICOPA          CO.MED.HOSP.    ASPC-L BUCKLEY PS
08/20/11  RET. FM. HOSP.  ASPC-L BUCKLEY P  CO.MED.HOSP.    MARICOPA
S/F1 ALIAS           S/F2 CNT/COM      S/F3 DETAIN      S/F4 COMMENTS
S/F5 MOVEMENTS       S/F6 OUT TIME     S/F7 CLASSIFICN  S/F8 WORK PGMS
S/F9 DISCIPLINE      S/F10 HOUSING     S/F11 PAROLE BRD S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```
Confidential Information - Subject to Protective Order037                    ADC024812

Case 2:12-cv-00601-ROS   Document 1067-1   Filed 08/07/14   Page 57 of 229

```
                                  INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                    STAT: I INACTIVE
******************************* MOVEMENT ********************************
MOVEMENT  DATE & TYPE        DESTINATION        REASON FOR        ORIGIN
08/23/11  TRANSFERRED TO  ASPC-L STINER CD   MENTAL HEALTH   ASPC-L BUCKLEY PS
08/23/11  RECEIVED AT     ASPC-L STINER CD   MENTAL HEALTH   ASPC-L BUCKLEY PS
08/31/11  TRANSFERRED TO  ASPC-L BACHMAN C   DISC. PROBLEM   ASPC-L STINER CDU
08/31/11  RECEIVED AT     ASPC-L BACHMAN C   DISC. PROBLEM   ASPC-L STINER CDU
09/06/11  TRANSFERRED TO  ASPC-L BUCKLEY P   ACTN/WRK COMPTD ASPC-L BACHMAN CDU
09/06/11  RECEIVED AT     ASPC-L BUCKLEY P   ACTN/WRK COMPTD ASPC-L BACHMAN CDU
09/20/11  TRANSFERRED TO  ASPC-L BACHMAN C   DISC. PROBLEM   ASPC-L BUCKLEY PS
09/20/11  RECEIVED AT     ASPC-L BACHMAN C   DISC. PROBLEM   ASPC-L BUCKLEY PS
09/29/11  OUT TO COURT    PINAL                 COURT APPEARNCE ASPC-L BACHMAN CDU
10/06/11  RET.FM.COURT    ASPC-L BACHMAN C   COURT APPEARNCE PINAL
10/06/11  TRANSFERRED TO  L-RAST CLOSE       DISC. PROBLEM   ASPC-L BACHMAN CDU
10/06/11  RECEIVED AT     L-RAST CLOSE       DISC. PROBLEM   ASPC-L BACHMAN CDU
10/17/11  OUT TO HOSPITAL MARICOPA           CO.MED.HOSP.    L-RAST CLOSE
S/F1 ALIAS          S/F2 CNT/COM       S/F3 DETAIN        S/F4 COMMENTS
S/F5 MOVEMENTS      S/F6 OUT TIME      S/F7 CLASSIFICN    S/F8 WORK PGMS
S/F9 DISCIPLINE     S/F10 HOUSING      S/F11 PAROLE BRD   S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order038                    ADC024813

```
                                   INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                 STAT: I INACTIVE
************************************* MOVEMENT ********************************
MOVEMENT     DATE & TYPE        DESTINATION        REASON FOR        ORIGIN
10/17/11   RET. FM. HOSP.    L-RAST CLOSE       CO.MED.HOSP.     MARICOPA
11/07/11   TRANSFERRED TO    ASPC-L STINER CD   DISC. PROBLEM    L-RAST CLOSE
11/07/11   RECEIVED AT       ASPC-L STINER CD   DISC. PROBLEM    L-RAST CLOSE
11/18/11   TRANSFERRED TO    L-RAST CLOSE       MENTAL HEALTH    ASPC-L STINER CDU
11/18/11   RECEIVED AT       L-RAST CLOSE       MENTAL HEALTH    ASPC-L STINER CDU
11/18/11   TRANSFERRED TO    ASPC-L STINER CD   MENTAL HEALTH    L-RAST CLOSE
11/18/11   RECEIVED AT       ASPC-L STINER CD   MENTAL HEALTH    L-RAST CLOSE
11/27/11   TRANSFERRED TO    ASPC-L BUCKLEY P   MENTAL HEALTH    ASPC-L STINER CDU
11/27/11   RECEIVED AT       ASPC-L BUCKLEY P   MENTAL HEALTH    ASPC-L STINER CDU
11/30/11   TRANSFERRED TO    ASPC-L HEALTH UN   MENTAL HEALTH    ASPC-L BUCKLEY PS
11/30/11   RECEIVED AT       ASPC-L HEALTH UN   MENTAL HEALTH    ASPC-L BUCKLEY PS
12/02/11   TRANSFERRED TO    ASPC-L STINER CD   MENTAL HEALTH    ASPC-L HEALTH UNIT
12/02/11   RECEIVED AT       ASPC-L STINER CD   MENTAL HEALTH    ASPC-L HEALTH UNIT
S/F1 ALIAS           S/F2 CNT/COM       S/F3 DETAIN        S/F4 COMMENTS
S/F5 MOVEMENTS       S/F6 OUT TIME      S/F7 CLASSIFICN    S/F8 WORK PGMS
S/F9 DISCIPLINE      S/F10 HOUSING      S/F11 PAROLE BRD   S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order039                ADC024814

```
                                    INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                STAT: I INACTIVE
*****************************  MOVEMENT ******************************
MOVEMENT   DATE & TYPE        DESTINATION      REASON FOR       ORIGIN
12/02/11   TRANSFERRED TO     ASPC-L HEALTH UN MEDICAL NEEDS    ASPC-L STINER CDU
12/02/11   RECEIVED AT        ASPC-L HEALTH UN MEDICAL NEEDS    ASPC-L STINER CDU
12/04/11   DEATH              MARICOPA         PENDING INVSTG   ASPC-L HEALTH UNIT
```

```
S/F1 ALIAS          S/F2 CNT/COM       S/F3 DETAIN       S/F4 COMMENTS
S/F5 MOVEMENTS      S/F6 OUT TIME      S/F7 CLASSIFICN   S/F8 WORK PGMS
S/F9 DISCIPLINE     S/F10 HOUSING      S/F11 PAROLE BRD  S/F12 INMATE RECD
PREV PAGE USE PF7
END OF MOVEMENTS
```

Confidential Information - Subject to Protective Order040                                                    ADC024815

```
DI31 0 118825                           INMATE                    12/04/  16:39
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L               STAT: I INA
***************************** DISCIPLINE *****************************
DISCIPLINE VIOLATION DATE CASE TYPE   VERDICT            DISPOSITION      STATUS
10/16/96 96-W05-1619 LYING TO OFFICI GUILTY-MIN.V  PRIV LOSS DAYS FINALIZED
09/27/00 00-L03-0297 DISOBEYING ORDE DISMS.-PROC.                 FINALIZED
06/12/01 01-A04-1869 THEFT/POSSN PRO DISMISS-COUN                 FINALIZED
10/07/02 02-B06-0564 DISRESPECT      DISMISS-COUN                 FINALIZED
10/14/02 02-B06-0566 DISRESPECT      GUILTY-MIN.V   VERBAL REPRMND FINALIZED
                                                    WRITEN REPRMND
                                                    PRIV LOSS DAYS
                                                    RESTRICTION DA
12/16/02 02-C06-0971 DISRESPECT      GUILTY-MIN.V   VERBAL REPRMND FINALIZED
                                                    PRIV LOSS DAYS
                                                    EXTRA DUTY HRS

10/28/03 03-A01-1503 DISORDRLY CONDC DISMS.-PROC.                 FINALIZED
04/21/03 03-A11-0273 THREATEN W/HARM GUILTY-MAJ.V UPHD PRIV LOSS DAYS FINALIZED
S/F1 ALIAS            S/F2 CNT/COM      S/F3 DETAIN      S/F4 COMMENTS
S/F5 MOVEMENTS        S/F6 OUT TIME     S/F7 CLASSIFICN  S/F8 WORK PGMS
S/F9 DISCIPLINE       S/F10 HOUSING     S/F11 PAROLE BRD S/F12 INMATE RECD

NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order041

ADC024816

```
                                  INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                      STAT: I INACTIVE
******************************** DISCIPLINE ********************************
DISCIPLINE VIOLATION DATE CASE TYPE  VERDICT         DISPOSITION     STATUS
02/13/03 03-C17-0002 THREATEN W/HARM GUILTY-MAJ.V    VERBAL REPRMND  FINALIZED
                                                     PRIV LOSS DAYS
                                                     REFER TO RECLS
                                                     ISOLATION DAYS
                                                     TIME FORFT DAY
05/20/03 03-L09-0086 DISOBEYING ORDE GUILTY-MAJ.V    VERBAL REPRMND  FINALIZED
                                                     PRIV LOSS DAYS
                                                     EXTRA DUTY HRS
                                                     REFER TO RECLS
                                                     TIME FORFT DAY
07/15/03 03-L09-0148 THREATEN W/HARM GUILTY-MAJ.V    VERBAL REPRMND  FINALIZED
                                                     PRIV LOSS DAYS
                                                     REFER TO RECLS

S/F1 ALIAS        S/F2 CNT/COM      S/F3 DETAIN      S/F4 COMMENTS
S/F5 MOVEMENTS    S/F6 OUT TIME     S/F7 CLASSIFICN  S/F8 WORK PGMS
S/F9 DISCIPLINE   S/F10 HOUSING     S/F11 PAROLE BRD S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order042                          ADC024817

```
                                    INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                STAT: I INACTIVE
***************************** DISCIPLINE *****************************
DISCIPLINE VIOLATION DATE CASE TYPE  VERDICT           DISPOSITION    STATUS
05/26/04 04-A03-1021 DISORDRLY CONDC GUILTY-MIN.V      VERBAL REPRMND FINALIZED
06/08/04 04-A03-1078 DISOBEYING ORDE GUILTY-MIN.V      VERBAL REPRMND FINALIZED
                                                       PRIV LOSS DAYS
07/28/04 04-A11-0317 DISORDRLY CONDC GUILTY-MIN.V      VERBAL REPRMND FINALIZED
                                                       PRIV LOSS DAYS
04/02/04 04-C25-0090 DISRESPECT      GUILTY-MIN.V      VERBAL REPRMND FINALIZED
                                                       PRIV LOSS DAYS
08/23/05 05-A04-2741 DISOBEYING ORDE DISMS.-PROC.                     FINALIZED
11/01/05 05-L09-0147 DRUG POS/MFG ET DISMS.-PROC.                     FINALIZED
07/20/06 06-L09-0129 DRUG POS/MFG ET NOT GLT-MAJ.                     FINALIZED
12/21/10 10-L03-0112 DISORDERLY COND GUILTY-MAJ.V      PRIV LOSS DAYS FINALIZED
                                                       TIME FORFT DAY
12/22/10 10-L25-1043 FALSE REPORTING GUILTY-MAJ.V      PRIV LOSS DAYS FINALIZED
S/F1 ALIAS           S/F2 CNT/COM     S/F3 DETAIN      S/F4 COMMENTS
S/F5 MOVEMENTS       S/F6 OUT TIME    S/F7 CLASSIFICN  S/F8 WORK PGMS
S/F9 DISCIPLINE      S/F10 HOUSING    S/F11 PAROLE BRD S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```

Confidential Information - Subject to Protective Order043                ADC024818

Case 2:12-cv-00601-ROS   Document 1067-1   Filed 08/07/14   Page 63 of 229
```
                                   INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                 STAT: I INACTIVE
*************************** DISCIPLINE ********************************
DISCIPLINE VIOLATION DATE CASE TYPE   VERDICT       DISPOSITION      STATUS
02/28/11 11-L25-0282 AGGRVTD REFUSAL GUILTY-MAJ.V   PRIV LOSS DAYS FINALIZED
                                                    TIME FORFT DAY
02/28/11 11-L25-0286 AGGRVTD REFUSAL GUILTY-MAJ.V   PRIV LOSS DAYS FINALIZED
                                                    TIME FORFT DAY
02/28/11 11-L25-0287 AGGRVTD REFUSAL GUILTY-MAJ.V   PRIV LOSS DAYS FINALIZED
02/28/11 11-L25-0289 AGGRVTD REFUSAL GUILTY-MAJ.V   PRIV LOSS DAYS FINALIZED
                                                    TIME FORFT DAY
02/28/11 11-L25-0329 AGGRVTD REFUSAL GUILTY-MAJ.V   PRIV LOSS DAYS FINALIZED
                                                    TIME FORFT DAY
09/01/11 11-L25-1078 OBSTRUCTING STA GUILTY-MAJ.V   PRIV LOSS DAYS FINALIZED
                                                    TIME FORFT DAY
08/09/11 11-L28-0097 DISOBEY VERBAL/ GUILTY-MAJ.V   VERBAL REPRMND FINALIZED
                                                    WRITEN REPRMND

