Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
kflood@acluaz.org
jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

Defendants.

No. CV 12-00601-PHX-NVW (MEA)

**PLAINTIFFS' MOTION TO PRESENT DIRECT EXPERT TESTIMONY BY DECLARATION**

## I. INTRODUCTION

To streamline the trial and to ensure that testimony is presented in a measured and complete manner, Plaintiffs respectfully move this Court for an order (1) directing the parties to submit the direct trial testimony of witnesses who will testify pursuant to Fed. R. Evid. 702, and who have therefore been designated pursuant to Fed. R. Civ. P. 26(a)(2) ("Expert Testimony"), via written declaration and (2) permitting the parties to present an additional 90 minutes of live direct testimony for each such witness. If this Court grants the motion, Plaintiffs propose that direct Expert Testimony be filed and exchanged no later than close-of-business four court days before the witness's scheduled appearance.[1]

In their most recent Disclosure Statements, the parties indicated that 74 witnesses will be called at trial (27 by Plaintiffs and 47 by Defendants), more than a dozen of whom will purportedly provide Expert Testimony. [*See* Individual Named Plaintiffs' Fourth Supplemental Disclosure Statement and Defendants' Nineteenth Supplemental Disclosure Statement, attached as Exhibits 1 and 2, respectively, to the Declaration of Caroline N. Mitchell in Support of Plaintiffs' Motion to Present Direct Expert Testimony by Declaration] In light of the large number of witnesses expected to testify at trial and the complex and varied nature of the testimony they are expected to offer, presenting direct Expert Testimony via written declaration is appropriate in this case.

## II. ARGUMENT

### A. <u>The Ninth Circuit Has Ordered Presentation of Direct Testimony by Written Declaration, Even Over a Party's Objection.</u>

Submitting written testimony in lieu of live examination "is an accepted and encouraged technique for shortening bench trials." *In re Adair*, 965 F.2d 777, 779 (9th Cir. 1992) (quoting *Phonetele, Inc. v. Am. Tel. & Tel. Co.*, 889 F.2d 224, 232 (9th Cir. 1989)). The use of written direct testimony permits "the introduction of evidence in a

[1] Plaintiffs counsel contacted Defendants' counsel with the same proposal. Defendants refused and made no counter-proposals to streamline the trial.

succinct manner," "allows counsel to present direct testimony in a measured and complete manner and reduces the possibility that vital testimony will fail to be presented." *Kuntz v. Sea Eagle Diving Adventures Corp.*, 199 F.R.D. 665, 666 (D. Haw. 2001); *see also Sanders v. Ayers*, 2008 WL4057820, at *2 (E.D. Cal. Sept. 12, 2008) granting pre-trial request to present direct testimony by declaration or report, finding procedure to be "best use of judicial and other resources"). Indeed, this Court's form for Proposed Final Pretrial Order for Bench Trial contemplates "presenting direct expert testimony through summary or written reports" as one possible procedure for expediting trial. [Wake, J., Proposed Final Pretrial Order for Bench Trial at 4]

Accordingly, the Ninth Circuit has affirmed district court rules requiring that direct examination in bench trials be presented by affidavits or narrative witness statements, even over the strident objection of one of the parties. *See Adair*, 965 F.2d at 779 (upholding bankruptcy court's standard procedure requiring that direct testimony be presented by written declaration, with witness testifying live on cross-examination and redirect); *In re Gergely*, 110 F.3d 1448, 1452 (9th Cir. 1997) (affirming district court's pretrial order requiring written declarations in lieu of live testimony and permitting oral cross-examination); *see also Kuntz,* 199 F.R.D. at 666. In so doing, the Ninth Circuit has made clear that requiring evidence to be presented by declaration is consistent with the mandate of Rule 611(a) of the Federal Rules of Evidence, which requires a court to "exercise reasonable control over the mode and order of interrogating witnesses and presenting evidence so as to (1) make the interrogation and presentation effective for the ascertainment of the truth, [and] (2) avoid needless consumption of time." Fed. R. Evid. 611(a); *Adair*, 965 F.2d at 779; *Gergely*, 110 F.3d at 1452.

Further, the Ninth Circuit has confirmed that submitting direct testimony via declaration comports with Rule 43(a), which provides that "[a]t trial, the witnesses' testimony must be taken in open court unless a federal statute, the Federal Rules of Evidence, these rules, or other rules adopted by the Supreme Court provide otherwise." Fed. R. Civ. P. 43(a); *Adair*, 965 F.2d at 780; *see also In re Geller*, 170 B.R. 183, 185-86

(S.D. Fla. 1994) (denying motion to strike standing order permitting submission of direct testimony by declaration, citing *Adair* and noting that procedure is "within the meaning of Fed. R. Civ. P. 43(a)"); *Saverson v. Levitt*, 162 F.R.D. 407, 410 (D.D.C. 1995) (denying relief from written submission procedure for bench trials, rejecting argument that procedure violates Rules 43(a) and 611(a)). This is because the "primary purposes of Rule 43(a) are to ensure that the accuracy of witness statements may be tested by cross-examination and to allow the trier of fact to observe the appearance and demeanor of the witnesses." *Adair*, 965 F.2d at 780. Where the trier of fact has the opportunity to observe the declarants' demeanor and gauge their credibility during oral cross-examination and redirect examination, these purposes are achieved. *Id.*

### B. <u>Presentation of Direct Testimony by Written Declaration Is Proper in This Case.</u>

This Court should grant Plaintiffs' request to present the direct Expert Testimony by written declaration. In light of the complexity of the issues and number of witnesses each side anticipates presenting at trial, submitting direct Expert Testimony in writing following a brief direct examination is the "best use of judicial and other resources." *Sanders v. Ayers*, 2008 WL 405780 (granting pre-trial request to present direct testimony by declaration or report). Further, Plaintiffs' proposal, which contemplates an additional 90 minutes of live direct testimony for experts, as well live cross-examination and redirect, allows the Expert Testimony to be tested for accuracy and will allow the Court to assess the witnesses' credibility. *Adair*, 965 F.2d at 780.

## III. CONCLUSION

For the reasons stated above, Plaintiffs respectfully request that the Court grant Plaintiffs' motion to present direct Expert Testimony by declaration and permit the parties to provide an additional 90 minutes of live direct Expert Testimony.

Dated: August 8, 2014

**JONES DAY**

By: s/ Caroline Mitchell

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
aamiri@jonesday.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
keidenbach@perkinscoie.com
jhgray@perkinscoie.com
mdumee@perkinscoie.com
jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com
           wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org
           aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
           tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: kmamedova@jonesday.com
jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email: kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Sarah Kader
Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
avarma@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
**ARIZONA CENTER FOR DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email: jrico@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　s/ S. Neilson