1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

DISTRICT OF ARIZONA

8

9  Victor Parsons; Shawn Jensen; Stephen Swartz;
   Dustin Brislan; Sonia Rodriguez; Christina
10  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
11  Hefner; Joshua Polson; and Charlotte Wells, on
    behalf of themselves and all others similarly
12  situated; and Arizona Center for Disability Law,

                                    Plaintiffs,
13
                    v.
14  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
15  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
16  capacities,

17                                  Defendants.

No. CV 12-00601-PHX-NVW
(MEA)

**[PROPOSED] ORDER
GRANTING PLAINTIFFS'
MOTION TO PRESENT
DIRECT EXPERT
TESTIMONY BY
DECLARATION**

18      The Court, having reviewed Plaintiffs' Motion To Present Direct Expert Testimony

19  by Declaration, and good cause appearing,

20      IT IS ORDERED granting Plaintiffs' Motion To Present Direct Expert Testimony

21  By Declaration.

22      IT IS FURTHER ORDERED that both parties shall submit direct expert testimony,

23  as defined in Plaintiffs' Motion To Present Direct Expert Testimony by Declaration, via

24  written declaration, which shall be filed and exchanged no later than close-of-business

25  four court days before the witness's scheduled appearance.  With respect to each witness

26  offering expert testimony, the Court will allow the parties 90 minutes of live direct

27  testimony.

28