IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

Before the Court is Fox Salerno's Motion to Consolidate (Doc. 1059). He seeks to consolidate his two individual actions alleging deliberate indifference to his serious medical needs with this action. The request will be denied; there is no basis to consolidate Plaintiff's claims for damages with this action, which only seeks injunctive relief. To the extent that Plaintiff also seeks systemic injunctive relief in his suits, that relief is already being sought on his behalf. Class members may obtain further information from class counsel.

**IT IS THEREFORE ORDERED** that Mr. Salerno's Motion (Doc. 1059) is **denied**.

Dated this 8th day of August, 2014.

_____
Neil V. Wake
United States District Judge