# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No. CV-12-00601-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the Plaintiffs' Motion to Seal Items Associated with Plaintiffs' Motion to De-Designate Documents as Confidential (Doc. 1043), and good cause appearing,

IT IS ORDERED granting the Plaintiffs' Motion. The Clerk's Office shall file under seal the unredacted version of Plaintiffs' Motion to De-Designate Documents as Confidential.

Dated this 8th day of August, 2014.

_____
Neil V. Wake
United States District Judge