**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DJH<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW MOTION TO SEAL RE: RESPONSE TO PLAINTIFFS' MOTION TO PRESENT DIRECT EXPERT TESTIMONY BY DECLARATION** |

The Court, having reviewed Defendants' Unopposed Motion to Withdraw Motion to Seal Re: Response to Plaintiffs' Motion to Present Direct Expert Testimony by Declaration, and good cause appearing,

IT IS ORDERED that Defendants' Unopposed Motion to Withdraw Motion to Seal Re: Response to Plaintiffs' Motion to Present Direct Expert Testimony by Declaration is GRANTED.

IT IS FURTHER ORDERED directing the Clerk to file publicly the unredacted Response and Exhibits A and B, lodged under seal at Doc. 1082 and 1084.

2944090.1