# EXHIBIT A

```
UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
------------------------------------------x
VICTOR PARSONS; SHAWN JENSEN; STEPHEN
SWARTZ; DUSTIN BRISLAN; SONIA RODRIGUEZ;
CHRISTINA VERDUZCO; JACKIE THOMAS;
JEREMY SMITH; ROBERT GAMEZ; MARYANNE
CHISHOLM; DESIREE LICCI; JOSEPH HEFNER;
JOSHUA POLSON; and CHARLOTTE WELLS, ON
BEHALF OF THEMSELVES AND ALL OTHERS
SIMILARLY SITUATED; and ARIZONA CENTER
FOR DISABILITY LAW,

                    Plaintiffs,
                                    Case No.
          v.                        CV 12-00601-PHX-NVW
                                        (MEA)
CHARLES RYAN, DIRECTOR, ARIZONA DEPARTMENT
OF CORRECTIONS; and RICHARD PRATT, INTERIM
DIVISION DIRECTOR, DIVISION OF HEALTH
SERVICES, ARIZONA DEPARTMENT OF CORRECTIONS,
IN THEIR OFFICIAL CAPACITIES,

                    Defendants.
------------------------------------------x
                    April 4, 2014
                    9:02 a.m.
```

Deposition of ROBERT L. COHEN, M.D., pursuant to Notice, held at the offices of Simon & Partners, 551 5th Avenue, New York, New York, before Anita Shemin, a Certified Shorthand Reporter and Notary Public within and for the State of New York.

JOB NO.: 203577

ROBERT L. COHEN, M.D. - 4/4/2014

1    A P P E A R A N C E S:
2        PRISON LAW OFFICE
         Attorneys for Plaintiffs
3            1917 Fifth Street
             Berkeley, California 94710
4
         BY:  ALISON HARDY, ESQ.
5
6
         STRUCK WIENEKE & LOVE PLLC
7        Attorneys for Defendants
             3100 West Ray Road
8            Chandler, Arizona 85226
9        BY:  DAN STRUCK, ESQ.

| | | |
|---|---|---|
| 1 | Q | When did she stop practicing law? |
| 2 | A | 2004. |
| 3 | Q | Yes? |
| 4 | A | She is an administrator at this point. |
| 5 | Q | I am sorry? |
| 6 | A | She is an administrator at this point. |
| 7 | Q | Where? |
| 8 | A | The Innocence Project. |
| 9 | Q | What is The Innocence Project? |
| 10 | A | The Innocence Project, it helps people with claims of innocence that can be proven by DNA. |
| 13 | Q | How long has she been with The Innocence Project? |
| 15 | A | Ten years. |
| 16 | Q | You have been described -- I think it was a Law Review article that I read.  You have been described as someone who is a prisoners' rights advocate. |
| 20 | | Would you agree with that? |
| 21 | A | Yes. |
| 22 | Q | I think I have also seen you described as a prisoners' rights activist. |
| 24 | | Would you agree with that? |
| 25 | A | Yes. |

1  Q   If I understand what you are saying,
2  that somebody at -- Ms. Norman or someone else
3  prepared the declaration, sent it to you, you
4  edited it based upon your discussions with them?
5  A   Well, I reviewed the medical records and
6  reviewed all of the documents, and then the
7  drafting involved a review of -- involved going
8  back and forth on this.
9  Q   That is what I am trying to find out.
10     Was it drafted initially by Ms. Norman
11 based upon your conversations with you?
12 A   Based upon our conversations.
13 Q   You think that is how it happened?
14 A   I think that is how it happened.
15 Q   Do you remember how many drafts you
16 reviewed?
17 A   No.
18 Q   It was emailed to you?
19 A   I believe so.  There possibly were some
20 emails, I don't recall.
21 Q   There has been correspondence produced
22 in this case, and one of them was an email to you
23 with your declaration and some other declarations
24 that were included in the class certification
25 motion, and that is the only email that we have

```
 1    STATE OF NEW YORK  )
                         )  SS.:
 2    COUNTY OF NEW YORK )

 3

 4           I, ANITA SHEMIN, a Certified
 5    Shorthand Reporter and Notary Public
 6    of the State of New York, do hereby
 7    certify that the foregoing examination
 8    of the witness, ROBERT L. COHEN, M.D.,
 9    taken at the time and place aforesaid,
10    is a true and correct transcription of my
11    shorthand notes.
12           I further certify that I am
13    neither counsel for nor related to
14    any party to said action, nor in any
15    wise interested in the result or
16    outcome thereof.
17           IN WITNESS WHEREOF, I have
18    hereunto set my hand this 9th day
19    of April, 2014.
20
21                      _____
22                              ANITA SHEMIN
23
24
25
```