UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' PLAINTIFFS' [EXPEDITED] MOTION FOR EXTENSION OF TIME TO FILE PROPOSED STATEMENTS OF FACTS AND CONCLUSIONS OF LAW UNTIL AFTER THE CLOSE OF EVIDENCE** |

The Court, having reviewed Plaintiffs' Motion for Extension of Time To File Proposed Statements of Fact and Conclusions of Law Until After the Close of Evidence, good cause appearing,

**IT IS ORDERED** that the Motion is GRANTED and that neither party shall file proposed findings of fact and conclusions of law until after trial, on a schedule to be set by the Court. To apprise the Court of the major legal and factual issues the parties expect to present at trial, however, each party may file a trial brief of no more than 30 pages.