1  **JELLISON LAW OFFICES, PLLC**
   3101 North Central Avenue
2  Suite 1090
   Phoenix, Arizona 85012
3  Telephone: (602) 277-6009
   Facsimile: (602) 230-9250
4  E-mail: jim@jellisonlaw.com

5  JAMES M. JELLISON, ESQ. #012763
   Attorney for Non-party
6  Defendant Wexford Health Sources, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charolotte Wells on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections in their official capacities,<br><br>Defendants. | Case No.: CV2012-00601-NVW-MEA<br><br>**NOTICE OF REQUEST FOR REMOVAL FROM ECF NOTIFICATIONS BY NON-PARTY** |

NOTICE IS HEREBY GIVEN, that the law firm of Jellison Law Offices, PLLC, and its principal attorney, James M. Jellison, having been retained as counsel and appeared for limited purposes only as to non-party Wexford Health Sources, Inc., respectfully requests to be removed from any notifications of electronic case filings for this case.

1

On September 9, 2013, Jellison Law Offices, PLLC, and its principal attorney, James M. Jellison, filed a Notice of Limited Appearance on behalf of non-party Wexford Health Sources, Inc. for the sole purpose of addressing a Motion to De-designate Two Documents as Confidential. [Doc. 628]. On September 9, 2013, undersigned submitted a joinder which objected to the requested de-designation of the two documents. [Doc. 629]. On September 24, 2013, this Court issued its Order on the subject of the de-designation of the two documents. [Doc. 657]. Neither Jellison Law Offices, PLLC, or its principal attorney, James M. Jellison, contemplate any additional involvement in this matter. Accordingly, it is requested that the law firm of Jellison Law Offices, PLLC, and its principal attorney, James M. Jellison be removed from any further notifications of electronic case filings for this case.

A proposed order effecting this request is attached hereto.

DATED this 4th day of September, 2014.

JELLISON LAW OFFICES, PLLC

By s/James M. Jellison
Jellison Law Offices, PLLC
3101 North Central Avenue
Suite 1090
Phoenix, AZ 85012
*Attorney for Non-party Wexford Health Sources*

Certificate of Service:
I hereby certify that on September 4, 2014,
I electronically transmitted the attached document
To the Clerk's Office using the
CM/ECF System for filing.

Certificate of Mailing:
I hereby certify that on September 4, 2014, I electronically filed the attached document which will send Notification of such filing to all Counsel of record.

s/Kasey M. Rivera_____ _____ _

3