IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charolette Wells on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections in their official capacities,<br><br>Defendants. | Case No.: CV2012-00601-NVW-MEA<br><br>**[PROPOSED ORDER] re: REMOVAL FROM ECF NOTIFICATIONS BY NON-PARTY** |

Upon the request of Jellison Law Offices, PLLC, and its principal attorney, James M. Jellison, to be removed from further ECF filings/notifications in this case,

IT IS ORDERED directing the Clerk of the Court to remove Jellison Law Offices, PLLC and James M. Jellison from any further notifications of electronic case filings in this matter.

DATED this _____ day of September, 2014.

_____

1