# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DJH<br><br><br>**[Proposed] ORDER** |

The Court, having reviewed Defendants' Motions in Limine (Doc. ___) and Plaintiffs' Responses,

**IT IS ORDERED** granting Defendants' Motion in Limine No. 1 and excluding any trial exhibits that Plaintiffs have not identified in Plaintiffs' disclosure statements.

**IT IS FURTHER ORDERED** granting Defendants' Motion in Limine No. 2 and excluding any trial witnesses that Plaintiffs have not identified by name in Plaintiffs' disclosure statements, and any trial testimony by Rhonda Jensen, Michelle Lependorf, Caroline Isaacs, Lynn Nau, Margaret Plews, Doris Schartmueller, Laurie Vocke, Mark Dehe, Cassie Rogers, Cody Huggins, Jo Ann Lassell, Dean Vocke, and inmates Velasquez, Ammirato, Armenta, Leslie, Wakeman, Chavez, Velarde, and Cain.

2944090.1

**IT IS FURTHER ORDERED** granting Defendants' Motion in Limine No. 3 and excluding at trial the Wexford PowerPoint presentation (Bates Nos. Wexford 000001-131) and any documents and testimony related to that document.

**IT IS FURTHER ORDERED** granting Defendants' Motion in Limine No. 4 and excluding at trial any healthcare evidence that predates July 1, 2012.