1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>　　　　　　Defendants. | No. CV 12-00601-PHX-DJH <br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 1: USE OF FACTS UNDERLYING WITNESS'S CONVICTIONS** |

17     The Court, having reviewed Plaintiffs' Motion in Limine No. 1: Use of Facts

18  Underlying Witness's Convictions (Doc. ___) and the evidence submitted in support of

19  the briefing, and good cause appearing,

20     IT IS ORDERED that Plaintiffs' Motion is GRANTED.

21     The parties are hereby ordered that the use of the criminal records of persons called

22  as witnesses in this case be limited to the crime(s) for which the witness was convicted,

23  and the date of those convictions, pursuant to the time limitations set forth in Rule 609(b)

24  of the Federal Rules of Evidence.

25

26

27

28