Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DJH <br><br> **NOTICE OF FILING REDACTED EXPERT REPORTS PURSUANT TO COURT ORDER (DOC. 1087)** |

78204-0001/LEGAL123395033.1

Pursuant to the Court's Order [Doc. 1087], Plaintiffs submit redacted copies of their expert reports as follows:

1. Robert Cohen, M.D.:
   a. Report dated November 8, 2013, including all appendices (Exhibit 1);
   b. Rebuttal report dated January 31, 2014, including all appendices (Exhibit 2); and
   c. Supplemental report dated February 24, 2014, including all appendices (Exhibit 3).
2. Todd Randall Wilcox, M.D.:
   a. Confidential Report of Todd Randall Wilcox, November 8, 2013 (Exhibit 4);
   b. Confidential Rebuttal Report of Todd Randall Wilcox, January 31, 2014 (Exhibit 5); and
   c. Confidential Supplemental Report of Todd Randall Wilcox, April 2, 2014 (Exhibit 6).
3. Pablo Stewart, M.D.:
   a. Report dated November 8, 2013, including all appendices (Exhibit 7);
   b. Supplemental report dated December 9, 2013, including all appendices (Exhibit 8);
   c. Rebuttal report dated January 31, 2014, including all appendices (Exhibit 9); and
   d. Second supplemental report dated February 24, 2014, including all appendices (Exhibit 10).
4. Jay D. Shulman, D.M.D., M.A., M.S.P.H.:
   a. Report dated November 8, 2013, including all appendices (Exhibit 11);

          b.     Rebuttal report dated January 31, 2014, including all appendices (Exhibit 12); and

          c.     Supplemental report dated February 24, 2014, including all appendices (Exhibit 13).

5.    Eldon Vail:

          a.     Report dated November 8, 2013, including all appendices (Exhibit 14);

          b.     Report dated January 31, 2014, including all appendices (Exhibit 15); and

          c.     Report dated February 24, 2014 (Exhibit 16).

6.    Craig Haney, Ph.D., J.D.:

          a.     Report dated November 7, 2013, including all appendices (Exhibit 17); and

          b.     Report dated January 31, 2014, including all appendices (Exhibit 18).

7.    Brie Williams, M.D., M.S.:

          a.     Report dated November 8, 2013, including all appendices (Exhibit 19);

          b.     Report dated December 9, 2013, including all appendices (Exhibit 20); and

          c.     Rebuttal report dated January 31, 2014, including all appendices (Exhibit 21).

. . .

. . .

. . .

. . .

. . .

| | | |
|---|---|---|
| 1 | Dated: September 8, 2014 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By:  s/ Kirstin T. Eidenbach |
| | | Daniel C. Barr (Bar No. 010149) |
| | | Amelia M. Gerlicher (Bar No. 023966) |
| 4 | | Kirstin T. Eidenbach (Bar No. 027341) |
| | | John H. Gray (Bar No. 028107) |
| 5 | | Matthew B. du Mée (Bar No. 028468) |
| | | Jerica L. Peters (Bar No. 027356) |
| 6 | | 2901 N. Central Avenue, Suite 2000 |
| | | Phoenix, Arizona 85012 |
| 7 | | Telephone:  (602) 351-8000 |
| | | Email:    dbarr@perkinscoie.com |
| 8 | | agerlicher@perkinscoie.com |
| | | keidenbach@perkinscoie.com |
| 9 | | jhgray@perkinscoie.com |
| | | mdumee@perkinscoie.com |
| 10 | | jpeters@perkinscoie.com |

(Additional counsel listings:)

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    dpochoda@acluaz.org
          jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
afettig@npp-aclu.org
aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
Dara Levinson (Cal. 274923)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
aamiri@jonesday.com
daralevinson@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com
tfreeman@jonesday.com

*Admitted *pro hac vice*

-5-

| | |
|---|---|
| 1 | Kamilla Mamedova (N.Y. 4661104)* |
| 2 | Jennifer K. Messina (N.Y. 4912440)*<br>**JONES DAY**<br>222 East 41 Street |
| 3 | New York, New York 10017<br>Telephone:  (212) 326-3498 |
| 4 | Email:    kmamedova@jonesday.com<br>              jkmessina@jonesday.com |
| 5 | |
| 6 | *Admitted *pro hac vice* |
| 7 | Kevin Brantley (Cal. 251886)*<br>**JONES DAY** |
| 8 | 3161 Michelson Drive, Suite 800<br>Irvine, California 92612 |
| 9 | Telephone:  (949) 851-3939<br>Email:    kcbrantley@jonesday.com |
| 10 | *Admitted *pro hac vice* |
| 11 | *Attorneys for Plaintiffs Shawn Jensen;* |
| 12 | *Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie* |
| 13 | *Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph* |
| 14 | *Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

-6-

1                                                   **ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Sarah Kader
       Sarah Kader (Bar No. 027147)
       Asim Varma (Bar No. 027927)
       5025 East Washington Street, Suite 202
       Phoenix, Arizona 85034
       Telephone: (602) 274-6287
       Email:   skader@azdisabilitylaw.org
                    avarma@azdisabilitylaw.org

       J.J. Rico (Bar No. 021292)
       Jessica Jansepar Ross (Bar No. 030553)
       **ARIZONA CENTER FOR DISABILITY LAW**
       100 N. Stone Avenue, Suite 305
       Tucson, Arizona 85701
       Telephone: (520) 327-9547
       Email:   jrico@azdisabilitylaw.org
                    jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

78204-0001/LEGAL123395033.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　s/ D. Freouf