⑨

5/33/12 - Most recent

~~targeted colofa~~

multiple foot complaint
doctor well

foot issues
(no targeted level or associated labs)

10

■■■■■■

■■■■■

150mg

Haldol Dec IM & 3wks
cogentin

apathesia

Dx diff't between Kplmt + ↓MD into 7/12/12

=) lack of MD involvent c Rx plaing

① Cogentin ③ for u 17 days.
   ⇨ based on MAR June 1st → 17TH

meds (Haldol D was ↑ fun 150mg ₹ Ywh
   to ₹ 3wks on 7/9/13
   ⇨ Sle had segnf't
     EPS on efm !

⇨ for unclear clinl reasm,
   (VMD progress note,
   " less Asymptomatic"
   SYMPTOMATIC

c/o A/H

Haldol Dec 1M q4h
Prozac
Cogentin

MD order 6/1/13: D/C PO Haldol
Haldol D 50mg ↓ Yuri
Prozac 40mg qd
Cogentin 2g BID

MOST Current Rx Plan 8/30/12
Dx PTSD
No MD involvement

Most recent ΨMD note 6/10/13
↳ Dx Mood D/O NOS
Psychosis NOS
DIAGNOSTIC
# discrepancy between Rx plan dx & ΨMD dx

NO Coordination in Rx plan

(12)

VERDUZCO, CHRISTINA
205576

blurry vision, H/A's

MEDs: Depakote
Cogentin
Haldol    q 4 wks
ZYPREXA

She cuts herself in the time before her
Haldol Dec.!

thought process problem
A/H; V/H

neg psycht

fxun chat; med orders:   Prozac 40mg gd  6/25/13
                          Depakote at various doses

2 bouts of severe dehydration: 7/3/13
which required IV PF              6/17/13

med order 5/6/13 - Depakote 1000mg BID
                   Haldol D 125g q Iwk
                   Cogentin 2g BID
                   Prozac 60g gd

✱ 2 bouth of severe dehydration
Dehydrate toxity

(13)

A/H ; multiple meds ; EPS versus TD

(94)

Parods

bx/p cutting

of of Rx of any [blood] x̄ for being on suicidewatch

post H - Celexa
tegretol

(15)

non-lithium
Ø precautions of best told to patient

She's being prescribed $L_i$ for
Borderline Personality Disorder

(16) ███████████████████
███████

neal - for depression

(17) ███████████████████

tegretol - mood stabilizer

problem ? meds

Ct reviewed

(18) ███████████████
███

Keppra + phenobarb
tests - after by results is not

(19) Sonia Rodriguez 103850

legs on floor

Meds — Haldol Dec 200mg IM g 4wks
L Staff A/V Haldol

Akathesia 2° Haldol

prescribed Cogentin

g 3 month for PMD visit

20

1 ' Mood disorder "
dx-Schizophrenic disorder

Medi Deputy
Case
I filled dec
PO | tabol
Celexa

G monthly ≡ PhD

G 2 month ≡ MD

(21)

██████████      ██████████

performed on Ability

22

Seroquine
tegretol

3/5/13 - D/c'd meds
not seen again until 7/10/13

↳ meds restarted : tegretol 200 BID
                    Seroquin 5 gd

Master curret Rx plan: 1/12/12
        dx  ASPD
            mood disorder NOS
        Rx  Buspar, Resperdal

Ψ MD note  7/10/13 - Dx depression c psychosis;
                      ANXIETY NOS
                      Rx - tegretol 200y BID
                           Seroquin 5 mg gd

Ψ MD note  3/5/13
        ↳ Dx Depression NOS
             Anxiety NOS
             Rx - STOP Resperdal
                  STOP Buspar

① Ø coordination in treatment plan

② 4 months c being seen by psychiatrist
   c resultant psychiatric + mood s/e

23 ████████████████████    ███████████████

RA progor   KOP's

24 ████████████    ████████████

prolifn  - A/H
effofor
relofer

25 ████████████    ████████████
                 ████████████

r/o psychosin

26

H/o Prozac
Buspar
previously on CPZ for Schizophrenia

— SMI per problem list

June MAR missing but she filed an
HNR 6/10/13 stating she hasn't been
getting her PROZAC

Also MAR demonstrate tht
she has missed multiple doses of
Prozac in Jul.

