7/17/13   Intake form — Diabetes Hx + transfer from Baker
↳ current meds Haldol + Cogentin
↳ refer to Offender evac?
(Hasn't happened as of 7/22/13)

NO "Bridge Order"
NO MAR'S in chart

unable to tell what meds, if any, he's
getting

7/21/13 — on watch "Not + verbalized
voices worse

★ 2 complete Mental Health section
in the Chart. MAR lists Haldol
10g × hs starting 6/27/13 × 60 days.

↳ No med order + No progress
note from 6/27/13; upon re-examination
of chart, there is a 6/27/13 med
order. ★ Chart very chaotic
★ No order from local provider as of 7/22/13

★ He still hasn't been seen locally
by MH staff as of 7/22/13

(14)

long bad c̄ SI

His worstng problem c̄ a seller.

Not tally well; He's been on watch
status since SI com and still hasn't
been seen by ψ or of nursing noon.

NP note 7/28/09

↳ "I/M requests to remain off
all ψ meds p̄ DOC
formulary reviewed. Instructed
to submit HNR if ogeer to
trial of ψ meds available to
DOC".

⟹ What about non-formulary meds

placed on watch "I/M banged head as door
+ stated SI" on 7/20/13

He hasn't been seen by any ψ staff
✗ at this time of my eval a 12 noon 7/22/13.

15°   ███████   █████

2 weeks on continuous watch.

"I don't know who to in a I'm going too to sleep"
↓
no

Progress note
~~note ordered~~ 6/29/13 — Prozac
Depakote

No MAR or MD order for JUNE 2013
no MD order at all.

watch 7/8/13 → today; wasn't seen
by mental health on 7/12, 13, 14.

7/19/13 Rx plan listen Depakote
↑
Prozac.

Unable to tell if he's getting these
meds due to ∅ MAR + ∅ MD orders

6/27/13 ψ MD note;
↳ Prozac 20↓ q AM
Depakote 500↓ qhs X 7 days
then ↑ to 750↓ qhs
↳ No corresponding Med order
or MAR for June.

Ⓑ

12 days to see Ψ associate.

Still hasn't seen ΨMD.

Ψ MD ordered

multiple HNA's asking to see the ΨMD

Rx plan 7/14/14

            ↳ dx Mood D/O NOS

    ↳ No MD input

Still hasn't been seen by ΨMD.

(17)   ▮▮▮▮▮▮▮   ▮▮▮▮   DOB 6/16/50

fairly significant EPS and legs spasm being overmedicated.

⌐ Risperdal Consta q 2 wks for "bipolar"

  Never appeared psychotic s/a

└→ sig → sight nath;

Ψ MD q 3 month
q 1 month Ψ line

Multiple serious medical problems:
    throat cancer in remission
    S/P MI (Heart attack)
    thyroid cancer
    bilateral pulmonary emboli

O̶ ̶h̶o̶l̶d̶d̶e̶l̶ ̶o̶r̶d̶e̶r̶ = Ø order for Risperdal Consta
MAR for June confirm IM's on 6/14 & 6/28
Ψ assoc visit  7/12/13; 6/13/13; 5/7/13; 3/25/13
R+ plan 1/10/13  (Ø MD input)
Ψ MD note  3/26/13
              └→ dx - S.A.D. v. B.A.D.
              R+ - Depakote 1000 g 8hr
                   Risperdal 3 g 8 hr
                   Risperdal Consta 37.5 ma Q 2 wk

① No med order for meds.

② no explanation of why he needs risperdal
(first, he's on PO ⊕ IM Risperdal)

③ NO mention of EPS.

④ no mention of patient being oversedated

⑤ no evidence of patient receiving Depakote

(18)

[REDACTED]

dx - Schizophrenia
bipolar

Rx - Risperdal Consta q 2 wks for
"a little bit more than a year" 16 mnths

H/of Mental Health Rx in the County,
COMMUNITY

Hx you seen his mental health person once
a month.

Med orders 5/29/13       Risperdal Consta 25 g IM
q 2 wks
Risperidol 0.5 g
qhs.

Rx plan 7/10/13
psych d/o

QMD note 7/12/13

(19)

7/16/13 — 30 minute watch for "erratic behavior"

Haldol
Cogentin
Depakote
Buspar
} he was off his meds
for a one week; he submitted
HNR for meds, but they
still didn't arrive.
this is not the 1st time this has
happened.

problem list lists d/o as SCHIZOPHRENIA

"Most Recent MAR April 2013
provider order " this is ~~~~~~ empty

Tx Plan 7/19/13
    MHJ
    SMI
    Dx- psychiatric Disorder NOS

unable to tell what meds he's getting
or not getting as there is no MAR

Multiple HNR's regarding missing meds.

Worsening psychosis noted 7/16/13
multiple chart entries about not
receiving meds.

Most recent ΨMD Note 6/18/13
→ state " Not getting
Rx Btwkn "

ΨMD note 6/12/13 lestin nelhan;

Depakote 500 iii ghs
Haldol 15 ghs
Cogentin 2 ghs
Buspar 10 ghs

No MD Order accompany this
progress note



(6)

10 minute watch
for suicide / slot
started

Rx- on meds for bipolar/depression.
He was on ICOP'S and stopped taking
his meds, no one from the staff checked
on him not taking meds.

5/13/13 - asked to see MH (HNR)
5/22/13 - He did see MH ✓

No MD orders section in chart

6/5/13 - UMD progress note listed:
⌐→ no corresponding MD orders

Rx plan updated 7/19/13

on Watch since 7/6/13

May 2013 MAR lists prozac 40g gel ⊕
Depakote 500mg gla but the MAR in
blank - 5/6/13, no indication if med was
D/c'd or what.

SMI - unless on dgi
  meds - Haldol Dec    & Invs
       Buspar
       effexor
  → Altfj <o antaltesin

OD on 6/24/13; transfered out (medical facility)  7/4/13

No med order for ψ meds; MAR discontinued
UMD prots 6/13/13 lists meds - Haldol D
       ↳ used are            gets
         med order           Buspar
                             effexor
MAR only lists Haldol Dec .

(22)

SMI - SCPT

Rx - Seroquel
    benadryl
previously on watch

① MD order for PRNs.

1/05/13 HNR "I'm going to kill myself"
        wasn't put on watch until 1/9/13
        1st mental health contact 1/10/13.

1/30/13 th "I'm going to do something that I might
        regret on"

placed on watch 2/5/13 ★ 6 day wait
                            for watch
                            placement.

(23)

[redacted]

med — Haldol D & Thum ~ me year
ZOLOFT

Rx — doesn't know dx

→ "taken away the voice"

(24) ▮▮▮▮  ▮▮▮▮

position h/o mental health P/x; he's
been a med "all his life"
↳ Seroquel
CPZ

cmtly — 200 q Wellbutrin
↳ switches to be DM'd ind.
↳ prescribes dose — oftener than last week

12/10 — intake noted h/o >50 suicide attempts

— 3/8/13 MD noted patient h/o Wellbutrin PRN
writes for the med x 180 days.

MAR — for Moy [APR] documents N̄ = Wellbutrin
MAR — for June doesn't list Wellbutrin
and no med order. Dd'd this med

Yassa note 6/7/13 — requests to s/p but no F/U
Yassa note 6/29/13 — "med had lapsed" but no
action taken.

↳ for a MD note ⊕ for psychotropic order; ⊘ MD order

(25)

Chronic X Month

problem list 6/24/13   MH 3  (+) NOOs
dx Mood D/O NOS

Noo denfor Chron

NOMAN for July 2013

Rx plan 6/20/13   MH 3

Mood disorder NOS
Rx Celexa
Risperdal

6/24/13   MH intake
↳ "not had KOP X 2 month ...
would like to start KOP"
requested to see Ψ & referred
to Ψ.

He hasn't seen Ψ since he arrived
at Lewis

7/18/13   "I'm a pt pay pt to in out
of his bunk and, for belly
for FOUR MONTHS; NO F/U

(26)

(Chat review only)

Problem list d/x - Mood D/O
14 plan d/x - Mood D/O 591.70

need CPZ/cogentin

5/30/13 - Yasse "d'ute not seen due
to lockdown"

3/11/13 PMD note - 90 day F/U - not
plan - Risperdal done
Cogentin

No orders for 4 med

MAR list:
1) Cogentin
2) Risperdal

No explanation for the weeks on anti
psychotic for ('Mood D/O")

(27)   Record review only

[redacted]

Bipolar 3/14/13  - dx - psych NOS
↳ ∅M Dupont    Rx - peptiaziol / tegtipine

Security unable to bring to group  4/25/13
                                    5/22/13
                                    ↳ mental
                                     health
                                     "Session"

4 MD visits 6/6/13 -
                    Plan - lithium
                         telefon
                         goth

NO MD orders
MAR shown ∅Li  p̄ 6/9/13
6/20/13 - [Li] < 0.1   initialed lab sheet

MD noted low lithium level on 6/24/13
but nothing occurred.

(28)

▮▮▮▮▮▮▮▮▮▮▮▮

placed on constant watch 5/17/13 for a hx of self-harm

seen by ψ MD 5/20/13

6/6/13 — reported to psych associate that
                 he had a hx of Mental Rx.
                                    → not F/U

(29)

▮▮▮▮▮▮▮▮▮▮▮▮        ▮▮▮▮▮▮

→ 6/18 ; 6/25; 7/2 7/11 ; 7/18 — boiler plate-
                                             type notes.

He's been asking for ψ meds and hasn't
been seen by ψMD.

7/11 — asked for ψ meds but was not
referred to ψMD

→ all notes are very similar in nature
    and no action taken on IM's request for meds.

STAPLES

(7/23/13)   YUMA

(T) ▮▮▮▮▮▮         ▮▮▮▮▮▮

10 minute
⌐ "I'm not sure why I'm here"     watch

no h/o Mental Health care while in DOC .

↳ Decline report he reported "DTS/DTO",
wanted to die.

Problem list  12/12/12  (MH-4)
- on 10 min Suicide watch 7/22/13 — "patient reported
                                   DTS/DTO; wanted to die"
- Continue watch 7/20/13 - "I/M stated ' I just want to go to
                            bed and die.' I/M also
                            stated 'now you will have
                            to really watch me' after
                            informed he was going to be
                            placed on watch.

→ ⌀ H med

seen by Y associate 7/22/13 → referred to psychiatrist

→ NO major problem noted

- F/u to see if/when he saw the psychiatrist

②

Pt - Rendeon

KG P's are interm cuing
Potter Pt
telemed visit in May

③

Rf — MDs

doesn't remember seeing MD since he's been here.

problem list a variety of potential DX's
7/12

No provider order TAB in chart

④ MD note 12/9/12 → "MAR doesn't indicate injection
done"
→ 50mg Haldol "D"
No real explanation
as to why the ② 5/9/13 ↑ Haldol "D" to 100mg
was increased ③ 7/5/13 ↑ Haldol 150mg

Progress note 4/29/13 – document that IM had been
sexually assaulted; no apparent
MH follow up  x for watch placement

3/15/13 – "Cellfront visit chart ✓" – Hasn't been getting
medication zuh;
① MAR to confirm or
deny.

