# Appendix A

PRSN-CH 00110

CURRICULUM VITAE

Craig William Haney
Professor of Psychology
Director, Program in Legal Studies
University of California, Santa Cruz 95064

home address:      317 Ocean View Ave.
                   Santa Cruz, California 95062
phone:             (831) 459-2153
fax:               (831) 425-3664
email:             psylaw@ucsc.edu

PREVIOUS EMPLOYMENT

| | |
|---|---|
| 1985-present | University of California, Santa Cruz, Professor of Psychology |
| 1981-85 | University of California, Santa Cruz, Associate Professor of Psychology |
| 1978-81 | University of California, Santa Cruz, Assistant Professor of Psychology |
| 1977-78 | University of California, Santa Cruz, Lecturer in Psychology |
| 1976-77 | Stanford University, Acting Assistant Professor of Psychology |

EDUCATION

| | |
|---|---|
| 1978 | Stanford Law School, J.D. |
| 1978 | Stanford University, Ph.D. (Psychology) |
| 1972 | Stanford University, M.A. (Psychology) |
| 1970 | University of Pennsylvania, B.A. |

1

PRSN-CH 00111

HONORS AWARDS GRANTS

| | |
|---|---|
| 2012 | Appointed to National Academy of Sciences Committee to Study the Causes and Consequences of High Rates of Incarceration in the United States. |
| | Invited Witness, United States Senate, Judiciary Committee. |
| 2011 | Edward G. Donnelly Memorial Speaker, University of West Virginia Law School. |
| 2009 | Nominated as American Psychological Foundation William Bevan Distinguished Lecturer. |
| | Psi Chi "Best Lecturer" Award (by vote of UCSC undergraduate psychology majors). |
| 2006 | Herbert Jacobs Prize for Most Outstanding Book published on law and society in 2005 (from the Law & Society Association, for Death by Design). |
| | Nominated for National Book Award (by American Psychological Association Books, for Reforming Punishment: Psychological Limits to the Pains of Imprisonment). |
| | "Dream course" instructor in psychology and law, University of Oklahoma. |
| 2005 | Annual Distinguished Faculty Lecturer, University of California, Santa Cruz. |
| | Arthur C. Helton Human Rights Award from the American Immigration Lawyers Association (co-recipient). |
| | Scholar-in-Residence, Center for Social Justice, Boalt Hall School of Law (University of California, Berkeley). |
| 2004 | "Golden Apple Award" for Distinguished Teaching, awarded by the Social Sciences Division, University of California, Santa Cruz. |
| | National Science Foundation Grant to Study Capital Jury Decision-making |

2

PRSN-CH 00112

| | |
|---|---|
| 2002 | Santa Cruz Alumni Association Distinguished Teaching Award, University of California, Santa Cruz. |
| | United States Department of Health & Human Services/Urban Institute, "Effects of Incarceration on Children, Families, and Low-Income Communities" Project. |
| | American Association for the Advancement of Science/American Academy of Forensic Science Project: "Scientific Evidence Summit" Planning Committee. |
| | Teacher of the Year (UC Santa Cruz Re-Entry Students' Award). |
| 2000 | Invited Participant White House Forum on the Uses of Science and Technology to Improve National Crime and Prison Policy. |
| | Excellence in Teaching Award (Academic Senate Committee on Teaching). |
| | Joint American Association for the Advancement of Science-American Bar Association Science and Technology Section National Conference of Lawyers and Scientists. |
| 1999 | American Psychology-Law Society Presidential Initiative Invitee ("Reviewing the Discipline: A Bridge to the Future") |
| | National Science Foundation Grant to Study Capital Jury Decision-making (renewal and extension). |
| 1997 | National Science Foundation Grant to Study Capital Jury Decision-making. |
| 1996 | Teacher of the Year (UC Santa Cruz Re-Entry Students' Award). |
| 1995 | Gordon Allport Intergroup Relations Prize (Honorable Mention) |
| | Excellence in Teaching Convocation, Social Sciences Division |
| 1994 | Outstanding Contributions to Preservation of Constitutional Rights, California Attorneys for Criminal Justice. |
| 1992 | Psychology Undergraduate Student Association Teaching Award |
| | SR 43 Grant for Policy-Oriented Research With Linguistically Diverse Minorities |
| 1991 | Alumni Association Teaching Award ("Favorite Professor") |

3

| | |
|---|---|
| 1990 | Prison Law Office Award for Contributions to Prison Litigation |
| 1989 | UC Mexus Award for Comparative Research on Mexican Prisons |
| 1976 | Hilmer Oehlmann Jr. Award for Excellence in Legal Writing at Stanford Law School |
| 1975-76 | Law and Psychology Fellow, Stanford Law School |
| 1974-76 | Russell Sage Foundation Residency in Law and Social Science |
| 1974 | Gordon Allport Intergroup Relations Prize, Honorable Mention |
| 1969-71 | University Fellow, Stanford University |
| 1969-74 | Society of Sigma Xi |
| 1969 | B.A. Degree Magna cum laude with Honors in Psychology |
| | Phi Beta Kappa |
| 1967-1969 | University Scholar, University of Pennsylvania |

## UNIVERSITY SERVICE AND ADMINISTRATION

| | |
|---|---|
| 2010-present | Director, Legal Studies Program |
| 2010-present | Director, Graduate Program in Social Psychology |
| 2009 | Chair, Legal Studies Review Committee |
| 2004-2006 | Chair, Committee on Academic Personnel |
| 1998-2002 | Chair, Department of Psychology |
| 1994-1998 | Chair, Department of Sociology |
| 1992-1995 | Chair, Legal Studies Program |
| 1995 (Fall) | Committee on Academic Personnel |
| 1995-1996 | University Committee on Academic Personnel (UCAP) |

4

PRSN-CH 00114

| 1990-1992 | Committee on Academic Personnel |
| 1991-1992 | Chair, Social Science Division Academic Personnel Committee |
| 1984-1986 | Chair, Committee on Privilege and Tenure |

## WRITINGS AND OTHER CREATIVE ACTIVITIES IN PROGRESS

Books:

Context and Criminality: Social History and Circumstance in Crime Causation (working title, in preparation).

Articles:

"The Psychological Foundations of Capital Mitigation: Why Social Historical Factors Are Central to Assessing Culpability," in preparation.

## PUBLISHED WRITINGS AND CREATIVE ACTIVITIES

Books

| 2006 | Reforming Punishment: Psychological Limits to the Pains of Imprisonment, Washington, DC: American Psychological Association Books. |
| 2005 | Death by Design: Capital Punishment as a Social Psychological System. New York: Oxford University Press. |

Monographs and Technical Reports

| 1989 | Employment Testing and Employment Discrimination (with A. Hurtado). Technical Report for the National Commission on Testing and Public Policy. New York: Ford Foundation. |

Articles in Professional Journals and Book Chapters

5

Confidential

PRSN-CH 00115

2013    "Foreword," for H. Toch, Organizational Change Through Individual Empowerment: Applying Social Psychology in Prisons and Policing. Washington, DC: APA Books (in press).

"Prison Overcrowding," in B. Cutler & P. Zapf (Eds.), APA Handbook of Forensic Psychology. Washington, DC: APA Books (in press).

"The Death Penalty" (with Joanna Weill & Mona Lynch), in B. Cutler & P. Zapf (Eds.), APA Handbook of Forensic Psychology. Washington, DC: APA Books (in press).

"Foreword," for J. Ashford & M. Kupferberg, Death Penalty Mitigation: A Handbook for Mitigation Specialists, Investigators, Social Scientists, and Lawyers. New York: Oxford University Press.

"Righting Our Wrongs: How Healthcare Reform Can Transform the Health of Our Criminal Justice-Involved Individuals" (with Josiah Rich, et al.), Health Affairs, in press.

2012    "Politicizing Crime and Punishment: Redefining 'Justice' to Fight the 'War on Prisoners,'" West Virginia Law Review, 114, 373-414.

"Prison Effects in the Age of Mass Imprisonment," Prison Journal, 92, 1-24.

"The Psychological Effects of Imprisonment," in J. Petersilia & K. Reitz (Eds.), Oxford Handbook of Sentencing and Corrections (pp. 584-605). New York: Oxford University Press.

2011    "The Perversions of Prison: On the Origins of Hypermasculinity and Sexual Violence in Confinement," American Criminal Law Review, 48, 121-141. [Reprinted in: S. Ferguson (Ed.), Readings in Race, Gender, Sexuality, and Social Class. Sage Publications (2012).]

"Mapping the Racial Bias of the White Male Capital Juror: Jury Composition and the 'Empathic Divide'" (with Mona Lynch), Law and Society Review, 45, 69-102.

"Getting to the Point: Attempting to Improve Juror Comprehension of Capital Penalty Phase Instructions" (with Amy Smith), Law and Human Behavior, 35, 339-350.

6

PRSN-CH 00116

"Where the Boys Are: Macro and Micro Considerations for the Study of Young Latino Men's Educational Achievement" (with A. Hurtado & J. Hurtado), in P. Noguera & A. Hurtado (Eds.), Understanding the Disenfranchisement of Latino Males: Contemporary Perspectives on Cultural and Structural Factors (pp. 101-121). New York: Routledge Press.

"Looking Across the Empathic Divide: Racialized Decision-Making on the Capital Jury" (with Mona Lynch), Michigan State Law Review, 2011, 573-608.

2010   "Demonizing the 'Enemy': The Role of Science in Declaring the 'War on Prisoners,'" Connecticut Public Interest Law Review, 9, 139-196.

"Hiding From the Death Penalty," Huffington Post, July 26, 2010 [www.huffingtonpost.com/craig-haney/hiding-from-the-death-pen-pen_b_659940.html]; reprinted in Sentencing and Justice Reform Advocate, 2, 3 (February, 2011).

2009   "Capital Jury Deliberation: Effects on Death Sentencing, Comprehension, and Discrimination" (with Mona Lynch), Law and Human Behavior, 33, 481-496.

"The Social Psychology of Isolation: Why Solitary Confinement is Psychologically Harmful," Prison Service Journal UK (Solitary Confinement Special Issue), Issue 181, 12-20. [Reprinted: California Prison Focus, #36, 1, 14-15 (2011).]

"The Stanford Prison Experiment," in John Levine & Michael Hogg (Eds.), Encyclopedia of Group Processes and Intergroup Relations. Thousand Oaks, CA: Sage Publications.

"Media Criminology and the Death Penalty," DePaul Law Review, 58, 689-740. (Reprinted: Capital Litigation Update, 2010.)

"On Mitigation as Counter-Narrative: A Case Study of the Hidden Context of Prison Violence," University of Missouri-Kansas City Law Review, 77, 911-946.

"Persistent Dispositionalism in Interactionist Clothing: Fundamental Attribution Error in Explaining Prison Abuse," (with P. Zimbardo), Personality and Social Psychology Bulletin, 35, 807-814.

7

2008  "Counting Casualties in the War on Prisoners," <u>University of San Francisco Law Review</u>, <u>43</u>, 87-138.

"Evolving Standards of Decency: Advancing the Nature and Logic of Capital Mitigation," <u>Hofstra Law Review</u>, <u>36</u>, 835-882.

"A Culture of Harm: Taming the Dynamics of Cruelty in Supermax Prisons," <u>Criminal Justice and Behavior</u>, <u>35</u>, 956-984.

"The Consequences of Prison Life: Notes on the New Psychology of Prison Effects," in D. Canter & R. Zukauskiene (Eds.), <u>Psychology and Law: Bridging the Gap</u> (pp. 143-165). Burlington, VT: Ashgate Publishing.

"The Stanford Prison Experiment," in J. Bennett & Y. Jewkes (Eds.), <u>Dictionary of Prisons</u> (pp. 278-280). Devon, UK: Willan Publishers.

"Capital Mitigation," in Brian Cutler (Ed.), <u>The Encyclopedia of Psychology and the Law</u> (pp. 60-63). Volume I. Thousand Oaks, CA: Sage Publications.

Death Qualification of Juries," in Brian Cutler (Ed.), <u>The Encyclopedia of Psychology and the Law</u> (pp. 190-192). Volume I. Thousand Oaks, CA: Sage Publications.

"Stanford Prison Experiment," in Brian Cutler (Ed.), <u>The Encyclopedia of Psychology and the Law</u> (pp. 756-757) (with P. Zimbardo). Volume II. Thousand Oaks, CA: Sage Publications.

"Supermax Prisons," in Brian Cutler (Ed.), <u>The Encyclopedia of Psychology and the Law</u> (pp. 787-790). Volume II. Thousand Oaks, CA: Sage Publications.

