# EXHIBIT 19

# Expert Report of Brie Williams, M.D., M.S.

*Parsons v. Ryan*, No. 2:12-cv-00601-NVW (MEA) (D. Ariz.)

November 8, 2013

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## I. INTRODUCTION

I have been retained by the ACLU National Prison Project to visit three Arizona Department of Corrections (ADC) prison complexes, interview prisoners, inspect the housing units and other areas to which prisoners have access, and review selected medical files. I have been asked to provide my opinion about the risks of isolated confinement on physical health, especially for older adults. For the purposes of this opinion, isolated confinement is defined as being confined to a prison cell nearly all the time with access to an exercise enclosure approximately 6-7 hours per week. In this report I have been asked to concentrate on a subset of persons for whom such isolated living conditions pose a particularly high risk of present and future harm.

This report sets forth the opinions I have reached in this matter to date. My opinions at this point are necessarily preliminary, as I understand from plaintiffs' counsel that many relevant documents, including some of the medical records I have requested, have not yet been produced.  I reserve the right to modify and supplement these opinions as additional information becomes available.

## II. QUALIFICATIONS

I am a licensed and practicing physician in the state of California and am board certified in Internal Medicine, Hospice and Palliative Medicine, and Geriatrics. I received a B.A. from Wesleyan University, an M.D. from the Mount Sinai School of Medicine, and an M.S. in Community Medicine from the City University of New York and the Mount Sinai School of Medicine.  I served my Internal Medicine internship and residency at the University of California, San Francisco (UCSF). Upon completion of residency, I was a hospitalist physician at Marin General Hospital until joining the UCSF faculty as a Clinical Instructor in Internal Medicine in late 2002. As UCSF faculty, I managed a primary care clinic of adult patients and precepted medical students and residents in clinic. From January 2004 through December 2004, I was a UCSF clinical fellow in Geriatrics. From January 2005 through July 2007, I participated in the UCSF Fellowship in Aging Research funded by the National Institute on Aging.  I also worked as a consultant Physician Reviewer at Lumetra, a Medicare Quality Improvement Organization.

From August 1, 2007 until now I have been on faculty in the UCSF Division of Geriatrics, Department of Medicine. Currently, I am an Associate Professor of Medicine. The majority of my time is spent conducting aging research with a focus on the health of prisoners; directing the Geriatrics Clinic at the San Francisco VA Medical Center, serving as associate director of the UCSF Program for the Aging Century; and attending on the ACE (Acute Care for Elders) Unit at the San Francisco VA Medical Center.

I have visited and assessed medical care in several prisons and jails nationwide.  In July 2005, I was hired as part of a consultation team by the California Department of Corrections and Rehabilitation through a contract with Lumetra to describe and assess the needs of the California geriatric prisoner population, which led to our report "Aging Inmates: Challenges for Healthcare and Custody."  I have lectured nationally and internationally about prison healthcare. In July 2007, I co-founded the San Quentin Prison Geriatrics Consultation and Teaching Service, which I directed until July 2009 and on which I attended to patients as a

1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

consulting Geriatrician. I have written several textbook chapters about aging in the criminal justice system, and have served as an expert or consultant in various legal cases. Details of these activities, including all of my publications in the last 10 years and all of the cases in which I have testified in the last 4 years, are set forth in my Curriculum Vitae, attached hereto as **Appendix A.**

## III. COMPENSATION

I am being compensated for my services at a rate of $225.00 per hour, with a daily cap of $1800.

## IV. INFORMATION AND DOCUMENTS CONSIDERED IN REACHING OPINIONS

I conducted on-site inspections of the following ADC prison complexes: ASPC-Florence (Central and Kasson Units) (August 14, 2013); ASPC-Eyman (SMU and Browning Units) (August 15, 2013); and ASPC-Perryville (Lumley Special Management Area (SMA)) (August 16, 2013) (hereinafter collectively referred to as the "isolation units"). At each complex I inspected housing units, exercise enclosures, and other areas to which prisoners have access. I spoke with prisoners at cellfront, and conducted interviews with some prisoners in an out-of-cell setting. I also reviewed medical records at each facility. These activities are reflected in the notes I took during my inspection tours, which are attached hereto as **Appendix B** and incorporated herein as a part of this report.

In addition to the medical records identified in my notes, I have reviewed additional documents, listed in **Appendix C**. I may use any or all of these documents to illustrate my opinions at trial.

## V. OPINIONS

Prisoners of older age, with chronic medical conditions, and/or with physical disabilities are at high risk of immediate and future harm from isolated confinement as practiced in ADC. In addition, some of these prisoners are receiving dangerously inadequate medical care. Additional opinions are stated in the body of this report.

2

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## VI. LITERATURE REVIEW

The importance of deconditioning and functional impairment in older age.

Prisoners are considered "older" or "geriatric" in their 50s due to a high prevalence of chronic medical conditions and disabilities at relatively young ages.[1,2] The fundamental principle in maintaining and improving geriatric health is to avoid "deconditioning." In lay terms, deconditioning is commonly referred to as "use it or lose it," whereby periods of inactivity lead to declines in physical function.[3] Physiologically, deconditioning describes the complex process by which diminished muscle mass, decreases in muscle strength, muscle shortening, and changes in joint structure lead to deficits in important areas including mental status, the physical ability to accomplish essential activities of daily living (ADL), and continence.[4] Deconditioning is of particular importance to the health of older individuals because it leads directly to functional impairment, which poses significant physical danger to older adults. The consequences of functional impairment include falls, dependence on others to complete basic ADL (e.g. bathing, dressing, eating, transferring from a lying to a seated position), acute care use (i.e. emergency department visits and/or hospitalization), and mortality.[5,6] Falls in older adults lead to serious injury, further loss of function, hip fracture, increased health care usage, nursing home placement, and mortality.[7,8] Simply put, deconditioned older adults have a greater likelihood of sustaining injury due to falls, using costly healthcare services, requiring assistance to complete basic activities of daily living, and succumbing to acute or chronic illnesses including mortality.[9,10,11]

---

[1] Williams BA, Stern MF, Mellow J, Safer M, Greifinger RB. Aging in correctional custody: setting a policy agenda for older prisoner healthcare. Am J Public Health. 2012;102(8):1475-1481.

[2] Aday R. Aging Prisoners: Crisis in American Corrections. Westport: Praeger, 2003.

[3] Cassel CK. Use it or lose it: Activity may be the best treatment for aging. JAMA. 2002;288(19):2333-2335.

[4] Gillis A, MacDonald B. Deconditioning in the hospitalized elderly. Can Nurse. 2005;101(6):16-20.

[5] Manton KG. A longitudinal study of functional change and mortality in the United States. J Gerontol. 1988;(42:S153-S161.

[6] Lipsitz LA, Jonsonn PV, Kelley MM, Koestner JS. Causes and correlates of recurrent falls in ambulatory fraily elderly. J Gerontol. 1990;46(4):M114.

[7] Centers for Disease Control and Prevention, National Center for Injury Prevention and Control. Falls Among Older Adults. Last updated, 2013. Available from: http://www.cdc.gov/homeandrecreationalsafety/falls/adultfalls.html

[8] Tinetti ME, Kumar C. The patient who falls: "It's always a trade-off". JAMA. 2010;(303(3):258-66.

[9] Hessert MJ, Gugliucci M, Pierce HR. Functional Fitness: Maintaining or Improving Function for Elders with Chronic Diseases. Family Medicine. 2005;37(7):472-6.

[10] Cassel, 2002.

[11] Guralnik JM, Alecxih L, Branch LG, et al. Medical and long-term care costs when older persons become more dependent. Am J Public Health. 2002;92:1244-5.

3

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Leading causes of deconditioning include prolonged bed-rest and the absence of regular physical activity. Restricted activity is among the most significant risk factors for functional decline in older adults[12] and has been shown to reduce functional ability in diverse older populations, including those that are otherwise healthy, and those that have coexisting chronic illnesses.[13] Functional impairment resulting from restricted activity and deconditioning is often permanent in older adults, who are less likely to recover function once it is lost than are younger persons.[14,15] In a study of the later-life consequences of torture experienced by former prisoners of war (POWs), solitary confinement was specifically associated with higher levels and greater severity of later life disability and medical conditions.[16] Studies have also shown that being alone and/or the perception of isolation from others are risk factors associated with rapid deconditioning, functional decline, and death.[17,18] The range of adverse health effects associated with loneliness and isolation in older adults extends well beyond deconditioning and is discussed at greater length in the next section.

Deconditioning can be avoided and sometimes minimized or reversed with regular exercise, such as distance walking.[19] Regular exercise may also help prevent secondary diseases associated with deconditioning in the context of chronic illness.[20,21] But deconditioning occurs rapidly in older adults who do not participate in regular physical exercise and for those older adults who have been deconditioned to the point of frailty, there is evidence that regular exercise may no longer improve physical performance scores or reduce fall risk.[22,23] Thus, avoiding deconditioning in the first place is essential to optimal health in older adults.

---

[12] Gill TM, Allore H, Guo Z. Restricted activity and functional decline among community-living older persons. Arch Intern Med. 2003;163(11):1317-22.

[13] Stuck AE, Walthert JM, Nikolaus T. Risk factors for functional status decline in community-living elderly people: A systematic literature review. Social Science & Medicine. 1999;48(4):445-469.

[14] Gill, 2003.

[15] Covinsky KE, Palmer RM, Fortinsky RH, et al. Loss of independence in activities of daily living in older adults hospitalized with medical illnesses: Increased vulnerability with age. Journal of the American Geriatrics Society. 2003;51(4):451-458.

[16] Hunt SC, Orsborn M, Checkoway H, et al. Later life disability statust following incarceration as a prisoner of war. Military Medicine. 2008;173(7):613.

[17] Buchman AS, Boyle PA, Wilson RS, et al. Loneliness and the rate of motor decline in old age: the rush memory and aging project, a community-based cohort study. BMC Geriatrics. 2010;10:77.

[18] Perissinotto CM, Stijacic-Cenzer I, Covinsky KE. Loneliness in Older Persons: A predictor of functional decline and death. Arch Intern Med. 2012;172(14):1078.

[19] Cassel, 2002.

[20] Hessert, 2005.

[21] Pang MYC, Eng JJ, Dawson AS, McKay H, Harris JE. A community-based fitness and mobility exercise (FAME) program for older adults with chronic stroke: a randomized controlled trial. J Am Geriatr Society. 2011;53(10):1667.

[22] Gill TM, Baker DI, Gattschalk M, et al. A progam to prevent functional decline in physically frail, elderly persons who live at home. NEJM. 2002;347(14):1068-74.

4

In my opinion, isolated confinement as practiced in ADC poses a current and future medical risk of the development or worsening of deconditioning in older adults; access to an environment that affords regular physical activity and walking is important to minimize the risk of functional impairment in older adults.

The medical effects of loneliness and social isolation.

Loneliness, both actual and perceived social isolation, is an important risk factor for the development and/or worsening of many serious medical conditions.[24] Imposed social isolation has been studied in animals and has been shown to promote a wide range of adverse health outcomes including decreased lifespan, obesity and Type 2 Diabetes mellitus, increased circulating stress hormones, poor prognosis following stroke, and others.[25] In humans, studies show that social isolation has a significant adverse effect on physical and mental health, immune responses, functional ability, and important health behaviors capable of hastening the onset and course of medical illness (such as medication adherence, inactivity, and smoking).[26,27] Other studies have shown that loneliness is a significant, independent risk factor for memory impairment, including dementia and Alzheimer's disease. [28,29] One study showed that older adults reporting loneliness exhibited more rapid cognitive decline than non-lonely older adults.[30] In addition, loneliness predicts depression in older adults and has been shown to be a more significant predictor of depression than other associated factors like disability and low levels of social support.[31] This finding is important for two reasons. First, depression in older adults is strongly associated with disability, poorer outcomes from chronic illnesses, and mortality.[32,33] Second,

---

[23] Faber MJ, Bosscher RJ, Paw MJC, Wieringen PC. Effects of exercise programs on falls and mobility in frail and pre-frail older adults: A multicenter randomized controlled trial. Archives of Physical Medicine and Rehabilitation. 2006;87(7):885-896.

