# Exhibit B

Perryville.

Lumley unit (SMA) -

yard: Individual rec yards. + mutes. + roof taps. concrete floor.
ball in each two of four units have balls.
per warden each can have a ball.
direct sun through sides.
doors - can hear call out from inside in yard through closed door.
doors are open onto yard w/ enclosures
doors solid - w/ clear window on front of door.

Shower: shower w/ ~6 inch lip at entry; narrow. (P)
(P) temp regulation
when door is shut during shower locked in - closed
in cuff port closed during shower. window is covered. - no grab bars.

MH office & tx area: Counseling / MH center - 4 cages; area attached.

empty cell: 2 windows narrow (P) direct sun - one can be opened by inmate. Most are welded shut x death row ~~open others are welded shut~~ others welded shut to keep cooler per guide.
might light on 24 hrs per Ag
central cooling although little air
→ in progress of welding shut. per Ag.

room: "catch-all": per prisoner sometimes used by chaplain

lower tier - "MH watch"
no curtain on shower in MH watch -

MH watch cell 2 window (one on upstairs) back wall
bed on ground w/ matress (~4-6 inches up from ground.
sink, toilet.
solid metal door + 2 windows on door. top & bottom.

⊕ restraint cell -

Medical room -
biohazard open ~~sharps~~ container -
? no sharps container. noted.
⊕ sink, ⊖ movable privacy screen.
No sharps in open boxes.
cracked chair (waiting chairs).

[REDACTED] (death row inmate - realized at end of cell-front interview).
Every time I ask to go to Medical they see me
on no medicines ; no medical problems.
In room x 9 years -
out once per day outside - 1 hr to rec enclosures -
time varies - if have a lot of people to get outside
rec gets canceled if too hot - not one hour often.
have lived here so long, I hate being strip-searched (not cavity) every
time. too dehumanizing. I don't want to go out & deal w/ that
on ② day - 1 - 15 min ; knock for permission to leave cell

[redacted]

48 yr old.
can go out every other day or maybe it is every day
in SMA x T month.
went out last week - can stay out one hour.
showers every day -

[redacted]

long h/o chronic ear infection
put in HNR -
can talk to c/o thru vents.
hasn't seen family for 4 months - b/c has gotten in trouble -
fearful talking about how she messed up but took away visits felt
too harsh. 4 mnth total punishment.

[redacted]

"I have no medical problems"
talks about others who might have problems in other units - I can't
understand name.

Amlodipine, [illegible], [illegible], [illegible]
In hospital recently - will [illegible] [illegible] later in private.
MR
3 [illegible] room but were converted to 1 room
3 yrs in SMU - going home either Oct or Feb.

42 have DM x 24 yrs -

MR
Insulin-dep DM no eye care for ~2 yrs.
hard time seeing
Hosp. Monday (today is Friday)
Scheduled to see a doctor for (R) eye fixed pupil but never seen.

WD's 3[30] am insulin QD.
WE's 7[30]-9 am insulin QD.
see doctor ~ every 6 mo. policy changed - we used to see every 3 mo.
saw dr recently.
special DM diet - used to get peanut butter sandwich & milk
now snack is 3 saltines.
weekend - no lunch only bfast ([illegible]) & dinner (5pm).
eat in kitchen bfast/lunch/dinner if stage 3. if stage 2 [illegible]
stage 1 in cell.
Once day x 1 hr outside - I don't want to get in trouble b/c
I am level 3 & I don't want to jeopardize it. here
No way to get out of SMU b/c I have [illegible] [illegible].

if I was on GP yards I would go outside but here you are in cages & you can't walk away. On the GP yards I could walk away.
gets very hot during day –
I bought a lamp so I can have light – no lights in cell
some people don't have their own lights.

Unit – Lumley SMA Baker Pod some are double bunk.

[REDACTED] 23 y.o.
water in faucet is hot & it's so hot in here they only pass out iced H2O once/2 x day.
HNR's for MH

[REDACTED]
private interview later today.

