CHART · REVIEW

meds

7/5/13. Haldol 100mg IM Q4wks × 180J

terazosin 4um Qhs · (1 on 8/2/13

Unl· consult for ? prostatectomy

6-9/1/13 → 8/5/13 Consult request

wt 118  8/6/13

7/18/13 s: seen for low weight

wt 109     Renin Uro consult · prostate aa.

P- nutritin diet ordered.

7/3/13 - pt here d/t loweight

6/25/13 - amid 5/31/13

u/s uv obstruction 2° ur ret /hydo

has foley

Consult Uro/.

5/11/13 u/s "Fourte spell"

unit reg. for pait surgery

5/15 req. renal U/s

6/5 Canyon appeared.

Med refed 7/30/13

f/u 9.66 (ne 10-4.1)   4/8/13

8/23/13/00 7/11/13   Hct 37 (41-53)  Hg B.1 (13.5-17.5)

U/s 6/12/13

① Need Biopsy Results
② Urology consult notes

█████████

M yn.

7/23/13 - ear infection w/ pus & possible ptn b/c
          (amox. 500 mg   po BID x 10 d )
          reassess in 48 hrs (no further note)
          BP 145/78   HR 66

9/8/12   sutures — removal   for 3-7d.

4/8/12   BP 160/74   P 102.

10/16/12   pt asking about suture removal.

altercative —
       4/9/12,   6/15/2012,   8/7/12

11/24/10 — lost weight recorded (166 lb).

3/15/10   note   5:   Lost 30#

8/5/08 - attacked by other.

8/5/08   BP 130/90   consider sedating HTN meds

11/24/10   BP 118/71   HR 82

7/26/08   BUN/cr   34 (8-26) / 1.7 (0.5-1.5)
       no BP recorded.

7/23/08   BP 148/90

5/23/07   Head trauma w/ LOC 2° assault

4/8/10 - last last   psa 1.7 (0-4)   ▮

8/27/08   psa 5.4 (H)   , cr 1.03 (no)
7/25/08   cr 1.7 (H)

∅ current meds.

Life 7/15/08   pain w/ urination & I ant
7/22/08   "you will be scheduled.
Seen 7/23/08
8/12/8 to possibly rev 1 month for possible recheck
meds
  → text next - 9/9/08   no BP..
              9/16/08   no BP

              3/15/10 - BP √ J.   109/64
              4/19/10 - BP 198/72

- ordered full chart

? Shody tool w/ wt loss?          2/8/13

on wasting list ...

7/31/13  Hct 43.8 (ne)

[redacted]

W/o 3q cell ca of mouth

Large portion hard palate excised + post

9/19/13 - BP 154/89

(no plan re: HTN,          my notes
( no flap BP √ since then

2/7/13 - C/o swelling legs. 130/70/55

? no w/mp legs pot Lift?

no /Hx onsnment on my review

(no CXR? - my note) Lab. WNC ⊼ Nr/465 MW, AP 168 (160)

1/31/13  swelling legs w/ lung crackles -
          advised to exercise out of cell

3/8/13

Mseed pm Visdin dose
      restated vive on 3/21/13.

Fxl assessment from 12/10/10 - Index ADL,
    f/l limitations - can only walk short distances needs mobility aid

██████████

12/27/12 · dx dementia 2° Syphillis "
└ last medical record in file

10/29/12 · on benadryl 100 mg QD ?

2/27/12 age 70
132/92, H2 75 ⎫ revt chat
                                                      ⎬ ute
12/22/11  BP  134/102 ,  172 95 ⎭
(no p'oer pe' BP) - my note

8/4/11  141/89  H2 89.
no BP plan

⦸ 11/8/12 - refused. Quickly h/al signs

3/8/07 - refuses flue RPR.

Last 4 notes. 2012. sm dx dropped -
no bger or meds.

Ⓑ meds at all.

8/4/09    Functional assessment for         COPD
          dyspnea w/ minor exertion        Hev
          breakups
          Lower Saint
          Independent w/ ADLs


Got 10AP 7/13/12 -
    5- Flup from surgery    (fractured clavicle)
    130/00    64   95% 02 RA
    A - deferred
    P - Ibuprofen.


of mtk - Got HNR    5/29/12 Rx
    refill Ibuprofen
    (in person stated no albuterol).


7/6/12 - albuterol inh    7/6/12
per chart meds no   evidence curved albuterol?
pharm records seem out of date?

