

" I would just like to feel safe & not fall
that's all".-

Fell down. was pulled on floor - on floor x 3-5 hr
nurse came say to give umbrella I said need
to be seen I am hurt she said try this
(the stati) they didn't come back, didn't
help me. It scared me - they just left one.
eventually able to pull up w/ chair
(end of june 2013) -

(diner closes (lots) when showering
X 16 - 8 inch lip entry
1 inch dip down one walk into shower
no bars, nothing to hold onto. (3 photos).

[ ████ 62 yrs old - ("In my late 60's ████ )
8 - 5 - 13 put in HNR - finally called up
yesterday but didn't do anything.
Was supposed to be out of SMU 2 months ago
but I didn't know why I am out - they didn't
help me contact anyone. Most people will be crazy
by now - I read the bible to stay sane.
I don't complain - 2 yrs in SMU.

Shower I can go out for 1/2 hr but in many spides don't like to go out there - It you cant do jumping jacks & push ups aint nothing you can do for exercise.

January 245 lbs    yesterday 225 lbs.

Me I don't eat the greasy meat in the sweet peanut butter -

Dinner - chicken fried

███████ - ████████ error

~~first Acts~~ error

████    60 yo.

Screaming & yelling, abuse by inmate & abuse by staff. I am SMI - I am not supposed to get dragged from medical, but they continually charge me. they totally ~~ignore~~ it - in fact I got ~~trouble~~ medical dragged for 1 visit.

No teeth - they will give me anything - no diabetic diet - Processed balogna used to have fresh fruit & veggies & unbreaded fish but eliminated the low salt & ??? diets.

FHH - Cample thre in 20 years.

have seen in "hole" a little over a year this time
never gone outside - too hot

hearing not good (lie sight I said to for have
        a "glass eye")

The hearing is ver here b/c loud all the
        time, people yelling ; want to bother people
        & neighbors.

Loud all night — sleep not very well —
        up 3-4x / night ut incontinence.

Only program so far is substance abuse —
        problem solving skills program — did 8 of 12 weeks then
                they stopped it early.

I don't have a S.A problem so nothing for me to do —
3x / week — suites.

outside — supposed to go out 2x / mo — lucky if
        we get out every 3 mo (not to rec pen,)
                near the real outside).

outside for 10 seconds b/c at the health unit
        but otherwise 3-4 months since I have seen the sky.

hands & ankle when leave unit

( when leave pod only hand had shackles.

I feel very unsteady in ankle shackles. I fell out of
        ( van getting out & twisted myself out
                was ~52 yr old

███████

MH programming ~ 10-12 cells / single cages.
(est how long? ~ complete h.?
(these are cells inmates told us go to are a mtc ~ every
MH inmates - eligible for either group rec (voluntary)
    - basketball rec
    - Individual - 5 double cells -
I asked how too hot I go at every? can't answer.
no shade / covering on group cage.
cover on individual cages but direct sun still comes thru (
① misting system individual; not on group cage

███████ - 2L yo.         in double bunk cell
Gassed ok                on bottom bunk.
Hot.

is SMU since Aug 2012 -
I have I more I can talk to -
med problem - heart, Hot at dr 2 weeks ago my bp
    for legs ordered (they are swollen) - hasn't come in yet.
She wanted me to take a care - didn't at the bit I
reading. I do need one - hasn't gotten yet but came do
shiner - time
dont we got - what's out there that's not when? I both
    out there.
very long before you a cellie. made time pt moving when

I didn't have a cellie - it took 45 min or more
for me to persuade him gave -
Sleep No - since Vietnam - sometimes I don't
sleep at all. It was worse when I had
no cellie, but it still fluctuates.
have to P meds - haven't tried to reorder them yet.
I am nervous about walking and I stagger a lot.
I walk from here (one side of cell) to there (other side)
for exercise.
I used to walk my dog every day.
I stress about library - they let 2 already, then
I have to pay for them. I am an
avid reader. but since that happened I
don't bother reading in for books.

