# EXHIBIT 20

# Supplemental Expert Report of Brie Williams, M.D., M.S.

*Parsons v. Ryan*, No. 2:12-cv-00601-NVW (MEA) (D. Ariz.)

December 9, 2013

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

The following is a supplement to my expert report, dated November 8, 2013, in *Parsons v. Ryan*. My report was based on my inspection tours of three Arizona Department of Corrections (ADC) prison complexes—ASPC-Florence (Central and Kasson Units); ASPC-Eyman (SMU and Browning Units); and ASPC-Perryville (Lumley Special Management Area (SMA))—and focused in part on the inadequate exercise facilities and opportunities provided at these institutions for prisoners in the isolation units. The following supplements my report based on recently produced documents and photographs. I reserve the right to supplement or modify these opinions as additional information becomes available.

Exercise enclosures at the isolation units in all three complexes are, in almost all cases, **too small** to permit adequate exercise to preserve physical health and prevent deconditioning. In particular, for older prisoners or those with chronic medical conditions and/or mobility or functional impairments, who cannot do calisthenics and aerobic exercise in place, the enclosures are generally not large enough to allow the sustained walking that these prisoners need for exercise. My inspection confirmed that some of the enclosures have **no source of drinking water**, and some have **no source of ventilation or cooling**. My inspection also confirmed that some of the enclosures have **no chair, bench**, or any other kind of place to sit, which makes the enclosures difficult or impossible to use for older prisoners or those with mobility impairments.

Tour photographs from the isolation units at Eyman, Florence, and Perryville confirm the extremely small size of many exercise enclosures, as well as the lack of water and lack of a place to sit. For instance, the concrete exercise enclosures at Eyman have no place to sit, no water source, no windows, no misting system to cool the enclosure, no shade, and almost no equipment (a small handball was present in some enclosures). They are also too small to permit the

1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

sustained walking that older or chronically ill prisoners need to preserve their health. As **ADC153421** makes clear, these exercise enclosures are little more than empty isolation cells with a partially open ceiling—which can expose the prisoner to severe heat.

**ADC153428** shows a similarly small exercise cage at Eyman, this one with sides made of metal fencing rather than solid concrete. While it is my understanding that Eyman prisoners are allowed to bring a water bottle to exercise, these spaces afford little or no opportunity to procure additional drinking water, which is essential in the heat. The only water source for the outdoor exercise enclosures appears to be a water dispenser that is outside of and separate from the small individual cages. For the concrete enclosures, there is no water source available at all. The lack of a readily available water source creates a risk that older or medically fragile prisoners left in such an enclosure for the two-hour exercise period will have insufficient water to stay hydrated, and thus will not be able to engage in even the very limited exercise possible in the enclosure.

The exercise enclosures at Florence and Perryville are similarly inadequate. **ADC154544** shows the inside of exercise cages at Kasson unit. The enclosures are very small, and have no benches or equipment. The photograph of the Kasson enclosures supports my conclusion that Kasson prisoners who have access only to these enclosures are not receiving the opportunity for meaningful exercise. Florence-CB-5 similarly has extremely small outdoor exercise cages, pictured in **ADC154537**. Likewise, **ADC163926** demonstrates the small size of an exercise enclosure at Perryville. The area pictured is inadequate for the exercise needs of older or medically impaired Perryville prisoners, who need access to a larger area so that they can engage in sustained walking for exercise.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

My conclusions about inadequate access to exercise are supported by official grievance responses from the Arizona Department of Corrections to named plaintiff Robert Gamez. In a grievance response dated September 3, 2013, ADC staff confirm that the exercise enclosures in Browning unit have no misting system, and add that such misters are "not feasible due to the physical constraints (design) of the buildings." PLTF-PARSONS-030782. The responding staff then state that ADC has implemented a practice of cancelling exercise when the temperature exceeds 110 degrees. Id. See also PLTF-PARSONS-030784 (response to informal complaint confirming cancellation of recreation due to temperatures in excess of 110 degrees Fahrenheit).

This is concerning for two independent reasons. First, the lack of a misting system means that this important means of cooling the body is not available in these enclosures. This may discourage prisoners from using the exercise enclosures, or indeed make it dangerous for them to do so, particularly for those who are older or medically fragile. Second, while it may be appropriate to cancel exercise on days of extreme heat, there is no mention of alternative options for exercise on those days. Thus, in the event of such cancellation, prisoners will be offered even less than the very minimal six hours a week of exercise required by ADC policy. These documents confirm my conclusion that older prisoners and those with chronic medical conditions and/or physical disabilities housed in ADC's isolation units do not have adequate access to exercise to preserve their health and prevent deconditioning.

3

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Dated this 9th day of December, 2013, at San Francisco, California.

BRIE WILLIAMS, M.D., M.S.

# Exhibit A

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Documents sent to Dr. Brie Williams, 11/8/13 – 12/9/13**

**Depositions**

- Deposition Transcript and Exhibits: Richard Pratt, 11/7/13
- Deposition Transcript and Exhibits: Charles Ryan, 11/8/13

**Miscellaneous**

- PLTF-PARSONS-030781-84: Grievances, Robert Gamez

**Tour Photos**

- Florence (Williams tour) dated 8/14/13 (redacted): ADC154534-47
- Perryville (Williams tour) dated 8/16/13 (redacted): ADC163926-36 (sent 11/1/13; inadvertently omitted from Exhibit C to 11/8/13 report)

# EXHIBIT 21

# Rebuttal Expert Report of Brie Williams, M.D., M.S.

*Parsons v. Ryan,* No. 2:12-cv-00601-NVW (MEA) (D. Ariz.)

January 31, 2014

From his report, it does not appear that Dr. Mendel interviewed or reviewed the medical records of the prisoners discussed in my report. It also does not appear that he viewed the cells in ADC's isolation units, or the exercise facilities available to prisoners in those units.  Nor does Dr. Mendel cite any medical literature in support of his conclusions.

Dr. Mendel criticizes my report for failing to address "the reason for the inmate's placement in a disciplinary unit," repeatedly referring to the units I inspected as "disciplinary units."[1]  It is my understanding that these units serve a broader function than "disciplinary units" since the defendants' expert Richard Seiter explained that prisoners may be housed in these units for several reasons including because of the sentence they have received, because they are in protective custody, or for other reasons unrelated to any misconduct while in prison.[2]  For this reason, it appears that Dr. Mendel's assumption that all prisoners in these units are there for disciplinary reasons is incorrect.

Dr. Mendel also states that I do not "list any experience providing care to incarcerated individuals."[3]  I have served as a consultant in California's San Quentin State Prison where I consulted on the care of patients age 50 and older.

Dr. Mendel also states that "Dr. Williams did not list the mental health history for any of the inmates mentioned in her report," and states that due to this alleged failure "it is not possible to determine whether it is safe to allow disciplinary unit inmates to exercise with others."[4]  First, it is simply untrue that I did not discuss prisoners' mental health history.  For example, I note in the body of my report that one prisoner "has a history of Post-Traumatic Stress Disorder with suicidal ideation,"[5] and in my notes (which constitute a part of my report) I repeatedly refer to prisoners' mental health diagnoses and treatment.

More fundamentally, it is not my opinion that prisoners must always be allowed to exercise with others.  Rather, my opinion is that the denial of access to exercise spaces that allow sustained walking, and/or the housing of prisoners in conditions that contribute to social isolation or sensory deprivation, poses a substantial risk of serious harm to older prisoners and those with chronic medical conditions, and/or physical disabilities.

