## Index of Exhibits Attached to Notice of Filing

Exhibit 1:   Report of Robert Cohen, M.D. dated November 8, 2013, including all appendices

Exhibit 2:   Rebuttal report of Robert Cohen, M.D. dated January 31, 2014, including all appendices

Exhibit 3:   Supplemental report of Robert Cohen, M.D. dated February 24, 2014, including all appendices

Exhibit 4:   Confidential Report of Todd Randall Wilcox, November 8, 2013

Exhibit 5:   Confidential Rebuttal Report of Todd Randall Wilcox, January 31, 2014

Exhibit 6:   Confidential Supplemental Report of Todd Randall Wilcox, April 2, 2014

Exhibit 7:   Report of Pablo Stewart, M.D. dated November 8, 2013, including all appendices

Exhibit 8;   Supplemental report of Pablo Stewart, M.D. dated December 9, 2013, including all appendices

Exhibit 9:   Rebuttal report of Pablo Stewart, M.D. dated January 31, 2014, including all appendices

Exhibit 10:  Second supplemental report of Pablo Stewart, M.D. dated February 24, 2014, including all appendices

Exhibit 11:  Report of Jay D. Shulman, D.M.D., M.A., M.S.P.H. dated November 8, 2013, including all appendices

Exhibit 12:  Rebuttal report of Jay D. Shulman, D.M.D., M.A., M.S.P.H. dated January 31, 2014, including all appendices

Exhibit 13:  Supplemental report of Jay D. Shulman, D.M.D., M.A., M.S.P.H. dated February 24, 2014, including all appendices

Exhibit 14:  Report of Eldon Vail dated November 8, 2013, including all appendices

Exhibit 15:  Report of Eldon Vail dated January 31, 2014, including all appendices

Exhibit 16:  Report of Eldon Vail dated February 24, 2014

- 2 -

Exhibit 17:   Report of Craig Haney, Ph.D., J.D. dated November 7, 2013, including all appendices

Exhibit 18:   Report of Craig Haney, Ph.D., J.D. dated January 31, 2014, including all appendices

Exhibit 19:   Report of Brie Williams, M.D., M.S. dated November 8, 2013, including all appendices

Exhibit 20:   Report of Brie Williams, M.D., M.S. dated December 9, 2013, including all appendices

Exhibit 21:   Rebuttal report of Brie Williams, M.D., M.S. dated January 31, 2014, including all appendices

Exhibit 22:   Second supplemental report of Brie Williams, M.D., M.S. dated February 24, 2014

# EXHIBIT 22

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Second Supplemental Expert Report of Brie Williams, M.D., M.S.

*Parsons v. Ryan,* No. 2:12-cv-00601-NVW (MEA) (D. Ariz.)

February 24, 2014

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

I was not able to interview Stephen Swartz, ADC No. 102486, because I did not visit the prison where he is housed.  However, Mr. Swartz's medical record indicates that he is 51 years old, and he has a history of both osteoarthritis and rheumatoid arthritis.  See ADC 71797, 122538, 134449.  As explained in my initial report, isolated confinement as practiced in ADC poses a current and future medical risk of the worsening of symptoms associated with arthritis.  It is my understanding that Mr. Swartz has been held in isolated confinement at various points during his incarceration in Arizona.  Assuming the diagnoses of osteoarthritis and rheumatoid arthritis are accurate, if he were to be held in isolated confinement in the future, he would be at a substantial risk of harm from exacerbation of these conditions.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Dated this 24 day of February, 2014 at San Francisco, California.

_____
BRIE WILLIAMS, M.D., M.S.