# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

The Court has reviewed Plaintiffs' Motion for Extension of Time to File Proposed Statements of Fact and Conclusions of Law Until After the Close of Evidence (Doc. 1092) and the Defendants' response thereto.[1] This Court, like the previously assigned Court, believes that receiving findings of fact and conclusions of law prior to trial – rather than after trial – will be of greater utility to this Court (and ultimately the parties). The parties' estimated length of trial, the complexity of the issues anticipated therein, and – as pointed out by the Defendants – this Court's recent assignment to the case bolster the need to file the findings of fact and conclusions of law prior to trial rather than after its conclusion. Moreover, submitting a filing pretrial rather than post-trial permits the Court to focus on the precise claims and evidence anticipated to support or defend against each allegation. Accordingly,

**IT IS ORDERED** denying the Motion (Doc. 1092).

---

[1] Plaintiff's request for oral argument is denied as oral argument will not aid the Court's decision.

**IT IS FURTHER ORDERED** extending the deadline for parties to file proposed findings of fact and conclusions of law to **October 3, 2014 by 5:00 p.m.** in the manner instructed by the Court's Order (Doc. 995).  All other filing deadlines remain unchanged.

**IT IS FURTHER ORDERED** that no trial brief may exceed 30 pages.

**Dated** this 8th day of September, 2014.

Diane J. Humetewa
United States District Judge