**EXHIBIT A**

**EXHIBIT A**



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Rebekah Evenson
Steven Fama
Warren George
Penny Godbold
Alison Hardy
Corene Kendrick
Kelly Knapp
Millard Murphy
Lynn Wu

VIA EMAIL ONLY

September 8, 2014

Mr. Daniel Struck
Struck Wieneke & Love
3100 W. Ray Rd. Ste. 300
Chandler, AZ 85226
dstruck@swlfirm.com

      RE:   *Parsons v. Ryan*

Dear Dan,

      I write to follow up on our meeting on Friday regarding the parties' exhibits, and to memorialize several of our agreements.

      First, we agreed to speak by phone at 3:00 on Tuesday to go through the revised and reorganized list of exhibits, and review any objections that either side may have to the proposed exhibits. Bea and Mike are working together to harmonize the two lists of exhibits, including getting them grouped into similar categories. They are presently working on this revised list, and will circulate later today or tomorrow morning.

      Second, you stated that you would not challenge authenticity of documents or require us to call any custodians of records to authenticate the documents.

      Third, we stipulated that it is the parties' intention to introduce complete medical files, and not excerpts, and that we can correct any blank pages or duplicative pages accidentally included in the records. You expressed concern about the burden associated with us subpoenaing all of the prisoner medical records that our experts inspected during the tours and relied upon in their reports, but copies of which were not requested or provided. You agreed that Defendants would not object to these sections of the experts' reports on the basis that Plaintiffs did not introduce the medical charts into evidence. You stated that to the extent you might want to cross-examine one of our experts by using one of those previously unproduced medical records, you would produce the file to Plaintiffs in advance. We were unable to agree on a required timeframe for such production in advance of cross-examination; Plaintiffs propose five days. We need to discuss this tomorrow and reach an agreement on a timeframe for such production.

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President
Marshall Krause, Treasurer • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Mr. Daniel Struck
Parsons v. Ryan
September 8, 2014
Page 2

We also agreed that using Rule 1006 exhibits will lessen the burden of having to introduce voluminous exhibits, and that we would exchange proposed Rule 1006 exhibits sometime before September 19 to give each side time to object.  We did not settle on a specific date to do such an exchange, and should do so during our call tomorrow.

Additionally, you had requested that we provide you with PDFs of all of the documents that we listed on our exhibit list.  Bea has checked and found that there are more than 4,000 separate documents – many several hundred pages long – that we propsoe to include as exhibits, and it will take at least a week to compile these documents.  In light of the fact that we have provided you with an index listing the Bates numbers for all of the exhibits, we do not understand why you want us to produce back to you the vast majority of the exhibits that were produced by Defendants (and in the case of exhibits produced by Plaintiffs, previously produced to you), or are duplicative of the exhibits that Defendants plan to use.  In the cases of documents that were used as exhibits during depositions, we have checked and confirmed that none of those documents have an exhibit sticker covering text (which was a reason offered by Mike as to why we needed to produce the documents).  If you have any difficulty locating any documents on Plaintiffs, just email us and we will provide copies on an as needed basis, but in light of the numerous other tasks the parties need to accomplish in the coming weeks, it is unnecessary to go through the exercise of compiling and producing documents for you that are in your possession.

The number for Tuesday's call is 888-857-7291, and the passcode is 602-351-8034.  We look forward to a cooperative and productive meeting.

Sincerely yours,

/s/ Corene Kendrick

Corene Kendrick

cc:     Counsel of Record

2

**EXHIBIT B**

**EXHIBIT B**

| | |
|---|---|
| **From:** | Dan Struck |
| **Sent:** | Tuesday, September 09, 2014 9:38 AM |
| **To:** | 'Corene Kendrick'; Michael E. Gottfried; Lucy Rand; Parsons Team |
| **Cc:** | Kirstin Eidenbach; Gray, John H. (Perkins Coie); skader@azdisabilitylaw.org; BStam@perkinscoie.com; David Fathi; Caroline Mitchell; Don Specter |
| **Subject:** | RE: Parsons v. Ryan - exhibit list meeting and call |

Corene,

Corene,

On Friday at the exhibit exchange meeting, you did not provide us with any of the plaintiffs' exhibits.   In lieu of not providing us with a copy of the exhibits, you promised that on Friday afternoon you would send us your exhibits electronically through an FTP transfer site, so we could log on and review the documents.   You have not done so.  As a result, defendants are prejudiced by not having sufficient time to review the exhibits, ensure that they are complete, review the exhibits which were not listed by the defendants and allow us to prepare objections prior to the JPTS deadline of 9/19.

