# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-DJH<br><br>**ORDER GRANTING DEFENDANTS' [*EXPEDITED*] MOTION TO PRECLUDE PLAINTIFFS' TRIAL EXHIBITS**<br><br>[Expedited Consideration and Oral Argument Requested] |

The Court, having reviewed Defendants' [*Expedited*] Motion to Preclude Plaintiffs' Trial Exhibits, and good cause appearing,

IT IS ORDERED that Defendants' [*Expedited*] Motion to Preclude Plaintiffs' Trial Exhibits is GRANTED. Plaintiffs are precluded from introducing any exhibits at trial.

2951713.1