Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DJH<br><br>**DEFENDANTS' (*EXPEDITED*) MOTION FOR CLARIFICATION RE: TRIAL BRIEF DEADLINE**<br><br>[Expedited Consideration Requested] |

1  Defendants respectfully request the Court to clarify the deadline for the parties'
2  trial briefs. The Court's July 3 Pretrial Order requires the parties to file the joint Proposed
3  Final Pretrial Order no later than September 19, 2014, and its contents must comply with
4  Judge Wake's prescribed form.  (Doc. 995, ¶¶ 2, 4.)  Judge Wake's prescribed form
5  requires that "[e]ach party shall file a short trial brief on all contested issues of law
6  contemporaneously with the filing of the Proposed Final Pretrial Order."[1]
7  http://www.azd.uscourts.gov/sites/default/files/judge-orders/NVW%20Proposed%20Final
8  %20PTO%20for%20Bench%20Trial--Form.pdf.  This seemingly would place the trial
9  brief deadline at September 19 as well.  However, in the Court's recent order denying
10 Plaintiffs' request to file trial briefs prior to trial and findings of fact and conclusions of
11 law ("FFCL") after trial (Doc. 1092), the Court extended the time to file FFCL, which
12 were originally due on September 19, until October 3, 2014. (Doc. 1108 at 2.)  It further
13 ordered that "no trial brief may exceed 30 pages," and that "[a]ll other filing deadlines
14 remain unchanged."  (Id.)

   To avoid any confusion and to put both parties on notice, Defendants request
16 clarification as to whether the deadline to file simultaneous, but separate, trial briefs is
17 **September 19, 2014** (with the Proposed Final Pretrial Order) or **October 3, 2014** (with
18 the FFCL).  Defendants make this request on an expedited basis because a September 19
19 deadline is fast approaching.

21 / / /

23 / / /

25 / / /

---

[1] Defendants note that any trial brief is limited to addressing "all contested issues of law," and not "case themes, and essential evidence" as Plaintiffs contemplate. (Doc. 1092 at 4:3-4.)

1

DATED this 11th day of September 2014.

                    STRUCK WIENEKE & LOVE, P.L.C.

By /s/ Nicholas D. Acedo
     Daniel P. Struck
     Kathleen L. Wieneke
     Rachel Love
     Timothy J. Bojanowski
     Nicholas D. Acedo
     Ashlee B. Fletcher
     Anne M. Orcutt
     Jacob B. Lee
     STRUCK WIENEKE & LOVE, P.L.C.
     3100 West Ray Road, Suite 300
     Chandler, Arizona 85226

     Arizona Attorney General Thomas C. Horne
     Office of the Attorney General
     Michael E. Gottfried
     Lucy M. Rand
     Assistant Attorneys General
     1275 W. Washington Street
     Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

2952355.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Ajmel Quereshi: | aquereshi@npp-aclu.org |
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amir Q. Amiri: | aamiri@jonesday.com; ttualaulelei@jonesday.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| Dara Levinson: | daralevinson@jonesday.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| James M. Jellison: | jim@jellisonlaw.com; cindy@schleierlaw.com; kasey@jellisonlaw.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Jerica Lynn Peters: | jpeters@perkinscoie.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kamilla Mamedova: | kmamedova@jonesday.com |

| | | |
|---|---|---|
| 1 | Kevin C. Brantley: | kbrantley@jonesday.com |
| 2 | Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| 3 | | |
| 4 | Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| 5 | Sara Norman: | snorman@prisonlaw.com |
| 6 | Sarah Eve Kader: | skader@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| 7 | Taylor Freeman: | tfreeman@jonesday.com |
| 8 | Warren E. George, Jr.: | wgeorge@prisonlaw.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Nicholas D. Acedo

4