|   |
|---|
| 1 |
| 2 |
| 3 |
| ... |
| 28 |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-DJH<br><br>**ORDER GRANTING DEFENDANTS' (*EXPEDITED*] MOTION FOR CLARIFICATION RE: TRIAL BRIEF DEADLINE** |

　　　　The Court, having reviewed Defendants' (*Expedited*) Motion for Clarification Re: Trial Brief Deadline, and good cause appearing,

　　　　IT IS ORDERED that the Motion is GRANTED. The parties' trial briefs are due no later than _____.

2952359.1