Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED BELOW]

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

[ADDITIONAL COUNSEL LISTED BELOW]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-DJH <br><br>**DECLARATION OF AMELIA M. GERLICHER** |

LEGAL123458679.1

I, Amelia M. Gerlicher, declare:

1. I am an attorney licensed to practice in the State of Arizona. I am an attorney at Perkins Coie LLP, and an attorney of record for the plaintiff class in this case. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Plaintiffs compiled a working exhibit list through the efforts of attorneys engaged in each of the substantive portions of the case. The exhibit list exchanged with Defendants included general categories related to the different portions of the case and also marked documents by type, to assist in the exercise of de-duplicating at the September 5 meeting between the parties. A true and correct copy of excerpts from the list provided to Defendants at that meeting is attached as **Ex. A**. This list has been sorted by the Bates number column (which also includes the deposition exhibit number where available), and pages have been included that show what documents were not provided with Bates numbers or other identifiers, as well as a selection of topics and types of documents, to show the detail provided Defendants. Pages with document types that could reveal personal medical or security information have been removed out of an abundance of caution. Plaintiffs can provide the full list to the Court under seal upon request.

3. Plaintiffs anticipated that, following the meeting, the exhibits would be de-duplicated and coded using common categories before preparing a comprehensive, ordered list with associated numbered exhibits. Plaintiffs believed that the Court's order was intended to facilitate creation of this later list, and that, because Defendants already had nearly all the documents on Plaintiffs' list, spending several days collecting all documents on a list that would soon change would neither further that end nor benefit either party.

4. Following Defendants' request for a copy of the exhibits on Friday, Plaintiffs began compilation of the exhibits. I was informed by the paralegals working with the documents that the task of finding and marking 3,800 files for printing to PDF

LEGAL123458679.1

1  then transferring files to other media would take several days, and could not be presented
2  in the categories that the parties were developing until those categories were established.

3      5.    In addition, the paralegals working on the exhibit list continued to de-
4  duplicate both lists, including by making numerous types of documents more consistent
5  (i.e., combining agreed upon ranges of documents into one exhibit for each Named
6  Plaintiff's medical record; combining monthly monitoring reports into one exhibit per
7  facility). Because Defendants already had copies of all Bates-numbered documents,
8  Plaintiffs believed that arranging the exhibits for the Court was the paramount goal, and
9  that the ongoing de-duplication process made designating exhibits for transfer premature.

10     6.    Following Defendants' statement on Tuesday morning, September 9, that
11 they believed that the Court's order required, under penalty of exclusion, that Plaintiffs
12 produce a set of copies of all the exhibits, Plaintiffs immediately began the process of
13 printing documents to transferrable media, but even after the documents were marked, the
14 processing time for the document review software to export all the documents to PDF was
15 over 18 hours.

16     7.    On Tuesday afternoon, at a previously scheduled meet and confer, Plaintiffs
17 told Defendants that all the documents could be provided by Wednesday, or production
18 could begin on a rolling basis later in the day. Defendants did not at that time indicate
19 that this was unsatisfactory and did not indicate that they intended to file a motion with
20 the Court.

21     8.    Files were transferred to Defendants Tuesday evening using the same FTP
22 protocol that the parties have used to exchange documents on other occasions. Plaintiffs
23 have also used it successfully consistently in this case. The documents uploaded were
24 checked before transmittal and were in working order. A copy of the transmittal notice
25 showing that over 2,800 MB of documents were uploaded is attached as **Ex. B.**

26     9.    After receiving word that Defendants were unable to open the FTP files on
27 Wednesday morning, Plaintiffs immediately agreed to send the information via a
28 couriered hard drive. Saving the final exhibits to the hard drive took several hours, but

LEGAL123458679.1     -2-

1  was completed by shortly after 2 p.m. on Wednesday, September 10. The drive was
2  picked up by courier at 2:40 p.m., and was delivered to defense counsel's offices by 4:00
3  p.m. A copy of the transmittal notice is attached as **Ex. C**.

4      10. The documents that were transmitted to Defendants on Tuesday night and
5  Wednesday afternoon are those that are currently on Plaintiffs' draft exhibit list, as de-
6  duplicated and combined per negotiations with Defendants. In addition, the documents
7  were pulled from the document review software and named using a standard format,
8  which prevented multiple copies of the same exhibit from being saved twice.
9  Accordingly, while Plaintiffs have produced files for all exhibits that may be used, the
10 total number of files produced smaller than the total number of lines on the exhibit list
11 exchanged on Friday.

12     I declare under penalty of perjury that the foregoing is true and correct.

13     Executed this 11th day of September, 2014, in Seattle, Washington.

14

15                               *s/ Amelia M. Gerlicher*
                              Amelia M. Gerlicher

16

17 **ADDITIONAL COUNSEL:**    Daniel C. Barr (Bar No. 010149)
                                    Amelia M. Gerlicher (Bar No. 023966)
18                                     Kirstin T. Eidenbach (Bar No. 027341)
                                    John H. Gray (Bar No. 028107)
19                                     Matthew B. du Mée (Bar No. 028468)
                                    Jerica L. Peters (Bar No. 027356)
20                                     **PERKINS COIE LLP**
                                    2901 N. Central Avenue, Suite 2000
21                                     Phoenix, Arizona 85012
                                    Telephone: (602) 351-8000
22                                     Email:   dbarr@perkinscoie.com
                                                   agerlicher@perkinscoie.com
23                                                    keidenbach@perkinscoie.com
                                                   jhgray@perkinscoie.com
24                                                    mdumee@perkinscoie.com
                                                   jpeters@perkinscoie.com

25

26

27

28

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
  jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
  ahardy@prisonlaw.com
  snorman@prisonlaw.com
  ckendrick@prisonlaw.com
  wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
  afettig@npp-aclu.org
  aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
|   | Amir Q. Amiri (Cal. 271224)* |
| 2 | Dara Levinson (Cal. 274923)* |
|   | **JONES DAY** |
| 3 | 555 California Street, 26th Floor |
|   | San Francisco, California 94104 |
| 4 | Telephone:  (415) 875-5712 |
|   | Email:    cnmitchell@jonesday.com |
| 5 |           aamiri@jonesday.com |
|   |           daralevinson@jonesday.com |

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com
          tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:    kmamedova@jonesday.com
          jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
                avarma@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:    jrico@azdisabilitylaw.org
                jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I hereby certify that on September 11, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

                                                    s/ D. Freouf