1   Arizona Attorney General Thomas C. Horne
    Office of the Attorney General
2   Michael E. Gottfried, Bar No. 010623
    Lucy M. Rand, Bar No. 026919
3   Assistant Attorneys General
    1275 W. Washington Street
4   Phoenix, Arizona 85007-2926
    Telephone: (602) 542-4951
5   Fax: (602) 542-7670
    Michael.Gottfried@azag.gov
6   Lucy.Rand@azag.gov

7   Daniel P. Struck, Bar No. 012377
    Kathleen L. Wieneke, Bar No. 011139
8   Rachel Love, Bar No. 019881
    Timothy J. Bojanowski, Bar No. 022126
9   Nicholas D. Acedo, Bar No. 021644
    Ashlee B. Fletcher, Bar No. 028874
10  Anne M. Orcutt, Bar No. 029387
    Jacob B. Lee, Bar No. 030371
11  STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
12  Chandler, Arizona 85226
    Telephone: (480) 420-1600
13  Fax: (480) 420-1696
    dstruck@swlfirm.com
14  kwieneke@swlfirm.com
    rlove@swlfirm.com
15  tbojanowski@swlfirm.com
    nacedo@swlfirm.com
16  afletcher@swlfirm.com
    aorcutt@swlfirm.com
17  jlee@swlfirm.com

18  *Attorneys for Defendants*

19              **UNITED STATES DISTRICT COURT**
20                  **DISTRICT OF ARIZONA**

21  Victor Parsons, *et al.*, on behalf of themselves       NO. 2:12-cv-00601-DJH
    and all others similarly situated; and Arizona
22  Center for Disability Law,
                                    Plaintiffs,
23              v.                                            **DEFENDANTS' MOTION FOR
                                                             LEAVE TO FILE EXHIBIT IN
24  Charles Ryan, Director, Arizona Department               NON-ELECTRONIC FORMAT
    of Corrections; and Richard Pratt, Interim               RE: EXHIBIT 4 TO
25  Division Director, Division of Health Services,          DEFENDANTS' REPLY IN
    Arizona Department of Corrections, in their              SUPPORT OF MOTION TO
26  official capacities,                                     PRECLUDE PLAINTIFFS' TRIAL
                                    Defendants.              EXHIBITS**

27

28

Pursuant to LRCiv 5.5(c) and Section II(K)(2) of the Electronic Case Filing Administrative Policies and Procedures Manual for the District of Arizona, Defendants move this Court for leave to file Exhibit 4 to their Reply in Support of Defendants' (*Expedited*) Motion to Preclude Plaintiffs' Trial Exhibits—an external hard drive containing Plaintiffs' proposed trial exhibits—in non-electronic format. Defendants believe that the Court's review of the hard drive, to see how Plaintiffs submitted their trial exhibits to Defendants, will aid the Court in resolving Defendants' Motion to Preclude Plaintiffs' Trial Exhibits.  The hard drive is the actual hard drive that Plaintiffs submitted to Defendants, and Defendants have provided the Court a proper chain-of-custody of the hard drive in their other Motion Exhibits.

Because the Exhibit cannot be converted to electronic form, Defendants respectfully request this Court's permission to file it in non-electronic format so that it can be considered.  Defendants have separately moved to file the Exhibit under seal.

DATED this 12th day of September 2014.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Daniel P. Struck
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Fletcher
    Anne M. Orcutt
    Jacob B. Lee
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    Arizona Attorney General Thomas C. Horne
    Office of the Attorney General
    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorneys General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

    *Attorneys for Defendants*

2952703.1

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ajmel Quereshi:        aquereshi@npp-aclu.org

Alison Hardy:          ahardy@prisonlaw.com

Amelia M. Gerlicher:   agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amir Q. Amiri:         aamiri@jonesday.com; ttualaulelei@jonesday.com

Amy Fettig:            afettig@npp-aclu.org

Asim Varma:            avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:  cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:    ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:   DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda: dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

Dara Levinson:         daralevinson@jonesday.com

David Cyrus Fathi:     dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:        dspecter@prisonlaw.com

James Duff Lyall:      jlyall@acluaz.org; gtorres@acluaz.org

James M. Jellison:     jim@jellisonlaw.com; cindy@schleierlaw.com; kasey@jellisonlaw.com

Jennifer K. Messina:   jkmessina@jonesday.com

Jerica Lynn Peters:    jpeters@perkinscoie.com

Jessica Pari Jansepar Ross:  jross@azdisabilitylaw.org

John Howard Gray:      jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:   jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:    jrico@azdisabilitylaw.org

Kamilla Mamedova:      kmamedova@jonesday.com

2

| | |
|---|---|
| Kevin C. Brantley: | kbrantley@jonesday.com |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Taylor Freeman: | tfreeman@jonesday.com |
| Warren E. George, Jr.: | wgeorge@prisonlaw.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck

3