**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DJH<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE EXHIBIT IN NON-ELECTRONIC FORMAT RE: EXHIBIT 4 TO DEFENDANTS' REPLY IN SUPPORT OF MOTION TO PRECLUDE PLAINTIFFS' TRIAL EXHIBITS** |

The Court, having reviewed Defendants' Motion for Leave to File Exhibit in Non-Electronic Format Re: Exhibit 4 to Defendants' Reply in Support of Motion to Preclude Plaintiffs' Trial Exhibits, and good cause appearing,

IT IS ORDERED granting the Defendants' Motion and allowing the filing of Exhibit 4, an external hard drive, in non-electronic format.

2952704.1