Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
       avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DJH <br><br> **NOTICE OF SUPPLEMENTAL FACTS IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' [EXPEDITED] MOTION TO PRECLUDE PLAINTIFFS' TRIAL EXHIBITS (DOC. 1113)** |

LEGAL123477676.2

1   Plaintiffs hereby file a Notice of Supplemental Facts in Support of Plaintiffs'
2 Response in Opposition to Defendants' [Expedited] Motion to Exclude Plaintiffs' Exhibits
3 (Doc. 1113).  This case has an extraordinarily high number of exhibits due to the fact that
4 it involves ten prison facilities, over 33,000 prisoners, and allegations of constitutionally
5 inadequate medical, mental health, and dental care, as well as unconstitutional conditions
6 of confinement in isolation units.

7   Ordinarily, the process of identifying and removing exhibits from Defendants' list
8 that are duplicative of exhibits on Plaintiffs' list is undertaken by defense counsel.
9 However, in order to facilitate the timely completion of the joint exhibit list in this matter,
10 Plaintiffs undertook this task themselves and have completed a preliminary de-duplication
11 of both parties' exhibit lists, which, while not final, has identified the vast majority of
12 duplicative exhibits for Defendants.  Plaintiffs have, among other things, identified and
13 eliminated duplicative bates-numbered documents that appeared on both parties' exhibit
14 lists and reviewed documents bearing the same or similar descriptions.  [Declaration of
15 Amelia Gerlicher ("Gerlicher Decl.") at ¶ 2]  Based on their review, Plaintiffs created a
16 list that identified for Defendants those exhibits on their list that Plaintiffs believe are
17 duplicative of exhibits on Plaintiffs' list.  [*Id.*]  This list was sent via email to Defendants
18 on at 1:00 a.m. on Saturday, September 13, 2014.  [*Id.* at ¶ 3]  A copy of the email and the
19 list provided to Defendants are attached to the Gerlicher Decl. as Exhibits 1 and 2,
20 respectively.

21   Given that the bulk of de-duplication has now been completed by Plaintiffs'
22 counsel and the parties have a week to focus on completing de-duplication, performing
23 quality control checks and finalizing the joint exhibit list, Defendants' claims of foul play,
24 prejudice, and impossibility fall flat.  Provided that the parties cooperate, the joint list will
25 be completed by September 19, 2014.

26

LEGAL123477676.2

| | | |
|---|---|---|
| 1 | Dated: September 14, 2014 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By:   s/ Daniel C. Barr |
| | |     Daniel C. Barr (Bar No. 010149) |
| 4 | |     Amelia M. Gerlicher (Bar No. 023966) |
| | |     Kirstin T. Eidenbach (Bar No. 027341) |
| 5 | |     John H. Gray (Bar No. 028107) |
| | |     Matthew B. du Mée (Bar No. 028468) |
| 6 | |     Jerica L. Peters (Bar No. 027356) |
| | |     2901 N. Central Avenue, Suite 2000 |
| 7 | |     Phoenix, Arizona 85012 |
| | |     Telephone: (602) 351-8000 |
| 8 | |     Email:   dbarr@perkinscoie.com |
| | |              agerlicher@perkinscoie.com |
| 9 | |              keidenbach@perkinscoie.com |
| | |              jhgray@perkinscoie.com |
| 10 | |              mdumee@perkinscoie.com |
| | |              jpeters@perkinscoie.com |
| 11 | |     Daniel Pochoda (Bar No. 021979) |
| | |     James Duff Lyall (Bar No. 330045)* |
| 12 | |     **ACLU FOUNDATION OF ARIZONA** |
| 13 | |     3707 North 7th Street, Suite 235 |
| | |     Phoenix, Arizona 85013 |
| 14 | |     Telephone: (602) 650-1854 |
| | |     Email:   dpochoda@acluaz.org |
| 15 | |              jlyall@acluaz.org |
| 16 | | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |
| 17 | | Donald Specter (Cal. 83925)* |
| | | Alison Hardy (Cal. 135966)* |
| 18 | | Sara Norman (Cal. 189536)* |
| | | Corene Kendrick (Cal. 226642)* |
| 19 | | Warren E. George (Cal. 53588)* |
| | | **PRISON LAW OFFICE** |
| 20 | | 1917 Fifth Street |
| | | Berkeley, California 94710 |
| 21 | | Telephone: (510) 280-2621 |
| | | Email:   dspecter@prisonlaw.com |
| 22 | |          ahardy@prisonlaw.com |
| | |          snorman@prisonlaw.com |
| 23 | |          ckendrick@prisonlaw.com |
| | |          wgeorge@prisonlaw.com |
| 24 | | |
| 25 | | *Admitted *pro hac vice* |
| 26 | | |

David C. Fathi (Wash. 24893)\*
Amy Fettig (D.C. 484883)\*\*
Ajmel Quereshi (Md. 28882)\*\*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

\*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
\*\*Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)\*
Amir Q. Amiri (Cal. 271224)\*
Dara Levinson (Cal. 274923)\*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         aamiri@jonesday.com
         daralevinson@jonesday.com

\*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)\*
Taylor Freeman (Tex. 24083025)\*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com
         tfreeman@jonesday.com

\*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: kmamedova@jonesday.com
jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email: kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

-5-

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Sarah Kader
Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
avarma@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email: jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

                                            s/ D. Freouf