# EXHIBIT 1

| | |
|---|---|
| **From:** | parsonsdiscovery@prisonlaw.com on behalf of Gerlicher, Amelia Morrow (Perkins Coie) |
| **Sent:** | Saturday, September 13, 2014 1:12 AM |
| **To:** | Parsons Team |
| **Cc:** | Parsonsdiscovery@prisonlaw.com |
| **Subject:** | Parsons: Exhibit deduplication list |
| **Attachments:** | 2014.09.12 Defs_ Draft Trial Exhibit List.DOCX |

Counsel,

Please find attached a highlighted version of the exhibit list Defendants had previously served on Plaintiffs (before this afternoon's revised version), preliminarily highlighting the documents on Defendants' list that may duplicate items on Plaintiffs' list. In an effort to help Defendants de-duplicate their list and to facilitate next week's process of creating a combined list, we undertook the task of identifying duplicative documents. Items highlighted in yellow or blue are items we believe may be duplicative, based on Defendants' description as compared to the list we sent to you Friday afternoon. Items highlighted in green are items we believe may be duplicative *in part*, and for some of those, we have identified the overlapping ranges for you in the comments. Finally, where we found potential errors in Defendants' list, we have tried to alert you of those as well.

Please note that these are only our suggestions to Defendants based on a preliminary review and that Defendants should ensure they are comfortable removing items from their own list before doing so. We should of course continue to discuss the various combined exhibits that both of us included in our lists today, many of which are not yet quite consistent.  That said, we hope the attached document will greatly assist Defendants in removing duplicative items so that Defendants can provide an updated version of their exhibit list to Plaintiffs early next week.

Amelia

**Amelia Morrow Gerlicher | Perkins Coie LLP**
2901 N. Central Avenue
Suite 2000
Phoenix, AZ 85012-2788
PHONE: 602.351.8308
FAX: 602.648.7156
agerlicher@perkinscoie.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

# EXHIBIT 2

# FILED UNDER SEAL