**EXHIBIT 1**

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Dan Struck |
| **Sent:** | Thursday, September 11, 2014 7:18 PM |
| **To:** | Eidenbach, Kirstin (Perkins Coie) |
| **Cc:** | Mike Giardina; parsonsdiscovery@prisonlaw.com; Parsons Team; Michael E. Gottfried; Lucy Rand |
| **Subject:** | Re: De-Duplication of Parties' Exhibits |

Kirstin,

We are more than willing to work on this but the 2000+ files you sent last night are a mess, making it completely unproductive to work towards de duplicating with the jumble of files which were clearly hastily put together and delivered to us at 4 pm yesterday.

We have de duplicated our exhibits and have shared these with you. We are also combining the defendants' exhibits, as we discussed. If you have put your documents together into an identifiable format, please let us know and provide them to us.

Dan

Sent from my iPhone

On Sep 11, 2014, at 10:07 PM, "Eidenbach, Kirstin (Perkins Coie)" <KEidenbach@perkinscoie.com> wrote:

> Mike,
>
> In light of the meet and confer this afternoon, and the fact that you are not currently working on de-duplicating the parties' exhibit lists, we will facilitate this process. Our paralegals are well underway in de-duplicating the parties' exhibit lists and will send you an updated, revised list tomorrow that reflects their progress, at which point we hope you change your mind and agree to engage in this process and work constructively toward a final list.
>
> Regards,
> Kirstin
>
>
>
> **Kirstin Eidenbach   Perkins Coie LLP**
> 2901 North Central Avenue
> Suite 2000
> Phoenix, AZ 85012-2788
> ☎: 602.351.8034
> 🖷: 602.648.7045
> ✉: KEidenbach@perkinscoie.com
>
>  Please consider the environment before printing this email. Thank you.

1