**EXHIBIT A**

**EXHIBIT A**

| | |
|---|---|
| **From:** | Amir Amiri <aamiri@jonesday.com> |
| **Sent:** | Monday, September 08, 2014 11:56 PM |
| **To:** | Eidenbach, Kirstin (Perkins Coie) |
| **Cc:** | Dan Struck; Lucy Rand; Michael E. Gottfried; Nick Acedo; parsonsdiscovery@prisonlaw.com |
| **Subject:** | Re: Plaintiffs' Draft of Joint Pre-Trial Statement |
| **Attachments:** | SFI_871462_2_Appendix 4_ Plaintiffs' Deposition Designations.PDF |

Counsel,

Please find attached Appendix 4 to the joint pretrial statement.

Thank you.

Amir


Amir Q. Amiri
Associate
JONES DAY® - One Firm Worldwide℠
555 California Street, 26th Floor
San Francisco, CA 94104
Office +1.415.875.5860
Fax +1.415.963.6850
AAmiri@JonesDay.com


| | |
|---|---|
| From: | "Eidenbach, Kirstin (Perkins Coie)" <KEidenbach@perkinscoie.com> |
| To: | "dstruck@swlfirm.com" <dstruck@swlfirm.com>, "Michael.gottfried@azag.gov" <Michael.gottfried@azag.gov>, "Lucy Rand (Lucy.Rand@azag.gov)" <Lucy.Rand@azag.gov>, "NAcedo@swlfirm.com" <NAcedo@swlfirm.com>, |
| Cc: | "parsonsdiscovery@prisonlaw.com" <parsonsdiscovery@prisonlaw.com> |
| Date: | 09/08/2014 11:46 PM |
| Subject: | Plaintiffs' Draft of Joint Pre-Trial Statement |
| Sent by: | parsonsdiscovery@prisonlaw.com |

Counsel:

Please find attached Plaintiffs' draft of the joint pretrial statement. The appendices will follow in a separate email(s). Because exhibit lists have already been exchanged and are in the process of being de-duplicated, Plaintiffs' exhibit list will not be included with the draft of the joint pre-trial statement. This draft includes preliminary stipulations, but as the parties continue discussions, additional stipulations may be added, e.g. stipulations related to the authenticity and admissibility of certain documents. Contested and uncontested facts relating to mental health and isolation will be provided tomorrow.

Kirstin