**EXHIBIT B**

**EXHIBIT B**

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.** <br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br> **Deposition on April 2, 2014** | | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 8:19-25 | | | |
| 11:5-24 | | | |
| 13:22-14:18 | | | |
| 19:19-20:19 | | | |
| 21:5-9 <br> 21:12 | | | |
| 22:20-21 <br> 22:24 | | | |
| 22:25-23:1 <br><br> 23:4-5 | | | |

| | PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | Deposition on April 2, 2014 | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| 23:6-7<br><br>23:10 | | | |
| 24:3-5 | | | |
| 25:13-25:25<br>26:3-5 | | | |
| 29:18-30:6<br>30:9-10 | | | |
| 32:22-33:12 | | | |
| 33:21-22<br>33:25 | | | |
| 34:1-2 | | | |

| | **PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.**<br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br><br>**Deposition on April 2, 2014** | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 34:4 | | | |
| 38:7-38:16 | | | |
| 39:1-2<br>39:5-7<br>39:10-12 | | | |
| 39:13-14<br>39:16 | | | |
| 39:17-18<br>39:20 | | | |
| 39:21-22<br>39:24 | | | |
| 39:25-40:3 | | | |

| | PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | Deposition on April 2, 2014 | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 40:5 | | | |
| 48:9-11 48:14-16 | | | |
| 69:17-18 69:20 | | | |
| 69:21 69:23-25 | | | |
| 71:9-12 71:14-15 71:17-18 | | | |
| 71:19-20 | | | |
| 72:5-7 | | | |

| | **PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.**<br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br><br>**Deposition on April 2, 2014** | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 72:9 | | | |
| 72:10-13<br>72:15-16 | | | |
| 73:21-22<br>73:24 | | | |
| 73:25<br><br>74:3-6 | | | |
| 74:7-8<br>74:10 | | | |
| 74:11-12<br>74:14-15 | | | |

**PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**Deposition on April 2, 2014**

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 76:8-12 | | | |
| 76:24-25 77:2-4 | | | |
| 77:5-6 77:9-10 | | | |
| 77:11-16 77:18 | | | |
| 77:19-20 77:22-25 | | | |
| 78:4-6 78:8 78:20-21 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 78:23 | | | |
| 78:24-25<br>79:2-5 | | | |
| 79:6-7<br>80:15-16<br>80:18 | | | |
| 80:19<br>81:5-6<br>81:9-14 | | | |
| 84:16-17<br>84:20-21<br>84:24 | | | |
| 84:25-85:10 | | | |

*Table title:*

**PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**Deposition on April 2, 2014**

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 85:12 | | | |
| 85:13-22 | | | |
| 86:23-87:8 | | | |
| 87:13-20 87:22-24 | | | |
| 88:13-17 | | | |
| 94:21-95:10 95:13 | | | |
| 95:14 95:16 | | | |

**PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**Deposition on April 2, 2014**

| | PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | Deposition on April 2, 2014 | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| 95:17<br>95:20-22 | | | |
| 97:13-98:6<br>98:9-10 | | | |
| 98:11-99:2 | | | |
| 100:17-101:6 | | | |
| 104:20-23 | | | |
| 105:2-15<br>105:18-22 | | | |
| 105:23-106:9<br>106:12-13 | | | |

| PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| Deposition on April 2, 2014 | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 106:14-15 106:17 | | | |
| 106:18-107:6 107:8 | | | |
| 107:4-6 107:8 | | | |
| 107:9-11 107:13-14 | | | |
| 107:15-16 107:19 | | | |
| 107:20-21 107:24 | | | |

| | PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | Deposition on April 2, 2014 | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 111:3-7 111:9-10 | | | |
| 111:11-16 111:18-19 | | | |
| 124:11-15 124:17-18 124:21-126:9 | | | |
| 127:1-9 | | | |
| 127:17-19 127:21 | | | |
| 127:22-25 | | | |

| PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| Deposition on April 2, 2014 | | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| 128:6-9 | | | |
| 131:1-5 | | | |
| 135:16-22 | | | |
| 145:6-146:5 146:8 | | | |
| 146:9-146:22 | | | |
| 146:24-147:3 | | | |
| 148:4-5 148:11 | | | |
| 149:13-14 | | | |

| | PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | Deposition on April 2, 2014 | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 149:16 | | | |
| 149:17-18 149:20 | | | |
| 149:21-150:3 150:5 | | | |
| 150:6 150:8-9 | | | |
| 150:10-24 | | | |
| 151:8-11 | | | |
| 151:15-16 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 151:18 | | | |
| 151:19<br>151:21-22 | | | |
| 151:23<br><br>151:25-152:19 | | | |
| 152:21-23<br>153:1 | | | |
| 153:2-3<br>153:6-7 | | | |
| 153:8-11 | | | |
| 154:17-19 | | | |

**PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**Deposition on April 2, 2014**

**PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**Deposition on April 2, 2014**

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 154:21 | | | |
| 155:6-7 155:9 | | | |
| 155:10-12 | | | |
| 157:4-8 | | | |
| 158:13-14 158:16 | | | |
| 161:14-162:12 | | | |
| 174:11-14 174:19-24  175:1 | | | |

| | PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | Deposition on April 2, 2014 | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| 175:2-3 175:5-6 | | | |
| 175:7-11 175:13-17 | | | |
| 175:18-176:11 176:14 | | | |
| 176:15-17 176:20-21 | | | |
| 176:22-23 177:1-12 | | | |

| | PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | Deposition on April 2, 2014 | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 177:14 | | | |
| 180:18-21 | | | |
| 181:12-16 181:18-182:5 182:7-17 | | | |
| 182:18-21 182:23-183:9 184:5-8 | | | |
| 189:10-22 | | | |
| 190:21-191:5 191:7 | | | |

| PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| Deposition on April 2, 2014 | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 191:16-21 191:23 | | | |
| 192:5-8 192:10 | | | |
| 192:15-193:9 | | | |
| 193:19-194:15 | | | |
| 201:3-24 202:1 202:3 | | | |
| 202:4-10 | | | |
| 207:2-6 | | | |

| | PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) Deposition on April 2, 2014 | | |
|---|---|---|---|
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 207:13-19 | | | |
| 207:22-23 207:25-208:8 208:11-14 | | | |
| 208:18-209:15 209:17-18 | | | |
| 209:19-210:7 | | | |
| 210:15-19 210:21 | | | |
| 210:22-25 211:2 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 211:3-4<br>211:6-10 | | | |
| 222:11-18<br>222:20 | | | |
| 233:3-22<br>233:24 | | | |
| 233:25-234:3<br>234:5-7 | | | |
| 234:11-12<br>234:14 | | | |
| 235:23-24<br>237:25-238:3 | | | |

The table above is titled:

**PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**Deposition on April 2, 2014**

| | PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | Deposition on April 2, 2014 | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 239:4-5 239:10-11 | | | |

LEGAL123392770.1