**EXHIBIT C**

**EXHIBIT C**

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
         Kflood@acluaz.org
         jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **PLAINTIFF SHAWN JENSEN'S THIRD SUPPLEMENTAL RESPONSES TO DEFENDANT CHARLES RYAN'S FIRST SET OF INTERROGATORIES** |

78204-0001/LEGAL27860606.1

**RESPONSE TO INTERROGATORY NO. 7:**

Jensen objects to this interrogatory as improper to the extent it calls for a narrative response. Jensen objects to this interrogatory as overly broad and unduly burdensome. Jensen objects to this interrogatory to the extent it seeks discovery relating to any individual other than Plaintiff Jensen. Plaintiff Jensen's claim does not arise in isolation but is part of a broader failure by the ADC to provide adequate health care system-wide, a topic on which Plaintiffs are currently taking discovery from Defendants, which at this point is incomplete. Jensen objects to this interrogatory as prematurely seeking information while discovery and investigation are ongoing. Jensen also asserts the Right to Supplement Objection, the Privilege Log Objection, the Expert Opinion Objection, and the Absent Class Member Objection. Jensen also objects to this Request to the extent it requests information which is in the possession and control of Defendants and more readily available to them than to Jensen.

Subject to and without waiving any objection, Jensen will disclose depositions, trial testimony, statements, and interviews of any person, potential witness, or expert pursuant to the Court's scheduling orders and/or upon agreement by the parties relating to the disclosure of trial information.

**INTERROGATORY NO. 8:** Identify any statements or admissions you intend to introduce or use at trial under FED. R. EVID. 801(d)(2), by any ADC employee, former ADC employee, employee of the State of Arizona, and/or former employee of the State of Arizona including the name of the person who made the statement, the date/time of the statement, and all persons present when the statement was made.

**RESPONSE TO INTERROGATORY NO. 8:**

Jensen objects to this interrogatory as improper to the extent it calls for a narrative response. Jensen objects to this interrogatory as overly broad and unduly burdensome. Jensen objects to this interrogatory to the extent it seeks discovery relating to any individual other than Plaintiff Jensen. Plaintiff Jensen's claim does not arise in isolation

1  but is part of a broader failure by the ADC to provide adequate health care system-wide, a
2  topic on which Plaintiffs are currently taking discovery from Defendants, which at this
3  point is incomplete. Jensen objects to this interrogatory as prematurely seeking
4  information while discovery and investigation are ongoing. Jensen also asserts the Right
5  to Supplement Objection, the Privilege Log Objection, the Expert Opinion Objection, and
6  the Absent Class Member Objection. Jensen also objects to this Request to the extent it
7  requests information which is in the possession and control of Defendants and more
8  readily available to them than to Jensen.

9  Subject to and without waiving any objection, Jensen will disclose depositions,
10 trial testimony, statements, and interviews of any person, potential witness, or expert
11 pursuant to the Court's scheduling orders and/or upon agreement by the parties relating to
12 the disclosure of trial information.

14 **INTERROGATORY NO. 9:** Identify any and all medical and mental health providers,
15 including but not limited to any medical provider, hospital, physician, doctor, nurse, nurse
16 practitioner, specialist, physician's assistant, therapist, chiropractor, physical therapist,
17 occupational therapist, psychiatrist, psychologist, counselor, mental health care provider
18 and/or counselor with whom you or any former or current detainee or inmate you may call
19 at trial treated, been examined, or who have had tests performed upon them from
20 January 1, 2010 to the present.

