1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                        Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>                                        Defendants. | NO. 2:12-cv-00601-DJH<br><br>**[Proposed] ORDER** |

The Court, having reviewed Defendants' Motion to Strike Plaintiffs' Deposition Designations, Plaintiffs' Response and Defendants' Reply, and for good cause shown,

**IT IS ORDERED** granting Defendants' Motion to Strike Plaintiffs' Deposition Designations (Doc. ___) and striking Plaintiffs' deposition designations of the following available non-party witnesses:

 1)   Terry Allred
 2)   Kathy Campbell
 3)   Tracy Crews
 4)   Carlos Weekly
 5)   Karen Chu


| | | |
|---|---|---|
| 1 | 6) | Greg Fizer |
| 2 | 7) | Bryan Hanstad |
| 3 | 8) | Vanessa Headstream |
| 4 | 9) | Jeffrey Sharp |
| 5 | 10) | Mark Haldane |
| 6 | 11) | Julie Carter |
| 7 | 12) | Juliet Respicio-Moriarty |
| 8 | 13) | David Robertson |
| 9 | 14) | Jenny Mielke-Fontaine |
| 10 | 15) | Helena Valenzuela |
| 11 | 16) | John Mitchell |
| 12 | 17) | Christy Somner |
| 13 | 18) | Mark Jansen |
| 14 | 19) | Marlena Bedoya |
| 15 | 20) | Martin Winland |
| 16 | 21) | Lawrence Mendel. |