# EXHIBIT A

He was ultimately seen by a dentist for a pain evaluation over two months after his initial HNR.[15]

- **Redacted** submitted an HNR in June 2013 stating that a tooth with a cavity was very sensitive to hot and cold and was assigned to the routine care list. [ADC421378]  She was not seen until more than three months later.[16]  [ADC421373]

- **Redacted** submitted an HNR in July 2013 stating that he had been waiting almost a year to get two fillings and that it was hard to eat and drink. [ADC421435]  He was informed that "he was on the list."  His tooth was filled more than seven weeks later at a routine care appointment.  [ADC421429]  In December, he put in an HNR saying he had a hole in his tooth.  Despite two interim HNRs that he was in pain and having difficulty eating, Mr. **Redacted** was not seen until almost three months later at a routine care appointment.[17]  [ADC421428]

- **Redacted** reported that he needed a tooth pulled and was in "lots of pain."  [ADC421554]  He was informed that he was "added to the dental list." [*Id.*]  Over a month later, he submitted an HNR describing pain in a cracked tooth as "unbearable."  [ADC421553]  He was seen two days later for this tooth, but the chart suggests that the original issue was with a different tooth that was not, and still has not been, addressed.

- **Redacted** reported in May 2013 that he needed dentures since he "ha[d] no teeth on top" and "4 on the bottom" and was informed that he needed an exam first and was "on the list."  [ADC421583]  He was examined more than a month later at his intake exam.[18]  [ADC42157-8]  A dentist would have realized that a patient with an edentulous maxilla and four mandibular teeth will have difficulty eating and should be "fast-tracked" for treatment.  Unfortunately, a dental assistant, not a dentist, triaged the patient.

- **Redacted** reported in June 2013 that he had a tooth that was chipped and needed a filling.  The cleaning was done six weeks later, and he filed another HNR indicating that his chipped tooth was sensitive to hot and cold, but was placed on the routine care list.  [ADC421393]  The tooth was filled almost two months later. [ADC421390]

---

[15] Although his HNRs mentioned problems chewing, Mr. **Redacted** was not assigned to urgent care or asked if he wanted a soft diet.  The notes on the second HNR indicate that he was seen by nursing, but there is no note in the dental chart, and no medical notes were produced.

[16] Ms. **Redacted** also suffered an 8 day delay waiting for treatment following a ***correctly*** triaged urgent care HNR explaining that her gums were bleeding and very painful.

[17] Following this filling appointment, Mr. **Redacted** submitted an HNR stating that "the fill was not in … it hurts & bleeds real bad. It hurts so bad I don't sleep or drink."  [ADC421430] He was not seen for six days.  [ADC421428-30]

[18] Mr. **Redacted**'s intake exam was not done within 30 days of intake.  Mr. **Redacted**'s Panorex radiograph was taken on April 2, 2013, but the intake exam was not performed until June 12, 2013.  [ADC421578]