UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DJH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EXPEDITED MOTION TO CORRECT THE RECORD OF PLAINTIFFS' NOTICE OF FILING REDACTED EXPERT REPORTS PURSUANT TO COURT ORDER (DOC. 1087)** |

Having received and considered Plaintiffs' Expedited Motion to Correct the Record of Plaintiffs' Notice of Filing Redacted Expert Reports Pursuant to Court Order (Doc. 1087) (Doc. ___), and good cause appearing,

**IT IS HEREBY ORDERED** directing the Clerk to replace page 8 of Exhibit 13 to Doc. 1104 with the properly redacted page 8 attached as Exhibit A to Plaintiffs' Expedited Motion to Correct the Record of Plaintiffs' Notice of Filing Redacted Expert Reports Pursuant to Court Order (Doc. 1087) (Doc. ___).

78204-0001/LEGAL123520501.1