Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
         jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
         avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | No. CV 12-00601-PHX-DJH  **DECLARATION OF CAROLINE N. MITCHELL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE** |

78204-0001/LEGAL123521145.1

1  I, Caroline Mitchell, declare as follows:

2  1. I am an attorney at Jones Day and counsel for the class of prisoner plaintiffs
3  in this matter. I make this declaration in support of Plaintiff's Opposition to Defendants'
4  Motions in Limine. I have personal knowledge of the matters set forth below and am
5  competent to testify to them if called upon to do so.

6  2. Attached as Exhibit 1 is a true and correct copy of the Individual Named
7  Plaintiffs' Initial Disclosure Statement, dated June 29, 2012. This document was
8  produced during the course of litigation in this matter and is maintained by Jones Day in
9  its files in the normal course of business.

10  3. Attached as Exhibit 2 is a true and correct copy of the Individual Named
11  Plaintiffs' Second Supplemental Disclosure Statement, dated September 6, 2013. This
12  document was produced during the course of litigation in this matter and is maintained by
13  Jones Day in its files in the normal course of business.

14  4. Attached as Exhibit 3 is a true and correct copy of the Individual Named
15  Plaintiffs' draft pre-trial witness list, exchanged with Defendants on September 9, 2014 at
16  12:09 a.m. This document was producing during the course of litigation in this matter and
17  is maintained by Jones Day in its files in the normal course of business.

18  5. Attached as Exhibit 4 is a true and correct copy of a letter dated July 15,
19  2013 sent to defense counsel regarding Craig Haney's Rule 26 inspection of the Florence,
20  Eyman, and Perryville prisons. This document was produced during the course of
21  litigation in this matter and is maintained by Jones Day in its files in the normal course of
22  business.

23  6. Attached as Exhibit 5 is a true and correct copy of a letter dated July 16,
24  2013 sent to defense counsel regarding Eldon Vail's Rule 26 inspection of the Florence,
25  Eyman, and Perryville prisons. This document was produced during the course of
26  litigation in this matter and is maintained by Jones Day in its files in the normal course of
27  business.

28

78204-0001/LEGAL123521145.1

7. Attached as Exhibit 6 is a true and correct copy of excerpts of the deposition of Daniel L. Conn, dated May 20, 2013. This document is maintained by Jones Day in the normal course of business.

8. Attached as Exhibit 7 is a true and correct copy of excerpts of the deposition of Neil A. Fisher, M.D., dated October 8, 2013. This document is maintained by Jones Day in the normal course of business.

9. Attached as Exhibit 8 is a true and correct copy of excerpts of the deposition of Karen D. Mullenix, dated May 21, 2013. This document is maintained by Jones Day in the normal course of business.

10. Attached as Exhibit 9 is a true and correct copy of excerpts of the deposition of Arthur Gross, dated September 9, 2013. This document is maintained by Jones Day in the normal course of business.

11. Attached as Exhibit 10 is a true and correct copy of excerpts of the deposition of Nicole Taylor, dated September 5, 2013. This document is maintained by Jones Day in the normal course of business.

12. Attached as Exhibit 11 is a true and correct copy of Defendant Charles Ryan's Request for Production of Documents to Plaintiff Maryanne Chisholm, dated July 30, 2012. This document is maintained by Jones Day in the normal course of business.

13. Attached as Exhibit 12 is a true and correct copy of excerpts of Defendants' exhibit list, produced to Plaintiffs on September 12, 2014. This document is maintained by Jones Day in the normal course of business.

14. Plaintiffs' experts have toured ADC prison facilities during the course of discovery. Defendants' counsel has required that Plaintiffs' experts be accompanied by Defendants' counsel and/or other representatives of Defendants at all times while touring the prisons.

Executed this 17th day of September, 2014 in San Francisco, California.

                     <u>*s/ Caroline N. Mitchell*</u>
                     Caroline N. Mitchell

**ADDITIONAL COUNSEL:**

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
Dara Levinson (Cal. 274923)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
        aamiri@jonesday.com
        daralevinson@jonesday.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
        agerlicher@perkinscoie.com
        keidenbach@perkinscoie.com
        jhgray@perkinscoie.com
        mdumee@perkinscoie.com
        jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
        jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:      dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com
            wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:      dfathi@npp-aclu.org
            afettig@npp-aclu.org
            aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:      jlwilkes@jonesday.com
            tfreeman@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | Kamilla Mamedova (N.Y. 4661104)* |
| | Jennifer K. Messina (N.Y. 4912440)* |
| 2 | **JONES DAY** |
| | 222 East 41 Street |
| 3 | New York, New York 10017 |
| | Telephone:  (212) 326-3498 |
| 4 | Email:    kmamedova@jonesday.com |
| | jkmessina@jonesday.com |
| 5 | |
| | *Admitted *pro hac vice* |
| 6 | |
| | Kevin Brantley (Cal. 251886)* |
| 7 | **JONES DAY** |
| | 3161 Michelson Drive, Suite 800 |
| 8 | Irvine, California 92612 |
| | Telephone:  (949) 851-3939 |
| 9 | Email:    kcbrantley@jonesday.com |
| 10 | *Admitted *pro hac vice* |
| 11 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 15 | Sarah Kader (Bar No. 027147) |
| | Asim Varma (Bar No. 027927) |
| 16 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 17 | 5025 East Washington Street, Suite 202 |
| | Phoenix, Arizona 85034 |
| 18 | Telephone:  (602) 274-6287 |
| | Email:    skader@azdisabilitylaw.org |
| 19 | avarma@azdisabilitylaw.org |
| 20 | J.J. Rico (Bar No. 021292) |
| | Jessica Jansepar Ross (Bar No. 030553) |
| 21 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 22 | 100 N. Stone Avenue, Suite 305 |
| | Tucson, Arizona 85701 |
| 23 | Telephone:  (520) 327-9547 |
| | Email:    jrico@azdisabilitylaw.org |
| 24 | jross@azdisabilitylaw.org |
| 25 | *Attorneys for Arizona Center for Disability Law* |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ D. Freouf