UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-NVW (MEA)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL EXHIBITS 1, 2, 3, 4, 5 AND 12 TO THE DECLARATION OF CAROLINE N. MITCHELL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE** |

The Court having reviewed Plaintiffs' Motion to Seal Exhibits 1, 2, 3, 4, 5, and 12 to the Declaration of Caroline N. Mitchell (Doc. __ ), and good cause appearing,

IT IS ORDERED that Plaintiffs' Motion to Seal is granted.

IT IS FURTHER ORDERED that the Clerk's Office file Exhibits 1, 2, 3, 4, 5 and 12 to the Declaration of Caroline N. Mitchell (Doc. __) under seal.

78204-0001/LEGAL123521231.1