# EXHIBIT C

| **February 26, 2014 Order on Defendants' Proposed Rule 26(a)(2)(C) Experts [Doc. 815]** | | |
|---|---|---|
| **Expert** | **Limitations per Wake's Order based on 11th Disclosure (Dec. 18, 2013)** | **Defendants' 22nd Disclosure (Sept. 10, 2014)** |
| Charles Ryan | • May testify consistent with deposition<br>• May offer opinions explored in deposition<br>• Expert opinions in excess of deposition testimony excluded<br>• No expert testimony regarding future, unspecified events | **Did not delete any proposed testimony** |
| Carson McWilliams | • May testify consistent with deposition<br>• May offer opinions explored in deposition<br>• Expert opinions in excess of deposition testimony excluded<br>• May not offer rebuttal expert testimony<br>• No expert testimony regarding future, unspecified events | **Did not delete any proposed testimony**<br><br>Added proposed testimony regarding security equipment changes, cutting windows in doors in housing used for prisoners with mental health issues, facilitating groups, and classifying prisoners |
| Richard Rowe | • May testify consistent with deposition<br>• May offer opinions explored in deposition<br>• Expert opinions in excess of deposition testimony excluded<br>• Prohibited from testifying about his review of Named Plaintiffs' medical records<br>• May not offer rebuttal expert testimony<br>• No expert testimony regarding future, unspecified events | **Did not delete any proposed testimony** |

- 2 -

| **February 26, 2014 Order on Defendants' Proposed Rule 26(a)(2)(C) Experts [Doc. 815]** | | |
|---|---|---|
| **Expert** | **Limitations per Wake's Order based on 11th Disclosure (Dec. 18, 2013)** | **Defendants' 22nd Disclosure (Sept. 10, 2014)** |
| David Robertson | • May testify consistent with deposition<br>• May offer opinions explored in deposition<br>• Expert opinions in excess of deposition testimony excluded<br>• Prohibited from testifying about his own treatment of Named Plaintiffs or other inmates<br>• Prohibited from testifying about his review of Named Plaintiffs' medical records<br>• May not offer rebuttal expert testimony<br>• No expert testimony regarding future, unspecified events | **Did not delete any proposed testimony**<br><br>Added proposed testimony regarding his treatment of Named Plaintiff Shawn Jensen from October 2009 through August 2010, including detailed specifics about his care and the provision of medications and catheters<br><br>Added proposed testimony that he will opine about the cause of the injury to Mr. Jensen and about the timeliness and adequacy of Mr. Jensen's treatment |
| Nicole Taylor | • May testify consistent with deposition<br>• May offer opinions explored in deposition<br>• Expert opinions in excess of deposition testimony excluded<br>• Prohibited from testifying about her review of Named Plaintiffs' medical records<br>• May not offer rebuttal expert testimony<br>• No expert testimony regarding future, unspecified events | **Did not delete any proposed testimony**<br><br>Added proposed testimony regarding creating and developing mental health programs in the maximum custody areas and reviewing charts and MGAR findings<br><br>Added proposed testimony regarding her treatment of former Named Plaintiff Dustin Brislan, Named Plaintiff Jackie Thomas (detailed specifics about his care), and Named Plaintiff Robert Gamez (detailed specifics about his care)<br><br>Added proposed testimony regarding review of the medical records of Named Plaintiff Christina Verduzco and Named Plaintiff Joshua Polson |

- 3 -

| **February 26, 2014 Order on Defendants' Proposed Rule 26(a)(2)(C) Experts [Doc. 815]** | | |
|---|---|---|
| **Expert** | **Limitations per Wake's Order based on 11th Disclosure (Dec. 18, 2013)** | **Defendants' 22nd Disclosure (Sept. 10, 2014)** |
| Winfred Williams | • May testify consistent with deposition<br>• May offer opinions explored in deposition<br>• Expert opinions in excess of deposition testimony excluded<br>• Prohibited from testifying about his review of Named Plaintiffs' medical records<br>• May not offer rebuttal expert testimony<br>• No expert testimony regarding future, unspecified events | **Did not delete any proposed testimony**<br><br>Added proposed testimony that he will opine regarding the medical care provided to all Named Plaintiffs based on his review of their medical records<br><br>Added proposed testimony about opining on the adequacy of staffing and monitoring by ADC |
| Brian Hanstad | • Prohibited from testifying about his own treatment of Named Plaintiffs or other inmates<br>• Prohibited from testifying about his review of Named Plaintiffs' medical records<br>• May testify consistent with facts and opinions included in Rule 26(a)(2)(C) disclosure<br>• No expert testimony regarding future, unspecified events | **Did not delete any proposed testimony**<br><br>Added proposed testimony regarding his treatment of Named Plaintiff Maryanne Chisholm (detailed specifics about her care) and Named Plaintiff Charlotte Wells (detailed specifics about her care) |
| William Smallwood | • May not offer rebuttal expert testimony<br>• May testify consistent with facts and opinions included in Rule 26(a)(2)(C) disclosure and consistent with his deposition testimony<br>• No expert testimony regarding future, unspecified events | **Did not delete any proposed testimony** |

- 4 -

| February 26, 2014 Order on Defendants' Proposed Rule 26(a)(2)(C) Experts [Doc. 815] |||
|---|---|---|
| **Expert** | **Limitations per Wake's Order based on 11th Disclosure (Dec. 18, 2013)** | **Defendants' 22nd Disclosure (Sept. 10, 2014)** |
| Thomas Buenker | • Prohibited from testifying about his review of Named Plaintiffs' medical records<br>• Proposed expert testimony excluded<br>• No expert testimony regarding future, unspecified events | **Did not delete any proposed testimony**<br><br>Added proposed testimony regarding his review and knowledge of prisoner records, reports, and data and about quality assurance reviews and activities, contract compliance and monitoring, training and review of psychiatric staff, and statistical data regarding provision of mental health care and psychotropic medications |
| Angelo Daniels | • Proposed expert testimony excluded<br>• No expert testimony regarding future, unspecified events | **Did not delete any proposed testimony** |
| Mark Fleming | • Proposed expert testimony excluded<br>• No expert testimony regarding future, unspecified events | **Did not delete any proposed testimony**<br><br>Added proposed testimony regarding his review and knowledge of prisoner records, reports, and data and about quality assurance reviews and activities, contract compliance and monitoring, training and review of mental health staff, and statistical data relating to provision of mental health care to ADC prisoners<br><br>Added proposed testimony that he will opine regarding the mental health care provided to all Named Plaintiffs based on his review of their medical records |

- 4 -

- 5 -

| February 26, 2014 Order on Defendants' Proposed Rule 26(a)(2)(C) Experts [Doc. 815] | | |
|---|---|---|
| **Expert** | **Limitations per Wake's Order based on 11th Disclosure (Dec. 18, 2013)** | **Defendants' 22nd Disclosure (Sept. 10, 2014)** |
| Laura Donnelly | • Proposed expert testimony excluded<br>• No expert testimony regarding future, unspecified events | **Did not delete any proposed testimony** |
| Ernest Trujillo | • Proposed expert testimony excluded<br>• No expert testimony regarding future, unspecified events | **Did not delete any proposed testimony** |
| Michael Dolny | • Proposed testimony excluded<br>• No expert testimony regarding future, unspecified events | **Did not delete proposed testimony** |

78204-0001/LEGAL123540139.1