# Index of Exhibits to the Declaration of Daniel C. Barr

Exhibit 1:   Second Supplemental Report of Robert L. Cohen, M.D., dated September 8, 2014

Exhibit 2:   ADC027854-69; ADC027941-43; AGA_Review_00094913-16 **[FILED UNDER SEAL]**

Exhibit 3:   Excerpts of the deposition of Neil A. Fisher, M.D., dated October 8, 2013

Exhibit 4:   Excerpts of the deposition of Arthur Gross, dated September 9, 2013

Exhibit 5:   September 17, 2014 email from Dan Struck to Caroline Mitchell and Kirstin Eidenbach

Exhibit 6:   Second Supplemental Report of Todd Randall Wilcox, M.D., dated September 8, 2014

Exhibit 7:   Second Supplemental Report of Jay D. Shulman, DMD, MA, MSPH, dated August 29, 2014

Exhibit 8:   Excerpts of the deposition of William Smallwood, D.D.S., dated April 7, 2014

Exhibit 9:   Third Supplemental Expert Report of Pablo Stewart, M.D., dated August 29, 2014

Exhibit 10:  Excerpts of the deposition of Mark T. Haldane, JD, dated September 19, 2013