1  Daniel Pochoda (Bar No. 021979)
   James Duff Lyall (Bar No. 330045)*
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone:  (602) 650-1854
4  Email: dpochoda@acluaz.org
           jlyall@acluaz.org
5  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
7  *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
8  *others similarly situated*

   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
9
   Sarah Kader (Bar No. 027147)
10 Asim Varma (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone:  (602) 274-6287
   Email: skader@azdisabilitylaw.org
13         avarma@azdisabilitylaw.org

14 *Attorneys for Plaintiff Arizona Center for Disability Law*
   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
15

16                          UNITED STATES DISTRICT COURT

17                                DISTRICT OF ARIZONA

| | |
|---|---|
| 18  Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DJH<br><br>**MOTION TO SEAL EXHIBIT 2 TO THE DECLARATION OF DANIEL C. BARR IN SUPPORT OF PLAINTIFFS' TRIAL BRIEF** |

78204-0001/LEGAL123548087.1

**Motion and Memorandum**

Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the Clerk to file under seal Exhibit 2 to the Declaration of Daniel C. Barr in Support of Plaintiffs' Trial Brief. Plaintiffs move to seal portions of their filing that include information that Defendants contend is confidential pursuant to the Protective Order. This Court previously has sealed similar information.

A complete copy of Exhibit 2 has been lodged herewith.

Dated: September 19, 2014

**PERKINS COIE LLP**

By: s/ Daniel C. Barr
Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         keidenbach@perkinscoie.com
         jhgray@perkinscoie.com
         mdumee@perkinscoie.com
         jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  dpochoda@acluaz.org
         jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

78204-0001/LEGAL123548087.1

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org
          aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
Dara Levinson (Cal. 274923)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          aamiri@jonesday.com
          daralevinson@jonesday.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | John Laurens Wilkes (Tex. 24053548)* |
| 2 | Taylor Freeman (Tex. 24083025)* |
|   | **JONES DAY** |
|   | 717 Texas Street |
| 3 | Houston, Texas 77002 |
|   | Telephone: (832) 239-3939 |
| 4 | Email:   jlwilkes@jonesday.com |
|   |              tfreeman@jonesday.com |
| 5 | |
|   | *Admitted *pro hac vice* |
| 6 | |
|   | Kamilla Mamedova (N.Y. 4661104)* |
| 7 | Jennifer K. Messina (N.Y. 4912440)* |
|   | **JONES DAY** |
| 8 | 222 East 41 Street |
|   | New York, New York 10017 |
| 9 | Telephone: (212) 326-3498 |
|   | Email:   kmamedova@jonesday.com |
| 10 |             jkmessina@jonesday.com |

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email:   kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

78204-0001/LEGAL123548087.1                    -3-

| | |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 | |
| 3 | By: s/ Sarah Kader |
| 4 | Sarah Kader (Bar No. 027147)<br>Asim Varma (Bar No. 027927) |
| 5 | 5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034 |
| 6 | Telephone: (602) 274-6287<br>Email:  skader@azdisabilitylaw.org |
| 7 | avarma@azdisabilitylaw.org |
| 8 | J.J. Rico (Bar No. 021292)<br>Jessica Jansepar Ross (Bar No. 030553) |
| 9 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 10 | 100 N. Stone Avenue, Suite 305<br>Tucson, Arizona 85701 |
| 11 | Telephone: (520) 327-9547<br>Email:  jrico@azdisabilitylaw.org |
| 12 | jross@azdisabilitylaw.org |
| 13 | *Attorneys for Arizona Center for Disability Law* |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

                                  s/ D. Freouf

78204-0001/LEGAL123548087.1            -5-