# APPENDIX 6-A

# FILED UNDER SEAL

# APPENDIX 6-B

# FILED UNDER SEAL

# APPENDIX 6-C

# FILED UNDER SEAL

# APPENDIX 6-D

# FILED UNDER SEAL

# APPENDIX 6-E

# FILED UNDER SEAL

# APPENDIX 6-F

# FILED UNDER SEAL