Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
ARIZONA CENTER FOR DISABILITY LAW
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
(602) 274-6287
skader@azdisabilitylaw.org
avarma@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
ARIZONA CENTER FOR DISABILITY LAW
100 N. Stone Avenue, Suite 305
Tucson, AZ 85701
(520) 327-9547
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
Attorneys *for Plaintiff*
*Arizona Center for Disability Law*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and the Arizona Center for Disability Law,<br><br>    Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>    Defendants. | No. 2:12-CV-00601-NVW<br><br>**NOTICE OF APPEARANCE**<br><br><br>Honorable Diane J. Humetewa |

Brenna Durkin of the Arizona Center for Disability Law hereby enters her appearance as co-counsel of record on behalf of Plaintiff Arizona Center for Disability Law. Ms. Durkin's contact information is as follows:

Brenna Durkin
Arizona Center for Disability Law
5025 E. Washington Street, Suite 202
Phoenix, AZ 85034
Telephone: 602-274-6287
Email: bdurkin@azdisabilitylaw.org

Please add Ms. Durkin to the Court's ECF notice service list.

Respectfully submitted this 25th day of September, 2014.

ARIZONA CENTER FOR DISABILITY LAW

_____
Brenna Durkin
Sarah Kader
Asim Varma
ARIZONA CENTER FOR DISABILITY LAW
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034

J.J. Rico
Jessica Jansepar Ross
ARIZONA CENTER FOR DISABILITY LAW
100 N. Stone Avenue, Suite 305
Tucson, AZ 85701

*Attorneys for Plaintiff*

# CERTIFICATE OF FILING AND SERVICE

I certify that on this 25th day of September, 2014, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants in this action:

Michael Gottfried:  Michael.Gottfried@azag.gov
Lucy M. Rand:  lucy.rand@azag.gov
Katherine Emiko Watanabe:  Katherine.Watanabe@azag.gov
ARIZONA ATTORNEY GENERAL THOMAS HORNE
OFFICE OF THE ATTORNEY GENERAL

Timothy J. Bojanowski :  TBojanowski@swlfirm.com
Daniel P. Struck:  DStruck@swlfirm.com
Kathleen L. Wieneke:  KWieneke@swlfirm.com
Nicholas Daniel Acedo:  NAcedo@swlfirm.com
Ashlee B. Fletcher:  afletcher@swlfirm.com
Anne Marie Orcutt:  aorcutt@swlfirm.com
Rachel Love:  rlove@swlfirm.com
Jacob B. Lee:  jlee@swlfirm.com
STRUCK WEINEKE & LOVE, P.L.C.
*Attorneys for Defendants*

Caroline N. Mitchell:  cnmitchell@jonesday.com
Dara Levinson  daralevinson@jonesday.com
John Laurens Wilkes:  jlwilkes@jonesday.com
Kamilla Mamedova:  kmamedova@jonesday.com
Jennifer K. Messina:  jkmessina@jonesday.com
Kevin Brantley:  kcbrantley@jonesday.com
Taylor Freeman:  tfreeman@jonesday.com
Amir Q. Amiri:  aamiri@jonesday.com
JONES DAY

James Duff Lyall:  jlyall@acluaz.org
Daniel Joseph Pochoda:  dpochoda@acluaz.org
ACLU FOUNDATION OF ARIZONA

Corene T. Kendrick:  ckendrick@prisonlaw.com
Donald Specter:  dspecter@prisonlaw.com
Sara Norman:  snorman@prisonlaw.com
Alison Hardy:  ahardy@prisonlaw.com
Warren E. George:  wgeorge@prisonlaw.com
PRISON LAW OFFICE

Amy Fettig:  afettig@npp-aclu.org
David Cyrus Fathi:  dfathi@npp-aclu.org
Ajmel A Quereshi:  aquereshi@npp-aclu.org
ACLU NATIONAL PRISON PROJECT

Daniel Clayton Barr:         DBarr@perkinscoie.com
John Howard Gray:            jhgray@perkinscoie.com
Kirstin T. Eidenbach:        keidenbach@perkinscoie.com
Matthew Benjamin duMee:      mdumee@perkinscoie.com
Amelia Morrow Gerlicher:     agerlicher@perkinscoie.com
Jerica L. Peters:            jpeters@perkinscoie.com
PERKINS COIE LLP

Christian Watson Hancock     chancock@babc.com, mpalmer@babc.com

*[signature]*