Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
         jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
Brenna Durkin (Bar No. 027973)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
         avarma@azdisabilitylaw.org
         bdurkin@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DJH <br><br> **PARTIES' JOINT NOTICE OF INTENT TO FILE CORRECTED PROPOSED FINAL PRETRIAL ORDER** |

78204-0001/LEGAL123592879.1

1  The parties continue to work together to prepare, exchange, and file an accurate joint pretrial order pursuant to the Court's order.  Despite the parties' best efforts last week, both parties agree that there are material errors in the large, multi-part filing that require correction to accurately present the parties' positions to the Court.  So that the Court can have a full and complete copy of the proposed joint pretrial order, and to facilitate trial on the merits, the parties intend to file a corrected proposed joint pretrial order next week.

Dated this 25th day of September, 2014.

| PERKINS COIE LLP | STRUCK, WIENEKE, & LOVE, P.L.C. |
|---|---|
| By: s/ Daniel C. Barr<br>    Daniel C. Barr (Bar No. 010149)<br>    Amelia M. Gerlicher (Bar No. 023966)<br>    Kirstin T. Eidenbach (Bar No. 027341)<br>    John H. Gray (Bar No. 028107)<br>    Matthew B. du Mée (Bar No. 028468)<br>    Jerica L. Peters (Bar No. 027356)<br>**PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>Telephone:  (602) 351-8000<br>Email:   dbarr@perkinscoie.com<br>         agerlicher@perkinscoie.com<br>         keidenbach@perkinscoie.com<br>         jhgray@perkinscoie.com<br>         mdumee@perkinscoie.com<br>         jpeters@perkinscoie.com | By: s/ Kathleen L. Wieneke<br>    Daniel P. Struck<br>    Kathleen L. Wieneke<br>    Rachel Love<br>    Timothy J. Bojanowski<br>    Nicholas D. Acedo<br>    Ashlee B. Fletcher<br>    Anne M. Orcutt<br>    Jacob B. Lee<br>    3100 West Ray Road, Suite 300<br>    Chandler, Arizona 85226<br><br>Arizona Attorney General<br>Thomas C. Horne<br>    Office of the Attorney General<br>    Michael E. Gottfried<br>    Lucy M. Rand<br>    Assistant Attorneys General<br>    1275 W. Washington Street<br>    Phoenix, Arizona 85007-2926<br><br>*Attorneys for Defendants* |

78204-0001/LEGAL123592879.1

1  Daniel Pochoda (Bar No. 021979)
   James Duff Lyall (Bar No. 330045)*
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: dpochoda@acluaz.org
              jlyall@acluaz.org
5
   *Admitted pursuant to Ariz. Sup. Ct.
6  R. 38(f)

7  Donald Specter (Cal. 83925)*
   Alison Hardy (Cal. 135966)*
8  Sara Norman (Cal. 189536)*
   Corene Kendrick (Cal. 226642)*
9  Warren E. George (Cal. 53588)*
   **PRISON LAW OFFICE**
10 1917 Fifth Street
   Berkeley, California 94710
11 Telephone: (510) 280-2621
   Email: dspecter@prisonlaw.com
12         ahardy@prisonlaw.com
           snorman@prisonlaw.com
13         ckendrick@prisonlaw.com
           wgeorge@prisonlaw.com
14
   *Admitted *pro hac vice*
15
   David C. Fathi (Wash. 24893)*
16 Amy Fettig (D.C. 484883)**
   Ajmel Quereshi (Md. 28882)**
17 **ACLU NATIONAL PRISON
   PROJECT**
18 915 15th Street N.W., 7th Floor
   Washington, D.C. 20005
19 Telephone: (202) 548-6603
   Email: dfathi@npp-aclu.org
20         afettig@npp-aclu.org
           aquereshi@npp-aclu.org
21
   *Admitted *pro hac vice*. Not admitted
22  in DC; practice limited to federal
    courts.
23 **Admitted *pro hac vice*

24

25

26

27

28

78204-0001/LEGAL123592879.1        -2-

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
| | Amir Q. Amiri (Cal. 271224)* |
| 2 | Dara Levinson (Cal. 274923)* |
| | **JONES DAY** |
| 3 | 555 California Street, 26th Floor |
| | San Francisco, California 94104 |
| 4 | Telephone: (415) 875-5712 |
| | Email:   cnmitchell@jonesday.com |
| 5 |           aamiri@jonesday.com |
| |           daralevinson@jonesday.com |
| 6 | |
| | *Admitted *pro hac vice* |
| 7 | |
| | John Laurens Wilkes (Tex. 24053548)* |
| 8 | Taylor Freeman (Tex. 24083025)* |
| | **JONES DAY** |
| 9 | 717 Texas Street |
| | Houston, Texas 77002 |
| 10 | Telephone: (832) 239-3939 |
| | Email:   jlwilkes@jonesday.com |
| 11 |           tfreeman@jonesday.com |
| 12 | *Admitted *pro hac vice* |
| 13 | Kamilla Mamedova (N.Y. 4661104)* |
| | Jennifer K. Messina (N.Y. 4912440)* |
| 14 | **JONES DAY** |
| | 222 East 41 Street |
| 15 | New York, New York 10017 |
| | Telephone: (212) 326-3498 |
| 16 | Email:   kmamedova@jonesday.com |
| |           jkmessina@jonesday.com |
| 17 | |
| | *Admitted *pro hac vice* |
| 18 | |
| | Kevin Brantley (Cal. 251886)* |
| 19 | **JONES DAY** |
| | 3161 Michelson Drive, Suite 800 |
| 20 | Irvine, California 92612 |
| | Telephone: (949) 851-3939 |
| 21 | Email:   kcbrantley@jonesday.com |
| 22 | *Admitted *pro hac vice* |
| 23 | *Attorneys for Plaintiffs Shawn Jensen;* |
| | *Stephen Swartz; Sonia Rodriguez; Christina* |
| 24 | *Verduzco; Jackie Thomas; Jeremy Smith;* |
| | *Robert Gamez; Maryanne Chisholm; Desiree* |
| 25 | *Licci; Joseph Hefner; Joshua Polson; and* |
| | *Charlotte Wells, on behalf of themselves and* |
| 26 | *all others similarly situated* |
| 27 | |
| 28 | |

78204-0001/LEGAL123592879.1                    -3-

1  **ARIZONA CENTER FOR DISABILITY LAW**
2
3  By:   s/ Sarah Kader
       Sarah Kader (Bar No. 027147)
4      Asim Varma (Bar No. 027927)
       Brenna Durkin (Bar No. 027973)
5      5025 East Washington Street, Suite 202
       Phoenix, Arizona 85034
6      Telephone:  (602) 274-6287
       Email:   skader@azdisabilitylaw.org
7               avarma@azdisabilitylaw.org
                bdurkin@azdisabilitylaw.org
8
       J.J. Rico (Bar No. 021292)
9      Jessica Jansepar Ross (Bar No. 030553)
       **ARIZONA CENTER FOR**
10     **DISABILITY LAW**
       100 N. Stone Avenue, Suite 305
11     Tucson, Arizona 85701
       Telephone:  (520) 327-9547
12     Email:   jrico@azdisabilitylaw.org
                jross@azdisabilitylaw.org
13
   *Attorneys for Arizona Center for Disability*
14 *Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

    s/ D. Freouf