IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV 12-0601-PHX-DJH |
| Plaintiffs, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Defendants. | |

This matter is before the Court on the Parties' Joint Notice of Intent to File Corrected Proposed Final Pretrial Order (Doc. 1149). Despite having notice of the deadline for submission of the proposed final pretrial order ("PFPTO") since July 3rd (doc. 995), the parties now, a week after filing their PFPTO, claim it contains "material errors . . . that require correction to accurately present the parties' positions to the Court." They then assert that they "intend to file a corrected [PFPTO] next week."

"[N]ext week," which likely means late next Friday or even Saturday, is not acceptable to the Court. The parties will, therefore, be directed to file the amended PFPTO no later than Tuesday, September 30, 2014. No further extensions will be

granted. If a complete and accurate PFPTO is not filed by Tuesday, the Court will exclude from trial evidence that has not properly been identified in PFPTO.

**IT IS THEREFORE ORDERED:**

That on or before **Tuesday, September 30, 2014**, the parties shall submit their amended proposed final pretrial order. **No further extensions will be permitted**.

**IT IS FURTHER ORDERED:**

That the parties shall deliver to chambers a complete hard copy of the amended proposed final pretrial order, along with a disk containing the complete document in electronic format (MS Word), **no later than 10:00 a.m. on Wednesday, October 1, 2014**. The hard copy must be double sided, three-hole punched, and contain clearly labeled tab dividers.

Dated this 26th day of September, 2014.

_____
Diane J. Humetewa
United States District Judge