1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                                 DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-DJH
     Dustin Brislan; Sonia Rodriguez; Christina
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph        **[PROPOSED] ORDER
10   Hefner; Joshua Polson; and Charlotte Wells, on         GRANTING PLAINTIFFS'
     behalf of themselves and all others similarly          EXPEDITED MOTION TO
11   situated; and Arizona Center for Disability Law,       CORRECT THE RECORD
                                                            OF EXHIBIT 1 TO THE
12                     Plaintiffs,                          DECLARATION OF
                                                            DANIEL C. BARR
13          v.                                              (DOC. 1138)**

14   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
15   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
16   capacities,

                       Defendants.

17

18          Having received and considered Plaintiffs' Expedited Motion to Correct the Record of

19   Exhibit 1 to the Declaration of Daniel C. Barr (Doc. 1138), and good cause appearing,

20          **IT IS HEREBY ORDERED** directing the Clerk to replace the entirety of Exhibit 1 of

21   Doc. 1138 with the properly redacted document attached as Exhibit A to Plaintiffs' Expedited

22   Motion to Correct the Record of Exhibit 1 to the Declaration of Daniel C. Barr (Doc. 1138).

23

24

25

26

27

28