Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DJH<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS** |

Pursuant to the Court's September 16, 2014 Order (Doc. 1126), Defendants submit their objections to Plaintiffs' trial exhibits. The parties have agreed to organize their exhibits into six groups. Plaintiffs' trial exhibit groups are:

      Group 1:  General

      Group 2:  Healthcare

      Group 3:  Medical Care

      Group 4:  Mental Health Care

      Group 5:  Dental Care

      Group 6:  Conditions of Confinement

Defendants' objections correspond to the Trial Exhibit List that Plaintiffs' counsel emailed Defendants on Friday, September 19, 2014, at 4:52 p.m., which is the last List received by Defendants before the 5:00 p.m. deadline (Doc. 1126). Defendants believe that Exhibit List is the same Exhibit List attached at Appendix 6-A of the Proposed Final Pretrial Order for Bench Trial (Doc. 1143-06).

Defendants' objections are included in the attached Appendix. Defendants' objections include: (1) "untimely served" exhibits; (2) "never disclosed" exhibits; (3) redaction objections (PHI: personal health information, Pers. Data: personal information, Security Sensitive); and (4) evidentiary objections. An "X" in the "untimely served" column indicates that the trial exhibit was not provided to Defendants by "5:00 p.m. on Friday, September 19, 2014" as directed by the Court, and therefore results in "automatic sanctions" and its "exclusion." (Doc. 1126 at 2:7-13.) An "X" in the "never disclosed" column indicates that the trial exhibit (approximately 964) was not noticed in any of Plaintiffs' Disclosure Statements as a document that Plaintiffs expected to or may offer at trial, as required under Fed.R.Civ.P. 26(a)(3)(A)(iii). This objection is explained in Defendants' Motion in Limine No. 1. (See Doc. 1100 at 2:3-4:19.) Objections to the public filing of unredacted exhibits are also noted. (See Doc. 1087 at 3.) These objections were done in the same way (and supported by the same legal arguments) as the redaction objections to Defendants' trial exhibits, and Defendants incorporate those arguments and

authorities here. (Doc. 1143 at 10:11-11:22 & Appendix 6-E.)

Finally, Defendants have noted their evidentiary objections in accordance with the Court's Proposed Final Pretrial Order for Bench Trial. In addition to those specific objections, Defendants object generally to (1) any exhibit that has been altered in anyway following their production, and (2) to the inclusion of a page or pages in a document that were not included with that document when produced (e.g., a document that was not produced with an inmate's medical file but has found its way lodged in an exhibit that is described as that inmate's medical file). Making these objections to individual exhibits would have required Defendants' counsel to comb through thousands of pages of exhibits and comparing each page to the page that was disclosed, an impossible task in the 10 days they had to review all of Plaintiffs' approximately 2,785 trial exhibits and lodge the aforementioned objections.

DATED this 29th day of September 2014.

STRUCK WIENEKE & LOVE, P.L.C.


By /s/ Daniel P. Struck
   Daniel P. Struck
   Kathleen L. Wieneke
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   Ashlee B. Fletcher
   Anne M. Orcutt
   Jacob B. Lee
   STRUCK WIENEKE & LOVE, P.L.C.
   3100 West Ray Road, Suite 300
   Chandler, Arizona  85226

   Arizona Attorney General Thomas C. Horne
   Office of the Attorney General
   Michael E. Gottfried
   Lucy M. Rand
   Assistant Attorneys General
   1275 W. Washington Street
   Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

2959581.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Ajmel Quereshi: | aquereshi@npp-aclu.org |
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amir Q. Amiri: | aamiri@jonesday.com; ttualaulelei@jonesday.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Brenna Durkin: | bdurkin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| Dara Levinson: | daralevinson@jonesday.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| James M. Jellison: | jim@jellisonlaw.com; cindy@schleierlaw.com; kasey@jellisonlaw.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Jerica Lynn Peters: | jpeters@perkinscoie.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |

| | | |
|---|---|---|
| 1 | Kamilla Mamedova: | kmamedova@jonesday.com |
| 2 | Kevin C. Brantley: | kbrantley@jonesday.com |
| 3 | Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| 4-5 | Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| | Sara Norman: | snorman@prisonlaw.com |
| 6-7 | Sarah Eve Kader: | skader@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| 8 | Taylor Freeman: | tfreeman@jonesday.com |
| 9 | Warren E. George, Jr.: | wgeorge@prisonlaw.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck

4