# EXHIBIT 1

# EXHIBIT 1

| | |
|---|---|
| **From:** | Gerlicher, Amelia Morrow (Perkins Coie) <AGerlicher@perkinscoie.com> |
| **Sent:** | Friday, September 19, 2014 4:52 PM |
| **To:** | Parsons Team |
| **Cc:** | parsonsdiscovery@prisonlaw.com |
| **Subject:** | Plaintiffs' Exhibit List |
| **Attachments:** | Trial Exhibit List - Sept 17-19 (submitted to defendants on 9_19).docx; Trial Exhibit List - Sept 17-19 (clean version of redline submitted to d....docx |

Counsel,

We believe that we have been in compliance with the court's order since we delivered two drives to you on Tuesday morning, one from National Prison Project in DC containing video files, and one from our office containing the remaining exhibits, corresponding to the numbered copy of the exhibit list delivered to you Monday afternoon. Nonetheless, this week we have undertaken to review the list, correct errors, combine documents consistent with past agreements, and rename the exhibit files in the court's format. A drive left our offices at approximately 4pm containing the renumbered exhibits. However, because of technical difficulties, we are not certain that all of Category 2 (which includes inmate medical records, and thus is very large) copied to the drive before it left our offices. We are currently re-copying all of Category 2 onto a separate drive, and will deliver that drive separately when it finishes copying in approximately two hours. In the interim, the attached clean and redline copies of the exhibit list contain both the earlier-assigned reference number and the court-formatted exhibit number, and thus you can identify all the Category 2 exhibits on the drives delivered Tuesday.

Amelia


**Amelia Morrow Gerlicher | Perkins Coie LLP**
2901 N. Central Avenue
Suite 2000
Phoenix, AZ 85012-2788
PHONE: 602.351.8308
FAX: 602.648.7156
agerlicher@perkinscoie.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

1