**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-DJH<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO ENFORCE COURT ORDER RE: PLAINTIFFS' TRIAL EXHIBITS** |

　　　　The Court, having reviewed Defendants' Motion to Enforce Court Order Re: Plaintiffs' Trial Exhibits, and good cause appearing,

　　　　IT IS ORDERED that Defendants' Motion to Enforce Court Order Re: Plaintiffs' Trial Exhibits is GRANTED.  Plaintiffs are precluded from introducing their untimely exchanged trial exhibits.

2960143.1