# APPENDIX 3

# FILED UNDER SEAL