# APPENDIX 6-A

CAUSE NO.  2:12-CV-00601-DJH

| Victor Antonio Parsons, et al, | § | IN THE UNITED STATES DISTRICT |
| --- | --- | --- |
|  | § | COURT, DISTRICT OF ARIZONA |
| Plaintiffs, | § |  |
|  | § |  |
| v. | § | Judge Code DJH |
|  | § |  |
| Charles Ryan, et al., | § |  |
|  | § |  |
| Defendants. | § | Non-Jury Trial |

PLAINTIFFS' TRIAL EXHIBIT LIST
(Stipulated Admissible)

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
| --- | --- | --- | --- |
| **1 - General** | | | |
| 1-0001 | | | Arizona- Cert and Licensing Monthly Update October 2013 [ADC203027] |
| 1-0025 | | | DO 606 - Internal Inspections Program [ADC012628-34] |
| 1-0026 | | | DO 701 - Inmate Accountability [ADC012644-56] |
| 1-0031 | | | DO 909 - Inmate Property [ADC013029-74] |
| 1-0032 | | | DO 910 - Inmate Education and Resource Center Services [ADC013075-98] |
| 1-0033 | | | DO 911 - Inmate Visitation [ADC013099-136] |
| 1-0034 | | | DO 912 - Food Service [ADC013137-41 Fizer Depo Ex. 86] |
| 1-0036 | | | DO 915 - Inmate Phone Calls [ADC013166-79] |
| 1-0037 | | | DO 916 - Staff-Inmate Communications [ADC013180-82] |
| 1-0041 | | | DO 803 - Inmate Disciplinary Procedure [ADC013875-910 Fizer Depo Ex. 75] |
| 1-0043 | | | ADC Department Order Manual Chapter 800 Inmate Management, Department Order 804 Inmate Behavior Control [ADC013911; ADC107479 - 505 McWillimas Depo Ex. 424] |
| 1-0047 | | | Department Order Manual, Chapter: 800 Inmate Management, Department Order: 809 Earned Incentive Program [ADC013994 - 4005 Fizer Depo Ex. 81] |
| 1-0049 | | | Department Order Manual Chapter 800 Inmate Management and Department 802 Inmate Grievance Procedure 12/19/12 [ADC048527-37] |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| **1 - General** | | | |
| 1-0050 | | | DO 1101 - Inmate Access to Health Care [ADC048543-73] |
| 1-0052 | | | DO 1104 - Inmate Medical Records [ADC048598-607] |
| 1-0053 | | | DO 1105 - Inmate Mortality Review [ADC048608 - 612 Haack Depo Ex. 587] |
| 1-0056 | | | DO 703 - Security/Facility Inspections [ADC082175-81] |
| 1-0058 | | | DO 811 - Individual Inmate Assessments and Reviews [ADC082228-36] |
| 1-0063 | | | DI 301 Modification of DO 912, Food Service [ADC079035] |
| 1-0382 | | | ASPC-E Browning WIPP Payroll [ADC231957-231958] |
| 1-0464 | | | Tucson HU-7 WIPP Time sheets [ADC_P000859-65] |
| 1-0469 | | | Restrictive Status Housing Program [ADC363780-363788] |
| 1-0470 | | | RSHP Impact Model [ADC363789] |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| **4- Mental Health** | | | |
| 4-0001 | | | Phoenix-Baker- Introduction to Baker MH Program [ADC_P000883-86] |
| 4-0010 | | | Mental health programming schedule, July and August 2013 [ADC139525-28] |
| 4-0011 | | | ADC Mentally Ill Offenders Presentation to ASCA 20140613 [ADC363856-363882] |
| 4-0061 | | | Central Unit Mental Health Programs & Schedule [ADC_S000286-91] |
| 4-0097 | | | Florence Mental and Behavioral Health Presentation Photographs of recreation enclosures for mental health units (ADC027733) Eyman-SMU 1diagram showing location of mental health recreation enclosures (ADC027751) [ADC027724-58] |
| 4-0098 | | | Eyman Mental Health Program Schedule [ADC_P000867] |
| 4-0123 | | | Governor's Briefing on ADC Mental Health Initiatives and Suicide Prevention Strategies, dated 5/22/13 [ADC140132-48] |
| 4-0133 | | | Eyman-Browning - Rover Rosters [ADC281740-281798] |
| 4-0134 | | | Florence Central - Rover Rosters [ADC281799-282431] |
