# APPENDIX 6-B

CAUSE NO.  2:12-CV-00601-DJH

| | | |
|---|---|---|
| Victor Antonio Parsons, et al, | § | IN THE UNITED STATES DISTRICT |
| | § | COURT, DISTRICT OF ARIZONA |
| Plaintiffs, | § | |
| | § | |
| v. | § | Judge Code DJH |
| | § | |
| Charles Ryan, et al., | § | |
| | § | |
| Defendants. | § | Non-Jury Trial |

PLAINTIFFS' TRIAL EXHIBIT LIST
(Admissible; Redactions Requested)

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Defs' Objections |
|---|---|---|---|---|
| **1 - General** | | | | |
| 1-0011 | | | Gamez, Robert 131401 - AIMS Report as of 7/9/14 [ADC363894-363919] | PD SS |
| 1-0012 | | | Polson, Joshua 187716 - AIMS Report as of 7/9/14 [ADC363972-363991] | SS |
| 1-0013 | | | Rodriguez, Sonia 103830 - AIMS Report as of 7/9/14 [ADC363992-364025] | PD SS |
| 1-0014 | | | Smith, Jeremy 129438 - AIMS Report as of 7/9/14 [ADC364026-364049] | SS |
| 1-0015 | | | Swartz, Stephen 102486 - AIMS Report as of 7/9/14 [ADC364050-364071] | PD SS |
| 1-0016 | | | Thomas, Jackie 211267 - AIMS Report as of 7/9/14 [ADC364072-364090] | SS |
| 1-0017 | | | Verduzco, Christina 205576 - AIMS Report as of 7/9/14 [ADC364091-364112] | SS |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Defs' Objections |
|---|---|---|---|---|
| **4- Mental Health** | | | | |
| 4-0051 | | | 9/27/13 Email from Nicole Taylor re: mental health care at Phoenix [AGA_Review_00113242-49] | PHI |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Defs' Objections |
|---|---|---|---|---|
| **6 – Max Custody** | | | | |
| 6-0073 | | | Anger Management Groups (ADC280444-454) SMU Group Roster [ADC280444 - 454 McWilliams Depo Ex. 560] | SS |
| 6-0075 | | | Dec 2013 IM Course Schedule [ADC280456] | SS |
| 6-0081 | | | SMUI CO III Assignments & Schedules eff 1-15-14 [ADC280471] | SS |
| 6-0089 | | | Oct 2013 PV Lumley Programs Schedule [ADC280746] | SS |
| 6-0090 | | | PV-Lumley Prgram Schedule effective 10-28-13 [ADC280747] | SS |

**PLAINTIFFS' TRIAL EXHIBIT LIST**          Page 1
LEGAL123645661.1

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Defs' Objections |
|---|---|---|---|---|
| **6 – Max Custody** | | | | |
| 6-0091 | | | Appointment/Assignment/Program Signatures<br>Appt Assign Program Signatures-April-May 2014<br>[ADC280748 - 779<br>McWilliams Depo Ex. 558] | SS |
| 6-0095 | | | Maximum Custody Placement Technical Manual<br>[ADC280791-280811] | SS |
| 6-0222 | | | Swartz SIRs<br>[ADC265744 – 265749] | SS |
| 6-0368 | | | Fancy Use of Force Checklist and Witness Sheets<br>[ADC048379-410] | SS |