S/F1 ALIAS          S/F2 CNT/COM       S/F3 DETAIN     S/F4 COMMENTS
S/F5 MOVEMENTS      S/F6 OUT TIME      S/F7 CLASSIFICN S/F8 WORK PGMS
S/F9 DISCIPLINE     S/F10 HOUSING      S/F11 PAROLE BRD S/F12 INMATE RECD
PREV PAGE USE PF7
NEXT PAGE USE PF8
```
Confidential Information - Subject to Protective Order044                    ADC024819

                                    INMATE
ADC NO: 118825 NAME:  HAMLIN, PHILLIP L                STAT: I INACTIVE
***************************** DISCIPLINE ******************************
DISCIPLINE VIOLATION DATE CASE TYPE  VERDICT        DISPOSITION     STATUS
09/22/11 11-L28-0162 AGGRVTD REFUSAL INFRML RESOL                   FINALIZED
11/18/11 11-L32-0179 DISORDERLY COND GUILTY-MAJ.V   VERBAL REPRMND  FINALIZED
                                                    PRIV LOSS DAYS
                                                    TIME FORFT DAY


S/F1 ALIAS          S/F2 CNT/COM      S/F3 DETAIN      S/F4 COMMENTS
S/F5 MOVEMENTS      S/F6 OUT TIME     S/F7 CLASSIFICN  S/F8 WORK PGMS
S/F9 DISCIPLINE     S/F10 HOUSING     S/F11 PAROLE BRD S/F12 INMATE RECD
PREV PAGE USE PF7
END OF VIOLATIONS

Confidential Information - Subject to Protective Order045                      ADC024820


**ARIZONA DEPARTMENT OF CORRECTIONS**

**SIGNIFICANT INCIDENT REPORT**



| SIR Number<br>11- 14290 | Institution/Facility<br>**ASPC LEWIS - COMPLEX**<br>Phone Number<br>**623-386-6160-4020** | Period Covered<br>☑ Initial ☐ Follow-up ☐ Final ☐ Supplement |
|---|---|---|
| Date of Incident<br>12/04/2011 | Time<br>0730 | Report Date<br>12/04/2011 |

**NATURE OF INCIDENT** *(Check One or More)*

| | | | |
|---|---|---|---|
| ☐ Accident(s) | ☐ Behavior Control | ☐ Escape(s) | ☐ PREA |
| ☐ After Hours Transport | ☐ Chemical Agent Use | ☐ Fire Crew Deployment | ☐ Property Damage |
| ☐ Agency Assist | ☐ Criminal Act(s) | ☐ Firearm Use | ☐ Self Destructive Behavior |
| ☐ Arrest(s) Employee | ☑ Death(s) | ☐ Hostage(s) | ☐ Suicide Attempt |
| ☐ Arrests(s) Inmate/Offender | ☐ Disturbance | ☐ Medical | ☐ Weapons Recovery |
| ☐ Assaults | ☐ Employee Work Stoppage | ☐ Other | |

**Inmate(s) Involved**

| Last Name | First Name | ADC Number | Custody/IR | Race | MH Score | Age | Housing | STG Name | Work Assignment | Involvement |
|---|---|---|---|---|---|---|---|---|---|---|
| HAMLIN | PHILLIP | 118825 | CLO/PS/4 | CAU | 3ac | 38 | L11 G | NA | NA | SUBJECT |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Employee(s) Involved**

| Last Name | First Name | Complex | Unit | Shift | RDO | First Line Supervisor | On Duty Incident Yes/No | How Involved |
|---|---|---|---|---|---|---|---|---|
| KINGSLAND | | LEWIS | RAST | DAYS | | SGT. NUNEZ | YES | Initial Command |
| KARKHOFF | | LEWIS | COMPLEX | DAYS | FS | CAPTAIN STICKLEY | YES | Incident Command |
| CASPER | S Redacted | LEWIS | COMPLEX | DAYS | MT | LT KARKHOFF | YES | Responder |
| NETTLES | M | LEWIS | COMPLEX | DAYS | MTW | CRNS1 SIENKOVICH | YES | Nursing Supervisor |

Incident Synopsis
At approximately 0730 Inmate Hamlin # 118825 was found unresponsive in the Lewis Medical Hub room G. Life saving measures were began and continued until Buckeye Fire Ambulance staff took over.  At approximately 0818 Dr Chopera of West Valley Emergency pronounced the inmate.

**Agency Notifications Made (Time)**

| Deputy Warden<br>0826 | Duty Officer<br>0806 | Warden<br>0815 | Criminal Investigation Unit<br>0825 |
|---|---|---|---|
| Community Corrections | Probation/Parole Supervisor | | Central Office Communications<br>0839 |

**Escape Information**

| County | Date Assigned to Fugitive Detail | Date Returned to Custody |
|---|---|---|
| Transported by ☐ Air ☐ Ambulance ☐ ADC | Company | To |

Medically Treated By: (Dr./RN, Enter Name)
**COMPLEX MEDICAL STAFF**

| Initial Report By<br>SGT. S. CASPER # 4504 | Date<br>12/04/2011 | Time<br>1000 |
|---|---|---|
| Reporting Official Name and Title *(Please print)*<br>SGT. S. CASPER #4504 | Employee Identification Number<br>32111 | Reporting Official's Signature<br>*Sgt S Cj 4504* |

105-3
8/6/09

ARIZONA DEPARTMENT OF CORRECTIONS

SIGNIFICANT INCIDENT REPORT *(continued)*

*Describe incident in detail (who, what, when, where, why and how). Include a complete physical description, direction of travel, mode of transportation, type of weapon used, location of wounds on body, other distinguishing marks, location of incident, current investigation/escape and apprehension procedures in use, e.g., roadblocks, ground searches, number of individuals involved, and any in-house actions, e.g., suspects, shakedowns, etc.*

On 12/04/2011 at approximately 0750 the Incident Command System was initiated by COII edact Kingsland EIN #edact after Inmate Hamlin # 118825 was found unresponsive on his bed in the Lewis Complex Medical Hub (L11) while conducting breakfast feeding. Medical staff immediately entered the cell with security staff and Life saving measures of chest compressions to breaths were immediately started with staff rotating as needed until Ambulance staff could arrive. Lt. edact Karkhoff EIN #edact assumed Command at approximately 0751 and notifications were being made by Complex Control Officer Redacted Sawyer EIN #edact Sgt. Redacte Casper EIN #edact and Lt. Karkhoff to CIU Williams, Warden Diaz, DWOP Malone, DW Lawrence the Off Site Duty Officer, ADW Jensen the On Site, Major Burch and Captain Stickley.   At approximately 0810 Buckeye Fire Ambulance staff arrived on site and took over life saving efforts. At approximately 0815 one of the Buckeye Valley Staff placed a phone call to West Valley Emergency and per Dr. Chopera pronounced the inmates death at a time of 0818. All staff was removed from the room and COII edact O'Neal EIN #edact was assigned as the Crime Scene Manager.  At approximately 1020 CIU Watson arrived on site to begin his preliminary investigation. Next of Kin notification was completed at approximately 1030 by ADW Jensen.

105-3
8/6/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Use of Force/Incident Command Report**

Describe incident in detail (who, what, when, where, how). Include a complete physical description, type of location of incident, current investigation, number of indiv and any unit actions, e.g., suspects, shakedowns, etc., se side for narrative. **PLEASE PRINT LEGIBLY.**

| Report Date 12/04/2011 | Control Number 11-L00-2146 | Nature of Incident Unresponsive Inmate |
|---|---|---|
| Incident Date/Time 12/04/2011    0748 | Facility/Unit ASPC LEWIS COMPLEX L11 | Location of Incident MEDICAL ASSISTED LIVING CELL G |
| From J. KARKHOFF | Title LIEUTENANT | Incident Commander's Name (If applicable) LT. J. KARKHOFF |

| Time Command Assumed 0748 | Response | ☐ Type 5  ☐ Type 4  ☐ Type 3  ☐ Type 2  ☐ Type 1<br>☐ Local  ☐ TSU  ☑ Outside Agency (specify) BUCKEYE VALLEYE FIRE AND RES | Command Mode INITIAL |
|---|---|---|---|

| Recorder Assigned ☑ Yes  ☐ No | Recorder's Name COII R. DELEON | Lockdown Called ☐ Yes  ☐ No | Date | Time |
|---|---|---|---|---|

| DART Activated Date | Time | Evidence Secured ☑ Yes  ☐ No | Comments VIDEO TURNED OVER TO CIU WATSON |
|---|---|---|---|

| Video Camera Used ☑ Yes  ☐ No | Video Operator CO II K. HEATHER | Notifications Initiated Date 12/04/2011 | Time 0752 |
|---|---|---|---|

| DART Activated Date | Time | Staging Location | Staging Manager's Name |
|---|---|---|---|

| Command Post Activated Date | Time | TSU on Standby Date | Time |
|---|---|---|---|

| TSU Activated Date | Time | Date of Normal Operations Date 12/04/2011 | Time 1220 |
|---|---|---|---|

| Notifications Completed Date 12/04/2011 | Time 1030 | Related Reports Completed ☐ Worksheet | ☐ IMS Evaluation |
|---|---|---|---|

| Participant(s) | ADC Number | Unit/Bed | How Involved |
|---|---|---|---|
| KINGSLAND, redacte | | | INITIAL INCIDENT COMMANDER |
| KARKHOFF, redacte LT 3806 | | | INCIDENT COMMANDER |
| HAMLIN, redacted | 118825 | L11 CELL G | SUBJECT |
| CASPER, Redacted SGT 4504 | | | RESPONDER |
| HILL, Redacted CO II 4020 | | | RESPONDER |
| HEATHER, Redacted 8676 | | | VIDEO RECORDER |
| DAVIS, edacte 2127 | | | RESPONDER |
| NETTLES, Redacte E CRN | | | MEDICAL RESPONDER |
| ROST, J Redacted CNA | | | MEDICAL RESPONDER |
| STEPHEN, Redacte RN | | | MEDICAL RESPONDER |
| BROCKMAN, edacte RN | | | MEDICAL RESPONDER |
| PARTA, Tedactí LPN | | | MEDICAL RESPONDER |
| O'NEAL, edacte #3855 | | | RESPONDER / *CRIME SCENE MANAGER* |
| | | | |

| Type of Force Used, if any | ☐ Chemical Agent (State Type) | ☐ Stun Devices | ☐ Cell Extraction | ☐ Other  (Explain) |
|---|---|---|---|---|

Extent of Injury to Inmate (Use reverse side if necessary)

Treatment Afforded Inmate(Use reverse side if necessary)
CPR WAS ADMINISTRATED BY CORRECTIONAL STAFF AND MEDICAL STAFF

☐ To Health Unit for evaluation/treatment    Time _____

☐ Inmate refuses Health Unit evaluation/treatment

Name/Signature of Health Unit Provider
*J. Brockman-Rd*

Distribution:  Original - Master Record File
Copy - Institutional File
Copy - Offender Operations

Page 1 of _____

804-2
3/7/11

ARIZONA DEPARTMENT OF CORRECTIONS

**Use of Force/Incident Command Report Continuation Sheet**

> Describe incident in detail (who, what, when, where, why and how). Include a complete physical description, type of weapon used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use additional sheets as necessary. **PLEASE PRINT LEGIBLY.**

| Report Date | Control Number |
|---|---|
| 12/04/2011 | 11-L00-2146 |

ON 12-04-2011 AT 0848 HOURS ICS WAS INITIATED AT COMPLEX MEDICAL ASSISTED LIVING DUE TO INMATE HAMLIN, PHILLIP #118825 BEING UNRESPONSIVE. INMATE HAMLIN, P #118825 WAS FOUND WITH NO PULSE AND NO BREATHING, CPR WAS BEING ADMINISTERED AT THAT TIME. LT. KARKHOFF AND SGT CASPER IMMEDIATELY RESPONDED TO COMPLEX MEDICAL, UPON ARRIVING AT 0851 HOURS LT. KARKHOFF ASSUMED DUTIES OF COMMAND. AT THAT TIME, NOTIFICATIONS WERE INITIATED TO DWOP MALONE, MAJOR BURCH, CAPTAIN STICKLEY, OFF-SITE ADMINISTRATOR DW LAWRENCE, AND ON SITE DUTY OFFICER ADW JENSEN. BUCKEYE VALLEY FIRE AND RESCUE WAS NOTIFIED VIA 911. AT APPROXIMATELY 0852, CRN J. BROCKMAN ATTEMPTED TO GIVE A SHOT OF EPINEPHRINE IN THE LEFT THIGH. CPR WAS ADMINISTRATED BY MEDICAL AND CORRECTIONAL STAFF AS RELIEF WAS NEEDED. AT APPROXIMATELY 0802 CO II HEATHER WAS ON SITE WITH THE VIDEO RECORDER AND BEGAN VIDEO TAPING THE INCIDENT. AT APPROXIMATELY 0804 NOTIFICATIONS WERE MADE TO CIU ROBERT WILLAMS AND CIU RON WATSON. THE FOLLOWING STAFF ALL PARTICIPATING IN CHEST COMPRESSION, SGT DAVIS 2127, SGT CASPER #4504, CO II O'NEAL #3855, RN BROCKMAN, RN STEPHENS, RN NETTLES, LPN PARTA, CNA ROST, RESCUE BREATHING WAS ALSO BEING CONDUCTED VIA AIRBAG AND OXYGEN TUBE. AT APPROXIMATELY 0808 THE AMULACE ARRIVED ON SITE AT COMPLEX MEDICAL ALONG WITH ADW JENSEN THE ON-SITE DUTY OFFICER. COII KINGSLAND WAS ASSIGNED AS SECURITY FOR THE AMBULANCE WHILE IT WAS PARKED OUTSIDE OF COMPLEX MEDICAL. AT APPROXIMATELY 0813 HOURS NOTIFICATIONS TO WARDEN WERE ALSO MADE. AT APPROXIMATELY 0815 MEDICAL STAFF ATTEMPTED A SECOND SHOT OF EPENEPHRINE TO THE RIGHT THIGH BUT BELIEVE THAT IT WAS UNSUCCESSFUL DO TO A BENT NEEDLE. AT APPROXIMATELY 0816 EMT STAFF FROM BUCKEYE VALLEYE FIRE AND RESCUE HOUSE 323 TOOK OVER CPR AND ATTACHED A PORTABLE EKG MACHINE TO INMATE HAMLIN. AT APPROXIMATELY 0818 BUCKEYE VALLEY FIRE AND RESCUE STAFF PRONOUNCED TIME OF DEATH AT 0818 AFTER CONSULTING WITH DR. CHOPRA AT WEST VALLEY HOSPITAL. CO II O'NEAL WAS ASSIGNED AS CRIME SCENE MANAGER, WAS GIVEN THE CAMERA TO DOCUMENT ANYONE ENTERING THE CELL. AT THAT TIME, THE CELL DOOR WAS SECURED AFTER ALL MEDICAL, AND EMT STAFF HAD LEFT THE ROOM. AT APPROXIMATELY 0830 SGT CASPER NOTIFIED CENTRAL OFFICE COMMUNICATIONS TO OBTAIN A SIGNIFICANT INCIDENT REPORT. DEPUTY WARDEN LAWRENCE WAS AGAIN NOTIFIED OF THE SITUATION. AT APPROXIMATELY 0832 HOURS CIRT WAS OFFERED TO ALL STAFF INVOLVED AND ALL STAFF WERE GIVEN DIRECTION TO COMPLETE SUPPLEMENTAL REPORTS. AT APPROXIMATELY 0840 FOLLOW-UP NOTIFICATIONS TO CIU RON WATSON WAS MADE AND CIU WILL CONTACT COUNTY CORONER'S OFFICE. AT APPROXIMATELY 0858 FHA TERRY ALRED WAS NOTIFIED. AT APPROXIMATELY 0942 CAPTAIN STICKLEY ARRIVED ON SITE AND WAS BRIEFED OF THE SITUATION. AT APPROXIMATELY 1029 HOURS CIU RON WATSON ARRIVED ON SITE AND THE CRIME SCENE WAS TURNED OVER TO HIM. AT APPROXIMATELY 1143 HOURS THE COUNTY CORONER'S OFFICE STAFF ARRIVED ON SITE AND BEGAN THEIR PROCESSES. AT APPROXIMATELY 1220 HOURS THE COUNTY CORONER'S OFFICE STAFF DEPARTED COMPLEX MEDICAL WITH INMATE HAMLIN #118825 AND ICS WAS DEACTIVATED AND COMPLEX WAS RETURNED TO NORMAL OPERATIONS.

**Reviewer Comments**

ICS WENT WELL, INITIAL CALL WAS DIFFICULT TO UNDERSTAND AS RADIO ISSUES, STAFF IMMEDIATELY RESPONDED, MEDICAL STAFF WERE IN GIVING AID IMMEDIATELY WELL WITHIN THE 3 MINUTE REQUIREMENTS. ADDITIONAL STAFF RESPONDED AND ALL STAFF WERE ROTATED FOR CHEST COMPRESSIONS AS NEEDED. ALL NOTIFICATIONS TO INCLUDE NEXT OF KIN WERE COMPLETED. ADW JENSEN COMPLETED THOSE DUE TO NOT BEING ABLE TO CONTACT A CHAPLAIN.

| Reporting Officer's Name | Witness Name |
|---|---|
| LT. J. KARKHOFF #3908 | Stickley |
| Reporting Officer's Signature | Witness Signature |
| Lt J Karkhoff #3908 | Stickley |
| Reviewed By Shift Commander | Chief of Security Officer |
| Lt J Karkhoff #3908 | Stickley |
| Administrator/Deputy Warden | Warden |
| Division Director, Offender Operations | |

Distribution: Original - Master Record File
Copy - Institutional File
Copy - Offender Operations

Page _____ of _____

804-2A
3/7/11

Confidential Information - Subject to Protective Order049

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Use of Force/Incident Command Report  Continuation Sheet**

Describe incident in detail (who, what, when, where and how). Include a complete physical description, type of force used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use additional sheets as necessary. PLEASE PRINT LEGIBLY.

| Report Date | Control Number |
|---|---|
| 12-4-11 | 11-200-2146 |

On 12-4-11 at approximately 0750 hours I CoII Kingsland initiated ICS for inmate Hamlin #118825 being non responsive, immediately afterward R.N. Pecota began chest compressions and Lt. Karlson assumes command. At approximately 0800 hours Sgt. Casper took over chest compressions and I was advised to go to medical Sally port to escort EMT staff to the incident location. While outside Buckeye ambulance arrived at approximately 0814, I was advised by Command to remain outside to keep the ambulance secure. At approximately 0818 I/m Hamlton #118825 pronounced dead and Emt staff exited the incident scene.

**Reviewer Comments**

| | |
|---|---|
| Reporting Officer's Name | Witness Name |
| Kingsland  #825 | Stickley |
| Reporting Officer's Signature | Witness Signature |
| | Stickley |
| Reviewed By Shift Commander | Chief of Security Officer |
| Joseph #3908 | Stickley |
| Administrator/Deputy Warden | Warden |
| Division Director, Offender Operations | |

Distribution:  Original - Master Record File
Copy - Institutional File
Copy - Offender Operations

Page _____ of _____

804-2A
3/7/11

Confidential Information - Subject to Protective Order050

ADC024825

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Use of Force/Incident Command Report Continuation Sheet**

| Report Date | Control Number 11-L00-2146 | Describe incident in detail (who, what, when, where, why and how). Include a complete physical description, type of weapon used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use additional sheets as necessary. PLEASE PRINT LEGIBLY. |
|---|---|---|

On 12-04-2011 at approximately 0743 hours CWII Kingsland 3735 and I, CWII Hill 4020 were feeding breakfast in L11. I opened cell G and we observed that Inmate Hamlin #118825 was unresponsive. At that time CWII Kingsland initiated the incident Command System. I advised nurse Parta and CNA Bost. I then advised Sgt. Casper and Lt. Karkhoff of the issue. At approximately 0744 hours Nurse Parta began chest compressions and Nurse Nettles arrived onsite to assist Nurse Parta. At approximately 0752 hours Lt. Karkhoff arrived onsite and assumed command. At approximately 0753 hours Lt. Karkhoff instructed me to go get the chase bag and escape Flyers. At approximately 0805 hours I arrived back onsite with the escape flyers and chase bag. At approximately 0810 hours Buckeye Valley Paramedics arrived onsite and took over CPR. At that time Lt. Karkhoff instructed that I assume my normal duties in L11.

**Reviewer Comments**

| Reporting Officer's Name CWII J. Hill 4020 | Witness Name Stickley |
|---|---|
| Reporting Officer's Signature 4020 | Witness Signature Stickley |
| Reviewed By Shift Commander Lt Karkhoff #3988 | Chief of Security Officer Stickley |
| Administrator/Deputy Warden | Warden |
| Division Director, Offender Operations | |

Distribution: Original - Master Record File
Copy - Institutional File
Copy - Offender Operations

Page _____ of _____

804-2A
3/7/11

Confidential Information - Subject to Protective Order051

ADC024826

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Use of Force/Incident Command Report  Continuation Sheet**

| Report Date | Control Number |
|---|---|
| 12.4.11 | 11-L00-2146 |

*Describe incident in detail (who, what, when, where, why and how). Include a complete physical description, type of weapon used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use additional sheets as necessary. PLEASE PRINT LEGIBLY.*

On 12.4.11 at approximately 0740 hours, ± CoII Heather# 8676, was escorting two inmates to C.I.P. for release when I heard CoII Kingsland # 8725 initiate the incident command system for an unresponsive inmate in L-11 cell G. I immediately placed inmates Comer # 264247 and Salido # 051641 in medical holding cell # 3. Once my inmates were secure, I responded to the ICS location. At that time Lt. Karkoff # 3908 advised me to drive to main control and retrieve the video camera. I arrived back on scene with the camera at approximately 0810 hours. I videotaped up until the paramedics pronounced inmate Hamlin # 118825 dead at 0818 hours. I then gave the camera to officer O'Neal # 3855 who is securing the crime scene so he can record anybody entering or leaving the crime scene. End of report.

**Reviewer Comments**

| Reporting Officer's Name | Witness Name |
|---|---|
| CoII Heather # 8676 | CoII Kingsland #8725 |
| **Reporting Officer's Signature** | **Witness Signature** |
| Heather  # 8676 | Kingsland |
| **Reviewed By Shift Commander** | **Chief of Security Officer** |
| Lt J Karkoff #3908 | Stukey |
| **Administrator/Deputy Warden** | **Warden** |

**Division Director, Offender Operations**

Distribution:  Original - Master Record File
Copy - Institutional File
Copy - Offender Operations

Page _____ of _____

804-2A
3/7/11

Confidential Information - Subject to Protective Order052

ADC024827

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Use of Force/Incident Command Report Continuation Sheet**

Describe incident in detail (who, what, when, where, why and how).
Include a complete physical description, type of weapon used, location
of incident, current investigation, number of individuals involved and
any unit actions, e.g., suspects, shakedowns, etc. Use additional
sheets as necessary. PLEASE PRINT LEGIBLY.

Report Date 12/4/11

Control Number

I CO II O'Neal, relieved Sgt. Davis of C.P.R. Duties for approximately 4 sets of 30 compressions. Sgt. Davis then relieved me, officer O'Neal and resumed with C.P.R. until Buckeye Valley Fire Dept. arrived on site. This report written by CO II O'Neal #3855. End of Report.

**Reviewer Comments**

Reporting Officer's Name O'Neal #3855

Witness Name CO II King/... #8705

Reporting Officer's Signature O'Neal

Witness Signature

Reviewed By Shift Commander

Chief of Security Officer

Administrator/Deputy Warden

Warden

Division Director, Offender Operations

Distribution: Original - Master Record File
Copy - Institutional File
Copy - Offender Operations

Page 1 of ___

804-2A
3/7/11

Confidential Information - Subject to Protective Order053

ADC024828

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Use of Force/Incident Command Report  Continuation Sheet**

| Report Date | Control Number |
|---|---|
| 12/04/2011 | 11-L00- 2146 |

*Describe incident in detail (who, what, when, where, why and how). Include a complete physical description, type of weapon used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use additional sheets as necessary. PLEASE PRINT LEGIBLY.*

On 12/04/2011 at approximately 0750 I Sgt. S. Casper # 4504, arrived to Complex Medical L11 after being advised that there was an unresponsive inmate at L11.  As I was watching the medical staff doing chest compressions and delivering oxygen with a bag, I noticed that Nurse Brockman was getting exhausted and I asked her if she needed to be relieved from doing chest compression and she responded yes. At approximately 0755 I took over and began delivering 30 compressions followed by Nurse Parta delivering two breaths.  After several cycles of doing the compressions I was relieved by Nurse Nettles who began with the chest compressions. After making notifications to CIU Williams and DWOP Malone I placed myself in the rotation for doing compressions and I relieved Sgt. Davis.  After I became exhausted I was relieved once again although I am unsure who relieved me.  I then left the area and I made notification to Central Office and I began to complete documentation as directed by Lt. Karkhoff.  Report completed by Sgt. S. Casper on 12/04/2011 at approximately 1400.

**Reviewer Comments**

| Reporting Officer's Name | Witness Name |
|---|---|
| Sgt. Stephen Casper | Stickley |
| **Reporting Officer's Signature** | **Witness Signature** |
| S S 4504 | Stickley |
| **Reviewed By Shift Commander** | **Chief of Security Officer** |
| Lt. Karkhoff #3920 | Stickley |
| **Administrator/Deputy Warden** | **Warden** |
| **Division Director, Offender Operations** | |

Distribution:  Original - Master Record File
          Copy - Institutional File
          Copy - Offender Operations

Page ____ of ____

804-2A
3/7/11

Confidential Information - Subject to Protective Order054

ADC024829

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Use of Force/Incident Command Report  Continuation Sheet**

Describe incident in detail (who, what, when, where, why and how). Include a complete physical description, type of weapon used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use additional sheets as necessary. PLEASE PRINT LEGIBLY.

Report Date 12/4/11     Control Number 11-L00-2146

ON 12/4/11, AT THE APPROXIMATE TIME OF 0758 HOURS, UPON RETURNING FROM PHOENIX ST. LUKE'S HOSPITAL WITH INMATE DODO, #047992, ASPC-LEWIS-STINER UNIT, I OBSERVED NURSE NETTLES DIAL 911 AT COMPLEX MEDICAL AND ADVISE THE 911 DISPATCHER THAT SHE NEEDED AN AMBULANCE AT LEWIS PRISON IN BUCKEYE/COMPLEX MEDICAL UNIT. NURSE NETTLES ADVISED THAT I/M HAMLIN, #118825, WAS UNRESPONSIVE, NOT BREATHING AND DID NOT HAVE A HEART BEAT. HAMLIN WAS LOCATED IN CELL L1105A/COMPLEX MEDICAL UNIT. (G CELL) AT APPROXIMATELY 0800 HOURS, I ARRIVED ON SITE AND OBSERVED SGT CASPER #4584 PERFORMING CPR ON HAMLIN; NURSE PARTA WAS ADMINISTERING RESCUE BREATHS ON HAMLIN.

AT APPROXIMATELY 0801 HOURS, I OBSERVED NURSE NETTLES RELIEVE SGT CASPER AND BEGIN CPR ON HAMLIN; NURSE PARTA CONTINUED ADMINISTERING RESCUE BREATHS ON HAMLIN.

AT APPROXIMATELY 0802 HOURS, I RELIEVED NURSE NETTLES AND BEGAN CPR ON HAMLIN; NURSE PARTA CONTINUED RESCUE BREATHS ON HAMLIN.

AT APPROXIMATELY 0803 HOURS I WAS RELIEVED BY AN INDIVIDUAL THAT I CAN'T RECALL AT THIS TIME. THIS INDIVIDUAL CONTINUED CPR ON HAMLIN; NURSE PARTA CONTINUED RESCUE BREATHS ON HAMLIN.

AT APPROXIMATELY 0804 HOURS, I RELIEVED UNKNOWN INDIVIDUAL AND CONTINUED CPR ON HAMLIN; NURSE PARTA CONTINUED CPR ON RESCUE BREATHS ON HAMLIN.

AT APPROXIMATELY 0805 HOURS, COIII ONEAL RELIEVED ME AND CONTINUED CPR ON HAMLIN; NURSE PARTA CONTINUED RESCUE BREATHS ON HAMLIN.

AT APPROXIMATELY 0810, BUCKEYE FIRE/AMBULANCE ARRIVED ON SEEN-SITE AND ASSUMED ALL CARE FOR HAMLIN, CONTINUING CPR AND RESCUE BREATHS.

AT APPROXIMATELY 0818 HOURS, BUCKEYE FIRE/AMBULANCE PRONOUNCED HAMLIN #118825 DEAD. END OF REPORT.

Reviewer Comments

Reporting Officer's Name DAVIS U.

Reporting Officer's Signature SGT U DAVIS

Reviewed By Shift Commander Lt. J. Knudson #3903

Administrator/Deputy Warden

Division Director, Offender Operations

Witness Name T. Parta LVN

Witness Signature T. Parta LVN

Chief of Security Officer Stickley

Warden

Distribution:  Original - Master Record File
Copy - Institutional File
Copy - Offender Operations

Page ____ of ____

804-2A
3/7/11

Confidential Information - Subject to Protective Order055                                                    ADC024830

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Use of Force/Incident Command Report  Continuation Sheet**

| Report Date 12/4/11 | Control Number |
|---|---|

Describe incident in detail (who, what, when, wh...ow). Include a complete physical description, type of wea...ation of incident, current investigation, number of individua...ed and any unit actions, e.g., suspects, shakedowns, etc. Use additional sheets as necessary. **PLEASE PRINT LEGIBLY.**

At Approximately 0745, I was walking out of the medical hub to go home, I noticed Nurse Nettles hurrying to the telephone. An officer, I believe it was officer Heather, was leaving the medical hub at the same time and she was telling the bubble officer to let her back in. I returned to the medical hub to see if help was needed. Nurse Nettles took the man-down bag & I took the A&D to L-11 where I/M Hamlin was lying on his back on the floor. His color was very pale. Nurse Stevens was Performing Compressions at this time and Nurse Parta was giving breaths via ambu bag CO₂ from Snoot tanks attached. I applied the A&D and shock was not Recommended; CPR was continued. At approximately 0755 epinephrine was given IM into the left Vastus lateralis muscle by me. While A&D was being applied, I noted I/M Hamlins skin to be cold & clammy. At approximately 0800 compressions were transferred from Nurse Stevens to me. At approximately 0805, Sgt. Casper took over Performing compressions from me. A&D continues to say shock not Recommended. At approximately 0807 I took over giving breaths via ambu-bag during CPR from Nurse Parta. At approximately 0812, I was relieved from performing breaths by Nurse Rost. At approximately 0815 I attempted a 2nd Epinephrine injection into Rt. Vastus lateralis muscle. Injection not given as needle beat. EMTs arrived to room from Buckeye Fire & Rescue Unit during 2nd epinephrine attempt. I/M Hamlin Pronounced dead at approximately 0818 by Dr. Chopra Per EMTs

**Reviewer Comments**

| Reporting Officer's Name  Redacted Brockman RN | Witness Name  Hickey |
|---|---|
| Reporting Officer's Signature  Redacted Brockman RN | Witness Signature  Hickey |
| Reviewed By Shift Commander  Lt J Kroboth | Chief of Security Officer  Hickey |
| Administrator/Deputy Warden | Warden |
| Division Director, Offender Operations | |

Distribution:  Original - Master Record File
Copy - Institutional File
Copy - Offender Operations

Page ____ of ____

804-2A
3/7/11

Confidential Information - Subject to Protective Order056                ADC024831

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Use of Force/Incident Command Report  Continuation Sheet**

Describe incident in detail (who, what, when, where, why and how).
Include a complete physical description, type of weapon used, location
of incident, current investigation, number of individuals involved and
any unit actions, e.g., suspects, shakedowns, etc. Use additional
sheets as necessary. PLEASE PRINT LEGIBLY.

| Report Date | Control Number |
|---|---|
| 12/4/11 | |

I, Nurse Parta, responded to Room G to check on I/m Hamlin. I/m was unresponsive. Then I went to call Hub, Asked nurse Nettles to come back Right now. Nurse Nettles said to start CPR. While I/m still on mattress, CPR was started. CNA Rost Asked can we move I/m on floor. Officer Hill called Hub to Find out. We can move him onto the floor, CPR Continue. Nettles and Steven arrived with E-kit. Air Bag started. Nurse Stevens took over CPR from N. Parta, OJSS First injection of Epipen Given. AED Setup done by N. Brockman. Nurse Nettles Called 911 and Nurse Stevens Called Dr. Bell @ 0800. Ambulance on route. Security Protocol Being Done @ this time. 0810 Paramedics arrived and took over. CPR and air Bag still Being Done. 0818 I/m Hamlin Declared Dead By Paramedics. N. Parta Left Room to Continue morning Routine.

**Reviewer Comments**

| Reporting Officer's Name | Witness Name |
|---|---|
| T. Parta LPN | T. Parta LPN   CO II Hill |
| **Reporting Officer's Signature** | **Witness Signature** |
| | 4030 |
| **Reviewed By Shift Commander** | **Chief of Security Officer** |
| | Stucke |
| **Administrator/Deputy Warden** | **Warden** |
| **Division Director, Offender Operations** | |

Distribution:  Original - Master Record File
Copy - Institutional File
Copy - Offender Operations

Page _____ of _____

804-2A
3/7/11

Confidential Information - Subject to Protective Order  057

ADC024832

**ARIZONA DEPARTMENT OF CORRECTIONS**

Use of Force/Incident Command Report  Continuation Sheet

Describe incident in detail (who, what, when, where, why and how). Include a complete physical description, type of weapon used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use additional sheets as necessary. PLEASE PRINT LEGIBLY.

| Report Date | Control Number |
|---|---|

On 12/4/11 at approximately 0750 requested assistance in L11. Myself, Nurse Stephen, and Nurse Brockman brought mandown bag, AED, and O2 tank to L11. I, Nurse Stephen, took over chest compressions for Nurse Parta. Nurse Brockman took over chest compressions for myself, Nurse Stephen. I, Nurse Stephen, took over mask bagging for Nurse Parta. I, Nurse Stephen, was relieved from bagging and at 0800 Dr. Bell, on-call HCP, was notified.

Reviewer Comments

| Reporting Officer's Name | Redacted Stephen | Witness Name | Shickley |
|---|---|---|---|
| Reporting Officer's Signature | Redacted | Witness Signature | Shickley |
| Reviewed By Shift Commander | Ly Okttloft #3902 | Chief of Security Officer | Shickley |
| Administrator/Deputy Warden | | Warden | |
| Division Director, Offender Operations | | | |

Distribution: Original - Master Record File
Copy - Institutional File
Copy - Offender Operations

Page ____ of ____

804-2A
3/7/11

Confidential Information - Subject to Protective Order058                    ADC024833

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Use of Force/Incident Command Report  Continuation Sheet**

Describe incident in detail (who, what, when, where, why and how). Include a complete physical description, type of weapon used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use additional sheets as necessary. PLEASE PRINT LEGIBLY.

| Report Date 12/4/2011 | Control Number |
|---|---|

At approx. 0743 officer Hill opened Inmate Hamlins door, G in L-11, to give him breakfast. Upon entering officer Hill was the first to make visual with the inmate. Inmate Hamlin was laying on his back, on the mattress, and was unresponsive. I immediately notified Nurse Parta that there was a medical emergency. Nurse Parta called Nurse Nettles, who then showed up on scene @ 0746

At approx. 0745 Nurse Parta started chest compressions while inmate was on mattress. I asked if we could move inmate off bed to continue cpr. Call was made and we were given permission to move Inmate Hamlin off mattress to the floor. After moving Inmate Hamlin to the floor, I assisted Nurse Parta with CPR. Nurse Parta continued chest compressions, I left room to get oxygen tank out of office, then returned to cell G; took out the bag mask and hooked it up to the air tank. Nurse nettles turned on tank on, it was not full, so I was instructed to run to medical hub to get a new tank. New tank was brought back to L-11 room G.

Approx 0755, I verbally assisted Nurse Brockman while she administered the epi pen shot to Inmate Hamlins upper left leg. At approx 0812, I relieved Nurse Brockman from using the bag mask. I continued to Assist the officers with CPR until the paramedics arrived at 0815 and took over. I was in the room when the paramedics called Time of Death at 0818

**Reviewer Comments**

| Reporting Officer's Name  Redacted  Rost  CNA | Witness Name  [signature]  4020 |
|---|---|
| Reporting Officer's Signature  Redacted | Witness Signature  [signature]  4020 |
| Reviewed By Shift Commander  Lt J Krodel #3908 | Chief of Security Officer  Stacey |
| Administrator/Deputy Warden | Warden |
| Division Director, Offender Operations | |

Distribution:  Original - Master Record File
Copy - Institutional File
Copy - Offender Operations

Page ____ of ____

804-2A
3/7/11

Confidential Information - Subject to Protective Order059

ADC024834

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Use of Force/Incident Command Report  Continuation Sheet**

| Report Date 12/4/11 | Control Number | Describe incident in detail (who, what, when, where, why and how). Include a complete physical description, type of weapon used, location of incident, current investigation, number of individuals involved and any unit actions, e.g., suspects, shakedowns, etc. Use additional sheets as necessary. PLEASE PRINT LEGIBLY. |
|---|---|---|

ON 12/4/11 at approx. 0740 Nurse Porta Called the medical hub and Requested an RN evaluation. When I stepped into L11 Room G Inmate Hamlin #118825 was laying on a mattress on the Floor. Unresponsive. Assessment done No Heart Beat on ascultation, No Radial or carotid pulse, eyes fixated Body Cold and Clammy. I instructed Nurse Porta to start CPR. I called 911 Reported Inmate unresponsive with No heart Beat. CRNS II Armenta Contacted. I went Back to L11 to assist in the code. I assisted Nurse Porta in maintaining an airway while she delivered Breaths. The AED Machine applied while Compressions took place. When I arrived back on Scene Nurse Stepher was doing Compressions. Nurse Brochman took over. I Nurse Nettles took over for Srg Casper who Previously Relieved Brochman. 911 arrived on Scene. Applied a Portable EKG machine and I took over Compressions. The other did an assessment contacted the Doctor and Inmate Pronounced dead at 0818. Everything in the Cell was left in the Cell including medicals MAN Down Bag and O2 Tank. 2 Epi-Pen outside of a Sharp container left on floor in Crime Scene Room. Everybody instructed to leave Room.

**Reviewer Comments**

| Reporting Officer's Name Redacted Nettles | Witness Name Stickley |
|---|---|
| Reporting Officer's Signature M. Nettles | Witness Signature Stickley |
| Reviewed By Shift Commander Lt J Kathleen SROB | Chief of Security Officer Stickley |
| Administrator/Deputy Warden | Warden |
| Division Director, Offender Operations | |

Distribution: Original - Master Record File
Copy - Institutional File
Copy - Offender Operations

Page _____ of _____

804-2A
3/7/11




**ARIZONA DEPARTMENT OF CORRECTIONS**

**SIGNIFICANT INCIDENT REPORT**

| SIR Number | Institution/Facility | Period Covered |
|---|---|---|
| 11- 14290 | **ASPC LEWIS - COMPLEX** | ☐ Initial  ☐ Follow-up  ☑ Final  ☐ Supplement |
| | Phone Number **623-386-6160-4020** | |
| Date of Incident 12/04/2011 | Time 1230 | Report Date 12/04/2011 |

**NATURE OF INCIDENT** *(Check One or More)*

| | | | |
|---|---|---|---|
| ☐ Accident(s) | ☐ Behavior Control | ☐ Escape(s) | ☐ PREA |
| ☐ After Hours Transport | ☐ Chemical Agent Use | ☐ Fire Crew Deployment | ☐ Property Damage |
| ☐ Agency Assist | ☐ Criminal Act(s) | ☐ Firearm Use | ☐ Self Destructive Behavior |
| ☐ Arrest(s) Employee | ☑ Death(s) | ☐ Hostage(s) | ☐ Suicide Attempt |
| ☐ Arrest(s) Inmate/Offender | ☐ Disturbance | ☐ Medical | ☐ Weapons Recovery |
| ☐ Assaults | ☐ Employee Work Stoppage | ☐ Other | |

**Inmate(s) Involved**

| Last Name | First Name | ADC Number | Custody/IR | Race | MH Score | Age | Housing | STG Name | Work Assignment | Involvement |
|---|---|---|---|---|---|---|---|---|---|---|
| HAMLIN | PHILLIP | 118825 | CLO/PS/4 | CAU | redact | 38 | Lil G | NA | NA | SUBJECT |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Employee(s) Involved**

| Last Name | First Name | Complex | Unit | Shift | RDO | First Line Supervisor | On Duty Incident Yes/No | How Involved |
|---|---|---|---|---|---|---|---|---|
| KINGSLAND | | LEWIS | RAST | DAYS | | SGT. NUNEZ | YES | Initial Command |
| KARKHOFF | Redacted | LEWIS | COMPLEX | DAYS | FS | CAPTAIN STICKLEY | YES | Incident Command |
| CASPER | | LEWIS | COMPLEX | DAYS | MT | LT KARKHOFF | YES | Responder |
| NETTLES | | LEWIS | COMPLEX | DAYS | MTW | CRNS1 SIENKOVICH | YES | Nursing Supervisor |

**Incident Synopsis**

At approximately 0730 Inmate Hamlin # 118825 was found unresponsive in the Lewis Medical Hub room G. Life saving measures were began and continued until Buckeye Fire Ambulance staff took over.  At approximately 0818 Dr Chopera of West Valley Emergency pronounced the inmate.

**Agency Notifications Made (Time)**

| Deputy Warden 0826 | Duty Officer 0806 | Warden 0815 | Criminal Investigation Unit 0825 |
|---|---|---|---|
| Community Corrections | Probation/Parole Supervisor | | Central Office Communications 0839 |

**Escape Information**

| County | Date Assigned to Fugitive Detail | Date Returned to Custody |
|---|---|---|
| Transported by  ☐ Air  ☐ Ambulance  ☐ ADC | Company | To |

| Medically Treated By: (Dr./RN, Enter Name) **COMPLEX MEDICAL STAFF** | | |
|---|---|---|
| Initial Report By **SGT. S. CASPER # 4504** | Date 12/04/2011 | Time 1000 |
| Reporting Official Name and Title *(Please print)* **SGT. S. CASPER #4504** | Employee Identification Number 32111 | Reporting Official's Signature *[signature]* |

105-3
8/6/09

ARIZONA DEPARTMENT OF CORRECTIONS

SIGNIFICANT INCIDENT REPORT *(continued)*

> *Describe incident in detail (who, what, when, where, why and how). Include a complete physical description, direction of travel, mode of transportation, type of weapon used, location of wounds on body, other distinguishing marks, location of incident, current investigation/escape and apprehension procedures in use, e.g., roadblocks, ground searches, number of individuals involved, and any in-house actions, e.g., suspects, shakedowns, etc.*

On 12/04/2011 at approximately 1130 the Maricopa County Coroner arrived on site and was escorted by CIU Watson to the Medical Hub. At approximately 1215 the Coroner took possession of Inmate Hamlin # 118825 and he was off site at approximately 1218. At the time of 1220, Lt. Karkhoff stood down from ICS and returned the Complex to normal operations. Report completed by Sgt. S. Casper on 12/04/2011 at approximately 1230. This SIR is Final.

This communication is for informational purposes only and is still subject to verification.

105-3
8/6/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

## Correctional Service Log

| Institution/Facility ASPC-LEWIS | Institutional Unit 'Rast | Period Covered Hour _____ Date _____ Hour _____ Date _____ |
|---|---|---|
| Housing Unit/Post/Duty Assignment: L 11 6 I/M Hamilton #118825 | | |

| Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed | Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed |
|---|---|---|---|---|---|---|---|
| Kingsland CoII | CK | 0600 | 1400 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Time of Day | Occurrence/Action Taken: Events, Activities, Disciplinary Violations, Maintenance Requirements, Safety/Health Hazards, Other Information Received and Action Taken, etc. | Staff Initials |
|---|---|---|
| 0600 | Arrived on post and relieved CoII Braddak of all post | CK |
| | duties and equipment. No radio issued, No key sets issued | CK |
| 0605 | Security device inspection completed by CoII Kingsland #8715 - | CK |
| | no discrepancies noted | CK |
| 0608 | Sanitation Safety Fire inspection Completed | CK |
| 0610 | First Security Check Conducted - No discrepancies | CK |
| 0620 | Cell Searched with no discrepancies noted | CK |
| 0630 | Security Check completed - No discrepancies | CK |
| 0705 | Security Check Completed - No discrepancies | CK |
| 0737 | Security Check Completed - No discrepancies | CK |
| 0743 | I/M Hamilton fell I/M Hamilton unresponsive No pulse No Breath | CK |
| 0751 | Nurses on Site performing CPR / Co. Kuvold to ride anel | CK |
| | Cpl Cupples | |
| 0803 | CoII Hubler on Site, with Camera | CK |
| 0808 | Sgt Davis performing chest compressions | CK |

Shift Commander's Comments: (Notes or comments concerning entries above; comments deemed appropriate)

105-6
8/6/09

Confidential Information - Subject to Protective Order 063

ADC024838



Redacted: Medical Records

Confidential Information - Subject to Protective Order064

ADC024839



Redacted: Medical Records

Confidential Information - Subject to Protective Order065

ADC024840



Redacted: Medical Records

Confidential Information - Subject to Protective Order066

ADC024841



Redacted: Medical Records

Confidential Information - Subject to Protective Order067



Redacted: Medical Records

Confidential Information - Subject to Protective Order068



Redacted: Medical Records

Confidential Information - Subject to Protective Order069

ADC024844



Redacted: Medical Records

ADC024845



Redacted: Medical Records

Confidential Information - Subject to Protective Order071



Redacted: Medical Records

Confidential Information - Subject to Protective Order072 ADC024847



Redacted: Medical Records

Confidential Information - Subject to Protective Order073

### ARIZONA DEPARTMENT OF CORRECTIONS
### CONTINUOUS CORRECTIONAL LOG

| INSTITUTION/FACILITY ASPC-LEWIS | | INSTITUTIONAL UNIT COMPLEX | | PAGE | PERIOD COVERED I OF III | | |
|---|---|---|---|---|---|---|---|
| **HOUSING UNIT/POST/ASSIGNMENT** | | | | HOUR | DATE | HOUR | DATE |
| L11 - Assisted Living | | | | 0545 | 12-4-11 | 0815 | 12-4-11 |

| STAFF MEMBER | MEMBER INITIALS | TIME ARRIVED | TIME DEPARTED | STAFF MEMBER | MEMBER INITIALS | TIME ARRIVED | TIME DEPARTED |
|---|---|---|---|---|---|---|---|
| COIII J Hill | JH 4020 | 0600 | 1410 | | | | |
| | | | | | | | |
| | | | | | | | |

| TIME OF DAY | OCCURRENCE / ACTION TAKEN: Events, Activities, Disciplinary Violations, Maintenance, Requirements, Safety/Health Hazards, Other Information Received, and Action Taken, Etc. | STAFF INITIALS |
|---|---|---|
| 0545 | Received post from Lt. Korkhoff | JH |
| 0600 | Relieved COII Anderson of post. Equipment accounted | JH |
| 0600 | for to include Radio #138095 and Key set CM19 | JH |
| 0600 | with 11 Keys, No New Discrepancies Noted | JH |
| 0610 | Security/Sense Inspection by COII Hill 4020 - No New | JH |
| 0610 | Discrepancies Noted | JH |
| 0615 | Fire/Safety/Sanitation Inspection - No Issues | JH |
| 0620 | Security/Health and Welfare Check - all inmates, Staff | JH |
| 0620 | post secure - 1porter onsite - leave | JH |
| 0645 | Security/Health and Welfare Check - all inmates, staff | JH |
| 0645 | post secure / Nurse onsite with 4 syringes - 3 lancets | JH |
| 0705 | AM accuvis completed / Security/Health and Welfare | JH |
| 0705 | Check-all inmates staff post secure - 1 port/ transit - leave | JH |
| 0715 | AM insulin completed by Nurse | JH |
| 0728 | Security/Health and Welfare Check-all inmates, staff | JH |
| 0728 | post secure | JH |
| 0730 | Breakfast trays onsite | JH |
| 0743 | ICS - Hamlin #118825, found unresponsive | JH |
| 0750 | Security/Health and Welfare Check-all inmates - | JH |
| 0750 | except Hamlin #118825 are secure - Medical staff | JH |
| 0750 | continuing cpr on Hamlin #118825 | JH |
| 0810 | Ambulance onsite | JH |
| 0815 | Security/Health and Welfare Check- all inmates securely | JH |

**SHIFT COMMANDER'S COMMENTS:** Notes or comments concerning entries above: comments deemed appropriate.

ADC024849

**ARIZONA DEPARTMENT OF CORRECTIONS**
**CONTINUOUS CORRECTIONAL LOG**

| INSTITUTION/FACILITY ASPC-LEWIS | INSTITUTIONAL UNIT COMPLEX | | PAGE _II_ OF _III_ PERIOD COVERED | | | |
|---|---|---|---|---|---|---|

| HOUSING UNIT/POST/ASSIGNMENT L11 - Assisted Living | | HOUR | DATE | HOUR | DATE |
|---|---|---|---|---|---|
| | | 0815 | 12-4-11 | 1115 | 12-4-11 |

| STAFF MEMBER | MEMBER INITIALS | TIME ARRIVED | TIME DEPARTED | STAFF MEMBER | MEMBER INITIALS | TIME ARRIVED | TIME DEPARTED |
|---|---|---|---|---|---|---|---|
| COIII Hill | QH 4030 | 0600 | 1410 | | | | |

| TIME OF DAY | OCCURRENCE / ACTION TAKEN: Events, Activities, Disciplinary Violations, Maintenance, Requirements, Safety/Health Hazards, Other Information Received, and Action Taken, Etc. | STAFF INITIALS |
|---|---|---|
| 0815 | exception of Hamlin #118825 - paramedics conducting | QH |
| 0815 | cpr | QH |
| 0818 | Paramedics pronounced Hamlin #118825 | QH |
| 0825 | Room G locked - O'Neal crime scene manager | QH |
| 0835 | Security/Health and Welfare Check - inmates, staff, post | QH |
| 0835 | secure - 1 porter onsite secure | QH |
| 0900 | All pill pass completed by Nurse/Vitals completed by | QH |
| 0900 | NR/Security/Health and Welfare Check - inmates, staff | QH |
| 0900 | post secure | QH |
| 0905 | All breakfast trays picked up | QH |
| 0910 | Burns #105325, Hannaford #261578, Canaga #015086 out to Rec | QH |
| 0925 | Security/Health and Welfare Check inmates, staff post | QH |
| 0925 | secure - 1 porter onsite - secure | QH |
| 0950 | Security/Health and Welfare Check - inmates, staff, post secure | QH |
| 1010 | Security/Health and Welfare Check - inmates, staff, post | QH |
| 1010 | secure - 1 porter onsite - secure | QH |
| 1027 | CIII Watson onsite | QH |
| 1030 | Security/Health and Welfare Check - inmates, staff post secure | QH |
| 1050 | Security/Health and Welfare Check - inmates, staff post | QH |
| 1050 | secure - 1 porter onsite - secure | QH |
| 1100 | Formal Count Begins | QH |
| 1115 | L11 clears count Security/Health and Welfare Check - | QH |
| 1115 | inmates, staff, post secure - 1 porter onsite - secure | QH |

SHIFT COMMANDER'S COMMENTS: Notes or comments concerning entries above: comments deemed appropriate.

Confidential Information - Subject to Protective Order

ADC024850

**ARIZONA DEPARTMENT OF CORRECTIONS**
**CONTINUOUS CORRECTIONAL LOG**

| INSTITUTION/FACILITY ASPC-LEWIS | INSTITUTIONAL UNIT COMPLEX | | PAGE | PERIOD COVERED |
|---|---|---|---|---|

| | | | PAGE _III_ | OF _III_ |

| HOUSING UNIT/POST/ASSIGNMENT | HOUR | DATE | HOUR | DATE |
|---|---|---|---|---|
| L-11 - Assisted Living | 1115 | 12-4-11 | 1410 | 12-4-11 |

| STAFF MEMBER | MEMBER INITIALS | TIME ARRIVED | TIME DEPARTED | STAFF MEMBER | MEMBER INITIALS | TIME ARRIVED | TIME DEPARTED |
|---|---|---|---|---|---|---|---|
| COII S Hill | JH 4630 | 0600 | 1410 | | | | |
| | | | | | | | |
| | | | | | | | |

| TIME OF DAY | OCCURRENCE / ACTION TAKEN: Events, Activities, Disciplinary Violations, Maintenance, Requirements, Safety/Health Hazards, Other Information Received, and Action Taken, Etc. | STAFF INITIALS |
|---|---|---|
| 1115 | Continued from previous page (II) | JH |
| 1135 | Security/Health and Welfare Check inmates, staff, post secure | JH |
| 1140 | Corner onsite for Hamlin # 118825 | JH |
| 1200 | Sgt Casper on post for post check - no issues | ER |
| 1205 | Security/Health and Welfare Check inmates, staff, post | JH |
| 1205 | Secure - 1 porter @ work - secure | JH |
| LE 1155 | Complex Clears Count w/ 5077 | JH |
| 1220 | Coroners Office offsite/Stand down from ICS | JH |
| 1230 | Security/Health and Welfare Check - all inmates, staff | JH |
| 1230 | post secure - 1 porter onsite - secure | JH |
| 1235 | Nurse completed passing noon meds | JH |
| 1250 | Security/Health and Welfare Check- all inmates, staff | JH |
| 1250 | post secure | JH |
| 1300 | AM Porter offsite to Buckman Unit | JH |
| 1315 | Security/Health and Welfare Check all inmates, staff, post secure | JH |
| 1320 | Fire Safety/Sanitation Inspection - No Issues | JH |
| 1330 | Security/Nurse Inspection, COII Hill w/e - Abih Discrepancies Noted | JH |
| 1340 | Security/Health and Welfare Check- all inmates, staff, post secure | JH |
| 1355 | All equipment accountable to include: Radio # 184015 and key | JH |
| 1355 | set CM 9 w/11 keys. No New Discrepancies Noted | JH |
| 1400 | Security/Health and Welfare Check- all inmates, staff, post secure | JH |
| 1410 | Released by COII Mitchell of post, duties and | JH |
| 1410 | equipment | JH |

SHIFT COMMANDER'S COMMENTS: Notes or comments concerning entries above: comments deemed appropriate.

  

# ARIZONA DEPARTMENT OF CORRECTIONS
## CONTINUOUS CORRECTIONAL LOG

| INSTITUTION/FACILITY<br>ASPC-LEWIS | INSTITUTIONAL UNIT<br>COMPLEX | PERIOD COVERED | | | |
|---|---|---|---|---|---|
| | | PAGE ___ 1 ___ OF ___ 1 ___ | | | |

| HOUSING UNIT/POST/ASSIGNMENT | HOUR | DATE | HOUR | DATE |
|---|---|---|---|---|
| L-11   Room G (I/M Hamlin 118825) | 0827 | 12/4/11 | 12:06 | 12/4/11 |

| STAFF MEMBER | MEMBER INITIALS | TIME ARRIVED | TIME DEPARTED | STAFF MEMBER | MEMBER INITIALS | TIME ARRIVED | TIME DEPARTED |
|---|---|---|---|---|---|---|---|
| O'Neal, T. | TO | 0827 | 1206 | | | | |
| | | | | | | | |
| | | | | | | | |

| TIME OF DAY | OCCURRENCE / ACTION TAKEN: Events, Activities, Disciplinary Violations, Maintenance, Requirements, Safety/Health Hazards, Other Information Received, and Action Taken, Etc. | STAFF INITIALS |
|---|---|---|
| 0818 | Buckeye Valley Paramedics declare inmate | TO |
| 0819 | Hamlin dead and cease C.P.R. on inmate Hamlin. | TO |
| 0827 | Room G declared a crime scene, CO II | TO |
| 0830 | O'Neal #3855, posted at entry door to room G | TO |
| 0845 | O'Neal still posted at entry door of room | TO |
| 0850 | G in L-11 (Nobody on site yet.) | TO |
| 0914 | CO II O'Neal still posted at entry door of room G in | TO |
| 0915 | L-11 nobody on site yet. | TO |
| 0945 | CO II O'Neal still posted at entry door of room G in | TO |
| 0950 | L-11, nobody on site yet | TO |
| 1020 | CO II O'Neal post at entry door of Room G in L-11 | TO |
| 1023 | nobody on site yet. | TO |
| 0827 | Entry door to room G in L-11 locked and secure. | TO |
| 1037 | C.I.U. Watson on site to investigate crime scene | TO |
| 1039 | in Room G of L-11 | TO |
| 1038 | Medical Records Saanya Urmatic in to ask C.I.U. | TO |
| 1039 | watson how far back he would like copies of the | TO |
| 1041 | Medical records for inmate Hamlin #118825 | TO |
| 1048 | C.I.U. watson out of room G to interview medical and | TO |
| 1049 | security staff at this time. | TO |
| 1140 | Maricopa county medical examiners (Seitz + | TO |
| 1144 | Tamara Dennis on site.) | TO |
| 1206 | C.I.U. and Medical Examiners clear site | TO |

| SHIFT COMMANDER'S COMMENTS: Notes or comments concerning entries above; comments deemed appropriate. |
|---|
| Buckeye Valley Paramedics called Doctor for permission to cease |
| administering C.P.R. |

Confidential Information - Subject to Protective Order077                    ADC024852



# ASPC-Lewis, Complex Unit
## SYNOPISIS

### Victim
**INMATE: Hamlin, Phillip L.**
**ADC#: 118825**
**RACE: Caucasian**
**AGE: 38**
**DOB:** Redacted
**Housing: L11- cell G**
**CU: Close PS IR: 4**
**Crimes: Current: Taking Identity of another**
**SED: 03/30/2013  CSED: 07/30/2013**
**STG: None**

## SIR INFORMATION

Initial SIR: On 12-04-2011 at approximately 0750 hours the Incident Command System was initiated by COII C. Kingsland EIN # 125114 after Inmate Hamlin # 118825 was found unresponsive on his bed in the Lewis Complex Medical Hub (IL11) while conducting breakfast feeding. Medical staff immediately entered the cell with security staff and Life saving measures of chest compressions to breaths were immediately started with staff rotating as needed until Ambulance staff could arrive.

At 0751 Lt. Karkfoff EIN # 35877 assumed Command and notifications were being made by Complex Control Officer, COII J. Sawyer EIN # 124160, to CIU Watson, Warden Diaz, DWOP Malone, DW Lawrence (Off Site Duty Officer), ADW Jensen (On Site Duty Officer), Major Burch, and Captain Stickley.
At approximately 0810 Buckeye Fire Ambulance staff arrived on site and took over life saving efforts.
At approximately 0815 one of the Buckeye valley staff placed at phone call to West Valley Emergency and per Dr. Chopera pronounced the inmates death at a time of 0818.
At approximately 0818 all staff was removed from the room and COII T. O'Neal EIN # 91118 was assigned as the Crime Scene Manager.
At approximately 1020 CIU Watson arrived on site and to begin his preliminary investigation.
At approximately 1030 contact was made with inmate Hamlin's grandmother – Shirley Robbins – (480) 982-7679 and was advised of the situation regarding inmate Hamlin.
At approximately 1130 the Maricopa County Coroner arrived on site and was escorted by CIU Watson to the Medical Hub.
At approximately 1215 the Coroner took possession of Inmate Hamlin # 118825 and was off Lewis Complex at approximately 1218 hours.

**ADDITIONAL INFORMATION NOT CONTAINED IN SIR**

No additional information at this time.

**PROPERTY – Inmate Hamlin # 118825**

Property inventoried and secured at the Rast Unit.

**DOCUMENT REVIEW (SIR, ICS/USE OF FORCE REPORTS) – Day   Shift**

CO II Kingsland was posted in Medical Hub (Assisted Living) assigned to Inmate Hamlin's Mental Health watch (30 minutes) at the time of the incident. This Officers journal reflects security checks being conducted at 0610, 0630, 0705 and 0737 before the incident occurred.

CO II Hill was assigned to Medical Hub (Assisted Living). This Officer reported negative results when conducting security checks. At 0730 hours breakfast trays were on site.  After reviewing the ICS paperwork from COII Hill she stated that at approximately 0743 hours she opened cell G to take the morning breakfast tray in when she noticed Inmate Hamlin unresponsive.   COII Kingsland initiated ICS and medical staff RN Parta began chest compressions.

The incident was contained to Medical Hub Assisted Living cell G.

Medical arrived on site and began performing CPR on the inmate.

A video camera was utilized during the ICS.

**STAFFING ROSTER – Day Shift**
9 authorized posts. Collapsed posts were per the Priority Post Chart.

|  |  |  | CARE DATE |
|---|---|---|---|
| 1. | Main Control | Sawyer, Redacted | 01/01/11 |
| 2. | Perimeter (Outer – East) | Juvera, Redacted | 08/15/11 |
| 3. | Perimeter (Outer – West) | Cabarles, Redacted | 08/24/11 |
| 4. | Control Room (Health Unit) | DeLeon, Redacted | 12/14/09 |
| 5. | Perimeter (Inner) | Heather, Redacted | 06/27/11 |
| 6. | Traffic Control | Morgan, Redacted | 11/28/11 |
| 7. | South Vehicle ingress/egress | Cottingham, Redacted | 04/15/11 |
| 8. | Medical Floor (Assisted Living) | Hill, Redacted | 04/26/10 |
| 9. | Main Control (Switch Board) | Collapsed |  |
|  |  |  |  |
| 1. | Shift Commander | Karkhoff, Redacted | 08/08/11 |
| 2. | Sergeant | Casper, Redacted | 11/01/10 |
| 3. | Mental Health Watch | Kingsland, Redacted | 06/27/11 |

9 posts as indicated on approved post chart for ASPC –Lewis, Complex Unit. The web based roster shows zero vacancies for the day shift, however, that is incorrect, as there are two vacancies on this shift due to one resignation and one staff transferred to support under military leave. One post was collapsed (2nd In Main Control). A Total of two officers were assigned off unit and one assigned on unit for Special Assignments as follows:

COII Timmons, Idact– Emergency Transport – Inmate Redacted at PSL.
CO II Stell, dact– Emergency Transport – Inmate Redacted at PSL
COII Kingsland, edacte– Suicide Watch – Inmate Hamlin at Redacted: Medical Records
Redacted: Medical Records

### DAY SHIFT STAFF ACCOUNTABILITY: 17 Officers Assigned to Day shift

| | |
|---|---|
| Number of Authorized CO Positions | 17 |
| Number of Staff Vacancies (-) | 2 |
| Number of Staff Annual Leave (-) | 1 |
| Pre-Scheduled Leave Other (-) | 1 |
| Special Assignment (-) | 3 |
| Sick Leave (-) | 2 |
| Cross Level Out (-) | 0 |
| Cross Level In (+) | 4 |
| RDO (-) | 6 |
| Overtime (+) | 2 |
| Total Available to Post (=) | 8 |

### INMATE EXTERNAL MOVEMENT
03/27/07  COM SUPERV RLSE ASPC-E SMU I
08/18/10  RECOMMITMENT   ASPC-PX ALHAMBRA
08/26/10  TO  ASPC-F CENTRAL 8
09/17/10  TO  ASPC-L BARCHEY P
10/08/10  OUT TO HOSPITAL MARICOPA
10/08/10  RET. FM. HOSP.  ASPC-L BARCHEY P
10/09/10  TO  ASP-L BARCHEY ME
10/10/10  OUT TO HOSPITAL MARICOPA
10/10/10  RET. FM. HOSP.  ASP-L BARCHEY ME
11/08/10  OUT TO HOSPITAL MARICOPA
11/08/10  RET. FM. HOSP.  ASP-L BARCHEY ME
11/09/10  TO  ASPC-L STINER CD
11/11/10  OUT TO HOSPITAL MARICOPA

Confidential Information - Subject to Protective Order080
ADC024855