(25) ████████████████████

Rx – Celexa

(28) ████████████████████

Rx tuilofen togethd

(29) ████████████████████

Potid Rendem

Hx of bipolar – long hx of PRx

30

Knowls - Previual on Deputato
△ to Smital
Pryor 80my gl    - OCD
Buspron 20y gl

✓ Predative
Just goin

She stopped taking Elavil because it was too different
to wait in line.

WTU patients



No ned orders or
— MD note on PROZAC

All of these women were on anti depressant
meds and were all stable. nobody told an
acute/severe axis I pathology.

7/19/13        Phoenix

① ▮▮▮▮▮▮▮ — ▮▮▮▮
    ⤷ c/o ↑ anxiety
    on 10 min Suicide V's; Not done every 10 minute
    Passivity yet ~ 3 minute of self feat!

② ▮▮▮▮▮▮▮
    ⤷ Rocky in the floor of his cell, apparently
    psychotic

③ ▮▮▮▮▮▮▮          ▮▮▮▮
    appear very sedated
              Thorazine          Most recent Morin 4/13
              Tegretol - 52's    → no MD input
              Wellbutrin         Rx plan 7/24/09
              Prozac             reviewed 6/5/13
              Cogentin           dx Bipolar I
                                 psych pt
                                 H/O S.A.D.

    Calcium EPS; on CPZ for "a long time"; EPS neg
              c̄ CPZ 1/4; only stated getting
              cogentin last month.

    attending group — one group in 2 month
    once a week cell front visit ō psychologist
    also "day room" time where to sit in a cage &
    watch TV; at least 3day/wk for outside rec.

6/18/13 4mD note dx- Major depression, recent
296.3

meds- Cogentin
wellbutrin   very
Hocip   BIZARRE
Prozac   MED
COMBO

4 mD note 6/14/13 - Same dx + meds on 6/18/13

stopping order for Prozac on 6/18/13 ⊕ 7/5/13
order
for Prozac

[ordess
in chart]

(4)

▮▮▮▮▮▮▮▮▮▮▮

Dx - Bipolar Disorder

long h/ of mental health Rx prior to prison.
↳ began in July 1983

He's been here a year;

Meds - Risperdal Consta
cogentin
ativan PRN

sees a counselor at cell front
no real group participation "due to
lack of resources"

very little real Rx given that he's in a
hospital.

(J) ████████████

Hx/mental illness prior to incarcet:
"Paranoid Schizophrenic"
↳ multiple medication/
antipsychotics

✗ EPS

Px— Risperdal for A/H
Buspar

only one 10-min visit c̄ ψMD; this occured
in 3 wks after he arrived on the unit
No psych⸝ visits to date

"No group" he's never attended groups since
being on unit

Rx Consists of:
1) meds
2) Rec
3) TV group

"it's like a 5-yard" "I want to get a
ticket so I can go back to SMU where
I have more privilege."

red order 7/8/13 $\bar{s}$ a correspondly progress note

no R plan

No evidence of group attendance

⑥

Growth on Baker unit

Lithium
Risperdal
Cogentin

Dx - Bipolar Disorder c psychotic sx (A/H)

2 X's/mnth psychology visit

Monthly ΨMD visit

Xoctivitie                                    [↓] = 1.0   6/13/

⟶ Rec

IV your

[No groups yet]

N O med            order sheet

Most recent MAR in April

○ Rx plan

5/14/13  ΨMD note -  Lithium 1500g gd
                       Risperdal 2r BID
                ⟶ no accompany med order

7/12/13  ΨMD note  Lithium 1500g gd
                    Risperdal 2r BID
                ⟶ no accompany med order

Extremely disorganized chart; Dned orders;
Most recent MAR's April 2013, you can't tell
what is actually going on with this patient

⑦ ▮▮▮▮▮▮▮▮▮▮▮▮

here x 2 months

upon arrival, he's locked down in a single cell for
6 days Jan part of RX; P that he saw the psychiatrist
for mdj; only one visit = yrs since he's been here.

Restriction — are group/week
              — ∅ 1-1
              — ∅ Psy D
              — Day room time
              — Rec time

RX meds — Wellbutrin
          Gabapentin for seizures

PROGRESS

ψMD note 6/18/13     RX — D/c Remeron
                          Wellbutrin 100g BID
              ✱ are using the progress note in used
                an altered order sheet.