✗ No MD orders at all for the Haldol

④   ▮▮▮▮▮▮▮▮▮▮     ▮▮▮▮▮▮

R4 - effefor (last order in chart 2/1/13)

all visit    are telemed
Pttberg

Chart disorganized.

3 different facilities since May

Nothing in Chart about current watch status

watch 4/30 → 5/2/13

7/15/13 - Noted population sp
6/21/13 - wrote during mine auditory voices

⟹ 2 watches + documented severe population sp and
get, ~~~~ no medication adjustment

(5) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

30 minute watch
→ 20 A/U Hallet

C/o A/H - "poquito"

Px = Med (he doesn't ↑ know the names)

current, denies S/I; he says he's been here for one week.

placed on 30" Mental Health watch - "Report of
7/22/13                    audio/visual
                          hallucination, as
                          well as self harm"

problem list  MH2  "H-V S/A/Self Harm"
              "HX A/H"
              "HX Aggression"

med order  ⑦ 7/17/13 - Cogentin ↑ MG QHS?  verbal order
           Risperdal 2mg  QHS  } NOT SIGNED
           ⑥ 5/22/13 - D/C risperdal
           D/C cogentin
           Pofil 40m gpm

MAN'S: ① April (blank for 22nd → 30th)
       ② MAY (Blankfam 1st → 11th)
       ③ JUNE - No problems noted
       ④ JULY - Not in chart
       ⑤ faxed med order 7/22/13 - Potil 40g gd
                                   Risperdal 2g gpm
                                   Cogentin ↑g gh
                                   Depakote 250g gpm

ΨMD note → 5/21/13   D/C Risperdol/Cogentin
                      begin Prozac

└→ most recent ΨMD note

problem
⟹  ① verbal order  7/17/13  – Not signed;
                              not taken off
                              by nursing.

   ② med order 5/21/13  c̄ annotation "foxed 7/17/13"

   ③ Foxed med order from 7/22/13  no
      accompanying progress note ⟹ order
                                    written
                                    solely the
                                    patient

(6)

out to Re



⑦

H/o being on watch

"I'm trying to get well"

1x Celexa
    thorazine — "for sleeping disorder"

Skipped doses rarely.

5/17/13 4mD note — meds are discussed in note but is no
                corresponding Med orders.
            "↑ thorazine to assist c/ sleep"
            "4F/u 2 weeks"
                        ↳ no F/u noted in chart
            ↳ occurred in "QUIET" unit at Phoenix Complex

MH Rx Plan:   5/1/13 reviewed 5/20/13
    ↳ ∅MD        I - R/O psychotic disorder NOS
        input        US Fergny 4 for tenancy
                meds - thorazine

⟹ thorazine for sleep ?!?!
    especially bottom line given the fact that
    they feel he is faking his psychotic sxs.
    In fact Dr Shannon writes for this

that IM is not likely taking psychotropic
spec for a better housing placement

(8)   [REDACTED]     [REDACTED]

hx of injectable antipsychotic.

Meds — prolixin pills

↳ "fix being voices, reality + now
eating from the defield"

Denies current sx and wants off the meds.
Q therapy
never clinical an for tx
He has been refusing the Prolixin for ~ 3 wks
and he is next week called in to see a medical
staff

problem list — MH 3(A)   7/5/13
psychotic D/O NOS  10/1/12

In "progress note section" — med order 6/27/13
↳ Prolixin injectable
↳ verbal order unsigned
and also no P/E

New arrival Medical Record chart review 5/8/13
↳ list meds!
Cogentin
indeed
prolixin
Benadryl

JUNE MAR: Cogentin 2mg BID (one dose missed)
Benadryl 50mg ghs (2 doses missed)
Prolixin inj — administered 6/14/13

→ tegretol
Risperdal
Prolixin pills    } ordered 6/21/13 — started
propranolol                              6/24/13

even though not
noted by nursing
staff until 6/26/13

ψMD note 3/27/13

→ ψMD note 6/21/13

Randomly filed MD order from    7/5/13 ⊕
                                 7/17/13

discontinuing propranolol + tegretol on
each date. both are unsigned verbal
→ no corresponding progress note.              order

very chaotic chart; unable to follow Rx.

⑨ ▓▓▓▓▓▓▓▓   ▓▓▓▓▓

SM 1

PTSD

effects
Depakote
Prozac
trileptin

Previous at Flamenco
Others

telemed ψMD visit (5-20 minutes)

ψMD note 6/13/13 "severe, agitated PTSD and
should be on a unit that
provides counselling service
which are not available at YUMA"

Provider orders
He to follow — He has filed several HNR'S
asking for help which have gone
unheeded.

Problem list 7/9/13 — MH4 (Should he even be
at Yuma)

Rx Plan 1/25/13 (no med request) done at Flamenco
dx PTSD Chronic

Med orders (located in Progress note section)

6/13/13 ——→ PRAZOSIN
              EFFEXON
stopped        TRICAFON
              DEPAKOTE

He requires IMMEDIATE transfer
to inpatient Unit

(10)



dx SCPT

Rx — Norvine ⎱ anxiety; also c/o A/H
Cogentin ⎰

He's been here ~ one month and haven't seen
a ΨMD; last ΨMD visit (at Central) ~ 3
months ago.

Problem list 12/23/08 — MH-3, SMI,
(+) Ψ meds, (+) S/A.
psychotic disorder NOS

① Med orders section in Chart
ΨRN note 4/25/13 — "paranoid schizophrenia"
JUNE MAR list: elavil 25mg qhs
AMANTADINE        Cogentin 1mg BID
100mg QD          Celexa 40mg qhs
                  ⤷ not given at all in June!
                  Norvine 10mg BID
MHTR plan 12/5/12 — psychotic disorder NOS
⤷ ΨMD input
ΨMD note (most recent) 3/28/13 — discusses meds
⤷ copy                        but no med orders.

Photocopy FAXED Copy 3/28/13

✳hasn't seen ψsince he's been at YUMA

(11) [REDACTED]

tray injectable anti psychotic med

Rx — A/H; psychosis

↳ ZOLOFT

Shot Held pill
cue in are northrogen; PMD O'd to PO an until didn't
wouldn't get AIDS/Hepatitis
month meds } never mentioned by PMD
⊕ Hard
tough

telemed visit
PMD — 3 month ago

problem list 2/14/13    MH ③ on med
                        Hx of hosp;
                        Hx of Suicide attempt

JUNE 13 MAR    document missing doses of meds

✗ NO provider's orders tab but med orders/starts
   are filed under HNR tab.
                        ↳ also contained in this
                          tab is a "psychiatric evaluation"
⊕ MH Rf plan           ↳ "meds working
                          for EPS"
↳ aftel order dtd 5/23/13    ↳ not CPW my
                          eval today.
             very good
             evaluation!

10: Level of 5/23/13- ØMSE
only passing release
to ØEPS

(12)                                     [REDACTED]        [REDACTED]        30 minute
                                                                            watch

1) "Depression, paranoia, statements that people
    are out to get him)"

display thought blocking and responding to
internal stimuli; ? paranoid in his
presentation

placed on 30 min MH watch 7/23/13 for "Depression,
paranoia, statements that people are out to
get him"

Problem list - 7/18/13 "New Dx: Schizophrenia,
Undifferentiated type (295.90)"

No orders in "Priority Orders" tab
NO MAR'S in "Med. Sheet" tab
ΨMD order 7/18/13 - Risperdal 2mg PO QHS
↳copy

ΨMD progress note 7/18/13 - a reference in this note
↳copy                          in "The note in the
                                    Chart says he told suicidal
                                    flight of ideas, hallucination
                                    and could not be redirected"

this "note" is actually the Sheet which placed the
I/M on watch status. It is dated 7/18/13, 0400.
It is unclear to me how the ΨMD could have seen this
note prior to his telemed visit ē the inmate.

Also - patient remains very psychiatic today and should be seen by ΨMD ♂ ASAP.

1) Flu to see if + when he was seen again by ΨMD.

(13)   ████████████████          30 minute watch
          ████████████            but No watch

Howard ——————→ Paperwork
told to                  present.
locate ?

MD — "triples"  ⎫ "new meds"
      Responded  ⎭ ⤷ stated Sgt (?)

He says he's on watch because of a new charge.
                                              (?)
⤷ Astronomer = A/V Hallucinations

on watch  7/19/13  for "altered mental status
                        + bizarre behavior"

⟶ MSE - I/M very psychotic

Problem list → "Essentially bath salts"
  7/16/13                    ⤷ chemical metabolite panel
"Bridge order"  7/15/13 → "CMP 18 w/in 14 days
                              benadryl 50mg qhr x42 days
                              Risperdone 1mg qhr x42 days

NO MAR in Chart
Mental Health watch  7/19/13
          ⤷ "IM displays altered Mental Status,
             bizarre behavior"

Copy of a 4 MD note 7/19/13 ; also copy of
chn order sheet → ↑Risperdal 4 mg gh
Panelar 25 mg gh

→ Very cursory note: ① no MSE listed
② it appear to based
└→MD

his decision to ↑ meds
on the patient's self report
of " He was never on
a higher dose of Risperdal
before "

(14)

previously on Gabapentin

anxiety on Celexa "but it doesn't work"

↳ Told he can't have Gabapentin

excessively hot on unit — worse in cells
by units apart

(15)

[redacted]

6/5/1986

Hx of Injectable

1 Hx of Mental health Rx in community; told Rx "for your"

Meds — Haldol injectable
Cogentin

Dx — ? bipolar / schizophrenic / depression

S — 6 months in facility ; only one VMD visit
and they left

MSE — Confused thght process ; ⇒ psychotic

problem list 3/16/12 — MH JR ⊕ meds
provider order tab is empty
Rx plan 7/23/13 (OMD involved)
Benzodiazitoin
↳ MH 3; dx — Schizophrenia

for OMD note in 1/4/13 — Notes akathesia
(COPY) — faxed (928 443-0033)
JUNEMAN list = Cogentin
Benadryl
Haldol INJ
Ativan

⇒ not given
in June althgh
that is in order

(16)   ████████████████   ██████████

currently not on mental health case load.

(17)

███████████████

███████  SMI

dp - Bipolar

Meds ——→ for "anxiety"

↳ perphenazine (TRILAFON)

Brooke

previously on Eskalith

Depakote  ↳ ran out while at Lewis

on Meds
since 1997

tegretol for any add

between 4 MD visit + actually getting
the depakote was ~ 2 weeks.

currently c̄ EPS (leg shaking; can't sit still)
never counselled about heat risks of meds.

He told medical about the heat risks of
depakote due to him having an outside job; medical
didn't do anything about it.

∅ psych med orders

MAR from June 2013 multiple missed meds
with ∅ non explanation given.

Med orders  7/12/13  1) stop tegretol + Cogentin
↳ copy            2) on 8/24/13 restart
                  Cogentin 2g gh
                  ③ Depakote 500 mg gh

7/12/13 - ΨMD progress Note

    ↳ copy - unclear what's really going
            on c the patient.

    NO JULY/MAR → unable to tell what,
            if any, meds h's
            currently receiving

ΨMD order (verbal) unsigned 5/30/13

ΨMD progress note 5/29/13 - meds are discussed
    ↳ copy

✶ Apparently poor care via telemed.