2006  "The Wages of Prison Overcrowding: Harmful Psychological Consequences and Dysfunctional Correctional Reactions," <u>Washington University Journal of Law & Policy</u>, <u>22</u>, 265-293. [Reprinted in: N. Berlatsky, <u>Opposing Viewpoints: America's Prisons</u>. Florence, KY: Cengage Learning, 2010.]

"Exonerations and Wrongful Condemnations: Expanding the Zone of Perceived Injustice in Capital Cases," <u>Golden Gate Law Review</u>, <u>37</u>, 131-173.

"Preface," D. Jones (Ed.), Humane Prisons. San Francisco, CA: Radcliffe Medical Press.

2005    "The Contextual Revolution in Psychology and the Question of Prison Effects," in Alison Liebling and Shadd Maruna (Eds.), The Effects of Imprisonment (pp. 66-93). Devon, UK: Willan Publishing.

"Achieving Educational Equity: Beyond Individual Measures of Merit," (with A. Hurtado), Harvard Journal of Hispanic Policy, 17, 87-92.

"Conditions of Confinement for Detained Asylum Seekers Subject to Expedited Removal," in M. Hetfield (Ed.), Report on Asylum Seekers in Expedited Removal. Volume II: Expert Reports. Washington, DC: United States Commission on International Religious Freedom.

2004    "Special Issue on the Death Penalty in the United States" (co-edited with R. Weiner), Psychology, Public Policy, and Law, 10, 374-621.

"Death Is Different: An Editorial Introduction" (with R. Wiener), Psychology, Public Policy, and Law, 10, 374-378.

"The Death Penalty in the United States: A Crisis of Conscience" (with R. Wiener), Psychology, Public Policy, and Law, 10, 618-621.

"Condemning the Other in Death Penalty Trials: Biographical Racism, Structural Mitigation, and the Empathic Divide," DePaul Law Review, 53, 1557-1590.

"Capital Constructions: Newspaper Reporting in Death Penalty Cases" (with S. Greene), Analyses of Social Issues and Public Policy (ASAP), 4, 1-22.

"Abu Ghraib and the American Prison System," The Commonwealth, 98 (#16), 40-42.

"Disciplinary Segregation," in Mary Bosworth (Ed.), Encyclopedia of U.S. Prisons and Correctional Facilities (240-244). Volume 1. Thousand Oaks, CA: Sage Publications.

"Super-Maximum Secure Prisons," in Mary Bosworth (Ed.), Encyclopedia of U.S. Prisons and Correctional Facilities (pp. 938-944). Volume 2. Thousand Oaks, CA: Sage Publications.

9

2003    "Mental Health Issues in Long-Term Solitary and 'Supermax'
        Confinement," <u>Crime & Delinquency</u> (special issue on mental health
        and the criminal justice system), <u>49</u>, 124-156. [Reprinted in:
        Roesch, R., & Gagnon, N. (Eds.), <u>Psychology and Law: Criminal and
        Civil Perspectives</u>. Hampshire, UK: Ashgate (2007).]

        "The Psychological Impact of Incarceration: Implications for Post-
        Prison Adjustment," in Travis, J., & Waul, M. (Eds.), <u>Prisoners
        Once Removed: The Impact of Incarceration and Reentry on
        Children, Families, and Communities</u> (pp. 33-66). Washington, DC:
        Urban Institute Press.

        "Comments on "Dying Twice": Death Row Confinement in the Age
        of the Supermax," <u>Capital University Law Review</u>.

2002    "Making Law Modern: Toward a Contextual Model of Justice,
        <u>Psychology, Public Policy, and Law</u>, <u>7</u>, 3-63.

        "Psychological Jurisprudence: Taking Psychology and Law into the
        Twenty-First Century," (with John Darley, Sol Fulero, and Tom
        Tyler), in J. Ogloff (Ed.), <u>Taking Psychology and Law into the
        Twenty-First Century</u> (pp. 35-59). New York: Kluwer Academic/
        Plenum Publishing.

        "Science, Law, and Psychological Injury: The <u>Daubert</u> Standards
        and Beyond," (with Amy Smith), in Schultz, I., Brady, D., and
        Carella, S., <u>The Handbook of Psychological Injury</u> (pp. 184-201).
        Chicago, IL: American Bar Association. [CD-ROM format]

2001    "Vulnerable Offenders and the Law: Treatment Rights in Uncertain
        Legal Times" (with D. Specter). In J. Ashford, B. Sales, & W. Reid
        (Eds.), <u>Treating Adult and Juvenile Offenders with Special Needs</u>
        (pp. 51-79). Washington, D.C.: American Psychological Association.

        "Afterword," in J. Evans (Ed.), <u>Undoing Time</u> (pp. 245-256).
        Boston, MA: Northeastern University Press.

2000    "Discrimination and Instructional Comprehension: Guided
        Discretion, Racial Bias, and the Death Penalty" (with M. Lynch),
        <u>Law and Human Behavior</u>, <u>24</u>, 337-358.

Confidential                                                          PRSN-CH 00120

"Cycles of Pain: Risk Factors in the Lives of Incarcerated Women and Their Children," (with S. Greene and A. Hurtado), <u>Prison Journal</u>, <u>80</u>, 3-23.

1999     "Reflections on the Stanford Prison Experiment: Genesis, Transformations, Consequences ('The SPE and the Analysis of Institutions')," In Thomas Blass (Ed.), <u>Obedience to Authority: Current Perspectives on the Milgram Paradigm</u> (pp. 221-237). Hillsdale, NJ: Erlbaum.

"Ideology and Crime Control," <u>American Psychologist</u>, <u>54</u>, 786-788.

1998     "The Past and Future of U.S. Prison Policy: Twenty-Five Years After the Stanford Prison Experiment," (with P. Zimbardo), <u>American Psychologist</u>, <u>53</u>, 709-727. [Reprinted in special issue of Norweigian journal as: USAs fengselspolitikk i fortid og fremtid, <u>Vardoger</u>, 25, 171-183 (2000); in H. Tischler (Ed.), <u>Debating Points: Crime and Punishment</u>. Englewood Cliffs, NJ: Prentice-Hall (2001); <u>Annual Editions</u>: <u>Criminal Justice</u>. Guilford, CT: Dushkin/McGraw-Hill, in press; Herman, Peter (Ed.), <u>The American Prison System</u> (pp. 17-43) (Reference Shelf Series). New York: H.W. Wilson (2001); and in Edward Latessa & Alexander Holsinger (Eds.), <u>Correctional Contexts: Contemporary and Classical Readings</u>. Fourth Edition. Oxford University Press (2010).]

"Riding the Punishment Wave: On the Origins of Our Devolving Standards of Decency," <u>Hastings Women's Law Journal</u>, <u>9</u>, 27-78.

"Becoming the Mainstream: "Merit," Changing Demographics, and Higher Education in California" (with A. Hurtado and E. Garcia), <u>La Raza Law Journal</u>, <u>10</u>, 645-690.

1997     "Regulating Prisons of the Future: A Psychological Analysis of Supermax and Solitary Confinement," (with M. Lynch), <u>New York University Review of Law and Social Change</u>, <u>23</u>, 477-570.

"Psychology and the Limits to Prison Pain: Confronting the Coming Crisis in Eighth Amendment Law," <u>Psychology, Public Policy, and Law</u>, <u>3</u>, 499-588.

"Commonsense Justice and the Death Penalty: Problematizing the 'Will of the People,'" <u>Psychology, Public Policy, and Law</u>, <u>3</u>, 303-337.

11

"Violence and the Capital Jury: Mechanisms of Moral Disengagement and the Impulse to Condemn to Death," <u>Stanford Law Review</u>, <u>49</u>, 1447-1486.

"Mitigation and the Study of Lives: The Roots of Violent Criminality and the Nature of Capital Justice." In James Acker, Robert Bohm, and Charles Lanier, <u>America's Experiment with Capital Punishment</u>: <u>Reflections on the Past, Present, and Future of the Ultimate Penal Sanction</u>. Durham, NC: Carolina Academic Press, 343-377.

"Clarifying Life and Death Matters: An Analysis of Instructional Comprehension and Penalty Phase Arguments" (with M. Lynch), <u>Law and Human Behavior</u>, <u>21</u>, 575-595.

"Psychological Secrecy and the Death Penalty: Observations on 'the Mere Extinguishment of Life,'" <u>Studies in Law, Politics, and Society</u>, <u>16</u>, 3-69.

1995    "The Social Context of Capital Murder: Social Histories and the Logic of Capital Mitigation," <u>Santa Clara Law Review</u>, <u>35</u>, 547-609. [Reprinted in part in David Papke (Ed.), <u>Law and Popular Culture</u>, Lexis/Nexis Publications, 2011)].

"Taking Capital Jurors Seriously," <u>Indiana Law Journal</u>, <u>70</u>, 1223-1232.

"Death Penalty Opinion: Myth and Misconception," <u>California Criminal Defense Practice Reporter</u>, <u>1995(1)</u>, 1-7.

1994    "The Jurisprudence of Race and Meritocracy: Standardized Testing and 'Race-Neutral' Racism in the Workplace," (with A. Hurtado), <u>Law and Human Behavior</u>, <u>18</u>, 223-248.

"Comprehending Life and Death Matters: A Preliminary Study of California's Capital Penalty Instructions" (with M. Lynch), <u>Law and Human Behavior</u>, <u>18</u>, 411-434.

"Felony Voir Dire: An Exploratory Study of Its Content and Effect," (with C. Johnson), <u>Law and Human Behavior</u>, <u>18</u>, 487-506.

"Broken Promise: The Supreme Court's Response to Social Science Research on Capital Punishment" (with D. Logan), <u>Journal of Social Issues</u> (special issue on the death penalty in the United States), <u>50</u>, 75-101.

12

"Deciding to Take a Life: Capital Juries, Sentencing Instructions, and the Jurisprudence of Death" (with L. Sontag and S. Costanzo), Journal of Social Issues (special issue on the death penalty in the United States), 50, 149-176. [Reprinted in Koosed, M. (Ed.), Capital Punishment. New York: Garland Publishing (1995).]

"Modern' Death Qualification: New Data on Its Biasing Effects," (with A. Hurtado and L. Vega), Law and Human Behavior, 18, 619-633.

"Processing the Mad, Badly," Contemporary Psychology, 39, 898-899.

"Language is Power," Contemporary Psychology, 39, 1039-1040.

1993    "Infamous Punishment: The Psychological Effects of Isolation," National Prison Project Journal, 8, 3-21. [Reprinted in Marquart, James & Sorensen, Jonathan (Eds.), Correctional Contexts: Contemporary and Classical Readings (pp. 428-437). Los Angeles: Roxbury Publishing (1997); Alarid, Leanne & Cromwell, Paul (Eds.), Correctional Perspectives: Views from Academics, Practitioners, and Prisoners (pp. 161-170). Los Angeles: Roxbury Publishing (2001).]

"Psychology and Legal Change: The Impact of a Decade," Law and Human Behavior, 17, 371-398. [Reprinted in: Roesch, R., & Gagnon, N. (Eds.), Psychology and Law: Criminal and Civil Perspectives. Hampshire, UK: Ashgate (2007).]

1992    "Death Penalty Attitudes: The Beliefs of Death-Qualified Californians," (with A. Hurtado and L. Vega). Forum, 19, 43-47.

"The Influence of Race on Sentencing: A Meta-Analytic Review of Experimental Studies." (with L. Sweeney). Special issue on Discrimination and the Law. Behavioral Science and Law, 10, 179-195.

1991    "The Fourteenth Amendment and Symbolic Legality: Let Them Eat Due Process," Law and Human Behavior, 15, 183-204.

1988    "In Defense of the Jury," Contemporary Psychology, 33, 653-655.

13

1986    "Civil Rights and Institutional Law: The Role of Social Psychology in Judicial Implementation," (with T. Pettigrew), <u>Journal of Community Psychology</u>, <u>14</u>, 267-277.

1984    "Editor's Introduction.  Special Issue on Death Qualification," <u>Law and Human Behavior</u>, <u>8</u>, 1-6.

"On the Selection of Capital Juries:  The Biasing Effects of Death Qualification," <u>Law and Human Behavior</u>, <u>8</u>, 121-132.

"Examining Death Qualification:  Further Analysis of the Process Effect," <u>Law and Human Behavior</u>, <u>8</u>, 133-151.

"Evolving Standards and the Capital Jury," <u>Law and Human Behavior</u>, <u>8</u>, 153-158.