[24] Shankar A, McMunn A, Banks J, Steptoe A. Loneliness, social isolation, and behavioral and biological health indicators in older adults. Health Psychology. 2011;30(4):377-385.

[25] Cacioppo JT, Hawkley LC. Perceived social isolation and cognition. Trends Cogn Sci. 2009;13(10):447-454.

[26] Shankar, 2011.

[27] Buchman, 2010.

[28] Tilvis RS, et al. Predictors of cognitive decline and mortality of aged people over a 10-year period. J Gerontol A Biol Sci Med Sci. 2004;59:M268-274.

[29] Wilson RS, et al. Loneliness and risk of Alzheimer disease. Arch Gen Psychiatry. 2007;64:234-240.

[30] Tilvis, 2004.

[31] Prince MJ, Harwood RH, Blizard RA, et al. Social support deficits, loneliness, and life events as risk factors for depression in older age: The Gospel Oak Project VI. Psychol Med. 1997;2727:323.

[32] Lenze EJ, et al. The course of functional decline in older people with persistently elevated depressive symptoms: longitudinal findings from the Cardiovascular Health Study. J Am Geriatr Soc. 2005;53(4):569-575.

[33] Rodda J, Walker Z, Carter J. Depression in older adults. BMJ. 2011;343:d5219.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

physical activity has a proven protective effect against depression[34] and offers significant, long-term reduction of existing depressive symptoms[35] in older adults.

Loneliness also directly affects physical health through biological processes. The connection between loneliness in older adults and the onset and worsening of cardiovascular disease, including cardiovascular mortality, is well-established.[36] One study showed that loneliness predicts a significant and potentially harmful increase in blood pressure among older adults independent of other sociodemographic, psychosocial, and cardiovascular risk factors.[37] Another study found that loneliness in a population of older adults with average age 70 conferred a three-times-greater risk of heart disease, regardless of age or other chronic illness.[38] In sum, loneliness itself significantly increases older adults' risk of poor health behaviors, functional decline, cognitive impairments including dementia and Alzheimer's disease, depression, cardiovascular disease, and death.

In my opinion, isolated confinement as practiced in ADC poses a current and future medical risk of the development or worsening of serious medical conditions; access to an environment that affords more regular social interaction is important to minimize these risks.

<u>Memory impairment</u>.

Memory impairment (cognitive impairment beyond the cognitive effects of normal aging) becomes increasingly important with age as such impairments in older adults can lead to falls, morbidity, poor health behaviors, high healthcare costs, and death.[39,40,41,42] In addition to the dangers for older adults associated with falls and morbidity, memory impairment is a leading predictor of advanced dementia in older adults.

---

[34] Strawbridge WJ, Deleger S, Roberts RE, Kaplan GA. Physical activity reduces the risk of subsequent depression for older adults. Am J Epidemiol. 2002;156(4):328-334.

[35] Motl RW, Konopack JF, McAuley E, Jerome GJ, Marquez DX. Depressive symptoms among older adults: long-term reduction after a physical activity intervention. J Behav Med. 2005;28(4):385-94.

[36] Hawkley LC, Cacioppo JT. Loneliness matters: A theoretical and empirical review of consequences and mechanisms. Annals of Behavioral Medicine. 2010;40(2):218-227.

[37] Hawkley LC, Thisted RA, Masi CM, Cacioppo JT. Loneliness predicts increased blood pressure: 5-year cross-lagged analyses in middle-aged and older adults. Psychology and Aging. 2010;25(1):132-141.

[38] Sorkin D, Rook KS, Lu JL. Loneliness, lack of emotional support, lack of companionship, and the likelihood of having a heart condition in an elderly sample. Ann Behav Med. 2002;24(4):290-298.

[39] Stark SL, et al. Preclinical Alzheimer disease and risk of falls. Neurology. 2013;81(5):437-443.

[40] Sachs GA, et al. Cognitive impairment: An independent predictor of excess mortality (A cohort study). Annals of Internal Medicine. 2011;155:300-308.

[41] Comjis HC, et al. Memory complaints; the association with psycho-affective and health problems and the role of personality characteristics: A 6-year follow-up study. Journal of Affective Disorders. 2002;72(2):157-165.

[42] Hill J, Fillit H, Thomas SK, Chang S. Functional impairment, healthcare costs and the prevalence of institutionalization in patients with Alzheimer's Disease and other dementias. Pharmacoeconomics. 2006;24(3):265-280.

6

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Dementia is ultimately fatal and is a major driver of rising healthcare services utilization and costs.[43] In prison, dementia poses significant risks to the physical and mental health of older adults, including the risk of undue and excessive suffering in prisoners who do not understand their detention, the risk of victimization, and functional and health insults.[44,45]

Causes of memory impairment include social isolation, physical inactivity, chronic pain, and depression.[46,47,48] Sleeplessness and decreased mental activity can also contribute to memory impairment.[49] These factors are all commonly reported among persons who are living in isolated confinement.[50] One study of isolated prisoners found that common causes of memory impairment -- including depression, anxiety, physical pain (stomach and muscle), and being unable to concentrate -- were common after just four weeks of isolated confinement.[51] Moreover, physical activity has been shown to improve memory in older adults and protect against the progression to advanced dementias including Alzheimer's disease.[52,53] Engagement in social and leisure activities is also associated with decreased risk of dementia in older adults.[54] Treatments that slow the progress of cognitive impairment and help avoid functional decline in those who are impaired are primarily nonpharmacologic in nature and are at odds with the conditions associated with solitary confinement. These

[43] Pimouguet C, Lavaud T, Dartigues JF, Helmer C. Dementia case management effectiveness on health care costs and resource utilization: A systematic review of randomized controlled trials. J of Nutrition and Aging. 2010;14(8):669-676.

[44] Fazel S, McMillan J, O'Donnell I. Dementia in prison: ethical and legal implications. J Med Ethics. 2002;28;156-159.

[45] Maschi T, Kwak J, Ko E, Morrissey MB. Forget me not: dementia in prison. The Gerontologist. 2012;1-11.

[46] Gauthier S, et al. Mild cognitive impairment. The Lancet. 2006;367(9518):1262.

[47] McCracken LM, Iverson G. Predicting complaints of impaired cognitive function in patients with chronic pain. Journal of Pain and Symptom Management. 2001;21(5):392.

[48] Aleman A, et al. Memory impairment in schizophrenia: A meta-analysis. Am J Psychiatry. 1999;156(9):1358.

[49] Ancoli-Israel S. Sleep and aging: Prevalence of disturbed sleep and treatment considerations in older adults. J Clin Psychiatry 2005;66(suppl9):24-30.

[50] Haney C. Mental health issues in long-term solitary and "supermax" confinement. Crime & Delinquency. 2003;49:124.

[51] Smith PS. The effects of solitary confinement on prison inmates: A brief history and review of the literature. Crime and Justice. 2006;34(1):441-528.

[52] Lautenschlager NT, et al. Effect of physical activity on cognitive function in older adults at risk of Alzheimer Disease. JAMA. 2008;300(9):1027-1037.

[53] Erickson KI, et al. Exercise training increases size of hippocampus and improves memory. PNAS. 2011;108(7):3017-3022.

[54] Wang HX, Karp A, Winblad B, Fratiglioni L. Late-life engagement in social and leisure activities is associates with a decreased risk of dementia: A longitudinal study from the Kungsholmen Project. Am J Epidemiol. 2002;155(12):1081-1087.

typically include increased social interaction, cognitive training, avoiding agitation, removing environmental stressors, and ensuring regular sleep habits.[55,56]

In my opinion, isolated confinement as practiced in ADC poses a current and future medical risk of the development or worsening of memory impairment in older adults; access to an environment that affords regular physical activity and social interaction is important to minimize the current and future risk of memory impairment in older adults.

Osteoarthritis.

Osteoarthritis is the most common form of arthritis in the United States.[57] It affects 28% of persons age 45 or older living in the community, nearly 40% of those aged 65 or older, and prevalence continues to rise as the population ages before leveling off around age 80.[58] Osteoarthritis leads to considerable disability which often results in pain and functional impairment and limits individuals' ability to complete basic activities of daily living such as toileting, dressing, and ambulation.[59] The pain associated with osteoarthritis can also lead to deconditioning and gait and balance deficits which are, in turn, associated with falls.[60,61,62] Again, the risks of falls in older adults include serious injury, loss of function, hip fracture, increased health care usage, nursing home placement, and mortality.[63] The adverse effects of osteoarthritis are often made worse by comorbid conditions including hypertension and renal disease,[64] which are disproportionately common in prisoner populations.[65]

Common risk factors for osteoarthritis include muscle weakness, joint laxity, and low levels of vitamin D.[66] Joint laxity is increasingly common with aging while muscle weakness is a common feature of the deconditioning associated with limited physical activity, and vitamin D deficiency is both associated with

---

[55] Willis SL, et al. Long-term effects of cognitive training on everyday functional outcomes in older adults. JAMA. 2006;296(23):2805-2814.

[56] Sadowsky CH, Galvin JE. Cognitive and behavioral problems in dementia. J Am Board Fam Med. 2012;25(3):350-66.

[57] Felson DT, et al. Osteoarthritis: New Insights. Part 1: The disease and its risk factors. Ann Intern Med. 2000;133(8):635-646.

[58] Lawrence RC, et al. Estimates of the prevalence of arthritis and other rheumatic conditions in the United States. Part II. Arthritis & Rheumatism. 2008;58(1):26-35.

[59] Breedveld FC. Osteoarthritis – the impact of a serious disease. Rheumatology. 2004;43(1):i4-i8.

[60] Salzman B. Gait and balance disorders in older adults. Am Fam Physician. 2010;82(1):61-68.

[61] Wolfson L, Whipple R, Amerman P, Tobin JN. Gait assessment in the elderly: A gait abnormality rating scale and its relation to falls. J Gerontol. 1990;45(1):M12-M19.

[62] Ambrose AF, Paul G, Hausdorff JM. Risk factors for falls among older adults: A review of the literature. Maturitas. 2013;75(1):51-61.

[63] Tinetti, 2010; Ambrose, 2013; Salzman, 2010.

[64] Breedveld, 2004.

[65] Binswanger IA, Krueger PM, Steiner JF. Prevalence of chronic medical conditions among jail and prison inmates in the USA compared with the general population. J Epidemiol Community Health. 2009;63:912-919.

[66] Felson, 2000.

8

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

aging and exacerbated by diminished sunlight exposure.[67,68,69] As a result, older adults in isolated confinement are at added risk for the development of osteoarthritis as well as the pain, functional impairment, and risk of falls associated with the disease. Physical activity (such as walking) is a first-line treatment for older adults with osteoarthritis because it decreases the pain associated with the disease, improves function, and improves postural and gait stability.[70,71] Physical *inactivity* exacerbates disability in osteoarthritis patients.[72]

In my opinion, isolated confinement as practiced in ADC poses a current and future medical risk of the worsening of symptoms associated with osteoarthritis and, in turn, to the future risk of serious falls. Access to an environment that affords regular physical activity is important to minimize the current and future risk of osteoarthritis-associated symptoms and their consequences in older adults. Having only three short periods a week out of confinement impedes prisoners' opportunity to participate in regular walking and exercise which are important for reducing pain and improving gait and balance and for limiting the present and future risk of falls and associated morbidity and mortality.

Hypertension.

Hypertension, or high blood pressure, puts older adults at increased risk for end-organ damage including stroke, cardiovascular disease, heart failure, kidney disease and death.[73,74] Hypertension is the most commonly occurring chronic health condition in prisoner populations, affecting 50% of prisoners age 50-65.[75] Blood pressure control, which is essential to limit complications and reduce mortality from hypertension,[76,77] improves significantly with physical exercise and activity.[78] Indeed, the United States Preventive Services Task Force (USPSTF) lists physical exercise as the first–line therapy for the prevention,

---

[67] Feson, 2000.

[68] Gillis, 2005.

[69] Janssen HCJP, Samson MM, Verhaar HJJ. Vitamin D deficiency, muscle function, and falls in elderly people. Am J Clin Nutr. 2002;75(4):611-615.