[REDACTED]
H2O 2x / day

[REDACTED] ~ last time a/c broke throwing up from heat – ice ticket – 12:30 or around 6pm. 8 times out of 10 – supposed to be at least 12:30 but often (3 1/2 times) 6:30.
we never have balls in rec – we know you are coming b/c we have balls in rec cages! over 100° in cells to open tray.

places take off all night

████████████████

haven't showered in over a week

rec on grass b/c I am allergic to bees but

grass says I am not recvg rec grass.

very neat

but see through her in the room

████████████████

no concers except getting mt in September

████████████████          50 y.

heat problem - see dr every 3 mo. Have a flat.

3-4 x/yr. Mine dose when out of meds - not kept they

fell. Ust head rush Dizzy due to heat

Ihr 20 mi out pr day. in this yard with legs north/avoided trays. My dysrhtc

eat in diving unless on lockdown, rec in general yard. goes to rec daily.

can turn the yrs am, don't take to diving. Bucket H₂O b/c not cold. feeling light headed

(redacted content)

54 y.o.

writing x 5 days for project - on kop wrote inside letter. Didn't have any HNR form

so gave me a different request form for medical - I wrote a letter & a kite.

out td meals & go out on rec - test I can walk around.

Need GMN smh in fall

feet burning cant walk well - toe pushed under other toe.

[redacted] - reported very dehydrated appearing to dr & [illegible] -
I was asked if she had put in an HNR - [illegible]

[redacted] 5 ft 90
put in HNRs when I was sick few months ago
stomach cramps - let me lay on floor for 5 days,
still waiting to see someone - Nurse said I was on nurses line. have to pay 4 dollars every time I put in an HNR even if it's about the same concern.
no falls -
working & school - get rec on weekends. (1hr)
transferred from SMU 1 year ago.
HCV - found out when arrived
I always ask when I see dr even 6 mos I ask for tx but never get it.
hasn't occurred to her to put in an HNR about it b/c always tells the dr. in person

[redacted] no concerns

[redacted] 63 y.o. fibromyalgia, HTN, thyroid ASTR propranolol.
takes a long time to see dr.
HNR this am it will probably be 2 weeks.
headpain, vertigo, nausea – finally put HNR in
yesterday afternoon sat in the cool air – maybe slightly better –
last visit
drinking copious amts of water.
overall care feels comparable to outside but waiting time feels longer here –
was working in education 7:30 → work → lunch → work → 2:30/3:00 pm.
moved here from SMU Nov
was in SMU for sentence related reason 2 yrs SMU
now 3 yrs "closed custody" for 3 yrs then go to medium unit –
└ better b/c they are not even nice.
asked me not to say anything to medical about HNR.

[redacted] 59 y.o.
took 3 yrs to do 1st uterine prolapse surgery.
so I have to pee putting my fingers in there up the ___
I have to dig out my own poop.
Last December was last surgery – have put in HNRs
uses deodorant inside me & pack rags inside of me
to dry it out – it will sometimes dry up if I can keep
it dry.

(margin note: heart problem once 185/121 told me I was faking it, in cage in straight custody outside – 2 wks – meds for high BP very high)

Moved here 2
When on SMU never went to cages it took too long to get out
showered every other day but didn't get out. I just stayed in
my room for 2 years – now I always get out –
they retaliate really badly

might be b/c the pills lapsed - I had lot them [illegible] I had run [illegible] of order.
happened about 3 months ago

I try to keep interactions w/ medical to minimum [illegible]
b/c I find them mean.

Castillo [illegible] [illegible]

I have kidney stones; but they wrote to me & said I didn't.

MR

Dr. Rodriguez told me I had tumor near ovaries in 2011 but
now I got a test a week ago, I haven't heard about what it is.

My kidneys are now bad.

fell on hip 3 months ago - on crutches of it -
but pain [illegible] in groin area

they don't answer my grievances -

date 8/5/12

[illegible]

Confidential in-person

[REDACTED]

SMA

when there somene got Maced next to her — came thru
vent & I had to go to medical

very loud nighttime — some girls stay up all night. It's like a
bathhouse.

feces smeared on wall but the next person goes in & feces is
still there in cells. they say "deal with it."

[REDACTED]   7240.

ankle & wrist shackles.

always hand cuffs wherever leave cell [static] not once why b/c
she is on protective custody. leg bars when at
visiting center.

have fallen once w/ ankle shackles.

out of hygienics (indigent) - friend brought a care package in January —
I have toothpaste now until 3 days from now — no shampoo yet.
very poor dental hm.