█████

12/31/12 fell lst pm

Lo ER        BP 135/90   HR 73   98% RA

1/7/13   3 nb fx w/ small pneumotx no treq; chest tube

Lmeds Hyp CXR.

5/28/13  Tylenol

mur

Benadryl 50 mg Ro QHZ

Peneron 15

Naprosyn.

5/17/12  BP 159/120.

plan re ✓ tomorrow

5/20/12  135/95

recheck 2 weeks

12/31/12 – fall   135/90   (see above.)

3/18/13  129/82

4/12/13  120/82

cntd

5/25/13 ALT 86 (10-35)
 AST 31 (15-40)
AP 63 (53-128)

⊕ ACV 4/8/10

10/27/11  AST 48 (0-40)
ALT 109 (0-55)
ALK P 84 (25-150)

1/7/13 - request for V residual PTX

2/20/12 - x-ray done

3/7/13   HNR " I have a burning sensation in
my eyes can ya put me on
murses line ASAP "

- response " will x placed on rept mail
murses line " 3/7/13

3/18/13 "my eyes are dry and burning"
seen by LPN
refr t OCP

3/19/13 - dyd dry eye syndrome
gets tears natavole oph / pm
meds — acetaminophen 500 mg TID          Divalproex 500 litt
chlor promazine 50 litts          napman 500 BID
triplenhydramin 50 litts          per note   IM haudi Benadryl +
                                              chlorproz

[redacted]

10/19/11 h/o perf bowel Ulcer ⊕ — ⓧ don't

HTN w/ parox AF                            have this volume

C diff, MRSA septicemia

Pseudmal PNA

DM

7/3/13  Invasive sq. cell ca scalp ⊕

(bad)

Sec HNR 6/14/13

HNR 5/2/13

2/20/13

11/5/12

10/20/11 (problem list)
    Sciatica Ⓛ leg, herniated disc
2/16/12 - Severe LS radiculopathy
        need referral or review surg for p.m. decompression

4/23/13 hard pain - was hardware removed (MA)
        (2 red person)
Seen 4/24/13 by PA
        Xray to visualize bad hac.
Next note 7
        6/5/13 by PA
        consult ordered.

6/20/13 seen in CCC
        Xray Ⓡ elbow Ⓔ hand
        "ample for ortho consult".
7/9 consult faxed

8/1/13 - came back from hospital after
        hardware removal
        "sutures out in 7-10 days; flap both surgery
        2 weeks"
8/4/13 - blurred sated, painful RN

8/4/13 "pt brought to the room for c/o pain –
blood saturated gauze. Dressing Δ to (R) hand
changed w/ NS and sterile gauze. telfa
applied covering wound c̄ 2 sterile gauze.
wrapped c̄ ace bandage. patient states
very painful. Front blood saturation noted.
pt to have sutures removed 7-10 days
from s/x 8/11/13

8/8/13 had hardware removed 8/11/13 sor
all s/p of UE nea...
for flap next week but no s.R. ∙ on
I will see next week myself pt.

8/14/13 today — no other notes.

Meds: dicyclomine (bentyl) 20mg tabs   QID
      Janti 2 BID
      Lactulose
      methocarbamol 750mg   TID
      naprosyn
      clonidine 0.1 mg BID   (expired 4/25/13)
      amlodipine 10 mg QD
      metoprolol 25 mg QD

7/20/12 - note on problem list
        "11. HTN   cc Lisinopril"

7/29/13  BP  140/93
         not addressed = soft note

6/20/13 cc note  124/102  q 124/88
         BPs not addressed.

[redacted]

Rheum  arthritis
7/29/13   chronic care clinic   note
BP  144/97
2 hypoglycemic episodes since Lantus
↓ sensation feet
Assesmnt  DM uncontrolled
         RA  pt uncooperative w/ rx/specialist.
Plan- education exercise (√2)
     mico albumin, pred 10mg am x 3mo., podatry cons
     (pt declines MTX)

8/29/13 Lost HbA1c
8/30/13  HbA1c 8.0    add glyburide 2.5mg BID
                      pump lmo

No refusal form for MTX refusal in chart
? education

meds: AZA
Famotidine
lisinopril 20
folic acid
lovastatin 20mg
MTF 1000 Qam
pred long aam
tylenol 500 BID
chlorpheniramine 4mg BID
htn kop prn
naproxen 500mg PO BID

No any med records in
chart at all
last are from Jly

(HNR)
7/3/13 HNR for med refill request for prednisone 20mg.
4/8/13 meds verified.
Referral
➞ I'm in need of my chronic care refill of all
orders... Also prednisone + naproxen.
referral prescription refilled response sent to I/m