"Please don't get me in trouble from anything
I said here - it's a closed pond
pay books are the suckers in here"

BROWNING

███████ 72

① LE BKA - fell & broke ankle, they x-shot
got snapped my ankle.
Ibe (RN) gove me pill Fr DM - it made me dizzy
& after the shot I passed out.
put boot on but done was stating thn the skin.
the boot was put on here & then when they took
it off
I kept saying I think my ankle is broke - nurse said
I think its a sprained knee cap.
5 days after I broke it to check it - even after
I fell again. put a boot on it own
They I am diabetic 5 days later
it stank like smother dead in my room.
gangrene had set in —
trying to get prosthetic leg - dr okd it now I am
waiting 3-4 months.
when I fell I was in smu.
in Browning since 1997 -
has lump on shower I used for shower.

very small before no a cellie! wade me put ███████

go out & play cards w/ people (level 3)
3 days per week - M, T.h, sa.
level 3's go int cage together -
little & stott.
loud all night - put earplugs & TV very loud
to sleep sometimes.
sleeps 11-5
Letter now - I can sit & talk so much better -
keeps your mind occupied.
Lights off 11pm - 6am
cant see - took my glasses 2 yrs ago they say
they were broken. haven't gotten them back.
love me from a friend but not they peurysh
eye Dr w 1 yr ago says I need glasses - still
haven't gotten them.
no rehab when he returned "you are alone when
you get in here - you figure it out on your
own."
goal bm near toilet not near bed.
has sores but pees & in bed of other feet -
has weeping edema of (R) leg has notion & soak at
night -

█████ 60 y.o.

denying me stuff the doctor

nurses aren't giving me my meds - when I complain
they stopped giving me my doc soap
~ 20 lbs in 5-6 months.

supposed to get a physical - have been asking

have NTG top          8/2/13 -
                      8/10/13 - not getting his top
                                meds.

                      → NTG carprinle (not the ms under

allowed at 3x/week -
                      tricine).
to a care somehow I do go. No toilet out
there, what if I have to go to the bathroom?

2 hrs.
leave w locked in those for hours  locked in
utter. Sit take a shower or get locked in.
they dont hear you if you are outside & want to

                get in.
group nothing one Jersey Kerr until in a cage for 10-15 min.

DOA shower
        — shower drain - built in
        had for x 2  low pressure -
        no  of wild shower nozzle.

① leg pain
cost me 1 mm dr 1½ - 2 mo ago.
give me a medicine but it doesn't help.
they usually see me every 1½ - 2 mo.
trying to get refills  I can't read
anymore —
cape - from old injury ① leg.
too hot to go outside - I might go out in the
evening.
shower 2-3 x / week -
it's a lot - always been like that.

yard / rec area off unit - same as Eddra
Speaker / hot sun no shade, screen ceiling
no ventilation - rolls balls to calling.

took all of my medical last week - ½ of mild inside
eye drops, each drops, cream, vitamins, ibuprofen, tylenol,
all copays -
sleeping - bad
9/12 running meds Monday - got at 1:15 pm
8/13          Thur - 1 pm
              today - noon
back pain - tramadol & ibuprofen can't take it they in emerg

On tramadol x 2 yrs. "w/draw me cold turkey - then
bell for 20 days." now I am put back on it
but >3 weeks still not getting it.

feb 7 saw dr -ordered x-rays.
14 got xrays
he wanted me back in 4 weeks- unile MRI
but it best until july to see answers—
the 4-5 mos delay even w/ using tests +
all of that make me nervous what getting older.

go outside every chance I get - to the rec pen
3 x week for 2 hrs
also extra 2 hours for a program (as a privilege).
shower after 2 hr rec time
Sometimes it I have to go to the bathroom I have
but they require or but hear it
until they walk thruch maybe every 45 min. / hr

Photo - door to rec pen yard

procedure - visits x 3 mnths-

Joe every 3 mnth -

1994 I found out I had HIV - never did anything
in 2007 stopped taking blood. I detect
find out my blood levels was until 2008
when rushed to hospital for low wbc's.
said at hospital I should get interferon
but I had already stated bleeding.
bring my 1st dose at 9,10, 11 at morning
afternoon 9:30 4:00pm 3-4pm
pm dose 11-2am
don't sleep the nights for then -
lights on all night - sleep about 6 hr.
too tired to go outside from hepatitis -
make me too tired.
gets out for shower 3x /week
leave you in ther 45min - 1½ hr
in summer very hot in ther -
water is hot in summer, cold in winter.
I have seen people breaking or door, screaming &
hollering & they wont come.