Dr. Mendel states that I do not discuss the length of time prisoners spend in isolation.  It is my understanding that ADC surprisingly does not track the mean or median length of prisoners' stay in isolation.[6]  I have not found evidence that there is any upper limit on the

---

[1] Mendel Report at 34-36.
[2] Seiter Report at 1-2.
[3] Mendel Report at 33.
[4] Mendel Report at 34.
[5] Williams Report at 16.
[6] Defendant Charles Ryan's Responses to Plaintiff Robert Gamez's First Set of Interrogatories, September 16, 2013, Interrogatory No. 2.

amount of time an Arizona prisoner can spend in isolation, and ADC states that "Inmates serving death or life sentences could be housed in a location meeting Plaintiffs' definition of 'ISOLATION' for upwards of 20 years."[7]   It is my understanding that prisoners who are sentenced to death are automatically and permanently classified as maximum custody (and therefore placed in isolation), and prisoners with life sentences are automatically so classified for a minimum of two years.[8] Thus, I am told by Plaintiffs' attorneys that ADC policy requires that these prisoners spend a minimum of two years in ADC's isolation units.[9]

In addition, ADC's website indicates that many of the prisoners in ADC's isolation units have been housed in those units for many months or even years.  The website's "Inmate Datasearch" function lists the date of a prisoner's last movement.  Listed below are some of the prisoners I interviewed in ADC's isolation units during my inspection tours on August 14, 15, and 16, 2013.  For each prisoner is listed the housing unit where I interviewed the prisoner and the date of his or her last movement, as indicated on ADC's website on December 27, 2013.

| Name and ADC No. | Unit where interviewed | Last movement as of 12/27/13 |
|---|---|---|
|  | Lumley-SMA | 1/6/10 |
|  | Lumley-SMA | 12/17/10 |
|  | Eyman-SMU | 7/28/11 |
|  | Eyman-SMU | 8/14/12 |
|  | Eyman-SMU | 8/29/12 |
|  | Eyman-Browning | 8/30/12 |
|  | Lumley-SMA | 10/4/12 |
|  | Florence-Central | 12/6/12 |
|  | Florence-Central | 3/28/13 |
|  | Eyman-SMU | 5/6/13 |
|  | Eyman-SMU | 6/22/13 |

[7] Ibid.

[8] Plaintiff Dustin Brislan's First Requests for Admissions and Defendants Ryan's Response Thereto, September 24, 2012, Requests No. 25, 26.

[9] According to the report of Richard Seiter, as of August 22, 2013, ADC had 121 prisoners sentenced to death, and 101 sentenced to life who had served less than two years.  Seiter Report at 2.

|  | Eyman-SMU | 7/8/13 |
|---|---|---|
|  | Florence-Central | 7/18/13 |

The December 27, 2013 printouts for these prisoners from ADC's "Inmate Datasearch" function are attached as Exhibit A.

It is also my understanding that some of the named plaintiffs have spent years in ADC's isolation units. For example, it appears that Robert Gamez was incarcerated at Florence-Central Unit from 2007 to 2012, and has been at Eyman-Browning Unit since that time.[10] It appears that Jackie Thomas has been incarcerated at either Eyman-Browning or Eyman SMU since 2007.[11]

The risks and negative health effects of enforced idleness and lack of exercise occur quite rapidly. After five weeks of bedrest, decreased muscle mass in the lower extremities and bone mineral loss can be detected, as can hip, thigh, and calf muscle atrophy and bone loss.[12] As little as two weeks of bedrest has been found to launch the catabolic response that leads to muscle breakdown in healthy, younger volunteers.[13]

These risks and adverse health effects are magnified for persons with chronic health conditions. For example, in persons with diabetes, more sedentary time was associated with larger waste sizes, increased insulin, higher LDL ("bad cholesterol") and higher blood sugar in a study of more than 500 persons newly diagnosed with type 2 diabetes.[14] The study, done over a one-year period, found that decreased activity predicts worsening metabolic variables in patients with diabetes.[15] Similarly, for persons with osteoarthritis, inactivity leads to muscle weakness and to worsened pain and decreased mobility.[16]

---

[10] ADC P000632-33.

[11] ADC P000819-23.

[12] Berg HE, Eiken O, Miklavcic, L, Mekjavic, IB. Hip, Thigh and calf muscle atrophy and bone loss after 5-week bedrest inactivity. Eur J Appl Physiol. (2007) 99:283-289.

[13] Ferrando AA, Stuart CA, Sheffield-Moore M, Wolfe RR. Inactivity amplifies the catabolic response of skeletal muscle to cortisol. J Clin Endocriniol Metab 84:3515-3521, 1999. See also Knight J, Nigam Y, Jones A. Effects of bedrest 1-cardiovascular, respiratory and hematological system. Nursing Times; 105:21, 16-20 (2009).

[14] Cooper AR, Sebire S, Montgomery AA, et al. Sedentary time, breaks in sedentary time and metabolic variables in people with newly diagnosed type 2 diabetes. Diabetologia (2012) 55:589-599.

[15] Ibid.

[16] Steultjens MPM, Dekker J, Bijlsma JWJ. Avoidance of activity and disability in patients with osteoarthritis of the knee-The mediating role of muscle strength. Arthritis & Rheumatism (2012). 46(7):1784-1788.

3

According to the United States Centers for Disease Control and Prevention, older adults need at least two hours and thirty minutes of moderate-intensity aerobic activity (i.e., brisk walking) every week, as well as muscle-strengthening activities on two or more days a week that work all major muscle groups (legs, hips, back, abdomen, chest, shoulders, and arms).[17] Comprehensive exercise programs (incorporating walking, aerobics, strength training, etc.) are most effective for elderly persons with medical conditions.  One study showed that 6 months of comprehensive exercise had several positive physical outcomes for elderly persons with chronic conditions, including: grip strength, flexibility, oxygen saturation, metabolic equivalent.[18]  In a study of older women, moving for five or more hours per day was associated with lower blood pressure; regular movement throughout the day is important in managing hypertension in older women.[19]   Walking is particularly important to prevent or slow loss of function in the deconditioned or frail elderly.[20] It is reasonable to assume that persons who are confined to a small space nearly all of the time would benefit from even MORE physical activity, since the recommendations are for the general public who, at a minimum, generally experience a degree of baseline physical activity such as walking from room to room in their house.

Finally, according to the National Osteoporosis Foundation, persons over 50 and persons who are institutionalized are high-risk populations for vitamin D deficiency, which can lead to osteoporosis.  These persons should therefore get at least 800-1000 IU of vitamin D daily.[21] Spending time outside with access to direct sunlight can address this higher susceptibility to vitamin D deficiency.

A list of the documents that have been provided to me by plaintiffs' counsel since my last report is attached as Exhibit B.  I reserve the right to supplement or modify my opinions if additional information or documents are provided in the future.

---

[17] Centers for Disease Control and Prevention, "How Much Physical Activity Do Older Adults Need?", available at http://www.cdc.gov/physicalactivity/everyone/guidelines/olderadults.html.
[18] Hessert MJ, Gugliucci MR, Pierce HR. Functional fitness: maintaining or improving function for elders with chronic diseases. Fam Med 2005; 37(7): 472-476.
[19] Brennan P, Pescatello LS, Bohannon, RW, et al. Time spent moving is related to systolic blood pressure in older women. Prev Cardiol. 2005; 8:160-164.
[20] See Graf C. Functional decline in hospitalized older adults-It's often a consequence of hospitalization, but it doesn't have to be. AJN 2006 106(1): 58-67.
[21] National Osteoporosis Foundation, "Vitamin D and Bone Health," November 2010, available at http://nof.org/files/nof/public/content/file/218/upload/68.pdf.

4

Dated this 30th day of January, 2014, at San Francisco, California.

BRIE WILLIAMS, M.D., M.S.

# Exhibit A

| RETURN TO SEARCH RESULTS | RETURN TO DATASEARCH FORM |
|---|---|

| | Last Name | | First Name | | | Middle Initial | | Birth Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | Gender | | | Height (Inches) | | | Weight | Hair Color | |
| | FEMALE | | | 61 | | | 108 | BROWN | |
| | Eye Color | | Ethnic Origin | | Custody Class | | | Inmate / Detainee | |
| | BLUE | | CAUCASIAN | | 5/5 | | | INMATE | |
| | Sentence (yyymmdd) | | | Admission | | Prison Release Date | | Max End Date | |
| | 018/00/00 | | | 04/13/1990 | | | | 07/19/2024 | |
| | Cur. Absconded | Hist. Absconded | | Release Type | Most Recent Loc. | | | Unit | |
| Inmate | -- | -- | | RECEIVED AT | ASPC Perryville | ASPC Perryville Spec Mgmt | | | |
| | Community Supervision/ Parole | | | Last Movement | | Commitment Status | | | Status |
| | N | | | 01/06/2010 | | COMPLETE AND VERIFIED | | | ACTIVE |

Earned Credit Release Date is provided for guidance. Confirmation can be sought by contacting ADC.