The Court's July 3, 2014 Order [Dck. 995], unambiguously required the parties to "meeting in person and exchange copies of all exhibits to be used at trial no later than September 5, 2014 (any exhibit not exchanged at this meeting shall be precluded at trial)".  Para. 10.  (bold emphasis in original, underlined italicized emphasis added).  Plaintiffs have violated this order.   Pursuant to the court order, all of your exhibits should be precluded.

With respect to plaintiffs' deposition designations, roughly half of the designations are from witnesses who are available to testify at trial.  For other than a party or a 30b6 representation, Rule 32 does not allow the use of a deposition (except for impeachment) unless the deponent is unavailable.  Please withdraw these designations prior to the filing of the JPTS on the 19th.

Dan

 STRUCK WIENEKE & LOVE

**Daniel P. Struck**
Direct: (480) 420-1620
dstruck@swlfirm.com
www.swlfirm.com

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Monday, September 08, 2014 2:43 PM
**To:** Dan Struck; Michael E. Gottfried; Lucy Rand; Parsons Team
**Cc:** Kirstin Eidenbach; Gray, John H. (Perkins Coie); skader@azdisabilitylaw.org; BStam@perkinscoie.com; David Fathi; Caroline Mitchell; Don Specter
**Subject:** Parsons v. Ryan - exhibit list meeting and call

Dear Dan and Counsel,

Please see the attached letter regarding Friday's meeting about the exhibit list, and our call scheduled for tomorrow afternoon regarding the same.

Thank you,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
(510) 280-2621
ckendrick@prisonlaw.com

**EXHIBIT C**

**EXHIBIT C**

**Mike Giardina**

| | |
|---|---|
| **From:** | BStam@mail134-54.atl141.mandrillapp.com on behalf of BStam@perkinscoie.com |
| **Sent:** | Tuesday, September 09, 2014 5:41 PM |
| **To:** | Mike Giardina |
| **Subject:** | Parsons, et al. v. Ryan, et al. |

\*\*\* You have a secure file transfer awaiting download. Details enclosed. \*\*\*

FROM:      BStam@perkinscoie.com

TO:        mgiardina@swlfirm.com (mgiardina@swlfirm.com)

SUBJECT: Parsons, et al. v. Ryan, et al.

**FILE TRANSFER WAITING:**
Click the secure link to download.
http://perkinscoie.leapfile.net/get.jsp?t=8ae61408481abf9e01485cff34c5264c
(TRANSFER EXPIRES September 23, 2014 05:41 PM)

Mike:  Here is the first installment of the Plaintiffs' trial exhibits.  When both files are downloaded, extract exhibits.zip which will automatically extract exhibits.z01.  More will follow.

Bea

Secure file delivery by LeapFILE

**EXHIBIT D**

**EXHIBIT D**

**Mike Giardina**

| | |
|---|---|
| **From:** | Mike Giardina |
| **Sent:** | Tuesday, September 09, 2014 7:54 PM |
| **To:** | Stam, Bea (Perkins Coie) (BStam@perkinscoie.com) |
| **Cc:** | Parsons Team; 'Eidenbach, Kirstin (Perkins Coie)' |
| **Subject:** | Parsons - Error in Plaintiffs' Initial Exhibit Transmittal |

Bea,

I received the file with the link at 5:56, and almost immediately commenced downloading.  After nearly two hours, I went to extract the files per your instructions, and received the following error.  This error came up in MS Windows.



When I attempted to extract the exhibits using 7-Zip or WinZip (as specified on your FTP download portal), I received error messages that "this is not a valid archive."



While I was able to extract the 62 discovery documents from the Discovery.zip directory (there were in fact two identical copies of each document provided), we have not been able to download the files.

Please confirm that you tested the files prior to uploading them.  If not, it may be faster instead of taking the time (again) to compress, upload, download, and decompress them, that they simply be copied in uncompressed format to an external hard-drive and hand-delivered to our office.

-   Mike



**Michael Giardina, ACP**
**Advanced Certified Paralegal**
Direct: (480) 420-1613
mgiardina@swlfirm.com
www.swlfirm.com

**EXHIBIT E**

**EXHIBIT E**

## Mike Giardina

| | |
|---|---|
| **From:** | Stam, Bea (Perkins Coie) <BStam@perkinscoie.com> |
| **Sent:** | Wednesday, September 10, 2014 9:21 AM |
| **To:** | Mike Giardina |
| **Cc:** | Gerlicher, Amelia Morrow (Perkins Coie); Eidenbach, Kirstin (Perkins Coie); Gray, John H. (Perkins Coie) |
| **Subject:** | RE: Parsons - Error in Plaintiffs' Initial Exhibit Transmittal |

I'm not sure what happened.  Everything worked fine on our end.  I will send over a hard drive with everything on it by the end of the day today.