21 **RESPONSE TO INTERROGATORY NO. 9:**

22 **Pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, "[i]f the**
23 **answer to an interrogatory may be determined by examining, auditing, compiling,**
24 **abstracting, or summarizing a party's business records (including electronically**
25 **stored information), and if the burden of deriving or ascertaining the answer will be**
26 **substantially the same for either party, the responding party may answer by: (1)**
27 **specifying the records that must be reviewed, in sufficient detail to enable the**
28 **interrogating party to locate and identify them as readily as the responding party**

| | |
|---|---|
| 1 | Daniel Pochoda (Bar No. 021979) |
|  | Kelly J. Flood (Bar No. 019772) |
| 2 | James Duff Lyall (Bar No. 330045)* |
|  | **ACLU FOUNDATION OF ARIZONA** |
| 3 | 3707 North 7th Street, Suite 235 |
|  | Phoenix, Arizona 85013 |
| 4 | Telephone: (602) 650-1854 |
|  | Email: dpochoda@acluaz.org |
| 5 | kflood@acluaz.org |
|  | jlyall@acluaz.org |
| 6 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Thomas, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Thomas; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW<br><br>**PLAINTIFF STEPHEN SWARTZ'S SECOND SUPPLEMENTAL RESPONSES TO DEFENDANT CHARLES RYAN'S FIRST SET OF INTERROGATORIES** |

78204-0001/LEGAL27959478.1

was filed or "in direct connection with preparation for the litigation" did not have to be logged).

## INTERROGATORIES

**INTERROGATORY NO. 1:** Please identify any statements or admissions you intend to introduce or use at trial under Federal Rule of Evidence 801(d)(2), by any ADC employee or former employee, including the name of the person who made the statement, the date/time of the statement, and all persons present when the statement was made.

**RESPONSE TO INTERROGATORY NO. 1:** Swartz objects to this interrogatory to the extent that it seeks discovery regarding anyone other than Plaintiff Swartz. Swartz objects to this interrogatory as overbroad and unduly burdensome. Swartz objects to this interrogatory as prematurely seeking information while discovery and investigation are ongoing. Swartz also asserts the Right to Supplement Objection, Expert Opinion Objection, and Absent Class Member Objection.

Subject to and without waiving any objection, Swartz will disclose depositions, trial testimony, statements, and interviews of any person, potential witness, or expert pursuant to the Court's scheduling orders and/or upon agreement by the parties relating to the disclosure of trial information.

**INTERROGATORY NO. 2:** Identify all impeachment evidence Plaintiffs and/or their attorneys possess, whether or not they intend to use it at trial, including the name, address, and a description of any and all testimony to be provided by impeachment witnesses at trial, and a list of all impeachment exhibits, including prior deposition transcripts of witnesses.

**RESPONSE TO INTERROGATORY NO. 2:** Swartz objects to this interrogatory to the extent that it seeks discovery regarding anyone other than Plaintiff Swartz. Swartz objects to this interrogatory as overbroad and unduly burdensome. Swartz objects to this interrogatory as prematurely seeking information while discovery and investigation are

| | |
|---|---|
| 1 | Daniel Pochoda (Bar No. 021979) |
| | Kelly J. Flood (Bar No. 019772) |
| 2 | James Duff Lyall (Bar No. 330045)* |
| | **ACLU FOUNDATION OF ARIZONA** |
| 3 | 3707 North 7th Street, Suite 235 |
| | Phoenix, Arizona 85013 |
| 4 | Telephone: (602) 650-1854 |
| | Email: dpochoda@acluaz.org |
| 5 | kflood@acluaz.org |
| | jlyall@acluaz.org |
| 6 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **PLAINTIFF SONIA RODRIGUEZ'S THIRD SUPPLEMENTAL RESPONSES TO DEFENDANT CHARLES RYAN'S FIRST SET OF INTERROGATORIES** |

78204-0001/LEGAL27959187.1

7. To the extent any Request or any portion thereof is not expressly admitted, it is denied.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Please identify any statements or admissions you intend to introduce or use at trial under Federal Rule of Evidence 801(d)(2), by any ADC employee or former employee, including the name of the person who made the statement, the date/time of the statement, and all persons present when the statement was made.

**RESPONSE TO INTERROGATORY NO. 1:**

Rodriguez objects to this interrogatory to the extent that it seeks discovery regarding anyone other than Plaintiff Rodriguez. Rodriguez also objects to this interrogatory as overly broad and unduly burdensome. Rodriguez objects to this interrogatory as prematurely seeking information while discovery and investigation are ongoing. Rodriguez also asserts the Right to Supplement Objection, Expert Opinion Objection, Privilege Log Objection, and Absent Class Member Objection.