| 4-0137 | | | Kasson Mental Health Program [ADC139519-20] |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| **6 – Max Custody** | | | |
| 6-0001 | | | 9/6/13 memorandum from McWilliams to Ryan re: Position Paper - Maximum Custody Population Management |
| 6-0002 | | | Eyman Weekend Recreation Schedule [ADC_P000882] |
| 6-0004 | | | 4/30/12 memo from Richard Patton to Charles Ryan regarding Increase of Mental Health for Max Custody [ADC050861 - 867 McWilliams Depo Ex. 419] |
| 6-0007 | | | Diagram of ASPC-Eyman-Browning Unit Typical Wing Layout [ADC094573] |
| 6-0011 | | | 7/18/ 13 Inmate Outcount, Perryville SMA [ADC139481] |
| 6-0012 | | | 7/1/13 Weekly Programming for WTU [ADC139482-83] |
| 6-0013 | | | 8/1/13 ASPC - Eyman/Browning Unit Activity Schedule [ADC139516 - 518 McWilliams Depo Ex. 420] |
| 6-0014 | | | Memo of Expectations [ADC139521-139523 McWilliams Depo Ex. 425] |
| 6-0052 | | | Pre-GED Course Memo 20100107 - Timesheets [ADC280077] |
| 6-0054 | | | Current Training Schedule [ADC280106 McWilliams Depo Ex. 564] |
| 6-0055 | | | 2014-04-30 as of - Browning Unit PROPOSED Programs Schedule [ADC280107] |
| 6-0056 | | | ASPC-Eyman/Browning Unit, Activity Schedule, Updated 3/8/14 [ADC280108 - 110 McWilliams Depo Ex. 563] |
| 6-0057 | | | E-Browning Activity Schedule updated 8-21-13 [ADC280111-280113] |
| 6-0058 | | | Appointment Assignment Program Signatures - E-Browning [ADC280114-280121] |
| 6-0066 | | | Cert of Completion for Thinking for a Change 12/2/13 [ADC280418] |
| 6-0067 | | | Cert of Completion for Thinking for a Change class [ADC280419] |
| 6-0069 | | | Get Your GED or Mandatory Legacy flyer [ADC280440] |
| 6-0070 | | | Memo of Expectations [ADC280441] |
| 6-0071 | | | SMUI Unit Job Application [ADC280442] |
| 6-0072 | | | Thinking for a Change Class flyer [ADC280443] |
| 6-0074 | | | April 2014 MH Programming Classes [ADC280455] |
| 6-0076 | | | E-Z Cluster Outdoor Rec Schedules June-Dec 2012 [ADC280457-280464] |
| 6-0077 | | | Feb 2014 MH Programming Classes |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| | | | [ADC280465] |
| 6-0078 | | | SMU-1, Corizon Mental Health Group Calendar 2014 (ADC280466)<br>Jan 2014 MH Programming Classes<br>[ADC280466<br>McWilliams Depo Ex. 562] |
| 6-0079 | | | January/March 2014 MH Programming Classes<br>[ADC280467-8] |
| 6-0080 | | | Mental Health Program Schedule<br>[ADC280470] |
| 6-0082 | | | Weekend Rec Schedule<br>[ADC280472] |
| 6-0092 | | | PV Lumley Incentives for Special Mgmt Area & Max Custody<br>[ADC280780-280784] |
| 6-0093 | | | PV Lumley Loaned Appliances Status for SMA<br>[ADC280785] |
| 6-0118 | | | Inmate notification re: DI 326<br>[ADC261958] |
| 6-0119 | | | Memorandum to Distribution from Ryan re: Director's Instruction no. 326, Maximum Custody Population Management 3/27/14<br>[ADC261959 - 985<br>McWilliams Depo Ex. 553] |
| 6-0149 | | | Polson Individual Detention Records<br>[ADC136213-54] |
| 6-0150 | | | Rodriguez Individual Detention Records<br>[ADC136255-314] |
| 6-0151 | | | Swartz Individual Detention Records<br>[ADC136315-17] |
| 6-0152 | | | Thomas Individual Detention Records<br>[ADC139901-03] |
| 6-0153 | | | Brislan Individual Detention Records<br>[ADC139904-38] |
| 6-0154 | | | Gamez Individual Detention Records<br>[ADC139939-40027] |
| 6-0155 | | | Smith Individual Detention Records<br>[ADC140028-87] |
| 6-0159 | | | Swartz - Detention Logs - 7/1/11 to 8/28/11<br>[ADC262204-262215] |

**6 – Max Custody**