```
11/16/10  RET. FM. HOSP.  ASPC-L STINER CD
11/18/10  OUT TO HOSPITAL MARICOPA
11/19/10  RET. FM. HOSP.  ASPC-L STINER CD
11/20/10  TO  ASPC-L BUCKLEY P
11/20/10  TO  ASPC-L STINER CD
11/24/10  TO  ASPC-L BUCKLEY P
11/24/10  OUT TO HOSPITAL MARICOPA
11/25/10  RET. FM. HOSP.  ASPC-L BUCKLEY P
11/26/10  TO  ASPC-L STINER CD
11/28/10  OUT TO HOSPITAL MARICOPA
11/28/10  RET. FM. HOSP.  ASPC-L STINER CD
11/30/10  OUT TO HOSPITAL MARICOPA
12/01/10  RET. FM. HOSP.  ASPC-L STINER CD
12/10/10  OUT TO HOSPITAL MARICOPA
12/11/10  RET. FM. HOSP.  ASPC-L STINER CD
12/11/10  TO  ASP-L BARCHEY ME
12/13/10  TO  ASPC-L BUCKLEY P
12/13/10  OUT TO HOSPITAL MARICOPA
12/14/10  RET. FM. HOSP.  ASPC-L BUCKLEY P
12/15/10  OUT TO HOSPITAL MARICOPA
12/16/10  RET. FM. HOSP.  ASPC-L BUCKLEY P
12/16/10  TO  ASPC-L STINER CD
12/20/10  RET. FM. HOSP.  ASPC-L STINER CD
12/24/10  TO  ASPC-L BUCKLEY P
12/29/10  TO  ASPC-L STINER CD
12/30/10  TO  FLAMENCO M.HLTH
01/02/11  OUT TO HOSPITAL MARICOPA
01/03/11  RET. FM. HOSP.  ASPC-PHX B-WARD
01/08/11  OUT TO HOSPITAL MARICOPA
01/09/11  RET. FM. HOSP.  ASPC-PHX B-WARD
01/15/11  OUT TO HOSPITAL MARICOPA
01/15/11  RET. FM. HOSP.  ASPC-PHX B-WARD
01/26/11  OUT TO HOSPITAL MARICOPA
01/26/11  RET. FM. HOSP.  ASPC-PHX B-WARD
02/04/11  TO  ASP-L BARCHEY ME
02/05/11  TO  ASPC-L STINER CD
03/22/11  TO  ASPC-L BUCKLEY P
04/03/11  TO  ASPC-L BARCHEY P
04/04/11  RET. FM. HOSP.  ASPC-L BARCHEY P
04/04/11  TO  ASPC-L STINER CD
04/04/11  TO  ASPC-L BUCKLEY P
04/17/11  OUT TO HOSPITAL MARICOPA
04/17/11  RET. FM. HOSP.  ASPC-L BUCKLEY P
04/17/11  TO  ASPC-L STINER CD
04/21/11  TO  ASPC-L BUCKLEY P
08/19/11  OUT TO HOSPITAL MARICOPA
```

Confidential Information - Subject to Protective Order081

```
08/20/11  RET. FM. HOSP.  ASPC-L BUCKLEY P
08/23/11  TO  ASPC-L STINER CD
08/31/11  TO  ASPC-L BACHMAN C
09/06/11  TO  ASPC-L BUCKLEY P
09/20/11  TO  ASPC-L BACHMAN C
09/29/11  OUT TO COURT   PINAL
10/06/11  RET.FM.COURT   ASPC-L BACHMAN C
10/06/11  TO  L-RAST CLOSE
10/17/11  OUT TO HOSPITAL MARICOPA
10/17/11  RET. FM. HOSP.  L-RAST CLOSE
11/07/11  TO  ASPC-L STINER CD
11/18/11  TO  L-RAST CLOSE
11/18/11  TO  ASPC-L STINER CD
11/27/11  TO  ASPC-L BUCKLEY P
11/30/11  TO  ASPC-L HEALTH UN
12/02/11  TO  ASPC-L STINER CD
12/02/11  TO  ASPC-L HEALTH UN
/13/87  ASPC-F SPC UNIT
```

## VISITATION AIMS



Redacted: Security Concern

Spouse
Grandparent
Grandparent
Parent
Friend
Friend
Friend
Friend

## DISCIPLINARY HISTORY