No meds orders in chart

⑧

Med pass at cell front very brief s̄ opportunity to ask ?'s.

⑨ He's been here ~ 7 mnths; ↑ first

Rx - Wellbutrin
Remeron
Risperdal

Rx ~~~~~ - ∅ counselor session
1 group/week
Day room time "socialization"
Rec

He received a brochure at Alhambra (Reception) (Alhambra) (Reception)
re: heat risks ⊕ meds. nothing about heat while in the hospital

⑨  [REDACTED]

1 Onin watch

↳ not done early
10 minutes

Not on Door;
"Please let Msg Know how
~~please let~~ much he's eating or
drinking if possible"

① Meds ordered in red order section
MAR (most recent) in from December 2012

7/11/13  —  "I/M refusing meals"

Rx plan 6/14/13  No MD input
↳ dx - Adjustment disorder
Personality D/O NOS

ψMD note 6/14/13  only MD note
since that time; this is a problem given
the fact that [REDACTED] is currently refusing
to eat.

(10)   ███████████████

Meds~ Gabapentin ⎫ sweating
        Buspar    ⎫ Meds stopped
        Zyprexa   ⎫ for Unclear
        *also anti hypotensive ⎭ reasons

Hx of several serious suicide attempts;
last attempt 3 years ago
Meds stopped; He's in the hospital and he
for Unclear reasons
still hasn't had any meds.   He was
seen today by a PMD.
Chart review reveals — ∅ med order.

PMD wrote 7/19/13 — listen med an Risperdal 2g BID
        Also on this progress note, the person
        taking off the order (RN?) captured it
        on the progress note.

⇒ A progress note is not a med order
sheet.  This (using the progress note as a)
            med order sheet
strongly implies that the provider (Dr Jaffe) is
not using the chart when he sees the
patient.   I lew poor care in an
        extremely dangerous patient for self harm.

(17) ████████████  ████████

on continuous
watch

busy bid

* haldol IM for A/H
Cognitin

multiple scan on (L) arm (self-mutilation)

NO med orders in the chart; no med order section
in the chart

JUNE  MAR lists meds as — Benztropine 4mg ghr
13                               Prozac  60mg  ghr
                                 Haldol D  175 0  g 4wks

ΨMD note 3/7/13
            ↳ Haldol 175g  g 4wk       this was in
              Cogntn  4g  ghr          a progress note
              Prozac  60g  ghr

ΨMD note  7/17/13 — noted that pat is in very impaired; no
            change in PF.

(12)

10 minute watch tht
wasn't being done q 10 minutes

Pofodequate medical care p be swallowed
2 spoons;

Pueblo    hospital — Syr
c/o severe abdominal pain; sur medical RX

⑬ ███████████

hospitalized for suicide attempt (hang) Sep 2012
HANGING

"kicked" out of hospital → he broke a window. He was
sent back to Florence where he attempted to hang himself
again. → 17 Feb 13

med – Risperdal
Vistaril

Chart was very disorganized; non provider
order in chart; Gap in Chart 12/1/12 → 2/28/13

→ needed to be followed; however No chart notation
about why he was d/c'd from the King/Florence.

he hospitalized → he attempted to hang himself in
April at Florence.

→ inappropriately D/C'd from King for behavioral problem;
& one month later, he attempted to hang himself.

→ impossible to tell what medication
he's currently taking. Iwrote report he
on Risperdal & Vistaril.

(14)   ▮▮▮▮▮▮   ▮▮▮▮▮   12/17/56  DOB

meds
└→ Haldol pills
    Seizure medicine

Hx of serious suicide attempt - by SCALPING himself

* prominent thought process disorder
* A/H
* thought insertion, mind reading

Rx - yard
   - one counsellor visit/week
   - maybe a group

Chart very disorganized ē "double section"
                          └→ ie 2 med administration
                             2 mental health tabs
                             2 CMA/soaps tab
                             2 lab

① med orders
Ψ MD progress note - continued
                      └→ Cogentin
                         Haldol
                         Symetrel
   └→ No corresponding Med orders
JAN FEB MAR    desvutites    Amitriptyline  100mg BID
                             Cogentin  3mg BID
                             Haldol 2mg  BID