  Also inconsistent Medication
  Administration (JUNE MAR is a
        good example in
        that meds not only
        ordered but significant
        lapses documented when pt
        didn't receive meds)

(18)

(18)

████████████     ████████

SM !

previously on Project Service;
his been at Yuma for ~ 3 months and
only forgotten his meds for ~ 2 wks.
He has not seen a ΨMD since his been here.

episodic AIH ; he wants a meding for the AIH.

Didn't respond to HNN's; only seen by ψ assoc.
yesterday.

no provider order in Chart
MAR    no meds in June / July
        5/29/13 - med listed but no evidence ttt it was given

med order 7/8/13 -  10 mg  3X doing  for 90 days
    ↳ verbal order not signed
progress note on 7/8/13 not separate

   ✱ No ΨMD visit during 2013

   ↳ Stop date 5/29/13 for Prozac 20 mg  (He did not
                                            get any med
                                            in May per MAR)

   ↳ it actually in a copy of the order
                              ↳ verbal order which
                                  in not signed
   ↳ unable to tell if he has ever seen a ΨMD; order
      don't have a corresponding progress note; no JULY MAR

(19) ████████████ ████████ (Crt review only)

ψ MD note 1/9/13 which discussed nels
↳ro Correspondly MD order

* Forte phoney on 1/9/13

[ MAR   1/10/13 → 7/9/13
        Suspos, Limited, Renews
new order for: Suspos + Renews   on  7/3/13
                                   b) ψMD note thin
↳ JUNE MAR blank                      accompanies order

20   ███████████  (Chart review only)

5/10/13 - "Intake sheet" lists Kcp serious SA

JUNE MAR ~~Seroquel~~
    ↳ Risperdal — No order in chart
       Haldol "DIM" 100 ℔ g zark
    Cogentin

currently C/O A/V hallucinat + depression

MH Rx plan → TODAY

June Mar in book : 6/4/13 - Risperidone 3 mg PO
                          "NOT IN STOCK"
                                But on front of MAR
                   ☆  it state he received
                      his Risperdal as prescribed

DX - Schizoaffective D/O

Problematic med administration Sheet.

(28) file review only

[redacted]   [redacted]

problem list 11/16/12 - MHJ
"provider order" tab is empty
MAR JUNE 2013
  └ Haldol - 7mg BID (prescribed 5/3/13)
     Cogentin

HNR 5/23/13 "I need stuff now!; I need to
              talk to psych"
  └ response on 6/4/13 - "you're scheduled for televsid"

RX plan 1/29/13 (no MD)
     dx - psychosis DO NOS
          PSD
     meds - Haldol/cogentin
7/#/13 ♀ MD order (in mental health tab)
     no corresponding note

3/1/13 ♀ MD note  Rx Haldol/cogentin
                   c̄ F/up in  FIVE

                        MONTHS

  └→ ↑ Haldol 10g  BID ⎫
     Cogentin 2g BID ⎬ no note
     D/C propranolol ⎭

# Exhibit C

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Documents sent from plaintiffs' counsel to plaintiffs' witness Dr. Pablo Stewart**

**Death Records**

- █████████ : ADC026672-742
- █████████ : ADC033689-94, ADC044841-994

**Declarations**

- Declaration of D. Brislan, 10/30/12 (Exhibit F, Declaration of David Fathi in Support of Prisoner Plaintiffs' Motion for Class Certification)
- Declaration of M. Chisholm, 10/18/12 (Exhibit H, Declaration of David Fathi in Support of Prisoner Plaintiffs' Motion for Class Certification)
- Declaration of J. Polson, 11/1/12 (Exhibit R, Declaration of David Fathi in Support of Prisoner Plaintiffs' Motion for Class Certification)
- Declaration of B. Shaw, 12/21/12 (Exhibit 1, Defendants' Response to Plaintiffs' Motion for Class Certification)
- Declaration of J. Thomas, 10/16/12 (Exhibit M, Declaration of David Fathi in Support of Prisoner Plaintiffs' Motion for Class Certification)
- Declaration of C. Verduzco, 10/18/12 (Exhibit S, Declaration of David Fathi in Support of Prisoner Plaintiffs' Motion for Class Certification)

**Department Orders and Director's Instructions**

- ADC011582-92: DO 105 – Information Reporting
- ADC013911-22: DO 804 – Inmate Behavior Control
- ADC013967-93: DO 807 – Inmate Suicide Prevention, Precautionary Watches, and Maximum Behavior Control Restraints
- ADC013180-82: DO 916 – Staff-Inmate Communications
- ADC013210-17: DO 920 – Inmate Special Education Services
- ADC048543-73: DO 1101 - Inmate Access to Health Care
- ADC048574-97: DO 1103 – Inmate Mental Health Care, Treatment, and Programs
- ADC048608-12: DO 1105 – Inmate Mortality Review
- ADC029558-59: DI 256 – Transfer of Health Orders between Medical Facilities

**Depositions**

- *ADC, Wexford, and Corizon Staff*
  - Deposition Transcript and Exhibits: Daniel Conn, 5/20/13
  - Deposition Transcript: Tracy Crews, M.D., 10/3/12
  - Deposition Transcript and Exhibits: Greg Fizer, 10/29/12
  - Deposition Transcript: Mark Haldane, 9/19/13
  - Deposition Transcript and Exhibits: Karen Mullenix, 5/21/13
  - Deposition Transcript and Exhibits: Joseph Pastor, 10/4/13

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- o   Deposition Transcript: Richard Pratt, 10/4/12
- o   Deposition Transcript: Jeffrey Alan Sharp, MD, 10/9/12
- o   Deposition Transcript: Ben Shaw, Ph.D., 10/3/12
- o   Deposition Transcript: Nicole Taylor, J.D., Ph. D., 9/5/13
- o   Deposition Transcript and Exhibits: Martin Winland, 9/18/13
- *Plaintiffs*
  - o   Deposition Transcript: Dustin Brislan, 8/8/13
  - o   Deposition Transcript: Maryanne Chisholm, 8/30/13
  - o   Deposition Transcript: Robert Gamez, 8/6/13
  - o   Deposition Transcript: Joshua Polson, 8/23/13
  - o   Deposition Transcript: Sonia Rodriguez, 8/13/13
  - o   Deposition Transcript: Jeremy Smith, 8/20/13
  - o   Deposition Transcript: Jackie Thomas, 8/8/13
  - o   Deposition Transcript: Christina Verduzco, 8/15/13

## Discovery Responses

- Dkt. 191: Defendant Ryan's First Supplemental Answers to Plaintiff Brislan's First Set of Requests for Admissions (Nos. 1-78) and First Set of Interrogatories (Nos. 1-2)
- Dkt. 491: Defendants Charles Ryan's Response to Plaintiff Christina Verduzco's First Set of Requests for Admission (Nos. 1-285) and First Set of Interrogatories (Nos. 1-2)
- Dkt. 527: Defendants' Response to Plaintiff Wells' First Set of Interrogatories
- Dkt. 538: Defendants' First Supplemental Response to Plaintiff Wells' First Set of Interrogatories
- Dkt. 570: Defendants' Response to Plaintiff Rodriguez's First Set of Interrogatories
- Dkt. 642: Defendant Ryan's Response to Plaintiff Gamez's First Set of Interrogatories and Requests for Admission
- Dkt. 686: Defendants' First Supplemental Response to Plaintiff Sonia Rodriguez's First Set of Interrogatories

## Executive Reports

- *Dry Cell Watches*
  - o   ADC108139-207: All Units – 1/1/12 to 6/10/13
- *Medical*
  - o   ADC108208-9790: All Units – 1/1/12 to 6/10/13
- *Psychotropic Drug Utilization Reports*
  - o   ADC118413-907: Eyman – 3/4/13 to 7/10/13
  - o   ADC118908-9316: Florence – 3/4/13 to 7/10/13
  - o   ADC119813-921: Perryville Lumley – 3/4/13 to 7/10/13
  - o   ADC122704-836: Eyman Browning – July 2012 to March 2013
  - o   ADC122837-996: Florence Central – July 2012 to March 2013
  - o   ADC123164-272: Florence Kasson – July 2012 to March 2013
  - o   ADC124443-637: Perryville Lumley – July 2012 to March 2013

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- *Psychotropic Medication Orders Processed*
    - ○ ADC128366-70: Douglas – July 2012 to March 2013
    - ○ ADC128371-9181: Eyman – July 2012 to March 2013
    - ○ ADC129182-854: Florence – July 2012 to March 2013
    - ○ ADC129855-30286: Lewis – July 2012 to March 2013
- *Suicides Attempted*
    - ○ ADC094578: All units – printed 6/13/13
- *Suicide Watches*
    - ○ ADC110442-4376: All units – 1/1/12 to 6/13/13
- *Use of Force Reports*
    - ○ ADC089116-260: Eyman: SMU I and Browning – 2011-1-1 to 2013-2-6
    - ○ ADC089261-352: Florence: Central and CB1-CB5, CB7, CBK – 2011-1-1 to 2013-2-6
    - ○ ADC089353-379: Perryville: SMU I and Browning – 2011-1-1 to 2013-2-6

## Forms

- ADC055610: Form 1101-08 - Continuity of Care / Transfer Summary
- ADC048648: Form 1101-10es - Health Needs Request [English and Spanish]
- ADC055611: Form 1101-11 - Health Needs Request (HNR) (Emergency)
- ADC055618: Form 1101-20 – Reception/Treatment Center Treatment
- ADC055619-20: Form 1101-21 – Reception Center Screening
- ADC055624: Form 1101-25 – Detention Rounds Documentation Log
- ADC055642: Form 1101-46 – In State/Facility to Facility Transfer Summary/Continuity of Care
- ADC055650: Form 1101-55 – Health Service Infirmary – Inmate Release
- ADC055653: Form 1101-59 – Provider Admitting / Discharge Diagnosis / Summary
- ADC055671: Form 1101-76 – Health Services Problem List
- ADC048734-35: Form 1103-04 - Mental Health Treatment Plan; ABHTF/MTU/WTU/SMTU/STEPDOWN; Individual Problem Plan (2002)
- ADC055705: Form 1103-04 - Mental Health Treatment Plan; ABHTF / MTU / WTU / SMTU / STEPDOWN
- ADC048738: Form 1103-08 - Suicide Prevention Referral Form
- ADC055707-10: Form 1103-09 - Men's Treatment Unit / Women's Treatment Unit – General Referral Data; MTU / WTU: Pre-Screening Mental Status Exam
- ADC055711: Form 1103-12 – Informed Consent for Psychotropic Medications
- ADC048745: Form 1103-13 - Mental Health Serious Mental Illness (SMI) Determination (2008)
- ADC055712: Form 1103-13 - Mental Health Seriously Mentally Illness (SMI) Determination
- ADC055713-14: Form 1103-16 – Mental Health Treatment Plan – Outpatient
- ADC055715: Form 1103-18 - Mental Health Consent
- ADC055716: Form 1103-19 - Mental Health Group Progress Notes
- ADC055717: Form 1103-20 – Application for Involuntary Treatment
- ADC048754: Form 1103-23 – Pre-Admission Data – Inpatient Referral (2002)