"Postscript," <u>Law and Human Behavior</u>, <u>8</u>, 159.

"Social Factfinding and Legal Decisions:  Judicial Reform and the Use of Social Science."  In Muller, D., Blackman, D., and Chapman, A. (Eds.), <u>Perspectives in Psychology and Law</u>.  New York:  John Wiley, pp. 43-54.

1983    "The Future of Crime and Personality Research:  A Social Psychologist's View," in Laufer, W. and Day, J. (Eds.), <u>Personality Theory, Moral Development, and Criminal Behavioral Behavior</u>. Lexington, Mass.:  Lexington Books, pp. 471-473.

"The Good, the Bad, and the Lawful:  An Essay on Psychological Injustice," in Laufer, W. and Day, J. (Eds.), <u>Personality Theory, Moral Development, and Criminal Behavior</u>.  Lexington, Mass.: Lexington Books, pp. 107-117.

"Ordering the Courtroom, Psychologically," <u>Jurimetrics</u>, <u>23</u>, 321-324.

1982    "Psychological Theory and Criminal Justice Policy:  Law and Psychology in the 'Formative Era,'" <u>Law and Human Behavior</u>, <u>6</u>, 191-235. [Reprinted in Presser, S. and Zainaldin, J. (Eds.), <u>Law and American History: Cases and Materials</u>. Minneapolis, MN: West Publishing, 1989; and in C. Kubrin, T. Stucky & A. Tynes (Eds.) <u>Introduction to Criminal Justice: A Sociological Perspective</u>. Palo Alto, CA: Stanford University Press (2012).]

14

"Data and Decisions: Social Science and Judicial Reform," in P. DuBois (Ed.), The Analysis of Judicial Reform. Lexington, Mass.: D.C. Heath, pp. 43-59.

"Employment Tests and Employment Discrimination: A Dissenting Psychological Opinion," Industrial Relations Law Journal, 5, pp. 1-86.

"To Polygraph or Not: The Effects of Preemployment Polygraphing on Work-Related Attitudes," (with L. White and M. Lopez), Polygraph, 11, 185-199.

1981    "Death Qualification as a Biasing Legal Process," The Death Penalty Reporter, 1 (10), pp. 1-5. [Reprinted in Augustus: A Journal of Progressive Human Sciences, 9(3), 9-13 (1986).]

1980    "Juries and the Death Penalty: Readdressing the Witherspoon Question," Crime and Delinquency, October, pp. 512-527.

"Psychology and Legal Change: On the Limits of a Factual Jurisprudence," Law and Human Behavior, 6, 191-235. [Reprinted in Loh, Wallace (Ed.), Social Research and the Judicial Process. New York: Russell Sage, 1983.]

"The Creation of Legal Dependency: Law School in a Nutshell" (with M. Lowy), in R. Warner (Ed.), The People's Law Review. Reading, Mass.: Addison-Wesley, pp. 36-41.

"Television Criminology: Network Illusions of Criminal Justice Realities" (with J. Manzolati), in E. Aronson (Ed.), Readings on the Social Animal. San Francisco, W.H. Freeman, pp. 125-136.

1979    "A Psychologist Looks at the Criminal Justice System," in A. Calvin (Ed.), Challenges and Alternatives to the Criminal Justice System. Ann Arbor: Monograph Press, pp. 77-85.

"Social Psychology and the Criminal Law," in P. Middlebrook (Ed.), Social Psychology and Modern Life. New York: Random House, pp. 671-711.

"Bargain Justice in an Unjust World: Good Deals in the Criminal Courts" (with M. Lowy), Law and Society Review, 13, pp. 633-650.

15

[Reprinted in Kadish, Sanford and Paulsen, Robert (Eds.), <u>Criminal Law and Its Processes</u>. Boston: Little, Brown, 1983.]

1977    "Prison Behavior" (with P. Zimbardo), in B. Wolman (Ed.), <u>The Encyclopedia of Neurology, Psychiatry, Psychoanalysis, and Psychology</u>, Vol. IX, pp. 70-74.

"The Socialization into Criminality: On Becoming a Prisoner and a Guard" (with P. Zimbardo), in J. Tapp and F. Levine (Eds.), <u>Law, Justice, and the Individual in Society: Psychological and Legal Issues</u> (pp. 198-223). New York: Holt, Rinehart, and Winston.

1976    "The Play's the Thing: Methodological Notes on Social Simulations," in P. Golden (Ed.), <u>The Research Experience</u>, pp. 177-190. Itasca, IL: Peacock.

1975    "The Blackboard Penitentiary: It's Tough to Tell a High School from a Prison" (with P. Zimbardo). <u>Psychology</u> <u>Today</u>, 26ff.

"Implementing Research Results in Criminal Justice Settings," <u>Proceedings</u>, Third Annual Conference on Corrections in the U.S. Military, Center for Advanced Study in the Behavioral Sciences, June 6-7.

"The Psychology of Imprisonment: Privation, Power, and Pathology" (with P. Zimbardo, C. Banks, and D. Jaffe), in D. Rosenhan and P. London (Eds.), <u>Theory and Research in Abnormal Psychology</u>. New York: Holt Rinehart, and Winston. [Reprinted in: Rubin, Z. (Ed.), <u>Doing Unto Others: Joining, Molding, Conforming, Helping, Loving</u>. Englewood Cliffs: Prentice-Hall, 1974. Brigham, John, and Wrightsman, Lawrence (Eds.) <u>Contemporary Issues in Social Psychology</u>. Third Edition. Monterey: Brooks/Cole, 1977. Calhoun, James <u>Readings, Cases, and Study Guide for Psychology of Adjustment and Human Relationships</u>. New York: Random House, 1978; translated as: La Psicologia del encarcelamiento: privacion, poder y patologia, <u>Revisita de Psicologia Social</u>, 1, 95-105 (1986).]

1973    "Social Roles, Role-Playing, and Education" (with P. Zimbardo), <u>The Behavioral and Social Science Teacher</u>, Fall, 1(1), pp. 24-45. [Reprinted in: Zimbardo, P., and Maslach, C. (Eds.) <u>Psychology For Our Times</u>. Glenview, Ill.: Scott, Foresman, 1977. Hollander, E.

16

    PRSN-CH 00126

and Hunt, R. (Eds.) <u>Current Perspectives in Social Psychology</u>. Third Edition. New York: Oxford University Press, 1978.]

"The Mind is a Formidable Jailer:  A Pirandellian Prison" (with P. Zimbardo, C. Banks, and D. Jaffe), <u>The New York Times Magazine</u>, April 8, Section 6, 38-60.  [Reprinted in Krupat, E. (Ed.), Psychology Is Social:  Readings and Conversations in Social Psychology. Glenview, Ill.: Scott, Foresman, 1982.]

"Interpersonal Dynamics in a Simulated Prison" (with C. Banks and P. Zimbardo), <u>International Journal of Criminology and Penology</u>, 1, pp. 69-97.  [Reprinted in:  Steffensmeier, Darrell, and Terry, Robert (Eds.) <u>Examining Deviance Experimentally</u>. New York: Alfred Publishing, 1975; Golden, P. (Ed.) <u>The Research Experience</u>. Itasca, Ill.: Peacock, 1976; Leger, Robert (Ed.) <u>The Sociology of Corrections.</u> New York:  John Wiley, 1977; <u>A kiserleti tarsadalom-lelektan foarma</u>. Budapest, Hungary: Gondolat Konyvkiado, 1977; Johnston, Norman, and Savitz, L. <u>Justice and Corrections</u>. New York: John Wiley, 1978; <u>Research Methods in Education and Social Sciences.</u> The Open University, 1979; Goldstein, J. (Ed.), <u>Modern Sociology</u>. British Columbia:  Open Learning Institute, 1980; Ross, Robert R. (Ed.), <u>Prison Guard/ Correctional Officer: The Use and Abuse of Human Resources of Prison.</u> Toronto:  Butterworth's 1981; Monahan, John, and Walker, Laurens (Eds.), <u>Social Science in Law: Cases, Materials, and Problems</u>. Foundation Press, 1985: Siuta, Jerzy (Ed.), <u>The Context of Human Behavior</u>. Jagiellonian University Press, 2001; Ferguson, Susan (Ed.), <u>Mapping the Social Landscape: Readings in Sociology</u>. St. Enumclaw, WA: Mayfield Publishing, 2001 & 2010; Pethes, Nicolas (Ed.), <u>Menschenversuche (Experiments with Humans)</u>. Frankfurt, Germany: Suhrkamp Verlag, 2006.]

"A Study of Prisoners and Guards" (with C. Banks and P. Zimbardo). <u>Naval Research Reviews</u>, 1-17. [Reprinted in Aronson, E. (Ed.) <u>Readings About the Social Animal</u>. San Francisco: W.H. Freeman, 1980; Gross, R. (Ed.) <u>Key Studies in Psychology</u>. Third Edition. London: Hodder & Stoughton, 1999; Collier, C. (Ed.), <u>Basic Themes in Law and Jurisprudence</u>. Anderson Publishing, 2000.]


MEMBERSHIP/ACTIVITIES IN PROFESSIONAL ASSOCIATIONS

American Psychological Association

American Psychology and Law Society

17

Law and Society Association

National Council on Crime and Delinquency

INVITED ADDRESSES AND PAPERS PRESENTED AT PROFESSIONAL ACADEMIC
MEETINGS AND RELATED SETTINGS (SELECTED)

| | |
|---|---|
| 2013 | "Bending Toward Justice: Psychological Science and Criminal Justice Reform," Invited Plenary Address, American Psychological Association Annual Convention, Honolulu, HI, August. |
| 2012 | "The Psychological Consequences of Long-term Solitary Confinement," Joint Yale/Columbia Law School Conference on Incarceration and Isolation, New York, April. |
| 2011 | "Tensions Between Psychology and the Criminal Justice System: On the Persistence of Injustice," opening presentation, "A Critical Eye on Criminal Justice" lecture series, Golden Gate University Law School, San Francisco, CA, January. |
| | "The Decline in Death Penalty Verdicts and Executions: The Death of Capital Punishment?" Presentation at "A Legacy of Justice" week, at the University of California, Davis King Hall Law School, Davis, CA, January. |
| | "Invited Keynote Address: The Nature and Consequences of Prison Overcrowding—Urgency and Implications," West Virginia School of Law, Morgantown, West Virginia, March. |
| | "Symposium: The Stanford Prison Experiment—Enduring Lessons 40 Years Later," American Psychological Association Annual Convention, Washington, DC, August. |
| | "The Dangerous Overuse of Solitary Confinement: Pervasive Human Rights Violations in Prisons, Jails, and Other Places of Detention" Panel, United Nations, New York, New York, October. |
| | "Criminal Justice Reform: Issues and Recommendation," United States Congress, Washington, DC, November. |
| 2010 | "The Hardening of Prison Conditions," Opening Address, "The Imprisoned" Arthur Liman Colloquium Public Interest Series, Yale Law School, New Haven, CN, March. |

18

PRSN-CH 00128

"Desensitization to Inhumane Treatment: The Pitfalls of Prison Work," panel presentation at "The Imprisoned" Arthur Liman Colloquium Public Interest Series, Yale Law School, New Haven, CN, March.

"Mental Ill Health in Immigration Detention," Department of Homeland Security/DOJ Office for Civil Rights and Civil Liberties, Washington, DC, September.

2009    "Counting Casualties in the War on Prisoners," Keynote Address, at "The Road to Prison Reform: Treating the Causes and Conditions of Our Overburdened System," University of Connecticut Law School, Hartford, CN, February.

"Defining the Problem in California's Prison Crisis: Overcrowding and Its Consequences," California Correctional Crisis Conference," Hastings Law School, San Francisco, CA, March.

2008    "Prisonization and Contemporary Conditions of Confinement," Keynote Address, Women Defenders Association, Boalt Law School, University of California, November.

"Media Criminology and the Empathic Divide: The Continuing Significance of Race in Capital Trials," Invited Address, Media, Race, and the Death Penalty Conference, DePaul University School of Law, Chicago, IL, March.

"The State of the Prisons in California," Invited Opening Address, Confronting the Crisis: Current State Initiatives and Lasting Solutions for California's Prison Conditions Conference, University of San Francisco School of Law, San Francisco, CA, March.

"Mass Incarceration and Its Effects on American Society," Invited Opening Address, Behind the Walls Prison Law Symposium, University of California Davis School of Law, Davis, CA, March.

2007    "The Psychology of Imprisonment: How Prison Conditions Affect Prisoners and Correctional Officers," United States Department of Justice, National Institute of Corrections Management Training for "Correctional Excellence" Course, Denver, CO, May.