[70] Bennell KL, Hinman RS. A review of the clinical evidence for exercise in osteoarthritis of the hip and knee. Journal of Science and Medicine in Sport. 2011;14(1):4-9.

[71] Bijlsma JWJ, Berenbaum F, Lafeber FPJG. Osteoarthritis: An update with relevance for clinical practice. The Lancet. 2011;377(9783):18-24.

[72] O'Grady M, Fletcher J, Ortiz S. Therapeutic and physical fitness exercise prescription for older adults with joint disease: An evidence based approach. Rheumatic Disease Clinics of North America. 2000;26(3):617-646.

[73] Woo D, et al. Effect of untreated hypertension on hemorrhagic stroke. Stroke. 2004;35:1703.

[74] Fields LE, Burt VL, Cutler JA, Hughes J, Roccella EJ, Sorlie P. The burden of adult hypertension in the United States 1999 to 2000 a rising tide. Hypertension. 2004;44:398-404.

[75] Binswanger, 2009.

[76] Hajjar I, Kotchen TA. Trends in prevalence, awareness, treatment, and control of hypertension in the United States, 1988-2000. JAMA. 2003;90(2):199-206.

[77] Hansson L, et al. Effects of intensive blood pressure lowering and low-dose aspirin in patients with hypertension. Lancet. 1998;351:1755-1762.

[78] Fagard RH, Cornelissen VA. Effect of blood pressure control in hypertensive patients. European Journal of Preventive Cardiology. 2007;14(1):12-17.

treatment, and control of hypertension[79] and a number of studies have shown that physical activity reduces risk by lowering blood pressure in hypertensive patients.[80] One such study found that physical activity conferred a significant decrease in mortality risk for hypertensive older adults independent of body mass index.[81] Thus, access to regular physical activity, such as walking and working, can greatly improve blood pressure and decrease the medical risks associated with poor blood pressure control.

In my opinion, isolated confinement as practiced in ADC poses a current and future medical risk of the development and worsening of hypertension and, in turn, a future risk of end-organ damage, morbidity, and mortality. Access to an environment with less cell confinement and more access to walking would significantly improve ability to remain physically active and would help control blood pressure.

### Hearing impairment.

Hearing impairment is associated with poor health and functional impairment in older adults, including higher rates of chronic illness, difficulty walking, and difficulty with important self-care functions (e.g. managing medications).[82] Hearing impairment is also a significant contributor to social isolation.[83] (Adverse health effects associated with social isolation include functional decline, cognitive impairment, depression, cardiovascular disease, and death and are described in detail in the section above on loneliness.) Even mild hearing loss can impair language processing, negatively affecting health care access and use and leading to changes in cognitive and emotional status.[84] Indeed, assessing older adults for hearing impairment and fitting impaired older adults with appropriate hearing aids are considered important health promotion interventions in preventing social isolation, loneliness, and the adverse health outcomes associated with these conditions.[85,86]

---

[79] U.S. Preventive Services Task Force Recommendation Statement. Behavioral counseling interventions to promote a healthful diet and physical activity for cardiovascular disease prevention in adults. June 2012. Available from:

http://www.uspreventiveservicestaskforce.org/uspstf11/physactivity/physrs.htm.

[80] Whelton SP, Chin A, Xue X, He J. Effect of aerobic exercise on blood pressure: A meta-analysis of randomized, controlled trials. Ann Intern Med. 2002;136(7):493.

[81] Faselis C, et al. Body mass index, exercise capacity, and mortality risk in male veterans with hypertension. Am J Hypertens. 2012;25(4):444-450.

[82] Crews JE, Campbell VA. Vision impairment and hearing loss among community-dwelling older Americans: Implications for health and functioning. Am J Public Health. 2004;94(5):823.

[83] Heine C, Browning CJ. Communication and psychosocial consequences of sensory loos in older adults: Overview and rehabilitation directions. Disability and Rehabiliation. 2002;24(15):763-773.

[84] Agrawal Y, Platz EA, Niparko JK. Prevalence of hearing loss and differences by demographic characteristics among US adults: Data from the National Health and Nutrition Examination Survey, 1999-2004. JAMA. 2008;168(14):1522-1530.

[85] Cattan M, et al. Preventing social isolation and loneliness among older people: A systematic review of health promotion interventions. Age and Ageing. 2005;1:41-67.

[86] Heine, 2002.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Prison conditions may put older adults at increased risk of hearing impairments because exposure to high levels of occupational and/or background noise (such as fans or closing metal doors) is the primary risk factor for new and worsening hearing impairment.[87] In addition, persons with hearing impairment in isolated confinement may feel even more isolated than other inmates experiencing the same conditions of confinement, since those in isolated confinement with normal hearing may be able to have informal conversations by yelling, whereas this opportunity may not be available to those who are hearing-impaired. Since hearing impairment is independently associated with the long-term development of dementia,[88] the experience of isolated confinement may also accelerate hearing loss-related cognitive impairments.

In my opinion, isolated confinement as practiced in ADC poses a current and future medical risk of the development and worsening of hearing impairment and, in turn, a future risk of functional and cognitive impairments including dementia and falls. A different living environment with closer contact to others would increase prisoners' ability to participate in social interactions and could decrease the medical risks associated with hearing impairment.

<u>Insomnia and poor-quality sleep.</u>

Difficulty sleeping is a common health-related challenge associated with aging.[89] The prevalence of insomnia in older adults is higher than in younger adults.[90] In older adults, insomnia and/or poor sleep quality can lead to depressive symptomology and poor cognitive performance, including slower response times and impairments in memory and concentration.[91,92] The connection between poor sleep and cognitive impairment has been demonstrated in multiple studies,[93] one of which showed that poor sleep predicted cognitive decline even in otherwise healthy, non-depressed older men.[94] Studies have also found a strong association between poor sleep and functional impairment in older adults.[95] In particular, poor sleep has

---

[87] Agrawal, 2008.

[88] Lin FR, et al. Hearing loss and incident dementia. JAMA Neurology. 2011;68(2):214-220.

[89] Ancoli-Israel S. Sleep and aging: prevalence of disturbed sleep and treatment considerations in older adults. The Journal of Clinical Psychiatry. 2005;66(Supple 9):24-30.

[90] Ancoli-Israel S. Sleep and its disorders in aging populations. Sleep Medicine. 2009;10(Suppl 1):S7-S11.

[91] Ancoli-Israel S, Cook JR. Prevalence and comorbidity of insomnia and effect on functioning in elder populations. J Am Geriatr Soc. 2005;53(S7):S264-S271.

[92] Nebes RD, Buysse DJ, Halligan EM, Houck PR, Mon TH. Self-reported sleep quality predicts poor cognitive performance in healthy older adults. J Gerontol B Psychol Sci Soci Sci. 2009;64B(2):180-187.

[93] Ancoli-Israel, 2009.

[94] Cricco M, Simonsick EM, Foley DJ. The impact of insomnia on cognitive functioning in older adults. J Am Geriatr Soc. 2001;49(9):1185-1189.

[95] Dam TT, Ewing S, Ancoli-Israel S, Ensrud K, Redline S, Stone K. Association between sleep and physical function in older men: the osteoporotic fractures in men sleep study. J Am Geriatr Soc. 2008;56(9):1665-1673.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

been shown to raise older adults' risk of falls.[96] (The potential adverse health outcomes associated with falls are many and are discussed in greater detail in the section above on function.) Overall, poor-quality sleep and/or sleep disorders are associated with morbidity and mortality in older adults,[97] in one study increasing the relative risk of mortality two-fold in healthy older adults.[98]

Many factors contribute to insomnia and poor-quality sleep in older adults including environmental factors such as exposure to noise and light, pain from arthritis, cardiovascular disease, and loneliness and depression.[99] Insomnia and poor sleep can be improved with physical exercise and by amending these risk factors, including increasing light exposure during the day.[100,101]

In my opinion, isolated confinement as practiced in ADC poses a current and future medical risk of the development and worsening of insomnia and poor quality sleep and, in turn, a future risk of cognitive and functional decline, falls, and early mortality. Access to an environment with less cell confinement and more physical activity and daytime light exposure, and without nocturnal illumination, would significantly improve sleep.

Type 2 Diabetes Mellitus.

The profound complications of type 2 diabetes are numerous and include eye problems such as retinopathy and blindness, limb amputations due to neuropathy, renal insufficiency and failure due to nephropathy and cardiovascular disease including myocardial infarction.[102] Diabetes is a chronic health condition that is disproportionately common in prison populations, affecting 15% of those age 50-65.[103] Physical activity, alongside dietary intervention, is considered a first-line and critical treatment for diabetes because it improves glucose uptake and insulin sensitivity and thereby improves diabetes management and glucose control.[104]

In my opinion, isolated confinement as practiced in ADC poses a current and future medical risk of the worsening and poor management of type 2 diabetes and, in turn, a future risk of complications from type 2

---

[96] Avidan AY, et al. Insomnia and hypnotic use, recorded in the minimum data set, as predictors of falls and hip fractures in Michigan nursing homes. J Am Geriatr Soc. 2005;53(6):955-962.
[97] Crowley K. Sleep and sleep disorders in older adults. Neuropsychol Review. 2011;21:41-53.
[98] Dew MA, et al. Healthy older adults' sleep predicts all-cause mortality at 4 to 19 years of follow up. Psychosom Med. 2003;65(1):63-73.
[99] Ancoli-Israel, 2009.
[100] Ancoli-Israel, 2005.
[101] Passos GS, et al. Effect of acute physical execise on patients with chronic primary insomnia. J Clin Sleep Med. 2010;6(3):270-275.
[102] Unzucchi SE, et al. Management of hyperglycaemia in type 2 diabetes: a patient-centered approach. Position statement of the American Diabetes Association (ADA) and the European Association for the Study of Diabetes (EASD). Diabetologia. 2012;55:1577-1596.
[103] Binswanger, 2009.
[104] Segal RJ, et al. Physical activity / exercise and type 2 diabetes. A consensus statement from the American Diabetes Association. Diabetes Care. 2006;29(6):1433.

12

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

diabetes, including further disability and cardiovascular disease. Access to an environment with less cell confinement and more physical activity would significantly improve management of type 2 diabetes.

## VI. FINDINGS IN THE ARIZONA DEPARTMENT OF CORRECTIONS

### A. Conditions of Confinement

At every ADC prison unit I visited, I viewed the cells in which prisoners are confined. I also asked to view all the exercise enclosures to which prisoners in that unit have access. I have also reviewed the defendants' descriptions, including dimensions, of the cells and exercise enclosures in the isolation units. Defendants' Response to Plaintiff Wells' First Set of Interrogatories, No. 10, 11, 14.

While there were minor variations in the construction of the cells in the various units I visited, all of them were extraordinarily isolating. None of them were large enough to permit the kind of exercise that would mitigate the health risks of isolated confinement described above.

Similarly, the exercise enclosures were, in almost all cases, too small to permit adequate exercise to preserve physical health and prevent deconditioning. According to defendants, the exercise enclosures at the end of each pod in Eyman complex are 10'9" x 23'6". The outdoor recreation enclosures are 10' x 10'. The Stage 1 exercise enclosures at Perryville are 12' x 12', 24' x 12', and 10' x 21'. Defendants' Response to Plaintiff Wells' First Set of Interrogatories, No. 11. The 10' x 10' enclosures are not much larger than the prisoners' cells, and none of these enclosures are large enough to allow sustained walking or other adequate exercise.[105]

While a young and physically healthy person could conceivably get sufficient exercise even in these confined spaces, they are not adequate for elderly persons or those with mobility impairments, who are not able, for example, to do vigorous calisthenics or run in place. For such persons, sustained walking is the best, and in some cases the only, form of exercise to prevent deconditioning and preserve health.

I was told repeatedly on my inspection tours that prisoners in the isolation units receive two hours of out-of-cell exercise, three times a week. I was told that some prisoners may receive slightly more than this based on their behavior or their mental health status, but it is my understanding there are prisoners in the isolation units who receive only six hours a week of out-of-cell exercise, in the small enclosures described above. Such limited access to physical exercise poses a substantial risk of serious harm to older prisoners as well as those with chronic medical conditions and/or with physical disabilities.