No supplement now for toothpaste at all — I will be w/o toothpaste
2 weeks of every month — got

skin condition - lotion w/ a cream. if we're get sores. now it has to be
bought in commissary; after tons of grievances they reinstated prisoners.

No major medical problems — just waiting for it to start.
* now cancelled again 10 d. ago.

Strip searches w/ counts before going out so a lot of us don't go out.

Have to wear bra paym't now. & can't exercise in it & too hot. (for stage 1)

I am not stage 1, I am stage 2 & don't care to wear it.

Acker

food has diminished terribly - I weigh 108 lbs., after you eat you are still hungry.

they just got [illegible] for your benefit (in the stage 1 cage); in the stage 2 cage they have a basketball.

often rec time is cancelled b/c of "emergencies" or b/c of not getting to certain people then change of shift & forget it -

last visit to dentist [illegible] ago, but not in pain now -

[redacted]

an officer wrote a report I was threatening to take NTG from radio. Put me on watch - I refused to eat 5 days.

an officer saw me & gave me a NTG, medical took 16 mins to respond. CO yelling that my eye was bleeding

Med dept gave me no meds 5 days to have been giving whole dose of [illegible] instead of ½.

one night they gave my meds to wrong girl.

[illegible] ~~3 days~~ ago Monday, I got my meds yesterday.

getting charged $16 on my books every thing is supposed to be charged for chronic care.

I am PC I am not SMA -

I don't get out (rarely) - ask if want shower during day shift I always

~~&~~ I get asked for rec after

but go to cage say time they get to me its a search in bathroom & then to a stage 3 yard/cage. w/ 6 others, but I would go if an another yard that was open would go.

they wrote that I refused the meds but they were always bringing the wrong doses it wasn't a refusal it was the wrong dose. I was scared to take the wrong dose.

The heat is horrible w/ my heat -

bring water twice a day - [illegible] from faucet it tastes like iron & is very hot.

fear reprisal -

note to self - most inmates have discussed profound fear of reprisal for talking to me.

Chart review

[redacted]

HNR 12/29/12
pls renew my Excedrin for migraine headaches, also renew the calcium please I have not received either this month.
12/31/12 scheduled for drs line

1/8/13 the pharmacy has not refilled my Excedrin for migraines pls renew thank you
1/9/13 scheduled for drs line

1/10/13 pharmacy there seems to be a problem flaw in your system. pls refill my acetaminophen/caff 500. It is different from my acetaminophen. It is for migraine thank you.
1/11/13 according to our records the pain reliever plus expires 1/21/13 we will try to refill it today. you will need a new Rx

1/16/13 The pharmacy wrote that my acet/caff 500 has expired something is wrong somewhere.
1/17 scheduled for drs line.

1/29/13 Medical, I have still not received my A/c/500 for migraine this is about 6 weeks now. pls restart thank you.
1/30/13 note expired 1/21/13
1/31/13 we will refer this to your provider for a new Rx.
2/4/13 seen by Graiso, MD ordered wrote note for Excedrin for Migraine

note had been previously on 12/12 ~ 1/21/13 prn HA

HNR 2/22/13 premarin vag
2/25/13 rec submitted to pharmacy (plan of action

2/27/13 The pharm has not refilled my premarin vag cream.
3/11/13 refill request sent to pharmacy

8/7/13 My estrogen ran out on the 14th. I have not been back to St. Lukes to finish my repair. Pls inquire for me, I am so uncomfortable & I am so close to a more healthy life. Thank you
8/10 scheduled for. [illegible] surgery

6/6/13 I am out of premarin cream (to be used until surgery)
I have no stool softener also
pls ✓ on my Dr. visit staying at St. Lukes.
6/12/13 no premarin cream on profile (referred to medical [illegible]
6/16/13 your premarin cream has been discontinued, the ordered a replacement, replace has been recorded. Per policy, you cannot know the date of your appt.
Referral to medical. Req to pharm for [illegible]

chart notes 12/30/12 - rectocele noted in chart + vag. hysterectomy repair 12/30/12 from 12/12 + cystocele & bladder repair w/ vag hys.

5/6/13 Dr encino notes. Vaginal prolapse seen beyond introitus slight cystocele with enterocele. refer to Dr. Ramirez for f/u.