▮

Consult request

7/12/13  Hep consult req for
    ↓ plt, ↓ bb, ↓ WBC
        "chronic likely due to Hep C & chronic liver dz"
        faxed 7/16/13

1/23/13  S. Labs revin
    O - Ne
    A · ↓ H/H
        ↓ plt
    P - repeat CBC , retic , INR , PT
        Dr line 1/25/13 ~ any Hep
            (later wrote in "or later"

1/30/13
    1/22 labs  5.1 ⟩ 12.5 / 84 → 3.7 ⟩ 12.2 / 60
                    57.1                36.2

2/5/13 - w/o ESLD

3/19/13    2.5 ⟩ 10.8 / 57,000
                   31.2

3/26/13   2.7 ⟩ 10.5 / 59,000
                   30.7

3/27/13  nurse line — very painful  2 cm  wnd on leg w/ 1-1.5 red
    around sore , edema of leg — RN calls PA orders Bactrim DS + tab  BID x10d

& tylenol (very painful),
I/M to be seen on 4/1/13 nurse; line for fluop.

( no note until
6/20/13

6/28/13 Lab calls w/ plt 36
    put on bleeding precautions + call CV if recur.

7/19/13 on controlled protein diet
    Rice is making him throw up.

pancr + panc etiol ?.   Hep C ?  other etiol?
0 - liver not enlarged
A/p  heme consult
    w/o hepatic/ammonia encephalopathy
    tylenol for dental pain, no needs 2° low plts/ls

7/31  orders d/c bios 20m
    propranolol 10mg BID
    Spironolactone 25 mg BID
    Cachexia
7/20    tylenol 325 mg 1-2 po BID
    folic acid 1 mg po for megaloblastic anemia
    heme consult

7/10/13

gluose 61 (70 - 105)

BUN 25 (7/8)

Cr 1.38 (0.7 - 1.3)

AST 145 (15 - 40)   ALT 91 (10 - 35)

TP 7.5 (6 - 8.3)

LDH 311 (100 - 190)

globuli 4.4 (2.0 - 3.9)

albumin 3.1 (3.5 - 5.5)

plt 45 (150 - 400)

WBC 3.52 (4.0 - 10)

ANC 1.58 (1.56 - 8.10)

HCT 39.7 (41 - 53)

hb 3.7 (4.41 - 5.51)

MCV 107.3 (80 - 105)


6/27/103

$\frac{0.96 \quad 11.7 \quad 105.4}{37.6}$

ANC 1.49 (1.56 - 8.10)

TIBC 343
Den ⊕

3/21/13  $2.7 \frac{10.5}{30.7} 59$ (alert)   ANC 1.2 (1.8 - 7.8)

3/14/13  $2.5 \frac{57}{31.2}$   ANC 1.1

LDH 286   AST 102   ALT 77   TBR 1.3 (0-1.2)

2/14/13 TBR 1.5, LDH 287, (03) M, ANC 1.7 (1.8 - 7.8)
aumia sore, encore? wg L N mo

7/14/13

My back is hurting so bad I cant
get out of bed

I cant sit down & watch TV or read my
holy bible book  please help me out
docts I never had a blessing day.

7/20 nurses line

7/29 Seen HCP.

7/19/13 - emergency dental appt
$\overline{p}$ HNR on 7/14/13
refer to dentist 7/18/13

gross decay - cant take tooth out
b/c of labs -
will flur w/ medical & extract as soon
as we can

Temp 99.6 (medical)

Last MD note 7/19/13    102/66
heme consult          61
                      99.6
                      wt 176.

2/1/13   wt 162

2/4/13   161

2/13/13   154

3/7/13   156.6          (3/19/13   wt (76)

① knee pain — arthro (chronic)

3/1/13   p̄ ORIF—T7b—92b.

back pain

hip pain

EYMAN

B no undur
cell and less a cent. operating

60 y

Looks older than stated age -
taking doses - Med over need, prentin etc.
here 30 yrs.   TBD W/o SI
HTN
④ feet problem - life long issue, cramping
went out 2 days ago for 2 days; haven't been
for her 2 months. Have spent months in here -
6 months stretch in '05
1 hr a day - rec center; 2 days ago stated a
new program of rec institute -
Letter outside - get to go outside, atlest here yr
just here varies, could just be a tape recording.
feel so little, porch choice violated alone -
I have no one to communicate w/ - I am really
isolated

1-2 hrs TW
no clearer / smells harsh any more, is shower, they just
gained this, so nicer here - smells like Swage offer. Salle a cell
getting. Never here; eye troubles, leg problems, dizzy when I stand up,
walk 2 hrs when out, pacer / fast walker; feels better than able to walk
not enough room in rec area to pace so small Swervin off walls;

as I get older, depth perception, can't focus as well on
ground when I am locked in cells for so long —
haven't been allowed to have clip-on sunglasses.
Weird been reimbursed for any of my medical & legal stuff,
even though I have smi + am not approved to be pulled.
they don't allow us to have jobs to pay for anything.
My mom mother sent $200 they took it all - I couldn't
buy anything.