Chart Review :

1st draft in this chart = 4/4/12.
not chronic care flup —

p " I have arranged for an O$_2$ concentrator".

1/3/13 chronic care notes:
ASSessment —

seen by nephrologist 3 - 4 nos gen. check-up & for Jos to On
" not sure INRs or coagulation schedules is effective ? "
this BPS from chart are elevated most of the
time

A: note pt is requesting a tive or azmo app to chee
to when he will ever get a (L) lower leg prothesis
adjusted thov M lumpout  1$\circ$ -$\circ$20
" need to set up app for Lefte achzog. schedute.
learned routh ADA .

→ req. set up another appt exclusively for this. (1/3/).
BP 180/92  HR 80,  (NR 1.4 (low)
Cr 2.04  lat RBS 268  Hbaic 7.4
notes ao h/o prior Ulmosions brother had CA us 6X.
Y22/13 INR on 1/19/12  1.5 sub thexapevtic for Pt wsch. cardiomyopathy
M pacemaker
p M consult to say  PT/PTT weekly. x Yweeks.

1/30/13 wts lost pacemaker ✓ 5/3/12

p - will ref regular pacemaker clinic

Consult to pacemaker clinic for f/up

2/6/13 c/o edema x 1 week

wts benign drainage set wt

takes fast [last] & schedule pt to see

in am 2/7/13 by ACP.

seen 2/7/13 - notes edema   128/78   68

weigh pt weekly has edema CHF need to monitor

this. (no other intervention in re: edema / pain)

2/12/12 notes ✓ INRs  2/7   2.0

                        1/31   2.0

                        1/24   1.7

                        1/17   1.5

p: ↑ coumadin to 6

PT/PTT weekly x 4 weeks.

2/25 insulin is through 2/14 am   con pm ; ⊕ tranulin discharge scale BID

3/7/13 . note no scales for non ambulatory pts

stable los DM & CHF weights are a vital part

of his medical management.

pm values averaging 300 +

→ ↑ am NPH to 28 u   / print pt to

check I accucheck daily.

3/19 . ↑ coumadin to 6.5

↑ pm insulin 12 u.

4/11/13 · nurses line r/t ITWR from 4/10 that
  foot & leg "leaking clear water." + pain.
No weight  138/68, 97.9, 69, 18, 99% RA
  Tylenol 40mg
  ↑ pm Lasix 80     (PA / RN).

4/15  m weight — edema gone, lown.
  Small amt weeping noted on calf palpable pulse.

4/15 / cont — INR 2.9 on 3/26/13
p: ↑ pm Insulin NPH to 14u
  consult cards flup coll. CHF pm
  skin cac w/ ted.
  opto consult —
  orthotic consult for prosthesis
  flup 30 - 60 d
  renal dust.
5/8/13  RN encounter blister L. C Leg.
  wt "w/c"
  see HCP in am
7/9/13  adjust s insulin
  wk L leg post calf 1.5cm blond slide
   L> elevate leg.   Ø dress ug Ⓒ31.

5/23/13 - consult in b.o

↓ bsiv 60 → 40m pri Date

5/30/13 RN hote hold until until can knew Levemir osdr

6/3/13 start Levemir on 6/3

6/7/13 consult writter f prosthes

faxed 6/8.

6/10/13 cp → hospital K/o M1

giver IV S T K.O, accudec O15m,

FBS /urinor.

don't very long. - chart ordered.

9/17/12 HNR

"doctor I need some pain pill for my

legs and arms and back Please.

plen of actic: will set up appt (10/12/12)

9/25/12, 10/24/12 - asking about prosthesis

plan of actic "HCP"

7/7/13, 7/29/13

HNR 2/5/13 My leg has been swelling up for a new

now I cait get it to go down that it hurt read

bode new. I would like you to take a look at it

Please thank you very much.

3/7 - seen in clinic

HNR's                                          2009 ⊖ colon

1/4 17 - Visita - reg. ATA'd transleson

2/23/13
3/19    Nursress & please transfer to a MDA
        POD w/ ADA accesorios  Ineed a chur
        soon. please  the nurbers dsn't go
        away now, its contat.