Details of inmate offenses can be accessed by reviewing the case file at the Office of the Clerk of the Court where the case was adjudicated.

- If you are the victim of a crime please visit [Victim Services].
- For family and friends inmate issues, please visit [Inmate Services].
- For public records or reports, please visit [Public Access] or contact the Public Access Office via [email].

## Commitment Information 2 record(s)

| Commit# | Sentence | Sentence County | Court Cause# | Offense Date | Sentence Status | Crime | Crime Info | Felony Class | Ruling | Verified |
|---|---|---|---|---|---|---|---|---|---|---|
| A01 | 0180000 | MARICOPA | 8905293 | 05/08/1989 | PAR. CS | KIDNAPPING; DANGER/ REPETIT/ ENHANCE; | D/NR | CL2 | N | YES |
| A02 | 0180000 | MARICOPA | 8905293 | 05/09/1989 | IMPOSED | ARMED ROBBERY; DANGER/ REPETIT/ ENHANCE; | D/NR | CL2 | Y | YES |

## Sentence Information 2 record(s)

| Commit# | Sentence yyymmdd | Admit Date | Consec/ Concur | Release Date(s) | Supervision End | Sentence Expiration | Flat Maximum |
|---|---|---|---|---|---|---|---|
| A01 | 018/00/00 | 04/13/1990 | | Parole:02/10/2003 | | 10/12/2006 | 05/21/2007 |
| A02 | 018/00/00 | 04/13/1990 | Consecutive:A01 | Parole:01/05/2021 Temporary:01/14/2021 | | 10/11/2021 | 07/19/2024 |

## Profile Classification 38 record(s) [info]

| Complete Date | Class. Type | Cust. Risk | Inst. Risk | Edu. | CTE. | SA TX |
|---|---|---|---|---|---|---|
| 04/25/2013 | RECLASSIFICATION | 5 | 5 | 2 | 0 | 0 |

## RETURN TO SEARCH RESULTS | RETURN TO DATASEARCH FORM

| | Last Name | | First Name | | Middle Initial | | Birth Date | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | Gender | | Height (inches) | | Weight | | Hair Color | |
| | FEMALE | | 64 | | 120 | | BROWN | |
| | Eye Color | Ethnic Origin | | Custody Class | | Inmate / Detainee | | |
| | BROWN | CAUCASIAN | | 5/2 | | INMATE | | |
| | Sentence (yyymmdd) | | Admission | | Prison Release Date | | Max End Date | |
| | DEATH | | 12/23/2004 | | | | DEATH | |
| | Cur. Absconded | | Hist. Absconded | | Release Type | | Most Recent Loc. | Unit |
| | -- | | -- | | RECEIVED AT | | ASPC Perryville | |
| Inmate | Community Supervision/ Parole Last Movement | | | | Commitment Status | | | Status |
| | N | | | 12/17/2010 | COMPLETE AND VERIFIED | | | ACTIVE |

Earned Credit Release Date is provided for guidance. Confirmation can be sought by contacting ADC.

Details of inmate offenses can be accessed by reviewing the case file at the Office of the Clerk of the Court where the case was adjudicated.

- If you are the victim of a crime please visit [Victim Services].
- For family and friends inmate issues, please visit [Inmate Services].
- For public records or reports, please visit [Public Access] or contact the Public Access Office via [email].

## Commitment Information *1 record(s)*

| Commit# | Sentence | Sentence County | Court Cause# | Offense Date | Sentence Status | Crime | Crime Info | Felony Class | Ruling | Verified |
|---|---|---|---|---|---|---|---|---|---|---|
| A01 | DEATH | MARICOPA | 2000-096032 | 10/08/2000 | IMPOSED | MURDER 1ST DEGREE; DANGER/ REPETIT/ ENHANCE; | D/NR | CL1 | Y | YES |

## Sentence Information *1 record(s)*

| Commit# | Sentence yyymmdd | Admit Date | Consec/ Concur | Release Date(s) | Supervision End | Sentence Expiration | Flat Maximum |
|---|---|---|---|---|---|---|---|
| A01 | DEATH | 12/22/2004 | | | | | DEATH |

## Profile Classification *11 record(s)* [info]

| Complete Date | Class. Type | Cust. Risk | Inst. Risk | Edu. | CTE. | SA TX |
|---|---|---|---|---|---|---|
| 01/10/2013 | RECLASSIFICATION | 5 | 2 | 1 | 0 | 0 |
| 12/16/2011 | RECLASSIFICATION | 5 | 2 | 3 | 0 | 0 |
| 12/10/2010 | RECLASSIFICATION | 5 | 2 | 3 | 0 | 0 |
| 11/30/2009 | RECLASSIFICATION | 5 | 2 | 3 | 0 | 0 |
| 11/20/2008 | RECLASSIFICATION | 5 | 2 | 3 | 0 | 0 |



| RETURN TO SEARCH RESULTS | RETURN TO DATASEARCH FORM |

| Last Name | | First Name | | Middle Initial | | Birth Date | |
|---|---|---|---|---|---|---|---|
| Gender | | Height (Inches) | | Weight | | Hair Color | |
| MALE | | 70 | | 245 | | GRAY | |
| Eye Color | Ethnic Origin | | Custody Class | | Inmate / Detainee | | |
| BLUE | BLACK | | 4/3 | | INMATE | | |
| Sentence (yyymmdd) | | Admission | | Prison Release Date | | Max End Date | |
| 005/00/00 | | 05/27/2011 | | | | LIFE | |
| Cur. Absconded | Hist. Absconded | | Release Type | | Most Recent Loc. | Unit | |
| -- | -- | | RECEIVED AT | | ASPC Eyman | | |
| Inmate | Community Supervision/ Parole Last Movement | | | Commitment Status | | Status | |
| | N | | | 07/28/2011 | COMPLETE AND VERIFIED | ACTIVE | |

Earned Credit Release Date is provided for guidance. Confirmation can be sought by contacting ADC.

Details of inmate offenses can be accessed by reviewing the case file at the Office of the Clerk of the Court where the case was adjudicated.

- If you are the victim of a crime please visit [Victim Services].
- For family and friends inmate issues, please visit [Inmate Services].
- For public records or reports, please visit [Public Access] or contact the Public Access Office via [email].

## Commitment Information 2 record(s)

| Committ# | Sentence | Sentence County | Court | Cause# | Offense Date | Sentence Status | Crime | Crime Info | Felony Class | Ruling | Verified |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C01 | LIFE | MARICOPA | | 20100054220 | 09/07/2009 | IMPOSED | MURDER 1ST DEGREE; CONSPIRACY; DOMESTIC VIOLENCE | ND/NR | CL1 | N | YES |
| C02 | 005000 | MARICOPA | | 20100054220 | 09/07/2009 | IMPOSED | KIDNAPPING; CONSPIRACY; DOMESTIC VIOLENCE | ND/NR | CL2 | Y | YES |

## Sentence Information 2 record(s)

| Committ# | Sentence yyymmdd | Admit Date | Consec/ Concur | Release Date(s) | Supervision End | Sentence Expiration | Flat Maximum |
|---|---|---|---|---|---|---|---|
| C01 | LIFE | 05/25/2011 | | | | | LIFE |
| C02 | 005/00/00 | 05/25/2011 | Consecutive:C01 | | | | LIFE |

## Profile Classification 4 record(s) [info]

| Complete Date | Class. Type | Cust. Risk | Inst. Risk | Edu. | CTE. | SATX |
|---|---|---|---|---|---|---|
| 03/14/2013 | RECLASSIFICATION | 4 | 3 | 1 | 0 | 0 |
| 01/16/2013 | | 5 | 3 | 1 | 0 | 0 |
| 01/04/2012 | | 5 | 1 | 3 | 0 | 0 |
| 07/06/2011 | INITIAL CLASSIFICATION | 5 | 1 | 3 | 0 | 0 |

## Disciplinary Infractions 2 record(s) [info]

| RETURN TO SEARCH RESULTS | | RETURN TO DATASEARCH FORM | | | | |
|---|---|---|---|---|---|---|

| | Last Name | First Name | | Middle Initial | | Birth Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| | Gender | Height (inches) | | Weight | | Hair Color |
| | MALE | 72 | | 185 | | GRAY |
| | Eye Color | Ethnic Origin | | Custody Class | | Inmate / Detainee |
| | BROWN | CAUCASIAN | | 5/5 | | INMATE |
| | Sentence (yyymmdd) | | Admission | Prison Release Date | | Max End Date |
| | 018/00/00 | | 03/21/2005 | | | 11/23/2021 |
| | Cur. Absconded | Hist. Absconded | Release Type | Most Recent Loc. | | Unit |
| Inmate | -N- | -- | RECEIVED AT | ASPC Eyman | ASPC Eyman SMU | |
| | Community Supervision/ Parole | Last Movement | | Commitment Status | | Status |
| | N | | 08/14/2012 | COMPLETE AND VERIFIED | | ACTIVE |

Earned Credit Release Date is provided for guidance. Confirmation can be sought by contacting ADC.