Thanks,
Bea

**Bea Stam    Perkins Coie** LLP
PARALEGAL
2901 N. Central Avenue
Suite 2000
Phoenix, AZ 85012-2788
PHONE: 602.351.8013
FAX: 602.648.7011
E-MAIL: BStam@perkinscoie.com

**From:** Mike Giardina [mailto:MGiardina@swlfirm.com]
**Sent:** Tuesday, September 09, 2014 7:54 PM
**To:** Stam, Bea (Perkins Coie)
**Cc:** Parsons Team; Eidenbach, Kirstin (Perkins Coie)
**Subject:** Parsons - Error in Plaintiffs' Initial Exhibit Transmittal

Bea,

I received the file with the link at 5:56, and almost immediately commenced downloading.  After nearly two hours, I went to extract the files per your instructions, and received the following error.  This error came up in MS Windows.



**EXHIBIT F**

**EXHIBIT F**

| Exhibit No. | Marked for ID | Topic | List | Description | Bates Number |
|---|---|---|---|---|---|
| | | | Emails | Email | AGA Review 00017341 |
| | | | Emails | Email | AGA Review 00037462-66 |
| | | | Emails | Email | AGA_Reveiw_00113556 |
| | | Emails | Emails | Email | AGA_Review_00107945-48 |
| | | Dental | Expert | Cal. Dep't of Corr. and Rehabilitation, Div. of Corr. Health Care Servs. Policies and Procedures, Chapter 5.14 (IV)(A)(1). ("CDCR P&P") | |
| | | Dental | Expert | Cal. Dep't of Corr. and Rehabilitation. Memorandum from Deputy Statewide Dental Director subject Treatment Timelines, Feb. 25, 2010. ("CDCR Timeline Memo") | |
| | | Dental | Expert | Dental Radiographic Examinations: Recommendations for Patient Selection and Limited Radiation Exposure. American Dental Association Council on Scientific Affairs; U.S. Department of Health and Human Services, Public Health Service, Food and Drug Administration. Revised 2012. ("Radiation Exposure") | |
| | | Dental | Expert | Examination, Diagnosis, and Treatment. PDQ Endodontics [serial online]. Apr. 2005;1-40. Available from: Dentistry & Oral Sciences Source, Ipswich, MA. Accessed October 8, 2013. pp. 1-2. ("Endodontics") | |
| | | Dental | Expert | Makrides N.S. & Shulman J.D. Dental Health Care of Prison Populations in *J Corr. Health Care* (2002) 9(3):291-306. ("Makrides and Shulman, 2002"). | |

| Exhibit No. | Marked for ID | Topic | List | Description | Bates Number |
|---|---|---|---|---|---|
| | | Dental | Expert | Makrides, N.S. et al. (2006) Corr. Dental Servs., in M. Puisis (ed.), *Clinical Practice in Corr. Med.* (2d ed., pp. 556-563) Philadelphia, PA: Mosby Elsevier ("Makrides *et al.*") | |
| | | Dental | Expert | Nat'l Inst. of Corrections Survey on Corr. Dentistry, 2006. Ariz. Dep't of Corrections, Response from Dr. Michael Adu-Tutu, Dental Program Manager, Jan. 25, 2007 ("ADC NIC 2007") | |
| | | Iso | Expert | Potential Interview List- ADC Tours | |
| | | Dental | Expert | Shulman JD, Sauter DT. Treatment of odontogenic pain in a correctional setting. J Correctional Health Care (2012) 18:1, 65. ("Shulman and Sauter") | |
| | | Dental | Expert | Standards for Health Services in Correctional Institutions. Washington, DC: American Public Health Association, 2003. ("APHA"). | |
| | | MH | Expert | Central Unit Mental Health Programs & Schedule | ADC_S000286-91 |
| | | MH | Expert | 2014 Signs and Symptoms of Mentally Ill Inmates | ADC_S000317 |
| | | MH | Expert | 2014_Signs_and_Symptoms_of_Mentally_Ill_Inmates Pre-Service | ADC_S000318-61 |
| | | MH | Expert | 9.7a COTA Signs & Symptoms of Mental Disorders | ADC_S000362-84 |
| | | MH | Expert | 9.7a COTA Signs and Symptoms of Mental Disorders | ADC_S000385-439 |
| | | MH | Expert | COTA Signs & Symptoms of Mental Disorder | ADC_S000440-44 |