Subject to and without waiving any objection, Rodriguez will disclose depositions, trial testimony, statements, and interviews of any person, potential witness, or expert pursuant to the Court's scheduling orders and/or upon agreement by the parties relating to the disclosure of trial information.

**INTERROGATORY NO. 2:** Identify all impeachment evidence Plaintiffs and/or their attorneys possess, whether or not they intend to use it at trial, including the name, address, and a description of any and all testimony to be provided by impeachment witnesses at trial, and a list of all impeachment exhibits, including prior deposition transcripts of witnesses.

**RESPONSE TO INTERROGATORY NO. 2:**

Rodriguez objects to this interrogatory to the extent that it seeks discovery regarding anyone other than Plaintiff Rodriguez. Rodriguez also objects to this interrogatory as overly broad and unduly burdensome. Rodriguez objects to this

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
         kflood@acluaz.org
         jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **PLAINTIFF CHRISTINA VERDUZCO'S SECOND SUPPLEMENTAL RESPONSES TO DEFENDANT CHARLES RYAN'S FIRST SET OF INTERROGATORIES** |

7. To the extent any Request or any portion thereof is not expressly admitted, it is denied.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Please identify any statements or admissions you intend to introduce or use at trial under Federal Rule of Evidence 801(d)(2), by any ADC employee or former employee, including the name of the person who made the statement, the date/time of the statement, and all persons present when the statement was made.

**RESPONSE TO INTERROGATORY NO. 1:** Verduzco objects to this interrogatory to the extent that it seeks discovery regarding anyone other than Plaintiff Verduzco. Verduzco objects to this interrogatory as overly broad and unduly burdensome. Verduzco objects to this interrogatory as prematurely seeking information while discovery and investigation are ongoing. Verduzco also asserts the Right to Supplement Objection, Expert Opinion Objection, Privilege Log Objection, and Absent Class Member Objection.

Subject to and without waiving any objection, Verduzco will disclose depositions, trial testimony, statements, and interviews of any person, potential witness, or expert pursuant to the Court's scheduling orders and/or upon agreement by the parties relating to the disclosure of trial information.

**INTERROGATORY NO. 2:** Identify all impeachment evidence Plaintiffs and/or their attorneys possess, whether or not they intend to use it at trial, including the name, address, and a description of any and all testimony to be provided by impeachment witnesses at trial, and a list of all impeachment exhibits, including prior deposition transcripts of witnesses.

**RESPONSE TO INTERROGATORY NO. 2:** Verduzco objects to this interrogatory to the extent that it seeks discovery regarding anyone other than Plaintiff Verduzco. Verduzco objects to this interrogatory as overly broad and unduly burdensome. Verduzco objects to this interrogatory as prematurely seeking information while discovery and

| | |
|---|---|
| 1 | Daniel Pochoda (Bar No. 021979) |
| | Kelly J. Flood (Bar No. 019772) |
| 2 | James Duff Lyall (Bar No. 330045)* |
| | **ACLU FOUNDATION OF ARIZONA** |
| 3 | 3707 North 7th Street, Suite 235 |
| | Phoenix, Arizona 85013 |
| 4 | Telephone: (602) 650-1854 |
| | Email: dpochoda@acluaz.org |
| 5 | kflood@acluaz.org |
| | jlyall@acluaz.org |
| 6 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |

7  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Thomas,*
8  *Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson,*
9  *and Charlotte Wells, on behalf of themselves and all others similarly situated*

10
11  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

12  UNITED STATES DISTRICT COURT

13  DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Thomas; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW |
| Plaintiffs, | **PLAINTIFF JACKIE THOMAS' THIRD SUPPLEMENTAL RESPONSES TO DEFENDANT CHARLES RYAN'S FIRST SET OF INTERROGATORIES** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL27972415.1

1 communications absent a court order, nor will Plaintiff Thomas require Defendants to log
2 such materials. *See, e.g., iSmart Int'l Ltd. v. I-DocSecure, LLC*, 2006 WL 2263910, at *3
3 (N.D. Cal. Aug. 8, 2006) (correspondence generated involving counsel after the action
4 was filed or "in direct connection with preparation for the litigation" did not have to be
5 logged).