```
12/21/10  10-L03-0112 DISORDERLY COND GUILTY-MAJ.V
12/22/10  10-L25-1043 FALSE REPORTING GUILTY-MAJ.V
02/28/11  11-L25-0282 AGGRVTD REFUSAL GUILTY-MAJ.V
02/28/11  11-L25-0286 AGGRVTD REFUSAL GUILTY-MAJ.V
02/28/11  11-L25-0287 AGGRVTD REFUSAL GUILTY-MAJ.V
02/28/11  11-L25-0289 AGGRVTD REFUSAL GUILTY-MAJ.V
02/28/11  11-L25-0329 AGGRVTD REFUSAL GUILTY-MAJ.V
09/01/11  11-L25-1078 OBSTRUCTING STA GUILTY-MAJ.V
08/09/11  11-L28-0097 DISOBEY VERBAL/ GUILTY-MAJ.V
09/22/11  11-L28-0162 AGGRVTD REFUSAL INFRML RESOL
11/18/11  11-L32-0179 DISORDERLY COND GUILTY-MAJ.V
```

Confidential Information - Subject to Protective Order082

## MENTAL HEALTH

Mental Health Score = Medic

## MEDICAL

Medical Score = Medic

## NOTIFICATION OF EMERGENCY CONTACT

ADW Jensen (On Site Duty Officer) contacted Inmate Hamlin's grandmother, Redacted at approximately 1030 hours at Redacted

## PAST BEHAVIORAL HISTORY

Redacted: Medical Records

## ADMINISTRATIVE CONCERNS

None at this time.

CM/cm

CC:   Redacted McWilliams, NROD
    Redact Diaz, Warden
    Redacte Malone, Deputy Warden of Operations

    File

Confidential Information - Subject to Protective Order083

## Daily Post Sheet

| Sun, December, 4, 2011 | Complex: lewis | Unit: Complex | Days |
|---|---|---|---|

| Required Posts | Staff Assigned |
|---|---|
| Main Control | SAWYER, Redacted |
| Perimeter (Outer - East) | JUVERA, Redacted |
| Perimeter (Outer - West) | CABARLES Redacted |
| Control Room (Health Unit) | DELEON, edactCA |
| Perimeter (inner) | HEATHER, edacte |
| Traffic Control | MORGAN, E edacte |
| South Vehicle ingress/egress | COTTINGHAM, Redacted |
| Medical Floor (Assisted Living) | HILL, Redacte |
| Main Control (Switch Board) | |
| | |

| Relief Posts | Staff Assigned |
|---|---|
| | |

| Special Assignments | Staff Assigned |
|---|---|
| Emergency Transport | TIMMONS edacte |
| Emergency Transport | STELL, edacte |
| | |

| Above Required | Staff Not Assigned |
|---|---|
| | STICKLEY, dacl @ 405 |
| | |

| Employee Notes |
|---|
| FINNIMORE, Redacted Claiming FMLA, unsure of medical status. Lt. JK#3908. A |
| |

| Supervisor | RDO | Status |
|---|---|---|
| CASPER, Redacted | MTu | On Site |
| KARKHOFF, J Redacted | SaF | On Site |

| Name | RDO |
|---|---|
| GUERRERO, dact | SaSu |
| RUPP, Redacted | SaSu |
| SMITH, edacte | SaSu |
| DELEON, Redacted A | SaF |
| SMITH, edact6 | SaF |
| RITTENHOUSE, edacte | SuM |
| VISCARRA, edact | SuM |
| MEJIA, Redacted | SuM |
| CABARLES, edactei | MTu |
| FINNIMORE  Redacted | MTu |
| JACKSON, dac | TuW |

| Total Staff | |
|---|---|
| Authorized FTEs | 16 |
| Vacancies | 0 |
| Total Assigned | 16 |
| Total Staff on RDOs | 6 |
| Total Available | 11 |

| Name | RDO |
|---|---|
| BLONDIN, Redacted | WTh |
| HEATHER, edacte | WTh |
| HILL Redacted | ThF |
| MORGAN, Redacted | ThF |

| Incident Command Services |
|---|
| A Team |
| |
| B Team |
| |
| Team Leader |
| |
| Camera Operator |
| |

Confidential Information - Subject to Protective Order084          ADC024859

# Officers Out

**Sun, December, 4, 2011**     **Complex: lewis**     **Unit: Complex**     **Shift: Days**

| Annual | |
|---|---|
| 1 | BLONDIN, Redacted ✓ |
| | |

| Staff Flexed Out |
|---|
| |

| Military Leave | |
|---|---|
| 1 | JACKSON, edacte |
| | |

| LWOP |
|---|
| |

| Civic Duty |
|---|
| |

| Extended Sick Leave |
|---|
| |

| FMLA |
|---|
| |

| Pre-Scheduled Sick or Sick Family |
|---|
| |

| Training |
|---|
| |

| Bereavement Leave |
|---|
| |

| On the Job Training |
|---|
| |

| Special Assignment | |
|---|---|
| 1 | STELL, edacte |
| 2 | TIMMONS, edacte |
| 3 | KINGSLAND, Redacte |

| Late |
|---|
| |

| Call In |
|---|
| |

| No Call / No Show |
|---|
| |

| Call In / Sick / Entire Shift | |
|---|---|
| 1 | FINNIMORE, Redacted |
| 2 | SMITH, Cedacte |

| Cross Level In | |
|---|---|
| 1 | STELL, edacte |
| 2 | TIMMONS, dactl ✗ |
| 3 | KINGSLAND, Redacte ✗ |
| 4 | COTTINGHAM, Redacted ✓ |

| Cross Level Out |
|---|
| |

| Mandated In |
|---|
| |

| Resignations |
|---|
| |

| TWA / TDY Out |
|---|
| |

| TWA / TDY In |
|---|
| |

| Staff Staying For Shift Coverage CASH | |
|---|---|
| 1 | JUVERA, Redacted ✗ |
| | |

| Staff Staying For Shift Coverage COMP |
|---|
| |

| Support Staff Posted |
|---|
| |

| Transfers and/or Promotions |
|---|
| |

| Pre-Scheduled Staff - COMP |
|---|
| |

| Pre-Scheduled Staff - CASH | |
|---|---|
| 1 | SAWYER, Redacted ✗ |
| | |

| Holiday |
|---|
| |

| Call In / Sick / Entire Shift | |
|---|---|
| 1 | FINNIMORE, Redacted |
| 2 | SMITH, Redacte |
| | |

| Furlough |
|---|
| |

| Supervisor Out |
|---|
| |

Confidential Information - Subject to Protective Order085                                    ADC024860

# Daily Post Sheet

**Sun, December, 4, 2011**    **Complex: lewis**    **Unit: Complex**    0900    **Days**

| Required Posts | Staff Assigned |
|---|---|
| Main Control | SAWYER, Redacted |
| Perimeter (Outer - East) | JUVERA, Redacted |
| Perimeter (Outer - West) | CABARLES, Redacted |
| Control Room (Health Unit) | DELEON, Redacted |
| Perimeter (inner) | HEATHER, Redacte |
| Traffic Control | MORGAN, Redacte |
| South Vehicle ingress/egress | STICKLEY, Redact |
| Medical Floor (Assisted Living) | HILL, Redacte |
| Main Control (Switch Board) | |
| | |

| Relief Posts | Staff Assigned |
|---|---|
| | |

| Special Assignments | Staff Assigned |
|---|---|
| Emergency Transport | TIMMONS, Redact |
| Inmate: enriquez | |
| Emergency Transport | STELL, Redacte |
| Inmate: enriquez | |
| Suicide Watch | KINGSLAND, Redacte |
| Inmate: Hamlin - 30 MH | |
| | |

| Above Required | Staff Not Assigned |
|---|---|
| | |

| Supervisor | | RDO | Status |
|---|---|---|---|
| CASPER, S Redactec | | MTu | On Site |
| KARKHOFF, Redacte | | SaF | On Site |

| Name | RDO |
|---|---|
| GUERRERO Redacte | SaSu |
| RUPP, Redacted | SaSu |
| SMITH, Redacte | SaSu |
| DELEON, Redacted | SaF |
| SMITH, Redacte | SaF |
| RITTENHOUS Redacte | SuM |
| VISCARRA, Redacte | SuM |
| MEJIA, Redacted | SuM |
| CABARLES Redacted | MTu |
| FINNIMORE, Redacted | MTu |
| JACKSON, Redact | TuW |

| Total Staff | |
|---|---|
| Authorized FTEs | 16 |
| Vacancies | 0 |
| Total Assigned | 16 |
| Total Staff on RDOs | 6 |
| Total Available | 11 |

| Name | RDO |
|---|---|
| BLONDIN, Redactec | WTh |
| HEATHER, Redacte | WTh |
| HILL, Redacte | ThF |
| MORGAN, Redacte | ThF |

| Incident Command Services |
|---|
| **A Team** |
| **B Team** |
| **Team Leader** |
| **Camera Operator** |

| Employee Notes | |
|---|---|
| FINNIMORE, Redacted A | Claiming FMLA, unsure of medical status. Lt. JK#3908. |
| | |

Confidential Information - Subject to Protective Order086    ADC024861

# Officers Out

**Sun, December, 4, 2011**       **Complex: lewis**       **Unit: Complex**       **Shift: Days**

| Annual | |
|---|---|
| 1 | BLONDIN, Redacted |

| Staff Flexed Out |
|---|

| Military Leave | |
|---|---|
| 1 | JACKSON, dact |

| LWOP |
|---|

| Civic Duty |
|---|

| Extended Sick Leave |
|---|

| FMLA |
|---|

| Pre-Scheduled Sick or Sick Family |
|---|

| Training |
|---|

| Bereavement Leave |
|---|

| On the Job Training |
|---|

| Special Assignment | |
|---|---|
| 1 | STELL, Redacted |
| 2 | TIMMONS, edacte |
| 3 | KINGSLAND, tedacte |

| Late |
|---|

| Call In |
|---|

| No Call / No Show |
|---|

| Call In / Sick / Entire Shift | |
|---|---|
| 1 | FINNIMORE, Redacted |
| 2 | SMITH, Redacted |

| Cross Level In | |
|---|---|
| 1 | STELL, edactc |
| 2 | TIMMONS, Redacted |
| 3 | KINGSLAND, Redacted |

| Cross Level Out |
|---|

| Mandated In | |
|---|---|
| 1 | STICKLEY, edact |

| Resignations |
|---|

| TWA / TDY Out |
|---|

| TWA / TDY In |
|---|

| Staff Staying For Shift Coverage CASH | |
|---|---|
| 1 | JUVERA, Redacted |

| Staff Staying For Shift Coverage COMP |
|---|

| Support Staff Posted |
|---|

| Transfers and/or Promotions |
|---|

| Pre-Scheduled Staff - COMP |
|---|

| Pre-Scheduled Staff - CASH | |
|---|---|
| 1 | SAWYER, Redacted |

| Holiday |
|---|

| Call In / Sick / Entire Shift | |
|---|---|
| 1 | FINNIMORE, L Redacted |
| 2 | SMITH, Redacted |

| Furlough |
|---|

| Supervisor Out |
|---|

Confidential Information - Subject to Protective Order087                                    ADC024862

IISO149

ARIZONA STATE DEPARTMENT OF CORRECTIONS
* * * * * * * * * * * * * * * * * * * * * * * * * *
* E S C A P E   B U L L E T I N *
* * * * * * * * * * * * * * * * * * * * * * * * * *

08/18/10

PLEASE CONTACT ARIZONA DEPARTMENT OF CORRECTIONS.
1601 WEST JEFFERSON, MAIL CODE 100
PHOENIX, ARIZONA 85007
TELEPHONES: (602) 542-1212
OR (800) WARDENS
FAX: (602) 542-3222

ADOC#: 118825

NAME: HAMLIN, PHILLIP L.                    DATE RECEIVED: 07/25/02
ALIAS1: HAMLIN, PHILLIP L.         2: FATBOY,
       3.                          4.

SEX: M  RACE: CAUC    DOB: Redacted  POB: MESA          , AZ  SHOE: 11
HGT: 5'08"  WGT: 250  EYES: BROWN  HAIR: BROWN  COMPLEXION: LIGHT

SCARS, MARKS, TATOOS: SC: ABDOM: CHIN, TAT: CHEST: DRAGON, RF ARM:
                      SCOOBY DOO, LF ARM: SKULL, DRAGON,
                      R ARM: "APRIL", RF ARM, CAT.
                      TAT:CHEST-DRAGON
                      081810 BACK: 3-1 SKULLS

BUILD: OBESE        SSN: Redacted  FBI: Redacted  SID: Redacted

VA NO:             BIA:             DRIVER LIC:  B09833316

           CURR. & FUTURE OFFENSE RECORD

COMMITMENT: G   COUNT: 01   CONCURRENT TO: NONE   CONSECUTIVE TO: NONE
OFFENSE(S): TAKING IDENTITY OF ANOTHER ,

SENTENCE/LPG: 2 YRS  6 MOS        DATE SENTENCED: 08/12/10
FELONY CLASS: CL4                 FELONY TYPE: ND/NR
TYPE OF WEAPON USED: NONE         INJURY TO PERSON: NO

COUNTY: PINAL                     CAUSE #: 200900744
JUDGE: DELIA NEAL    D/C: 10/01/08  SBD: 03/24/10

           NEXT OF KIN

CONTACT:     Redacted          RELATIONSHIP: (    Redacted
ADDRESS:                       TELEPHONE #:
MARITAL STATUS: SINGLE         # DEPENDENTS:  1

---

## Arizona Dep Corrections

**HAMLIN, PHILLIP**

Booking # : 118825
Charge : F-13-2008 - TAKING IDENTITY OF
Arrest Date : 08-18-2010
Birth Date : Redacted
Sex : M - Male
Race : White
Height : 5'8"
Weight : 260

FOR LAW ENFORCEMENT USE ONLY

08-18-2010

**HAMLIN, PHILLIP**

Booking # : 118825
Birth Date : Redacted         Race : White
Sex : M - Male                Height : 5'8"
                              Weight : 250

Confidential Information - Subject to Protective Order088                    ADC024863

# ARIZONA DEPARTMENT OF CORRECTIONS

## Information Report

Report Number 11-L00- _2149_
Report Date _12/04/2011_
Page _1 of 2_

| To L. Stickley | Title Captain | Unit Complex |
|---|---|---|
| From C. Cole | Title Sergeant | Unit Complex |

**Subject** Information on Inmate Hamlin

**Staff Involved**

| Employee Name *(Last, First M.I.)* | Title | Badge Number |
|---|---|---|
| | | |
| Employee Name *(Last, First M.I.)* | Title | Badge Number |
| | | |

**Intel**

| Intelligence Category 1 | Intelligence Category 2 |
|---|---|
| | |

| Source Type | Source's Last Name | Source's ADC Number |
|---|---|---|
| | | |

**Inmates Involved**

| Inmate Name *(Last, First M.I.)* | ADC Number | Unit | HU/BED | Involved As: |
|---|---|---|---|---|
| | | | | |
| Inmate Name *(Last, First M.I.)* | ADC Number | Unit | HU/BED | Involved As: |
| | | | | |

| Time 1840 | Date 12/04/2011 | Location Complex |
|---|---|---|

**Summary**
On the above date and approximate time, COII J. Hill called in crying asking if Lt. Karkhoff was still here. I advised COII Hill that Lt. Karkhoff was not here. I asked what was wrong. COII Hill stated "I'm not usually a snitch but the Lt needs to know this." I asked her what?. COII Hill stated " when I found the inmate in L-11 today, I heard Officer Heather tell Officer Kingsland you need to start a new journal because that one is messed up." COII Hill also stated " I have no idea if COII Kingsland started a new journal or not because when I called Sgt Casper and told him of the inmate in L-11, He and Lt. Karkhoff was there with in 3 minutes."

| Employee's Signature *C. Cole* | Title Sergeant |
|---|---|

**Comments/Action Taken**
Information was reported and Lt. Karkhoff talked w/ CO# Hill + CO# Heather and had them completed an Information report.

| Employee's Signature | Title Capt |
|---|---|

**Distribution** ( ✓Check all that apply)
- [ ] _____
- [ ] _____
- [ ] _____

**Entered Into Data Base**
By _____
Date _____

105-2PF
3/10/00
(40000029)

Electronic Version Only - Must be completed on the computer - Do not reproduce blank forms.

Confidential Information - Subject to Protective Order089                    ADC024864



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Information Report**

| Report Number | 11-C00-2147 |
|---|---|
| Report Date | 12-04-2011 |
| Page | 1 OF 3 |

| To | Title | Unit |
|---|---|---|
| **Karkhoff** | **Lieutenant** | **Complex** |
| From | Title | Unit |
| **Kingsland** | **`COII** | **Rast** |

**Staff Involved**

Subject
**I/M Hamlin #118825**

| Employee Name (Last, First M.I.) | Title | Badge Number |
|---|---|---|
| **Kingsland** | **COII** | **8725** |
| Employee Name (Last, First M.I.) | Title | Badge Number |
| **Hill** | **COII** | **4020** |

**Intel**

| Intelligence Category 1 | | Intelligence Category 2 | |
|---|---|---|---|
| Source Type | | Source's Last Name | Source's ADC Number |

**Inmates Involved**

| Inmate Name (Last, First M.I.) | ADC Number | Unit | HU/BED | Involved As: |
|---|---|---|---|---|
| **Hamlin** | **118825** | | **L11 Cell G** | |
| Inmate Name (Last, First M.I.) | ADC Number | Unit | HU/BED | Involved As: |

| Time | Date | Location |
|---|---|---|
| 0600 | 12-4-11 | L11 Cell G |

**Summary**

On the above date and approximate time I COII Kingsland relieved graves of the 30 minute watch of I/M Hamlin. After completing my beginning log entries I conducted my first security check of I/M Hamlin, Hamlin was lying on his back and appeared to be asleep, I marked him asleep on the observation record and no discrepancies on my Corrections journal. I/M Hamlin appeared to be asleep through my 0630, 0700, and my 0730 hour security checks, and was marked as such on my Observation record and no discrepancies on my corrections journal. At the time of approximately 0743 hours I COII Kingsland #8725, COII Hill #4020, and CNA Rost

| Employee's Signature | Title |
|---|---|
| #8725 | CoII |

Comments/Action Taken

**Action Taken**

REPORT WRITTEN TO DOCUMENT DISCREPANCIES BETWEEN THE CORRECTIONAL
SERVICE JOURNAL AND THE OBSERVATION RECORDS

| Employee's Signature | Title |
|---|---|
| L.G. Karkhoff #3908 | Lt |

Distribution *(Check all that apply)*

☐ _____
☐ _____
☐ _____

| Entered into Database | |
|---|---|
| By | |
| Date | |

1 of 2

105-2
8/6/09

Confidential Information - Subject to Protective Order090                                    ADC024865

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Continuation Sheet**

*To be used as a continuation for all reports. Indicate sections being continued.*

| Date | Report Number |
|------|---------------|
| 12/04/2011 | |

Entered the cell to feed I/M Hamlin breakfast. I/M Hamlin was unresponsive and appeared to not be breathing. I COII Kingsland initiated the incident command system at approximately 0743 hours while RN Parta began chest compressions. I was relieved of command by Lt. Karkhoff at approximately 0751 hours. The security check times written on the Correctional service journal are not the same as the times written on the Observation record due to me pre-filling in the times I started the checks on the Correctional service journal and placing the ending times on the Observation record, the 0737 entry was originally supposed to match with the 0748 Observation log entry, due to the situation and the ICS I added the 0743 entry to the Journal, then remembered to fill out the last entry on the Observation record after being relieved of command.

End of report.

| Employee Name *(Last, First M.I.)* | Employee Signature and Badge Number | Date |
|---|---|---|
| COII Kingsland | | |

Page 2 of 3

105-5
8/6/09

Confidential Information - Subject to Protective Order091

ADC024866



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Information Report**

Report Number: 11-L00-249
Report Date: 12-4-11
Page: 1 OF 2

| To | Karkhoff | Title | LT. | Unit | Complex |
|---|---|---|---|---|---|
| From | Hill | Title | CO II | Unit | Complex |

**Subject**

**Staff Involved**

| Employee Name (Last, First M.I.) | Hill | Title | CO II | Badge Number | 4020 |
|---|---|---|---|---|---|
| Employee Name (Last, First M.I.) | Heather | Title | CO II | Badge Number | |

**Intel**

| Intelligence Category 1 | | Intelligence Category 2 | |
|---|---|---|---|

| Source Type | | Source's Last Name | | Source's ADC Number |
|---|---|---|---|---|

**Inmates Involved**

| Inmate Name (Last, First M.I.) | ADC Number | Unit | HU/BED | Involved As: |
|---|---|---|---|---|
| Inmate Name (Last, First M.I.) | ADC Number | Unit | HU/BED | Involved As: |

| Time | Date | Location |
|---|---|---|
| 0745 | 12-04-2011 | ASPC-Lewis / Complex / L11 |

**Summary**

On the above date and approximate time I, CO II Hill 4020, heard CO II Heather tell CO II Kingsland to "Hurry up and start your journal over before anyone shows up." I advised LT Karkhoff of the issue.

| Employee's Signature | Hill / 4020 | Title | CO II |
|---|---|---|---|

**Comments/Action Taken**

Lt Karkhoff to follow up w/ both officers to find out if the above statement is true.

| Employee's Signature | | Title | Capt |
|---|---|---|---|

**Distribution** (✓Check all that apply)

☐ _____
☐ _____
☐ _____

| Entered Into Data Base | |
|---|---|
| By | _____ |
| Date | _____ |

1 of 2

105-2
8/6/09

Confidential Information - Subject to Protective Order092

ADC024867

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Information Report**

Report Number: 11- LOO - 2149
Report Date: 12-4-11
Page: 1 of 2

| To: Lt. Karkoff | Title: Lt. | Unit: Complex |
|---|---|---|
| From: Heather K | Title: Co# | Unit: Complex |

**Subject**

**Staff Involved**

| Employee Name (Last, First M.I.) Heather K | Title: CO # | Badge Number: 8676 |
|---|---|---|
| Employee Name (Last, First M.I.) Kingsland | Title: CO II | Badge Number |

**Intel**

| Intelligence Category 1 | | Intelligence Category 2 |
|---|---|---|
| Source Type | Source's Last Name | Source's ADC Number |

**Inmates Involved**

| Inmate Name (Last, First M.I.) | ADC Number | Unit | HU/BED | Involved As: |
|---|---|---|---|---|
| Inmate Name (Last, First M.I.) | ADC Number | Unit | HU/BED | Involved As: |

**Summary**

| Time: 0745 | Date: 12-4-11 | Location: L-11 - assisted living |
|---|---|---|

Summary: On 12-5-11 at approximately 0600, I co# Heather #8676 was advised by Lt. Karkoff to write out an I.R. regarding a conversation between myself and CO# Kingsland. When I first arrived onsite to L-11 to assist with the ICS in cell 6, CO# Kingsland looked frightened and confused. I tried to assist Kingsland through the ICS by instructing him that

Employee's Signature: [signature]     Title: CO II

**Comments/Action Taken**

**Action Taken**

Information to clarify why co# Hill report she heard co# Heather tell co# Kingsland to start his journal over.

Employee's Signature: [signature]     Title: Capt

Distribution ( ✓ Check all that apply)
☐ _____
☐ _____
☐ _____

Entered Into Data Base
By _____
Date _____

105-2PF
3/10/00
(40000029)

1 of 2

Confidential Information - Subject to Protective Order093

ADC024868

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Continuation Sheet**

To be used as a continuation for all reports.  Indicate sections being continued.

| Date | Report Number |
|------|---------------|
| 12-5-11 | 11-200-2149 |

he should get on the radio and assign a recorder for the incident, to advise main control that chest compressions had been started, and I advised him to get his paperwork together because that's the first thing that they will collect from him. At that time, Lt. Karkoff arrived and assumed command and sent me to main control to retrieve the video camera. When I returned, I was the video operator until the inmate was pronounced dead. End of report.

| Employee Name (Last, First M.I.) | Employee Signature and Badge Number | Date |
|----------------------------------|-------------------------------------|------|
| Heather K. | 8676 | 12-5-11 |

Page 2 of 2

105-5
11/26/03

Confidential Information - Subject to Protective Order094

ADC024869

ARIZONA DEPARTMENT OF CORRECTIONS

Administrative Investigations Advisory

| Investigator's Name:<br>Redacte Barragan | Case Number:<br>2011-1680 |
|---|---|
| Interviewee's Name:<br>Redactec Stephen | Interview Date:<br>December 12, 2011 |

| Complainant's Name:<br>Redacte Patton, Division Director | [ ] Anonymity granted |
|---|---|

| The Complainant alleges:<br><br>**Witness** |
|---|

This is to advise you that you are being interviewed as part of an administrative investigation being conducted by the assigned investigator(s) of the Arizona Department of Corrections (ADC) under the authority granted the Director by Arizona Revised Statute 41-1604. Any information obtained from an employee during an administrative interview is not admissible in any criminal action against the employee.

You are advised that this investigation is <u>confidential</u>. You are not to discuss any part of this investigation with anyone other than your chain of command or your indentified representative.

[√] I have read and understand the Department of Correction's employee Handbook regarding Administrative Investigations.

[√] I understand that this is an official Administrative Investigation being conducted by Investigators of ADC.

[√] I acknowledge that the Investigator has identified him/herself to my satisfaction.

[√] I acknowledge that I can provide in writing, to the Investigator any names of witnesses who have or might have information relevant to this investigation.

[√] I acknowledge that all of my questions, where appropriate, have been answered.

[√] I acknowledge, as a principal, I may have an observer present during the interview.

[√] I acknowledge that i have not been threatened or coerced, nor have any promises have been made to me by the Investigator.

[√] I understand that statements I make during this investigation (interview) are subject to verification by polygraph.

[√] I acknowledge reading and understanding the contents of this document.

[√] I have received a signed copy of this document.

| Interviewee's Signature<br>Redacted | Date:<br>12/12/11 |
|---|---|
| Investigator's Signature | Date:<br>12 DEC 2011 |

   ADC024870

ARIZONA DEPARTMENT OF CORRECTIONS

Administrative Investigations Advisory

| Investigator's Name: <br> edacte Barragan | Case Number: <br> 2011-1680 |
|---|---|
| Interviewee's Name: <br> Redacted     Ras T | Interview Date: <br> December 12, 2011 |

| Complainant's Name: <br> Redacte Patton, Division Director | [ ] Anonymity granted |
|---|---|

| The Complainant alleges: |
|---|
| **Witness** |

This is to advise you that you are being interviewed as part of an administrative investigation being conducted by the assigned investigator(s) of the Arizona Department of Corrections (ADC) under the authority granted the Director by Arizona Revised Statute 41-1604. Any information obtained from an employee during an administrative interview is not admissible in any criminal action against the employee.

You are advised that this investigation is <u>confidential</u>. You are not to discuss any part of this investigation with anyone other than your chain of command or your indentified representative.

[✓] I have read and understand the Department of Correction's employee Handbook regarding Administrative Investigations.

[✓] I understand that this is an official Administrative Investigation being conducted by Investigators of ADC.

[✓] I acknowledge that the Investigator has identified him/herself to my satisfaction.

[✓] I acknowledge that I can provide in writing, to the Investigator any names of witnesses who have or might have information relevant to this investigation.

[✓] I acknowledge that all of my questions, where appropriate, have been answered.

[✓] I acknowledge, as a principal, I may have an observer present during the interview.

[✓] I acknowledge that i have not been threatened or coerced, nor have any promises have been made to me by the Investigator.

[✓] I understand that statements I make during this investigation (interview) are subject to verification by polygraph.

[✓] I acknowledge reading and understanding the contents of this document.

[✓] I have received a signed copy of this document.

| Interviewee's Signature <br> Redacted   Rost | Date: <br> 12-12-11 |
|---|---|
| Investigator's Signature <br> E. M. | Date: <br> 12 Dec 2011 |

ARIZONA DEPARTMENT OF CORRECTIONS

Administrative Investigations Advisory

| Investigator's Name:<br>Redacte Barragan | Case Number:<br>2011-1680 |
|---|---|
| Interviewee's Name:<br>edacte Parta | Interview Date:<br>December 14, 2011 |

| Complainant's Name:<br>Redacte Patton, Division Director | [ ] Anonymity granted |
|---|---|

| The Complainant alleges: | **Witness** |
|---|---|

This is to advise you that you are being interviewed as part of an administrative investigation being conducted by the assigned investigator(s) of the Arizona Department of Corrections (ADC) under the authority granted the Director by Arizona Revised Statute 41-1604. Any information obtained from an employee during an administrative interview is not admissible in any criminal action against the employee.

You are advised that this investigation is <u>confidential</u>. You are not to discuss any part of this investigation with anyone other than your chain of command or your indentified representative.

[✓] I have read and understand the Department of Correction's employee Handbook regarding Administrative Investigations.

[✓] I understand that this is an official Administrative Investigation being conducted by Investigators of ADC.

[✓] I acknowledge that the Investigator has identified him/herself to my satisfaction.

[✓] I acknowledge that I can provide in writing, to the Investigator any names of witnesses who have or might have information relevant to this investigation.

[✓] I acknowledge that all of my questions, where appropriate, have been answered.

[✓] I acknowledge, as a principal, I may have an observer present during the interview.

[✓] I acknowledge that I have not been threatened or coerced, nor have any promises have been made to me by the Investigator.

[✓] I understand that statements I make during this investigation (interview) are subject to verification by polygraph.

[✓] I acknowledge reading and understanding the contents of this document.

[✓] I have received a signed copy of this document.

| Interviewee's Signature<br>Redacted   Parla | Date:<br>12/14/11 |
|---|---|
| Investigator's Signature<br>E. M. | Date:<br>14 Dec 2011 |

ARIZONA DEPARTMENT OF CORRECTIONS

Administrative Investigations Advisory

| Investigator's Name:<br>:edacte Barragan | Case Number:<br>2011-1680 |
|---|---|
| Interviewee's Name:<br>Redacted   KARKHOFF | Interview Date:<br>December 12, 2011 |

| Complainant's Name:<br>Redactec Patton, Division Director | [ ] Anonymity granted |
|---|---|

| The Complainant alleges: |
|---|
| **Witness** |

This is to advise you that you are being interviewed as part of an administrative investigation being conducted by the assigned investigator(s) of the Arizona Department of Corrections (ADC) under the authority granted the Director by Arizona Revised Statute 41-1604. Any information obtained from an employee during an administrative interview is not admissible in any criminal action against the employee.

You are advised that this investigation is <u>confidential</u>. You are not to discuss any part of this investigation with anyone other than your chain of command or your indentified representative.

---

CM I have read and understand the Department of Correction's employee Handbook regarding Administrative Investigations.

CM I understand that this is an official Administrative Investigation being conducted by Investigators of ADC.

CM I acknowledge that the Investigator has identified him/herself to my satisfaction.

CM I acknowledge that I can provide in writing, to the Investigator any names of witnesses who have or might have information relevant to this investigation.

CM I acknowledge that all of my questions, where appropriate, have been answered.

CM I acknowledge, as a principal, I may have an observer present during the interview.

CM I acknowledge that I have not been threatened or coerced, nor have any promises have been made to me by the Investigator.

CM I understand that statements I make during this investigation (interview) are subject to verification by polygraph.

CM I acknowledge reading and understanding the contents of this document.

CM I have received a signed copy of this document.

| Interviewee's Signature | Date:<br>12 12 2011 |
|---|---|
| Investigator's Signature | Date:<br>12 Dec 2011 |

ADC024873

ARIZONA DEPARTMENT OF CORRECTIONS

Administrative Investigations Advisory

| Investigator's Name:<br>edacte Barragan | Case Number:<br>2011-1680 |
|---|---|
| Interviewee's Name:<br>Redacted    H ill | Interview Date:<br>December 12, 2011 |

| Complainant's Name:<br>Redacted Patton, Division Director | [ ] Anonymity granted |
|---|---|

| The Complainant alleges: | **Witness** |
|---|---|

This is to advise you that you are being interviewed as part of an administrative investigation being conducted by the assigned investigator(s) of the Arizona Department of Corrections (ADC) under the authority granted the Director by Arizona Revised Statute 41-1604. Any information obtained from an employee during an administrative interview is not admissible in any criminal action against the employee.

You are advised that this investigation is confidential. You are not to discuss any part of this investigation with anyone other than your chain of command or your indentified representative.

I have read and understand the Department of Correction's employee Handbook regarding Administrative Investigations.

I understand that this is an official Administrative Investigation being conducted by Investigators of ADC.

I acknowledge that the Investigator has identified him/herself to my satisfaction.

I acknowledge that I can provide in writing, to the Investigator any names of witnesses who have or might have information relevant to this investigation.

I acknowledge that all of my questions, where appropriate, have been answered.

I acknowledge, as a principal, I may have an observer present during the interview.

I acknowledge that I have not been threatened or coerced, nor have any promises have been made to me by the Investigator.

I understand that statements I make during this investigation (interview) are subject to verification by polygraph.

I acknowledge reading and understanding the contents of this document.

I have received a signed copy of this document.

| Interviewee's Signature | Date:<br>12-12-2011 |
|---|---|
| Investigator's Signature<br>E. m. | Date:<br>12 DEC 2011 |

Confidential Information - Subject to Protective Order099                    ADC024874

ARIZONA DEPARTMENT OF CORRECTIONS

Administrative Investigations Advisory

| Investigator's Name:<br>RedactedBarragan | Case Number:<br>2011-1680 |
|---|---|
| Interviewee's Name:<br>Redacted   HEATHER | Interview Date:<br>December 12, 2011 |

| Complainant's Name:<br>RedactedPatton, Division Director | [ ] Anonymity granted |
|---|---|

| The Complainant alleges: |
|---|
| **Witness** |

This is to advise you that you are being interviewed as part of an administrative investigation being conducted by the assigned investigator(s) of the Arizona Department of Corrections (ADC) under the authority granted the Director by Arizona Revised Statute 41-1604. Any information obtained from an employee during an administrative interview is not admissible in any criminal action against the employee.

You are advised that this investigation is <u>confidential</u>. You are not to discuss any part of this investigation with anyone other than your chain of command or your indentified representative.

---

☑ I have read and understand the Department of Correction's employee Handbook regarding Administrative Investigations.

☑ I understand that this is an official Administrative Investigation being conducted by Investigators of ADC.

☑ I acknowledge that the Investigator has identified him/herself to my satisfaction.

☑ I acknowledge that I can provide in writing, to the Investigator any names of witnesses who have or might have information relevant to this investigation.

☑ I acknowledge that all of my questions, where appropriate, have been answered.

☑ I acknowledge, as a principal, I may have an observer present during the interview.

☑ I acknowledge that I have not been threatened or coerced, nor have any promises have been made to me by the Investigator.

☑ I understand that statements I make during this investigation (interview) are subject to verification by polygraph.

☑ I acknowledge reading and understanding the contents of this document.

☑ I have received a signed copy of this document.

| Interviewee's Signature | Date:<br>12·12·11 |
|---|---|
| Investigator's Signature<br>E. M. | Date:<br>12 Dec 2011 |

ARIZONA DEPARTMENT OF CORRECTIONS

Administrative Investigations Advisory

| Investigator's Name:<br>Redacte Barragan | Case Number:<br>2011-1680 |
|---|---|
| Interviewee's Name:<br>edacteKingsland | Interview Date:<br>December 16, 2011 |

| Complainant's Name:<br>Redacte Patton, Division Director | [ ] Anonymity granted |
|---|---|

| The Complainant alleges: | **Witness** |
|---|---|

This is to advise you that you are being interviewed as part of an administrative investigation being conducted by the assigned investigator(s) of the Arizona Department of Corrections (ADC) under the authority granted the Director by Arizona Revised Statute 41-1604. Any information obtained from an employee during an administrative interview is not admissible in any criminal action against the employee.

You are advised that this investigation is confidential. You are not to discuss any part of this investigation with anyone other than your chain of command or your indentified representative.

[X] I have read and understand the Department of Correction's employee Handbook regarding Administrative Investigations.

[X] I understand that this is an official Administrative Investigation being conducted by Investigators of ADC.

[X] I acknowledge that the Investigator has identified him/herself to my satisfaction.

[X] I acknowledge that I can provide in writing, to the Investigator any names of witnesses who have or might have information relevant to this investigation.

[X] I acknowledge that all of my questions, where appropriate, have been answered.

[X] I acknowledge, as a principal, I may have an observer present during the interview.

[X] I acknowledge that I have not been threatened or coerced, nor have any promises have been made to me by the Investigator.

[X] I understand that statements I make during this investigation (interview) are subject to verification by polygraph.

[X] I acknowledge reading and understanding the contents of this document.

[X] I have received a signed copy of this document.

| Interviewee's Signature | Date:<br>12/4/11 |
|---|---|
| Investigator's Signature | Date:<br>16 DEC 2011 |

| | |
|---|---|
| **From:** | Redacted M. Barragan, AIU |
| **To:** | Redacted Allred , FHA |
| **Date:** | December 16, 2011 |
| **Subject:** | **Inmate Death: Inmate Phillip L. Hamlin # 118825** |

FHA Kinton

The Administrative Investigations Unit is conducting an investigation into the death of **I/M Phillip L. Hamlin # 118825,** occurring on December 04, 2011, at ASPC-Lewis .

In accordance with Department policy, I respectfully request a review of this inmate's medical records be conducted by either the FHA or the Supervising CRN, to obtain the following data, which will then be included as part of the administrative investigation report. Please email the information back to me at your convenience:

> ➢ **Date the medical record review was conducted / Name & title of reviewer.**
12/05/2011 – Terry L. Allred, FHA II

> ➢ **Number of medical record volumes on file for this inmate.**
5 Volumes
> ➢ **Date the initial Mortality Review Report was started.**
12/05/2011
> ➢ **Initial assessment as to cause of death.**
Currently unknown.
> ➢ **Has the Mortality Review Committee been Scheduled / Date convened**
It will be scheduled upon receipt of autopsy.
> ➢ **When was the inmate first diagnosed with the condition (s) which attributed to his/her death?**
ed: Medical F
> ➢ **Inmate Health Score and Mental Health Score**
cted: Medical Re
> ➢ **Was the inmate meds "Watch-swallow" and/or "Kept on person?"**
: Medica
> ➢ **If suicide, were there any prior attempts, if so, please provide number of times, dates of attempt and method.**
Redacted: Medical Records
> ➢ **Recent history of HNR's?**
Redacted: Medical Records

Thank you for your assistance in this matter.

Redacted M. Barragan, AIU
Administrative Investigations Unit
(602) 771-2100, Ex 345
Fax (602) 542-3170

ADC024877

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Inmate Fatality**-fact finding, record review

<u>Reporting date</u>: 12/05/2011
Inmate: **HAMLIN, Phillip**
ADC #**118825**
DOB: Redacted
Ethnicity: **Caucasian**
Classification: Closed PS 4, Redacted
Unit of Assignment: **ASPC-Lewis-Rast (L-11 placement)**
**SIR#2011-14290**

Case History:
An ICS was called on 12-04-2011 at approximately 0743 hours in the L11 area of the
complex health unit, when officers while feeding the morning meal discovered Inmate
Hamlin to be "unresponsive" in his cell. Officers then initiated ICS. Nurses were
advised and initiated CPR at approximately 0744; with RN Nettles, RN Brockman, RN
Stephen, LPN Parta and CNA Rost responding. CPR continued until approximately 0810
hours when Buckeye Valley Paramedics arrived on site and took over CPR. Dr. Chopere
from West Valley Hospital was contacted by paramedics and inmate was pronounced at
0818 hours.

Problem List:



Medical

Redacted: Medical Records

Mental Health

Redacted: Medical Records

HNR's:

Redacted: Medical Records

Clinical Encounters:

Redacted: Medical Records

Medications:



MH History:

Inmate Letters:
  None..
Grievances:
  None.

Confidential Information - Subject to Protective Order104

Exhibit 4

5/7/2012                         **ARIZONA DEPARTMENT OF CORRECTIONS**
                                    **CRIMINAL INVESTIGATIONS**
**Case No:**   2012020062           **CRIMINAL INVESTIGATIVE REPORT**

---

| | | | | |
|---|---|---|---|---|
| **Type:** | Other | **Status:** Closed | **Date Entered:** | 3/4/2012 |
| **Investigator:** | Bourland, Daniel | | **Date Of Incident:** | 3/4/2012 |
| **Old Investigator:** | | | **Date Initiated:** | 3/4/2012 |
| **Reviewed By:** | Supervisor | | **Date Case Due:** | 4/3/2012 |
| | | | **Date Closed:** | 5/7/2012 |
| **Complex:** | A00 APSC-FLORENCE | | | |
| **Location:** | A01 F/CENTRAL UNIT | | | |
| **Ref Number:** | SIR 12-2729 | | | |

| Allegations | |
|---|---|
| **Allegations (UCR)** | **Description (SUB)** |
| 40 - Death | (40) 06 - Suicide |

**Synopsis:**

On March 4, 2012 at approximately 2231 hours, at ASPC-F Central Unit, CB7 cell G-3, inmate Otto Munster #266474, was found hanging in his cell by COII J. Morgan. Responding Officers were unable to enter Munster's cell due to a malfunctioning door. A tool kit had to be acquired and a panel removed before the door could be manually opened. Staff estimated there was approximately a fifteen minute delay before the ligature could be removed from Munster's neck. Once accessed, Munster was found with no pulse or respirations. CPR was initiated and he was taken to the Health Unit. Southwest Ambulance was notified and responded. On their arrival at approximately 2255 hours, paramedics assumed care of inmate Munster. They contacted Dr. Scala of Gilbert Hospital, who pronounced death at 2301 hours.

Inmate Otto Munster #266474 was committed to DOC on 09/30/2011 for Armed Robbery, receiving a five year sentence. He was housed at ASPC-Florence, Central Unit, in a single cell, CB-7, G run, cell #3, since 01/30/2012. Prior to that, he was housed in CB-6 from 11/28/2011 through 01/30/2012. At the time of the incident he was under an 805 review and was under mental health care. His score was a 3S.

Munster had been prescribed four different kinds of medication which were all "watch swallow";

Sertraline 50 mg

Benztropine 1mg

Risperidone 1mg

Diphenhydramine 25 mg

Multiple medication envelopes were found in Munster's cell along with three capsules and four tablets of medication that he had not taken.

A copy of the Medication Administration Record (MAR) was obtained from the Health Unit. This record for inmate Munster is dated for the period between March 1 and March 4. The record indicated Munster had received his medications in the AM and PM on March 1, 2 and 3, but only the AM dose on March 4. The PM dose is circled indicated the inmate refused his medication.

Munster had multiple superficial lacerations across his right forearm and wrist, and one superficial laceration on his left forearm. No cutting instrument was found in his cell. While examining the body in the Central Unit Health Unit, a twisted piece of cellophane was visible extending from Munster's anus. The cellophane was photographed and left in place.

Page 1 of 3

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                         ADC193394

An external autopsy was conducted by Dr. Hu at Pinal County Medical Examiners Office on 3-08-12 1430 hrs.  At the onset of the examination, the clothing of was removed.  As the boxer shorts were taken off, the cellophane previously observed extending from Munster's anus fell out onto the gurney.  The twisted cellophane was again photographed, then unwrapped to reveal a thin piece of metal 1/4 inch by 3/4 inch.  This is possibly the tool Munster used to inflict the superficial cuts on his arms.  The wounds to the arms as well as the ligature marks were also photographed.

   No other trauma was noted during the autopsy. Dr. Hu viewed the ICS video which briefly shows Munster hanging in his cell, and the removal of the ligature by the nurse. The preliminary findings by Dr. Hu were that the manner of death was suicide.

On 3-13-12 while reviewing Munsters medical file at the Facilities Health Administrators Office at ASPC-F, It ws noticed that the Medication Administration Record (MAR) for the dates of March 1,2,3,&4 had been altered.  When compared to the copy I received on 3-04-12 which showed only the afternoon dose on 3-4-12 had been refused.  The original form in the file now showed all doses for those dates as refused.

On 3-14-12 interviews were conducted with Nurses Cassie Shaw and Tracey Tolentino.  These Nurses were two of three who dispensed medications to inmates at ASPC-F Central Unit.  Nurse Shaw admitted she and other Nurses did not adhere to the "watch-swallow" mandate because it took them too long to complete their medication rounds.  She said she would slide the medication packet under the cell door of those inmates.  She also stated she was the Nurse responsible for dispensing medication on the afternoon of 3-04-12.  She said she marked inmate Munster as refusing his medication, when in fact she made no attempt to deliver meds to him.  She said she had been told a cell search had been done on Munster,and he was found to be hoarding his medication.  Because of this she decided to not deliver any additional medications to him.

Nurse Tolentino was shown a copy of the MAR (altered) taken from the medical file on 3-13-12.  She was asked if the initial for 3-04-12 0900 hours was hers.  She said it was, and the circle around her initials indicated inmate Munster had refused his medication.  She then recalled how she gave the medications to Munster who indicated he would not take them.  She retrieved the medications and returned them to the Health Unit where she disposed of them by placing them into a bio hazard bag.
I asked her when she initialed and circled those initials.  She said she would initial the form when she drew the medication for the inmate, and would circle it after completing her medication rounds.  She said she would always make sure her entries were done daily.   I then showed her the copy of the same MAR that I obtained on 3-04-12 which showed her initials for 3-04-12 0900 not circled.  I asked her to explain.  Tolentino stated "Oh my, I wonder how that happened".  Tolentino denied altering the form after the death of inmate Munster.

On 3-14-12 It was determined through FHA Krisen Sears, the medical file for Munster was received by her at 1000 hours on 3-05-12.   Of the three Nurses who administered medications to inmates at this unit, Tolentino was the only one who would have had access to the file between the time I obtained a copy of the MAR (3-04-12 2350), and the time the file with the altered form was received by Sears.

3-16-2012, IR written by nurse Dustin Shamblin on 3-15-2012 states he observed Tolentino in possession of Munsters medical file on morning of 3-05-12.  He saw MAR had been chang
**Comments:**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                                    ADC193395

Inmate: Otto Munster #266474
Native American
DOB: 9-18-1971
5'7" 110 lbs
Black hair, brown eyes
Custody Level: max 5
PS Status /History: None
SBD: 3-19-2011
ERD: 9-02-2015
Serving 5 years for Armed Robbery
Mental Health Score: 3S
Psych. Meds: Risperidone 1 mg
        Benzotropine 2 mg
        Sertraline 50 mg
        Diphenhydramine 25 mg


3-21-2012, Nurses Sarah Wright and Dustin Shamblin were interviewed.  Further interviews to be
conducted.

4/3/12 PIO requested a complete file copy when case is closed...jls

4-17-2012, ME report 12-152 received.  Dr. Hu lists cause of death as asphyxia due to hanging and
manner of death as suicide.   drb
Case complete and closed founded.  Copy of this report to be forwarded to NM for his review. ak
05/07/2012

### Individuals

| Code | Last | First | Position | SSN | Inmate ID | Gender | Race |
|------|------|-------|----------|-----|-----------|--------|------|
| V | MUNSTER | OTTO | INMATE (Active) | ███ | 266474 | M | Hispanic |