(15) ███████████████    ████████████

DOB   2/21/96

TD-like *unt* of *your*

Anatolie

Norvul

Cogertin

Practent ⟶ group orientarion /DAY
                    ⟶ this began n Invatter ogm
Rec

group won a novul (Slum dog millionare)

Ppplans very disorganel

(15)

[redacted]

[redacted]

dx- depression/bipolar

Lithium
Celexa
Buspar
Risperdal

Possibly Lithium toxic for several mth.
(tremor, fatigue, confusion)
Dr. Ryden Disden NOS)
She told to put in an HNR to get her
spc. addressed; [Li] = 1.8

$C_1 = 1.1$ on 5/7    noted by Dr. Sterns 5/20/13

— 7/3/13 ψMD note — ① mention of ↑ [$C_1$]
  7/10/13 ψMD note — seen on the 10th as a result of a
                      HNR from 7/7/13
                    → mentioned ↑ [$L_1$]
→ odd that in that order from 7/3/13 mentioned
  "Flu borderline high lithium level" although
  no mention in note of $L_1$ on 7/3/13 ψMD note.

possibly reflects backdating of order

(16)

Geoday
Celefa
aitone

(17)

∅ med orders

MAR lists Dr Stewan as prescriber but ∅ orders

meds appear to be:
1) Haldol dec 150g g 4 wk
2) amantadine 100g BID
3) celexa 20g ghs

7/18/13 - ∅MD note describes patient as "unstable and
stay potential
for "DTO"

group note 7/17/13 noted he was fine
↳ boiler plate note that really
did not capture the actual clinical
condition of the patient

He was on King Run although MD note
says he's on Baker

✗ unclear of what occurred → he was noted
to be decompensating; meds weren't changed and
he wasn't transfer to Baker.

(18)

problem list dx — psychosis NOS
6/6/13                        mood disorder NOS
                              Tardive dyskinesia

Rx Plan 5/6/13 dx- schizoaffective disorder
    ↳ no MD input
→ 7/13/13 - med order D/C Risperdal 5 q
    consequently mto

6/19/13 - HNR noted worsening A/H
6/28/13 - YMD note Risperdal 1 in am
                                      2 in ghs
    ↳ another example of using a
      progress note as a med order
                                    sheet.

6/6/13 YMD note - c/o TD afx
                    ↳ Cogentin D/c'd
                      ativan begun

No real explanation in the chart about
his treatment or if the change from
Cogentin → ativan for would a difference
on his DD

(19)

yelling loudly in his cell; he was on a
10 minute watch; his chart remains in SMU
as of today; he was admitted to the "Quiet" unit
at Flamenco on 7/16/13; he has recently cut
himself; I personally evaluated him at
SMU on 7/16/13; at that time he was
extremely agitated ā a ? of being psychotic.
Unable to review his chart on the SMU because
I was informed of him being transferred to the phoenix
complex; unable to review his chart today as his
chart remains in SMU.

✕✕ Very poor sore to admit someone to
a hospital (ie. Phoenix) $\bar{s}$ any orders.
The warden informed me today that the
order "follow on inmate" from their
previous placement until new orders are
written by a local MD. ⟹
1) Whose orders are they following
$\bar{s}$ the chart?
2) How can an assessment occur $\bar{s}$

the benefit of a clout.

(26) ██████████ ██████

refused to let us interview him,
because "he was too volatile"

Rx Plan 10/31/11 reviewed 12/4/12
(PMD input)
Risperdal D/O
Moodd/o NOS

JUNE 2013 MAR (Haldol)
Ativan
Cogentin PRN
↳ order date 6/21/13 but ∅ med
order in the chart

7/18/13 PM RB held

↳ 4 MD note 7/18/13 - ∅ DSM DX

" It is my opinion that ████
████ can be a potential
Danger to other, self
and continue to be P A D "

⟹ No found DX even though
they want to force medicate him
c̄ "Haldol "D"

(21)

Med order 6/10/13 - Celexa 20 gam

Rx plan 4/25/13; 1/13/13; 8/22/12; 8/18/09
  ↳ all 5 MD input

→ NO corresponding MD note

ψ MD note 5/30/13 - No diagnosis listed
  ↳ another example of a
     progress note being
     used as a med order.