3

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- ADC055720: Form 1103-23 – Pre-Admission Data – Inpatient Referral (2012)
- ADC055721: Form 1103-24 - Cellfront Visit Checklist
- ADC048756: Form 1103-25 – Psychiatry non-Formulary Drug Request
- ADC055722: Form 1103-26 - Suicide and Mental Health Watch Monthly Report
- ADC055723-24: Form 1103-27 – Inmate Mental Health Assessment
- ADC055725: Form 1103-28 – Cellfront Visit Log
- ADC055726: Form 1103-30 - Patient Disposition
- ADC055727: Form 1103-31 – Medical History - Flamenco
- ADC055728-30: Form 1103-32 - Psychiatric Evaluation – Mental Health
- ADC082304: Form 1103-33 – Social Services – Closing Summary
- ADC048765: Form 1103-34 - Disposition Instructions
- ADC055731: Form 1103-36 – ADBHTF Treatment Team Information Sheet
- ADC055732: Form 1103-38 – Mental Health Medical File Review
- ADC055733: Form 1103-40 – Continuous Progress Record – Mental Health
- ADC048768: Form 1103-40a – Medical Nursing Watch Note
- ADC055734: Form 1103-41 – Informed Consent for Psychotropic Medication - Neuroleptic
- ADC055735: Form 1103-42 - Mental Health Transfer Summary – Mental Health Programs
- ADC055736-37: Form 1103-45 – Review of Medical File
- ADC055738-39: Form 1103-46 - Review of Institutional File
- ADC055740: Form 1103-47 - Global Assessment of Functioning (GAF) – (ABHTF)
- ADC055741: Form 1103-48 - Initial Psychology Assessment
- ADC055742: Form 1103-49 – Mental Health Center Physical Examination
- ADC055743: Form 1103-50 – Psychiatric Nurse Follow-Up Note – Mental Health
- ADC055744: Form 1103-51 - Psychiatric Transfer / Discharge Summary – Mental Health Program
- ADC055745-46: Form 1103-48 – Neurological Examination - ABHTF
- ADC055747: Form 1103-53 - Conditions to Admission – Mental Health
- ADC055748: Form 1103-54 – Psychiatry Clinical Performance Report
- ADC055749: Form 1103-56 - Signature Log – Mental Health
- ADC055750: Form 1103-57 – Informed Consent – Grievance Appeals for ADHS Licensed Facility
- ADC048783: Form 1103-58 – Inmate Patient Orientation - ABHTF
- ADC055752-59: Form 1103-65 - Psychosocial History
- ADC055760: Form 1103-66 - Review of Psychosocial History & Presenting Problem / Mental Health History
- ADC055762-65: Form 1103-67 - Presenting Problem / Mental Health History
- ADC055766: Form 1103-68 - Major Assessment Findings
- ADC055767: Form 1103-69 - Clinical Summary and Recommendations
- ADC048791: Form 1103-70 - ADC Health Services Significant Self Harm (SSH) Report (2009)
- ADC055768: Form 1103-70 - ADC Health Services Significant Mental Health Event (SMHE) Report
- ADC055769: Form 1103-71 – Clinical Supervision Form

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- ADC055770: Form 1103-72 – Informed Consent for Psychotropic Medications - Selective Serotonin Reuptake Inhibitors
- ADC055771: Form 1103-73 - Informed Consent for Psychotropic Medications – Class: Anticonvulsant/Mood Stabilizer (Depakene, Depakote)
- ADC055772: Form 1103-74 - Informed Consent for Psychotropic Medications – Class: Anticonvulsant/Mood Stabilizer, Carbamazepine
- ADC055773: Form 1103-75 - Informed Consent for Psychotropic Medications – Class: Anticonvulsant/Mood Stabilizer, Lithium
- ADC055774: Form 1103-76(e) - Mental Health Monthly Reporting

## Grievances

- ADC016217-8164: Plaintiffs' medical grievance files
- ADC023557-4169: Plaintiffs' Non-medical grievance files
- ADC074296-366: Grievance appeal logs, January 2011 to January 2013
- ADC089380-91: Grievance appeals, non-medical, conditions – 2011-1-1 to 2013-4-24

## Master Files (non-named plaintiffs)

- ▮▮▮▮▮▮ - Master File: ADC138007-27
- ▮▮▮▮▮▮▮▮ – Master File: ADC139548-634
- ▮▮▮▮▮▮▮ – Master File: ADC138778-86
- ▮▮▮▮▮▮▮ – Master File: ADC138787-866
- ▮▮▮▮▮ – Master File: ADC138867-963
- ▮▮▮▮▮▮ – Master File: ADC138964-9078
- ▮▮▮▮▮ – Master File: ADC139079-135
- ▮▮▮▮▮▮ – Master File: ADC139635-682
- ▮▮▮▮▮▮ – Master File: ADC139136-64
- ▮▮▮▮▮ - Master File: ADC139165-304
- ▮▮▮▮▮ – Master File: ADC139305-449
- ▮▮▮▮▮ – Master File: ADC138028-176
- ▮▮▮▮▮ – Master File: ADC139683-94
- ▮▮▮▮▮▮ – Master File: ADC139450-79

## Medical Files (non-named plaintiffs)

- ▮▮▮▮▮▮: ADC107990-95
- ▮▮▮▮▮▮: ADC136420-22
- ▮▮▮▮▮▮▮: ADC135725-965
- ▮▮▮▮▮▮▮: WEX000001-131
- ▮▮▮▮▮: ADC137046-60
- ▮▮▮▮▮: ADC136917-29
- ▮▮▮▮: ADC136423-26

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- ███████████ : ADC136763-69
- ███████████ : ADC163994-4037
- ███████████ : ADC143567-77
- ███████████ : ADC136427
- ███████████ : ADC136428-31
- ███████████ : ADC136723
- ███████████ : ADC137061-66
- ███████████ : ADC137067-70
- ███████████ : ADC143578-93
- ███████████ : ADC136432-50
- ███████████ : ADC137071-76
- ███████████ : ADC137077-81
- ███████████ : ADC143594-603
- ███████████ : ADC136920-22
- ███████████ : ADC155202-417
- ███████████ : ADC143604-10
- ███████████ : ADC137082-91
- ███████████ : ADC143611-13
- ███████████ : ADC136451-52
- ███████████ : ADC136453-54
- ███████████ : ADC137092-99
- ███████████ : ADC155418-6082
- ███████████ : ADC156083-324
- ███████████ : ADC135966-6006
- ███████████ : ADC136923-27
- ███████████ : ADC143614-27
- ███████████ : ADC130720-856
- ███████████ : ADC145972-6069
- ███████████ : ADC136455-61
- ███████████ : ADC136462-65
- ███████████ : ADC136928-35
- ███████████, Inmate #███████ ADC136466
- ███████████ : ADC143628-38
- ███████████ : ADC156325-489
- ███████████ : ADC136467-69
- ███████████ : ADC136470-73
- ███████████ : ADC136770-80 and ADC156490-722
- ███████████ : ADC136781-83
- ███████████ : ADC156723-7010
- ███████████ : ADC136474-77

6

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- ██████████: ADC137100-05
- ██████████: ADC137106-14
- ██████████: ADC136784
- ████ Inmate #████ ADC136478-79
- ██████████: ADC137115-17
- ██████████: ADC164038-220
- ██████████: ADC143639-63
- ██████████: ADC136936-40
- ██████████: ADC143664-68
- ██████████: ADC136941-56
- ██████ Inmate #████ ADC136480-82
- ██████████: ADC136785-87
- ██████████: ADC143669-73
- ██████████: ADC136483-87
- ██████████: ADC136957-65
- ██████████: ADC164221-381
- ████ Inmate #████ ADC136724-25
- ██████████: ADC136788-93
- ██████████: ADC136726-35 and ADC146070-393
- ██████████: ADC137118-25
- ██████████, Inmate #████ ADC143674-77
- ██████████: ADC136488-90
- ██████████: ADC136966-70
- ██████████: ADC136491-95
- ██████████: ADC136971-78
- ██████████: ADC136496-514
- ██████████ ADC130857-1367
- ██████████: ADC136979-81 and ADC146394-918
- ██████████: ADC137126-30
- ██████████: ADC143678-83
- ██████████: ADC143684-94
- ██████████: ADC136794-95
- ██████████: ADC143695-99
- ██████████: ADC143700-06
- ██████████: ADC136796-801
- ██████████: ADC136515-22
- ██████████: ADC147514-8098
- ██████████: ADC143707-10
- ██████████: ADC136802-05 and ADC157011-846
- ██████████: ADC157847-8321

- ████████████: ADC043750-881
- ████████: ADC148099-459
- ████████: ADC148460-628 and ADC143711-16
- ████████: ADC143717-26
- ████████████: ADC136523-25
- ██████: ADC137131-35
- ██████: ADC143727-29
- ████████████: ADC137136-48
- ████████: ADC158322-649
- ████████: ADC158650-9525
- █████, Inmate #████ ADC136736
- ████████: ADC137149-63 and ADC159526-756
- ████████: ADC164382-449
- ██████: ADC148629-9079
- ██████: ADC136737-40
- ██████: ADC136982-88
- ████████: ADC136531-34
- ████████: ADC136531-34
- ████████: ADC136535-36
- ████████: ADC136806-15 and ADC159757-60075
- ████████████: ADC136741-45 and ADC149080-766
- ████████: ADC143730-33
- ████████: ADC149767-815
- ████████: ADC164450-545
- ████████: ADC136746-52 and ADC149816-887
- ████████: ADC136989-7013
- ████████: ADC136007-210
- ██████ Inmate #████ ADC136753
- ████████: ADC164546-716
- ████████: ADC137014-20
- ████████: ADC149888-50069
- ████████: ADC137164-72
- ████████: ADC136537-78
- ████████: ADC137021-29
- ████████████: ADC136579-86
- ████████: ADC136587-631
- ████████: ADC136661-63
- ██████ ADC143734-46
- ████████: ADC143747-52
- ████████: ADC164717-5160

8

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- ███████████ : ADC136632-35
- ███████████ : ADC136636-42
- ███████████ : ADC136211 and ADC150070-1259
- ███████████ : ADC143753-72 and ADC151260-02
- ███████████ : ADC136754
- ███████████ : ADC136643-48
- ███████ : ADC136649-50
- ███████████ : ADC143547-558
- ███████ : ADC136651-54
- ███████████ : ADC151603-992
- ███████████ : ADC165161-338
- ███████████ ADC136655-60
- ███████████ : ADC131406-3192
- ███████████ : ADC137173-78
- ███████████ : ADC151993-2080
- ███████████ : ADC136664-70
- ███████████ : ADC133193-531
- ███████████ : ADC136671-74
- ███████ : ADC136816-23
- ███████████ ADC107996-8035
- ███████████ : ADC136675-77
- ███████████ : ADC160076-427
- ███████████ : ADC133532-729
- ███████ : ADC136678-81
- ███████ : ADC137030-41
- ███████████ : ADC165339-436
- ███████████ : ADC136824-26
- ███████ : ADC136682-86
- ███████████ : ADC136827-31
- ███████████ : ADC160770-810
- ███████████ : ADC136687-96
- ███████████ : ADC136832-84
- ███████████ Inmate #█████ ADC136697
- ███████████ : ADC143773-80
- ███████████ : ADC152081-370
- ███████████ : ADC160811-1109
- ███████ : ADC136755-59
- ███████████ : ADC16110-466
- ███████ : ADC143559-60
- ███████████ : ADC143781-84