"Statement on Psychologists, Detention, and Torture," Invited

19

Address, American Psychological Association Annual Convention, San Francisco, CA, August.

"Prisoners of Isolation," Invited Address, University of Indiana Law School, Indianapolis, IN, October.

"Mitigation in Three Strikes Cases," Stanford Law School, Palo Alto, CA, September.

"The Psychology of Imprisonment," Occidental College, Los Angeles, CA, November.

2006    "Mitigation and Social Histories in Death Penalty Cases," Ninth Circuit Federal Capital Case Committee, Seattle, WA, May.

"The Crisis in the Prisons: Using Psychology to Understand and Improve Prison Conditions," Invited Keynote Address, Psi Chi (Undergraduate Psychology Honor Society) Research Conference, San Francisco, CA, May.

"Exoneration and 'Wrongful Condemnation': Why Juries Sentence to Death When Life is the Proper Verdict," Faces of Innocence Conference, UCLA Law School, April.

"The Continuing Effects of Imprisonment: Implications for Families and Communities," Research and Practice Symposium on Incarceration and Marriage, United States Department of Health and Human Services, Washington, DC, April.

"Ordinary People, Extraordinary Acts," National Guantanamo Teach In, Seton Hall School of Law, Newark, NJ, October.

"The Next Generation of Death Penalty Research," Invited Address, State University of New York, School of Criminal Justice, Albany, NY, October.

2005    "The 'Design' of the System of Death Sentencing: Systemic Forms of 'Moral Disengagement in the Administration of Capital Punishment, Scholar-in-Residence, invited address, Center for Social Justice, Boalt Hall School of Law (Berkeley), March.

"Humane Treatment for Asylum Seekers in U.S. Detention Centers, United States House of Representatives, Washington, DC, March.

20

PRSN-CH 00130

"Prisonworld: What Overincarceration Has Done to Prisoners and the Rest of Us," Scholar-in-Residence, invited address, Center for Social Justice, Boalt Hall School of Law (Berkeley), March.

"Prison Conditions and Their Psychological Effects on Prisoners," European Association for Psychology and Law, Vilnius, Lithuania, July.

2004   "Recognizing the Adverse Psychological Effects of Incarceration, With Special Attention to Solitary-Type Confinement and Other Forms of 'Ill-Treatment' in Detention," International Committee of the Red Cross, Training Program for Detention Monitors, Geneva, Switzerland, November.

"Prison Conditions in Post-"War on Crime" Era: Coming to Terms with the Continuing Pains of Imprisonment," Boalt Law School Conference,  After the War on Crime: Race, Democracy, and a New Reconstruction, Berkeley, CA, October.

"Cruel and Unusual? The United States Prison System at the Start of the 21st Century," Invited speaker, Siebel Scholars Convocation, University of Illinois, Urbana, IL, October.

"The Social Historical Roots of Violence: Introducing Life Narratives into Capital Sentencing Procedures," Invited Symposium, XXVIII International Congress of Psychology, Beijing, China, August.

"Death by Design: Capital Punishment as a Social Psychological System," Division 41 (Psychology and Law) Invited Address, American Psychological Association Annual Convention, Honolulu, HI, July.

"The Psychology of Imprisonment and the Lessons of Abu Ghraib," Commonwealth Club Public Interest Lecture Series, San Francisco, May.

"Restructuring Prisons and Restructuring Prison Reform," Yale Law School Conference on the Current Status of Prison Litigation in the United States, New Haven, CN, May.

"The Effects of Prison Conditions on Prisoners and Guards: Using Psychological Theory and Data to Understand Prison Behavior," United States Department of Justice, National Institute of Corrections Management Training Course, Denver, CO, May.

21

"The Contextual Revolution in Psychology and the Question of Prison Effects: What We Know about How Prison Affects Prisoners and Guards," Cambridge University, Cambridge, England, April.

"Death Penalty Attitudes, Death Qualification, and Juror Instructional Comprehension," American Psychology-Law Society, Annual Conference, Scottsdale, AZ, March.

2003    "Crossing the Empathic Divide: Race Factors in Death Penalty Decisionmaking," DePaul Law School Symposium on Race and the Death Penalty in the United States, Chicago, October.

"Supermax Prisons and the Prison Reform Paradigm," PACE Law School Conference on Prison Reform Revisited: The Unfinished Agenda, New York, October.

"Mental Health Issues in Supermax Confinement," European Psychology and Law Conference, University of Edinburgh, Scotland, July.

"Roundtable on Capital Punishment in the United States: The Key Psychological Issues," European Psychology and Law Conference, University of Edinburgh, Scotland, July.

"Psychology and Legal Change: Taking Stock," European Psychology and Law Conference, University of Edinburgh, Scotland, July.

"Economic Justice and Criminal Justice: Social Welfare and Social Control," Society for the Study of Social Issues Conference, January.

"Race, Gender, and Class Issues in the Criminal Justice System," Center for Justice, Tolerance & Community and Barrios Unidos Conference, March.

2002    "The Psychological Effects of Imprisonment: Prisonization and Beyond." Joint Urban Institute and United States Department of Health and Human Services Conference on "From Prison to Home." Washington, DC, January.

"On the Nature of Mitigation: Current Research on Capital Jury Decisionmaking." American Psychology and Law Society, Mid-Winter Meetings, Austin, Texas, March.

22

PRSN-CH 00132

"Prison Conditions and Death Row Confinement." New York Bar Association, New York City, June.

2001     "Supermax and Solitary Confinement: The State of the Research and the State of the Prisons." Best Practices and Human Rights in Supermax Prisons: A Dialogue. Conference sponsored by University of Washington and the Washington Department of Corrections, Seattle, September.

"Mental Health in Supermax: On Psychological Distress and Institutional Care." Best Practices and Human Rights in Supermax Prisons: A Dialogue. Conference sponsored by University of Washington and the Washington Department of Corrections, Seattle, September.

"On the Nature of Mitigation: Research Results and Trial Process and Outcomes." Boalt Hall School of Law, University of California, Berkeley, August.

"Toward an Integrated Theory of Mitigation." American Psychological Association Annual Convention, San Francisco, CA, August.

Discussant: "Constructing Class Identities—The Impact of Educational Experiences." American Psychological Association Annual Convention, San Francisco, CA, August.

"The Rise of Carceral Consciousness." American Psychological Association Annual Convention, San Francisco, CA, August.

2000     "On the Nature of Mitigation: Countering Generic Myths in Death Penalty Decisionmaking," City University of New York Second International Advances in Qualitative Psychology Conference, March.

"Why Has U.S. Prison Policy Gone From Bad to Worse? Insights From the Stanford Prison Study and Beyond," Claremont Conference on Women, Prisons, and Criminal Injustice, March.

"The Use of Social Histories in Capital Litigation," Yale Law School, April.

"Debunking Myths About Capital Violence," Georgetown Law School, April.

23

"Research on Capital Jury Decisionmaking: New Data on Juror Comprehension and the Nature of Mitigation," Society for Study of Social Issues Convention, Minneapolis, June.

"Crime and Punishment: Where Do We Go From Here?" Division 41 Invited Symposium, "Beyond the Boundaries: Where Should Psychology and Law Be Taking Us?" American Psychological Association Annual Convention, Washington, DC, August.

1999      "Psychology and the State of U.S. Prisons at the Millennium," American Psychological Association Annual Convention, Boston, MA, August.

"Spreading Prison Pain: On the Worldwide Movement Towards Incarcerative Social Control," Joint American Psychology-Law Society/European Association of Psychology and Law Conference, Dublin, Ireland, July.

1998      "Prison Conditions and Prisoner Mental Health," Beyond the Prison Industrial Complex Conference, University of California, Berkeley, September.

"The State of US Prisons: A Conversation," International Congress of Applied Psychology, San Francisco, CA, August.

"Deathwork: Capital Punishment as a Social Psychological System," Invited SPPSI Address, American Psychological Association Annual Convention, San Francisco, CA, August.

"The Use and Misuse of Psychology in Justice Studies: Psychology and Legal Change: What Happened to Justice?," (panelist), American Psychological Association Annual Convention, San Francisco, CA, August.

"Twenty Five Years of American Corrections: Past and Future," American Psychology and Law Society, Redondo Beach, CA, March.

1997      "Deconstructing the Death Penalty," School of Justice Studies, Arizona State University, Tempe, AZ, October.

"Mitigation and the Study of Lives," Invited Address to Division 41 (Psychology and Law), American Psychological Association Annual Convention, Chicago, August.

24

| | |
|---|---|
| 1996 | "The Stanford Prison Experiment and 25 Years of American Prison Policy," American Psychological Association Annual Convention, Toronto, August. |
| 1995 | "Looking Closely at the Death Penalty: Public Stereotypes and Capital Punishment," Invited Address, Arizona State University College of Public Programs series on Free Speech, Affirmative Action and Multiculturalism, Tempe, AZ, April. |
| | "Race and the Flaws of the Meritocratic Vision," Invited Address, Arizona State University College of Public Programs series on Free Speech, Affirmative Action and Multiculturalism, Tempe, AZ, April. |
| | "Taking Capital Jurors Seriously," Invited Address, National Conference on Juries and the Death Penalty, Indiana Law School, Bloomington, February. |
| 1994 | "Mitigation and the Social Genetics of Violence: Childhood Treatment and Adult Criminality," Invited Address, Conference on the Capital Punishment, Santa Clara Law School, October, Santa Clara. |
| 1992 | "Social Science and the Death Penalty," Chair and Discussant, American Psychological Association Annual Convention, San Francisco, CA, August. |
| 1991 | "Capital Jury Decisionmaking," Invited panelist, American Psychological Association Annual Convention, Atlanta, GA, August. |
| 1990 | "Racial Discrimination in Death Penalty Cases," Invited presentation, NAACP Legal Defense Fund Conference on Capital Litigation, August, Airlie, VA. |
| 1989 | "Psychology and Legal Change: The Impact of a Decade," Invited Address to Division 41 (Psychology and Law), American Psychological Association Annual Convention, New Orleans, LA., August. |
| | "Judicial Remedies to Pretrial Prejudice," Law & Society Association Annual Meeting, Madison, WI, June. |

25

"The Social Psychology of Police Interrogation Techniques" (with R. Liebowitz), Law & Society Association Annual Meeting, Madison, WI, June.

1987        "The Fourteenth Amendment and Symbolic Legality: Let Them Eat Due Process," APA Annual Convention, New York, N.Y. August.

"The Nature and Function of Prison in the United States and Mexico: A Preliminary Comparison," InterAmerican Congress of Psychology, Havana, Cuba, July.

1986        Chair, Division 41 Invited Address and "Commentary on the Execution Ritual," APA Annual Convention, Washington, D.C., August.

"Capital Punishment," Invited Address, National Association of Criminal Defense Lawyers Annual Convention, Monterey, CA, August.

1985        "The Role of Law in Graduate Social Science Programs" and "Current Directions in Death Qualification Research," American Society of Criminology, San Diego, CA, November.

"The State of the Prisons:  What's Happened to 'Justice' in the '70s and '80s?" Invited Address to Division 41 (Psychology and Law); APA Annual Convention, Los Angeles, CA, August.

1983        "The Role of Social Science in Death Penalty Litigation." Invited Address in National College of Criminal Defense Death Penalty Conference, Indianapolis, IN, September.

1982        "Psychology in the Court:  Social Science Data and Legal Decision-Making." Invited Plenary Address, International Conference on Psychology and Law, University College, Swansea, Wales, July.

1982        "Paradigms in Conflict: Contrasting Methods and Styles of Psychology and Law." Invited Address, Social Science Research Council, Conference on Psychology and Law, Wolfson College, Oxford University, March.

Confidential

PRSN-CH 00136

1982        "Law and Psychology: Conflicts in Professional Roles." Invited
            paper, Western Psychological Association Annual Meeting, April.

1980        "Using Psychology in Test Case Litigation," panelist, American
            Psychological Association Annual Convention, Montreal, Canada,
            September.

            "On the Selection of Capital Juries: The Biasing Effects of Death
            Qualification." Paper presented at the Interdisciplinary Conference
            on Capital Punishment. Georgia State University, Atlanta, GA,
            April.

            "Diminished Capacity and Imprisonment: The Legal and
            Psychological Issues," Proceedings of the American Trial Lawyers
            Association, Mid-Winter Meeting, January.

1975        "Social Change and the Ideology of Individualism in Psychology and
            Law." Paper presented at the Western Psychological Association
            Annual Meeting, April.