---

[105] Defendants' Response to Plaintiff Wells' First Set of Interrogatories, No. 10, 11, 14. While some exercise enclosures are larger, they are not available to all prisoners in the isolation units.

Even these very limited opportunities for exercise are not consistently or realistically available to all prisoners. A number of prisoners told me that exercise is sometimes canceled because of extreme heat or for other reasons. Many others told me that they do not go to the exercise enclosure because of the extreme heat or because of the requirement to be strip-searched. My inspection of the exercise enclosures confirmed that some have no source of drinking water and some have no source of ventilation or cooling, which would exacerbate the effects of the heat. There was also sometimes no chair, bench, or any other place to sit, which makes the enclosures difficult or impossible to use for older prisoners or those with mobility impairments. I was also told that prisoners cannot ask to come in early if they find that the heat is too much for them to endure once they are outside, so some do not go out for this reason.

Some of the isolation units have 24-hour illumination in the cells. Defendant Ryan's First Supplemental Answers to Brislan's First Set of Requests for Admissions, No. 21. This would be likely to exacerbate sleep difficulties, with the negative health consequences described above.

## B. Representative Cases

Based on documents I have reviewed (ADC 122656-62) there appear to be approximately 300 prisoners over 50 in isolated confinement in ADC. The following is a sample of such prisoners I interviewed and whose medical files I reviewed.

My review of these cases was focused on the physical health risks posed by isolated confinement. However, in the course of my review, I encountered several instances of these prisoners receiving dangerously inadequate medical care, which I also describe below.

          , a 60 year old male prisoner in CB-7 at Florence, has a history of head and neck cancer, hypertension and a history of lower extremity edema (leg swelling). He stated that he leaves his cell to go to the shower at every chance he gets (which is every other day) but he does not go to the recreation area because it is "too hot outside."     medical chart indicates that he has uncontrolled hypertension, although at his 4/19/13 appointment when his blood pressure was elevated at 154/89, there was no plan outlined in the medical chart for medication adjustment to treat his high blood pressure. On 1/31/13 he was seen for leg edema. During the visit he was noted to have lung crackles (indicating possible fluid in his lungs). These findings, in the setting of high blood pressure, are concerning for heart failure, which is a consequence of uncontrolled hypertension, but the medical chart I reviewed gave no indication that he was being evaluated for heart failure or to identify any other etiology of his lower extremity edema. Despite the lack of a clear evaluation strategy, the treatment plan in the medical chart (1/31/13) indicated that     should exercise outside of his cell. This makes sense as part of a treatment plan, since exercise is a critical component of treatment for both hypertension and heart failure.

I viewed the exercise areas available to prisoners housed in CB-7. They are small outdoor cages that do not allow sustained walking or other kinds of exercise appropriate for     .     conditions of confinement, which do not allow for him to move around inside the prison except for the short walk to the showers every other day, put him at present and future risk of harm by having an adverse effect on his health and contradicting his medical treatment orders.

14

_____. _____ is a 71 year old male prisoner in Florence-CB-7 who says he has been in lockdown for 13 years. He stated that he doesn't talk to anyone. "I leave them alone – too many rats in the prison so I stay alone. I am lonely." He says the only time he gets out of his cell is for three weekly showers. His medical notes indicate that he has dementia. Despite having dementia, he is receiving an extremely high dose of the medicine Benadryl, which is generally contraindicated in all older adults because it contributes to confusion. It is clearly contraindicated in older adults with dementia. However, according to a note from 10/29/12, _____ appears to be receiving four times the usual dose of Benadryl. _____ health is at risk because he is on a medication that is contraindicated for a person with dementia. In addition, the physical inactivity and the level of isolation he is experiencing are creating a risk of harm for worsening his dementia. The cells in CB-7 are extremely isolating, with solid steel doors. The small cages outside CB-7 do not allow the kind of exercise _____ needs. Access to a housing unit where he has more access to social interaction and regular exercise would mitigate this harm.

_____. _____ is a 51 year old male prisoner at Florence-CB-7 with Chronic Obstructive Pulmonary Disease whose functional assessment form from 8/4/09 indicates that he has dyspnea (shortness of breath) with minor exercise and weakness. _____ stated that he used to go to the exercise yard when it was a yard, but that he stopped going in approximately 1999 when the yard was changed to a "cage;" he stated "I won't go to that cage!" Exercise is important for _____ health because regular exercise improves symptoms and mortality in patients with COPD. For this reason, _____ conditions of isolated confinement and the inadequate exercise facilities in CB-7 put him at risk for present and future medical harm by having an adverse effect on his COPD; this risk would be mitigated with access to an exercise yard.

_____ is a 63 year old male prisoner at Florence-CB-7 with possible prostate cancer. _____ appears much older than his stated age. He is very thin, frail, and very slow to transfer from his bed to a standing position. He has an indwelling urinary catheter in his penis and a urine smell could be detected through the cell door. _____ appears to have been approved for a urology consult on 6/25/13 but I was unable to find any documentation of a consult in the medical chart during my visit. _____ states that he has lost a precipitous amount of weight (from 154 lbs to 110 lbs over a year). He states that he fell while getting out of bed a few months ago and that he goes to exercise three times weekly. _____ is experiencing functional decline and is at risk of falls. He is at present and future risk for worsening functional impairment and falls due to the constraints on his exercise posed by his conditions of confinement. As noted, the small exercise cages available to prisoners in CB-7 do not allow adequate exercise for _____. Access to more exercise time and more space where he can walk distances would mitigate this harm.

_____ is a 50 year old man at Florence-Kasson who has a history of a serious fall this year which resulted in 3 rib fractures and a pneumothorax. He stated that he does not always go to exercise when he has the opportunity to do so because he notes that you "have to stay out the whole time and you can't come in early if it gets hot." The exercise enclosures at Kasson Unit are too small to allow the kind of exercise _____ needs. _____ is at risk of worsening functional decline, additional serious falls, and the resulting risks posed by each condition, including mortality, because of his

15

conditions of isolated confinement. Access to an exercise space where he could come inside if it gets too hot and where he could have more access to regular exercise would mitigate this harm.

is a 71 year old man at Florence-Kasson who is very hard of hearing. He stated that he cannot write so he has not been able to ask for hearing aids. He says he has been assaulted three times and at least one of these times he suffered loss of consciousness and now he no longer goes to exercise.                    is experiencing present and future medical risk due to his isolated conditions of confinement. Access to hearing aids could help reduce his isolation. Access to an adequate exercise area would mitigate this harm by enabling him to get the exercise any 71 year old needs to avoid deconditioning and the adverse consequences associated with deconditioning.

.                    states his age as 60, although ADC lists his age as 53. He is housed at Florence-CB-2 and has rheumatoid arthritis, uncontrolled diabetes and hypertension, as well as diabetic neuropathy. The plan from his medical chart note on 7/29/13 included education about exercise. Lack of regular access to exercise contradicts the education given to him by his clinicians and poses a risk of present and future harm due to his uncontrolled diabetes and hypertension. Access to a less isolated living situation with more access to exercise would mitigate these risks by allowing him to access regular exercise, the first-line treatment for both hypertension and diabetes.

is a 60 year old male prisoner at Eyman-SMU who looks much older than his stated age. He has a history of Post-Traumatic Stress Disorder with suicidal ideation. He has no windows in his cell and there are no windows in his assigned exercise area (which also has no shaded area and is open all the way around at the roof). I viewed this recreation area and it is not large enough to permit the kind of exercise       needs. However, he is in a part of the prison that is sometimes allowed to participate in outdoor recreation in a yard. He said he started this program 2 days prior to my visit. He stated, "it is better outside, you get to go outside, interact. Here you just hear voices; it could be just a tape recording. (Here you) feel destitute, poverty stricken, isolated, alone. I have no one to communicate with, I am really isolated." He also stated that when he is outside he walks; he is a fast walker and it "feels better when you are able to walk, there is not enough room in the [regular] rec area to pace. It is so small you are bouncing off the walls." He then stated "As I get older with depth perception, I can't focus as well on the ground when I am locked in the cell for so long."       is at risk for the development of worsening depression and loneliness, and the health consequences of each. This risk is somewhat mitigated by the fact that       is now allowed some outdoor exercise in an area where he can walk.

is a 58 year old male prisoner at Eyman-SMU who uses a wheelchair. His medical records from 12/18/12 indicate that he has functional limitations with ambulation and that he has a wheelchair that he needs to use 95% of the time and that he needs assistance with ambulation. On 7/19/13 he was seen by a registered nurse for evaluation of back pain due to a fall in his cell. The medical chart indicates that the nurse was unable to assess posture or gait because the patient was in a wheelchair. The recommendations include that he needs an ADA cell or a walker in his cell. On my visit,       was housed on a tier with no ADA shower so he has to pull himself up into the shower over the shower lip on the floor, which I saw and estimate to be approximately 6-8 inches high. He states that a PA ordered a

16

shower chair for him in January 2013 but he still had not received it when I visited him. He stated that he has fallen multiple times in the shower and when lifting himself off of his toilet. In addition to their small size, the Eyman-SMU exercise enclosures do not have any grab bars, any place to sit or rest, or any other accommodation that would make them usable for ▮▮▮▮. His cell does not have grab bars in it, and I did not see a walker. He states "they won't give me a walker so I can't exercise like I did (with a walker) at the hospital." "I would just like to feel safe and not fall that is all." He stated that he only gets out of his cell 1-2 times per month to take a shower because he is afraid of falling. ▮▮▮▮ is at current and future risk of worsening functional decline and falls and the adverse health consequences of each, which would be mitigated if he were in an ADA cell and if he had regular access to exercise so that he could practice walking, balance, and muscle strengthening.

▮▮▮▮ is a 62 year old male prisoner at Eyman-SMU who has severely uncontrolled diabetes with frequent episodes of severe dizziness, headaches and uncontrolled hypertension, and chronic renal insufficiency. He stated "if you can't do jumping jacks and push-ups there ain't nothing you can do for exercise." During one of his episodes of dizziness a clinician noted that (6/21/13) that "when he stands he is unstable, his gait is abnormal." He is at present and future risk for worsening diabetes, hypertension and deconditioning due to a lack of exercise; the exercise enclosures in Eyman-SMU are too small to allow sustained walking. This risk would be mitigated if he had regular access to an appropriate exercise venue where he could walk distances.

In addition, ▮▮▮▮ has evidence of severe headaches in his medical chart since at least 11/28/12 when he placed an HNR that stated "what are you going to do about my head hurt for 3 months now. I'm a diabetes (diabetic)." On 11/29 the patient was placed on the doctor's line. He was seen on 12/20/12 (I was not able to find the note from this encounter in the medical chart when I was there.) On 1/20/13 ▮▮▮▮ put in another HNR that stated "I'm taking (10) ten Tylenol a day now. Please help me. I need to see the doctor not a nurse line. Thank you I have high blood pressure and am diabetes (diabetic)." The response to the HNR stated "you have seen the provider recently we'll place you on the doctor's line again. Thank you." On 3/2/13 ▮▮▮▮ again writes that he is taking 10 Tylenol per day. On 6/16/13 ▮▮▮▮ appears to have been seen at his cell. His blood pressure is elevated at 160/98 and his blood sugar is elevated at 229. The note states "patient refused to get out of bed stating too dizzy to stand up and I already fell once about an hour ago. Thinks he ate something bad this morning. Very anxious feels like vomiting. Wants a shot of Benadryl." The nurse takes a voice order for a shot of Phenergan for nausea. The next day, 6/17/13, ▮▮▮▮ is brought to the health unit with dizziness where he is seen by a nurse. He is in a wheelchair and too dizzy to walk. His blood pressure is very elevated at 180/94. No exam is documented. Another voice order is received for a Phenergan injection. On 6/21/13 he is again seen; this time his blood pressure is still elevated at 170/90, he states "I am very dizzy it feels like I have just gotten off a merry go round. I have fallen twice since yesterday. I have been drinking lots of water. I think I ate something bad." The notes indicate that he is again brought in by wheelchair; when he stands he is unstable, his gait is abnormal, his mucous membranes are moist. He is dizzy when he turns his head. There is no other exam noted. The physician is again called and gives a voice order for 1 liter of fluid, a Phenergan injection and to check the patient for ketones in the evening. I see no evidence of the ketones being drawn. The notes

17

indicate that the patient complained again on 6/30/13 of headache and again on 7/1/13. When he is seen on 7/2/13 the medical note does not mention headache or dizziness. Many of his medications for diabetes and hypertension are stopped because "patient complains on too many medications states he stopped taking them." His labs are drawn on 8/8/13 and his diabetes has worsened – his hemoglobin A1C has risen from 10.2 to 11. The note states "schedule with HCP within one week;" he is seen on 8/14/13 by a nurse. No plan appears to be made other than to follow up in one month.