3/6/13 note by MD notes 155/96 ↑ lipids, ↑ BP Schedule cc for recheck bp x 4 wks. notes in 4/3/13 BP's ~ 130/80 x 4 wks.

May 13 2013 · BP 195/109 HR 74

MD note 5/13/13 1435 pm

. ↑ BP at dental

S: [illegible]. ran out of BP med

P: Rx's updated. & given [illegible] [illegible] 20mg [illegible] + am.

Note earlier 1255 5/13/13

S: called to dental area. Inmate c/o feeling faint, ha, nausea stated I don't feel good & I haven't had my meds in 2 days. they were expired as they were taken by medical. States she doesn't want medical care & refuses to sign form [illegible].

BP 180/112

P - called yard to get med but unable to get any info. Inmate .... V/O Dr. [illegible] inmate to be seen taken to yard in WC

1305 nursing protocol sheet [illegible]
[illegible] to yard c medical records & charts to be seen asap

8/12/13 F/up gyn [illegible]
A: Vag prolapse, cystocele, rectocele/enterocele
P: F/up referral to gynecologist (referral made in May 2013).

[REDACTED]

50 yo

Last note 8/5/13

pelvic discomfort → pelvic u/s ordered. + acetaminophen

6/7/13

HNR I want off all medication b/c I'm having dizzy spells.

6/18/13 – you have been scheduled w/ ψ.

6/12/13 – psych will f/up on your request.

6/16/13 I would like off all my psych meds b/c I'm having side effects.

6/13/13 you have been scheduled w/ ψ.

6/11/13 ψ will f/up on your request

5/13/13 pt profile report:

tylenol ES 500
EMA 101
Benztropine 1mg BID
Buspirone 15mg
citalopram
Depakote
Lipase
Colace
haldol 10mg QHS.
HCTZ 25mg
Lactulose
Lisinopril 5M
MTF 500 BID
Omega-3
simvastatin 40 mg

1st note re chart 6/20/13 MH sick call

stated was going to hurt herself if they put her back in her cell.

h/o of numerous self harm threats.

p 108 122/92 wt 198

Same day CP nurse noted "feels dizzy" no MD eval no meds dizzy spells.

7/8/13
MD 113/76 c: dizzy, light-headed.
p 76 [illegible] HCTZ.

7/9 [illegible] nursing encounter [illegible].
felt like legs were going to give out got really sweaty hot
[illegible] for her.
dizzy, lightheaded, anxiety
N/V, weakness, [illegible].
[illegible]
pt exposed to temp > 90° etc.. marked (Y).
heat risk section - not filled out
[illegible] med [illegible] med [illegible] [illegible] [illegible]
[illegible].
BP 102/68 fsbg — p 79.
dry oral mucosa clammy breathing slow.

marks current interaction not [illegible].
✓ Mentive interaction: increase water intake..
[illegible] med referral [illegible]
7/15/13 RN encounter CP
pt fell 4 hit back of head (from bottom bunk)
CP assessment — no assessment for falls. [illegible]
152/70 pulse not [illegible] (regular)
81. "bump" back of head. Neuro wnl. [illegible]
no plan [illegible] [illegible] rest [illegible].
7/16/13 [illegible] - gait steady, [illegible] (after rash) [illegible]
MD [illegible] 50 [illegible].
7/18/13 [illegible] [illegible] [illegible]

2/23 | 4 'wants to kill self - see full chart ACLU.
4-pt restraints.

7/27/13 | dizzy again upon standing
148/76 p 88.
mm
intervention ↑ fluids

2/27/13 | I am feeling heart palpitation + bone numbness in my
↑NR | left arm I feel it should be looked at as soon as
possible.
└─ seen same day

54 y.o.

▉▉▉▉▉▉

problem list 10/2012   GI bleed 2° NSAIDS
HNR | 6/27/13   need to see dr for severe stomach pain. this
4/7/13   is the 3rd HNR I've filled out. please
take a look at me.   really hurts
RN ✓ for referral medical
RN 4/11/13 scheduled for nurses line

4/16/13 | referred nursing access visit for stomach pain
reason: not in pain anymore.

4/24/12 | MD note c/o left s/s GI bleed

5/7/13 | arthritis - keflex carbamol over BID d
(yes⊗)   encouraged to exercise.