They took away my extra blanket; but policy says 2.

exercise yard: no shaded area, open all around
at roof; no windows - high grey walls no way
+ see over them, concrete floors

Prison Center

56 yrs - when we were coming
since Oct 2012 - trying to get to program of kut,
numerous tries, HuRi, penal letter - no respnse -
asking for MH help. if don't program don't get anywhere -
MH told this is an honor pod, but I can't speak to MH
① arm - 2010 bad infection - i am sui but I got p arrest kept
trying to see medical - got life flighted out to hospital - now
in appendix - over 60 days to get medical attn - septic shock -

since last July outside once; Yesterday a guy was out
there 4-6 hrs, then forget about us. by the his line
of rec get show they have & no one else goes.
What happened to my shower what happened to my rec
— shower & rec together Th... ask" sewer or rec, shower or rec"
In CMU 1 x 3 yr.

_____

███████ 50 y/o

Renal pt on dialysis > 5 yr.
Less than (and 3 months- here S/c dialysis d/c I am PS.
fed mercurial diet - My albumin below 4 "substandard" for year except
(month -
Another kid here he is on dialysis - won't be in dialysis
b/c on dialysis -
I have been here 3 hrs — no attempts at reasonable accommodation
do dialysis at central unit.
direct sunlight bad w/ my meds; try to go out to
exercise but no shade -
1-2 x per week at of cell to do potter work. but
after dialysis sometimes too tired to work.
Untreated thor → Joulzill
Only way to get my albumin up is to eat peanut butter
then my k goes up to 6.1
No real renal diet - white rice, white bread.

Restricted to card. renal dialysis,
am, mid day & bedtime meds.

---

[redacted] 60 yo

had spinal damage & deterioration spine – lost use legs & meat. non
got MRSA – now better – few months out of a wk.
they did really let us go outside – just to the
pen – there is nothing out here – better on the
then in bed – I never
I am legally blind – I can't have bats & tape
its my right –
there is nothing for us as older guys – they push
you aside –

124 lbs → 178 lbs.
on hosp't supplements for wasting syndrome expires
w/
3/13/14.
SMU – 2 yr –

Double bookkeep in same size

████████ - throat & neck flump - keep trying different cells
Int work -

█████ 60 yrs.

asthma - not many meds - don't need them.
don't use inhaler ex room - too hot, no bathroom.
but once a month use another facility w/ med
pass + the whole pod goes out

have to use bathroom 5-6 times per night.
programming once/week - group substance abuse -
showers 3 times /week out of cell - (all in cages.
tiny group.

light comes on at 6 am turn off at 10³⁰ -
use tv for light after that - I have no money
to buy night light for door -

Repo - Baker.

█████ 58 yr. in WC -
need handrails so I can stop falling.
fell 7 times in Nov, 5x in cell -
fall when getting off toilet -
have been asking for walker, shower chair, handrails anything
that will help.
had ADA shoes w/ wheel chair in phoenix but not here.
they never respond to me - have asked multiple many
times w/ ___.

in we from ESW.
have seen trying to schedule a surgery from Nov 2009
— it was cancelled when they looked into medical condition
then it was ok'd but got incarcerated soon after.
statin — I get every night — sometimes every other
night, some 2-3 nights a week —
cant remember when got it every night.

hospital in Feb - Sept in prison — I almost died in ICU
for 1 week —
~~was supposed to have~~
it had a walker I could exercise —
I was able to walk around the hospital w/
a walker but they wont give one here.
we NTG 20 x / month — for chest pain —
was supposed to have an angio - something for chest
I have told them I need a stent but trial
knocked it out —
out of cell — 1-2x / month shower b/c afraid of
falling — shower has a step up have to
walk in b/c B wing — pulls self up w/
drains. PA recommended I have a chair
in Jan 2013 & I have an authorization
date 1/6/13 — 1/9/14 special needs order
was side restraint