3/21  "ym have seen by a provider 3/20"

12/10/12  Esl. limitation  -ambulat-
          u/c - PT reed to use 95% of the.
          ADL ① ✗ needs asst ambulat-

4/9/13 - PA cc form
         P- Cardioberry evaluation  des test.
         slower chair, low back taes, a c
2/14/13 → fetus  from hospital  2° resp failure. 2° PNA.
         cleared by cardiology
         pleural eff w ATX.
         HCP today - or rest. available

2/20/13
fall ic cell. 7/9/13.
        ise ADA cell  or walker in cell.
HNR about fall 7/12/13

HNR: aint fall

7/8/13 " I fell agai ie my cell today whe attempti to get off tollet i tred to bracing u/c for suport bt it moved over & I raked both arms, my right bluder.

7/19 - "seen"

7/12  I fell ie my cell on 7/9/13: geraping my r arm blurly on 7/11 later pain back ... I became nauseour t vomited 7x. I asked med/ nuse yesterday ch ... sai put i HNR.

7/17 "seen on NC"

7/19/13 wote RN note

Nursing encounter tool back pain
"center to Com - Back pain T Fall ie cell ie 7/8/13 pain caused by fall : aggrarated old injury onset 5x  Uv. inort .. fecal insert . exam filed ie : person erect ie chair cat come potw or gait b/k ie uc. J's yes pw It. leg pric 2d arm remers. add trall or unker ie cell . no fling . ftlls ie practione refral completer. Not seen sine then

8/29/12  SOAP note

31 yo ♂. ⊕ Pericardial scar on chest.

plan - refill med philorec, zocor, ec asa,

low bunt (lunter), pm precautn.

Schedule for pe/cc.

next appl t:

10/30/12  eval for back & shurder pa.

7/31/13 - feels off Salance smetries.

② feot melly. PM charged in 2002 has

not been to cardurlyist since. Has

plan acetaminophen                    Arlene Mckennay (FNP)

    ear large LN Lvi

    Flap Hep 1 mo.

    consult - pm /cade

b∴ ambulats ī deficit, Hansfers 1st Phy ē assistance

a few chart notes available from 90's
[REDACTED]      BLD        including:

5/3/95   pt desires to turn status of his
         treatment for Hep c.... he was told that the
         guidelines for tx w/ INF are too develop

6/14/95 - LFTs again returned to nl so no tx.

7/13.  Sended varies.

4/22/13   GI Consult -
          Cancel b.l   12.5mg   BID.
          U/s → AFP Q6 mos.

No evidence of U/s since then
   AFP 4.7  (< 7.51)  7/16/13

Not seen since then

█████████

Cardiac, enlarged heart ⟩ see other note.
HNRS -

█████████

Serious spinal problems - needs walker or w/c in past
Yoga - better now since does yoga. Can walk w/o cane/walker
chronic LBP. financial dzys. DJD Spine.
Stretching & yoga in cells

█████████

Jymoran when start 5/29/13 - she fine?
"Maintain healthy back" ?
C/p : X for hospital 5/29/13 — unclear contine
note 7/17/13 from FNP-c
"Maintain BP, healthy habits"

66-90

BP's   20/108     230/130    at least 6 stats.

CAD

6/10/13    Acute Cor sym.

GR  -  HTN  crisis  → hydtz |  ~ confirm hosp notes
HNR's -                      approved to have PNA sepsis

10/1/12 on numerous occasions in past or I have reg-refills of our presnt
have notified medical or turge & personally to wait nurse. out of abondah
wtadispre, aktol, nasm, A7A?, 2 days left of lisinopril.
on your HNR has been sent to the pharmacy & (his late).

10/11/12  since Oct 8th continual HA's ... to profess 400·800 a 6-8 hr. chronic
problem on HTN have requested spr serval time to no avail. since our docter to
Wosp··v-x-w/ extreally high BP since mid may refills late + sporadic·
I suspect um BP is quite high now I need to see mdoc or at least have BP's d.
Seen on NL 10/17/13.

L 10/17/13  BP 198/106 pule  45·48.