Details of inmate offenses can be accessed by reviewing the case file at the Office of the Clerk of the Court where the case was adjudicated.

- If you are the victim of a crime please visit [Victim Services].
- For family and friends inmate issues, please visit [Inmate Services].
- For public records or reports, please visit [Public Access] or contact the Public Access Office via [email].

## Commitment Information *3 record(s)*

| Commit# | Sentence | Sentence County | Court Cause# | Offense Date | Sentence Status | Crime | Crime Info | Felony Class | Ruling | Verified |
|---|---|---|---|---|---|---|---|---|---|---|
| B01 | 0180000 | NAVAJO | 20040007 | 11/14/2003 | IMPOSED | MANSLAUGHTER; DANGER/ REPETIT/ ENHANCE; | D/NR | CL2 | Y | YES |
| C02 | 0020000 | NAVAJO | 20040040 | 01/07/2004 | IMPOSED | DESTRUCTION OF PUBLIC JAIL; | ND/NR | CL5 | N | YES |
| D01 | 0020000 | NAVAJO | 20050063 | 01/06/2005 | IMPOSED | AGGRAVATED ASSAULT; | ND/NR | CL5 | N | YES |

## Sentence Information *3 record(s)*

| Commit# | Sentence yyymmdd | Admit Date | Consec/ Concur | Release Date(s) | Supervision End | Sentence Expiration | Flat Maximum |
|---|---|---|---|---|---|---|---|
| B01 | 018/00/00 | 03/15/2005 | | Supervised:09/13/2020 | 03/15/2023 | 09/13/2020 | 11/23/2021 |
| C02 | 002/00/00 | 03/15/2005 | Concurrent:B01 | | | | 01/07/2006 |
| D01 | 002/00/00 | 03/15/2005 | Concurrent:C02 | | | | 01/06/2007 |

## Profile Classification *15 record(s)* [info]

| Complete Date | Class. Type | Cust. Risk | Inst. Risk | Edu. | CTE | SA TX |
|---|---|---|---|---|---|---|
| 11/01/2013 | | 5 | 5 | 0 | 0 | 0 |

| RETURN TO SEARCH RESULTS | RETURN TO DATASEARCH FORM |

| Last Name | | First Name | | Middle Initial | | Birth Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| **Gender** | | **Height (inches)** | | **Weight** | | **Hair Color** |
| MALE | | 65 | | 190 | | GRAY |
| **Eye Color** | **Ethnic Origin** | | **Custody Class** | | **Inmate / Detainee** | |
| BLUE | CAUCASIAN | | 5/1 | | INMATE | |
| **Sentence (yyymmdd)** | | **Admission** | | **Prison Release Date** | | **Max End Date** |
| LIFE | | 08/29/2012 | | | | LIFE |
| **Cur. Absconded** | | **Hist. Absconded** | | **Release Type** | **Most Recent Loc.** | **Unit** |
| -- | | -- | | RECEIVED AT | ASPC Eyman | |
| **Community Supervision/ Parole** | **Last Movement** | | | **Commitment Status** | | **Status** |
| N | | 08/29/2012 | | COMPLETE, BUT NOT VERIFIED | | ACTIVE |

Inmate

Earned Credit Release Date is provided for guidance. Confirmation can be sought by contacting ADC.

Details of inmate offenses can be accessed by reviewing the case file at the Office of the Clerk of the Court where the case was adjudicated.

- If you are the victim of a crime please visit [Victim Services].
- For family and friends inmate issues, please visit [Inmate Services].
- For public records or reports, please visit [Public Access] or contact the Public Access Office via [email].

## Commitment Information 2 record(s)

| Commit# | Sentence | Sentence County | Court Cause# | Offense Date | Sentence Status | Crime | Crime Info | Felony Class | Ruling | Verified |
|---|---|---|---|---|---|---|---|---|---|---|
| A01 | LIFE | PIMA | 20094604001 | 05/15/2003 | IMPOSED | SEXUAL CONDUCT W MINOR; | D/NR | CL2 | Y | NO |
| A03 | 0170000 | PIMA | 20094604001 | 05/15/2003 | IMPOSED | MOLESTATION OF CHILD; | D/NR | CL2 | N | NO |

## Sentence Information 2 record(s)

| Commit# | Sentence yyymmdd | Admit Date | Consec/ Concur | Release Date(s) | Supervision End | Sentence Expiration | Flat Maximum |
|---|---|---|---|---|---|---|---|
| A01 | LIFE | 08/20/2012 | Consecutive:A03 | | | | LIFE |
| A03 | 017/00/00 | 08/20/2012 | | | | 02/13/2027 | 07/18/2029 |

## Profile Classification 2 record(s) [info]

| Complete Date | Class. Type | Cust. Risk | Inst. Risk | Edu. | CTE. | SA TX |
|---|---|---|---|---|---|---|
| 04/04/2013 | | 5 | 1 | 1 | 0 | 0 |
| 10/02/2012 | INITIAL CLASSIFICATION | 5 | 1 | 1 | 0 | 0 |

## Disciplinary Infractions 0 record(s) [info]

| RETURN TO SEARCH RESULTS | RETURN TO DATASEARCH FORM |

| Last Name | | First Name | | Middle Initial | | Birth Date |
|---|---|---|---|---|---|---|

| Gender | | Height (inches) | | Weight | | Hair Color |
|---|---|---|---|---|---|---|
| MALE | | 75 | | 175 | | BLACK |
| Eye Color | Ethnic Origin | | Custody Class | | Inmate / Detainee | |
| BROWN | BLACK | | 5/4 | | INMATE | |
| Sentence (yyymmdd) | | Admission | | Prison Release Date | | Max End Date |
| 035/00/00 | | 05/09/1995 | | | | 05/08/2030 |
| Cur. Absconded | Hist. Absconded | Release Type | Most Recent Loc. | | Unit | |
| -- | -- | RECEIVED AT | ASPC Eyman | | ASPC Eyman SMU II | |
| Community Supervision/ Parole | Last Movement | | Commitment Status | | | Status |
| N | | 08/30/2012 | COMPLETE AND VERIFIED | | | ACTIVE |

Inmate

Earned Credit Release Date is provided for guidance. Confirmation can be sought by contacting ADC.

Details of inmate offenses can be accessed by reviewing the case file at the Office of the Clerk of the Court where the case was adjudicated.

- If you are the victim of a crime please visit [Victim Services].
- For family and friends inmate issues, please visit [Inmate Services].
- For public records or reports, please visit [Public Access] or contact the Public Access Office via [email].