| Exhibit No. | Marked for ID | Topic | List | Description | Bates Number |
|---|---|---|---|---|---|
| | | **Medical Record** | **Medical Record** | Verduzco Medical Records, 6/11/12 to 2/12/13 | ADC082495-671; 121331-2074; 123390-400; 123390-400; 136885-901; 197501-13; 232252-56; 256786-879; 256880-7098; 263119-71; 002289-4373 |
| | | **Medical Records** | **Medical Records** | Allen, Daniel, #276661 Medical Files | |
| | | **Medical Records** | **Medical Records** | Amaya-Ruiz, Jose, #57279 Medical Files | |
| | | **Medical Records** | **Medical Records** | Barr, Cody, #279899 Medical Files | |
| | | **Medical Records** | **Medical Records** | **Douglas Inmates Records Reviewed on Expert Tours:** Michael Evilsizor, Jeff Bacon, Jonathan Michitsch, Mauricio Erives, Gregory Dossett, Steven Atkinson, Joel Rodriguez, Samuel Cruz, Troy Brumm, Scott Howarth, Wenceslao Cruz, Charles Hayes, Manuel Cedar, Nathan Benitez | |
| | | **Medical Records** | **Medical Records** | Duran, Andres, #271763 Medical Files | |

78204-0001/LEGAL123403909.2

| Exhi bit No. | Mar ked for ID | Topic | List | Description | Bates Number |
|---|---|---|---|---|---|
| | | **Medical Records** | **Medical Records** | **Lewis Inmates Records Reviewed on Expert Tours:** Samuel Amaro, Mekiah Bednorz, Marc Benenati, Lonny Blood, Noel Casteneda, Cory Carrillo, Brian Dohrman, Justin Elmer, Cruz Esquer, Glen Heser, Angel Jimenez, Kentorian Johnson, Jermaine Jordan, Jeremy Konow, Jonathan Lake, Chase Lopez, Gabriel Martinez, Edgar Martinez-Ibarra, Phillip Mendez, JD Merrick, Miles Millian, Jacob Moore, Lawrence Neece, Anthony Nelson, Juan Orantez, Daniel Quigley, Jason Roze, Jaime Santamaria, Alfred Short, Mario Vigil, Liggins Waldrop, Scott Wilkinson | |
| | | **Medical Records** | **Medical Records** | Lewis Prisoner Medical Records Reviewed on Expert Tours: Michael Kiel, 166428; Steven Beaver, 146308; Arthur Carroll, 89986; Rosario Hernandez, 55050; James Hill, 85078; Chris Harris, 222231; Leonel Bustamente, 176919; John Koch, 170635; Jason Elder, 150231; Joel Felix, 245839; Norman Flanigan, 177442; Jose Juarez, 186820; Jerry Crumb, 84922; Shawn Chock, 256000; Marvin Hicks, 108037; Wilbert Washington, 177369; Gabriel Ramirez, 173799; Juan Valenzuela, 96812; Ruben Olivas, 80787; Emery White, 165183; Joseph Munoz, 202578; Raymond Bianco, 83876; Alexander Hoffman, 273887; Robert Quihuis, 188693; Kenneth Brame, 265623; Brein Mandeville, 244685; Orlando Gomez-Gonzalez, 201889; James Hunt, 135376. | |

| Exhibit No. | Marked for ID | Topic | List | Description | Bates Number |
|---|---|---|---|---|---|
| | | Medical Records | Medical Records | Long, Joseph, #277229 Medical Files | |
| | | Medical Records | Medical Records | Lopez, Miguel, #246307 Medical Files | |
| | | Medical Records | Medical Records | Mathias, Robert, #153527 Medical Files | |
| | | Medical Records | Medical Records | Metcalf, David, #126539 Medical Files | |
| | | Medical Records | Medical Records | Meza, Christian, #272940 Medical Files | |
| | | Medical Records | Medical Records | Moses, Levi, #228550 Medical Files | |