6   8.   To the extent any Request or any portion thereof is not expressly admitted, it
7 is denied.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Please identify any statements or admissions you intend to introduce or use at trial under Federal Rule of Evidence 801(d)(2), by any ADC employee or former employee, including the name of the person who made the statement, the date/time of the statement, and all persons present when the statement was made.

**RESPONSE TO INTERROGATORY NO. 1:**

Thomas objects to this interrogatory to the extent that it seeks discovery regarding anyone other than Plaintiff Thomas. Thomas objects to this interrogatory as overbroad and unduly burdensome. Thomas objects to this interrogatory as prematurely seeking information while discovery and investigation are ongoing. Thomas also asserts the Right to Supplement Objection, Expert Opinion Objection, and Absent Class Member Objection. Thomas also objects to this Request to the extent it requests information which is in the possession and control of Defendants and more readily available to them than to Thomas.

Subject to and without waiving any objection, Thomas will disclose depositions, trial testimony, statements, and interviews of any person, potential witness, or expert pursuant to the Court's scheduling orders and/or upon agreement by the parties relating to the disclosure of trial information.

**INTERROGATORY NO. 2:** Identify all impeachment evidence Plaintiffs and/or their attorneys possess, whether or not they intend to use it at trial, including the name, address,

| | |
|---|---|
| 1 | Daniel Pochoda (Bar No. 021979) |
| | Kelly J. Flood (Bar No. 019772) |
| 2 | James Duff Lyall (Bar No. 330045)* |
| | **ACLU FOUNDATION OF ARIZONA** |
| 3 | 3707 North 7th Street, Suite 235 |
| | Phoenix, Arizona 85013 |
| 4 | Telephone: (602) 650-1854 |
| | Email: dpochoda@acluaz.org |
| 5 | kflood@acluaz.org |
| | jlyall@acluaz.org |
| 6 | |
| 7 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |
| 8 | *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco,* |
| 9 | *Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson,* |
| 10 | *and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 11 | **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]** |
| 12 | |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| 15 | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| | | |
| | Plaintiffs, | **PLAINTIFF MARYANNE CHISHOLM'S FOURTH SUPPLEMENTAL RESPONSES TO DEFENDANT CHARLES RYAN'S FIRST SET OF INTERROGATORIES** |
| 20 | v. | |
| 21 | Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| 24 | Defendants. | |

LEGAL27951603.1

1  "Cruel Isolation: Amnesty International's Concerns About Conditions in Arizona
2  Maximum Security Prisons," *Amnesty International*, April 2012; Caroline Isaacs and
3  Matthew Lowen, "Buried Alive: Solitary Confinement in Arizona's Prisons and Jails,"
4  *American Friends Service Committee*, May 2007) and media sources (e.g., M. Alex
5  Johnson, "Did officers' inaction, lack of training contribute to inmate's death?"
6  MSNBC.com, Nov. 15, 2011; Bob Ortega, "Prison Inmates in Arizona Crying Foul Over
7  Medical Care: State to Investigate Medical Allegations," *Arizona Republic*, December 5,
8  2011).

**INTERROGATORY NO. 6:** Identify all impeachment evidence you may utilize at trial. Identify each exhibit you intend to introduce at trial as impeachment evidence and identify all witnesses who will testify at trial to provide impeachment evidence and state with specificity, the expected testimony of each impeachment witness.

**RESPONSE TO INTERROGATORY NO. 6:**

Chisholm objects to this interrogatory as overly broad and unduly burdensome. Chisholm objects to this interrogatory to the extent it seeks discovery relating to any individual other than Plaintiff Chisholm. Chisholm objects to this contention interrogatory as prematurely seeking information while discovery and investigation are ongoing. Chisholm also asserts the Right to Supplement Objection, Privilege Log Objection, and Expert Opinion Objection. Chisholm also objects to this Request to the extent it requests information which is in the possession and control of Defendants and more readily available to them than to Chisholm.