| SB | WRIGHT | SARAH | NURSE | | | F | |
| W | SHAMBLIN | DUSTIN | NURSE | | | M | |
| S | TOLENTINO | TRACY | NURSE | | | F | |
| W | LUEDKE | SHEA | NURSE | | | M | |
| W | HUMAN | CAROL | NURSE | | | F | |
| W | NEWMAN | NICOLE | OTHER | | | F | |
| W | SEARS | KRISTAN | OTHER | | | F | |
| W | ARROYO | PATRICIA | NURSE | | | F | |
| W | MORGAN | JUSTIN | COII | | | M | |
| W | LOGUE | JAMES | COII | | | M | |
| W | FAIELLA | VINCENT | COII | | | M | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193396

5/3/2012

**ARIZONA DEPARTMENT OF CORRECTIONS
CRIMINAL INVESTIGATIONS
CRIMINAL INVESTIGATIVE REPORT**

**Case No:**   2012020062

| | | | |
|---|---|---|---|
| **Type:** | Other | **Status:** Open | **Date Entered:** 3/4/2012 |
| **Investigator:** | Bourland, Daniel | | **Date Of Incident:** 3/4/2012 |
| **Old Investigator:** | | | **Date Initiated:** 3/4/2012 |
| **Reviewed By:** | | | **Date Case Due:** 4/3/2012 |
| | | | **Date Closed:** |

| | |
|---|---|
| **Complex:** | A00 APSC-FLORENCE |
| **Location:** | A01 F/CENTRAL UNIT |
| **Ref Number:** | SIR 12-2729 |

| Allegations | |
|---|---|
| **Allegations (UCR)** | **Description (SUB)** |
| 40 - Death | (40) 06 - Suicide |

**Synopsis:**

On March 4, 2012 at approximately 2231 hours, at ASPC-F Central Unit, CB7 cell G-3, inmate Otto Munster #266474, was found hanging in his cell by COII J. Morgan. Responding Officers were unable to enter Munster's cell due to a malfunctioning door. A tool kit had to be acquired and a panel removed before the door could be manually opened. Staff estimated there was approximately a fifteen minute delay before the ligature could be removed from Munster's neck. Once accessed, Munster was found with no pulse or respirations. CPR was initiated and he was taken to the Health Unit. Southwest Ambulance was notified and responded. On their arrival at approximately 2255 hours, paramedics assumed care of inmate Munster. They contacted Dr. Scala of Gilbert Hospital, who pronounced death at 2301 hours.

Inmate Otto Munster #266474 was committed to DOC on 09/30/2011 for Armed Robbery, receiving a five year sentence. He was housed at ASPC-Florence, Central Unit, in a single cell, CB-7, G run, cell #3, since 01/30/2012. Prior to that, he was housed in CB-6 from 11/28/2011 through 01/30/2012. At the time of the incident he was under an 805 review and was under mental health care. His score was a 3S.

Munster had been prescribed four different kinds of medication which were all "watch swallow";

Sertraline 50 mg

Benztropine 1mg

Risperidone 1mg

Diphenhydramine 25 mg


Multiple medication envelopes were found in Munster's cell along with three capsules and four tablets of medication that he had not taken.

A copy of the Medication Administration Record (MAR) was obtained from the Health Unit. This record for inmate Munster is dated for the period between March 1 and March 4. The record indicated Munster had received his medications in the AM and PM on March 1, 2 and 3, but only the AM dose on March 4. The PM dose is circled indicated the inmate refused his medication.

Munster had multiple superficial lacerations across his right forearm and wrist, and one superficial laceration on his left forearm. No cutting instrument was found in his cell. While examining the body in the Central Unit Health Unit, a twisted piece of cellophane was visible extending from Munster's anus. The cellophane was photographed and left in place.

Page 1 of 3

ADC193397

An external autopsy was conducted by Dr. Hu at Pinal County Medical Examiners Office on 3-08-12 1430 hrs. At the onset of the examination, the clothing of was removed. As the boxer shorts were taken off, the cellophane previously observed extending from Munster's anus fell out onto the gurney. The twisted cellophane was again photographed, then unwrapped to reveal a thin piece of metal 1/4 inch by 3/4 inch. This is possibly the tool Munster used to inflict the superficial cuts on his arms. The wounds to the arms as well as the ligature marks were also photographed.

No other trauma was noted during the autopsy. Dr. Hu viewed the ICS video which briefly shows Munster hanging in his cell, and the removal of the ligature by the nurse. The preliminary findings by Dr. Hu were that the manner of death was suicide.

On 3-13-12 while reviewing Munsters medical file at the Facilities Health Administrators Office at ASPC-F, It ws noticed that the Medication Administration Record (MAR) for the dates of March 1,2,3,&4 had been altered. When compared to the copy I received on 3-04-12 which showed only the afternoon dose on 3-4-12 had been refused. The original form in the file now showed all doses for those dates as refused.

On 3-14-12 interviews were conducted with Nurses Cassie Shaw and Tracey Tolentino. These Nurses were two of three who dispensed medications to inmates at ASPC-F Central Unit. Nurse Shaw admitted she and other Nurses did not adhere to the "watch-swallow" mandate because it took them too long to complete their medication rounds. She said she would slide the medication packet under the cell door of those inmates. She also stated she was the Nurse responsible for dispensing medication on the afternoon of 3-04-12. She said she marked inmate Munster as refusing his medication, when in fact she made no attempt to deliver meds to him. She said she had been told a cell search had been done on Munster,and he was found to be hoarding his medication. Because of this she decided to not deliver any additional medications to him.

Nurse Tolentino was shown a copy of the MAR (altered) taken from the medical file on 3-13-12. She was asked if the initial for 3-04-12 0900 hours was hers. She said it was, and the circle around her initials indicated inmate Munster had refused his medication. She then recalled how she gave the medications to Munster who indicated he would not take them. She retrieved the medications and returned them to the Health Unit where she disposed of them by placing them into a bio hazard bag.
I asked her when she initialed and circled those initials. She said she would initial the form when she drew the medication for the inmate, and would circle it after completing her medication rounds. She said she would always make sure her entries were done daily. I then showed her the copy of the same MAR that I obtained on 3-04-12 which showed her initials for 3-04-12 0900 not circled. I asked her to explain. Tolentino stated "Oh my, I wonder how that happened". Tolentino denied altering the form after the death of inmate Munster.

On 3-14-12 It was determined through FHA Krisen Sears, the medical file for Munster was received by her at 1000 hours on 3-05-12. Of the three Nurses who administered medications to inmates at this unit, Tolentino was the only one who would have had access to the file between the time I obtained a copy of the MAR (3-04-12 2350), and the time the file with the altered form was received by Sears.

3-16-2012, IR written by nurse Dustin Shamblin on 3-15-2012 states he observed Tolentino in possession of Munsters medical file on morning of 3-05-12. He saw MAR had been chang

**Comments:**

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193398

Inmate: Otto Munster #266474
Native American
DOB: 9-18-1971
5'7" 110 lbs
Black hair, brown eyes
Custody Level: max 5
PS Status /History: None
SBD: 3-19-2011
ERD: 9-02-2015
Serving 5 years for Armed Robbery
Mental Health Score: 3S
Psych. Meds: Risperidone 1 mg
            Benzotropine 2 mg
            Sertraline 50 mg
            Diphenhydramine 25 mg


3-21-2012, Nurses Sarah Wright and Dustin Shamblin were interviewed.  Further interviews to be conducted.

4/3/12 PIO requested a complete file copy when case is closed...jls

4-17-2012, ME report 12-152 received.  Dr. Hu lists cause of death as asphyxia due to hanging and manner of death as suicide.  drb

**Individuals**

| Code | Last | First | Position | SSN | Inmate ID | Gender | Race |
|------|------|-------|----------|-----|-----------|--------|------|
| V | MUNSTER | OTTO | INMATE (Active) | ███████ | 266474 | M | Hispanic |
| SB | WRIGHT | SARAH | NURSE | | | F | |
| W | SHAMBLIN | DUSTIN | NURSE | | | M | |
| S | TOLENTINO | TRACY | NURSE | | | F | |
| W | LUEDKE | SHEA | NURSE | | | M | |
| W | HUMAN | CAROL | NURSE | | | F | |
| W | NEWMAN | NICOLE | OTHER | | | F | |
| W | SEARS | KRISTAN | OTHER | | | F | |
| W | ARROYO | PATRICIA | NURSE | | | F | |
| W | MORGAN | JUSTIN | COII | | | M | |
| W | LOGUE | JAMES | COII | | | M | |
| W | FAIELLA | VINCENT | COII | | | M | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                                    ADC193399



## ARIZONA DEPARTMENT OF CORRECTIONS
### OFFICE OF THE INSPECTOR GENERAL
#### INVESTIGATIONS REPORT

| TYPE: | DR. NO.: |
|---|---|
| **Suicide** | **2012-020062** |

**Location of Offense:**

ASPC-F Central Unit, Cellblock 7, cell G 3

**Date/Time of Occurrence:**

3-04-2012 2231 hours

**Reporting Officer:**

Special Investigator D. R. Bourland
Florence / Eyman CIU
(520) 868-4011 extension 5064

**Subject:**

Otto Munster #266474
Race: Hispanic
DOB: 9/18/1971
ERD: 8/25/2015 Armed Robbery 5 years
STG: None
Mental Health: 3S

COII Justin Morgan #9922

COII Christopher Flores

COII Michael Collins #9899

COII Vincent Fieala #9831

Deputy Warden Greg Fizer

CRN Justin Shamblin

LPN Sarah Wright

CRN Tracey Tolentino

| INVESTIGATOR NAME: | SERIAL NO. | UNIT: | PAGE 1 |
|---|---|---|---|
| **D. R. Bourland** | **#485** | **Florence/Eyman CIU** | |





## ARIZONA DEPARTMENT OF CORRECTIONS
### OFFICE OF THE INSPECTOR GENERAL
INVESTIGATIONS REPORT

| TYPE: | DR. NO.: |
|---|---|
| **Suicide** | **2012-020062** |

CRN Cassie Shaw

CRN Shea Luedke

Psych Nurse Carolyn Human

Psych Assoc. Nicole Newman

FHA ASII Kristen Sears

**Summary:**

On 3-04-2-12 at 2231 hours, at ASPC-F Central Unit, cellblock #7, COII Justin Morgan was conducting the first security check of his shift.  When he arrived at cell G-3 solely occupied by inmate Otto Munster, he got no response from inmate Munster.  Morgan looked into the cell and saw Munster who appeared to be kneeling on the foot of his bed.  To obtain a better view, Morgan shined his flashlight into the cell and saw Munster was hanging by his neck.  Morgan activated ICS and assistance arrived within a minute.  Upon the arrival of COII's Christopher Flores and Michael Collins, COII Morgan directed the Control Room Officer to open cell G-3, however the door would not open.  Officers attempted to push, pull and kick the door open with no success.  Other staff responded with a tool kit and two inmates who removed a panel to access the locking mechanism for the door.  The door was then opened and entry gained.

Staff including COII Morgan and LPN Justin Shamblin entered the cell. The cord from which Munster was hanging was cut and he was laid on his back onto the cells bunk.  A handwritten note attached to a torn piece of bed sheet was found hanging loosely around the inmate's neck. LPN Shamblin then removed the ligature from around the inmate's neck.  He then secured Munster to a backboard before removing him from the cell.  CPR was initiated and Munster was removed from his cell and taken to the Health Unit.  CPR continued until the arrival of Southwest Ambulance paramedics at 2255 hours.  Paramedics attached an EKG which showed asystole, or lack of cardiac electrical activity.  Paramedics then contacted Doctor Susan Scarla at Gilbert Hospital to report this information.  Dr. Scala pronounced death of inmate Munster at 2301 hours 3-04-12.

The note found hanging from the inmates neck read as follows:
    G&R
    Guns
    &

| INVESTIGATOR NAME: | SERIAL NO. | UNIT: | PAGE 2 |
|---|---|---|---|
| **D. R. Bourland** | **#485** | **Florence/Eyman CIU** | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER




# ARIZONA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### INVESTIGATIONS REPORT

| TYPE: | DR. NO.: |
|-------|----------|
| **Suicide** | **2012-020062** |

Roses
Slash
14 Constitution
Inmate
Bafa Munster
266474
Self Defence
Was my situation
In my rocker mafia
Is celbraties.

A review of inmate Munster's medical file on 3-13-12 revealed that a "Medication Administration Record" (MAR) dated for March 1, 2, 3 & 4, had been altered between the time I received a copy on 3-04-12 2350 hours, and the time it was received at the Facilities Health Administrators Office on 3-05-12 1000 hours.   The record had been altered to show inmate Munster had refused all medications on those dates.

**Investigation:**

Upon my arrival at ASPC-F Central Unit at 0030 hours, I found inmate Munster on a gurney covered by a white sheet, in the Health Unit. Upon removal of this sheet, I saw Munster was dressed only in two pair of white boxer shorts and socks.   I saw a thin linear bruise around his neck beginning on the right side, extending across the front of the neck to the left rear side of his neck.    I also saw several superficial linear lacerations across his right forearm, and one superficial linear laceration on his left forearm.

Photographs were taken of Munster as I found him in the Health Unit.   Overall photos of his body were taken with closer images of the wound to his neck and forearms taken as well.   His boxer shorts were lowered and he was rolled to his right side for an inspection of his back.   Lividity was visible across the back   Also observed was what appeared to be twisted clear cellophane protruding from his anus.   Photographs of these areas were also taken.

I next met with LPN Justin Shamblin and CRN Sarah Wright.   Shamblin stated he was present at CB-7 G3 when Officers made entry into the cell.   Inmate Munster was at the foot of his bed hanging from a shoestring attached to a vent cover.   Officers cut the string and Munster was lowered to the bunk.   At this time, Munster had no pulse or respirations and CPR was initiated.   He was then secured to a gurney and taken to the Health Unit.   At 2255 hours, paramedics from Southwest Ambulance arrived at the Health Unit.   CPR was discontinued as paramedics placed

| INVESTIGATOR NAME: | SERIAL NO. | UNIT: | PAGE |
|---------------------|------------|-------|------|
| **D. R. Bourland** | **#485** | **Florence/Eyman CIU** | 3 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193402



# ARIZONA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### INVESTIGATIONS REPORT



| TYPE: | DR. NO.: |
|---|---|
| **Suicide** | **2012-020062** |

Munster on an EKG.  The EKG showed Asystole or no cardiac electrical activity.  Paramedics then contacted Dr. Susan Scala at Gilbert Hospital.  Dr. Scala pronounced Munster deceased at 2301 hours.

CRN Wright provided me with medical information along with a list of medications taken by inmate Munster.  The only listed medical condition for Munster was wasting syndrome.  The medications he had been prescribed were psychiatric related medications.  Those medications are as follows:

Sertraline 50 mg HCL, on tablet taken twice daily
Benztropine 1mg, one tablet taken twice daily
Risperidone 1 mg, one tablet taken twice daily
Diphenhydramine HCL 25 mg, one tablet taken twice daily

All medications are listed as "Watch Swallow".

The medication administration record for inmate Munster for the period between 02-17-2012 and 8-14-2012 has entries for the dates from 3-01 through 3-04-2012.  When prescriptions are administered, the nurse initials the appropriate date and time block.  When an inmate refuses his medications, the nurse initials the appropriate date / time block and circles his or her initials.  By this standard, the record reflects that inmate Munster refused his medications at 1900 hours on 3-04-2012.

There was no next of kin listed in ADC records for inmate Munster.  A review of his visitation file showed he had no visitors while incarcerated.

The Pinal County Medical Examiners Office was contacted at 0020 hours.  Transportation of the deceased was coordinated through J. Warren Funeral Home in Casa Grande.  Darwin Chandler of J. Warren arrived at 0125 hours.  I assisted Chandler in placing Munster into a white body bag.  I completed an evidence tag, and along with red seal #60177, sealed the body bag.  The remains were then turned over to Mr. Chandler.

On 3-05-2012 at approximately 0150 hours, I went to CB-7 cell G-3.  I photographed the cell in the condition found.  I found two shoestrings tied together, and tied firmly to a vent in the wall above the foot of the bunk.  This was cut loose at the knot attaching it to the vent and secured as evidence.  A strip of cloth approximately three feet in length, which appeared to be a torn bed sheet, was found on the foot of the bed.  The two ends had been tied in a knot, which would have formed a loop with a circumference of approximately 26 inches.  The loop had been cut 17 ½

| INVESTIGATOR NAME: | SERIAL NO. | UNIT: | PAGE 4 |
|---|---|---|---|
| **D. R. Bourland** | **#485** | **Florence/Eyman CIU** | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                              ADC193403



# ARIZONA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### INVESTIGATIONS REPORT



| TYPE:<br>**Suicide** | DR. NO.:<br>**2012-020062** |
|---|---|

inches from the knot. The purpose of this piece of material had not been identified. It was taken as evidence as well. A small blood smear was found on the sheet covering the bunk. This was photographed. A search of the cell was made for any suicide note or cutting instrument possibly used to inflict the superficial cuts on the inmate's arms. No note or cutting instrument was located.

On 3-05-2012 at 0210 hours, I interviewed COII Justin Morgan. Morgan said he was assigned as Floor Officer for CB-7 on the midnight shift on 3-04 through 3-05-2012. After briefing, he arrived at CB-7 at approximately 2155 hours. He immediately began a security check of all inmates. The cells on the G run were the last cells he checked at this time. When he arrived at cell G-3, the inmate assigned there, inmate Munster, would not respond to him. He looked into the window and saw Munster, who appeared to be kneeling on the foot of his bunk. He called out to Munster who would not respond to him. Morgan then opened the food trap and shined a flashlight into the cell. At this time, he saw Munster was hanging by his neck from strings attached to a vent. Morgan activated ICS over his radio. He approximated two additional Officers arrived within a minute. He identified those Offices as Collins and Flores. Upon the arrival of the two additional Officers, Morgan instructed the Control Room Officer to open cell G-3. The Control Room Officer attempted to activate the door, but the door would not open. Morgan, Collins, and Flores then attempted to open the door by pushing and kicking it, but were unable to get the door to open. A toolbox was then acquired, and a panel concealing the doors locking mechanism was accessed. The door was then manually opened. By the time the door was opened, additional personnel were on scene to include Lt. McDonald, CRN Shamblin, and COII Fisse. Morgan said as soon as the door opened him and others rushed into the cell. He grabbed Munster around the waist and lifted him taking tension off the string by which he was hanging. The string was cut and he assisted in laying Munster onto his bunk. He saw CRN Shambling loosen the ligature that remained around Munster's neck and cut it with scissors. Munster had no pulse or respirations and Morgan began doing chest compressions. Morgan then assisted in extricating Munster from the cell and transporting him to the Health Unit.

I was informed by Deputy Warden Fizer inmate Munster had a note attached to a piece of torn bed sheet hanging around his neck at the time he was located by COII Morgan. DW Fizer had this note in an evidence bag in his office. This item was recovered from DW Fizer at 0240 hours. The note was examined and read as follows:
   The note found hanging from the inmates neck read as follows:
   G&R
   Guns
   &
   Roses

| INVESTIGATOR NAME: | SERIAL NO. | UNIT: | PAGE<br>5 |
|---|---|---|---|
| **D. R. Bourland** | **#485** | **Florence/Eyman CIU** | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193404



# ARIZONA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### INVESTIGATIONS REPORT



| TYPE:<br>**Suicide** | DR. NO.:<br>**2012-020062** |
|---|---|

    Slash
14 Constitution
    Inmate
  Bafa Munster
      266474
Self Defence
Was my situation
In my rocker mafia
Is celbraties

The note was found hanging loosely around inmate Munster's neck by a strip of bed sheet.

On 3-06-08 at 1000 hours, I returned to ASPC-F Central Unit, cellblock 7, cell G-3 and took additional photographs showing the location of the vent relative to the bunk. I then obtained copies of the ICS video taken on 3-04-2012. The video begins with COII's Morgan, Flores and Collins attempting to open the door of cell G-3. It shows the arrival of additional personnel and of two inmates with tools. The mechanism panel is removed and the door opened manually. Staff enters the cell and cut Munster loose from the string suspending him. The elapsed time from the beginning of the video to when Munster is cut loose is 3 minutes and 20 seconds. COII Morgan estimated approximately 15 minutes elapsed between the activation of ICS and the arrival of the staff with the toolbox.

On 3-06-12 at 1412 hours, CIU Investigator D. Burkley provided me with an evidence bag containing a shoestring, which had been tied at one end forming a loop. The loop had been cut away from the knotted end. The knot held several segments of black hair consistent with the head hair of inmate Munster. This item was originally collected by COII Collins on 3-04-12 from inmate Munster and was identified as being taken from around the neck of the inmate. This item had been placed into an evidence bag and placed into the Central Unit evidence locker for retrieval by CIU. This item was photographed and maintained as evidence.

On 3-08-2012 at 1430 hours, an external forensic examination of Otto Munster was conducted by Dr. Hu of the Pinal County Medical Examiners Office. The seals on the body bag were photographed prior to being broken. The body was removed from the bag and photographed again. Overall photos were taken of the body, and closer images were taken of the lacerations to the right and left arms. Closer photographs were also taken of the ligature mark around the neck of Munster. Munster was wearing two pairs of white boxer shorts and socks. The socks were removed, and the outer pair of shorts was cut off using scissors. The remaining boxers were pulled down and off the body. When the second boxers were removed, the cellophane, which

| INVESTIGATOR NAME:<br>**D. R. Bourland** | SERIAL NO.<br>**#485** | UNIT:<br>**Florence/Eyman CIU** | PAGE<br>6 |
|---|---|---|---|

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER



# ARIZONA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### INVESTIGATIONS REPORT



| TYPE: | DR. NO.: |
|-------|----------|
| **Suicide** | **2012-020062** |

was observed extending from Munster's anus on 3-05-12, fell loose onto the gurney. This was photographed, and opened. It was found to contain a small segment of rusted metal measuring ¼ inch wide by ¾ inch long. No blood was visible on the metal however, it is suspected to be the implement used by Munster to cause the lacerations on his arms.

The shoestrings, segments of torn sheet, the note found hanging around Munster's neck, and the shoestring cut from Munster's neck were all provided to Dr. Hu for measurement and examination. The ICS video showing the Officers initial entry into Munster's cell was also viewed by Dr. Hu.

On 3-13-2012 at approximately 1000 hours, I went to the Facilities Health Administrators Office at ASPC-F and met with ASII Kristen Sears. I reviewed the medical file on inmate Munster at this time. While reviewing the Medication Administration Form or MAR for March 1, 2, 3 &4, I noticed it had been changed since I received a copy on 3-04-12 at 2350 hours. The document in the file now indicated inmate Munster had refused his medications for those dates. This refusal is indicated by the initials of the Nurse who was delivering medications to inmates in the cellblocks on those dates being circled. A copy of this document was obtained on 3-04-12 at 2350 hours. It was copied from the original form contained in the medical file for these dates. That copy showed only one dose of medication refused on 3-04-12 at 1900 hours. This was initialed and circled by Nurse Cassie Shaw. The other nurses who are responsible for dispensing medication to inmates and who initialed this form were identified as Tracey Tolentino and Shea Luedke.

On 3-13-2012 at 1325 hours, I interviewed Nurse Cassie Shaw at the FHA office. Shaw said she was working on 3-04-12 and was responsible for dispensing medications to inmates in cellblock #7. She admitted and other nurses did not adhere to the "Watch Swallow" orders because it took too long. She said they could not complete their medication rounds if they stopped to ensure each inmate with a watch swallow order actually took his medication. She also said on previous dates she would deliver Munster his medication by passing them through the cell door to him. Shaw said on 3-04-12 for the evening dose for inmate Munster, she did not attempt to take him his medication. She explained how she had been informed earlier that Officers had searched Munster's cell and recovered medication he had been hoarding. Shaw admitted she initialed Munster's MAR for 3-04-12 1900 hours and circled those initials to indicate the inmate had refused the medication. Shaw denied circling the initials of other nurses on this MAR.

ON 3-13-2012 at approximately 1340 hours, I interviewed Nurse Tracey Tolentino at the FHA office. Tolentino was shown a copy of the MAR taken from the medical file of inmate Munster on this date. She identified her initials for the AM dose on 3-04-12. She said she circled her

| INVESTIGATOR NAME: | SERIAL NO. | UNIT: | PAGE |
|--------------------|-----------|-------|------|
| **D. R. Bourland** | **#485** | **Florence/Eyman CIU** | 7 |



# ARIZONA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### INVESTIGATIONS REPORT



| TYPE: | DR. NO.: |
|---|---|
| **Suicide** | **2012-020062** |

initials as an indication the inmate had refused his medications at that time. She denied placing circles around the initials of the other nurses on this form. Tolentino said she would initial the form when she prepared the medication for delivery to the inmate, and would circle those initials at the completion of her rounds. She said she was consistent in ensuring this record was kept up to date daily. She denied the possibility she had forgotten to make an entry and corrected it later. She said she returned Munster's medication to the Health Unit, where she disposed of them by throwing them into a biohazard bag. I then showed Tolentino a copy of the MAR for Munster obtained from his medical file on 3-04-12. Tolentino stated, "Oh my, I wonder how that happened". Tolentino was asked if she had circled the initials on this form on the morning of 3-05-12 and she denied doing so. Tolentino also said the nurses do not adhere to the watch swallow orders because it takes them too long to complete their rounds, as they are understaffed, and get little assistance from the Officers.

On 3-14-2012 at 1510 hours, I interviewed Psychiatric Associate Nicole Newman at Central Unit. Newman stated on 3-05-2012 at about 0700 hours when she arrived for work, she was informed by Psychiatric Nurse Carol Human about the death of inmate Munster. Newman was concerned and met Human at the Health Unit. Together Human and Newman reviewed the medication record (MAR) for Munster. Newman said they were shocked to see eight consecutive days of medication refusals noted on the MAR. Newman said the nurses are supposed to inform mental health if an inmate has not taken his psych. meds after three days. As she and Human discussed this problem, Nurse Tolentino was in the same room. Tolentino told them that Munster had refused his medications, and the nurses did not attempt to give him meds on 3-04-2012 because Officers had discovered he had been hoarding his medication.

On 3-14-2012 at 1600 hours, I interviewed COII James Logue #10171. Logue said he was assigned to CB 7 as Floor Officer for the Swing Shift on 3-04-2012. During his last security check of the inmates in that cellblock at approximately 2130 hours, he had a conversation with inmate Munster. He said Munster called him to his cell front and asked, "What is the name of this vein" and pointed to his right wrist. Logue told him he did not know and continued on his security check. Munster did not make any comments about suicide or harming himself. Logue said he dismissed the question because Munster had a history of asking odd questions.

On 3-15-2012 at 1010 hours, I interviewed Nurse Shea Luedke at the Central Unit Health Unit. Luedke said he works on Thursday through Saturday, and was off duty on 3-04-2012. On the days he worked March 1 through the 3rd, he distributed medications to inmates in the cellblocks. He delivered medications to inmate Munster who did not refuse. He acknowledged the watch swallow orders were not adhered too. He initialed the MAR for Munster to indicate the medications were delivered to the inmate. I showed Luedke a copy of the MAR for Munster that

| INVESTIGATOR NAME: | SERIAL NO. | UNIT: | PAGE |
|---|---|---|---|
| **D. R. Bourland** | **#485** | **Florence/Eyman CIU** | 8 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER   ADC193407



# ARIZONA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### INVESTIGATIONS REPORT



| TYPE:<br>**Suicide** | DR. NO.:<br>**2012-020062** |
| --- | --- |

was obtained from the inmate's medical file on 3-13-2012.  Luedke said he was not the person who circled his initials on this form for the dates of March 1 through the 3rd.  Luedke also said the nurses normally inform each other when an inmate has refused medications.  Either this information is passed along verbally, or a note placed onto the MAR in the medical file.  Luedke said he had not received any prior information regarding inmate Munster refusing medications.  I also showed Luedke the MAR for Munster for February 2012.  This form indicated that Nurse Tolentino had logged Munster as refusing medications for the last four days of that month.  Luedke said these initials were not circled the last time he made entries on the form.

On 3-15-2012 at 1030 hours, I interviewed Psychiatric Nurse Carol Human.  Human said on 3-05-2012 at 0700 hours, when she arrived for work, she learned of the death of inmate Munster.  She contacted Nicole Newman and informed her of this.  Newman met her at the Health Unit to review Munster's medical file.  When Human went to get the medical file, she found it was not where it should be.  She searched several areas before finding it on another employee's desk.  As she and Newman began to review the file, they focused on the MAR.  They saw the last eight days of medication were listed as being refused.  Nurse Tolentino, who was in the same room as they, spoke out saying "Yeah he's crazy, and has been refusing".  Human said she and Newman were upset because mental health was not notified of these refusals.

On 3-15-2012 at 1050 hours, I interviewed COII Vincent Faiela.  Faiela said he participated in the search of inmate Munster's cell on 3-04-2012.  He said he and other staff were looking for a portable phone provided for inmate use that had not been returned.  As he entered Munster's cell he saw several pills scattered on the cell floor.  He described them as some being blue, some red and some white.  He approximated there were 8-9 pills.  He also found an envelope containing additional pills of the same description.  Because he was specifically looking for a portable phone, he said it was possible he overlooked additional pills that may have been in the cell.  After completing his search, Faiela turned the pills over to his supervisor, who then delivered them to the Health Unit.   I also asked Faiela if he had any difficulty in gaining entry into Munster's cell.  He said there was no problem, when he asked the control room officer to open the door, the door opened easily.

On 3-15-2012, I received a copy of an informational report from Kristen Sears.  The report was written by Nurse Dustin Shamblin and dated 3-15-2012.  In this report, Shamblin states that on 3-04-2012, he provided this investigator with a copy of the MAR for inmate Munster.  Later in the shift, he observed Nurse Tracey Tolentino with this MAR.  The MAR had been changed from what he had copied for the investigator to show the inmates medication had been refused where it had previously not been marked as refused.  He asked Tolentino what had happened.  She stated Munster had been refusing his medication and she had forgotten to mark them down

| INVESTIGATOR NAME: | SERIAL NO. | UNIT: | PAGE<br>9 |
| --- | --- | --- | --- |
| **D. R. Bourland** | **#485** | **Florence/Eyman CIU** | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER




## ARIZONA DEPARTMENT OF CORRECTIONS
### OFFICE OF THE INSPECTOR GENERAL
INVESTIGATIONS REPORT

| TYPE: | DR. NO.: |
|---|---|
| **Suicide** | **2012-020062** |

as refused and Sarah Wright (RN) had told her to make the changes on the MAR. Shamblin then approached Sarah Wright, asking if she had told Tolentino to change Munster's MAR. Wright told him "yes". Shamblin then told Wright " the copy CIU had been given should have been the only documentation on the MAR as the inmate was deceased and no further entries should be entered on the MAR. Wright replied "Okay".

On 3-19-2012, I received two additional reports from Kristen Sears. One report was written by Nurse Tracey Tolentino dated 3-19-2012. Tolentino stated on 3-05-2012 at about 0600 hours, she learned of the suicide of inmate Munster. Tolentino obtained Munster's medical file and circled the AM meds for 3-04-12 as refused. She states Munster threw his meds/ envelope in the toilet.

The second report was from Nurse Sarah Wright dated 3-19-2012. Wright states on 3-05-12 at approximately 0600 hours, she informed Nurse Tolentino of the death of inmate Munster. Tolentino informed Wright that security had found several packets of medications in Munster's cell on 3-04-12 and she had written a "post-it" note and put it on the MAR to inform other nurses. Wright told Tolentino "considering the inmate had died she should probably document about the medications found in his cell.

On 3-21-2012 at 2100 hours, I interviewed Nurse Sarah Wright at ASPC-F Health Unit. In this interview, Wright stated she recalled having a conversation with Tracey Tolentino at about 0600 hours on 3-05-2012. At that time, she informed Tolentino of the death of inmate Munster. Tolentino then told her that Officers had recovered medication from Munster's cell on 3-04-2012 and she had placed a note indicating such into Munster's file. Wright then suggested to Tolentino that she should document that information in a more official manner. When asked what her expectation of Tolentino was after telling her to document the information, Wright said she expected her to write a S.O.A.P. note and place it into the file. Wright said Tolentino did not tell her Munster had been refusing his medications. I asked her if she recalled Nurse Dustin Shamblin approaching her after her conversation with Tolentino, and asking her about Tolentino altering Munster's MAR. Wright said she recalled Shambling coming to her and saying words to the effect of; given the situation, you probably do not want to be given advice. Wright asked Shamblin why, and he told her they were all professionals, and someone can come back and say she told me to do it. I asked Wright if Shamblin asked her specifically if she had told Tolentino to change the MAR. She said he did not.

On 3-21-2012 at 2130 hours, I interviewed Nurse Dustin Shamblin at ASPC-F Health Unit. Shamblin stated he was positive he asked Sarah Wright if she told Tolentino to alter the MAR for inmate Munster on 3-05-2012, and she responded by saying she had. He said there was no

| INVESTIGATOR NAME: | SERIAL NO. | UNIT: | PAGE 10 |
|---|---|---|---|
| **D. R. Bourland** | **#485** | **Florence/Eyman CIU** | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER



# ARIZONA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### INVESTIGATIONS REPORT



| TYPE:<br>**Suicide** | DR. NO.:<br>**2012-020062** |
|---|---|

doubt or chance of her misunderstanding what he was asking about at that time.   Shamblin was shown a copy of the report he wrote on this matter.  He stated all information detailed in the report was accurate.  He then expressed concern over the report asking if it was marked confidential.  He stated he did not want Wright to know what he had reported.  I informed him it was not marked as confidential, and Wright had to be confronted with the allegation.

On 4-13-2012, I received a copy of work order #03-7185 from Edward Machado, Physical Plant Administrator for ASPC-F Central Unit.  This work order is dated 3-05-2012.  The order is for cell 7 G 3, stating the door is not working.   The door was repaired on 3-05-12 by adjusting the limit switch and track.   Attached to this work order was information report #12-A01-1664 completed by Lieutenant McDonald detailing how the door would not open during an ICS on 3-04-12, and had to be opened manually.

On 4-17-2012, a copy of the autopsy report #12-152 was received from the Pinal County Medical Examiners Office.  The report was completed by Dr. John Hu. Dr. Hu states the cause of death was "Asphyxia due to hanging", and the manner of death as "Suicide".

On 5-02-2012, the death certificate for inmate Otto Munster was received in the Florence / Eyman CIU Office.  Death Certificate #102-2012-013280 states the immediate cause of death as "Asphyxia", because of "hanging.   The manner of death is listed as "Suicide".
.

**Exhibit Summary:**

**Not Attached:**
1. Shoe string found tied around inmate's neck
2. Torn sheet and note found tied around inmate's neck
3. shoe string and torn sheet  found hanging from vent in cell
4. seven prescription pills for inmate Munster found in cell

**Attached:**

A. Photo log
B. Evidence Form
C. Preliminary Death Report
D. Autopsy Report
E. Death Certificate
F. SIR 12-02729

| INVESTIGATOR NAME: | SERIAL NO. | UNIT: | PAGE |
|---|---|---|---|
| **D. R. Bourland** | **#485** | **Florence/Eyman CIU** | 11 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193410



# ARIZONA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### INVESTIGATIONS REPORT



| TYPE: | DR. NO.: |
|---|---|
| **Suicide** | **2012-020062** |

**G.** IR #12 A01 1648
**H.** Crime Scene logs
**I.** Control Room logs
**J.** IR from Nurses Shamblin, Wright , and Tolentino
**K.** Central Unit Main Gate log
**L.** Central Health Unit Nursing schedule
**M.** Copy of MAR obtained on 3-04-12 and copy of altered MAR
**N.** SOAP notes
**O.** Medication Records for inmate Munster
**P.** IR 12-A01 1664 with work order for malfunctioning cell door
**Q.** CD containing scene photos, and DVD with ICS video, CD with interviews

**Report Prepared By:**

**D. R. Bourland**
**Special Investigator #485**
**Florence / Eyman CIU**

**Report Approved By:**

**Abe Kakar**
**Supervisor # 99**
**Florence / Eyman CIU**

| INVESTIGATOR NAME: | SERIAL NO. | UNIT: | PAGE |
|---|---|---|---|
| **D. R. Bourland** | **#485** | **Florence/Eyman CIU** | 12 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193411

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193412




# ARIZONA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### INVESTIGATIONS REPORT

| TYPE: | DR. NO.: |
|---|---|
| **SUICIDE** | **2012-020062** |

## PHOTO LOG

1. ID marker showing date, time and case number
2. Image of inmate Munster as found in Health Unit, covered with sheet
3. Second view of Munster as found in Health Unit, covered with sheet
4. Image of Munster with sheet removed
5. Image of Munster's face, ligature marks on neck visible
6. Image of Munster's chest
7. Image of Munster's pelvic area
8. Image of Munster's lower legs, feet
9. Close up image of ligature marks on front and left side of neck
10. Close up image of ligature marks on front and left side neck with scale
11. Close up image of ligature marks on front and right side of neck
12. Close up image of ligature marks on front and right side neck with scale
13. Image of lacerations on right forearm
14. Image of laceration on left forearm
15. Image of laceration on left forearm with scale
16. Image of laceration on right wrist with scale
17. Image of second laceration above right wrist with scale
18. Image of third laceration above right wrist with scale
19. Image of fourth laceration above right wrist with scale
20. Image of fifth laceration above right wrist with scale
21. Image of back of inmate Munster
22. Image of buttocks of inmate Munster, showing plastic protruding from anus
23. Image of Munster in body bag
24. Image of body bag tag and seal
25. Image of cell 7 G 3 from doorway showing toilet and bunk
26. Image of wall at foot of bunk with shoe string extending from vent
27. Side view of shoe string extending from vent
28. Image of knot tied in shoe string onto vent
29. Image of bunk
30. Image of bunk showing torn pieces of bed sheet
31. Image of not found on counter top in cell
32. Overall view of counter top in cell
33. Image of handwritten note on counter top
34. Image of medication found on counter top
35. Image of additional medication found on counter top
36. Image of blood drops on bed sheet on bunk

| INVESTIGATOR NAME: | SERIAL  NO. | UNIT: | PAGE |
|---|---|---|---|
| **D.R. Bourland** | **485** | **Florence / Eyman CIU** | **1** |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC193413



# ARIZONA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### INVESTIGATIONS REPORT



| TYPE: | DR. NO.: |
|---|---|
| **SUICIDE** | **2012-020062** |

37. Image of paper sack with torn piece of bed sheet tied to it
38. Image of athletic shoes with shoe laces removed
39. Image of additional shoes with laces removed
40. Image of blanket with torn piece of bed sheet tied to it
41. Image of lower extremities of inmate Munster after at Medical Examiners Office
42. Image of back of neck of inmate Munster at M.E.Office
43. Image of lacerations on right wrist and forearm
44. Image of laceration to left forearm
45. Image of plastic baggy which fell from victim's anus during autopsy
46. Image of metal ¼ inch by 1 inch located inside plastic baggy
47. Second image of metal located inside baggy
48. Image of metal with scale
49. Image of cell 7 G 3 taken on 3-06-12 from doorway showing bunk and toilet
50. Image of vent relative to bunk taken on 3-06-12
51. Image showing vent, toilet and cell door taken on 3-06-12
52. Image of bunk from cell door taken on 3-06-12
53. Image of bunk, toilet and vent taken on 3-06-12
54. Image of toilet, vent and cell door taken on 3-06-12
55. Image of toilet and cell door taken on 3-06-12
56. Image of torn strip of torn bed sheet found on foot of bunk
57. Image of torn strip of bed sheet and shoe string removed from vent
58. Image of note found tied around inmates neck
59. Shoe string removed from neck of inmate Munster by Nurse Shamblin
60. Closer image of shoe string taken from Munster's neck with ruler
61. Closer image of shoe string taken from Munster's neck showing hair in knot
62. Image of shoe string removed from vent with ruler

| INVESTIGATOR NAME: | SERIAL  NO. | UNIT: | PAGE 2 |
|---|---|---|---|
| **D.R. Bourland** | **485** | **Florence / Eyman CIU** | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193414



# ARIZONA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### INVESTIGATIONS REPORT



| TYPE: | DR. NO.: |
|---|---|
| **SUICIDE** | **2012-020062** |

|  |  |  |  |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 |

| INVESTIGATOR NAME: | SERIAL NO. | UNIT: | PAGE 3 |
|---|---|---|---|
| **D.R. Bourland** | **485** | **Florence / Eyman CIU** | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC193415



# ARIZONA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### INVESTIGATIONS REPORT



| TYPE: | DR. NO.: |
|---|---|
| **SUICIDE** | **2012-020062** |

17                18                19                20






21                22                23                24






25                26                27                28






29                30                31                32

| INVESTIGATOR NAME: | SERIAL NO. | UNIT: | PAGE |
|---|---|---|---|
| **D.R. Bourland** | **485** | **Florence / Eyman CIU** | **4** |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER





# ARIZONA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### INVESTIGATIONS REPORT

| TYPE: | DR. NO.: |
|-------|----------|
| **SUICIDE** | **2012-020062** |

33

34

35

36

37

38

39

40

41

42

43

44

45

46

47

48

| INVESTIGATOR NAME: | SERIAL  NO. | UNIT: | PAGE 5 |
|---|---|---|---|
| **D.R. Bourland** | **485** | **Florence / Eyman CIU** | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

 

# ARIZONA DEPARTMENT OF CORRECTIONS

## OFFICE OF THE INSPECTOR GENERAL

### INVESTIGATIONS REPORT

| TYPE: | DR. NO.: |
|---|---|
| **SUICIDE** | **2012-020062** |

| 49 | 50 | 51 | 52 |

   

| 53 | 54 | 55 | 56 |

   

| 57 | 58 | 59 | 60 |

 

| 61 | 62 |

| INVESTIGATOR NAME: | SERIAL NO. | UNIT: | PAGE 6 |
|---|---|---|---|
| **D.R. Bourland** | **485** | **Florence / Eyman CIU** | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC193418

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER



# ARIZONA DEPARTMENT OF CORRECTIONS
# EVIDENCE *SHELF 3B*



| DR NO. 2012-020062 | CONTROL NO. *2012- 031* | |
|---|---|---|
| **CASE OFFICER: D.R. Bourland** | | **ID NO. 485** |

| SUSPECT NUMBER | SUSPECT NAME | Badge/ADC NO. | DOB | OFFENSE |
|---|---|---|---|---|
| 266474 | Otto Munster | | | SUICIDE |
| | | | | |
| | | | | |

| ITEM NO. | *ITEMIZE AND DESCRIBE EVIDENCE* |
|---|---|
| 1 | Shoe string found tied around neck of inmate |
| 2 | Torn sheet and note found tied around neck of inmate |
| 3 | Shoe string and torn sheet found hanging from vent in cell |
| 4 | Seven prescribed pills for inmate Munster found in cell |