(#2) ███████████      ████████

med order  6/13/13  a verbal order that
was not signed by the MD

He was very psychatic today, rocking & respondi
to internal stimuli. this is anfirmd in
the chart.

Ψ Med note  6/12/13 — noted his ↑ psychosis
                    and listed meds.
                    └→ corresponds to med order on
                       that same day.

Ψ MD note   6/14/13

Ψ MD note   6/20/13 — wellbutn 100g BID
                      Norvine  5 2hs
                      Haldol 10 ┐
                      ativan  2  }  PRN  ?
                      Cogentin 2 ┘
                      └→ "ADMIT TO Baker"
                         "Admission note written"

Ψ MD note  7/6/13 — "continue O current meds"

?  → where is this Admission note kept?
      It is not in the chart
      what about this PRN med order? under
      what circumstances is it administered? where on
      the unit is it administered? who can order
      the PRN to be given? a CO?

(22)

very chaotic Cht

Rx plan 4/25/13 dx psychotic disorder 298.9
⤷ from M Dupont

ΨMD note 5/22/13 dx Bipolar disorder
⤷ [Li] = 0.5

~~Nothing done given the very~~
subtherapeutic [Li]. Should it's
doing anything about it

MAR shows lithium ordered Dr Stewart 4/15/13
but ... no red order or progress
note in chart

no evidence of best risk counselling

Topical order for Abilify on 7/6/13
⤷ Nothing in the Chart about this
Abilify

(23)

very disorganized chart - duplicate section,

HxRS folblin very ord

MH tabr are very confusing add or

"being updated"

① (Lewis)                                                    7/22/13

STEPHEN   SWARTZ
        102486              DOB  ███████

Dx- Bipolar
    Depression                    House 2A21
    Anxiety

Rx - Risperdal
     Prozac
     tegretol  - SZ disorder
     Abilify

↑ Heat ;  ⊘ psychological Rx   SHUR submitted
                                and never been
                                seen
          last PMD visit Jan - face-face
          prior to that was telemed - FLA

- meds are "hit + miss"
- meds expire and takes awhile (~ one month) to renew
- they were "out of Risperdal" - ~ one week
  then in a common assumers for all meds

NO groups

(2)   JOSH  POLSON   187 716

Bipolar
PTSD

Med - Lithium

1 out - related problem - several time
"I've fallen out"

∅ therapy
∅ groups

- blood drawn one time in 2013 to date
- at least once a week he doesn't get his
prescribed meds.

③

Hx φ Px in the community Px = Seroquel

φ Ψ Px in ADC

obviously Cognitively impaired
→ Rx = Prozac Sep 2012 [MAR]

Rx plan 4/12/12
          dx - dysthymic disorder
              Borderline IQ
    → "taken off Prozac 12/12 per IM request"

7/1/13 - placed on watch  on
1055      "DTS/ Swallowed Screw"
    → taken off watch 7/9/13

6/24/13 - placed on watch  on
          "DTS, Swallowed screw"
    → discontinued   7/1/13    1055

6/12/13 → placed on watch status on
          "DTS - Swallowed screw"
    → taken off 6/24/13

6/12/13 - Psychologist note
          "Referred to psychiatry"

one continuous episode

5/28/13 — "... placed on watch for
"inmate banged head against cell door"

5/16/13 — placed on watch for
"acting aggressively + banging head
on cell front"

5/15/13 — placed on watch
"Self-harm statement"

Only 4MD note of this entire period
is 5/8/13
└─ D/c'd proper.

⟹ NO 4MD involvement at all during the
period of 6 watch placement.

④

PTSD / depression

— meds — antidepressent

Ordered for ~ 2 month

"I'm memory"

NO MD order setting in chart
— June MAR for several (~5) blocks

No notes about meds

→ Refer to Risperdal on MAR ordered 5/16/13
          by Joffee

but nothing in chart

5

[redacted]

he teowded Gfabopentin wasn't
reneved.
Qued X back

6

[redacted]

taken off Gobapentin

⑦ ▮▮▮▮▮▮▮▮

very agitated, shaky & tense

Hx of medical past — CPZ, LITHIUM, Held

currently on tegretol for seizures.

No of medical in chart or order for
tegretol.