9

- ███████████: ADC135378-438
- ███████████: ADC136902-05 and ADC161467-902
- ███████████: ADC135439-569
- ███████████: ADC143785-92
- ███████████: ADC137042-45
- ███████████: ADC135570-724
- ███████████: ADC136716-22 and ADC152371-3326
- ███████████ #207261: ADC136760-62
- ███████████: ADC136906-08
- ███████████: ADC165437-625
- ███████████: ADC136909-16
- ███████████: ADC161903-2659

**Miscellaneous**

- ADC025768-70: Letter, Deputy Warden McCarville to Alcaraz, regarding suspension without pay, dated 4/27/11
- ADC026930-45: Memo, O. Valencia to Warden Hetmer, regarding Investigative Report #2012-0999, dated 3/26/12
- ADC027724-58: Powerpoint presentation, ADC mental health programs in isolation units
- ADC027733: Photographs of recreation enclosures for mental health units
- ADC027751: Eyman-SMU 1 diagram showing location of mental health recreation enclosures
- ADC027759-68: Mental health levels statistical summary, dated July 23, 2012
- ADC027770-71: Memo, Ben Shaw to Joe Profiri, regarding Wexford Psychiatric Provider Coverage, dated 8/13/12
- ADC027794-804: Memo, Paulette Boothby to Joe Profiri, regarding Medication Issues Report, dated 8/17/12
- ADC027854-76: Memo, Joe Profiri to Karen Mullenix, regarding Written Cure Notification, dated 9/21/12
- ADC028112-14: Memo, Terry Allred to Joe Profiri, regarding Transition Issues to Date, ASPC-Lewis, dated 8/13/12
- ADC028140-42: Memo, Helena Valenzuela to Joe Profiri, regarding Phoenix Complex: Wexford Health Services Compliance-Findings, dated 8/13/12
- ADC031959-2044: Mental Health Technical Manual
- ADC048345: Fancy Significant Incident Report
- ADC048379-410: ███ Use of Force Checklist and Witness Sheets
- ADC048411-32: Holbrook Significant Incident Report
- ADC049067-77: November 2012 Staffing Report
- ADC049803-65: Training, Understanding Mentally Ill Inmates
- ADC050868-80: ADC Medical and Mental Health Score Inmate Distribution
  - ADC050868: Mental health levels statistical summary, dated 6/30/10

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- - ADC050869-72: Mental health levels statistical summary, dated 8/9/11
- ADC055572-73: SMI Segregated Population, dated December 7, 2012
  - No Bates: Mental health SMI spreadsheet legend
- ADC093734-958: Mental health details reports, dated 4/26/13
- ADC094392-499: Mental health statistical summaries for 2011, 2012, and 2013
- ADC094573: Diagram of ASPC-Eyman-Browning Unit Typical Wing Layout
- ADC094576-77: Recreation Enclosures Dimensions Memo, dated 4/29/13
- ADC117064-74: May 2013 Monthly Staffing Reports
- ADC121167-77: June 2013 Monthly Staffing Reports
- ADC139481: Inmate Outcount, Perryville SMA, dated 7/18/13
- ADC139482-83: Weekly Programming for WTU, dated 7/1/13
- ADC139484-512: Inmate Mental Health by Location, dated 7/22/13
- ADC139513: HNR Monitoring Form, ASPC-Yuma
- ADC139516-18: ASPC-Eyman-Browning Unit Activity Schedule, dated 8/1/13
- ADC139519-20: Kasson Mental Health Program
- ADC139521-23: Maximum Custody Step Matrix
- ADC139524: Perryville SMA mental health group schedules
- ADC139525-28: Mental health programming schedule, July and August 2013
- ADC140132-48: Governor's Briefing on ADC Mental Health Initiatives and Suicide Prevention Strategies, dated 5/22/13
- ADC140185-512: ASPC-Eyman Temperature Logs
- ADC140513-2832: ASPC-Perryville Temperature Logs
- ADC142833-3546: ASPC-Tucson Temperature Logs
- ADC153726-30: ASPC-Phoenix-Baker FMHC Schedule, dated 7/17/13
- ADC153777-93: Corizon Contract Staffing Percentage Report, dated 7/29/13
- ADC153834-35: Corizon Health Needs Requests (HNR) Appointment Report, July 2013
- PLTF-PARSONS-000007: Email, Tracy Crews to Ben Shaw, dated 2/3/11
- PLTF-PARSONS-013132: Memo, Lewis Medical/Wexford Health Services to Lewis Complex Inmates, regarding Medication Changes, dated 6/26/11
- PLTF-PARSONS-030686-96: Inmate Death Notifications and Email from Charles Ryan dated 10/11/13
- WEX000001-181: Wexford Meeting with Governor's Office, dated 11/8/12

## Monitoring (Compliance) Reports

- *Douglas*
  - ADC154030-48: Douglas Compliance Report, September 2013
- *Eyman*
  - ADC028093-97: Eyman Compliance Report dated 8/13/12
  - ADC034917-5203: Eyman Compliance Report, September 2012

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- o ADC067241-539: Eyman Compliance Report, October 2012
- o ADC052305-421: Eyman Compliance Report, November 2012
- o ADC069206-99: Eyman Compliance Report, December 2012
- o ADC070023-135: Eyman Compliance Report, January 2013
- o ADC084391-98: Eyman Compliance Report, February 2013
- o ADC088727-41: Eyman Compliance Report, March 2013
- o ADC088814-45: Eyman Compliance Report, April 2013
- o ADC117651-84: Eyman Compliance Report, May 2013
- o ADC117927-951: Eyman Compliance Report, June 2013
- o ADC137754-66: Eyman Quarterly Compliance Report, June 2013
- o ADC137201-28: Eyman Compliance Report, July 2013
- o ADC137465-96: Eyman Compliance Report, August 2013
- o ADC154049-94: Eyman Compliance Report, September 2013
- *Florence*
  - o ADC028098-110: Florence Compliance Report dated 8/13/12
  - o ADC035204-95: Florence Compliance Report, September 2012
  - o ADC067540-690: Florence Compliance Report, October 2012
  - o ADC052422-564: Florence Compliance Report, November 2012
  - o ADC069300-401: Florence Compliance Report, December 2012
  - o ADC070136-270: Florence Compliance Report, January 2013
  - o ADC084399-406: Florence Compliance Report, February 2013
  - o ADC088742-55: Florence Compliance Report, March 2013
  - o ADC088846-91: Florence Compliance Report, April 2013
  - o ADC117685-717: Florence Compliance Report, May 2013
  - o ADC117952-84: Florence Compliance Report, June 2013
  - o ADC137767-79: Florence Quarterly Compliance Report, June 2013
  - o ADC137229-67: Florence Compliance Report, July 2013
  - o ADC137497-524: Florence Compliance Report, August 2013
  - o ADC154095-146: Florence Compliance Report, September 2013
- *Lewis*
  - o ADC028111-29: Lewis Compliance Report dated 8/13/12
  - o ADC035292-358: Lewis Compliance Report, September 2012
  - o ADC067691-8030: Lewis Compliance Report, October 2012
  - o ADC052565-717: Lewis Compliance Report, November 2012
  - o ADC069402-513: Lewis Compliance Report, December 2012
  - o ADC070271-398: Lewis Compliance Report, January 2013
  - o ADC084373-83: Lewis Compliance Report, February 2013
  - o ADC088756-62: Lewis Compliance Report, March 2013
  - o ADC088892-913: Lewis Compliance Report, April 2013
  - o ADC117718-37: Lewis Compliance Report, May 2013
  - o ADC117985-8002: Lewis Compliance Report, June 2013
  - o ADC137780-92: Lewis Quarterly Compliance Report, June 2013

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- ○ ADC137268-88: Lewis Compliance Report, July 2013
- ○ ADC137525-54: Lewis Compliance Report, August 2013
- ○ ADC154147-181: Lewis Compliance Report, September 2013
- *Perryville*
  - ○ ADC028130-38: Perryville Compliance Report dated 8/13/12
  - ○ ADC035459-619: Perryville Compliance Report, September 2012
  - ○ ADC068031-239: Perryville Compliance Report, October 2012
  - ○ ADC052718-839: Perryville Compliance Report, November 2012
  - ○ ADC069514-97: Perryville Compliance Report, December 2012
  - ○ ADC070399-510: Perryville Compliance Report, January 2013
  - ○ ADC084407-16: Perryville Compliance Report, February 2013
  - ○ ADC088763-70: Perryville Compliance Report, March 2013
  - ○ ADC088914-53: Perryville Compliance Report, April 2013
  - ○ ADC117738-65: Perryville Compliance Report, May 2013
  - ○ ADC118003-25: Perryville Compliance Report, June 2013
  - ○ ADC137793-805: Perryville Quarterly Compliance Report, June 2013
  - ○ ADC137289-315: Perryville Compliance Report, July 2013
  - ○ ADC137555-82: Perryville Compliance Report, August 2013
  - ○ ADC154182-518: Perryville Compliance Report, September 2013
- *Phoenix*
  - ○ ADC028139-46: Phoenix Compliance Report dated 8/13/12
  - ○ ADC035620-54: Phoenix Compliance Report, September 2012
  - ○ ADC068240-321: Phoenix Compliance Report, October 2012
  - ○ ADC052840-96: Phoenix Compliance Report, November 2012
  - ○ ADC069598-643: Phoenix Compliance Report, December 2012
  - ○ ADC070511-70: Phoenix Compliance Report, January 2013
  - ○ ADC084417-24: Phoenix Compliance Report, February 2013
  - ○ ADC088771-79: Phoenix Compliance Report, March 2013
  - ○ ADC088954-78: Phoenix Compliance Report, April 2013
  - ○ ADC117766-91: Phoenix Compliance Report, May 2013
  - ○ ADC118026-43: Phoenix Compliance Report, June 2013
  - ○ ADC137806-18: Phoenix Quarterly Compliance Report, June 2013
  - ○ ADC137316-40: Phoenix Compliance Report, July 2013
  - ○ ADC137583-609: Phoenix Compliance Report, August 2013
  - ○ ADC154219-57: Phoenix Compliance Report, September 2013
- *Safford*
  - ○ ADC154258-78: Safford Compliance Report, September 2013
- *Tucson*
  - ○ ADC028153-61: Tucson Compliance Report dated 8/13/12
  - ○ ADC035690-908: Tucson Compliance Report, September 2012
  - ○ ADC068370-892: Tucson Compliance Report, October 2012