## SERVICE TO STAFF OR EDITORIAL BOARDS OF FOUNDATIONS, SCHOLARLY JOURNALS OR PRESSES

2011-present    Editorial Consultant, Social Psychological and Personality
                Science.

2008-present    Editorial Consultant, New England Journal of Medicine.

2007-present     Editorial Board Member, Correctional Mental Health Reporter.

2007-present    Editorial Board Member, Journal of Offender Behavior and
                    Rehabilitation.

2004-present     Editorial Board Member, American Psychology and Law Society
                Book Series, Oxford University Press.

2000-2003       Reviewer, Society for the Study of Social Issues Grants-in-Aid
                Program.

2000-present    Editorial Board Member, ASAP (on-line journal of the Society for
                the Study of Social Issues)

27

| 1997-present | Editorial Board Member, <u>Psychology, Public Policy, and Law</u> |
| 1991 | Editorial Consultant, Brooks/Cole Publishing |
| 1989 | Editorial Consultant, <u>Journal of Personality and Social Psychology</u> |
| 1988- | Editorial Consultant, <u>American Psychologist</u> |
| 1985 | Editorial Consultant, <u>American Bar Foundation Research Journal</u> |
| 1985-2006 | <u>Law and Human Behavior</u>, Editorial Board Member |
| 1985 | Editorial Consultant, Columbia University Press |
| 1985 | Editorial Consultant, <u>Law and Social Inquiry</u> |
| 1980-present | Reviewer, National Science Foundation |
| 1997 | Reviewer, National Institutes of Mental Health |
| 1980-present | Editorial Consultant, <u>Law and Society Review</u> |
| 1979-1985 | Editorial Consultant, <u>Law and Human Behavior</u> |
| 1997-present | Editorial Consultant, <u>Legal and Criminological Psychology</u> |
| 1993-present | <u>Psychology, Public Policy, and Law</u>, Editorial Consultant |

## <u>GOVERNMENTAL, LEGAL AND CRIMINAL JUSTICE CONSULTING</u>

Training Consultant, Palo Alto Police Department, 1973-1974.

Evaluation Consultant, San Mateo County Sheriff's Department, 1974.

Design and Training Consultant to Napa County Board of Supervisors, County Sheriff's Department (county jail), 1974.

Training Consultation, California Department of Corrections, 1974.

28

PRSN-CH 00138

Consultant to California Legislature Select Committee in Criminal Justice, 1974, 1980-1981 (effects of prison conditions, evaluation of proposed prison legislation).

Reviewer, National Science Foundation (Law and Social Science, Research Applied to National Needs Programs), 1978-present.

Consultant, Santa Clara County Board of Supervisors, 1980 (effects of jail overcrowding, evaluation of county criminal justice policy).

Consultant to Packard Foundation, 1981 (evaluation of inmate counseling and guard training programs at San Quentin and Soledad prisons).

Member, San Francisco Foundation Criminal Justice Task Force, 1980-1982 (corrections expert).

Consultant to NAACP Legal Defense Fund, 1982- present (expert witness, case evaluation, attorney training).

Faculty, National Judicial College, 1980-1983.

Consultant to Public Advocates, Inc., 1983-1986 (public interest litigation).

Consultant to California Child, Youth, Family Coalition, 1981-82 (evaluation of proposed juvenile justice legislation).

Consultant to California Senate Office of Research, 1982 (evaluation of causes and consequences of overcrowding in California Youth Authority facilities).

Consultant, New Mexico State Public Defender, 1980-1983 (investigation of causes of February, 1980 prison riot).

Consultant, California State Supreme Court, 1983 (evaluation of county jail conditions).

Member, California State Bar Committee on Standards in Prisons and Jails, 1983.

Consultant, California Legislature Joint Committee on Prison Construction and Operations, 1985.

Consultant, United States Bureau of Prisons and United States Department of the Interior (Prison History, Conditions of Confinement Exhibition, Alcatraz Island), 1989-1991.

Consultant to United States Department of Justice, 1980-1990 (evaluation of institutional conditions).

29

PRSN-CH 00139

Consultant to California Judicial Council (judicial training programs), 2000.

Consultant to American Bar Association/American Association for Advancement of Science Task Force on Forensic Standards for Scientific Evidence, 2000.

Invited Participant, White House Forum on the Uses of Science and Technology to Improve Crime and Prison Policy, 2000.

Member, Joint Legislative/California Department of Corrections Task Force on Violence, 2001.

Consultant, United States Department of Health & Human Services/Urban Institute, "Effects of Incarceration on Children, Families, and Low-Income Communities" Project, 2002.

Detention Consultant, United States Commission on International Religious Freedom (USCRIF). Evaluation of Immigration and Naturalization Service Detention Facilities, July, 2004-present.

Consultant, International Committee of the Red Cross, Geneva, Switzerland, Consultant on international conditions of confinement.

Member, Institutional Research External Review Panel, California Department of Corrections, November, 2004-2008.

Consultant, United States Department of Health & Human Services on programs designed to enhance post-prison success and community reintegration, 2006.

Consultant/Witness, U.S. House of Representatives, Judiciary Committee, Evaluation of legislative and budgetary proposals concerning the detention of aliens, February-March, 2005.

Invited Expert Witness to National Commission on Safety and Abuse in America's Prisons (Nicholas Katzenbach, Chair); Newark, New Jersey, July 19-20, 2005.

Testimony to the United States Senate, Judiciary Subcommittee on the Constitution, Civil Rights, and Property Rights (Senators Brownback and Feingold, co-chairs), Hearing on "An Examination of the Death Penalty in the United States," February 7, 2006.

National Council of Crime and Delinquency "Sentencing and Correctional Policy Task Force," member providing written policy recommendations to the California legislature concerning overcrowding crisis in the California Department of Corrections and Rehabilitation.

Trainer/Instructor, Federal Bureau of Prisons and United States Department of Justice,

30

PRSN-CH 00140

"Correctional Excellence" Program, providing instruction concerning conditions of confinement and psychological stresses of living and working in correctional environments to mid-level management corrections professionals, May, 2004-2008.

Invited Expert Witness, California Commission on the Fair Administration of Justice, Public Hearing, Santa Clara University, March 28, 2008.

Invited Participant, Department of Homeland Security, Mental Health Effects of Detention and Isolation, 2010.

Consultant, "Reforming the Criminal Justice System in the United States" Joint Working Group with Senator James Webb and Congressional Staffs, 2011 Developing National Criminal Justice Commission Legislation.

Invited Participant, United Nations, Forum with United Nations Special Rapporteur on Torture Concerning the Overuse of Solitary Confinement, New York, October, 2011.

## PRISON AND JAIL CONDITIONS EVALUATIONS AND LITIGATION

Hoptowit v. Ray  [United States District Court, Eastern District of Washington, 1980; 682 F.2d 1237 (9th Cir. 1982)].  Evaluation of psychological effects of conditions of confinement at Washington State Penitentiary at Walla Walla for United States Department of Justice.

Wilson v. Brown  (Marin Country Superior Court; September, 1982, Justice Burke).  Evaluation of effects of overcrowding on San Quentin mainline inmates.

Thompson v. Enomoto (United States District Court, Northern District of California, Judge Stanley Weigel, 1982 and continuing).  Evaluation of conditions of confinement on Condemned Row, San Quentin Prison.

Toussaint v. McCarthy  [United States District Court, Northern District of California, Judge Stanley Weigel, 553 F. Supp. 1365 (1983); 722 F. 2d 1490 (9th Cir. 1984) 711 F. Supp. 536 (1989)].  Evaluation of psychological effects of

31

PRSN-CH 00141

conditions of confinement in lockup units at DVI, Folsom, San Quentin, and Soledad.

In re Priest  (Proceeding by special appointment of the California Supreme Court, Judge Spurgeon Avakian, 1983).  Evaluation of conditions of confinement in Lake County Jail.

Ruiz v. Estelle  [United States District Court, Southern District of Texas, Judge William Justice, 503 F. Supp. 1265 (1980)].  Evaluation of effects of overcrowding in the Texas prison system, 1983-1985.

In re Atascadero State Hospital  (Civil Rights of Institutionalized Persons Act of 1980 action). Evaluation of conditions of confinement and nature of patient care at ASH for United States Department of Justice, 1983-1984.

In re Rock  (Monterey County Superior Court 1984).  Appointed to evaluate conditions of confinement in Soledad State Prison in Soledad, California.

In re Mackey  (Sacramento County Superior Court, 1985).  Appointed to evaluate conditions of confinement at Folsom State Prison mainline housing units.

Bruscino v. Carlson  (United States District Court, Southern District of Illinois 1984 1985).  Evaluation of conditions of confinement at the United States Penitentiary at Marion, Illinois [654 F. Supp. 609 (1987); 854 F.2d 162 (7th Cir. 1988)].

Dohner v. McCarthy  [United States District Court, Central District of California, 1984-1985; 636 F. Supp. 408 (1985)].  Evaluation of conditions of confinement at California Men's Colony, San Luis Obispo.

Invited Testimony before Joint Legislative Committee on Prison Construction and Operations hearings on the causes and consequences of violence at Folsom Prison, June, 1985.

Stewart v. Gates [United States District Court, 1987]. Evaluation of conditions of confinement in psychiatric and medical units in Orange County Main Jail, Santa Ana, California.

Duran v. Anaya  (United States District Court, 1987-1988).  Evaluation of conditions of confinement in the Penitentiary of New Mexico, Santa Fe, New Mexico [Duran v. Anaya, No. 77-721 (D. N.M. July 17, 1980); Duran v. King, No. 77-721 (D. N.M. March 15, 1984)].

Gates v. Deukmejian (United States District Court, Eastern District of California, 1989).  Evaluation of conditions of confinement at California Medical Facility, Vacaville, California.

32

Kozeak v. McCarthy (San Bernardino Superior Court, 1990).  Evaluation of conditions of confinement at California Institution for Women, Frontera, California.

Coleman v. Gomez (United States District Court, Eastern District of California, 1992-3; Magistrate Moulds, Chief Judge Lawrence Karlton, 912 F. Supp. 1282 (1995). Evaluation of study of quality of mental health care in California prison system, special mental health needs at Pelican Bay State Prison.

Madrid v. Gomez (United States District Court, Northern District of California, 1993, District Judge Thelton Henderson, 889 F. Supp. 1146 (N.D. Cal. 1995). Evaluation of conditions of confinement and psychological consequences of isolation in Security Housing Unit at Pelican Bay State Prison, Crescent City, California.

Clark v. Wilson, (United States District Court, Northern District of California, 1998, District Judge Fern Smith, No. C-96-1486 FMS), evaluation of screening procedures to identify and treatment of developmentally disabled prisoners in California Department of Corrections.

Turay v. Seling [United States District Court, Western District of Washington (1998)]. Evaluation of Conditions of Confinement-Related Issues in Special Commitment Center at McNeil Island Correctional Center.

In re: The Commitment of Durden, Jackson, Leach, & Wilson. [Circuit Court, Palm Beach County, Florida (1999).] Evaluation of Conditions of Confinement in Martin Treatment Facility.

Ruiz v. Johnson [United States District Court, Southern District of Texas, District Judge William Wayne Justice, 37 F. Supp. 2d 855 (SD Texas 1999)]. Evaluation of current conditions of confinement, especially in security housing or "high security" units.

Osterback v. Moore (United States District Court, Southern District of Florida (97-2806-CIV-MORENO) (2001) [see, Osterback v. Moore, 531 U.S. 1172 (2001)]. Evaluation of Close Management Units and Conditions in the Florida Department of Corrections.

Valdivia v. Davis (United States District Court, Eastern District of California, 2002). Evaluation of due process protections afforded mentally ill and developmentally disabled parolees in parole revocation process.

Ayers v. Perry (United States District Court, New Mexico, 2003). Evaluation of conditions of confinement and mental health services in New Mexico Department of Corrections "special controls facilities."

33

                                                              PRSN-CH 00143

Disability Law Center v. Massachusetts Department of Corrections (Federal District Court, Massachusetts, 2007). Evaluation of conditions of confinement and treatment of mentally ill prisoners in disciplinary lockup and segregation units.

Plata/Coleman v. Schwarzenegger (Ninth Circuit Court of Appeals, Three-Judge Panel, 2008). Evaluation of conditions of confinement, effects of overcrowding on provision of medical and mental health care in California Department of Corrections and Rehabilitation. [See Brown v. Plata, 131 S.Ct. 1910 (2011).]