The quality of care for ▮▮▮▮▮ as outlined here falls far below the standard of care. ▮▮▮▮▮ is a very poorly controlled diabetic with hypertension. Complaints of severe headaches need to be evaluated quickly by a clinician to ensure that they are not representing hyperglycemic or hypoglycemic episodes, hypertensive emergencies, or diabetes-related eye emergencies that could lead to blindness. Any of these could be dangerous to his health. This evaluation should be done urgently – ideally on the same day. However, ▮▮▮▮▮ waited weeks and sometimes months for evaluation. In addition, the maximum dose of Tylenol is 4000mg per day and any dose in excess can cause liver failure and death. Although ▮ ▮▮▮▮▮ was writing notes to medical staff indicating that he was taking 5000mg per day, still he was not seen urgently. Despite reporting that he fell from dizziness and was unable to walk, no physical exam (other than vital signs) was documented on two occasions. On the third such occasion a very rudimentary exam was performed and was limited to evaluation of his gait and mucous membranes. This is very far below the standard of care, since his symptoms could have reflected many serious, life-threatening conditions including myocardial infarction (heart attack), diabetic ketoacidosis, and stroke, to name a few. The decision to take a patient with very poorly controlled diabetes and hypertension off medications requires a long conversation about the risks and benefits of such a decision and evidence that the clinician assessed the patient's ability to understand the decision he was making. The notes do not reflect such a discussion. This also falls far below the standard of care. By the time of my visit in August 2013, there did not appear to be a plan in the medical chart to restart his medications nor to follow up on his months of headaches. ▮▮▮▮▮ ▮▮▮▮▮ is at immediate risk of harm from medical care that falls far below the standard approach to management of a patient with uncontrolled diabetes, hypertension, and severe headaches.

▮▮▮▮▮ is a 60 year old male prisoner at Eyman-SMU who has diabetes. He stated that he has "been in the hole" a little over a year this time. He stated that he never goes outside because it is too hot. In addition, he has a hearing impairment and stated "the hearing is worse here because it is loud all the time, people are yelling, swearing to bother people and neighbors." Because of the noise ("it is loud all night") and incontinence, he is up 3-4 times a night and does not sleep well. He gets out of his cell to the shower 3 times per week. He states that he is in a unit where the prisoners are supposed to get out to a recreation yard twice per month but we are "lucky if we get out every three months – not to the rec pen, I mean the real outside." ▮▮▮▮▮ is at present and future risk of worsening diabetes and its consequences, including mortality, and functional impairment. These risks would be mitigated if he had access to an appropriate exercise area and an environment more conducive to sleep.

▮▮▮▮▮ is a 41 year old woman with diabetes, hypertension and hyperlipidemia, housed in the Lumley SMA at Perryville. She states she has not had an eye exam with an eye doctor this year (the standard of care is an eye exam for all diabetics annually to prevent blindness). She

stated that "if I were on the GP (General Population) yards I would go outside, but here you are in cages and you can't walk away. On the GP yards I could walk away." As previously noted, most of the exercise areas at Lumley-SMA are too small to permit sustained walking.         is at present and future risk of medical harm from uncontrolled diabetes. This risk would be mitigated with access to an exercise yard where she could walk and with regular access to eye care.

## C. Risk of infectious disease

While interviewing ████████████████, at Florence-Kasson Unit, he told me that he sleeps on the floor because his mattress has severe cracks in it and he is fearful that this could spread disease. I observed his mattress and it was in fact severely cracked, almost shredded. Severely cracked mattresses do pose an immediate risk of transmission of infectious disease, including MRSA. I also observed cracked fabric on the chairs in the medical evaluation room at the Lumley SMA at Perryville, which pose an immediate risk of transmission of infectious disease, especially in a medical area.

## VII. CONCLUSION

For all of the reasons set forth in this report, it is my opinion that isolated confinement as practiced in ADC poses a substantial risk of serious harm, including increased morbidity and mortality, to prisoners of older age, with chronic medical conditions, and/or with physical disabilities.

19

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Dated this 8th day of November, 2013, at San Francisco, California.

BRIE WILLIAMS, M.D., M.S.

20

# Exhibit A

**Brie Williams, MD, MS**
**Associate Professor of Clinical Medicine**
**University of California, San Francisco**
**Division of Geriatrics**
3333 California Street Box 1265, Suite 380
San Francisco, CA 94143-1265
Phone: (415) 514-0720 Email: brie.williams@ucsf.edu

## Education

| | | | |
|---|---|---|---|
| 1990-94 | Wesleyan University, Middletown, CT | B.A. | American Studies |
| 1993 | Universidad Catolica, Santiago, Chile | | Semester Abroad |
| 1995-99 | Mount Sinai School of Medicine - CUNY, NY | M.S. | Community Medicine |
| 1995-99 | Mount Sinai School of Medicine, NY, NY | M.D. | Medical School |
| 1999-02 | University of California, San Francisco | | Internal Medicine Internship and Residency |
| 2004-05 | University of California, San Francisco | | Geriatrics Clinical Fellowship |
| 2005-07 | University of California, San Francisco | | Geriatrics Research Fellowship |
| 2005-06 | UCSF Dept. of Epidemiology and Biostatistics | | Advanced Training in Clinical Research |
| 2007 | Hartford Interdisciplinary Scholars | | Communications Training |
| 2010-13 | UCSF K-Scholars Program | | Additional Training in Clinical Research |

## Licensure and Certification

| | |
|---|---|
| 2000 | Physician's and Surgeon's Certificate, Medical Board of California |
| 2002,12 | Internal Medicine, American Board of Internal Medicine |
| 2005 | Subspecialty in Geriatric Medicine, American Board of Internal Medicine |
| 2006,12 | Subspecialty in Hospice and Palliative Care, American Board of Internal Medicine |

## Principal Positions Held

| | | |
|---|---|---|
| 2002-04 | University of California, San Francisco | Clinical Instructor of Medicine |
| 2004-now | San Francisco VA Medical Center | Staff Physician |
| 2007-11 | University of California, San Francisco | Assistant Professor of Medicine |
| 2010-now | San Francisco VA Medical Center | Medical Director, Geriatrics Clinic |
| 2011-now | Program for the Aging Century | Associate Director, Discovery & Communication |
| 2011-now | University of California, San Francisco | Associate Professor of Clinical Medicine |

## Other Positions Held Concurrently

| | | |
|---|---|---|
| 2001-05 | Marin General Hospital, Greenbrae, CA | Hospitalist – per diem |
| 2005-07 | Lumetra Quality Improvement Organization | Physician Reviewer, Medicare Quality |
| 2007-09 | San Quentin Prison Geriatrics Consultation and Teaching Service | Director and Founder |
| 2008 | San Francisco Elder Abuse Forensic Center | Forensic Geriatrician |
| 2009-now | UCSF/UC Hastings Consortium on Law, Science & Health Policy | Consortium Faculty Member |

## Honors and Awards

| | |
|---|---|
| 1993 | The Humanities and Medicine Program, Mount Sinai School of Medicine, NY |
| | One of twenty students selected as college sophomores for early admission to medical school |
| 1996 | Patricia Levinson Summer Research Grant, Mount Sinai School of Medicine, NY |
| 1997 | Community Medicine Research Grant, Mount Sinai School of Medicine, NY |
| 1998 | The George James Research Travel Grant, Mount Sinai School of Medicine, NY |
| 1998 | Alpha Omega Alpha, Mount Sinai School of Medicine, NY |
| 1999 | Janet M. Glasgow Award, AMWA award for scholastic achievement |
| 1999 | George James Epidemiology Award, Mount Sinai School of Medicine, NY |
| 2002 | Floyd Rector Clinical Science Research Award (Best Resident Research), UCSF |
| 2006 | Presidential Poster Session, American Geriatric Society |

2006   Outstanding Fellow Research Award, California Society of General Internal Medicine
2007   Hartford Geriatrics Health Outcomes Research Scholars Award
2007   Best Geriatrics Oral Abstract Presentation, Society of General Internal Medicine
2008   Brookdale Leadership in Aging Fellowship
2008   Best Health Policy/Health Services Research Poster, American Geriatric Society
2008   The Community Recognition "In the Trenches" Award, Bayview/Hunter's Point Senior Center
2009   Merck / American Geriatrics Society New Investigator Award
2010   Society of General internal Medicine - Geriatric Abstract Award (Senior Author on abstract)
2010   Mentor of the Year Award - Medical Student Training in Aging Research (MSTAR), UCSF
2010   Lieberman Scholar Award – "for work relevant to geriatrics from a multicultural perspective"
2010   UCSF Dean's Student Research Award (Senior Research Mentor for awardee)
2011   MSTAR Best Student Researcher (Senior Research Mentor for awardee)
2012   American Geriatrics Henderson Student Award (Senior Research Mentor for awardee)
2013   Best Oral Abstract, California Society of General Internal Medicine (Senior Mentor for awardee)
2013   Geriatrics Abstract Award, Society of General Internal Medicine (Senior Mentor for awardee)
2013   Best Health Policy Oral Abstract, American Geriatric Society (Senior Mentor for awardee)

## PROFESSIONAL ACTIVITIES
### Clinical Duties

Medical Director, San Francisco VA Medical Center Geriatrics Clinic

Duties include running a weekly trainee conference, weekly attending in clinic, coordinating patient panels and schedules of 10-15 faculty and trainees, managing distance e-consults, assessing and triaging in-person consultation requests, measuring and enhancing quality of care, developing educational opportunities for trainees

Attending, San Francisco VA Medical Center ACE Unit

I attend on the VA Acute Care for the Elderly (ACE) Unit for 2-4 weeks annually where I lead an interdisciplinary team of medical students, internal medicine residents, geriatrics fellows, nurses, nursing assistants, and physical and occupational therapists in the care of hospitalized older adults

Attending, Palliative Care Consultation Service

I attend on the Palliative Care and Hospice Consultation Service at the San Francisco VA for 0-4 weeks per year depending on division needs. Duties include working in partnership with a nurse practitioner and supervising a fellow, medical student and medicine intern, and providing consultation in a multidisciplinary palliative care team

Attending, Outpatient Clinic

I attend every other week in the San Francisco VA Medical Center Geriatrics Clinic. When I was a Clinical Instructor in General Internal Medicine I attended in outpatient primary care clinic 3.5-days/week and precepted medical students and residents in clinic 1.5-days/week

Founder and Director, San Quentin Geriatrics Consultation and Teaching Service

I created and directed this demonstration consultation service at San Quentin Prison as part of a contract between the UCSF Department of Family and Community Medicine and the California Department of Corrections and Rehabilitation. I attended on the consult service 2 days per month teaching a Family Practice Residents and medical students from 2007-2009 until the contract with the Department of Corrections and Rehabilitation ended in 2009

Attending, San Francisco General Hospital ACE Unit

I attended on the San Francisco General Hospital (SFGH) Acute Care for the Elderly (ACE) Unit for 4 weeks per year from 2007-09 where I led an interdisciplinary team of medical students, nurses, nursing assistants, and physical and occupational therapists in the care of hospitalized older adults

Forensic Geriatrician

I served as the geriatrician for the San Francisco Elder Abuse Forensic Center in 2008, a multidisciplinary effort between the District Attorney, Adult Protective Services, UCSF and the San Francisco Police Department to address likely cases of elder abuse in San Francisco (1 day/wk)

Attending, Geriatrics Inpatient Consultation Service

> I attended on the Inpatient VA Geriatrics Consultation Service 4-6 weeks per year, supervising geriatrics fellows from 2005 until the service ended in 2008