[redacted]

[illegible] reply to [illegible]

HNR 5/17/13

Could you pls refill my Nitrostat 0.4mg 1/150 [illegible] I have severe angina and only have 5 pills left there's no refills order on my [illegible]. Thank you.

referred to medical by RN 20 May 2013

refill request sent to pharmacy 5/22/13

1/20/13 chronic care clinic - HTN

2/11/13 renew SL NTG KOP.

3/28/13 Rx all current

MD note has a appt in April

4/18/13 chronic care clinic

CP - yes SOB - no palpitations - yes ankle edema - no

pt adherence w/ meds - yes with diet - yes

with exercise (not checked) 118/83 59

heart RRR

plan - refilled norvasc & enalapril — meds: norvasc/[illegible]

education - [illegible] exercise . . . — Calcium carb

enalapril 10

[illegible]

Ntg

note | see no pNote indicating xfer to hospital or xfer

6/5/13 – 6/6/13
hospital – d/c dx's.

① stable angina 2° ⊕ ADA myocardial bridging – no anterior atherosclerosis or ACS
② HTN
③ "report of CHF". LVED pressure 20 on ⊕ heart cath. EF 65%.

started on metop 12.5 mg BID improved sx
d/c enal & HCTZ since ↓BP.
added ASA 81
Flup cards 2-3 wk.

→ no indication that flup w/ cards occurred in chart that I can find

Email state 89° in cell 6/12/13

8/5/13 Nursing encounter
chest pain & SOB
also subconjunctival hematoma per Dr. sharp

8/7/13 Nursing encounter
CP x20 min took 3 NTG 130/94 97% RA 60?

8/8/13 MD
Flup MD visit for CP from Cert hospital – hospital.
1m confirmed pelt [illegible]

8/15/13 ongoing support meds 122/80 86
cc appt schedule Oct 2013.

attorney reparing ... charts w/ reinforcing stitches w/ ...

[REDACTED]

chronic back pain
1/3/13 xray
Minor djd of T-spine, L-spine

[REDACTED]

HTN, obesity, asthma - problem list HTN, obesity, asthma

chronic care appt 6/6/13
BP 148/90 p 58
Assessment - HTN on tx
education provided, includes exercise
no Δ BP meds. orders that extend these 3 mos
e.c. ASA, lisinopril, metop 25mg BID

[REDACTED]

Saw RN re eye problem today 10 wks after our visit
referred to optometry.

No HNR in chart about optho
inmate said we this the had HNR about eye exam.

7/18/13 CCC
eye dr DM exam. referral noted. (hasn't happened) req.

last visit in chart w/ eye doctor 1/19/12

per problem list - IDDM x 12 yrs, obese, HTN, ↑ lipids

MD note | 6/13/11  → *think* *[illegible]* 6/13/13

not *[illegible]* a her *[illegible]* (*[illegible]*) of *[illegible]* to stop BP *[illegible]*
BP 148/90   *[illegible]* to *[illegible]* *[illegible]* med.
* MH please see * (*[illegible]*).


MH note | 7/5/13

Im smiling + joking w/ staff. State he is "doing good"
refuses to go. to b/fast b/c too many calories but does eat from
staff re buys from store. stated she will
likely be *[illegible]* back to a good one per DN/PN · less
which would be around 16th of month. Asked if she
was suicidal or *[illegible]* or *[illegible]* but self or other +
She stated "no" to all.

not addressing *[illegible]* MD cont her to *[illegible]*.

_____ ████████████

PN | colonoscopy the 1997
4/16/13  ✓ hearing  audiology referral 7/2013

7/11/13 w/w MD
sciatica Ⓡ *[illegible]* - mod
✓ hearing (confirmed on audiogram per note)
back care Int + BID PT instr.
p/ed done.

4/29/11 cc | note - *[illegible]*, ↑ lipids

HNR

problem list 9/26/08 notes bunions both feet.
5/24/12 bunions

RN encounter
7/2/13 Bunions on both feet, toe [illegible] [illegible] has been falling down more recently; trouble standing for long periods.
rec - chart for practitioner review.

July 15 review stamp by MD.
no other visits or other yet.

PL [illegible] 1/20/11
CLB pain 2/2013

HNR 6/25/13 need refill for naproxen down to 3 pills
6/28/13 to pharmacy
naproxen filled 6/28/13.