                        12/17/12  BP ~98/98  renew BP's.
                        seen next on 5/29/13          Lst 140/72

leg brace / care          BP 180/120  P 91   4 cp sob → bsp.de

neuropathy          6/5/13  BP  157 / 90    4/6/13 104
                             no a meds.      5/6/13 160/n.
                                             6/10/13 130/1
                    8/14/13  BP 148/88  no a meds.  3/14/13 124/

- ① knee pinless, knee pain
  low back, in ladder, in stais.
  Cataract.

HNR  11/28/12 what are you going to do about my
           head hurt for 3 month now   I'm a
           diabetic.

11/29  DC

12/20/12  see soap.

1/30/13  My head have been hurt for 5 month now
1'm taking (10) tea tylenol a day now. Please
help me.  I need to see the doctor not a nurse lin.
Katie you I have high blood press and am a diabetic.
1/30 - You have seen the provider recently help plan you
        an doctor we again thank you.

3/2/13 ha again stats 10 h level/say.
(note: acetaminophen = 500 mg Q pill.)

6/30/13 - HA
7/1/13 - HA

8/5/13 I need my blood pressure check my head
        hurt & I'm dizzy please help me this is scary
        I'm afraid. I'm a diabetic that now -
⊗/6 referred to nurse line
6/7 blood pressure was checked 8/6/13 100/48 advised to take
        150 200 mg pro Gr h.a, hydrated as well

6/16/13   160/98, 62  Bs 229

pt refused to get out of seat states "too dizzy to stand up" and "I already fell once about an hr ago" thinks he ate something bad this morning.

very anxious, feels like crying

wants a shot of benadryl —

V.O. for phenergan shot for nausea.

6/17   brought to HU w/ dizziness

seen by RN

"in wc too dizzy + weak".

180/94  ℗  (80) 88 ○  95   93% O₂  18  83

asks for another benadryl shot —

VO from PA for phenergan

no exam.


6/21/13   Seen again by Salas LPN

130/90  78  97% RA  228 Bs.

I am very dizzy it feels like I have just gotten off a merry-go-round. I have fallen 2x since yesterday. I have been drinking lots of water ... I think I ate something bad.....

O: brought in wc, when stands unsteadily, gait abi, MM pink & moist

dizzy it turns head (no other exam).

P- provider called - 1L IVF now, phenergan IM, UA ✓

recheck 1 hour (no evidence it was done).

7/2/13   not doc'd within [illegible]

p+ c/o [illegible] on too new meds. [illegible] stopped taking

Insulin [illegible] him [illegible].

97°, 16 pulse, 22,  150/84 / 98%.

plan  d/c lasix

d/c spironolactone                    cv. 1.34

d/c lopron                         H5a1c [illegible] 10.2

d/c clonidine

HCTG 50 qam,  cont w/ [illegible] 40

check BPs weekly

glyburide 5; cont MTF

D/c Coreni-   d/c NPH

Insulin sliding scale

d/c pravastatin

cont ASA.

9/8  H5a1c 11.0

cv 1.34

schedule w/ HCP w/in 1 week.

8/14/13   BP 144/82,  pulse 98   [illegible] note stopped insulin b/c
          RN [illegible] him         he was "immune" to it.
          F/up one month



███████████████ — No chart available.

███████████ — no chart available.

NOTE: We are told they can't find ████ records, still no ████ records they are looking for them. Later: told we can't find ████ chart.

████████████

90 90 DM, w/o retinopathy w/ 2 eye surgeries took 1 month to get a shoes dr̶r̶

neuropathy, need to level 5/1/13
renewed to level 5/28/13
1/17/13 - note in intake that he's on meds but they didn't use by him
1/30/13 - needs to start meds
    hasn't been on meds for almost 2 yrs.
7/11/13  order for shoer chair, knee high stockings
8/8/13 HNR " I did not receive my tool for
    shoer nor private shoer diabetic tool ordered
    last month by dr. that go.
8/13/13 "has been ordered diabetic amal.
8/15/13 refused to supply condom.
4/17/13 hba1c 6.5
5/1/13 hba1c 7.6
7/1 & /13 hba1c 6.6

7/14/13 order -
  MTF 1000mg BID.
  ghpizide 5mg QD
  GcAJA 01 qD
  Lisinopril 5mg QD.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4/29/13 There seems to be a problem getting my LOP meds
every month. I have been out of vastin for my meds
for 22 days now. So here are the stickers of my meds
to reader. They are supposed to come to me monthly
w/o the reordering thur. I am a diabetic w/ high
blood pressure. I so need my meds. It seems like
I get then i are month, then I'm off of them
one month. Please get a handle on this problem

same HNR 3/20/22.