## Commitment Information 1 record(s)

| Commit# | Sentence | Sentence County | Court Cause# | Offense Date | Sentence Status | Crime | Crime Info | Felony Class | Ruling | Verified |
|---|---|---|---|---|---|---|---|---|---|---|
| A01 | 0350000 | MARICOPA | 0113888 | 07/18/1980 | IMPOSED | ARMED ROBBERY; DANGER/ REPETIT/ ENHANCE | D/R-2 | CL2 | Y | YES |

## Sentence Information 1 record(s)

| Commit# | Sentence yyymmdd | Admit Date | Consec/ Concur | Release Date(s) | Supervision End | Sentence Expiration | Flat Maximum |
|---|---|---|---|---|---|---|---|
| A01 | 035/00/00 | 03/06/1996 | | Parole:08/19/2028 Temporary:06/11/2024 | | 03/09/2025 | 05/08/2030 |

## Profile Classification 46 record(s) [info]

| Complete Date | Class. Type | Cust. Risk | Inst. Risk | Edu. | CTE. | SA TX |
|---|---|---|---|---|---|---|
| 07/15/2013 | | 5 | 4 | 1 | 0 | 0 |
| 05/29/2012 | | 5 | 4 | 3 | 0 | 0 |
| 06/03/2011 | | 5 | 5 | 3 | 0 | 0 |
| 04/20/2011 | | 5 | 5 | 3 | 0 | 0 |



| RETURN TO SEARCH RESULTS | RETURN TO DATASEARCH FORM |
|---|---|

| Last Name | First Name | Middle Initial | Birth Date |
|---|---|---|---|
| | | | |

| Gender | Height (inches) | Weight | Hair Color |
|---|---|---|---|
| FEMALE | 60 | 252 | BLACK |

| Eye Color | Ethnic Origin | Custody Class | Inmate / Detainee |
|---|---|---|---|
| BROWN | NATIVE INDIAN | 5/4 | INMATE |

| Sentence (yymmdd) | Admission | Prison Release Date | Max End Date |
|---|---|---|---|
| 013/00/00 | 05/31/2006 | | 11/23/2018 |

| Cur. Absconded | Hist. Absconded | Release Type | Most Recent Loc. | Unit |
|---|---|---|---|---|
| -- | -- | RECEIVED AT | ASPC Perryville | ASPC Perryville Spec Mgmt |

Inmate

| Community Supervision/ Parole | Last Movement | Commitment Status | Status |
|---|---|---|---|
| N | 10/04/2012 | COMPLETE AND VERIFIED | ACTIVE |

Earned Credit Release Date is provided for guidance. Confirmation can be sought by contacting ADC.

Details of inmate offenses can be accessed by reviewing the case file at the Office of the Clerk of the Court where the case was adjudicated.

- If you are the victim of a crime please visit [Victim Services].
- For family and friends inmate issues, please visit [Inmate Services].
- For public records or reports, please visit [Public Access] or contact the Public Access Office via [email].

## Commitment Information 3 record(s)

| Commit# | Sentence | Sentence County | Court Cause# | Offense Date | Sentence Status | Crime | Crime Info | Felony Class | Ruling | Verified |
|---|---|---|---|---|---|---|---|---|---|---|
| C01 | 0100600 | MARICOPA | 20061326920 | 10/07/2005 | IMPOSED | ARMED ROBBERY; DANGER/ REPETIT/ ENHANCE; | ND/NR | CL2 | N | YES |
| C04 | 0100000 | MARICOPA | 20061326920 | 10/07/2005 | IMPOSED | KIDNAPPING; | ND/NR | CL2 | N | YES |
| D01 | 0130000 | MARICOPA | 20060304600 | 07/17/2005 | IMPOSED | ARMED ROBBERY; DANGER/ REPETIT/ ENHANCE; | D/NR | CL2 | Y | YES |

## Sentence Information 3 record(s)

| Commit# | Sentence yymmdd | Admit Date | Consec/ Concur | Release Date(s) | Supervision End | Sentence Expiration | Flat Maximum |
|---|---|---|---|---|---|---|---|
| C01 | 010/06/00 | 05/19/2006 | | | | 11/19/2014 | 04/06/2016 |
| C04 | 010/00/00 | 05/19/2006 | Concurrent:C01 | | | 03/16/2014 | 10/07/2015 |
| D01 | 013/00/00 | 05/19/2006 | Concurrent:C01 | Supervised:10/24/2016 | 11/23/2018 | 01/22/2017 | 10/06/2018 |

## Profile Classification 14 record(s) [info]

| Complete Date | Class. Type | Cust. Risk | Inst. Risk | Edu. | CTE. | SATX |
|---|---|---|---|---|---|---|
| 08/01/2013 | | 5 | 4 | 2 | 4 | 0 |
| 04/17/2013 | | 5 | 5 | 2 | 4 | 0 |
| 10/04/2012 | RECLASSIFICATION | 5 | 5 | 2 | 4 | 0 |
| 03/16/2012 | RECLASSIFICATION | 3 | 3 | 3 | 4 | 0 |
| 11/02/2011 | RECLASSIFICATION | 2 | 3 | 3 | 4 | 3 |
| 09/02/2010 | | 3 | 2 | 2 | 3 | 2 |
| 08/18/2009 | | 3 | 3 | 2 | 0 | 2 |

## RETURN TO SEARCH RESULTS    RETURN TO DATASEARCH FORM

| | Last Name | | First Name | | Middle Initial | | Birth Date | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | Gender | | Height (Inches) | | Weight | | Hair Color | |
| | MALE | | 70 | | 229 | | BLOND | |
| | Eye Color | Ethnic Origin | | Custody Class | | Inmate / Detainee | | |
| | BROWN | CAUCASIAN | | 4/4 | | INMATE | | |
| | Sentence (yyymmdd) | | Admission | | Prison Release Date | | Max End Date | |
| | 016/00/00 | | 06/01/2005 | | | | 02/03/2020 | |
| | Cur. Absconded | Hist. Absconded | | Release Type | | Most Recent Loc. | | Unit |
| | -- | -- | | RECEIVED AT | | ASPC - FLORENCE | | |
| Inmate | Community Supervision/ Parole Last Movement | | | | Commitment Status | | | Status |
| | N | | | 12/06/2012 | COMPLETE AND VERIFIED | | | ACTIVE |

Earned Credit Release Date is provided for guidance. Confirmation can be sought by contacting ADC.

Details of inmate offenses can be accessed by reviewing the case file at the Office of the Clerk of the Court where the case was adjudicated.

- If you are the victim of a crime please visit [Victim Services].
- For family and friends inmate issues, please visit [Inmate Services].
- For public records or reports, please visit [Public Access] or contact the Public Access Office via [email].

## Commitment Information  *1 record(s)*

| Commit# | Sentence | Sentence County | Court Caus e# | Offense Date | Sentence Status | Crime | Crime Info | Felony Class | Ruling | Verified |
|---|---|---|---|---|---|---|---|---|---|---|
| C01 | 0160000 | MARICOPA | 20040077560 | 02/06/2004 | IMPOSED | MURDER 2ND DEGREE; MURDER SECOND DEGREE; DANGER/ REPETIT/ ENHANCE | D/NR | CL1 | Y | YES |

## Sentence Information  *1 record(s)*

| Commit# | Sentence yyymmdd | Admit Date | Consec/ Concur | Release Date(s) | Supervision End | Sentence Expiration | Flat Maximum |
|---|---|---|---|---|---|---|---|
| C01 | 016/00/00 | 05/25/2005 | | Supervised:02/03/2020 | 05/05/2022 | | 02/03/2020 |

## Profile Classification  *12 record(s)*  [info]

| Complete Date | Class. Type | Cust. Risk | Inst. Risk | Edu. | CTE. | SA TX |
|---|---|---|---|---|---|---|
| 08/30/2013 | RECLASSIFICATION | 4 | 4 | 0 | 1 | 0 |
| 06/14/2012 | | 5 | 5 | 0 | 1 | 0 |
| 12/02/2011 | RECLASSIFICATION | 5 | 5 | 0 | 1 | 0 |
| 09/30/2011 | RECLASSIFICATION | 4 | 4 | 0 | 1 | 0 |
| 09/23/2011 | | 3 | 4 | 0 | 1 | 0 |

| RETURN TO SEARCH RESULTS | RETURN TO DATASEARCH FORM |
| --- | --- |

| | Last Name | | First Name | | Middle Initial | | Birth Date | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Gender | | Height (inches) | | Weight | | Hair Color | |
| | MALE | | 70 | | 205 | | BROWN | |
| | Eye Color | Ethnic Origin | | Custody Class | | | Inmate / Detainee | |
| | BROWN | CAUCASIAN | | 4/4 | | | INMATE | |
| | Sentence (yyymmdd) | | Admission | | Prison Release Date | | Max End Date | |
| | 025/00/00 | | 05/04/2010 | | | | 02/17/2034 | |
| | Cur. Absconded | Hist. Absconded | | Release Type | Most Recent Loc. | | Unit | |
| Inmate | -- | -- | | RET.FM.COURT | ASPC Florence | | ASPC Florence Central Unit | |
| | Community Supervision/ Parole | | | Last Movement | | Commitment Status | | Status |
| | N | | | 03/28/2013 | | COMPLETE AND VERIFIED | | ACTIVE |

Earned Credit Release Date is provided for guidance. Confirmation can be sought by contacting ADC.