78204-0001/LEGAL123403909.2

| Exhibit No. | Marked for ID | Topic | List | Description | Bates Number |
|---|---|---|---|---|---|
| | | Medical Records | Medical Records - Reviews | Chambers Review – 14.02.06 | |
| | | Medical Records | Medical Records - Reviews | Chavez Review – 14.02.06 | |
| | | Medical Records | Medical Records - Reviews | Clark Review – 14.02.12 | |
| | | Medical Records | Medical Records - Reviews | Cornejo Review – 14.01.30 | |
| | | Medical Records | Medical Records - Reviews | Cuyler Review – 14.02.17 | |
| | | Medical Records | Medical Records - Reviews | Delgado Report – 13.10.22 | |
| | | Medical Records | Medical Records - Reviews | Fierros Review – 14.02.18 | |
| | | Medical Records | Medical Records - Reviews | Garcia Report – 13.10.31 | |
| | | Medical Records | Medical Records - Reviews | Herrera Review – 14.02.09 | |
| | | Medical Records | Medical Records - Reviews | Hodges Review – 14.02.12 | |
| | | Medical Records | Medical Records - Reviews | James Smith Review – 14.02.17 | |

78204-0001/LEGAL123403909.2

9/10/2014 9:39 AM

| Exhibit No. | Marked for ID | Topic | List | Description | Bates Number |
|---|---|---|---|---|---|
| | | Medical Records | Medical Records - Reviews | Jeffrey Review – 14.02.12 | |
| | | Medical Records | Medical Records - Reviews | Jimenez Review – 14.02.13 | |
| | | Medical Records | Medical Records - Reviews | Lee Review – 14.01.30 | |
| | | Medical Records | Medical Records - Reviews | Lindstrom Review – 14.02.06 | |
| | | Medical Records | Medical Records - Reviews | Malone Review – 14.02.06 | |
| | | Medical Records | Medical Records - Reviews | Martinez Review – 14.02.13 | |
| | | Medical Records | Medical Records - Reviews | McCabe Review – 14.02.13 | |
| | | Medical Records | Medical Records - Reviews | Narten Review – 14.02.10 | |
| | | Medical Records | Medical Records - Reviews | Ray Review – 14.02.21 | |
| | | Medical Records | Medical Records - Reviews | Southworth Review – 14.02.06 | |
| | | Medical Records | Medical Records - Reviews | Spain Report – 13.10.27 | |

78204-0001/LEGAL123403909.2

| Exhibit No. | Marked for ID | Topic | List | Description | Bates Number |
|---|---|---|---|---|---|
| | | | **Photos** | ASPC-Phoenix Photos | ADC163939-41 |
| | | | **Photos** | ASPC-Phoenix Photos | ADC163952 |
| | | | **Photos** | Photos- Yuma (Stewart)- 7/23/13 (redacted) | ADC163972-84 |
| | | | **Photos** | Photos - Perryville-Lumley- 2013-08-19 (redacted) | ADC166174-183 |
| | | | **Photos** | Photos - Tucson- 2013-08-22 (redacted) | ADC166184-215 |
| | | General | Photos | Photograph (AGA_Review_00113532) | AGA_Review_00113532 Campbell Depo Ex 568 |
| | | General | Photos | Photograph | AGA_Review_00113539 Campbell Depo Ex 569 |
| | | **Policies** | **Policies** | 025: Yuma PO-PR-5- Communication on Special Needs Inmates | |
| | | **Policies** | **Policies** | 026: Yuma PO-PR-6- Health Evaluation of Return to Custody Inmates | |
| | | **Policies** | **Policies** | 049-50: Yuma PO-MR-4- Transfer of Medical Orders between Health Facilities | |
| | | **Policies** | **Policies** | 058-59: Yuma PO- Responsibilities and Duties of Psychology Associate II | |
| | | **Policies** | **Policies** | 062-63: Yuma PO-MH-2- Suicide and Mental Health Watch | |
| | | **Policies** | **Policies** | 064: Yuma PO-MH-3- Suicide Watch Cells | |
| | | **Policies** | **Policies** | 065-66: Yuma PO-MH-4- Health and Welfare Visits of SMI/Suicide Watch Inmates in Isolation/Lock Down | |