Subject to and without waiving any objection, Chisholm will disclose impeachment evidence pursuant to the Court's scheduling orders and/or upon agreement by the parties relating to the disclosure of trial information.

**INTERROGATORY NO. 7:** Identify any statements or admissions you intend to introduce or use at trial under FED. R. EVID. 801(d)(2), by any ADC employee, former

ADC employee, employee of the State of Arizona, and/or former employee of the State of Arizona including the name of the person who made the statement, the date/time of the statement, and all persons present when the statement was made.

**RESPONSE TO INTERROGATORY NO. 7:**

Chisholm objects to this interrogatory to the extent that it seeks discovery regarding anyone other than Plaintiff Chisholm.  Chisholm objects to this interrogatory as overly broad and unduly burdensome.  Chisholm objects to this contention interrogatory as prematurely seeking information while discovery and investigation are ongoing. Chisholm also asserts the Right to Supplement Objection and the Privilege Log Objection. Chisholm also objects to this Request to the extent it requests information which is in the possession and control of Defendants and more readily available to them than to Chisholm.

Subject to and without waiving any objection, Chisholm will disclose responsive information pursuant to the Court's scheduling orders and/or upon agreement by the parties relating to the disclosure of trial information.

**INTERROGATORY NO. 8:** Identify any and all medical and mental health providers, including but not limited to any medical provider, hospital, physician, doctor, nurse, nurse practitioner, specialist, physician's assistant, therapist, chiropractor, physical therapist, occupational therapist, psychiatrist, psychologist, counselor, mental health care provider and/or counselor with whom you or any former or current detainee or inmate you may call at trial or any potential class members have treated, examined, or who have had tests performed upon them from January 1, 2010 to the present.

**RESPONSE TO INTERROGATORY NO. 8:**

Chisholm objects to this interrogatory as unclear, in that the sentence "Identify any and all . . . providers . . . with whom you or any former or current detainee or inmate . . . have treated . . ." is unclear to the degree that Chisholm cannot determine what Defendants are asking.  Chisholm objects to this interrogatory to the extent that it seeks

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
　　　  kflood@acluaz.org
　　　  jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-NVW (MEA) <br><br> **PLAINTIFF CHARLOTTE WELLS' SECOND SUPPLEMENTAL RESPONSES TO DEFENDANT CHARLES RYAN'S FIRST SET OF INTERROGATORIES** |

78204-0001/LEGAL27877782.1

7. To the extent any Request or any portion thereof is not expressly admitted, it is denied.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Please identify any statements or admissions you intend to introduce or use at trial under Federal Rule of Evidence 801(d)(2), by any ADC employee or former employee, including the name of the person who made the statement, the date/time of the statement, and all persons present when the statement was made.

**RESPONSE TO INTERROGATORY NO. 1:** Wells objects to this interrogatory to the extent that it seeks discovery regarding anyone other than Plaintiff Wells. Wells objects to this interrogatory as overbroad and unduly burdensome. Wells objects to this interrogatory as prematurely seeking information while discovery and investigation are ongoing. Wells also asserts the Right to Supplement Objection, Expert Opinion Objection, Absent Class Member Objection, and Privilege Log Objection.

Subject to and without waiving any objection, Wells will disclose depositions, trial testimony, statements, and interviews of any person, potential witness, or expert pursuant to the Court's scheduling orders and/or upon agreement by the parties relating to the disclosure of trial information.

**INTERROGATORY NO. 2:** Identify all impeachment evidence Plaintiffs and/or their attorneys possess, whether or not they intend to use it at trial, including the name, address, and a description of any and all testimony to be provided by impeachment witnesses at trial, and a list of all impeachment exhibits, including prior deposition transcripts of witnesses.

**RESPONSE TO INTERROGATORY NO. 2:** Wells objects to this interrogatory to the extent that it seeks discovery regarding anyone other than Plaintiff Wells. Wells objects to this interrogatory as overbroad and unduly burdensome. Wells objects to this interrogatory as prematurely seeking information while discovery and investigation are