## CHAIN OF CUSTODY

| ITEM(S) / PKG(S). | FROM NAME | ID NO. | TO NAME | ID NO. | PURPOSE | DATE / TIME |
|---|---|---|---|---|---|---|
| 1·2·3·4 | *D.R. Bourland* | 485 | *D. BURKLEY* | 209 | *EVIDENCE* | *3/29/12 1500* |
| | *D. BURKLEY* | 209 | *CIU EVIDENCE ROOM* | | *EVIDENCE* | *3/29/12 1506* |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

# PINAL COUNTY MEDICAL EXAMINERS OFFICE
## Preliminary Death Report

| TRANSPORT USE ONLY | | MEDICAL EXAMINER USE ONL |
|---|---|---|
| Transport Co: J. WARREN | | Pinal County OME # |
| Driver: DARWIN | ☑ PCMEO   ☐ PCFSC   ☐ MCCMEO | O.M.E. Inv: |
| ☑ White Bag   ☐ Blue Bag | Examining Agency Case Number: 12-152 | Date / Time Rec'd |
| Caller Information: | | |

Location of Body: ASPC- F- CU- Heath Unit

## Investigating Agency

| | | | |
|---|---|---|---|
| ☐ Arizona D.P.S. | ☐ Casa Grand | ☐ Florence | ☐ Pinal County |
| ☐ Ak Chin | ☐ Coolidge | ☐ Gila River | ☐ Sells |
| ☐ Apache Junctio | ☐ Eloy | ☐ Kearny | ☐ Superior |
| ☒ Arizona D.O.C. | ☐ F.B.I. | ☐ Mammoth | |

Inv. Officer: D. Bousland   Badge #: 485
Case Number: 2012-020062   Phone: 868-4011 EX. 5064

## Decedent

| Identification: | ☒ Positive | ☐ Questioned | ☐ Undetermined |
|---|---|---|---|
| Identified by: ADC-ID | | Means: ADC-ID | |

| ☒ Male | ☐ Obese | Eyes BN | ☐ Married |
|---|---|---|---|
| ☐ Female | ☐ Heavy | Hair Bk | ☐ Single |
| ☐ Unknown | ☐ Medium | Height 5'7" | ☐ Windowed |
| | ☒ Thin | Weight 150 | ☒ Unknown |

OTTO _____ MUNSTER
First   Middle   Last

9-18-71   40 _____   _____   N/A
DOB   Age   SSN   OLN

ASPC-F Central Unit CB-7 Cell G-3
Address

Florence _____ AZ _____
City   State   Zip

## Reason Medical Examiner Case

| ☒ Suicide | ☐ Murder | ☐ Accidental | ☒ Inmate Death |
|---|---|---|---|
| ☐ Unattended (No Doctor) | ☐ Unattended (Dr. Refused To Sign) | | |

Criminal Charges Pending?    ☐ Yes  ☑ No  ☐ Unk
Work Related?    ☐ Yes  ☑ No  ☐ Unk
Investigating Officer Feels Full Autopsy Is Needed:  ☒ Yes  ☐ No  ☐ Unk
Does Family Oppose A Full Autopsy?    ☐ Yes  ☐ No  ☑ Unk

## Medical Information

Name of Doctor: DR Thompson   CU Health   Phone

Known Medical Conditions: Wasting Syndrome   DiPhenhydramine
Prescription Medications: Resperidone 1mg am / 1mg pm   HDL 25mg 2x daily

## Next Of Kin

- UNKNOWN -
First   Middle   Last

Address

City   State   Zip
Notified

Relationship   Phone   ☐ Yes  ☐ No

## Motor Vehicle Accident

Date: _____  Time: _____  Number of Vehicles: _____

☐ Pedestrian  ☐ Motorcycle  ☐ Commercial Carrier  ☐ Train  ☐ Passenger Ve

### Check All That Apply

| | Seat Belts Worn | Alcohol Suspected |
|---|---|---|
| ☐ Front Impact  ☐ Roll Over | ☐ Yes  ☐ No | ☐ Yes  ☐ No |
| ☐ Side Impact  ☐ Fire | Airbag Deployed | Drugs Suspected |
| ☐ Rear Impact  ☐ Ejected | ☐ Yes  ☐ No | ☐ Yes  ☐ No |

Circle Position If Known

7  4  1
8  5  2 →
9  6  3

Number of Occupants: _____
Number of Injuries: _____
Number of Fatalities: _____

☐ Motorcycle Driver  ☐ Motorcycle Passenger   Helmet Worn?  ☐ Yes  ☐ No

## Last Seen Alive

3-4-12  2152  COII Loque
Date   Time   By

Cellblock 7 G-3
Location

## Found

3-4-12  2231  COII Justi
Date   Time   By  Mongen

Cellblock 7: G-3
Location

## Pronounced

3-4-12  2301  DR SCARAI/H
Date   Time   By  Gilbert Hospital
CU-HU.   by phone
Location

## List Property With Decedent

NONE

## Narrative (attach additional sheets if needed)

IM MUNSTER was found in his cell by COII Mongen. MUNSTER was
hanging by his neck by a bedsheet. Security made entry to cell
@ 2236 w/ LPN Shamblin. Lycaine cut IM ○ Pulse ○ ASSP CPR initiated
Taken to Health Unit CPR cont. until 2301 by CN wright. Death Pronounced @ 2301

Seal Number: 60177   Officer: DR Bousland   Badge # 485   Date/Time Sealed:

| From: DA Bousland | To: D Chandler | Date: 3-5-12  Time: 1:40am |
|---|---|---|
| From: | To: | Date:  Time: |
| From: | To: | Date:  Time: |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER   ADC193422

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER



# P I N A L • C O U N T Y
*wide open opportunity*

## EXTERNAL EXAMINATION REPORT
## OTTO MUNSTER
## PINAL COUNTY ME CASE #12-152
## ARIZONA DEPARTMENT OF CORRECTION
## CASE #2012-020062









Page 1 of 5

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER
ADC193424

### *Report of Examination*

| | |
|---|---|
| **ME Case number:** | 12-152 |
| **Agency, number:** | AZDOC 2012-020062 |
| **Decedent:** | Otto Munster |
| **Date of birth:** | September 18, 1971 |
| **Date of death:** | March 4, 2012 |
| **Date of examination:** | March 7, 2012 |
| **Time of examination:** | 2:30 pm |
| **Investigator:** | Beth Calhoun |
| **Forensic Technician:** | Beth Calhoun |
| **Present at examination:** | CIU D. Bourland |

---

| | |
|---|---|
| **Cause of Death:** | Asphyxia due to hanging |
| **Manner of Death:** | Suicide |

4/14/12
_____
Date Signed

JOHN HU, MD
**Medical Examiner**

Page 2 of 5

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193425

**REPORTED CIRCUMSTANCES OF DEATH**

The decedent is a 40–year-old male inmate who was found unresponsive in his cell. He was reportedly kneeling on the bed, with a ligature (portion of shoe lace and bed sheet) around his neck and tied to the vent in the wall. The ligature around the neck is a white flat shoe lace measuring 0.8 cm in width and 0.1 cm in thickness. A knot is present, with a few head hair caught within the knot. This ligature was previously cut into two pieces connected by the knot. The longer piece measures 46 cm in length, and shorter piece measures 23 cm in length. Also present is a short segment of white shoe lace. Received separately in the evidence bags are another shoe lace, which was reportedly connected to the vent, and a portion of elongated edge of the bed sheet, which was reportedly loose on the bed. Also available for me to view is a clip of movie of the scene, including CPR performed by correction officers and paramedics.

Past Medical/Social History

Wasting syndrome; psychiatric disorder.

Medication: resperidone and diphenhydramine

**INITIAL EXTERNAL EXAMINATION**

The body is received in a zippered body pouch secured by evidence seal number 60177.

**CLOTHING AND PERSONAL EFFECTS**

See a property sheet.

**EVIDENCE OF MEDICAL INTERVENTION**

Four electrocardiographic leads are present on the front of torso.

**EVIDENCE OF TRAUMA**

Hanging:

A ligature mark is present on the anterior ¾ of the neck. Anteriorly, the ligature mark is a depressed elongated abrasion, with width ranging from 0.3 cm on the right anterior neck, 0.5 cm on the anterior neck, to 1 cm on the left anterior neck. The lower point is 24 cm below the top of the head and is located on the thyroid cartilage.

The ligature mark slants sharply upward on the posterior neck.

Page 3 of 5

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193426

On the left posterior neck, the ligature mark consists of a depressed imprint with focal abrasion, measuring 0.5 cm in width average. It disappears at occipital hair line, 16 cm below the top of head and 4 cm to the left of posterior midline.

On the right posterior neck, the ligature mark consists of a depressed imprint with focal abrasion, measuring 0.5 cm in width in average. It disappears at the occipital hairline, 15 cm below the top of head and 3 cm to the right of posterior midline. There is a 7 cm gap between the left and right ligature marks on the posterior neck.

There is no evidence of other trauma noted on the neck outside the ligature mark. There is no evidence of the petechial hemorrhages on the conjunctivae or oral mucosae.

Other trauma:

There are seven horizontal superficial incised wounds present on the right arm, right antecubital fossae, and front of right forearm, ranging from 1.5 to 5 cm in length. There are three superficial incised wounds present on the front of right wrist, ranging from 2 cm to 3 cm in length. These incised wounds are superficial and injure the skin only, with small amount of the blood present around the wounds.

There are three superficial incised wounds, very close to one another, on the front of left forearm, measuring 2.5 cm to 3 cm in length.

These injuries, having been once described, will not be repeated.

## SCARS, TATTOOS, AND OTHER IDENTIFYING BODY FEATURES

There are multiple short linear scars present on the back of right forearm. There is a horizontal linear scar present on the front of right thigh. There is a large pigmented nevus present on the left buttock.

## GENERAL EXTERNAL EXAMINATION

The body is cool to touch, subsequent to refrigeration. Rigor mortis is fully developed. Posterior red-purple lividity is fixed.

The body is that of a normally developed cachectic Hispanic man, measuring 68.5 inches in length and weighing 108 pounds. The general appearance is compatible with the reported age of 40 years. The hairline is normal. Scalp hair is dark brown. The irises are brown, and there is no jaundice or lesions of sclera or conjunctivae. The nose is unremarkable. Fair hair consists of the a beard and

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193427

a mustache.  The ears are unremarkable.  The mouth is unremarkable.  Teeth are natural and in good condition.  The neck is unremarkable.  There are no palpable axillary, cervical, abdominal, or inguinal masses.  The chest and back are symmetrical and unremarkable.

Body hair is normal in amount and distribution of an average male adult.  The abdomen is flat.  The external genitalia, anus and perineum are unremarkable.  The extremities are symmetrical, without significant clubbing, edema, or deformity.  Fingernails are intact and clean.

## TOXICOLOGY SPECIMENS

Samples of the following are collected and submitted for toxicological testing.

- Vitreous fluid.
- Blood.

Toxicology samples are negative.
The toxicology report is separate in the file.

## FINAL SUMMARY

Based on the external examination findings and investigative history as available to me, it is my opinion that Otto Munster, a 40-year-old man, died as a result of asphyxia due to hanging.

The manner of death is suicide.

Pathologic Diagnoses

    I.  Asphyxia due to hanging
    II.  Multiple superficial incised wounds on the left and right upper extremities, consistent with hesitation marks.
    III.  No evidence of other trauma
    IV.  Psychiatric disorder, clinical
    V.  Toxicology negative

Page 5 of 5

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193428



**AIT** Laboratories
A HIGHER STANDARD OF SERVICE

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

| Laboratory Case Number: | 1930346 |
|---|---|

| Subject's Name: | MUNSTER, OTTO |
|---|---|

| Client Account: | 14185 / PCME01 |
|---|---|
| Physician: | |
| Report To: | Pinal Co. Medical Examiner Off |
| | ATTN: Dr. Rebecca Hsu |
| | PO Box 966 |
| | 500 S. Central |
| | Florence, AZ 85132 |

| Agency Case #: | 12-152 |
|---|---|
| Date of Death: | 03/04/2012 |
| Test Reason: | Other |
| Investigator: | CALHOUN #636 |
| Date Received: | 03/26/2012 |
| Date Reported: | 04/03/2012 |

| Laboratory Specimen No: | 40275762 | Date Collected: | 03/07/2012 |
|---|---|---|---|
| Container(s): 01:RTB | Blood,SUBCLAVICAL | Test(s): 70510 | Comprehensive Drug Panel |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| AMPHETAMINES | Negative | | | | |
| BARBITURATES | Negative | | | | |
| BENZODIAZEPINES | Negative | | | | |
| CANNABINOIDS | Negative | | | | |
| COCAINE/METABOLITES | Negative | | | | |
| FENTANYL | Negative | | | | |
| METHADONE/METABOLITE | Negative | | | | |
| OPIATES | Negative | | | | |
| OXYCODONE/METABOLITE | Negative | | | | |
| PHENCYCLIDINE | Negative | | | | |
| PROPOXYPHENE/METABOLITE | Negative | | | | |
| ALCOHOL | Negative | | | | |
| Methanol | Negative | | | | |
| Ethanol | Negative | | | | |
| Acetone | Negative | | | | |
| Isopropanol | Negative | | | | |
| ANALGESICS | Negative | | | | |
| ANESTHETICS | Negative | | | | |
| ANTIBIOTICS | Negative | | | | |
| ANTICONVULSANTS | Negative | | | | |
| ANTIDEPRESSANTS | Negative | | | | |
| ANTIHISTAMINES | Negative | | | | |
| ANTIPSYCHOTICS | Negative | | | | |

MUNSTER, OTTO
Laboratory Case #: 1930346
Printed Date/Time: 04/03/2012, 08:15

Page: 1 of 3

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193429



**AIT** Laboratories
A HIGHER STANDARD OF SERVICE

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

**Laboratory Specimen No:**     40275762                          Continued..

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| CARDIOVASCULAR AGENTS | Negative | | | | |
| ENDOCRINE AGENTS | Negative | | | | |
| GASTROENTEROLOGY AGENTS | Negative | | | | |
| NARCOTICS | Negative | | | | |
| NEUROLOGY AGENTS | Negative | | | | |
| SEDATIVES/HYPNOTICS | Negative | | | | |
| STIMULANTS | Negative | | | | |
| UROLOGY AGENTS | Negative | | | | |

Specimens will be kept for one year from the date received.

**MUNSTER, OTTO**
**Laboratory Case #: 1930346**
**Printed Date/Time: 04/03/2012, 08:15**                                        Page: 2 of 3

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193430



**AIT** Laboratories
A HIGHER STANDARD OF SERVICE

**2265 Executive Drive, Indianapolis, IN 46241**
**Telephone: (800)875-3894 / Fax: (317)243-2789**

| | | | | |
|---|---|---|---|---|
| **Laboratory Specimen No:** | 40275764 | **Date Collected:** | 03/07/2012 | |
| **Container(s):** | 01:VIT_CON Vitreous,EYE | **Test(s):** | 32400 | Electrolytes Panel |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| Sodium | | 140 | MMOL/L | | (1) |
| Potassium | | 16.4 | MMOL/L | | (1) |
| Chloride | | 120 | MMOL/L | | (1) |
| Glucose | | 2 | mg/dL | | (1) |
| Urea Nitrogen | | 20 | mg/dL | | (1) |
| Creatinine | | 0.0 | mg/dL | | (1) |

Performing Location(s):

(1)     LabCorp Dublin
        6370 Wilcox Road , Dublin, OH  43016-1296
        Medical Director: Patricia Canfield , MD,  License #: 36D0327333

---

The Specimen identified by the Laboratory Specimen Number has been handled and analyzed in accordance with all applicable requirements.

**MUNSTER, OTTO**
**Laboratory Case #: 1930346**
**Printed Date/Time: 04/03/2012, 08:15**

Page: 3 of 3

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193431

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

CERTIFICATION OF VITAL RECORD

# STATE OF ARIZONA

STATE OF ARIZONA
DEPARTMENT OF HEALTH SERVICES - OFFICE OF VITAL RECORDS
CERTIFICATE OF DEATH

State File NO. 102-2012-013280

| 1. DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST) | 2. AKA'S (IF ANY) | 3. DATE OF DEATH |
|---|---|---|
| OTTO L MUNSTER | | MARCH 04, 2012 |

| 4. SEX | 5. SOCIAL SECURITY NUMBER: | 6. DATE OF BIRTH | 7. AGE | UNDER 1 YEAR | | UNDER 1 DAY | |
|---|---|---|---|---|---|---|---|
| MALE | | 09-18-1971 | 40 | 8. MONTHS | 9. DAYS | 10. HOURS | 11. MINUTES |

| 12. PLACE OF DEATH - HOSPITAL: | 13. PLACE OF DEATH - OTHER THAN HOSPITAL: |
|---|---|
| ☐ INPATIENT   ☐ E.R./OUTPATIENT   ☐ DEAD ON ARRIVAL | ☐ NURSING HOME OR LONG TERM CARE FACILITY   ☐ RESIDENCE   ☐ HOSPICE FACILITY   ☒ OTHER ARIZONA STATE PRISON COMPLEX |

| 14. FACILITY NAME (OR STREET ADDRESS IF NOT A FACILITY): | 15. CITY, TOWN & ZIP CODE OR LOCATION OF DEATH: | 16. COUNTY OF DEATH: |
|---|---|---|
| 1305 E. BUTTE AVE | FLORENCE 85132 | PINAL |

| 17. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY) | 18. MARITAL STATUS AT TIME OF DEATH: | 19. NAME OF SURVIVING SPOUSE (MAIDEN NAME IF WIFE) |
|---|---|---|
| UNKNOWN | NEVER MARRIED | |

| 20. DECEDENT'S USUAL RESIDENCE STREET ADDRESS: | 21. CITY AND COUNTY: | 22. STATE: | 23. ZIP CODE | 24. EVER IN THE ARMED FORCES |
|---|---|---|---|---|
| 1305 E. BUTTE AVE, | FLORENCE, PINAL | ARIZONA | 85132 | UNKNOWN |

| 25. WAS DECEDENT OF HISPANIC ORIGIN? | 26. DECEDENT'S RACE(S): | 27. IF AMERICAN INDIAN OR ALASKA NATIVE, SPECIFY UP TO 4 TRIBES. |
|---|---|---|
| ☐ NO, NOT SPANISH, HISPANIC OR LATINO | ☒ WHITE   ☐ BLACK, AFRICAN AMERICAN   ☐ NATIVE HAWAIIAN | PRIMARY OR ENROLLED TRIBE |
| ☒ YES, MEXICAN, MEXICAN AMERICAN, CHICANO | ☐ ASIAN INDIAN   ☐ CHINESE | |
| ☐ YES, PUERTO RICAN | ☐ FILIPINO   ☐ JAPANESE | ADDITIONAL TRIBE |
| ☐ YES, CUBAN | ☐ GUAMANIAN OR CHAMORRO   ☐ KOREAN | |
| ☐ YES, OTHER (SPECIFY) | ☐ VIETNAMESE   ☐ SAMOAN | ADDITIONAL TRIBE |
| ☐ UNKNOWN | ☐ AMERICAN INDIAN OR ALASKA NATIVE | ☐ OTHER ASIAN (SPECIFY)  ☐ OTHER PACIFIC ISLANDER (SPECIFY)  ☐ OTHER (SPECIFY)  ☐ UNKNOWN |
| 28. OCCUPATION: UNKNOWN | | ADDITIONAL TRIBE |

| 29. FATHER'S NAME (FIRST, MIDDLE, LAST) | 30. MOTHER'S NAME (FIRST, MIDDLE, & LAST NAME PRIOR TO FIRST MARRIAGE) |
|---|---|
| UNKNOWN UNKNOWN | UNKNOWN UNKNOWN |

| 31. INFORMANT'S NAME | 32. RELATIONSHIP | 33. INFORMANT'S MAILING ADDRESS: |
|---|---|---|
| ARIZONA DEPARTMEN OF CORRECTIONS | GOVERNMENT AGENCY | 1601 W JEFERSON , PHOENIX, ARIZONA 85007 |

| 34. NAME AND ADDRESS OF FUNERAL FACILITY: | 35. FUNERAL DIRECTOR: | 36. LICENSE NUMBER: |
|---|---|---|
| ADVANTAGE FUNERAL & CREMATION SERVICES COLONIAL COLONIAL CHAPEL 4141 N. 19TH AVENUE PHOENIX, AZ | JUDITH WALTER , FUNERAL DIRECTOR | F1356 |

| 37. METHOD(S) OF DISPOSITION: | 38. NAME AND LOCATION OF 1st DISPOSITION FACILITY: | 39. NAME AND LOCATION OF 2nd DISPOSITION FACILITY: |
|---|---|---|
| BURIAL | ARIZONA STATE PRISON CEMETERY, FLORENCE, ARIZONA | NONE |

**MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART 1**

| IMMEDIATE CAUSE OF DEATH | 40. A  ASPHYXIA | 41. APPROXIMATE INTERVAL:  UNKNOWN |
|---|---|---|
| DUE TO OR AS A CONSEQUENCE OF: | 42. B  HANGING | 43. APPROXIMATE INTERVAL:  UNKNOWN |
| DUE TO OR AS A CONSEQUENCE OF: | 44. C | 45. APPROXIMATE INTERVAL: |
| DUE TO OR AS A CONSEQUENCE OF: | 46. D | 47. APPROXIMATE INTERVAL: |

**CAUSE OF DEATH PART II**

| 48. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSES GIVEN ABOVE: | 49. INJURY?  YES | 50. INJURY AT WORK?  NO | 51. MANNER OF DEATH  SUICIDE | 52. TIME OF DEATH  2301 |
|---|---|---|---|---|
| | 53. WAS AN AUTOPSY PERFORMED?  NO | | 54. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |

**CAUSE AND MANNER OF DEATH CERTIFICATION**

| ☐ Certifying Physician/Nurse Practitioner/Physician's Assistant - To the best of my knowledge, death occurred due to the cause(s) and manner stated.  ☒ Medical Examiner/Tribal Law Enforcement Authority - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated. | 55. NAME OF PERSON COMPLETING CAUSE OF DEATH:  JOHN HU, M.D. | 56. DATE CERTIFIED:  03-07-2012 |
|---|---|---|
| 57. CERTIFIER'S ADDRESS:  500 SOUTH CENTRAL AVENUE FLORENCE ARIZONA 85132 | 58. NAME OF REGISTRAR:  KANDI HARRIS | 59. DATE REGISTERED  04-10-2012 |

Date Issued: 04-19-2012

This is a true certification of the facts on file with the OFFICE OF VITAL RECORDS, ARIZONA DEPARTMENT OF HEALTH SERVICES, PHOENIX, ARIZONA.
Revised 04/2010

This copy not valid unless prepared on a form displaying the State Seal and impressed with the raised seal of the issuing agency.

*Patricia Adams*

**PATRICIA ADAMS**
**ASSISTANT STATE REGISTRAR**

Arizona
Department of
Health Services

G7278381

ANY ALTERATION OR ERASURE VOIDS THIS DOCUMENT

5/2/12 BA

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193433

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

**ARIZONA DEPARTMENT OF CORRECTIONS**

## SIGNIFICANT INCIDENT REPORT

| SIR Number 12-02729 | Institution/Facility ASPC-Florence  Central Unit | Period Covered |
|---|---|---|
| | Phone Number | ☑ Initial  ☐ Follow-up  ☐ Final  ☐ Supplement |

| Date of Incident 3-4-2012 | Time 22:31 | Report Date 3-5-2012 |
|---|---|---|

### NATURE OF INCIDENT  *(Check One or More)*

| | | | |
|---|---|---|---|
| ☐ Accident(s) | ☐ Behavior Control | ☐ Escape(s) | ☐ PREA |
| ☐ After Hours Transport | ☐ Chemical Agent Use | ☐ Fire Crew Deployment | ☐ Property Damage |
| ☐ Agency Assist | ☐ Criminal Act(s) | ☐ Firearm Use | ☐ Self Destructive Behavior |
| ☐ Arrests(s) Employee | ☑ Death(s) | ☐ Hostage(s) | ☐ Suicide Attempt |
| ☐ Arrests(s) Inmate/Offender | ☐ Disturbance | ☐ Medical | ☐ Weapons Recovery |
| ☐ Assaults | ☐ Employee Work Stoppage | ☐ Other | |

### Inmate(s) Involved

| Last Name | First Name | ADC Number | Custody/IR | Race | MH Score | Age | Housing | STG Name | Work Assignment | Involvement |
|---|---|---|---|---|---|---|---|---|---|---|
| Munster | Otto | 266474 | max/5 | mx.ar | 3S | 40 | 7-G-3 | n/a | n/a | deceased |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

### Employee(s) Involved

| Last Name | First Name | Complex | Unit | Shift | RDO | First Line Supervisor | On Duty Incident Yes/No | How Involved |
|---|---|---|---|---|---|---|---|---|
| Morgan | Justin | Florence | Central | GY | F/Sa | Sgt Moore | Y | Inc. Comm #1 |
| McDonald | Kimberley | Florence | Central | GY | W/Th | Capt Josefowicz | Y | Inc. Comm #2 |
| Collins | Michael | Florence | Central | GY | W/Th | Sgt Brown | Y | responder |
| Flores | Christopher | Florence | Central | GY | Tu/W | Sght Moore | Y | responder |

Incident Synopsis

On 3-4-2012 at approximately 2231 hrs, ICS was activated by COII J. Morgan #9922 (EIN:137403) due to inmate Munster, Otto #266474 hanging in his cell CB7-G-3.  Inmate Munster appeared to be hanging from a combination of a piece of sheet tied to his vent and a shoe lace tied around his neck.

### Agency Notifications Made (Time)

| Deputy Warden 2231 DW Fizer | Duty Officer 2231 DW Robinson | Warden 2231 Warden Hetmer | Criminal Investigation Unit 2240 INV Dand Smith |
|---|---|---|---|
| Community Corrections | Probation/Parole Supervisor | | Central Office Communications 0000 hrs  Inv. Trotter #255 |

### Escape Information

| County | Date Assigned to Fugitive Detail | Date Returned to Custody |
|---|---|---|
| Transported by  ☐ Air  ☐ Ambulance  ☐ ADC | Company | To |

| Medically Treated By: (Dr./RN, Enter Name) LPN Shamblin/ Dr. Scarla (via telephone from Gilbert Hospital) | | |
|---|---|---|
| Initial Report By Lt. K. McDonald #1791 | Date 3-5-2012 | Time 0045 |
| Reporting Official Name and Title *(Please print)* Lt. K. McDonald #1791 | Employee Identification Number ████ | Reporting Official's Signature |

105-3
8/6/09

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193435

**ARIZONA DEPARTMENT OF CORRECTIONS**

**SIGNIFICANT INCIDENT REPORT** *(continued)*

> *Describe incident in detail (who, what, when, where, why and how). Include a complete physical description, direction of travel, mode of transportation, type of weapon used, location of wounds on body, other distinguishing marks, location of incident, current investigation/escape and apprehension procedures in use, e.g., roadblocks, ground searches, number of individuals involved, and any in-house actions, e.g., suspects, shakedowns, etc.*

12-02729 Initial:
On 3-4-2012 at approximately 2231 hrs, ICS was activated by COII J. Morgan #9922 (EIN: ▮▮▮▮ due to inmate Munster, Otto #266474 hanging in his cell CB7-G-3. Inmate Munster appeared to be hanging from a combination of a piece of sheet tied to his vent and a shoe lace tied around his neck. A level 5 Task force, supervisor, camera and medical were requested. COII Haley #9069 (EIN▮▮▮▮ COII Collins #9899 (EIN▮▮▮▮, Flores # COII Fisse #9686 (EIN▮▮▮▮ on camera and Lt. K. McDonald #1791 arrived as initial responders. Lt. K. McDonald #1791 was briefed and assumed Incident Command. Medical LPN Shamblin arrived on site. An attempt was made to access the door with negative results due to an electronic failure on the cell door. Sgt Brown was sent to the tool room to obtain the tool cart and tools. Inmate Munster appeared to have numerous cuts on his right forearm and wrist. At 2247 hrs, the cell door lock panel was removed and the door was manually opened by Sgt Brown.  COII Morgan, COII Collins, COII Flores, LPN Shamblin and Lt. McDonald entered the cell. A backboard was placed on the bed. COII Morgan held up the inmate and COII Collins cut the noose. The body was placed on the back board and COII Morgan began chest compressions. LPN Shamblin secured inmate Munster to the backboard. Southwest Ambulance Ambulance arrived on site and staged at the health unit. COII Palomarez #10105 (EIN: ▮▮▮▮ was initialized as the crime scene officer. Inmate Munster was placed on the gurney and transported to the health unit. LPN Shamblin continued chest compressions en route to the health unit. All initial notifications were completed to include CIU Smith, DW Fizer, Warden Hetmer. Inmate Munster arrived at the health unit and was assessed by the paramedics. Per Dr. Scala at Gilbert Hospospital inmate Munster was issued a time of death of 2301 hrs. More to follow. LT K. McDonald #1791

105-3
8/6/09

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER



# ARIZONA DEPARTMENT OF CORRECTIONS

## SIGNIFICANT INCIDENT REPORT

| SIR Number 12-02729 | Institution/Facility ASPC-Florence Central Unit | Period Covered |
|---|---|---|
| | Phone Number | ☐ Initial   ☑ Follow-up   ☐ Final   ☐ Supplement |

| Date of Incident 3-4-2012 | Time 22:31 | Report Date 3-5-2012 |
|---|---|---|

## NATURE OF INCIDENT *(Check One or More)*

| | | | |
|---|---|---|---|
| ☐ Accident(s) | ☐ Behavior Control | ☐ Escape(s) | ☐ PREA |
| ☐ After Hours Transport | ☐ Chemical Agent Use | ☐ Fire Crew Deployment | ☐ Property Damage |
| ☐ Agency Assist | ☐ Criminal Act(s) | ☐ Firearm Use | ☐ Self Destructive Behavior |
| ☐ Arrest(s) Employee | ☑ Death(s) | ☐ Hostage(s) | ☐ Suicide Attempt |
| ☐ Arrests(s) Inmate/Offender | ☐ Disturbance | ☐ Medical | ☐ Weapons Recovery |
| ☐ Assaults | ☐ Employee Work Stoppage | ☐ Other | |

### Inmate(s) Involved

| Last Name | First Name | ADC Number | Custody/IR | Race | MH Score | Age | Housing | STG Name | Work Assignment | Involvement |
|---|---|---|---|---|---|---|---|---|---|---|
| Munster | Otto | 266474 | max/5 | mx.ar | 3S | 40 | 7-G-3 | n/a | n/a | deceased |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

### Employee(s) Involved

| Last Name | First Name | Complex | Unit | Shift | RDO | First Line Supervisor | On Duty Incident Yes/No | How Involved |
|---|---|---|---|---|---|---|---|---|
| Morgan | Justin | Florence | Central | GY | F/Sa | Sgt Moore | Y | Inc. Comm #1 |
| McDonald | Kimberley | Florence | Central | GY | W/Th | Capt Josefowicz | Y | Inc. Comm #2 |
| Collins | Michael | Florence | Central | GY | W/Th | Sgt Brown | Y | responder |
| Flores | Christopher | Florence | Central | GY | Tu/W | Sght Moore | Y | responder |

Incident Synopsis

On 3-4-2012 at approximately 2231 hrs, ICS was activated by COII J. Morgan #9922 (EIN:137403) due to inmate Munster, Otto #266474 hanging in his cell CB7-G-3. Inmate Munster appeared to be hanging from a combination of a piece of sheet tied to his vent and a shoe lace tied around his neck.

### Agency Notifications Made (Time)

| Deputy Warden 2231 DW Fizer | Duty Officer 2231 DW Robinson | Warden 2231 Warden Hetmer | Criminal Investigation Unit 2240 INV Dand Smith |
|---|---|---|---|
| Community Corrections | Probation/Parole Supervisor | | Central Office Communications 0000 hrs Inv. Trotter #255 |

### Escape Information

| County | Date Assigned to Fugitive Detail | Date Returned to Custody |
|---|---|---|

| Transported by   ☐ Air   ☐ Ambulance   ☐ ADC | Company | To |
|---|---|---|

Medically Treated By: (Dr./RN, Enter Name)
LPN Shamblin/ Dr. Scarla (via telephone from Gilbert Hospital)

| Initial Report By Lt. K. McDonald #1791 | Date 3-5-2012 | Time 0045 |
|---|---|---|

| Reporting Official Name and Title *(Please print)* Lt. K. McDonald #1791 | Employee Identification Number ▓▓▓▓ | Reporting Official's Signature |
|---|---|---|

105-3
8/6/09

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193437

ARIZONA DEPARTMENT OF CORRECTIONS

SIGNIFICANT INCIDENT REPORT *(continued)*

> *Describe incident in detail (who, what, when, where, why and how). Include a complete physical description, direction of travel, mode of transportation, type of weapon used, location of wounds on body, other distinguishing marks, location of incident, current investigation/escape and apprehension procedures in use, e.g., roadblocks, ground searches, number of individuals involved, and any in-house actions, e.g., suspects, shakedowns, etc.*

12-02729 Initial:
On 3-4-2012 at approximately 2231 hrs, ICS was activated by COII J. Morgan #9922 (EIN:        due to inmate Munster, Otto #266474 hanging in his cell CB7-G-3. Inmate Munster appeared to be hanging from a combination of a piece of sheet tied to his vent and a shoe lace tied around his neck. A level 5 Task force, supervisor, camera and medical were requested. COII Haley #9069 (EIN        , COII Collins #9899 (EIN:        Flores # COII Fisse #9686 (EIN:        on camera and Lt. K. McDonald #1791 arrived as initial responders. Lt. K. McDonald #1791 was briefed and assumed Incident Command. Medical LPN Shamblin arrived on site. An attempt was made to access the door with negative results due to an electronic failure on the cell door. Sgt Brown was sent to the tool room to obtain the tool cart and tools. Inmate Munster appeared to have numerous cuts on his right forearm and wrist. At 2247 hrs, the cell door lock panel was removed and the door was manually opened by Sgt Brown. COII Morgan, COII Collins, COII Flores, LPN Shamblin and Lt. McDonald entered the cell. A backboard was placed on the bed. COII Morgan held up the inmate and COII Collins cut the noose. The body was placed on the back board and COII Morgan began chest compressions. LPN Shamblin secured inmate Munster to the backboard. Southwest Ambulance Ambulance arrived on site and staged at the health unit. COII Palomarez #10105 (EIN:        was initialized as the crime scene officer. Inmate Munster was placed on the gurney and transported to the health unit. LPN Shamblin continued chest compressions en route to the health unit. All initial notifications were completed to include CIU Smith, DW Fizer, Warden Hetmer. Inmate Munster arrived at the health unit and was assessed by the paramedics. Per Dr. Scarla at Gilbert Hospital inmate Munster was issued a time of death of 2301 hrs. More to follow. LT K. McDonald #1791

Follow Up: On 3-5-2012 at approximately 0015 hrs, CIU Bourland arrived on site. At 0139 hrs, J. Warren Funeral (Mr. Chandler arrived on site). The crime scene was released and staff were interviewed. There was no next of kin listed on AIMS or in the visitation file for inmate Munster- notifications are still pending. The body was removed from the unit and CIU cleared the crime scene. CIRT (LT K. McDonald #1791) was on site and offered to both medical and security staff - it will be on-going. At 0202 hrs, ICS was deactivated and the unit returned to normal operations.
LT K. McDonald #1791

Follow Up: On 3-5-2012 at approximately 0330 hrs, the property inventory of inmate Munster #266474 was completed and secured inthe property in take room. The cell search was completed for the cutting implement with negative results. More to follow. Lt. K. McDonald #1791

105-3
8/6/09

   ADC193438



## SIGNIFICANT INCIDENT REPORT

| SIR Number 12-02729 | Institution/Facility ASPC-Florence Central Unit | Period Covered |
|---|---|---|
| | Phone Number (520) 868-4011 | ☐ Initial  ☑ Follow-up  ☐ Final  ☐ Supplement |
| Date of Incident 3-4-2012 | Time 22:31 | Report Date 3-5-2012 |

**NATURE OF INCIDENT** *(Check One or More)*

| | | | |
|---|---|---|---|
| ☐ Accident(s) | ☐ Behavior Control | ☐ Escape(s) | ☐ PREA |
| ☐ After Hours Transport | ☐ Chemical Agent Use | ☐ Fire Crew Deployment | ☐ Property Damage |
| ☐ Agency Assist | ☐ Criminal Act(s) | ☐ Firearm Use | ☐ Self Destructive Behavior |
| ☐ Arrest(s) Employee | ☑ Death(s) | ☐ Hostage(s) | ☐ Suicide Attempt |
| ☐ Arrests(s) Inmate/Offender | ☐ Disturbance | ☐ Medical | ☐ Weapons Recovery |
| ☐ Assaults | ☐ Employee Work Stoppage | ☐ Other | |

### Inmate(s) Involved

| Last Name | First Name | ADC Number | Custody/IR | Race | MH Score | Age | Housing | STG Name | Work Assignment | Involvement |
|---|---|---|---|---|---|---|---|---|---|---|
| Munster | Otto | 266474 | max/5 | mx.ar | 3S | 40 | 7-G-3 | n/a | n/a | deceased |
| | | | | | | | | | | |
| | | | | | | | | | | |

### Employee(s) Involved

| Last Name | First Name | Complex | Unit | Shift | RDO | First Line Supervisor | On Duty Incident Yes/No | How Involved |
|---|---|---|---|---|---|---|---|---|
| Morgan | Justin | Florence | Central | GY | F/Sa | Sgt Moore | Y | Inc. Comm #1 |
| McDonald | Kimberley | Florence | Central | GY | W/Th | Capt Josefowicz | Y | Inc. Comm #2 |
| Collins | Michael | Florence | Central | GY | W/Th | Sgt Brown | Y | responder |
| Flores | Christopher | Florence | Central | GY | Tu/W | Sght Moore | Y | responder |

**Incident Synopsis**

On 3-4-2012 at approximately 2231 hrs, ICS was activated by COII J. Morgan #9922 (EIN:137403) due to inmate Munster, Otto #266474 hanging in his cell CB7-G-3. Inmate Munster appeared to be hanging from a combination of a piece of sheet tied to his vent and a shoe lace tied around his neck.

### Agency Notifications Made (Time)

| Deputy Warden 2231 DW Fizer | Duty Officer 2231 DW Robinson | Warden 2231 Warden Hetmer | Criminal Investigation Unit 2240 INV Dand Smith |
|---|---|---|---|
| Community Corrections | Probation/Parole Supervisor | | Central Office Communications 0000 hrs  Inv. Trotter #255 |

### Escape Information

| County | Date Assigned to Fugitive Detail | Date Returned to Custody |
|---|---|---|
| Transported by ☐ Air ☐ Ambulance ☐ ADC | Company | To |

| Medically Treated By: (Dr./RN, Enter Name) LPN Shamblin/ Dr. Scarla (via telephone from Gilbert Hospital) | | |
|---|---|---|
| Initial Report By Lt. K. McDonald #1791 | Date 3-5-2012 | Time 0045 |
| Reporting Official Name and Title *(Please print)* Lt. K. McDonald #1791 | Employee Identification Number ███ | Reporting Official's Signature |

105-3
8/6/09

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193439



**ARIZONA DEPARTMENT OF CORRECTIONS**
OFFICE OF THE INSPECTOR GENERAL
INVESTIGATIONS REPORT



| TYPE:<br>**Suicide** | DR. NO.:<br>**2012-020062** |
|---|---|

# ATTACHMENT

# G

| INVESTIGATOR NAME:<br>**D. R. Bourland** | SERIAL NO.<br>**#485** | UNIT:<br>**Florence/Eyman CIU** | PAGE<br>7 |
|---|---|---|---|

# ARIZONA DEPARTMENT OF CORRECTIONS

## Information Report

| Report Number | 12-A01- 1648 |
|---|---|
| Report Date | 03/04/2012 |
| Page | 1 of 2 |

| To Terry | Title Correctional Lieutenant | Unit ASPC-F/Central Unit |
|---|---|---|
| From Smith | Title Correctional Sergeant | Unit ASPC-F/Central Unit |

**Subject** INMATE TELEPHONE.

**Staff Involved**

| Employee Name *(Last, First M.I.)* | Title Correctional | Badge Number 1791 |
|---|---|---|
| Employee Name *(Last, First M.I.)* | Title | Badge Number |

**Intel**

| Intelligence Category 1 N/A | | Intelligence Category 2 N/A |
|---|---|---|
| Source Type N/A | Source's Last Name N/A | Source's ADC Number N/A |

**Inmates Involved**

| Inmate Name *(Last, First M.I.)* | ADC Number | Unit A01 | HU/BED | Involved As: subject |
|---|---|---|---|---|
| Inmate Name *(Last, First M.I.)* Lee Fretow | ADC Number | Unit | HU/BED | Involved As: |

| Time 1130 hrs | Date 03/04/2012 | Location ASPC-Florence /Central Unit / CB-7 |
|---|---|---|

**Summary**

On the above date and approximate time, it was reported that the inmate phone was missing. It was last on F/G run. All inmates on F/G run were stripsearched, removed from their cells and each cell was searched. The phone was not recovered. Four food trays were recovered from cells F15 and F-16. The trays that were recovered from F-16, had a piece missing from the front side. The piece was approximately 2"x6".

| Employee's Signature *1583* | Title Sergeant |
|---|---|

**Action Taken**

**Comments/Action Taken**

Photos are attached to this report. The inmate (Sanchez #221224) was placed on report. Cell F-16 searched For missing piece. Missing portion of food Tray not found in F-16.

| Employee's Signature | Title ~~Sergeant~~ Lt # 7679 |
|---|---|

**Distribution** *(✓ Check all that apply)*

☑ Lt. Evans
☑ Lt. Terry
☑ COIV
✓ SSU

| Entered Into Data Base | |
|---|---|
| By | |
| Date | |

105-2PF
3/10/00
(40000029)

Electronic Version Only - Must be completed on the computer - Do not reproduce blank forms.

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193441

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Information Report Supplemental Sheet**

| Report Number | 11-A01-1648 |
|---|---|
| Report Date | 03/04/2012 |
| Page | 2 of 2 |

| To | | Date 3/5/12   ~~03/04/2012~~ |
|---|---|---|
| Comments/Action Taken | | |
| Employee's Signature | *[signature]* | Job Title  CAPTAIN |

| To | | Date  Mar 6, 2012 |
|---|---|---|
| Comments/Action Taken | | |
| Employee's Signature | *[signature]* | Job Title  CO IV |

| To | | Date  3|5|12 |
|---|---|---|
| Comments/Action Taken | | |
| Employee's Signature | W Barnes | Job Title  ADW |

| To  Lt. Evans / Lt. Terry | | Date  3/6/12 |
|---|---|---|
| Comments/Action Taken | | |

Please explain how you missing trays when an accurate count is suppose to be done every evening

| Employee's Signature *[signature]* | Job Title  DW |
|---|---|

Electronic Version Only - Must be completed on the computer - Do not reproduce blank forms.

Distribution ( Same as first page )

2 of 2

105-2PF
3/10/00
(40000029)

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193442

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Continuation Sheet**

To be used as a continuation for all reports.  Indicate sections being continued.

| Date | Report Number |
|------|---------------|
| 03/04/2012 | 12A011648 |

On 03/04/2012 at approximately 1215 hours I Officer Faiella along with Officer Clifford conducted a search of CB#7 G-3.  Inmate Munster #266474 is assigned to 7-G-3.  During the search approximately 8 or 9 unmarked pills which had been lying on the floor and a small unmarked manilla envelope containing unmarked pills were recovered and turned over to Sgt. Smith.  Sgt. Smith turned the medication over to medical staff.  No other contraband was found during the search.

| Employee Name (Last, First M.I.) | Employee Signature and Badge Number | Date |
|----------------------------------|-------------------------------------|------|
| Faiella, Vincent | | 3-3-12 |

Page ___1___ of ___1___

105-5
8/6/09

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193443

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

**ARIZONA DEPARTMENT OF CORRECTIONS**

Correctional Service Log

| Institution/Facility | Institutional Unit | Period Covered | 2254 | |
|---|---|---|---|---|
| Florence | (Central) | Hour 2253 | Date 2/4/12 | |
| Housing Unit/Post/Duty Assignment | | Hour 0201 | Date 2-5-12 | |
| CB-7 | | | | |

| Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed | Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed |
|---|---|---|---|---|---|---|---|
| Palomarez | CP | 2254 | 2307 | | | | |
| Hendricks | GH | 2307 | 0201 | | | | |

| Time of Day | Occurrence/Action Taken: Events, Activities, Disciplinary Violations, Maintenance Requirements, Safety/Health Hazards, Other Information Received and Action Taken, etc. | Staff Initials |
|---|---|---|
| 2255 | Inmate Munster #266474 exit CB-7 escorted by COII Collins | CP |
| 2256 | COII Moss, LI mcdonald and RN Sims to the health and | CP |
| | Sgt Brown, Isaiah ████████ ████████ Inmate ██████ | CP |
| 2254 | exit CB-7 Back to CB-2/ Posters & | CP |
| 2301 | Code watch Awlxed on site COII Palomarez | CP |
| 2301 | Inmate time of death 2301 | CP |
| 2307 | Gilbury no crime Seen to COII Hendricks | CP |
| 2307 | Assumed the Crime Scene from COII Palomarez by COII Hendricks | GH |
| | CB-7-George run cell 3 no inmates or officers present at this time | GH |
| 2336 | COII Palomarez walks past CB-7-G-3 Conducting count all Secure | GH |
| 2354 | Formal count cleared for Central unit | GH |
| 0004 | COII Palomarez walks past CB7-G-3 picking up mail | GH |
| 0076 | Informal count cleared for Central unit | GH |
| 0100 | Informal count starts for Central unit | GH |
| 0108 | COII Palomarez walks past CB7-G-3 informal count | GH |
| 0131 | COII Palomarez walks past CB7-G-3 fire check | GH |
| 0141 | Informal Count cleared for Central unit | GH |
| 0150 | CIU Bourland, RN Fizer, and Lt McDonald enter CB7-G-3 | GH |
| 0155 | COII Palomarez walks past CB7-G-3 fire check | GH |
| 0200 | Informal count starts for Central unit | GH |
| 0201 | CIU Bourland removed noose and cleared the Crime scene | GH |

☐ Shift Commander _____

☐ Chief of Security

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                ADC193445

**Correctional Service Log**

| Institution/Facility | Institutional Unit | Period Covered | | |
|---|---|---|---|---|
| ASPC-F | central | Hour 2301 | Date 3-4-11 | |
| Housing Unit/Post/Duty Assignment | | Hour | Date | |
| body watch inmate munster #266474 | | | | |

| Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed | Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed |
|---|---|---|---|---|---|---|---|
| COII Fisse | 2F | 2301 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Time of Day | Occurrence/Action Taken: Events, Activities, Disciplinary Violations, Maintenance Requirements, Safety/Health Hazards, Other Information Received and Action Taken, etc. | Staff Initials |
|---|---|---|
| 2301 | COII Fisse assumes post at this time | 2F |
| 2301 | time of death announced at this time | 2F |
| 2308 | COII Fisse conducts security check, no discrepencies found | 2F |
| 2316 | COII Fisse conducts security check, no discrepencies found | 2F |
| 2323 | COII Fisse conducts security check, no discrepencies found | 2F |
| 2329 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2F |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2F |
| 2331 | COII Fisse conducts security check, no discrepencies found | 2F |
| 2338 | COII Fisse conducts security check, no discrepencies found | 2F |
| 2347 | COII Fisse conducts security check, no discrepencies found | 2F |
| 2354 | central unit clears formal count | 2F |
| 2355 | COII Fisse conducts security check, no discrepencies found | 2F |
| 2400 | central unit begins informal count | 2F |
| 0004 | COII Fisse conducts security check, no discrepencies found | 2F |
| 0006 | DW Greer on site, departs 0010 | 2F |
| 0011 | COII Fisse conducts security check, no discrepencies found | 2F |
| 0019 | COII Fisse conducts security check, no discrepencies found | 2F |
| 0028 | CIV Buckland on site | 2F |
| 0028 | COII Fisse conducts security check, no discrepencies found | 2F |
| 0035 | COII Fisse conducts security check, no discrepencies found | 2F |
| 0044 | end Fisse conducts security check, no discrepencies found | 2F |
| 0045 | CIV buckland begins taking pictures of body | 2F |
| 0046 | informal count clears | 2F |
| 0055 | COII Fisse conducts security check, no discrepencies found | 2F |
| 0100 | central unit begins informal count | 2F |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Shift Commander
☐ Chief of Security
☐ Deputy Warden

105-6
8/22/11

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                ADC193446

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193447

ARIZONA DEPARTMENT OF CORRECTIONS

Correctional Service Log

| Institution/Facility ASPC-FLORENCE | Institutional Unit CENTRAL | Period Covered | | |
|---|---|---|---|---|
| | | Hour 1400 | Date 3/4/12 | |
| Housing Unit/Post/Duty Assignment CB-7 | | Hour 2200 | Date 3/4/12 | |

| Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed | Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed |
|---|---|---|---|---|---|---|---|
| Osborn, S  COI | JO | 1400 | 2200 | | | | |
| Louge, J  COII | JL | 1400 | 2200 | | | | |
| Musgrave, V  COII | VM | 1430 | 1535 | | | | |
| Castro, J  COII | JC | 1441 | 2020 | | | | |

| Time of Day | Occurrence/Action Taken: Events, Activities, Disciplinary Violations, Maintenance Requirements, Safety/Health Hazards, Other Information Received and Action Taken, etc. | Staff Initials |
|---|---|---|
| 1400 | Relieved Day Shift Officer Ramirez of all duties and equipment. | JO |
| 1402 | Begining ... ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | JO |
| | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | JO |
| | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | JO |
| 1406 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ accounted for. | JO |
| 1408 | All equipment accounted for as per the continued inventory sheet including: ▉▉▉▉▉▉ | JO |
| | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | JO |
| 1408 | Initial security device inspection conducted by COII Louge, no discrepancies. | JO |
| 1415 | Initial sanitation inspection conducted by COII Osborn, no discrepancies. | JO |
| 1420 | Initial security/fire/health and welfare check conducted by COII Louge, no discrepancy | JO |
| 1420 | D.O. 704 compliance inspections begin. | JO |
| 1435 | Showers begin on Able and Fox runs - SO Razors checked out. | JO |
| 1440 | Able 16 and 17 Refuse shower, George 1 and 3 refuse. | JO |
| 1441 | COII Castro escorts CB2 Door Porters into CB7 to repair Able 5 Door as well as George 2 Door. | JO |
| 1445 | Fox 3 Refuses shower. | JO |
| 1450 | Security/fire/health and welfare check conducted by COII Louge begins 1506-complete, no discrepancies | JO |
| 1453 | Fox 5 refuses shower. | JO |
| 1456 | I/M ▉▉▉▉▉▉▉▉▉, and I/M ▉▉▉▉▉▉▉ Door porters enter CB-7 Main control area to work on electric panel (Approved by Lt. Jensen). | JO |
| 1511 | ICS is initiated by COII Musgrave due | JO |

☐ Shift Commander
☐ Chief of Security
☐ Deputy Warden

Correctional Service Log

| Institution/Facility | Institutional Unit | | Period Covered | | |
|---|---|---|---|---|---|
| ASPC - Florence | Central | | Hour 1400 Date 3/24/12 | | |
| Housing Unit/Post/Duty Assignment | | | Hour 2200 Date 3/24/12 | | |
| CB-7 | | | | | |

| Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed | Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed |
|---|---|---|---|---|---|---|---|
| Osborn, S   COII | SO | 1400 | 2200 | | | | |
| Lauge, J   COII | JL | 1400 | 2200 | | | | |
| Musgraves, V   COII | VM | 1430 | 1535 | | | | |
| Castro, J   COII | JC | 1441 | 2020 | | | | |

| Time of Day | Occurrence/Action Taken: Events, Activities, Disciplinary Violations, Maintenance Requirements, Safety/Health Hazards, Other Information Received and Action Taken, etc. | Staff Initials |
|---|---|---|
| 1511 | to a homemade stabbing device found in Fox 8 during a routine search. | SO |
| 1510 | (Delayed entry) COII Musgraves and COII Lauge search Fox 8 while inmate is in shower. | SO |