MAR for June 2013 shows:
1) tegretol 400mg BID
2) benadryl 50mg qhs
3) Risperdal 3mg qhs  KOP'S

⟶ order written by Dr. RAWA, 2/6/13  per MAR
                                   L D expires 8/5/13

ΨMD note 6/19/13 — no mention of Risperdal.
Ψ MD note 2/6/13 — tegretol
                   Risperdal } noted in progress
                   Benadryl }  note, No
                            corresponding med
                            order.

# I cannot tell what, if any med he's
currently being prescribed or taking.

While waiting at the door to
locette a MAX Unit I
approached an inmate-worker
& began speaking to him in Spanish.
Custody staff immediately intervened
and said I couldn't speak to
this man. They custody staff
then ordered the inmate to not to
speak to me and told him to leave the
premises

⑧

██████████         10 minute
                              watch
         ████████

on a hunger strike and was placed on q watch

Hx of MObz - Past
              Reported

He asked to be taken off q watch. He has then
asked to be put back on well before 5/31/13
and he still hasn't had anything.

5/20/13 seeing Passive when potent and distant well
         + wanted to submit HNR

5/21/13 ~ HNR submitted
4/3/13 ~ Passive responding to HNR

Seen by PSYD on 7/19/13 ~ 5 minute visit

He hasn't been seen by a PMD of pt today

Seen PMD note 9/19/12

⑨ ███████████    10 New

counsel A/H telly him to hurt himself.
cut both wrists ○

no meds; he was only seen by PMD a few
recently; days ago and he's still not
on meds.

Rx plan 7/19/13 - dx - axis I. NO Diagnosis
                              II. ASPD

PMD note 7/19/13 - "resolving psychosis"

⟹ based on PMD note - Rx plan is satisfactory.
no problem noted

(10)  ▮▮▮▮▮▮▮▮▮▮▮▮▮                    30 rute watch

init port {
- Geodon
- ~~Ativan~~
- Prozac
- and
- buspar

former Navy Corpsman

arrived at Eman 10/13,
only started meds in Jan
again.

Swallowed foreign body 6/28/13.  treated at
  └→ 4 batteries                    outside
                                     hospital

Hx of TBI + bipolar disorder

RF plan 6/26/13  dx - PTSD

Consent for PRAZOSIN   7/18/13

7/17/13 - ψ MD note  - dx MDD vs Routine mood sx
                                         2° Cluster B.
          └→ ↑ Geodon 60y BID
             ↑ Prozac 30x from x7days
                Cottron 40y g AM
             Buspar 15y BID

Unclear why him on Geodon for MDD vs
Routine mood sx 2° Cluster B.

⟹ No evidence te in getting
any ⊬ meds on this
are no orders, MAR'S .

(11)

10 minute watch

Zoloft } in Tucson; Lo's been
Klonopin }

at Lewis for ~2 month & just got
restated on meds.

He did or O'D because he felt
his left arm in Dyer on 7/11/13
HMD note 5/7/13 - lists new meds. I consequently order,
of note, the order wasn't taken off until 5/13/13
5/13/13 order D/C Risperdal & Cogentin          ↳ 6 days
                 start prozac & Buspar           ↳ order
                                                 written

↓ of VMs progress note

MAY  MAR shows prozac & buspar starts on 5/14/13
     and the MAR stopped on 5/23

No JUNE/JULY MAR in chart

HNR 7/13/13 "I needing meds, stopped + told
              them for 2 months"
           7/16/13- response - "your meds were filled on 7/15/13"

R4 Nurse - 7/19/13   dx- Mood D/o NOS
                          psychotic disorder NOS

NO meds ~ 2 months p his psychiatric multiple
       ↳ 5/23/13 - 7/15/13              request

No new order

(12) ▮▮▮▮

Φ meds

He claimed to be suicidal to be
moved to a safer environment

(13) ▮▮▮▮   ▮▮▮▮   10 min

Recently in Baker unit on Haldol.

Φ meds for over a week. (refused to [see]
[feel at ferm])

Rx plan 1/24/13 - reviewed 5/10/13
            MH 3
            SMI
            dx - S.A.D.
            meds / Haldol Cogentin

med order from Baker 5/3/13 for Haldol 10 mg
                        ghs  ×30 days