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- o ADC052953-3117: Tucson Compliance Report, November 2012
- o ADC069682-823: Tucson Compliance Report, December 2012
- o ADC070620-791: Tucson Compliance Report, January 2013
- o ADC084432-38: Tucson Compliance Report, February 2013
- o ADC088785-88: Tucson Compliance Report, March 2013
- o ADC088998-9059: Tucson Compliance Report, April 2013
- o ADC117809-55: Tucson Compliance Report, May 2013
- o ADC118066-109: Tucson Compliance Report, June 2013
- o ADC137832-44: Tucson Quarterly Compliance Report, June 2013
- o ADC137360-401: Tucson Compliance Report, July 2013
- o ADC137626-69: Tucson Compliance Report, August 2013
- o ADC154279-346: Tucson Compliance Report, September 2013
- *Winslow*
  - o ADC154347-68: Winslow Compliance Report, September 2013
- *Yuma*
  - o ADC028166-73: Yuma Compliance Report dated 8/13/12
  - o ADC035946-6091: Yuma Compliance Report, September 2012
  - o ADC068941-9143: Yuma Compliance Report, October 2012
  - o ADC053172-285: Yuma Compliance Report, November 2012
  - o ADC069864-947: Yuma Compliance Report, December 2012
  - o ADC070842-948: Yuma Compliance Report, January 2013
  - o ADC084447-53: Yuma Compliance Report, February 2013
  - o ADC088792-95: Yuma Compliance Report, March 2013
  - o ADC089084-112: Yuma Compliance Report, April 2013
  - o ADC117880-909: Yuma Compliance Report, May 2013
  - o ADC118126-52: Yuma Compliance Report, June 2013
  - o ADC137858-70: Yuma Quarterly Compliance Report, June 2013
  - o ADC137419-50: Yuma Compliance Report, July 2013
  - o ADC137684-716: Yuma Compliance Report, August 2013
  - o ADC154369-421: Yuma Compliance Report, September 2013
- ADC138773: Segregated Inmates Compliance Sheet, blank
- ADC139857-79: Draft MGAR User Guide (used at training on 9/19/13)

**Named Plaintiff Master Files**

- ADC022704-3099: Brislan Master File
- ADC137871-81: Brislan Master File, Updated
- ADC022562-703: Chisholm Master File
- ADC020695-1192: Gamez Master File
- ADC137882-946: Hefner Master File
- ADC127455-68: Jensen Master File
- ADC127444-54: Licci Master File

14

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- ADC127405-24: Polson Master File
- ADC018792-9563: Rodriguez Master File
- ADC022356-504 and ADC023100-379: Smith Master File
- ADC021193-816: Swartz Master File
- ADC127425-43: Swartz Master File, Updated
- ADC022145-355: Thomas Master File
- ADC137947-70: Thomas Master File, Updated
- ADC019564-20121: Verduzco Master File

**Named Plaintiff Medical Records**

- *Brislan*
  - ○ ADC008296-537: Brislan Medical Records, 1/26/10 to 3/8/12
  - ○ ADC016217-499: Brislan Medical Grievances
  - ○ ADC018105-141: Brislan Medical Grievances
  - ○ ADC073455-798: Brislan Medical Records, 3/9/12 to 2/12/13
  - ○ ADC074276-79: Brislan Medical Grievances
  - ○ ADC107525-602: Brislan Medical Records, Maricopa County Jail, 2000
  - ○ ADC122075-3237: Brislan Medical Records, 3/1/13 to 7/15/13
  - ○ ADC123238-51: Brislan Medical Records, ORC, Rx August 2013
- *Chisholm*
  - ○ ADC000001-285: Chisholm Medical Records, 12/6/05-3/8/12
  - ○ ADC071361-93: Chisholm Medical Records, 10/24/12 to 2/12/13
  - ○ ADC122465-378: Chisholm Medical Records, 3/1/13-7/15/13
  - ○ ADC123357-78: Chisholm Medical Records, 3/18/13 to 7/15/13
  - ○ ADC130340-63: Chisholm Medical Records (ORC and Rxs)
  - ○ ADC130364-719: Chisholm Medical Records, 12/6/05-10/23/12
- *Gamez*
  - ○ ADC000287-1258: Gamez Medical Records, 10/17/97 to 3/15/12
  - ○ ADC017495-879: Gamez Medical Grievances
  - ○ ADC018005-45: Gamez Medical Grievances
  - ○ ADC071394-573: Gamez Medical Records, 3/6/12 to 2/12/13
  - ○ ADC074441-577: Gamez Medical Records, University Medical Center
  - ○ ADC122219-89: Gamez Medical Records, 3/1/13 to 7/15/13
- *Polson*
  - ○ ADC005959-6574: Polson Medical Records, 8/2/04 to 5/16/06, 5/30/06 to 8/30/06, 9/30/06 to 4/10/07, 2/21/08 to 3/8/12
  - ○ ADC017218-485: Polson Medical Grievances
  - ○ ADC017954-83: Polson Medical Grievances
  - ○ ADC071742-93: Polson Medical Records, 3/9/12 to 2/12/13
  - ○ ADC074973-74: Polson Medical Records, John C. Lincoln
  - ○ ADC074975: Polson Medical Records, Phoenix Baptist

- o ADC107603-72: Polson Medical Records, Maricopa County Jail, 2002
- o ADC122338-70: Polson Medical Records, 3/1/13 to 7/15/13
- o ADC131368-405: Polson Medical Records, 3/8/12 to 10/23/12
- Rodriguez
  - o ADC008538-10121: Rodriguez Medical Records, 3/9/1994 to 3/28/03, 6/10/09 to 3/16/12
  - o ADC017916-17: Rodriguez Medical Grievances
  - o ADC073890-4120: Rodriguez Medical Records, 3/9/12 to 2/12/13
  - o ADC074976-6190: Rodriguez Medical Records, Maricopa Medical Center
  - o ADC076191-218: West Valley Hospital
  - o ADC107672-959: Rodriguez Medical Records, Maricopa County Jail, 2007
  - o ADC123384-89: Rodriguez Medical Records, 2/10/13 to 2/28/13
  - o ADC122371-464: Rodriguez Medical Records, 3/1/13 to 7/15/13
- Smith
  - o ADC007145-439: Smith Medical Records, 3/17/08 to 3/15/12
  - o ADC017984-8004: Smith Medical Grievances
  - o ADC074121-213: Smith Medical Records, 3/16/12 to 2/12/13
  - o ADC076219: Smith Medical Records, Recovery Innovations
  - o ADC117587-630: Smith Medical Records, Maricopa County Jail
  - o ADC127369-75: Smith Medical Records, Rx and CIPS
  - o ADC127376-81: Smith Medical Records, 2/10/13 to 2/28/13
- Swartz
  - o ADC001259-396: Swartz Medical Records, 7/11/95 to 1/5/98
  - o ADC001397-2288: Swartz Medical Records, 11/18/09 to 3/8/12
  - o ADC018072-104: Swartz Medical Grievances
  - o ADC071794-919: Swartz Medical Records, 3/9/12 to 2/12/13
  - o ADC074289-95: Swartz Medical Records, 3/16/12 to 2/12/13
  - o ADC074414-6323: Swartz Medical Records, West Valley Hospital
  - o ADC122465-565: Swartz Medical Records, 3/1/13 to 7/15/13
  - o ADC133730-866: Swartz Medical Records, 7/11/95 to 12-9-97
  - o ADC133867-4306: Swartz Medical Records, 11/18/09 to 6/29/11
  - o ADC134307-801: Swartz Medical Records, 5/10/11 to 10/23/12
- Thomas
  - o ADC007440-8295: Thomas Medical Records, 11/3/06 to 3/8/12
  - o ADC017918: Thomas Medical Grievances
  - o ADC070949-1360: Thomas Medical Records, 3/9/12 to 2/12/13
  - o ADC134307-801: Thomas Medical Grievances
- Verduzco
  - o ADC002289-4373: Verduzco Medical Records, 5/10/06 to 3/19/12
  - o ADC082495-671: Verduzco Medical Records, 6/11/12 to 2/12/13
  - o ADC121331-2074: Verduzco Medical Records, Arizona State Hospital, 2006

16

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- o   ADC122720-3780: Verduzco Medical Grievances, 3/1/12 to 7/15/13
- o   ADC123390-400: Verduzco Medical Records, 2/10/13 to 2/28/13
- o   ADC136885-901: Verduzco Medical Records from Expert Tours
- *Wells*
  - o   ADC134802-5377: Wells Medical Records, 10/14/09 to 10/23/12

## Named Plaintiff – Other

- *Brislan*
  - o   Individual Detention Records, ADC139904-38
- *Gamez*
  - o   Individual Detention Records, ADC139939-40027
- *Polson*
  - o   Individual Detention Records, ADC136213-54
- *Rodriguez*
  - o   Individual Detention Records, ADC136255-314
- *Smith*
  - o   Individual Detention Records, ADC140028-87
- *Swartz*
  - o   Individual Detention Records, ADC136315-17
- *Thomas*
  - o   Individual Detention Records, ADC139901-03
- *Verduzco*
  - o   Individual Detention Records, ADC123484-3621
  - o   Observation Records, ADC136318-419

## Post Orders

- *Douglas*
  - o   ADC057874-75: PO-HS-599 – Douglas PO: Health and Welfare Visits of Suicide Watch Inmates in Lockdown
  - o   ADC057905-06: FO-HS-806 – Douglas PO: Inmate Access to Health Care (HNR)
  - o   ADC057915: FO-HS-874 – Douglas PO: Daily Mental Health Checks on SMI Inmates in Isolation/Lock Down
  - o   ADC057916-18: FO-HS-875 – Douglas PO: Inmate Access to Health Care (CDU Procedures)
  - o   ADC057923: FO-HS-1100 – Douglas PO: Inmate Mental Health Care, Treatment and Programs
- *Eyman*
  - o   ADC028746-47: PO-01-85 – Eyman PO: Documentation of Health Encounters: SOAP Format
  - o   ADC028750-53: PO-01-87 – Eyman PO: Transfer of Inmate Records
  - o   ADC028781: PO-01-71 - Eyman PO: Health Care Personnel Requirements

17

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- o ADC028787-88: PO-01-74 – Eyman PO: Refusal to Accept Treatment
- o ADC028795-97: PO-98-25 - Eyman PO: Inmate Health Assessments/Initial/Transfer/Return to Custody
- o ADC028805: PO-99-31 – Eyman PO: Mental Health Emergencies
- o ADC028808-09: PO-99-33 – Eyman PO: Mental Health SMI Designations
- o ADC028813: PO-99-37 – Eyman PO: Nursing Assessment for History and Physicals
- o ADC028821: PO-00-42 – Eyman PO: Watch Swallow for Psychotropic Medications
- o ADC028829-31: PO-98-12 – Eyman PO: Health Needs Requests
- o ADC028846: PO-98-19 – Eyman PO: Medical Treatment Refusals
- o ADC028883: PO-98-08 – Eyman PO: Suicide Blankets
- o ADC054872-73: PO-00-57 - Eyman HS PO: Psychiatric Registered Nurse II (PRN II)
- o ADC054874-75: PO-00-58 - Eyman HS PO: Psychology Associate II Rynning, Cook & Meadows Unit
- o ADC054876-77: PO-00-59 - Eyman HS PO: Psychology Associate II (SMU II) [/Browning Unit]
- o ADC054878-79: PO-00-60 - Eyman HS PO: Psychology Associate II (SMU I)
- o ADC054880-81: PO-00-61 - Eyman HS PO: Mental Health Therapist II Rynning, Cook & Meadows Unit
- o ADC054882-83: PO-00-62 - Eyman HS PO: Mental Health Therapist II (SMU II)
- o ADC054884-85: PO-00-63 - Eyman HS PO: Mental Health Therapist II (SMU I)
- o ADC054886-87: PO-00-64 - Eyman HS PO: Psychologist II Rynning, Cook & Meadows Unit
- o ADC054888-89: PO-00-65 - Eyman HS PO: Psychologist II SOP Program Coordinator
- o ADC054890-91: PO-00-66 - Eyman HS PO: Psychologist II (SMU I)
- o ADC054892-93: PO-00-67 - Eyman HS PO: Psychologist II (SMU II)
- *Florence*
  - o ADC028988-89: PO-07-58 - Florence PO: Procedure for Inmates Received from ARTC
  - o ADC029054: PO-07-81 - Florence PO: Mental Health Emergencies
  - o ADC029073-75: PO-07-89 - Florence PO: Release Planning for Inmates with Mental Health Scores of 3 and Above
  - o ADC029115-16: PO-07-124 - Florence PO: Health Checks for Max Security Inmates Central Unit
- *Lewis*
  - o ADC057990: HS-L-MH 01.00 – Lewis PO: Health and Welfare Visits of SMI/Suicide Watch Inmates in Isolation/Lock Down
  - o ADC057991-94: HS-L-MH 02.00 – Lewis PO: Suicide and Mental Health Watch Orders
  - o ADC057995-96: HS-L-MH 03.00 – Lewis PO: Responsibilities and Duties of Psychologist II
  - o ADC057997-98: HS-L-MH 04.00 – Lewis PO: Responsibilities and Duties of ASPC-Lewis Psychiatric Registered Nurse II
  - o ADC058000-01: HS-L-MH 05.00 – Lewis PO: Responsibilities and Duties of Psychology Associate II
- *Perryville*