34

PRSN-CH 00144

# Appendix B

PRSN-CH 00145

CURRICULUM VITAE

Craig William Haney
Professor of Psychology
Director, Program in Legal Studies
University of California, Santa Cruz 95064

| | |
|---|---|
| home address: | 317 Ocean View Ave. |
| | Santa Cruz, California 95062 |
| phone: | (831) 459-2153 |
| fax: | (831) 425-3664 |
| email: | psylaw@ucsc.edu |

## PREVIOUS EMPLOYMENT

| | |
|---|---|
| 1985-present | University of California, Santa Cruz, Professor of Psychology |
| 1981-85 | University of California, Santa Cruz, Associate Professor of Psychology |
| 1978-81 | University of California, Santa Cruz, Assistant Professor of Psychology |
| 1977-78 | University of California, Santa Cruz, Lecturer in Psychology |
| 1976-77 | Stanford University, Acting Assistant Professor of Psychology |

## EDUCATION

| | |
|---|---|
| 1978 | Stanford Law School, J.D. |
| 1978 | Stanford University, Ph.D. (Psychology) |
| 1972 | Stanford University, M.A. (Psychology) |
| 1970 | University of Pennsylvania, B.A. |

1

Confidential

PRSN-CH 00146

Craig Haney Trial, Hearing, Deposition Testimony over Last 4 Years

Trial/Hearing Testimony:

Ashmus v. Calderon (2010)
Tiner v. Belleque (2010)
Nevada v. Conner (2010)
People v. Topete (2011)
U.S. v. Lujan (2011)
Delaware v. Sykes (2012)
People v. Gatica (2012)
U.S. v. Richardson (2012)
Arizona v. Carlson (2012)

Deposition:

Gavin v. Alabama (2010)
Coleman v. Brown (2013)
Conley v. City and County of San Francisco (2013)
Mitchell v. Cate (2013)

Haney Statement of Fees/Compensation:

My billing rate for out-of-court time is $250/hr. (with a daily cap of 8 hours per day) plus reasonable travel expenses.  My billing rate for providing testimony, both in-court and out-of-court, is $1,500 for half a day and $3,000 for a full day.

PRSN-CH 00147

# Appendix C

# CONFIDENTIAL
# Subject to Protective Order

PRSN-CH 00148

**Documents sent from plaintiffs' counsel to plaintiffs' witness Dr. Craig Haney**

**Death Records**

- ███████████: ADC032045-185
- ███████████: ADC061490-648, PLTF-PARSONS-002206-10
- ███████████: ADC040693-1302
- ███████████: ADC041302-459
- ███████████: ADC061649-723, ADC067194-220
- ███████ ADC038909-9086
- ███████████: ADC024880-929, ADC037377-514
- ███████████: ADC039086-168
- ███████████ ADC042032-349
- ███████: ADC042350-55
- ███████████: ADC026255-415
- ███████████: ADC025271-370, ADC039273-321, ADC042356-461
- ███████████ ADC024516-61, ADC032292-405, ADC042462-606
- ███████████: ADC061998-2260, PLTF-PARSONS-001958-63
- ███████████ ADC026743-811, PLTF-PARSONS-001964-70
- ███████████: ADC062287-357
- ███████████: ADC039343-426, PLTF-PARSONS-001971-79
- ███████████ ADC024930-48, ADC037515-685, ADC039445-644
- ███████████: ADC062358-405, PLTF-PARSONS-001901-04
- ███████████: ADC026672-742, ADC033654-58, ADC037686-994, ADC062406-526, PLTF-
  PARSONS-002281-92
- ███████████: ADC042823-3199, ADC062527-602
- ███████████ ADC025175-270, ADC037995-8217, ADC062603-77
- ███████████ ADC062678-734
- ███████████: ADC043269-95
- ███████ ADC062735-828
- ███████████: ADC024775-879
- ███████████: ADC062914-83
- ███████████ ADC062984-3138
- ███████████: ADC032686-776
- ███████████: ADC043882-971
- ███████████: ADC047720-958, PLTF-PARSONS-000386-428, PLTF-PARSONS-000746-1341,
  PLTF-PARSONS-001421-581, PLTF-PARSONS-002116-24
- ███████ ADC063515-711
- ███████████ ADC025844-6071, ADC033674-78, ADC043296-308, ADC063712-836
- ███████████ ADC024562-95, ADC034363-429, ADC063837-967
- ███████████: ADC032879-937



- ADC044182-455
- : ADC032938-3025, PLTF-PARSONS-001914-17
- ADC024598-716, ADC033684-88, ADC038394-434, ADC064610-839
- : ADC026154-95, ADC034430-38, ADC064840-5029
- ADC025372-843
- : ADC044456-840
- ADC033048-168
- ADC026957-7099, ADC033689-94, ADC044841-994
- : ADC026416-671, ADC044995-5043, ADC065030-272
- ADC045044-537
- : ADC026196-254
- : ADC026930-55, PLTF-PARSONS-002293-303
- ADC047244-719, PLTF-PARSONS-002304-312
- : ADC024949-88, ADC034462-615, PLTF-PARSONS-002313-18
- ADC024362-480, ADC033191-335, ADC038437-703
- ADC045579-6408
- : ADC025110-39, ADC046409-42, PLTF-PARSONS-002319-25
- ADC046443-777
- ADC046918-46, ADC065370-599
- ADC024171-221, ADC034616-19, ADC065600-767
- ADC026072-153, ADC033699-709, ADC038704-06, ADC065768-896
- ADC065906-6204
- : ADC066299-413
- ADC066492-743
- : ADC066744-87, PLTF-PARSONS-001987-89
- : ADC024481-515, ADC034620-79, ADC066788-7045
- ADC033537-638, PLTF-PARSONS-001941-42

## Declarations

- Declaration of D. Brislan, 10/30/12 (Exhibit F, Declaration of David Fathi in Support of Prisoner Plaintiffs' Motion for Class Certification)
- Declaration of G. Fizer, 12/24/12 (Exhibit 4, Defendants' Response to Plaintiffs' Motion for Class Certification)
- Declaration of J. Polson, 11/1/12 (Exhibit R, Declaration of David Fathi in Support of Prisoner Plaintiffs' Motion for Class Certification)
- Declaration of B. Shaw, 12/21/12 (Exhibit 1, Defendants' Response to Plaintiffs' Motion for Class Certification)
- Declaration of J. Thomas, 10/16/12 (Exhibit M, Declaration of David Fathi in Support of Prisoner Plaintiffs' Motion for Class Certification)

- Declaration of C. Verduzco, 10/18/12 (Exhibit S, Declaration of David Fathi in Support of Prisoner Plaintiffs' Motion for Class Certification)

**Department Orders and Director's Instructions**

- ADC011582-92: DO 105 – Information Reporting
- ADC092398: DO105 Attachment – Incidents Requiring a Significant Incident Report
- ADC012680-96: DO 704 – Inmate Regulations
- ADC013837-59: DO 801 – Inmate Classification
- ADC048527-37: DO 802 – Inmate Grievance Procedure
- ADC013875-910: DO 803 – Inmate Disciplinary Procedure
- ADC013911-22: DO 804 – Inmate Behavior Control
- ADC107478-505: DO 804 – Inmate Behavior Control, updated 6/7/12 (restricted)
- ADC082205-26: DO 805 – Protective Custody
- ADC013941-66: DO 806 – Security Threat Groups (STGs)
- ADC013967-93: DO 807 – Inmate Suicide Prevention, Precautionary Watches, and Maximum Behavior Control Restraints
- ADC013994-014004: DO 809 - Earned Incentive Program
- ADC082227-35: DO 811 - Individual Inmate Assessments and Reviews
- ADC012938-62: DO 903 - Inmate Work Activities
- ADC082236-52: DO 904 - Inmate Religious Activities/Marriage Requests
- ADC013018-28: DO 906 - Inmate Recreation/Arts & Crafts
- ADC013029-74: DO 909 - Inmate Property
- ADC013075-98: DO 910 - Inmate Education and Resource Center Services
- ADC013099-136: DO 911 - Inmate Visitation
- ADC013137-41: DO 912 - Food Service
- ADC013142-65: DO 914 - Inmate Mail
- ADC013166-79: DO 915 - Inmate Phone Calls
- ADC013180-82: DO 916 – Staff-Inmate Communications
- ADC013210-17: DO 920 – Inmate Special Education Services
- ADC048543-73: DO 1101 - Inmate Access to Health Care
- ADC048574-97: DO 1103 – Inmate Mental Health Care, Treatment, and Programs
- ADC048598-607: DO 1104 - Inmate Medical Records
- ADC048608-12: DO 1105 – Inmate Mortality Review
- ADC082042-5: DI 145 -  Strip Searches
- ADC082053: DI 298 - Modification of DO 1103, Inmate Mental Health Care, Treatment and Programs
- ADC082054-55: DI 300: 703 Monthly "GAR" Inspections
- ADC084421: DI 301: Modification of DO 912, Food Service

**Depositions**

- *ADC, Wexford, and Corizon Staff*
  - Deposition Transcript: Kathleen Campbell, RN, 9/11/13
  - Deposition Transcript: Kathleen Campbell, RN, 9/23/13
  - Deposition Transcript: Tracy Crews, M.D., 10/3/12
  - Deposition Transcript: Greg Fizer, 10/29/12
  - Deposition Transcript and Exhibits: Arthur Gross, 9/9/13
  - Deposition Transcript: Carson McWilliams, 9/27/13
  - Deposition Transcript and Exhibits: Joseph Pastor, 10/4/13
  - Deposition Transcript: Ben Shaw, Ph.D., 10/3/12
  - Deposition Transcript: Nicole Taylor, J.D., Ph. D., 9/5/13
  - Deposition Transcript and Exhibits: Martin Winland, 9/18/13
- *Plaintiffs*
  - Deposition Transcript: Dustin Brislan, 8/8/13
  - Deposition Transcript: Robert Gamez, 8/6/13
  - Deposition Transcript: Joshua Polson, 8/23/13
  - Deposition Transcript: Sonia Rodriguez, 8/13/13
  - Deposition Transcript: Jeremy Smith, 8/20/13
  - Deposition Transcript: Jackie Thomas, 8/8/13
  - Deposition Transcript: Christina Verduzco, 8/15/13

## Discovery Responses

- Dkt. 191: Defendant Ryan's First Supplemental Answers to Plaintiff Brislan's First Set of Requests for Admissions (Nos. 1-78) and First Set of Interrogatories (Nos. 1-2)
- Dkt. 491: Defendants Charles Ryan's Response to Plaintiff Christina Verduzco's First Set of Requests for Admission (Nos. 1-285) and First Set of Interrogatories (Nos. 1-2)
- Dkt. 527: Defendants' Response to Plaintiff Wells' First Set of Interrogatories, with Exhibits A-G
- Dkt. 538: Defendants' First Supplemental Response to Plaintiff Wells' First Set of Interrogatories
- Dkt. 570: Defendants' Response to Plaintiff Rodriguez's First Set of Interrogatories
- Dkt. 642: Defendant Ryan's Response to Plaintiff Gamez's First Set of Interrogatories and Requests for Admission
- Dkt. 686: Defendants' First Supplemental Response to Plaintiff Sonia Rodriguez's First Set of Interrogatories

## Executive Reports

- *Dry Cell Watches*
  - ADC108139-207: All Units – 1/1/12 to 6/10/13
- *Executive Reports*
  - ADC110442-14357: Executive Reports – 2011 to 2013-06-13
- *Medical*
  - ADC108208-9790: All Units – 1/1/12 to 6/10/13
- *Psychotropic Drug Utilization Reports*

PRSN-CH 00152

- o   ADC118413-907: Eyman – 3/4/13 to 7/10/13
- o   ADC118908-9316: Florence – 3/4/13 to 7/10/13
- o   ADC119813-921: Perryville Lumley – 3/4/13 to 7/10/13
- o   ADC122704-836: Eyman Browning – July 2012 to March 2013
- o   ADC122837-996: Florence Central – July 2012 to March 2013
- o   ADC123164-272: Florence Kasson – July 2012 to March 2013
- o   ADC124443-637: Perryville Lumley – July 2012 to March 2013
- *Suicides Attempted*
  - o   ADC094578: All units – printed 6/13/13
- *Suicide Watches*
  - o   ADC110442-4376: All units – 1/1/12 to 6/13/13
- *Use of Force Reports*
  - o   ADC089116-260: Eyman: SMU I and Browning – 2011-1-1 to 2013-2-6
  - o   ADC089261-352: Florence: Central and CB1-CB5, CB7, CBK – 2011-1-1 to 2013-2-6
  - o   ADC089353-379: Perryville: SMU I and Browning – 2011-1-1 to 2013-2-6