## Professional Organizations
Memberships

| | |
|---|---|
| 2002-now | Society of General Internal Medicine |
| 2004-now | American Geriatrics Society |
| 2013-now | American Academy of Hospice and Palliative Medicine |

Service to Professional Organizations and Foundations

| | | |
|---|---|---|
| 2007 | The Jacob and Valeria Langeloth Foundation | External Grant Reviewer |
| 2007-now | Geriatrics Task Force, Society of General Internal Medicine | Member |
| 2008-09 | Distinguished Professor of Geriatrics Planning Committee, Society of General Internal Medicine | Committee Chair |
| 2009-10 | Distinguished Professor of Geriatrics Planning Committee, Society of General Internal Medicine | Member |
| 2010-now | Health in the Criminal Justice System Interest Group Society of General Internal Medicine | Member |
| 2011 | University of Utah Center on Aging Pilot Grant Program | External Grant Reviewer |
| 2011-now | NIH Loan Repayment Program Ambassador at UCSF | Volunteer Mentorship |
| 2012 | Faculty of Medicine; University of Geneva, Switzerland | Promotions, External Reviewer |
| 2012 | Aging/Geriatrics Research, Society of General Internal Medicine | Research Abstract Reviewer |
| 2012 | Designing Clinical Research, UCSF Clinical and Translational Science Institute | External Protocol Reviewer |
| 2012 | Aging/Geriatrics Research Section, Society of General Internal Medicine Annual Meeting | Judge, Best Geriatrics Abstract |
| 2012 | United Kingdom Marie Curie Cancer Care Research Committee | External Grant Reviewer |
| 2012 | The Institute of Medicine and the National Academy of Sciences, *Workshop on Incarceration and Health* | Invited Workshop Member |
| 2013 | The Institute of Medicine and the National Academy of Sciences, *Workshop on Incarceration and Health* | Reviewer, Workshop Summary |

## Service to Professional Publications

| | | |
|---|---|---|
| 2005-now | Journal of Hospice and Palliative Care | Ad-Hoc Reviewer |
| 2008-now | Journal of Correctional Health Care | Ad-Hoc Reviewer |
| 2009-now | Archives of Internal Medicine | Ad-Hoc Reviewer |
| 2012-now | American Journal of Public Health | Ad-Hoc Reviewer |
| 2013-now | Sexually Transmitted Infections | Ad-Hoc Reviewer |
| 2013-now | Criminal Behaviour and Mental Health | Ad-Hoc Reviewer |

## Invited Presentations and Symposia

International Invited Presentations

| | |
|---|---|
| 2011 | WHO Collaborating Centre for Prison Health International Conference on Prisoner Throughcare, Abano Terme, Italy *"The Older Prisoner: Addressing Salient Health, Functional and Social Needs of Older Adults in the Criminal Justice System and after Release"* (Keynote Address) |
| 2012 | Copenhagen Prisons Medical Department and European WHO Health in Prisons Project, Copenhagen, Denmark. *"Optimizing Healthcare for Older Prisoners"* (Invited Presentation) |

## National Invited Presentations

2005   The Annual Meeting of the Society of General Internal Medicine, *"Equal access to poor pain control at the end of life"* (Oral abstract presentation) New Orleans, LA.

2006   American Public Health Association Meeting *"Being old and doing time: Functional impairment and adverse experiences of geriatric female prisoners"* (Oral abstract presentation) Boston, MA.

2007   Grantmakers in Aging, *"Aging Prisoners: An Overlooked Geriatric Population"* (Invited talk and roundtable leader) San Diego, CA.

2007   California Endowment's Center for Healthy Communities: Meeting entitled *"California's Aging Prisoners: Where Do We Go from Here?"* (Invited panel discussant) Los Angeles, CA.

2007   Veterans Administration Employee Education Service/Homelessness Prevention and Incarcerated Veterans Program, *"Aging veterans in prison and after release"* (Invited Lecture) Baltimore MD.

2007   CME Correctional Medical Conference, University of Texas Medical Branch, *"Aging in prison: The fundamentals of geriatric medicine"* Houston TX.

2007   The Annual Meeting of the Society of General Internal Medicine, *"Caregiving Behind Bars: The role of correctional officers in geriatric prisoner healthcare"* (Oral abstract) Toronto, Canada

2008   Geriatrics Grand Rounds, Weill Medical College of Cornell University, *"When geriatrics and the law collide: Older adult contact with the legal system"* (Invited Presentation) New York, NY.

2008   Annual Meeting of the American Public Health Association, *"Can federal receiverships cure prison (non)healthcare?"* (Invited panel discussant) San Diego, CA.

2009   Society of Correctional Physicians Conference on Aging Inmates, *"Gaps in Knowledge Regarding Care for the Elderly Prisoner"* (Plenary talk) Orlando, FL.

2010   The Annual Meeting of the Society of General Internal Medicine, *"Wealth and the appropriate use of PSA screening among older men"* (Oral abstract presentation), Minneapolis, MN.

2011   Probate and Mental Health Institute, Center for Judicial Education and Research of the Administrative Office of the Courts *"Memory Loss in Elders and the Dynamics of Aging,"* San Ramon, CA.

2011   Leadership Symposium in Correctional Healthcare, John Jay College of Criminal Justice, *"The Crisis of Aging in Corrections"* New York, NY.

2011   The Annual Meeting of the Society of General Internal Medicine, *"The Mortality Risk for Older Adults Released from Prison"* (Oral abstract presentation) Phoenix, AZ.

2012   The Winter Series on Aging at The University of Texas, Medical Branch (Visiting Professor), *"Addressing the Aging Crisis in Correctional Healthcare"* Galveston, TX.

2012   The Dean's Lecture Series, Northeastern University (Visiting Professor), *"Criminal Justice Healthcare in the Aging Century"* Boston, MA.

2012   The Annual Meeting of the Society of General Internal Medicine (Invited Presentation and Panelist), *"Secondary Data Analysis in a Data Free Zone: Lessons Learned from Correctional Healthcare Research"* in the panel "Using Secondary Data to Study Vulnerable Populations" Orlando, FL.

2013   The Forensic Mental Health Association of California. Forensic Mental Health Across the Spectrum of the Criminal Justice System. (Invited Guest Lecturer), *"The Mental Health of Older Adults in the Criminal justice System."* Monterey, CA.

2013   The Center for Prisoner Health and Human Rights at Brown University Medical School (Visiting Professor), *"The Older Prisoner: Using research and policy to address the aging crisis in criminal justice healthcare,"* Providence, RI.

## Regional and Other Presentations

2002   San Francisco General Hospital and San Francisco VA Medical Center, Internal Medicine Noon Conference. *"We are what we eat: Examining the health effects of the meat and potatoes of the American food supply"*

2005   Centerforce Annual Summit, *"Aging and Prison"* (Plenary talk) San Francisco CA.

2006   Medical Ethics Elective, College Preparatory High School, Oakland, CA. *"Medical Ethics"*

2007   UCSF Geriatrics and Public Health Interest Groups, Lunchtime Lecture, *"The public health consequences of an aging prisoner population"*

2008   San Quentin Prison, Physician CME Meeting, San Quentin, CA. *"Aging in prison: Some fundamentals of geriatric care"*

2008   UCSF Geriatrics Grand Rounds, *"When geriatrics and the law collide: Older adult contact with the legal system"*

2009   San Francisco County Jail, Healthcare Provider Education Meeting, *"What every jail healthcare provider should know about geriatrics"*

2009   UCSF Interprofessional Aging and Palliative Care Elective, *"Care of the underserved: Prison geriatrics"*

2011   San Francisco County Jail, Mental Healthcare Provider Meeting, *"Aging and mental health in the criminal justice system"*

2011   UC Hastings College of the Law, Co-Organizer and Panel Moderator, *"Prisons as Food Deserts"* part of the conference "Food Deserts: Legal, Social and Public Health Challenges"

2011   San Francisco Transdisciplinary Roundtable, *"Older Adults and Realignment: A Consideration of Potential Risks and Benefits Posed by California's New Criminal Justice Policy"* (Organizer and Main Speaker)

2011   The Prison Law Office, Attorney Training Session, Berkeley, CA. *"The Older Prisoner: Aging and Health in the Criminal Justice System"*

2011   San Francisco Police Academy, Police Crisis Intervention Training *"Aging and Health: Preparing the Police Force for the Century of Aging"*

2012   San Francisco Office of the Public Defender *"The Criminal Justice System in the Century of Aging"* San Francisco, CA

2008   Pre-trial Diversion Program *"Aging, Health and Social Services in the Criminal Justice System: Preparing for the Century of Aging"* San Francisco, CA

2012   San Francisco District Attorney's Office *"Health and Cognitive Considerations of Older Adults who are Victims or Perpetrators of Crime"* San Francisco, CA.

2012   The Dr. Benjamin Lieberman Memorial Scholar Awardee Lecture, UCSF Geriatrics Grand Rounds, *"The Older Prisoner: Addressing the Aging Crisis in Criminal Justice Healthcare"* San Francisco, CA.

2012   UCSF Center for AIDS Prevention Studies (CAPS), Panelist and Presentation in *"Aging, HIV and other Emerging Health Issues in Correctional Populations"* San Francisco, CA

2012   MSTAR - Meet the Professor, One-on-One meeting with first year medical students interested in policy-driven aging research. UCSF Division of Geriatrics, San Francisco, CA.

2012   San Francisco County Jail, Clinician Academic Meeting, *"Optimizing Health of the Older Jail Inmate"* San Francisco CA.

2012   Bay Area Clinical Research Symposium, "Evaluating a Modified Informed Consent for Older Adults in *Correctional Research"* (Oral Abstract Presentation), San Francisco CA.

2013   San Francisco General Hospital – UCSF Primary Care Internal Medicine Residency "Aging in the Criminal Justice System" (Class Lecture), San Francisco, CA.

2013   UCSF Medicine Grand Rounds at San Francisco VA Medical Center "Addressing the Aging Crisis in the US Criminal Justice System" San Francisco, CA.

### Government and Other Professional Service

| | | |
|---|---|---|
| 2005-06 | Lumetra / California Department of Corrections | Geriatric Prison Healthcare Consultant |
| 2006-08; 2013-now | Holland and Knight and Squire Sanders LLP Angola Prison, LA *Wilkerson, et al. vs. Stalder, et al.* | Expert / Geriatrics Consultant |
| 2007 | Abt Associates | Geriatric Prison Healthcare Advisor |
| 2007 | Department of Justice, Civil Right Division Seattle King County Jail | Assistant Healthcare Consultant |
| 2008 | ACLU of Southern California and the Disability Rights Legal Center, Los Angeles, CA *Johnson, et al vs. LA Sheriff's Department, et al.* | Prison Healthcare Consultant |
| 2008 | Hunton and Williams, LLP, Atlanta, GA *Miller vs. King, et al.* | Expert / Consultant |

| 2008-10 | RAND Health – Los Angeles, CA | Content Expert |
| | *Establishing a Sustainable Quality Measurement* | |
| | *System for California Prisons* | |
| 2009-11 | University of Denver Student Law Office | Expert Examiner / Consultant |
| | *Silverstein vs. Federal Bureau of Prisons, et.al.* | |
| 2009 | Office of the Independent Medical Monitor, MI | Prison Healthcare Consultant |
| 2011 | Human Rights Watch, NY | Geriatrics and Prison Health Advisor |
| 2013-now | The ACLU National Prison Project, ACLU - | Expert / Geriatrics Consultant |
| | Arizona, and the Prison Law Office, CA | |
| | *Parsons vs. Ryan* | |