7/18/13 need refill naproxen
[illegible] will automatically refill
per [illegible] - given on 7/26/13 ✓

6/25/13 HNR when I got here in '11 I was seen for my bunions on my feet. I was told then that I would be ref to a specialist and then if Central agreed I would have [illegible] I feel I need a follow-up since I haven't been seen by a specialist. The are [illegible]. painful.
7/1/13 scheduled for nurses [illegible]

May 29 2013

email: definitive procedures have not been done.
(pending since Jan 2013)

1) pc nephrolithiasis ①
2) Jacket retrial here
3) rect exploration nasopharyngeal adenoma

May 13 email noting
palpable rect mass
↑↑ ca ↑↑ PSA
"clearly in emergency room"

event at of order
recd entire chart

multiple notations of ~~consulting~~ & contradicting consults. but not done.

Q: | FLORENCE ASP | 8/14/13

· Dialysis | Med charts 2009 ⊕
· MH eval policy in SC?
· call bells in isolation | · CB2
· Infirmary care · isolation | · Medical
· Onsite / offsite MC services | · Yard office
· refills | · CB7 (vert)

[redacted]

Dialysis : on site · 6 bed - can stay in IPC (depends on health acuity) or gen pop
Hospice · IPC (infirmary areas).
won't answer if hospice (Lotle attorneys did not want me to ask overtime?)

unit - 3 floor ; open grated cells
3 swamp coolers.
florescent lights.
can talk to c/o

[redacted] not in cell.
[redacted] (records wrong).

Medical terrible · staff don't know what doing
one doctor - can't understand. doesn't look at your records (Indian). Rheumatoid Arthritis - asked for prednisone the dr. wouldn't, was taking MTX didn't work - wasn't working - told him - not getting. dr. took away the extra tray for breakfast - gave me

meds for pain -- I don't want more meds. its just a sleeping pill - asked c top tier (is on top tier) - b/c it is warmer.

Medical every 6 mo (DM2) - new medical crew won't give w/o. bone specialist - no sores on feet.

2yrs left.

cell times: rec = we are in here constantly. used to be able to go out, play dominoes in the 1990's.

This is - chow / rec (2 hrs) -

Rec M, W, F - 2 hrs rec x 3 week ? ⊕ 1 hr chow

TTh - in cell except ½ hr (chow hall)

peanut butter, chips, cereal, milk. supplement w/ coffee "junk!"

---

Can work as porter, etc. on these units. wont answer if all tiers or just some -

Library program. works by cell side.

this tier / working unit has open rec year.

Working unit - 18c unit. Housing unit highest level of acuity -

Medical

[redacted] – Bed #1 infirmary

78 yrs old

skin cancer – when 1st told them it was nothing more than a wart – took 2 yrs to finally get surgery – was in Rincon Unit 8 – ambulatory residency needing medical attention; Unit 9 more severe – has a nurse.

esoph bypass – ruptured eating a corn dog; collapsed lung. bypassed. took 12 hrs when I first saw doct at Phoenix dr noon – told [illegible] "I can't take it any longer. Man down" – woke up in hospital. 4 yrs ago. In infirmary 2 weeks b/c fell & broke hip – possible infection. all 3 sites (wounds).

stumbled over my feet – broke hip at time

once a day getting into rec yard (fenced yard 1/2 size infirm room, covered patio, cement floor, 1 hr / day x 6 days). talk w/ others during rec only – single cells.

↓

worried about –

Bra – Room 9 in Rincon 8 – "old timer" & skin cancer

I think he is 79 or 80.

air conditioned unit

CB2 - no swamp cooler upper tier.

CB7 - exercise enclosures (concrete floor, 2 rows - tarp (dark green) over

[redacted] - cancer, HCV, M3 60 (HNY / Nasal sq. cell)
requires
∅ rec b/c too hot outside
goes to showers QOD -

hit on floor - food stuff - 1 pepper packets.
chow 7:0 am (now 9:30 am).
empty cell shut

Shower: 1st entry 23 inch lip -
mid calf lip entry - cool $H_2O$ -
no info on temp - no bars, no grab, not ADA unit

Everyone sleeping CD7 1 tier

room 6 - put in Med rec few weeks ago -

[redacted] 71 yrs.