2/8/13

3/19/13 - HNR 93/12/13 itchy at night all rash ?
                        cracked mattress ? bed bugs ?
RN note dx's bed bugs— fec destroy or clean mattress
advised 1m to scrub Jun cell once bedding reemed. Hydrocort area

CAD ↳ on front page, phlebia list (over here).

HNRS requesting ntg:

7/3/13, 6/30/13, 4/30/13, 3/3/13, 2/20/13,
2/1/13, 10/12/12, 9/20/12, 9/27/12, 9/3/12,
8/26/12, 11/5/12, 11/9/12 (DA)

A# 01

Akenolol 50mg QD

Imipofen 600 TID

ntg CR Mag T BID 9mg

SL NTG

2/1/13 HNR I need to get seen by the
doctor! I'm on the medication "nitroglycerins"
I have a chronic heart condition on file with the Arizona
Dept of Corrections where I'm supposed to be
given a medical check up for my chronic condition!

rspnse - The HCP line is monthly Scheduled, I'll put you in
N for now  (RN).
Seen in CCC clinic 3/25/13

6/10/13

HNR

I have not had any meds in area
until so how can I give you the
of my meds    it will my files.

6/21/13  we are unable to order your meds
if we do not have what meds you want

8/7/13  HbALC  ↑↑  to 9.2%   7/29/13

9.1       5/1/13

peak  ←  8.1       8/12/13

7.0 .    2/20/13

# Exhibit C

## Documents sent from plaintiffs' counsel to plaintiffs' witness Dr. Brie Williams

### Depositions

- *ADC, Wexford, and Corizon Staff*
    - o  Deposition Transcript and Exhibits: Carson McWilliams, 9/27/13
- *Plaintiffs*
    - o  Deposition Transcript: Stephen Swartz, 8/22/13

### Discovery Responses

- Dkt. 191: Defendant Ryan's First Supplemental Answers to Plaintiff Brislan's First Set of Requests for Admissions (Nos. 1-78) and First Set of Interrogatories (Nos. 1-2)
- Dkt. 527: Defendants' Response to Plaintiff Wells' First Set of Interrogatories

### Medical Files (non-named plaintiffs)

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
-

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Miscellaneous**

- ADC027733: Photographs of recreation enclosures for mental health units
- ADC027751: Eyman-SMU 1 diagram showing location of mental health recreation enclosures
- ADC094573: Diagram of ASPC-Eyman-Browning Unit Typical Wing Layout
- ADC094576-77: Recreation Enclosures Dimensions Memo, dated 4/29/13
- ADC122656: Age 50+ Inmates in Identified Segregation Areas as of 7/31/13
- ADC139516-18: ASPC-Eyman-Browning Unit Activity Schedule, dated 8/1/13
- ADC139519-20: Kasson Mental Health Program
- ADC139521-23: Maximum Custody Step Matrix
- ADC139524: Perryville SMA mental health group schedules
- ADC139525-28: Mental health programming schedule, July and August 2013

**Named Plaintiff Master Files**

- ADC021193-816: Swartz Master File

**Named Plaintiff Medical Records**

- *Swartz*
  - ADC001259-396: Swartz Medical Records, 7/11/95 to 1/5/98
  - ADC001397-2288: Swartz Medical Records, 11/18/09 to 3/8/12
  - ADC018072-104: Swartz Medical Grievances
  - ADC074289-95: Swartz Medical Records, 3/16/12 to 2/12/13
  - ADC074414-6323: Swartz Medical Records, West Valley Hospital
  - ADC133730-866: Swartz Medical Records, 7/11/95 to 12-9-97
  - ADC133867-4306: Swartz Medical Records, 11/18/09 to 6/29/11
  - ADC134307-801: Swartz Medical Records, 5/10/11 to 10/23/12

**Tour Photos**

- *Eyman*
  - ADC153421-34- Photos - Eyman (Williams Tour) – 8/15/13 (redacted)