Details of inmate offenses can be accessed by reviewing the case file at the Office of the Clerk of the Court where the case was adjudicated.

- If you are the victim of a crime please visit [Victim Services].
- For family and friends inmate issues, please visit [Inmate Services].
- For public records or reports, please visit [Public Access] or contact the Public Access Office via [email].

## Commitment Information *1 record(s)*

| Commit# | Sentence | Sentence County | Court Cause# | Offense Date | Sentence Status | Crime | Crime Info | Felony Class | Ruling | Verified |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| A01 | 0250000 | MARICOPA | 20091135260 | 02/23/2009 | IMPOSED | MURDER 2ND DEGREE; DANGEROUS; | D/NR | CL1 | Y | YES |

## Sentence Information *1 record(s)*

| Commit# | Sentence yyymmdd | Admit Date | Consec/ Concur | Release Date(s) | Supervision End | Sentence Expiration | Flat Maximum |
| --- | --- | --- | --- | --- | --- | --- | --- |
| A01 | 025/00/00 | 04/30/2010 | | Supervised:02/17/2034 | 08/18/2037 | | 02/17/2034 |

## Profile Classification *6 record(s)* [info]

| Complete Date | Class. Type | Cust. Risk | Inst. Risk | Edu. | CTE. | SA TX |
| --- | --- | --- | --- | --- | --- | --- |
| 11/25/2013 | RECLASSIFICATION | 4 | 4 | 1 | 1 | 0 |
| 10/11/2012 | | 5 | 5 | 1 | 1 | 0 |
| 09/12/2011 | | 5 | 5 | 1 | 1 | 0 |
| 03/09/2011 | RECLASSIFICATION | 5 | 4 | 1 | 1 | 0 |
| 12/15/2010 | RECLASSIFICATION | 4 | 4 | 1 | 1 | 0 |
| 05/20/2010 | INITIAL CLASSIFICATION | 4 | 2 | 1 | 0 | 1 |

| RETURN TO SEARCH RESULTS | RETURN TO DATASEARCH FORM |

|  | Last Name | First Name | | Middle Initial | | Birth Date | |
|---|---|---|---|---|---|---|---|
|  | Gender | Height (Inches) | | | Weight | Hair Color | |
|  | MALE | 66 | | | 180 | BROWN | |
|  | Eye Color | Ethnic Origin | | | Custody Class | Inmate / Detainee | |
|  | BROWN | MEXICAN AMERICAN | | | 5/3 | INMATE | |
|  | Sentence (yyymmdd) | | Admission | Prison Release Date | | Max End Date | |
|  | LIFE | | 02/24/1977 | | | LIFE | |
|  | Cur. Absconded | Hist. Absconded | Release Type | | Most Recent Loc. | Unit | |
| Inmate | -- | -- | PAR. REVKD-REG. | ASPC Eyman | | ASPC Eyman SMU | |
|  | Community Supervision/ Parole | | Last Movement | | Commitment Status | | Status |
|  | N | | 05/06/2013 | | COMPLETE AND VERIFIED | | ACTIVE |

Earned Credit Release Date is provided for guidance. Confirmation can be sought by contacting ADC.

Details of inmate offenses can be accessed by reviewing the case file at the Office of the Clerk of the Court where the case was adjudicated.

- If you are the victim of a crime please visit [Victim Services].
- For family and friends inmate issues, please visit [Inmate Services].
- For public records or reports, please visit [Public Access] or contact the Public Access Office via [email].

## Commitment Information *3 record(s)*

| Commit# | Sentence | Sentence County | Court Cause# | Offense Date | Sentence Status | Crime | Crime Info | Felony Class | Ruling | Verified |
|---|---|---|---|---|---|---|---|---|---|---|
| A01 | LIFE | PIMA | 0030683 | 10/09/1974 | IMPOSED | MURDER; | N/A | OLD CODE | Y | YES |
| A02 | 0100000 | PIMA | 0030683 | 10/09/1974 | IMPOSED | ARMED ROBBERY; | N/A | OLD CODE | N | YES |
| A03 | 0100000 | PIMA | 0030683 | 10/09/1974 | IMPOSED | BURGLARY; | N/A | OLD CODE | N | YES |

## Sentence Information *3 record(s)*

| Commit# | Sentence yyymmdd | Admit Date | Consec/ Concur | Release Date(s) | Supervision End | Sentence Expiration | Flat Maximum |
|---|---|---|---|---|---|---|---|
| A01 | LIFE | 02/24/1977 | | Parole:01/18/2001 | | | LIFE |
| A02 | 010/00/00 | 02/24/1977 | Concurrent:A01 | Parole:05/20/1979 | | 01/18/1985 | 01/18/1986 |
| A03 | 010/00/00 | 02/24/1977 | Concurrent:A02 | Parole:05/20/1979 | | 01/18/1985 | 01/18/1986 |

## Profile Classification *43 record(s)* [info]

| Complete Date | Class. Type | Cust. Risk | Inst. Risk | Edu. | CTE. | SA TX |
|---|---|---|---|---|---|---|
| 09/25/2013 | RECLASSIFICATION | 5 | 3 | 0 | 1 | 0 |
| 03/05/2013 | RECLASSIFICATION | 5 | 3 | 0 | 1 | 0 |
| 03/27/2012 | RECLASSIFICATION | 5 | 3 | 0 | 1 | 0 |



| RETURN TO SEARCH RESULTS | RETURN TO DATASEARCH FORM |

| Last Name | First Name | Middle Initial | Birth Date |
|---|---|---|---|
| | | | |

| Gender | Height (inches) | Weight | Hair Color |
|---|---|---|---|
| MALE | 69 | 170 | BLOND |

| Eye Color | Ethnic Origin | Custody Class | Inmate / Detainee |
|---|---|---|---|
| BLUE | CAUCASIAN | 5/5 | INMATE |

| Sentence (yyymmdd) | Admission | Prison Release Date | Max End Date |
|---|---|---|---|
| LIFE | 09/18/1985 | | LIFE |

| Cur. Absconded | Hist. Absconded | Release Type | Most Recent Loc. | Unit |
|---|---|---|---|---|
| -- | -- | RET ESCRT LEAV | ASPC Eyman | ASPC Eyman SMU |

Inmate

| Community Supervision/ Parole | Last Movement | Commitment Status | Status |
|---|---|---|---|
| N | 06/22/2013 | COMPLETE AND VERIFIED | ACTIVE |

Earned Credit Release Date is provided for guidance. Confirmation can be sought by contacting ADC.

Details of inmate offenses can be accessed by reviewing the case file at the Office of the Clerk of the Court where the case was adjudicated.

- If you are the victim of a crime please visit [Victim Services].
- For family and friends inmate issues, please visit [Inmate Services].
- For public records or reports, please visit [Public Access] or contact the Public Access Office via [email].