| Exhibit No. | Marked for ID | Topic | List | Description | Bates Number |
|---|---|---|---|---|---|
| | | MH | Policies (iso) Policies (mh) | Inmate Suicide Prevention DCOMT540 manual | ADC049646 - 681 |
| | | Medical | Policies (med) | Health Services Technical Manual revised 8/15/11 | ADC010648-11231 |
| | | MH | Policies (MH) | ADC Mental Health Technical Manual revised 12/11/09 (ADC011256-011261) | ADC011256 - 261 Crews Depo Ex. 54 |
| | | MH | Policies (MH) | D.O. 1103 effective date 8/22/1997 (ADC011410-011449) | ADC011410 - 449 Shaw Depo Ex. 28 |
| | | General | Public | Ariz. Dep't of Corr. Corrections at a Glance. Sept. 2013. Accessed at http://www.azcorrections.gov/adc/reports/CAG/2013/CAGSep13.pdf 10/11/13 ("ADC September 2013 Census") _ Stip? | |
| | | Iso | Public | Inmate Records from "Inmate Datasearch"webpage for Christina Acker 78733 | |
| | | Iso | Public | Inmate Records from "Inmate Datasearch"webpage for Anthony Miller, 145589 | |
| | | Iso | Public | Inmate Records from "Inmate Datasearch"webpage for Dennis Eddy, 53476 | |
| | | Iso | Public | Inmate Records from "Inmate Datasearch"webpage for George Overturf, 253160 | |
| | | Iso | Public | Inmate Records from "Inmate Datasearch"webpage for Ira Anderson, 62997 | |

78204-0001/LEGAL123403909.2

| Exhibit No. | Marked for ID | Topic | List | Description | Bates Number |
|---|---|---|---|---|---|
| | | **Iso** | **Public** | Inmate Records from "Inmate Datasearch" webpage for Jose Lomeli, 161242 | |
| | | **Iso** | **Public** | Inmate Records from "Inmate Datasearch" webpage for Louis Avanzi, 104515 | |
| | | **Iso** | **Public** | Inmate Records from "Inmate Datasearch" webpage for Manuel Soto, 36665 | |
| | | **Iso** | **Public** | Inmate Records from "Inmate Datasearch" webpage for Michelle Leyba-Hill, 120631 | |
| | | **Iso** | **Public** | Inmate Records from "Inmate Datasearch" webpage for Randolph Smith, 176389 | |
| | | **Iso** | **Public** | Inmate Records from "Inmate Datasearch" webpage for Rickie Brown, 42855 | |
| | | **Iso** | **Public** | Inmate Records from "Inmate Datasearch" webpage for Stephen Haverstick, 274534 | |
| | | **Iso** | **Public** | Inmate Records from "Inmate Datasearch" webpage for Wendi Andriano, 191593 | |
| | | Dental | Public | Printout from Arizona Dental Experts Web Page | .Dovgan Depo Ex. 512 |
| | | | Public | Azcentral.com article, "Prison nurse tied to hepatitis C exposure at Buckeye facility" (PLTF-PARSONS-004300 - 004302) | PLTF-PARSONS-004300 - 302 Sharp Depo Ex. 46 |
| | | | **Public** | Metcalf et al., "Administrative Segregation, Degrees Isolation, and Incarceration A National Overview of State and Federal Correctional Policies" | PLTF-PARSONS-031235 |
| | | | **Public** | Archuleta Memo, Colorado Dept. of Corrections, re Mental Health Qualifiers (M-Code) | PLTF-PARSONS-031299 |

**EXHIBIT G**

**EXHIBIT G**

# Arizona Prisons' Widespread Failings Detailed in Newly Released Reports

## *Healthcare in Arizona Department of Corrections Facilities Does Not Meet Minimum Standards, Experts Find*

FOR IMMEDIATE RELEASE
Sept. 9, 2014

CONTACT: Steve Kilar, ACLU of Arizona, 602-773-6007, skilar@acluaz.org

PHOENIX – Nearly two dozen expert reports that detail widespread problems with the Arizona Department of Corrections' healthcare system, as well as its use of solitary confinement, were made public late Monday.

"I observed locked, dark and empty rooms that I was told were exam rooms, but lacked basic medical equipment," wrote Dr. Robert Cohen, an expert in correctional medicine, in one of his reports (11/8/13 report, page 5). "Medical equipment was broken, covered in dust, and in some cases based on logs attached to them, had not been repaired or checked in more than a decade."

Dr. Cohen found that almost half of people who died "natural deaths" while in ADC's care over a six-month period received "grossly deficient" medical care (2/24/14 report, pages 1-2). Every week, on average, a patient who has been neglected or mistreated dies in the Arizona prison system, according to these expert reports.

"In some of these cases, the poor care clearly caused or hastened their death," Dr. Cohen wrote (2/24/14 report, page 1-2). "It is alarming that almost half of the natural deaths occurring during the brief half year period under review would reveal such significant problems with delivery of basic medical services."