| 1518 | Security/fire/health and welfare check conducted by COII Lauge begins. 1531-complete, no discrepancies. | SO |
| 1535 | TCS stands down. | SO |
| 1545 | Security/fire/health and welfare check conducted by COII Lauge begins. 1557-complete, no discrepancies. | SO |
| 1600 | Formal count begins/ Security/fire/health and welfare check conducted by COII Lauge begins. | SO |
| 1617 | COII Castro escorts ██████ porters ██████ and ██████ back to CB8. | SO |
| 1627 | CB-7 clears count, no discrepancies. | SO |
| 1629 | Security/fire/health and welfare check conducted by COII Lauge begins. 1644-complete, no discrep. | SO |
| 1638 | CO I Castro attempts to search Fox 10, inmate refuses. Sgt. Mexin is called to CB-7 | SO |
| 1657 | Security/fire/health and welfare check conducted by COII Lauge begins 1712, complete, no discrepancies | SO |
| 1701 | Fox 11 is searched by COII Castro and COII Ostrander. 1712-complete, no discrepancies. | SO |
| 1705 | Fox 12 is searched by COII Castro and COII Ostrander. | SO |
| 1713 | COII Lauge and COII Castro begin Dinner Chow. | SO |
| 1642 | Formal count clears | SO |
| 1725 | Continuous staff movement - Security/fire/ health and welfare check conducted by COII Lauge and COII Castro begins. 1740-complete, no discrepancies. | SO |
| 1750 | Security/fire/health and welfare check conducted by COII Lauge and Castro begins. 1812-complete, no discrep. | SO |

☐ Shift Commander _____
☐ Chief of Security _____
☐ Deputy Warden _____

Page 2 of 4

105-6
8/22/11

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193449

ARIZONA DEPARTMENT OF CORRECTIONS

Correctional Service Log

| Institution/Facility ASPC-FLORENCE | Institutional Unit CENTRAL | Period Covered | | |
|---|---|---|---|---|
| | | Hour 1400 | Date March 84 | |
| Housing Unit/Post/Duty Assignment CB-7 | | Hour 2200 | Date 3/4/12 | |

| Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed | Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed |
|---|---|---|---|---|---|---|---|
| Osborn, S    CO II | SO | 1400 | 2200 | | | | |
| Logue, J    CO II | JL | 1400 | 2200 | | | | |
| Musgrove, V    CO II | VM | 1430 | 1535 | | | | |
| Castro, J    CO II | JC | 1441 | 2020 | | | | |

| Time of Day | Occurrence/Action Taken: Events, Activities, Disciplinary Violations, Maintenance Requirements, Safety/Health Hazards, Other Information Received and Action Taken, etc. | Staff Initials |
|---|---|---|
| 1810 | Sgt. T. Falts, 1300 pick for lg. review and area tour | SO |
| 1815 | CO II Salemano does clippers on Fox-run. | SO |
| *1818 | Continuous staff movement / Security / fire / health and welfare check conducted by CO II Logue and CO II Castro begins 1830-complete, no discrep. | SO |
| 1843 | CO II Castro starts shavers up. Fox 10, 11, 12 Refuse shower | SO |
| *1845 | Continuous staff movement / Security / fire / health and welfare check conducted by CO II Logue and Castro begins. | SO |
| 1850 | George 5 and 6 refuse shower | SO |
| *1911 | Security / fire / health and welfare check conducted by CO II Logue and CO II Castro begins. 1926-complete, no discrepancies. | SO |
| 1920 | George 10 refuses shower | SO |
| *1940 | Continuous staff movement - Security / fire / health and welfare check conducted by CO II Logue and Castro begins. 1954-complete, no discrepancies. | SO |
| 1948 | George 14 and 15 refuse shower | SO |
| 1952 | Dinner chow complete | SO |
| 2006 | Continuous staff movement - Security / fire / health and welfare check conducted by CO II Castro and CO II Logue begin. 2019-complete, no discrepancies. | SO |
| *2012 | Nurse Shaw enters CB-7 with meds | SO |
| 2020 | CO II Logue brings auger to C-18 for clogged toilet. — Showers complete — | SO |
| 2030 | Formal count begins. Security / fire / health and welfare check by CO II Logue begins. 2055-complete, no dis. | SO |
| *2031 | Nurse Shaw exits CB-7 | SO |
| 2055 | CB-7 clears count | SO |
| 2100 | Continuous staff movement - Security / fire / health and welfare check conducted by CO II Logue begins. 2116-complete, no discrepancies. | SO |
| 2107 | Formal count clears. | SO |

☐ Shift Commander _____
☐ Chief of Security _____
☐ Deputy Warden _____

105-6

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193450

ARIZONA DEPARTMENT OF CORRECTIONS
Correctional Service Log

| Institution/Facility ASPC-Florence | Institutional Unit CENTRAL | Period Covered | | |
|---|---|---|---|---|
| | | Hour | 1400 | Date 3/4/12 |
| Housing Unit/Post/Duty Assignment CB-7 | | Hour | 2200 | Date 3/4/12 |

| Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed | Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed |
|---|---|---|---|---|---|---|---|
| Osborn, S COII | AE | 1400 | 220 | | | | |
| Logue, J COII | JL | 1400 | 2200 | | | | |
| Musgrave, V COII | VM | 1430 | 1535 | | | | |
| Castro, J COII | JC | 1441 | 2020 | | | | |

| Time of Day | Occurrence/Action Taken: Events, Activities, Disciplinary Violations, Maintenance Requirements, Safety/Health Hazards, Other Information Received and Action Taken, etc. | Staff Initials |
|---|---|---|
| 2120 | Security/fire/health and welfare check conducted by COII Logue begins. 2134-complete, no discrepancies. | AE AE AE |
| ✱ 2140 | Ending Security/health and welfare/fire check conducted by COII Logue begins. 2152-complete, | AE AE |
| 2152 | D.O. 704 compliance inspections end | AE |
| 2152 | Ending sanitation inspection conducted by COII Logue, no discrepancies. | AE AE |
| 2152 | Ending security device inspection, no discrepancies. | AE |
| 2153 | Ending equipment inventory accounted for as per the continuous inventory sight including: | AE AE |
| | ████████████████████████████ | AE AE |
| | as beggining of shift | AE |
| 2155 | Ending key inventory: █████████████████ | AE AE |
| | ████████████████████████████ | AE |
| 2156 | accounted for | AE |
| 2156 | Relieved by grave shift officer Gilmore of all duties and equipment | AE AE |

| ☐ | Shift Commander |
|---|---|
| ☐ | Chief of Security |
| ☐ | Deputy Warden |

105-6
8/22/11

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193451

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Correctional Service Log**

| Institution/Facility | | Institutional Unit | | Period Covered | | |
|---|---|---|---|---|---|---|
| ASPC-FLORENCE | | CENTRAL | | Hour 2200 | Date 5-4-12 | |
| Housing Unit/Post/Duty Assignment | | | | Hour 0600 | Date 3-5-12 | |
| CB7 | | | | | | |

| Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed | Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed |
|---|---|---|---|---|---|---|---|
| Giunne, K  COII  (DOCK) | Kg | 2158 | 0600 | Sgt. Brown | | 2235 | 2258 |
| Mongan, J  COII  (FLOOR) | M | 2158 | 2255 | Palomarez,  COIV | | 2233 | |
| Haror  COII | K | 2233 | 2250 | Chamberlin  Nurse | | 2236 | 2255 |
| LT McDonald | | 2235 | 2255 | Collins  COII | | 2233 | 2255 |

| Time of Day | Occurrence/Action Taken: Events, Activities, Disciplinary Violations, Maintenance Requirements, Safety/Health Hazards, Other Information Received and Action Taken, etc. | Staff Initials |
|---|---|---|
| 2158 | Relived by Officer Gibson of all post duties and equipment as follows ██████ | Kg |
| 2158 | ██████ | Kg |
| 2200 | ✓ Beginning key inventory ██████ | Kg |
| 2200 | ✓ accounted for. | Kg |
| 2202 | Beginning radio inventory ██████ accounted for. | Kg |
| 2203 | ✓ Health & Welfare check completed at 2231 hrs by COII Mongan with | Kg |
| 2203 | no discrepancies found or noted. | Kg |
| 2205 | ✓ Security device check completed at 2231 hrs by COII Mongan with | Kg |
| 2205 | and discrepancies found or noted. G-35 door will not open | Kg |
| 2219 | ✓ Fire/safety check completed by COII Giunne | Kg |
| 2221 | • Building/area emergency exit sign posted properly. | Kg |
| 2225 | • Fire extinguishers secure and posted properly. | Kg |
| 2226 | • Spill kit ██████ | Kg |
| 2230 | • SCBA # ██████ | Kg |
| 2231 | • Suicide attempt # 1478440 → COII Mongan initiated ICS for I/M Munster G-3 | Kg |
| 2232 | • No discrepancies found or noted. | Kg |
| 2232 | Ventilation check completed by COII Mongan | Kg |
| 2233 | Responding staff arrived on site | Kg |
| 2234 | 7-G-3 will not open / no power / camera not working | Kg |
| 2236 | Nurse Chamberlin arrived | Kg |
| 2245 | 2 I/M porters on site to manually open 7-G-3 I/M Munster's door | Kg |
| 2247 | Cell was open COII Dulube COII Mongan, Collins / camera start working | Kg |
| 2248 | COII Mongan doing CPR /AED | Kg |
| 2250 | Sgt Walls on site / exit CB7 | Kg |
| 2251 | Moved I/M from cell to gurney | Kg |
| 2252 | I/M placed on going to Health Unit | Kg |
| 2255 | I/M Munster in Health Unit | Kg |
| 2231 | At 1 & 92 am code 4 officer Mongan discovered G-3 hanging | Kg |
| 2257 | Sgt Brown escorts 2 porters back to CB2 | Kg |
| 2301 | I/M Munster pronounced dead | Kg |
| 2250 | COII Palomarez on site with journal to sit on crime scene | Kg |
| 2300 | Formal count announced by COII Robinson at this time | Kg |
| 2305 | LT McDonald approved formal count at this time | Kg |
| 2305 | COII Palomarez begins formal count | Kg |

| ☐ Shift Commander | |
|---|---|
| ☐ Chief of Security | |
| ☐ Deputy Warden | |

105-6
8/22/11

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193452

Correctional Service Log

| Institution/Facility | | | Institutional Unit | | Period Covered | | | |
|---|---|---|---|---|---|---|---|---|
| ASPC-FLORENCE | | | CENTRAL | | Hour 2200   Date 3-4-12 | | | |
| Housing Unit/Post/Duty Assignment | | | | | Hour 0600   Date 3-5-12 | | | |
| CB-7 | | | | | | | | |

| Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed | Staff Member (Last, First M.I. and Title) | Staff Initials | Time Arrived | Time Departed |
|---|---|---|---|---|---|---|---|
| Gilmore, K   COII (nurse) | ikg | 2158 | | | | | |
| Palomarez   COII | | 2233 | | | | | |
| Hendrix   COII | | 2305 | | | | | |

| Time of Day | Occurrence/Action Taken: Events, Activities, Disciplinary Violations, Maintenance Requirements, Safety/Health Hazards, Other Information Received and Action Taken, etc. | Staff Initials |
|---|---|---|
| 2232 | I, COII Gilmore broke the seal for the suicide shears to cut down I/m | ikg |
| 2233 | Munster. | ikg |
| 2305 | COII Hendrix enters CB7 to take over the crime scene / journal | ikg |
| 2305 | For COII Palomarez to do formal count | ikg |

☐  Shift Commander
☐  Chief of Security
☐  Deputy Warden

Page 2 of 3

105-6
8/22/11

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193453

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

 **ARIZONA DEPARTMENT OF CORRECTIONS**

**Information Report**

| Report Number | |
|---|---|
| Report Date | 3-15-2012 |
| Page | 1 of 3 |

| To<br>Patricia Arroyo | Title<br>CRNSII | Unit<br>ASPC-Florence |
|---|---|---|
| From<br>Dustin Shamblin | Title<br>LPN | Unit<br>ASPC-Florence-Central |

**Subject**
Medication Administration Record Discrepancy

**Staff Involved**

| Employee Name (Last, First M.I.)<br>Tolentino, Tracy | Title<br>LPN | Badge Number |
|---|---|---|
| Employee Name (Last, First M.I.)<br>Wright, Sarah | Title<br>RN | Badge Number |

**Intel**

| Intelligence Category 1 | | Intelligence Category 2 | |
|---|---|---|---|
| Source Type | | Source's Last Name | Source's ADC Number |

**Inmates Involved**

| Inmate Name (Last, First M.I.) | ADC Number | Unit | HU/BED | Involved As: |
|---|---|---|---|---|
| Inmate Name (Last, First M.I.) | ADC Number | Unit | HU/BED | Involved As: |

| Time<br>1700 | Date<br>3/15/2012 | Location<br>Central Health Unit |
|---|---|---|

**Summary**

On the above date and approximate time I was informed of a situation I need to bring to your attention. Details are as follows on the continuation sheet as this space will not allow for all information to be presented.

| Employee's Signature<br>*[signature]* | Title<br>LPN |
|---|---|

**Comments/Action Taken**

| Employee's Signature | Title |
|---|---|

**Distribution** (Check all that apply)

☐ _____
☐ _____
☐ _____

| Entered into Database |
|---|
| By _____ |
| Date _____ |

1 of 2

105-2
8/6/09

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193455

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Continuation Sheet**

*To be used as a continuation for all reports.  Indicate sections being continued.*

| Date | Report Number |
|---|---|
| 03/15/2012 | |

On the night inmate Munster, Otto #266474 committed suicide, CIU requested a copy of the medication administration record (MAR) for inmate Munster.  At the nurses station I copied the one and only MAR I found for inmate Munster.  I stamped "COPY" on the MAR copy in red ink. Later, during the AM shift change I observed Tracy Tolentino, LPN with inmate Munsters MAR.  I noticed that the MAR had changed from the previous version I had seen.  The MAR now showed the inmates medication as refused where previously it had not been marked as refused.  I asked Tracy Tolentino, LPN what had happened.  She stated "He had been refusing his meds.  I forgot to mark it down as refused and Sarah (Wright, RN) told me to change it."  I later asked nurse Sarah Wright, RN if she had told Tracy Tolentino, LPN to change inmate Munsters MAR.  She replied "Yes."  I stated to Sarah Wright, RN that the copy CIU had been given should have been the last documentation on the MAR as the inmate was deceased and no further entries should be entered on the MAR.  Sarah Wright, RN replied "Okay."  As Sarah Wright, RN is my immediate supervisor I felt as though the incident was addressed by following my chain of command.  During the beginning of my shift on 3-15-2012 I heard a rumor that Tracey Tolentino, LPN was being fired due to an alteration of medical records.  I continued up the chain of command and notified CRNSII Patricia Arroyo, RN via telephone of the incident as ASPC-Florence-Central Unit currently has a vacancy in the CRNSI position.  I then completed this report as requested by CRNSII Arroyo.  End of report.

| Employee Name *(Last, First M.I.)* | Employee Signature and Badge Number | Date |
|---|---|---|
| Shamblin, Dustin L. | *Dust Shaml, LPN* 124205 | 3-15-12 |

Page __3__ of __3__

105-5
8/6/09

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193456



# ARIZONA DEPARTMENT OF CORRECTIONS

## Information Report

| Report Number | _____ |
|---|---|
| Report Date | 3/19/2012 |
| Page | _____ |

| To | Title | Unit |
|---|---|---|
| Kendall, Dennis | FHA | ASPC-Florence |

| From | Title | Unit |
|---|---|---|
| Wright, Sarah | CRN | ASPC-F-Central Health Unit |

**Subject**
Death of an Inmate

**Staff Involved**

| Employee Name (Last, First M.I.) | Title | Badge Number |
|---|---|---|
| | | |

| Employee Name (Last, First M.I.) | Title | Badge Number |
|---|---|---|
| | | |

**Intel**

| Intelligence Category 1 | Intelligence Category 2 |
|---|---|
| | |

| Source Type | Source's Last Name | Source's ADC Number |
|---|---|---|
| | | |

**Inmates Involved**

| Inmate Name (Last, First M.I.) | ADC Number | Unit | HU/BED | Involved As: |
|---|---|---|---|---|
| Munster, Otto | 266474 | Central | CB7 | Subject |

| Inmate Name (Last, First M.I.) | ADC Number | Unit | HU/BED | Involved As: |
|---|---|---|---|---|
| | | | | |

| Time | Date | Location |
|---|---|---|
| 2301 | 03/04/2012 | ASPC-F-Central |

**Summary**

On the above date and approximate time LPN Cassie Shaw reported to me that inmate Munster #266474 had refused his 1900 medications. At approximately 2220 an ICS was called involving inmate Munster, medical was requested and LPN Dustin Shamblin and CNA Paula McClary responded to the situation in which inmate Munster was in cardiac arrest. Inmate Munster was brought to the health unit on a backboard with head and neck immobilized and CPR in progress. Southwest Ambulance paramedics assumed care, performed an EKG and found that inmate Munster was in asystole. Continued on next page.

| Employee's Signature | Title |
|---|---|
| *Sarah L. Wright* | CRN |

**Comments/Action Taken**

| Employee's Signature | Title |
|---|---|
| | |

**Distribution** (*Check all that apply*)

| Distribution | Entered into Database |
|---|---|
| ☐ _____ | By _____ |
| ☐ _____ | Date _____ |
| ☐ _____ | |

1 of 2

105-2
8/6/09

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                ADC193457

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Continuation Sheet**

To be used as a continuation for all reports.  Indicate sections being continued.

| Date | Report Number |
|---|---|
| 03/19/2012 | |

Southwest ambulance paramedics notified Dr. Scarla from Gilbert Hospital and recieved a time of death for 2301. Inmate Munster and the area were secured by security awaiting CIU and the Coroner. Dr. Dennis Kendall FHA was notified at approximately 0100 on 3/5/2012. At approximatley 0600 LPN Tracy Tolentino began her shift, was conversing with myself in the medication room when I informed LPN Tolentino of the death of inmate Munster. LPN Tolentino reported to me that security had found several packets of medications in his cell on 3/4/2012 that hadn't been taken by inmate Munster. LPN Tolentino reported to me that she had written a "post-it" note and put it on the MAR to inform other nurses that the inmate had been holding on to his medications, I stated to LPN Tolentino that considering the inmate had died she should probably document about the medications found in his cell, to which LPN Tolentino left the medication room and I left to go home. End of report.

| Employee Name (Last, First M.I.) | Employee Signature and Badge Number | Date |
|---|---|---|
| Wright, Sarah, J. | Sarah Wright | 3/19/12 |

Page ____ of ____

105-5
8/6/09

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC193458

# ARIZONA DEPARTMENT OF CORRECTIONS

## Information Report

| Report Number | |
|---|---|
| Report Date | 3/19/12 |
| Page | 1 of 1 |

**Staff Involved**

| To | Kendall, Dennis | Title | F.H.A. | Unit | Florence |
|---|---|---|---|---|---|
| From | Tolentino, Tracy | Title | CLPN II | Unit | Central |

| Subject | I/m Munster |
|---|---|

| Employee Name (Last, First M.I.) | Tolentino, Tracy | Title | CLPN II | Badge Number | |
|---|---|---|---|---|---|
| Employee Name (Last, First M.I.) | | Title | | Badge Number | |

**Intel**

| Intelligence Category 1 | | Intelligence Category 2 | |
|---|---|---|---|
| Source Type | | Source's Last Name | Source's ADC Number |

**Inmates Involved**

| Inmate Name (Last, First M.I.) | Munster, Otto | ADC Number | Unit Central | HU/BED 7 9 3 | Involved As: inmate |
|---|---|---|---|---|---|
| Inmate Name (Last, First M.I.) | | ADC Number | Unit | HU/BED | Involved As: |

**Summary**

| Time | 0600 | Date | 3-5-12 | Location | Central |
|---|---|---|---|---|---|

Summary On the Above date and approximate time I CLPN Tolentino arrived to work at central unit. I ran into Paula CNA and she informed me that there was A suicide last night. I asked her who and she had told me that it was 7B3. I advised her that it wasn't 7B3 due to there was no one in that cell that took watch swallow. I asked her if it was 7B3 due to that he had both am/pm meds. She said "yes it was him and that they found meds in his room". I proceeded to go to the unit where I was told again that I/m munster committed suicide. I went to his med sheet and circled 3/4 Am meds due to I/m munster threw his meds/envelope in the toilet. Proceeded to finish my work for that day on Monday 3/5/12 I had the building officers escort me to do my meds.

| Employee's Signature | Tracy Tolentino | Title | CLPN II |
|---|---|---|---|

**Action Taken**

| Comments/Action Taken | |
|---|---|
| Employee's Signature | Title |

| Distribution *(Check all that apply)* | Entered into Database |
|---|---|
| ☑ Patricia Arroyo | By |
| ☐ | Date |
| ☐ | |

1 of 2

105-2
8/6/09

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC193459



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Administrative Inquiry**

| | Inquiry Number | Date of Inquiry |
|---|---|---|
| | 2012-0230 | March 16, 2012 |

| Employee Name *(Last, First M.I.)* | Job Title | EIN |
|---|---|---|
| Tolentino, Tracy | LPN | ██████ |

*(If more than one employee involved, attach additional sheets)*

| Date of Occurrence | Location of Occurrence | Date Occurrence **Discovered** |
|---|---|---|
| March 4, 2012 | ASPC-Florence | March 13, 2012 |

| Complainant's Name *(Last, First M.I.)* | Work Location | Address | Phone Number |
|---|---|---|---|
| Kendall, Dennis | ASPC-Florence | | |

**Synopsis of Inquiry** *(Written in narrative style describing available details)*

On March 4, 2012, at 2315 hours the Florence Criminal Investigations Unit was notified of the death of inmate Otto Munster. In the course of the investigation, copies of the Medication Administration Record (MAR) for inmate Munster was obtained for March 1, through 4th. On this document, Nurse Shaw had initialed and circled the MAR for March 4th at 1900 hours indicating inmate Munster had refused this dose. Only Nurse Shaw's March 4th entries were circled on the MAR. On March 13, 2012, investigator Bourland reviewed inmate Munster's medical file and found that the MAR for March 1 through March 4 had been altered. The altered document showed your initials and all other nursing staff for those dates were circled indicating inmate Otto had refused his medications for March 1 through March 4. Please respond to the following questions:

1. Did you alter the MAR for March 1 through March 4, 2012, for inmate Otto Munster? In your Information Report, you stated you changed the MAR by circling 3/4 AM meds due to inmate Munster threw his meds/envelope in the toilet. Did you deliver AM meds on March 3 and 4, 2012 to inmate Munster? According to the original MAR, LPN Shea Ludke had initialed the MAR that he had delivered the AM meds to inmate Munster on March 3, 2012. Did you tell RN Wright that you had written a "post-it" note and put it on the MAR to inform other nurses that the inmate had been holding onto his medications? If this is accurate, why didn't you write comments in the SOAP notes and write an informtion report? What days did you deliver medications that he refused to take?

2. You have reported that inmate Munster refused to take the medication you delivered to him. What happened to the medication(s) he refused to take?

3. The altered MAR shows that inmate Munster refused all of his medications (0900 and 1900 hours) for March 1 through March 4th. On the altered MAR, did you circle the initials of LPN Ludke who also recorded on the MAR that he had delivered medications March 1 through March 3, 2012, for inmate Munster?

4. Were you aware that inmate Munster had been refusing to take his medications for several days?

5. If you were aware that inmate Munster had been refusing to take his medications for three days or more, did you report it to the Unit Mental Health staff? Did you report to anyone that inmate Munster had been refusing to take his medications?

| Supervisor Name *(Last, First M.I.) (Please print)* | Job Title | Supervisor's Signature | Date |
|---|---|---|---|
| Arroyo, Patricia | CRNS II | x *Patricia L. Arroyo* | 3/19/12 |

601-1
10/3/11

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193460

**Administrative Inquiry** *(continued)*

**EMPLOYEE RESPONSE**

| Case Number |
| --- |
| 2012-0230 |

(Original response must be completed within three (3) workdays, as defined by their current duty schedule)

#1- I circled the am meds on March 4th. I was not working March 1st 3rd. I did not tell RN Wright anything. Just the am meds on March 4th.

#2- As stated in my IR, he threw the meds and envelope in toilet.

#3- No I did not.

#4- No.

#5- When MAR was checked by me on March 4th no other dates were circled to indicate a refusal.

| Employee Signature | Date |
| --- | --- |
| x Tracy Tolentino | 3-21-12 |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ARIZONA DEPARTMENT OF CORRECTIONS

Institutional Sign-In Log

Institution/Unit ASPC/FLORENCE-CENTRAL UNIT

| Date | Name/Title | Time of Entry | Control Officer's Signature/Initial | Time of Exit | Control Officer's Signature/Initial |
|------|-----------|---------------|-------------------------------------|--------------|-------------------------------------|
| 3/5 | BOURLAND          CIU | 0024 | DA | 0300 | ~ |
| 3/5 | Taylor      C-II | 0400 | gm | 0412 | Tully |
| 3/5 | Reza      CoII | 0400 | gm | 0412 | Tully |
| 3/5 | Cerna | 0843 | Medina | 1533 | AM |
| 3/5 | Ortega | 0843 | Medina | 1533 | AM |
| 3/5 | Rubio | 0843 | Medina | 1533 | AM |
| 3/5 | Lynah | 0843 | Medina | 1533 | AM |
| 3/5 | Harrison | 0843 | Medina | 1533 | B-A |
| 3/5 | Franc | 0832 | Tully | 1256 | Medina |
| 3/5 | Baird .S | 0932 | Tully | 1445 | AM |
| 3/5 | Berkley | 1112 | Medina | 1114 | Medina |
| 3/5 | Masood | 1214 | Medina | 1403 | Medina |
| 3/5 | Pogue | 1230 | Medina | 1245 | Medina |
| 3/5 | Backes | 1250 | Medina | 1311 | Tully |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

524-2
11/24/09

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193463

ARIZONA DEPARTMENT OF CORRECTIONS

Institutional Sign-In Log

Institution/Unit  ASPC/FLORENCE-CENTRAL UNIT

| Date | Name/Title | Time of Entry | Control Officer's Signature/Initial | Time of Exit | Control Officer's Signature/Initial |
|------|------------|---------------|-------------------------------------|--------------|-------------------------------------|
| 3/5 | Shamblin | 1747 | J Bone | 0605 | Field |
| 3/5 | McClary | 1757 | J Bone | 0555 | ZF |
| 3/5 | Wright | 1808 | J Bone | 0624 | Field |
| 3-5-12 | Billingsley | 0530 | ZF | 1818 | BW |
| 3/5 | TOLENTINO | 0600 | Field | 1756 | BW |
| 3/5 | Gabriella | 0600 | Field | 1348 | Field |
| 3/5 | CORTEZ   Dental | 0600 | Field | 1541 | |
| 3/5 | Curry   Dental | 0606 | Field | 1541 | BW |
| 3/5 | GALLi | 0607 | Field | 1348 | Field |
| 3/5 | JEWELL   Dialysis | 0617 | Field | 1735 | BW |
| 3/5 | KEEL | 0633 | Field | 745 | BW |
| 3/5 | CORTEZ   Psato | 0644 | Field | 1106 | Medina |
| 3/5 | Human | 0648 | Field | 1653 | BW |
| 3/5 | HERICK   Admin | 0655 | Field | 1522 | BW |
| 3/5 | FLETCHER | 0700 | Field | 1653 | BW |
| 3/5 | MENDOZA  Jenkins | 0710 | Field | 1611 | BW |
| 3/5 | FONTAINE   Admin | 0717 | Field | 1572 | BW |
| 3/5 | NEWMAN   psych | 0758 | Field | 1454 | BW |
| 3/5 | WRIGHT. R.. Admin | 0830 | Field | 1352 | Field |
| 3/5 | Arroya | 849 | Medina | 1224 | Field |
| 315 | Taylor | 856 | Medina | 1000 | Field |
| 3/5 | Smith   Dialysis | 0630 | Field | 1711 | BW |
| 3/5 | Keel | 1012 | Medina | 1019 | Medina |
| 3/5 | Bissell | 1016 | Medina | 1430 | Medina |
| 3/5 | Soto | 1030 | Medina | 1056 | Medina |
| 3/5 | Soto | 1109 | Medina | 1317 | Field |
| 3/5 | Waldo | 1139 | Medina | 1216 | Field |
| 315 | Corley | 1140 | Medina | 1704 | BW |
| 3/5 | Neal | 1156 | Medina | 1203 | Medina |

524-2
11/24/09

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                                    ADC193464

ARIZONA DEPARTMENT OF CORRECTIONS

Institutional Sign-In Log

Institution/Unit ASPC/FLORENCE-CENTRAL UNIT

| Date | Name/Title | Time of Entry | Control Officer's Signature/Initial | Time of Exit | Control Officer's Signature/Initial |
|---|---|---|---|---|---|
| 3/5 | PARKER          library | 0618 | Field | 1101 | Medina |
| 3/5 | HOLBROOK     III | 0700 | Field | 1328 | Bell |
| 3/5 | BELL               III | 0755 | Field | 1614 | Am |
| 3/5 | STEPHAN       III | 0755 | Field | 1602 | Am |
| 3/5 | TURNER          III | 0800 | Field | 0855 | Medina |
| 3/5 | MARTINEZ     III | 0807 | Field | 1000 | Am |
| 3/5 | Miser         Chaplin | 0904 | Medina | 1144 | Am |
| 3/5 | Turner | 1041 | Medina | 1359 | B |
| 3/5 | Evans | 1039 | Medina | 1224 | Medina |
| 3/5 | Parker | 1144 | Medina | 1211 | Medina |
| 3/5 | Parker | 1222 | Medina | 1335 | Am |
| 3/5 | Miser | 1231 | Medina | 1400 | Field |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

524-2
11/24/09

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193465

ARIZONA DEPARTMENT OF CORRECTIONS

Institutional Sign-In Log

Institution/Unit  ASPC/FLORENCE-CENTRAL UNIT

| Date | Name/Title | Time of Entry | Control Officer's Signature/Initial | Time of Exit | Control Officer's Signature/Initial |
|------|-----------|---------------|-------------------------------------|--------------|-------------------------------------|
| 3.5.12 | Clarke | 0545 | | 1410 | Bm |
| 3.5.12 | Pruitt | 0545 | | 1410 | Bm |
| 3.5.12 | Fielder | 0545 | | 1406 | Bm |
| 3.5.12 | Vasquez | 0545 | | 1410 | Bm |
| 3.5.12 | Shaw | 0545 | | 1407 | Bm |
| 3.5.12 | Pastor | 0545 | | | |
| 3.5.12 | Gen | | | | |
| 3.5.12 | Soper | 0545 | | 1407 | Bm |
| 3.5.12 | Suarez | 0545 | | 1408 | Bm |
| 3.5.12 | Taylor | 0545 | | 1407 | Bm |
| 3.5.12 | Sisneros | 0545 | | 1407 | Bm |
| 3.5.12 | Creel | 0545 | | 1411 | Bm |
| 3/5 | Doleza | 0624 | Judd | 1409 | Bm |
| 3/5 | Statton | 0800 | Medina | | |
| 3/5 | Reese | 0901 | Medina | 1057 | Medina |
| 3/5 | Herrera | 0929 | Medina | 0929 | Medina |
| 3/5 | Lt Hernandez | 1030 | Medina | 1030 | Medina |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

524-2
11/24/09

ARIZONA DEPARTMENT OF CORRECTIONS

Institutional Sign-In Log

Institution/Unit __ASPC/FLORENCE-CENTRAL UNIT__

| Date | Name/Title | Time of Entry | Control Officer's Signature/Initial | Time of Exit | Control Officer's Signature/Initial |
|------|------------|---------------|-------------------------------------|--------------|-------------------------------------|
| 3.5.12 | Bahme, B. CCII | 0421 | QM | 1417 | Bw |
| 3.5.12 | mcleod | 0430 | Fisce | 1417 | Bw |
| 3.5.12 | Fry (tool room) | 0520 | Fisce | 1355 | Dibb |
| 3.5.12 | Dorris | 0520 | ZF | 1411 | Bw |
| 3.5.12 | lapine | 0520 | ZF | 1410 | Bw |
| 3.5.12 | peterson | 0520 | ZF | 1409 | Bw |
| 3.5.12 | Lt terry | 0525 | ZF | 1411 | Bw |
| 3.5.12 | marconi | 0525 | ZF | 0540 | ZF (Kasson) |
| 3.5.12 | Dibella | 0525 | ZF | 1409 | Bw |
| 3.5.12 | lompreaux | 0525 | ZF | 1408 | Bw |
| 3.5.12 | dutro | 0530 | ZF | 1407 | Bw |
| 3.5.12 | Jolly | 0530 | ZF | 1412 | Bw |
| 3.5.12 | Jones | 0530 | ZF | | |
| 3.5.12 | Grimes | 0530 | ZF | 1406 | Bw |
| 3.5.12 | Garrison | 0530 | ZF | 1406 | Bw |
| 3.5.12 | Sot Stalder | 0530 | ZF | 1411 | Bw |
| 3.5.12 | easter | 0530 | ZF | 1410 | Bw |
| 3.5.12 | russell | 0530 | ZF | 1406 | Bw |
| 3.5.12 | bowers | 0530 | ZF | 1406 | Bw |
| 3.5.12 | Sot pizenn | 0535 | ZF | 1411 | Bw |
| 3.5.12 | daws | 0535 | ZF | 1421 | Bw |
| 3.5.12 | mkinley | 0535 | ZF | 1409 | Bw |
| 3.5.12 | sutphin | 0535 | ZF | 1411 | Bw |
| 3.5.12 | smith | 0535 | ZF | 1409 | Bw |
| 3.5.12 | simms | 0535 | ZF | 1410 | Bw |
| 3.5.12 | turezzo | 0535 | ZF | 0555 | ZF (Kasson) |
| 3.5.12 | rollins | 0540 | ZF | 1406 | Bw |
| 3.5.12 | fabella | 0540 | ZF | 1409 | Bw |
| 3.5.12 | saldvar | 0540 | ZF | 1408 | Bw |

524-2
11/24/09

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193467

ARIZONA DEPARTMENT OF CORRECTIONS

Institutional Sign-In Log

Institution/Unit ASPC/FLORENCE-CENTRAL UNIT

| Date | Name/Title | Time of Entry | Control Officer's Signature/Initial | Time of Exit | Control Officer's Signature/Initial |
|---|---|---|---|---|---|
| 3-5-12 | CAFFGII (tool room) | 0520 | F.55C | 1348 | Field |
| 3.5.12 | Gonzales | 0545 | F.55C | 1410 | Bw |
| 3-5-12 | SPD coons | 0545 | F.55C | | |
| 3.5.12 | Sincher | 0545 | F.55C | 1408 | Bw |
| 3/5 | BRASS | 0555 | Field | 1419 | Bw |
| 3/5 | Sgt Quintero | 0555 | Field | 1417 | Bw |
| 3/5 | MEDINA | 0555 | Field | 1406 | Bw |
| 3/5 | McCune | 0555 | Field | 1417 | Bw |
| 3/5 | Walls | 0605 | Field | 1355 | Field |
| 3/5 | Stolen Sywarungsimun | 0600 | Field | 1355 | Field |
| 3/5 | Corny Sgt Johnson | 0606 | Field | 1348 | Field |
| 3/5 | 8. Thorne | 0615 | Field | 1559 | Bw |
| 3/5 | Robles | 0615 | Field | 1559 | Bw |
| 3/5 | Winterbraur | 0630 | Field | 1205 | Medena |
| 3/5 | Gonzales | 0633 | Field | 0637 | Field |
| 3/5 | Sgt Robinson | 0658 | Field | 1503 | Bw |
| 3/5 | Gaitan | 0658 | Field | 1501 | Bw |
| 3/5 | Frost | 0750 | Field | 1348 | Field |
| 3/5 | Lt Rode | 0758 | Field | 1541 | Bw |
| 3/5 | Herrera | 0930 | Field | 1411 | Bw |
| 3/5 | Marten | 1046 | Medena | 1358 | Medena |
| 3/5 | Winterbraur | 1314 | Falden | 1503 | Bw |
| 3/5 | SALAZAR / CCII | 1446 | BHL #9471 | 1528 | Bw |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

524-2
11/24/09

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193468

ARIZONA DEPARTMENT OF CORRECTIONS

Institutional Sign-In Log

Institution/Unit ASPC/FLORENCE-CENTRAL UNIT

| Date | Name/Title | Time of Entry | Control Officer's Signature/Initial | Time of Exit | Control Officer's Signature/Initial |
|------|-----------|---------------|-------------------------------------|--------------|-------------------------------------|
| 3/5 | Ostrander | 1259 | Medina | 2201 | |
| 3/5 | Kapaldo | 1306 | Fields | 2202 | |
| 3/5 | Dela Fuente | 1311 | Fields | 2205 | |
| 3/5 | Shobe | 1312 | Fields | 2201 | |
| 3/5 | Wright, W. | 1312 | Fields | 1436 | BW |
| 3/5 | T. Hunter | 1314 | Fields | 2202 | |
| 3/5 | Guerrero | 1316 | Fields | 2202 | |
| 3/5 | Chapman | 1319 | Fields | 2202 | |
| 3/5 | Salemma | 1319 | Fields | 2201 | |
| 3/5 | Castro | 1323 | Fields | 2202 | |
| 3/5 | Vaught | 1323 | Fields | 2201 | |
| 3/5 | Kinser | 1323 | Fields | 2202 | |
| 3/5 | Warren | 1323 | Fields | 2201 | |
| 3/5 | Boris | 1323 | Fields | 2202 | |
| 3/5 | S. Valenzula | 1325 | Fields | 2201 | |
| 3/5 | Heurin | 1325 | Fields | 2202 | |
| 3/5 | Bradshaw | 1325 | Fields | 2202 | |
| 3/5 | Sgt Parker | 1326 | Fields | 2205 | |
| 3/5 | Lt Jenkins (Sensen) | 1327 | Fields | 2205 | |
| 3/5 | Cooke | 1327 | Fields | 2202 | |
| 3/5 | Marsh | 1327 | Fields | 2201 | |
| 3/5 | Zavala | 1329 | Fields | 2202 | |
| 3/5 | Draper | 1330 | Fields | 2202 | |
| 3/5 | Sgt Camarena | 1330 | Fields | 2205 | |
| 3/5 | Ontiveros | 1350 | Fields | 2205 | |
| 3/5 | Gureski | 1334 | Fields | 2201 | |
| 3/5 | Knight | 1337 | Fields | 1348 | Fields |
| 3/5 | Fleenor | 1337 | Fields | 2201 | |
| 3/5 | Adamu | 1337 | Fields | 2202 | |

524-2
11/24/09

ADC193469

ARIZONA DEPARTMENT OF CORRECTIONS

Institutional Sign-In Log

Institution/Unit  ASPC/FLORENCE-CENTRAL UNIT

| Date | Name/Title | Time of Entry | Control Officer's Signature/Initial | Time of Exit | Control Officer's Signature/Initial |
|------|------------|---------------|--------------------------------------|--------------|--------------------------------------|
| 3/5 | Benjamin | 1339 | Fielder | 2203 | |
| 3/5 | Kocal | 1339 | Fielder | 2203 | |
| 3/5 | Ruiz | 1339 | Fielder | 2261 | |
| 3/5 | A. Hunter | 1340 | Fielder | 2261 | |
| 3/5 | Artis | 1340 | Fielder | 2261 | |
| 3/5 | Garnica | 1340 | Fielder | 2203 | |
| 3/5 | Salcido | 1340 | Fielder | 2329 | |
| 3/5 | Achey | 1343 | Fielder | 2205 | |
| 3/5 | Morris | 1343 | Fielder | 2329 | |
| 3/5 | Harris | 1344 | Fielder | 2262 | |
| 3/5 | Cisneros | 1344 | Fielder | 2218 | |
| 3/5 | Melendrez | 1349 | Fielder | 2204 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

524-2
11/24/09

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                ADC193470

ARIZONA DEPARTMENT OF CORRECTIONS

Institutional Sign-In Log

Institution/Unit  ASPC/FLORENCE-CENTRAL UNIT

| Date | Name/Title | | Time of Entry | Control Officer's Signature/Initial | Time of Exit | Control Officer's Signature/Initial |
|------|------------|--|---------------|-------------------------------------|--------------|-------------------------------------|
| 3-5-12 | Crawford | | 0430 | Fisse | 1202 | Medina |
| 3/5 | erdman | | 043P | Fisse | 1202 | Medina |
| 3/5 | Ledford | Keek | 0734 | Steel | 1048 | Medina |
| 3/5 | Suor | Keek | 0734 | Steel | 1048 | Medina |
| 3/5 | Cerna | | 0843 | Medina | | |
| 3/5 | Ortega | | 0843 | Medina | | |
| 3/5 | Rubio | | 0843 | Medina | | |
| 3/5 | Lynch | | 0843 | Medina | | |
| 3/5 | Hargion | | 0843 | Medina | | |
| 3/5 | Echols | | 0845 | Medina | 1337 | Steel |
| 3/5 | Colter | | 1200 | Medina | 1900 | Bw |
| 3/5 | Cossins | | 1210 | Medina | 1900 | Bw |
| 3/5 | Ledford | | 1211 | Medina | 1521 | K |
| 3/5 | Suor | | 1211 | Medina | 1521 | Bw |
| 3/5 | Keel | | 1343 | Steel | 1413 | Bw |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

524-2
11/24/09

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193471

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193472

ARIZONA DEPARTMENT OF CORRECTIONS FLORENCE COMPLEX
NURSING SCHEDULE

| Mar-12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADMINISTRATION | Th | F | Sa | Su | M | Tu | W | Th | F | Sa | Su | M | Tu | W | Th | F | Sa | Su | M | Tu | W | Th | F | Sa | Su | M | Tu | W | Th | F | Sa |
| ARROYO, PATRICIA CRNSII | 8 | 10 | | | 10 | | 10 | 8 | 10 | | | 10 | 2 | 10 | 10 | 10 | | | 10 | 2 | 10 | 8 | 10 | | | 10 | 2 | 10 | 8 | 10 | |
| **DAY SHIFT EXT: 5730/5721** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WRIGHT, SARA CRNSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BRADFIELD, NICOLE CRN | 10 | OT | | | | | | 10 | 10 | 10 | | | | 10 | 10 | 10 | OT | | 10 | 10 | 10 | 10 | OT | | OT | 10 | 10 | 10 | 10 | OT | |
| **IPC 6AM-6PM EXT: 5718** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PENN, RICHARD CRN | 12 | 12 | | OT | | | T | 12 | 12 | 12 | OT | | | | 12 | 12 | OT | | 12 | 12 | 12 | 12 | 12 | OT | | 12 | 12 | 12 | 12 | 12 | |
| VACANT RN/ POOL | NF | | | SM | JB | JB | | VW/MV | AK | AK | NB | JB | X | MV | DG | MV/VW/VW | JB | NB | JB | JB | DG | VW/VW | | SM/SM | NB | JB | JB | X | | KJ | |
| FLOAT/CARDIOLOGY | | | SM | HP | SC | MA | BL | | | JA | MA | | | | | | | | | | | | | | | | | | | | |
| **'GENCY/ORIENTATION** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABRIELLA, BRANDI NA | | | PD | PD | 12 | 12 | | | | 12 | AL | AL | AL | AL | AL | AL | | | | | | | | | | | | | | | |
| GENCY/CORE STAFF (NA) | AK | PD | PD | | | | VW/MV | AK | AK | AK | 12 | MV | X | MV | MV/VW/VW | VW/VW | | | | | VW/VW | | | VW | | | | | VW | | |
| **CELL BLOCKS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LUEDKE, SHEA LPN | 15 | 15 | 15 | | 12 | 12 | 15 | 15 | 15 | 15 | | 12 | 12 | 12 | 15 | 15 | 15 | | 12 | | 15 | 15 | 15 | 15 | | 12 | 12 | 12 | 15 | 15 | 15 |
| TOLENTINO, TRACY LPN | | | | 12 | 12 | 12 | | | | | 12 | 12 | 12 | 12 | | | 12 | 12 | 12 | | | 12 | | 12 | 12 | 12 | 12 | 12 | | 12 | 12 |
| AGENCY/CORE CBN (1300-2100) | | | CS | CS | CS | CS | | | | | CS | CS | CS | CS | | | CS | CS | CS | | | CS | | CS | CS | CS | | | | | |
| **HU8 EXT: 5275** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JARA, RYAN CRN | 12 | 12 | | | | | 12 | 12 | 12 | 12 | | 12 | 12 | 12 | 12 | 12 | | | 12 | 12 | 12 | 12 | 12 | 12 | | 12 | 12 | 12 | 12 | 12 | |
| GALLI, DANIEL LPN | SU | | | | 12 | | 12 | 12 CBK | | | | 12 | | | 12 | 12 | | | 12 | EU | OT | | | | | | | | | | |
| **AGENCY/CORE STAFF** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **CBK EXT: 5122** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GRABOWSKI, STEVE LPN | 12 | 12 | | | 12 | | 12 TSUTSU | 12 | 12 | 12 | | 12 | 12 | 12 | 12 | 12 | | | 12 | 12 | 12 | 12 | | | | 12 | 12 | 12 | 12 | 12 | |
| FLORES, MONICA LPN-POOL | | | 12 | | | 12 CBK | | | | | | | | | | | | | | | | | | 12 | 12 | | | | 12 | 12 | |
| **AGENCY/CORE STAFF** | | | | MS | | SM DG KJ | DR | | | | | | | | | | | | | | | | | | | | | | | | |
| **IGHT SHIFT 6PM-6AM EXT: 5718** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ONES, CHARLES CRN | 12 | 12 | | | | | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | | | 12 | 12 | 12 | 12 | 12 | 12 | | 12 | 12 | 12 | 12 | 12 | 12 |
| WRIGHT, SARAH CRN | OT | OT | OT | 12 | 12 | 12 | 12 | 12 | 12 | OT | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | OT | OT | OT | OT |
| SHAMBLIN, DUSTIN LPN | OT | OT | OT | 12 | 12 | 12 | 12 | | | OT | 12 | 12 | 12 | 12 | OT | | | 12 | 12 | 12 | 12 | OT | | | 12 | 12 | 12 | OT | OT | OT | AL |
| VACANT RN/ POOL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DAVIS, ELENA NA | | | | | 12 | 12 | | | | | | 12 | 12 | | | | | | | | | | | | | 12 | 12 | | | | |
| McCLARY, PAULA NA | 12 | 12 | | 12 | 12 | | 12 | 12 | 12 | | 12 | 12 | | 12 | 12 | | | 12 | 12 | | AL | AL | AL | AL | AL | 12 | 12 | 12 | 12 | 12 | 12 |
| VACANT NA/ POOL | | | | | | | | | | | | | | | | | | | | | | X | X | X | X | | | | | | X |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

# ARIZONA DEPARTMENT OF CORRECTIONS

## Medication Administration Record

Allergies: HALOPERIDOL & DERIV

Diagnosis or Medical Condition: NKD

Month: _____

| MEDICATION | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Rx 816780   MENDOZA-JEN
SERTRALINE HCL 50MG TB
**UNIT DOSE *** WATCH
SWALLOW ** TAKE ONE
TABLET(S) TWICE DAILY BY
MOUTH
02/17/12              08/14/12

Rx 816785   MENDOZA-JEN
BENZTROPINE 1MG TB
** UNIT DOSE *** WATCH
SWALLOW ** TAKE ONE
TABLET(S) TWICE DAILY BY
MOUTH
02/17/12              08/14/12

Rx 816788   MENDOZA-JEN
RISPERIDONE 1MG TB
** UNIT DOSE **WATCH SWALLOW *** NOTE
CHANGE IN DOSAGE AND DIRECTIONS** TAKE ONE
TABLET(S) EVERY MORNING BY MOUTH AND TAKE
TWO TABLET(S) EVERY EVENING BY MOUTH
02/17/12              08/14/12

Rx 816792   MENDOZA-JEN
DIPHENHYDRAMINE HCL 25MG CP
** UNIT DOSE *** WATCH
SWALLOW ** TAKE ONE
CAPSULE(S) TWICE DAILY BY
MOUTH
02/17/12              08/14/12

Signature of person(s) whose initials appear above and how they initial

Signature / Initials       Tracy Tolentino       CLPN II

Signature / Initials

Signature / Initials

DOCUMENTATION CODES: R - Refused;  NS - No Show;  DC - Discontinued;  H - Medical Hold;  C - Out/To Court;  O - Other

Inmate Name (Last, First M.I.): MUNSTER, OTTO

Date of Birth: 09/18/1971

Facility/Unit: ASPC-T FLORENCE CB7

ADC Number: 266474

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC193475

# ARIZONA DEPARTMENT OF CORRECTIONS

## Medication Administration Record

Month _____ _____ 31, 2012

Allergies: **HALOPERIDOL & DERIV**

Diagnosis or Medical Condition: NKD

| MEDICATION | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

MENDOZA-JEN
Rx 816780
SERTRALINE HCL 50MG TB
** UNIT DOSE *** WATCH
SWALLOW** TAKE ONE
TABLET(S) TWICE DAILY BY
MOUTH
02/17/12                08/14/12

MENDOZA-JEN
Rx *16785
B_ _ TROPINE 1MG TB
** UNIT DOSE *** WATCH
SWALLOW** TAKE ONE
TABLET(S) TWICE DAILY BY
MOUTH
02/17/12                08/14/12

MENDOZA-JEN
Rx 816788
RISPERIDONE 1MG TB
** UNIT DOSE ** WATCH SWALLOW ***NOTE
CHANGE IN DOSAGE AND DIRECTIONS** TAKE ONE
TABLET(S) EVERY MORNING BY MOUTH AND TAKE
TWO TABLET(S) EVERY EVENING BY MOUTH
02/17/12                08/14/12

MENDOZA-JEN
Rx 816792
DI_ _ NHYDRAMINE HCL 25MG CP
** _ NIT DOSE *** WATCH
_ LLOW** TAKE ONE
C_ _ SULE(S) TWICE DAILY BY
MOUTH
02/17/12                08/14/12

## Signature of person(s) whose initials appear above and how they initial

| Signature / Initials | Signature / Initials | ADC Number |
|---|---|---|
| | Tracy Tolentino CLPN II | 266474 |
| Signature / Initials | Signature / Initials | |
| | | |
| Signature / Initials | Signature / Initials | |

Inmate Name *(Last, First M.I.)*
**MUNSTER, OTTO**

Date of Birth
09/18/1971

Facility/Unit
ASPC-T FLORENCE CB7

**DOCUMENTATION CODES:** *R* - Refused; *NS* - No Show; *DC* - Discontinued; *H* - Medical Hold; *C* - Out To Court; *O* - Other

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193476

1102-2
3/31/11

ARIZONA DEPARTMENT OF CORRECTIONS

Medication Administration Record

Month: Feb 2012

Allergies

Hallol and Ativan

| MEDICATION | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Diagnosis or Medical Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

2-17-12 Mendoza 07
Risperdal
1 mg PO q am
2 mg PO q hs
X180 days 2-17-12

2-17-12 Mendoza 07
Zoloft
50 mg PO BID
X 180 Days
2-17-12

2-17-12 Mendoza 07
Cogentin
1 mg PO BID
X 180 Days 2-17-12

2-17-12 Mendoza 07
Benadryl
25 mg PO BID
2-17-12

**Signature of person(s) whose initials appear above and how they initial**

| Signature / Initials | | Signature / Initials | |
|---|---|---|---|
| | | Tracy Tolentino CLFN II | |
| Signature / Initials | | Signature / Initials | |
| | | | |
| Signature / Initials | | | |

Inmate Name (Last, First M.I.): Munster OTC

Date of Birth: 09-15-71

Facility/Unit: ASPC-F-U1

ADC Number: 266474

**DOCUMENTATION CODES:** R - Refused;  NS - No Show;  DC - Discontinued;  H - Medical Hold;  C - Out To Court;  O - Other

1102-2
3/31/11

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193477

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

| DATE | TIME | S.O.A.P. | THIS RECORD WILL BE USED BY ALL HEALTH STAFF<br>S.O.A.P. FORMAT WILL BE USED |
|---|---|---|---|
| 2-17-12<br>T 96.3<br>P 82<br>R 16<br>BP 118/66<br>O₂ sa 94%<br>HT 5'6" (under weight)<br>WT 110<br>~~NKDA~~<br>Haldol | 1200 | S | Pt to MD line for pbn c̅ liver - 2-3 days. HNR were liver checked & occ spits up sea blood - last labs Sept 2011 (my Forten had liver) |
| | | O | Hgb 14.7 Sept 2011 |
| | | | cor reg; lungs clear PPFA; abd soft c̅ fatty liver enlarg unable to palpate spleen or liver but by percus abd liver sign appear norm. |
| | | A | — concern expressed w̅ HNR 1 & 2 addressed c̅ Planned blood draw & if abnorm draw maybe additio studies at that time could include X-ray or scan. |
| | | P | — Im agreed for lab draw including H. pylori was tried to expren liver biot coming clear, etc. ——(labs) _____ |
| 3-4-12 | 2236 | S/O | ARRIVED AT C8-T63 CELLFRONT. DOOR SECURED. INMATE VISUALIZED THROUGH FOOD PORT. APPEARS TO BE HANGING BY SHEET TIED AROUND NECK. UNABLE TO OPEN CELL DOOR. ∅ MOVEMENT NOTED. SECURITY ACCESSED CELL. INMATE CUT FREE FROM NOOSE. HEAD/NECK SUPPORTED, LOWERED TO BACKBOARD. ∅ PULSE, ∅ RESPIRATIONS, CPR INITIATED. INMATE SECURED TO BACKBOARD. TRANSFERRED TO GURNEY, TRANSPORTED TO HEALTH UNIT. |
| | | A | DEFERRED |
| | | P | PLAN OF CARE TRANSFERRED TO CRN WRIGHT, S.W. AMBULANCE PARAMEDICS. D.Shamblin LPN |
| 3/4/12 | 2255 | S/O | Inmate arrived to health unit, CPR in progress by LPN Shamblin. Inmate stabilized on gurney with neck in cervical collar. Southwest Ambulance Paramedics assumed care and directed to stop CPR. Paramedics performed EKG, inmate was found in asystole. |
| | | A | Failure to thrive |
| | | P | Southwest Ambulance Paramedics notified Dr. Scarla from Gilbert Hospital, inmate pronounced dead at 2301. Body secured in health unit c̅ officer at bedside, awaiting CIU and Coroner. —S___ CRN |

**CONTINUOUS PROGRESS RECORD**

| Inmate Name (Last, First M.I.)<br>Munsten, Otto | ADC Number<br>266474 |
|---|---|
| Date of Birth<br>9/8/71 | Facility/Unit<br>Azre Peak   Cu |

1101-62P
11/21/01

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193479

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193480