18

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- o ADC028264-65: PO-11-1006 – Perryville HS PO: Transfer of Medical Orders between Health Facilities
- o ADC028295-96: PO-07-55 – Florence PO: Continuity of Care for Inmate Transferring (Outgoing)
- o ADC028323: PO-11-0120 - Perryville HS PO: Use of Restraint Devices for Medical Purposes
- o ADC028338-39: PO-11-0402 - Perryville HS PO: Discharge/Transfer of Inmate Medical Records from ABHTF and MTU
- o ADC028340-41: PO-11-0404 - Perryville HS PO: Arrival/Admission Process for ABHTF
- o ADC028342: PO-11-0405 - Perryville HS PO: Departing Inmates - Alhambra
- o ADC028344-45: PO-11-0407 - Perryville HS PO: Admission & Maintenance of MTU Medical Records
- o ADC028346-47: PO-11-0408 - Perryville HS PO: Medical Record Availability at MTU for Mental Health Staff
- o ADC028350: PO-11-0410 - Perryville HS PO: Medical Records Protocols for Inmate Movement from ABHTF Units
- o ADC028353-54: PO-11-0502 - Perryville HS PO: Mental Health Correctional Officer Medical Records Charting
- o ADC028356-58: PO-11-0504 - Perryville HS PO: ABHTF Intake Processing of New Admissions
- o ADC028361-62: PO-11-0506 - Perryville HS PO: Use of Health Needs Request Forms (HNRs) in ABHTF
- o ADC028366: PO-11-0510 - Perryville HS PO: 14-Day Mental Health Assessment
- o ADC028367-70: PO-11-0511 - Perryville HS PO: Clinical Supervision of Behavioral Health Technicians and Behavioral Health Paraprofessionals
- o ADC028371-72: PO-11-0512 - Perryville HS PO: Assessment and Treatment Planning at ABHTF
- o ADC028373: PO-11-0514 - Perryville HS PO: Mental Health Teleconference for Admissions and Discharges from ABHTF
- o ADC028374: PO-11-0515 - Perryville HS PO: Clozapine Therapy Protocol
- o ADC028376-77: PO-11-0517 - Perryville HS PO: Lamitcal (Lamotrigine) Medication Protocol
- o ADC028378-81: PO-11-0520 - Perryville HS PO: Operating Principles and Procedures for Use of Restraints in ABHTF at ASPC-Phoenix
- o ADC028399-400: PO-11-0610 - Perryville HS PO: Psychiatric Nursing Procedures
- o ADC029012-13: PO-07-69 – Florence PO: Detention Status - Protective Segregation and Administrative Detention
- o ADC029015-16: PO-07-71 - Florence HS PO: Inmate Intake Health Assessments: Initial Intake, Transfers, or Return Custody
- o ADC029054: PO-07-81 - Florence HS PO: Mental Health Emergencies
- o ADC029073-75: PO-07-89 - Florence HS PO: Release Planning for Inmates with Mental Health Scores of 3 or Above

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- ○ ADC029094: PO-07-110 - Florence HS PO: Discharge Medication
- ○ ADC029102: PO-07-116 - Florence HS PO: Transfer of Medical Orders between Health Facilities
- ○ ADC029115-16: PO-07-124 - Florence HS PO: Health Checks for Max Security Inmates Central Unit
- ○ ADC029117-18: PO-07-125 - Florence HS PO: Detention Checks – CB-K, Wing 3
- ○ ADC029122-24: PO-09-01 - Perryville PO: IPC Admissions
- ○ ADC029139: PO-11-0102B - Perryville HS PO: Health Needs Request Submittal and Pick Up in CDU and SMA Units
- ○ ADC029168-70: PO-11-6-03 - Perryville HS PO: DO 1100 Health Services Technical Manual
- ○ ADC029189-91: PO-11-0102 - Perryville HS PO: Inmate Access to Health Care
- ○ ADC029228-29: PO-11-0615 - Perryville HS PO: Medical Providers Appointment Line
- ○ ADC029239: PO-11-0622 - Perryville HS PO: Nursing Assessment for History and Physical
- ○ ADC029423-44: PO-11-0623 - Perryville HS PO: Psychiatric Nurse Medical Record Charting
- ○ ADC029430-33: PO-11-0624 - Perryville HS PO: Psychiatric and Medical Nurse Medical Record Charting Requirements for Segregated Inmates
- • *Phoenix*
  - ○ ADC028338-39: Phoenix PO - Alhambra Discharge of Inmate Medical Records
  - ○ ADC028340-41: Phoenix PO - Alhambra Arrival and Admissions Process
  - ○ ADC028342: Phoenix PO - Alhambra Departing Inmates
  - ○ ADC028344-45: Phoenix PO - Admission and Maintenance of MTU Medical Records
  - ○ ADC028346: Phoenix PO - Medical Record Availability at MTU for Mental Health Staff
  - ○ ADC028353-54: Phoenix PO - Mental Health Correctional Office Medical Records Charting
  - ○ ADC028356-59: Phoenix PO - Alhambra Intake Processing of New Admissions
  - ○ ADC028361-62: Phoenix PO - Alhambra Use of HNRs
  - ○ ADC028366: Phoenix PO - 14-Day Mental Health Assessment
  - ○ ADC028371-72: Phoenix PO - Alhambra Assessment and Treatment Planning
  - ○ ADC028373: Phoenix PO - Mental Health Teleconference for Admissions to and Discharge from Alhambra
  - ○ ADC028378-81: Phoenix PO - Alhambra Operating Principles and Procedures for Use of Restraints
  - ○ ADC028795-97: PO-98-25 – Phoenix HS PO: Inmate Health Assessments/Initial/Transfer/Return to Custody
  - ○ ADC028800: PO-98-27 – Phoenix HS PO: Continuity of Care/Medication Continuation
- • *Tucson*
  - ○ ADC028556-58: Tucson PO - Suicide and Mental Health Watch Orders
  - ○ ADC028563-64: Tucson PO - Evaluation and Care of Mentally Disordered Inmates in Lock Down

- o ADC028566-67: Tucson PO - Health and Welfare Visits of Precautionary Watch or Mental Health Inmates in Lock Down
- o ADC028568-71: Tucson PO - Coordination of Movement of Mental Health Inmates from Rincon Housing Unit 8
- o ADC028575-77: Tucson PO - Mental Health Watch Double Bunking
- o ADC028563-64: IHS-T-MHTM 001.00 - Tucson PO: Evaluation and Care of Mentally Disordered Inmates in Lock Down
- o ADC028565: IHS-T-MHTM 001.01 - Tucson PO: Health and Welfare Visits of SMI/Suicide Watch Inmates in Isolation/Lock Down
- o ADC028566-67: IHS-T-MHTM 001.02 - Tucson PO: Health and Welfare Visits of Precautionary Watch or Mental Health Inmates in Isolation/Lock Down
- o ADC028556-57: IHS-T-MHTM 002.00 - Tucson PO: Suicide and Mental Health Watch Orders
- o ADC028568-70: IHS-T-MHTM 002.01 - Tucson PO: Coordination of Movement of Mental Health Inmates from Rincon Housing Unit 8
- o ADC028561-62: IHS-T-MHTM 003.00 - Tucson PO: Responsibilities and Duties of Psychologist II (Excluding Step-Down Program and Housing Unit 8)
- o ADC028571-72: IHS-T-MHTM 003.01 - Tucson PO: Responsibilities and Duties of Rincon Housing Unit 9 Psychologist II
- o ADC028559-60: IHS-T-MHTM 003.02 - Tucson PO: Responsibilities and Duties of Psychologist Associate II Rincon Step-Down Program
- o ADC028573-74: IHS-T-MHTM 003.03 - Tucson PO: Responsibilities and Duties of ASPC-Tucson Psychiatric Registered Nurse II
- o ADC054871: IHS-T-MHTM 003.04 - Tucson PO: Responsibilities and Duties of Psychology Associate II (Excluding Rincon Unit Step-Down Program)
- o ADC028575-77: IHS-T-MHTM 003.05 - Tucson PO: Mental Health Watch Double-Bunking
- o ADC028542-45: IHS-T-MRTM 003.00 - Tucson PO: Transfer of Medical Information at Time of Inmate Transfer to/from County Jail or Out of State Jail
- o ADC028563-64: IHS-T-NTM 003.05 - Tucson PO: Medical Review of New Detention Inmates
- o ADC028635-36: IHS-T-NTM 005.02 - Tucson PO: Continuity of Care form, Transfer of Inmates
- o ADC028664-65: IHS-T-NTM 007.00 - Tucson PO: Intake Procedure for Male Inmates to Include Parole Violators
- o ADC028666-67: IHS-T-NTM 007.01 - Tucson PO: Reception Procedure for Young Adults (Minors)
- o ADC028715-16: IHS-T-NTM 007.11 - Tucson PO: Unit/Shift Responsibilities Sheltered Housing Unit
- o ADC028449: IHS-T-ATM 001.00 - Tucson PO: Heath Care Personnel Staffing Requirements
- *Winslow*
  - o ADC029506-07: Winslow PO-002 – Inmate Health Assessments