## Forms

- ADC055579: Form 509-15 - Mental Health Employee Orientation
- ADC055610: Form 1101-08 - Continuity of Care / Transfer Summary
- ADC048648: Form 1101-10es - Health Needs Request [English and Spanish]
- ADC055611: Form 1101-11 - Health Needs Request (HNR) (Emergency)
- ADC082276: Form 1101-16 – Observation Record
- ADC055624: Form 1101-25 - Detention Rounds Documentation Log
- ADC055667: Form 1101-72 - Isolation / Medical Watch Disposition
- ADC055703: Form 1102-09 - Daily Isolation Health Check
- ADC048734-35: Form 1103-04 - Mental Health Treatment Plan; ABHTF/MTU/WTU/SMTU/STEPDOWN; Individual Problem Plan (2002)
- ADC055705: Form 1103-04 - Mental Health Treatment Plan; ABHTF / MTU / WTU / SMTU / STEPDOWN
- ADC048738: Form 1103-08 - Suicide Prevention Referral Form
- ADC055707-10: Form 1103-09 - Men's Treatment Unit / Women's Treatment Unit – General Referral Data; MTU / WTU: Pre-Screening Mental Status Exam
- ADC082301: Form 1103-10 - Men's Treatment Unit / Women's Treatment Unit - Evaluation and Admission Determination
- ADC048745: Form 1103-13 - Mental Health Serious Mental Illness (SMI) Determination (2008)
- ADC055712: Form 1103-13 - Mental Health Seriously Mentally Illness (SMI) Determination
- ADC082302: Form 1103-14 – MTU / WTU – Referral for Evaluation
- ADC055713-14: Form 1103-16 – Mental Health Treatment Plan – Outpatient
- ADC055715: Form 1103-18 - Mental Health Consent
- ADC055716: Form 1103-19 - Mental Health Group Progress Notes

PRSN-CH 00153

- ADC048754: Form 1103-23 – Pre-Admission Data – Inpatient Referral (2002)
- ADC055720: Form 1103-23 – Pre-Admission Data – Inpatient Referral (2012)
- ADC055721: Form 1103-24 - Cellfront Visit Checklist
- ADC055722: Form 1103-26 - Suicide and Mental Health Watch Monthly Report
- ADC055723-24: Form 1103-27 – Inmate Mental Health Assessment
- ADC055725: Form 1103-28 – Cellfront Visit Log
- ADC055726: Form 1103-30 - Patient Disposition
- ADC055728-30: Form 1103-32 - Psychiatric Evaluation – Mental Health
- ADC082304: Form 1103-33 – Social Services – Closing Summary
- ADC048765: Form 1103-34 - Disposition Instructions
- ADC082305: Form 1103-37 - Psychiatric Follow-Up Note – Mental Health
- ADC055733: Form 1103-40 – Continuous Progress Record – Mental Health
- ADC055735: Form 1103-42 - Mental Health Transfer Summary – Mental Health Programs
- ADC082306: Form 1103-44 - Mental Health Disposition – Correctional Officer Watch Orders
- ADC055740: Form 1103-47 - Global Assessment of Functioning (GAF) – (ABHTF)
- ADC055741: Form 1103-48 - Initial Psychology Assessment
- ADC055744: Form 1103-51 - Psychiatric Transfer / Discharge Summary – Mental Health Program
- ADC055747: Form 1103-53 - Conditions to Admission – Mental Health
- ADC055749: Form 1103-56 - Signature Log – Mental Health
- ADC082310-11: Form 1103-61 - Abnormal Involuntary Movement Scale (AIMS); AIMS Examination Procedure
- ADC082312: Form 1103-63 - Score Sheet / 4-Item BPRS and Brief Negative Symptoms
- ADC055752-59: Form 1103-65 - Psychosocial History
- ADC055760: Form 1103-66 - Review of Psychosocial History & Presenting Problem / Mental Health History
- ADC055762-65: Form 1103-67 - Presenting Problem / Mental Health History
- ADC055766: Form 1103-68 - Major Assessment Findings
- ADC055767: Form 1103-69 - Clinical Summary and Recommendations
- ADC048791: Form 1103-70 - ADC Health Services Significant Self Harm (SSH) Report (2009)
- ADC055768: Form 1103-70 - ADC Health Services Significant Mental Health Event (SMHE) Report
- ADC055769: Form 1103-71 - Clinical Supervision Form
- ADC055774: Form 1103-76(e) - Mental Health Monthly Reporting

**Grievances**

- ADC016217-8164: Plaintiffs' medical grievance files
- ADC023557-4169: Plaintiffs' Non-medical grievance files
- ADC074296-366: Grievance appeal logs, January 2011 to January 2013
- ADC089380-91: Grievance appeals, non-medical, conditions – 2011-1-1 to 2013-4-24
- ADC089392-442: Grievance appeals, non-medical – 2011-1-1 to 2012-12-21

**Master Files (non-named plaintiffs)**



- █████████ – Master File: ADC138007-27
- ████████████ – Master File: ADC138778-86
- ████████████████ – Master File: ADC138787-866
- ████████ – Master File: ADC138867-963
- ████████ – Master File: ADC138964-9078
- ██████ – Master File: ADC139079-135
- ████████ – Master File: ADC139635-682
- █████████ – Master File: ADC139136-64
- ████████ - Master File: ADC139165-304
- ███████ – Master File: ADC139305-449
- ██████ – Master File: ADC138028-176
- ██████ – Master File: ADC139683-94
- ██████████ – Master File: ADC139450-79

**Medical Files (non-named plaintiffs)**



- ███████████ WEX000001-131
- ██ ADC155418-6082
- ███ ADC145972-6069
- ████ ADC156325-489
- ████ ADC146070-393
- ████ ADC146394-918
- █████ ADC146919-7126
- ████ ADC147127-513
- █████ ADC147514-8098
- ███ ADC148099-459
- █████ ADC148460-628
- ████ ADC148629-9079
- ██████ ADC149080-766
- ████ ADC149767-815
- ███ ADC149816-887
- █████ ADC149888-50069
- ████ ADC150070-1259
- ████ ADC151260-02
- ████ ADC151603-992
- ███████ ADC151993-2080
- █████ ADC152081-370
- ███ ADC161467-902
- ████ ADC152371-3326

<u>Miscellaneous</u>

- ADC027717-23: Letter from Ben Shaw and Charles Flanagan to SMI Commission, dated March 18, 2011
- ADC027724-58: Powerpoint presentation, ADC mental health programs in isolation units
- ADC027733: Photographs of recreation enclosures for mental health units
- ADC027759-68: Mental health levels statistical summary, dated July 23, 2012
- ADC027770-809: Shaw memo to Profiri regarding Wexford Psychiatric Provider Coverage, dated 8/13/12
- ADC031959-2044: Mental Health Technical Manual
- ADC040610-91: Classification Technical Manual (revised October 28, 2010)
- ADC040692: Replacement Page for ADC's Classification Technical Manual, dated April 13, 2012
- ADC048345: Fancy Significant Incident Report
- ADC048379-410: Fancy Use of Force Checklist and Witness Sheets
- ADC048411-32: Holbrook Significant Incident Report
- ADC049067-77: Wexford Vacancy Report, dated 11/3/12
- ADC049068: November 2012 Staffing Report
- ADC049646-81: Inmate Suicide Prevention Training
- ADC049803-65: Training, Understanding Mentally Ill Inmates
- ADC050861-67: Memorandum to Charles Ryan from Robert Patton and Richard Pratt dated April 30, 2012, entitled "Increase of Mental Health for Max Custody"
- ADC050868-80: ADC Medical and Mental Health Score Inmate Distribution
  - ADC050868: Mental health levels statistical summary, dated 6/30/10
  - ADC050869-72: Mental health levels statistical summary, dated 8/9/11
- ADC055572-73: SMI Segregated Population, dated December 7, 2012
  - No Bates: Mental health SMI spreadsheet legend
- ADC083096-105: Mental health levels statistical summary, dated April 15, 2013
- ADC084366-72: ASPC-Florence-Central Unit Information Reports re Cancelled Recreation
- ADC093734-958: Mental health details reports, dated 4/26/13
- ADC094392-499: Mental health statistical summaries for 2011, 2012, and 2013
- ADC094500-72: ADC reports regarding missed meals
- ADC094573: Diagram of ASPC-Eyman-Browning Unit Typical Wing Layout
- ADC094576-77: Recreation Enclosures Dimensions Memo, dated 4/29/13
- ADC117064-74: May 2013 Monthly Staffing Reports
- ADC117081-87: ADC New Hire Reports, 7/2/12 to 1/25/13
- ADC121167-77: June 2013 Monthly Staffing Reports
- ADC139481: Inmate Outcount, Perryville SMA, dated 7/18/13
- ADC139482-83: Weekly Programming for WTU, dated 7/1/13
- ADC139516-18: ASPC-Eyman-Browning Unit Activity Schedule, dated 8/1/13
- ADC139519-20: Kasson Mental Health Program
- ADC139521-23: Maximum Custody Step Matrix

- ADC139524: Perryville SMA mental health group schedules
- ADC139525-28: Mental health programming schedule, July and August 2013
- ADC140132-48: Governor's Briefing on ADC Mental Health Initiatives and Suicide Prevention Strategies, dated 5/22/13
- ADC140185-512: ASPC-Eyman Temperature Logs
- ADC140513-2832: ASPC-Perryville Temperature Logs
- ADC153777-93: Corizon Contract Staffing Percentage Report, dated 7/29/13
- ADC153834-35: Corizon Health Needs Requests (HNR) Appointment Report, July 2013
- PLTF-PARSONS-013203-04: Medical and Mental Health Score Inmate Distribution by Complex for FY2011
- PLTF-PARSONS-030686-96: Inmate Death Notifications and Email from Charles Ryan dated 10/11/13
- WEX000001-181: Wexford Meeting with Governor's Office, dated 11/8/12

**Monitoring (Compliance) Reports**

- *Douglas*
    - ADC154030-48: Douglas Compliance Report, September 2013
- *Eyman*
    - ADC028093-97: Eyman Compliance Report dated 8/13/12
    - ADC034917-5203: Eyman Compliance Report, September 2012
    - ADC067241-539: Eyman Compliance Report, October 2012
    - ADC052305-421: Eyman Compliance Report, November 2012
    - ADC069206-99: Eyman Compliance Report, December 2012
    - ADC070023-135: Eyman Compliance Report, January 2013
    - ADC084391-98: Eyman Compliance Report, February 2013
    - ADC088727-41: Eyman Compliance Report, March 2013
    - ADC088814-45: Eyman Compliance Report, April 2013
    - ADC117651-84: Eyman Compliance Report, May 2013
    - ADC117927-951: Eyman Compliance Report, June 2013
    - ADC137754-66: Eyman Quarterly Compliance Report, June 2013
    - ADC137201-28: Eyman Compliance Report, July 2013
    - ADC137465-96: Eyman Compliance Report, August 2013
    - ADC154049-94: Eyman Compliance Report, September 2013
- *Florence*
    - ADC028098-110: Florence Compliance Report dated 8/13/12
    - ADC035204-95: Florence Compliance Report, September 2012
    - ADC067540-690: Florence Compliance Report, October 2012
    - ADC052422-564: Florence Compliance Report, November 2012
    - ADC069300-401: Florence Compliance Report, December 2012
    - ADC070136-270: Florence Compliance Report, January 2013