## UNIVERSITY AND PUBLIC SERVICE

### University Service

Departmental Service

| 1993-94 | Senior Admissions Interviewer, Wesleyan University Admission Selection Committee |
| 1998-99 | Student Admissions Officer, Mount Sinai School of Medicine Admissions Committee |
| 2001-02 | Member, Internship Selection Committee, Department of Medicine, San Francisco General Hospital Primary Care Program |
| 2002-04 | Member, Quality Improvement Committee, Department of Medicine |
| 2004-07 | Member, Geriatrics Education Committee, UCSF Division of Geriatrics |
| 2007-08 | Member, Task Force on Incarcerated Veterans, San Francisco VA Medical Center |
| 2008 | Chair, Geriatrics Division Workload Committee |
| 2008 | Member, Geriatrics Division Administrator Search Committee |
| 2008-10 | Member, Clinical Research Subcommittee, San Francisco VA Medical Center |
| 2009-13 | Course Coordinator, Geriatrics Grand Rounds, UCSF Division of Geriatrics |
| 2009-now | Coordinator, UCSF Division of Geriatrics Visiting Professor Program |
| 2010-now | Elected Member, UCSF Division of Geriatrics Chief's Council |
| 2014 | Chair, Selection Committee for the Lieberman Scholar Award, UCSF Division of Geriatrics |
| 2013- now | Member, Geriatrics Grand Rounds Curriculum Committee |

### Public Service

| 2003-04 | Board Member, AIDS Legal Referral Panel, San Francisco |
| 2005-06 | Geriatric Consultant, Legal Services for Prisoners with Children, San Francisco |
| 2006 | Geriatric Consultant, Senior Ex-Offenders Program, San Francisco |
| 2006-08 | Council Member, San Francisco Safe Communities Re-Entry Council |
| 2012-now | Parent Tour Guide, The San Francisco Day School |

## TEACHING AND MENTORING

### Formal Scheduled Classes for UCSF Students

| Academic Yr | Course Title | Teaching Contribution | Class Size |
|---|---|---|---|
| 2004-07, 2009-10 | N203: End of Life Care across Practice Settings (Geriatric Palliative Care) | Lecturer; 1 Lecture per year | 25-40 |
| 2005-07 | M170.01A: Prison Health Elective (Aging in Prison) | Lecturer; 1 Lecture per year | 20-40 |
| 2004-05, 2009-now | IDS 107: Life Cycle (Ethics, Pharmacology in Older Adults) | Discussion Group Leader, 2 2-hr sessions per year and 1½ hour faculty development meeting | 15-20 |
| 2009-10,13 | Intersession Clinical Decision Making "Applying Clinical Prediction Rules and Finding Clinical Guidelines" | Small group leader, 1½ hour Session and 1 hour faculty development meeting | 15 |

| 2009-10 | Intersession Clinical Decision Making "Evaluating Evidence from Meta-analyses" | Small group leader, 1½ hour Session and 1 hour faculty development meeting | 15 |
| 2009-10 | 170.32: UCSF Interprofessional Aging and Palliative Care Elective (Care of the Underserved – Prison Geriatrics | Lecturer; 1 lecture per year | 65 |
| 2010-11 | Biomedical Ethics | Small group leader and critical review of 10-15 ethical case vignettes | 10-15 |

## Pre-Doctoral Students Supervised or Mentored

| Name – available upon request | Position | Mentoring Role | Current Position | Dates |
|---|---|---|---|---|
| RL | Medical Student, MPH Student | Research Mentor – <br>• UCSF Dean's Summer Research Fellowship – Primary Mentor <br>• Abstract #4 <br>• Manuscript #23 | Medical Student | 2008-2011 |
| VS | Medical Student | Research Mentor <br>• MSTAR Primary Mentor (American Federation of Aging Research) <br>• UCSF Dean's Student Research Award <br>• 2010 MSTAR Best Student Researcher <br>• Manuscript #28 <br>• American Geriatrics Society Henderson Student Award | Resident | 2009-now |
| CA | Pre-Med Student | Research Mentor <br>• Manuscript #27 <br>• Abstracts #7, #10 <br>• NIDA Fellowship (2012, 2013): Academic and Health Policy Correctional Health Conference | Clinical Research Coordinator | 2010-now |
| AD | Medical Student | Research Mentor <br>• MSTAR Primary Mentor (American Federation of Aging Research) <br>• Abstract #11 <br>• Mount Sinai School of Medicine Student Research Day (Poster Presentation) <br>• SGIM Geriatric Abstract Award | Medical Student | 2012-now |

## Postdoctoral Fellows and Residents Directly Supervised or Mentored

| Name | Position | Mentoring Role | Current Position | Dates |
|---|---|---|---|---|
| BC | Medicine Resident | Research Mentor <br>• Abstract #6 <br>• 1-month one-on-one research elective (2010) <br>• SGIM Geriatric Abstract Award <br>• Manuscript #31 | Palliative Care Attending | 2009-now |
| TS | Medicine Resident | Career Advisor <br>Palliative Care Attending <br>Research Advisor <br>• 1-month one-on-one research elective (2012) <br>• Abstract # 9 <br>• Senior Mentor – Best Oral Abstract California SGIM | Geriatrics Clinical Fellow | 2009-now |

| | | • SGIM Geriatric Abstract Award | | |
|---|---|---|---|---|
| AH | Geriatrics Fellow | Career Advisor<br>Research Mentor<br>• Abstract #5; Poster presentation in Best Clinical Vignettes Session at national meeting | Junior Faculty, Geriatrics | 2009-2010 |
| AC | Research Fellow | Research Mentor<br>• Abstract #12 | Geriatrics Research Fellow | 2012-now |
| RB | Research Fellow | Research Mentor<br>• Abstract #13<br>• Best Health Policy Oral Abstract, American Geriatrics Society | Junior Faculty, Geriatrics | 2012-now |

## Informal Teaching

| | |
|---|---|
| 2002 – 2004 | Attending, Mount Zion Primary Care Medicine Resident Outpatient Clinic (1-2 days/wk) |
| 2002 – 2004 | Attending, UCSF Medical Student Longitudinal Clinical Experience Clinic (½ day/wk) |
| 2003 – 2004 | Site Director, Family and Community Medicine, UCSF Medical School, Mount Zion Clinic |
| 2003 – 2004 | Faculty Ombudsperson, 3rd year residents, UCSF Primary Care Residency |
| 2005 – 2006 | Attending, Geriatrics Outpatient Clinic (½ day/ wk, currently backup coverage) |
| 2005 – 2008 | Attending, Geriatric Consult Service (1 month/yr) |
| 2005 – 2011 | Attending, Palliative Care Consult Service (2-4 wks/yr) |
| 2007 – 2009 | Attending and Curriculum Development, San Quentin Geriatrics Consultation and Teaching Service (2.0 days/mo) |
| 2008 | Attending, San Francisco General Hospital, Hospital Wards (2 wks/yr) |
| 2008 – 2009 | Attending, San Francisco General Hospital ACE Unit (4-6 wks/yr) |
| 2010 – now | Attending and Director, San Francisco VA Medical Center Geriatrics Clinic (1 day/wk) |
| 2010 – now | Director, Fellows Clinic Conference, VA Medical Center Geriatrics Clinic (1 day/wk) |
| 2011 – now | Attending, San Francisco VA Medical Center ACE Unit (2-4 wks/yr) |

## Teaching Awards

2010   Senior Mentor, Presidential Poster Session, American Geriatric Society
Senior author and mentor on Dr. Angela Hsu's abstract "*When Caring Costs More*"

2010   Senior Research Mentor, Oral Abstract and Geriatric Abstract Award, Society of General internal Medicine – for Dr. Bonnie Chen's abstract "*Self-Reported Social Standing: A simple subjective measure of SES predicts functional decline in older adults*"

2010   Senior Research Mentor - UCSF Dean's Student Research Award - for Medical Student Vivien Sun's project "How Safe is Your Neighborhood? Perceived neighborhood safety and its association with functional decline and mortality in older adults selected for the highest medical student research honor at UCSF

2010   Mentor of the Year Award - Medical Student Training in Aging Research (MSTAR), UCSF (MSTAR is the Medical Student Training in Aging Research Program supported by NIA and the American Federation for Aging Research)

2011   Senior Research Mentor, MSTAR Best Student Researcher - for Medical Student Vivien Sun's project "How Safe is Your Neighborhood? Perceived neighborhood safety and its association with functional decline and mortality in older adults" selected as the best MSTAR project 2010

2012   Senior Research Mentor, American Geriatrics Society Henderson Student Award (Senior Mentor for student awardee)

2013   Senior Research Mentor, Best Oral Abstract Presentation, California Society of General Internal Medicine for Chief Resident Tacara Soones' abstract "*My Clients Fall through Every Crack in the System*": Assessing the need for geriatrics health training among legal professionals.

2013   Senior Research Mentor, Geriatrics Abstract Award, Society of General Internal Medicine for Chief Resident Tacara Soones' abstract "*My Clients Fall through Every Crack in the System*": *Assessing the need for geriatrics health training among legal professionals.*

2013    Senior Research Mentor, Geriatrics Abstract Award, Society of General Internal Medicine;
        Medical Student Anna D'Arby's abstract *"Evaluating a Modified Informed Consent for Older Adults
        in Correctional Research"*
2013    Senior Research Mentor, Best Health Policy Oral Abstract Presentation, American Geriatrics
        Society Annual Meeting for Geriatrics Research Fellow Rebecca Brown's abstract *"Hands on the
        Hood, Grandpa: Assessing the Need for Geriatrics Health Training among Police"*

## RESEARCH AND CREATIVE ACTIVITIES
### Research Awards and Grants

Current

NIH Mentored Patient-Oriented Research Career Development Award (K23)
National Institute of Aging
"Health, function, and health outcomes of geriatric prisoners" (1K23AG033102)
Grant Term: 9/1/09 – 8/31/14; Total amount of grant: $743,266

The Jacob and Valeria Langeloth Foundation (PI)
"Designing, piloting and disseminating a model multidisciplinary geriatrics program
to assess and improve the care of older jail inmates"
Grant Term: 7/1/11 – 6/30/14; Total amount of grant: $364,845

National Palliative Care Research Center Pilot Award (PI)
"The Relationship between Distressing Symptoms, Functional Decline and Emergency Services Use
in Older Jail Inmates"
Grant Term: 7/1/13 – 6/30/15; Total amount of grant: $154,000

The UCSF University Community Partnerships Office  (PI)
"The Healthy Transitions for Older Adults in Jail Pilot Project"
Awarded: 4/1/13; Total amount of grant: $2,500

Hartford Geriatrics Health Outcomes Research Program Mini-Grant (PI)
"Case-Based Multidisciplinary Meetings to Improve the Care of Older Jail Inmates."
Awarded 5/1/13; Total amount of grant: $1,500

Past

Lieberman Scholar Award (PI)
"Vulnerable older adults who come into contact with the legal system:  A cross-cultural perspective"
Grant term: 10/1/10 – 9/30/12; Total amount of grant: $10,000

The Brookdale Leadership in Aging Fellowship (PI)
"Assessing the health, functional status and healthcare needs of older adults transitioning from
incarceration to community health systems"
Grant term: 7/1/08 – 7/1/10; Total amount of grant: $250,000

Hartford Geriatrics Health Outcomes Research Scholars Award Program (PI)
"The health, functional status and health outcomes of older adults in prison and after release"
Grant term:  7/1/07-7/1/09; Total amount of grant: $130,000

UCSF Hellman Family Award (PI)
"Assessing and improving health outcomes among incarcerated older adults"
Grant term: 1/1/08 – 12/31/08; Total amount of grant: $40,000

UCSF Hartford Foundation Center of Excellence Physician-Scholar
The Hartford Foundation
Grant Term: 7/1/10 – 6/30/11; Total amount of grant: $34,633

**Peer Reviewed Publications**

1. **Williams B**, Lindquist K, Sudore R, Strupp H, Willmott D, Walter L. Being old and doing time: Functional impairment and adverse experiences of geriatric female prisoners. *J Am Geriatric Soc.* 2006; Apr;54(4):702-7

2. Sudore R, Landefeld C, **Williams B**, Barnes D, Lindquist K, Schillinger D. Use of a modified informed consent process among vulnerable patients: A descriptive study. *J Gen Intern Med.* 2006 Aug; 21(8):867-73

3. **Williams B**, Lindquist K, Moody-Ayers S, Walter L, Covinsky K. Functional impairment, race, and family expectations of death. *J Am Geriatric Soc.* 2006; Nov;54(11):1682-7

4. Lindner S, Davoren JB, Volmer A, **Williams B**, Landefeld CS. An electronic medical record intervention increased nursing home advance directive orders and documentation. *J Am Geriatric Soc.* 2007 Jul; 55(7):1001-6