no teeth – 15 days no shower w/ pepper spray –
doesn't talk to anyone – I leave them alone –
too many rats in the prison so I stay alone.
I am lonely.
no visitors – never for 13 yrs –
never outside – b/c don't want to talk w/ anyone – 20 yrs –
never sick – never ask to see me
asked for teeth – told I don't need them –

hit dog. fed 2010 asked for teeth

. ODD showers only time leave cell
. hit dog for shower last night

---

[redacted] · 57 yrs

had surgery – clavicle – 2012, x2
I don't go to that cage I don't like that cage.
Used to be an open yard in 96-98 – closed it down in 1999 & put in cage I stopped going – leave cell – shower at start – more convenient –
don't have asthma inhaler – put in request for medical but they haven't sent more inhaler (albuterol) waiting x 2weeks – haven't put in 2nd request b/c afraid they will charge him x 2.

been here    Aug 2 2011
arm shackles When leaves cell.

████████████    4/ yr.
black Muslim on top tier
getting they do contrive cocaine for later at Kel.

████████ .53 hrs —  ██████████
will spend all my life here.
████ losing weight — have something in white cells (cancer?)
12 year locked down —
shoes have holes —
4 time in the yard over that time — always sent back
to cell - have schizophrenia
dont want the ie Mt program — took key tv & radio
not allowed to have books -
sept 24th 2012 conflict w/ co -

[redacted] MH 4

Incarcerated felon w/ knee

very thin

frail

very slow to transfer, limp

catheter - 10 days - A every month "infection"

hernia - "dr says no operation" hurts a lot

some days, not all the time.

losing weight - 10 lbs - used to be 154 lbs

1yr ago; was 95 lbs in december.

I eat but not too much - prison

doesn't give much food.

Urine stench thru door -

goes out three times a week

no visitors

fell - in a few months ago getting up -

gets shackles when out of cell [illegible]

how long here - May 2013 a but doesn't seem

to understand question -

hamburger for dinner last night

CB7: closed door, indirect sunlight
(solid)

? how hot too hot to go out -
won't tell us. can't produce discovery.

---

[redacted] 51 yrs.

on ♀ meds March 15 - 2011 didn't give
me meds for 5 days - then doubled dose ?
20 days LOP - (loss of privs).
& moved to here for indecent exposure (he states
was asking for TP while sitting on toilet).
also lost other meds at same time
doesn't go to yard - too much chaos & political stuff
I haven't seen a trouble until this date.
want move - they won't tell me when I return
"at this time they aren't referring me to go back"
is what they say.

Stating / Steamdose 3/20/13

showers [illegible] TIW

no visitors

[redacted]

[illegible]

- Surgeries not getting done
  - LS spine 5-1 herniated disc unsubsiding pain; no sleep; very painful.
  - haven't heard since 2012 abt surgery.
- sleeping – 1hr then get up & walks up & down to relieve cramping in legs.
- gave demerol → knees.

yelling thru door –

heart murmur – no treatment –
hospital – hardware removal from hand –

1-2 x per night CO's walk by
date of request to see doctor – many HNRS
they never respond –
goes outside: walk it out same as in cell – always goes
185 → 173 lbs – over 6-7 months.
showers – 1 fall in showers – in common unit –
shackled on hands –
very hard to talk thru side of door.
talks to people at rec – no visitors –
has stitches – supposed to come out yesterday – Aug 1st & they 14 days.
hasn't been told when he will see them (humerous [illegible]).

█████

glaucoma specialist; took 2 yrs to get
a procedure done —
load attitude from specialist — in sw eye clinic
b/c can be use in orange —
3 yrs left.
as long as I send request for refills they get + +
we —
dropped upper - chipped a tooth in the upper but mine
only 2 yrs.
goes to rec, since
10 - 10 am qpict.
no visitors, talk to family Ouk —

~~~~~~~~~

ABBA   CB

█████   · 55  M3        2 yr – 27 lbs wt loss)
gain weight - on pills - ( ABR
162 → 182 lbs
gone onto ds + to phrce every chance you
get. the nurse
hot Lnd at night —
6 Y2 months — from jail.

[illegible]

CB2 + CB1 - rec field BB court
3 picnic tables w/ shade
pull up bar.

CB6 1 wing = MH

CB6 - no storage; doors w/ holes & mattress w/ bar/covered glass.
↳ Kasson - MH area. (wing 1).
Smith, Randolph 52.
at work.

[illegible]

[redacted]

hernia x 2yrs.
aug 22, 2012 imaging for hernia.
in Kasson since May 2012
too tired to go out sometimes - come in all night
hot (and) can't sleep.
TV x 4 hrs.
talks to people on floor.
painful Ⓛ hernia.

menu - hot dogs & Sean last night.
2 hrs X 3 per week; have to stay out whole time
can't come in early if get hot.

saw ♀ 2 mths ago - not every mth.
had cuffs behind back when leave cell.

Wing 1 - progressive in program. Rec Area.
get small gym activities & rec -
basketball or get time area
① Michie system -

Wing 1 not progressive in program & wing 2 -
individual rewards. ? smaller than CB3 ?