## Commitment Information *8 record(s)*

| Commit# | Sentence | Sentence County | Court Cause# | Offense Date | Sentence Status | Crime | Crime Info | Felony Class | Ruling | Verified |
|---|---|---|---|---|---|---|---|---|---|---|
| A01 | 0080000 | MARICOPA | 0145712 | 01/13/1985 | SENT.MOD | THEFT; DANGER/ REPETIT/ ENHANCE; | ND/R2 | CL4 | N | YES |
| A02 | 0040000 | MARICOPA | 0145712 | 01/13/1985 | SENT.MOD | BURGLARY 3RD DEGREE; DANGER/ REPETIT/ ENHANCE; | ND/R2 | CL5 | N | YES |
| B01 | 0010600 | COCONINO | 0010749 | 01/24/1984 | IMPOSED | BURGLARY 3RD DEGREE; | ND/NR | CL5 | N | YES |
| C01 | LIFE | COCONINO | 0011929 | 01/11/1985 | IMPOSED | BURGLARY 1ST DEGREE; DANGER/ REPETIT/ ENHANCE; | D/R-2 | CL2 | N | YES |
| C02 | LIFE | COCONINO | 0011929 | 01/11/1985 | IMPOSED | AGGRAVATED ASSAULT; DANGER/ REPETIT/ ENHANCE; | D/R-2 | CL3 | Y | YES |
| C03 | 0040600 | COCONINO | 0011929 | 01/11/1985 | IMPOSED | MISCNDCT INVOLVING WEAPONS; DANGER/ REPETIT/ ENHANCE; | ND/R2 | CL5 | N | YES |
| C04 | 0120000 | COCONINO | 0011929 | 01/11/1985 | IMPOSED | CRIMINAL DAMAGE; DANGER/ REPETIT/ ENHANCE; | ND/R2 | CL4 | N | YES |
| C05 | LIFE | COCONINO | 0011929 | 01/11/1985 | IMPOSED | THEFT; DANGER/ REPETIT/ ENHANCE; | D/R-2 | CL3 | N | YES |

## Sentence Information *8 record(s)*

| Commit# | Sentence yyymmdd | Admit Date | Consec/ Concur | Release Date(s) | Supervision End | Sentence Expiration | Flat Maximum |
|---|---|---|---|---|---|---|---|
| A01 | 008/00/00 | 08/05/1985 | | Parole:07/07/1991 | | 11/02/1992 | 01/11/1993 |
| A02 | 004/00/00 | 08/05/1985 | Concurrent:A01 | Parole:09/12/1987 | | | 01/11/1989 |
| B01 | 001/06/00 | 09/09/1985 | Concurrent:A01 | Parole:08/30/1986 | | | 05/30/1986 |
| C01 | LIFE | 01/04/1993 | Consecutive:A01 | Parole:10/16/2017 | | | LIFE |
| C02 | LIFE | 01/04/1993 | Consecutive:A01 | Parole:10/16/2017 | | | LIFE |
| C03 | 004/06/00 | 01/04/1993 | Consecutive:A01 | Parole:11/02/1995 | | 02/13/1996 | 10/17/1996 |
| C04 | 012/00/00 | 01/04/1993 | Consecutive:A01 | Parole:11/01/2000 | | 09/29/2001 | 04/16/2004 |
| C05 | LIFE | 01/04/1993 | Consecutive:A01 | Parole:10/16/2017 | | | LIFE |

RETURN TO SEARCH RESULTS | RETURN TO DATASEARCH FORM



| | Last Name | First Name | Middle Initial | Birth Date |
|---|---|---|---|---|
| | Gender | Height (inches) | Weight | Hair Color |
| | MALE | 68 | 220 | GRAY |
| | Eye Color | Ethnic Origin | Custody Class | Inmate / Detainee |
| | BROWN | CAUCASIAN | 4/4 | INMATE |
| | Sentence (yyymmdd) | Admission | Prison Release Date | Max End Date |
| | LIFE | 04/08/1994 | | LIFE |
| | Cur. Absconded | Hist. Absconded | Release Type | Most Recent Loc. Unit |
| | -- | -- | RET ESCRT LEAV | ASPC Eyman |
| Inmate | Community Supervision/ Parole Last Movement | | Commitment Status Status | |
| | N | | 07/08/2013 COMPLETE AND VERIFIED ACTIVE | |

Earned Credit Release Date is provided for guidance. Confirmation can be sought by contacting ADC.

Details of inmate offenses can be accessed by reviewing the case file at the Office of the Clerk of the Court where the case was adjudicated.

- If you are the victim of a crime please visit [Victim Services].
- For family and friends inmate issues, please visit [Inmate Services].
- For public records or reports, please visit [Public Access] or contact the Public Access Office via [email].

## Commitment Information 3 record(s)

| Commit# | Sentence | Sentence County | Court Cause# | Offense Date | Sentence Status | Crime | Crime Info | Felony Class | Ruling | Verified |
|---|---|---|---|---|---|---|---|---|---|---|
| A01 | 0020000 | PIMA | 0041185 | 06/01/1992 | IMPOSED | PUBLIC SEXUAL INDECENCY; | ND/NR | CL5 | N | YES |
| A02 | 0300000 | PIMA | 0041185 | 06/01/1992 | IMPOSED | SEXUAL CONDUCT W MINOR; DANG. CRIMES AG. CHILDREN; DANGER/ REPETIT/ ENHANCE | ND/R1 | CL2 | N | YES |
| A03 | LIFE | PIMA | 0041185 | 06/01/1992 | IMPOSED | SEXUAL CONDUCT W MINOR; DANG. CRIMES AG. CHILDREN; DANGER/ REPETIT/ ENHANCE | ND/R2 | CL2 | Y | YES |

## Sentence Information 3 record(s)

| Commit# | Sentence yyymmdd | Admit Date | Consec/ Concur | Release Date(s) | Supervision End | Sentence Expiration | Flat Maximum |
|---|---|---|---|---|---|---|---|
| A01 | 002/00/00 | 04/08/1994 | | Parole:03/26/1994 | | | 03/26/1995 |
| A02 | 030/00/00 | 04/08/1994 | Consecutive:A01 | | | | 03/18/2025 |
| A03 | LIFE | 04/08/1994 | Consecutive:A02 | Parole:03/17/2060 | | | LIFE |

## Profile Classification 41 record(s) [info]

| Complete Date | Class. Type | Cust. Risk | Inst. Risk | Edu. | CTE. | SATX |
|---|---|---|---|---|---|---|
| 08/19/2013 | RECLASSIFICATION | 4 | 4 | 0 | 0 | 0 |
| 12/11/2012 | RECLASSIFICATION | 5 | 4 | 0 | 0 | 0 |
| 06/20/2012 | RECLASSIFICATION | 5 | 4 | 0 | 0 | 0 |
| 07/06/2011 | | 3 | 2 | 0 | 0 | 0 |



| RETURN TO SEARCH RESULTS | RETURN TO DATASEARCH FORM |
|---|---|

|  | Last Name | First Name | Middle Initial | Birth Date |
|---|---|---|---|---|

| Gender | Height (Inches) | Weight | Hair Color |
|---|---|---|---|
| MALE | 66 | 135 | GRAY |

| Eye Color | Ethnic Origin | Custody Class | Inmate / Detainee |
|---|---|---|---|
| BROWN | MEXICAN NATIONAL | 5/4 | INMATE |

| Sentence (yyymmdd) | Admission | Prison Release Date | Max End Date |
|---|---|---|---|
| 018/00/00 | 09/14/2001 |  | 09/28/2019 |

| Cur. Absconded Hist. Absconded | Release Type | Most Recent Loc. | Unit |
|---|---|---|---|
| -- | -- | RECEIVED AT | ASPC Florence | ASPC Florence Central Unit |

| Inmate | Community Supervision/ Parole | Last Movement | Commitment Status | Status |
|---|---|---|---|---|
|  | N | 07/18/2013 | COMPLETE AND VERIFIED | ACTIVE |

Earned Credit Release Date is provided for guidance. Confirmation can be sought by contacting ADC.

Details of inmate offenses can be accessed by reviewing the case file at the Office of the Clerk of the Court where the case was adjudicated.

- If you are the victim of a crime please visit [Victim Services].
- For family and friends inmate issues, please visit [Inmate Services].
- For public records or reports, please visit [Public Access] or contact the Public Access Office via [email].