Dr. Cohen uncovered shocking delays in treatment including the case of a 38-year-old prisoner whose death from cancer was avoidable according to ADC's own documents (2/24/14 report, pages 19-25). Another prisoner died of untreated lung cancer after being accused by nurses of lying about his medical condition; they said in his medical records that he was "playing games" and "seeking attention" (2/24/14 report, pages 25-32). A 24-year-old man died of AIDS-related pneumonia after his AIDS went undiagnosed and untreated for a year, despite his pleas for HIV tests and treatment, Dr. Cohen found (2/24/14 report, page 52).

These are not isolated cases. Dr. Cohen's findings, and the findings of the plaintiffs' other experts, point to systemic deficiencies in ADC's healthcare.

"[T]here were multiple cases in which the lapses were so shocking and dangerous that I felt ethically obligated as a medical professional to bring them to the immediate attention of the ADC and Corizon staff," Dr. Cohen said (11/8/13 report, page 4). Corizon is the company contracted by the state to provide healthcare to prisoners.

The other experts made equally damning discoveries. The 23 expert reports, which were previously confidential, were made public yesterday pursuant to a court order in anticipation of an October trial relating to ADC's failure to provide more than 33,000 prisoners in 10 prisons healthcare and conditions of confinement that meet constitutional standards.

"[T]he chronic shortage of mental health staff, delays in providing or outright failure to provide mental health treatment, the gross inadequacies in the provision of psychiatric medications, and the other deficiencies identified in this report are statewide systemic problems, and prisoners who need mental health care have already experienced, and will experience, a serious risk of injury to their health if these problems are not addressed," wrote Dr. Pablo Stewart, another expert hired by plaintiffs' counsel to tour ADC's prisons and review prisoners' medical records, in one of his reports (11/8/13 report, page 10).

Dr. Stewart, a psychiatry professor with expertise in prison mental health care, uncovered numerous preventable suicides by prisoners, lengthy and serious delays in care, insufficient and unlicensed staff and inadequate medication protocols. One prisoner hanged himself after ADC neglected to give him his prescribed mood stabilizing drugs for more than three weeks, Dr. Stewart found (11/8/13 report, pages 21-23).

The reports also detail significant, dangerous problems with ADC's use of solitary confinement. Some people, for instance, are put in isolation simply because other beds are full (Vail 11/8/13 report, page 9). Mentally ill prisoners are often isolated because ADC does not have treatment alternatives, according to one expert (Vail 11/9/13 report, page 13).

"[T]he ADC health care delivery system is fundamentally broken and is among the worst prison health care systems I have encountered," Dr. Cohen wrote (11/8/13 report, page 3). "[U]nless ADC dramatically reverses its course, it will continue to operate in a way that harms patients by denying them necessary care for serious medical conditions."

Plaintiffs in the class action lawsuit, *Parsons v. Ryan*, are represented by the American Civil Liberties Union's National Prison Project, the ACLU of Arizona, the Prison Law Office, Jones Day, Perkins Coie LLP and the Arizona Center for Disability Law.

A trial is scheduled to begin Oct. 21. More expert reports will be made public prior to the trial.

<u>The complete reports now available can be found here.</u> Reporters can email the ACLU of Arizona to request report summaries.

**EXHIBIT H**

**EXHIBIT H**



## ACLU report: State prison healthcare system 'fundamentally broken'

*Posted: Sep 09, 2014 9:22 PM*
*Updated: Sep 09, 2014 9:26 PM*

By Lindsey Reiser - **bio** | **email**

PHOENIX (CBS5) - Is getting sick in prison the same as getting a death sentence? That's what some medical experts are saying after touring Arizona's facilities. While the experts making these statements weren't writing them for free, the American Civil Liberties Union said they have enough evidence to prove to a judge the healthcare system in prison is in need of a total overhaul.

These reports are coming to light because of the ACLU's lawsuit accusing the state prison healthcare system of being grossly negligent.

"There were many examples of folks who died unnecessarily because of that absence of care," said Dan Pochoda, the legal director of the ACLU of Arizona. He called the recently unsealed expert testimonies scathing but not surprising.

"I've never seen a more deficient and inadequate system or lack thereof," Pochoda said.

As part of a lawsuit against the state, medical experts hired by the ACLU toured prisons and studied medical records. Their conclusions were that the system is fundamentally broken, disorganized, underresourced, and understaffed. Patients wait months to get seen by a nurse or doctor, medical examination rooms lack basic equipment, solitary confinement inflicts serious harm on prisoners, and the death review process is a sham.

"Because of the culture of indifference, no one is raising the red flag, and it should have been raised quite high," Pochoda said.