```
PERSON PROFILE                              PAGE: 1
DATE PRINTED: 03/13/2012    PERSON MUNSTER, ORTO   PERSON ID# 266471
AZ STATE PRISON-EYMAN       06-74963         ASPC-T FLORENCE CB7
PO BOX 3500
FLORENCE, AZ 85232
(520) 868-0201


Height:     Weight:      Race:
       Allergies: HALOPERIDOL & DERIV
Medical Conditions: NKD


LAST FILL   RX NUM  RF PH. DOCTOR NAME          QUANTITY    COST  ADM DATE
       DRUG NAME            NDC      DAYS              REFILL DUE
       SIG


02/20/2012  799249  4 GJ MENDOZA-JENKINS, VERONICA    56.0000EA    1.92  02/20/2012
       BENZTROPINE 1MG TB       50111-0394-03  28
       ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE TABLET(S) TWICE DAILY BY MOUTH

02/06/2012  799249  3 GJ MENDOZA-JENKINS, VERONICA    28.0000EA    0.96  02/06/2012
       BENZTROPINE 1MG TB       50111-0394-03  14
       ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE TABLET(S) TWICE DAILY BY MOUTH

01/25/2012  799249  2 GJ MENDOZA-JENKINS, VERONICA    10.0000EA    0.34  01/25/2012
       BENZTROPINE 1MG TB       50111-0394-03  28
       ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE TABLET(S) TWICE DAILY BY MOUTH

12/28/2011  799249  1 GJ MENDOZA-JENKINS, VERONICA     6.0000EA    0.21  12/28/2011
       BENZTROPINE 1MG TB       50111-0394-03  28
       ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE TABLET(S) TWICE DAILY BY MOUTH

12/09/2011  799249  0 SR MENDOZA-JENKINS, VERONICA    38.0000EA    1.30  12/09/2011
       BENZTROPINE 1MG TB       50111-0394-03  19
       ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE TABLET(S) TWICE DAILY BY MOUTH

11/28/2011  796019  0 JA MENDOZA-JENKINS, VERONICA    30.0000EA    1.03  11/28/2011
       BENZTROPINE 1MG TB       50111-0394-03  30
       ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE TABLET(S) AT BEDTIME BY MOUTH

            816785  0 TMC MENDOZA-JENKINS, VERONICA    0.0000EA    0.00  02/17/2012
       BENZTROPINE 1MG TB       50111-0394-03  0
       ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE TABLET(S) TWICE DAILY BY MOUTH

02/17/2012  816792  0 TMC MENDOZA-JENKINS, VERONICA    52.0000EA    0.79  02/17/2012
       DIPHENHYDRAMINE HCL 25MG CP    00603-3339-21  26
       ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE CAPSULE(S) TWICE DAILY BY MOUTH

12/01/2011  790527  1 IB HARRISON, JESSICA A           0.0000EA    0.00  12/01/2011
       FLUOXETINE HCL 20MG CP     65862-0193-99  28
       ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE CAPSULE(S) EVERY MORNING BY MOUT

11/03/2011  790527  0 SR HARRISON, JESSICA A          28.0000EA    0.44  11/03/2011
       FLUOXETINE HCL 20MG CP     65862-0193-99  28
       ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE CAPSULE(S) EVERY MORNING BY MOUT
```

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193481

PERSON PROFILE                                    PAGE: 2
DATE PRINTED: 03/13/201?    PERSON ID: NSTER. CB7-003 BEDPID: 266-Y
AZ STATE PRISON-EYMAN                           CB7-0003
PO BOX 3500                          ASPC-T FLORENCE CB7
FLORENCE, AZ 85232
(520) 868-0201

Height:    Weight:      Race:
  Allergies: HALOPERIDOL & DERIV
Medical Conditions: NKD

| LAST FILL | RX NUM | RF | PH. | DOCTOR NAME | QUANTITY | COST | ADM DATE |
|---|---|---|---|---|---|---|---|
| | DRUG NAME | | NDC | DAYS | REFILL DUE | | |
| | SIG | | | | | | |

02/20/2012 796018  4 GJ MENDOZA-JENKINS, VERONICA    28.0000EA   1.84 02/20/2012
  RISPERIDONE 1MG TB    13668-0037-05  28
  ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE TABLET(S) AT BEDTIME BY MOUTH

02/17/2012 816788  0 TMC MENDOZA-JENKINS, VERONICA   78.0000EA   5.13 02/17/2012
  RISPERIDONE 1MG TB    13668-0037-05  26
  ** UNIT DOSE *** WATCH SWALLOW ** **NOTE CHANGE IN DOSAGE AND DIRECTIONS**

02/06/2012 796018  3 GJ MENDOZA-JENKINS, VERONICA    14.0000EA   0.92 02/06/2012
  RISPERIDONE 1MG TB    13668   37-05  14
  ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE TABLET(S) AT BEDTIME BY MOUTH

01/25/2012 796018  2 GJ MENDOZA-     N. VERONICA      1.0000EA   0.07 01/25/2012
  RISPERIDONE 1MG TB    13E   0037-05  28
  ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE TABLET(S) AT BEDTIME BY MOUTH

12/28/2011 796018  1 GJ MENDOZA-JENKINS, VERONICA    15.0000EA   0.99 12/28/2011
  RISPERIDONE 1MG TB    13668-0037-05  28
  ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE TABLET(S) AT BEDTIME BY MOUTH

11/28/2011 796018  0 JA MENDOZA-JENKINS, VERONICA    30.0000EA   1.98 11/28/2011
  RISPERIDONE 1MG TB    13668-0037-05  30
  ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE TABLET(S) AT BEDTIME BY MOUTH

02/20/2012 799251  4 GJ MENDOZA-JENKINS, VERONICA    56.0000EA   2.18 02/20/2012
  SERTRALINE HCL 50MG TB    31722-0213-05  28
  ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE-HALF TABLET TWICE DAILY FOR 5 DA

02/06/2012 799251  3 GJ MENDOZA-JENKINS, VERONICA    28.0000EA   1.09 02/06/2012
  SERTRALINE HCL 50MG TB    31722-0213-05  14
  ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE-HALF TABLET TWICE DAILY FOR 5 DA

01/25/2012 799251  2 GJ MENDOZA-JENKINS, VERONICA     6.0000EA   0.23 01/25/2012
  SERTRALINE HCL 50MG TB    31722-0213-05  28
  ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE-HALF TABLET TWICE DAILY FOR 5 DA

12/28/2011 799251  1 GJ MENDOZA-JENKINS, VERONICA    22.0000EA   0.86 12/28/2011
  SERTRALINE HCL 50MG TB    31722-0213-05  28
  ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE-HALF TABLET TWICE DAILY FOR 5 DA

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193482

PERSON PROFILE                          PAGE: 3
DATE PRINTED: 03/13/2012   XXXXXX, XXXXXX XXXXXXX 122664
AZ STATE PRISON-EYMAN              CB-7C003
PO BOX 3500                    ASPC-T FLORENCE C87
FLORENCE, AZ 85232
(520) 868-0201

Height:      Weight:      Race:
    Allergies: HALOPERIDOL & DERIV
Medical Conditions: NKD

LAST FILL   RX NUM  RF PH. DOCTOR NAME            QUANTITY    COST  ADM DATE
     DRUG NAME         NDC      DAYS                REFILL DUE
     SIG

12/09/2011  799251  0 SR  MENDOZA-JENKINS, VERONICA    38.0000EA   1.48  12/09/2011
     SERTRALINE HCL 50MG TB        31722-0213-05  19
     ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE-HALF TABLET TWICE DAILY FOR 5 DA

            816780  0 TMC MENDOZA-JENKINS, VERONICA     0.0000EA    0.00  02/17/2012
     SERTRALINE HCL 50MG TB        31722-0213-05  0
     ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE TABLET(S) TWICE DAILY BY MOUTH


            Totals:    22    23.76

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193483



CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193484



CIPS Profile 8.0.17 (2008-06-04) build.130 - AZ STATE PRISON-EYMAN - MATT MUSSON

File  Report  Option  Help

**Prescription Selection**

Patient: MUNSTER, OTTO [266474]          FC7T CB-7G003

| Org Date | Exp Date | Last Fill | Rfil Date | Sig | Rx # | Drug | Amt Disp | Prescriber | # Ref |
|----------|----------|-----------|-----------|-----|------|------|----------|-----------|-------|
| 02/17/12 | 08/14/12 | PRE-EN1 | | WS 1BID | 816705 | BENZTROPINE 1MG TB | 0.00 | MENDOZA-JENK | 5 |
| 02/17/12 | 08/14/12 | PRE-EN1 | | WS 1BID | 816780 | SERTRALINE HCL 50MG TB | 0.00 | MENDOZA-JENK | 5 |
| 02/17/12 | 08/14/12 | 02/17/12 | | WS NCDD 1AM | 816788 | RISPERIDONE 1MG TB | 78.00 | MENDOZA-JENK | 5 |
| 02/17/12 | 08/14/12 | 02/17/12 | | WS 1BID | 816792 | DIPHENHYDRAMINE HCL 25M | 52.00 | MENDOZA-JENK | 5 |
| 12/09/11 | | | | WS SST BID P | 790251 | SEROTALINE HCL 50MG TB | 56.00 | A-JENK | 5 |
| 12/09/11 | | | | | | | | A-JENK | 5 |
| 11/29/11 | | | | | | | | A-JENK | 5 |
| 11/29/11 | | | | | | | | A-JENK | 5 |
| 11/03/11 | | | | | | | | N, JES | 5 |

**Prescription View**

Person: MUNSTER, OTTO

Number:              Booking Number:              DOB:

266474                266474                      09/18/1971

ASPC-T FLORENCE CB7

CB-7G003

Doctor: MENDOZA-JENKINS, VERONICA

Drug: DIPHENHYDRAMINE HCL 25MG CP

00603-3339-21        Pur Qty: 100

Rx Number: 816792    ASPC TUCSON PHARMACY

Start Date: 02/17/2012    Stop Date: 08/14/2012    Rx Days: 180

Daily Qty: 2              Qty/Dose: 1

DC Date: 03/06/2012      REASON NOT FOUND

** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE CAPSULE(S)
TWICE DAILY BY MOUTH

Last Fill: 0         Fill Date: 02/17/2012          PILL LINE

Disp Qty: 52         Days Supply: 26

Pharm Init: TMC      Tech Init: TMC          Rx Notes    Done

Ok

BLUE:       A
GREEN:      O
GRAY:       A
BLACK:      N
PURPLE:     P
BROWN:      P

Start   CIPS Profile 8.0.17 [200...

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                    ADC193485





CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193487

ARIZONA DEPARTMENT OF CORRECTIONS

Medication HALOPERIDOL & DERIV

Allergies

Diagnosis or Medical Condition    NKD

UARY, 2012

Month

1102.2
7/8/04

| | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MENDOZA-JEN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx-796018    05/29/12<br>RISPERIDONE 1MG TB<br>** UNIT DOSE *** WATCH<br>SWALLOW ** TAKE ONE<br>TABLET(S) AT BEDTIME BY<br>MOUTH | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MENDOZA-JEN<br>11/28/11 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx-799249    12/09/11<br>BENZTROPINE 1MG TB<br>** UNIT DOSE *** WATCH<br>SWALLOW ** TAKE ONE<br>TABLET(S) TWICE DAILY BY<br>MOUTH | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MENDOZA-JEN<br>06/07/12 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx-79925T    12/09/11<br>SERTRALINE HCL 50MG TB<br>** UNIT DOSE ** WATCH SWALLOW ** TAKE<br>ONE-HALF TABLET TWICE DAILY FOR 5 DAYS THEN<br>INCREASE TO TAKE ONE TABLET(S) TWICE DAILY BY<br>MOUTH THEREAFTER | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MENDOZA-JEN<br>06/07/12 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |



Signature of person(s) whose initials appear above and how they initial

Signature / Initials   STEVE GRABOWSKI, LPN ll

Signature / Initials

Signature / Initials

Inmate MUNSTER, OTTO

ADC No 266474

Date 09/18/1971

Facility/Unit ASPC-T-FLORENCE CB6

FIG 3

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193488

ARIZONA DEPARTMENT OF CORRECTIONS

Medication Administration Record

Allergies: HALOPERIDOL & DERIV

Diagnosis or Medical Condition: NKD

Month: JAN  RY 2012

| MEDICATION | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MENDOZA-JEN 11/28/11 Rx 796018 RISPERIDONE 1MG TB ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE TABLET(S) AT BEDTIME BY MOUTH | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MENDOZA-JEN 05/28/12 Rx 1~249 BENZTROPINE 1MG TB ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE TABLET(S) TWICE DAILY BY MOUTH | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/09/11 06/07/12 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MENDOZA-JEN Rx 799251 SERTRALINE HCL 50MG TB ** UNIT DOSE ** WATCH SWALLOW ** TAKE ONE-HALF TABLET TWICE DAILY FOR 5 DAYS THEN INCREASE TO TAKE ONE TABLET(S) TWICE DAILY BY MOUTH THEREAFTER | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/09/11 05/07/12 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Signature of person(s) whose initials appear above and how they initial

| Signature / Initials | Signature / Initials | Signature / Initials |
|---|---|---|
| STEVE GRABOWSKI, LPN II | | |
| Signature / Initials | ~ Torentino CLPN II | |
| Signature / Initials | Signature / Initials | Signature / Initials |

Inmate Name (Last, First M.I.)
MUNSTER, OTTO

Date of Birth: 09/18/1971

ADC Number: 266474

Facility/Unit: ASPC-FLORENCE GB6

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ARIZONA D. RTMENT OF CORRECTIONS

Medication Administration Record

Allergies HALOPERIDOL & DERIV

Diagnosis or Medical Condition    NKD

EMBER, 2011

Month

| MEDICATION | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MENDOZA-JEN Rx 796018 RISPERIDONE 1MG TB ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE TABLET(S) AT BEDTIME BY MOUTH  11/28/11   05/29/12 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MENDOZA-JEN 799249 BENZTROPINE 1MG TB ** UNIT DOSE *** WATCH SWALLOW ** TAKE ONE TABLET(S) TWICE DAILY BY MOUTH  12/09/11   06/07/12 | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MENDOZA-JEN Rx 799251 SERTRALINE HCL 50MG TB ** UNIT DOSE ** WATCH SWALLOW ** TAKE ONE-HALF TABLET TWICE DAILY FOR 5 DAYS THEN INCREASE TO TAKE ONE TABLET(S) TWICE DAILY BY MOUTH THEREAFTER  12/09/11   06/07/12 | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Signature of person(s) whose initials appear above and how they initial

| Signature / Initials | Signature / Initials |
|---|---|
| | |
| Signature / Initials | Signature / Initials |
| | |
| Signature / Initials | Signature / Initials |
| | D. Starkes, RN |

Inmate Name (Last, First M.I.)   MUNSTER, OTTO

Date of Birth   09/18/1971

ADC Number   266474

Facility/Unit   ASPC-T FLORENCE CB6

1102-2
7/f/904

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193490

ARIZONA DEPARTMENT OF CORRECTIONS

Medication Administration Record

Allergies: HALOPERIDOL & DERIV

Diagnosis or Medical Condition  NKD

Month DECEMBER, 2011

| MEDICATION | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rx 790527     HARRISON<br>FLUOXETINE HCL 20MG CP<br>** UNIT DOSE *** WATCH<br>SWALLOW ** TAKE ONE<br>CAPSULE(S) EVERY MORNING<br>BY MOUTH<br><br>11/03/11     05/02/12 | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx ...018     MENDOZA-JEN<br>RISPERIDONE 1MG TB<br>** UNIT DOSE *** WATCH<br>SWALLOW ** TAKE ONE<br>TABLET(S) AT BEDTIME BY<br>MOUTH<br><br>11/28/11     05/29/12 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 796019 Mendoza<br>Benzotropine 1mg<br>*Q PM<br>~nit dose/Watch swallow<br><br>Start:When available Stop: 05/09/2012 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Signature  of  person(s) whose initials  appear above and how they initial

| Signature / Initials | Signature / Initials |
|---|---|
| STEVE GRABOWSKI, LPN II | |
| Signature / Initials | Signature / Initials |
| | |
| Signature / Initials | Signature / Initials |

Inmate Name (Last, First M.I.)
MUNSTER, OTTO

ADC Number
266474

Date of Birth
09/18/1971

Facility/Unit
ASPC-T FLORENCE CB6

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193491

1102-2
7/8/04

ARIZONA DEPARTMENT OF CORRECTIONS

Medication Administration Record

Allergies

Diagnosis or Medical Condition

| MEDICATION | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/3/11 — Harrison, MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prozac 20 mg | 05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PO QAM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp: 5-25-12  pen Dr Mendoza 11-25-11 / PH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Risperidone | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benztropine | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nov 2011

Inmate Name (Last, First M.I.)   Munster, John

ADC Number   266474

Date of Birth

Signature of person(s) whose initials appear above and how they initial:

| Signature / Initials | Signature / Initials |
|---|---|
| | Jane E. Hicks  CRN |
| | J. Fiocchi, RN  CRN |
| | L. Allard  CRN |

DOCUMENTATION CODES: R - Refused;  NS - No Show;  DC - Discontinued;  H - Medical Hold;  C - Out To Court;  O - Other

ARIZONA DEPARTMENT OF CORRECTIONS

Medication Administration Record

Allergies: **NO KNOWN DRUG ALLERGY**

OCTOBER, 2011

Month _____

Diagnosis or Medical Condition: **PSYCHOSES, TOPICAL INFLAMMATION**

| MEDICATION | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rx 408840 CITALOPRAM HYDROBROMIDE 20MG TB ** UNIT DOSE *** WATCH SWALLOW ** TAKE 1 TABLET BY MOUTH DAILY FOR 6 WEEKS ***FT** 09/30/11  CLEARY  11/10/11 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| .08841 RISPERIDONE 1MG TB ** UNIT DOSE *** WATCH SWALLOW ** TAKE 1 TABLET BY MOUTH NIGHTLY AT BEDTIME FOR 6 WEEKS ***FT** 09/30/11  CLEARY  11/10/11 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 408842 TRAZODONE HCL 50MG TB ** UNIT DOSE *** WATCH SWALLOW ** TAKE 1 TABLET BY MOUTH NIGHTLY AT BEDTIME FOR 6 WEEKS ***FT** 09/30/11 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BENZTROPINE 1MG TB one (1) Tab PO Q | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Signature of person(s) whose initials appear above and how they initial

| | Signature / Initials | | Signature / Initials |
|---|---|---|---|
| Signature / Initials | P. Patterson, LPN  CR | Signature / Initials | Robert C. Pulver Jr.  CLPN  CRN |
| Signature / Initials | V.N. Williams  CRN | Signature / Initials | J. Bhadra RN |

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| **CERVANTES, ANIBAL M** | **266471** |
| Date of Birth | Facility/Unit |
| **01/20/1981** | **ASPC PHX ARTC** |

DOCUMENTATION CODES: R - Refused;  WS - No Show;  DC - Discontinued;  H - Medical Hold;  C - Out to Court;  O - Other

1102-2 3/31/11

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193493

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

**ARIZONA DEPARTMENT OF CORRECTIONS**

Information Report

SDWO
Priority

| Report Number | 12-A01-1664 |
|---|---|
| Report Date | 3-4-12 |
| Page | 1 of 2 |

| To | Title | Unit |
|---|---|---|
| McDonald | LT | Central/Florence |

| From | Title | Unit |
|---|---|---|
| Gilmore | COII | Central/Florence |

Subject: Security Device Discrepency

| Employee Name (Last, First M.I.) | Title | Badge Number |
|---|---|---|
| Gilmore | COII | 9870 |

| Employee Name (Last, First M.I.) | Title | Badge Number |
|---|---|---|
| | | |

| Intelligence Category 1 | Intelligence Category 2 |
|---|---|
| | |

| Source Type | Source's Last Name | Source's ADC Number |
|---|---|---|
| | | |

| Inmate Name (Last, First M.I.) | ADC Number | Unit | HU/BED | Involved As: |
|---|---|---|---|---|
| | | | | |

| Inmate Name (Last, First M.I.) | ADC Number | Unit | HU/BED | Involved As: |
|---|---|---|---|---|
| | | | | |

| Time | Date | Location |
|---|---|---|
| 2231 | 3-4-12 | CB7-G-3 |

Summary

On the above date approximate time while during an ICS, I COII Gilmore #9870, tried to open 7-G-3 from the control panel. 7-G-3 door would not open due to an electrical malfunction. Cover plate was removed and opened door manually. Supervisors are aware of discrepency. Work order was written #7-556. End of report.

| Employee's Signature | Title |
|---|---|
| | COII |

Comments/Action Taken

Priority SDWO submitted and attached. Cell Inspection conducted

| Employee's Signature | Title |
|---|---|
| McDonald | LT 1791 |

Distribution (Check all that apply)
☐ _____
☐ _____
☐ _____

| Entered into Database |
|---|
| By |
| Date |

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER          ADC193495

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Maintenance Work Order Request**

**Requestor**

| Work Order Number 03-7185 | Institution/Facility ASPC Central |
|---|---|
| Building Number So-cu-10 | Location 7.G.3 |

| Requestor Name (Last, First MI) LT. Terry | Date 3-5-12 | Time |
|---|---|---|

Description of Work Being Requested
Door not opening or closing

**Maintenance Dispatcher**

| Date 3.5.12 | Preventative Maintenance | |
|---|---|---|
| Crew Assigned Caffall | Inmate Hours | Staff Hours |

Work Performed
Adjusted limit switch & track

☑ Complete 3-5-12 (Date)    ☐ Delayed _____ (Date)    ☐ Previously Completed _____ (Date)

**MATERIAL COST SUMMARY** (For listing additional materials use Maintenance Work Order Supplement, 403-3P)

| Stock Number | Parts/Material Used | Quantity | Unit Cost | Extended Cost |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Labor/Hours    Staff 1    Inmate 2

**Trades Supervisor**

| Comments Copy to LT. Rode |
|---|

| Physical Plant Manager or Maintenance Supervisor Kevin Caffall | Date 3.5.12 |
|---|---|

403-2P
2/12/99

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER                ADC193496

# ARIZONA DEPARTMENT ~ CORRECTIONS

## Maintenance Work Order Request    SDWO

SECUR 8
7-5

ASPC-Florence/Central Unit
[ ] Emergency  [X] Urgent
[ ] Important  [ ] General

| Work Order Number  03-7185 | Institution/Facility |
|---|---|
| | ASPC/Florence - Central Unit   MAR 0 5 2012 |

| Building Number  Cell Block | Location  7-G-3 | Chief of Security Review Date  3/5/12 | Security Device  OK |
|---|---|---|---|

| Requestor Name *(Last, First MI)*  CoII Palomarez | Date  3/5/12 | Time  0344 |
|---|---|---|

**Description of Work Being Requested**

7-G-3   Door not working

| Date  3/5/12 | Preventative Maintenance |
|---|---|
| **Crew Assigned**  ~~Plumber~~ CAFFALL | Inmate Hours | Staff Hours |
| **JSA Completed Date** | **Completed By** | **Date Submitted to OSC III** |

**Work Performed**

ADJUSTED LIMIT Switch, AND TRACK ~~~~

[X] Complete 3/5/12  _____   [ ] Delayed_____   [ ] Previously Completed_____
    *(Date)*                          *(Date)*                         *(Date)*

**MATERIAL COST SUMMARY** *(For listing additional materials use Maintenance Work Order Supplement. 403-2)*

| Stock Number | Parts/Material Used | Quantity | Unit Cost | Extended Cost |
|---|---|---|---|---|
| | NONE | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Labor/Hours | Staff  1.0 | Inmate  2.0 |
|---|---|---|

**Comments**

| Physical Plant Manager or Maintenance Supervisor  M. Buxton  Leon CAFFALL | Date  3/5/12 |
|---|---|

403-2
2/24/09

CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

ADC193497

ARIZONA DEPARTMENT OF CORRECTIONS

Cell Inspection List

> This form will be used by the Pod Officer making the inspection of any empty cell. (Before an inmate moves into the cell or as he is being moved out of the cell.)

| Officer's Badge Number | Cell Location | | | | Date |
|---|---|---|---|---|---|
| 10105 | Wing | Cluster | | Cell 7-D-3 | 3/5/12 |

Cells will be thoroughly inspected for the following discrepancies:

| | | OK | DISCREPANCY THAT NEEDS REPAIR / CORRECTIVE MEASURES |
|---|---|---|---|
| 1 | Lights | OK | OK |
| 2 | Furniture | OK | OK |
| 3 | Plumbing | OK | OK |
| 4 | Paint | OK | |
| 5 | Walls | OK | OK |
| 6 | Grill Work | OK | OK |
| 7 | Mirror | OK | |
| 8 | Floors | OK | |
| 9 | Door | OK | |

| Was a work order submitted: | ☐ YES | Work Order Number |
|---|---|---|
| | ☐ NO | |

| Date Received by Count Officer | Initials |
|---|---|
| Date Received by Graveyard | Initials |
| Date Discrepancies Completed | Initials |
| Date Return to Count Officer | Initials |

| Inmate Comments |
|---|
| |

| Staff Member's Signature Kramer 10105 |
|---|
| Inmate Signature ▓▓▓▓▓▓▓▓ | ADC Number ▓▓▓▓▓ | Date 3-4-12 |

703-2
5/12/11