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- o   ADC029506-07: Winslow PO-004 – Segregated Inmates
- o   ADC029506-07: Winslow PO-012 – Suicide Prevention
- o   ADC029506-07: Winslow PO-015 – Psychology Associate II/Mental Health Psychotherapist
- o   ADC029506-07: Winslow PO-026 – Transfer of Medical Orders between Health Facilities
- *Yuma*
  - o   Subject to Protective Order025: Yuma PO-PR-5 – Communication on Special Needs Inmates
  - o   Subject to Protective Order026: Yuma PO-PR-6 – Health Evaluation of Return to Custody Inmates
  - o   Subject to Protective Order058-59: Yuma PO – Responsibilities and Duties of Psychology Associate II
  - o   Subject to Protective Order060-61: Yuma PO-MH-1 – Mental Health Procedures at ASPC-Yuma
  - o   Subject to Protective Order062-63: Yuma PO-MH-2 – Suicide and Mental Health Watch
  - o   Subject to Protective Order064: Yuma PO-MH-3 – Suicide Watch Cells
  - o   Subject to Protective Order065-66: Yuma PO-MH-4 – Health and Welfare Visits of SMI/Suicide Watch Inmates in Isolation/Lock Down
  - o   Subject to Protective Order067-68: Yuma PO-MH-5 – Continuity of Care for Inmates Placed in Mental Health Observation Status
  - o   Subject to Protective Order049-50: Yuma PO-MR-4 – Transfer of Medical Orders between Health Facilities
  - o   Subject to Protective Order052-53: Yuma PO-MR-6 – Intake Procedure for Male Inmates to Include Parole Violators
  - o   ADC029585: Yuma PO-AD-8 – Emergency Hospitalization Procedures
  - o   ADC029589: Yuma PO-AD-12 – Access to Health Care
  - o   ADC029591: Yuma PO-PE-1 – Health Care Personnel Staffing Requirements
  - o   ADC029626: Yuma PO-NU-14 – Narcotic Count (Two Persons)
  - o   ADC029633-34: Yuma PO-NU-17 – Detention Unit Checks
  - o   ADC029645-46: Yuma PO-NU-25 – Continuity of Care Form Transfers of Inmates
  - o   ADC029649: Yuma PO-NU-27 – Medication Management System

## Tour Photos

- *Eyman*
  - o   ADC153327-44 - Photos - Eyman (Stewart Tour) – 7/16/13 (redacted)
- *Florence*
  - o   ADC154478-505 - Photos - Florence (Stewart Tour) – 7/15/13 (redacted)
  - o   ADC154534-47 - Photos - Florence (Williams Tour) – 8/14/13 (redacted)
- *Lewis*
  - o   ADC154553-60 – Photos - Lewis (Stewart) – 7/22/13 (redacted)
- *Perryville*

22

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

- o   ADC163900-09 – Photos - Perryville (Stewart) – 7/18/13 (redacted)
- *Phoenix*
  - o   ADC163937-71 – Photos - Phoenix (Stewart) – 7/19/13 (redacted)
- *Tucson*
  - o   ADC154561-65 – Photos - Tucson (Stewart) – 7/08/13 (redacted)
- *Yuma*
  - o   ADC163972-84 – Photos - Yuma (Stewart) – 7/23/13 (redacted)
- *Unknown*
  - o   ADC154561-65 – Photos - Unknown (Stewart) – 7/08/13 (redacted)

# Exhibit D

**PABLO STEWART, M.D.**
Psychiatric Consultant
824 Ashbury Street
San Francisco, CA 94117
(415) 753-0321
(Fax) 753-5479
E Mail pab4emi@aol.com

---

## TESTIMONY/DEPOSITIONS January 2000-Present

1. People versus Juan Duarte Gonzales (Lincoln County, Washington, January 2000)
2. People versus Jerry Lane Davis (Stanislaus County, California, September 2000)
3. James Andrew Melton versus Arthur Calderon, et al. (United States District Court, Los Angeles, California, December 2000)
4. Fremont Unified School District versus James Parks (Deposition taken in San Francisco, California, April 2001)
5. People versus Pablo Lomeli (Douglas County, Arizona, August 2001)
6. Dunlap versus County of Mendocino (California, Deposition taken in Oakland California, September 2001)
7. Maxwell Hoffman versus A.J. Arave, Warden, et al. (Deposition taken in San Francisco, October 2001)
8. People versus Michelle Michaud (Alameda County, California, April 2002)
9. People versus David Attias (Santa Barbara County, California, May/June 2002)
10. People versus Larry Christopher Graham (Contra Costa County, California, October 2002)
11. People versus Miguel Enrique Diaz (San Mateo County, California, November/December 2002)
12. United States versus Eugene Frederick Boyce, III (United States District Court, Honolulu, Hawai'i December 2002)
13. People versus Robert Daniel Weston (Stanislaus County, California, April/July 2003)
14. People versus Vincent Sanchez (Ventura County, California, August 2003)
15. Armstrong Petition JW01-6450 (San Francisco Juvenile Court, December 2003)
16. People versus Daniel Mugnolo (San Francisco City and County, December 2003)
17. Brandon Astor Jones versus Frederick Head, Warden (Deposition taken in San Francisco, January 2004)
18. David Perkins versus Frederick Head, Warden (Deposition taken in San Francisco, March 2004)
19. People versus Marino Hernandez (San Mateo County, California, June 2004)
20. Raphael Camargo versus Larry Norris, Director, Arkansas Department of Correction (Deposition taken in San Francisco, July 2004)
21. People versus Ronald Mathews (King County, Washington, August 2004)
22. People versus Huberto Mendoza (Stanislaus County, California, December 2004)
23. People versus James Essick (San Diego County, California, June 2005)

24. People versus Jesse Ignacio Sanchez Gomez (Ada County, Idaho, July/August 2005)
25. People versus Adrian Camacho (San Diego County, California, October 2005)
26. People versus Huberto Mendoza (Stanislaus County, California, November 2005)
27. People versus Paul Speer (Maricopa County, Arizona, January 2006)
28. People versus Mark Thigpen (San Mateo County, California, January 2006)
29. United States versus Tommy Ray Elam (United States District Court, Los Angeles, California, February 2006)
30. Enrique Arevalo versus Frederick Head, Warden (Deposition taken in San Francisco, March 2006)
31. United States versus Danny Lee Jones (United States District Court, Phoenix, Arizona, March 2006)
32. People versus Omar Dent, III (Los Angeles County, California, May 2006)
33. People versus Delaney Marks (Alameda County, California, May 2006)
34. People versus Angel Maturino Resendiz (Harris County, Texas, June 2006)
35. People versus Antonio Nicolosi (San Mateo County, California, July 2006)
36. Gregory Paul Lawler versus Frederick Head, Warden (Deposition taken in San Francisco, July 2006)
37. United States versus Todd Sarver (United States District Court, San Francisco, California, August 2006)
38. United States versus Eugene Frederick Boyce, III (United States District Court, Honolulu, Hawaii, October 2006)
39. Arthur Torlucci versus W.A. Duncan, (United States District Court, Santa Ana, California, November 2006)
40. Joaquin Enrique Arevalo versus William Terry, Warden, (Butts County, Georgia, December 2006)
41. People versus Jerry Cabonce, (San Mateo County, California, January 2007)
42. People versus Rodrigo Paniagua, (Santa Clara County, California, February 2007)
43. Gregory Paul Lawler versus William Terry, Warden, (Butts County, Georgia, February 2007)
44. United States versus Francisco Rodriguez, (United States District Court, Santa Ana, California, April 2007)
45. People versus O'Neal Durgin, (San Mateo County, California, June 2007)
46. Sepulveda versus Beard et al., (Bartonsville, Pennsylvania, June 2007)
47. Webster versus Ayers et al., (Federal District Court, Sacramento, California, September 2007)
48. Ronald Deere versus Jeanne Woodford, et al., (Federal District Court, Los Angeles, California, October 2007)
49. People versus Eric V. Hall (Ada County, Idaho, October 2007)
50. Rickey Dale Newman versus Larry Norris, Director, Arkansas Department of Correction (Federal District Court, Fort Smith, Arkansas, November 2007
51. Ralph Coleman, et al. versus Arnold Schwarzenegger, et al. (Deposition taken in Sacramento, December 2007)
52. People versus Matthew Cunningham (Maricopa County, Arizona, January & February 2008)
53. People versus Alfredo Prieto (Fairfax County, Virginia, February 2008)

54. People versus Edward Gutierrez (Santa Clara County, California, May 2008)
55. Fred Graves, et al., Plaintiffs v. Joseph Arpaio, et al., Defendants. (Deposition taken in Phoenix, Arizona, July 2008). A supplemental deposition was also taken in July 2008 approximately 2 weeks after the initial deposition.
56. Fred Graves, et al., Plaintiffs v. Joseph Arpaio, et al., Defendants (Federal District Court, Phoenix, Arizona, August 2008)
57. Ralph Coleman, et al. versus Arnold Schwarzenegger, et al. (Deposition taken in Sacramento, California, September 2008)
58. United States versus Naeem Williams (Federal District Court, Honolulu, Hawaii, November 2008)
59. Ralph Coleman, et al. versus Arnold Schwarzenegger, et al. (Three Judge Federal Panel, Federal District Court, San Francisco, California, December 2008)
60. United States versus Michael Behenna (United States Army Court Marshall, Fort Campbell, Kentucky, February 2009)
61. United States versus Steven Green (Federal District Court, Paducah, Kentucky, May 2009)
62. People versus Francisco Merino (San Mateo County, California, July 2009)
63. Milton Lewis versus State of California (Federal District Court, Sacramento, California, October 2009)
64. People versus Adrian Sedano (San Mateo County, California, November 2009)
65. United States versus Noshir S. Gowadia (Honolulu, Hawaii, November 2009)
66. Johnny A. Johnson versus State of Missouri (St. Louis, Missouri, December 2009)
67. Martin Kipp versus State of California (Federal District Court, Los Angeles, California, December 2009)
68. David Welch versus State of California (Martinez, California, September 2010)
69. State of Arizona versus Eddy Rose (Phoenix, Arizona, September 2010)
70. State of Delaware versus Gary Ploof (Dover, Delaware, October 2010)
71. State of Arizona versus Steven Ray Newell (Phoenix, Arizona, March 2011)
72. State of Arkansas versus Ricky Lee Newman (Fort Smith, Arkansas, March 2011)
73. People versus Kerri Livingston (San Mateo County, California, March 2011)
74. People versus Alexander Youshock (San Mateo County, California, April 2011)
75. United States versus Francisco Rodriguez (Federal District Court, Santa Ana, California, May 2011)
76. State of Connecticut versus Robert Breton (Hartford, Connecticut, July 2011)
77. United States versus Billie Allen (St. Louis, Missouri, December 2011)
78. People versus Mohammed Ali (San Mateo County, California, February 2012)
79. Clemency Hearing re: Robert Towery (Florence, Arizona, March 2012)
80. United States versus Danny John, Jr. (Prescott, Arizona, March 2012)
81. State of Ohio versus Abdul H. Awkal (Cleveland, Ohio, June 2012)
82. People versus Monica McCarrick (Solano County, California, June 2012)
83. People versus Robert Hall (Ada County, Idaho, October 2012)
84. People versus Alamoti Finau (San Mateo County, California, November 2012)
85. United States versus Merrell Hobbs (Federal District Court, Philadelphia, Pennsylvania, November 2012)
86. Ex Parte Juan Lizcano, W05-59563-S(A) (Dallas, Texas, November 2012)

87. People versus David Vanalstine (San Mateo County, California, December 2012)
88. Sinisterra versus the United States (Federal District Court, Kansas City, Missouri, January 2013)
89. People versus Jing Hua Wu (San Jose, California, February & March 2013)
90. Coleman versus Brown (Deposition taken in San Francisco, California, March 2013)
91. Coleman versus Brown (Federal District Court, Sacramento, CA, June 2013)
92. Tate versus Humphrey (Deposition taken in San Francisco, California, June 2013)
93. Coleman versus Brown (Federal District Court, Sacramento, CA, October 2013)
94. People versus Alegria (Tucson, Arizona, October 2013)