- o   ADC084399-406: Florence Compliance Report, February 2013
- o   ADC088742-55: Florence Compliance Report, March 2013
- o   ADC088846-91: Florence Compliance Report, April 2013
- o   ADC117685-717: Florence Compliance Report, May 2013
- o   ADC117952-84: Florence Compliance Report, June 2013
- o   ADC137767-79: Florence Quarterly Compliance Report, June 2013
- o   ADC137229-67: Florence Compliance Report, July 2013
- o   ADC137497-524: Florence Compliance Report, August 2013
- o   ADC154095-146: Florence Compliance Report, September 2013
- *Lewis*
  - o   ADC154147-181: Lewis Compliance Report, September 2013
- *Perryville*
  - o   ADC028130-38: Perryville Compliance Report dated 8/13/12
  - o   ADC035459-619: Perryville Compliance Report, September 2012
  - o   ADC068031-239: Perryville Compliance Report, October 2012
  - o   ADC052718-839: Perryville Compliance Report, November 2012
  - o   ADC069514-97: Perryville Compliance Report, December 2012
  - o   ADC070399-510: Perryville Compliance Report, January 2013
  - o   ADC084407-16: Perryville Compliance Report, February 2013
  - o   ADC088763-70: Perryville Compliance Report, March 2013
  - o   ADC088914-53: Perryville Compliance Report, April 2013
  - o   ADC117738-65: Perryville Compliance Report, May 2013
  - o   ADC118003-25: Perryville Compliance Report, June 2013
  - o   ADC137793-805: Perryville Quarterly Compliance Report, June 2013
  - o   ADC137289-315: Perryville Compliance Report, July 2013
  - o   ADC137555-82: Perryville Compliance Report, August 2013
  - o   ADC154182-518: Perryville Compliance Report, September 2013
- *Phoenix*
  - o   ADC154219-57: Phoenix Compliance Report, September 2013
- *Safford*
  - o   ADC154258-78: Safford Compliance Report, September 2013
- *Tucson*
  - o   ADC154279-346: Tucson Compliance Report, September 2013
- *Winslow*
  - o   ADC154347-68: Winslow Compliance Report, September 2013
- *Yuma*
  - o   ADC154369-421: Yuma Compliance Report, September 2013
- ADC138773: Segregated Inmates Compliance Sheet, blank
- ADC139857-79: Draft MGAR User Guide (used at training on 9/19/13)

**Named Plaintiff Master Files**

- ADC022704-3099: Brislan Master File
- ADC137871-81: Brislan Master File, Updated
- ADC020695-1192: Gamez Master File
- ADC127405-24: Polson Master File
- ADC018792-9563: Rodriguez Master File
- ADC022356-504 and ADC023100-379: Smith Master File
- ADC022145-355: Thomas Master File
- ADC137947-70: Thomas Master File, Updated
- ADC019564-20121: Verduzco Master File

**Named Plaintiff Medical Records**

- *Brislan*
  - ADC008296-537: Brislan Medical Records, 1/26/10 to 3/8/12
  - ADC016217-499: Brislan Medical Grievances
  - ADC018105-141: Brislan Medical Grievances
  - ADC073455-798: Brislan Medical Records, 3/9/12 to 2/12/13
  - ADC074276-79: Brislan Medical Grievances
  - ADC107525-602: Brislan Medical Records, Maricopa County Jail, 2000
  - ADC122075-3237: Brislan Medical Records, 3/1/13 to 7/15/13
  - ADC123238-51: Brislan Medical Records, ORC, Rx August 2013
- *Gamez*
  - ADC000287-1258: Gamez Medical Records, 10/17/97 to 3/15/12
  - ADC017495-879: Gamez Medical Grievances
  - ADC018005-45: Gamez Medical Grievances
  - ADC071394-573: Gamez Medical Records, 3/6/12 to 2/12/13
  - ADC074441-577: Gamez Medical Records, University Medical Center
  - ADC122219-89: Gamez Medical Records, 3/1/13 to 7/15/13
- *Polson*
  - ADC005959-6574: Polson Medical Records, 8/2/04 to 5/16/06, 5/30/06 to 8/30/06, 9/30/06 to 4/10/07, 2/21/08 to 3/8/12
  - ADC017218-485: Polson Medical Grievances
  - ADC017954-83: Polson Medical Grievances
  - ADC071742-93: Polson Medical Records, 3/9/12 to 2/12/13
  - ADC074973-74: Polson Medical Records, John C. Lincoln
  - ADC074975: Polson Medical Records, Phoenix Baptist
  - ADC107603-72: Polson Medical Records, Maricopa County Jail, 2002
  - ADC122338-70: Polson Medical Records, 3/1/13 to 7/15/13
  - ADC131368-405: Polson Medical Records, 3/8/12 to 10/23/12
- *Rodriguez*
  - ADC008538-10121: Rodriguez Medical Records, 3/9/1994 to 3/28/03, 6/10/09 to 3/16/12

PRSN-CH 00159

- o   ADC017916-17: Rodriguez Medical Grievances
- o   ADC073890-4120: Rodriguez Medical Records, 3/9/12 to 2/12/13
- o   ADC074976-6190: Rodriguez Medical Records, Maricopa Medical Center
- o   ADC076191-218: West Valley Hospital
- o   ADC107672-959: Rodriguez Medical Records, Maricopa County Jail, 2007
- o   ADC123384-89: Rodriguez Medical Records, 2/10/13 to 2/28/13
- o   ADC122371-464: Rodriguez Medical Records, 3/1/13 to 7/15/13
- *Smith*
  - o   ADC007145-439: Smith Medical Records, 3/17/08 to 3/15/12
  - o   ADC017984-8004: Smith Medical Grievances
  - o   ADC074121-213: Smith Medical Records, 3/16/12 to 2/12/13
  - o   ADC076219: Smith Medical Records, Recovery Innovations
  - o   ADC117587-630: Smith Medical Records, Maricopa County Jail
  - o   ADC127369-75: Smith Medical Records, Rx and CIPS
  - o   ADC127376-81: Smith Medical Records, 2/10/13 to 2/28/13
- *Thomas*
  - o   ADC007440-8295: Thomas Medical Records, 11/3/06 to 3/8/12
  - o   ADC017918: Thomas Medical Grievances
  - o   ADC070949-1360: Thomas Medical Records, 3/9/12 to 2/12/13
  - o   ADC074273-75: Thomas Medical Grievances
- *Verduzco*
  - o   ADC002289-4373: Verduzco Medical Records, 5/10/06 to 3/19/12
  - o   ADC121331-2074: Verduzco Medical Records, Arizona State Hospital, 2006
  - o   ADC122720-3780: Verduzco Medical Grievances, 3/1/12 to 7/15/13
  - o   ADC123390-400: Verduzco Medical Records, 2/10/13 to 2/28/13
  - o   ADC136885-901: Verduzco Medical Records from Expert Tours

**Named Plaintiff – Other**

- *Brislan*
  - o   Individual Detention Records, ADC139904-38
- *Gamez*
  - o   Individual Detention Records, ADC139939-40027
- *Polson*
  - o   Individual Detention Records, ADC136213-54
- *Rodriguez*
  - o   Individual Detention Records, ADC136255-314
- *Smith*
  - o   Individual Detention Records, ADC140028-87
- *Swartz*
  - o   Individual Detention Records, ADC136316-17
- *Thomas*

Confidential

- o   Individual Detention Records, ADC139901-03
- *Verduzco*
  - o   Individual Detention Records, ADC123484-3621

## No Bates Range

- ADC Locator Codes – Confidential
- List of SIRs with Prisoner Names and ID Numbers
- Potential Interview List – ADC Tours

## Pleadings

- Dkt. 1: Plaintiffs' Class Action Complaint for Injunctive and Declaratory Relief
- Dkt. 372: Order

## Post Orders

- *Eyman*
  - o   ADC028750-53: Eyman PO - Transfer of Inmate Records Juveniles to SMU II
  - o   ADC028795-97: PO-98-25 - Eyman HS PO: Inmate Health Assessments/Initial/Transfer/Return to Custody
  - o   ADC028800: PO-98-27 - Eyman HS PO: Continuity of Care/Medication Continuation
  - o   ADC028808-09: Eyman PO - Mental Health SMI Designation
  - o   ADC028821: Eyman PO - Watch Swallow for Psychotropic Medications
  - o   ADC028876: Eyman PO - Protective Segregation Administrative Detention
  - o   ADC054872-73: PO-00-57 - Eyman HS PO: Psychiatric Registered Nurse II (PRN II)
  - o   ADC054876-77: PO-00-59 - Eyman HS PO: Psychology Associate II (SMU II) [/Browning Unit]
  - o   ADC054878-79: PO-00-60 - Eyman HS PO: Psychology Associate II (SMU I)
  - o   ADC054882-83: PO-00-62 - Eyman HS PO: Mental Health Therapist II (SMU II)
  - o   ADC054884-85: PO-00-63 - Eyman HS PO: Mental Health Therapist II (SMU I)
  - o   ADC054890-91: PO-00-66 - Eyman HS PO: Psychologist II (SMU I)
  - o   ADC054892-93: PO-00-67 - Eyman HS PO: Psychologist II (SMU II)
  - o   ADC088634: Eyman PO – Mental Health Emergencies
  - o   ADC088637-38: Eyman PO – Mental Health SMI Designation
  - o   ADC088646-48: Eyman PO – Emergency Response Plan
  - o   ADC088655: Eyman PO – Watch Swallow for Psychotropic Medication
  - o   ADC107506-12: Eyman PO-12 – Detention Unit Security Officer, updated 5/19/12 (restricted)
  - o   ADC107513-17: Eyman PO-34 – Yard Security Officer, updated 5/19/12 (restricted)
  - o   ADC107518-24: Eyman PO-35 – Housing Unit Security Officer, updated 5/19/12 (restricted)
- *Florence*

- o ADC029012-13: PO-07-69 – Florence PO: Detention Status - Protective Segregation and Administrative Detention
  - o ADC029015-16: PO-07-71 - Florence HS PO: Inmate Intake Health Assessments: Initial Intake, Transfers, or Return Custody
  - o ADC029054: PO-07-81 - Florence HS PO: Mental Health Emergencies
  - o ADC029115-16: PO-07-124 - Florence HS PO: Health Checks for Max Security Inmates Central Unit
  - o ADC029117-18: PO-07-125 - Florence HS PO: Detention Checks – CB-K, Wing 3
- **Perryville**
  - o ADC029139: PO-11-0102B - Perryville HS PO: Health Needs Request Submittal and Pick Up in CDU and SMA Units
  - o ADC029189-91: PO-11-0102 - Perryville HS PO: Inmate Access to Health Care
  - o ADC029193: Perryville PO - HNR Submittal and Pick Up in CDU and SMA Units
  - o ADC029194-95: PO-11-0110 - Perryville HS PO: Health Services Reports
  - o ADC029218-19: PO-11-0607 - Perryville HS PO: Continuity of Care For Transfers In
  - o ADC029235-36: PO-11-0619 - Perryville HS PO: Refusal of Treatment
- **Phoenix**
  - o ADC028378-81: PO-11-0520 – Operating Principles and Procedures for Use of Restraints in ABHTF at ASPC-Phoenix
- **Tucson**
  - o ADC028563: Tucson PO - Evaluation and Care of Mentally Disordered Inmates in Lock Down
  - o ADC028565: Tucson PO - Health and Welfare Visits of SMI/Suicide Inmates in Isolation/Lock Down
  - o ADC028566: Tucson PO - Health and Welfare Visits of Precautionary Watch or Mental Health Inmates in Isolation/Lock Down
  - o ADC028608: Tucson PO - Access to Health Care by Inmates while on Lock Down Status
- **General**
  - o ADC088663-69: PO – Detention Unit Security Officer (restricted)
  - o ADC088671-77: PO – Housing Unit Security Officer (restricted)
  - o ADC088678-82: PO – Yard Security Officer (restricted)

**Tour Photos**

- **Eyman**
  - o ADC153327-44 - Photos - Eyman (Stewart Tour) – 7/16/13 (redacted)
  - o ADC153345-52 - Photos - Eyman (Cohen Tour) – 7/17/13
  - o ADC153353-54 - Photos - Eyman (Cohen Tour) – 7/18/13
  - o ADC153355-91 - Photos - Eyman (Haney Tour) – 7/23/13 (redacted)
  - o ADC153392-406 - Photos - Eyman (Vail Tour) – 8/1/13 (redacted)
  - o ADC153407-20 - Photos - Eyman (Vail Tour) – 8/2/13 (redacted)
  - o ADC153421-34 - Photos - Eyman (Williams Tour) – 8/15/13 (redacted)

PRSN-CH 00162

- *Florence*
  - ADC154422-46 - Photos - Florence (Haney Tour) – 7/19/13 (redacted)
  - ADC154447-77 - Photos - Florence (Haney Tour) – 7/22/13 (redacted)
  - ADC154478-505 - Photos - Florence (Stewart Tour) – 7/15/13 (redacted)
  - ADC154506-33 - Photos - Florence (Vail Tour) – 7/31/13 (redacted)
  - ADC154534-47 - Photos - Florence (Williams Tour) – 8/14/13 (redacted)
- *Perryville*
  - ADC163886-99 - Photos - Perryville (Haney Tour) – 7/18/13 (redacted)
  - ADC163900-09 - Photos - Perryville (Stewart Tour) – 7/18/13 (redacted)
  - ADC163910-25 - Photos – Perryville (Vail Tour) – 7/29/13 (redacted)
  - ADC163926-36 - Photos - Perryville (Williams Tour) – 8/16/13 (redacted)

Confidential