5. Baillargeon J, Soloway RD, Paar D, Giordano T, Murray O, Grady J, **Williams B**, Pulvino J, Raimer B. End-stage liver disease in a state prison population. *Ann Epidemiol.* Aug 4 2007

6. Pollack C, Chideya S, Cubbin C, **Williams B**, Dekker M, Braveman P. Should health studies measure wealth: A systematic review. *Am J Prev Med.* 2007 Sep;33(3):250-64

7. Sudore RL, Landefeld CS, Barnes DE, Lindquist K, **Williams B**, Brody R, Schillinger D.  An advance directive redesigned to meet the literacy level of most adults: A randomized trial. *Patient Educ Couns.* 2007 Dec;69(1-3):165-95

8. **Williams B**, Lindquist K, Sudore R, Covinsky K, Walter L. Screening mammography in older women: The impact of wealth and prognosis. *Arch Int Med.* 2008 Mar 10; 168(5):514-20

9. **Williams B**, Greifinger R. Elder care in jails and prisons: Are we prepared? *J Correct Health Care.* 2008;14(4):4-6

10. Sudore RL, Schickedanz, AD, Landefeld, CS, **Williams B**, Lindquist K, Pantilat S, Schillinger, D. Engagement in multiple steps of the advance care planning process: A descriptive study of diverse older adults. *J Am Geriatric Soc.* 2008 Jun;56(6):1006-13

11. Baillargeon J, Thomas C, **Williams B**, Begley C, Sharma S, Pollock B, Murray O, Pulvino J, Raimer B. Emergency department utilization patterns among uninsured patients with psychiatric disorders. *Psychiatric Services.* 2008 Jul;59(7):808-11

12. Schickedanz AD, Schillinger D Landefeld CS, Knight SJ, **Williams B**, Sudore RL. A Clinical framework for improving the advance care planning process: Start with patients' self-identified barriers. *J Am Geriatric Soc.* 2009 Jan;57(1):31-9

13. Baillargeon J, Binswanger I, Penn J, **Williams B**, Murray O, Raimer B. The revolving prison door: Psychiatric disorders and repeat incarcerations. *The Am J of Psychiatry.* 2009 Apr;166: 489.

14. Lee S, Sudore R, **Williams B**, Lindquist K, Chen H, Covinsky K. Functional limitations, socioeconomic status and all-cause mortality in moderate alcohol drinkers. *J Am Geriatric Soc.* 2009 Jun;57(6):955-62

15. Sudore RL, Landefeld CS, Pérez-Stable EJ, Bibbins-Domingo K, **Williams BA**, Schillinger D. Unraveling the relationship between literacy, language proficiency, and patient-physician communication. *Patient Educ Couns.* 2009 Jun;75(3):398-402.

16. **Williams B**, Lindquist K, Hill T, Baillargeon J, Mellow J, Greifinger R, Walter L. Caregiving behind bars: Correctional officer reports of disability in geriatric prisoners. *J Am Geriatr Soc.* 2009 Jul;57(7):1286-92.

17. Mehta KM, Stewart AL, Langa KM, Yaffe K, Moody-Ayers S, **Williams B**, Covinsky KE. "Below average": Self-assessed school performance and Alzheimer's disease in the Aging, Demographics, and Memory Study. *Alzheimers Dement.* 2009 Sep;5(5):380-7.

18. **Williams B**, Baillargeon JG, Lindquist K, Walter LC, Covinsky KE, Whitson HE, Steinman MA Medication prescribing practices for older prisoners in the Texas prison system. *Am J Public Health.* 2009 Sep 17. [Epub ahead of print]

19. Baillargeon J, **Williams B**, Mellow J, Harzke A, Hoge S, Baillargeon G, Greifinger R. Parole revocation among prison inmates with psychiatric and substance use disorders. Psychiatric Services. *Psychiatr Serv.* 2009 Nov;60(11):1516-21.
20. Baillargeon J, Snyder N, Soloway R, Paar D, Baillargeon G, Spaulding A, Pollock B, Arcari C, **Williams B**, Raimer B. Hepatocellular carcinoma prevalence and mortality in a male state prison population. *Public Health Rep.* 2009 Jan-Feb;124(1):120-6.
21. Teleki S, Damberg CL, Shaw R, Hiatt L, **Williams B**, Hill TE, Asch SM. The current state of quality of care measurement in California Department of Corrections and Rehabilitation. *J of Corr Health Care.* 2011 Apr;17(2):100-21.
22. Asch SM, Damberg CL, Hiatt L, Teleki S, Shaw R, Hill TE, Johnson BR, Eisenman DP, Kulkarni SP, Wang E, **Williams B**, Yesus A, Grudzen CR. Selecting performance indicators for prison health care. *J of Corr Health Care.* 2011 Apr;17(2):138-49.
23. **Williams B**, McGuire J, Lindsay R, Baillargeon J, Stijacic-Cenzer I, Lee S, Kushel M. Coming home: Health status and homelessness risk of older pre-release prisoners. *J Gen Intern Med* 2010 25(10):1038-44
24. Smith AK, Stijacic Cenzer I, Knight SJ, Puntillo KA, Widera E, **Williams B**, Boscardin J, Covinsky K. The epidemiology of pain over the last two years of life *Ann Intern Med.* 2010 Nov 2;153(9):563-9
25. Castillo L, **Williams B**, Hooper S, Sabatino C, Weithorn L, Sudore R. Lost in translation: The unintended consequences of advance directive law on clinical care. *Ann Intern Med.* 2011 Jan 18;154(2):121-128.
26. **Williams B**, Sudore R, Greifinger R, Morrison RS. Balancing punishment and compassion for seriously ill prisoners *Ann Intern Med.* 2011 Jul 19;155(2):122-127
27. Ahalt C, Binswanger I, Steinman M, Tulsky J, **Williams B**. Confined to ignorance: The absence of prisoner information from nationally representative health datasets. *J Gen Intern Med.* Published online early 16 Sept 2011
28. Sun V, Stijacic Cenzer I, Kao H, Ahalt C, **Williams B**. How Safe is Your Neighborhood? Perceived neighborhood safety and functional decline in older adults *J Gen Intern Med.* Epub date 14 Dec 2011
29. Smith A, **Williams B**, Lo B, Discussing overall prognosis with the very elderly. *N Engl J Med*, 2011. 365(23): p. 2149-51.
30. Chang A, Chur E, Kao H, Kawahara S, **Williams B**. Training clinicians and building systems for an aging century. *San Francisco Medicine.* In Press.
31. Chen B, Covinsky K, Stijacic Cenzer I, Adler N, **Williams B**. Subjective social status and functional decline in older Americans. *J Gen Intern Med.* 2012 27(6) 693-699
32. **Williams B**, Stern M, Mellow J, Safer M, Greifinger R. Aging in Correctional Custody: Setting a policy agenda for older prisoner health. *Am J Public Health.* 2012 Aug;102(8):1475-81.
33. **Williams B**, Goodwin J, Baillargeon J, Ahalt C, Walter L. Addressing the aging crisis in U.S. criminal justice healthcare. *J Am Geriatric Soc.* 2012 Jun;60(6):1150-6.
34. Ahalt C, Trestman RL, Rich JD, Greifinger RB, **Williams B**. Paying the Price: The Pressing Need for Quality, Cost and Outcomes Data to Improve Correctional Healthcare for Older Prisoners. *J Am Geriatric Soc.* In Press

**Non-Peer Reviewed Publications and Other Creative Activities**
Books and Chapters

1. **Williams B**, Abraldes R. Growing older: Challenges of prison and re-entry for the elderly. Chapter in Greifinger R, *Public Health Behind Bars: From Prisons to Communities.* Springer. NY, 2007. 56-72.
2. **Williams B**, Ahalt C, Aronson L. Aging Correctional Populations: Through the Geriatrician's Lens. Chapter in Weisburd D, *The Encyclopedia of Criminology and Criminal Justice.* Springer. NY, In Press

3. **Williams B**, Chang AC, (Co-Editors), *Current Geriatrics Diagnosis and Treatment, 2nd Edition.* McGraw Hill, In Press
4. **Williams B**, Ahalt C, Greifinger R. "The Older Prisoner and Complex Chronic Medical Care", for the textbook *The World Health Organization (WHO) Health in Prisons Project*, In Press.
5. Barry L, **Williams B**. "Understanding The Effects of Criminal Justice Involvement on Older Adults," Chapter in *Current Geriatrics Diagnosis and Treatment, 2nd Edition.* McGraw Hill, In Press.

Other Publications

1. Hill, T. **Williams B**, Lindquist K, Kobe G. Aging inmates: Challenges for healthcare and custody: a report for the California Department of Corrections and Rehabilitation. May, 2006.
2. **Williams B**. Report to the Office of the Independent Medical Monitor: Review of Duane L. Waters Health Center Services, Michigan. April 2, 2009

**Selected Abstracts**

1. Smith C, **Williams B**, Geer E, Rose D. *Palliative care for hospitalized patients with terminal AIDS.* (Poster presentation at 12th World AIDS Conference, Geneva Switzerland, 1999)
2. **Williams B**, Lindquist K, Moody-Ayers S, Walter L, Covinsky K. *Family expectations of death: The role of functional impairment and race/ethnicity.* (Presidential Poster Session, American Geriatrics Society Annual Meeting, Chicago IL, 2006)
3. **Williams B**, Lindquist K, Hill T, Walter L. *Caregiving behind bars: The role of correctional officers in geriatric prisoner healthcare.* (Presidential Poster Session, American Geriatrics Society Annual Meeting, Washington D.C. 2008)
4. Lindsay RG, McGuire J, Kushel M, **Williams B**. *Coming Home: Poor health status and high risk of homelessness for geriatric prisoners.* (Poster presentation, American Public Health Association, Philadelphia PA, 2009)
5. Hsu A, Sudore S, Dougan J, **Williams B**. *When Caring Costs More.* (Presidential Poster Session American Geriatrics Society Annual Meeting, Orlando, FL. 2010)
6. Chen B, Covinsky K, Conell-Price J, **Williams B**. *Self-Reported Social Standing: A simple subjective measure of SES predicts functional decline in older adults.* (Oral presentation at the Annual Meeting of the Society of General Internal Medicine, Minneapolis MN. 2010)
7. Ahalt C, **Williams B**. Paying the Price: The dearth of publicly available prison healthcare cost data. (Poster Presentation at the Annual Meeting of the Society of General Internal Medicine, Orlando FL. 2012 )
8. **Williams B**, Ahalt C, Faigman D. For a Seat at the Table, Bring the Table: A Transdisciplinary Model for Aging-Related Advocacy in Non-Health Policy (Poster Presentation at the American Geriatrics Society Annual Meeting, Seattle WA. 2012)
9. Soones T, Ahalt C, Garrigues S, Faigman D, **Williams B**. "My Clients Fall through Every Crack in the System": Assessing the need for geriatrics health training among legal professionals (Oral Presentation California Society of General Internal Medicine, Los Angeles, CA 2013; Poster Presentation at Society of General Internal Medicine, Denver CO, 2013)
10. Ahalt C, Stijacic Cenzer I, Myers J, **Williams B**. "Post-Traumatic Stress Disorder in Older Jail Inmates" (Poster Presentation at the Academic and Health Policy Correctional Health Conference, Chicago IL. 2013)
11. D'Arby A, Ahalt C, Stijacic Cenzer I, Sudore S, **Williams B**. "Evaluating a Modified Informed Consent for Older Adults in Correctional Research" (Poster Presentation at Society of General Internal Medicine, Denver CO, 2013; Oral Presentation at the Academic and Health Policy Correctional Health Conference, Chicago IL. 2013)
12. Chodos A, Ahalt, Stijacic Cenzer I, Goldenson J, **Williams B**. Factors Associated with Recent Acute Care Use in Older Jail Inmates" (Poster Presentation at Society of General Internal Medicine, Denver CO, 2013)
13. Brown R, Ahalt C, Steinman M, **Williams B**. "Hands on the Hood, Grandpa: Assessing the Need for Geriatrics Health Training among Police" (Poster Presentation at Society of General Internal Medicine, Denver CO, 2013; Oral Presentation American Geriatrics Society Annual Meeting, Grapevine TX, 2013)