~~~~~~~~~~~~~

[REDACTED]

grievance w/ medical - old injury in spine.
keep re-aggravating ; burden to see dr. asked for mandado [?]
Hard of hearing. or mattress for feet - have a
job - laundry porter.

→ when I go back to cell hurts a lot.

getting reverse for sleep - hesitancy hard time sleeping
2° pain. I sleep 4 - 5 hrs a night.
work 6 - 7 hrs as porter.
Holt - can't hear TV well 2° coverage in front of
cell -
three years of care, no visitor. bothered me content are
10 yrs. Feeling lonely constantly.

no one my age in pod 1A high -
don't have much to say to them.
started feeling lonely - got
HOH. hears out of (R) ear;
w/o TBI - in neuro hospital x 8 days before incarc
very hard to hear when noise on tiers.
loud at night after [illegible] b/c people get coffee.
no pillow.
asking for lower bunk it back in GA
struggle some - hasn't fallen to ground.

---

[redacted] 64 yrs.
grievance written 4 days for [illegible]
↓ 35 lbs since April 2011 b/c don't feed us -
seized his prison legal verse 8/8/2013 date.
very hoarse -
very cracked mattress so sleeps on floor.
stuffing coming out. photo taken.
outside most times when available -

[redacted] Trin.

[illegible]" enr

[illegible] 2001 incarcerated, 6 mo in this unit

can't hear.

5 hrs sleeping [illegible]

no friends - por que they think he is a [illegible] - so doesn't speak w/ anyone.

No visitors since 2004

doesn't go outside - b/c "snitches"

Shower three

can't write so can't ask for a hearing aid.

CHART REVIEW

meds

7/5/13. Haldol 100mg IM Q4wks x100d

terazosin 4mg QHS. (7 or 8/2/13)

[redacted]

Urol. consult for ?prostatectomy

↳ 8/1/13 → 8/5/13 Consult request

wt 118 8/6/13

7/18/13 S. seen for low weight

wt 109 Review Uro consult: prostate ca.

p- wasting diet ordered.

7/3/13 - pt here d/t ↓weight.

6/25/13 - arrival 5/31/13

U/s ur obstruction 2° ur ret/hydro

has foley

Consult urol.

5/11/13 h/o "fainting spells" U/s 6/12/13

mult req. for prost surgery

(*) Need Biopsy Results

(*) Urology consult notes

5/15 req. renal U/s

6/5 Corizon approved.

Med referral 4/30/13

PSA 9.66 (ne 0-4.1) 4/8/13

[illegible] 7/11/13 Hct 39 (41-53) Hg 13.1 (13.5-17.5)

[redacted] 77 yo.

7/23/13 - ear infection w/ pus & possible perf ... 
Cephalexin 500 mg PO BID x 10 d.
reassess in 48 hrs (no further notes)
BP 145/78 HR66

8/8/12 sutures — removal for 3-7 d.
9/8/12 BP 160/74 P102.
10/16/12 pt asking about suture removal.

altercation -
4/9/12, 6/15/2012, 8/7/12

11/24/10 - last weight recorded (166 lb).
3/15/10 note S: lost 30 #

8/5/08 - attacked by other.

8/5/08 BP 130/90 consider restarting HTN meds

11/24/10 BP 118/71 HR 82

7/26/08 BUN/Cr 34 (5-26) / 1.7 (0.5-1.5)
no BP recorded.
7/23/08 BP 148/90
5/23/07 Head trauma w/ LOC ... 2° assault