## Commitment Information *1 record(s)*

| Commit# | Sentence | Sentence County | Court Cause# | Offense Date | Sentence Status | Crime | Crime Info | Felony Class | Ruling | Verified |
|---|---|---|---|---|---|---|---|---|---|---|
| A01 | 0180000 | SANTA CRUZ | CR-01-064 | 03/01/2001 | IMPOSED | MANSLAUGHTER; DANGER/ REPETIT/ ENHANCE; | D/NR | CL2 | Y | YES |

## Sentence Information *1 record(s)*

| Commit# | Sentence yyymmdd | Admit Date | Consec/ Concur | Release Date(s) | Supervision End | Sentence Expiration | Flat Maximum |
|---|---|---|---|---|---|---|---|
| A01 | 018/00/00 | 08/29/2001 |  | Supervised:02/27/2017 | 09/28/2019 | 02/27/2017 | 08/29/2019 |

## Profile Classification *20 record(s)* [info]

| Complete Date | Class. Type | Cust. Risk | Inst. Risk | Edu. | CTE. | SATX |
|---|---|---|---|---|---|---|
| 05/17/2013 | RECLASSIFICATION | 5 | 4 | 0 | 0 | 0 |
| 01/27/2012 | RECLASSIFICATION | 2 | 3 | 0 | 0 | 0 |
| 01/06/2012 |  | 2 | 3 | 0 | 0 | 0 |
| 02/16/2011 |  | 3 | 3 | 0 | 0 | 0 |
| 02/09/2011 |  | 3 | 1 | 0 | 0 | 0 |
| 01/07/2010 |  | 3 | 3 | 0 | 0 | 0 |
| 01/02/2009 |  | 3 | 3 | 0 | 0 | 0 |
| 11/28/2007 | RECLASSIFICATION | 3 | 3 | 0 | 0 | 0 |
| 08/09/2006 |  | 3 | 3 | 3 | 4 | 1 |
| 02/09/2006 |  | 3 | 3 | 3 | 4 | 1 |
| 09/14/2005 |  | 3 | 1 | 4 | 4 | 1 |

# Exhibit B

**Documents sent from plaintiffs' counsel to plaintiffs' witness Dr. Brie Williams after her supplemental expert report was submitted on 12/9/13**

**ADC Staff Training Materials**

- Suicide and Symptoms of Mental Illness
  - In-Service
    - ADC_S000317 2014 - Signs and Symptoms of Mentally Ill Inmates
    - ADC_S000318-000361 - 2014_Signs_and_Symptoms_of_Mentally_Ill_Inmates
  - Pre-Service
    - ADC_S000362-000384 - 9.7a COTA Signs & Symptoms of Mental Disorders
    - ADC_S000385-000439 - 9.7a COTA Signs and Symptoms of Mental Disorders
    - ADC_S000440-000444 - COTA Signs & Symptoms of Mental Disorder
- Suicide Prevention
  - In-Service
    - ADC_S000445 - 2014 Inmate Suicide Prevention
    - ADC_S000446-000515 - 2014_Inmate_Suicide_Prevention
  - Pre-Service
    - ADC_S000516-000517 - 9.7 SP Risk Factor Cards
    - ADC_S000518-000534 - 9.7b Suicide Prevention
    - ADC_S000535-000553 - 9.7b Suicide Prevention LP
    - ADC_S000554-000555 - SP Risk Factor Cards

**Corizon Reports**

- ADC_M00001 - CONFIDENTIAL SPDR Report
- ADC203028 - CONFIDENTIAL Arizona - Clinical Data Report October 2013
- ADC203029 - CONFIDENTIAL Arizona - Dental Utilization Statistics October 2013
- ADC203030 - CONFIDENTIAL Arizona - Dental Wait Times Report October 2013
- ADC203031 - CONFIDENTIAL Arizona - Formal Grievances by Category October 2013
- ADC203032 - CONFIDENTIAL AZ - Health Needs Requests (HNR) Appt Report October 2013 pivot table
- ADC203033 - CONFIDENTIAL Arizona - Hepatitis C Report October 2013
- ADC203034 - CONFIDENTIAL Arizona - Hospitalization Statistics Report October 2013
- ADC203035 - Arizona - Informal Grievances by Category October 2013
- ADC203036 - Arizona - Inmate Wait Times Report October 2013
- ADC203037 - CONFIDENTIAL Arizona - Intake Report October 2013
- ADC203038 - CONFIDENTIAL Arizona - Med Mal Stats October 2013
- ADC203039 - CONFIDENTIAL AZ - Medical Transports Complex Report October 2013
- ADC203040 - CONFIDENTIAL AZ - Medical Transports Statewide Report October 2013
- ADC203041 - CONFIDENTIAL Arizona - Monthly Staffing Report October 2013
- ADC203042 - CONFIDENTIAL Arizona Statewide Grievances October 2013
- ADC203043 - CONFIDENTIAL CAG FAQ PBMS Report FY14 - October 2013

1

- ADC203044-203050 - Corizon AZ Emergency Transports by Complex Oct 2013
- ADC203051-203060 - Corizon AZ Medication Report Oct 2013
- ADC203061-203062 - Corizon AZ Inpatient Admits Oct 2013
- ADC203297 - CAG FAQ PBMS Report FY13 - June 2013
- ADC203348 - November 2013 Inmate Wait Times Report
- ADC203349 - CONFIDENTIAL November 2013 Dental Utilization-Statistics
- ADC203350 - CONFIDENTIAL November 2013 Dental Wait Time Reporting
- ADC203351 - November 2013 Hepatitis C Report
- ADC203352 - November 2013 Inmate Intakes by Complex

## Defendants' Expert Reports and Associated Productions

- Confidential Expert Report of John Dovgan
- Confidential Expert Report of Lawrence Mendel
- Confidential Expert Report of Joseph Penn
- Confidential Expert Report of Richard Seiter
- Defendants' Expert Materials, Volume 1, January 17, 2014
- Defendants' Expert Materials, Volume 2, January 17, 2014
- Defendants' Expert Materials, Volume 3, January 17, 2014
- Defendants' Expert Materials, Volume 4, January 17, 2014

## Disclosure Statements

- Defendants' 11th Supplemental Disclosure Statement

## Inmate Records from "Inmate Datasearch" webpage, 12/27/2013

[redacted list]

## Interrogatories

- Defendant Charles Ryan's Responses to Plaintiff Robert Gamez's First Set of Interrogatories (Nos. 1-25)

**Miscellaneous**

- Expert Report of Dr. Brie Williams
- ADC203027 - Arizona - Cert and Licensing Monthly Update October 2013
- ADC203063-203258 - Wells 2d Supp Resp - Rog 7
- ADC203259-203296 - Wells 2d Supp Resp - Rog 8
- ADC203353-203359 - Feraci Store Order History
- ADC_P000984 - ADC ID Badge re Suicide Warning Signs
- ADC_S000556 - MHclassificationbyGenderDec9

**Named Plaintiffs' Records**

- ADC203298-203347 - Licci Updated Medical Records
- ADC071794-919 - Swartz Medical Records, 2012-03 to 2013-02
- ADC122465-565 - Swartz Medical Records, 2013-03 to 2013-07
- ADC_M000195-000206 - Joshua Polson's ENT Records
- ADC_P000580-000858 - AIMS REPORTS - ALL NAMED PLAINTIFFS (CONFIDENTIAL)

**NCCHS Accreditation Reports**

- ADC_P000888-000901 - Douglas 20130628 Report
- ADC_P000902-000915 - Perryville 20130628 Report.
- ADC_P000916-000919 - Perryville 20131011 Update Report
- ADC_P000920-000933 - Phoenix 20130613 Report
- ADC_P000934-000950 - Tucson 20130628 Report
- ADC_P000951-000959 - Tucson 20131108 Update Report
- ADC_P000960-000964 - Winslow 20131119 Update Report
- ADC_P000965-000973 - Yuma NCCHC - 2011-03-11 - update report
- ADC_P000974-000976 - Douglas 20131119 Update report
- ADC_P000977-000979 - Perryville 20131118 Update report
- ADC_P000980-000983 - Phoenix 20131122 Update report

**Photos**

- ADC165980-166048 - Florence - 2013-08-20 (redacted)
- ADC166049-166110 - Lewis - 2013-08-21 (redacted)
- ADC166111-166173 - Perryville - 2013-08-19 (redacted)
- ADC166174-166183 - Perryville-Lumley - 2013-08-19 (redacted)
- ADC166184-166215 - Tucson - 2013-08-22 (redacted)

3

**Programs**

- ADC_P000859-000865 - Tucson HU-7 WIPP Time sheets
- ADC_P000866 - Eyman Special Mgmt Unit I Map as of 10-28-13
- ADC_P000867 - Eyman Mental Health Program Schedule
- ADC_P000882 - Eyman Weekend Recreation Schedule
- ADC_P000883-000886 - Phoenix-Baker - Introduction to Baker MH Program
- ADC_S000286-000291 - Central Unit Mental Health Programs & Schedule

**Resumes**

- ADC203360-203362 - Mark Jansen CV
- ADC203363-203364 - Mark Fleming CV
- ADC203365-203367 - Thomas Buenker CV
- ADC203368-203371 - William Smallwood CV