Their experts said prisoners with chronic conditions like cancer, AIDs and hypertension are at risk of death.

"[They're] literally treating people as if they're expendable, and indeed, they were expendable to the state of Arizona," Pochoda said.

But the Department of Corrections said they disagree with the findings of these experts , who were paid for by the ACLU. The statement by Doug Nick, communications director, read:

> *The Arizona Department of Corrections strongly disputes the accuracy of opinions by the ACLU's paid witnesses, referenced today in an ACLU news release.*
>
> *While the plaintiffs have sought to try their case in the media, the ADC will present its evidence and arguments in Court, where it will offer its own expert opinions that paint an accurate and realistic picture of inmate health care and conditions of confinement.*

This case is scheduled to go before a federal judge this October.

*Copyright 2014 **CBS5** (KPHO Broadcasting Corporation).All rights reserved.*

### In The News

Promoted Links by Taboola

 



Matthew Hendley

Dozens of allegations of widespread problems in the Arizona Department of Corrections' health care system were made public yesterday.

The claims come from the American Civil Liberties Union of Arizona's big class-action lawsuit against the state prison system, which claims that the ADC's health care services are wholly inadequate (to say the least), and is slated to go to trial this fall.

These new reports are from ACLU witnesses in the case, including several doctors and a longtime prison administrator, who got an up-close look at specific health-care issues in the prison system.

As one of the experts, Dr. Robert Cohen, described it in one of his reports, "[T]he ADC health care delivery system is fundamentally broken and is among the worst prison health care systems I have encountered."

**See also:**
*-ACLU Lawsuit Over Arizona Prison Health Care, Conditions Likely Headed to Trial*

Cohen is a doctor with an extensive history of medicine in correctional settings, including time serving as a court-appointed federal monitor in prison health care systems in other states.

He came to his conclusion of Arizona having one of "worst prison health care systems [he's] encountered" during an evaluation of the health care system that including tours of two of the prison complexes and reviews of medical records and autopsies of some prisoners who died in ADC custody.

Cohen found that at least 13 of the 28 prisoners in the cases he reviewed received "grossly deficient" care. The newly released reports explain many of these problems in great detail.

In one case, a prisoner requested HIV testing twice while in ADC custody, which he didn't receive, but he later died from an AIDS-related illness.

In another case, a prisoner died of untreated Hodgkin's lymphoma. Dr. Cohen's review of the medical records points to delay after delay in his care, calling his death "shocking."

Although the ADC eventually turned over its health care to a private company, Wexford, then another private company, Corizon, and amazingly, the ACLU's experts contend that the systemic problems extend through all phases.

The lawsuit against ADC isn't just related to deaths, either. Far from it, in fact -- the class-action lawsuit was filed on behalf of about 33,000 prisoners, and much of this allegedly poor medical care is ongoing.

"[T]here were multiple cases in which the lapses were so shocking and dangerous that I felt ethically obligated as a medical professional to bring them to the immediate attention of the ADC and Corizon staff," Cohen wrote in one report.

And there's more. The lawsuit isn't just limited to deaths and potential deaths, but also over other prison conditions, including the ADC's use of isolation, prisoner nutrition, and more.

Until now, the allegations that were made public were of a more general sense. These new reports, released as a result of a court order in the case, identify some very specific things that the ACLU's experts found to support the allegations, and they found plenty wrong.

In all, 23 such reports have been made public -- ACLU officials say more will be coming -- and are all hosted online by the Prison Law Center, which is also involved in the lawsuit.

**Got a tip? Send it to: Matthew Hendley.**

**Follow Valley Fever on Twitter at @ValleyFeverPHX.**
**Follow Matthew Hendley at @MatthewHendley.**

 **Valley Fever**
Like 2,169

## GET THE WEEKLY NEWSLETTER

Our weekly feature stories, movie reviews, calendar picks and more - minus the newsprint and sent directly to your inbox.

enter email

Email to Friend   Write to Editor   Print Article                                   submit

### We Recommend

      

Kyrsten Sinema's Vet-Suicide Ad Blasted as

Florence Mayor Tom Rankin's Son Arrested -- Again -- In

Tohono O'odham Nation Breaks Ground at Site of





Phoenix New Times
Like
59,710 people like Phoenix New Times.

Facebook social plugin

## Slideshows

 Infected Mushroom at Monarch Theatre

 Mark-Taylor Summer of Love Pool Party at San Marbeya in Tempe

 The Food at First Friday in Downtown Phoenix: September 2014.

**More Slideshows >>**