# APPENDIX 6-D

**Defendants' Final Trial Exhibit List**

**Group 1:  General**

1-751      ADC's Organizational Chart, dated June 2012 (ADC014034 – ADC014051 and ADC050860).

1-752      ADC Prison Aerials, prepared June 30, 2014 (ADC448280 – ADC448300). (Defendants intend to use enlargements of some of these photographs at trial, and will make those available for inspection upon request).

1-753      ADC Health Services Monitoring Bureau Organizational Chart, dated January 17, 2014 (ADC261338).

1-754      State Prison Capabilities for Medical, Mental Health and Dental Treatment Services as of June 2012 (ADC265916).

1-755      State Prison Capabilities for Medical, Mental Health and Dental Treatment Services as of October 2013 (ADC265917).

1-756      State Prison Capabilities for Medical, Mental Health, and Dental Treatment Services, as of January 2014 (ADC265918 – ADC265921).

1-757      Compilation of ADC Monthly Corrections-At-A-Glance publications over the period from January 2010 through October 2013 (ADC013703 – ADC013704; ADC013705 – ADC013706; ADC013707 – ADC013708; ADC013709 – ADC013710; ADC013711 – ADC013712; ADC013713 – ADC013714; ADC013715 – ADC013716; ADC013717 – ADC013718; ADC013719 – ADC013720; ADC013723 – ADC013724; ADC013725 – ADC013726; ADC013721 – ADC013722; ADC013727 – ADC013728; ADC013729 – ADC013730; ADC013731 – ADC013732; ADC013733 – ADC013734; ADC013735 – ADC013736; ADC013759 – ADC013760; ADC013737 – ADC013738; ADC013739 – ADC013740; ADC013741 – ADC013742; ADC013743 – ADC013744; ADC013745 – ADC013746; ADC013747 – ADC013748; ADC013749 – ADC013750; ADC013751 – ADC013752; ADC013753 – ADC013754; ADC013755 – ADC013756; ADC013757 – ADC013758; ADC_S000563 – ADC_S000564; ADC_S000565 – ADC_S000566; ADC_S000567 – ADC_S000568; ADC_S000569 – ADC_S000570; ADC_S000571 – ADC_S000572; ADC_S000573 – ADC_S000574; ADC_S000575 – ADC_S000576;

ADC_S000577 – ADC_S000578; ADC_S000579 – ADC_S000580; and, ADC_S000581 – ADC_S000582).

1-758    ADC's Capacity Report for 2010 (ADC014052 – ADC014053).

1-759    ADC Admission, Releases and Confined Population Fact Sheet, as of June 30, 2013 (ADC261331 – ADC261335).

1-760    ADC's Report of Operating Cost for 2010 (ADC014054 – ADC014102).

1-761    Employee Recognition Ceremony materials, dated December 13, 2012 (ADC088684 – ADC088724).

1-762    ADC FY 2013 Training Plan (ADC049516 – ADC049524).

1-763    ADC FY2014 Training Plan (ADC231960 – ADC231970).

1-764    COTA Curriculum Details (ADC140088 – ADC140099).

1-765    ADC Department Order 109, Smoking and Tobacco Regulations (ADC082058 – ADC082062).

1-766    ADC Department Order 117, Health Services – Authority and Communication, effective December 19, 2012 (ADC048480 – ADC048482).

1-767    ADC Department Order 509, Employee Training and Education (ADC056269 – ADC056294).

1-768    ADC Department Order 705, Inmate Transportation (ADC048483 – ADC048506).

1-769    ADC Director's Instruction #287, Modification of Department Order 802: Inmate Grievance System (ADC017950 – ADC017953).

1-770    ADC Department Order 804, Inmate Behavior Control (Restricted Version) (ADC107478 – ADC107505).

1-771    ADC Department Order 809, Earned Incentive Program (ADC013994 – ADC014004).

1-772    ADC Department Order 811, Individual Inmate Assessments and Reviews (ADC082227 – ADC082235).

1-773  ADC Department Order 811, Individual Inmate Assessments and Reviews, effective 6-27-14 (ADC425519 – ADC425528).

1-774  ADC Department Order 903, Inmate Work Activities, effective 6-27-14 (ADC425529 – ADC425553).

1-775  ADC Director's Instruction #301, Modification of Department Order 912, Food Service (ADC079035).

1-776  ADC Department Order 915, Inmate Phone Calls (ADC013166 – ADC013179).

1-777  ADC Department Order No. 1101, Inmate Access to Health Care, effective December 19, 2012 (ADC048543 – ADC048573).

1-778  ADC Department Order No. 1102, Communicable Disease and Infection Control, effective January 11, 2013 (ADC054843 – ADC054864).

1-779  ADC's Director's Instruction #307, Medical Care Directives (ADC011450 – ADC011456).

1-780  ADC Director's Instruction # 311, Health Services Retention Bonus (ADC082057).

1-781  ADC Director's Instruction #324, Medical Care Directives (ADC263226).

1-782  ADC Director's Instruction #326, Maximum Custody Population Management (ADC261959 – ADC261985).

1-783  ADC Health Services Technical Manual ("HSTM"), dated January 1, 2010 (ADC010648 – ADC011231).

1-784  ADC Dental Services Technical Manual ("DSTM"), dated January 1, 2010 (ADC010554 – ADC010647).

1-785  ADC Mental Health Technical Manual, revised December 11, 2009 (ADC011232 – ADC011332).

1-786  ADC's Mental Health Technical Manual, revised August 15, 2011 (ADC031959 – ADC032044).

1-787  ADC Mental Health Technical Manual ("MHTM"), revised January 1, 2014 (ADC215544 – ADC215610).

1-788  ADC Mental Health Technical Manual ("MHTM"), revised April 18, 2014 (ADC267378 – ADC267459).

1-789  ADC Health Services Post Order for ASPC-Eyman (ADC028737 – ADC028888).

1-790  ADC Health Services Post Orders for ASPC-Florence (ADC028889 – ADC028979; and, ADC048470 – ADC048476).

1-791  ADC Health Services Post Orders for ASPC-Perryville (ADC029121 – ADC029260).

1-792  ADC Health Services Post Orders for ASPC-Phoenix (ADC028255 – ADC028440).

1-793  ADC Health Services Post Orders for ASPC-Safford (ADC029261 – ADC029490).

1-794  ADC Health Services Post Orders for ASPC-Tucson (ADC028441 – ADC028736).

1-795  ADC Health Services Post Orders for ASPC-Winslow (ADC029491 – ADC029566).

1-796  ADC Health Services Post Orders for ASPC-Yuma (ADC029567 – ADC029649).

1-797  ADC's Classification Technical Manual, revised October 28, 2010 and April 13, 2013(ADC040610 – ADC040691; and ADC040692).

1-798  ADC DI 326 Maximum Custody Population Management Technical Manual, dated April 18, 2014 (ADC280791 – ADC280811).

1-799  ADC Statewide Duty Specific Post Order 36 – Watch Security Officer (ADC_S000245 – ADC_S000248).

1-800  ASPC-Eyman Unit Specific Post Order – Browning Unit 36 – Watch Security Officer (ADC_S000235 – ADC_S000239).

1-801  ASPC-Eyman Unit Specific Post Order – SMU I 36 – Watch Security Officer (ADC_S000240 – ADC_S000244).

1-802    ADC ASPC-Florence Post Order 36 – Watch Security Officer (ADC_S000249 – ADC_S000260).

1-803    ADC ASPC-Perryville – Lumley Post Order 36 – Watch Security Officer (ADC_S000261).

1-804    ADC Statewide Duty Specific Post Order 37 – Maximum Custody Housing Unit Rover Officer (ADC_S000557 – ADC_S000559).

1-805    ASPC-Eyman Unit Specific Post Order – Browning Unit 37 – Maximum Custody Housing Unit Rover Officer (ADC_S000560).

1-806    ASPC-Eyman Unit Specific Post Order – SMU I 37 – Maximum Custody Housing Unit Rover Officer (ADC_S000561).

1-807    Eyman-Browning Unit Daily Post sheets, for select dates identified by Plaintiffs' counsel, reflecting assignment of staff to Maximum Custody Housing Unit Rover posts (ADC281740 – ADC281798).

1-808    Florence-Central Unit Daily Post sheets, for select dates identified by Plaintiffs' counsel, reflecting assignment of staff to Maximum Custody Housing Unit Rover posts (ADC281799 – ADC282431).

1-809    ADC Food Service Technical Manual, 912–T–OPS (ADC040550 – ADC040573).

1-810    ADC Diet Reference Manual (ADC040574 – ADC040609).

1-811    ADC Contract No. 11-00001557/ADC No. 120094DC with Trinity Services Group for Food Services at ADC operated prison complexes, including amendments thereto, through February 20, 2013 (ADC077277 – ADC079010).

1-812    ADC Contract No. DC020205, with Canteen Correctional Services for Food Services at ADC – operated prison complexes, including amendments thereto through February 1, 2012 (ADC079011 – ADC082041).

1-813    ADC ASPC-Eyman Institutional Order 912-IO-E, Food Service (ADC137971 – ADC137979).

1-814    ADC ASPC-Florence Institutional Order 912-IO-F, Food Service (ADC137980 – ADC137984).

1-815    ADC ASPC-Perryville Institutional Order 912-IO-P, Food Service
         (ADC137985 – ADC137992).

1-816    Comparison of ADC and Nationwide Mortality Rate – All Causes of Death
         (2005 – 2013).

1-817    Graph of Comparison of ADC and Nationwide Mortality Rate (2005 –
         2013).

1-818    Compilation of ADC Inmate Assault, Self-Harm and Mortality Data
         Reports (ADC_S000001 – ADC_S000009; ADC_S000010 –
         ADC_S000013ADC_S000014 – ADC_S000017; ADC_S000018 –
         ADC_S000021; ADC_S000022 – ADC_S000025; ADC229831 –
         ADC229834; ADC229835 – ADC229838; ADC261323 – ADC261326;
         ADC261327 – ADC261330; and, ADC265912 – ADC265915).

1-819    ADC's completed and submitted Bureau of Justice Statistics Form NPS-4,
         Deaths in Custody – 2013, Annual Summary of Inmate Deaths in State
         Prisons (ADC406285).

1-820    U.S Department of Justice, Office of Justice Programs, Bureau of Justice
         Statistics report on Mortality in Local Jail and State Prisons, 2000-2011-
         Statistical Tables, August 2013 (ADC_P000994 – ADC_P001034).

1-821    United States Department of Justice, Bureau of Justice Statistics, Mortality
         in Local Jails and State Prisons, 2000-2010 – Statistical Tables, Report No.
         NCJ 239911, dated December 2012 (ADC084945 – ADC084972).

1-822    Resume of Anthony Medel (ADC123403 - ADC123407).

1-823    Resume of Arthur Gross (ADC123408 - ADC123412).

1-824    Resume of David Robertson (ADC123413 - ADC123418).

1-825    Resume of Mark Haldane (ADC123419 - ADC123421).

1-826    Resume of Helena Valenzuela (ADC123422 - ADC123423).

1-827    Resume of Jessica Raak (ADC123424 - ADC123425).

1-828    Resume of Warden Judy Frigo (ADC123426 - ADC123428).

1-829    Resume of Juliet Respicio - Moriarty (ADC123429 - ADC123433).

1-830          Resume of Karen Chu (ADC123434).

1-831          Resume of Kathy Campbell (ADC123435 - ADC123438).

1-832          Resume of Marlena Bedoya (ADC123443 - ADC123446).

1-833          Resume of Matthew Musson (ADC123447 - ADC123448).

1-834          Resume of Carson McWilliams (ADC123449 - ADC123451).

1-835          Resume of Jen Mielke-Fontaine (ADC123452 - ADC123453).

1-836          Resume of Nicole Taylor (ADC123454 - ADC123457).

1-837          Resume of Richard Pratt (ADC123458 - ADC123461).

1-838          Resume of Richard Rowe (ADC123462 - ADC123463).

1-839          Resume of Sam Tardibuono (ADC123464 - ADC123467).

1-840          Resume of Terry Allred (ADC123470 - ADC123471).

1-841          Resume of Ernest Trujillo (ADC123472 - ADC123477).

1-842          Resume of Vanessa Headstream (ADC123478 - ADC123480).

1-843          Resume of Yvonne Maese (ADC123481 - ADC123483).

1-844          Resume of Thomas Buenker, M.D. (ADC203365 - ADC203367).

1-845          Resume of Mark Fleming, PhD, LP, LPCMH, CRC, HSP, CCHP-MH
               (ADC203363 - ADC203364).

1-846          Resume of Mark Jansen (ADC203360 - ADC203362).

1-847          Resume of Glenn Babich, M.D. (ADC229826 - ADC229830).

1-848          Resume of Michael Dolny, Ph.D. (ADC229839 - ADC229842).

1-849          Resume of Brian Hanstad, D.M.D. (ADC255799 - ADC255800).

1-850          Plaintiff Arizona Center for Disability Law's Response to Defendant
               Charles Ryan's First Request for Production of Documents dated August 6,
               2012.

1-851        Plaintiff Victor Parsons' Objections and Responses to Defendant Charles
             Ryan's First Request for Production of Documents and Things dated August
             6, 2012.

1-852        Plaintiff Maryanne Chisholm's Responses to Defendant Richard Defendant
             Richard Pratt's First Set of Requests for Admission dated September 4,
             2012.

1-853        Plaintiff Maryanne Chisholm's Responses to Defendant Charles Ryan's
             First Set Requests for Admission dated September 4, 2012.

1-854        Plaintiff Maryanne Chisholm's Responses to Defendant Charles Ryan's
             First Set of Interrogatories dated September 4, 2012.

1-855        Plaintiff Maryanne Chisholm's Responses to Defendant Charles Ryan's
             First Request for Production of Documents and Thing dated September 4,
             2012.

1-856        Plaintiff Desiree Licci's Response to Defendant Charles Ryan's Second
             Request for Production of Documents dated September 7, 2012.

1-857        Plaintiff Arizona Center for Disability Law's Response to Defendant
             Charles Ryan's 2nd Request for Production of Documents dated September
             7, 2012.

1-858        Plaintiff Robert Gamez's Responses to Defendant Charles Ryan's First Set
             of Requests for Admission and Interrogatories dated September 13, 2012.

1-859        Plaintiff Dustin Brislan's Responses to Defendant Charles Ryan's First Set
             of Requests for Admission and Interrogatories dated October 1, 2012.

1-860        Plaintiff Robert Gamez's First Supplemental Responses to Defendant
             Charles Ryan's First Set of Requests for Admission and Interrogatories
             dated October 4, 2012.

1-861        Plaintiff Maryanne Chisholm's Supplemental Responses to Defendant
             Charles Defendant Charles Ryan's First Set of Interrogatories dated October
             4, 2012.

1-862        Plaintiff Victor Parsons' First Supplemental Response to Defendant Charles
             Ryan's First Request for Production of Documents and Things dated
             October 5, 2012.

1-863        Plaintiff Arizona Center for Disability Law's First Supplemental Response to Defendant Charles Ryan's First and Second Requests for Production of Documents and Things dated October 16, 2012.

1-864        Plaintiff Arizona Center for Disability Law's Second Supplemental Response to Defendant Charles Ryan's First Requests for Production of Documents and Things dated October 18, 2012.

1-865        Plaintiff Dustin Brislan's Responses to Defendant Charles Ryan's First Set of Interrogatories dated October 18, 2012.

1-866        Plaintiff Sonia Rodriguez's Responses to Defendant Charles Defendant Charles Ryan's First Set of Interrogatories dated October 18, 2012.

1-867        Plaintiff Stephen Swartz's Responses to Defendant Charles Ryan's First Set of Interrogatories dated October 18, 2012.

1-868        Plaintiff Jackie Thomas' Responses to Defendant Charles Ryan's First Set of Interrogatories dated October 18, 2012.

1-869        Plaintiff Christina Verduzco's Responses to Defendant Charles Ryan's First Set of Interrogatories dated October 18, 2012.

1-870        Plaintiff Charlotte Wells' Responses to Defendant Charles Ryan's First Set of Interrogatories dated October 18, 2012.

1-871        Plaintiff Arizona Center for Disability Law's Answers to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories dated October 18, 2012.

1-872        Plaintiff Shawn Jensen's Responses to Defendant Charles Ryan's First Set of Interrogatories dated October 18, 2012.

1-873        Plaintiff Shawn Jensen's Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories dated October 22, 2012.

1-874        Plaintiff Victor Parsons' Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories dated October 22, 2012.

1-875        Plaintiff Maryanne Chisholm's Responses to Defendant Richard Pratt's Second Set of Interrogatories dated October 22, 2012.

1-876        Plaintiff Maryanne Chisholm's Responses to Defendant Charles Ryan's
             Second Set of Interrogatories dated October 22, 2012.

1-877        Plaintiff Maryanne Chisholm's Second Supplemental Responses to
             Defendant Charles Ryan's First Set of Requests for Admission dated
             October 24, 2012.

1-878        Plaintiff Robert Gamez's Second Supplemental Responses to Defendant
             Charles Ryan's First Set of Requests for Admission and Interrogatories
             dated October 24, 2012.

1-879        Plaintiff Robert Gamez's Third Supplemental Responses to Defendant
             Charles Ryan's First Set of Requests for Admission and Interrogatories
             dated October 30, 2012.

1-880        Plaintiff Maryanne Chisholm's Second Supplemental Responses to
             Defendant Charles Ryan's First Set of Interrogatories dated November 13,
             2012.

1-881        Plaintiff Shawn Jensen's Supplemental Responses to Defendant Charles
             Ryan's First Set of Interrogatories dated November 13, 2012.

1-882        Plaintiff Sonia Rodriguez's Supplemental Responses to Defendant Charles
             Ryan's First Set of Interrogatories dated November 13, 2012.

1-883        Plaintiff Stephen Swartz's First Supplemental Responses to Defendant
             Charles Ryan's First Set of Interrogatories dated November 13, 2012.

1-884        Plaintiff Jackie Thomas' First Supplemental Responses to Defendant
             Charles Ryan's First Set of Interrogatories dated November 13, 2012.

1-885        Plaintiff Charlotte Wells' Supplemental Responses to Defendant Charles
             Ryan's First Set of Interrogatories dated November 13, 2012.

1-886        Plaintiff Dustin Brislan's First Supplemental Responses to Defendant
             Charles Ryan's First Set of Interrogatories dated November 13, 2012.

1-887        Plaintiff Christina Verduzco's Supplemental Responses to Defendant
             Charles Ryan's First Set of Interrogatories dated November 13, 2012.

1-888        Plaintiff Arizona Center for Disability Law's Third Supplemental Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated November 14, 2012.

1-889        Plaintiff Dustin Brislan's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-890        Plaintiff Maryanne Chisholm's First Supplemental Response to Defendant Charles Ryan's First Request for Production of Documents and Things dated November 16, 2012.

1-891        Plaintiff Robert Gamez's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-892        Plaintiff Joseph Hefner's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-893        Plaintiff Shawn Jensen's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-894        Plaintiff Desiree Licci's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-895        Plaintiff Joshua Polson's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-896        Plaintiff Sonia Rodriguez's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-897        Plaintiff Jeremy Smith's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-898        Plaintiff Stephen Swartz's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-899        Plaintiff Jackie Thomas' Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-900        Plaintiff Christina Verduzco's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-901        Plaintiff Charlotte Wells' Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-902    Plaintiff Victor Parsons' Second Supplemental Response to Defendant Charles Ryan's First Request for Production of Documents and Things dated November 16, 2012.

1-903    Plaintiff Arizona Center for Disability Law's  Fourth Supplemental Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated November 20, 2012.

1-904    Plaintiff Maryanne Chisholm's Second Supplemental Response to Defendant Charles Ryan's First Request for Production of Documents and Things dated November 30, 2012.

1-905    Plaintiff Victor Parsons' Third Supplemental Response to Defendant Charles Ryan's First Request for Production of Documents and Things dated November 30, 2012.

1-906    Plaintiff Arizona Center for Disability Law's Answers to Defendant Charles Ryan's Second Set of Requests for Admission and Interrogatories dated December 3, 2012.

1-907    Plaintiff Maryanne Chisholm's Responses to Defendant Charles Ryan's Second Set of Requests for Admission and Interrogatories dated December 10, 2012.

1-908    Plaintiff Robert Gamez's Responses to Defendant Charles Ryan's Second Set of Requests for Admission and Interrogatories to Plaintiff Robert Gamez dated December 10, 2012.

1-909    Plaintiff Shawn Jensen's Responses to Defendant Charles Ryan's Second Set of Requests for Admission and Interrogatories dated December 10, 2012.

1-910    Plaintiff Jeremy Smith's Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories to Plaintiff Jeremy Smith dated December 10, 2012.

1-911    Plaintiff Jackie Thomas' Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories to Plaintiff Jackie Thomas dated December 10, 2012.

1-912    Plaintiff Maryanne Chisholm's Response to Defendant Charles Ryan's Second Request for Production of Documents dated December 10, 2012.

1-913  Plaintiff Robert Gamez's Responses to Defendant Charles Ryan's First Set of Interrogatories dated December 10, 2012.

1-914  Plaintiff Joseph Hefner's Responses to Defendant Charles Ryan's First Set of Interrogatories dated December 10, 2012.

1-915  Plaintiff Shawn Jensen's Responses to Defendant Charles Ryan's Second Set of Interrogatories dated December 10, 2012.

1-916  Plaintiff Desiree Licci's Responses to Defendant Charles Ryan's First Set of Interrogatories dated December 10, 2012.

1-917  Plaintiff Joshua Polson's Responses to Defendant Charles Ryan's First Set of Interrogatories dated December 10, 2012.

1-918  Plaintiff Sonia Rodriguez's Responses to Defendant Charles Ryan's Second Set of Interrogatories dated December 10, 2012.

1-919  Plaintiff Jeremy Smith's Responses to Defendant Charles Ryan's First Set of Interrogatories dated December 10, 2012.

1-920  Plaintiff Stephen Swartz's Responses to Defendant Charles Ryan's Second Set of Interrogatories dated December 10, 2012.

1-921  Plaintiff Jackie Thomas' Responses to Defendant Charles Ryan's Second Set of Interrogatories dated December 10, 2012.

1-922  Plaintiff Christina Verduzco's Responses to Defendant Charles Ryan's Second Set of Interrogatories dated December 10, 2012.

1-923  Plaintiff Charlotte Wells' Responses to Defendant Charles Ryan's Second Set of Interrogatories dated December 10, 2012.

1-924  Plaintiff Joseph Hefner's Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories to Plaintiff Joseph Hefner dated December 10, 2012.

1-925  Jay D. Shulman's Objections and Responses to Defendants' Subpoena for Production and Inspection of Documents dated December 10, 2012.

1-926  Objections and Responses to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Craig Haney, Ph.D. dated December 10, 2012.

1-927        Objections and Responses to Subpoena to Producte Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Pablo Stewart, M.D. dated December 10, 2012.

1-928        Responses and Objections of Robert L. Cohen to Defendants' Subpoena Duces Tecum dated December 10, 2012.

1-929        Plaintiff Victor Parsons' Responses to Defendant Charles Ryan's Second Set of Requests for Admission and Interrogatories to Plaintiff Victor Parsons dated December 10, 2012.

1-930        Plaintiff Christina Verduzco's Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories dated December 10, 2012.

1-931        Plaintiff Dustin Brislan's Responses to Defendant Richard Pratt's First Set of Interrogatories dated December 10, 2012.

1-932        Plaintiff Dustin Brislan's Responses to Defendant Charles Ryan's Second Set of Interrogatories dated December 10, 2012.

1-933        Plaintiff Victor Parsons' Responses to Defendant Charles Ryan's Second Requests for Production dated December 10, 2012.

1-934        Plaintiff Maryanne Chisholm's Responses to Defendant Charles Ryan's Third Set of Interrogatories dated December 10, 2012.

1-935        Plaintiff Victor Parsons' Responses to Defendant Charles Ryan's First Set of Interrogatories dated December 10, 2012.

1-936        Plaintiff Arizona Center for Disability Law's Answers to Defendant Richard Pratt's First Set of Interrogatories dated December 17, 2012.

1-937        Plaintiff Arizona Center for Disability Law's Answers to Defendant Charles Ryan's First Set of Interrogatories dated December 17, 2012.

1-938        Plaintiff Maryanne Chisholm's Third Supplemental Response to Defendant Charles Ryan's First Request for Production of Documents and Things dated January 11, 2013.

1-939    Plaintiff Arizona Center for Disability Law's Fifth Supplemental Response to Defendant Charles Ryan's First Request for Production of Documents dated January 14, 2013.

1-940    Plaintiff Maryanne Chisholm's Fourth Supplemental Response to Defendant Charles Ryan's First Request for Production of Documents and Things dated February 8, 2013.

1-941    Plaintiff Maryanne Chisholm's Response to Defendant Charles Ryan's Third Request for Production of Documents and Things dated February 19, 2013.

1-942    Plaintiff Robert Gamez's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-943    Plaintiff Joseph Hefner's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-944    Plaintiff Shawn Jensen's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-945    Plaintiff Desiree Licci's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-946    Plaintiff Victor Parsons' Response to Defendant Charles Ryan's Third Request for Production of Documents and Things dated February 19, 2013.

1-947    Plaintiff Joshua Polson's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-948    Plaintiff Joshua Polson's Response to Defendant Charles Ryan's Third Request for Production of Documents and Things dated February 19, 2013.

1-949    Plaintiff Sonia Rodriguez's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-950    Plaintiff Jeremy Smith's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-951    Plaintiff Jeremy Smith's Response to Defendant Charles Ryan's Third Request for Production of Documents and Things dated February 19, 2013.

1-952 Plaintiff Stephen Swartz's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-953 Plaintiff Jackie Thomas' Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-954 Plaintiff Charlotte Wells' Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-955 Plaintiff Dustin Brislan's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-956 Plaintiff Joseph Hefner's Response to Defendant Charles Ryan's Third Request for Production of Documents and Things dated February 19, 2013.

1-957 Plaintiff Christina Verduzco's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-958 Plaintiff Dustin Brislan's First Supplemental Responses to Defendant Charles Ryan's Second Set of Interrogatories dated February 27, 2013.

1-959 Plaintiff Maryanne Chisholm's First Supplemental Responses to Defendant Charles Ryan's Third Set of Interrogatories dated February 27, 2013.

1-960 Plaintiff Dustin Brislan's Second Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-961 Plaintiff Jeremy Smith's First Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-962 Plaintiff Joshua Polson's First Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-963 Plaintiff Maryanne Chisholm's Third Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-964 Plaintiff Robert Gamez's First Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-965 Plaintiff Shawn Jensens' First Supplemental Responses to Defendant Charles Ryan's Second Set of Interrogatories dated February 27, 2013.

1-966      Plaintiff Shawn Jensen's Second Supplemental Responses to Defendant
           Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-967      Plaintiff Sonia Rodriguez's First Supplemental Responses to Defendant
           Charles Ryan's Second Set of Interrogatories dated February 27, 2013.

1-968      Plaintiff Sonia Rodriguez's Second Supplemental Responses to Defendant
           Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-969      Plaintiff Stephen Swartz's First Supplemental Responses to Defendant
           Charles Ryan's Second Set of Interrogatories dated February 27, 2013.

1-970      Plaintiff Jackie Thomas' First Supplemental Responses to Defendant
           Charles Ryan's Second Set of Interrogatories dated February 27, 2013.

1-971      Plaintiff Jackie Thomas' Second Supplemental Responses to Defendant
           Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-972      Plaintiff Victor Parsons' First Supplemental Responses to Defendant
           Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-973      Plaintiff Joseph Hefner's First Supplemental Responses to Defendant
           Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-974      Plaintiff Robert Gamez's Amended First Supplemental Response to
           Defendant Charles Ryan's First Set of Interrogatories dated March 6, 2013.

1-975      Plaintiff Dustin Brislan's Amended Second Supplemental Responses to
           Defendant Charles Ryan's First Set of Interrogatories dated March 8, 2013.

1-976      Plaintiff Maryanne Chisholm's Fifth Supplemental Response to Defendant
           Charles Ryan's First Request for Production of Documents and Things
           dated March 11, 2013.

1-977      Plaintiff Robert Gamez's Second Supplemental Response to Defendant
           Charles Ryan's First Set of Interrogatories dated April 24, 2013.

1-978      Plaintiff Maryanne Chisholm's Sixth Supplemental Response to Defendant
           Charles Ryan's First Request for Production of Documents and Things
           dated May 2, 2013.

1-979      Plaintiff Dustin Brislan's Responses to Defendant Richard Pratt's Second
           Set of Interrogatories to Plaintiff Dustin Brislan dated May 14, 2013.

1-980 Plaintiff Dustin Brislan's Answers to Defendant Richard Pratt's Third Set of Interrogatories dated June 10, 2013.

1-981 Plaintiff Robert Gamez's First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-982 Plaintiff Shawn Jensen's First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-983 Plaintiff Sonia Rodriguez's First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-984 Plaintiff Stephen Swartz's First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-985 Plaintiff Charlotte Wells' First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-986 Plaintiff Dustin Brislan's First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-987 Plaintiff Joseph Hefner's First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-988 Plaintiff Desiree Licci's First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-989 Plaintiff Joshua Polson's First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-990 Plaintiff Jeremy Smith's First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-991     Plaintiff Jackie Thomas' First Supplemental Responses to Defendant
          Charles Ryan's First Request for Production of Documents dated June 12,
          2013.

1-992     Plaintiff Christina Verduzco's First Supplemental Responses to Defendant
          Charles Ryan's First Request for Production of Documents dated June 12,
          2013.

1-993     Plaintiff Dustin Brislan's Answers to Defendant Richard Pratt's Fourth Set
          of Interrogatories to Plaintiff Dustin Brislan dated September 3, 2013.

1-994     Plaintiff Charlotte Wells' Objections to Defendant Charles Ryan's Third
          Request for Production of Documents and Things to Plaintiff Charlotte
          Wells dated September 11, 2013.

1-995     Plaintiff Dustin Brislan's First Supplemental and Amended Answers to
          Defendant Richard Pratt's Fourth Set of Interrogatories to Plaintiff Dustin
          Brislan dated September 11, 2013.

1-996     Plaintiff Stephen Swartz's Answers to Defendant Richard Pratt's First Set of
          Interrogatories to Plaintiff Stephen Swartz dated September 11, 2013.

1-997     Plaintiff Christina Verduzco's First Supplemental Responses to Defendant
          Charles Ryan's Second Set of Interrogatories dated September 24, 2013.

1-998     Plaintiff Christina Verduzco's Second Supplemental Responses to
          Defendant Charles Ryan's First Set of Interrogatories dated September 24,
          2013.

1-999     Plaintiff Charlotte Wells' First Supplemental Responses to Defendant
          Charles Ryan's Second Set of Interrogatories dated September 24, 2013.

1-1000    Plaintiff Charlotte Wells' Second Supplemental Responses to Defendant
          Charles Ryan's First Set of Interrogatories dated September 24, 2013.

1-1001    Plaintiff Dustin Brislan's First Supplemental Answers to Defendant Richard
          Pratt's Second Set of Interrogatories dated September 25, 2013.

1-1002    Plaintiff Dustin Brislan's First Supplemental Answers to Defendant Richard
          Pratt's Third Set of Interrogatories dated September 25, 2013.

1-1003      Plaintiff Dustin Brislan's First Supplemental Answers to Defendant Richard Pratt's First Set of Interrogatories dated September 25, 2013.

1-1004      Plaintiff Dustin Brislan's Third Supplemental Answers to Defendant Charles Ryan's First Set of Interrogatories dated September 25, 2013.

1-1005      Plaintiff Dustin Brislan's Second Supplemental Responses to Defendant Charles Ryan's Second Set of Interrogatories dated September 25, 2013.

1-1006      Plaintiff Jeremy Smith's Second Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated September 25, 2013.

1-1007      Plaintiff Maryanne Chisholm's Fourth Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated September 27, 2013.

1-1008      Plaintiff Desiree Licci's First Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated September 27, 2013.

1-1009      Plaintiff Joshua Polson's Second Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated September 27, 2013.

1-1010      Plaintiff Sonia Rodriguez's Second Supplemental Responses to Defendant Charles Ryan's Second Set of Interrogatories dated September 27, 2013.

1-1011      Plaintiff Sonia Rodriguez's Third Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated September 27, 2013.

1-1012      Plaintiff Stephen Swartz's Second Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated September 27, 2013.

1-1013      Plaintiff Stephen Swartz's Second Supplemental Responses to Defendant Charles Ryan's Second Set of Interrogatories dated September 27, 2013.

1-1014      Plaintiff Maryanne Chisholm's Eighth Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents and Things dated September 27, 2013.

1-1015      Plaintiff Maryanne Chisholm's Second Supplemental Responses to Defendant Charles Ryan's Third Set of Interrogatories dated September 27, 2013.

1-1016     Plaintiff Robert Gamez's Third Supplemental Response to Defendant Charles Ryan's First Set of Interrogatories dated September 27, 2013.

1-1017     Plaintiff Joseph Hefner's Second Supplemental Response to Defendant Charles Ryan's First Set of Interrogatories dated September 27, 2013.

1-1018     Plaintiff Shawn Jensen's Second Supplemental Responses to Defendant Charles Ryan's Second Set of Interrogatories dated September 27, 2013.

1-1019     Plaintiff Shawn Jensen's Third Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated September 27, 2013.

1-1020     Plaintiff Jackie Thomas' Second Supplemental Responses to Defendant Charles Ryan's Second Set of Interrogatories dated September 27, 2013.

1-1021     Plaintiff Jackie Thomas' Third Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated September 27, 2013.

1-1022     Objections and Responses to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Craig William Haney, Ph.D., dated February 10, 2014.

1-1023     Objections and Responses to Subpoena to Jay D. Shulman dated February 10, 2014.

1-1024     Objections and Responses to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Robert L. Cohen, M.D., dated February 10, 2014.

1-1025     Objections and Responses to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Pablo Stewart, M.D., dated February 10, 2014.

1-1026     Objections and Responses to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Eldon Vail dated February 10, 2014.

1-1027     Objections and Responses to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Todd Randall Wilcox, M.D., dated February 10, 2014.

1-1028      Objections and Responses to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Brie Williams, M.D., dated February 10, 2014.

1-1029      Named Plaintiffs' Initial Disclosure Statement dated June 29, 2012.

1-1030      Individual Plaintiffs' First Supplemental Disclosure Statement dated October 17, 2012.

1-1031      Prisoner Plaintiffs' Supplemental Production dated April 2, 2013.

1-1032      Individual Plaintiffs' Second Supplemental Disclosure Statement dated September 6, 2013.

1-1033      Individual Named Plaintiffs' Third Supplemental Disclosure Statement dated March 28, 2014.

1-1034      Individual Named Plaintiffs' Fourth Supplemental Disclosure Statement dated June 27, 2014.

1-1035      Arizona Center for Disability Law's Initial Disclosure Statement dated June 29, 2012.

1-1036      Arizona Center for Disability Law's First Supplemental Disclosure Statement dated October 19, 2012.

1-1037      Arizona Center for Disability Law's Second Supplemental Disclosure Statement dated September 26, 2013.

1-1038      Arizona Center for Disability Law's Third Supplemental Disclosure Statement dated October 9, 2013.

1-1039      Arizona Center for Disability Law's Fourth Supplemental Disclosure Statement dated April 15, 2014.

## Group 2:  General Healthcare

2-1601      Photograph of ASPC Florence depicting a dental treatment area as of 2013 (ADC166038).

2-1602      Photographs of ASPC Lewis depicting some of the treatment areas in the medical hub and also in the ACI buildings at some of the units as of 2013 (ADC166093; ADC166105 – ADC166107; and ADC166110).

2-1603      Photographs of ASPC Perryville depicting treatment areas, and the secure HNR submission box in the recreation area as of 2013 (ADC163933 – ADC163935; and ADC166147).

2-1604      Photographs of ASPC Phoenix depicting some of the medical areas as of 2013 (ADC163937 – ADC163938).

2-1605      Photographs of ASPC Tucson depicting some of the medical and dental treatment areas and equipment as of 2013 (ADC166192 and, ADC166216 – ADC166220).

2-1606      Photographs of ASPC Yuma depicting some of the medical and dental treatment areas and equipment as of 2013 (ADC166221; ADC166225; ADC166227; and ADC166229).

2-1607      Photographs taken at ASPC-Yuma on November 1, 2013 (ADC166221 – ADC166232).

2-1608      Photographs taken at ASPC-Yuma on November 20, 2013 (ADC200159 – ADC200168).

2-1609      ADC Inmate Alhambra Reception Orientation Handout regarding access to health care (ADC018165 – ADC018166).

2-1610      ADC Health Care Operating Expenditure Summary for FY 2009 – FY2014 (ADC139880).

2-1611      Memorandum from Michael Adu-Tutu to Charles Ryan, dated April 30, 2010, regarding Action Plan for ADC health services (ADC117116 – ADC117117).

2-1612      ADC's Pharmacy Expense Reporting Chart for 2007 through 2011 (ADC013777 – ADC013779

2-1613      ADC's Health Services Drugs & Medicine Expenditures for 2007 through 2011 (ADC013819 – ADC013826).

2-1614      ADC's Mental Health Drugs & Medicine Expenditures for 2007 through 2011 (ADC013827 – ADC013836).

2-1615      ADC's Healthcare Services by Providers Paid through ADC for 2008 through 2011 (ADC013761 – ADC013776).

2-1616      ADC's Health Care Operating Expenditure Summary for 2009 through 2011 (ADC013780 – ADC013818).

2-1617      ADC's Contracted Provider List for Inpatient/Outpatient Specialty Services for 2011 through 2012 (ADC013406 – ADC013475).

2-1618      National Commission on Correctional Health Care, Standards for Health Services in Prisons, 2008 (Attachment H to Exhibit 189 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment).

2-1619      National Commission on Correctional Health Care, Standards for Health Services in Prisons, 2014.

2-1620      NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex-Douglas, dated June 26 2009 (ADC016043 – ADC016060).

2-1621      NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex-Douglas, dated June 28, 2013 (ADC_P000888 – ADC_P000901).

2-1622      NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex-Douglas, dated November 19, 2013 (ADC_P000974 – ADC_P000976).

2-1623      NCCHC Accreditation Update Report of the Health Care Services at Arizona State Prison Complex-Florence, dated November 18, 2011, with related correspondence (ADC016061 – ADC016066).

2-1624      NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex Florence, Arizona, dated March 28, 2014, with related correspondence (ADC405485 – ADC405502).

2-1625      NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex-Lewis, dated November 12, 2010, with related correspondence (ADC016067 – ADC016070).

2-1626      NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex-Perryville, dated June 26, 2009, with related correspondence (ADC016082 – ADC016089).

2-1627     NCCHC Accreditation Report of the Health Care Services at Arizona
           Department of Corrections-Perryville, dated June 28, 2013 (ADC_P000902
           – ADC_P000915).

2-1628     NCCHC Accreditation Update Report of the Health Care Services at
           Arizona Department of Corrections-Perryville, dated October 11, 2013
           (ADC_P000916 – ADC_P000919).

2-1629     NCCHC Accreditation Update Report of the Health Care Services at
           Arizona Department of Corrections-Perryville, dated November 18, 2013
           (ADC_P000977 – ADC_P000979).

2-1630     NCCHC Accreditation Report of the Health Care Services at Arizona
           Department of Corrections-Phoenix Complex, dated June 26, 2009, with
           related correspondence (ADC016090 – ADC016096).

2-1631     NCCHC Accreditation Report of the Health Care Services at Arizona
           Department of Corrections-Phoenix Complex, dated June 28, 2013
           (ADC_P000920 – ADC_P000933).

2-1632     NCCHC Accreditation Update Report of the Health Care Services at
           Arizona Department of Corrections-Phoenix Complex, dated November 22,
           2013, with related correspondence (ADC_P000980 – ADC_P000983).

2-1633     Letter from Tracey Titus, NCCHC Manager of Accreditation Services,
           addressed to Warden Broadhead regarding continued accreditation of
           ASPC-Safford, dated July 30, 2013 (ADC140103).

2-1634     NCCHC Accreditation Report of the Health Care Services at Arizona State
           Prison Complex-Tucson, dated June 26, 2009, with related correspondence
           (ADC016097 – ADC016106).

2-1635     NCCHC Accreditation Report of the Health Care Services at Arizona State
           Prison Complex-Tucson, dated June 28, 2013 (ADC_P000934 –
           ADC_P000950

2-1636     NCCHC Accreditation Update Report of the Health Care Services at
           Arizona State Prison Complex-Tucson, dated November 8, 2013
           (ADC_P000951 – ADC_P000959).

2-1637        NCCHC Accreditation Report of the Health Care Services at Arizona State
              Prison Complex-Tucson, dated February 6, 2014, with related
              correspondence (ADC257099 – ADC257107

2-1638        National Commission on Correctional Health Care letter, dated June 5,
              2014, to Warden Schroeder at ASPC-Tucson (ADC405503).

2-1639        NCCHC Accreditation Update Report of the Health Care Services at
              Arizona State Prison Complex Tucson, Arizona, dated July 15, 2014, with
              related correspondence (ADC405504 – ADC405509).

2-1640        NCCHC Accreditation Update Report of the Health Care Services at
              Arizona Department of Corrections-Winslow Complex, dated June 26,
              2009, with related correspondence (ADC016136 – ADC016138).

2-1641        NCCHC Accreditation Update Report of the Health Care Services at
              Arizona Department of Corrections-Winslow Complex, dated June 28,
              2013 (ADC140119 – ADC140131).

2-1642        NCCHC Accreditation Update Report of the Health Care Services at
              Arizona Department of Corrections-Winslow Complex, dated November
              19, 2013 (ADC_P000960 – ADC_P000964).

2-1643        Photograph of NCCHC Certificate of Accreditation for the Arizona State
              Prison Complex-Yuma, dated November 2010 (ADC016081).

2-1644        NCCHC Accreditation Report of the Health Care Services at Arizona State
              Prison Complex-Yuma, dated March 11, 2011, with related correspondence
              (ADC_P000965 – ADC_P000973).

2-1645        Procurement File for Privatization of All Correctional Health Services
              (ADCPROC-000001 – ADCPROC-003366; ADCPROC-005487 –
              ADCPROC-006688; ADCPROC-006689 – ADCPROC-008236;
              ADCPROC-008366 – ADCPROC-008717; ADCPROC-008788 –
              ADCPROC-010932; ADCPROC-010744 – ADCPROC-010747;
              ADCPROC-010751 – ADCPROC-010754; and, ADCPROC-010456 –
              ADCPROC-010464).

2-1646        Executed State of Arizona Direct Contract No. 130051DI, Privatization of
              All Correctional Health Services;, with incorporated documents and
              amendments 1-6 (ADCPROC-011038 – ADCPROC-0110040; ADCPROC-

011031 – ADCPROC-011036; ADCPROC-010933 – ADCPROC-011016; ADCPROC-005488 – ADCPROC-005537; ADCPROC-005541 – ADCPROC-005577; ADCPROC-005625 – ADCPROC-006688; ADC014103 – ADC014419; ADC405510 – ADC405511; ADC405512; ADC263217 – ADC263222; ADC263381 – ADC263385; ADC405513 – ADC405519; and, ADC334041 – ADC334060).

2-1647     CONFIDENTIAL Corizon Arizona Regional Complex Site Roster (with redacted telephone numbers), updated January 22, 2014 (ADC261339).

2-1648     EHR Go Live Schedule (ADC263223).

2-1649     Number of Completed Specialty Medical Appointments (April 2013 – March 2014).

2-1650     Number of Outpatient Transports for Specialty Appointments Completed (March 2013 – March 2014).

2-1651     CAG/FAQ/PBMS Report submitted for the months ending May 31, 2013, June 30, 2013, and March 31, 2013 (ADC230793 – ADC230820; ADC230821 – ADC230840; and, ADC267168 – ADC267197).

2-1652     CAG/FAQ/PBMS Report submitted for the months ending June 30, 2014 (revised), and July 31, 2014 (ADC425301 – ADC425326; and, ADC425328 – ADC425364).

2-1653     Health Needs Request Submission, Scheduled Appointments and Average Wait Times – Medical and Mental Health (May 2013 – March 2014).

2-1654     Health Needs Requests / Inmate Wait Times Reports for medical and mental health care, for the period from May 1, 2013 to March 31, 2014 (ADC122046 – ADC122048; ADC122057 – ADC122058; ADC122017; ADC231223 – ADC231224; ADC231227 – ADC231228; ADC231434; ADC153774 – ADC153776; ADC231060; ADC231062; ADC231088; ADC231090; ADC231116; ADC231118; ADC231165 – ADC231166; ADC231168 – ADC231169; ADC231438; ADC231214 – ADC231215; ADC231217 – ADC231218; ADC261648 – ADC231649; ADC231651 – ADC261652; ADC263288 – ADC263292; and, ADC267274 – ADC267279).

2-1655    Health Needs Requests / Inmate Wait Times Reports for medical and mental health care, for the period from April 1, 2014 through July 31, 2014 (ADC405658 – ADC405663; ADC405850 – ADC405851; ADC406046 – ADC406051; ADC425428 – ADC425433).

2-1656    Corizon Intake Reports for the period from April 2014 through July 2014 (ADC405724; ADC405927; ADC406133; and, ADC425475).

2-1657    Summary of Formal Medical Grievances Submitted, by Category (April 2013 – March 2014).

2-1658    Medical Grievance Reports for the period from March 2013 to March 2014 (ADC231316 – ADC231322; ADC231323 – ADC231324; ADC231325 – ADC231348; ADC153809 – ADC153815; ADC153816 – ADC153829; ADC231349 – ADC231354; ADC231355; ADC231379; ADC231401 – ADC231424; ADC231425 – ADC231430; ADC261708 – ADC261751; ADC263306 – ADC263334; and, ADC267297 – ADC267335).

2-1659    Medical Grievance Reports for the period from April 2014 through July 2014 (ADC405682 – ADC405720; ADC405876 – ADC405923; ADC406069 – ADC406129; and, ADC425459 – ADC425471).

2-1660    Total Number of Prescriptions Written and total Cost for Prescriptions (April 2013 – March 2014).

2-1661    Medication Reports for the period from April 2013 through March 2013 (ADC231890 – ADC231891; ADC118397 – ADC118406; ADC231892 – ADC231901; ADC153875 – ADC153884; ADC231902 – ADC231911; ADC155077 – ADC155086; ADC203051 – ADC203060; ADC231912 – ADC231921; ADC231922 – ADC231931; ADC261816 – ADC261825; ADC263371 – ADC263380; and, ADC267368 – ADC267377).

2-1662    Medication Reports for the period from April 2014 through July 2014 (ADC405750 – ADC405759; ADC405954 – ADC405963; ADC406162 – ADC406171; ADC425504 – ADC425513).

2-1663    Corizon and Wexford Staffing Comparison (ADC117105 – ADC117115).

2-1664    Summary of Corizon FTE's Providing Services at ADC Complexes (March 2013 – March 2014).

2-1665   Percentage of Licensed Corizon Medical Personnel Actually Working Per Month in Relation to the ADC-Corizon Contract Requirement (March 2013 – March 2014).

2-1666   Percentage of Licensed Corizon Mental Health Personnel Actually Working Per Month in Relation to the ADC-Corizon Contract Requirement (March 2013 – March 2014).

2-1667   Total Number of Corizon FTEs Working Per Month

2-1668   Corizon Staffing Reports for the period from March 4, 2013 through March 31, 2014 (ADC231821 – ADC231831; ADC231832 – ADC231842; ADC117064 – ADC117074; ADC121167 – ADC121178; ADC202975 – ADC202996; ADC202986 – ADC202996; ADC231843 – ADC231853; ADC231854 – ADC231864; ADC231867 – ADC231877; ADC231878 – ADC231888; ADC261802 – ADC261812; ADC263357 – ADC263367; and, ADC267354 – ADC267364).

2-1669   Corizon Staffing Reports for the period from April 2014 through July 2014 (ADC ADC405735 – ADC405745; ADC405939 – ADC405949; ADC406146 – ADC406156; and, ADC425488 – ADC425498).

2-1670   Compilation of periodically submitted Corizon Medical Malpractice Statistical Reports for the period from March 4, 2013 (ADC231932; ADC231933; ADC231934; ADC231935; ADC231936; ADC231937; ADC231938; and, ADC261826).

2-1671   Compilation of periodically submitted Corizon Certification/Licensing Update Reports for the period from March 4, 2013 (ADC231939; ADC261940; ADC231941; ADC231942; ADC261943; ADC231944; and, ADC231945).

2-1672   Final Corizon Clinical Data Reports for the period from April 2013 through March 2014 ADC230957 – ADC230982; ADC230983 – ADC231008; ADC231009 – ADC231034; ADC153749 – ADC153776; ADC231035 – ADC231062; ADC231063 – ADC231090; ADC231091 – ADC231118; ADC231119 – ADC231169; ADC320327 – ADC320397; ADC320466 – ADC320534; ADC320399 – ADC320464; and, ADC267201 – ADC267272).

2-1673      Corizon Clincial Data Report for the period from April 2014 through July 2014 (ADC405598 – ADC405646; ADC405790 – ADC405848; ADC405982 – ADC406044; and, ADC425368 – ADC425426).

2-1674      Corizon Emergency Transport Reports for the period from March 2013 through March 2014 (AGA_Review_00011906 – AGA_Review_00011913; ADC202930 – ADC202942; ADC122049 – ADC122056; ADC203000 – ADC203014; ADC153797 – ADC153804; ADC202943 – ADC202955; ADC155064 – ADC155073; ADC203044 – ADC203050; ADC231485 – ADC231490; ADC231491 – ADC231496; ADC261759 – ADC261765; ADC263342 – ADC263350; and, ADC267341 – ADC267349).

2-1675      Corizon Emergency Transport Reports for the period from April 2014 through July 2014 (ADC405726 – ADC405730; ADC405929 – ADC405934; ADC406135 – ADC406141; and, ADC425477 – ADC425483).

2-1676      Corizon Scheduled Outside Transport Reports for the period from May 2013 through March 2014 (ADC231449 – ADC231554; ADC231555 – ADC231572; ADC153858 – ADC153874; ADC231574 – ADC231642; ADC231646 – ADC231662; ADC231666 – ADC231708; ADC231716 – ADC231761; ADC231767 – ADC231817; ADC261767 – ADC261794; ADC263352 – ADC263355; and, ADC267351 – ADC267352).

2-1677      Corizon Scheduled Outside Transport Reports for the period from April 2014 through July 2014 (ADC405732 – ADC405733; ADC405936 – ADC405937; ADC406143 – ADC406144; and, ADC425485 – ADC425486).

2-1678      Final Corizon Quarterly Chronic Conditions Reports for the period from March 4, 2013 to March 31, 2014 (ADC229846 – ADC230238; ADC230244 – ADC230591; ADC230239 – ADC230243; and, ADC405463 – ADC405472).

2-1679      Corizon Quarterly Chronic Conditions Report for the quarter ending June 30, 2014 (ADC405520 – ADC405530).

2-1680      Final Corizon Quarterly Infection Disease Reports for the period from March 4, 2013 to March 31, 2014 (ADC230595 – ADC230603;

ADC230604 – ADC230612; ADC230613 – ADC230642; and, ADC405474 – ADC405483).

2-1681      Corizon Quarterly Infectious Disease Report for the quarter ending June 30, 2014 (ADC405532 – ADC405541).

2-1682      Corizon Quarterly Network Providers Directories for the period from March 4, 2013 through March 31, 2014 (ADC ADC153885 – ADC153891; ADC230645 – ADC230647; ADC230648 – ADC230655; ADC267144 – ADC267148).

2-1683      Corizon Quarterly Network Providers Directory for the quarter ending June 30, 2014 (ADC405543 – ADC405553).

2-1684      Corizon Quarterly Utilization Review Report for the period from July 1, 2013 through March 31, 2014 (ADC230658 – ADC230708; ADC203709 – ADC230747; and, ADC267150 – ADC267166).

2-1685      Corizon Quarterly Utilization Review Report for quarter ending June 30, 2014 (ADC405555 – ADC405572).

2-1686      Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC-Douglas – April to February 2014; and Corrected Health Services Monitoring Bureau MGAR Report with Corrective Action Plan for March 2014 (ADC088796 – ADC088813; ADC208607 – ADC208624; ADC208920 – ADC208937; ADC209211 – ADC209226; ADC209519 – ADC209533; ADC209821 – ADC209839; ADC210260 – ADC210288; ADC267460 – ADC267483; ADC267872 – ADC26895; ADC268344 – ADC268379; ADC268821 – ADC268836; and, ADC422286 – ADC422305).

2-1687      Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC-Eyman – April 2013 to February 2014; and Corrected Health Services Monitoring Bureau MGAR Report with Corrective Action Plan for March 2014 (ADC208270 – ADC208301; ADC208625 – ADC208658; ADC208938 – ADC208966; ADC209227 – ADC209254; ADC209534 – ADC209566; ADC209840 – ADC209887; ADC210289 – ADC210335; ADC267484 – ADC267524; ADC267896 – ADC267940; ADC268380 – ADC268428; ADC268837 – ADC268867; and, ADC422306 – ADC422338).

2-1688          Health Services Monitoring Bureau MGAR Monitoring Reports with
                Corrective Actions Plans for ASPC-Florence – April to February 2014; and
                Corrected Health Services Monitoring Bureau MGAR Report with
                Corrective Action Plan for March 2014 (ADC208302 – ADC208348;
                ADC208659 – ADC208694; ADC208967 – ADC209000; ADC209255 –
                ADC209294; ADC209567 – ADC209601; ADC209888 – ADC209947;
                ADC210336 – ADC210381; ADC267525 – ADC267568; ADC267941 –
                ADC267991; ADC268429 – ADC268483; ADC268868 – ADC268897;
                and, ADC422339 – ADC422373).

2-1689          Health Services Monitoring Bureau MGAR Monitoring Reports with
                Corrective Actions Plans for ASPC-Lewis – April 2013 to February 2014;
                and Corrected Health Services Monitoring Bureau MGAR Report with
                Corrective Action Plan for March 2014 (ADC208349 – ADC208377;
                ADC208695 – ADC208720; ADC209001 – ADC209026; ADC209295 –
                ADC209319; ADC209602 – ADC209636; ADC209948 – ADC209991;
                ADC210382 – ADC210432; ADC267569 – ADC267612; ADC267992 –
                ADC268038; ADC268484 – ADC268532; ADC268898 – ADC268929;
                and, ADC422374 – ADC422428).

2-1690          Health Services Monitoring Bureau MGAR Monitoring Reports with
                Corrective Actions Plans for ASPC-Perryville – April 2013 to February
                2014; and Corrected Health Services Monitoring Bureau MGAR Report
                with Corrective Action Plan for March 2014 (ADC208378 – ADC208422;
                ADC208721 – ADC208754; ADC209027 – ADC209060; ADC209320 –
                ADC209357; ADC209637 – ADC209672; ADC209992 – ADC210035;
                ADC210433 – ADC210478; ADC267613 – ADC267648; ADC268039 –
                ADC268088; ADC268533 – ADC268580; ADC268930 – ADC268959;
                and, ADC422429 – ADC422470).

2-1691          Health Services Monitoring Bureau MGAR Monitoring Reports with
                Corrective Actions Plans for ASPC-Phoenix – April 2013 to February
                2014; and Corrected Health Services Monitoring Bureau MGAR Report
                with Corrective Action Plan for March 2014 (ADC208423 – ADC208459;
                ADC208755 ADC208788; ADC209061 – ADC209085; ADC209358 –
                ADC209396; ADC209673 – ADC209705; ADC210036 – ADC210082;
                ADC210479 – ADC210524; ADC267649 – ADC267693; ADC268089 –
                ADC268141; ADC268581 – ADC268628; ADC268960 – ADC268990;
                and, ADC422471 – ADC422516).

2-1692      Health Services Monitoring Bureau MGAR Monitoring Reports with
            Corrective Actions Plans for ASPC – Safford – April 2013 to February
            2014; and Corrected Health Services Monitoring Bureau MGAR Report
            with Corrective Action Plan for March 2014 (ADC208460 – ADC208479;
            ADC208789 – ADC208804; ADC209086 – ADC209105; ADC209397 –
            ADC209413; ADC209706 – ADC209721; ADC210083 – ADC210103;
            ADC210525 – ADC210545; ADC267694 – ADC267717; ADC268142 –
            ADC268167; ADC268629 – ADC268652; ADC268991 – ADC269004;
            and, ADC422517 – ADC422531).

2-1693      Health Services Monitoring Bureau MGAR Monitoring Reports with
            Corrective Actions Plans for ASPC – Tucson – April 2013 to February
            2014; and Corrected Health Services Monitoring Bureau MGAR Report
            with Corrective Action Plan for March 2014 (ADC208480 – ADC208549;
            ADC208805 – ADC208860; ADC209106 – ADC209159; ADC209414 –
            ADC209463; ADC209722 – ADC209770; ADC210104 – ADC210178;
            ADC210546 – ADC210619; ADC267718 – ADC267785; ADC268168 –
            ADC2682420; ADC268653 – ADC268720; ADC269005 – ADC2690450;
            and, ADC422532 – ADC4225820).

2-1694      Health Services Monitoring Bureau MGAR Monitoring Reports with
            Corrective Actions Plans for ASPC – Winslow – April 2013 to February
            2014; and Corrected Health Services Monitoring Bureau MGAR Report
            with Corrective Action Plan for March 2014 (ADC208550 – ADC208574;
            ADC208861 – ADC208883; ADC209160 – ADC209175; ADC209464 –
            ADC209480; ADC209771 – ADC209785; ADC210179 – ADC210202;
            ADC210620 – ADC210653; ADC267786 – ADC267816; ADC268243 –
            ADC268277; ADC268721 – ADC268752; ADC269046 – ADC269061;
            and, ADC422583 – ADC422600).

2-1695      Health Services Monitoring Bureau MGAR Monitoring Reports with
            Corrective Actions Plans for ASPC – Yuma – April 2013 to February 2014;
            and Corrected Health Services Monitoring Bureau MGAR Report with
            Corrective Action Plan for March 2014 (ADC208575 – ADC208606;
            ADC208884 – ADC208919; ADC209176 – ADC209210; ADC209481 –
            ADC209518; ADC209786 – ADC209820; ADC210203 – ADC210259;
            ADC210654 – ADC210719; ADC267817 – ADC267871; ADC268278 –
            ADC268343; ADC268753 – ADC268820; ADC269062 – ADC269103;
            and, ADC422601 – ADC422642).

2-1696      Corizon letter, dated May 2, 2014, from Mark Jansen to Richard Pratt
            regarding Contract No. 130051DC (ADC320257).

2-1697      Corizon letter, dated June 12, 2014, from Mark Jansen to Richard Pratt
            regarding Contract No. 130051DC (ADC320261).

2-1698      ADC Procurement Services letter dated June 17, 2014, from Leon George
            to Woodrow A. Myers, Jr., M.D., with attachments, regarding Contract No.
            ADOC13-041943/ADC No. 130051DC (ADC334032 – ADC334040).

2-1699      E-mail, dated November 13, 2013, from Arthur Gross to Melissa Gluntz
            and Vickie Bybee, with attachment, regarding September Monthly Offset
            Report (ADC383448 – ADC383464).

2-1700      E-mail, dated November 19, 2013, from Arthur Gross to Charles Ryan,
            with attachment, regarding September Staffing Offset Payment
            (ADC383470 – ADC383471).

2-1701      E-mail, dated December 2, 2013 from Melissa Gluntz to Arthur Gross and
            Amy Landry, with attachments, regarding 1st revision – September 2013
            Staffing Vacancy Offset Calculation (ADC383473 – ADC384255).

2-1702      E-mail, dated December 2, 2013 from Amy Landry to Melissa Gluntz, with
            attachment, regarding October 2013 Staffing Vacancy Offset Calculation
            (ADC384256 – ADC384268).

2-1703      E-mail, dated December 24, 2013, from Melissa Gluntz to Arthur Gross
            and Amy Landry, with attachments, regarding November 2013 Staffing
            Vacancy Offset Calculation (ADC384275 – ADC384656).

2-1704      E-mail, dated January 7, 2014, from Arthur Gross to Amy Landry and
            Melissa Gluntz, regarding November 2013 Staffing Vacancy Offset
            Calculation (ADC385422 – ADC385436).

2-1705      E-mail, dated January 30, 2014, from Melissa Gluntz to Arthur Gross and
            Amy Landry, with attachments, regarding December 2013 Staffing
            Vacancy Offset Calculation (ADC385443 – ADC385869).

2-1706      E-mail, dated January 30, 2014, from Melissa Gluntz to Arthur Gross and
            Amy Landry, with attachments, regarding 1st revision – November 2013
            Staffing Vacancy Offset Calculation (ADC385870 – ADC386637).

2-1707      E-mail, dated February 7, 2014 from Charles Ryan to Jacob Gable and
            Arthur Gross regarding December 2013 Staffing Vacancy Offset
            Calculation (ADC388266 – ADC388267).

2-1708      E-mail, dated February 27, 2014 from Marguerite Ulses to Amy Landry
            and Richard Pratt, with attachments, regarding January 2014 Staffing
            Vacancy Offset Calculation (ADC388272 – ADC388687).

2-1709      E-mail, dated February 27, 2014 from Marguerite Ulses to Amy Landry
            and Richard Pratt, with attachments, regarding 1st revision – December
            2013 Staffing Vacancy Offset Calculation (ADC388688 – ADC389483).

2-1710      E-mail, dated February 27, 2014 from Marguerite Ulses to Amy Landry
            and Richard Pratt, with attachments, regarding 2nd revision – November
            2013 Staffing Vacancy Offset Calculation (ADC389484 – ADC390619).

2-1711      E-mail, dated March 11, 2014, from Richard Evitch to Charles Ryan, with
            attachments, regarding January 2014 Staffing Vacancy Offset Calculation
            (ADC391104 – ADC391520).

2-1712      E-mail, dated March 26, 2014 from Marguerite Ulses to Amy Landry and
            Richard Pratt, with attachments, regarding 1st revision  –  January 2014
            Staffing Vacancy Offset Calculation (ADC391542 – ADC392296).

2-1713      E-mail, dated March 26, 2014 from Marguerite Ulses to Amy Landry and
            Richard Pratt, with attachments, regarding 2nd revision – December 2013
            Staffing Vacancy Offset Calculation (ADC392297 – ADC393477).

2-1714      E-mail, dated February 27, 2014 from Marguerite Ulses to Amy Landry
            and Richard Pratt, with attachments, regarding February 2014 Staffing
            Vacancy Offset Calculation (ADC393478 – ADC393859).

2-1715      E-mail, dated April 4, 2014, from Richard Pratt to Charles Ryan, with
            attachment regarding January & February Staffing Offset Calculation
            (ADC396834 – ADC396847).

2-1716      E-mail, dated April 10, 2014, from Charles Ryan to Richard Pratt, Richard
            Evitch and Amy Landry, with attachment, regarding January & February
            Staffing Offset Calculation (ADC396922 – ADC396936).

2-1717    E-mail, dated April 30, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding 1st revision – February 2014 Staffing Vacancy Offset Calculation (ADC396962 – ADC397715).

2-1718    E-mail, dated April 30, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding March 2014 Staffing Vacancy Offset Calculation (ADC397716 – ADC398115).

2-1719    E-mail, dated May 23, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding 1st Revision – March 2014 Staffing Vacancy Offset Calculation (ADC399818 – ADC400611).

2-1720    E-mail, dated May 23, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding April 2014 Staffing Vacancy Offset Calculation (ADC400612 – ADC401055).

2-1721    E-mail, dated May 23, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding 2nd Revision – February 2014 Staffing Vacancy Offset Calculation (ADC401056 – ADC402173).

2-1722    E-mail, dated June 20, 2014 from Charles Ryan to Richard Pratt, with attachment, regarding April 2014 Staffing Vacancy Offset Calculations (ADC402694 – ADC402709).

2-1723    E-mail, dated June 23, 2013 from Amy Landry to Melissa Gluntz, with attachments regarding April Offset (ADC402710 – ADC402729).

2-1724    E-mail, dated May 23, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding 1st Revision – April 2014 Staffing Vacancy Offset Calculation (ADC402732 – ADC403823).

2-1725    E-mail, dated May 23, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding 2nd Revision – March 2014 Staffing Vacancy Offset Calculation (ADC403824 – ADC405012).

2-1726    E-mail, dated June 26, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding May 2014 Staffing Vacancy Offset Calculations (ADC405013 – ADC405433).

2-1727    Summary of ADC medical records for Maryanne Chisholm, #200825 (DRAFT PROVIDED).

2-1728        Summary of ADC Health Care Encounters for Maryanne Chisholm

2-1729        ADC medical, prescription and outside consultation records for Maryanne
              Chisholm, #200825 (ADC071361 – ADC071393; ADC123341 –
              ADC12378; ADC130364 – ADC130719; ADC229674 – ADC229745;
              ADC262608 – ADC262632; ADC130345 – ADC13063; ADC262633 –
              ADC262636; ADC262637 – ADC262641).

2-1730        Medical Records obtained by Defendants from the CCA Central Arizona
              Detention Center for Maryanne Chisholm, #200825 (ADC084454 –
              ADC084700).

2-1731        Summary of ADC medical records for Robert Gamez, #131401 (DRAFT
              PROVIDED).

2-1732        Summary of ADC Health Care Encounters for Robert Gamez

2-1733        ADC medical, prescription and outside consultation records for Robert
              Gamez, #131401 (ADC000287 – ADC001255; ADC197568 –
              ADC198101; ADC262643 – ADC262713; ADC197533 – ADC197567;
              ADC262786 – ADC262789; and, ADC262790 – ADC262796).

2-1734        Medical Records obtained by Defendants from University Medical Center
              for Robert Gamez, #131401 (ADC074441 – ADC074577).

2-1735        Summary of ADC medical records for Joseph Hefner, #203653 (DRAFT
              PROVIDED).

2-1736        Summary of ADC Health Care Encounters for Joseph Hefner

2-1737        ADC medical, prescription, and outside consultation records for Joseph
              Hefner, #203653 (ADC005070 – ADC005142; ADC005143 –
              ADC005176; ADC005177 – ADC005374; ADC073799 – ADC073889;
              ADC122290 – ADC122337; ADC231990 – ADC232053; ADC262799 –
              ADC262820; ADC198119 – ADC198123; ADC262822 – ADC262823;
              and, ADC262824 – ADC262842).

2-1738        Medical Records obtained by Defendants for Joseph Hefner, #203653, from
              George R. Reiss, M.D., P.C. (ADC074588 – ADC074628).

2-1739        Medical Records obtained by Defendants for Joseph Hefner, #203653, from
              Southwest Eye Center (ADC074629 – ADC074715).

2-1740        Medical Records obtained by Defendants for Joseph Hefner, #203653, from Arizona Eye Consultants (ADC074578 – ADC074587).

2-1741        Summary of ADC medical records for Shawn Jensen, #032465 (DRAFT PROVIDED).

2-1742        Summary of ADC Health Care Encounters for Shawn Jensen

2-1743        ADC medical, prescription, and outside consultation records for Shawn Jensen, #032465 (ADC004374 – ADC005069; ADC073108 – ADC073149; ADC123280 – ADC123340; ADC123379 – ADC123383; ADC222242 – ADC222310; ADC262915 – ADC262958; ADC130329 – ADC130339; ADC262843 – ADC262844; and, ADC262845 – ADC262870).

2-1744        Medical Records obtained by Defendants from Accurate Urology for Shawn Jensen, #032465 (ADC074743 – ADC074769; ADC074770 – ADC074873; and, ADC074888 – ADC074959).

2-1745        Medical Records obtained by Defendants from the University of Arizona Medical Center for Shawn Jensen, #032465 (ADC084701 – ADC084878).

2-1746        Summary of ADC medical records for Desiree Licci, #150051 (DRAFT PROVIDED).

2-1747        Summary of ADC Health Care Encounters for Desiree Licci

2-1748        ADC medical, prescription, and outside consultation records for Desiree Licci, #150051 (ADC005375 – ADC005958; ADC071574 – ADC071678; ADC122669 – ADC122719; ADC203311 – ADC203314; ADC227864 – ADC227923; ADC262959 – ADC263026; ADC198137 – ADC198147; ADC263027 – ADC263029; and, ADC263030 – ADC263043) .

2-1749        Medical Records obtained by Defendants from Affiliated Southwest Surgeons for Desiree Licci, #150051 (ADC074960 – ADC074972) .

2-1750        Summary of ADC medical records for Joshua Polson, #187716 (DRAFT PROVIDED).

2-1751        Summary of ADC Health Care Encounters for Joshua Polson

2-1752     ADC medical, prescription, and outside consultation records for Joshua Polson, #187716 (ADC005959 – ADC006564; ADC071742 – ADC071793; ADC122338 – ADC122370; ADC232142 – ADC232207; ADC263386 – ADC263421; ADC130288 – ADC130308; ADC263044 – ADC263046; and, ADC263047).

2-1753     Medical Records obtained by Defendants from Maricopa County Correctional Health Services for Joshua Polson, #187716 (ADC107603 – ADC107671).

2-1754     Summary of ADC medical records for Sonia Rodriguez, #103830 (DRAFT PROVIDED).

2-1755     Summary of ADC Health Care Encounters for Sonia Rodriguez

2-1756     ADC medical, prescription, and outside consultation records for Sonia Rodriguez, #103830 (ADC008538 – ADC010121; ADC073890 – ADC074120; ADC122371 – ADC122464; ADC123384 – ADC123389; ADC227553 – ADC227644; ADC263048 – ADC263050; ADC263051 – ADC263070;;ADC123256 – ADC123279; ADC263071 – ADC263074; and ADC263075 – ADC263078).

2-1757     Medical Records obtained by Defendants from the Maricopa Integrated Health System for Sonia Rodriguez, #103830 (ADC074976 – ADC076190).

2-1758     Medical Records obtained by Defendants' from West Valley Hospital for Sonia Rodriguez, #103830 (ADC076191 – ADC076218).

2-1759     Medical Records obtained by Defendants from Magellan of Arizona for Sonia Rodriguez, #103830 (ADC091464 – ADC091471).

2-1760     Summary of ADC medical records for Jeremy Smith, #129438 (DRAFT PROVIDED).

2-1761     Summary of ADC Health Care Encounters for Jeremy Smith

2-1762     ADC medical, prescription, and outside consultation records for Jeremy Smith, #129438 (ADC007145 – ADC007439; ADC074121 – ADC074213; ADC127376 – ADC127381; ADC227924 – ADC227999; ADC265922 – ADC265962; ADC127370 – ADC127375; ADC263079 – ADC263081; and, ADC263082).

2-1763        Medical Records obtained by Defendants from Maricopa County
              Correctional Health Services for Jeremy Smith, #129438 (ADC117587 –
              ADC117630).

2-1764        Summary of ADC medical records for Stephen Swartz, #102486 (DRAFT
              PROVIDED).

2-1765        Summary of ADC Health Care Encounters for Stephen Swartz

2-1766        ADC medical, prescription, and outside consultation records for Stephen
              Swartz, #102486 (ADC001259 – ADC001397; ADC001398 –
              ADC002280; ADC071794 – ADC071919; ADC122465 – ADC122565;
              ADC133867 – ADC134306; ADC134307 – ADC134801; ADC198179 –
              ADC198473; ADC232054 – ADC232136; ADC263085 – ADC263100;
              ADC198157 – ADC198178; ADC263101 – ADC263103; and,
              ADC263104 – ADC263112).

2-1767        Medical Records obtained by Defendants from West Valley Hospital for
              Steven Swartz, #102486 (ADC082335 – ADC082494).

2-1768        Medical Records obtained by Defendants from the Maricopa Integrated
              Health System for Stephen Swartz, #102486 (ADC076220 – ADC076282).

2-1769        Medical Records obtained by Defendants from the maintained by
              University of Arizona Medical Center for Stephen Swartz, #102486
              (ADC076283 – ADC076323).

2-1770        Summary of ADC medical records for Jackie Thomas, #211267 (DRAFT
              PROVIDED).

2-1771        Summary of ADC Health Care Encounters for Jackie Thomas

2-1772        ADC medical, prescription, and outside consultation records for Jackie
              Thomas, #211267 (ADC007440 – ADC008295; ADC070949 –
              ADC071360; ADC122921 – ADC122973; ADC229746 – ADC229801;
              ADC263422 – ADC263448; ADC198477 – ADC198491; ADC263113 –
              ADC263115; and, ADC263116 – ADC263118).

2-1773        Summary of ADC medical records for Christina Verduzco, #205578
              (DRAFT PROVIDED).

2-1774        Summary of ADC Health Care Encounters for Christina Verduzco

2-1775     ADC medical, prescription, and outside consultation records for Christina Verduzco, #205578 (ADC002289 – ADC004373; ADC082495 – ADC082671; ADC122720 – ADC122866; ADC123390 – ADC123400; ADC256786 – ADC256879; ADC256880 – ADC257089; ADC263123 – ADC263165; ADC198494 – ADC198520; ADC263166 – ADC263169; and, ADC263170 – ADC263171).

2-1776     Medical Records obtained by Defendants from the Arizona State Hospital for Christina Verduzco, #205576 (ADC121331 – ADC122074).

2-1777     Summary of ADC medical records for Charlotte Wells, #247188 (DRAFT PROVIDED).

2-1778     Summary of ADC Health Care Encounters for Charlotte Wells

2-1779     ADC medical, prescription, and outside consultation records for Charlotte Wells, #247188 (ADC006565 – ADC007144; ADC071920 – ADC071950; ADC122867 – ADC122920; ADC134802 – ADC135377; ADC198552 – ADC198953; ADC227783 – ADC227863; ADC263172 – ADC263202; ADC198533 – ADC198551; ADC265909 – ADC265911; ADC263203 – ADC263216).

2-1780     Medical Records obtained by Defendants from Affiliated Cardiologists for Charlotte Wells, #247188 (ADC082672 – ADC082696).

2-1781     Medical Records obtained by Defendants from Maryvale Hospital for Charlotte Wells, #247188 (ADC091490 – ADC091591).

2-1782     Medical Records obtained by Defendants from West Valley Hospital for Charlotte Wells, #247188 (ADC091592 – ADC091666).

2-1783     ADC medical, prescription, and outside consultation records for Dustin Brislan, #164993 (ADC008296 – ADC008537; ADC073455 – ADC073798; ADC122075 – ADC122218; ADC123225 – ADC123251; ADC123241 – ADC123251; ADC232208 – ADC232210; ADC262605 – ADC262607).

2-1784     ADC Report of outside medical care billings and amounts paid for named Plaintiffs during the period from FY2009 through February 26, 2012 (ADC139880 – ADC139900).

2-1785        Medical Grievances for Maryanne Chisholm, #200825 (ADC017905 – ADC017906; and, ADC263449 – ADC263450).

2-1786        Medical Grievances for Robert Gamez, #131401, (ADC017486 – ADC017879; ADC018007 – ADC018045; and, ADC263451 – ADC263623).

2-1787        Medical Grievances for Joseph Hefner, #203653, (ADC016874 – ADC017217; ADC018046 – ADC018071; and, ADC263624 – ADC263698).

2-1788        Medical Grievances for Shawn Jensen, #032465 (ADC017908).

2-1789        Medical Grievances for Desiree Licci, #150051 (ADC017880 – ADC017904; ADC018142 – ADC018164; and, ADC263699 – ADC263701).

2-1790        Medical Grievances for Joshua Polson, #187716 (ADC017218 – ADC017485; ADC017954 – ADC017983; and, ADC263702 – ADC263711).

2-1791        Medical Grievances for Sonia Rodriguez, #103830 (ADC017916 – ADC017917).

2-1792        Medical Grievances for Jeremy Smith, #129438 (ADC016449 – ADC016499; ADC017984 – ADC018006; and, ADC263712 – ADC263739).

2-1793        Medical Grievances for Stephen Swartz, #102486 (ADC016500 – ADC016674; ADC018072 – ADC018104; ADC074289 – ADC074295; and, ADC263740 – ADC263751).

2-1794        Medical Grievances for Jackie Thomas, #211267 (ADC017918).

2-1795        Medical Grievances for Christina Verduzco, #205576 (ADC017907).

2-1796        Medical Grievances for Charlotte Wells, #247188 (ADC017909 – ADC017915 and ADC263752 – ADC263757).

2-1797        ADC Criminal Investigations Unit Report No. 2011030062 regarding Vincent Accardo, #232539 (ADC032045 - ADC032185).

2-1798      ADC pharmacy records for Christina Acker, #078733 (ADC107990 - ADC107995).

2-1799      Excerpt from ADC medical file for Christina Acker, #078733, selected during Brie Williams's site inspection at ASPC-Perryville (ADC166280 - ADC166282).

2-1800      ADC medical file for Clifton Adams, #115864, for the period from July 1, 2012 to December 27, 2013 (ADC_P004135 - ADC_P004335).

2-1801      ADC medical file for Alvin Adamson, #190119, for the period from July 1, 2012 to January 10, 2014 (ADC_P004336 - ADC_P004505).

2-1802      ADC medical file for Ruben Adrian, #154717, for the period from January 1, 2011 to April 1, 2014 (ADC232516 - ADC232732; and, ADC293695 - ADC293763).

2-1803      ADC medical file for Eliseo Aguilar, #081409, for the period from January 1, 2011 to November 11, 2013 (ADC425610 - ADC425952).

2-1804      ADC Mortality Review regarding Robert Akers, #242962 (ADC138556 - ADC138560).

2-1805      ADC medical file for Buthana Alkhafaji, #278418, for the period from February 11, 2013 to October 11, 2013; and, July 30, 2013 to April 1, 2014 (ADC425953 - ADC426057; ADC285596 - ADC285620).

2-1806      Excerpt from ADC medical file for Bernard Allen, #141779, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136420 - ADC136422).

2-1807      ADC medical file for Bernard Allen, #141779, for the period from January 1, 2011 to April 1, 2014 (ADC269440 - ADC269644; and, ADC293764 - ADC293794).

2-1808      ADC medical file for Daniel Allen, #276661, for the period from November 28, 2012 to October 7, 2013 (ADC171304 - ADC171397; ADC293795 - ADC293824).

2-1809      ADC Criminal Investigations Unit Report No. 2011020134 regarding Dwight Allsup, #254717 (ADC061490 - ADC061648).

2-1810        ADC medical file for Angelo Almanza, #235415, for the period from January 1, 2011 to April 1, 2014 (ADC232733 - ADC232829; and, ADC285621 - ADC285858).

2-1811        ADC medical file for Robert Aloia, #070520, for the period from January 1, 2011 to April 1, 2014 (ADC194793 - ADC194981; and, ADC293825 - ADC293860).

2-1812        ADC Master Record File for Robert Aloia, #070520, for the period from November 8, 2013 to April 1, 2014 (ADC370168 - ADC370182).

2-1813        ADC medical file for Carlos Alvarado, #050444, for the period from January 1, 2012 to April 1, 2014 (ADC171398 - ADC171492; and, ADC285859 - ADC285900).

2-1814        ADC Criminal Investigations Unit Report No. 2012020233 regarding Augustine Alvarez, #085367 (ADC190639 - ADC190780).

2-1815        ADC Mortality Review regarding Augustine Alvarez, #085367 (ADC138361 - ADC138365).

2-1816        ADC medical file for Mark Alvarez, #182500, for the period from November 8, 2013 to April 1, 2014 (ADC367681 - ADC367714).

2-1817        ADC Master Record File for Mark Alvarez, #182500, up through April 1, 2014 (ADC162660 - ADC162865; and, ADC282438 - ADC282442).

2-1818        ADC medical file for Jose Jacobo Amaya-Ruiz, #057279, for the period from January 1, 2011 to April 1, 2014 (ADC171493 - ADC171644; and, ADC293861 - ADC293935).

2-1819        ADC medical file for Wayne Ammirato, #094836, for the period from January 1, 2011 to April 1, 2014 (ADC340612 - ADC341648; and, ADC361556 - ADC361821).

2-1820        ADC medical file for Deon Anderson, #262770, for the period from July 24, 2013 to April 1, 2014 (ADC367715 - ADC367716).

2-1821        ADC Master Record File for Deon Anderson, #262770, for the period from November 8, 2012 to April 1, 2014 (ADC370183 - ADC370187).

2-1822     Excerpt from ADC medical file for Ira Anderson, #062997, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154566 - ADC154574).

2-1823     ADC medical file for Ira Anderson, #062997, for the period from August 15, 2013 to April 1, 2014 (ADC294159 - ADC294554).

2-1824     ADC medical file for Rusty Anderson, #222642, for the period from October 9, 2012 to October 9, 2013 (ADC335186 - ADC335516; ADC335517 - ADC335739; ADC335740 - ADC335983; and, ADC335984 - ADC336209).

2-1825     ADC Mortality Review regarding Rusty Anderson, #222642 (ADC364137 - ADC364140).

2-1826     BJS State Prison Inmate Death Report regarding Rusty Anderson, #222642 (ADC406219 - ADC406221).

2-1827     Pima County Medical Examiner's Office report regarding Rusty Anderson, #222642 (ADC422651 - ADC422660).

2-1828     Excerpt from ADC medical file for Virginia Anderson, #265961, selected during Brie Williams's site inspection at ASPC-Perryville (ADC166273 - ADC166278).

2-1829     ADC medical file for Virginia Anderson, #265961, July 30, 2013 to April 1, 2014 (ADC135725 - ADC135965; ADC367717 - ADC368156; ADC370188 - ADC370194).

2-1830     ADC medical file for Sergio Andrade, #195824, for the period from January 1, 2011 to April 1, 2014 (ADC171645 - ADC171877; and, ADC361822 - ADC361925).

2-1831     ADC medical file for Johanna Andrews, #236364, for the period from January 1, 2011 to April 1, 2014 (ADC232830 - ADC232967; and, ADC294555 - ADC294622).

2-1832     ADC medical file for Brandon Antonides, #153201, for the period from January 1, 2011 to April 1, 2014 (ADC194982 - ADC195088; and, ADC309664 - ADC309694).

2-1833      ADC Master Record File for Brandon Antonides, #153201, for the period from November 8, 2013 to April 1, 2014 (ADC370195 - ADC370196).

2-1834      ADC medical file for Ray Arce, #151480, for the period from January 1, 2011 to April 1, 2014 (ADC171878 - ADC173761; and, ADC294623 - ADC294738).

2-1835      ADC medical file for Mike Archibeque, #092371, for the period from November 8, 2013 to April 1, 2014 (ADC368157 - ADC368160).

2-1836      ADC Master Record File for Mike Archibeque, #092371, up through April 1, 2014 (ADC162866 - ADC163257; and, 2436ADC282443 - ADC282447).

2-1837      ADC medical file for Dixie Arguello, #269814, for the period from February 21, 2012 to August 27, 2012 (ADC041302 - ADC041459).

2-1838      ADC Criminal Investigations Unit Report No. 2012010352 regarding Dixie Arguello, #269814 (ADC084985 - ADC085338).

2-1839      ADC Administrative Investigations Unit Report No. 2012-0970 regarding Dixie Arguello, #269814 (ADC190781 - ADC190929).

2-1840      ADC Mortality Review regarding Dixie Arguello, #269814 (ADC138526 - ADC138530).

2-1841      ADC medical file for Emmanuel Arline, #198483, for the period from October 18, 2012 to October 18, 2013 (ADC336210 - ADC336261).

2-1842      ADC Administrative Investigations Unit Report No. 2013-1540 regarding Emmanuel Arline, #198483 (ADC423283 - ADC423714).

2-1843      ADC Mortality Review regarding Emmanuel Arline, #198483 (ADC335106 - ADC335109).

2-1844      BJS State Prison Inmate Death Report regarding Emmanuel Arline, #198483 (ADC406201 - ADC406203).

2-1845      Pinal County Medical Examiner's Office report regarding Emmanuel Arline, #198483 (ADC422661 - ADC422670).

2-1846 ADC medical file for Christopher Armendariz, #241762, for the period from January 1, 2011 to April 1, 2014 (ADC233198 - ADC233309; and, ADC309695 - ADC309745).

2-1847 Smallwood Prison Dental Services' Correctional Dental Software Patient Report for Christopher Armendariz, #241762 (ADC_D002507).

2-1848 ADC medical file for David Armijo, #232734, for the period from January 1, 2011 to April 1, 2014 (ADC_P000001 - ADC_P000164; and, ADC309746 - ADC309795).).

2-1849 Excerpt from ADC medical file for Terry Atkins, #176929, selected during Pablo Stewart's site inspection at ASPC-Phoenix (ADC136917 - ADC136929).

2-1850 Selected ADC mental health observation records regarding Terry Atkins, #176929, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171183 - ADC171187).

2-1851 ADC medical file for Terry Atkins, #176929, for the period from January 1, 2011 to October 3, 2013 (ADC173762 - ADC174559).

2-1852 Excerpt from ADC medical file for Frank Atwood, #062887, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154575 - ADC154587).

2-1853 ADC medical file for Louis Avanzi, #104515, for the period from January 1, 2009 to April 1, 2014 (ADC203836 - ADC203915; and, ADC368161 - ADC368215).

2-1854 ADC medical file for Jason Avery, #269351, for the period from January 1, 2011 to April 1, 2014 (ADC174560 - ADC174583; and, ADC361926 - ADC361988).

2-1855 ADC Master Record File for Jacob Avila, #217766, up through April 1, 2014 (ADC163258 - ADC163447; and, ADC282448 - ADC282455).

2-1856 ADC medical file for Mark Bable, #064965, for the period from January 1, 2011 to April 1, 2014 (ADC426058 - ADC426374; and, ADC309796 - ADC310157).

2-1857     ADC Criminal Investigations Unit Report No. 2012030093 regarding
           Candelario Baca, #039760 (ADC061649 - ADC061723).

2-1858     ADC Mortality Review regarding Candelario Baca, #039760 (ADC138216
           - ADC138220).

2-1859     Maricopa County Office of the Medical Examiner's Photographs regarding
           Candelario Baca, #039760 (ADC067194 - ADC067220).

2-1860     Excerpt from ADC medical file for Little Baca, #065723, selected during
           Pablo Stewart's site inspection at ASPC-Eyman (ADC136423 -
           ADC136426).

2-1861     ADC Criminal Investigations Unit Report No. 2012040166 regarding
           Edward Baeza, #0438508 (ADC061732 - ADC061739).

2-1862     ADC medical file for Georgia Baker, #187801, for the period from January
           1, 2011 to April 1, 2014 (ADC341649 - ADC341872; and, ADC341873 -
           ADC341918).

2-1863     ADC Criminal Investigations Unit Report No. 2011030235 regarding Louis
           Balon, #110078 (ADC038909 - ADC039085).

2-1864     ADC Mortality Review regarding Louis Balon, #110078 (ADC211587 -
           ADC211591).

2-1865     Excerpt from ADC medical file for Sandra Banks, #276868, selected during
           Brie Williams's site inspection at ASPC-Perryville (ADC136763 -
           ADC136769).

2-1866     ADC medical file for Sandra Banks, #276868, for the period from
           December 5, 2012 to January 27, 2014 (ADC204043 - ADC204241; and,
           ADC321915 - ADC321992).

2-1867     ADC medical file for Mike Barnes, #256088, for the period from January 1,
           2011 to August 21, 2013 (ADC426375 - ADC426436).

2-1868     ADC medical file for Cody Barr, #279899, for the period from April 9,
           2013 to August 19, 2013 (ADC163994 - ADC164037).

2-1869      ADC medical file for Manual Barron, #270030, for the period from February 29, 2012 to April 1, 2014 (ADC233310 - ADC233388; and, ADC310357 - ADC310482).

2-1870      Smallwood Prison Dental Services' Correctional Dental Software Patient Report for Shawna Bartman, #155161 (ADC_D002514).

2-1871      ADC medical file for Harold Batista, #270988, for the period from September 25, 2012 to September 25, 2013 (ADC215616 - ADC215671).

2-1872      BJS State Prison Inmate Death Report regarding Harold Batista, #270988 (ADC406237 - ADC406239).

2-1873      ADC medical file for Leonard Bean, #159352, for the period from January 1, 2011 to April 1, 2014 (ADC204242 - ADC204347; and, ADC368216 - ADC368249).

2-1874      ADC Master Record File for Leonard Bean, #159352, for the period from November 8, 2013 to April 1, 2014 (ADC370197 - ADC370213).

2-1875      ADC Master Record File for Thaddeaus Beasley, #111724, up through April 1, 2014 (ADC163448 - ADC163885; and, ADC282456 - ADC282461).

2-1876      Excerpt from ADC medical file for Steven Beaver, #146308, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143567 - ADC143577).

2-1877      Excerpt from ADC medical file for Steven Beaver, #146308, selected during Robert Cohen's site inspection at ASPC-Lewis (ADC200172 - ADC200176).

2-1878      ADC medical file for Steven Beaver, #146308, for the period from January 1, 2011 to April 1, 2014 (ADC426437 - ADC426517; and, ADC285925 - ADC286053).

2-1879      Excerpt from ADC medical file for Harold Becker, #082114, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136427).

2-1880      ADC medical file for Harold Becker, #082114, for the period from January 1, 2011 to April 1, 2014 (ADC269645 - ADC269857; and, ADC334706 - ADC334758).

2-1881          Excerpt from ADC medical file for Anthony Bedoy, #154032, selected
               during Pablo Stewart's site inspection at ASPC-Eyman (ADC136428 -
               ADC136431).

2-1882          ADC medical file for Anthony Bedoy, #154032, for the period from
               January 1, 2011 to April 1, 2014 (ADC426518 - ADC426803; and,
               ADC294807 - ADC294947).

2-1883          Excerpt from ADC medical file for Jeremy Begay, #273183, selected
               during Craig Haney's site inspection at ASPC-Florence (ADC136723).

2-1884          ADC medical file for Jeremy Begay, #273183, for the period from January
               1, 2011 to April 1, (ADC174584 - ADC174793; and, ADC368250 -
               ADC368363).

2-1885          ADC Master Record File for Jeremy Begay, #273183, up through April 1,
               2014 (ADC138007 - ADC138027; and, ADC282462 - ADC282476).

2-1886          ADC Mortality Review regarding Timothy Ben, #186585 (ADC138451 -
               ADC138455).

2-1887          ADC dental records for Dean Benally, #040733, for the period from
               January 1, 2011 to November 11, 2013 (ADC_D000021 - ADC_D000027;
               and, ADC_D002527 - ADC_D002605).

2-1888          Excerpt from ADC medical file for James Bennett, #237279, selected
               during Pablo Stewart's site inspection at ASPC-Yuma (ADC137061 -
               ADC137066).

2-1889          ADC medical file for James Bennett, #237279, for the period from May 25,
               2011 to April 1, 2014 (ADC174794 - ADC174948; and, ADC310695 -
               ADC310961).

2-1890          Excerpt from ADC medical file for Jonathan Bertanelli, #047835, selected
               during Robert Cohen's site inspection at ASPC-Lewis (ADC200177 -
               ADC200179).

2-1891          ADC medical file for Jonathan Bertanelli, #047835, for the period from
               January 1, 2011 to April 1, 2014 (ADC341919 - ADC343268; ADC343269
               - ADC343796; and, ADC362031 - ADC362348).

2-1892    Excerpt from ADC medical file for Raymond Bianco, #083876, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143578 - ADC143593).

2-1893    ADC medical file for Raymond Bianco, #083876, for the period from January 1, 2011 to August 26, 2013 (ADC426804 - ADC427020).

2-1894    Excerpt from ADC medical file for William Bianco, #197229, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137067 - ADC137070).

2-1895    ADC medical file for William Bianco, #197229, for the period from January 11, 2011 to April 1, 2014 (ADC165882 - ADC165968; and, ADC310969 - ADC311156).

2-1896    Excerpt from ADC medical file for Henry Billings, #218617, selected during Pablo Stewart's site inspection at ASCP-Eyman (ADC136432 - ADC136450).

2-1897    ADC medical file for Henry Billings, #218617, for the period from June 23, 2012 to June 23, 2013 (ADC215672 - ADC215777; and, ADC340336 – ADC340381).

2-1898    ADC Mortality Review regarding Henry Billings, #218617 (ADC361539 - ADC361542).

2-1899    BJS State Prison Inmate Death Report regarding Henry Billings, #218617 (ADC406213 - ADC406215).

2-1900    Excerpt from ADC medical file for Gary Bivens, #043630, selected during Brie Williams's site inspection at ASPC-Eyman (ADC155101 - ADC155114).

2-1901    ADC medical file for Gary Bivens, #043630, for the period from April 1, 2013 to April 1, 2014 (ADC311192 - ADC311358).

2-1902    Excerpt from ADC medical file for Curtis Bivens, #073424, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154588 - ADC154591).

2-1903    ADC Mortality Review regarding Christina Black, #145562 (ADC211592 - ADC211596).

2-1904      ADC Psychological Autopsy regarding Christina Black, #145562
            (ADC211747 - ADC211760).

2-1905      Forwarded e-mail, sent at 9:37 am on February 15, 2013, by Jeff Hodd to
            Judy Frigo, Ernest Trujillo, and Robert Patton regarding Black 145562 after
            action (AGA_Review_00101204 - AGA_Review_00101208).

2-1906      ADC medical file for Chase Blackshear, #208994, for the period from
            January 1, 2009 to April 1, 2014 (ADC204535 - ADC204600; and,
            ADC368364 - ADC368389).

2-1907      ADC Master Record File for Chase Blackshear, #208994, for the period
            from November 8, 2013 to April 1, 2014 (ADC370214 - ADC370218).

2-1908      Excerpt from ADC medical file for Michael Bledsoe, #250167, selected
            during Pablo Stewart's site inspection at ASPC-Yuma (ADC137071 -
            ADC137076).

2-1909      Excerpt from ADC medical file for Robert Bond, #276234, selected during
            Pablo Stewart's site inspection at ASPC-Yuma (ADC137077 -
            ADC137081).

2-1910      ADC medical file for Robert Bond, #276234, for the period from January 1,
            2011 to January 16, 2014 (ADC211774 - ADC211935).

2-1911      ADC Criminal Investigations Unit Report No. 2011030268 regarding
            Byron Bochert, #185366 (ADC190930 - ADC191062).

2-1912      ADC dental records for Blaine Bozzo, #207036, for the period from
            January 1, 2009 to August 26, 2013 (ADC170057 - ADC170069and,
            ADC145845 - ADC145851).

2-1913      ADC Criminal Investigations Unit Report No. 2012020044 regarding
            Sterling Bradbury, #068465 (ADC039086 - ADC039168).

2-1914      ADC Mortality Review regarding Sterling Bradbury, #068465
            (ADC138245 - ADC138249).

2-1915      Excerpt from ADC medical file for Kenneth Brame, #265623, selected
            during Pablo Stewart's site inspection at ASPC-Lewis (ADC143594 -
            ADC143603).

2-1916      ADC medical file for Kenneth Brame, #265623, for the period from
            January 1, 2011 to August 26, 2013 (ADC427021 - ADC427175).

2-1917      ADC medical records for Van Branch, #072628, for the period from
            August 14, 2012 to August 14, 2013 (ADC212062 - ADC212154).

2-1918      ADC Mortality Review regarding Van Branch, #072628 (ADC211597 -
            ADC211602).

2-1919      ADC Criminal Investigations Report No. 2011100430 regarding Anthony
            Braun, #174509 (ADC191063 - ADC191300).

2-1920      ADC Criminal Investigations Report No. 2012100113 regarding George
            Bredermann, #083222 (ADC061740 - ADC061778).

2-1921      Excerpt from ADC medical file for Austin Breshears, #214264, selected
            during Pablo Stewart's site inspection as ASPC-Phoenix (ADC136920 -
            ADC136922).

2-1922      ADC medical file for Austin Breshears, #214264, for the period from June
            13, 2013 to April 1, 2014 (ADC174949 - ADC175049; and, ADC282761 -
            ADC282868).

2-1923      ADC medical file for Fred Bridges, #193106, for the period from August
            12, 2013 to November 3, 2013 (ADC348416 - ADC348659).

2-1924      ADC Mortality Review regarding Fred Bridges, #193106 (ADC364153 -
            ADC364156).

2-1925      BJS State Prison Inmate Death Report regarding Fred Bridges, #193106
            (ADC406196 - ADC406198).

2-1926      Pima County Medical Examiner's Office report regarding Fred Bridges,
            #193106 (ADC422687 - ADC422690).

2-1927      ADC medical file for Scott Broadhead, #035145, for the period from March
            17, 2012 to March 17, 2013 (ADC212155 - ADC212252).

2-1928      ADC Mortality Review regarding Scott Broadhead, #035145 (ADC197216
            - ADC197219).

2-1929       ADC medical file for Dominic Brodowski, #027566, for the period from
             January 1, 2011 to April 1, 2014 (ADC155202 - ADC155417; ADC234116
             - ADC234127; and, ADC322433 - ADC322512).

2-1930       ADC medical file for Victor Brooks, #255790, for the period from January
             1, 2011 to April 1, 2014 (ADC175050 - ADC175398; and, ADC294948 -
             ADC295203).

2-1931       ADC medical file for Anthony Brown, #077701, for the period from
             January 1, 2011 to October 8, 2012 (ADC042032 - ADC042349).

2-1932       ADC medical file for Frank Brown, #149637, for the period from January
             1, 2011 to August 13, 2012 (ADC042350 - ADC042355).

2-1933       ADC Criminal Investigations Unit Report No. 2012020193 regarding Frank
             Brown, #149637 (ADC191352 - ADC191618).

2-1934       ADC Administrative Investigations Unit Report No. 2012-0906 regarding
             Frank Brown, #149637 (ADC191301 - ADC191351).

2-1935       ADC Mortality Review regarding Frank Brown, #149637 (ADC138426 -
             ADC138430).

2-1936       ADC dental records for John Brown, #181444, for the period from January
             1, 2009 to November 11, 2013 (ADC_D000028 - ADC_D000033; and,
             ADC_D000597 - ADC_D000605).

2-1937       Excerpt from ADC medical file for Rickie Brown, #042855, selected
             during Brie Williams's site inspection at ASPC-Eyman (ADC154592 -
             ADC154600).

2-1938       ADC dental records for Troy Brumm, #059088, for the period from January
             1, 2009 to October 7, 2013 (ADC165738 - ADC165753).

2-1939       ADC medical file for Allen Bryant, #197725, for the period from January
             1, 2011 to April 1, 2014 (ADC234128 - ADC234366; and, ADC295204 -
             ADC295257).

2-1940       ADC medical file for Guillermo Bustamante, #127681, for the period from
             January 1, 2011 to April 1, 2014 (ADC427176 - ADC427245; and,
             ADC322537 - ADC322605).

2-1941     Excerpt from ADC medical file for Leonel Bustamante, #176919, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143604 - ADC143610).

2-1942     ADC dental records for Mario Bustamante, #243426, for the period from January 1, 2009 through July 26, 2013; and, January 1, 2011 to August 19, 2013 (ADC153556 - ADC153601; and, ADC145852 - ADC145864).

2-1943     ADC Criminal Investigations Unit Report No. 2011100309 regarding Jesse Cabonias, #231666 (ADC061779 - ADC061984).

2-1944     ADC Mortality Review regarding Jesse Cabonias, #231666 (ADC138609 - ADC138613).

2-1945     ADC medical file for Stefan Caddy, #056788, for the period from May 4, 2009 to April 1, 2014 (ADC255801 - ADC255927; ADC249415 - ADC249575; ADC286096 - ADC286126; and, ADC322606 - ADC322674).

2-1946     ADC medical file for Eric Caicedo-Caneloz, #228215, for the period from January 1, 2011 to April 1, 2014 (ADC175399 - ADC175643; ADC362482 - ADC362570; and, ADC368390 - ADC368437).

2-1947     Master Record File as of September 12, 2013 for Eric Caicedo-Caneloz, #228215, (ADC139548 - ADC139634).

2-1948     ADC Significant Incident Report No. 14-02204 regarding February 19, 2014 assault on staff by Eric Caicedo-Caneloz, #228215 (ADC239499 – ADC239500).

2-1949     ADC medical file for Latonya Cain, #172377, for the period from January 1, 2011 to April 1, 2014 (ADC175644 - ADC175821; ADC295258 - ADC295288; and, ADC370219 - ADC370241).

2-1950     Excerpt from ADC medical file for Jim Calhoun, #204538, selected during Brie Williams' site inspection at ASPC-Florence (ADC155116 - ADC155119).

2-1951     ADC medical file for Jim Calhoun, #204538, for the period from January 1, 2011 to October 24, 2013 (ADC166374 - ADC167335).

2-1952    Excerpt from ADC medical file for Victor Calzada-Gutierrez, #254887, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137082 - ADC137091).

2-1953    ADC medical file for Victor Calzada-Gutierrez, #254887, for the period from January 1, 2011 to April 1, 2014; (ADC175822 - ADC175946; and, ADC295289 - ADC295368).

2-1954    ADC medical file for Edward Campos, #256934, for the period from January 1, 2011 to April 1, 2014 (ADC427246 - ADC427831; and, ADC295369 - ADC295517).

2-1955    ADC medical file for Fernando Canales, #135638, for the period from November 8, 2013 to April 1, 2014 (ADC368438 - ADC368450).

2-1956    Master Record File for Fernando Canales, #135638, through April 1, 2014 (ADC195245 - ADC195507; and, ADC282474 - ADC282553).

2-1957    ADC medical file for Roy Carr, #120406, for the period from November 8, 2013 to April 1, 2014 (ADC368451 - ADC368486).

2-1958    Master Record File for Roy Carr, #120406, up through April 1, 2014 (ADC195508 - ADC195908; and, ADC332007 - ADC332017).

2-1959    Excerpt from ADC medical file for Arthur Carroll, #089986, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143611 - ADC143613).

2-1960    Master Record File for Christopher Cartier, #278352, up through April 1, 2014 (ADC138778 - ADC138786; and, ADC282554 - ADC282558).

2-1961    ADC medical file for Armando Casas, #286492, for the period from December 27, 2012 to December 27, 2013 (ADC348660 - ADC348782).

2-1962    ADC Administrative Investigations Unit Report No. 2013-1930 regarding Armando Casas, #286492 (ADC424299 - ADC424467).

2-1963    ADC Mortality Review regarding Armando Casas, #286492 (ADC364157 - ADC364160).

2-1964    BJS State Prison Inmate Death Report regarding Armando Casas, #286492 (ADC406249 - ADC406251).

2-1965      Yuma County Medical Examiner's Office report regarding Armando Casas, #286492 (ADC422691 - ADC422694).

2-1966      ADC medical file for Jesse Casas, #156294, for the period from January 1, 2011 to April 1, 2013 (ADC175947 - ADC176023; and, ADC311359 - ADC311388).

2-1967      ADC Master Record File for Jesse Casas, #156294, for the period from November 8, 2013 to April 1, 2013 (ADC370242 - ADC370253).

2-1968      Excerpt from ADC medical file for Juan Castano, #173693, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136451 - ADC136452).

2-1969      ADC medical file for Juan Castano, #173693, for the period from January 1, 2011 to April 1, 2014 (ADC269858 - ADC270028; and, ADC322863 - ADC322964).

2-1970      ADC medical file for Christopher Castillo, #245700, for the period from January 1, 2011 to August 19, 2013 (ADC427832 - ADC428062).

2-1971      Excerpt from ADC medical file for Javier Celaya, #238704, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136453 - ADC136454).

2-1972      ADC medical file for Javier Celaya, #238704, for the period from January 1, 2009 to November 25, 2013; and, November 25, 2013 to April 1, 2014 (ADC204601 - ADC204805; and, ADC282869 - ADC282949).

2-1973      ADC Significant Incident Report No. 13-15334 with video regarding December 25, 2013  assault on staff by Javier Celaya, #238704 (ADC320046 - ADC320047; and ADC320194).

2-1974      ADC Significant Incident Report No. 14-00483 and use of force review regarding January 11, 2014 self-harming by Javier Celaya, #238704 (ADC382770 - ADC382778).

2-1975      ADC Significant Incident Report No. 14-01106 and use of force review regarding January 15, 2014 self-harming by Javier Celaya, #238704 (ADC293454 - ADC293466).

2-1976    ADC medical file for Eugene Chambers, #092330, for the period from November 13, 2012 to November 13, 2013 (ADC336262 - ADC336761).

2-1977    ADC Mortality Review regarding Eugene Chambers, #092330 (ADC364161 - ADC364164).

2-1978    ADC Administrative Investigations Report No. 2013-1665 regarding Eugene Chambers, #092330 (ADC423839 - ADC423966).

2-1979    Pinal County Medical Examiner's Office Report regarding Eugene Chambers, #092330 (ADC422695 - ADC422699).

2-1980    ADC medical file for Theron Chambers, #040915, for the period from July 3, 2012 to July 3, 2013 (ADC212253 - ADC212756).

2-1981    ADC Mortality Review regarding Theron Chambers, #040915 (ADC211602 - ADC211605).

2-1982    Excerpt of ADC medical file for Luis Chao, #276142, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137092 - ADC137099).

2-1983    ADC medical file for Luis Chao, #276142, for the period from July 23, 2013 to October 18, 2013 (ADC282950 - ADC282964).

2-1984    ADC Mortality Review regarding Robert Charo, #049285 (ADC138211 - ADC138215).

2-1985    ADC Master Record File for Brian Chavez, #200384, up through April 1, 2014 (ADC195909 - ADC195990; and, ADC332018 - ADC332032).

2-1986    ADC medical file for Kyle Chavez, #262243, for the period from January 1, 2011 to August 19, 2013 (ADC167336 - ADC167431).

2-1987    ADC medical file for Marco Chavez, #189239, for the period from August 31, 2012 to August 31, 2013 (ADC215778 - ADC216257).

2-1988    BJS State Prison Inmate Death Report regarding Marco Chavez, #189239 (ADC406193 - ADC406195).

2-1989    ADC medical file for Patricia Chavez, #228178, for the period from January 1, 2011 to April 1, 2014(ADC155418 - ADC156082; and, ADC286127 - ADC286219).

2-1990      Excerpt of ADC medical file for Cristino Chavez-Espinoza, selected during Brie Williams's site inspection at ASPC-Florence (ADC155120 - ADC155138).

2-1991      ADC medical file for Cristino Chavez-Espinoza, for the period from August 14, 2013 to April 1, 2014 (ADC334759 - ADC3348257).

2-1992      Excerpt of ADC medical file for Christopher Chestnut, #199565, selected during Pablo Stewart's site inspection as ASPC-Phoenix (ADC136923 - ADC136927).

2-1993      ADC medical file for Marcellus Chiago, #265915, for the period from September 9, 2011 to April 1, 2013 (ADC234367 - ADC234409; and, ADC323054 - ADC323069).

2-1994      Excerpt from ADC medical file for Shawn Chock, #256000, selected during Pablo Stewart's site inspection as ASPC-Lewis (ADC143614 - ADC143627).

2-1995      ADC medical file for Shawn Chock, #256000, for the period from July 22, 2013 to April 1, 2014 (ADC323070 - ADC323132).

2-1996      Excerpt from ADC medical file for Robert Christy, #133044, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154601 - ADC154603).

2-1997      ADC medical file for Gary Church, #039345, for the period from April 1, 2012 to April 1, 2013 (ADC212757 - ADC212773).

2-1998      ADC Mortality Review regarding Gary Church, #039345 (ADC211606 - ADC211610).

2-1999      Excerpt from ADC medical file for David Cipriano, #205397, selected during Robert Cohen's site inspection at ASPC-Eyman (ADC135966 - ADC136006).

2-2000      ADC medical file for David Cipriano, #205397, for the period from January 1, 2011 to August 19, 2013 (ADC428063 - ADC428574).

2-2001      ADC medical file for Johnny Cipriano, #189685, for the period from January 1, 2011 to April 1, 2014 (ADC234410 - ADC234840; and, ADC286220 - ADC286343).

2-2002      ADC medical file for Regan Clarine, #276836, for the period from
            December 4, 2012 to October 11, 2013; and, November 11, 2013 to April 1,
            2014 (ADC176024 - ADC176386; and, ADC282965 - ADC282979).

2-2003      ADC medical file for Eric Clark, #180165, for the period from January 1,
            2011 to February 24, 2014 (ADC247353 - ADC247608).

2-2004      ADC medical file for Russell Clark, #059997, for the period from April 25,
            2012 to April 25, 2013 (ADC212774 - ADC213046).

2-2005      ADC Mortality Review regarding Russell Clark, #059997 (ADC211611 -
            ADC211615).

2-2006      BJS State Prison Inmate Death Report regarding Russell Clark, #059997
            (ADC261288 - ADC261290).

2-2007      ADC medical file for Jerry Clymer, #092843, for the period from January
            29, 2008 to November 9, 2012 (ADC130720 - ADC130856).

2-2008      ADC medical file for James Collins, #171790, for the period from January
            1, 2011 to May 15, 2011 (ADC042462 - ADC042606).

2-2009      ADC Mortality Review regarding James Collins, #171790 (ADC138594 -
            ADC138598).

2-2010      ADC medical file for James, a/k/a Rocky, Collins, #040513, for the period
            from January 1, 2011 to August 19, 2013 (ADC145972 - ADC146069).

2-2011      ADC Master Record File for James, a/k/a Rocky, Collins, #040513, for the
            period from November 8, 2013 to April 1, 2014 (ADC370254 -
            ADC370259).

2-2012      ADC medical file for Michael Collins, #086924, for the period from July 1,
            2012 to August 19, 2013 (ADC_P001630 - ADC_P001724).

2-2013      ADC medical file for Hank Colter, #043493, for the period from November
            26, 2012 to November 27, 2013 (ADC336762 - ADC337292; and
            ADC348962 - ADC348965).

2-2014      ADC Mortality Review regarding Hank Colter, #043493 (ADC364169 -
            ADC364172).

2-2015  Pinal County Medical Examiner's Office report regarding Hank Colter, #043493 (ADC422700 - ADC422704).

2-2016  ADC medical file for Joseph Conley, #217749, for the period from January 1, 2011 to April 1, 2014 (ADC234841 - ADC234881; and, ADC295518 - ADC295530).

2-2017  ADC medical file for Jay Connolly, #167895, for the period from November 8, 2013 to April 1, 2014 (ADC368487 - ADC368505).

2-2018  ADC Master Record File for Jay Connolly, #167895, as of September 16, 2013 (ADC168131 - ADC168548).

2-2019  ADC medical file for David Conro, #246918, for the period from January 31, 2014 to February 25, 2014 (ADC368506 - ADC368510).

2-2020  ADC Master Record File for David Conro, #246918, up through February 25, 2014 (ADC168549 - ADC168637; and, ADC282559 - ADC282581).

2-2021  ADC dental records for Raymond Conroy, #131179, for the period from January 11, 2011 to November 12, 2013 (ADC_D000701 - ADC_D000706; and, ADC_D000678 - ADC_D000700).

2-2022  Excerpt from ADC medical file for Cleveland Cook, #207197, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136462 - ADC136465).

2-2023  ADC medical file for Cleveland Cook, #207197, for the period from July 16, 2013 to April 1, 2014 (ADC286344 - ADC286666).

2-2024  ADC medical file for Michael Cook, #071546, for the period from January 1, 2011 to April 1, 2014 (ADC428575 - ADC428713; and, ADC323141 - ADC323182).

2-2025  ADC medical file for Paul Copas, #185706, for the period from January 31, 2014 to April 1, 2014 (ADC368511 - ADC368525).

2-2026  ADC Master Record File for Paul Copas, #185706, as of September 25, 2013 (ADC168638 - ADC168815).

2-2027  ADC medical file for James Copeland, #204865, for the period from November 28, 2012 to November 28, 2013 (ADC348966 - ADC349027).

2-2028     ADC Administrative Investigations Unit Report No. 2013-1768 regarding James Copeland, #204865 (ADC424140 - ADC424191).

2-2029     ADC Mortality Review regarding James Copeland, #204865 (ADC335110 - ADC335113).

2-2030     BJS State Prison Inmate Death Report regarding James Copeland, #204865 (ADC406204 - ADC406206).

2-2031     Pima County Medical Examiner's Office report regarding James Copeland, #204865 (ADC422706 - ADC422711).

2-2032     ADC medical file for Jesse Cornejo, #246859, for the period from March 16, 2012 to March 16, 2013 (ADC213047 - ADC213181).

2-2033     ADC Mortality Review regarding Jesse Cornejo, #246859 (ADC211616 - ADC211619).

2-2034     ADC medical file for Miguel Coronado, #113546, for the period from January 1, 2011 to October 28, 2013 (ADC176387 - ADC176943).

2-2035     Excerpt from ADC medical file for George Cosentino, #167080, selected during Pablo Stewart's site inspection as ASPC-Eyman (ADC136455 - ADC136461).

2-2036     ADC medical file for George Cosentino, #167080, for the period from July 17, 2013 to April 1, 2014 (ADC295531 - ADC295550).

2-2037     ADC medical file for Ryan Cox, #260010, for the period from January 1, 2011 to April 1, 2014 (ADC428714 - ADC428822; and, ADC323467 - ADC323486).

2-2038     ADC dental records from Thomas Cox, #166007, for the period from January 1, 2009 to November 13, 2013 (ADC_D001563 - ADC_D001589).

2-2039     ADC Criminal Investigations Unit Report No. 2012020088 regarding Richard Cramer, #148149 (ADC061998 - ADC062260).

2-2040     ADC Mortality Review regarding Richard Cramer, #148149 (ADC138421 - ADC138425).

2-2041      Excerpt from ADC medical file for Kevin Cravens, #163480, selected
            during Pablo Stewart's site inspection at ASPC-Phoenix (ADC136928 -
            ADC136935).

2-2042      ADC dental records for Allen Criddle, #166365, for the period from
            January 1, 2009 to November 11, 2013 (ADC_D000707 - ADC_D000732).

2-2043      ADC Mortality Review regarding Bobby Crockett, #106800 (ADC197225 -
            ADC197228).

2-2044      Excerpt from ADC medical file for Robert Cromwell, #174456, selected
            during Pablo Stewart's site inspection at ASPC-Eyman (ADC136466).

2-2045      ADC medical file for Robert Cromwell, #174456, for the period from
            January 1, 2011 to August 19, 2013 (ADC428823 - ADC429069).

2-2046      Excerpt from ADC medical file for Jerry Crumb, #084922, selected during
            Pablo Stewart's site inspection at ASPC-Lewis (ADC143628 -
            ADC143638).

2-2047      ADC medical file for Jerry Crumb, #084922, for the period from January 1,
            2011 to August 26, 2013 (ADC429070 - ADC429567).

2-2048      ADC medical file for Jaime Cruz, #237919, for the period from January 1,
            2011 to October 8, 2013 (ADC156325 - ADC156489).

2-2049      Excerpt from ADC medical file for Marcus Cruz, #275380, selected during
            Pablo Stewart's site inspection at ASPC-Eyman (ADC136467 -
            ADC136469).

2-2050      ADC medical file for Ralph Cruz, #038907, for the period from September
            10, 2012 to September 10, 2013 (ADC221657 - ADC22035).

2-2051      ADC dental records for Samuel Cruz, #262667, for the period from January
            1, 2009 to October 7, 2013 (ADC165626 - ADC165647).

2-2052      Excerpt from ADC medical records for Alejandro Cunningham, #160094,
            selected during Pablo Stewart's site inspection at ASPC-Eyman
            (ADC136470 - ADC136473).

2-2053        Excerpt from ADC medical records for Chrystal Cunningham, #224317,
              selected during Brie Williams's site inspection at ASPC-Perryville
              (ADC136770 - ADC136780).

2-2054        ADC medical records for Chrystal Cunningham, #224317, for the period
              from January 1, 2011 to April 1, 2014 (ADC156490 - ADC156722; and,
              ADC286667 - ADC286711).

2-2055        ADC Master Record File for Chrystal Cunningham, #224317, up through
              April 1, 2014 (ADC138787 - ADC138866; and, ADC332033 -
              ADC332040).

2-2056        Excerpt from ADC medical records for Sandrica Curley, #248596, selected
              during Pablo Stewart's site inspection at ASPC-Perryville (ADC136781 -
              ADC136783).

2-2057        Selected ADC mental health observation records regarding Sandrica
              Curley, #248596, identified for duplication during Plaintiffs' counsels'
              document inspection on November 19, 2013 (ADC171235 - ADC171236).

2-2058        ADC medical file for Timothy Curry, #040574, for the period from January
              1, 2011 to April 1, 2014 (ADC343798 - ADC343966; and, ADC362571 -
              ADC362762).

2-2059        ADC medical file for Carrie Curtis, #272166, for the period from January
              1, 2011 to January 6, 2014 (ADC235074 - ADC235289; and, ADC282980 -
              ADC283008).

2-2060        ADC medical file for Andrew Cushman, #247824, for the period from
              January 11, 2011 to October 29, 2013; and, November 8, 2013 to April 1,
              2014 (ADC429568 - ADC429869; and, ADC368526 - ADC368589).

2-2061        ADC Master Record File for Andrew Cushman, #247824, up through April
              1, 2014 (ADC168816 - ADC168855; and, ADC332041 - ADC332053).

2-2062        ADC medical file for Lawrence Cuyler, #266818, for the period from
              August 5, 2012 to August 5, 2013 (ADC220038 - ADC220439).

2-2063        BJS State Prison Inmate Death Report regarding Lawrence Cuyler,
              #266818 (ADC406234 - ADC406236).

2-2064     ADC Significant Incident Report No. 14-00964 regarding January 22, 2014 use of force to stop inmate fight in Florence-Central Dining Hall involving Nathan Dahling, #237851 (ADC321677 - ADC321716).

2-2065     ADC dental records for Steven Davidson, #209199, for the period from September 8, 2006 to September 24, 2013; and January 1, 2009 to October 4, 2013 (ADC153435 - ADC153457; and, ADC170070 - ADC170079).

2-2066     ADC Mortality Review regarding Vernon Davidson, #127734 (ADC197229 - ADC197232).

2-2067     Excerpt from ADC medical file for Alfred Davis, #183961, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136474 - ADC136477).

2-2068     ADC medical file for Alfred Davis, #183961, for the period from January 1, 2011 to April 1, 2014 (ADC176944 - ADC177150; and, ADC295551 - ADC295564).

2-2069     ADC medical file for Charles Davis, #157225, for the period from January 1, 2011 to April 1, 2014 (ADC343967 - ADC344064; and, ADC362349 - ADC362481).

2-2070     ADC Master Record File for Marcus Davis, #165060, up through April 1, 2014 (ADC168856 - ADC168960; and, ADC332054 - ADC332079).

2-2071     Smallwood Prison Dental Services' Correctional Dental Software Patient Report for Rondric Davis, #267658 (ADC_D002500).

2-2072     ADC medical file for Schuylar Davis, #163615, for the period from January 1, 2011 to April 1, 2014 (ADC235382 - ADC235532; and, ADC295565 - ADC295621).

2-2073     Excerpt from ADC medical file for Trenton Davis, #282528, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137100 - ADC137105).

2-2074     ADC medical file for Trenton Davis, #282528, for the period from January 1, 2011 to October 7, 2013 (ADC160770 - ADC160810).

2-2075      ADC medical file for Ronald Davison, #080813, for the period from
            January 1, 2011 to April 1, 2014 (ADC156723 - ADC157010; ADC235533
            - ADC235567; and, ADC323921 - ADC324031).

2-2076      ADC Mortality Review regarding Charles Dawson, #067938 (ADC197238
            - ADC197241).

2-2077      ADC medical file for Forrest Day, #258301, for the period from January 1,
            2011 to January 27, 2012 (ADC042607 - ADC042648).

2-2078      ADC Criminal Investigations Unit Report No. 2012010026 regarding
            Forrest Day, #258301 (ADC061166 - ADC061489).

2-2079      ADC Mortality Review regarding Forrest Day, #258301 (ADC033649 -
            ADC033653).

2-2080      Updated ADC Psychological Autopsy regarding Forrest Day, #258301
            (ADC257108 - ADC257114).

2-2081      Excerpt from ADC medical file for Daniel DeLeon, #189733, selected
            during Pablo Stewart's site inspection at ASPC-Yuma (ADC137106 -
            ADC137114).

2-2082      ADC medical file for Daniel DeLeon, #189733, for the period from January
            1, 2011 to April 1, 2014 (ADC177151 - ADC177269; and, ADC286712 -
            ADC287103).

2-2083      ADC medical file for Jose Delgado, #093079, for the period from
            December 18, 2012 to December 18, 2013 (ADC377293 - ADC377398).

2-2084      ADC Mortality Review regarding Jose Delgado, #093079 (ADC364177 -
            ADC364180).

2-2085      Maricopa County Medical Examiner's Office report regarding Jose
            Delgado, #093079 (ADC422717 - ADC422719).

2-2086      ADC medical file for Sotero Delgado, #273820, for the period from August
            2, 2012 to August 16, 2012 (ADC042649 - ADC042739).

2-2087      ADC Criminal Investigations Unit Report No. 2012070081 regarding
            Sotero Delgado, #273820 (ADC085339 - ADC085366).

2-2088     ADC Mortality Review regarding Sotero Delgado, #273820 (ADC197242 - ADC197246).

2-2089     Excerpt from ADC medical file for Ashley Delima, #237166, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136784).

2-2090     ADC medical file for Ashley Delima, #237166, for the period from January 1, 2011 to January 15, 2014 (ADC429870 - ADC430502).

2-2091     Excerpt from ADC medical file for Eric DeLuca, #153954, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136478 - ADC136479).

2-2092     ADC medical file for Eric DeLuca, #153954, for the period from January 1, 2011 to April 1, 2014 (ADC177270 - ADC177709; and, ADC287104 - ADC287327).

2-2093     ADC Master Record File for Joshua Deroche, #147875, up through April 1, 2014 (ADC168961 - ADC169213; and, ADC332080 - ADC332105).

2-2094     ADC Criminal Investigations Unit Report No. 2011010375 regarding Marlene Derrow, #153043 (ADC062287 - ADC062357).

2-2095     ADC medical file for Robert Devine, #138222, for the period from January 1, 2011 to January 27, 2014 (ADC205898 - ADC206231; and, ADC283009 - ADC283021).

2-2096     ADC medical file for Henry Diaz, #049236, for the period from October 28, 2013 to November 20, 2013 (ADC235720 - ADC235788).

2-2097     ADC Criminal Investigations Unit Report No. 2012010132 regarding Velma Dickson, #033766 (ADC039343 - ADC039426).

2-2098     ADC Mortality Review regarding Velma Dickson, #033766 (ADC138202 - ADC138205).

2-2099     ADC Mortality Review regarding Gary Dixon, #106531 (ADC138551 - ADC138555).

2-2100     ADC medical file for Brian Dobler, #195750, for the period from January 1, 2011 to October 22, 2013 (ADC430503 - ADC430504).

2-2101       ADC medical file for Michael Doherty, #048975, for the period from
             October 15, 2013 to April 1, 2014 (ADC235789 - ADC235851; and,
             ADC287328 - ADC287420).

2-2102       ADC dental records for Gregory Dossett, #056282, for the period from
             January 1, 2009 to October 7, 2013 (ADC165754 - ADC165779).

2-2103       ADC dental records for Jeffrey Douglas, #058263, for the period from
             January 1, 2011 to August 26, 2013 (ADC170080 - ADC170109).

2-2104       ADC medical file for Jeffrey Douglas, #058263, for the period from
             January 1, 2011 to October 25, 2013 (ADC430505 - ADC430781).

2-2105       Excerpt from ADC medical file for Michael Dozier, #065384, selected
             during Pablo Stewart's site inspection at ASPC-Yuma (ADC137115 -
             ADC137117).

2-2106       ADC medical file for Michael Dozier, #065384, for the period from
             January 1, 2011 to September 23, 2013 (ADC430782 - ADC430875).

2-2107       ADC medical file for William Driver, #162813, for the period from March
             29, 2012 to March 29, 2013 (ADC213182 - ADC213577).

2-2108       ADC Mortality Review regarding William Driver, #162813 (ADC197247 -
             ADC197251).

2-2109       Excerpt from ADC medical file for Russell Duarte, #046706, selected
             during Robert Cohen's site inspection at ASPC-Lewis (ADC200180 -
             ADC200189).

2-2110       ADC medical file for Russell Duarte, #046706, for the period from January
             1, 2011 to April 1, 2014 (ADC344065 - ADC344356; and, ADC362763 -
             ADC362862).

2-2111       ADC Criminal Investigations Unit Report No. 2011020289 regarding
             Walden Due, #139757 (ADC039445 - ADC039644).

2-2112       ADC Mortality Review regarding Walden Due, #139757 (ADC138579 -
             ADC138583).

2-2113      ADC medical file for Robert Dumond, #180847, for the period from
            January 1, 2011 to April 1, 2014 (ADC177710 - ADC177911; and,
            ADC295622 - ADC295928).

2-2114      ADC Master Record File for Adam Duran, #209206, up through September
            11, 2013 (ADC138867 - ADC138963).

2-2115      ADC medical file for Andres Duran, #271763, for the period from May 4,
            2012 to August 19, 2013 (ADC164038 - ADC164220).

2-2116      ADC medical file for Rudolph Eagle, #263315, for the period from January
            12, 2012 to November 27, 2013 (ADC349028 - ADC350019; and,
            ADC350020 - ADC350458).

2-2117      ADC Mortality Review regarding Rudolph Eagle, #263315 (ADC364189 -
            ADC364192).

2-2118      Maricopa County Medical Examiner's Office report regarding Rudolph
            Eagle, #263315 (ADC422732 - ADC422736).

2-2119      ADC medical file for Robert Eaton, #249139, for the period from January
            1, 2011 to April 1, 2014 (ADC235852 - ADC235932; and, ADC295929 -
            ADC296038).

2-2120      ADC medical file for Dennis Eddy, #053476, for the period from January
            1, 2011 to April 1, 2014 (ADC177912 - ADC178042; and, ADC368590 -
            ADC368647).

2-2121      ADC Master Record File for Dennis Eddy, #053476, for the period from
            November 8, 2013 to April 1, 2014 (ADC370260 - ADC370264).

2-2122      ADC Criminal Investigations Unit Report No. 201120248 regarding Mark
            Edwards, #261680 (ADC062358 - ADC062405).

2-2123      ADC medical file for Orlando Edwards, #207300, for the period from
            October 24, 2013 to April 1, 2014 (ADC324359 - ADC324731).

2-2124      ADC medical file for Wolfgang Ehmke, #132189, for the period from
            January 1, 2011 to April 1, 2014 (ADC178043 - ADC178115; and,
            ADC324732 - ADC324781).

2-2125  Excerpt from ADC medical file for Jason Elder, #150231, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143639 - ADC143663).

2-2126  ADC medical file for Jason Elder, #150231, for the period from September 27, 2012 to October 3, 2013 (ADC178116 - ADC178294).

2-2127  ADC medical file for Joaquin Elizalde-Cota, #280890, for the period from July 8, 2013 to September 25, 2013 (ADC344357 - ADC344385).

2-2128  Excerpt from ADC medical file for Roger Elliott, #033060, selected during Pablo Stewart's site inspection at ASPC-Phoenix (ADC136936 - ADC136940).

2-2129  ADC medical file for Roger Elliott, #033060, for the period from July 25, 1974 to September 5, 2013 (ADC430876 - ADC433525).

2-2130  ADC medical file for Steven Ensslin, #090119, for the period from July 16, 2013 to October 19, 2013 (ADC350459 - ADC350536).

2-2131  ADC Administrative Investigations Unit Report No. 2013-1539 regarding Steven Ensslin, #090119 (ADC423134 - ADC423282).

2-2132  ADC Mortality Review regarding Steven Ensslin, #090119 (ADC359579 - ADC359582).

2-2133  BJS State Prison Inmate Death Report regarding Steven Ensslin, #090119 (ADC406282 - ADC406284).

2-2134  Pinal County Medical Examiner's Office report regarding Steven Ensslin, #090119 (ADC422737 - ADC422751).

2-2135  Excerpt from ADC medical file for Zachary Erickson, #245919, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143664 - ADC143668).

2-2136  ADC medical file for David Estrada, #070862, for the period from December 14, 2012 to December 14, 2013 (ADC350812 - ADC351388).

2-2137  ADC Mortality Review regarding David Estrada, #070862 (ADC364197 - ADC364200).

2-2138   Pinal County Medical Examiner's Office report regarding David Estrada, #070862 (ADC422757 - ADC422761).

2-2139   ADC medical file for Mario Estril, #162306, for the period from January 1, 2011 to August 26, 2013 (ADC433526 - ADC433708).

2-2140   Excerpt from ADC medical file for Andrew Fancy, #262620, selected during Pablo Stewart's site inspection at ASPC-Phoenix (ADC136941 - ADC136956).

2-2141   ADC medical file for Andrew Fancy, #262620, for the period from April 25, 2011 to April 1, 2014 (ADC204806 - ADC205145; and, ADC287814 - ADC287918).

2-2142   ADC Criminal Investigations Unit Report No. 2012030074 regarding Alfonso Farmer, #219587 (ADC062406 - ADC062526).

2-2143   ADC Mortality Review regarding Alfonso Farmer, #219587 (ADC033654 - ADC033658).

2-2144   ADC medical file for Vincent Feraci, #283825, for the period from August 20, 2013 to April 1, 2014 (ADC167432 - ADC167537; and, ADC344386 - ADC344734).

2-2145   BJS State Prison Inmate Death Report regarding Rowdy Ferns, #143370 (ADC406184 - ADC406186).

2-2146   ADC medical file for Patrick Ferrero, #252112, for the period from January 1, 2011 to April 1, 2014 (ADC344735 - ADC344797; and, ADC344798 - ADC344836).

2-2147   ADC medical file for Andrew Ficklin, #257154, for the period from January 1, 2011 to August 21, 2013 (ADC433709 - ADC433984).

2-2148   Excerpt from ADC medical file for Jose Fierro, #044803, selected during Brie Williams's site inspection at ASPC-Florence (ADC155139 - ADC155145).

2-2149   ADC medical file for George Fierros, #058206, for the period from August 22, 2012 to August 22, 2013 (ADC220440 - ADC221001).

2-2150     BJS State Prison Inmate Death Report regarding George Fierros, #058206 (ADC406264 - ADC406266).

2-2151     ADC medical file for Jesse Figueroa, #045460, for the period from January 1, 2011 to October 8, 2013 (ADC178295 - ADC178374).

2-2152     ADC medical file for Cesar Fimbres, #172483, for the period from January 31, 2014 to April 1, 2014 (ADC368648 - ADC368662).

2-2153     ADC Master Record File for Cesar Fimbres, #172483, up through September 13, 2013 (ADC169214 - ADC169397).

2-2154     Excerpt from ADC medical file for Robert Fimbrez, #064722, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136480 - ADC136482).

2-2155     ADC medical file for Robert Fimbrez, #064722, for the period from January 1, 2011 to April 1, 2014 (ADC433985 - ADC434166; and, ADC296039 - ADC296113).

2-2156     ADC medical file for Stephen Findura, #165050, for the period from January 1, 2011 to January 28, 2014 (ADC434167 - ADC434276).

2-2157     Excerpt from ADC medical file for Danielle Fisher, #274353, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136785 - ADC136787).

2-2158     ADC medical file for Danielle Fisher, #274353, for the period from January 1, 2011 to April 1, 2014 (ADC178375 - ADC178484; and, ADC288111 - ADC288206).

2-2159     Excerpt from ADC medical file for Normal Flanigan, #177442, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143669 - ADC143673).

2-2160     ADC medical file for Normal Flanigan, #177442, for the period from January 1, 2011 to October 8, 2013 (ADC178485 - ADC178975).

2-2161     Excerpt from ADC medical file for Robert Flemming, #090689, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136483 - ADC136487).

2-2162      ADC medical file for Robert Flemming, #090689, for the period from
            January 1, 2011 to April 1, 2014 (ADC178976 - ADC179229; and,
            ADC288207 - ADC288268).

2-2163      ADC Significant Incident Report No. 14-03693 regarding March 24, 2014
            assault on staff by Robert Flemming, #090689 (ADC320093 -
            ADC320094).

2-2164      ADC medical file for David Fletcher, #050457, for the period from January
            1, 2011 to December 3, 2013 (ADC247817 - ADC247926).

2-2165      ADC Master Record File for Jeremy Fletcher, #209388, up through
            September 18, 2013 (ADC169398 - ADC169542).

2-2166      ADC medical file for Gabrielle Flores, #279835, for the period from
            November 9, 2012 to November 9, 2013 (ADC351389 - ADC351566).

2-2167      ADC Mortality Review regarding Gabrielle Flores, #279835 (ADC346201
            - ADC346204).

2-2168      BJS State Prison Inmate Death Report regarding Gabrielle Flores, #279835
            (ADC406246 - ADC406248).

2-2169      Maricopa County Medical Examiner's Office report regarding Gabrielle
            Flores, #279835 (ADC422762 - ADC422765).

2-2170      ADC medical file for Jesus Flores, #279039, for the period from January 1,
            2011 to October 10, 2013 (ADC250710 - ADC250760; and, ADC288267 -
            ADC288275).

2-2171      Excerpt from ADC medical file for Scott Foster, #210674, selected during
            Pablo Stewart's site inspection at ASPC-Phoenix (ADC136957 -
            ADC136965).

2-2172      ADC medical file for Scott Foster, #210674, for the period from July 19,
            2013 to April 1, 2014 (ADC288276 - ADC288349; and, ADC324994 -
            ADC325120).

2-2173      Excerpt from ADC medical file for Kenneth Fowles, #166074, selected
            during Robert Cohen's site inspection at ASPC-Lewis (ADC200190 -
            ADC200197).

2-2174      ADC medical file for Kenneth Fowles, #166074, for the period from July 15, 2013 to April 1, 2014 (ADC362863 - ADC362954).

2-2175      ADC medical file for Erick Franco, #247770, for the period from January 1, 2011 to April 1, 2014 (ADC164221 - ADC164381; and, ADC288350 - ADC288406).

2-2176      Excerpt from ADC medical file for Sean Frisby, #208252, selected during Craig Haney's site inspection at ASPC-Florence (ADC136724 - ADC136725).

2-2177      ADC Significant Incident Report No. 13-13502  and use of force review regarding November 13, 2013 self-harming by Sean Frisby, #208252 (ADC320002 - ADC320013).

2-2178      ADC Mortality Review regarding Christian Frost, #130811 (ADC197252 - ADC197255).

2-2179      ADC dental records for Ake Fulilangi, #243355, for the period from January 1, 2009 to August 19, 2013 (ADC165648 - ADC165668; and, ADC170110 - ADC170151).

2-2180      ADC medical file for Frank Galo, #150621, for the period from January 1, 2011 to April 1, 2014 (ADC179230 - ADC179289; and, ADC296253 - ADC296286).

2-2181      ADC Master Record File for Frank Galo, #150621, for the period from November 8, 2013 to April 1, 2014 (ADC370265 - ADC370274).

2-2182      Excerpt from ADC medical file for Jennifer Garcia, #179702, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136788 - ADC136793).

2-2183      ADC medical file for Jennifer Garcia, #179702, for the period from July 18, 2013 to September 10, 2013 (ADC283022 - ADC283041).

2-2184      ADC dental records for Maryann Garcia, #105507, for the period from January 1, 2009 to November 13, 2013 (ADC170152 - ADC170176).

2-2185      ADC medical file for Ramon Garcia, #196249, for the period from January 31, 2014 to April 1, 2014 (ADC368663 - ADC368668).

2-2186        ADC Master Record File for Ramon Garcia, #196249, up through
              September 17, 2013 (ADC169543 - ADC169660).

2-2187        Smallwood Prison Dental Services' Correctional Dental Software Patient
              Report for Robert Garcia, #257395 (ADC_D002503).

2-2188        ADC medical file for Jose Garcia-Morfin, #233520, for the period from
              January 1, 2011 to July 24, 2012 (ADC042823 - ADC043199).

2-2189        ADC Criminal Investigations Unit Report No. 2012020184 regarding Jose
              Garcia-Morfin, #233520 (ADC062539 - ADC062602).

2-2190        ADC Mortality Review regarding Jose Garcia-Morfin, #233520
              (ADC138471 - ADC138475).

2-2191        ADC medical file for Peter Gargano, #243812, for the period from October
              15, 2013 to April 1, 2014 (ADC325300 - ADC325336).

2-2192        Excerpt from ADC medical file for Enrique Garza, #248056, selected
              during Craig Haney's site inspection at ASPC-Florence (ADC136726 -
              ADC136735).

2-2193        ADC medical file for Enrique Garza, #248056, for the period from January
              1, 2011 to October 25, 2013 (ADC146070 - ADC146393; and,
              ADC344837 - ADC344873).

2-2194        ADC Master Record File for Enrique Garza, #248056, for the period from
              November 8, 2013 to April 1, 2014 (ADC370275 - ADC370279).

2-2195        ADC medical file for Charles Gatliff, #160559, for the period from April
              25, 2013 to January 1, 2014 (ADC255694 - ADC255798).

2-2196        ADC dental records for Brittan Gehrman, #075614, for the period from
              January 1, 2009 to November 11 2013(ADC_D000815 - ADC_D000824;
              and, ADC_D000797 - ADC_D000814).

2-2197        ADC medical file for Kenneth Gifford, #128657, for the period from
              October 9, 2012 to October 9, 2013 (ADC353579 - ADC353781).

2-2198        ADC Administrative Investigations Unit Report No. 2013-1489 regarding
              Kenneth Gifford, #128657 (ADC422994 - ADC423133).

2-2199      ADC Mortality Review regarding Kenneth Gifford, #128657 (ADC364221 - ADC326224).

2-2200      BJS State Prison Inmate Death Report regarding Kenneth Gifford, #128657 (ADC406175 - ADC406177).

2-2201      Maricopa County Medical Examiner's Office report regarding Kenneth Gifford, #128657 (ADC422794 - ADC422801).

2-2202      ADC Criminal Investigations Unit Report No. 2012030078 regarding Robert Ginan, #220296 (ADC062603 - ADC062677).

2-2203      ADC Mortality Review regarding Robert Ginan, #220296 (ADC138206 - ADC138210).

2-2204      ADC Mortality Review regarding Richard Glassel, #172967 (ADC138541 - ADC138545).

2-2205      ADC medical file for William Gobbett, #225268, for the period from January 1, 2011 to August 27, 2013 (ADC434277 - ADC434445).

2-2206      Excerpt from ADC medical file for Michael Goble, #216922, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137118 - ADC137125).

2-2207      ADC Significant Incident Report No. 13-13022 and video regarding November 1, 2013 use of force on Stephanie Gomez, #229986, for refusal to submit to restraints (ADC320174 - ADC320184; and ADC320187).

2-2208      Excerpt of ADC medical file for Orlando Gomez-Gonzales, #201889, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143674 - ADC146377).

2-2209      ADC medical file for Javier Gonzalez, #217498, for the period from August 14, 2012 to August 14, 2013 (ADC216258 - ADC216453).

2-2210      Selected ADC mental health observation records regarding Javier Gonzalez, #217498, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC200239).

2-2211      ADC Mortality Review regarding Javier Gonzalez, #217498 (ADC197256 - ADC197257).

2-2212        ADC Psychological Autopsy regarding Javier Gonzalez, #217498
              (ADC261282 - ADC261287).

2-2213        BJS State Prison Inmate Death Report regarding Javier Gonzalez, #217498
              (ADC406210 - ADC406212).

2-2214        ADC Criminal Investigation Unit Report No. 2011010152 regarding Darla
              Goodson, #222922 (ADC062678 - ADC062734).

2-2215        Excerpt from ADC medical file for Linden Goodwin, #191287, selected
              during Pablo Stewart's site inspection at ASPC-Eyman (ADC136488 -
              ADC136490).

2-2216        ADC medical file for Linden Goodwin, #191287, for the period from
              January 1, 2011 to August 22, 2013 (ADC434446 - ADC434509).

2-2217        ADC medical file for James Gordon, #140687, for the period from January
              1, 2011 to August 26, 2012 (ADC043269 - ADC043295).

2-2218        ADC Criminal Investigations Unit Report No. 2012030159 regarding
              James Gordon, #140687 (ADC191877 - ADC192200).

2-2219        ADC Administrative Investigations Unit Report No. 2012-0967 James
              Gordon, #140687 (ADC191619 - ADC191876).

2-2220        ADC Mortality Review James Gordon, #140687 (ADC138416 -
              ADC138420).

2-2221        ADC medical file for Anthony Gosney, #202988, for the period from
              January 1, 2011 to October 24, 2013 (ADC434510 - ADC434742; and,
              ADC288407 - ADC288456).

2-2222        Excerpt from ADC medical file for Jerome Gray, #154064, selected during
              Robert Cohen's site inspection at ASPC-Lewis (ADC200198 -
              ADC200201).

2-2223        ADC medical file for Jerome Gray, #154064, for the period from January 1,
              2011 to April 1, 2014 (ADC237984 - ADC238098; and, ADC296287 -
              ADC296396).

2-2224      Excerpt from ADC medical file for Richard Green, #116948, selected
            during Pablo Stewart's site inspection at ASPC-Phoenix (ADC136966 -
            ADC136970).

2-2225      ADC medical file for Richard Green, #116948, for the period from July 19,
            2013 to August 4, 2013 (ADC288457 - ADC288488).

2-2226      Selected ADC mental health observation records regarding Richard Gregg,
            #229861, identified for duplication during Plaintiffs' counsels' document
            inspection on November 19, 2013 (ADC171260 - ADC171275).

2-2227      ADC medical file for John Grenier, #169418, for the period from April 1,
            2013 to April 1, 2014 (ADC325705 - ADC325889).

2-2228      ADC Criminal Investigations Unit Report No. 2012020091 regarding Fred
            Griffin, #172370 (ADC062735 - ADC062828).

2-2229      ADC Mortality Review regarding Fred Griffin, #172370 (ADC138441 -
            ADC138445).

2-2230      ADC medical file for Daniel Grigsby, #088635, for the period from January
            1, 2011 to October 22, 2013 (ADC179327 - ADC179651).

2-2231      ADC medical file for Rafael Guevara, #254097, for the period from March
            11, 2012 to March 11, 2013 (ADC213578 - ADC213611).

2-2232      ADC Mortality Review regarding Rafael Guevara, #254097 (ADC211620 -
            ADC211624).

2-2233      BJS State Prison Inmate Death Report regarding Rafael Guevara, #254097
            (ADC261291 - ADC261293).

2-2234      ADC medical file for Ricky Guevara, #202103, for the period from January
            31, 2014 to April 1, 2014 (ADC368689 - ADC368711).

2-2235      ADC Master Record File for Ricky Guevara, #202103, up through April 1,
            2014 (ADC169661 - ADC169818; and, ADC332106 - ADC332110).

2-2236      ADC medical file for Pedro Guillen, #076248, for the period from October
            15, 2013 to April 1, 2013 (ADC344875 - ADC345083).

2-2237      Excerpt from ADC medical file for Dewey Gullick, #166858, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136491 - ADC136495).

2-2238      ADC medical file for Dewey Gullick, #166858, for the period from January 1, 2011 to September 5, 2013 (ADC434743 - ADC434891).

2-2239      Excerpt from ADC medical file for Johnny Gurule, #117783, selected during Pablo Stewart's site inspection at ASPC-Phoenix (ADC136971 - ADC136978).

2-2240      ADC medical file for Johnny Gurule, #117783, for the period from January 1, 2011 to October 28, 2013 (ADC179652 - ADC179839).

2-2241      ADC medical file for Douglas Gussert, #258019, for the period from April 1, 2013 to April 1, 2014 (ADC326075 - ADC326303).

2-2242      ADC medical file for Alex Gutierrez, #053815, for the period from December 26, 2012 to December 26, 2013 (ADC338219 - ADC338416).

2-2243      ADC Administrative Investigations Unit Report No. 2013-1929 regarding Alex Gutierrez, #053815 (ADC424192 - ADC424298).

2-2244      ADC Mortality Review regarding Alex Gutierrez, #053815 (ADC364233 - ADC364236).

2-2245      BJS State Prison Inmate Death Report regarding Alex Gutierrez, #053815 (ADC406258 - ADC406260).

2-2246      Maricopa County Medical Examiner's Office report regarding Alex Gutierrez, #053815 (ADC422818 - ADC422827).

2-2247      Excerpt from ADC medical file for Jesus Gutierrez, #169610, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136496 - ADC136514).

2-2248      ADC medical file for James Guy, #201358, for the period from January 1, 2011 to April 1, 2014 (ADC345084 - ADC345212; and, ADC362955 - ADC362993).

2-2249      ADC dental records for Kenneth Haddock, #205997, for the period from January 1, 2009 to October 4, 2013 (ADC170177 - ADC170196).

2-2250    ADC medical file for John Haggerty, #213973, for the period from
          February 6, 2007 to December 11, 2012 (ADC130857 - ADC131367).

2-2251    Excerpt from ADC medical file for Gary Hall, #207113, selected during
          Pablo Stewart's site inspection at ASPC-Phoenix (ADC136979 -
          ADC136981).

2-2252    ADC medical file for Gary Hall, #207113, for the period from July 18,
          2011 to September 10, 2013 (ADC146394 - ADC146918).

2-2253    ADC medical file for Jamie Hall, #163821, for the period from July 16,
          2013 to April 1, 2014 (ADC362994 - ADC363113).

2-2254    ADC medical file for Randi Hall, #280750, for the period from July 30,
          2013 to November 14, 2013 (ADC326433 - ADC326511).

2-2255    ADC dental records for Jamie Hamilton, #168589, for the period from
          January 28, 2012 to August 17, 2013 (ADC_D000318 - ADC_D000328).

2-2256    Smallwood Prison Dental Services' Correctional Dental Software Patient
          Report for Jamie Hamilton, #168589 (ADC_D002513).

2-2257    ADC medical file for Phillip Hamlin, #118825, for the period from January
          1, 2011 to December 4, 2011 (ADC033767 - ADC034362).

2-2258    ADC Criminal Investigations Unit Report No. 2011100466 regarding
          Phillip Hamlin, #118825 (ADC062829 - ADC062905).

2-2259    ADC Mortality Review regarding Phillip Hamlin, #118825 (ADC033669 -
          ADC033673).

2-2260    ADC medical file for Anthony Hand, #266711, for the period from
          November 8, 2013 to April 1, 2014 (ADC368712 - ADC368714).

2-2261    ADC Master Record File for Anthony Hand, #266711, for the period from
          November 8, 2013 to April 1, 2014 (ADC370280 - ADC370284).

2-2262    Excerpt from ADC medical file for John Hannon, #266995, selected during
          Pablo Stewart's site inspection at ASPC-Yuma (ADC137126 -
          ADC137130).

2-2263     Selected ADC mental health observation records regarding John Hannon, #266995, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171276 - ADC171278).

2-2264     ADC medical file for Robert Harmon, #251293, for the period from January 1, 2011 to April 1, 2014 (ADC179840 - ADC180046; and, ADC296397 - ADC296450).

2-2265     ADC Master Record File for Robert Harmon, #251293, for the period from November 8, 2013 to April 1, 2014 (ADC370285 - ADC370307).

2-2266     Smallwood Prison Dental Services' Correctional Dental Software Patient Report for Angela Harper, #114831 (ADC_D002516).

2-2267     ADC medical file for Bennie Harris, #067481, for the period from November 29, 2012 to November 29, 2013 (ADC353784 - ADC354235; and, ADC354236 - ADC354580).

2-2268     ADC Mortality Review regarding Bennie Harris, #067481 (ADC335114 - ADC335117).

2-2269     BJS State Prison Inmate Death Report regarding Bennie Harris, #067481 (ADC406273 - ADC406275).

2-2270     Pima County Medical Examiner's Office report regarding Bennie Harris, #067481 (ADC422828 - ADC422832).

2-2271     Excerpt from ADC medical file for Christopher Harris, #222231, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143678 - ADC143683).

2-2272     ADC medical file for Christopher Harris, #222231, for the period from January 1, 2011 to April 1, 2014 (ADC270029 - ADC270207; and, ADC296451 - ADC296499).

2-2273     ADC medical file for Frederick Harris, #116031, for the period from December 26, 2012 to December 26, 2013 (ADC338417 - ADC338491).

2-2274     ADC Administrative Investigations Unit Report No. 2013-1932 regarding Frederick Harris, #116031 (ADC424468 - ADC424616).

2-2275      ADC Mortality Review regarding Frederick Harris, #116031 (ADC364237 - ADC364240).

2-2276      Cochise County Medical Examiner's Office report regarding Frederick Harris, #116031 (ADC422833 - ADC422842).

2-2277      ADC medical file for George Harris, #094133, for the period from October 24, 2013 to April 1, 2014 (ADC288489 - ADC288739).

2-2278      ADC medical file for Shaun Harris, #198341, for the period from January 1, 2011 to April 1, 2014 (ADC146919 - ADC147126; and, ADC326512 - ADC326609).

2-2279      ADC medical file for James Harrod, #136270, for the period from August 19, 2013 to April 1, 2014 (ADC311772 - ADC312056).

2-2280      ADC medical file for Dale Hausner, #240702, for the period from June 9, 2012 to June 9, 2013 (ADC213612 - ADC213639).

2-2281      ADC Mortality Review regarding Dale Hausner, #240702 (ADC211625 - ADC211628).

2-2282      ADC Psychological Autopsy Dale Hausner, #240702 (ADC211761 - ADC211762).

2-2283      ADC Criminal Investigations Unit Report No. 2012030095 regarding Philip Hawes, #253330 (ADC062914 - ADC062983).

2-2284      ADC medical file for Ralph Hawthorne, #143402, for the period from February 22, 2013 to February 14, 2014 (ADC312057 - ADC312662; and, ADC354581 - ADC354767).

2-2285      ADC Mortality Review regarding Ralph Hawthorne, #143402 (ADC364241 - ADC364244).

2-2286      Pinal County Medical Examiner's Office report regarding Ralph Hawthorne, #143402 (ADC422843 - ADC422846).

2-2287      ADC dental records for Daryl Haynes, #057428, for the period from March 26, 1986 to November 12, 2013 (ADC_D000444 - ADC_D000497; and, ADC_D001643 - ADC_D001647).

2-2288      ADC Criminal Investigations Unit Report No. 2011020197 regarding Joshua Haynes, #153920 (ADC062984 - ADC063138).

2-2289      ADC medical file for Paul Henderson, #247636, for the period from October 17, 2012 to May 1, 2013 (ADC216454 - ADC216509).

2-2290      ADC Mortality Review regarding Paul Henderson, #247636 (ADC211629 - ADC211633).

2-2291      ADC Psychological Autopsy regarding Paul Henderson, #247636 (ADC257115 - ADC257121).

2-2292      Selected ADC mental health observation records regarding Marquise Hennix, #238088, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171197).

2-2293      ADC medical file for Michael Hernandez, #211872, for the period from January 1, 2011 to April 1, 2014 (ADC180047 - ADC180102; and, ADC296500 - ADC296554).

2-2294      ADC medical file for Alfredo Herrera, #141081, for the period from November 8, 2013 to April 1, 2014 (ADC368715 - ADC368738).

2-2295      ADC Master Record File for Alfredo Herrera, #141081, up through September 11, 2013 (ADC138964 - ADC139078).

2-2296      ADC medical file for Thomas Herrera, #078507, for the period from October 16, 2012 to July 13, 2013 (ADC213640 - ADC613956).

2-2297      ADC Mortality Review regarding Thomas Herrera, #078507 (ADC211634 - ADC211638).

2-2298      ADC dental records for Glenn Heser, #042639, for the period from January 1, 2009 to November 25, 2013 (ADC170415 - ADC170445).

2-2299      ADC Criminal Investigations Unit Report No. 2011020096 regarding Robert Heydorn, #253966 (ADC032686 - ADC32776).

2-2300      Excerpt from ADC medical file for Marvin Hicks, #108037, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143684 - ADC143694).

2-2301    ADC medical file for Robert Hildenbrand, #140990, for the period from October 2, 2012 to October 2, 2013 (ADC354768 - ADC355144).

2-2302    ADC Mortality Review regarding Robert Hildenbrand, #140990 (ADC359583 - ADC359586).

2-2303    BJS State Prison Inmate Death Report regarding Robert Hildenbrand, #140990 (ADC406181 - ADC406183).

2-2304    Maricopa County Medical Examiner's Office report regarding Robert Hildenbrand, #140990 (ADC422847 - ADC422856).

2-2305    Excerpt from ADC medical file for Cheri Hill, #274563, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136794 - ADC136795).

2-2306    ADC medical file for Clayton Hill, #230403, for the period from November 8, 2013 to April 1, 2014 (ADC368739 - ADC368768).

2-2307    ADC Master Record File for Clayton Hill, #230403, up through April 1, 2014 (ADC139079 - ADC139135; and, ADC282582 - ADC282606).

2-2308    Excerpt from ADC medical file for James Hill, #085078, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143695 - ADC143699).

2-2309    ADC medical file for James Hill, #085078, for the period from January 1, 2011 to April 1, 2014 (ADC147127 - ADC147513; and, ADC288772 - ADC288869).

2-2310    ADC medical file for Rose Hodges, #113364, for the period from May 20, 2012 to May 20, 2013 (ADC216650 - ADC217785; and, ADC216510 - ADC216649).

2-2311    ADC Mortality Review regarding Rose Hodges, #113364 (ADC211639 - ADC211643).

2-2312    BJS State Prison Inmate Death Report regarding Rose Hodges, #113364 (ADC261296 - ADC261298).

2-2313      Excerpt from ADC medical file for Alexander Hoffman, #273887, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143700 - ADC143706).

2-2314      ADC medical file for Alexander Hoffman, #273887, for the period from October 24, 2013 to April 1, 2014 (ADC288870 - ADC288913).

2-2315      ADC medical file for Todd Hoke, #253951, for the period from October 21, 2012 to October 21, 2013 (ADC338492 - ADC338584).

2-2316      ADC Administrative Investigations Unit Report No. 2013-1541 regarding Todd Hoke, #253951 (ADC423715 - ADC423838).

2-2317      ADC Mortality Review regarding Todd Hoke, #253951 (ADC364245 - ADC364248).

2-2318      ADC Psychological Autopsy regarding Todd Hoke, #253951 (ADC335139 - ADC335149).

2-2319      BJS State Prison Inmate Death Report regarding Todd Hoke, #253951 (ADC406225 - ADC406227).

2-2320      Pinal County Medical Examiner's Office report regarding Todd Hoke, #253951 (ADC422857 - ADC422865).

2-2321      ADC medical file for Scott Holbrook, #259300, for the period from November 8, 2013 to April 1, 2014 (ADC368769 - ADC368807).

2-2322      ADC Master Record File for Scott Holbrook, #259300, for the period from November 8, 2013 to April 1, 2014 (ADC370308 - ADC370312).

2-2323      ADC medical file for Kevin Homer, #180025, for the period from December 30, 2010 to April 1, 2014 (ADC250900 - ADC251161; and, ADC313747 - ADC313780).

2-2324      ADC medical file for Patrick Hoppes, #242119, for the period from July 3, 2012 to July 3, 2013 (ADC213957 - ADC214002).

2-2325      ADC Mortality Review regarding Patrick Hoppes, #242119 (ADC211644 - ADC211648).

2-2326      ADC Psychological Autopsy regarding Patrick Hoppes, #242119 (ADC197199 - ADC197200).

2-2327       Excerpt from ADC medical file for Anthony Horta, #135540, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136515 - ADC136522).

2-2328       ADC medical file for Anthony Horta, #135540, for the period from July 16, 2013 to April 1, 2014 (ADC368808 - ADC368887).

2-2329       ADC Master Record File for Anthony Horta, #135540, for the period from November 8, 2013 to April 1, 2014 (ADC370313 - ADC370318).

2-2330       ADC Significant Incident Report No. 14-01439  regarding February 1, 2014 self-harming by Anthony Horta, #135540 (ADC320064 - ADC320065).

2-2331       ADC medical file for Kemp Horton, #202496, for the period from January 1, 2011 to August 19, 2013 (ADC147514 - ADC148098).

2-2332       ADC medical file for Jeffrey Howard, #049806, for the period from January 1, 2011 to April 1, 2014 (ADC434892 - ADC435097; and, ADC313889 - ADC313910).

2-2333       ADC dental records for Scott Howarth, #261299, for the period from January 1, 2009 to October 7, 2013 (ADC170197 - ADC170214; and, ADC200519 - ADC200520).

2-2334       ADC medical file for Heidi Hull, #281701, for the period from June 12, 2013 to April 1, 2014 (ADC239039 - ADC239099; and, ADC283306 - ADC283369).

2-2335       ADC medical file for Trina Hurt, #236244, for the period from November 14, 2008 to May 21, 2013 (ADC435098 - ADC435548).

2-2336       ADC dental records for Trina Hurt, #236244, for the period from November 14, 2008 to October 14, 2013 (ADC_D002337 - ADC_D002342; and, ADC_D000379 - ADC_D000399).

2-2337       Smallwood Prison Dental Services' Correctional Dental Software Patient Report for Seth Hutto, #275736 (ADC_D002498).

2-2338       ADC medical file for Minh Huynh, #262141, for the period from April 1, 2013 to April 1, 2014 (ADC313911 - ADC314189).

| | |
|---|---|
| 2-2339 | Excerpt from ADC medical file for Margaret Ihms, #233157, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136802 - ADC136805). |
| 2-2340 | ADC medical file for Margaret Ihms, #233157, for the period from January 1, 2011 to April 1, 2014 (ADC157011 - ADC157846; and, ADC288914 - ADC289044). |
| 2-2341 | Excerpt from ADC medical file for Robert Inigo, #083735, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC127469 - ADC127481). |
| 2-2342 | ADC medical file for Robert Inigo, #083735, for the period from January 1, 2011 to August 19, 2013 (ADC157847 - ADC158321). |
| 2-2343 | ADC Master Record File for Marcellus Jackson, #027535, up through April 1, 2014 (ADC169819 - ADC169835; and, ADC282607 - ADC282617). |
| 2-2344 | ADC medical file for Ronald Jacobs, #093371, for the period from January 1, 2011 to April 1, 2014 (ADC239100 - ADC239366; and, ADC368888 - ADC368921). |
| 2-2345 | ADC Master Record File for Ronald Jacobs, #093371, up through April 1, 2014 (ADC223727 - ADC224704; and, ADC370319 - ADC370336). |
| 2-2346 | ADC medical file for Robert Jaramillo, #039278, for the period from January 1, 2011 to April 1, 2014 (ADC180103 - ADC180339; and, ADC289056 - ADC289155). |
| 2-2347 | ADC medical file for Charles Jeffrey, #212819, for the period from to April 10, 2012 to April 10, 2013 (ADC214003 - ADC24120). |
| 2-2348 | ADC Mortality Review regarding Charles Jeffrey, #212819 (ADC211649 - ADC211653). |
| 2-2349 | ADC medical file for Monte Jenner, #107591, for the period from July 1, 2012 to January 16, 2014 (ADC_P010810 - ADC_P010909). |
| 2-2350 | ADC medical file for Alberto Jimenez, #138779, for the period from April 14, 2012 to April 14, 2013 (ADC217786 - ADC217825). |

2-2351      ADC Mortality Review regarding Alberto Jimenez, #138779 (ADC211654 - ADC211658).

2-2352      BJS State Prison Inmate Death Report regarding Alberto Jimenez, #138779 (ADC261299 - ADC261301).

2-2353      ADC medical file for Bernabe Jimenez, #253455, for the period from January 1, 2011 to April 1, 2014 (ADC251162 - ADC251392; and, ADC296555 - ADC296611).

2-2354      ADC medical file for Noe Jimenez, #239038, for the period from January 1, 2011 to April 1, 2014 (ADC180340 - ADC180399; and, ADC289156 - ADC289234).

2-2355      ADC Master Record File for Noe Jimenez, #239038, for the period from November 8, 2013 to April 1, 2014 (ADC370337 - ADC370347).

2-2356      ADC medical file for Billy Johnson, #225801, for the period from January 1, 2011 to April 1, 2014 (ADC180400 - ADC180606; and, ADC296612 - ADC296672).

2-2357      ADC Master Record File for Billy Johnson, #225801, for the period from November 8, 2013 to April 1, 2014 (ADC370348 - ADC370361).

2-2358      ADC Significant Incident Report No. 13-12692 and videos regarding October 24, 2013 use of force on Billy Johnson, #225801 (ADC293123 - ADC293124; ADC334684 - ADC334693; ADC320106; and, ADC320203 - ADC320205).

2-2359      ADC medical file for Charles Johnson, #099855, for the period from January 1, 2011 to April 1, 2014 (ADC180607 - ADC180806; and, ADC283370 - ADC283468).

2-2360      ADC Master Record File for Charles Johnson, #099855, for the period from November 8, 2013 to April 1, 2014 (ADC370362 - ADC370399).

2-2361      ADC medical file for Kenneth Johnson, #271083, for the period from December 17, 2012 to December 17, 2013 (ADC355145 - ADC355352).

2-2362      ADC Mortality Review regarding Kenneth Johnson, #271083 (ADC359587 - ADC359590).

2-2363     Maricopa County Medical Examiner's Office report regarding Kenneth
           Johnson, #271083 (ADC422866 - ADC422869).

2-2364     ADC medical file for Nelson Johnson, #143345, for the period from
           January 1, 2011 to July 1, 2012 (ADC043750 - ADC043881).

2-2365     ADC Criminal Investigations Unit Report No. 2012020159 regarding
           Nelson Johnson, #143345 (ADC192303 - ADC192437).

2-2366     ADC Administrative Investigations Unit Report No. 2012-0745 regarding
           Nelson Johnson, #143345 (ADC192219 - ADC192302).

2-2367     ADC Mortality Review regarding Nelson Johnson, #143345 (ADC138280 -
           ADC138284).

2-2368     ADC Psychological Autopsy regarding Nelson Johnson, #143345
           (ADC197201 - ADC197206).

2-2369     ADC medical file for Richard Johnson, #232783, for the period from
           January 1, 2011 to September 28, 2012 (ADC043882 - ADC043971).

2-2370     ADC Criminal Investigations Unit Report No. 2012030172 regarding
           Richard Johnson, #232783 (ADC192589 - ADC192847).

2-2371     ADC Administrative Investigations Unit Report No. 2012-1119 regarding
           Richard Johnson, #232783 (ADC192438 - ADC192588).

2-2372     ADC Mortality Review regarding Richard Johnson, #232783 (ADC138466
           - ADC138470).

2-2373     ADC medical file for Willie Johnson, #220930, for the period from January
           1, 2011 to April 1, 2014(ADC181075 - ADC181269; and, ADC289235 -
           ADC289507).

2-2374     ADC medical file for Jason Jones, #242070, for the period from January 1,
           2011 to April 1, 2014 (ADC181270 - ADC181334; and, ADC297028 -
           ADC297079).

2-2375     ADC Master Record File for Jason Jones, #242070, for the period from
           November 8, 2013 to April 1, 2014 (ADC370398 - ADC370406).

2-2376     ADC medical file for John Jones, #054741, for the period from January 1,
           2011 to August 26, 2013 (ADC148099 - ADC148459).

2-2377          ADC Mortality Review regarding John Jones, #054741 (ADC211659 -
               ADC211663).

2-2378          ADC medical file for Lois Jones, #060669, for the period from January 1,
               2011 to April 1, 2014 (ADC239592 - ADC239715; and, ADC345311 -
               ADC345333).

2-2379          ADC dental records for Donald Jordan, #097341, for the period from
               January 1, 2009 to November 11, 2013 (ADC_D000889 - ADC_D000891;
               and, ADC_D000041 - ADC_D000045).

2-2380          ADC medical file for Kenneth Jordan, #233937, for the period from
               January 31, 2014 to April 1, 2014 (ADC368922 - ADC368932).

2-2381          ADC Master Record File for Kenneth Jordan, #233937, up through April 1,
               2014 (ADC169836 - ADC169869; and, ADC282618 - ADC282647).

2-2382          Excerpt from ADC medical file for Jose Juarez, #186820, selected during
               Pablo Stewart's site inspection at ASPC-Lewis (ADC143711 -
               ADC143716).

2-2383          ADC medical file for Jose Juarez, #186820, for the period from January 1,
               2011 to August 26, 2013 (ADC148460 - ADC148628).

2-2384          ADC medical file for Nishma Kanabar, #279557, for the period from April
               1, 2013 to April 1, 2014 (ADC283469 - ADC284543).

2-2385          ADC medical file for Thomas Kane, #060051, for the period from January
               1, 2011 to April 1, 2014 (ADC181335 - ADC181411; and, ADC289508 -
               ADC289548).

2-2386          ADC Master Record File for Thomas Kane, #060051, for the period from
               November 8, 2013 to April 1, 2014 (ADC370407 - ADC370408).

2-2387          ADC dental records for Brooke Kapus, #180853, for the period from
               January 1, 2011 to August 26, 2013 (ADC153464 - ADC153480).

2-2388          Smallwood Prison Dental Services' Correctional Dental Software Patient
               Report for Christopher Keller, #275231 (ADC_D002499).

2-2389          ADC medical file for Aaron Ker, #272203, for the period from January 11,
               2011 to November 26, 2013 (ADC435549 - ADC435712).

2-2390  Excerpt from ADC medical file for Michael Kiel, #166428, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143717 - ADC143726).

2-2391  ADC medical file for Michael Kiel, #166428, for the period from January 1, 2011 to April 1, 2014 (ADC181412 - ADC181759; and, ADC289549 - ADC289655).

2-2392  ADC Significant Incident Report No. 13-14295  and use of force review regarding December 2, 2013 self-harming by Michael Kiel, #166428 (ADC293259 - ADC293273).

2-2393  Excerpt from ADC medical file for Kristopher Kimmerling, #154443, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136523 - ADC136525).

2-2394  ADC medical file for Kristopher Kimmerling, #154443, for the period from January 1, 2011 to March 5, 2014 (ADC181760 - ADC181897; and, ADC334267 - ADC334294).

2-2395  Excerpt from ADC medical file for Carl Kirvin, #073899, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137131 - ADC137135).

2-2396  Excerpt from ADC medical file for Charles Knight, #277840, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154605 - ADC154613).

2-2397  Excerpt from ADC medical file for John Koch, #170635, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143727 - ADC143729).

2-2398  ADC dental records for Riki Koehler, #106735, for the period from January 1, 2009 to August 15, 2013 (ADC153481 - ADC153524).

2-2399  Smallwood Prison Dental Services' Correctional Dental Software Patient Report for Jeremy Konow, #113103 (ADC_D002517).

2-2400  ADC medical file for Theodore Kootswatewa, #150745, for the period from November 8, 2013 to December 28, 2013 (ADC251453 - ADC251502).

2-2401     ADC medical file for Carlos Lago, #043498, for the period from January 1, 2011 to April 1, 2014 (ADC345334 - ADC345553; and, ADC363247 - ADC363368).

2-2402     ADC medical file for George Lamas, #218510, for the period from January 1, 2011 to April 1, 2014 (ADC182401 - ADC182487; and, ADC363369 - ADC363404).

2-2403     ADC medical file for Patrick Larsen, #261348, for the period from October 24, 2013 to April 1, 2014 (ADC297080 - ADC297427).

2-2404     ADC medical file for Billy Lee, #037490, for the period from April 8, 2012 to April 8, 2013 (ADC214121 - ADC214607).

2-2405     ADC Mortality Review regarding Billy Lee, #037490 (ADC138561 - ADC138565).

2-2406     Smallwood Prison Dental Services' Correctional Dental Software Patient Report for George Leivas, #250904 (ADC_D002505).

2-2407     Excerpt from ADC medical file for Charles Lejander, #206688, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137136 - ADC137148).

2-2408     ADC medical file for Arlene Leon, #246975, for the period from January 1, 2011 to October 8, 2013 (ADC158322 - ADC158649).

2-2409     ADC medical file for Douglas Leslie, #251101, for the period from January 1, 2011 to April 1, 2014 (ADC158650 - ADC159525; ADC240312 - ADC240367; and, ADC297555 - ADC297755).

2-2410     Excerpt from ADC medical file for Jason Lewis, #189264, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137149 - ADC137163).

2-2411     ADC medical file for Jason Lewis, #189264, for the period from January 1, 2011 to April 1, 2014 (ADC159526 - ADC159756; ADC289656 - ADC289737; and, ADC328895 - ADC329011).

2-2412     Excerpt from ADC medical file for Kevin Lewis, #242755, selected during Craig Haney's site inspection at ASPC-Florence (ADC136736).

2-2413      Excerpt from ADC medical file for Michelle Leyba-Hill, #102631, selected during Brie Williams's site inspection at ASPC-Perryville (ADC166254 - ADC166255).

2-2414      ADC medical file for Michelle Leyba-Hill, #102631, for the period from August 16, 2013 to April 1, 2014 (ADC368933 - ADC369001).

2-2415      ADC medical file for Galen Lindstrom, #075515, for the period from July 10, 2012 to July 10, 2013 (ADC217826 - ADC217861).

2-2416      BJS State Prison Inmate Death Report regarding Galen Lindstrom, #075515 (ADC406276 - ADC406278).

2-2417      ADC medical file for Mark Lobo, #269511, for the period from January 1, 2011 to April 1, 2014 (ADC435713 - ADC436224; and, ADC297845 - ADC298569).

2-2418      ADC medical file for Christopher Loeffler, #174736, for the period from September 13, 2011 to April 1, 2014 (ADC240368 - ADC240501; and, ADC298570 - ADC298817).

2-2419      Excerpt from ADC medical file for Jose Lomeli, #161242, selected during Craig Haney's site inspection at ASPC-Florence (ADC136737 - ADC136740).

2-2420      Excerpt from ADC medical file for Jose Lomeli, #161242, selected during Brie Williams's site inspection at ASPC-Florence (ADC155146 - ADC155158).

2-2421      ADC medical file for Jose Lomeli, #161242, for the period from January 1, 2012 to April 1, 2014 (ADC270208 - ADC270607; and, ADC298818 - ADC298969).

2-2422      ADC Master Record File for Jose Lomeli, #161242, up through September 16, 2013 (ADC207142 - ADC207226).

2-2423      ADC medical file for Joseph Long, #277229, for the period from December 19, 2012 to August 19, 2013 (ADC164382 - ADC164449).

2-2424      Excerpt from ADC medical file for Lisa Long, #264410, selected during Pablo Stewart's site inspection at ASPC-Phoenix (ADC136982 - ADC136988).

2-2425      ADC medical file for Lisa Long, #264410, for the period from July 13, 2011 to April 1, 2014 (ADC148629 - ADC149079; and, ADC284544 - ADC284704).

2-2426      ADC Criminal Investigations Unit Report No. 2011030032 regarding Ben Lopez, #110969 (ADC063515 - ADC063711).

2-2427      ADC Mortality Review regarding Ben Lopez, #110969 (ADC211664 - ADC211668).

2-2428      ADC medical file for Bruno Lopez, #031390, for the period from October 18, 2012 to October 18, 2013 (ADC355353 - ADC355675; and, ADC355676 - ADC355979).

2-2429      ADC Mortality Review regarding Bruno Lopez, #031390 (ADC335118 - ADC335121).

2-2430      BJS State Prison Inmate Death Report regarding Bruno Lopez, #031390 (ADC406252 - ADC406254).

2-2431      Maricopa County Medical Examiner's Office report regarding Bruno Lopez, #031390 (ADC422880 - ADC422881).

2-2432      ADC medical file for Chase Lopez, #210615, for the period from January 1, 2011 to September 25, 2013 (ADC240502 - ADC240693).

2-2433      ADC Mortality Review regarding Ernie Lopez, #133681 (ADC197262 - ADC197265).

2-2434      ADC medical file for George Lopez, #079354, for the period from January 1, 2011 to April 1, 2014 (ADC345554 - ADC345790; and, ADC363405 - ADC363535).

2-2435      ADC medical file for Johnny Lopez, #079275, for the period from March 17, 2012 to March 17, 2013 (ADC217862 - ADC218017).

2-2436      ADC Mortality Review regarding Johnny Lopez, #079275 (ADC211669 - ADC211673).

2-2437      ADC medical file for Miguel Lopez, #246307, for the period from January 1, 2011 to April 1, 2014 (ADC182682 - ADC182854; and, ADC314498 - ADC314570).

2-2438     Excerpt from ADC medical file for Paul Lopez, #079774, selected during
           Pablo Stewart's site inspection at ASPC-Eyman (ADC136526 -
           ADC136530).

2-2439     ADC medical file for Paul Lopez, #079774, for the period from July 17,
           2013 to April 1, 2014 (ADC298970 - ADC299328).

2-2440     ADC medical file for Paul Lopez, #265299, for the period from January 1,
           2011 to April 1, 2014 (ADC240840 - ADC240913; and, ADC334858 -
           ADC334886).

2-2441     Excerpt from ADC medical file for Robert Lopez, #179081, selected during
           Pablo Stewart's site inspection at ASPC-Eyman (ADC136531 -
           ADC136534).

2-2442     ADC medical file for Robert Lopez, #179081, for the period from January
           1, 2011 to October 10, 2013 (ADC182855 - ADC182979).

2-2443     Excerpt from ADC medical file for Rudy Lopez, #166763, selected during
           Pablo Stewart's site inspection at ASPC-Eyman (ADC136535 -
           ADC136536).

2-2444     ADC medical file for Rudy Lopez, #166763, for the period from January 1,
           1011 to September 6, 2013 (ADC436225 - ADC436298).

2-2445     ADC medical file for Susan Lopez, #184221, for the period from January 1,
           2011 to March 25, 2011 (ADC043296 - ADC043308).

2-2446     ADC Criminal Investigations Unit Report No. 2011010081 regarding
           Susan Lopez, #184221 (ADC063712 - ADC063836).

2-2447     ADC Mortality Review regarding Susan Lopez, #184221 (ADC033674 -
           ADC033678).

2-2448     Excerpt from ADC medical file for Norma Lowe, #083360, selected during
           Pablo Stewart's site inspection at ASPC-Perryville (ADC136806 -
           ADC136815).

2-2449     ADC medical file for Norma Lowe, #083360, for the period from January
           1, 2011 to April 1, 2014 (ADC159757 - ADC160075; and, ADC289738 -
           ADC289834).

2-2450      Smallwood Prison Dental Services' Correctional Dental Software Patient
            Report for Christian Lowery, #128030 (ADC_D002515).

2-2451      ADC medical file for Kenneth Lucas, #137555, for the period from January
            1, 2011 to October 4, 2011 (ADC034363 - ADC034429).

2-2452      ADC Criminal Investigations Unit Report No. 2011030222 regarding
            Kenneth Lucas, #137555 (ADC063837 - ADC063967).

2-2453      ADC Mortality Review regarding Kenneth Lucas, #137555 (ADC138584 -
            ADC138588).

2-2454      Excerpt from ADC medical file for Frank Lucero, #086062, selected during
            Brie Williams's site inspection at ASPC-Florence (ADC155159).

2-2455      ADC medical file for Frank Lucero, #086062, for the period from August
            14, 2013 to April 1, 2014 (ADC299329 - ADC299617).

2-2456      Excerpt from ADC medical file for Tyerel Luke, 130646, selected during
            Jay Shulman's site inspection at ASPC-Phoenix (ADC137179 -
            ADC137184).

2-2457      ADC dental records for Joey Lydell, #234229, for the period from January
            1, 2009 to November 11, 2013 (ADC_D000880 - ADC_D000888).

2-2458      ADC medical file for Candelario Lynn, #131399, for the period from
            January 1, 2011 to April 1, 2014 (ADC436299 - ADC436568; and,
            ADC299951 - ADC300041).

2-2459      ADC Criminal Investigations Unit Report No. 2011040602 regarding Paul
            Macias, #037162 (ADC039803 - ADC039815).

2-2460      ADC Mortality Review regarding Paul Macias, #037162 (ADC211675 -
            ADC211678).

2-2461      Excerpt from ADC medical file for Zachary MacIsaac, #252577, selected
            during Craig Haney's site inspection at ASPC-Florence (ADC136741 -
            ADC136745).

2-2462      ADC medical file for Zachary MacIsaac, #252577, for the period from
            January 1, 2011 to April 1, 2014 (ADC149080 - ADC149766; and,
            ADC314571 - ADC314727).

2-2463     ADC Master Record File for Zachary MacIsaac, #252577, for the period from November 8, 2013 to April 1, 2014 (ADC370409 - ADC370410).

2-2464     ADC medical file for George Malone, #086899, for the period from July 31, 2012 to July 31, 2013 (ADC218018 - ADC218085; and, ADC218438 - ADC218607).

2-2465     ADC Mortality Review regarding George Malone, #086899 (ADC211679 - ADC211683).

2-2466     BJS State Prison Inmate Death Report regarding George Malone, #086899 (ADC261302 - ADC261304).

2-2467     ADC Criminal Investigations Unit Report No. 2011020131 regarding Robert Mandalla, #187231 (ADC032879 - ADC032937).

2-2468     Excerpt from ADC medical file for Brein Mandeville, #244685, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143730 - ADC143733).

2-2469     ADC medical file for Brein Mandeville, #244685, for the period from April 1, 2013 to April 1, 2014 (ADC289835 - ADC290034; and, ADC284705 - ADC284891).

2-2470     ADC medical file for Chene Manley, #144981, for the period from January 1, 2011 to October 7, 2013 (ADC160076 - ADC160427).

2-2471     ADC dental records for Donald Manning, #105334, for the period from January 1, 2009 to November 7, 2013 (ADC_D000923 - ADC_D000938).

2-2472     Smallwood Prison Dental Services' Correctional Dental Software Patient Report for Derrick Manuel, #254414 (ADC_D002504).

2-2473     Selected ADC mental health observation records regarding Alonzo Martinez, #266305, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171201 - ADC171203).

2-2474     ADC medical file for Anthony Martinez, #085596, for the period from May 14, 2012 to May 14, 2013 (ADC218608 - ADC218942).

2-2475     ADC Mortality Review regarding Anthony Martinez, #085596 (ADC211684 - ADC211688).

2-2476      ADC medical file for Eduardo Martinez, #121022, for the period from January 1, 2011 to April 1, 2014 (ADC149767 - ADC149815; and, ADC290035 - ADC290076).

2-2477      ADC Master Record File for Eduardo Martinez, #121022, for the period from November 8, 2013 to April 1, 2014 (ADC370411 - ADC370420).

2-2478      ADC dental records for Gabriel Martinez, #205249, for the period from January 1, 2009 to November 13, 2013 (ADC_D001803 - ADC_D001814; and, ADC_D000218 - ADC_D000226).

2-2479      Smallwood Prison Dental Services' Correctional Dental Software Patient Report for Gabriel Martinez, #205249 (ADC_D002510).

2-2480      ADC medical file for Hector Martinez, #240034, for the period from November 8, 2013 to April 1, 2014 (ADC369002 - ADC369021).

2-2481      ADC Master Record File for Hector Martinez, #240034, up through April 1, 2014 (ADC139635 - ADC139682; and, ADC282648 - ADC282714).

2-2482      ADC medical file for Mark Martinez, #200893, for the period from January 1, 2011 to March 7, 2014 (ADC182980 - ADC183072; and, ADC300042 - ADC300090).

2-2483      ADC Master Record File for Mark Martinez, #200893, for the period from November 8, 2013 to April 1, 2014 (ADC370421 - ADC370447).

2-2484      ADC medical file for Nicholas Martinez, #171587, for the period from January 1, 2011 to August 30, 2012 (ADC044182 - ADC044455).

2-2485      ADC Criminal Investigations Unit Report and Activity Summary No. 2012020210 regarding Nicholas Martinez, #171587 (ADC085387 - ADC085467; and ADC192973).

2-2486      ADC Mortality Review regarding Nicholas Martinez, #171587 (ADC138436 - ADC138440).

2-2487      ADC medical file for Ramon Martinez, #076688, for the period from January 1, 2011 to April 1, 2014 (ADC183073 - ADC183172; and, ADC334887 - ADC334918).

2-2488      ADC Master Record File for Ramon Martinez, #076688, for the period from November 8, 2013 to April 1, 2014 (ADC370448 - ADC370460).

2-2489      ADC Master Record File for Chaine Masburgch, #165945, up through April 1, 2014 (ADC139136 - ADC139164; and, ADC332111 - ADC332155).

2-2490      ADC medical file for Bennie Masters, #134860, for the period from November 8, 2013 to April 1, 2014 (ADC369022 - ADC369042).

2-2491      ADC Master Record File for Bennie Masters, #134860, up through April 1, 2014 (ADC139164 - ADC139304, and, ADC282715 - ADC282729).

2-2492      ADC medical file for Robert Mathias, #153527, for the period from January 11, 2011 to August 19, 2013 (ADC164450 - ADC164545).

2-2493      ADC medical file for Jesse Mauricio, #128194, for the period from January 1, 2011 to April 1, 2014 (ADC183354 - ADC183493; and, ADC300191 - ADC300254).

2-2494      ADC medical file for Robert Maxwell, #065789, for the period from October 23, 2012 to October 23, 2013 (ADC338713 - ADC338981; and, ADC355980 - ADC355981).

2-2495      ADC Mortality Review regarding Robert Maxwell, #065789 (ADC359591 - ADC359594).

2-2496      BJS State Prison Inmate Death Report regarding Robert Maxwell, #065789 (ADC406270 - ADC406272).

2-2497      Pima County Medical Examiner's Office report regarding Robert Maxwell, #065789 (ADC422882 - ADC422886).

2-2498      ADC medical file for Mackie McCabe, #049597, for the period from June 2, 2012 to June 2, 2013 (ADC214608 - ADC215007).

2-2499      ADC Mortality Review regarding Mackie McCabe, #049597 (ADC197278 - ADC197281).

2-2500      ADC dental records for Daniel McCarty, #117872, for the period from December 1, 1995 to October 14, 2013 (ADC_D001449 - ADC_D001459; and, ADC_D001460 - ADC_D001473).

2-2501      ADC dental records for James McClure, #208831, for the period from January 1, 2009 to November 13, 2013 (ADC_D001828 - ADC_D001849).

2-2502      ADC Criminal Investigations unit Report No. 2011020235 regarding Kenneth McCulloch, #071775 (ADC032938 - ADC033024).

2-2503      Excerpt from ADC medical file for Jack McGee, #220171, selected during Craig Haney's site inspection at ASPC-Florence (ADC136746 - ADC136752).

2-2504      ADC medical file for Jack McGee, #220171, for the period from January 1, 2011 to April 1, 2014 (ADC149816 - ADC149887; and, ADC314728 - ADC314769).

2-2505      ADC Master Record File for Jack McGee, #220171, up through April 1, 2014 (ADC145154 - ADC145274; and, ADC370461 - ADC370468).

2-2506      Excerpt from ADC medical file for Bobbie McGhee, #262374, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154614 - ADC154621).

2-2507      ADC medical file for Robert McGill, #052841, for the period from January 1, 2011 to April 1, 2014 (ADC345791 - ADC346024; and, ADC363536 - ADC363575).

2-2508      Excerpt from ADC medical file for David McKay, #198724, selected during Pablo Stewart's site inspection at ASPC-Phoenix (ADC136989 - ADC137013).

2-2509      ADC medical file for David McKay, #198724, for the period from January 1, 2011 to April 1, 2014 (ADC436569 - ADC436762; and, ADC334919 - ADC335036).

2-2510      ADC medical file for John McLean, #282546, for the period from July 16, 2013 to December 18, 2013 (ADC355982 - ADC356147).

2-2511      ADC Mortality Review regarding John McLean, #282546 (ADC364261 - ADC364264).

2-2512      Pima County Medical Examiner's Office report regarding John McLean, #282546 (ADC422887 - ADC422891).

2-2513        ADC medical file for Tiffany McNeish, #194635, as of July 31, 2013
              (ADC136007 - ADC136210).

2-2514        ADC Significant Incident Report No. 14-03466 and video regarding March
              19, 2014 self-harming by Tiffany McNeish, #194635 (ADC280940 -
              ADC280941; and ADC320110).

2-2515        ADC medical file for Lance McQueen, #275473, for the period from
              December 13, 2012 to December 13, 2013 (ADC356148 - ADC356421;
              and, ADC356422 - ADC356490).

2-2516        ADC Mortality Review regarding Lance McQueen, #275473 (ADC364265
              - ADC364268).

2-2517        Pima County Medical Examiner's Office report regarding Lance McQueen,
              #275473 (ADC422892 - ADC422896).

2-2518        ADC dental records for Ernesto Medina, #235957, for the period from
              January 1, 2009 to September 3, 2013 (ADC170227 - ADC170271).

2-2519        ADC medical file for Michael Melendez, #102559, for the period from
              October 10, 2012 to October 10, 2013 (ADC338982 - ADC339116; and,
              ADC356512 - ADC356656).

2-2520        ADC Mortality Review regarding Michael Melendez, #102559
              (ADC359595 - ADC359598).

2-2521        BJS State Prison Inmate Death Report regarding Michael Melendez,
              #102559 (ADC406172 - ADC406174).

2-2522        Maricopa County Medical Examiner's Office report regarding Michael
              Melendez, #102559 (ADC422897 - ADC422900).

2-2523        Excerpt from ADC medical file for Rodolfo Mendoza, #046605, selected
              during Craig Haney's site inspection at ASPC-Florence (ADC136753).

2-2524        Excerpt from ADC medical file for Rodolfo Mendoza, #046605, selected
              during Brie Williams's site inspection at ASPC-Florence (ADC155160 -
              ADC155167).

2-2525     ADC medical file for Rodolfo Mendoza, #046605, for the period from January 1, 2011 to April 1, 2014 (ADC436763 - ADC437036; and, ADC314825 - ADC314882).

2-2526     ADC medical file for Justin Menendez, #111590, for the period from January 1, 2011 to April 1, 2014 (ADC437037 - ADC437464; and, ADC290077 - ADC290280).

2-2527     ADC dental records for JD Merrick, #099252, for the period from January 1, 2009 to November 13, 2013 (ADC170272 - ADC170297).

2-2528     ADC medical file for David Metcalf, #126539, for the period from January 1, 2011 to April 1, 2014 (ADC183494 - ADC183653; and, ADC315039 - ADC315079).

2-2529     ADC medical file for Christian Meza, #272940, for the period from June 20, 2012 to April 1, 2014 (ADC164546 - ADC164716; and, ADC300255 - ADC300556).

2-2530     ADC supplemental dental records for Matthew Milburn, #045655, for the period from January 1, 2009 to November 13, 2013 (ADC170298 - ADC170311; and, ADC145907 - ADC145914).

2-2531     ADC medical file for Deandre Milton, #245627 for the period from July 1, 2012 to January 2, 2014 (ADC_P001063 - ADC_P001317).

2-2532     ADC Significant Incident Report No. 13-13171, use of force review, and video regarding November 5, 2013 self-harming by Deandre Milton, #245627 (ADC_P001047 - ADC_P001061; and ADC_P001062).

2-2533     ADC dental records for Greg Minnis, #155351, for the period from January 1, 2009 to September 26, 2013 (ADC165669 - ADC165707).

2-2534     Smallwood Prison Dental Services' Correctional Dental Software Patient Report for Luis Miramontes, #247220 (ADC_D002506).

2-2535     Excerpt from ADC medical file for Shacoia Mitchell, #266314, selected during Brie Williams's site inspection at ASPC-Perryville (ADC166256 - ADC166270).

2-2536     ADC medical file for Shacoia Mitchell, #266314, for the period from January 31, 2014 to April 1, 2014 (ADC369043 - ADC369046).

2-2537      ADC Master Record File for Shacoia Mitchell, #266314, up through
            January 31, 2014 (ADC169870 - ADC169919; and, ADC332156 -
            ADC332222).

2-2538      ADC Criminal Investigations Unit Report No. 2011030256 regarding
            William Moffett, #213437 (ADC064673 - ADC064839).

2-2539      ADC Mortality Review regarding William Moffett, #213437 (ADC033684
            - ADC033688).

2-2540      Excerpt from ADC medical file for Jeffrey Mollett, #117950, selected
            during Pablo Stewart's site inspection at ASPC-Phoenix (ADC137014 -
            ADC137020).

2-2541      ADC medical file for John Montano, #284933, for the period from
            November 6, 2012 to November 6, 2013 (ADC356657 - ADC356785).

2-2542      ADC Mortality Review regarding John Montano, #284933 (ADC364784 -
            ADC364787).

2-2543      Pima County Medical Examiner's Office report regarding John Montano,
            #284933 (ADC422901 - ADC422908).

2-2544      ADC medical file for Max Montano, #147126, for the period from October
            24, 2013 to April 1, 2014 (ADC284892 - ADC284967).

2-2545      ADC medical file for Leroy Montoya, #238802, for the period from
            January 1, 2011 to August 19, 2013 (ADC149888 - ADC150069).

2-2546      Excerpt from ADC medical file for Kenneth Moore, #174373, selected
            during Pablo Stewart's site inspection at ASPC-Yuma (ADC137164 -
            ADC137172).

2-2547      ADC medical file for Angel Morales, #234567, for the period from July 15,
            2013 to April 1, 2014 (ADC369047 - ADC369112).

2-2548      ADC Master Record File for Angel Morales, #234567, up through April 1,
            2014 (ADC207405 - ADC207486; and, ADC282730 - ADC282738).

2-2549      ADC medical file for Ruben Morales, #266207, for the period from January
            31, 2014 to April 1, 2014 (ADC370938 - ADC370962).

2-2550   ADC Master Record File for Ruben Morales, #266207, up through April 1, 2014 (ADC169920 - ADC169945; and, ADC370469 - ADC370492).

2-2551   ADC Administrative Investigations Unit Report No. 2011-0070 regarding David Moreno, #072673 (ADC192974 - ADC193231).

2-2552   ADC Mortality Review regarding David Moreno, #072673 (ADC138614 - ADC138618).

2-2553   Excerpt from ADC medical file for Pete Moreno, #040795, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154622 - ADC154630).

2-2554   Excerpt from ADC medical file for Frank Morgan, #066223, selected during Pablo Stewart's site inspection at ASCP-Eyman (ADC136537 - ADC136578).

2-2555   ADC medical file for Frank Morgan, #066223, for the period from January 1, 2011 to April 1, 2014 (ADC270608 - ADC271046; and, ADC300693 - ADC301017).

2-2556   ADC medical file for Raymundo Morin, #130151, for the period from November 27, 2012 to November 27, 2013 (ADC360321 - ADC360535).

2-2557   ADC Administrative Investigations Unit Report No. 2013-1767 regarding Raymundo Morin, #130151 (ADC423967 - ADC424139).

2-2558   ADC Mortality Review regarding Raymundo Morin, #130151 (ADC364788 - ADC364791).

2-2559   ADC Psychological Autopsy regarding Raymundo Morin, #130151 (ADC361548 - ADC361555).

2-2560   BJS State Prison Inmate Death Report regarding Raymundo Morin, #130151 (ADC406178 - ADC406180).

2-2561   Pinal County Medical Examiner's Office report regarding Raymundo Morin, #130151 (ADC422907 - ADC422911).

2-2562   ADC medical file for Donald Moritz, #236561, for the period from July 6, 2011 to November 20, 2013 (ADC243044 - ADC243279).

2-2563      ADC medical file for Luis Moscoso-Hernandez, #254578, for the period
            from January 1, 2011 to May 30, 2011 (ADC034430 - ADC304438).

2-2564      ADC Criminal Investigation Unit Report No. 2011030118 regarding Luis
            Moscoso-Hernandez, #254578 (ADC064840 - ADC065029).

2-2565      ADC Mortality Review regarding Luis Moscoso-Hernandez, #254578
            (ADC138599 - ADC138603).

2-2566      ADC medical file for Levi Moses, #228550, for the period from January 1,
            2011 to September 27, 2013 (ADC167538 - ADC167715).

2-2567      Excerpt from ADC medical file for Allen Mosley, #091711, selected during
            Pablo Stewart's site inspection at ASPC-Phoenix (ADC137021 -
            ADC137029).

2-2568      ADC medical file for Allen Mosley, #091711, for the period from January
            1, 2011 to October 7, 2013 (ADC183654 - ADC183834).

2-2569      ADC medical file for Robert Moss, #102474, for the period from January 1,
            2011 to August 11, 2012 (ADC044456 - ADC044840).

2-2570      ADC Criminal Investigations Unit Report No. 2012020200 regarding
            Robert Moss, #102474 (ADC085468 - ADC085512).

2-2571      ADC Mortality Review regarding Robert Moss, #102474 (ADC138376 -
            ADC138380).

2-2572      ADC Criminal Investigations Unit Report No. 2011020052 regarding
            Robert Mulhern, #235987 (ADC085513 - ADC085633).

2-2573      ADC medical file for Otto Munster, #266474, for the period from January
            1, 2011 to March 4, 2012 (ADC044841 - ADC044994).

2-2574      ADC Criminal Investigations Unit Report No. 2012020062 regarding Otto
            Munster, #266474 (ADC193394 - ADC193498).

2-2575      ADC Administrative Investigations Unit Report No. 2012-0230 regarding
            Otto Munster, #266474 (ADC193232 - ADC193393).

2-2576      ADC Mortality Review regarding Otto Munster, #266474 (ADC033689 -
            ADC033693).

2-2577        ADC Psychological Autopsy regarding Otto Munster, #266474
              (ADC257124 - ADC257129).

2-2578        Excerpt from ADC medical file for Michael Murdaugh, #162753, selected
              during Pablo Stewart's site inspection at ASPC-Eyman (ADC136579 -
              ADC136586).

2-2579        ADC medical file for Michael Murdaugh, #162753, for the period from
              January 1, 2011 to April 1, 2014 (ADC271047 - ADC271397; and,
              ADC301018 - ADC301113).

2-2580        Excerpt from ADC medical file for Robert Murray, #094261, selected
              during Pablo Stewart's site inspection at ASPC-Eyman (ADC136587 -
              ADC136631).

2-2581        ADC medical file for Robert Murray, #094261, for the period from January
              1, 2011 to April 1, 2014 (ADC271398 - ADC271651; and, ADC290281 -
              ADC290662).

2-2582        Smallwood Prison Dental Services' Correctional Dental Software Patient
              Report for Michelle Myers, #188014 (ADC_D002512).

2-2583        ADC medical file for Karl Narten, #024550, for the period from May 6,
              2012 to May 6, 2013 (ADC215008 - ADC215234).

2-2584        ADC Mortality Review regarding Karl Narten, #024550 (ADC211689 -
              ADC211693).

2-2585        BJS State Prison Inmate Death Report Karl Narten, #024550 (ADC261307
              - ADC261309).

2-2586        Excerpt from ADC medical file for Thomas Neenan, #173951, selected
              during Pablo Stewart's site inspection at ASPC-Eyman (ADC136661 -
              ADC136663).

2-2587        ADC medical file for Thomas Neenan, #173951, for the period from
              January 1, 2011 to April 1, 2014 (ADC346025 - ADC346336).

2-2588        ADC medical file for Eric Nelson, #157808, for the period from January 1,
              2011 to April 1, 2014 (ADC183835 - ADC183920; and, ADC301184 -
              ADC301310).

2-2589  ADC Master Record File for Eric Nelson, #157808, for the period from November 8, 2013 to April 1, 2014 (ADC370493 - ADC370495).

2-2590  ADC dental records for Arturo Nevarez-Ugarte, #228792, for the period from January 1, 2009 to August 12, 2013 (ADC153525 - ADC153555).

2-2591  ADC medical file for Adam Nicolia, #254795, for the period from January 31, 2014 to April 1, 2014 (ADC369113 - ADC369121).

2-2592  ADC Master Record File for Adam Nicolia, #254795, up through October 4, 2013 (ADC169946 - ADC169959).

2-2593  ADC medical file for Patrick Nissley, #277002, for the period from January 1, 2011 to April 1, 2014 (ADC183921 - ADC184031; ADC243344 - ADC243360; and, ADC301311 - ADC301394).

2-2594  Excerpt from ADC medical file for Hector Norzagaray, #119781, selected during Brie Williams's site inspection at ASPC-Florence (ADC155168 - ADC155173).

2-2595  ADC medical file for Hector Norzagaray, #119781, for the period from August 14, 2013 to April 1, 2014 (ADC301517 - ADC301540).

2-2596  ADC medical file for Henry Ochoa, #257721, for the period from January 1, 2011 to April 1, 2014 (ADC184032 - ADC184152; and, ADC315227 - ADC315269).

2-2597  ADC Master Record File for Henry Ochoa, #257721, for the period from November 8, 2013 to April 1, 2014 (ADC370496 - ADC370506).

2-2598  ADC medical file for Anthony Olea, #153946, for the period from September 15, 2011 to October 5, 2011 (ADC044995 - ADC045043).

2-2599  ADC Criminal Investigations Unit Report No. 2011030223 regarding Anthony Olea, #153946 (ADC065030 - ADC065148).

2-2600  ADC Mortality Review regarding Anthony Olea, #153946 (ADC138589 - ADC138593).

2-2601  ADC medical file for Richard Olivas, #128627, for the period from January 1, 2011 to July 21, 2012 (ADC045044 - ADC045537).

2-2602      ADC Criminal Investigations Unit Report No. 2012020179 regarding
            Richard Olivas, #128627 (ADC085645 - ADC085739).

2-2603      ADC Mortality Review regarding Richard Olivas, #128627 (ADC138401 -
            ADC138405).

2-2604      ADC dental records for William O'Rourke, #252819, for the period from
            January 1, 2009 to October 4, 2013 (ADC170315 - ADC170325).

2-2605      ADC medical file for Greg Ortega, #125033, for the period from January 1,
            2011 to April 1, 2014 (ADC346337 - ADC346528; and, ADC363576 -
            ADC363649).

2-2606      Excerpt from ADC medical file for George Overturf, #253160, selected
            during Brie Willams's site inspection at ASPC-Florence (ADC155174 -
            ADC155186).

2-2607      ADC medical file for George Overturf, #253160, for the period from
            January 1, 2011 to April 1, 2014 (ADC437465 - ADC437751; and,
            ADC315356 - ADC315504).

2-2608      ADC Significant Incident Report No. 14-00755 and use of force review and
            video regarding January 17, 2014 refusal to rehouse and assault on staff by
            George Overturf, #253160 (ADC321656 - ADC321666; and ADC320225).

2-2609      Smallwood Prison Dental Services' Correctional Dental Software Patient
            Report for Jesus Padilla, #236311 (ADC_D002508).

2-2610      Excerpt from ADC medical file for Eric Pamias, #171277, selected during
            Robert Cohen's site inspection at ASPC-Lewis (ADC200210 -
            ADC200211).

2-2611      ADC medical file for Eric Pamias, #171277, for the period from January 1,
            2011 to October 15, 2013 (ADC346529 - ADC349839; and, ADC346840 -
            ADC346865).

2-2612      ADC medical file for Jesse Papanek, #180906, for the period from January
            1, 2011 to April 1, 2014 (ADC184153 - ADC184344; and, ADC301541 -
            ADC301656).

2-2613      ADC medical file for Kevin Pate, #091377, for the period from May 30,
            2012 to March 15, 2013 (ADC218943 - ADC219365).

2-2614      ADC Mortality Review regarding Kevin Pate, #091377 (ADC211694 -
            ADC211698).

2-2615      Excerpt from ADC medical file for Jerry Patton, #277153, selected during
            Brie Williams's site inspection at ASPC-Eyman (ADC154631 -
            ADC154637).

2-2616      ADC Master Record File for Jerry Patton, #277153, up through October 4,
            2013 (ADC169960 - ADC169979).

2-2617      ADC medical file for Christopher Pavloff, #264480, for the period from
            January 1, 2011 to April 1, 2014 (ADC184494 - ADC184617; and,
            ADC315549 - ADC315587).

2-2618      ADC dental records for Jeffrey Pearson, #126867, for the period from
            January 1, 2009 to November 12, 2013 (ADC_D001918 - ADC_D001924).

2-2619      Excerpt from ADC medical file for Kendall Pearson, #246092, selected
            during Pablo Stewart's site inspection at ASPC-Eyman (ADC136632 -
            ADC136635).

2-2620      ADC medical file for Kendall Pearson, #246092, for the period from
            January 1, 2011 to April 1, 2014 (ADC184618 - ADC184871; and,
            ADC290663 - ADC290717).

2-2621      ADC medical file for Michael Pellicer, #241648, for the period from
            January 1, 2011 to June 2, 2011 (ADC034439 - ADC034461).

2-2622      ADC Criminal Investigations Unit Report No. 2011100240 regarding
            Michael Pellicer, #241648 (ADC065324 - ADC065361).

2-2623      ADC Mortality Review regarding Michael Pellicer, #241648 (ADC138604
            - ADC138608).

2-2624      ADC medical file for Samuel Penrod, #239370, for the period from January
            1, 2011 to April 1, 2014 (ADC243446 - ADC243606; and, ADC302886 -
            ADC302897).

2-2625      ADC medical file for Christina Perez, #194526, for the period from January
            1, 2011 to April 1, 2014 (ADC184872 - ADC185116; and, ADC290718 -
            ADC290735).

2-2626  ADC Master Record File for Christina Perez, #194526, for the period from November 8, 2013 to April 1, 2014 (ADC370507 - ADC370545).

2-2627  ADC medical file for Dexter Peters, #063009, for the period from January 1, 2011 to March 3, 2013 (ADC251581 - ADC251823).

2-2628  ADC medical file for Karat Phothong, #098842, for the period from January 1, 2011 to January 28, 2012 (ADC087941 - ADC088069).

2-2629  ADC Criminal Investigations Unit Report No. 2012020029 regarding Karat Phothong, #098842 (ADC072551 - ADC072828).

2-2630  ADC Mortality Review regarding Karat Phothong, #098842 (ADC197286 - ADC197290).

2-2631  ADC Psychological Autopsy regarding Karat Phothong, #098842 (ADC257130 - ADC257134).

2-2632  ADC dental records for Hugh Pinkston, #143817, for the period from January 1, 2009 to November 11, 2013 (ADC_D001183 - ADC_D001217).

2-2633  ADC medical file for Lorenzo Pogue-Fuentes, #231849, for the period from July 1, 2012 to January 6, 2014 (ADC_P005220 - ADC005510).

2-2634  Selected ADC mental health observation records regarding Lorenzo Pogue-Fuentes, #231849, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171210).

2-2635  ADC Criminal Investigations Unit Report No. 2011030119, including medical records, regarding Jeremy Pompeneo, #228525 (ADC193499 - ADC194264).

2-2636  ADC Mortality Review regarding Jeremy Pompeneo, #228525 (ADC211699 - ADC211703).

2-2637  ADC medical file for Danette Porter, #255037, for the period from July 14, 2010 to April 1, 2014 (ADC205146 - ADC205598; and, ADC284968 - ADC285194).

2-2638  ADC Criminal Investigations Unit Report No. 2012030039 regarding Daniel Porter, #061424 (ADC086270 - ADC086398).

2-2639 ADC Administrative Investigations Unit Report No. 2012-0175 regarding Daniel Porter, #061424 (ADC047369 - ADC047719).

2-2640 ADC Mortality Review regarding Daniel Porter, #061424 (ADC138346 - ADC138350).

2-2641 Excerpt from ADC medical file for Robert Powell, #050575, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136636 - ADC136642).

2-2642 ADC medical file for Robert Powell, #050575, for the period from January 1, 2011 to August 22, 2013 (ADC437752 - ADC437919).

2-2643 ADC medical file for Tony Pruitt, #157985, for the period from January 1, 2011 to April 1, 2014 (ADC185206 - ADC185535; and, ADC302898 - ADC302956).

2-2644 ADC Master Record File for Tony Pruitt, #157985, for the period from November 8, 2013 to April 1, 2014 (ADC370546 - ADC370556).

2-2645 ADC Significant Incident Report No. 13-12168, use of force review, and video regarding October 11, 2013 refusal to submit to restraints and self-harming by Karin Purnell, #157203 (ADC320157 - ADC320173; and ADC320185).

2-2646 Excerpt from ADC medical file for Robert Quihuis, #188693, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143747 - ADC143752).

2-2647 ADC medical file for Robert Quihuis, #188693, for the period from January 1, 2011 to December 12, 2013 (ADC437920 - ADC438113).

2-2648 ADC medical file for Jose Quintanilla, #229303, for the period from January 1, 2011 to April 1, 2014 (ADC164717 - ADC165160; and, ADC315692 - ADC315767).

2-2649 Excerpt from ADC medical file for Frank Racer, #108121, selected during Robert Cohen's site inspection at ASPC-Lewis (ADC136211).

2-2650 ADC medical file for Frank Racer, #108121, for the period from January 1, 2011 to April 1, 2014 (ADC150070 - ADC151259; and, ADC315768 - ADC316012).

2-2651      ADC Master Record File for Frank Racer, #108121, up through April 1, 2014 (ADC258259 - ADC258607; and, ADC370557 - ADC370598).

2-2652      ADC medical file for Bernadette Ramirez, #264284, for the period from April 1, 2011 to April 1, 2014 (ADC185536 - ADC185674; and, ADC369122 - ADC369160).

2-2653      ADC Master Record File for Bernadette Ramirez, #264284, for the period from November 8, 2013 to April 1, 2014 (ADC370599 - ADC370623).

2-2654      Excerpt from ADC medical file for Gabriel Ramirez, #173799, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143753 - ADC143772).

2-2655      ADC medical file for Gabriel Ramirez, #173799, for the period from January 1, 2011 to April 1, 2014 (ADC151260 - ADC151602; and, ADC302957 - ADC303023).

2-2656      Excerpt from ADC medical file for Wilford Ratliff, #210575, selected during Craig Haney's site inspection at ASPC-Florence (ADC136754).

2-2657      ADC medical file for Wilford Ratliff, #210575, for the period from July 15, 2013 to April 1, 2014 (ADC369161 - ADC369235).

2-2658      ADC Master Record File for Wilford Ratliff, #210575, up through September 25, 2013 (ADC229506 - ADC229673).

2-2659      Excerpt from ADC medical file for Allen Rawson, #222411, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136643 - ADC136648).

2-2660      ADC medical file for Allen Rawson, #222411, for the period from January 1, 2011 to December 3, 2013 (ADC271652 - ADC272123; and, ADC316013 - ADC316247).

2-2661      ADC Mortality Review regarding Allen Rawson, #222411 (ADC359599 - ADC359602).

2-2662      BJS State Prison Inmate Death Report regarding Allen Rawson, #222411 (ADC406216 - ADC406218).

2-2663    Maricopa County Medical Examiner's Office report regarding Allen Rawson, #222411 (ADC422914 - ADC422917).

2-2664    ADC medical file for John Ray, #11850, for the period from June 7, 2012 to June 7, 2013 (ADC219366 - ADC220037).

2-2665    ADC Mortality Review regarding John Ray, #11850 (ADC211704 - ADC211708).

2-2666    ADC medical file for Ahmad Reed, #172685, for the period from January 1, 2011 to October 28, 2013 (ADC438558 - ADC435713).

2-2667    Excerpt from ADC medical file for Paul Reed, #105208, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136649 - ADC136650).

2-2668    ADC medical file for Paul Reed, #105208, for the period from January 1, 2011 to April 1, 2014 (ADC272124 - ADC272547; and, ADC303024 - ADC303245).

2-2669    Excerpt from ADC medical file for Matthew Renna, #276858, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC143547 - ADC143558).

2-2670    ADC medical file for Yara Renteria, #236532, for the period from January 31, 2014 to April 1, 2014 (ADC369236 - ADC369309).

2-2671    ADC Master Record File for Yara Renteria, #236532, up through September 17, 2013 (ADC169980 - ADC170005).

2-2672    ADC medical file for Alvin Rhodes, #264597, for the period from January 1, 2011 to January 22, 2012 (ADC034462 - ADC034615).

2-2673    ADC Criminal Investigations Unit Report No. 2012030015 regarding Alvin Rhodes, #264597 (ADC039967 - ADC040008).

2-2674    ADC Mortality Review regarding Alvin Rhodes, #264597 (ADC138182 - ADC138186).

2-2675    ADC Significant Incident Report No. 13-15322 and use of force review regarding December 25, 2013 refusal to submit to strip search and self-harming by Renee Richards, #221817 (ADC382674 - ADC382688).

2-2676      ADC Significant Incident Report No. 14-00025 and use of force review regarding January 1, 2014 refusal to submit to restraints for cell integrity check by Renee Richards, #221817 (ADC382689 - ADC382703).

2-2677      Excerpt from ADC medical file for Robert Rico, #192272, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136651 - ADC136654).

2-2678      ADC medical file for Robert Rico, #192272, for the period from January 1, 2011 to August 26, 2013 (ADC438714 - ADC438862).

2-2679      ADC medical file for Jose Rios, #058372, for the period from October 15, 2013 to December 11, 2013 (ADC303246 - ADC303262).

2-2680      ADC medical file for Miguel Rivera, #239996, for the period from January 1, 2011 to April 1, 2014 (ADC151603 - ADC151992; and, ADC290774 - ADC290902).

2-2681      ADC Master Record File for Miguel Rivera, #239996, for the period from November 8, 2013 to April 1, 2014 (ADC370624 - ADC370628).

2-2682      ADC medical file for Darrell Robertson, #258053, for the period from January 1, 2011 to September 10, 2012 (ADC045538 - ADC045578).

2-2683      ADC Mortality Review for Darrell Robertson, #258053 (ADC138506 - ADC138510).

2-2684      ADC medical file for Clifford Robinson, #188691, for the period from January 1, 2012 to July 29, 2013 (ADC127482 - ADC127621).

2-2685      Excerpt from ADC medical file for Fred Robinson, #065972, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154638 - ADC154642).

2-2686      ADC medical file for Adrian Robles, #177363, for the period from January 1, 2011 to April 1, 2014 (ADC165161 - ADC165338; and, ADC303263 - ADC303351).

2-2687      ADC Significant Incident Report No. 13-12065 and video regarding October 8, 2013 refusal to submit to restraints by James Rocco, #217114 (ADC293013 - ADC293021; and, ADC320105).

2-2688    ADC Significant Incident Report No. 13-15422 regarding December 27, 2013 refusal to submit to restraints by James Rocco, #217114 (ADC320050 - ADC320051).

2-2689    ADC dental records for Verna Rodgers, #147287, for the period from August 19, 2011 to October 2, 2013 (ADC170326 - ADC170338).

2-2690    ADC medical file for Dominica Rodriguez, #280744, for the period from July 20, 2013 to August 31, 2013 (ADC285195 - ADC285222).

2-2691    ADC medical file for Frankie Rodriguez, #140309, for the period from January 1, 2011 to April 1, 2014 (ADC185675 - ADC185798; and, ADC303352 - ADC303446).

2-2692    ADC medical file for George Rodriguez, #163888, for the period from November 1, 2012 to November 1, 2013 (ADC370963 - ADC371774; ADC357032 - ADC357292).

2-2693    Tempe St. Luke's hospital records for George Rodriguez, #163888, for the period from November 1, 2012 to November 1, 2013 (ADC371775 - ADC372077; ADC372078 - ADC372569; ADC372570 - ADC373177; ADC373178 - ADC373771; ADC373772 - ADC374407; ADC374408 - ADC375061; ADC375062 - ADC375080; ADC375081 - ADC375396; ADC375397 - ADC377155; and, ADC377156 - ADC378368).

2-2694    ADC Mortality Review regarding George Rodriguez, #163888 (ADC364800 - ADC364803).

2-2695    Maricopa County Medical Examiner's Office report regarding George Rodriguez, #163888 (ADC422918 - ADC422920).

2-2696    ADC medical file for Gloria Rodgers, #216771, for the period from December 27, 2012 to December 27, 2013 (ADC357293 - ADC357854).

2-2697    ADC Mortality Review regarding Gloria Rodgers, #216771 (ADC364804 - ADC364807).

2-2698    Maricopa County Medical Examiner's Office report regarding Gloria Rodgers, #216771 (ADC422921 - ADC422924).

2-2699    ADC dental records for Daniel Rogowski, #108202, for the period from January 1, 2009 to September 25, 2013 (ADC170339 - ADC170393; and ADC145935 - ADC145941).

2-2700    ADC medical grievance file no. A02-83-011, regarding dental charge grievance submitted by Daniel Rogowski, #108202, on December 14, 2011 (ADC194629 - ADC194648).

2-2701    Excerpt from ADC medical file for Mark Rooks, #214472, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136655 - ADC136660).

2-2702    ADC medical file for Mark Rooks, #214472, for the period from January 1, 2011 to April 1, 2014 (ADC272548 - ADC272655; and, ADC303447 - ADC303464).

2-2703    ADC medical file for Flavio Rosales, #233818, for the period from January 1, 2013 to April 1, 2014 (ADC438863 - ADC439164; and, ADC316519 - ADC316647).

2-2704    Excerpt from ADC medical file for Kenneth Rose, #037846, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154643 - ADC154650).

2-2705    Excerpt from ADC medical file for Benny Roseland, #124449, selected during Robert Cohen's site inspection at ASPC-Lewis (ADC200220 - ADC200236).

2-2706    ADC medical file for Benny Roseland, #124449, for the period from January 1, 2011 to November 12, 2013 (ADC439165 - ADC439296; and, ADC357855 - ADC358257).

2-2707    ADC Mortality Review regarding Benny Roseland, #124449 (ADC364812 - ADC364815).

2-2708    Pinal County Medical Examiner's Office report regarding Benny Roseland, #124449 (ADC422929 - ADC422933).

2-2709    ADC medical file for Rocky Ross, #171552, for the period from November 27, 2012 to November 27, 2013 (ADC339375 - ADC339544; and, ADC358258 - ADC358260).

2-2710      ADC Mortality Review regarding Rocky Ross, #171552 (ADC364816 - ADC364819).

2-2711      Pima County Medical Examiner's Office report regarding Rocky Ross, #171552 (ADC422934 - ADC422938).

2-2712      ADC medical file for Willie Ross, #085516, for the period from December 12, 2012 to December 12, 2013 (ADC339545 - ADC339684).

2-2713      ADC Mortality Review regarding Willie Ross, #085516 (ADC364820 - ADC364823).

2-2714      BJS State Prison Inmate Death Report regarding Willie Ross, #085516 (ADC406279 - ADC406281).

2-2715      Maricopa County Medical Examiner's Office report regarding Willie Ross, #085516 (ADC422939 - ADC422942).

2-2716      ADC medical file for Tristian Rossum, #121496, for the period from January 1, 2011 to April 1, 2014 (ADC185799 - ADC185892; and, ADC303465 - ADC303514).

2-2717      ADC medical file for William Rousch, #104517, for the period from April 8, 1994 to October 23, 2012 (ADC131406 - ADC133192).

2-2718      ADC medical file for Ignacio Ruelas, #234337, for the period from November 14, 2012 to November 14, 2013 (ADC358262 - ADC258824).

2-2719      ADC Mortality Review regarding Ignacio Ruelas, #234337 (ADC335122 - ADC335125).

2-2720      BJS State Prison Inmate Death Report regarding Ignacio Ruelas, #234337 (ADC406222 - ADC406224).

2-2721      Pima County Medical Examiner's Office report regarding Ignacio Ruelas, #234337 (ADC422943 - ADC422946).

2-2722      ADC medical file for David Ruiz, #213456, for the period from January 1, 2011 to April 1, 2014 (ADC185893 - ADC186006; and, ADC316648 - ADC316729).

2-2723      ADC Master Record File for David Ruiz, #213456, for the period from November 8, 2013 to April 1, 2014 (ADC370629 - ADC370667).

2-2724       ADC Criminal Investigations Unit Report No. 2011020063 regarding
             Albert Saenz, #059350 (ADC033191 - ADC033335).

2-2725       ADC Mortality Review regarding Albert Saenz, #059350 (ADC138624 -
             ADC138628).

2-2726       ADC medical file for Antonio Salas, #138050, for the period from October
             27, 2011 to December 26, 2013 (ADC252106 - ADC252323).

2-2727       ADC medical file for Daniel Salazar, #129065, for the period from January
             1, 2011 to July 19, 2012 (ADC045579 - ADC046408).

2-2728       ADC Criminal Investigations Unit Report No. 2012030132 regarding
             Daniel Salazar, #129065 (ADC072836 - ADC072987).

2-2729       ADC Mortality Review regarding Daniel Salazar, #129065 (ADC138407 -
             ADC138410).

2-2730       ADC medical file for Luis Salazar, #239752, for the period from January 1,
             2011 to April 1, 2014 (ADC186007 - ADC186230; and, ADC303620 -
             ADC303812).

2-2731       ADC Significant Incident Report No. 13-14656 regarding December 10,
             2013 suicide attempt by Luis Salazar, #239752 (ADC281144 -
             ADC281175).

2-2732       ADC Significant Incident Report No. 14-00433  and use of force review
             regarding January 10, 2014 self-harming by Luis Salazar, #239752
             (ADC293430 - ADC293445).

2-2733       ADC Significant Incident Report No. 14-03572 regarding March 21, 2014
             suicide attempt by Luis Salazar, #239752 (ADC281476 - ADC281609).

2-2734       ADC Significant Incident Report No. 14-03122 and use of force review
             regarding March 11, 2014 inmate assault involving Charlie Salinas,
             #210006 (ADC364848 - ADC364860).

2-2735       Excerpt from ADC medical file for Stephen Samocki, #168305, selected
             during Pablo Stewart's site inspection at ASPC-Yuma (ADC137173 -
             ADC137178).

2-2736    ADC medical file for Alexander Sanchez, #129230, for the period from July 23, 2013 to April 1, 2014 (ADC285223 - ADC285260).

2-2737    ADC Master Record File for Alexander Sanchez, #129230, for the period from November 8, 2013 to April 1, 2014 (ADC370668 - ADC370707).

2-2738    ADC medical file for Alexander Sanchez, #235989, for the period from January 1, 2011 to August 19, 2013 (ADC151993 - ADC152080).

2-2739    ADC medical file for Miguel Sanchez, #270172, for the period from August 27, 2012 to August 27, 2013 (ADC218086 - ADC218108).

2-2740    ADC Mortality Review regarding Miguel Sanchez, #270172 (ADC211709 - ADC211712).

2-2741    ADC Psychological Autopsy regarding Miguel Sanchez, #270172 (ADC211763 - ADC211773).

2-2742    Excerpt from ADC medical file for Royal Sanchez, #049686, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136664 - ADC136670).

2-2743    ADC medical file for Royal Sanchez, #049686, for the period from January 1, 2011 to October 11, 2013 (ADC186371 - ADC186537).

2-2744    ADC Significant Incident Report No. 13-13451 and use of force review regarding November 11, 2013 self-harming by Royal Sanchez, #049686 (ADC319990 - ADC320001).

2-2745    ADC medical file for Carla Sanders, #236236, for the period from April 12, 2013 to April 1, 2014 (ADC303813 - ADC303983).

2-2746    Excerpt from ADC medical file for Luis Saucedo, #170180, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136671 - ADC136674).

2-2747    ADC medical file for Luis Saucedo, #170180, for the period from July 16, 2013 to September 25, 2013 (ADC285261 - ADC285336).

2-2748    ADC Master Record File for Luis Saucedo, #170180, up through September 13, 2013 (ADC258608 - ADC258890).

2-2749       ADC medical file for John Scavo, #231091, for the period from January 1, 2011 to April 1, 2014 (ADC245247 - ADC245286; and, ADC316846 - ADC316955).

2-2750       ADC medical file for Gregory Schlundt, #054406, for the period from October 3, 2012 to October 3, 2013 (ADC358825 - ADC359478).

2-2751       ADC Mortality Review regarding Gregory Schlundt, #054406 (ADC335126 - ADC335129).

2-2752       BJS State Prison Inmate Death Report regarding Gregory Schlundt, #054406 (ADC406261 - ADC406263).

2-2753       Pima County Medical Examiner's Office report regarding Gregory Schlundt, #054406 (ADC422947 - ADC422951).

2-2754       ADC dental records for Thomas Schwartz, #064805, for the period from January 1, 2009 to November 12, 2013 (ADC170394 - ADC170404; and, ADC145942 - ADC145951).

2-2755       ADC medical file for Dershawn Scott, #146395, for the period from July 23, 2013 to October 31, 2013 (ADC370911 - ADC370937).

2-2756       ADC Master Record File for Dershawn Scott, #146395, up through October 31, 2013 (ADC139305 - ADC139449; and, ADC332223 - ADC332259).

2-2757       ADC medical file for Gabriel Scott, #183425, for the period from January 1, 2011 to August 28, 2013 (ADC439486 - ADC439726).

2-2758       Excerpt from ADC medical file for Heather Self, #231185, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136816 - ADC136823).

2-2759       Selected ADC mental health observation records regarding Heather Self, #231185, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171240).

2-2760       ADC medical file for Heather Self, #231185, for the period from January 1, 2011 to April 1, 2014 (ADC439727 - ADC440147; and, ADC290903 - ADC291036).

2-2761   ADC Master Record File for Heather Self, #231185, up through September 16, 2013 (ADC227064 - ADC227230).

2-2762   ADC medical file for Anthony Sepulveda, #222800, for the period from January 1, 2011 to April 1, 2014 (ADC186956 - ADC187228; and, ADC291037 - ADC291123).

2-2763   ADC Master Record File for Anthony Sepulveda, #222800, for the period from November 8, 2013 to April 1, 2014 (ADC370708 - ADC370712).

2-2764   ADC Significant Incident Report No. 13-13675 regarding November 17, 2013 use of force to stop multiple inmate assault upon Anthony Sepulveda, #222800 (ADC320016 - ADC320017).

2-2765   ADC medical file for William Sexton, #230135, for the period from January 1, 2011 to April 10, 2012 (ADC046409 - ADC046442).

2-2766   ADC Criminal Investigations Unit Report No. 2012030059 regarding William Sexton, #230135 (ADC072988 - ADC073107).

2-2767   ADC Mortality Review regarding William Sexton, #230135 (ADC138197 - ADC138201).

2-2768   ADC dental records for David Sharp, #194939, for the period from January 1, 2011 to November 25, 2013 (ADC194740 - ADC194792).

2-2769   Smallwood Prison Dental Services' Correctional Dental Software Patient Report for David Sharp, #194939 (ADC_D002511).

2-2770   ADC dental records for Carlos Shaw, #214336, for the period from January 1, 2011 to October 3, 2013 (ADC170405 - ADC170413).

2-2771   ADC dental records for Tana Shears, #253471, for the period from January 1, 2009 to October 2, 2013 (ADC170414; and, ADC165969 - ADC165979).

2-2772   ADC medical file for Alfred Sheppard, #147672, for the period from November 8, 1999 to March 27, 2013 (ADC089611 – ADC091463; ADC107996 - ADC108035).

2-2773   ADC Master Record File for Alfred Sheppard, #147672, up through June 20, 2013 (ADC258891 - ADC259758).

2-2774    Selected ADC mental health observation records regarding Mitchell Shields, #251308, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171281).

2-2775    ADC Criminal Investigations Unit Report No. 2012100315 regarding Herbert Shockey, #025634 (ADC065362 - ADC065369).

2-2776    ADC Mortality Review regarding Herbert Shockey, #025634 (ADC211713 - ADC211716).

2-2777    ADC medical file for Avtar Sidhu, #278273, for the period from February 5, 2013 to October 28, 2013 (ADC359479 - ADC359574).

2-2778    ADC Mortality Review regarding Avtar Sidhu, #278273 (ADC364828 - ADC363831).

2-2779    BJS State Prison Inmate Death Report regarding Avtar Sidhu, #278273 (ADC406243 - ADC406245).

2-2780    Pima County Medical Examiner's Office report regarding Avtar Sidhu, #278273 (ADC422957 - ADC422961).

2-2781    ADC dental records for Alfie Simmons, #253488, for the period from May 17, 2010 to October 13, 2013 (ADC_D000528 - ADC_D000562).

2-2782    ADC medical file for Kenya Simpson, #100476, for the period from October 15, 2013 to November 27, 2013 (ADC303984 - ADC304001).

2-2783    ADC medical file for Alvis Smith, #031588, for the period from July 26, 2012 to July 26, 2013 (ADC215235 - ADC215397).

2-2784    ADC Mortality Review regarding Alvis Smith, #031588 (ADC211717 - ADC211721).

2-2785    BJS State Prison Inmate Death Report regarding Alvis Smith, #031588 (ADC261315 - ADC261317).

2-2786    ADC medical file for Bobby Smith, #065084, for the period from May 19, 2012 to May 19, 2013 (ADC215398 - ADC215543).

2-2787    ADC Mortality Review regarding Bobby Smith, #065084 (ADC211722 - ADC211726).

2-2788      BJS State Prison Inmate Death Report regarding Bobby Smith, #065084 (ADC261318 - ADC261320).

2-2789      ADC medical file for James Smith, #116912, for the period from March 27, 2012 to March 27, 2013 (ADC218109 - ADC218342).

2-2790      ADC Mortality Review regarding James Smith, #116912 (ADC215611 - ADC 215615).

2-2791      ADC medical file for Robert Smith, #241187, for the period from May 9, 2011 to August 19, 2013 (ADC160428 - ADC160769).

2-2792      ADC medical file for Andrew Solorzano, #281250, for the period from January 1, 2011 to April 1, 2014 (ADC187229 - ADC187437; and, ADC304002 - ADC304227).

2-2793      ADC Master Record File for Andrew Solorzano, #281250, for the period from November 8, 2013 to April 1, 2014 (ADC370713 - ADC370726).

2-2794      ADC medical file for Shawn Southworth, #257109, for the period from September 23, 2012 to September 23, 2013 (ADC221246 - ADC221656).

2-2795      ADC Mortality Review regarding Shawn Southworth, #257109 (ADC425606 - ADC425609).

2-2796      BJS State Prison Inmate Death Report regarding Shawn Southworth, #257109 (ADC406228 - ADC406230).

2-2797      ADC medical file for Benjamin Spencer, #138799, for the period from April 1, 2013 to April 1, 2014 (ADC304378 - ADC304961).

2-2798      ADC medical file for Clinton Spencer, #082989, for the period from January 1, 2011 to April 1, 2014 (ADC252342 - ADC252900; and, ADC304962 - ADC305296).

2-2799      ADC medical file for Glen Stamper, #174892, for the period from November 8, 2013 to March 17, 2014 (ADC369310 - ADC369330).

2-2800      ADC Master Record File for Glen Stamper, #174892, up through March 17, 2014 (ADC138028 - ADC138176; and, ADC282739 - ADC282760).

2-2801      ADC medical file for Milo Stanley, #064794, for the period from May 10, 2012 to May 10, 2013 (ADC218343 - ADC218380).

2-2802      ADC Mortality Review regarding Milo Stanley, #064794 (ADC211727 - ADC211731).

2-2803      ADC Psychological Autopsy regarding Milo Stanley, #064794 (ADC261275 - ADC261281).

2-2804      ADC medical file for William Starr, #162514, for the period from January 1, 2011 to April 1, 2014 (ADC245355 - ADC245426; and, ADC317537 - ADC317588).

2-2805      ADC medical file for Lorraine Steadman, #246172, for the period from September 14, 2009 to October 23, 2012 (ADC133532 - ADC133729).

2-2806      Excerpt from ADC medical file for James Steele, #070021, selected during Brie Williams's site inspection at ASPC-Florence (ADC155187 - ADC155193).

2-2807      ADC medical file for James Steele, #070021, for the period from January 1, 2011 to April 1, 2014 (ADC272656 - ADC272943; and, ADC305297 - ADC305358).

2-2808      Excerpt from ADC medical file for Harry Stein, #246181, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136678 - ADC136681).

2-2809      ADC medical file for Harry Stein, #246181, for the period from January 1, 2011 to April 1, 2014 (ADC272944 - ADC273023; and, ADC305359 - ADC305408).

2-2810      ADC Master Record File for Timothy Stephenson, #201751, up through September 17, 2013 (ADC259759 - ADC260169).

2-2811      ADC Significant Incident Report No. 13-14604 and video regarding December 19, 2013 suicide attempt by Timothy Stephenson, #201751 (ADC293304 - ADC293324; and ADC363855).

2-2812      ADC medical file for Ramon Stewart, #208756, for the period from January 1, 2011 to April 1, 2014 (ADC440148 - ADC440586; and, ADC291124 - ADC291656).

2-2813       ADC medical file for Jody Sullivan, #182295, for the period from July 5, 2012 to April 1, 2014 (ADC187438 - ADC188047; and, ADC305409 - ADC305857).

2-2814       ADC Master Record File for Jody Sullivan, #182295, for the period from November 8, 2013 to April 1, 2014 (ADC370727 - ADC370742).

2-2815       ADC Criminal Investigations Unit Report No. 2011040197 regarding George Suniga, #034661 (ADC040273 - ADC040343).

2-2816       ADC Mortality Review regarding George Suniga, #034661 (ADC211732 - ADC211736).

2-2817       ADC Master Record File for Victor Sweeney, #257549, up through September 17, 2013 (ADC170006 - ADC170046).

2-2818       ADC Mortality Review regarding Robert Sweepe, #093822 (ADC197309 - ADC197312).

2-2819       Excerpt from ADC medical file for Mike Tacho, #034680, selected during Pablo Stewart's site inspection at ASPC-Phoenix (ADC137030 - ADC137041).

2-2820       ADC medical file for Mike Tacho, #034680, for the period from September 11, 1975 to April 1, 2014 (ADC273024 - ADC275551; and, ADC291657 - ADC291810).

2-2821       ADC medical file for Joaquin Tamayo, #106163, for the period from April 21, 2012 to April 21, 2013 (ADC218381 - ADC218437).

2-2822       ADC Psychological Autopsy regarding Joaquin Tamayo, #106163 (ADC257135 - ADC257138).

2-2823       Excerpt from ADC medical file for Ronnie Tamplin, #033692, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154651 - ADC154653).

2-2824       ADC medical file for Felix Tapia-Ruiz, #274905, for the period from September 24, 2012 to April 1, 2014 (ADC165339 - ADC165436; ADC291811 - ADC291843; and, ADC331528 - ADC331582).

2-2825    ADC medical file for Lawrence Tashquinth, #229672, for the period from January 1, 2011 to September 19, 2012 (ADC046918 - ADC046946).

2-2826    ADC Criminal Investigations Unit Report No. 2012020178 regarding Lawrence Tashquinth, #229672 (ADC065370 - ADC065599).

2-2827    ADC Mortality Review regarding Lawrence Tashquinth, #229672 (ADC138456 - ADC138460).

2-2828    Excerpt from ADC medical file for Danette Taulbee, #273151, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136824 - ADC136826).

2-2829    ADC medical file for Danette Taulbee, #273151, for the period from July 18, 2013 to August 5, 2013 (ADC346866 - ADC346964).

2-2830    ADC medical file for William Tavares, #280875, for the period from January 1, 2011 to April 1, 2014 (ADC245523 - ADC245580; and, ADC317791 - ADC317861).

2-2831    Excerpt from ADC medical file for Ryan Tenny, #263981, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136682 - ADC136686).

2-2832    ADC medical file for Ryan Tenny, #263981, for the period from January 1, 2011 to April 1, 2014 (ADC188048 - ADC188451; and, ADC305858 - ADC306017).

2-2833    ADC Significant Incident Report No. 13-12120 regarding  October 8, 2013 self-harming by Ryan Tenny, #263981 (ADC280942 - ADC280997).

2-2834    Excerpt from ADC medical file for Tameka Ternoir, #212090, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136827 - ADC136831).

2-2835    ADC medical file for Tameka Ternoir, #212090, for the period from January 1, 2009 to April 1, 2014 (ADC205599 - ADC205897; and, ADC369331 - ADC369385).

2-2836    ADC Master Record File for Tameka Ternoir, #212090, for the period from November 8, 2013 to April 1, 2014 (ADC370743 - ADC370758).

2-2837          ADC medical file for Jaime Terry, #268085, for the period from January 1,
                2011 to April 1, 2014 (ADC440587 - ADC440724; and, ADC306018 -
                ADC306068).

2-2838          ADC medical file for Brenda Todd, #245526, for the period from January
                1, 2011 to January 21, 2011 (ADC034616 - ADC034619).

2-2839          ADC Criminal Investigations Unit Report No. 2011010013 regarding
                Brenda Todd, #245526 (ADC065607 - ADC065754).

2-2840          ADC Mortality Review regarding Brenda Todd, #245526 (ADC138619 -
                ADC138623).

2-2841          Excerpt from ADC medical file for Billy Tollison, #053703, selected
                during Brie Williams's site inspection at ASPC-Eyman (ADC154654 -
                ADC154674).

2-2842          Excerpt from ADC medical file for Reynaldo Torriente, #134060, selected
                during Brie Williams's site inspection at ASPC-Eyman (ADC155194 -
                ADC155201).

2-2843          ADC medical file for Reynaldo Torriente, #134060, for the period from
                August 14, 2013 to April 1, 2014 (ADC306137 - ADC306239).

2-2844          ADC Criminal Investigations Unit Report No. 2011020094 regarding
                Michael Tovar, #241095 (ADC065768 - ADC065896).

2-2845          ADC Mortality Review regarding Michael Tovar, #241095 (ADC033699 -
                ADC033703).

2-2846          ADC Psychological Autopsy regarding Michael Tovar, #241095
                (ADC197207 - ADC197211).

2-2847          Supplemental medical records of inmate Jonathan Tretheway, #137818
                (ADC082315 – ADC082333).

2-2848          ADC Medical Record Prescription Log of Jonathan Trethewey, #137818
                (ADC084981 – ADC084984).

2-2849          Excerpt from ADC medical file for Woody Trisky, #165447, selected
                during Pablo Stewart's site inspection at ASPC-Eyman (ADC136687 -
                ADC136696).

2-2850    ADC medical file for Woody Trisky, #165447, for the period from October 24, 2012 to October 24, 2013 (ADC318029 - ADC318537).

2-2851    ADC Mortality Review regarding Woody Trisky, #165447 (ADC359603 - ADC359606).

2-2852    BJS State Prison Inmate Death Report regarding Woody Trisky, #165447 (ADC406187 - ADC406189).

2-2853    Pima County Medical Examiner's Office report regarding Woody Trisky, #165447 (ADC422967 - ADC422971).

2-2854    ADC medical file for Delma Troy, #226501, for the period from January 1, 2011 to October 7, 2013 (ADC188452 - ADC189332).

2-2855    ADC Criminal Investigations Unit Report No. 2012010150 regarding Isabelle Trujillo, #076085 (ADC065913 - ADC065204).

2-2856    ADC Mortality Review regarding Isabelle Trujillo, #076085 (ADC138255 - ADC138259).

2-2857    Excerpt from ADC medical file for Berlyndria Tsosie, #195730, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136832 - ADC136884).

2-2858    ADC medical file for Berlyndria Tsosie, #195730, for the period from July 1, 2012 to January 17, 2014 (ADC_P009947 - ADC_P010470).

2-2859    ADC medical file for Rhett Turney, #253929, for the period from January 1, 2011 to December 12, 2013 (ADC245736 - ADC245842; and, ADC306240 - ADC306248).

2-2860    Excerpt from ADC medical file for Gary Underwood, #232920, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136697).

2-2861    ADC medical file for Gary Underwood, #232920, for the period from January 1, 2011 to August 21, 2013 (ADC440725 - ADC440994).

2-2862    ADC Significant Incident Report No. 13-15593 and video regarding December 31, 2013 suicide attempt by Isabel Valdez, #081665 (ADC280930 - ADC280935; and, ADC281704 - ADC281705).

2-2863  ADC dental records for Jose Valdez, #206182, for the period from January 1, 2009 to November 11, 2013 (ADC_D001333 - ADC_D001343).

2-2864  ADC medical file for David Valenzuela, #063167, for the period from July 1, 2012 to July 1, 2013 (ADC221002 - ADC221245).

2-2865  ADC Mortality Review regarding David Valenzuela, #063167 (ADC257139 - ADC257142).

2-2866  BJS State Prison Inmate Death Report regarding David Valenzuela, #063167 (ADC406267 - ADC406267).

2-2867  Excerpt from ADC medical file for Juan Valenzuela, #096812, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC143773 - ADC143780).

2-2868  ADC medical file for Juan Valenzuela, #096812, for the period from January 1, 2011 to August 26, 2013 (ADC440995 - ADC441095).

2-2869  ADC medical file for Isaac Valle, #126113, for the period from January 1, 2011 to April 1, 2014 (ADC189333 - ADC189348; and, ADC306276 - ADC306295).

2-2870  ADC Criminal Investigations Unit Report No. 2011040199 regarding Andrus Vallow, #099075 (ADC040497 - ADC040516).

2-2871  ADC Mortality Review regarding Andrus Vallow, #099075 (ADC211737 - ADC211741).

2-2872  ADC Master Record File for Dustin Varela, #138514, for the period November 8, 2013 to April 1, 2014 (ADC370759 - ADC370763).

2-2873  ADC dental records for Luis Vargas, #152144, for the period from October 1, 2004 to November 11, 2013 (ADC_D001352 - ADC_D001391).

2-2874  ADC medical file for Nathaniel Vargas, #138514, for the period from January 1, 2011 to April 1, 2014 (ADC189349 - ADC189434; and, ADC318905 - ADC318990).

2-2875  ADC Master Record File for Nathaniel Vargas, #138514, for the period from November 8, 2013 to April 1, 2014 (ADC370764 - ADC370772).

2-2876      ADC medical file for Christian Vasquez, #274006, for the period from January 31, 2014 to April 1, 2014 (ADC369386 - ADC369395).

2-2877      ADC Master Record File for Christian Vasquez, #274006, up through September 18, 2013 (ADC170047 - ADC170056).

2-2878      Selected ADC mental health observation records regarding Eileen Vasquez, #272404, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171241 - ADC171251).

2-2879      ADC Master Record File for Eileen Vasquez, #272404, up through September 12, 2013 (ADC139683 - ADC139694).

2-2880      ADC medical file for Jason Vasquez, #182340, for the period from January 1, 2011 to August 26, 2013 (ADC441096 - ADC441220).

2-2881      ADC supplemental dental records for Gararado Vega, #202738, for the period from January 1, 2009 to August 13, 2013 (ADC_D001948 - ADC_D001972; and, ADC_D000056 - ADC_D000062).

2-2882      ADC medical file for Vincent Velardez, #071329, for the period from December 17, 2012 to September 9, 2013 (ADC152081 - ADC152370).

2-2883      ADC medical file for Michael Velasquez, #173685, for the period from January 1, 2011 to April 1, 2014 (ADC160811 - ADC161109); ADC245878 - ADC245902; and, ADC307432 - ADC307520).

2-2884      ADC Criminal Investigations Unit Report No. 2012020125 regarding Daniel Velasquez-Adame, #222150 (ADC066299 - ADC066371).

2-2885      ADC Mortality Review regarding Daniel Velasquez-Adame, #222150 (ADC138516 - ADC138520).

2-2886      ADC medical file for Miguel Ventura, #219103, for the period from January 1, 2011 to March 26, 2014 (ADC167812 - ADC168130; and, ADC307521 - ADC307536).

2-2887      Excerpt from ADC medical file for Fermin Vidal, #147564, selected during Craig Haney's site inspection at ASPC-Florence (ADC136755 - ADC136759).

2-2888      ADC medical file for Fermin Vidal, #147564, for the period from January 1, 2011 to April 1, 2014 (ADC189435 - ADC189808; and, ADC319007 - ADC319118).

2-2889      ADC medical file for Massum Vijan, #184869, for the period from April 1, 2013 to April 1, 2014 (ADC307537 - ADC307729).

2-2890      ADC medical file for Dean Vocke, #211077, for the period from January 1, 2011 to November 5, 2013 (ADC441595 - ADC441623; and, ADC291844 - ADC292100).

2-2891      ADC medical file for Thomas Vogt, #029337, for the period from 2010 to April 1, 2014 (ADC441624 - ADC442248; and, ADC292101 - ADC292453).

2-2892      ADC Master Record File for Melissa Wakeman, #271682, up through September 13, 2013 (ADC139450 - ADC139479).

2-2893      ADC Significant Incident Report No. 14-02533 and use of force review regarding February 26, 2014 self-harming by Melissa Wakeman, #271682 (ADC382835 - ADC382848; and, ADC321737).

2-2894      ADC medical file for Louis Walema, #273256, for the period from October 24, 2013 to April 1, 2014 (ADC292454 - ADC292629).

2-2895      ADC medical file for Kenneth Wallace, #231478, for the period from January 1, 2011 to April 1, 2014 (ADC245903 - ADC246299; and, ADC307748 - ADC307785).

2-2896      Excerpt from ADC medical file for Nathaniel Wallace, #129369, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154675 - ADC154684).

2-2897      ADC medical file for Michael Walliser, #181344, for the period from January 1, 2011 to April 1, 2014 (ADC161110 - ADC161466; and, ADC369396 - ADC369597).

2-2898      Selected ADC mental health observation records regarding Michael Walliser, #181344, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171228).

2-2899      Excerpt from ADC medical file for Billy Ward, #207397, selected during
            Pablo Stewart's site inspection at ASPC-Eyman (ADC143559 -
            ADC143560).

2-2900      ADC medical file for Billy Ward, #207397, for the period from January 1,
            2011 to April 1, 2014 (ADC442249 - ADC442688; and, ADC369598 -
            ADC369983).

2-2901      ADC Master Record File for Billy Ward, #207397, for the period from
            November 8, 2013 to April 1, 2014 (ADC370773 - ADC370826).

2-2902      ADC Significant Incident Report No. 14-03567 regarding March 21, 2014
            self-harming by Billy Ward, #207397 (ADC281432 - ADC281475).

2-2903      ADC Criminal Investigations Unit Report No. 2012030068 regarding
            David Washburn, #098366 (ADC066492 - ADC066743).

2-2904      ADC Mortality Review regarding David Washburn, #098366 (ADC138265
            - ADC138269).

2-2905      ADC Criminal Investigations Unit Report No. 2012020137 regarding T
            Washington, #240344 (ADC066744 - ADC066787).

2-2906      ADC Mortality Review regarding T Washington, #240344 (ADC138476 -
            ADC138480).

2-2907      Excerpt from ADC medical file for Wilbert Washington, #177369, selected
            during Pablo Stewart's site inspection at ASPC-Lewis (ADC143781 -
            ADC143784).

2-2908      ADC medical file for Cory Weber, #105458, for the period from January 1,
            2011 to April 1, 2014 (ADC442689 - ADC442782; and, ADC307786 -
            ADC307968).

2-2909      Smallwood Prison Dental Services' Correctional Dental Software Patient
            Report for Anthony Wetzig, #078169 (ADC_D002497).

2-2910      ADC medical file for Carey Wheatley, #259413, for the period from
            January 1, 2011 to April 24, 2011 (ADC034620 - ADC034679).

2-2911      ADC Criminal Investigations Unit Report No. 2011030093 regarding
            Carey Wheatley, #259413 (ADC066788 - ADC067045).

2-2912   ADC Mortality Review regarding Carey Wheatley, #259413 (ADC138629 - ADC138633).

2-2913   ADC medical file for Allen Wheeler, #232440, for the period from July 31, 2008 to November 1, 2012 (ADC135378 - ADC135438).

2-2914   Excerpt from ADC medical file for Jennifer Wheeler, #228570, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136902 - ADC136905).

2-2915   ADC medical file for Jennifer Wheeler, #228570, for the period from January 1, 2011 to April 1, 2014 (ADC161467 - ADC161902; and, ADC292630 - ADC292678).

2-2916   ADC Master Record File for Jennifer Wheeler, #228570, for the period from November 8, 2013 to April 1, 2014 (ADC370827 - ADC370878).

2-2917   ADC medical file for Dennis White, #168641, for the period from July 8, 2012 to October 16, 2012 (ADC135439 - ADC135569).

2-2918   Excerpt from ADC medical file for Emery White, #165183, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143785 - ADC143792).

2-2919   ADC medical file for Emery White, #165183, for the period from January 1, 2011 to October 9, 2013 (ADC189809 - ADC190180).

2-2920   ADC medical file for Kevin Wilkins, #157190, for the period from October 15, 2013 to April 1, 2014 (ADC308353 - ADC308617).

2-2921   ADC Criminal Investigations Report No. 2011020275 regarding Orion Wilkins, #213984 (ADC086399 - ADC086548).

2-2922   ADC Criminal Investigations Supplemental Report No. 2011020275 regarding Orion Wilkins, #213984 (ADC194468 - ADC194528).

2-2923   ADC medical file for Tory Williams, #190756, for the period from January 1, 2011 to April 1, 2014 (ADC190180 - ADC190460; and, ADC292679 - ADC292788).

2-2924   ADC Master Record File for Tory Williams, #190756, for the period from November 8, 2013 to April 1, 2014 (ADC370890 - ADC370910).

2-2925        ADC Significant Incident Report No. 14-02684 and use of force review
              regarding March 2, 2014 inmate assault by Tory Williams, #190756
              (ADC382849 - ADC382870).

2-2926        ADC medical file for Anthony Windom, #126561, for the period from
              January 1, 2011 to April 1, 2014 (ADC346965 - ADC347075; and,
              ADC363650 - ADC363779).

2-2927        ADC dental records for Jesse Winkler, #259742, for the period from
              January 1, 2011 to September 27, 2013 (ADC165725 - ADC165737).

2-2928        Smallwood Prison Dental Services' Correctional Dental Software Patient
              Report for Jesse Winkler, #259742 (ADC_D002502).

2-2929        ADC medical file for Kevin Wirts, #258690, for the period from November
              24, 2010 to October 7, 2013 (ADC339823 - ADC340272).

2-2930        ADC Mortality Review regarding Kevin Wirts, #258690 (ADC361543 -
              ADC361547).

2-2931        BJS State Prison Inmate Death Report regarding Kevin Wirts, #258690
              (ADC406231 - ADC406233).

2-2932        Pima County Medical Examiner's Office report regarding Kevin Wirts,
              #258690 (ADC422985 - ADC422989).

2-2933        Excerpt from ADC medical file for Terry Wolkow, #142707, selected
              during Pablo Stewart's site inspection at ASPC-Phoenix (ADC137042 -
              ADC137045).

2-2934        ADC medical file for Terry Wolkow, #142707, for the period from March
              12, 1999 to August 25, 2013 (ADC275552 - ADC278094).

2-2935        ADC medical file for Joseph Woofter, #067676, for the period from
              January 1, 2011 to April 1, 2014 (ADC347076 - ADC347175; and,
              ADC347176 - ADC347246).

2-2936        Excerpt from ADC medical file for Glenn Worley, #257008, selected
              during Pablo Stewart's site inspection at ASPC-Eyman (ADC136698 -
              ADC136715).

2-2937  ADC medical file for Glenn Worley, #257008, for the period from September 23, 2010 to April 1, 2014 (ADC135570 - ADC135724; and, ADC308618 - ADC308674).

2-2938  ADC supplemental dental records for Glenn Worley, #257008, for the period from January 1, 2009 to August 21, 2013 (ADC153647 - ADC153719; and, ADC145965 - ADC145971).

2-2939  Excerpt from ADC medical file for Jesse Wozniak, #129673, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136716 - ADC136722).

2-2940  ADC medical file for Jesse Wozniak, #129673, for the period from January 1, 2011 to April 1, 2014 (ADC152371 - ADC153326; and, ADC308675 - ADC309119).

2-2941  ADC Significant Incident Report No. 13-13148 regarding November 4, 2013 self-harming by Jesse Wozniak, #129673 (ADC281012 - ADC281091).

2-2942  ADC Significant Incident Report No. 14-01955 regarding February 13, 2014 self-harming by Jesse Wozniak, #129673 (ADC281114 - ADC281117; and, ADC281120 - ADC281135).

2-2943  ADC Significant Incident Report No. 14-03894 regarding March 27, 2014 self-harming by Jesse Wozniak, #129673 (ADC281610 - ADC281703).

2-2944  Excerpt from ADC medical file for Larry Wright, #206121, selected during Craig Haney's site inspection at ASPC-Florence (ADC136760 - ADC136762).

2-2945  ADC medical file for Larry Wright, #206121, for the period from January 1, 2011 to August 19, 2013 (ADC442783 - ADC443079).

2-2946  ADC Significant Incident Report No. 14-02656 regarding March 1, 2014 self-harming by Larry Wright, #206121 (ADC293653 - ADC293664).

2-2947  ADC medical file for Quincy Wright, #188401, for the period from July 1, 2012 to December 23, 2013 (ADC_P001335 - ADC_P001467).

2-2948 ADC Significant Incident Report No. 13-16161 and use of force review regarding November 5, 2013 assault on staff by Quincy Wright, #188401 (ADC_P001318 - ADC_P001333).

2-2949 ADC Significant Incident Report No. 14-01919 regarding February 12, 2014 inmate assault involving Quincy Wright, #188401 (ADC320072 - ADC320073).

2-2950 ADC medical file for Samuel Wright, #207261, for the period from January 1, 2011 to April 1, 2014 (ADC190461 - ADC190638; and, ADC309120 - ADC309156).

2-2951 Excerpt from ADC medical file for Nickovia Yanez, #277276, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136906 - ADC136908).

2-2952 ADC medical file for Henry Younan, #224054, for the period from January 1, 2011 to April 1, 2014 (ADC165437 - ADC165625; and, ADC292789 - ADC292893).

2-2953 Excerpt from ADC medical file for Jennifer Yucupicio, #119852, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136909 - ADC136916).

2-2954 ADC medical file for Santino Zanghi, #229344, for the period from January 1, 2011 to April 1, 2014 (ADC161903 - ADC162659; and, ADC309231 - ADC309283).

2-2955 ADC medical file for Merle Zeena, #169978, for the period from January 1, 2011 to January 20, 2014 (ADC253203 - ADC254911; and, ADC285337 - ADC285549).

2-2956 ADC Criminal Investigations Unit Report No. 2011020005 regarding John Zimmerman, #066146 (ADC033537 - ADC033638).

2-2957 ADC Mortality Review regarding John Zimmerman, #066146 (ADC211742 - ADC211746).

2-2958 Inmate Letter from Alfred Sheppard, #147672, dated September 8, 2012 (ADC082334).

2-2959      E-mail forwarded by Charles Ryan to Lisa Cooper and Maria Guerra –
            Gonzalez on October 11, 2012 regarding Appreciation
            (AGA_Review_00064007 – AGA_Review_00064008).

2-2960      E-mail forwarded by Heather Price to Charles Ryan on November 30, 2012
            regarding DO 710 SOAP Note (Letter to Director from Inmate Stokely)
            with attachments (AGA_Review_00076002 – AGA_Review_00076004).

2-2961      E-mail from Sandra Temple to Durtschi Doi, dated May 30, 2013,
            regarding Inmate Letter, with attachments (ADC231946 – ADC231953).

2-2962      Health Needs Request from James Miller, #192432, to ASPC-Florence
            South Unit Medical Staff, dated August 22, 2013 (ADC231971).

2-2963      Inmate letter from Todd Edwards, ADC#050290 to D.W. Heat, dated
            September 12, 2013 (ADC231981).

2-2964      Inmate Letter, with response, from Paul Farnham, #270971, to Deputy
            Warden Bradley, dated October 8, 2013 (ADC425554 – ADC425555).

2-2965      E-mail from Troy Evans to Vickie Bybee and Kathleen Campbell regarding
            Extra Effort, dated October 23, 2013 (ADC232141).

2-2966      Inmate letters from James Newman, #273979 to Medical Administrator,
            dated December 10, 2013 and December 14, 2013 (ADC231982 –
            ADC231983).

2-2967      Letter from Emily Skinner to Richard Pratt regarding Inmate Nordstrom's
            (#86114) health care dated March 14, 2014 (ADC263225).

2-2968      Letter from Richard Pratt to Emily Skinner regarding Inmate Nordstrom's
            (#86114) health care dated March 25, 2014 (ADC263224).

2-2969      E-mail sent by Charles Ryan, at 9:37:00 PM on 4/25/2012, to Denise
            Stravia, with a subject line of "FW: Health Services Privatization Transition
            Update" (AGA_Review_00025740 - AGA_Review_00025741).

2-2970      E-mail sent by Charles Ryan, at 9:44:19 PM on 4/26/2012, to Denise
            Stravia, with a subject line of "RE: Wexford Meeting"
            (AGA_Review_00025817 - AGA_Review_00025817).

2-2971        E-mail sent by Charles Ryan, at 11:31:08 PM on 5/1/2012, to Denise
              Stravia, with a subject line of "RE: April 26 Work Group Bullets"
              (AGA_Review_00026201 - AGA_Review_00026203).

2-2972        E-mail sent by Charles Ryan, at 6:54:07 PM on 7/3/2012, to Jeff Hood;
              Michael Kearns; Robert Patton; Richard Pratt; Gail Rittenhouse; and,
              WARDENS, with a subject line of "Wexford Message - Pharmaceuticals
              from Diamond Pharmacy" (AGA_Review_00032862 -
              AGA_Review_00032862).

2-2973        E-mail sent by Richard Pratt, at 9:02:49 PM on 7/6/2012, to Jim Taylor,
              with a subject line of "FW: meds" (AGA_Review_00033395 -
              AGA_Review_00033397).

2-2974        E-mail sent by Richard Pratt, at 10:01:21 PM on 7/6/2012, to Ernest
              Trujillo, with a subject line of "Tucson meds" (AGA_Review_00033404 -
              AGA_Review_00033404).

2-2975        E-mail sent by Charles Ryan, at 11:36:19 PM on 7/6/2012, to Richard Pratt;
              and, Ernest Trujillo, with a subject line of "RE: Tucson meds"
              (AGA_Review_00033414 - AGA_Review_00033415).

2-2976        E-mail sent by Richard Pratt, at 12:02:58 AM on 7/7/2012, to Charles
              Ryan, with a subject line of "FW: Tucson meds" (AGA_Review_00033422
              - AGA_Review_00033422).

2-2977        E-mail sent by Richard Pratt, at 10:07:48 AM on 7/7/2012, to Karen
              Mullenix; and, Paul O'Connell, with a subject line of "RE: Request for
              assistance - Released without Psych Meds" (AGA_Review_00033430 -
              AGA_Review_00033433).

2-2978        E-mail sent by Richard Pratt, at 5:17:48 PM on 7/17/2012, to Jim Taylor,
              with a subject line of "FW: East Unit medication issues"
              (AGA_Review_00034770 - AGA_Review_00034771).

2-2979        E-mail sent by Richard Pratt, at 8:29:14 PM on 7/19/2012, to Marlena
              Bedoya; and, Trudy Dumkrieger, with a subject line of "FW: Medication
              Issues" (AGA_Review_00035199 - AGA_Review_00035199).

2-2980  E-mail sent by Richard Pratt, at 2:37:43 PM on 7/20/2012, to Karen Mullenix, with a subject line of "FW: Barchey" (AGA_Review_00035434 - AGA_Review_00035435).

2-2981  E-mail sent by Richard Pratt, at 6:24:28 PM on 7/22/2012, to Richard Pratt, with a subject line of "FW: Revised Response to Friends and Family" (AGA_Review_00035537 - AGA_Review_00035539).

2-2982  E-mail sent by Richard Pratt, at 5:48:54 PM on 7/23/2012, to Jeff Hood, with a subject line of "RE: Friends and Family" (AGA_Review_00035694 - AGA_Review_00035695).

2-2983  E-mail sent by Charles Ryan, at 9:55:48 AM on 7/30/2012, to Laura Escapule; Jeff Hood; Carson McWilliams; Robert Patton; and, Ernest Trujillo, with a subject line of "RE: Update" (AGA_Review_00036286 - AGA_Review_00036287).

2-2984  E-mail sent by Richard Pratt, at 12:07:21 PM on 8/2/2012, to Jim Taylor, with a subject line of "FW: Wexford" (AGA_Review_00036803 - AGA_Review_00036804).

2-2985  E-mail sent by Richard Pratt, at 12:32:53 PM on 8/2/2012, to Jeff Hood, with a subject line of "FW: Wexford" (AGA_Review_00036811 - AGA_Review_00036813).

2-2986  E-mail sent by Richard Pratt, at 2:35:50 PM on 8/2/2012, to Jeff Hood, with a subject line of "FW: Responses to the Ortega questions" (AGA_Review_00036839 - AGA_Review_00036840).

2-2987  E-mail sent by Richard Pratt, at 10:17:58 AM on 8/3/2012, to Terry Allred; Marlena Bedoya; Kathleen Campbell; Trudy Dumkrieger; Dennis Kendall; and, Matthew Musson, with a subject line of "FW: Fwd: Offender's released with no medications" (AGA_Review_00036896 - AGA_Review_00036898).

2-2988  E-mail sent by Richard Pratt, at 10:37:32 AM on 8/3/2012, to Charles Ryan; Jim Taylor, with a subject line of "FW: Offender's released with no medications" (AGA_Review_00036913 - AGA_Review_00036915).

2-2989  E-mail sent by Richard Pratt, at 7:35:54 PM on 8/3/2012, to Jeff Hood; and, Charles Ryan, with a subject line of "RE: Wexford Nursing Staff" (AGA_Review_00037185 - AGA_Review_00037185).

2-2990  E-mail sent by Richard Pratt, at 7:56:00 PM on 8/3/2012, to Judy Frigo; Robert Patton; Charles Ryan; and, Ernest Trujillo, with a subject line of "FW: Wexford Nursing Staff" (AGA_Review_00037195 - AGA_Review_00037196).

2-2991  E-mail sent by Charles Ryan, at 8:55:43 PM on 8/3/2012, to Jeff Hood; and, Richard Pratt, with a subject line of "RE: Wexford Nursing Staff" (AGA_Review_00037229 - AGA_Review_00037230).

2-2992  E-mail sent by Richard Pratt, at 10:09:00 AM on 8/5/2012, to Karen Mullenix, with a subject line of "RE: Monday Meeting" (AGA_Review_00037365 - AGA_Review_00037366).

2-2993  E-mail sent by Charles Ryan, at 6:06:13 PM on 8/5/2012, to Denise Stravia, with a subject line of "RE: Wexford July Narratve" (AGA_Review_00037457 - AGA_Review_00037461).

2-2994  E-mail sent by Richard Pratt, at 1:35:21 PM on 8/7/2012, to Karen Mullenix, with a subject line of "FW: Friends and Family process" (AGA_Review_00038160 - AGA_Review_00038162).

2-2995  E-mail sent by Joe Profiri, at 9:13:34 AM on 8/8/2012, to Juliet Respicio-Moriarty, with a subject line of "RE: Heads up give me a call..." (AGA_Review_00038414 - AGA_Review_00038415).

2-2996  E-mail sent by Joe Profiri, at 9:14:03 AM on 8/8/2012, to Jeff Hood; Charles Ryan, with a subject line of "FW: Heads up give me a call..." (AGA_Review_00038416 - AGA_Review_00038417).

2-2997  E-mail sent by Joe Profiri, at 10:03:37 AM on 8/8/2012, to Jeff Hood, with a subject line of "RE: Heads up give me a call..." (AGA_Review_00038430 - AGA_Review_00038431).

2-2998  E-mail sent by Joe Profiri, at 2:54:31 PM on 8/9/2012, to Paul O'Connell, with a subject line of "RE: Medications" (AGA_Review_00038853 - AGA_Review_00038853).

2-2999      E-mail sent by Joe Profiri, at 5:47:59 PM on 8/9/2012, to Richard Pratt, with a subject line of "RE: Perryville Meds" (AGA_Review_00038892 - AGA_Review_00038893).

2-3000      E-mail sent by Richard Pratt, at 7:02:23 PM on 8/9/2012, to Richard Pratt, with a subject line of "FW: Arizona Pharmacy Manual" (AGA_Review_00038953 - AGA_Review_00038954).

2-3001      E-mail sent by Joe Profiri, at 8:44:59 PM on 8/9/2012, to Richard Bock, with a subject line of "Re: Yuma Xray" (AGA_Review_00039147 - AGA_Review_00039148).

2-3002      E-mail sent by Joe Profiri, at 8:49:20 PM on 8/9/2012, to Richard Pratt, with a subject line of "Re: Yuma x-ray" (AGA_Review_00039155 - AGA_Review_00039157).

2-3003      E-mail sent by Joe Profiri, at 9:24:18 PM on 8/9/2012, to Richard Bock, with a subject line of "Re: Yuma Xray" (AGA_Review_00039256 - AGA_Review_00039257).

2-3004      E-mail sent by Joe Profiri, at 3:24:51 PM on 8/10/2012, to Therese Schroeder, with a subject line of "RE: IPC" (AGA_Review_00039591 - AGA_Review_00039591).

2-3005      E-mail sent by Charles Ryan, at 7:43:24 PM on 8/11/2012, to 'Irene Slivka' <dillardsone1@gmail.com>, with a subject line of "RE: Wexford Employee Relations & health service conditions" (AGA_Review_00039854 - AGA_Review_00039855).

2-3006      E-mail sent by Joe Profiri, at 9:33:10 PM on 8/13/2012, to Hector Garcia; Tom Bell; Rochelle Mullen; Karen Mullenix; and, Richard Pratt, with a subject line of "RE: RE: Fwd:" (AGA_Review_00040292 - AGA_Review_00040294).

2-3007      E-mail sent by Charles Ryan, at 10:21:04 PM on 8/13/2012, to Joe Profiri, with a subject line of "RE: RE: RE: RE: FW: Fwd:" (AGA_Review_00040334 - AGA_Review_00040339).

2-3008      E-mail sent by Joe Profiri, at 10:36:14 AM on 8/14/2012, to Richard Pratt, with a subject line of "RE: Meeting Agenda" (AGA_Review_00040403 - AGA_Review_00040404).

2-3009   E-mail sent by Joe Profiri, at 11:35:54 AM on 8/14/2012, to Jeff Hood, with a subject line of "FW: Meeting Agenda" (AGA_Review_00040429 - AGA_Review_00040430).

2-3010   E-mail sent by Joe Profiri, at 6:25:50 PM on 8/14/2012, to Jeff Hood, with a subject line of "Re: Medication Issue" (AGA_Review_00040706 - AGA_Review_00040707).

2-3011   E-mail sent by Charles Ryan, at 6:25:55 PM on 8/15/2012, to Edwin Jensen, with a subject line of "RE: Cibola Tour 08/14" (AGA_Review_00041644 - AGA_Review_00041645).

2-3012   E-mail sent by Richard Pratt, at 7:10:49 PM on 8/16/2012, to Laurie Berg, with a subject line of "FW: Richard L Richards 043000" (AGA_Review_00041975 - AGA_Review_00041977).

2-3013   E-mail sent by Joe Profiri, at 6:39:31 PM on 8/17/2012, to Judy Frigo; Richard Pratt; and, John St. Clair, with a subject line of "RE: WTU" (AGA_Review_00042221 - AGA_Review_00042223).

2-3014   E-mail sent by Charles Ryan, at 3:54:55 PM on 8/19/2012, to Jeff Hood, with a subject line of "RE: Fw: Agenda for meeting on Tuesday" (AGA_Review_00042365 - AGA_Review_00042366).

2-3015   E-mail sent by Joe Profiri, at 9:32:13 AM on 8/20/2012, to Jim Taylor, with a subject line of "FW: WTU" (AGA_Review_00042440 - AGA_Review_00042442).

2-3016   E-mail sent by Joe Profiri, at 7:17:00 PM on 8/20/2012, to Judy Frigo, with a subject line of "FW: Space for Health Services - Wexford" (AGA_Review_00042963 - AGA_Review_00042964).

2-3017   E-mail sent by Joe Profiri, at 3:06:29 PM on 8/21/2012, to Kathleen Campbell; Dennis Kendall; Jen Mielke-Fontaine; Matthew Musson; Richard Pratt; and, Jim Taylor, with a subject line of "RE: Collegial Reviews- Schedule/Telephone # and Passcode" (AGA_Review_00043168 - AGA_Review_00043169).

2-3018   E-mail sent by Joe Profiri, at 7:50:02 PM on 8/21/2012, to Marlena Bedoya, with a subject line of "RE: HU 9" (AGA_Review_00043261 - AGA_Review_00043262).

2-3019 E-mail sent by Charles Ryan, at 9:02:54 PM on 8/23/2012, to Jeff Hood; Richard Pratt; and, Joe Profiri, with a subject line of "RE: Medication Review / Florence and Perryville" (AGA_Review_00043979 - AGA_Review_00043980).

2-3020 E-mail sent by Joe Profiri, at 12:05:20 PM on 8/24/2012, to Karen Mullenix, with a subject line of "RE: Weekend Releases - Release Process" (AGA_Review_00044315 - AGA_Review_00044316).

2-3021 E-mail sent by Richard Pratt, at 7:56:33 PM on 8/24/2012, to Jim Taylor, with a subject line of "FW: ADC Plan for Med Renewals" (AGA_Review_00044673 - AGA_Review_00044674).

2-3022 E-mail sent by Joe Profiri, at 9:54:00 AM on 8/25/2012, to Carson McWilliams; and, Robert Patton, with a subject line of "RE: Medical Issues" (AGA_Review_00044804 - AGA_Review_00044805).

2-3023 E-mail sent by Joe Profiri, at 10:44:54 AM on 8/26/2012, to Terry Allred; Richard Pratt; and, Jim Taylor, with a subject line of "RE: Fwd: Back Up Pharmacy" (AGA_Review_00045549 - AGA_Review_00045550).

2-3024 E-mail sent by Joe Profiri, at 2:23:42 PM on 8/26/2012, to Richard Pratt; Jim Taylor, with a subject line of "RE: Update" (AGA_Review_00045573 - AGA_Review_00045574).

2-3025 E-mail sent by Joe Profiri, at 7:02:47 PM on 8/27/2012, to Jim Reinhart; Karen Mullenix; Richard Pratt; and, Jim Taylor, with a subject line of "RE: DON Capocy / TB incident" (AGA_Review_00046208 - AGA_Review_00046210).

2-3026 E-mail sent by Joe Profiri, at 1:50:56 PM on 8/28/2012, to Caroline Haack, with a subject line of "RE: OTC Medication" (AGA_Review_00046347 - AGA_Review_00046349).

2-3027 E-mail sent by Joe Profiri, at 9:00:17 AM on 8/29/2012, to Jeff Hood; and, Charles Ryan, with a subject line of "FW: ADOC Patient Accounts at St. Luke's Tempe Hospital" (AGA_Review_00046637 - AGA_Review_00046638).

2-3028    E-mail sent by Joe Profiri, at 10:36:39 AM on 8/30/2012, to Jim Taylor, with a subject line of "RE:" (AGA_Review_00047245 - AGA_Review_00047245).

2-3029    E-mail sent by Joe Profiri, at 2:37:11 PM on 9/1/2012, to Jeff Hood; Richard Pratt; Charles Ryan; and, Jim Taylor, with a subject line of "FW: ADC Quality Check Summary" (AGA_Review_00048323 - AGA_Review_00048324).

2-3030    E-mail sent by Joe Profiri, at 9:57:55 PM on 9/6/2012, to Kathleen Campbell, with a subject line of "Re: Wexford's Final Report" (AGA_Review_00050756 - AGA_Review_00050758).

2-3031    E-mail sent by Joe Profiri, at 10:22:06 PM on 9/6/2012, to Helena Valenzuela, with a subject line of "Re: ADC Monitoring Memorandum(s)/Report(s)" (AGA_Review_00050856 - AGA_Review_00050857).

2-3032    E-mail sent by Richard Pratt, at 1:04:00 PM on 9/11/2012, to Marlena Bedoya; and, Trudy Dumkrieger, with a subject line of "FW: Prison Concerns" (AGA_Review_00052795 - AGA_Review_00052796).

2-3033    E-mail sent by Joe Profiri, at 8:08:27 PM on 9/11/2012, to Jhon Theisen, with a subject line of "FW: Oral Swabbing versus UA information" (AGA_Review_00052900 - AGA_Review_00052906).

2-3034    E-mail sent by Joe Profiri, at 8:28:03 AM on 9/12/2012, to Thomas Lehman; Richard Pratt; and, David Robertson, with a subject line of "RE: 1700 teleconference today" (AGA_Review_00052975 - AGA_Review_00052976).

2-3035    E-mail sent by Joe Profiri, at 9:57:15 AM on 9/13/2012, to Denise Stravia, with a subject line of "RE: Oral Swabbing versus UA information" (AGA_Review_00053325 - AGA_Review_00053333).

2-3036    E-mail sent by Richard Pratt, at 7:58:09 AM on 9/14/2012, to Jim Taylor, with a subject line of "RE: PAIN MANAGEMENT FOR 198857" (AGA_Review_00053666 - AGA_Review_00053667).

2-3037      E-mail sent by Joe Profiri, at 7:28:38 PM on 9/14/2012, to Matthew
            Musson; and, Jim Taylor, with a subject line of "RE: CAP"
            (AGA_Review_00054108 - AGA_Review_00054108).

2-3038      E-mail sent by Joe Profiri, at 7:29:42 PM on 9/14/2012, to David
            Robertson, with a subject line of "RE: AG requests, Collegial reviews"
            (AGA_Review_00054109 - AGA_Review_00054110).

2-3039      E-mail sent by Joe Profiri, at 7:32:24 PM on 9/14/2012, to Jim Taylor;
            Helena Valenzuela, with a subject line of "RE: Phoenix Complex Sept 14
            Compliance Corrective Action Plan" (AGA_Review_00054115 -
            AGA_Review_00054115).

2-3040      E-mail sent by Richard Pratt, at 10:21:57 AM on 9/18/2012, to Helena
            Valenzuela, with a subject line of "RE: ADA question"
            (AGA_Review_00055003 - AGA_Review_00055004).

2-3041      E-mail sent by Joe Profiri, at 12:04:10 AM on 9/19/2012, to Matthew
            Musson, with a subject line of "RE: Medical Diets"
            (AGA_Review_00055168 - AGA_Review_00055168).

2-3042      E-mail sent by Richard Pratt, at 9:40:02 AM on 9/24/2012, to 'Marge Peck'
            <Marge@ThePeckTeam.com>, with a subject line of "RE: RESEND DUE
            TO NO RESPONSE" (AGA_Review_00056985 -
            AGA_Review_00056989).

2-3043      E-mail sent by Charles Ryan, at 5:52:38 PM on 9/25/2012, to Dan Conn;
            and, Mark Hale, with a subject line of "Follow-up to our meeting on
            September 24, 2012" (AGA_Review_00057658 -
            AGA_Review_00057658).

2-3044      E-mail sent by Joe Profiri, at 12:56:11 PM on 9/27/2012, to Terry Allred;
            and, Leslie Boothby, with a subject line of "RE: Anonymous Letter"
            (AGA_Review_00058084 - AGA_Review_00058086).

2-3045      E-mail sent by Richard Pratt, at 5:30:35 PM on 9/27/2012, to Terry Allred;
            Leslie Boothby; and, Joe Profiri, with a subject line of "RE: Chronic Care
            Renewals for Lewis" (AGA_Review_00058182 -
            AGA_Review_00058182).

2-3046     E-mail sent by Joe Profiri, at 5:46:19 PM on 9/27/2012, to Charles Ryan, with a subject line of "FW: September Reports" (AGA_Review_00058183 - AGA_Review_00058184).

2-3047     E-mail sent by Joe Profiri, at 2:05:01 PM on 10/4/2012, to Helena Valenzuela, with a subject line of "RE: Chronic Care inmates" (AGA_Review_00061290 - AGA_Review_00061292).

2-3048     E-mail sent by Richard Pratt, at 7:57:33 AM on 10/10/2012, to Alfred Ramos, with a subject line of "FW: No soap or dispensers in FMHC staff restrooms" (AGA_Review_00062358 - AGA_Review_00062359).

2-3049     E-mail sent by Joe Profiri, at 8:31:00 PM on 10/16/2012, to Marlena Bedoya, with a subject line of "Re: 256934   NAME: CAMPOS, EDWARD JR." (AGA_Review_00065624 - AGA_Review_00065625).

2-3050     E-mail sent by Joe Profiri, at 6:05:46 PM on 10/17/2012, to Laura Escapule, with a subject line of "Re: Wexford: 12-12966 Kunz Medical Scan.pdf" (AGA_Review_00065880 - AGA_Review_00065882).

2-3051     E-mail sent by Joe Profiri, at 6:14:58 PM on 10/17/2012, to Jen Mielke-Fontaine, with a subject line of "Fwd: Wexford IR's from North Unit" (AGA_Review_00065885 - AGA_Review_00065886).

2-3052     E-mail sent by Richard Pratt, at 10:31:12 AM on 11/1/2012, to Richard Pratt, with a subject line of "FW: Wexford Medical McDonald 176496" (AGA_Review_00070530 - AGA_Review_00070532).

2-3053     E-mail sent by Charles Ryan, at 12:38:01 PM on 11/6/2012, to Richard Pratt, with a subject line of "RE: Wexford Health non responsive" (AGA_Review_00071983 - AGA_Review_00071984).

2-3054     E-mail sent by Joe Profiri, at 1:52:12 PM on 11/6/2012, to Kevin Curran, with a subject line of "RE: Wexford health care concerns regarding Randolph Drummonds #263927" (AGA_Review_00071998 - AGA_Review_00071999).

2-3055     E-mail sent by Richard Pratt, at 4:22:29 PM on 11/8/2012, to Kathleen Campbell, with a subject line of "FW: William Gary Potter 274034" (AGA_Review_00072544 - AGA_Review_00072545).

2-3056      E-mail sent by Joe Profiri, at 10:03:37 AM on 11/19/2012, to Neil Fisher, with a subject line of "RE: VA appointment for Compensation and Disability appointment - Inmate Goddard 240545" (AGA_Review_00074749 - AGA_Review_00074750).

2-3057      E-mail sent by Richard Pratt, at 1:01:03 PM on 11/20/2012, to Jen Mielke-Fontaine, with a subject line of "RE: Wexford Issue" (AGA_Review_00074886 - AGA_Review_00074887).

2-3058      E-mail sent by Charles Ryan, at 9:35:10 PM on 11/20/2012, to Jeff Hood, with a subject line of "FW: Wexford Issue" (AGA_Review_00074931 - AGA_Review_00074932).

2-3059      E-mail sent by Joe Profiri, at 1:55:10 PM on 11/21/2012, to Jerry Sternes <jerry.sternes@mtctrains.com>, with a subject line of "FW: pic of Condra's living area" (AGA_Review_00075038 - AGA_Review_00075041).

2-3060      E-mail sent by Richard Pratt, at 4:32:10 PM on 11/26/2012, to David Robertson, with a subject line of "RE: 7 inmates at hospital with suspected Botulism - An update from Dr. Vasiq" (AGA_Review_00075398 - AGA_Review_00075400).

2-3061      E-mail sent by Richard Pratt, at 3:58:24 PM on 11/29/2012, to David Robertson, with a subject line of "FW: Toliver, Arnold #125678, Clemency forms" (AGA_Review_00075881 - AGA_Review_00075882).

2-3062      E-mail sent by Charles Ryan, at 12:50:57 PM on 11/30/2012, to Laura Escapule; Mike Linderman; and, Richard Pratt, with a subject line of "Fwd: Violating Religious Holy Day and Refusing to Comply with Neurologists Medical Directives Regarding Medication" (AGA_Review_00076037 - AGA_Review_00076038).

2-3063      E-mail sent by Joe Profiri, at 3:37:46 PM on 11/30/2012, to Neil Fisher, with a subject line of "RE: Tucson IPC lower beds - ? protective custody housing together - 042813 MARTINEZ" (AGA_Review_00076141 - AGA_Review_00076142).

2-3064      E-mail sent by Joe Profiri, at 12:33:36 PM on 12/4/2012, to Leon George; Arthur Gross; and, Michael Kearns, with a subject line of "RE: Winslow AZ/quote for xray machine - long sleeves and postage" (AGA_Review_00076530 - AGA_Review_00076534).

2-3065     E-mail sent by Richard Pratt, at 3:35:21 PM on 1/4/2013, to Terry Allred; and, Matthew Musson, with a subject line of "FW: missing health information on ADOC prisoners at PCADC" (AGA_Review_00093449 - AGA_Review_00093450).

2-3066     E-mail sent by Joe Profiri, at 9:56:27 AM on 1/7/2013, to Arthur Gross, with a subject line of "RE: The grievence pile that was just unearthed from before June 2011" (AGA_Review_00093755 - AGA_Review_00093757).

2-3067     E-mail sent by Joe Profiri, at 9:18:18 AM on 1/16/2013, to Carson McWilliams; and, Ernest Trujillo, with a subject line of "Medication Notification" (AGA_Review_00095153 - AGA_Review_00095153).

2-3068     E-mail sent by Jim Taylor, at 10:06:28 AM on 1/24/2013, to Arthur Gross; and, Richard Pratt, with a subject line of "FW: RDSA inventory" (AGA_Review_00096440 - AGA_Review_00096442).

2-3069     E-mail sent by Joe Profiri, at 1:00:16 PM on 2/9/2013, to Arthur Gross; Kristan Sears; and, Jim Taylor, with a subject line of "RE: MTC Kingman February 7-8, 2013 Visit" (AGA_Review_00100231 - AGA_Review_00100231).

2-3070     E-mail sent by Richard Pratt, at 1:19:37 PM on 3/4/2013, to Vickie Bybee, with a subject line of "855 NUMBER for CORIZON" (AGA_Review_00006291 - AGA_Review_00006291).

2-3071     E-mail sent by Richard Pratt, at 6:31:06 PM on 3/11/2013, to Lea Miernik; Dave Mueller; and, Terri Savinen, with a subject line of "RE: Stretch Vessel IM# 222242" (AGA_Review_00007207 - AGA_Review_00007209).

2-3072     E-mail sent by Richard Pratt, at 10:19:07 AM on 3/13/2013, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: Paul Cottrell # 252339 Medical" (AGA_Review_00007713 - AGA_Review_00007714).

2-3073     E-mail sent by Richard Pratt, at 10:21:08 AM on 3/13/2013, to Jen Fontaine, with a subject line of "FW: Paul Cottrell # 252339 Medical" (AGA_Review_00007715 - AGA_Review_00007716).

2-3074 E-mail sent by Richard Pratt, at 2:17:34 PM on 3/14/2013, to Vickie Bybee; and, Jim Taylor, with a subject line of "RE: Toombs, Denise:  Phone call" (AGA_Review_00007869 - AGA_Review_00007871).

2-3075 E-mail sent by Richard Pratt, at 2:31:09 PM on 3/14/2013, to Vickie Bybee, with a subject line of "FW: Toombs ADC 269464  Request for visitation" (AGA_Review_00007879 - AGA_Review_00007880).

2-3076 E-mail sent by Richard Pratt, at 3:55:08 PM on 3/17/2013, to Vickie Bybee, with a subject line of "Re: Toombs, Denise:  Phone call" (AGA_Review_00008047 - AGA_Review_00008050).

2-3077 E-mail sent by Charles Ryan, at 8:07:00 PM on 4/8/2013, to Alfred Ramos, with a subject line of "RE: Director called" (AGA_Review_00011467 - AGA_Review_00011469).

2-3078 E-mail sent by Nicole Taylor, at 1:26:05 PM on 4/16/2013, to Richard Pratt, with a subject line of "RE: Schedule" (AGA_Review_00012853 - AGA_Review_00012856).

2-3079 E-mail sent by Richard Pratt, at 10:53:16 PM on 4/16/2013, to Vanessa Headstream, with a subject line of "Fwd: Stretch Vessel ADC #222242" (AGA_Review_00013014 - AGA_Review_00013014).

2-3080 E-mail sent by Richard Pratt, at 1:31:18 PM on 4/19/2013, to karen bennett <karenbennett413@gmail.com>, with a subject line of "RE: Transfer request for Falon Gonzales #234911" (AGA_Review_00013324 - AGA_Review_00013324).

2-3081 E-mail sent by Richard Pratt, at 6:30:18 PM on 4/30/2013, to Sharon Malcolm, with a subject line of "Alert List" (AGA_Review_00014381 - AGA_Review_00014381).

2-3082 E-mail sent by Charles Ryan, at 8:24:28 PM on 5/3/2013, to Kathleen Campbell; Arthur Gross; Jeff Hood; Richard Pratt; and, Joe Profiri, with a subject line of "RE: Tempe St. Luke's Secured Unit" (AGA_Review_00015609 - AGA_Review_00015610).

2-3083 E-mail sent by Richard Pratt, at 11:51:08 AM on 5/6/2013, to Vanessa Headstream, with a subject line of "FW: Missing Medication for Falon Gonzales #234911" (AGA_Review_00015705 - AGA_Review_00015705).

2-3084  E-mail sent by Richard Pratt, at 11:56:59 AM on 5/6/2013, to karen bennett <karenbennett413@gmail.com>, with a subject line of "RE: Missing Medication for Falon Gonzales #234911" (AGA_Review_00015707 - AGA_Review_00015707).

2-3085  E-mail sent by James Taylor, at 12:23:42 PM on 6/18/2013, to Richard Pratt, with a subject line of "RE: Social Security Disability Benefits" (AGA_Review_00020698 - AGA_Review_00020700).

2-3086  E-mail sent by Richard Pratt, at 11:38:15 AM on 6/26/2013, to Richard Bock; Kristine Harkins; and, Chris Moody, with a subject line of "RE: Mendez 195182 #2" (AGA_Review_00021273 - AGA_Review_00021274).

2-3087  E-mail sent by Richard Pratt, at 3:20:24 PM on 7/1/2013, to Kathleen Campbell; David Robertson; and, Richard Rowe, with a subject line of "RE: site photos" (AGA_Review_00021711 - AGA_Review_00021712).

2-3088  E-mail sent by David Robertson, at 5:06:14 PM on 7/3/2013, to Carl Bynum, with a subject line of "Re: Plaza 268330 Tucson Whetstone" (AGA_Review_00022083 - AGA_Review_00022086).

2-3089  E-mail sent by Richard Pratt, at 11:08:33 AM on 7/10/2013, to Arthur Gross; David Robertson; and, Richard Rowe, with a subject line of "RE: housing for HCV treatment" (AGA_Review_00022477 - AGA_Review_00022477).

2-3090  E-mail sent by Richard Pratt, at 11:05:17 AM on 10/1/2013, to Jen Fontaine, with a subject line of "RE: AZ DOC Health care barriers for non-english speakers." (AGA_Review_00106761 - AGA_Review_00106764).

2-3091  E-mail sent by Charles Ryan, at 11:24:57 AM on 11/10/2013, to Richard Bock, with a subject line of "RE: John Gonzalez # 252832 PC Issues/Unprofessional Staff" (AGA_Review_00105901 - AGA_Review_00105904).

2-3092  E-mail sent by Charles Ryan, at 8:41:47 AM on 11/13/2013, to Ernest Trujillo, with a subject line of "FW: John Gonzalez # 252832 PC Issues/Unprofessional Staff" (AGA_Review_00109125 - AGA_Review_00109128).

2-3093       E-mail sent by Charles Ryan, at 6:25:05 PM on 11/13/2013, to 'Middle Ground Prison Reform' <middlegroundprisonreform@msn.com>, with a subject line of "RE: John Gonzalez # 252832 PC Issues/Unprofessional Staff *DRAFT*" (AGA_Review_00106794 - AGA_Review_00106798).

2-3094       E-mail sent by David Robertson, at 12:19:27 PM on 11/14/2013, to Derleen Spence, with a subject line of "RE: Chickenpox case - employee.  Lewis Morey Unit" (AGA_Review_00104985 - AGA_Review_00104986).

2-3095       E-mail sent by Charles Ryan, at 7:49:07 PM on 11/19/2013, to Greg Fizer; and, Lance Hetmer, with a subject line of "RE: Stretch Vessel, ADC# 222242" (AGA_Review_00107124 - AGA_Review_00107126).

2-3096       E-mail sent by Charles Ryan, at 8:41:16 PM on 11/21/2013, to 'Middle Ground Prison Reform' <middlegroundprisonreform@msn.com>, with a subject line of "RE: Joseph Mendoza # 212217 Protective Custody" (AGA_Review_00104063 - AGA_Review_00104064).

2-3097       E-mail sent by Charles Ryan, at 7:48:14 PM on 12/17/2013, to Will Barnow, with a subject line of "RE: Inmate Health Talking Points" (AGA_Review_00105714 - AGA_Review_00105715).

2-3098       E-mail sent by Joe Profiri, at 2:39:11 PM on 1/16/2014, to Nicole Taylor, with a subject line of "Re: Phoenix West" (AGA_Review_00115852 - AGA_Review_00115855).

2-3099       E-mail sent by Charles Ryan, at 5:46:37 PM on 1/30/2014, to ADC Staff, with a subject line of "All Staff - Eyman Staff Assault" (AGA_Review_00103335 - AGA_Review_00103336).

2-3100       E-mail sent by Charles Ryan, at 2:38:21 PM on 2/3/2014, to ADC STAFF, with a subject line of "Staff Safety" (AGA_Review_00103339 - AGA_Review_00103339).

2-3101       E-mail sent by David Robertson, at 11:14:48 AM on 2/26/2014, to Duc Vo, with a subject line of "Re: Patient Estes" (AGA_Review_00107395 - AGA_Review_00107400).

2-3102       E-mail sent by David Robertson, at 11:45:10 AM on 3/10/2014, to Mark Jansen; Richard Pratt; and, Winfred Williams, with a subject line of "ORC

210582 210581 showing EXPRIED" (AGA_Review_00113488 - AGA_Review_00113488).

2-3103     E-mail sent by Joe Profiri, at 5:16:53 PM on 3/13/2014, to Carson McWilliams; and, Ernest Trujillo, with a subject line of "FW: Medicaid - Affordable Care Act (MACA)" (AGA_Review_00105323 - AGA_Review_00105325).

2-3104     E-mail sent by Charles Ryan, at 9:29:42 PM on 3/18/2014, to Carson McWilliams; Chris Moody; and, Ernest Trujillo, with a subject line of "RE: SIR#2014-03446/ ASPC-Lewis-Morey Unit/  Assault on Inmate/ Use of Force" (AGA_Review_00115737 - AGA_Review_00115739).

2-3105     E-mail sent by David Robertson, at 11:20:59 AM on 3/27/2014, to Jeff Hood; and, Juliet Respicio-Moriarty, with a subject line of "RE: Grievance Appeal - Mannos #054436 (Case # A02-010-014)" (AGA_Review_00103697 - AGA_Review_00103698).

## Group 3:  Medical Care

3-201     Corizon Medication Administration Implementation Guide, dated December 9, 2011 (ADC126918 – ADC127128).

3-202     Corizon Medication Administration Procedures Document, dated December 22, 2011 (ADC127129 – ADC127178).

3-203     Corizon Nursing Encounter Tools (NETs), issued January 15, 2013 (ADC127179 – ADC127306).

3-204     Corizon/PharmaCorr Formulary Drug List, dated January 17, 2013, approved by ADC on February 20, 2013 (ADC127307 – ADC127364).

3-205     Corizon CONFIDENTIAL ADC Outcomes Assessment Data ("SPDR") Report for Q2 and Q3, 2013 (ADC_M000001).

3-206     Forwarded e-mail from Juliet Respicio-Moriarty to Corizon Facility Health Administrators and Directors of Nursing regarding PPD AIMS Coding "Follow Up Information", dated September 26, 2013 (ADC232137 – ADC232140).

3-207      E-mail, dated March 12, 2014, from Mark Jansen to Carson McWilliams and Ernest Trujillo, with attachments, regarding KOP to DOT conversions (ADC285591 – ADC285592; and ADC285584 – ADC285590).

3-208      Corizon memorandum, dated November 22, 2013, from Dr. Tom Buenker regarding Keep on Person (KOP) Risperdal (ADC320262).

3-209      Corizon memorandum, dated December 19, 2013, from Dr. Tom Buenker regarding Keep on Person (KOP) Lamotrigine or Perphenazine (ADC320263).

3-210      Corizon/PharmaCorr memorandum, updated February 8, 2014, from Julie Carter, regarding KOP Contraband Stamps (ADC320273).

3-211      Corizon/PharmaCorr Restricted ADC Medication List, as of March 7, 2013 (ADC334199 – ADC334201).

3-212      Corizon/PharmaCorr Restricted ADC Medication List, as of November 27, 2013 (ADC334202 – ADC334204).

3-213      Corizon/Pharmacorr summary of Medications Added to the AZ DOT List, 2014 (ADC334206).

3-214      Corizon/Pharmacorr summary of Medications Added to the AZ DOT List, as of May 28, 2014 (ADC334207).

3-215      Corizon e-mail, dated July 3, 2013, from Julie Carter, with attachments, regarding Addition to the DOT List – Effective 7/4/2013 (ADC334207 – ADC334209).

3-216      Corizon e-mail dated July 13, 2013, from Julie Carter, with attachments, regarding Additions to the DOT List (ADC334210 – ADC334216).

3-217      Corizon/Pharmacorr notices dated December 11, 2013 regarding Important Changes to the Restricted Medication List (ADC334217 – ADC334218).

3-218      Corizon e-mail dated November 7, 2013, from Julie Carter, with attachments, regarding Additions to the AZ Automatic DOT Restricted List (ADC334219 – ADC334226).

3-219      Corizon e-mail dated November 7, 2013, from Julie Carter, with attachments, regarding Additions to the AZ Automatic DOT Restricted List at ASPC-Lewis (ADC334227 – ADC334249).

3-220      Corizon e-mail dated November 13, 2013, from Julie Carter, with attachments, regarding Muscle Relaxer DOT Memos (ADC334251 – ADC334256

3-221      Corizon e-mail dated April 29, 2014, from Julie Carter, with attachments, regarding Formulary and DOT Update (ADC334259 – ADC334262).

3-222      Corizon e-mail dated June 11, 2014, from Julie Carter, with attachments, regarding DOT Additions (ADC334263 – ADC334266

3-223      Corizon Investigation Report and Corrective Action Plan, dated January 12, 2014, regarding Investigation into Potential Blood Borne Pathogen Exposure at ASPC Lewis Complex on January 5, 2014 (ADC285550 – ADC285553).

3-224      Letter, dated January 22, 2014, from Arizona Department of Health Services Chief Medical Officer to Arthur Gross, responding to request for outside review of Corizon Investigation Report and Corrective Action Plan, dated January 12, 2014, regarding Investigation into Potential Blood Borne Pathogen Exposure at ASPC Lewis Complex on January 5, 2014 (ADC285554 – ADC285555).

3-225      Corizon spreadsheet of monitored lab values (through March 2014) for inmates potentially exposed to insulin contamination during January 5, 2014 incident at ASPC-Lewis (ADC285556 – ADC285558).

3-226      Draft letter, dated January 23, 2014, from Arthur Gross to Mark Jansen regarding Corizon Investigation and Corrective Action Plan regarding January 5, 2013 incident at ASPC-Lewis (ADC285559 – ADC285560).

3-227      E-mail, dated May 20, 2014, from Vanessa Headstream to Richard Pratt, regarding updated report monitored lab values for inmates potentially exposed to insulin contamination during January 5, 2014 incident at ASPC-Lewis (ADC285561).

3-228        Letter, dated January 30, 2014, from Charles Ryan to Donna Hamm
             regarding Potential Blood Borne Pathogen Exposure at ASPC-Lewis
             (ADC285562 – ADC285563).

3-229        Corizon spreadsheet of baseline lab values (as of January 6, 2014) for
             inmates potentially exposed to insulin contamination during January 5,
             2014 incident at ASPC-Lewis (ADC285564 – ADC285565).

3-230        Corizon report of inmates potentially exposed to insulin contamination
             during January 5, 2014 incident at ASPC-Lewis, reflecting collection of
             baseline labs, administration of prior vaccinations and Hepatitis and HIV
             prophylaxis offered to those inmates (ADC285566).

3-231        Letter, dated January 27, 2014, from Arthur Gross to Mark Jansen
             regarding Corizon Investigation and Corrective Action Plan regarding
             January 5, 2013 incident at ASPC-Lewis (ADC285567 – ADC285568).

3-232        Corizon spreadsheet of monitored lab values (through January 7, 2014) for
             inmates potentially exposed to insulin contamination during January 5,
             2014 incident at ASPC-Lewis (ADC285569 – ADC285570).

3-233        Corizon Corrective Action Plan for nursing personnel relating to January 5,
             2014 Potential Exposure Incident at ASPC Lewis Complex (ADC285573 –
             ADC285575).

3-234        Report of laboratory values for inmates potentially exposed to insulin
             contamination during August 2012 incident at ASPC-Lewis (ADC285576 –
             ADC285580).

3-235        Draft letter, dated January 28, 2014 to Arizona Department of Health
             Services, Office of Infectious Disease Services Hepatitis
             Coordinator/Acting Infectious Disease Epidemiology Program Manager
             providing responses to follow-up questions relating to Corizon
             Investigation and Corrective Action Plan regarding January 5, 2013
             incident at ASPC-Lewis (ADC285583).

3-236        Statements of Corizon employees regarding January 5, 2014 incident at
             ASPC-Lewis (ADC28593 – ADC285595).

3-237        Curricula Vitae of Lawrence H. Mendel, D.O., FSCP, CCHP (ADC203814
             – ADC203817).

3-238        Initial Expert Report of Lawrence Mendel, D.O, FSCP, CCHP, dated December 18, 2013 (ADC203763 – ADC203835).

3-239        First Supplemental Expert Report of Lawrence Mendel, D.O., FSCP, CCHP, dated January 31, 2014 (ADC229802 – ADC229807).

3-240        Second Supplemental Expert Report of Lawrence Mendel, D.O., FSCP, dated March 26, 2014 (ADC261931 – ADC261949).

3-241        Declaration of Lawrence Mendel in support of Defendants' Motion for Summary Judgment and documents attached thereto (Exhibit 189 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment).

3-242        September 29, 2014 Third Supplemental Report of Lawrence Mendel, D.O. (ADC449567 – ADC449652).

3-243        ADC medical and outside consultation records for Elizabeth Agee, #288656, for the period from April 1, 2013 to July 22, 2014 (ADC407641 - ADC407721; and ADC379657).

3-244        ADC medical file for Roy Alday, #228462, for the period from April 1, 2013 to April 1, 2014 (ADC413678 - ADC313715).

3-245        ADC medical file for Margaret Alvarado, #256176, for the period from April 1, 2013 to April 1, 2014 (ADC411538 - ADC411792).

3-246        ADC medical and outside consultation records for Everett Anderson, #191940, for the period from April 1, 2013 to July 22, 2014 (ADC381620 - ADC381683; and ADC381582 - ADC381594).

3-247        ADC medical file for Christina Angulo, #284098, for the period from April 1, 2013 to April 1, 2014 (ADC412373 - ADC421493).

3-248        ADC medical file for Jerome Arnold, #086960, for the period from April 1, 2013 to April 1, 2014 (ADC412494 - ADC412505).

3-249        ADC medical file for Amanda Badilla, #288817, for the period from February 27, 2014 to April 1, 2014 (ADC367404 - ADC367519).

3-250        ADC medical file for Janice Begay, #282307, for the period from April 1, 2013 to April 1, 2014 (ADC416668 - ADC417068).

3-251   ADC medical and outside consultation records for Gregory Bell, #114273, for the period from April 1, 2013 to July 22, 2014 (ADC381684 - ADC381876; and, ADC381595 - ADC381602).

3-252   ADC medical file for Fernando Bernal, #238817, for the period from April 1, 2013 to April 1, 2014 (ADC419623 - ADC419773).

3-253   ADC medical file for Cody Blair, #257789, for the period from April 1, 2013 to April 1, 2014 (ADC380338 - ADC380491).

3-254   ADC medical file for William Bole, #092243, for the period from April 1, 2013 to April 1, 2014 (ADC415462 - ADC415467).

3-255   ADC medical file for Taylor Bosilio, #281790, for the period from April 1, 2013 to April 1, 2014 (ADC379932 - ADC380023).

3-256   ADC medical file for Lisa Broadhead, #289038, for the period from March 6, 2013 to April 1, 2014 (ADC367520 - ADC367680).

3-257   ADC medical file for Regina Brooks, #288164, for the period from April 1, 2013 to April 1, 2014 (ADC417846 - ADC417919).

3-258   ADC medical file for Michael Brown, #143325, for the period from April 1, 2013 to April 1, 2014 (ADC364902 - ADC364929).

3-259   ADC medical file for Billy Bryant, #274138, for the period from April 1, 2013 to April 1, 2014 (ADC419774 - ADC419803; and, ADC421818 - ADC421897).

3-260   ADC medical file for Richard Campbell, #210026, for the period from April 1, 2013 to April 1, 2014 (ADC380724 - ADC380797).

3-261   ADC medical file for Scott Carlill, #231470, for the period from April 1, 2013 to April 1, 2014 (ADC380024 - ADC380236).

3-262   ADC medical file for Rachel Carreon, #229655, for the period from April 1, 2013 to April 1, 2014 (ADC380798 - ADC380850).

3-263   ADC medical file for Clinton Cheatham, #257919, for the period from April 1, 2013 to April 1, 2014 (ADC380492 - ADC380601).

3-264   ADC medical file for Timothy Cofer, #189380, for the period from April 1, 2013 to April 1, 2014 (ADC380239 - ADC380337).

3-265      ADC medical file for Leon Cosen, #280937, for the period from March 12, 2013 to March 12, 2014 (ADC323183 - ADC323466).

3-266      ADC medical file for Erby Covington, #164813, for the period from April 1, 2013 to April 1, 2014 (ADC417069 - ADC417111).

3-267      ADC medical file for Charles Crawford, #097330, for the period from April 1, 2013 to April 1, 2014 (ADC381531 - ADC381542).

3-268      ADC medical file for Claudine Crawford, #195653, for the period from April 1, 2013 to April 1, 2014 (ADC413019 - ADC413069).

3-269      ADC medical and outside consultation records for Troy Crim, #195202, for the period from April 1, 2013 to July 22, 2014 (ADC419804 - ADC419930; and, ADC381603 - ADC381607).

3-270      ADC medical file for Richard Day, #202495, for the period from April 1, 2013 to April 1, 2014 (ADC381877 - ADC382041).

3-271      ADC medical file for Ronald Demery, #268334, for the period from April 1, 2013 to April 1, 2014 (ADC420907 - ADC421024).

3-272      ADC medical file for Riley Dovetta, #279145, for the period from April 1, 2013 to April 1, 2014 (ADC413070 - ADC413270).

3-273      ADC medical file for Joseph Downey, #098715, for the period from April 1, 2013 to April 1, 2014 (ADC287421 - ADC287813).

3-274      ADC medical file for Dalian Duffy, #145534, for the period from April 1, 2013 to April 1, 2014 (ADC417979 - ADC417987).

3-275      ADC medical file for Leslie Dygert, #230975, for the period from April 1, 2013 to April 1, 2014 (ADC417112 - ADC417317).

3-276      ADC medical file and ORC Report for Morseller Ector, #205128, for the period from April 1, 2013 to April 1, 2014 (ADC418353 - ADC418446; and, ADC381608).

3-277      ADC medical file for Amanda Felton, #275274, for the period from April 1, 2013 to April 1, 2014 (ADC417988 - ADC418097).

3-278      ADC medical file for David Garcia, #094166, for the period from April 1, 2013 to April 1, 2014 (ADC413271 - ADC413306).

3-279      ADC medical file for Anthony Gaskins, #171807, for the period from April 1, 2013 to April 1, 2014 (ADC382280 - ADC382360).

3-280      ADC medical file for Amanda Goseyun, #280456, for the period from February 13, 2013 to April 1, 2013 (ADC283042 - ADC283214).

3-281      ADC medical file for Brittany Gosh, #278399, for the period from April 1, 2013 to April 1, 2014 (ADC413307 - ADC413443).

3-282      ADC medical and outside consultation records for Cynthia Gray, #266670, for the period from April 1, 2013 to July 22, 2014 (ADC407722 - ADC407753; and, ADC379658 - ADC379659).

3-283      ADC medical file for Aaron Graymountain, #162320, for the period from April 1, 2013 to April 1, 2014 (ADC364928 - ADC364932).

3-284      ADC medical file for Mary Haag, #212771, for the period from April 1, 2013 to April 1, 2014 (ADC419390 - ADC419543).

3-285      ADC medical file for Dustin Harwell, #190570, for the period from April 1, 2013 to April 1, 2014 (ADC418098 - ADC418315).

3-286      ADC medical file for Wendell Hennix, #073218, for the period from April 1, 2013 to April 1, 2014 (ADC419931 - ADC420116).

3-287      ADC medical file for David Henson, #229399, for the period from April 1, 2013 to April 1, 2014 (ADC379262 - ADC379428).

3-288      ADC medical file for Margaret Hernandez, #227159, for the period from April 1, 2013 to April 1, 2014 (ADC412506 - ADC412691).

3-289      ADC medical and outside consultation records for Robert Hill, #080327, for the period from July 1, 2013 to July 22, 2014 (ADC312822 - ADC313746; and, ADC379660 - ADC379683).

3-290      ADC medical file for Sheila Hill, #207450, for the period from April 1, 2013 to April 1, 2014 (ADC415468 - ADC415611).

3-291      ADC medical file for Kristin Howard, #248027, for the period from April 1, 2013 to April 1, 2014 (ADC406988 - ADC407153).

3-292      ADC medical file for Danielle James, #279075, for the period from April 1, 2013 to April 1, 2014 (ADC418804 - ADC418870).

3-293  ADC medical file for Bryan Jenkins, #234330, for the period from April 1, 2013 to April 1, 2014 (ADC364933 - ADC364977).

3-294  ADC medical and outside consultation records for Gina Johnson, #263915, for the period from April 1, 2013 to July 22, 2014 (ADC407754 - ADC408170; and, ADC379684 - ADC379695).

3-295  ADC medical file for Vanessa Johnson, #173521, for the period from April 1, 2013 to April 1, 2014 (ADC406611 - ADC406937).

3-296  ADC medical file for Lisa Johnston, #196899, for the period from April 1, 2013 to April 1, 2014 (ADC418871 - ADC418977).

3-297  ADC medical file for Arthur Jones, #148774, for the period from April 1, 2013 to April 1, 2014 (ADC420117 - ADC420185).

3-298  ADC medical and outside consultation records for Tina Keller, #241530, for the period from April 1, 2013 to July 22, 2014 (ADC418447 - ADC418596; and, ADC381609 - ADC381619).

3-299  ADC medical file for Patricia Knap, #180484, for the period from April 1, 2013 to April 1, 2014 (ADC413716 - ADC413839).

3-300  ADC medical file for Steve Landers, #185264, for the period from April 1, 2013 to April 1, 2014 (ADC378541 - ADC378627).

3-301  ADC medical file for Roy Leal, #069091, for the period from April 1, 2013 to April 1, 2014 (ADC413442 - ADC413531).

3-302  ADC medical and outside consultation records for Regina Lechuga, #093704, for the period from April 1, 2013 to July 22, 2014 (ADC408169 - ADC408321; and, ADC379696 - ADC379702).

3-303  ADC medical file for Charles Lejander, #206688, for the period from April 1, 2013 to April 1, 2014 (ADC378873 - ADC379187).

3-304  ADC medical file for Richard Ludlow, #203349, for the period from April 1, 2013 to April 1, 2014 (ADC420869 - ADC420906).

3-305  ADC medical file for Rozenna Luna, #288658, for the period from February 21, 2014 to April 1, 2014 (ADC364978 - ADC365011).

3-306    ADC medical file for Shawn Lynch, #206125, for the period from April 1, 2013 to April 1, 2014 (ADC299618 - ADC299950).

3-307    ADC medical file for Brandi Marquez, #209636, for the period from April 1, 2013 to April 1, 2014 (ADC418316 - ADC418352).

3-308    ADC medical file for Patricia Martinez, #284898, for the period from April 1, 2013 to April 1, 2014 (ADC382361 - ADC382477).

3-309    ADC medical file for Danny Mason, #124253, for the period from April 1, 2013 to April 1, 2014 (ADC380965 - ADC381073).

3-310    ADC medical file for Mercedes McCracken, #204404, for the period from April 1, 2013 to April 1, 2014 (ADC413840 - ADC413897).

3-311    ADC medical and outside consultation records for Richard Mendivil, #155758, for the period from April 1, 2013 to April 1, 2014 (ADC408322 - ADC408442; and, ADC379891 - ADC379906).

3-312    ADC medical file for Tina Meyerhoffer, #235220, for the period from April 1, 2013 to April 1, 2014 (ADC412692 - ADC412933).

3-313    ADC medical file for Jamie Miles, #051248, for the period from April 1, 2013 to April 1, 2014 (ADC380581 - ADC380964).

3-314    ADC medical file for Henry Miller, #255613, for the period from April 1, 2013 to April 1, 2014 (ADC379429 - ADC379499).

3-315    ADC medical and outside consultation records for Julie Moles, #284597, for the period from April 1, 2013 to July 22, 2014 (ADC418597 - ADC418683; and ADC382119).

3-316    ADC medical file for Joshua Montoya, #208217, for the period from April 1, 2013 to April 1, 2014 (ADC420186 - ADC420241).

3-317    ADC medical file for Robert Moriss, #132888, for the period from April 1, 2013 to April 1, 2014 (ADC413530 - ADC413604).

3-318    ADC medical file for Christopher Naber, #285236, for the period from October 18, 2013 to April 1, 2014 (ADC415084 - ADC415156).

3-319       ADC medical and outside consultation records for Gerardo Navarro,
            #263673, for the period from April 1, 2013 to July 22, 2014 (ADC420242 -
            ADC420291; and ADC379907).

3-320       ADC medical file for Shawn Nescher, #116303, for the period from April
            1, 2013 to April 1, 2014 (ADC418978 - ADC419013).

3-321       ADC medical file for Vicki Newton, #263912, for the period from April 1,
            2013 to April 1, 2014 (ADC407153 - ADC407250).

3-322       ADC medical file for Daniel Nielson, #265933, for the period from April 1,
            2013 to April 1, 2014 (ADC413605 - ADC413677).

3-323       ADC medical file for Patricia Oakes, #147419, for the period from April 1,
            2013 to April 1, 2014 (ADC415612 - ADC415738).

3-324       ADC medical file for Jose Oliveros, #288804, for the period from April 1,
            2013 to April 1, 2014 (ADC365012 - ADC365037).

3-325       ADC medical and outside consultation records for Craig O'Neal, #113031,
            for the period from April 1, 2013 to July 22, 2014 (ADC379703 -
            ADC379781; and, ADC379908 - ADC379911).

3-326       ADC medical file for Armando Ortiz, #258432, for the period from April 1,
            2013 to April 1, 2014 (ADC381524 - ADC381530).

3-327       ADC medical file for Frank Padilla, #289461, for the period from March
            20, 2014 to April 1, 2014 (ADC365038 - ADC365070).

3-328       ADC medical file for Laura Patterson, #237901, for the period from April
            1, 2013 to April 1, 2014 (ADC419544 - ADC419622).

3-329       ADC medical and outside consultation records for Jerry Patton, #277153,
            for the period from August 15, 2013 to July 22, 2014 (ADC301657 -
            ADC301904; and ADC382120).

3-330       ADC medical file for Julie Pavlich, #128948, for the period from April 1,
            2013 to April 1, 2014 (ADC302623 - ADC302885).

3-331       ADC medical file for Vivian Paxton, #178122, for the period from April 1,
            2013 to April 1, 2014 (ADC415157 - ADC415266).

3-332      ADC medical file for Arnoldo Peterson, #081920, for the period from April
           1, 2013 to April 1, 2014 (ADC408512 - ADC409950).

3-333      ADC medical file for James Pierce, #259314, for the period from April 1,
           2013 to April 1, 2014 (ADC415739 - ADC416465).

3-334      ADC medical file for Marie Powell, #150338, for the period from April 1,
           2013 to April 1, 2014 (ADC417920 - ADC417978).

3-335      ADC medical file for John Quinn, #170637, for the period from April 1,
           2013 to April 1, 2014 (ADC379188 - ADC379261).

3-336      ADC medical file for Jacob Randles, #139704, for the period from April 1,
           2013 to April 1, 2014 (ADC378742 - ADC378872).

3-337      ADC medical and outside consultation records for Jose Renteria, #250417,
           for the period from April 1, 2013 to July 22, 2014 (ADC418684 -
           ADC418743; and, ADC382121 - ADC382130).

3-338      ADC medical file for Ray Richard, #050898, for the period from April 1,
           2013 to April 1, 2014 (ADC379500 - ADC379656).

3-339      ADC medical file for Ivan Riley, #105299, for the period from April 1,
           2013 to April 1, 2014 (ADC365071 - ADC365118).

3-340      ADC medical and outside consultation records for Quiran Roberson,
           #136336, for the period from April 1, 2013 to July 22, 2014 (ADC407251 -
           ADC407290; and, ADC379912 - ADC379914).

3-341      ADC medical file for Michael Robertson, #261496, for the period from
           April 1, 2013 to April 1, 2014 (ADC381543 - ADC381581).

3-342      ADC medical and outside consultation records for Francisco Robles,
           #161337, for the period from April 1, 2013 to July 22, 2014 (ADC382042 -
           ADC382118; and ADC382131).

3-343      ADC medical file for Edward Roper, #203997, for the period from April 1,
           2013 to April 1, 2014 (ADC380602 - ADC380675).

3-344      ADC medical file for Simon Ruiz, #262972, for the period from April 1,
           2013 to April 1, 2014 (ADC303515 - ADC303619).

3-345  ADC medical file for Andrew Rumic, #263189, for the period from April 1, 2013 to April 1, 2014 (ADC409951 - ADC411144).

3-346  ADC medical and outside consultation records for Felipe Sandoval, #137471, for the period from April 1, 2013 to July 22, 2014 (ADC407291 - ADC407640; and, ADC379915 - ADC319925).

3-347  ADC medical file for Deborah Santorella, #077043, for the period from April 1, 2013 to April 1, 2014 (ADC378628 - ADC378741).

3-348  ADC medical file for Cierra Sauceda, #278316, for the period from April 1, 2013 to April 1, 2014 (ADC417723 - ADC417845).

3-349  ADC medical file for Doyle Sells, #261415, for the period from April 1, 2013 to April 1, 2014 (ADC420292 - ADC420339).

3-350  ADC medical file for Steven Shadd, #066598, for the period from April 1, 2013 to April 1, 2014 (ADC381074 - ADC381255).

3-351  ADC medical file for Florinda Sierra, #201208, for the period from April 1, 2013 to April 1, 2014 (ADC406938 - ADC406987).

3-352  ADC medical file for Peyton Skipwith, #136052, for the period from April 1, 2013 to April 1, 2014 (ADC411793 - ADC412289).

3-353  ADC medical file for Barry Smith, #033935, for the period from April 1, 2013 to April 1, 2014 (ADC411145 - ADC411537).

3-354  ADC medical file for Kari Smith, #164707, for the period from April 1, 2013 to April 1, 2014 (ADC406557 - ADC406610).

3-355  ADC medical file for Faith Spicer, #231130, for the period from April 1, 2013 to April 1, 2014 (ADC415267 - ADC415461).

3-356  ADC medical file for Angela Spillman, #184615, for the period from April 1, 2013 to April 1, 2014 (ADC419014 - ADC419128).

3-357  ADC medical file for Daniel Stankovich, #176260, for the period from April 1, 2013 to April 1, 2014 (ADC365119 - ADC365325).

3-358  ADC medical file for Scott Stephens, #037436, for the period from April 1, 2013 to April 1, 2014 (ADC317589 - ADC317790; and ADC420340 - ADC420582).

3-359        ADC medical and outside consultation records for David Straub, #258897, for the period from April 1, 2013 to July 22, 2014 (ADC379782 - ADC379931; and, ADC379926 - ADC379931).

3-360        ADC medical file for Zoltan Szoeny, #057317, for the period from April 1, 2013 to April 1, 2014 (ADC412934 - ADC413013).

3-361        ADC medical file for Daniel Tapia, #064806, for the period from April 1, 2013 to April 1, 2014 (ADC380676 - ADC380723).

3-362        ADC medical file for Carol Thompson, #214637, for the period from April 1, 2013 to April 1, 2014 (ADC381256 - ADC381523).

3-363        ADC medical file for Kathy Thorpe, #260811, for the period from April 1, 2013 to April 1, 2014 (ADC413014 - ADC413018).

3-364        ADC medical and outside consultation records for Natasha Tsonetokoy, #248114, for the period from April 1, 2013 to July 22, 2014 (ADC418744 - ADC418803; and ADC382132).

3-365        ADC medical file for Bennie Tye, #079327, for the period from April 1, 2013 to April 1, 2014 (ADC417318 - ADC417454).

3-366        ADC medical file for Patrick Valles, #235521, for the period from April 1, 2013 to April 1, 2014 (ADC382133 - ADC382279).

3-367        ADC medical file for Margaret VanWormer, #276920, for the period from April 1, 2013 to April 1, 2014 (ADC413880 - ADC415014).

3-368        ADC medical file for Larry Varvel, #234305, for the period from April 1, 2013 to April 1, 2014 (ADC382478 - ADC382630).

3-369        ADC medical file for Pamela Velasco, #258686, for the period from April 1, 2013 to April 1, 2014 (ADC416466 - ADC416667).

3-370        ADC medical file for Amy Wells, #284950, for the period from October 9, 2013 to April 1, 2014 (ADC307696 - ADC308266).

3-371        ADC medical file for Dan Whittal, #139117, for the period from April 1, 2013 to April 1, 2014 (ADC420583 - ADC420706).

3-372        ADC medical file for Noelle Widder, #174356, for the period from April 1, 2013 to April 1, 2014 (ADC419129 - ADC419389).

3-373        ADC medical file for Jimmy Wilckens, #107957, for the period from April
             1, 2013 to April 1, 2014 (ADC412290 - ADC412372; and ADC380237 -
             ADC380238).

3-374        ADC medical file for Kelly Williamson, #288935, for the period from
             March 5, 2014 to April 1, 2014 (ADC365326 - ADC365366).

3-375        ADC medical file for David Wilson, #248840, for the period from April 1,
             2013 to April 1, 2014 (ADC420707 - ADC420808).

3-376        ADC medical file for Torric Woolridge, #073973, for the period from April
             1, 2013 to April 1, 2014 (ADC420809 - ADC420868).

3-377        ADC medical file for Danielle Young, #216095, for the period from April
             1, 2013 to April 1, 2014 (ADC408443 - ADC408511).

3-378        ADC medical file for Sheldon Zah, #229305, for the period from April 1,
             2013 to April 1, 2014 (ADC309157 - ADC309230).

3-379        ADC medical file for Hector Zazueta, #289531, for the period from April 1,
             2013 to April 1, 2014 (ADC365367 - ADC365383; and, ADC365384 -
             ADC365413).

3-380        ADC medical file for Gayle Zylstra, #132392, for the period from April 1,
             2013 to April 1, 2014 (ADC406400 - ADC406556).

3-381        E-mail sent by Richard Pratt, at 9:53:47 PM on 6/5/2012, to Charles Ryan,
             with a subject line of "RE: Lois Schwartz views on Wexford"
             (AGA_Review_00029334 – AGA_Review_00029335).

3-382        E-mail sent by Richard Pratt, at 7:40:30 PM on 6/14/2012, to Richard Pratt,
             with a subject line of "FW: I/M Schwartz, B. ADC # 207346 -
             CLR79911733" (AGA_Review_00030303 – AGA_Review_00030304).

3-383        E-mail sent by Richard Pratt, at 6:52:53 PM on 6/18/2012, to Leslie
             Boothby, with a subject line of "FW: Ethan Ducharme # 255294 Medical"
             (AGA_Review_00030578 – AGA_Review_00030579).

3-384        E-mail sent by Richard Pratt, at 9:40:27 PM on 6/19/2012, to DONNA
             LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject
             line of "RE: Ethan Ducharme # 255294 Medical"
             (AGA_Review_00030638 – AGA_Review_00030640).

3-385    E-mail sent by Richard Pratt, at 10:49:01 PM on 6/19/2012, to Laurie Berg, with a subject line of "FW: I/M Schwartz, B. ADC # 207346 - CLR79911733" (AGA_Review_00030658 – AGA_Review_00030659).

3-386    E-mail sent by Richard Pratt, at 5:51:09 PM on 6/22/2012, to Jim Taylor, with a subject line of "FW: #261330 Medical Attention" (AGA_Review_00031150 – AGA_Review_00031152).

3-387    E-mail sent by Richard Pratt, at 8:49:34 PM on 6/26/2012, to Terry Allred, with a subject line of "RE: Stringer 169018" (AGA_Review_00031452 – AGA_Review_00031455).

3-388    E-mail sent by Richard Pratt, at 8:20:38 PM on 6/28/2012, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: David Arner # 139866 Medical" (AGA_Review_00032096 – AGA_Review_00032097).

3-389    E-mail sent by Richard Pratt, at 7:45:50 PM on 6/29/2012, to Matthew Musson, with a subject line of "FW: David Arner # 139866 Medical" (AGA_Review_00032448 – AGA_Review_00032451).

3-390    E-mail sent by Richard Pratt, at 7:51:20 PM on 6/29/2012, to Charles Ryan, with a subject line of "FW: David Arner # 139866 Medical" (AGA_Review_00032452 – AGA_Review_00032455).

3-391    E-mail sent by Charles Ryan, at 8:59:48 AM on 6/30/2012, to Ron Credio; Edwin Lao; and, Carson McWilliams, with a subject line of "FW: David Arner # 139866 Medical" (AGA_Review_00032465 – AGA_Review_00032469).

3-392    E-mail sent by Charles Ryan, at 7:53:46 PM on 7/6/2012, to Carson McWilliams; Richard Pratt; and, Ernest Trujillo, with a subject line of "RE: Eyman meds" (AGA_Review_00033376 – AGA_Review_00033378).

3-393    E-mail sent by Charles Ryan, at 8:29:26 PM on 7/6/2012, to Carson McWilliams, with a subject line of "RE: Eyman meds" (AGA_Review_00033381 – AGA_Review_00033382).

3-394    E-mail sent by Charles Ryan, at 10:14:25 PM on 7/6/2012, to Carson McWilliams; and, Richard Pratt, with a subject line of "RE: Eyman meds" (AGA_Review_00033407 – AGA_Review_00033408).

3-395      E-mail sent by Richard Pratt, at 6:51:55 PM on 7/12/2012, to Sumi Erno, with a subject line of "RE: Patrick J. Beaman - ADC#265008 - Claustrophobia" (AGA_Review_00034154 – AGA_Review_00034160).

3-396      E-mail sent by Richard Pratt, at 1:04:07 PM on 7/13/2012, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: Erin Sullivan # 158537 Medical Issues" (AGA_Review_00034277 – AGA_Review_00034278).

3-397      E-mail sent by Richard Pratt, at 1:33:44 PM on 7/13/2012, to Sam Tardibuono, with a subject line of "FW: Mark Young # 134535 Medical" (AGA_Review_00034285 – AGA_Review_00034286).

3-398      E-mail sent by Richard Pratt, at 11:32:53 PM on 7/13/2012, to Karen Mullenix, with a subject line of "RE: FW: Inmates meds" (AGA_Review_00034372 – AGA_Review_00034373).

3-399      E-mail sent by Richard Pratt, at 8:11:34 PM on 7/16/2012, to Marlena Bedoya; and, Trudy Dumkrieger, with a subject line of "FW: Catalina Medication Issues" (AGA_Review_00034514 – AGA_Review_00034515).

3-400      E-mail sent by Richard Pratt, at 5:12:46 PM on 7/17/2012, to Karen Mullenix, with a subject line of "FW: Notification to I/M families" (AGA_Review_00034764 – AGA_Review_00034764).

3-401      E-mail sent by Richard Pratt, at 5:15:50 PM on 7/17/2012, to Jim Taylor, with a subject line of "FW: Release without meds" (AGA_Review_00034765 – AGA_Review_00034769).

3-402      E-mail sent by Richard Pratt, at 4:49:28 PM on 7/24/2012, to Charles Ryan, with a subject line of "FW: Lewis" (AGA_Review_00035852 – AGA_Review_00035852).

3-403      E-mail sent by Richard Pratt, at 8:40:35 PM on 7/26/2012, to Karen Mullenix, with a subject line of "RE: Cook Unit" (AGA_Review_00036084 – AGA_Review_00036085).

3-404      E-mail sent by Richard Pratt, at 10:53:17 PM on 7/26/2012, to Charles Ryan, with a subject line of "RE: JODY MARQUEZ 141485" (AGA_Review_00036094 – AGA_Review_00036095).

3-405        E-mail sent by Charles Ryan, at 8:20:59 AM on 7/27/2012, to Stacey Crabtree, with a subject line of "FW: Inquiry Harran 112606" (AGA_Review_00036111 – AGA_Review_00036112).

3-406        E-mail sent by Richard Pratt, at 2:18:22 PM on 7/27/2012, to Robert Patton, with a subject line of "Lewis Medication issues" (AGA_Review_00036147 – AGA_Review_00036147).

3-407        E-mail sent by Richard Pratt, at 8:19:09 PM on 7/27/2012, to Scott <scott@griffithslawaz.com>, with a subject line of "RE: Prisoner medical issue" (AGA_Review_00036196 – AGA_Review_00036198).

3-408        E-mail sent by Richard Pratt, at 9:04:20 PM on 7/27/2012, to Dennis Kendall, with a subject line of "RE: Inquiry Harran 112606" (AGA_Review_00036208 – AGA_Review_00036210).

3-409        E-mail sent by Richard Pratt, at 9:34:05 PM on 7/27/2012, to Karen Mullenix, with a subject line of "FW: Update - sent from Laura Escapule - on Ray Grabowski's computer" (AGA_Review_00036214 – AGA_Review_00036215).

3-410        E-mail sent by Richard Pratt, at 2:22:46 PM on 7/28/2012, to Charles Ryan, with a subject line of "FW: Update" (AGA_Review_00036251 – AGA_Review_00036251).

3-411        E-mail sent by Charles Ryan, at 10:01:48 AM on 7/30/2012, to Jim Taylor, with a subject line of "RE: JODY MARQUEZ 141485" (AGA_Review_00036291 – AGA_Review_00036294).

3-412        E-mail sent by Richard Pratt, at 8:49:18 PM on 7/31/2012, to Jennifer Bowser, with a subject line of "RE: Health Services Inquiry" (AGA_Review_00036541 – AGA_Review_00036543).

3-413        E-mail sent by Richard Pratt, at 9:53:53 AM on 8/1/2012, to Dennis Chenail; Lea Miernik; and, Jim Taylor, with a subject line of "RE: Miskimen #144711" (AGA_Review_00036717 – AGA_Review_00036718).

3-414        E-mail sent by Richard Pratt, at 3:11:32 PM on 8/1/2012, to Laurie Berg, with a subject line of "RE: IM Valentin # 265806" (AGA_Review_00036740 – AGA_Review_00036740).

3-415        E-mail sent by Charles Ryan, at 11:07:50 PM on 8/1/2012, to Gail
             Rittenhouse, with a subject line of "RE: Moves" (AGA_Review_00036775
             – AGA_Review_00036776).

3-416        E-mail sent by Richard Pratt, at 12:16:34 PM on 8/3/2012, to Karen
             Mullenix, with a subject line of "FW: F/U in IPC on 8-1-12"
             (AGA_Review_00036951 – AGA_Review_00036952).

3-417        E-mail sent by Richard Pratt, at 5:30:26 PM on 8/3/2012, to Paul
             O'Connell, with a subject line of "RE: Jennifer Peden #259017; SB 1291
             release (Medications)" (AGA_Review_00037114 –
             AGA_Review_00037115).

3-418        E-mail sent by Richard Pratt, at 7:02:34 PM on 8/3/2012, to Kathleen
             Campbell; Jim Taylor, with a subject line of "RE: Granillo #146646"
             (AGA_Review_00037180 – AGA_Review_00037181).

3-419        E-mail sent by Richard Pratt, at 9:54:16 AM on 8/6/2012, to Paul
             O'Connell, with a subject line of "RE: Jennifer Peden #259017; SB 1291
             release (Medications)" (AGA_Review_00037520 –
             AGA_Review_00037522).

3-420        E-mail sent by Richard Pratt, at 2:25:15 PM on 8/8/2012, to Greg Capocy;
             Karen Mullenix; and, David Robertson, with a subject line of "RE: FW:
             VICTOR VALENTIN ADC 265806" (AGA_Review_00038503 –
             AGA_Review_00038506).

3-421        E-mail sent by Richard Pratt, at 6:36:25 PM on 8/8/2012, to Greg Capocy;
             Karen Mullenix; and, Gretchen Williams, with a subject line of "RE: FW:
             FW: VICTOR VALENTIN ADC 265806" (AGA_Review_00038665 –
             AGA_Review_00038671).

3-422        E-mail sent by Joe Profiri, at 5:59:09 PM on 8/9/2012, to Donna Mendoza,
             with a subject line of "RE: release meds for 8/10"
             (AGA_Review_00038897 – AGA_Review_00038897).

3-423        E-mail sent by Joe Profiri, at 6:04:23 PM on 8/9/2012, to Richard Pratt,
             with a subject line of "RE: forwarding information - released w/o meds"
             (AGA_Review_00038904 – AGA_Review_00038906).

3-424      E-mail sent by Joe Profiri, at 6:06:34 PM on 8/9/2012, to Judy Frigo; and,
           James O'Neil, with a subject line of "FW: forwarding information - released
           w/o meds" (AGA_Review_00038907 – AGA_Review_00038909).

3-425      E-mail sent by Joe Profiri, at 6:09:25 PM on 8/9/2012, to Judy Frigo; and,
           James O'Neil, with a subject line of "FW: release meds for 8/10"
           (AGA_Review_00038910 – AGA_Review_00038910).

3-426      E-mail sent by Richard Pratt, at 6:11:52 PM on 8/9/2012, to Karen
           Mullenix, with a subject line of "FW: forwarding information - released
           w/o meds" (AGA_Review_00038911 – AGA_Review_00038913).

3-427      E-mail sent by Richard Pratt, at 6:49:58 PM on 8/9/2012, to Karen
           Mullenix, with a subject line of "RE: forwarding information - released w/o
           meds" (AGA_Review_00038937 – AGA_Review_00038939).

3-428      E-mail sent by Richard Pratt, at 6:52:45 PM on 8/9/2012, to Karen
           Mullenix, with a subject line of "FW: Release Medication for Inmate
           Archunde" (AGA_Review_00038940 – AGA_Review_00038944).

3-429      E-mail sent by Richard Pratt, at 7:54:45 PM on 8/9/2012, to
           ascroggins3@cox.net <ascroggins3@cox.net>, with a subject line of "RE:
           Director's Project BAILEY 82591" (AGA_Review_00039053 –
           AGA_Review_00039055).

3-430      E-mail sent by Richard Pratt, at 8:11:40 PM on 8/9/2012, to Dennis
           Kendall, with a subject line of "FW: Gary Underwood # 232920 Medical
           Issues" (AGA_Review_00039068 – AGA_Review_00039069).

3-431      E-mail sent by Richard Pratt, at 8:22:32 PM on 8/9/2012, to Karen
           Mullenix, with a subject line of "RE: forwarding information - released w/o
           meds" (AGA_Review_00039075 – AGA_Review_00039078).

3-432      E-mail sent by Joe Profiri, at 8:35:23 PM on 8/9/2012, to Karen Mullenix,
           with a subject line of "Re: forwarding information - released w/o meds"
           (AGA_Review_00039102 – AGA_Review_00039105).

3-433      E-mail sent by Richard Pratt, at 8:35:54 PM on 8/9/2012, to Dennis
           Chenail; and, Karen Mullenix, with a subject line of "FW: Release
           Medication for Inmate Archunde" (AGA_Review_00039106 –
           AGA_Review_00039110).

3-434      E-mail sent by Richard Pratt, at 8:51:50 PM on 8/9/2012, to Dennis
           Chenail; and, Jim Taylor, with a subject line of "RE: Release Medication
           for Inmate Archunde" (AGA_Review_00039162 –
           AGA_Review_00039169).

3-435      E-mail sent by Richard Pratt, at 8:58:31 PM on 8/9/2012, to Karen
           Mullenix, with a subject line of "RE: Release Medication for Inmate
           Archunde" (AGA_Review_00039185 – AGA_Review_00039193).

3-436      E-mail sent by Richard Pratt, at 9:36:19 PM on 8/9/2012, to Joe Profiri,
           with a subject line of "RE: Release Medication for Inmate Archunde"
           (AGA_Review_00039297 – AGA_Review_00039307).

3-437      E-mail sent by Joe Profiri, at 9:51:19 PM on 8/9/2012, to Richard Bock,
           with a subject line of "Re: Release Medication for Inmate Archunde"
           (AGA_Review_00039340 – AGA_Review_00039346).

3-438      E-mail sent by Richard Pratt, at 9:52:51 PM on 8/9/2012, to Dennis
           Chenail; and, Jim Taylor, with a subject line of "RE: Release Medication
           for Inmate Archunde" (AGA_Review_00039347 –
           AGA_Review_00039355).

3-439      E-mail sent by Joe Profiri, at 10:04:16 PM on 8/9/2012, to Richard Pratt,
           with a subject line of "RE: Release Medication for Inmate Archunde"
           (AGA_Review_00039365 – AGA_Review_00039375).

3-440      E-mail sent by Joe Profiri, at 1:41:12 PM on 8/10/2012, to Karen Mullenix,
           with a subject line of "FW: Release Medication for Inmate Archunde"
           (AGA_Review_00039536 – AGA_Review_00039542).

3-441      E-mail sent by Richard Pratt, at 3:56:36 PM on 8/10/2012, to Karen
           Mullenix; and, Joe Profiri, with a subject line of "RE: Calloway, Denisa
           #273968" (AGA_Review_00039611 – AGA_Review_00039614).

3-442      E-mail sent by Joe Profiri, at 5:20:56 PM on 8/10/2012, to Paul O'Connell,
           with a subject line of "Re: Johnson, Annetta #101595"
           (AGA_Review_00039647 – AGA_Review_00039648).

3-443      E-mail sent by Joe Profiri, at 5:40:34 PM on 8/10/2012, to Steve Bender,
           with a subject line of "Fwd: Johnson, Annetta #101595"
           (AGA_Review_00039664 – AGA_Review_00039665).

3-444        E-mail sent by Joe Profiri, at 6:43:48 PM on 8/10/2012, to Richard Bock; and, Ernest Trujillo, with a subject line of "RE: Release Medication for Inmate Archunde" (AGA_Review_00039707 – AGA_Review_00039714).

3-445        E-mail sent by Joe Profiri, at 9:54:13 PM on 8/10/2012, to Karen Mullenix, with a subject line of "Re: Release Medication for Inmate Archunde" (AGA_Review_00039808 – AGA_Review_00039816).

3-446        E-mail sent by Joe Profiri, at 9:55:46 PM on 8/10/2012, to Danial Lundberg, with a subject line of "Re: ICS" (AGA_Review_00039817 – AGA_Review_00039820).

3-447        E-mail sent by Joe Profiri, at 9:22:02 PM on 8/11/2012, to Richard Pratt, with a subject line of "Re: I.R. Dtd 8/11/2012" (AGA_Review_00039873 – AGA_Review_00039874).

3-448        E-mail sent by Joe Profiri, at 9:32:16 PM on 8/11/2012, to Richard Pratt, with a subject line of "Re: I.R. Dtd 8/11/2012" (AGA_Review_00039879 – AGA_Review_00039881).

3-449        E-mail sent by Richard Pratt, at 10:06:28 PM on 8/11/2012, to Karen Mullenix, with a subject line of "FW: I.R. Dtd 8/11/2012" (AGA_Review_00039884 – AGA_Review_00039884).

3-450        E-mail sent by Joe Profiri, at 10:35:29 PM on 8/11/2012, to Ernest Trujillo, with a subject line of "RE: I.R. Dtd 8/11/2012" (AGA_Review_00039888 – AGA_Review_00039890).

3-451        E-mail sent by Joe Profiri, at 11:02:02 PM on 8/11/2012, to Richard Pratt, with a subject line of "FW: I.R. Dtd 8/11/2012" (AGA_Review_00039893 – AGA_Review_00039895).

3-452        E-mail sent by Joe Profiri, at 11:24:16 PM on 8/11/2012, to Marlena Bedoya, with a subject line of "RE: I.R. Dtd 8/11/2012" (AGA_Review_00039900 – AGA_Review_00039901).

3-453        E-mail sent by Joe Profiri, at 12:23:57 PM on 8/13/2012, to Terry Allred, with a subject line of "RE: Bachman Unit Incident Report" (AGA_Review_00040080 – AGA_Review_00040081).

3-454 E-mail sent by Richard Pratt, at 6:53:08 PM on 8/13/2012, to Kathleen Campbell, with a subject line of "FW: Coppess #102400" (AGA_Review_00040219 – AGA_Review_00040221).

3-455 E-mail sent by Joe Profiri, at 8:58:58 PM on 8/13/2012, to Ernest Trujillo, with a subject line of "Fwd: RE: RE: Fwd:" (AGA_Review_00040276 – AGA_Review_00040278).

3-456 E-mail sent by Joe Profiri, at 9:27:31 PM on 8/13/2012, to Robert Patton; Charles Ryan; and, Ernest Trujillo, with a subject line of "RE: FW: Fwd:" (AGA_Review_00040287 – AGA_Review_00040288).

3-457 E-mail sent by Charles Ryan, at 10:14:54 PM on 8/13/2012, to Richard Pratt, with a subject line of "RE: Inmate William Kelly Michael #035216" (AGA_Review_00040331 – AGA_Review_00040333).

3-458 E-mail sent by Richard Pratt, at 6:16:41 PM on 8/14/2012, to Matthew Musson, with a subject line of "RE: Gary Underwood # 232920 Medical Issues" (AGA_Review_00040700 – AGA_Review_00040702).

3-459 E-mail sent by Richard Pratt, at 1:19:47 PM on 8/15/2012, to Richard Pratt, with a subject line of "FW: Gary Underwood # 232920 Medical Issues" (AGA_Review_00041574 – AGA_Review_00041576).

3-460 E-mail sent by Richard Pratt, at 7:17:48 PM on 8/15/2012, to Emily Gutierrez; IFF LIAISON; and, Matthew Musson, with a subject line of "RE: Francisco Dini #140699...AGAIN!!" (AGA_Review_00041658 – AGA_Review_00041660).

3-461 E-mail sent by Richard Pratt, at 2:08:18 PM on 8/16/2012, to Matthew Musson, with a subject line of "RE: Gary Underwood # 232920 Medical Issues" (AGA_Review_00041872 – AGA_Review_00041875).

3-462 E-mail sent by Richard Pratt, at 5:24:01 PM on 8/16/2012, to Kathleen Campbell, with a subject line of "RE: IMPORTANT: No response from Tucson re: Inmate #222242-Stretch Vessel" (AGA_Review_00041939 – AGA_Review_00041943).

3-463 E-mail sent by Joe Profiri, at 6:28:01 PM on 8/16/2012, to Richard Pratt, with a subject line of "Re: IR Alteration of a legal document" (AGA_Review_00041970 – AGA_Review_00041971).

3-464        E-mail sent by Richard Pratt, at 9:29:29 AM on 8/17/2012, to Matthew
             Musson, with a subject line of "RE: FW: Francisco Dini
             #140699...AGAIN!!" (AGA_Review_00042041 –
             AGA_Review_00042043).

3-465        E-mail sent by Richard Pratt, at 5:21:00 PM on 8/17/2012, to Lisa Cooper,
             with a subject line of "FW: IM Beaman #265008_Bachman"
             (AGA_Review_00042185 – AGA_Review_00042186).

3-466        E-mail sent by Richard Pratt, at 6:24:06 PM on 8/19/2012, to Matthew
             Musson, with a subject line of "FW: inmate 251888 medicine"
             (AGA_Review_00042377 – AGA_Review_00042377).

3-467        E-mail sent by Joe Profiri, at 12:12:19 PM on 8/20/2012, to Marlena
             Bedoya; Kathleen Campbell; Trudy Dumkrieger; and, Karen Mullenix,
             with a subject line of "RE: dialysis" (AGA_Review_00042533 –
             AGA_Review_00042534).

3-468        E-mail sent by Joe Profiri, at 7:14:42 PM on 8/20/2012, to Denel Pickering,
             with a subject line of "RE: dialysis" (AGA_Review_00042961 –
             AGA_Review_00042962).

3-469        E-mail sent by Joe Profiri, at 11:04:08 PM on 8/20/2012, to Ron Credio;
             Juli Jackson; Carson McWilliams; and, Matthew Musson, with a subject
             line of "RE: Fwd: Inmate Shores 066216" (AGA_Review_00042990 –
             AGA_Review_00042991).

3-470        E-mail sent by Richard Pratt, at 1:01:11 PM on 8/21/2012, to Charles Ryan,
             with a subject line of "FW: MUSSELMAN #143882"
             (AGA_Review_00043109 – AGA_Review_00043111).

3-471        E-mail sent by Joe Profiri, at 2:51:05 PM on 8/21/2012, to Marlena
             Bedoya; Kathleen Campbell; Trudy Dumkrieger; Matthew Harvey; Richard
             Pratt; and, Jim Taylor, with a subject line of "RE: IM Perkins release meds"
             (AGA_Review_00043162 – AGA_Review_00043162).

3-472        E-mail sent by Joe Profiri, at 4:06:05 PM on 8/21/2012, to Matthew
             Harvey, with a subject line of "RE: IM Perkins release meds"
             (AGA_Review_00043204 – AGA_Review_00043206).

3-473  E-mail sent by Joe Profiri, at 7:16:23 PM on 8/21/2012, to Marlena Bedoya; and, Kathleen Campbell, with a subject line of "RE: IM Perkins release meds" (AGA_Review_00043242 – AGA_Review_00043244).

3-474  E-mail sent by Richard Pratt, at 7:42:35 PM on 8/21/2012, to Marge@thepeckteam.com <Marge@thepeckteam.com>, with a subject line of "MUSSELMAN #143882" (AGA_Review_00043253 – AGA_Review_00043253).

3-475  E-mail sent by Richard Pratt, at 7:46:03 PM on 8/21/2012, to Marlena Bedoya, with a subject line of "RE: BALL 218275" (AGA_Review_00043258 – AGA_Review_00043258).

3-476  E-mail sent by Richard Pratt, at 10:21:37 AM on 8/22/2012, to Marlena Bedoya, with a subject line of "RE: BALL 218275 - Cimarron" (AGA_Review_00043340 – AGA_Review_00043341).

3-477  E-mail sent by Joe Profiri, at 11:29:50 PM on 8/22/2012, to Marlena Bedoya, with a subject line of "FW: IM Thran/ 257951" (AGA_Review_00043689 – AGA_Review_00043691).

3-478  E-mail sent by Joe Profiri, at 8:35:46 AM on 8/23/2012, to Dan Conn; and, Karen Mullenix, with a subject line of "Expired Medication" (AGA_Review_00043806 – AGA_Review_00043806).

3-479  E-mail sent by Richard Pratt, at 10:05:16 AM on 8/24/2012, to Marlena Bedoya, with a subject line of "FW: Victor Valentin ADC 265806" (AGA_Review_00044271 – AGA_Review_00044274).

3-480  E-mail sent by Richard Pratt, at 10:15:21 AM on 8/24/2012, to Marlena Bedoya, with a subject line of "RE: Victor Valentin ADC 265806" (AGA_Review_00044284 – AGA_Review_00044287).

3-481  E-mail sent by Richard Pratt, at 11:12:32 AM on 8/24/2012, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: Gary Underwood # 232920 Medical Issues" (AGA_Review_00044290 – AGA_Review_00044293).

3-482  E-mail sent by Richard Pratt, at 11:15:45 AM on 8/24/2012, to Matthew Musson, with a subject line of "FW: Gary Underwood # 232920 Medical Issues" (AGA_Review_00044294 – AGA_Review_00044298).

3-483        E-mail sent by Joe Profiri, at 7:48:06 PM on 8/24/2012, to Richard Pratt, with a subject line of "RE: FLORENCE medication issues" (AGA_Review_00044667 – AGA_Review_00044668).

3-484        E-mail sent by Joe Profiri, at 12:17:57 PM on 8/25/2012, to Therese Schroeder, with a subject line of "RE: Inmate with Possible TB" (AGA_Review_00044820 – AGA_Review_00044822).

3-485        E-mail sent by Joe Profiri, at 12:47:08 PM on 8/25/2012, to Richard Pratt, with a subject line of "RE: TB" (AGA_Review_00045327 – AGA_Review_00045328).

3-486        E-mail sent by Joe Profiri, at 4:49:33 PM on 8/25/2012, to Neil Fisher; Thomas Lehman; and, Ernest Trujillo, with a subject line of "RE: Inmate with Possible TB" (AGA_Review_00045346 – AGA_Review_00045350).

3-487        E-mail sent by Joe Profiri, at 5:36:28 PM on 8/25/2012, to Dan Conn, with a subject line of "RE: Fwd: Inmate with Possible TB" (AGA_Review_00045377 – AGA_Review_00045381).

3-488        E-mail sent by Joe Profiri, at 9:35:58 PM on 8/25/2012, to Marlena Bedoya, with a subject line of "FW: Eyman Medication Reviews - Psychotropics" (AGA_Review_00045497 – AGA_Review_00045498).

3-489        E-mail sent by Joe Profiri, at 12:43:18 PM on 8/26/2012, to Juliet Respicio-Moriarty, with a subject line of "RE: Inmate with Possible TB" (AGA_Review_00045564 – AGA_Review_00045568).

3-490        E-mail sent by Jim Taylor, at 6:35:50 PM on 8/26/2012, to Terry Allred; Richard Pratt; and, Joe Profiri, with a subject line of "RE: Fwd: Expired Med Report" (AGA_Review_00045588 – AGA_Review_00045589).

3-491        E-mail sent by Joe Profiri, at 10:00:56 AM on 8/27/2012, to Stacey Crabtree, with a subject line of "FW: Manzanita- possible TB" (AGA_Review_00045798 – AGA_Review_00045799).

3-492        E-mail sent by Joe Profiri, at 11:01:03 AM on 8/27/2012, to Karen Mullenix, with a subject line of "Release Medication Protocol" (AGA_Review_00045868 – AGA_Review_00045868).

3-493      E-mail sent by Joe Profiri, at 6:18:11 PM on 8/27/2012, to Carson McWilliams, with a subject line of "RE: Depakote" (AGA_Review_00046194 – AGA_Review_00046195).

3-494      E-mail sent by Joe Profiri, at 6:20:40 PM on 8/27/2012, to Karen Mullenix, with a subject line of "RE: Depakote" (AGA_Review_00046197 – AGA_Review_00046198).

3-495      E-mail sent by Joe Profiri, at 6:22:01 PM on 8/27/2012, to Carson McWilliams, with a subject line of "RE: Depakote" (AGA_Review_00046199 – AGA_Review_00046200).

3-496      E-mail sent by Joe Profiri, at 12:06:35 PM on 8/28/2012, to Dan Conn; and, Karen Mullenix, with a subject line of "FW: Yuma Audit 8/26/12 and 8/27/12- Concerns" (AGA_Review_00046316 – AGA_Review_00046317).

3-497      E-mail sent by Joe Profiri, at 1:28:36 PM on 8/28/2012, to Karen Mullenix, with a subject line of "RE: Depakote" (AGA_Review_00046336 – AGA_Review_00046336).

3-498      E-mail sent by Richard Pratt, at 1:35:15 PM on 8/28/2012, to Trudy Dumkrieger, with a subject line of "RE: 037521 Eaton" (AGA_Review_00046342 – AGA_Review_00046343).

3-499      E-mail sent by Richard Pratt, at 1:51:48 PM on 8/28/2012, to Trudy Dumkrieger, with a subject line of "FW: Ronald Gene Ferguson" (AGA_Review_00046354 – AGA_Review_00046355).

3-500      E-mail sent by Richard Pratt, at 3:45:12 PM on 8/28/2012, to Trudy Dumkrieger, with a subject line of "RE: Ronald Gene Ferguson" (AGA_Review_00046421 – AGA_Review_00046422).

3-501      E-mail sent by Richard Pratt, at 5:23:01 PM on 8/28/2012, to Donna Mendoza, with a subject line of "FW: Outrageous Medical Procedures/Practices: Perryville" (AGA_Review_00046488 – AGA_Review_00046491).

3-502      E-mail sent by Richard Pratt, at 5:32:22 PM on 8/28/2012, to Judy Frigo; and, Charles Ryan, with a subject line of "RE: Outrageous Medical

Procedures/Practices: Perryville" (AGA_Review_00046497 – AGA_Review_00046500).

3-503       E-mail sent by Charles Ryan, at 6:40:07 PM on 8/28/2012, to Jeff Hood; Robert Patton; and, Joe Profiri, with a subject line of "FW: Outrageous Medical Procedures/Practices: Perryville" (AGA_Review_00046517 – AGA_Review_00046521).

3-504       E-mail sent by Joe Profiri, at 6:40:44 PM on 8/28/2012, to Karen Mullenix, with a subject line of "RE: Yuma Audit 8/26/12 and 8/27/12- Concerns" (AGA_Review_00046522 – AGA_Review_00046523).

3-505       E-mail sent by Richard Pratt, at 9:18:31 PM on 8/28/2012, to Donna Mendoza, with a subject line of "RE: Regarding IM Mayfield" (AGA_Review_00046558 – AGA_Review_00046559).

3-506       E-mail sent by Joe Profiri, at 9:23:35 PM on 8/28/2012, to Robert Patton, with a subject line of "FW: Yuma Audit 8/26/12 and 8/27/12- Concerns" (AGA_Review_00046563 – AGA_Review_00046566).

3-507       E-mail sent by Richard Pratt, at 9:30:32 PM on 8/28/2012, to Karen Mullenix, with a subject line of "FW: Outrageous Medical Procedures/Practices: Perryville" (AGA_Review_00046567 – AGA_Review_00046570).

3-508       E-mail sent by Richard Pratt, at 9:31:21 PM on 8/28/2012, to Karen Mullenix, with a subject line of "FW: Regarding IM Mayfield" (AGA_Review_00046571 – AGA_Review_00046572).

3-509       E-mail sent by Charles Ryan, at 9:41:23 PM on 8/28/2012, to Karen Mullenix; and, Joe Profiri, with a subject line of "RE: Yuma Audit 8/26/12 and 8/27/12- Concerns" (AGA_Review_00046573 – AGA_Review_00046576).

3-510       E-mail sent by Charles Ryan, at 10:43:34 PM on 8/28/2012, to Richard Pratt; and, Joe Profiri, with a subject line of "RE: Inmate Ferguson #170640" (AGA_Review_00046587 – AGA_Review_00046588).

3-511       E-mail sent by Joe Profiri, at 11:01:52 PM on 8/28/2012, to Karen Mullenix, with a subject line of "RE: Medical Grievances" (AGA_Review_00046594 – AGA_Review_00046595).

3-512   E-mail sent by Richard Pratt, at 12:47:03 PM on 8/29/2012, to Karen Mullenix, with a subject line of "RE: Outrageous Medical Procedures/Practices: Perryville" (AGA_Review_00046876 – AGA_Review_00046880).

3-513   E-mail sent by Richard Pratt, at 1:53:36 PM on 8/29/2012, to Jennifer Bowser; and, Lea Miernik, with a subject line of "RE: Acklin information for you." (AGA_Review_00047013 – AGA_Review_00047019).

3-514   E-mail sent by Richard Pratt, at 7:06:15 PM on 8/29/2012, to lnau@msn.com <lnau@msn.com>, with a subject line of "Ronald Gene Ferguson 170640" (AGA_Review_00047110 – AGA_Review_00047114).

3-515   E-mail sent by Charles Ryan, at 9:05:25 PM on 8/29/2012, to James O'Neil, with a subject line of "RE: RE: Outrageous Medical Procedures/Practices: Perryville" (AGA_Review_00047121 – AGA_Review_00047124).

3-516   E-mail sent by Joe Profiri, at 9:32:13 PM on 8/29/2012, to Mark Haldane, with a subject line of "Re: 257914 GARD, SARAH R  RE: Released without Medication" (AGA_Review_00047125 – AGA_Review_00047127).

3-517   E-mail sent by Joe Profiri, at 9:47:15 PM on 8/29/2012, to Richard Pratt, with a subject line of "Fwd: Tucson Expiring Medication List" (AGA_Review_00047130 – AGA_Review_00047131).

3-518   E-mail sent by Richard Pratt, at 11:10:04 PM on 8/29/2012, to Karen Mullenix, with a subject line of "FW: Outrageous Medical Procedures/Practices: Perryville" (AGA_Review_00047165 – AGA_Review_00047166).

3-519   E-mail sent by Joe Profiri, at 11:27:35 PM on 8/29/2012, to Richard Pratt, with a subject line of "Re: Regarding IM Mayfield 188765" (AGA_Review_00047174 – AGA_Review_00047176).

3-520   E-mail sent by Joe Profiri, at 6:47:55 AM on 8/30/2012, to Jim Taylor, with a subject line of "Labor Day" (AGA_Review_00047177 – AGA_Review_00047177).

3-521        E-mail sent by Joe Profiri, at 3:01:29 PM on 8/30/2012, to Karen Mullenix, with a subject line of "FW: Release Medication Process" (AGA_Review_00047324 – AGA_Review_00047325).

3-522        E-mail sent by Joe Profiri, at 3:50:37 PM on 8/30/2012, to Jim Taylor, with a subject line of "FW: Release Medication Process" (AGA_Review_00047339 – AGA_Review_00047340).

3-523        E-mail sent by Richard Pratt, at 5:36:06 PM on 8/30/2012, to Terry Allred; and, Lisa Cooper, with a subject line of "RE: IM Adam Thran 257951" (AGA_Review_00047388 – AGA_Review_00047389).

3-524        E-mail sent by Richard Pratt, at 5:38:13 PM on 8/30/2012, to Rosa Quintana, with a subject line of "FW: Inmate Melissa A. Maxwell, #188152" (AGA_Review_00047392 – AGA_Review_00047392).

3-525        E-mail sent by Richard Pratt, at 2:23:58 PM on 8/31/2012, to Terry Allred, with a subject line of "RE: Fwd: IM Adam Thran 257951" (AGA_Review_00047711 – AGA_Review_00047713).

3-526        E-mail sent by Joe Profiri, at 10:05:20 PM on 8/31/2012, to Richard Pratt, with a subject line of "FW: Meeting W/Barchey Inmates" (AGA_Review_00047957 – AGA_Review_00047958).

3-527        E-mail sent by Richard Pratt, at 9:24:38 AM on 9/1/2012, to Linda Maschner; Sumi Erno; and, Karen Mullenix, with a subject line of "FW: IM 257951/Thran, Adam" (AGA_Review_00047972 – AGA_Review_00047973).

3-528        E-mail sent by Joe Profiri, at 2:30:27 PM on 9/1/2012, to Thomas Lehman; and, Karen Mullenix, with a subject line of "RE: Meeting W/Barchey Inmates" (AGA_Review_00048318 – AGA_Review_00048320).

3-529        E-mail sent by Joe Profiri, at 2:21:01 PM on 9/3/2012, to Carson McWilliams; and, Chris Moody, with a subject line of "FW: Meeting W/Barchey Inmates" (AGA_Review_00048653 – AGA_Review_00048656).

3-530        E-mail sent by Richard Pratt, at 1:10:48 PM on 9/4/2012, to Arizona Prisonwatch <arizonaprisonwatch@gmail.com>, with a subject line of "RE:

Charles Sides 136157" (AGA_Review_00049099 – AGA_Review_00049100).

3-531 E-mail sent by Charles Ryan, at 11:02:35 PM on 9/4/2012, to Mark Haldane; Donna Mendoza; and, Jim Taylor, with a subject line of "RE: Gale Zylstra, 132392" (AGA_Review_00049360 – AGA_Review_00049363).

3-532 E-mail sent by Richard Pratt, at 11:36:55 PM on 9/4/2012, to Linda Maschner; and, Karen Mullenix, with a subject line of "FW: IM #257951/Thran, Adam" (AGA_Review_00049368 – AGA_Review_00049370).

3-533 E-mail sent by Joe Profiri, at 9:25:51 PM on 9/5/2012, to Terry Allred, with a subject line of "FW: Hughes #266147" (AGA_Review_00049977 – AGA_Review_00049978).

3-534 E-mail sent by Richard Pratt, at 9:49:33 AM on 9/6/2012, to Kathleen Campbell; and, Jim Taylor, with a subject line of "RE: Scanned from MFP-07132930 05/09/2012 13:22" (AGA_Review_00050077 – AGA_Review_00050078).

3-535 E-mail sent by Joe Profiri, at 11:13:50 AM on 9/6/2012, to Jim Taylor, with a subject line of "FW: FedEx" (AGA_Review_00050120 – AGA_Review_00050121).

3-536 E-mail sent by Joe Profiri, at 11:32:35 AM on 9/6/2012, to Mary Fuller; and, Richard Pratt, with a subject line of "RE: Call from Ms. Acklin" (AGA_Review_00050145 – AGA_Review_00050146).

3-537 E-mail sent by Jim Taylor, at 12:12:10 PM on 9/6/2012, to Mark Haldane, with a subject line of "RE: FedEx" (AGA_Review_00050257 – AGA_Review_00050259).

3-538 E-mail sent by Richard Pratt, at 1:12:01 PM on 9/6/2012, to David Robertson, with a subject line of "FW: Call from Ms. Acklin" (AGA_Review_00050307 – AGA_Review_00050309).

3-539 E-mail sent by Joe Profiri, at 1:46:11 PM on 9/6/2012, to Tara Diaz; and, Ernest Trujillo, with a subject line of "RE: KOP Issue" (AGA_Review_00050523 – AGA_Review_00050524).

3-540      E-mail sent by Richard Pratt, at 4:31:35 PM on 9/6/2012, to Marlena
           Bedoya, with a subject line of "RE: VOGT 029337"
           (AGA_Review_00050588 – AGA_Review_00050589).

3-541      E-mail sent by Richard Pratt, at 11:52:22 AM on 9/7/2012, to Rosa
           Quintana, with a subject line of "FW: IM Henderson #209070"
           (AGA_Review_00051023 – AGA_Review_00051023).

3-542      E-mail sent by Richard Pratt, at 2:50:55 PM on 9/7/2012, to Sonya Valentin
           <s_valen@hotmail.com>, with a subject line of "RE: Victor Valentin ADC
           265806" (AGA_Review_00051231 – AGA_Review_00051232).

3-543      E-mail sent by Richard Pratt, at 5:52:38 PM on 9/7/2012, to Karen
           Mullenix; and, Rosa Quintana, with a subject line of "FW: Inmate Steven
           M. Deibler, #252456, T/Cimmoron" (AGA_Review_00051423 –
           AGA_Review_00051423).

3-544      E-mail sent by Richard Pratt, at 6:21:47 PM on 9/7/2012, to Jen Mielke-
           Fontaine, with a subject line of "RE: Gary Underwood # 232920 Medical
           Issues" (AGA_Review_00051438 – AGA_Review_00051443).

3-545      E-mail sent by Joe Profiri, at 7:57:12 PM on 9/11/2012, to Terry Allred;
           and, Kathleen Campbell, with a subject line of "RE: Lewis Hep C Testing"
           (AGA_Review_00052893 – AGA_Review_00052894).

3-546      E-mail sent by Joe Profiri, at 5:54:15 PM on 9/12/2012, to Marlena
           Bedoya, with a subject line of "RE: Tucson Update"
           (AGA_Review_00053188 – AGA_Review_00053188).

3-547      E-mail sent by Joe Profiri, at 6:45:52 PM on 9/12/2012, to Jeff Hood, with
           a subject line of "FW: Harran 112606" (AGA_Review_00053189 –
           AGA_Review_00053189).

3-548      E-mail sent by Joe Profiri, at 10:38:16 PM on 9/12/2012, to Linda
           Maschner; Richard Pratt; and, Jim Taylor, with a subject line of "RE:
           Inmate Harran #112606" (AGA_Review_00053238 –
           AGA_Review_00053239).

3-549      E-mail sent by Joe Profiri, at 11:19:41 AM on 9/13/2012, to Kris Stone,
           with a subject line of "RE: Kathleen Campbell visit to Douglas"
           (AGA_Review_00053385 – AGA_Review_00053385).

3-550          E-mail sent by Joe Profiri, at 10:38:59 PM on 9/13/2012, to Joe Profiri,
               with a subject line of "Re: Perryville - Pertussis" (AGA_Review_00053614
               – AGA_Review_00053615).

3-551          E-mail sent by Richard Pratt, at 5:04:01 PM on 9/14/2012, to
               tessie.paiz@shastapools.com <tessie.paiz@shastapools.com>, with a
               subject line of "RE: Concern regarding inmate Rowdy Ferns #143370"
               (AGA_Review_00053921 – AGA_Review_00053923).

3-552          E-mail sent by Richard Pratt, at 5:16:08 PM on 9/14/2012, to Arizona
               Prisonwatch <arizonaprisonwatch@gmail.com>, with a subject line of "RE:
               Medical for John Camacho 047525" (AGA_Review_00053947 –
               AGA_Review_00053948).

3-553          E-mail sent by Richard Pratt, at 5:17:13 PM on 9/14/2012, to Karen
               Mullenix, with a subject line of "FW: Medical for John Camacho 047525"
               (AGA_Review_00053949 – AGA_Review_00053950).

3-554          E-mail sent by Richard Pratt, at 10:03:55 PM on 9/15/2012, to Therese
               Schroeder, with a subject line of "FW: MacCool #071383"
               (AGA_Review_00054217 – AGA_Review_00054218).

3-555          E-mail sent by Joe Profiri, at 12:01:17 AM on 9/16/2012, to Kathleen
               Campbell, with a subject line of "RE: FW: Movement request from Lewis
               to Tucson" (AGA_Review_00054241 – AGA_Review_00054244).

3-556          E-mail sent by Richard Pratt, at 1:16:44 PM on 9/17/2012, to Karen
               Mullenix, with a subject line of "FW: IM Henderson #209070_Florence,
               South Unit" (AGA_Review_00054419 – AGA_Review_00054420).

3-557          E-mail sent by Richard Pratt, at 1:40:16 PM on 9/17/2012, to Terry Allred,
               with a subject line of "William T. Maher # 262756"
               (AGA_Review_00054452 – AGA_Review_00054454).

3-558          E-mail sent by Richard Pratt, at 2:20:21 PM on 9/17/2012, to Marlena
               Bedoya, with a subject line of "RE: Inmate Yeager, James, ADC # 191146
               - Tucson/Whetstone" (AGA_Review_00054458 –
               AGA_Review_00054460).

3-559      E-mail sent by Richard Pratt, at 3:40:09 PM on 9/18/2012, to Donna
           Mendoza, with a subject line of "FW: Cherity Cox 118707"
           (AGA_Review_00055070 – AGA_Review_00055071).

3-560      E-mail sent by Richard Pratt, at 4:05:00 PM on 9/18/2012, to DONNA
           LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject
           line of "RE: Gary Underwood # 232920 Medical Issues"
           (AGA_Review_00055078 – AGA_Review_00055082).

3-561      E-mail sent by Richard Pratt, at 6:30:19 PM on 9/20/2012, to David
           Robertson, with a subject line of "FW: Gary Underwood # 232920 Medical
           Issues" (AGA_Review_00055738 – AGA_Review_00055739).

3-562      E-mail sent by Joe Profiri, at 8:42:37 PM on 9/20/2012, to Kathleen
           Campbell; Carey Harris; Neil Fisher; Richard Pratt; and, David Robertson,
           with a subject line of "RE: Vogt #29337 Tuscon Urology appointment"
           (AGA_Review_00055812 – AGA_Review_00055814).

3-563      E-mail sent by Richard Pratt, at 1:26:32 PM on 9/21/2012, to alicia
           scroggins <an_scroggins@hotmail.com>, with a subject line of "RE: russell
           bailey 82591 medical" (AGA_Review_00055966 –
           AGA_Review_00055967).

3-564      E-mail sent by Richard Pratt, at 9:30:28 AM on 9/24/2012, to Terry Allred,
           with a subject line of "Peck Musselman" (AGA_Review_00056976 –
           AGA_Review_00056980).

3-565      E-mail sent by Richard Pratt, at 6:53:02 PM on 9/24/2012, to Derleen
           Spence, with a subject line of "RE: Pertussis" (AGA_Review_00057367 –
           AGA_Review_00057370).

3-566      E-mail sent by Joe Profiri, at 3:36:20 PM on 9/25/2012, to Juliet Respicio-
           Moriarty, with a subject line of "RE: Pertussis Recommendations"
           (AGA_Review_00057558 – AGA_Review_00057558).

3-567      E-mail sent by Richard Pratt, at 5:52:46 PM on 9/25/2012, to David
           Robertson, with a subject line of "FW: William T. Maher # 262756
           Medical (SECOND ATTEMPT)" (AGA_Review_00057659 –
           AGA_Review_00057661).

3-568     E-mail sent by Joe Profiri, at 7:17:23 PM on 9/25/2012, to Stacey Crabtree, with a subject line of "Re: scabies at north" (AGA_Review_00057684 – AGA_Review_00057684).

3-569     E-mail sent by Joe Profiri, at 10:08:19 PM on 9/25/2012, to Neil Fisher, with a subject line of "RE: scabies at north" (AGA_Review_00057721 – AGA_Review_00057722).

3-570     E-mail sent by Richard Pratt, at 7:29:58 AM on 9/26/2012, to David Robertson, with a subject line of "FW: Gary Underwood # 232920 Medical Issues" (AGA_Review_00057731 – AGA_Review_00057737).

3-571     E-mail sent by Richard Pratt, at 3:42:39 PM on 9/26/2012, to Rosa Quintana, with a subject line of "FW: IM Gifford #128657_L-Buckley" (AGA_Review_00057893 – AGA_Review_00057893).

3-572     E-mail sent by Richard Pratt, at 3:45:53 PM on 9/26/2012, to Rosa Quintana, with a subject line of "FW: IM Steen 07235 - Meadows" (AGA_Review_00057899 – AGA_Review_00057899).

3-573     E-mail sent by Richard Pratt, at 5:51:21 PM on 9/27/2012, to Karen Mullenix, with a subject line of "FW: I/M SIMONIAN, JOHNNY S. ADC # 160143" (AGA_Review_00058185 – AGA_Review_00058185).

3-574     E-mail sent by Richard Pratt, at 11:51:13 AM on 9/28/2012, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: Gary Underwood # 232920 Medical Issues" (AGA_Review_00058472 – AGA_Review_00058477).

3-575     E-mail sent by Richard Pratt, at 1:24:33 PM on 10/1/2012, to Terry Allred, with a subject line of "FW: Alan Crowe #250070" (AGA_Review_00058939 – AGA_Review_00058942).

3-576     E-mail sent by Richard Pratt, at 1:30:28 PM on 10/1/2012, to Terry Allred, with a subject line of "RE: IM # 257951/Thran, Adam" (AGA_Review_00058943 – AGA_Review_00058944).

3-577     E-mail sent by Richard Pratt, at 6:34:28 PM on 10/1/2012, to Cassie Rogers <cassiejr@gmail.com>, with a subject line of "RE: GLORIA ROGERS ADC# 216771 **CONTINUED HEALTH CONCERNS**" (AGA_Review_00059096 – AGA_Review_00059098).

3-578        E-mail sent by Richard Pratt, at 7:46:49 PM on 10/1/2012, to Arizona
             Prisonwatch <arizonaprisonwatch@gmail.com>, with a subject line of "RE:
             MEDICAL: Maeghan Rice #265430" (AGA_Review_00059134 –
             AGA_Review_00059135).

3-579        E-mail sent by Richard Pratt, at 5:45:32 PM on 10/2/2012, to Kathleen
             Campbell, with a subject line of "RE: Robinson #271870-"
             (AGA_Review_00059924 – AGA_Review_00059925).

3-580        E-mail sent by Richard Pratt, at 5:48:49 PM on 10/2/2012, to Kathleen
             Campbell, with a subject line of "RE: Feist #231683- Heart Attack
             /Whetstone" (AGA_Review_00059930 – AGA_Review_00059931).

3-581        E-mail sent by Richard Pratt, at 8:43:56 PM on 10/2/2012, to Marlena
             Bedoya, with a subject line of "RE: Inmate Gordon Grilz #042972"
             (AGA_Review_00060029 – AGA_Review_00060033).

3-582        E-mail sent by Joe Profiri, at 11:24:26 PM on 10/2/2012, to Kathleen
             Campbell; and, Helena Valenzuela, with a subject line of "RE: Two
             inmates with high medical needs." (AGA_Review_00060078 –
             AGA_Review_00060079).

3-583        E-mail sent by Charles Ryan, at 10:01:40 AM on 10/5/2012, to 'DONNA
             LEONE HAMM' <middlegroundprisonreform@msn.com>, with a subject
             line of "RE: Emergency Information Re: Medications"
             (AGA_Review_00061393 – AGA_Review_00061394).

3-584        E-mail sent by Richard Pratt, at 4:16:59 PM on 10/5/2012, to DONNA
             LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject
             line of "RE: Dylon Bly # 153343 Excessive Delays In Medical Treatment"
             (AGA_Review_00061582 – AGA_Review_00061584).

3-585        E-mail sent by Richard Pratt, at 4:18:34 PM on 10/5/2012, to Trudy
             Dumkrieger, with a subject line of "FW: James Neuman # 273979 Medical
             Issues" (AGA_Review_00061585 – AGA_Review_00061586).

3-586        E-mail sent by Richard Pratt, at 8:11:44 PM on 10/5/2012, to Jim Reinhart,
             with a subject line of "RE: IM Evans #112292_Lewis-Buckley"
             (AGA_Review_00061907 – AGA_Review_00061908).

3-587        E-mail sent by Richard Pratt, at 8:18:07 AM on 10/9/2012, to Arizona Prisonwatch <arizonaprisonwatch@gmail.com>, with a subject line of "RE: Reasonable accommodations: Judith M Smith 196489" (AGA_Review_00062136 – AGA_Review_00062137).

3-588        E-mail sent by Charles Ryan, at 10:56:06 AM on 10/11/2012, to Lisa Cooper; and, Maria Guerra-Gonzales, with a subject line of "FW: Appreciation" (AGA_Review_00064007 – AGA_Review_00064008).

3-589        E-mail sent by Bryan Dennis, at 4:03:38 PM on 10/11/2012, to Ramona Grewe; and, Dave Mueller, with a subject line of "RE: FW: Imminent dangers" (AGA_Review_00064081 – AGA_Review_00064085).

3-590        E-mail sent by Richard Pratt, at 7:34:16 PM on 10/12/2012, to Richard Pratt, with a subject line of "FW: Bret Coady, #178737, T/Whetstone" (AGA_Review_00064443 – AGA_Review_00064444).

3-591        E-mail sent by Joe Profiri, at 2:10:27 PM on 10/13/2012, to Tara Diaz, with a subject line of "RE: MUSSELMAN #143882" (AGA_Review_00064512 – AGA_Review_00064515).

3-592        E-mail sent by Richard Pratt, at 8:42:48 PM on 10/14/2012, to Donna Mendoza, with a subject line of "RE: MEDICAL: Maeghan Rice #265430" (AGA_Review_00064577 – AGA_Review_00064579).

3-593        E-mail sent by Joe Profiri, at 12:00:22 PM on 10/17/2012, to Leslie Boothby; Kathleen Campbell; and, Jen Mielke-Fontaine, with a subject line of "RE: Scanned from MFP-05333420 10/17/2012 07:45" (AGA_Review_00065702 – AGA_Review_00065706).

3-594        E-mail sent by Charles Ryan, at 1:54:02 PM on 10/17/2012, to Richard Pratt; and, Joe Profiri, with a subject line of "FW: Seizures and Mismanaged Epilepsy" (AGA_Review_00065767 – AGA_Review_00065772).

3-595        E-mail sent by Joe Profiri, at 8:00:38 PM on 10/18/2012, to Richard Pratt, with a subject line of "FW: Fwd: Inmate Self #231185" (AGA_Review_00066152 – AGA_Review_00066152).

3-596        E-mail sent by Richard Pratt, at 4:14:58 PM on 10/19/2012, to Lea Miernik, with a subject line of "FW: Brian Trusty #268605" (AGA_Review_00066706 – AGA_Review_00066708).

3-597        E-mail sent by Richard Pratt, at 6:28:00 PM on 10/23/2012, to Karen Mullenix, with a subject line of "RE: Caucasian Inmate in Winslow has KOP order for Gabapentin, Another inmate Overdoses on KOP Narcotics?" (AGA_Review_00067933 – AGA_Review_00067937).

3-598        E-mail sent by Richard Pratt, at 7:39:50 PM on 10/23/2012, to Matthew Musson, with a subject line of "TREJO 239577" (AGA_Review_00067984 – AGA_Review_00067984).

3-599        E-mail sent by Richard Pratt, at 5:59:18 PM on 10/24/2012, to Jen Mielke-Fontaine, with a subject line of "RE: IR# 12-A01-7004" (AGA_Review_00068383 – AGA_Review_00068385).

3-600        E-mail sent by Charles Ryan, at 10:46:20 PM on 10/25/2012, to Richard Pratt, with a subject line of "Re: JODY MARQUEZ 141485" (AGA_Review_00068814 – AGA_Review_00068816).

3-601        E-mail sent by Richard Pratt, at 9:36:35 AM on 10/26/2012, to Jennifer Bowser, with a subject line of "RE: Constituent request from Senator Burges" (AGA_Review_00068861 – AGA_Review_00068863).

3-602        E-mail sent by Richard Pratt, at 9:45:50 AM on 10/26/2012, to Terry Allred, with a subject line of "FW: Constituent request from Senator Burges" (AGA_Review_00068864 – AGA_Review_00068866).

3-603        E-mail sent by Richard Pratt, at 2:09:05 PM on 10/26/2012, to Joan Marquez <ddjmarquez@yahoo.com>; and, Jim Taylor, with a subject line of "RE: JODY MARQUEZ 141485" (AGA_Review_00069013 – AGA_Review_00069015).

3-604        E-mail sent by Joe Profiri, at 2:49:57 PM on 10/26/2012, to Karen Mullenix, with a subject line of "RE: DOTs in ISO cells" (AGA_Review_00069021 – AGA_Review_00069023).

3-605        E-mail sent by Richard Pratt, at 5:01:24 PM on 10/26/2012, to Matthew Musson, with a subject line of "FW: medical grievance for inmate George Leivas 250904" (AGA_Review_00069049 – AGA_Review_00069050).

3-606    E-mail sent by Joe Profiri, at 3:44:25 PM on 10/31/2012, to Juli Augeri; and, Ernest Trujillo, with a subject line of "RE: Kingman Infectious Disease Concern" (AGA_Review_00070402 – AGA_Review_00070403).

3-607    E-mail sent by Richard Pratt, at 10:45:34 AM on 11/1/2012, to Richard Pratt, with a subject line of "FW: IM Lamoree 259328 - Cook" (AGA_Review_00070550 – AGA_Review_00070552).

3-608    E-mail sent by Richard Pratt, at 4:38:03 PM on 11/1/2012, to Donna Mendoza, with a subject line of "RE: GLORIA ROGERS ADC# 216771 **CONTINUED HEALTH CONCERNS**" (AGA_Review_00070708 – AGA_Review_00070713).

3-609    E-mail sent by Richard Pratt, at 4:44:29 PM on 11/1/2012, to Terry Allred, with a subject line of "FW: *Inmate & Corrections Dept Fitch 207413" (AGA_Review_00070714 – AGA_Review_00070716).

3-610    E-mail sent by Richard Pratt, at 5:20:03 PM on 11/1/2012, to Marlena Bedoya, with a subject line of "FW: I/M Coady, B. ADC # 178737" (AGA_Review_00070735 – AGA_Review_00070735).

3-611    E-mail sent by Charles Ryan, at 2:12:33 PM on 11/2/2012, to Arthur Gross; and, Richard Pratt, with a subject line of "FW: GLORIA ROGERS ADC# 216771 **CONTINUED HEALTH CONCERNS**" (AGA_Review_00070829 – AGA_Review_00070836).

3-612    E-mail sent by Richard Pratt, at 6:02:36 PM on 9/21/2012, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: James Neuman # 273979 Medical Issues" (AGA_Review_00056441 – AGA_Review_00056442).

3-613    E-mail sent by Joe Profiri, at 11:39:27 AM on 11/5/2012, to Chris Moody, with a subject line of "FW: I/M Pike #187281" (AGA_Review_00071629 – AGA_Review_00071630).

3-614    E-mail sent by Richard Pratt, at 12:51:45 PM on 11/14/2012, to Karen Mullenix, with a subject line of "FW: Regarding Inmate #260481" (AGA_Review_00073918 – AGA_Review_00073921).

3-615    E-mail sent by Charles Ryan, at 6:13:21 PM on 11/15/2012, to Arthur Gross; and, Richard Pratt, with a subject line of "FW: IMMEDIATE

INTERVENTION REQUESTED" (AGA_Review_00074084 – AGA_Review_00074085).

3-616      E-mail sent by Richard Pratt, at 6:20:43 PM on 11/15/2012, to Arthur Gross, with a subject line of "FW: IMMEDIATE INTERVENTION REQUESTED" (AGA_Review_00074093 – AGA_Review_00074095).

3-617      E-mail sent by Richard Pratt, at 11:08:55 AM on 11/16/2012, to Marlena Bedoya, with a subject line of "RE: Alfred Sheppard # 147672 Medical" (AGA_Review_00074185 – AGA_Review_00074187).

3-618      E-mail sent by Richard Pratt, at 4:38:43 PM on 11/16/2012, to Laurie Berg, with a subject line of "FW: Brian Gormley, #234636 E/SMU I" (AGA_Review_00074658 – AGA_Review_00074660).

3-619      E-mail sent by Richard Pratt, at 6:44:11 PM on 11/16/2012, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: Gary Underwood #232920 Medical Problems (Still No Surgery/Effective Pain Mgmt.)" (AGA_Review_00074685 – AGA_Review_00074686).

3-620      E-mail sent by Richard Pratt, at 10:02:46 AM on 11/20/2012, to David Robertson, with a subject line of "RE: Jeff Johnson # 89786 Medical" (AGA_Review_00074845 – AGA_Review_00074848).

3-621      E-mail sent by Richard Pratt, at 10:28:23 AM on 11/20/2012, to Trudy Dumkrieger, with a subject line of "FW: Alfred Sheppard # 147672 Medical" (AGA_Review_00074859 – AGA_Review_00074862).

3-622      E-mail sent by Joe Profiri, at 9:10:15 AM on 11/24/2012, to Jeff Hood; Carson McWilliams; Robert Patton; and, Charles Ryan, with a subject line of "FW: Fwd: Possible Botulism at SMU" (AGA_Review_00075264 – AGA_Review_00075265).

3-623      E-mail sent by Joe Profiri, at 11:39:35 PM on 11/24/2012, to Jeff Hood; Carson McWilliams; Robert Patton; and, Charles Ryan, with a subject line of "FW: Inmate transfer to hospital with suspected Botulism" (AGA_Review_00075293 – AGA_Review_00075294).

3-624      E-mail sent by Richard Pratt, at 1:42:17 PM on 11/26/2012, to Trudy Dumkrieger, with a subject line of "FW: Alfred Sheppard # 147672 Medical" (AGA_Review_00075380 – AGA_Review_00075383).

3-625      E-mail sent by Richard Pratt, at 11:57:29 AM on 11/27/2012, to Jen Mielke-Fontaine, with a subject line of "FW: OK; Now It's Getting Ridiculous: Gary Underwood Medical/Surgery" (AGA_Review_00075488 – AGA_Review_00075489).

3-626      E-mail sent by Charles Ryan, at 12:09:32 PM on 11/27/2012, to Richard Pratt, with a subject line of "RE: OK; Now It's Getting Ridiculous: Gary Underwood Medical/Surgery" (AGA_Review_00075506 – AGA_Review_00075508).

3-627      E-mail sent by Richard Pratt, at 9:52:11 AM on 11/30/2012, to Arthur Gross; and, Charles Ryan, with a subject line of "RE: Siobhan Wallis 224226" (AGA_Review_00075998 – AGA_Review_00075999).

3-628      E-mail sent by Richard Pratt, at 10:35:38 AM on 11/30/2012, to IFF LIAISON, with a subject line of "RE: IM Yazzie #117147_F-SMU 1" (AGA_Review_00076007 – AGA_Review_00076009).

3-629      E-mail sent by Charles Ryan, at 8:02:18 PM on 11/30/2012, to Richard Pratt, with a subject line of "RE: Media Request From Wendy Halloran at 12 News" (AGA_Review_00076277 – AGA_Review_00076298).

3-630      E-mail sent by Richard Pratt, at 9:24:16 AM on 12/5/2012, to Richard Pratt, with a subject line of "FW: Urgent Medical Care Needed TAPIA 64806" (AGA_Review_00076979 – AGA_Review_00076982).

3-631      E-mail sent by Richard Pratt, at 9:24:32 AM on 12/5/2012, to Richard Pratt, with a subject line of "FW: Inmate Health Issue: Vicente V Ruiz 146505" (AGA_Review_00076983 – AGA_Review_00076986).

3-632      E-mail sent by Richard Pratt, at 10:06:27 AM on 12/5/2012, to IFF LIAISON; and, rjonesey@earthlink.net <rjonesey@earthlink.net>, with a subject line of "RE: Urgent Medical Care Needed" (AGA_Review_00076998 – AGA_Review_00077000).

3-633 E-mail sent by Richard Pratt, at 5:03:42 PM on 12/7/2012, to David Robertson, with a subject line of "RE: Mark Soucy # 250271 Medical" (AGA_Review_00077414 – AGA_Review_00077419).

3-634 E-mail sent by Richard Pratt, at 5:04:47 PM on 12/7/2012, to Jen Mielke-Fontaine, with a subject line of "RE: 233341 ALLEN" (AGA_Review_00077420 – AGA_Review_00077423).

3-635 E-mail sent by Richard Pratt, at 12:55:13 PM on 12/10/2012, to Donna Mendoza, with a subject line of "FW: Siobhan Wallis 224226" (AGA_Review_00077586 – AGA_Review_00077587).

3-636 E-mail sent by Richard Pratt, at 2:00:32 PM on 12/10/2012, to Anne Rubey <annerubey@yahoo.com>, with a subject line of "RE: Siobhan Wallis 224226" (AGA_Review_00077610 – AGA_Review_00077611).

3-637 E-mail sent by Richard Pratt, at 1:37:59 PM on 12/11/2012, to Jen Mielke-Fontaine, with a subject line of "RE: IM Yazzie #117147_F-SMU 1" (AGA_Review_00078081 – AGA_Review_00078082).

3-638 E-mail sent by Richard Pratt, at 2:16:05 PM on 12/11/2012, to Maria Guerra-Gonzales, with a subject line of "RE: Gabriel Aguilera, #258628/T/Santa Rita Gustavo Aguilera, #177909 D/Mohave Unit" (AGA_Review_00084110 – AGA_Review_00084112).

3-639 E-mail sent by Richard Pratt, at 5:05:18 PM on 12/11/2012, to Maria Cosme, with a subject line of "RE: I/M Hutchinson ADC #182688" (AGA_Review_00090226 – AGA_Review_00090227).

3-640 E-mail sent by Richard Pratt, at 5:21:22 PM on 12/11/2012, to Donna Mendoza, with a subject line of "FW: GLORIA ROGERS ADC# 216771 **CONTINUED HEALTH CONCERNS**" (AGA_Review_00090229 – AGA_Review_00090236).

3-641 E-mail sent by Charles Ryan, at 9:27:25 PM on 12/11/2012, to James O'Neil, with a subject line of "Re: GLORIA ROGERS ADC# 216771 **CONTINUED HEALTH CONCERNS**" (AGA_Review_00090311 – AGA_Review_00090322).

3-642       E-mail sent by Richard Pratt, at 7:01:44 AM on 12/18/2012, to Jen Mielke-Fontaine, with a subject line of "RE: Gormley 234636" (AGA_Review_00090940 – AGA_Review_00090945).

3-643       E-mail sent by Richard Pratt, at 6:53:53 PM on 12/19/2012, to Arlene Basto <arlenebasto@yahoo.com>, with a subject line of "RE: Gormley 234636 / CLR 2012 126 81240263" (AGA_Review_00091393 – AGA_Review_00091396).

3-644       E-mail sent by Richard Pratt, at 2:16:58 PM on 12/24/2012, to Neil Fisher; and, Karen Mullenix, with a subject line of "RE: Mark Soucy # 250271 Medical" (AGA_Review_00091875 – AGA_Review_00091881).

3-645       E-mail sent by Richard Pratt, at 1:07:20 PM on 12/27/2012, to Maria Cosme, with a subject line of "Dylon Bly 153343" (AGA_Review_00092000 – AGA_Review_00092000).

3-646       E-mail sent by Joe Profiri, at 9:17:54 PM on 12/27/2012, to Karen Mullenix, with a subject line of "RE: Possible scabies" (AGA_Review_00092043 – AGA_Review_00092045).

3-647       E-mail sent by Richard Pratt, at 1:38:39 PM on 12/28/2012, to Dave Mueller, with a subject line of "RE: Johnson Release" (AGA_Review_00092124 – AGA_Review_00092124).

3-648       E-mail sent by Richard Pratt, at 5:50:37 PM on 12/28/2012, to Marlena Bedoya, with a subject line of "RE: IM Johnson #235714 - Release - ASP/Tucson" (AGA_Review_00092166 – AGA_Review_00092167).

3-649       E-mail sent by Charles Ryan, at 9:46:49 AM on 1/2/2013, to Arthur Gross, with a subject line of "RE: Urgent Medical Care Needed [request from Ms. Nau ]" (AGA_Review_00092483 – AGA_Review_00092484).

3-650       E-mail sent by Joe Profiri, at 10:48:15 PM on 1/3/2013, to Lance Hetmer; Carson McWilliams; Therese Schroeder; and, Ernest Trujillo, with a subject line of "FW: IR - Smith" (AGA_Review_00092887 – AGA_Review_00092888).

3-651       E-mail sent by Joe Profiri, at 9:32:48 AM on 1/7/2013, to Ernest Trujillo, with a subject line of "FW: Smith #259884" (AGA_Review_00093677 – AGA_Review_00093678).

3-652  E-mail sent by Richard Pratt, at 10:52:04 AM on 1/7/2013, to Maria Cosme, with a subject line of "FW: Inmate Maxwell, M. ADC # 188152" (AGA_Review_00093794 – AGA_Review_00093794).

3-653  E-mail sent by Richard Pratt, at 3:08:59 PM on 1/7/2013, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: Leonard Bean # 159352 Needs Hep C Treatment" (AGA_Review_00093807 – AGA_Review_00093808).

3-654  E-mail sent by Richard Pratt, at 1:44:29 PM on 1/11/2013, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: Jeffrey Albert # 271351 (Repeat Contact): Medical" (AGA_Review_00094325 – AGA_Review_00094326).

3-655  E-mail sent by Joe Profiri, at 2:58:50 PM on 1/11/2013, to Carlos Manriquez; Roxanne Reger; and, Darrin Weaver, with a subject line of "RE: Moreno #149645 - GA Case # C02-045-012" (AGA_Review_00094363 – AGA_Review_00094365).

3-656  E-mail sent by Richard Pratt, at 10:53:19 AM on 1/16/2013, to Jen Fontaine, with a subject line of "FW: Letter I/M Murray #065477" (AGA_Review_00095178 – AGA_Review_00095180).

3-657  E-mail sent by Richard Pratt, at 12:42:35 PM on 1/16/2013, to Arizona Prisonwatch <arizonaprisonwatch@gmail.com>, with a subject line of "RE: Alfred Sheppard 147672" (AGA_Review_00095230 – AGA_Review_00095232).

3-658  E-mail sent by Charles Ryan, at 4:19:04 PM on 1/21/2013, to Arthur Gross; and, Richard Pratt, with a subject line of "FW: Alfred J Sheppard 147672" (AGA_Review_00095903 – AGA_Review_00095907).

3-659  E-mail sent by Richard Pratt, at 12:15:58 PM on 1/22/2013, to Jen Fontaine, with a subject line of "RE: Jeffrey Albert # 271351 (Repeat Contact): Medical" (AGA_Review_00096002 – AGA_Review_00096005).

3-660  E-mail sent by Charles Ryan, at 8:09:26 PM on 1/23/2013, to Arthur Gross; and, Richard Pratt, with a subject line of "FW: Urgent Medical Care Needed" (AGA_Review_00096409 – AGA_Review_00096410).

3-661    E-mail sent by Richard Pratt, at 4:58:09 PM on 1/24/2013, to Maria Cosme, with a subject line of "FW: Urgent Medical Care Needed / McCabe 049597" (AGA_Review_00096819 – AGA_Review_00096821).

3-662    E-mail sent by Richard Pratt, at 8:48:19 AM on 1/28/2013, to Marlena Bedoya, with a subject line of "FW: Alfred Sheppard # 147672: Medical (Override)" (AGA_Review_00097271 – AGA_Review_00097272).

3-663    E-mail sent by Richard Pratt, at 9:05:37 AM on 1/28/2013, to David Robertson, with a subject line of "FW: Mark Soucy #250271 Medical: Action Required Soon" (AGA_Review_00097279 – AGA_Review_00097280).

3-664    E-mail sent by Richard Pratt, at 2:21:43 PM on 1/30/2013, to Lea Miernik, with a subject line of "RE: Inmate Hutchinson, C. ADC # 182688 - Tucson Health" (AGA_Review_00097752 – AGA_Review_00097752).

3-665    E-mail sent by Richard Pratt, at 4:48:00 PM on 1/30/2013, to Jen Fontaine, with a subject line of "RE: EMERGENCY!!! AT FLORENCE - MEADOWS UNIT" (AGA_Review_00097817 – AGA_Review_00097821).

3-666    E-mail sent by Richard Pratt, at 11:28:43 AM on 1/31/2013, to Linda Maschner; and, Karen Mullenix, with a subject line of "RE: BLACKBURN 186873" (AGA_Review_00097873 – AGA_Review_00097874).

3-667    E-mail sent by Richard Pratt, at 3:22:00 PM on 2/8/2013, to Arthur Gross, with a subject line of "FW: Fwd: RE: Inmate Coady #178737" (AGA_Review_00100190 – AGA_Review_00100192).

3-668    E-mail sent by Richard Pratt, at 6:15:10 PM on 2/8/2013, to Terry Allred, with a subject line of "WILLIAMS 176474" (AGA_Review_00100212 – AGA_Review_00100212).

3-669    E-mail sent by Richard Pratt, at 9:43:22 AM on 2/11/2013, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: Blackburn #186873 EMERGENCY" (AGA_Review_00100281 – AGA_Review_00100282).

3-670      E-mail sent by Richard Pratt, at 12:56:31 PM on 2/11/2013, to David Robertson, with a subject line of "FW: HUTCHINSON 182688" (AGA_Review_00100324 – AGA_Review_00100326).

3-671      E-mail sent by Charles Ryan, at 3:44:08 PM on 2/12/2013, to CLAUDIA BAKER (claudiambaker@msn.com) <claudiambaker@msn.com>; Jeff Hood; Lea Miernik; and, Robert Patton, with a subject line of "RE: DRAFT Harran Response" (AGA_Review_00100900 – AGA_Review_00100906).

3-672      E-mail sent by Richard Pratt, at 6:33:34 PM on 2/13/2013, to Maria Cosme, with a subject line of "FW: Robert Moffett" (AGA_Review_00101025 – AGA_Review_00101026).

3-673      E-mail sent by Charles Ryan, at 1:40:27 PM on 2/14/2013, to Arthur Gross; and, Richard Pratt, with a subject line of "FW: Donald Warren #073896" (AGA_Review_00101083 – AGA_Review_00101084).

3-674      E-mail sent by Richard Pratt, at 5:38:41 PM on 2/19/2013, to Trudy Dumkrieger, with a subject line of "FW: Kevin L.Moen#72978: Medical Problems Still Not Resolved" (AGA_Review_00101417 – AGA_Review_00101418).

3-675      E-mail sent by David Robertson, at 12:30:03 PM on 2/20/2013, to Richard Pratt, with a subject line of "FW: ARCE 151480 Eyman inmate in hospital again - MULTIPLE self-harm gestures" (AGA_Review_00001830 – AGA_Review_00001831).

3-676      E-mail sent by Richard Pratt, at 5:16:24 PM on 2/20/2013, to Maria Guerra-Gonzales, with a subject line of "RE: Re: Inmate Angel Arredondo-Felix, #211063" (AGA_Review_00101611 – AGA_Review_00101611).

3-677      E-mail sent by Richard Pratt, at 6:08:16 PM on 2/20/2013, to Jen Fontaine, with a subject line of "FW: Jeffrey Albert # 271351 Medical (Repeated Request)" (AGA_Review_00002537 – AGA_Review_00002538).

3-678      E-mail sent by Richard Pratt, at 2:16:56 PM on 2/21/2013, to Karen Mullenix, with a subject line of "FW: I/M Keller, ADC # 247949/Lewis Barchey" (AGA_Review_00102442 – AGA_Review_00102443).

3-679      E-mail sent by Richard Pratt, at 8:32:45 AM on 2/22/2013, to Lea Miernik, with a subject line of "RE: I/M Keller, ADC # 247949/Lewis Barchey" (AGA_Review_00102472 – AGA_Review_00102472).

3-680      E-mail sent by Richard Pratt, at 9:38:20 AM on 2/22/2013, to Jen Fontaine, with a subject line of "RE: Jeff Johnson # 89786 Medical" (AGA_Review_00102516 – AGA_Review_00102520).

3-681      E-mail sent by Richard Pratt, at 9:40:20 AM on 2/22/2013, to Therese Schroeder, with a subject line of "FW: High Priority RE: Donald Warren #073896" (AGA_Review_00102523 – AGA_Review_00102526).

3-682      E-mail sent by Richard Pratt, at 3:09:11 PM on 2/25/2013, to Rachelle Kinton, with a subject line of "FW: Approval for Dyous's Shoes" (AGA_Review_00102778 – AGA_Review_00102779).

3-683      E-mail sent by Richard Pratt, at 6:06:21 PM on 2/26/2013, to Kathleen Campbell, with a subject line of "RE: Ronald Gene Ferguson #170640" (AGA_Review_00103007 – AGA_Review_00103008).

3-684      E-mail sent by Richard Pratt, at 11:37:46 AM on 3/1/2013, to LYNN NAU <lnau@msn.com>, with a subject line of "RE: Ronald Gene Ferguson #170640" (AGA_Review_00103224 – AGA_Review_00103224).

3-685      E-mail sent by Richard Pratt, at 11:58:32 AM on 3/1/2013, to Jen Fontaine, with a subject line of "RE: Follow Up: Rod Fielding #231215 Medical Issues" (AGA_Review_00103225 – AGA_Review_00103228).

3-686      E-mail sent by Richard Pratt, at 5:35:55 PM on 3/1/2013, to Matthew Musson, with a subject line of "LAFLER 169319" (AGA_Review_00103238 – AGA_Review_00103238).

3-687      E-mail sent by Richard Pratt, at 7:34:30 PM on 3/1/2013, to 'DONNA LEONE HAMM' <middlegroundprisonreform@msn.com>, with a subject line of "RE: Jason Chumbler Needs Pain Medication "Before Monday",AGA_Review_00005877"" (AGA_Review_00005879 – ).

3-688      E-mail sent by Richard Pratt, at 4:58:37 PM on 3/4/2013, to Sherrie Nance <classylady23@gmail.com>, with a subject line of "RE: Derek Nance #187415" (AGA_Review_00006303 – AGA_Review_00006303).

3-689     E-mail sent by Richard Pratt, at 4:10:05 PM on 3/5/2013, to Sharon Malcolm, with a subject line of "FW: Ethan Ducharme # 255294 Medical" (AGA_Review_00006389 – AGA_Review_00006390).

3-690     E-mail sent by Richard Pratt, at 4:44:31 PM on 3/5/2013, to Trudy Dumkrieger, with a subject line of "RE: Larry Mallory # 075783 Medical" (AGA_Review_00006395 – AGA_Review_00006397).

3-691     E-mail sent by Richard Pratt, at 10:31:38 AM on 3/6/2013, to Trudy Dumkrieger, with a subject line of "RE: Larry Mallory # 075783 Medical" (AGA_Review_00006458 – AGA_Review_00006460).

3-692     E-mail sent by Richard Pratt, at 4:27:40 PM on 3/6/2013, to Vickie Bybee, with a subject line of "FW: Follow-up Jason Chumbler # 213303 Medical" (AGA_Review_00006523 – AGA_Review_00006525).

3-693     E-mail sent by Richard Pratt, at 6:28:27 PM on 3/11/2013, to Matthew Musson, with a subject line of "FW: Inmate #222242-Stretch Vessel (Medicines)" (AGA_Review_00007205 – AGA_Review_00007206).

3-694     E-mail sent by Richard Pratt, at 3:15:08 PM on 3/12/2013, to Ron Credio, with a subject line of "FW: David Arner # 139866" (AGA_Review_00007246 – AGA_Review_00007248).

3-695     E-mail sent by Richard Pratt, at 7:21:09 PM on 3/12/2013, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "FW: David Arner # 139866" (AGA_Review_00007696 – AGA_Review_00007700).

3-696     E-mail sent by Richard Pratt, at 8:59:48 AM on 3/13/2013, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: William Maher # 262756 Medical (Risk Score)" (AGA_Review_00007710 – AGA_Review_00007711).

3-697     E-mail sent by Richard Pratt, at 12:32:16 PM on 3/14/2013, to Will Barnow, with a subject line of "RE: Constituent Jamie O'Connor on behalf of Edward McCurdy I/M 113905" (AGA_Review_00007853 – AGA_Review_00007854).

3-698      E-mail sent by Richard Pratt, at 1:10:35 PM on 3/20/2013, to Maria Cosme, with a subject line of "RE: Richard O. Van Syckel #127279 (Meadows)" (AGA_Review_00008247 – AGA_Review_00008249).

3-699      E-mail sent by Richard Pratt, at 4:51:41 PM on 3/21/2013, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: Chris Everidge # 196359 Medical/Diabetic" (AGA_Review_00008793 – AGA_Review_00008794).

3-700      E-mail sent by David Robertson, at 7:46:32 PM on 3/21/2013, to Richard Pratt, with a subject line of "RE: Larry Mallory # 075783 Medical" (AGA_Review_00008808 – AGA_Review_00008810).

3-701      E-mail sent by David Robertson, at 1:37:56 PM on 3/22/2013, to Richard Pratt, with a subject line of "FW: Musselman 143882" (AGA_Review_00008879 – AGA_Review_00008882).

3-702      E-mail sent by David Robertson, at 2:20:34 PM on 3/22/2013, to Richard Pratt, with a subject line of "FW: Larry Mallory # 075783 Medical" (AGA_Review_00008892 – AGA_Review_00008895).

3-703      E-mail sent by Richard Pratt, at 1:43:31 PM on 4/1/2013, to Alma <almalara@ymail.com>, with a subject line of "RE: Inmate 138145" (AGA_Review_00009543 – AGA_Review_00009544).

3-704      E-mail sent by Richard Pratt, at 3:27:47 PM on 4/4/2013, to Vanessa Headstream, with a subject line of "RE: I/M Merry 93738" (AGA_Review_00010404 – AGA_Review_00010406).

3-705      E-mail sent by Richard Pratt, at 10:16:01 AM on 4/5/2013, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: David Arner # 139866 Thyroid Eval/Meds Needed" (AGA_Review_00010468 – AGA_Review_00010468).

3-706      E-mail sent by Richard Pratt, at 7:14:33 PM on 4/10/2013, to Terry Allred, with a subject line of "FW: I/M Smith 188977" (AGA_Review_00011781 – AGA_Review_00011781).

3-707      E-mail sent by Richard Pratt, at 10:31:02 AM on 4/12/2013, to Jen Fontaine, with a subject line of "FW: Jason Chumbler #213303" (AGA_Review_00012103 – AGA_Review_00012104).

3-708       E-mail sent by Richard Pratt, at 1:02:43 PM on 4/16/2013, to Mark
            Haldane; Vanessa Headstream; and, Kristan Sears, with a subject line of
            "RE: Medical for Stephanie Henderson-Cliché, ADC# 196925"
            (AGA_Review_00012811 – AGA_Review_00012814).

3-709       E-mail sent by David Robertson, at 1:22:52 PM on 4/16/2013, to Vickie
            Bybee; and, Winfred Williams, with a subject line of "FW: Medical
            Concerns regarding Inmate Thompson, #134533"
            (AGA_Review_00012847 – AGA_Review_00012850).

3-710       E-mail sent by David Robertson, at 1:30:36 PM on 4/16/2013, to Kathleen
            Campbell; Arthur Gross; and, Richard Pratt, with a subject line of "FW:
            Justice 156637" (AGA_Review_00012857 – AGA_Review_00012858).

3-711       E-mail sent by Richard Pratt, at 7:06:43 PM on 4/16/2013, to Terry Allred,
            with a subject line of "RE: Musselman" (AGA_Review_00012965 –
            AGA_Review_00012965).

3-712       E-mail sent by Richard Pratt, at 7:57:33 PM on 4/16/2013, to Jen Fontaine,
            with a subject line of "FW: Jason Chumbler #213303"
            (AGA_Review_00012977 – AGA_Review_00012980).

3-713       E-mail sent by David Robertson, at 11:08:39 AM on 4/17/2013, to Daniela
            Munoz; and, Winfred Williams, with a subject line of "FW: Stewart ADC
            184733" (AGA_Review_00013029 – AGA_Review_00013030).

3-714       E-mail sent by Richard Pratt, at 2:30:53 PM on 4/17/2013, to Sharon
            Malcolm, with a subject line of "RE: Frankeny Robert 94785 Please read"
            (AGA_Review_00013104 – AGA_Review_00013106).

3-715       E-mail sent by David Robertson, at 12:42:20 PM on 4/18/2013, to Trudy
            Dumkrieger, with a subject line of "RE: Medical Concerns regarding
            Inmate Thompson, #134533" (AGA_Review_00013268 –
            AGA_Review_00013272).

3-716       E-mail sent by Richard Pratt, at 3:49:36 PM on 4/18/2013, to DONNA
            LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject
            line of "RE: Inmate Falon Gonzales #234911" (AGA_Review_00013292 –
            AGA_Review_00013293).

3-717        E-mail sent by Richard Pratt, at 6:39:53 PM on 4/18/2013, to Jeff Hood,
             with a subject line of "RE: Frankeny, Robert 94785"
             (AGA_Review_00013304 – AGA_Review_00013306).

3-718        E-mail sent by David Robertson, at 9:10:55 AM on 4/20/2013, to Richard
             Pratt; and, Winfred Williams, with a subject line of "RE: Vessell 222242"
             (AGA_Review_00013349 – AGA_Review_00013350).

3-719        E-mail sent by Richard Pratt, at 3:12:23 PM on 4/21/2013, to LYNN
             GRANDY <grandacre@msn.com>, with a subject line of "Re: ADC
             #222242 - Stretch Vessel" (AGA_Review_00013359 –
             AGA_Review_00013359).

3-720        E-mail sent by Richard Pratt, at 5:51:53 PM on 4/22/2013, to Richard
             Bock; and, Carson McWilliams, with a subject line of "RE: Vessel, Stretch
             222242" (AGA_Review_00013451 – AGA_Review_00013452).

3-721        E-mail sent by David Robertson, at 10:54:01 AM on 4/23/2013, to Mark
             Haldane; and, Richard Pratt, with a subject line of "RE: Woodyard
             ADC#93138" (AGA_Review_00013512 – AGA_Review_00013514).

3-722        E-mail sent by Richard Pratt, at 1:40:56 PM on 4/23/2013, to Winfred
             Williams, with a subject line of "RE: Medical Concerns"
             (AGA_Review_00013564 – AGA_Review_00013566).

3-723        E-mail sent by Richard Pratt, at 3:19:53 PM on 4/23/2013, to Lea Miernik,
             with a subject line of "FW: transfer to C18 Whitney #039131"
             (AGA_Review_00013583 – AGA_Review_00013585).

3-724        E-mail sent by Richard Pratt, at 6:07:55 PM on 4/23/2013, to Kathleen
             Campbell, with a subject line of "FW: Frankeny, Robert. Acute Renal
             Failure 94785" (AGA_Review_00013611 – AGA_Review_00013615).

3-725        E-mail sent by Richard Pratt, at 9:09:26 AM on 4/24/2013, to Jen Fontaine,
             with a subject line of "FW: Jason Chumbler #213303"
             (AGA_Review_00013641 – AGA_Review_00013645).

3-726        E-mail sent by Richard Pratt, at 11:28:49 AM on 4/24/2013, to Maria
             Cosme, with a subject line of "FW: transfer to C18 Whitney #039131"
             (AGA_Review_00013678 – AGA_Review_00013681).

3-727     E-mail sent by David Robertson, at 11:50:57 AM on 4/24/2013, to Mark Haldane; and, Richard Pratt, with a subject line of "FW: Woodyard ADC#93138" (AGA_Review_00013683 – AGA_Review_00013685).

3-728     E-mail sent by Richard Pratt, at 1:25:16 PM on 4/24/2013, to Sharon Malcolm, with a subject line of "FW: High Priority Whitney #039131" (AGA_Review_00013892 – AGA_Review_00013896).

3-729     E-mail sent by David Robertson, at 5:21:46 PM on 4/24/2013, to Carl Bynum; and, Winfred Williams, with a subject line of "RE: Woodyard ADC#93138" (AGA_Review_00013944 – AGA_Review_00013946).

3-730     E-mail sent by Richard Pratt, at 9:24:07 AM on 4/25/2013, to Maria Cosme, with a subject line of "FW: IM Jose Rivera #271952_Eyman, Rynning" (AGA_Review_00014010 – AGA_Review_00014010).

3-731     E-mail sent by Richard Pratt, at 5:03:41 PM on 4/25/2013, to Sharon Malcolm, with a subject line of "FW: Brandon Emerson Jackson #262340 - Lewis/Stiner Unit" (AGA_Review_00014047 – AGA_Review_00014048).

3-732     E-mail sent by Richard Pratt, at 5:33:42 PM on 4/25/2013, to Jen Fontaine, with a subject line of "RE: Arner 139866" (AGA_Review_00014054 – AGA_Review_00014056).

3-733     E-mail sent by Richard Pratt, at 7:36:13 PM on 4/26/2013, to Marge Peck <Marge@ThePeckTeam.com>, with a subject line of "Re: I/M Musselman #143882- retaliatory tactics involving glucose tablets." (AGA_Review_00014170 – AGA_Review_00014171).

3-734     E-mail sent by Charles Ryan, at 8:09:25 PM on 4/26/2013, to Richard Pratt, with a subject line of "Re: I/M Musselman #143882- retaliatory tactics involving glucose tablets." (AGA_Review_00014176 – AGA_Review_00014177).

3-735     E-mail sent by Richard Pratt, at 9:11:23 AM on 4/29/2013, to Terry Allred, with a subject line of "FW: I/M Jackson, B. ADC # 262340 Housed at Lewis/Stiner" (AGA_Review_00014193).

3-736     E-mail sent by David Robertson, at 10:37:12 AM on 4/29/2013, to Terry Allred; and, Richard Pratt, with a subject line of "RE: glucose is available" (AGA_Review_00014210 – AGA_Review_00014211).

3-737     E-mail sent by Richard Pratt, at 4:10:31 PM on 4/29/2013, to Sharon
          Bohm, with a subject line of "FW: I/M South 133312"
          (AGA_Review_00014292 – AGA_Review_00014293).

3-738     E-mail sent by Richard Pratt, at 4:37:30 PM on 4/29/2013, to Marge Peck
          <Marge@ThePeckTeam.com>, with a subject line of "RE: I/M Musselman
          #143882- retaliatory tactics involving glucose tablets."
          (AGA_Review_00014298 – AGA_Review_00014299).

3-739     E-mail sent by Richard Pratt, at 9:47:47 AM on 4/30/2013, to Maria
          Cosme, with a subject line of "FW: Regarding Inmate #260481"
          (AGA_Review_00014322 – AGA_Review_00014323).

3-740     E-mail sent by Richard Pratt, at 4:36:22 PM on 4/30/2013, to Terry Allred,
          with a subject line of "RE: JACKSON, B. #262340"
          (AGA_Review_00014368).

3-741     E-mail sent by Richard Pratt, at 3:03:26 PM on 5/1/2013, to Sharon
          Malcolm, with a subject line of "FW: Gerald Whitney 039131 Tucson"
          (AGA_Review_00014476 – AGA_Review_00014478).

3-742     E-mail sent by David Robertson, at 4:02:55 PM on 5/1/2013, to Kathleen
          Campbell; and, Trudy Dumkrieger, with a subject line of "RE: inmate
          Warren's #73896 medical issues" (AGA_Review_00014484 –
          AGA_Review_00014486).

3-743     E-mail sent by Richard Pratt, at 10:31:09 AM on 5/2/2013, to Sue Ried
          <sried0303@msn.com>, with a subject line of "RE: Jason Chumbler
          #213303" (AGA_Review_00014551 – AGA_Review_00014557).

3-744     E-mail sent by Richard Pratt, at 5:40:47 PM on 5/2/2013, to DONNA
          LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject
          line of "RE: Casandra Schoeff ADC#247811" (AGA_Review_00014633 –
          AGA_Review_00014634).

3-745     E-mail sent by Richard Pratt, at 7:23:59 PM on 5/2/2013, to Cassie Rogers
          <cassiejr@gmail.com>, with a subject line of "RE: INGNORED
          REQUESTS OF VERY SERIOUS HEALTH ISSUES OF ELDERLY
          INMATE, GLORIA ROGERS #216771" (AGA_Review_00014642 –
          AGA_Review_00014643).

3-746        E-mail sent by Richard Pratt, at 9:09:53 AM on 5/3/2013, to Matthew
             Musson, with a subject line of "FW: Woodyard ADC#93138"
             (AGA_Review_00014665 – AGA_Review_00014667).

3-747        E-mail sent by David Robertson, at 3:58:52 PM on 5/3/2013, to Carl
             Bynum; and, Winfred Williams, with a subject line of "RE: Woodyard"
             (AGA_Review_00015579 – AGA_Review_00015580).

3-748        E-mail sent by Richard Pratt, at 5:32:46 PM on 5/3/2013, to Jennifer
             Thornton <indepth260@gmail.com>, with a subject line of "RE: Frankeny,
             Robert 94785 PLEASE SOMETHING TODAY"
             (AGA_Review_00015587 – AGA_Review_00015588).

3-749        E-mail sent by Richard Pratt, at 7:31:10 PM on 5/3/2013, to Cassie Rogers
             <cassiejr@gmail.com>, with a subject line of "RE: INGNORED
             REQUESTS OF VERY SERIOUS HEALTH ISSUES OF ELDERLY
             INMATE, GLORIA ROGERS #216771" (AGA_Review_00015606 –
             AGA_Review_00015608).

3-750        E-mail sent by Richard Pratt, at 10:45:53 AM on 5/6/2013, to Dwayne
             Northrop, with a subject line of "FW: [FWD: Re: I/M Musselman #143882-
             retaliatory tactics involving glucose tablets.]" (AGA_Review_00015692 –
             AGA_Review_00015694).

3-751        E-mail sent by Charles Ryan, at 8:16:16 AM on 5/7/2013, to Arthur Gross;
             and, Richard Pratt, with a subject line of "FW: INGNORED REQUESTS
             OF VERY SERIOUS HEALTH ISSUES OF ELDERLY INMATE,
             GLORIA ROGERS #216771" (AGA_Review_00015760 –
             AGA_Review_00015763).

3-752        E-mail sent by Richard Pratt, at 5:32:15 PM on 5/7/2013, to Julia Erwin,
             with a subject line of "FW: G201320267  New NOC from inmate Laura
             Medley#161655" (AGA_Review_00015868 – AGA_Review_00015870).

3-753        E-mail sent by Richard Pratt, at 1:43:24 PM on 5/14/2013, to Kathleen
             Campbell, with a subject line of "RE: Nursing protocols"
             (AGA_Review_00016756 – AGA_Review_00016758).

3-754        E-mail sent by Richard Pratt, at 5:06:57 PM on 5/20/2013, to
             sannah45@gmail.com <sannah45@gmail.com>, with a subject line of

"Merrick 99252 Agency Action 86640" (AGA_Review_00017160 – AGA_Review_00017161).

3-755    E-mail sent by Richard Pratt, at 6:26:59 PM on 5/21/2013, to tammy cervantes <tkcncgaz@yahoo.com>, with a subject line of "RE: my daughter is in perryville and pregnant ,with heath issues" (AGA_Review_00017226 – AGA_Review_00017227).

3-756    E-mail sent by David Robertson, at 8:52:54 AM on 5/22/2013, to Carl Bynum; Winfred Williams; and, Feli Lawrance, with a subject line of "RE: Richard Graves # 080107- Oncology fu auth# 00232871" (AGA_Review_00017228 – AGA_Review_00017231).

3-757    E-mail sent by Richard Pratt, at 9:18:49 AM on 5/24/2013, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: Scott O'Neal # 088147 Medical" (AGA_Review_00017476).

3-758    E-mail sent by Richard Pratt, at 10:43:06 AM on 5/24/2013, to CHARLENE A WILLIAMS <jfpjw@msn.com>, with a subject line of "RE: attention Dr. B. Williams, Dr. Rowe, Mr. Pratt / WATSON 122363" (AGA_Review_00017484 – AGA_Review_00017485).

3-759    E-mail sent by Charles Ryan, at 4:41:58 PM on 5/26/2013, to 'tammy cervantes' <tkcncgaz@yahoo.com>, with a subject line of "RE: Inmate Garcia #280200 my daughter is in perryville and pregnant ,with heath issues" (AGA_Review_00017555 – AGA_Review_00017556).

3-760    E-mail sent by David Robertson, at 11:34:16 AM on 6/6/2013, to Winfred Williams; Vickie Bybee; and, Carl Bynum, with a subject line of "Harris 279549 Lewis/Steiner" (AGA_Review_00018506).

3-761    E-mail sent by Charles Ryan, at 8:09:31 AM on 6/12/2013, to Vickie Bybee, with a subject line of "FW: Mr. JD Merrick #99252 - URGENT!!!" (AGA_Review_00019307 – AGA_Review_00019310).

3-762    E-mail sent by Richard Pratt, at 12:05:08 PM on 6/13/2013, to Arthur Gross, with a subject line of "FW: Follow-up on our phone call today involving sentencing of Daniel Doss" (AGA_Review_00019510 – AGA_Review_00019511).

3-763       E-mail sent by Richard Pratt, at 3:47:59 PM on 6/17/2013, to Matthew
            Harvey; and, Dave Mueller, with a subject line of "RE: Diet Issue"
            (AGA_Review_00020533 – AGA_Review_00020536).

3-764       E-mail sent by Richard Pratt, at 3:27:35 PM on 6/18/2013, to Maria Cosme,
            with a subject line of "FW: HOFFMAN, Christopher ADC #162232
            Safford, Tonto Unit" (AGA_Review_00020734 –
            AGA_Review_00020735).

3-765       E-mail sent by Richard Pratt, at 11:48:17 AM on 6/21/2013, to Maria
            Figueroa, with a subject line of "RE: Re: IM Richard Cross 196691
            Eyman/Cook" (AGA_Review_00020955 – AGA_Review_00020956).

3-766       E-mail sent by Richard Pratt, at 3:12:31 PM on 6/24/2013, to Maria Cosme,
            with a subject line of "FW: Sandy Schrink" (AGA_Review_00021090

3-767       E-mail sent by Richard Pratt, at 10:39:02 AM on 7/2/2013, to Maria
            Cosme, with a subject line of "FW: IM Adam Thran/257951"
            (AGA_Review_00021808 – AGA_Review_00021809).

3-768       E-mail sent by Richard Pratt, at 11:03:46 AM on 7/2/2013, to Patricia
            Thran <narhtp@hotmail.com>, with a subject line of "RE: IM Adam
            Thran/257951" (AGA_Review_00021831 – AGA_Review_00021832).

3-769       E-mail sent by Richard Pratt, at 12:12:07 PM on 7/3/2013, to Maria Cosme,
            with a subject line of "FW: Vogt 029337 CLR/Corizon Project"
            (AGA_Review_00022018).

3-770       E-mail sent by Richard Pratt, at 6:03:22 PM on 7/3/2013, to Maria Cosme,
            with a subject line of "FW: Christopher Hoffman ADC #162232 Safford -
            Tonto" (AGA_Review_00022088 – AGA_Review_00022089).

3-771       E-mail sent by Richard Pratt, at 6:53:05 AM on 7/4/2013, to Vicki Bybee;
            and, James Taylor, with a subject line of "RE: Adam Thran #257951"
            (AGA_Review_00022113 – AGA_Review_00022114).

3-772       E-mail sent by Richard Pratt, at 11:59:56 AM on 7/8/2013, to Mark
            Haldane, with a subject line of "RE: SOLIS 250406"
            (AGA_Review_00022216).

3-773        E-mail sent by Richard Pratt, at 2:37:20 PM on 7/9/2013, to Mark Haldane, with a subject line of "FW: Guerrero 275704 Confidential & Privileged" (AGA_Review_00022397 – AGA_Review_00022398).

3-774        E-mail sent by Richard Pratt, at 5:41:30 PM on 7/9/2013, to John Kinton, with a subject line of "RE: Formal Complaint Corizon Healthcare" (AGA_Review_00022453 – AGA_Review_00022455).

3-775        E-mail sent by David Robertson, at 2:08:24 PM on 7/12/2013, to Arthur Gross; and, Richard Pratt, with a subject line of "FW: Clarke ADC 227669 Meadows Unit GA A44-052-013 Meadows Unit" (AGA_Review_00022757 – AGA_Review_00022757).

3-776        E-mail sent by Richard Pratt, at 1:27:25 PM on 7/15/2013, to Marlena Bedoya, with a subject line of "FW: Assistance with Medical-Inmate 276870" (AGA_Review_00022863 – AGA_Review_00022864).

3-777        E-mail sent by Richard Pratt, at 3:33:20 PM on 7/15/2013, to Sarah Holbrook, with a subject line of "RE: Caveness #186514" (AGA_Review_00022914 – AGA_Review_00022915).

3-778        E-mail sent by Richard Pratt, at 6:24:40 PM on 7/17/2013, to Maria Cosme, with a subject line of "Ellis, David ADC 84528" (AGA_Review_00023121 – AGA_Review_00023121).

3-779        E-mail sent by David Robertson, at 12:49:40 PM on 10/1/2013, to Richard Rowe, with a subject line of "FW: Alert List" (AGA_Review_00115819 – AGA_Review_00115821).

3-780        E-mail sent by Richard Pratt, at 10:12:49 PM on 10/5/2013, to Charles Ryan, with a subject line of "FW: Inmate: Andrew Y. Ruiz 171900 - Urgent Needs Rx renewed for pain meds" (AGA_Review_00106934 – AGA_Review_00106939).

3-781        E-mail sent by David Robertson, at 2:46:46 PM on 10/8/2013, to Javier Carrizales; Dominique Ogas; Matthew Harvey; and, Richard Pratt, with a subject line of "RE: Vocke ADC 211077" (AGA_Review_00113892 – AGA_Review_00113894).

3-782 E-mail sent by David Robertson, at 4:00:06 PM on 10/10/2013, to Winfred Williams, with a subject line of "FW: Carey 232849" (AGA_Review_00111471 – AGA_Review_00111472).

3-783 E-mail sent by David Robertson, at 5:25:36 PM on 10/17/2013, to Kathleen Campbell, with a subject line of "Re: Scanned from a Xerox Multifunction Device- Inmate Nieman #246091" (AGA_Review_00104518 – AGA_Review_00104519).

3-784 E-mail sent by Richard Pratt, at 2:51:13 PM on 10/21/2013, to Di Lauria <dilauria@msn.com>, with a subject line of "RE: Inmate: Andrew Y. Ruiz 171900 - Urgent Needs Rx renewed for pain meds" (AGA_Review_00107577 – AGA_Review_00107582).

3-785 E-mail sent by Richard Pratt, at 12:41:00 PM on 10/24/2013, to Yvonne Maese, with a subject line of "RE: Anthony Sepulveda 222800 Medications" (AGA_Review_00114828 – AGA_Review_00114829).

3-786 E-mail sent by Richard Pratt, at 4:06:48 PM on 10/24/2013, to Arizona Prisonwatch <arizonaprisonwatch@gmail.com>, with a subject line of "RE: Anthony Sepulveda 222800 Medications" (AGA_Review_00104347 – AGA_Review_00104348).

3-787 E-mail sent by Richard Pratt, at 6:14:34 PM on 10/24/2013, to Terry Allred, with a subject line of "FW: I/M Wilkinson 166258 Lewis/Bachman" (AGA_Review_00107450 – AGA_Review_00107454).

3-788 E-mail sent by David Robertson, at 1:45:14 PM on 10/29/2013, to 'buhk02@yahoo.com' <buhk02@yahoo.com>, with a subject line of "FW: Warren, Donald # 73896 Winchester" (AGA_Review_00106276 – AGA_Review_00106278).

3-789 E-mail sent by David Robertson, at 1:46:04 PM on 10/29/2013, to 'buhk02@yahoo.com' <buhk02@yahoo.com>, with a subject line of "FW: Warren, Donald # 73896 Winchester" (AGA_Review_00113565 – AGA_Review_00113566).

3-790 E-mail sent by David Robertson, at 3:00:21 PM on 10/29/2013, to 'buhk02@yahoo.com' <buhk02@yahoo.com>, with a subject line of "FW: IM Sidhu # 278273" (AGA_Review_00105359 – AGA_Review_00105360).

3-791      E-mail sent by David Robertson, at 4:41:36 PM on 10/30/2013, to Kelly
           Everett; and, Winfred Williams, with a subject line of "Re: Perez ADC
           169003 Eyman/SMU" (AGA_Review_00104893 –
           AGA_Review_00104894).

3-792      E-mail sent by David Robertson, at 5:28:49 PM on 10/30/2013, to Sharon
           Malcolm, with a subject line of "Fwd: Perez ADC 169003 Eyman/SMU"
           (AGA_Review_00103725 – AGA_Review_00103726).

3-793      E-mail sent by David Robertson, at 10:44:52 AM on 11/1/2013, to Laura
           Sims, with a subject line of "Re: Inmate Hospitalized"
           (AGA_Review_00107834 – AGA_Review_00107835).

3-794      E-mail sent by David Robertson, at 10:45:52 AM on 11/1/2013, to Winfred
           Williams, with a subject line of "Fwd: Alert List."
           (AGA_Review_00107602 – AGA_Review_00107606).

3-795      E-mail sent by David Robertson, at 4:41:50 PM on 11/2/2013, to Kathleen
           Campbell, with a subject line of "Re: Send data from MFP07730189
           11/01/2013 13:42" (AGA_Review_00104692 – AGA_Review_00104695).

3-796      E-mail sent by David Robertson, at 10:57:25 AM on 11/4/2013, to Kelly
           Everett; Sharon Malcolm; and, Gretchen Williams, with a subject line of
           "RE: Perez-Morodo ADC 259092 ASPC Yuma" (AGA_Review_00112504
           – AGA_Review_00112504).

3-797      E-mail sent by David Robertson, at 11:39:50 AM on 11/4/2013, to
           Kimberly Dixon, with a subject line of "RE: Gronda ADC 83029 Grievance
           Appeal A38-039-013 HCV Tx" (AGA_Review_00104013 –
           AGA_Review_00104015).

3-798      E-mail sent by David Robertson, at 3:55:32 PM on 11/4/2013, to Winfred
           Williams, with a subject line of "RE: McMillan ADC 44558 Grievance
           Appeal L02-007-013" (AGA_Review_00103575 –
           AGA_Review_00103576).

3-799      E-mail sent by David Robertson, at 3:23:29 PM on 11/5/2013, to Winfred
           Williams, with a subject line of "RE: Duran ADC 182211 Grievance
           Appeal follow-up with HCV tx request" (AGA_Review_00105120 –
           AGA_Review_00105122).

3-800    E-mail sent by David Robertson, at 3:33:39 PM on 11/5/2013, to Marlena Bedoya, with a subject line of "RE: LEYVA #278268" (AGA_Review_00103898 – AGA_Review_00103899).

3-801    E-mail sent by Richard Pratt, at 11:54:59 AM on 11/8/2013, to Terry Allred, with a subject line of "RE: I/M Wilkinson 166258 Lewis/Bachman" (AGA_Review_00113810 – AGA_Review_00113814).

3-802    E-mail sent by David Robertson, at 3:46:14 PM on 11/8/2013, to Winfred Williams, with a subject line of "Fwd: Perez-Morodo ADC 259092" (AGA_Review_00114886 – AGA_Review_00114886).

3-803    E-mail sent by David Robertson, at 3:46:40 PM on 11/8/2013, to Sharon Malcolm, with a subject line of "Re: Perez-Morodo ADC 259092" (AGA_Review_00103449 – AGA_Review_00103450).

3-804    E-mail sent by Richard Pratt, at 4:26:03 PM on 11/8/2013, to LaShandra Miller, with a subject line of "RE: I/M Wilkinson 166258 Lewis/Bachman" (AGA_Review_00107799 – AGA_Review_00107803).

3-805    E-mail sent by David Robertson, at 8:33:46 PM on 11/13/2013, to Winfred Williams, with a subject line of "RE: Leyva-Castillo 278268" (AGA_Review_00114923 – AGA_Review_00114924).

3-806    E-mail sent by David Robertson, at 8:41:00 PM on 11/13/2013, to Marlena Bedoya, with a subject line of "RE: Leyva-Castillo 278268" (AGA_Review_00104829 – AGA_Review_00104830).

3-807    E-mail sent by David Robertson, at 8:35:18 AM on 11/15/2013, to Vickie Bybee; and, Winfred Williams, with a subject line of "FW: Perez-Morodo ADC 259092" (AGA_Review_00110037 – AGA_Review_00110038).

3-808    E-mail sent by David Robertson, at 8:48:57 AM on 11/15/2013, to Vickie Bybee; and, Winfred Williams, with a subject line of "FW: Duran ADC 182211 Grievance Appeal follow-up with HCV tx request" (AGA_Review_00114641 – AGA_Review_00114643).

3-809    E-mail sent by David Robertson, at 10:48:59 AM on 11/15/2013, to Kimberly Dixon, with a subject line of "RE: Gronda ADC 83029 Grievance Appeal A38-039-013 HCV Tx" (AGA_Review_00116477 – AGA_Review_00116481).

3-810      E-mail sent by David Robertson, at 11:09:15 AM on 11/18/2013, to 'buhk02@yahoo.com' <buhk02@yahoo.com>, with a subject line of "FW: Inmate Washington #231477" (AGA_Review_00112510 – AGA_Review_00112512).

3-811      E-mail sent by David Robertson, at 8:24:01 AM on 11/19/2013, to Patrick Arnold, with a subject line of "RE: re Nelson ADC 217110" (AGA_Review_00103963 – AGA_Review_00103964).

3-812      E-mail sent by David Robertson, at 1:56:07 PM on 11/19/2013, to Patrick Arnold; and, Sharon Malcolm, with a subject line of "RE: Inmate Gonzalez ADC 232387 Eyman Grievance Appeal Request further guidance" (AGA_Review_00104243 – AGA_Review_00104244).

3-813      E-mail sent by Joe Profiri, at 4:19:28 PM on 11/22/2013, to Juliet Respicio-Moriarty, with a subject line of "Fwd: Scabies Complaints" (AGA_Review_00115003 – AGA_Review_00115004).

3-814      E-mail sent by David Robertson, at 11:42:00 AM on 11/26/2013, to Vickie Bybee; Kelly Everett; Sharon Malcolm; Patrick Arnold; Richard Pratt; and, Winfred Williams, with a subject line of "RE: Popp ADC 250763" (AGA_Review_00104733 – AGA_Review_00104734).

3-815      E-mail sent by David Robertson, at 2:48:44 PM on 11/26/2013, to Sharon Malcolm, with a subject line of "Re: Gronda ADC 83029 Grievance Appeal A38-039-013 HCV Tx Eyman" (AGA_Review_00116397 – AGA_Review_00116401).

3-816      E-mail sent by David Robertson, at 2:54:16 PM on 11/26/2013, to Sharon Malcolm, with a subject line of "Re: Gargano ADC 243812" (AGA_Review_00103460 – AGA_Review_00103460).

3-817      E-mail sent by David Robertson, at 5:03:31 PM on 11/26/2013, to Aaron East; Kelley Everett; Sharon Malcolm; and, LaShandra Miller, with a subject line of "RE: Greene ADC 99629 Lewis/Sunrise Rheumatolgoy" (AGA_Review_00105623 – AGA_Review_00105624).

3-818      E-mail sent by David Robertson, at 9:55:48 AM on 11/27/2013, to Richard Pratt, with a subject line of "Re: Medical; 092455A NAME: FRIEDMAN, LEONARD G." (AGA_Review_00104621 – AGA_Review_00104623).

3-819       E-mail sent by Richard Pratt, at 10:47:26 AM on 11/29/2013, to Mark
            Haldane, with a subject line of "RE: Diabetes management: Lauren Ford
            (279516)" (AGA_Review_00115221 – AGA_Review_00115223).

3-820       E-mail sent by David Robertson, at 10:34:58 AM on 12/2/2013, to Sharon
            Malcolm, with a subject line of "Re: Brumm ADC 119863"
            (AGA_Review_00116156 – AGA_Review_00116156).

3-821       E-mail sent by David Robertson, at 10:36:19 AM on 12/2/2013, to Juliet
            Respicio-Moriarty, with a subject line of "Re: Grievance Appeal - Gonzales
            #232387 (Cook)" (AGA_Review_00104536 – AGA_Review_00104537).

3-822       E-mail sent by David Robertson, at 10:37:34 AM on 12/2/2013, to Juliet
            Respicio-Moriarty, with a subject line of "Re: Hello"
            (AGA_Review_00103568 – AGA_Review_00103569).

3-823       E-mail sent by David Robertson, at 2:02:23 PM on 12/3/2013, to Patrick
            Arnold; and, Winfred Williams, with a subject line of "FW: Reed 104310
            need ENT surgery approved" (AGA_Review_00108415 –
            AGA_Review_00108416).

3-824       E-mail sent by David Robertson, at 1:21:57 PM on 12/4/2013, to Sharon
            Malcolm, with a subject line of "Re: Inmate Grenier ADC 169418"
            (AGA_Review_00104496 – AGA_Review_00104497).

3-825       E-mail sent by David Robertson, at 12:54:46 PM on 12/6/2013, to Mark
            Jansen; Patrick Arnold; and, Winfred Williams, with a subject line of
            "Jensen 032465 Tucson Manzanita" (AGA_Review_00104146 –
            AGA_Review_00104146).

3-826       E-mail sent by David Robertson, at 4:22:56 PM on 12/6/2013, to Kelly
            Everett, with a subject line of "Re: Grenier - 169418"
            (AGA_Review_00104675 – AGA_Review_00104676).

3-827       E-mail sent by Richard Pratt, at 5:03:06 PM on 12/6/2013, to Cassie Rogers
            <cassiejr@gmail.com>, with a subject line of "RE: ADOC is KILLING my
            elderly mother, Gloria Rogers #216771:she cannot breathe and no action is
            being taken to help her" (AGA_Review_00105972 –
            AGA_Review_00105973).

3-828 E-mail sent by David Robertson, at 10:46:38 AM on 12/10/2013, to Winfred Williams; and, Patrick Arnold, with a subject line of "FW: Grievance Appeal - Gonzales #232387 (Cook) - Hepatitis C Treatment" (AGA_Review_00110014 – AGA_Review_00110015).

3-829 E-mail sent by David Robertson, at 4:14:18 PM on 12/10/2013, to Martin Winland, with a subject line of "RE: Expired HIV Meds" (AGA_Review_00107314 – AGA_Review_00107315).

3-830 E-mail sent by Richard Pratt, at 11:04:07 AM on 12/11/2013, to Madeline Carney; and, Carol Pearson, with a subject line of "RE: Inmate Merrick #99252" (AGA_Review_00114076 – AGA_Review_00114078).

3-831 E-mail sent by Richard Pratt, at 11:06:34 AM on 12/11/2013, to Dennis Prendergast <par52922@embarqmail.com>, with a subject line of "RE: Inmate Merrick #99252" (AGA_Review_00116177 – AGA_Review_00116178).

3-832 E-mail sent by David Robertson, at 6:37:54 PM on 12/13/2013, to Richard Pratt, with a subject line of "Re: Inmate Merrick #99252" (AGA_Review_00105942 – AGA_Review_00105943).

3-833 E-mail sent by Charles Ryan, at 12:57:41 PM on 12/17/2013, to Arizona Prisonwatch  (arizonaprisonwatch@gmail.com) <arizonaprisonwatch@gmail.com>; and, Stacey Crabtree, with a subject line of "RE: Diabetes management: Lauren Ford (279516)" (AGA_Review_00106862 – AGA_Review_00106867).

3-834 E-mail sent by David Robertson, at 5:26:01 PM on 12/24/2013, to Juliet Respicio-Moriarty, with a subject line of "Re: Scanned from a Xerox Multifunction Device- Fredericl #31074" (AGA_Review_00107242 – AGA_Review_00107243).

3-835 E-mail sent by David Robertson, at 12:16:41 PM on 12/31/2013, to Kathleen Campbell; and, Richard Pratt, with a subject line of "Fwd: CROOM #093343 Tucson" (AGA_Review_00104150 – AGA_Review_00104151).

3-836 E-mail sent by Richard Pratt, at 6:12:04 PM on 1/2/2014, to Donna James, with a subject line of "FW: IM Gary Foshee #271369_Yumna-Cibola" (AGA_Review_00106022 – AGA_Review_00106022).

3-837        E-mail sent by Charles Ryan, at 1:35:23 PM on 1/6/2014, to Arthur Gross; and, Richard Pratt, with a subject line of "FW: Care needed" (AGA_Review_00103822 – AGA_Review_00103822).

3-838        E-mail sent by Richard Pratt, at 8:23:57 AM on 1/7/2014, to Arthur Gross, with a subject line of "FW: Inmate Nishma Kanabar, ADC#279557" (AGA_Review_00111025 – AGA_Review_00111029).

3-839        E-mail sent by Richard Pratt, at 6:09:57 PM on 1/7/2014, to Madeline Carney, with a subject line of "FW: Inmate Merrick #99252" (AGA_Review_00115709 – AGA_Review_00115711).

3-840        E-mail sent by Richard Pratt, at 12:04:19 PM on 1/8/2014, to Marlena Bedoya, with a subject line of "RE: Attn: Maria - Re: Shawn Jensen 032465 - PROSTATE CANCER - IMMEDIATE TREATMENT NEEDED" (AGA_Review_00115129 – AGA_Review_00115130).

3-841        E-mail sent by Richard Pratt, at 5:25:58 PM on 1/15/2014, to Matthew Musson, with a subject line of "RE: Ted Cicci" (AGA_Review_00115843 – AGA_Review_00115845).

3-842        E-mail sent by Charles Ryan, at 8:48:49 PM on 1/15/2014, to Arthur Gross, with a subject line of "FW: health care/hospice? for Bill Sturgis 34395" (AGA_Review_00110818 – AGA_Review_00110820).

3-843        E-mail sent by Richard Pratt, at 12:54:42 PM on 1/22/2014, to Carrie Feehan; Anthony Medel, with a subject line of "RE: Watson 122363" (AGA_Review_00103679 – AGA_Review_00103680).

3-844        E-mail sent by David Robertson, at 3:55:41 PM on 1/23/2014, to Richard Pratt, with a subject line of "RE: Sheppard # 147672 Medical Yard Placement" (AGA_Review_00105064 – AGA_Review_00105066).

3-845        E-mail sent by David Robertson, at 4:00:58 PM on 1/23/2014, to Patrick Arnold; Marlena Bedoya; Mark Jansen; Penn Fisher; and, Winfred Williams, with a subject line of "RE: IM Rodocker 052456" (AGA_Review_00106954 – AGA_Review_00106955).

3-846        E-mail sent by Charles Ryan, at 11:58:18 AM on 1/26/2014, to 'gail-edwards@hotmail.com' <gail-edwards@hotmail.com>, with a subject line

of "Inmate Seth Sebert #178201" (AGA_Review_00109771 – AGA_Review_00109772).

3-847    E-mail sent by David Robertson, at 2:43:15 PM on 1/27/2014, to Mark Jansen; and, Winfred Williams, with a subject line of "FW: Rininger # 255275 C01-055-013" (AGA_Review_00106224 – AGA_Review_00106227).

3-848    E-mail sent by Richard Pratt, at 4:45:03 PM on 1/28/2014, to Laurie Berg, with a subject line of "FW: Ted Cicci 075006" (AGA_Review_00107713 – AGA_Review_00107718).

3-849    E-mail sent by Richard Pratt, at 4:26:37 PM on 2/5/2014, to Terry Allred, with a subject line of "FW: Brown 45042 GA L32-142-013 Rast Unit" (AGA_Review_00117083 – AGA_Review_00117084).

3-850    E-mail sent by David Robertson, at 10:30:44 AM on 2/7/2014, to Trudy Dumkrieger, with a subject line of "RE: I/M BALLEJOS, NATHAN 258998 @ T-RINCON  Family concerned" (AGA_Review_00111396 – AGA_Review_00111400).

3-851    E-mail sent by David Robertson, at 10:35:55 AM on 2/7/2014, to Trudy Dumkrieger; and, Carol Pearson, with a subject line of "RE: 2nd req: Nathan Ballejos #258998 Rincon" (AGA_Review_00110836 – AGA_Review_00110840).

3-852    E-mail sent by Charles Ryan, at 1:31:40 PM on 2/12/2014, to Stephanie Wiltz, with a subject line of "FW: Inmate Grant #237773" (AGA_Review_00104508 – AGA_Review_00104510).

3-853    E-mail sent by David Robertson, at 2:43:31 PM on 2/13/2014, to Patrick Arnold; Mark Jansen; and, Winfred Williams, with a subject line of "RE: Tomayo #151749 Florence South- Cancelling ORC" (AGA_Review_00112526 – AGA_Review_00112527).

3-854    E-mail sent by Richard Pratt, at 5:35:18 PM on 2/13/2014, to Bryce Bartruff, with a subject line of "RE: RE: FW: REPLY REQUESTED: Mitchell Alan Rosenberg, ADC #263360 - Diagnosis of Contact Dermatitis - Outstanding and Unresolved Medical Issue" (AGA_Review_00113946 – AGA_Review_00113950).

3-855  E-mail sent by David Robertson, at 10:00:33 AM on 2/20/2014, to Patrick Arnold; Aaron East; Juliet Respicio-Moriarty; Brenda Rojas; and, Elizabeth Valencia, with a subject line of "RE: Reed ADC 247269 GA L34-036-013 Bachman" (AGA_Review_00105616 – AGA_Review_00105619).

3-856  E-mail sent by David Robertson, at 4:36:09 PM on 2/21/2014, to Marlena Bedoya; Kathleen Campbell; Vanessa Headstream; Mark Jansen; Patrick Arnold; and, Winfred Williams, with a subject line of "Re: Rininger # 255275 C01-055-013" (AGA_Review_00114267 – AGA_Review_00114272).

3-857  E-mail sent by David Robertson, at 11:39:31 AM on 2/24/2014, to Zoila Jessup; Madeline Lowell; Yvonne Maese; Kelli Rogers; and, Elizabeth Valencia, with a subject line of "RE: 119411 Arbuthnot Y01-020-013 Cocopah Unit" (AGA_Review_00105863 – AGA_Review_00105865).

3-858  E-mail sent by David Robertson, at 10:16:12 AM on 2/27/2014, to Mark Jansen; and, Winfred Williams, with a subject line of "FW: Duran ADC 182211 for Hep C treatment Grievance Appeal follow-up A30-061-03" (AGA_Review_00110347 – AGA_Review_00110349).

3-859  E-mail sent by David Robertson, at 3:58:12 PM on 2/28/2014, to Mark Jansen, with a subject line of "FW: Hamilton 257423 Whetstone" (AGA_Review_00116778 – AGA_Review_00116781).

3-860  E-mail sent by David Robertson, at 4:01:00 PM on 2/28/2014, to Mark Jansen, with a subject line of "FW: Please Review" (AGA_Review_00104413 – AGA_Review_00104414).

3-861  E-mail sent by Richard Pratt, at 6:00:12 PM on 3/3/2014, to Trudy Dumkrieger, with a subject line of "FW: Medical care needed in prison" (AGA_Review_00105881 – AGA_Review_00105882).

3-862  E-mail sent by David Robertson, at 11:20:53 AM on 3/4/2014, to Patrick Arnold; Kathleen Campbell; Kimberly Dixon; Trudy Dumkrieger; Penny Fisher; Vanessa Headstream; Mark Jansen; Richard Pratt; Juliet Respicio-Moriarty; and, Winfred Williams, with a subject line of "FW: Jimenez 249550 C37-126-013 Whetstone Unit" (AGA_Review_00112710 – AGA_Review_00112711).

3-863      E-mail sent by David Robertson, at 3:32:40 PM on 3/4/2014, to Elizabeth
           Valencia, with a subject line of "RE: Rodriguez 65316 GA # A02-080-013"
           (AGA_Review_00104573 – AGA_Review_00104577).

3-864      E-mail sent by David Robertson, at 10:30:36 PM on 3/5/2014, to Erin
           Barlund, with a subject line of "Re: San Carlos inmates"
           (AGA_Review_00105343 – AGA_Review_00105346).

3-865      E-mail sent by David Robertson, at 1:14:51 PM on 3/11/2014, to Mark
           Jansen, with a subject line of "RE: Man Down Bags on Eyman complex"
           (AGA_Review_00103709 – AGA_Review_00103709).

3-866      E-mail sent by David Robertson, at 1:18:35 PM on 3/11/2014, to Patrick
           Arnold, with a subject line of "Re: Puckett 129580 HIV medications"
           (AGA_Review_00104407 – AGA_Review_00104407).

3-867      E-mail sent by Richard Pratt, at 6:43:45 PM on 3/12/2014, to Winfred
           Williams, with a subject line of "RE: Putman 255310"
           (AGA_Review_00115150 – AGA_Review_00115151).

3-868      E-mail sent by David Robertson, at 11:48:47 AM on 3/13/2014, to
           Elizabeth Valencia, with a subject line of "Re: Brasher ADC 243378"
           (AGA_Review_00105857 – AGA_Review_00105861).

3-869      E-mail sent by David Robertson, at 4:43:19 PM on 3/13/2014, to Patrick
           Arnold, with a subject line of "RE: Gonzales ADC 232387 GA A14-112-
           013 Cook" (AGA_Review_00116179 – AGA_Review_00116181).

3-870      E-mail sent by David Robertson, at 4:43:38 PM on 3/13/2014, to Elizabeth
           Valencia, with a subject line of "FW: Hamilton 257423 C37-110-013
           Whetstone Unit" (AGA_Review_00107294 – AGA_Review_00107296).

3-871      E-mail sent by David Robertson, at 4:48:50 PM on 3/13/2014, to Winfred
           Williams, with a subject line of "RE: Hamilton 257423 C37-110-013
           Whetstone Unit" (AGA_Review_00107501 – AGA_Review_00107503).

3-872      E-mail sent by David Robertson, at 11:02:19 AM on 3/14/2014, to Juliet
           Respicio-Moriarty, with a subject line of "RE: Grievance Appeal -
           Holloway #238422 (Manzanita)" (AGA_Review_00116570 –
           AGA_Review_00116571).

3-873        E-mail sent by Charles Ryan, at 8:55:47 PM on 3/14/2014, to Lance
             Hetmer, with a subject line of "RE: IPC Florence - Herman"
             (AGA_Review_00109565 – AGA_Review_00109571).

3-874        E-mail sent by Richard Pratt, at 10:38:25 AM on 3/17/2014, to Trudy
             Dumkrieger, with a subject line of "RE: DUNSMORE 285437"
             (AGA_Review_00106401 – AGA_Review_00106402).

3-875        E-mail sent by Richard Pratt, at 3:02:51 PM on 3/21/2014, to Jana Gunn,
             with a subject line of "FW: results" (AGA_Review_00103320 –
             AGA_Review_00103320).

3-876        E-mail sent by David Robertson, at 12:47:02 PM on 3/25/2014, to Erin
             Barlund, with a subject line of "Re: Inpatient Hospital Report 3-24-2014"
             (AGA_Review_00105079 – AGA_Review_00105082).

3-877        E-mail sent by David Robertson, at 4:00:11 PM on 3/25/2014, to Dianne
             Montano; and, Elizabeth Valencia, with a subject line of "RE: Dreier
             254501 A14-200-013 Cook Unit-2nd follow-up" (AGA_Review_00104441
             – AGA_Review_00104443).

3-878        E-mail sent by Richard Pratt, at 7:37:36 PM on 3/26/2014, to Lori Mansell,
             with a subject line of "FW: Stephanie Thompson # 285198 Please
             Help..MEDICAL URGENT" (AGA_Review_00114328 –
             AGA_Review_00114330).

3-879        E-mail sent by Richard Pratt, at 9:10:25 AM on 3/27/2014, to Martin
             Winland, with a subject line of "RE: RIESER 288278"
             (AGA_Review_00116143 – AGA_Review_00116145).

3-880        E-mail sent by Richard Pratt, at 9:25:15 AM on 3/31/2014, to Mark
             Haldane; and, Richard Pratt, with a subject line of "FW: I/M Rieser Tracy
             No ADC # 288276" (AGA_Review_00103938 –
             AGA_Review_00103938).

3-881        E-mail sent by David Robertson, at 8:59:26 AM on 4/1/2014, to Patrick
             Arnold, with a subject line of "RE: Grievance Appeal - Ferguson #170640
             (Rincon) - Urology Consult" (AGA_Review_00104795 –
             AGA_Review_00104797).

**Group 4:  Mental Healthcare**

4-201        Compilation of ADC Mental Health Levels Statistical Summary Reports for the period from 2011 to 2013 (ADC094392 – ADC094491).

4-202        Report of ADC inmate mental health transfers occurring between January 1, 2011 and June 11, 2013 (ADC110433 – ADC110441).

4-203        Letter dated March 18, 2011 authored by Dr. Benjamin Shaw (ADC027717 – ADC027726).

4-204        ASPC-Eyman-Browning Unit Mental Health Program presentation (ADC084921 – ADC084928).

4-205        ADC Power Point Presentation regarding Mental/Behavioral Health Programs, approx. date September 2012 (ADC027727 – ADC027758).

4-206        ASPC-Florence-Central Unit Mental Health Programs summary, dated February 6, 2013, by Amy Barnes (ADC084929 – ADC084940).

4-207        ASPC-Florence's The CB-1 C.U.R.E. bulletin (ADC084941 – ADC084942).

4-208        ADC Form inmate letter to Florence CB-1 Mental Health Program participants regarding GED completion and required completions of Self-Improvement Classes (ADC280417).

4-209        ASPC-Florence's The Kassonian Times Newsletter (ADC084943 – ADC084944).

4-210        ASPC-Florence Kasson Unit Mental Health Program brochure dated 2013 (ADC139519 – ADC139520).

4-211        ASPC-Florence Central Unit Mental Health Programs (ADC084929 – ADC084940).

4-212        ASPC-Florence Central Unit Mental Health Programming Schedules for July and August 2013 (ADC139525 – ADC139528).

4-213        ASPC-Florence Central Unit Mental Health Programs and Schedule (ADC_S000286 – ADC_S000291).

4-214        Maximum Custody Unit Maps (ADC_P011947 – ADC_P011949).

4-215        ASPC-Eyman Mental Health Program Schedule (ADC_P000867).

4-216        Corizon Mental Health Group Calendar for group programs to be offered at
             Eyman-SMU I in 2014 (ADC280466).

4-217        Schedule of Mental Health Programming Classes offered at Eyman-SMU I
             in January 2014 (ADC280467).

4-218        Schedule of Mental Health Programming Classes offered at Eyman-SMU I
             in February 2014 (ADC280465).

4-219        Schedule of Mental Health Programming Classes offered at Eyman-SMU I
             in March 2014 (ADC280468).

4-220        Schedule of Corizon – facilitated mental health groups and COIII –
             facilitated group programs at Eyman-SMU I for April 2014 (ADC280455).

4-221        Roster of inmates involved in group programs at Eyman-SMU I in
             December 2013 (ADC280456).

4-222        Roster of Inmates at Eyman-SMU I participating in mental health group
             programming between March 6, 2014 and April 8, 2014 (ADC280444 –
             ADC280454).

4-223        Compilation of representative Eyman-SMU I Mental Health Group
             Programming and Individual Appointment Sign-In Sheets for sessions held
             between April 1, 2014 and May 27, 2014 (ADC280374 – ADC280390;
             ADC280404 – ADC280416; ADC280360 – ADC280373; ADC280391 –
             ADC280403; ADC280276 – ADC280290; ADC280291 – ADC280306;
             ADC280347 – ADC280359; ADC280307 – ADC280319; ADC280320 –
             ADC280333; and, ADC280334 – ADC280346).

4-224        Schedule of Weekly Programming for WTU at ASPC-Perryville Lumley
             SMA, effective July 1, 2013 (ADC139482 – ADC139483).

4-225        ASPC-Phoenix-Baker Unit Introduction to Baker Mental Program
             Documentation (ADC_P000883 – ADC_P000886).

4-226        ASPC-Tucson HU-7 Time Sheets (ADC_P000859 – ADC_P000865).

4-227        Memorandum from Vickie Bybee to Charles Ryan regarding Proposed
             Corizon Mental Health Plan, dated August 20, 2013 (ADC231980).

4-228    Forwarded Corizon e-mail from Thomas Fulks to Melisa Knowleton regarding Groups, dated August 29, 2013, with attachment (ADC231972 – ADC231979).

4-229    Excerpt from Governor's Briefing on Correctional Issues, September 3, 2013 (ADC140149 – ADC140184).

4-230    ADC Mentally Ill Offenders: Challenges and Strategies Managing this Growing Population Presentation – ASCA Western Directors Training, June 13, 2014 (ADC363856 – ADC363882).

4-231    ADC Suicide Prevention Badge - Physical Exhibit and copy (ADC_P000984 – ADC_P000984).

4-232    Photographs of and actual exemplar "Smock" issued to inmates on Watch Status as ASPC-Perryville (ADC140100 – ADC140102) – actual "Smock" will be made available for inspection upon request.

4-233    ADC Corrections Officers Training Materials (2012) regarding Signs & Symptoms of Mental Disorders, class DCCOT009, 9.7(a) (ADC_S000362 – ADC_S000384; ADC_S000385 – ADC_S000439; and, ADC_S000440 – ADC_S000444).

4-234    ADC Corrections Officers Training Materials (2012) regarding Suicide Prevention, class 9.7(b) (ADC_S000518 – ADC_S000534; and, ADC_S000535 – ADC_S000553).

4-235    ADC Corrections Officers Training Materials regarding Signs and Symptoms of Mental Illness and Suicide Prevention – 2014 Signs and Symptoms of Mentally Ill Inmates (ADC_S000318 – ADC_S000361).

4-236    ADC Corrections Officers Training Materials regarding Signs and Symptoms of Mental Illness and Suicide Prevention – Inmate Suicide Prevention (ADC_S000445 – ADC_S000515).

4-237    Materials from LivingWorks Applied Suicide Intervention Skills Training ("ASIST") course offered to selected ADC security personnel in December 2013 (ADC280823 – ADC280929).

4-238    Curricula Vitae of Joseph v. Penn, MD, CCHP, FAPA (ADC203481 – ADC203509; and ADC222041).

4-239      December 18, 2013 Report of Joseph Penn (ADC203372 – ADC203515).

4-240      March 26, 2014 Supplemental Report of Joseph Penn (ADC261843 – ADC261875).

4-241      September 19, 2014 Second Supplemental Report of Joseph V. Penn, M.D. (ADC448454 – ADC448646).

4-242      ADC medical file for Eugenia Acothley, #240803, for the period from February 28, 2014 through April 1, 2014 (ADC321806 - ADC321883).

4-243      ADC medical file for Ali Adibi, #150804, for the period from April 1, 2013 through April 1, 2014 (ADC309284 - ADC309292).

4-244      ADC medical file for Charles Anderson, #179182, for the period from April 1, 2013 to April 1, 2014 (ADC293936 - ADC294158).

4-245      ADC medical file for Randy Bailey, #048123, for the period from April 1, 2013 to April 1, 2014 (ADC310158 - ADC310274).

4-246      ADC medical file for Alfred Braxton, #068564, for the period from April 1, 2013 to April 1, 2014 (ADC322124 - ADC322230).

4-247      ADC medical file for Bryan Burk, #063791, for the period from April 1, 2013 to April 1, 2014 (ADC322522 - ADC322536).

4-248      ADC medical file for James Calcutta, #104024, for the period from May 28, 2013 to April 1, 2014 (ADC322675 - ADC322837).

4-249      ADC medical file for Dakota Chalfante, #225884, for the period from April 1, 2013 to April 1, 2014 (ADC322965 - ADC323053).

4-250      ADC medical file for Jody Cline, #242144, for the period from April 1, 2013 to April 1, 2014 (ADC323133 - ADC323140).

4-251      ADC medical file for Jennifer Crawford, #207653, for the period from April 1, 2013 to April 1, 2013 (ADC323487 - ADC323589).

4-252      ADC medical file for Isidro Curiel, #158282, for the period from November 5, 2013 to April 1, 2014 (ADC323590 - ADC323672).

4-253      ADC medical file for Elbert Dail, #278183, for the period from April 1, 2013 to April 1, 2014 (ADC323673 - ADC323833).

4-254   ADC medical file for Christopher D'Avanzo, #250107, for the period from April 1, 2013 to April 1, 2014 (ADC323834 - ADC323920).

4-255   ADC medical file for Vickie Dean, #08930, for the period from April 1, 2013 to April 1, 2014 (ADC311422 - ADC311597).

4-256   ADC medical file for Charles Deutsch, #213741, for the period from April 1, 2013 to April 1, 2014 (ADC324078 - ADC324094).

4-257   ADC medical file for Aaron Duchene, #042999, for the period from April 1, 2013 to April 1, 2014 (ADC324105 - ADC324332).

4-258   ADC medical file for Allen Eberth, #195064, for the period from March 21, 2013 to April 4, 2014 (ADC324333 - ADC324359).

4-259   ADC medical file for Clarence Ferguson, #183524, for the period from September 25, 2013 to April 1, 2014 (ADC324918 - ADC324993).

4-260   ADC medical file for Jeremy Gunderson, #213343, for the period from April 1, 2013 to April 1, 2014 (ADC325890 - ADC326074).

4-261   ADC medical file for Stacy Hahn, #287689, for the period from April 1, 2013 to April 1, 2014 (ADC326354 - ADC326432).

4-262   ADC medical file for Samuel Hamilton, #090514, for the period from April 1, 2013 to April 1, 2014 (ADC311729 - ADC311771).

4-263   ADC medical file for Robert Haynes, #100092, for the period from April 1, 2013 to April 1, 2014 (ADC312663 - ADC312821).

4-264   ADC medical file for Eduardo Hernandez, #139177, for the period from August 27, 2013 to April 1, 2014 (ADC326663 - ADC326755).

4-265   ADC medical file for Joseph Hickson, #120614, for the period from April 1, 2013 to April 1, 2014 (ADC326756 - ADC326876).

4-266   ADC medical file for Malcolm Hodge - White, #155287, for the period from April 1, 2013 to April 1, 2014 (ADC326877 - ADC326936).

4-267   ADC medical file for Charles Holland, #246961, for the period from April 1, 2013 to April 1, 2014 (ADC326937 - ADC327077).

4-268      ADC medical file for Gilbert Hottell, #125244, for the period from April 1, 2013 to April 1, 2014 (ADC327078 - ADC327100).

4-269      ADC medical file for James Hunt, #232303, for the period from January 29, 2014 to April 1, 2014 (ADC327078 - ADC32710).

4-270      ADC medical file for Hector Jimenez, #085666, for the period from April 1, 2013 to April 1, 2014 (ADC327435 - ADC327749).

4-271      ADC medical file for Justin Johnston, #266889, for the period from April 1, 2013 to April 1, 2014 (ADC327794 - ADC327916).

4-272      ADC medical file for Kevin Kraemer, #199523, for the period from April 1, 2013 to April 1, 2014 (ADC328315 - ADC328650).

4-273      ADC medical file for Lundle Lane, #070772, for the period from April 1, 2013 to April 1, 2014 (ADC328651 - ADC328843).

4-274      ADC medical file for Henry Legarde, #252959, for the period from September 25, 2013 to April 1, 2014 (ADC328844 - ADC328894).

4-275      ADC medical file for Sanyo Lidy, #218382, for the period from June 20, 2013 to April 1, 2014 (ADC297756 - ADC297844).

4-276      ADC medical file for Shawn Lynch, #206125, for the period from April 1, 2013 to April 1, 2014 (ADC299618 - ADC299950).

4-277      ADC medical file for Wesley McTizic, #196618, for the period from April 1, 2013 to April 1, 2014 (ADC329652 - ADC329837).

4-278      ADC medical file for Troy Merry, #093738, for the period from April 1, 2013 to April 1, 2014 (ADC314883 - ADC315038).

4-279      ADC medical file for John Mickles, #215706, for the period from April 1, 2013 to April 1, 2014 (ADC329838 - ADC330257).

4-280      ADC medical file for Tiffany Minnitt, #185253, for the period from October 16, 2013 to April 1, 2014 (ADC300557 - ADC300692).

4-281      ADC medical file for Gerlean Mosely, #048319, for the period from April 1, 2013 to April 1, 2014 (ADC330254 - ADC330383).

4-282        ADC medical file for Robert Naverette, #248919, for the period from April
             4, 2013 to April 1, 2014 (ADC340382 - ADC340539).

4-283        ADC medical file for John Nicoll, #061765, for the period from April 1,
             2013 to April 1, 2014 (ADC315179 - ADC315226).

4-284        ADC medical file for Jerome Noleen, #048323, for the period from April 1,
             2013 to April 1, 2014 (ADC330384 - ADC330440).

4-285        ADC medical file for Robin Robbins, #212054, for the period from April 1,
             2013 to April 1, 2014 (ADC316331 - ADC316348).

4-286        ADC medical file for Tina Robinson, #122264, for the period from April 1,
             2013 to April 1, 2014 (ADC316349 - ADC316505).

4-287        ADC medical file for Michael Ross, #152110, for the period from October
             4, 2013 to April 1, 2014 (ADC330773 - ADC330930).

4-288        ADC medical file for Charlie Sanchez, #201662, for the period from April
             1, 2013 to April 1, 2014 (ADC340540 - ADC340611).

4-289        ADC medical file for Francisco Santa Cruz, #084425, for the period from
             July 23, 2013 to April 1, 2014 (ADC330931 - ADC331042).

4-290        ADC medical file for Juan Saucedo, #272332, for the period from April 1,
             2013 to April 1, 2014 (ADC316804 - ADC316845).

4-291        ADC medical file for Stanley Sexton, #188712, for the period from April 1,
             2013 to April 1, 2014 (ADC316956 - ADC317094).

4-292        ADC medical file for Jeffrey Simpson, #202511, for the period from April
             1, 2013 to April 1, 2014 (ADC317398 - ADC317472).

4-293        ADC medical file for Robert Smith, #231163, for the period from March
             25, 2013 to April 1, 2014 (ADC331781 - ADC331875).

4-294        ADC medical file for Dante Solomon, #271098, for the period from April
             1, 2013 to April 1, 2014 (ADC317473 - ADC317515).

4-295        ADC medical file for Cassandra Straughter, #185068, for the period from
             April 1, 2013 to April 1, 2013 (ADC331292 - ADC331391).

4-296        ADC medical file for Darin Stroth, #160077, for the period from April 1, 2013 to April 1, 2014 (ADC331392 - ADC331527).

4-297        ADC medical file for Kyle Thompson, #145588, for the period from October 11, 2013 to April 1, 2014 (ADC306069 - ADC306136).

4-298        ADC medical file for William Valentine, #272185, for the period from April 1, 2013 to April 1, 2014 (ADC318538 - ADC318758).

4-299        ADC medical file for Victoria VanHaastert, #264243, for the period from April 1, 2013 to April 1, 2014 (ADC318766 - ADC318904).

4-300        ADC medical file for Marlene Vergas, #149225, for the period from September 16, 2013 to April 1, 2014 (ADC331641 - ADC331780).

4-301        ADC medical file for Melissa Wakeman, #271682, for the period from April 1, 2013 to April 1, 2014 (ADC319130 - ADC319476).

4-302        ADC medical file for Stephen Walker, #172237, for the period from April 1, 2013 to April 1, 2014 (ADC307730 - ADC307747).

4-303        ADC medical file for Daniel Walls, #237180, for the period from May 30, 2013 to April 1, 2014 (ADC331875 - ADC332006).

4-304        ADC medical file for Keith Weatherford, #041476, for the period from April 1, 2013 to April 1, 2014 (ADC319536 - ADC319715).

4-305        ADC medical file for Samuel Wesley, #142472, for the period from April 1, 2013 to April 1, 2014 (ADC319716 - ADC319802).

4-306        E-mail sent by Charles Ryan, at 5:39:30 PM on 7/2/2012, to Joe Profiri; and, Ben Shaw, with a subject line of "RE: Marc Aaron # 263275 Mental Health Needs" (AGA_Review_00032693 - AGA_Review_00032698).

4-307        E-mail sent by Charles Ryan, at 1:34:17 PM on 7/6/2012, to Richard Pratt; and, Ben Shaw, with a subject line of "RE: SIR# 2012-08362/ ASPC-Eyman-SMU 1 Unit/ Self Harm/ Mental Health Watch" (AGA_Review_00033290 - AGA_Review_00033291).

4-308        E-mail sent by Joe Profiri, at 10:39:25 PM on 7/20/2012, to Jo Chiu, with a subject line of "RE: Inmate Coleman #200803" (AGA_Review_00035499 - AGA_Review_00035500).

4-309      E-mail sent by Richard Pratt, at 12:34:51 PM on 8/7/2012, to Karen Mullenix, with a subject line of "Mental Health" (AGA_Review_00038137 - AGA_Review_00038137).

4-310      E-mail sent by Nicole Taylor, at 2:14:28 PM on 8/7/2012, to Karen Mullenix; and, Lori Blackburn, with a subject line of "RE: Mental Health" (AGA_Review_00038171 - AGA_Review_00038172).

4-311      E-mail sent by Richard Pratt, at 7:45:23 PM on 8/8/2012, to Leslie Boothby, with a subject line of "FW: Mental Health Staffing Teleconference" (AGA_Review_00038699 - AGA_Review_00038700).

4-312      E-mail sent by Richard Pratt, at 8:42:28 PM on 8/9/2012, to Anna Vozar; Elaine Gedman; Linda  Maschner; Karen Mullenix; Nicole Taylor; Thomas Fulks; and, Thomas Lehman, with a subject line of "RE: Mental Health Staffing teleconference" (AGA_Review_00039141 - AGA_Review_00039142).

4-313      E-mail sent by Charles Ryan, at 3:51:17 PM on 8/15/2012, to Richard Pratt, with a subject line of "FW: Kevin Atwood ADOC Inmate #239609" (AGA_Review_00041618 - AGA_Review_00041619).

4-314      E-mail sent by Richard Pratt, at 4:14:50 PM on 8/15/2012, to Charles Ryan, with a subject line of "RE: Kevin Atwood ADOC Inmate #239609" (AGA_Review_00041623 - AGA_Review_00041624).

4-315      E-mail sent by Richard Pratt, at 9:54:27 AM on 8/17/2012, to Jen Mielke-Fontaine, with a subject line of "RE: Kevin Atwood ADOC Inmate #239609" (AGA_Review_00042052 - AGA_Review_00042055).

4-316      E-mail sent by Joe Profiri, at 6:50:05 PM on 8/17/2012, to Jim Taylor, with a subject line of "FW: Phx Psych Techs" (AGA_Review_00042237 - AGA_Review_00042238).

4-317      E-mail sent by Richard Pratt, at 6:50:28 PM on 8/17/2012, to Laurie Berg, with a subject line of "FW: Director's Project  # CLR 2012 815 80390600" (AGA_Review_00042239 - AGA_Review_00042240).

4-318      E-mail sent by Joe Profiri, at 11:30:10 PM on 8/24/2012, to Carson McWilliams, with a subject line of "RE: FLORENCE medication issues" (AGA_Review_00044790 - AGA_Review_00044793).

4-319 E-mail sent by Joe Profiri, at 6:41:01 PM on 8/25/2012, to Richard Pratt; and, Jim Taylor, with a subject line of "RE: Yuma Psychotropic Medication Review" (AGA_Review_00045412 - AGA_Review_00045413).

4-320 E-mail sent by Joe Profiri, at 2:29:25 PM on 9/1/2012, to Jeff Hood; Richard Pratt; and, Ben Shaw, with a subject line of "RE: SIR#2012-10629 / ASPC-Florence / Central / Self Harm-Mental Health Watch / Medical Emergency" (AGA_Review_00048313 - AGA_Review_00048315).

4-321 E-mail sent by Joe Profiri, at 2:43:45 PM on 9/1/2012, to Karen Mullenix, with a subject line of "RE: Medication Update" (AGA_Review_00048617 - AGA_Review_00048618).

4-322 E-mail sent by Joe Profiri, at 2:44:12 PM on 9/1/2012, to Karen Mullenix, with a subject line of "RE: Inmate Grigsby #088635 transferred from Lewis: It appears inmate did not receive psych medication for approximately 2 months." (AGA_Review_00048619 - AGA_Review_00048620).

4-323 E-mail sent by Joe Profiri, at 4:07:26 PM on 9/6/2012, to Ben Shaw; and, Helena Valenzuela, with a subject line of "RE: Inmate Grigsby #088635 transferred from Lewis: It appears inmate did not receive psych medication for approximately 2 months." (AGA_Review_00050577 - AGA_Review_00050581).

4-324 E-mail sent by Charles Ryan, at 9:22:23 PM on 9/6/2012, to Jennifer Bowser; and, Ben Shaw, with a subject line of "RE: Anna Hebner on behalf of Nicholas Christopher Estrada  #231161" (AGA_Review_00050737 - AGA_Review_00050739).

4-325 E-mail sent by Joe Profiri, at 7:47:37 PM on 9/14/2012, to Therese Schroeder, with a subject line of "FW: Weekend Psychiatry Lines" (AGA_Review_00054121 - AGA_Review_00054122).

4-326 E-mail sent by Joe Profiri, at 10:01:54 AM on 9/17/2012, to Karen Mullenix; Richard Pratt; Therese Schroeder; and, Ernest Trujillo, with a subject line of "RE: Weekend Psychiatry Lines" (AGA_Review_00054364 - AGA_Review_00054366).

4-327 E-mail sent by Richard Pratt, at 3:19:07 PM on 9/18/2012, to Trudy Dumkrieger; Karen Mullenix; and, Rosa Quintana, with a subject line of

"RE: Ball ADC 218275" (AGA_Review_00055066 - AGA_Review_00055067).

4-328    E-mail sent by Richard Pratt, at 8:28:39 AM on 11/21/2012, to Ben Shaw, with a subject line of "FW: Florence West MH Watch I/M Noppenburg, Mark #107500" (AGA_Review_00074961 - AGA_Review_00074962).

4-329    E-mail sent by Charles Ryan, at 3:55:09 PM on 12/11/2012, to Arthur Gross; and, Richard Pratt, with a subject line of "FW: Mental Health: Falon Gonzales # 234911" (AGA_Review_00090196 - AGA_Review_00090197).

4-330    E-mail sent by Richard Pratt, at 10:14:33 AM on 12/13/2012, to Mark Haldane, with a subject line of "RE: Mental Health: Falon Gonzales # 234911" (AGA_Review_00090556 - AGA_Review_00090558).

4-331    E-mail sent by Richard Pratt, at 10:17:05 AM on 12/13/2012, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: Mental Health: Falon Gonzales # 234911" (AGA_Review_00090559 - AGA_Review_00090561).

4-332    E-mail sent by Charles Ryan, at 9:27:58 AM on 12/16/2012, to Arthur Gross, with a subject line of "FW: FORWARD TO PSYCH DR. FOLK - URGENT NEED TO SEE HARRAN" (AGA_Review_00090836 - AGA_Review_00090839).

4-333    E-mail sent by Joe Profiri, at 10:30:16 AM on 12/19/2012, to Jerry Sternes' <jerry.sternes@mtctrains.com>; and, Jim Young, with a subject line of "FW: severe health probs - Ed Clemens ADC #141794" (AGA_Review_00091270 - AGA_Review_00091271).

4-334    E-mail sent by Richard Pratt, at 2:29:04 PM on 12/21/2012, to Jen Mielke-Fontaine, with a subject line of "RE: Nicholas Salantri 264663" (AGA_Review_00091725 - AGA_Review_00091728).

4-335    E-mail sent by Richard Pratt, at 3:43:53 PM on 1/22/2013, to Marlena Bedoya, with a subject line of "RE: I/M Clark 180165" (AGA_Review_00096131 - AGA_Review_00096132).

4-336      E-mail sent by Richard Pratt, at 2:00:08 PM on 2/20/2013, to Karen Mullenix, with a subject line of "RE: John Cook # 154158 Psych Meds Needed" (AGA_Review_00101593 - AGA_Review_00101596).

4-337      E-mail sent by Richard Pratt, at 2:33:49 PM on 3/13/2013, to Trudy Dumkrieger; and, Lea Miernik, with a subject line of "RE: Inmate Upson, R. ADC # 177693" (AGA_Review_00007742 - AGA_Review_00007743).

4-338      E-mail sent by Richard Pratt, at 1:18:46 PM on 4/24/2013, to Lea Miernik, with a subject line of "RE: I/M Smith, P. ADC # 188977 - Lewis/Barchey" (AGA_Review_00013889 - AGA_Review_00013889).

4-339      E-mail sent by Richard Pratt, at 12:24:36 PM on 5/6/2013, to Nicole Taylor, with a subject line of "FW: MH score reviews" (AGA_Review_00015709 - AGA_Review_00015710).

4-340      E-mail sent by Nicole Taylor, at 11:03:14 AM on 5/24/2013, to Kathleen Campbell; and, Richard Pratt, with a subject line of "FW: As requested" (AGA_Review_00017487 - AGA_Review_00017488).

4-341      E-mail sent by James Taylor, at 11:16:04 AM on 7/10/2013, to Richard Pratt, with a subject line of "RE: Mental Health Staffing and Program Needs" (AGA_Review_00022478 - AGA_Review_00022480).

4-342      E-mail sent by Nicole Taylor, at 11:59:02 AM on 7/10/2013, to Kathleen Campbell; Arthur Gross; and, Richard Pratt, with a subject line of "RE: Firefighter crew is back" (AGA_Review_00022484 - AGA_Review_00022486).

4-343      E-mail sent by James Taylor, at 12:48:16 PM on 7/10/2013, to Richard Pratt, with a subject line of "RE: Mental Health Staffing and Program Needs" (AGA_Review_00022495 - AGA_Review_00022497).

4-344      E-mail sent by Nicole Taylor, at 6:33:57 PM on 7/18/2013, to Richard Pratt, with a subject line of "Re: Meeting tomorrow?" (AGA_Review_00023436 - AGA_Review_00023437).

4-345      E-mail sent by Nicole Taylor, at 12:14:52 PM on 9/27/2013, to Vickie Bybee; and, Winfred Williams, with a subject line of "Psychiatry Notes from MTU and Flamenco" (AGA_Review_00113242 - AGA_Review_00113243).

4-346          E-mail sent by Charles Ryan, at 10:12:55 AM on 11/25/2013, to 'Arizona
               Prisonwatch' <arizonaprisonwatch@gmail.com>, with a subject line of
               "RE: PC or treatment for SMI prisoner, Joseph Zylstra (192353)"
               (AGA_Review_00105829 - AGA_Review_00105831).

4-347          E-mail sent by Charles Ryan, at 8:16:18 AM on 11/26/2013, to Heather
               Price; and, Stephanie Wiltz, with a subject line of "PC or treatment for SMI
               prisoner, Joseph Zylstra (192353) CLR84020303"
               (AGA_Review_00116075 - AGA_Review_00116077).

4-348          E-mail sent by Nicole Taylor, at 8:48:02 PM on 12/30/2013, to Kathleen
               Campbell, with a subject line of "Re: Inmate Allen #286366"
               (AGA_Review_00103799 - AGA_Review_00103800).

4-349          E-mail sent by Nicole Taylor, at 8:58:52 PM on 12/30/2013, to Kathleen
               Campbell, with a subject line of "Re: Inmate Allen #286366"
               (AGA_Review_00115946 - AGA_Review_00115947).

4-350          E-mail sent by Nicole Taylor, at 10:21:03 AM on 12/31/2013, to Bryce
               Bartruff; Kelly Mier; and, Martin Winland, with a subject line of "RE:
               Juarez 284503" (AGA_Review_00115835 - AGA_Review_00115836).

4-351          E-mail sent by Richard Pratt, at 5:42:31 PM on 2/10/2014, to Anthony
               Medel, with a subject line of "RE: Woodrum 278916"
               (AGA_Review_00104420 - AGA_Review_00104421).

4-352          E-mail sent by Nicole Taylor, at 5:20:01 PM on 2/28/2014, to Ron Credio,
               with a subject line of "FW: Eyman" (AGA_Review_00104913 -
               AGA_Review_00104914).

## Group 5:  Dental Care

5-101.         ADC Inmate Video "Using your Security Toothbrush" (ADC018322).

5-102.         ADC Inmate Video "Cepillo de dientis de seguridad" (ADC018323).

5-103.         ADC Inmate Video "Emergency Care for Inmates with Wired Jaws"
               (ADC018324).

5-104.         Dental Utilization Statistics for All Facilities (April 2013 – July 2014)
               (DRAFT PROVIDED).

5-105.    Dental Utilization Reports for the period from April 1, 2013 to March 31, 2014 (ADC231257; ADC231258; ADC231259; ADC136967; ADC231260; ADC231261; ADC231262; ADC231263; ADC231264; and, ADC267281 – ADC267283).

5-106.    Dental Utilization Reports for the period from April 1, 2014 through July 31, 2014 (ADC405665; ADC405853; ADC406053; and ADC425435).

5-107.    Dental Routine Care Wait Times (March 2013 – July 2014) (DRAFT PROVIDED).

5-108.    Graph of ADC Dental Routine Care Wait Times (March 2013 – July 2014) (DRAFT PROVIDED).

5-109.    Dental Intake Wait Times (March 2013 – July 2014) (DRAFT PROVIDED).

5-110.    Graph of ADC Dental Intake Wait Times (March 2013 – July 2014) (DRAFT PROVIDED).

5-111.    Dental Wait Times Reports for the period from March 2013 to March 2014 (ADC267337).

5-112.    Dental Wait Times Report, submitted for the period from March 2013 through July 2014 (ADC425473).

5-113.    Curricula Vitae of John W. Dovgan, D.D.S. (ADC222036 – ADC222040).

5-114.    December 18, 2013 Expert Report of Dr. Dovgan (ADC203516 – ADC203609).

5-115.    March 26, 2014 Supplemental Expert Report of Dr. Dovgan (ADC261914 – ADC261930).

5-116.    Declaration of John Dovgan in support of Defendants' Motion for Summary Judgment and documents attached thereto (Exhibit 122 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment).

5-117.    September 19, 2014 Second Supplemental Report of John Dovgan, D.D.S. (ADC448334 – ADC448359).

5-118.        American Dental Association, Dental Assisting Word of Mouth:  Careers in the Dental Profession, 2006 (Attachment G to Exhibit 122 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment).

5-119.        Arizona State Board of Dental Examiners, Dental Professional Profile Page for Wayne G. Thorpe, DDS, as of May 9, 2014 (Attachment H to Exhibit 122 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment).

5-120.        Smallwood Prison Dental Services ("SPDS") ADC Routine Dental Care Wait List, as of June 20, 2014 (ADC334061 – ADC334197).

5-121.        Smallwood Prison Dental Services ("SPDS") ADC Completed Dental Appointment Lists, for the period from December 1, 2013 to April 1, 2014 (ADC365767 – ADC367403).

5-122.        ADC dental records for Joseph Anderson, #250616, for the period from April 1, 2013 to April 1, 2014 (ADC421029 - ADC421033).

5-123.        ADC dental records for Albert Anguiano, #211875, for the period from April 1, 2013 to April 1, 2014 (ADC421034 - ADC421046).

5-124.        ADC dental records for Edward Apodaca, #073659, for the period from April 1, 2013 to April 1, 2014 (ADC421047 - ADC421053).

5-125.        ADC dental records for Javier Atondo, #202864, for the period from April 1, 2013 to April 1, 2014 (ADC421054 - ADC421063).

5-126.        ADC dental records for J.W. Ausbern, #087905, for the period from April 1, 2013 to April 1, 2014 (ADC421064 - ADC421072).

5-127.        ADC dental records for Ronald Babich, #064193, for the period from April 1, 2013 to April 1, 2014 (ADC421073 - ADC421080).

5-128.        ADC dental records for Arnulfo Basurto, #237044 for the period from April 1, 2013 to April 1, 2014 (ADC42081 - ADC421090).

5-129.        ADC dental records for Phillip Bechtold, #265921, for the period from April 1, 2013 to April 1, 2014 (ADC421091 - ADC421097) and supplemental dental records (ADC425267).

5-130.    ADC dental records for Everado Beltran, #286168, for the period from November 20, 2013 to April 1, 2014 (ADC421098 - ADC421106).

5-131.    ADC dental records for Michael Bernal, #050854, for the period from April 1, 2013 to February 6, 2014 (ADC421107 - ADC421112).

5-132.    ADC dental records for David Boss, #153429, for the period from July 17, 2013 to April 1, 2014 (ADC421113 - ADC421130).

5-133.    ADC dental records for Latisha Breckenridge, #284602, for the period from September 27, 2013 to April 1, 2014 (ADC421131 - ADC421135; and ADC4252680.

5-134.    ADC dental records for Bobbie Brunton, #272477, for the period from April 1, 2013 to April 1, 2014 (ADC421136 - ADC421143 and ADC425269).

5-135.    ADC dental records for Benjamin Burnside, #286704, for the period from December 11, 2013 to April 1, 2014 (ADC421144 – ADC421149; and, ADC425270 – ADC425272).

5-136.    ADC dental records for Linda Carpenter, #259619, for the period from April 1, 2013 to April 1, 2014 (ADC421150 - ADC421157).

5-137.    ADC dental records for Remedios Castro, #285107, for the period from October 16, 2013 to January 15, 2014 (ADC421158 - ADC421164).

5-138.    ADC dental records for Shunda Catalano, #285640, for the period from November 1, 2013 to April 1, 2014 (ADC421165 – ADC421171; and, ADC425273 – ADC425275).

5-139.    ADC dental records for Derrick Champa, #192098, for the period from April 1, 2013 to April 1, 2014 (ADC421172 - ADC421177).

5-140.    ADC dental records for Richard Clement, #214435, for the period from January 2, 2013 to April 1, 2014 (ADC421178 - ADC421182).

5-141.    ADC dental records for Timothy Cofer, #189380, for the period from August 9, 2013 to April 1, 2014 (ADC421183 – ADC421196; and ADC425276).

5-142.    ADC dental records for William Cooney, #037364, for the period from April 1, 2013 to April 1, 2014 (ADC421197 – ADC421203; and, ADC425277 – ADC425284).

5-143.    ADC dental records for Darrel Covington, #280905, for the period from May 16, 2013 to October 23, 2013 and from January 15, 2014 to April 1, 2014 (ADC421202 - ADC421208; and, ADC421209 - ADC421213).

5-144.    ADC dental records for Elias Estes, #108008, for the period from April 1, 2013 to April 1, 2014 (ADC421214 - ADC421221).

5-145.    ADC dental records for Dean Fortes, #284019, for the period from September 9, 2013 to April 1, 2014 (ADC421222 - ADC421226).

5-146.    ADC dental records for Jaime Garcia, #149129, for the period from April 1, 2013 to April 1, 2014 (ADC421227 - ADC421231).

5-147.    ADC dental records for Trixie Goff, #282170, for the period from June 26, 2013 to April 1, 2014 (ADC421232 - ADC421237).

5-148.    ADC dental records for Alberto Gonzalez, #286824, for the period from December 16, 2013 to June 30, 2014 (ADC421238 - ADC421251).

5-149.    ADC dental records for David Gooch, #093265, for the period from April 1, 2013 to April 1, 2014 (ADC421252 – ADC421267; and ADC425285).

5-150.    ADC dental records for Robert Guizer, #214796, for the period from November 27, 2013 to April 1, 2014 (ADC421268 - ADC421278).

5-151.    ADC dental records for Randy Hall, #277049, for the period from April 1, 2013 to April 1, 2014 (ADC421279 - ADC421289).

5-152.    ADC dental records for William Hartsough, #173186, for the period from August 30, 2013 to April 1, 2014 (ADC421290 - ADC421297).

5-153.    ADC dental records for Jessica Hayes, #286231, for the period from November 21, 2013 to December 23, 2013 (ADC421298 - ADC421303).

5-154.    ADC dental records for Daniel Hersum, #279400, for the period from April 1, 2013 to April 1, 2014 (ADC421304 - ADC421309).

5-155.    ADC dental records for Ebony Hickman, #245384, for the period from April 1, 2013 to April 1, 2014 (ADC421310 - ADC421316).

5-156.      ADC dental records for Heather Holt, #222760, for the period from April 1, 2013 to April 1, 2014 (ADC421317 - ADC421326).

5-157.      ADC dental records for Richard Howard, #250367, for the period from June 20, 2013 to April 1, 2014 (ADC421327 - ADC421332).

5-158.      ADC dental records for Kathy Jean, #210385, for the period from April 24, 2013 to April 1, 2014 (ADC421333 - ADC421342).

5-159.      ADC dental records for Jason Kadri, #144823, for the period from April 1, 2013 to April 1, 2014 (ADC421343 - ADC421355).

5-160.      ADC dental records for Thason Kennedy, #273200, for the period from April 1, 2013 to March 19, 2014 (ADC421356 - ADC421369).

5-161.      ADC dental records for Julianne Lane, #272349, for the period from April 1, 2013 to April 1, 2014 (ADC421370 - ADC421378).

5-162.      ADC dental records for Angelica Leon, #235724, for the period from April 1, 2013 to April 1, 2014 (ADC421379 - ADC421386).

5-163.      ADC dental records for  Nickey Leyba, #281266, for the period from May 29, 2013 to April 1, 2014 (ADC421387 - ADC421394).

5-164.      ADC dental records for Eric Lieser, #247114, for the period from November 7, 2013 to April 1, 2014 (ADC421395 – ADC421400; and, ADC425286 – ADC425288).

5-165.      ADC dental records for Shane Longress, #244103, for the period from April 1, 2013 to April 1, 2014 (ADC421401 - ADC421418).

5-166.      ADC dental records for Nathaniel Lopez, #211069, for the period from October 7, 2013 to April 1, 2014 (ADC421419 - ADC421425).

5-167.      ADC dental records for Richard Lujan, #274582, for the period from April 1, 2013 to April 1, 2014 (ADC421426 - ADC421435).

5-168.      ADC dental records for Tony Marquez, #177807, for the period from May 23, 2013 to April 1, 2014 (ADC421436 - ADC421443).

5-169.      ADC dental records for Arnolfo Mendoza, #283778, for the period from August 29, 2013 to April 1, 2014 (ADC421444 - ADC421450).

5-170.     ADC dental records for Tammie Moen, #286232, for the period from April 1, 2013 to April 1, 2014 (ADC421451 - ADC421458).

5-171.     ADC dental records for Kriztyan Moreno - Gutierrez, #279090, for the period from April 1, 2013 to April 1, 2014 (ADC421459 - ADC421468).

5-172.     ADC dental records for Kandice Morgan, #284090, for the period from September 10, 2013 to April 1, 2014 (ADC421469 - ADC421477).

5-173.     ADC dental records for Megan Morrison, #287054, for the period from December 20, 2013 to April 1, 2014 (ADC421478 - ADC421483).

5-174.     ADC dental records for Bobbi Napier, #286372, for the period from November 27, 2013 to April 1, 2014 (ADC421484 - ADC421489).

5-175.     ADC dental records for Meredith Nix, #276222, for the period from April 1, 2013 to April 1, 2014 (ADC421490 - ADC421499).

5-176.     ADC dental records for Marcos Ochoa-Lopez, #257341, for the period from April 1, 2013 to April 1, 2014 (ADC421500 - ADC421511).

5-177.     ADC dental records for Robert Orozco, #266736, for the period from April 1, 2013 to April 1, 2014 (ADC421512 - ADC421521).

5-178.     ADC dental records for Iris Ortiz, #255886, for the period from April 1, 2013 to April 1, 2014 (ADC421522 - ADC421532).

5-179.     ADC dental records for Jesus Ortiz, #283511, for the period from August 20, 2013 to April 1, 2014 (ADC421533 - ADC421545).

5-180.     ADC dental records for Timothy Panknin, #186533, for the period from August 8, 2013 to April 1, 2014 (ADC421546 - ADC421555).

5-181.     ADC dental records for Donald Phillips, #275330, for the period from April 1, 2013 to April 1, 2014 (ADC421556 - ADC421560).

5-182.     ADC dental records for Abe Pineset, #069972, for the period from April 1, 2013 to April 1, 2014 (ADC421561 - ADC421574).

5-183.     ADC dental records for Jonathan Pyle, #155501, for the period from April 1, 2013 to April 1, 2014 (ADC421575 - ADC421583).

5-184.     ADC dental records for Michael Remmert, #131706, for the period from
           April 1, 2013 to April 1, 2014 (ADC421584 - ADC421589).

5-185.     ADC dental records for Thomas Reyes, #287357, for the period from
           January 9, 2013 to April 1, 2014 (ADC421590 – ADC421594; and,
           ADC425514 – ADC425516).

5-186.     ADC dental records for Justin Richardson, #263890, for the period from
           April 1, 2013 to April 1, 2014 (ADC421595 – ADC421600; and,
           ADC425517 – ADC425518).

5-187.     ADC dental records for Christine Riddle, #172706, for the period from
           April 1, 2013 to April 1, 2014 (ADC421601 - ADC421607).

5-188.     ADC dental records for Kyle Roan, #283315, for the period from August
           13, 2013 to April 1, 2014 (ADC421608 - ADC421613).

5-189.     ADC dental records for Robert Rosas, #060388, for the period from April
           1, 2013 to April 1, 2014 (ADC421614 - ADC421624).

5-190.     ADC dental records for Karey Rowley, #271717, for the period from April
           1, 2013 to April 1, 2014 (ADC421625 - ADC421632).

5-191.     ADC dental records for Stacy Rupp, #201045, for the period from April 1,
           2013 to April 1, 2014 (ADC421633 – ADC421641; and, ADC425289 –
           ADC425291).

5-192.     ADC dental records for Nicole Ryan, #278797, for the period from April 1,
           2013 to April 1, 2014 (ADC421642 – ADC421654; and, ADC425292 –
           ADC425295).

5-193.     ADC dental records for Nicole Ryan, #278797, for the period from April 1,
           2013 to April 1, 2014 (ADC421642 - ADC421654; and, ADC425292 -
           ADC425295).

5-194.     ADC dental records for Adam Santos, #286424, for the period from
           November 29, 2013 to April 1, 2014 (ADC421655 - ADC421661).

5-195.     ADC dental records for Derek Schmidt, #200186, for the period from April
           1, 2013 to April 1, 2014 (ADC421662 - ADC421667).

5-196.      ADC dental records for Van Sedillo, #282093, for the period from June 25, 2013 to April 1, 2014 (ADC421668 - ADC421674).

5-197.      ADC dental records for Jack Sepulveda, #052409, for the period from April 1, 2013 to April 1, 2014 (ADC421675 - ADC421685).

5-198.      ADC dental records for Brandy Shirlaw, #174683, for the period from April 1, 2013 to April 1, 2014 (ADC421686 - ADC421693).

5-199.      ADC dental records for Paul Smith, #186639, for the period from November 25, 2013 to April 1, 2014 (ADC421694 - ADC421706).

5-200.      ADC dental records for John Stacey, #173314, for the period from April 1, 2013 to April 1, 2014 (ADC421707 - ADC421712).

5-201.      ADC dental records for Shane Stoker, #261472, for the period from April 29, 2013 to April 1, 2014 (ADC421713 - ADC421724).

5-202.      ADC dental records for Robert Thomas, #230374, for the period from April 1, 2013 to April 1, 2014 (ADC421725 - ADC421734).

5-203.      ADC dental records for John Thornton, #260803, for the period from April 1, 2013 to April 1, 2014 (ADC421735 - ADC421742).

5-204.      ADC dental records for Shannon Trezona, #264277, for the period from April 1, 2013 to April 1, 2014 (ADC421743 - ADC421758).

5-205.      ADC dental records for Jorge Villa, #287434, for the period from January 10, 2013 to April 1, 2014 (ADC425296 – ADC425300; and, ADC421767 – ADC421769).

5-206.      ADC dental records for Denise Watts, #286157, for the period from November 20, 2013 to April 1, 2014 (ADC421770 - ADC421775).

5-207.      ADC dental records for Michael Welch, #222177, for the period from April 1, 2013 to April 1, 2014 (ADC421776 - ADC421781).

5-208.      ADC dental records for Russell West, #201361, for the period from April 1, 2013 to April 1, 2014 (ADC421782 - ADC421791).

5-209.      ADC dental records for John Winfeldt, #165262, for the period from April 1, 2013 to April 1, 2014 (ADC421792 - ADC421798).

5-210.       ADC dental records for Guadalape Zamora-Velarde, #286185, for the
             period from November 20, 2013 to April 1, 2014 (ADC421799 -
             ADC421805).

5-211.       E-mail sent by Richard Pratt, at 7:34:24 AM on 9/12/2012, to Karyn
             Christie, with a subject line of "FW: Inmate #261659 R.A.Taatjes_S-Fort
             Grant" (AGA_Review_00052955 - AGA_Review_00052956).

5-212.       E-mail sent by Joe Profiri, at 1:39:39 PM on 11/14/2012, to Arthur Gross;
             Richard Pratt; and, Jim Taylor, with a subject line of "RE: Nutritional
             Supplements Lewis" (AGA_Review_00073937 -
             AGA_Review_00073938).

5-213.       E-mail sent by Richard Pratt, at 5:25:15 PM on 11/16/2012, to Karen
             Mullenix, with a subject line of "FW: Ethan Ducharme # 255294 Dental"
             (AGA_Review_00074666 - AGA_Review_00074668).

5-214.       E-mail sent by Richard Pratt, at 6:25:04 AM on 11/28/2012, to Karen Chu,
             with a subject line of "RE: Ethan Ducharme # 255294 Dental"
             (AGA_Review_00075545 - AGA_Review_00075548).

5-215.       E-mail sent by Richard Pratt, at 7:50:49 AM on 12/5/2012, to Karen Chu;
             and, Jim Taylor, with a subject line of "RE: dental director of Wexford"
             (AGA_Review_00076961 - AGA_Review_00076962).

5-216.       E-mail sent by Richard Pratt, at 12:58:51 PM on 12/12/2012, to Lea
             Miernik, with a subject line of "FW: Phone Message - Bonnie Maestas
             (928)635-2385" (AGA_Review_00090455 - AGA_Review_00090456).

5-217.       E-mail sent by Richard Pratt, at 1:41:30 PM on 3/20/2013, to Jen Fontaine,
             with a subject line of "FW: John Meraglia # 141342 Dental"
             (AGA_Review_00008270 - AGA_Review_00008271).

5-218.       E-mail sent by Richard Pratt, at 1:43:12 PM on 3/20/2013, to DONNA
             LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject
             line of "RE: John Meraglia # 141342 Dental" (AGA_Review_00008274 -
             AGA_Review_00008275).

5-219.       E-mail sent by Richard Pratt, at 5:03:12 PM on 4/1/2013, to DONNA
             LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject

line of "RE: John Meraglia # 141342 Dental" (AGA_Review_00009656 -
AGA_Review_00009657).

5-220.   E-mail sent by Richard Pratt, at 5:32:09 PM on 4/1/2013, to Helena
Valenzuela, with a subject line of "FW: ACKLIN 223880 / Alston
correspondence" (AGA_Review_00009659 - AGA_Review_00009660).

5-221.   E-mail sent by Richard Pratt, at 1:36:16 PM on 4/12/2013, to Lea Miernik,
with a subject line of "RE: Inmate Acklin, ADC # 223880"
(AGA_Review_00012222 - AGA_Review_00012222).

5-222.   E-mail sent by Richard Pratt, at 10:44:14 AM on 4/15/2013, to Helena
Valenzuela, with a subject line of "RE: Inmate Acklin, ADC # 223880"
(AGA_Review_00012355 - AGA_Review_00012357).

5-223.   E-mail sent by Richard Pratt, at 5:10:59 PM on 5/2/2013, to Maria Cosme,
with a subject line of "FW: Dental- Tucson ASPC Inmate D. Schadl
#134106" (AGA_Review_00014626 - AGA_Review_00014628).

## Group 6:  Max Custody Conditions Subclass

6-501   Photographs of ASPC Eyman depicting cell configuration, cell block
configuration and recreation facilities as of 2013 (ADC153327;
ADC153330; ADC153334; ADC153336; ADC153339 – ADC153343;
ADC153362; ADC153374 – ADC153376; ADC153383; ADC153385;
ADC153393; ADC153403 – ADC153404; ADC153410 – ADC153413;
ADC153425 – ADC153426; and, ADC153428 – ADC153429).

6-502   Photographs taken during the expert site inspection at ASPC-Eyman,
Browning Unit on August 13, 2014 (ADC448091 – ADC448104).

6-503   Photographs taken during the expert site inspection at ASPC-Eyman, SMU-
I on August 13-14, 2014 (ADC448105 – ADC448178).

6-504   Video recorded during the expert site inspection as ASPC-Eyman, SMU-I
on August 13, 2014 (ADC448252).

6-505   Photographs of ASPC Florence depicting cell configuration, cell block
configuration and recreation facilities as of 2013 (ADC140163;
ADC140168; ADC140170; ADC154422; ADC154426; ADC154430 –
ADC154433; ADC154435 – ADC154437; ADC154441; ADC154445;
ADC154447; ADC154449 – ADC154450; ADC154452 – ADC154453;

ADC154463 – ADC154464; ADC154470 – ADC154471; ADC154473 – ADC154478; ADC154480; ADC154482; ADC154488 – ADC154489; ADC154491 – ADC154492; ADC154504 – ADC154505; ADC154515; ADC154520 – ADC154523; ADC154525 - ADC154526; ADC154529; ADC154533; ADC165982 – ADC165983; ADC165985 – ADC165986; ADC165998; ADC166000; ADC166002 – ADC166003; ADC166006; ADC166010; ADC166013; ADC166019 – ADC166020; ADC166027; ADC166030; ADC166033 – ADC166034; ADC166037; ADC166039; ADC166043; and ADC166047).

6-506        Photographs taken during the expert site inspection at ASPC-Florence, Central Unit on August 12, 2014 (ADC448179 – ADC448209).

6-507        Videos recorded during the expert site inspection as ASPC-Florence on August 12, 2014 (ADC448326 – ADC448333).

6-508        Photographs of ASPC Perryville depicting cell configuration, cell block configuration and recreation facilities as of 2013 (ADC140162; ADC140164 - ADC140167; ADC166177 - ADC166178; ADC166181 - ADC166182; ADC163886 - ADC163888; ADC163893 - ADC163896; ADC163902; ADC163915 - ADC163918; ADC163920; ADC163922; ADC163926; ADC166111; ADC166113; ADC166115 - ADC166116; ADC166118 - ADC166119; ADC166121; ADC166140; ADC166144; ADC166147; ADC166149 - ADC166150; ADC166153; ADC166159; ADC166169; ADC166171; and ADC166173).

6-509        Photographs taking during the expert site inspection at ASPC-Perryville, Lumley Special Management Area on August 11, 2014 (ADC448210 – ADC448245).

6-510        Videos recorded during the expert site inspection as ASPC-Perryville on August 11, 2014 (ADC448246 – ADC448251).

6-511        ASPC-Florence Central Unit Maximum Phase Program Plan (ADC054808).

6-512        E-mail, dated September 16, 2009 from Greg Fizer regarding Self-Improvement Classes, with marginalia (ADC279613).

6-513        Memorandum, dated April 3, 2013, from Lacy Scott to Ron Credio regarding Perryville-Lumley Special Management Area/Max Custody

Remediation and Behavioral Treatment Program piloted beginning on June 8, 2009 (ADC280786 – ADC280790).

6-514    Florence-Central Unit memorandum, dated January 7, 2010, from David Greene, regarding Pre-GED Course (ADC280077).

6-515    Sample AIMS DI83 screen prints reflecting programs participation of 28 Florence-Central Unit (including CB-Kasson mental health wing) inmates' participation in programming during the period from 2009 to 2014 (ADC280078 – ADC280105).

6-516    ASPC-Florence Central Unit 2013 and 2014 ETV schedule and programming descriptions (ADC422272 – ADC422275).

6-517    ASPC-Eyman ETV 2010 broadcast schedule and programming descriptions (ADC422125 – ADC422130).

6-518    ASPC-Eyman Education Television ("ETV") Booklet for 2012, with broadcast schedule and programming descriptions (ADC422040 – ADC422071).

6-519    ASPC-Eyman ETV Booklet for 2013, with broadcast schedule and programming descriptions (ADC422072 – ADC422103).

6-520    ASPC-Eyman ETV Booklet for 2014, with broadcast schedule and programming descriptions (ADC422104 – ADC422124).

6-521    Draft memorandum, dated September 6, 2013, from Carson McWilliams to Charles Ryan regarding Position Paper-Maximum Custody Population Management (ADC280812 – ADC280822).

6-522    Approved ADC Position Paper-Maximum Custody Population Management dated 9/6/13 (ADC231984 – ADC231989).

6-523    Letter from the Office of the Federal Public Defender for the District of Arizona and Charles Ryan regarding changes in Death Row Policies, dated February 24, 2014, and response from Charles Ryan thereto, dated March 21, 2014 (ADC261837 – ADC261838).

6-524    ASPC-Eyman Maximum Custody Step Program Memorandum of Expectations form and Step Matrix, dated March 18, 2013 (ADC139521 – ADC139522).

6-525    Memorandum from CO IV Cottrell to Northern Regional Operations Director McWilliams re: Action Plan for Implementation of Mental Health WIPP Program at Browning Unit, dated March 25, 2013 (ADC231954 – ADC231956).

6-526    ASPC-Eyman Browning Unit Job Application (ADC231959).

6-527    ASPC-Eyman Browning Unit WIPP Payroll reports for FY2013 and FY2014 (as of September 25, 2013) (ADC231957 – ADC231958).

6-528    Compilation of representative Eyman-Browning Unit Work Incentive Pay Program ("WIPP") Pay Detail Reports for Maximum Custody Inmates, September 2013 – 2014 (ADC421898 – ADC421902; ADC421903 – ADC421907; ADC421908 – ADC421912; ADC421913 – ADC421917; ADC280122 – ADC280129; and, ADC421918 – ADC421924).

6-529    Eyman-SMU I Inmate Job Application (ADC280442).

6-530    Compilation of representative Eyman-Special Management Unit ("SMU")-I Work Incentive Pay Program ("WIPP") Pay Detail Reports for Maximum Custody Inmates, September 2013 – 2014 (ADC421933 – ADC421937; ADC421938 – ADC421942; ADC421943 – ADC421952; ADC421953 – ADC421962; ADC421963 – ADC421972; ADC421973 – ADC421984; ADC421985 – ADC421998; ADC421999 – ADC422012; ADC422013 – ADC422026; and, ADC422027 – ADC422039).

6-531    ADC Work Incentive Pay Program ("WIPP") Time Sheets for inmates at the Florence-Central Unit for the pay period from July 1, 2009 to July 11, 2009 (ADC279659 – ADC279684).

6-532    Compilation of representative Florence-Central Unit Work Incentive Pay Program ("WIPP") Time Sheets for Maximum Custody Inmates, August 2009 – 2014 (ADC279627; ADC279685 – ADC279700; ADC279701 – ADC279719; ADC279721 – ADC279740; ADC279741 – ADC279757; ADC279758 – ADC279779; ADC279780 – ADC279807; ADC279808 – ADC279836; ADC279837 – ADC279864; ADC279863 – ADC279885; ADC279886 – ADC279930; ADC279931 – ADC279978; ADC279979 – ADC280025; ADC280026 – ADC280060; and, ADC280061 – ADC280076).

| | |
|---|---|
| 6-533 | Compilation of representative Florence-Central Unit Work Incentive Pay Program ("WIPP") Pay Detail Reports for Maximum Custody Inmates, May 2012 – 2014 (ADC279628 – ADC279636; ADC279637 – ADC279645; (ADC422136 – ADC422144; ADC422145 – ADC422155; ADC422156 – ADC422166; ADC422167 – ADC422178; (ADC422179 – ADC422191; ADC422192 – ADC422204; ADC279646 – ADC279658; ADC422204 – ADC422217; ADC422218 – ADC422230; ADC422231 – ADC422243; ADC422244 – ADC422257; and, ADC422258 – ADC422271). |
| 6-534 | ADC Inmate Pay Detail Report for inmates at the Perryville-Lumley Unit (ADC378369 – ADC378535). |
| 6-535 | Summary of Max Custody Workers – Work Incentive Pay Plan, Inmates Assigned by Unit (ADC_S000844 – ADC_S000847). |
| 6-536 | ASPC-Eyman Browning Unit Activity Schedule, updated August 1, 2013 (ADC139516 – ADC139518). |
| 6-537 | Eyman-Browning Unit Activity Schedule, as of August 21, 2013 (ADC280111 – ADC280113). |
| 6-538 | Eyman-Browning Unit Activity Schedule, as of March 18, 2014 (ADC280108 – ADC280110). |
| 6-539 | Eyman-Browning Unit COIII-facilitated Programs Schedule, as of April 30, 2014 (ADC280106). |
| 6-540 | Proposed Eyman-Browning Unit COIII-facilitated Programs Schedule, as of April 30, 2014 (ADC280107). |
| 6-541 | Eyman-Browning Unit Activity Schedule, updated July 16, 2014 (ADC420806 – ADC421810). |
| 6-542 | Eyman-Browning Unit DI326 Appointment/Assignment/Program signatures of participating inmates (ADC280114 – ADC280121). |
| 6-543 | Eyman-Cook Unit Programs Schedule, revised May 13, 2013 (ADC421815). |
| 6-544 | Eyman-Meadows Detention Unit Operational Schedule, updated June 3, 2014 (ADC421816 – ADC421817). |

6-545      Eyman-SMU I Inmate Orientation Packet, revised June 11, 2013
           (ADC280420 – ADC280439).

6-546      ASPC-Eyman Weekend Recreation Schedule (ADC_P000882).

6-547      Eyman-SMU I Assignments and Standard Schedules for programs staff,
           effective January 15, 2014 (ADC280471).

6-548      Eyman-SMU I Memorandum of Expectations regarding DI326 program
           (ADC280441).

6-549      Eyman-SMU I memorandum, dated May 7, 2014, regarding Programs Staff
           Assignments (ADC280469).

6-550      Eyman-SMU I E-Z Cluster Outdoor Recreation Schedule for the period
           from June 2014 to December 2014 (ADC280457 – ADC280464).

6-551      Eyman-SMU I Activity Schedule, updated June 3, 2014 (ADC421925 –
           ADC421928).

6-552      Eyman-SMU I Recreation Schedule for July 2014 (ADC422134 –
           ADC422135).

6-553      Eyman-SMU I Activity Schedule, updated July 10, 2014 (ADC421929 –
           ADC421932).

6-554      Eyman-SMU I Activity Schedule, updated August 4, 2014 (ADC421811 –
           ADC421814).

6-555      Flyer posted at Eyman-SMU I regarding increased availability of GED and
           Mandatory Literacy programs (ADC280440).

6-556      Flyer posted at Eyman-SMU I regarding enrollment in COIII – facilitated
           "Thinking for a Change" class (ADC280443).

6-557      Sample Certificates of Completion of COIII-facilitated "Thinking for a
           Change" program at Eyman-SMU I, dated December 2, 2013 (ADC280418
           – ADC280419).

6-558      COIII Smith's Program Tracking Report for inmates at ASPC-Eyman
           enrolled in COIII – facilitated group programs under DI 326 (ADC422282
           – ADC422285).

6-559  Compilation of  representative Eyman-SMU I Activity Rosters for representative days between April 1, 2014 and May 27, 2014 (ADC280144 – ADC280152; ADC280205 – ADC280218; ADC280130 – ADC280143; ADC280153 – ADC280159; ADC280160 – ADC280174; ADC280175 – ADC280189; ADC280190 – ADC280204; ADC280262 – ADC280275; ADC280219 – ADC280233; ADC280234 – ADC280247; and, ADC280248 – ADC280261).

6-560  Compilation of representative Eyman-SMU I Reports of Inmate Turn-Outs for representative days between April 1, 2014 and May 27, 2014 (ADC280491 – ADC280495; ADC280516 – ADC280518; ADC280626 – ADC280643; ADC280709 – ADC280718; ADC280526 – ADC280533; ADC280593 – ADC280607; ADC280729 – ADC280731; ADC280487 – ADC280490; ADC280519; ADC280534; ADC280566 – ADC280580; ADC280719 – ADC280721; ADC280496 – ADC280497; ADC280520; ADC280644 – ADC280650; ADC280722; ADC280498 – ADC280501; ADC280521 – ADC280523; ADC280581 – ADC280592; ADC280651 – ADC280654; ADC280723 – ADC280725; ADC280502 – ADC280505; ADC280524 – ADC280525; ADC280655 – ADC280667; ADC280706 – ADC280708; ADC280726 – ADC280728; ADC280506 – ADC280510; ADC280668 – ADC280685; ADC280742 – ADC280744; ADC280511 – ADC280515; ADC280690 – ADC280705;  ADC280737 – ADC280739; ADC280473 – ADC280477; ADC280543 – ADC280555; ADC280608 – ADC280612; ADC280686 – ADC280689; ADC280732 – ADC280734; ADC280478 – ADC280482; ADC280563 – ADC280565; ADC280613 – ADC280625; ADC280740 – ADC280741; ADC280483 – ADC280486; ADC280535 – ADC280542; ADC280556 – ADC280562; and, ADC280735 – ADC280736).

6-561  ASPC-Florence Central Unit Classroom Schedule, for the period from April 7, 2014 to April 11, 2014 (ADC422280).

6-562  ASPC – Florence Central Unit Classroom Schedule, for the period starting May 20, 2014 (ADC422281).

6-563  ASPC-Florence Central Unit Master Program Schedule, dated June 17, 2014 (ADC422276 – ADC422277).

6-564        ASPC-Florence Central Unit Master Program Schedule, dated July 18, 2014 (ADC422278 – ADC422279).

6-565        Perryville-Lumley SMA Programs Schedule, effective October 2013 (ADC280746).

6-566        Perryville-Lumley SMA Inmate Group Programs schedule for the week beginning October 28, 2013 (ADC280747).

6-567        Perryville-Lumley SMA Unit Programs Schedule, as of April 30, 2014 (ADC280745).

6-568        ASPC-Perryville Lumley Special Management Area programs schedules for the period from March – July 2014 (ADC378536 – ADC378540).

6-569        ASPC-Perryville Lumley Unit Incentives for Special Management Area and Maximum Custody, dated February 24, 2014 (ADC280780 – ADC280784).

6-570        ASPC-Perryville Lumley Unit report of Loaned Appliance Status for Special Management Area inmates as of May 27, 2014 (ADC280785).

6-571        Perryville-Lumley DI326 Appointment/Assignment/Program signatures of participating inmates (ADC280748 – ADC280779).

6-572        ASPC-Perryville Lumley SMA Inmate Outcount log, dated July 18, 2013 (ADC139481).

6-573        DI 326 Step Progression Summary (ADC_S000838 – ADC_S000839; and, ADC_S000841 – ADC_S000842).

6-574        Summary of Program Design and Evaluation for Restrictive Status Housing Program, ASPC-Florence/Central Unit, dated March 27, 2014 (ADC363780 – ADC363788).

6-575        ADC Impact Model for the Restrictive Status Housing Program (ADC363789).

6-576        "The Forbidden Three:  Restrictive Status Housing and Maximum Custody Management", video prepared for upcoming ASCA conference regarding DI 326 (ADC448325).

6-577        ADC Restricted Housing Training Materials (ADC278744 – ADC279207).

6-578       ADC Report of Restrictive Housing Training Completion by April 30, 2014
            (ADC279208 – ADC279611).

6-579       ASPC-Florence Book Repository Inventory Summary, as of July 7, 2014
            (ADC425556).

6-580       ASPC-Florence Book Repository Summary of Statistical Usage, for the
            period from April 25, 2006 to June 29, 2011 (ADC425557).

6-581       ADC Book Repository Catalog, printed August 25, 2014 (ADC447949 –
            ADC448090).

6-582       ASPC-Florence, Central Unit Library Reader Advisory Book Catalog,
            revised August 25, 2014 (ADC447840 – ADC447948).

6-583       ASPC-Florence, Central Unit Book Request Form (ADC425559 –
            ADC425560).

6-584       Exemplar of completed ASPC-Florence, Central Unit Book Request Form,
            submitted on August 17, 2014 (ADC425558).

6-585       ASPC-Florence Lending Library Delivery Sign Sheet for Cellblock 6
            (Kasson), printed on August 21, 2014 (ADC425561 – ADC425565).

6-586       ASPC-Florence Library Turnout Schedule, revised July 14, 2014
            (ADC42556).

6-587       Photographs, taken at various times in 2014, of the garden outside the
            ASPC-Florence, Central Unit Library, planted and tended by Central Unit
            inmate library workers (ADC425567 – ADC425577).

6-588       ADC Master Store List (ADC018203 – ADC018255).

6-589       Tri-Valley Dispatch article, "Florence inmates train horses for adoption,"
            dated February 19, 2014 (ADC261839 – ADC261842).

6-590       Biography and Curricula Vitae of Richard P. Seiter, Ph.D. (ADC203696 –
            ADC203704).

6-591       December 18, 2013 Report of Rick Seiter (ADC203610 – ADC203762).

6-592       March 26, 2014 Report of Rick Seiter (ADC261884 – ADC261913).

| | |
|---|---|
| 6-593 | Declaration of Richard Seiter in support of Defendants' Motion for Summary Judgment, and documents attached thereto (Exhibit 123 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment). |
| 6-594 | September 19, 2014 Second Supplemental Report of Richard P. Seiter, Ph.D. (ADC448360 – ADC448453). |
| 6-595 | Maureen L. O'Keefe, et al., One Year Longitudinal Study of the Psychological Effects of Administrative Segregation, January 2011 (ADC_S000583 – ADC_S000746), Attachment E to Exhibit 123 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment). |
| 6-596 | Hope Metcalf, et al., Administrative Segregation, Degrees of Isolation, and Incarceration:  A National Overview of State and Federal Correctional Policies, June 2013 (Attachment F to Exhibit 123 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment). |
| 6-597 | ADC Significant Incident Report No. 12-13160, relating to use of force incident at ASPC-Eyman, SMU I on October 21, 2012 (ADC_S000026 – ADC_S000029). |
| 6-598 | ADC Use of Force Report No. 12-A08-6875, relating to use of force incident at ASPC-Eyman, SMU I on November 24, 2012 (ADC_S000030 – ADC_S000049). |
| 6-599 | ADC Use of Force Report No. 13-A08-0210, relating to use of force incident at ASPC-Eyman, SMU I on January 10, 2013 (ADC_S000050 – ADC_S000063). |
| 6-600 | ADC Use of Force Report No. 12-A08-4652, relating to use of force incident at ASPC-Eyman, SMU I on August 9, 2012 (ADC_S000064 – ADC_S000083). |
| 6-601 | ADC Use of Force Report No. 12-B02-3288, relating to use of force incident at ASPC-Perryville, Lumley Unit on August 9, 2012 (ADC_S000084 – ADC_S000096). |

6-602  ADC Use of Force Report No. 12-B02-4039, relating to use of force incident at ASPC-Perryville, Lumley Unit on September 28, 2012 (ADC_S000097–ADC_S000109).

6-603  ADC Use of Force Report No. 12-B02-4835, relating to use of force incident at ASPC-Perryville, Lumley Unit on December 1, 2012 (ADC_S000110 – ADC_S000134).

6-604  ADC Use of Force Report No. 13-B02-0180, relating to use of force incident at ASPC-Perryville, Lumley Unit on January 13, 2013 (ADC_S000135 – ADC_S000152

6-605  ADC Use of Force Report No. 13-B02-0236, relating to use of force incident at ASPC-Perryville, Lumley Unit on January 16, 2013 (ADC_S000153 – ADC_S000164).

6-606  ADC Use of Force Report No. 12-A01-6608, relating to use of force incident at ASPC-Florence, Central Unit on October 4, 2012 (ADC_S000165 – ADC_S000176).

6-607  ADC Use of Force Report No. 12-A01-8879, relating to use of force incident at ASPC-Florence, Central Unit, Cellblock-Kasson, on December 7, 2012 (ADC_S000177 – ADC_S000188).

6-608  ADC Use of Force Report No. 12-A01-9261, relating to use of force incident at ASPC-Florence, Central Unit, Cellblock-Kasson, on December 27, 2012 (ADC_S000189 – ADC_S000200).

6-609  ADC Use of Force Report No. 13-A01-0214, relating to use of force incident at ASPC-Florence, Central Unit, on January 11, 2013 (ADC_S000201 – ADC_S000210).

6-610  ADC Use of Force Report No. 13-A01-0499, relating to use of force incident at ASPC-Florence, Central Unit, Cellblock-Kasson on January 26, 2013 (ADC_S000211 – ADC_S000220).

6-611  ADC Use of Force Report No. 12-A21-3434, relating to use of force incident at ASPC-Eyman, Browning Unit on September 25, 2012 (ADC_S000303–ADC_S000316).

6-612      AIMS Report, as of July 9, 2014, for Maryanne Chisholm, #200825
           (ADC363883 – ADC363893) and AIMS DI83 Inmate Program Record, as
           of July 9, 2014 (ADC364121).

6-613      AIMS Report and AIMS DI83 Inmate Program Record, as of August 27,
           2014, for Robert Gamez, #131401 (ADC444310 - ADC444323; and
           ADC444324).

6-614      AIMS Report and AIMS DI83 Inmate Program Record as of July 9, 2014,
           for Joseph Hefner, #203653 (ADC363920 – ADC363934; and
           ADC364123).

6-615      AIMS Report, as of July 9, 2014, for Shawn Jensen, #032465 (ADC363935
           – ADC363957) and AIMS DI83 Inmate Program Record, as of July 9, 2014
           (ADC364124).

6-616      AIMS Report, as of July 9, 2014, for Desiree Licci, #150051 (ADC363958
           – ADC363971) and AIMS DI83 Inmate Program Record, as of July 9, 2014
           (ADC364125).

6-617      AIMS Report, as of August 27, 2014, for Joshua Polson, #187716
           (ADC445410 – ADC445420) and AIMS DI83 Inmate Program Record, as
           of August 27, 2014 (ADC445421 – ADC445422).

6-618      AIMS Report, as of August 29, 2014, for Sonia Rodriguez, #103830
           (ADC447374 - ADC447401) and AIMS DI83 Inmate Program Record, as
           of September 3, 2014 (ADC447402).

6-619      AIMS Report, as of August 27, 2014, for Jeremy Smith, #129438
           (ADC445966 - ADC445978) and AIMS DI83 Inmate Program Record, as
           of August 27, 2014 (ADC445979).

6-620      AIMS Report, as of July 9, 2014, for Stephen Swartz, #102486
           (ADC364050 – ADC364071 and AIMS DI83 Inmate Program Record, as
           of July 9, 2014 (ADC364129).

6-621      AIMS Report, as of August 29, 2014, for Jackie Thomas, #211267
           (ADC447559 - ADC447572) and AIMS DI83 Inmate Program Record, as
           of September 3, 2014 (ADC447573).

6-622      AIMS Report, as of August 27, 2014, for Christina Verduzco, #205576
           (ADC446241 - ADC446257) and AIMS DI83 Inmate Program Record, as
           of August 27, 2014 (ADC446258).

6-623      AIMS Report, as of July 9, 2014, for Charlotte Wells, #247188
           (ADC364113 – ADC364120) and AIMS DI83 Inmate Program Record, as
           of July 9, 2014 (ADC364132).

6-624      Institutional Records for Maryanne Chisholm, #200825 (ADC022562 –
           ADC022703).

6-625      Institutional Records for Robert Gamez, #131401 (ADC020695 –
           ADC021192; ADC047164 – ADC047187; ADC024121 – ADC024128;
           and, ADC123052 – ADC123053).

6-626      Institutional records for Joseph Hefner, #203653 (ADC022505 –
           ADC022561; ADC137882 – ADC137946; and, ADC265499 –
           ADC265514).

6-627      Institutional records for Shawn Jensen, #032465 (ADC018259 –
           ADC018791; and, ADC127455 – ADC127468).

6-628      Institutional records for Desiree Licci, #150051 (ADC023512 –
           ADC023556; ADC127444 – ADC127454; and, ADC265669 –
           ADC265670).

6-629      Institutional records for Joshua Polson, #187716 (ADC021873 –
           ADC022144; ADC023380 – ADC023511; ADC127405 – ADC127424;
           and ADC265515).

6-630      Institutional records for Sonia Rodriguez, #103830 (ADC018792 –
           ADC019563; ADC265673 – ADC265685; ADC265694 – ADC265721);
           ADC265724 – ADC265743; ADC265593 – ADC265595; ADC265671 –
           ADC265672; ADC265686 – ADC265687; ADC265688 – ADC265689;
           ADC265690 – ADC265691; ADC265692 – ADC265693; ADC265722 –
           ADC265723; and, ADC265878 – ADC265882).

6-631      Institutional records for Jeremy Smith, #129438 (ADC022356 –
           ADC022504; ADC023102 – ADC023379; and, ADC265516 –
           ADC265529).

6-632      Institutional records for Stephen Swartz, #102486 (ADC021193 –
           ADC021816; ADC127425 – ADC127443; ADC265530 – ADC265574;
           ADC265596 – ADC265598; ADC265744 – ADC265749; and,
           ADC265883 – ADC 265907).

6-633      Institutional records for Jackie Thomas, #211267 (ADC022145 –
           ADC022355; ADC137947 – ADC137970; ADC053294 – ADC053306;
           and, ADC053321 – ADC053322).

6-634      Institutional records for Christina Verduzco, #205576 (ADC019564 –
           ADC020121); ADC265776 – ADC265818;  ADC265821 – ADC265861;
           ADC265862 – ADC265865; ADC047193 – ADC047243; ADC197325 –
           ADC197399; ADC084973 – ADC084980; ADC265750 – ADC265751;
           ADC265752 – ADC265753; ADC265754 – ADC265755; ADC265756 –
           ADC265757; ADC265758 – ADC265759; ADC265760 – ADC265761;
           ADC265762 – ADC265763; ADC265764 – ADC265765; ADC265766 –
           ADC265767; ADC265768 – ADC265769; ADC265770 – ADC265771;
           ADC265772 – ADC265773; ADC265774 – ADC265775; ADC265866;
           and, ADC265908).

6-635      Institutional records for Charlotte Wells, #247188 (MRF ADC021817 –
           ADC021872; ADC265579 – ADC265592; ADC265625 – ADC265627;
           and, ADC265867 – ADC265877).

6-636      Institutional records for Dustin Brislan, #164993 (ADC022704 –
           ADC023101; and, ADC137871 – ADC137881).

6-637      Individual Inmate Detention Records for Robert Gamez, #131401, from
           February 18, 2013 to February 24, 2013 (ADC140000 – ADC140001) and
           from January 30, 2012 through March 30, 2014 (ADC261986 –
           ADC262203).

6-638      Individual Inmate Detention Records for Joshua Polson, #187716
           (ADC136213 – ADC136254).

6-639      Individual Inmate Detention Records for Sonia Rodriguez, #103830
           (ADC136255 – ADC136314).

6-640      Individual Inmate Detention Records for Jeremy Smith, #129438
           (ADC140028 – ADC140087).

6-641        Individual Inmate Detention Records for Stephen Swartz, #102486, for
             May 30, 2011 through August 28, 2011 (ADC262204 – ADC262215

6-642        Individual Inmate Detention Records for Jackie Thomas, #211267
             (ADC139901 – ADC139903

6-643        Individual Inmate Detention Records for Christina Verduzco, #205576,
             from January 3, 2011 through July 7, 2013 (ADC123484 – ADC123621)
             and from August 12, 2013 through March 30, 2014 (ADC262216 –
             ADC262283).

6-644        Individual Inmate Detention Records for Dustin Brislan, #164993
             (ADC139904 – ADC139938

6-645        Recorded phone calls made by Maryanne Chisholm, #200825, during 2008
             (ADC166309 - ADC166310); during 2009 (ADC166311- ADC1663014);
             during 2010 (ADC1663015 - ADC1663018); during 2011 (ADC1663019 -
             ADC1663022); during 2012 (ADC1663023); November 1, 2012 to June
             17, 2013 (ADC1663024 - ADC1663026); January 1, 2011 to February 9,
             2012 (ADC229809); February 10, 2012 to May 26, 2012 (ADC229810);
             May 28, 2012 to July 22, 2012 (ADC229811); June 18, 2013 to October 14,
             2013 (ADC229812); October 16, 2013 to January 23, 2014 (ADC229813);
             and, January 25, 2014 to January 27, 2014 (ADC229814).

6-646        Recorded phone calls made by Robert Gamez, #131401, made from 2008
             to 2012 (ADC166327 - ADC166329); and from  July 23, 2013 to January
             24, 2014 (ADC229814).

6-647        Recorded phone calls made by Shawn Jensen, #032465, during 2008
             (ADC166330 - ADC166332); during 2009 (ADC166333 - ADC166335);
             during 2010 (ADC166336 - ADC166339); during 2011 (ADC166340 -
             ADC166344); during 2012 (ADC166345 - ADC166347); from July 23,
             2012 to October 31, 2012 (ADC166348); from July 23, 2012 to October 31,
             2012 (ADC166349); from November 1, 2012 to June 13, 2013
             (ADC166350 - ADC166352); from June 1, 2013 to August 3, 2013
             (ADC229816); from August 4, 2013 to October 13, 2013 (ADC229817);
             from October 13, 2013 to December 27, 2013 (ADC229818); and, from
             December 28, 2013 to January 25, 2014 (ADC229819).

6-648       Recorded phone calls made by Desiree Licci, #150051, during 2011 and 2012 (ADC166353); from July 23, 2012 to October 31, 2012 (ADC166354); from November 1, 2012 to June 17, 2013 (ADC166355); and, from July 24, 2013 to January 3, 2014 ADC229820).

6-649       Recorded phone calls made by Joshua Polson, #187716, during 2008 (ADC166356 - ADC166359; from July 23, 2012 to October 31, 2012 (ADC166360 - ADC166361); from November 1, 2012 to June 17, 2013 (ADC166362); and, from July 23, 2013 to January 26, 2014 (ADC229821).

6-650       Recorded phone calls made by Jeremy Smith, #129438, from 2009 to 2012 (ADC166363 - ADC166367; from November 1, 2012 to June 17, 2013 (ADC166368); and, from June 17, 2013 to July 23, 2013 (ADC229822).

6-651       Recorded phone calls made by Christina Verduzco, #205576, from January 13, 2011 to June 4, 2011 (ADC229823).

6-652       Recorded phone calls made by Charlotte Wells, #247188, from 2010 to 2012 (ADC166369 - ADC166370; from July 23, 2012 to October 31, 2012 (ADC166371); from November 1, 2012 to March 22, 20133 (ADC166372); from March 28, 2013 to November 15, 2013 (ADC229824); and, from November 15, 2013 to January 16, 2014 (ADC229825).

6-653       Recorded phone calls made by Dustin Brislan, #164993, from November 1, 2011 to June 17, 2013 (ADC166308); and from June 8 – 25, 2013 (ADC229808).

6-654       Monitoring and/or recording notification signs posted at inmate telephones for ASPC-Eyman, Florence, Lewis, Perryville, Phoenix, and Tucson (ADC082697 – ADC082737).

6-655       Non-Medical Grievances for Maryanne Chisholm, #200825 (ADC023847 and ADC263794 – ADC263806).

6-656       Non – Medical Grievances for Robert Gamez, #131401 (ADC023871 – ADC024169; ADC262560 – ADC262580; and, ADC263807 – ADC265218).

6-657       Non-Medical Grievances regarding Joseph Hefner, #203653 (ADC023646 – ADC023658).

6-658        Non-Medical Grievances for Joshua Polson, #187716 (ADC023774 –
             ADC023836; ADC265219 – ADC265278).

6-659        Non-Medical Grievances for Sonia Rodriguez, #103830 (ADC023846 and
             ADC023862).

6-660        Non-Medical Grievances for Jeremy Smith, #129438 (ADC023842 –
             ADC023845 and ADC265279 – ADC265381).

6-661        Non-Medical Grievances for Stephen Swartz, #102486 (ADC023557 –
             ADC023646; ADC023762 – ADC023773; ADC262581 – ADC262604;
             and, ADC265382 – ADC265486).

6-662        Non-Medical Grievances for Jackie Thomas, #211267 (ADC023837 –
             ADC023841).

6-663        Non-Medical Grievances for Charlotte Wells, #247188 (ADC023848 –
             ADC023853).

6-664        Non-medical Grievances for Dustin Brislan, #164993 (ADC023659 –
             ADC023761; ADC262545 – ADC262559; and, ADC263758 –
             ADC263793).

6-665        ADC medical file for Robert Aguayo, #051645, for the period from
             December 12, 2013 to April 1, 2014 (ADC309293 – ADC309348).

6-666        ADC Master Record File for Robert Aguayo, #051645, for the period from
             December 12, 2013 to April 1, 2014 (ADC332260 – ADC332278).

6-667        ADC medical file for Joey Alderete, #242711, for the period from April 1,
             2013 to April 1, 2014 (ADC309349 – ADC349431).

6-668        ADC Master Record File for Joey Alderete, #242711, for the period from
             April 1, 2013 to April 1, 2014 (ADC332279 – ADC332283).

6-669        ADC medical file for Damien Alvarado, #247713, for the period from April
             25, 2013 to April 1, 2014 (ADC309432 – ADC309511).

6-670        ADC Master Record File for Damien Alvarado, #247713, for the period
             from April 25, 2013 to April 1, 2014 (ADC332284 – ADC332332).

6-671        ADC medical file for Ernesto Andrade, #098394, for the period from April
             1, 2013 to April 1, 2014 (ADC309512 – ADC309519).

6-672    ADC Master Record File for Ernesto Andrade, #098394, for the period from April 1, 2013 to April 1, 2014 (ADC332333 – ADC332367).

6-673    ADC medical file for Sarah Andrade, #271927, for the period from April 1, 2013 to April 1, 2014 (ADC309520 – ADC309663).

6-674    ADC Master Record File for Sarah Andrade, #271927, for the period from April 1, 2013 to April 1, 2014 (ADC332368 – ADC332384).

6-675    ADC medical file for Ophelia Barehand, #224071, for the period from August 26, 2013 to April 1, 2014 (ADC310275 – ADC310356).

6-676    ADC Master Record File for Ophelia Barehand, #224071, for the period from August 26, 2013 to April 1, 2014 (ADC332385 – ADC332405).

6-677    ADC medical file for Serene Bass, #274054, for the period from April 1, 2013 to April 1, 2014 (ADC310483 - ADC310659).

6-678    ADC Master Record File for Serene Bass, #274054, for the period from April 1, 2013 to April 1, 2014 (ADC332406 - ADC332476).

6-679    ADC medical file for Orlando Begaye, #274968, for the period from April 1, 2013 to April 1, 2014 (ADC310660 - ADC310694).

6-680    ADC Master Record File for Orlando Begaye, #274968, for the period from January 13, 2013 to April 1, 2014 (ADC334651 - ADC334678).

6-681    ADC medical file for Timothy Bernal, #137019, for the period from April 1, 2013 to April 1, 2014 (ADC310962 - ADC310968).

6-682    ADC Master Record File for Timothy Bernal, #137019, for the period from April 1, 2013 to April 1, 2014 (ADC332477 - ADC332480).

6-683    ADC medical file for Devon Biscoe, #184796, for the period from February 20, 2014 to April 1, 2014 (ADC311157 - ADC311191).

6-684    ADC Master Record File for Devon Biscoe, #184796, for the period from February 20, 2014 to April 1, 2014 (ADC332481 - ADC332539).

6-685    ADC medical file for Elizabeth Branscum, #172822, for the period from January 22, 2014 to April 1, 2014 (ADC321993 - ADC322123).

6-686        ADC Master Record File for Elizabeth Branscum, #172822, for the period
             from January 22, 2014 to April 1, 2014 (ADC332540 - ADC332546).

6-687        ADC medical file for Anesha Bright, #200734, for the period from April 1,
             2013 to April 1, 2014 (ADC322231 - ADC322432).

6-688        ADC Master Record File for Anesha Bright, #200734, for the period from
             April 1, 2013 to April 1, 2014 (ADC332547 - ADC332586).

6-689        ADC medical file for Joshua Campbell, #194895, for the period from April
             1, 2013 to April 1, 2014 (ADC322838 - ADC322862).

6-690        ADC Master Record File for Joshua Campbell, #194895, for the period
             from April 1, 2013 to April 1, 2014 (ADC332587 - ADC332598).

6-691        ADC medical file for Marvin Coops, #170459, for the period from April 1,
             2013 to April 1, 2014 (ADC311389 - ADC311421).

6-692        ADC Master Record File for Marvin Coops, #170459, for the period from
             April 1, 2013 to April 1, 2014 (ADC332599 - ADC332610).

6-693        ADC medical file for Joshua Dellarocca, #143368, for the period from
             April 1, 2013 to April 1, 2014 (ADC324032 - ADC324077).

6-694        ADC medical file for Daniel Dominguez, #189687, for the period from
             April 1, 2013 to April 1, 2014 (ADC324095 - ADC324104).

6-695        ADC Master Record File for Daniel Dominguez, #189687, for the period
             from April 1, 2013 to April 1, 2014 (ADC332611 - ADC332744).

6-696        ADC medical file for Stephani Durfee, #238076, for the period from April
             1, 2013 to April 1, 2014 (ADC311598 - ADC311700).

6-697        ADC Master Record File for Stephani Durfee, #238076, for the period from
             April 1, 2013 to April 1, 2014 (ADC332745 - ADC332744).

6-698        ADC medical file for Eligio Esquer, #272862, for the period from April 1,
             2013 to April 1, 2014 (ADC324782 - ADC324800).

6-699        ADC Master Record File for Eligio Esquer, #272862, for the period from
             April 1, 2013 to April 1, 2014 (ADC332765 - ADC332767).

6-700  ADC medical file for Jesus Federico, #189087, for the period from April 1, 2013 to April 1, 2014 (ADC324801 - ADC324848).

6-701  ADC Master Record File for Jesus Federico, #189087, for the period from April 1, 2013 to April 1, 2014 (ADC332768 - ADC332797).

6-702  ADC medical file for Francisco Felix, #159630, for the period from April 1, 2013 to April 1, 2014 (ADC324849 - ADC324917).

6-703  ADC Master Record File for Francisco Felix, #159630, for the period from April 1, 2013 to April 1, 2014 (ADC332798 - ADC332802).

6-704  ADC medical file for Ryan Fleming, #166939, for the period from April 1, 2013 to April 1, 2014 (ADC311701 - ADC311728).

6-705  ADC Master Record File for Ryan Fleming, #166939, for the period from April 1, 2013 to April 1, 2014 (ADC332803 - ADC332810).

6-706  ADC medical file for Daniel Fuentes, #164252, for the period from December 9, 2013 to April 7, 2014 (ADC325121 - ADC325149).

6-707  ADC medical file for Alexandra Gallegos-Lotz, #198822, for the period from September 6, 2013 to April 1, 2014 (ADC296114 - ADC269252).

6-708  ADC Master Record File for Alexandra Gallegos-Lotz, #198822, for the period from September 6, 2013 to April 1, 2014 (ADC332811 - ADC332842).

6-709  ADC medical file for Iram Gamez, #208194, for the period from November 14, 2013 to April 1, 2014 (ADC325150 - ADC325205).

6-710  ADC Master Record File for Iram Gamez, #208194, for the period from November 14, 2013 to April 1, 2014 (ADC332843 - ADC332875).

6-711  ADC medical file for Jamie Garcia, #058133, for the period from April 1, 2013 to April 1, 2014 (ADC325206 - ADC325280).

6-712  ADC Master Record File for Jamie Garcia, #058133, for the period from April 1, 2013 to April 1, 2014 (ADC332876 - ADC332908).

6-713  ADC medical file for Manuel Garcia, #158202, for the period from April 1, 2013 to April 1, 2014 (ADC325281 - ADC325299).

6-714       ADC medical file for Jose German, #154734, for the period from April 1, 2013 to April 1, 2014 (ADC325377 - ADC325429).

6-715       ADC Master Record File for Jose German, #154734, for the period from April 1, 2013 to April 1, 2014 (ADC332909 - ADC332941).

6-716       ADC medical file for Stephanie Gomez, #229986, for the period from April 1, 2013 to April 1, 2014 (ADC325430 - ADC325597).

6-717       ADC Master Record File for Stephanie Gomez, #229986, for the period from April 1, 2013 to April 1, 2014 (ADC332942 - ADC332952).

6-718       ADC medical file for Jeremiah Gonzalez, #172678, for the period from July 23, 2013 to April 1, 2014 (ADC325598 - ADC325628).

6-719       ADC Master Record File for Jeremiah Gonzalez, #172678, for the period from July 23, 2013 to April 1, 2014 (ADC332953 - ADC332973).

6-720       ADC medical file for Marcus Grampton, #210635, for the period from November 22, 2013 to April 1, 2014 (ADC325629 - ADC325704).

6-721       ADC medical file for Albert Gutierrez, #189560, for the period from April 1, 2013 to April 1, 2014 (ADC326304 - ADC326353).

6-722       ADC Master Record File for Albert Gutierrez, #189560, for the period from April 1, 2013 to April 1, 2014 (ADC332974 - ADC333008).

6-723       ADC medical file for Dujuan Harrison, #241316, for the period from April 1, 2013 to April 1, 2014 (ADC326610 - ADC326662).

6-724       ADC Master Record File for Dujuan Harrison, #241316, for the period from April 1, 2013 to April 1, 2014 (ADC333009 - ADC333044).

6-725       ADC medical file for Travis Horner, #275629, for the period from April 1, 2013 to April 1, 2014 (ADC313781 - ADC313888).

6-726       ADC Master Record File for Travis Horner, #275629, for the period from April 1, 2013 to April 1, 2014 (ADC333045 - ADC333075).

6-727       ADC medical file for Jorge Jimenez, #200554, for the period from April 1, 2013 to April 1, 2014 (ADC327750 - ADC327793).

6-728  ADC Master Record File for Jorge Jimenez, #200554, for the period from April 1, 2013 to April 1, 2014 (ADC333076 - ADC333079).

6-729  ADC medical file for Michael Jones, #231435, for the period from April 1, 2013 to April 1, 2014 (ADC327917 - ADC327936).

6-730  ADC Master Record File for Michael Jones, #231435, for the period from April 1, 2013 to April 1, 2014 (ADC333080 - ADC333121).

6-731  ADC medical file for Brandon Kelley, #220119, for the period from April 1, 2013 to April 1, 2014 (ADC327937 - ADC327984).

6-732  ADC Master Record File for Brandon Kelley, #220119, for the period from April 1, 2013 to April 1, 2014 (ADC333122 - ADC333149).

6-733  ADC medical file for Aaron Kelly, #137699, for the period from April 1, 2013 to April 1, 2014 (ADC327985 - ADC328255).

6-734  ADC Master Record File for Aaron Kelly, #137699, for the period from April 1, 2013 to April 1, 2014 (ADC333150 - ADC333191).

6-735  ADC medical file for Monique Lazo, #271180, for the period from April 1, 2013 to April 1, 2014 (ADC314190 - ADC314362).

6-736  ADC Master Record File for Monique Lazo, #271180, for the period from April 1, 2013 to April 1, 2014 (ADC333192 - ADC333203).

6-737  ADC medical file for Nicole Leatherbury, #211830, for the period from April 1, 2013 to April 1, 2014 (ADC297428 - ADC297554).

6-738  ADC Master Record File for Nicole Leatherbury, #211830, for the period from April 1, 2013 to April 1, 2014 (ADC333204 - ADC333235).

6-739  ADC medical file for Kelly Lipsey, #153208, for the period from April 1, 2013 to April 1, 2014 (ADC314363 - ADC314497).

6-740  ADC Master Record File for Kelly Lipsey, #153208, for the period from April 1, 2013 to April 1, 2014 (ADC333236 - ADC333301).

6-741  ADC Master Record File for Shawn Lynch, #206125, for the period from April 1, 2013 to April 1, 2014 (ADC333302 - ADC333305).

6-742 ADC medical file for Anthony Majors, #145972, for the period from April 1, 2013 to April 1, 2014 (ADC329246 - ADC329291).

6-743 ADC Master Record File for Anthony Majors, #145972, for the period from April 1, 2013 to April 1, 2014 (ADC333306 - ADC333315).

6-744 ADC medical file for Linda Marcum, #133416, for the period from April 1, 2013 to April 1, 2014 (ADC329292 - ADC329375).

6-745 ADC Master Record File for Linda Marcum, #133416, for the period from April 1, 2013 to April 1, 2014 (ADC333316 - ADC333317).

6-746 ADC medical file for Bianca Marquez, #268664, for the period from January 1, 2011 to April 1, 2014 (ADC334295 - ADC334529; and, ADC329376 - ADC329593).

6-747 ADC Master Record File for Bianca Marquez, #268664, for the period from April 1, 2013 to April 1, 2014 (ADC333318 - ADC333336).

6-748 ADC medical file for Reed Marrone, #284104, for the period from September 11, 2013 to April 1, 2014 (ADC329650 - ADC329651).

6-749 ADC Master Record File for Reed Marrone, #284104, for the period from September 11, 2013 to April 1, 2014 (ADC333337 - ADC333357).

6-750 ADC medical file for Cody Martinez, #151281, for the period from April 1, 2013 to April 1, 2014 (ADC329594 - ADC329601).

6-751 ADC Master Record File for Cody Martinez, #151281, for the period from April 1, 2013 to April 1, 2014 (ADC333358 - ADC333365).

6-752 ADC medical file for Michael Matthews, #153506, for the period from January 14, 2014 to April 1, 2014 (ADC329602 - ADC329649).

6-753 ADC Master Record File for Michael Matthews, #153506, for the period from April 1, 2013 to April 1, 2014 (ADC333366 - ADC333417).

6-754 ADC medical file for Andrew Miller, #244449, for the period from April 1, 2013 to April 1, 2014 (ADC315080 - ADC315113).

6-755 ADC Master Record File for Andrew Miller, #244449, for the period from April 1, 2013 to April 1, 2014 (ADC333418 - ADC333432).

6-756          ADC medical file for Robert Morales, #152818, for the period from April 1, 2013 to April 1, 2014 (ADC315114 - ADC315124).

6-757          ADC medical file for Benjamin Motten, #184328, for the period from October 31, 2013 to April 1, 2014 (ADC315125 - ADC315168).

6-758          ADC Master Record File for Benjamin Motten, #184328, for the period from October 31, 2013 to April 1, 2014 (ADC333433 - ADC333483).

6-759          ADC medical file for Christopher Muller, #274389, for the period from April 1, 2013 to April 1, 2014 (ADC315169 - ADC315178).

6-760          ADC Master Record File for Christopher Muller, #274389, for the period from April 1, 2013 to April 1, 2014 (ADC333484 - ADC333506).

6-761          ADC medical file for Saul Ogazon, #143007, for the period from April 1, 2013 to April 1, 2014 (ADC315270 - ADC315355).

6-762          ADC Master Record File for Saul Ogazon, #143007, for the period from April 1, 2013 to April 1, 2014 (ADC333507 - ADC333510).

6-763          ADC medical file for Vanessa Ortiz, #261842, for the period from April 1, 2013 to April 1, 2014 (ADC330441 - ADC330669).

6-764          ADC Master Record File for Vanessa Ortiz, #261842, for the period from April 1, 2013 to April 1, 2014 (ADC333511 - ADC333525).

6-765          ADC medical file for Windy Panzo, #288861, for the period from February 28, 2014 to April 1, 2014 (ADC315505 - ADC315548).

6-766          ADC Master Record File for Windy Panzo, #288861, for the period from February 28, 2014 to April 1, 2014 (ADC333526 - ADC333539).

6-767          ADC medical file for Brandon Peart, #234614, for the period from August 16, 2013 to April 1, 2014 (ADC315588 - ADC315672).

6-768          ADC Master Record File for Brandon Peart, #234614, for the period from August 16, 2013 to April 1, 2014 (ADC333540 - ADC333561).

6-769          ADC medical file for Mariano Perez, #263321, for the period from April 1, 2013 to April 1, 2014 (ADC315673 - ADC315687).

6-770      ADC Master Record File for Mariano Perez, #263321, for the period from
           April 1, 2013 to April 1, 2014 (ADC333562 - ADC333569).

6-771      ADC medical file for Jorge Perez - Mendoza, #163493, for the period from
           April 1, 2013 to April 1, 2014 (ADC315688 - ADC315691).

6-772      ADC Master Record File for Jorge Perez - Mendoza, #163493, for the
           period from April 1, 2013 to April 1, 2014 (ADC333570 - ADC333573).

6-773      ADC medical file for Griffon Ray, #153582, for the period from September
           16, 2013 to April 1, 2014 (ADC330770 - ADC330772).

6-774      ADC Master Record File for Griffon Ray, #153582, for the period from
           September 16, 2013 to April 1, 2014 (ADC333574 - ADC333588).

6-775      ADC medical file for Emily Rios, #246324, for the period from April 1,
           2013 to April 1, 2014 (ADC316248 - ADC316330).

6-776      ADC Master Record File for Emily Rios, #246324, for the period from
           April 1, 2013 to April 1, 2014 (ADC333589 - ADC333626).

6-777      ADC medical file for Frank Romero, #184781, for the period from April 1,
           2013 to April 1, 2014 (ADC316506 - ADC316518).

6-778      ADC Master Record File for Frank Romero, #184781, for the period from
           April 1, 2013 to April 1, 2014 (ADC333627 - ADC333630).

6-779      ADC medical file for Michael Ruiz, #122423, for the period from April 1,
           2013 to April 1, 2014 (ADC316730 - ADC316803).

6-780      ADC Master Record File for Michael Ruiz, #122423, for the period from
           April 1, 2013 to April 1, 2014 (ADC333631 - ADC333654).

6-781      ADC medical file for Robert Salais, #162834, for the period from April 1,
           2013 to April 1, 2014 (ADC334530 - ADC334552).

6-782      ADC Master Record File for Robert Salais, #162834, for the period from
           April 1, 2013 to April 1, 2014 (ADC333635 - ADC333654).

6-783      ADC medical file for Dave Seif, #060492, for the period from April 1,
           2013 to April 1, 2014 (ADC331043 - ADC331196).

6-784      ADC Master Record File for Dave Seif, #060492, for the period from April 1, 2013 to April 1, 2014 (ADC333655 - ADC333741).

6-785      ADC medical file for Roosevelt Sherrod, #213082, for the period from April 1, 2013 to April 1, 2014 (ADC317095 - ADC317397).

6-786      ADC Master Record File for Roosevelt Sherrod, #213082, for the period from April 1, 2013 to April 1, 2014 (ADC333742 - ADC333760).

6-787      ADC medical file for Maisha Soto, #202359, for the period from April 1, 2013 to April 1, 2014 (ADC304228 - ADC304377).

6-788      ADC Master Record File for Maisha Soto, #202359, for the period from April 1, 2013 to April 1, 2014 (ADC333761 - ADC333791).

6-789      ADC medical file for Manuel Soto, #036665, for the period from April 1, 2013 to April 1, 2014 (ADC317516 - ADC317536).

6-790      ADC Master Record File for Manuel Soto, #036665, for the period from April 1, 2013 to April 1, 2014 (ADC333792 - ADC333822).

6-791      ADC medical file for Joseph Tewa, #258275, for the period from April 1, 2013 to April 1, 2014 (ADC317862 - ADC317894).

6-792      ADC Master Record File for Joseph Tewa, #258275, for the period from April 1, 2013 to April 1, 2014 (ADC333823 - ADC333835).

6-793      ADC medical file for Daniel Thurman, #205220, for the period from April 1, 2013 to April 1, 2014 (ADC331583 - ADC331640).

6-794      ADC Master Record File for Daniel Thurman, #205220, for the period from April 1, 2013 to April 1, 2014 (ADC333836 - ADC333888).

6-795      ADC medical file for Shari Tobyne, #281121, for the period from April 1, 2013 to April 1, 2014 (ADC334553 - ADC334650).

6-796      ADC Master Record File for Shari Tobyne, #281121, for the period from April 1, 2013 to April 1, 2014 (ADC333889 - ADC333899).

6-797      ADC medical file for Damien Toliver, #234877, for the period from April 1, 2013 to April 1, 2014 (ADC317895 - ADC317968).

6-798    ADC Master Record File for Damien Toliver, #234877, for the period from April 1, 2013 to April 1, 2014 (ADC333900 - ADC333936).

6-799    ADC medical file for Matthew Tomlinson, #105741, for the period from April 1, 2013 to April 1, 2014 (ADC317969 - ADC318024).

6-800    ADC Master Record File for Matthew Tomlinson, #105741, for the period from April 1, 2013 to April 1, 2014 (ADC334679).

6-801    ADC medical file for Rafael Torres, #231444, for the period from April 1, 2013 to April 1, 2014 (ADC318025 - ADC318028).

6-802    ADC Master Record File for Rafael Torres, #231444, for the period from April 1, 2013 to April 1, 2014 (ADC333937 - ADC333940).

6-803    ADC medical file for Alfred Uriarte, #098272, for the period from April 1, 2013 to April 1, 2014 (ADC335037 - ADC335105).

6-804    ADC Master Record File for Alfred Uriarte, #098272, for the period from April 1, 2013 to April 1, 2014 (ADC333941 - ADC333954).

6-805    ADC medical file for Anthony Valenzuela, #20381, for the period from April 1, 2013 to April 1, 2014 (ADC318759 - ADC318765).

6-806    ADC Master Record File for Anthony Valenzuela, #20381, for the period from April 1, 2013 to April 1, 2014 (ADC333955 - ADC333983).

6-807    ADC medical file for Jesus Valenzuela, #2445945, for the period from May 28, 2013 to April 1, 2014 (ADC306249 - ADC306275).

6-808    ADC Master Record File for Jesus Valenzuela, #2445945, for the period from May 28, 2013 to April 1, 2014 (ADC333984 - ADC334016).

6-809    ADC medical file for Jessica Vaughn, #262050, for the period from April 1, 2013 to April 1, 2014 (ADC307315 - ADC307431).

6-810    ADC Master Record File for Jessica Vaughn, #262050, for the period from April 1, 2013 to April 1, 2014 (ADC334680 - ADC334683).

6-811    ADC medical file for Juan Velasquez, #189628, for the period from April 1, 2013 to April 1, 2014 (ADC318991 - ADC319006).

6-812        ADC medical file for Marcos Viera, #174145, for the period from April 1,
             2013 to April 1, 2014 (ADC319119 - ADC319129).

6-813        ADC Master Record File for Marcos Viera, #174145, for the period from
             April 1, 2013 to April 1, 2014 (ADC334017 - ADC334022).

6-814        ADC medical file for Melinda Wauneka, #270102, for the period from
             April 1, 2013 to April 1, 2014 (ADC319477 - ADC319535).

6-815        ADC medical file for Baylee White, #256777, for the period from April 1,
             2013 to April 1, 2014 (ADC308267 - ADC308352).

6-816        ADC Master Record File for Baylee White, #256777, for the period from
             April 1, 2013 to April 1, 2014 (ADC334023 - ADC334031).

6-817        ADC medical file for Aaron Wimore, #268627, for the period from April 1,
             2013 to April 1, 2014 (ADC319803 - ADC319969).

6-818        AIMS Report, as of August 29, 2014, for Christina Acker, #078733
             (ADC443269 - ADC443286) and AIMS DI83 Inmate Program Record, as
             of September 2, 2014 (ADC443287).

6-819        AIMS Report, as of August 28, 2014, for Alberto Acosta, #210616
             (ADC443288 - ADC443295) and AIMS DI83 Inmate Program Record, as
             of August 29, 2014 (ADC443296).

6-820        AIMS Report, as of August 27, 2014, for Eugenia Acothley, #240803
             (ADC443297 - ADC443302) and AIMS DI83 Inmate Program Record
             (ADC443303).

6-821        AIMS Report, as of August 28, 2014, for Tyson Adams, #279615
             (ADC443304 - ADC443306) and AIMS DI83 Inmate Program Record, as
             of September 2, 2014, (ADC443307).

6-822        AIMS Report, as of August 27, 2014, for Robert Aguayo, #051645
             (ADC443308 - ADC443319) and AIMS DI83 Inmate Program Record
             (ADC443320).

6-823        AIMS Report, as of August 28, 2014, for Felix Alanix, #265435
             (ADC443321 - ADC443324) and AIMS DI83 Inmate Program Record, as
             of September 2, 2014 (ADC443325).

6-824        AIMS Report, as of August 28, 2014, for Bernard Allen, #141779
             (ADC443326 - ADC443337) and AIMS DI83 Inmate Program Record, as
             of August 29, 2014 (ADC443338).

6-825        AIMS Report, as of August 28, 2014, for Leonel Alvisar-Mendoza,
             #140918 (ADC443339 - ADC443347) and AIMS DI83 Inmate Program
             Record, as of August 29, 2014 (ADC443348).

6-826        AIMS Report, as of August 28, 2014, for Miguel Amaya, #273787
             (ADC443349 - ADC443352) and AIMS DI83 Inmate Program Record, as
             of August 29, 2014 (ADC443353).

6-827        AIMS Report, as of August 29, 2014, for Sarah Andrade, #271927
             (ADC443354 - ADC443358) and AIMS DI83 Inmate Program Record, as
             of September 2, 2014 (ADC443359).

6-828        AIMS Report, as of August 29, 2014, for Wendi Andriano, #191593
             (ADC443360 - ADC443362) and AIMS DI83 Inmate Program Record, as
             of September 2, 2014 (ADC443363).

6-829        AIMS Report, as of August 28, 2014, for Robert Antone, #265512
             (ADC443364 - ADC443367) and AIMS DI83 Inmate Program Record, as
             of August 29, 2014 (ADC443368).

6-830        AIMS Report, as of August 27, 2014, for Brandon Antonides, #153201
             (ADC443369 - ADC443381) and AIMS DI83 Inmate Program Record
             (ADC443382).

6-831        AIMS Report, as of August 29, 2014, for Cynthia Apkaw, #252426
             (ADC443383 - ADC443388) and AIMS DI83 Inmate Program Record, as
             of September 2, 2014 (ADC443389).

6-832        AIMS Report, as of August 28, 2014, for Jose Arias, #042756
             (ADC443390 - ADC443410) and AIMS DI83 Inmate Program Record, as
             of August 29, 2014 (ADC4433411).

6-833        AIMS Report, as of August 28, 2014, for Francisco Armendariz, #144293
             (ADC443412 - ADC443419) and AIMS DI83 Inmate Program Record, as
             of August 29, 2014, (ADC443420).

6-834 AIMS Report, as of August 28, 2014, for Armando Aros, #095001 (ADC443421 - ADC443433) and AIMS DI83 Inmate Program Record, as of August 29, 2014 (ADC443434).

6-835 AIMS Report, as of August 29, 2014, for Isabel Arredondo, #144627 (ADC443435 - ADC443451) and AIMS DI83 Inmate Program Record (ADC443452).

6-836 AIMS Report, as of August 28, 2014, for Vincent Arroyo, #276051 (ADC443453 - ADC443458) and AIMS DI83 Inmate Program Record, as of August 29, 2014 (ADC443459).

6-837 AIMS Report, as of August 28, 2014, for Victor Astorga, #055894 (ADC443460 - ADC443485) and AIMS DI83 Inmate Program Record, as of August 29, 2014 (ADC443486).

6-838 AIMS Report, as of August 28, 2014, for Terry Atkins, #176929 (ADC443487 - ADC443510) and AIMS DI83 Inmate Program Record, as of August 29, 2014 (ADC443511).

6-839 AIMS Report, as of August 28, 2014, for Carlos Austin, #153152 (ADC443512 - ADC443521) and AIMS DI83 Inmate Program Record, as of August 29, 2014 (ADC443522).

6-840 AIMS Report, as of August 28, 2014, for Rodolfo Avalos, #211787 (ADC443523 - ADC443529) and AIMS DI83 Inmate Program Record, as of August 29, 2014 (ADC443530).

6-841 AIMS Report, as of August 27, 2014, for Georgia Baker, #187801 (ADC443531 - ADC443537) and AIMS DI83 Inmate Program Record (ADC443538).

6-842 AIMS Report, as of August 28, 2014, for Jose Balbastro, #147893 (ADC443539 - ADC443548) and AIMS DI83 Inmate Program Record, as of August 29, 2014 (ADC443549).

6-843 AIMS Report, as of August 28, 2014, for Jonathan Barajas, #284494 (ADC443550 - ADC443551) and AIMS DI83 Inmate Program Record, as of August 29, 2014 (ADC443552).

6-844      AIMS Report, as of August 29, 2014, for Ophelia Barehand, #224071 (ADC443553 - ADC443562) and AIMS DI83 Inmate Program Record, as of September 2, 2014 (ADC443563).

6-845      AIMS Report, as of August 28, 2014, for Leonard Bean, #159352 (ADC443564 - ADC443570) and AIMS DI83 Inmate Program Record, as of August 29, 2014 (ADC443564 - ADC443571).

6-846      AIMS Report, as of August 29, 2014, for Ronald Belcher, #234025 (ADC443572 - ADC443579) and AIMS DI83 Inmate Program Record (ADC443580 - ADC443581).

6-847      AIMS Report, as of August 28, 2014, for Yousif Benjamin, #162319 (ADC443582 - ADC443594) and AIMS DI83 Inmate Program Record, as of August 29, 2014 (ADC443595 - ADC443596).

6-848      AIMS Report, as of August 27, 2014, for Cody Bitterman, #285096 (ADC443597 - ADC443599) and AIMS DI83 Inmate Program Record (ADC443600).

6-849      AIMS Report, as of August 29, 2014, for Lisa Bledsoe, #291888 (ADC443601 - ADC443602) AIMS DI83 Inmate Program Record, as of September 2, 2014 (ADC443603).

6-850      AIMS Report, as of August 29, 2014, for Augustine Blevins, #098143 (ADC443604 - ADC443615) and AIMS DI83 Inmate Program Record, as of September 2, 2014 (ADC443616).

6-851      AIMS Report, as of August 29, 2014, for Maggie Blount, #293467 (ADC443617 - ADC443618) and AIMS DI83 Inmate Program Record, as of September 2, 2014 (ADC443619).

6-852      AIMS Report, as of August 28, 2014, for Levi Bodine, #127410 (ADC443620 - ADC443635) and AIMS DI83 Inmate Program Record, as of August 29, 2014 (ADC443636).

6-853      AIMS Report, as of August 28, 2014, for Leon Bowles, #067401 (ADC443637 - ADC443653) and AIMS DI83 Inmate Program Record, as of August 29, 2014 (ADC443654).

6-854      AIMS Report, as of August 27, 2014, for Elizabeth Branscum, #172822
           (ADC443655 - ADC443670) and AIMS DI83 Inmate Program Record
           (ADC443671).

6-855      AIMS Report, as of August 29, 2014, for Felicia Brewer, #284246
           (ADC443672 - ADC443673) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014 (ADC443674).

6-856      AIMS Report, as of August 29, 2014, for Osachafo Brewer, #137863
           (ADC443675 - ADC443684) and AIMS DI83 Inmate Program Record
           (ADC443685).

6-857      AIMS Report, as of August 27, 2014, for Anesha Bright, #200734
           (ADC443686 - ADC443693) and AIMS DI83 Inmate Program Record
           (ADC443694).

6-858      AIMS Report, as of August 28, 2014, for Born Bristow, #247976
           (ADC443695 - ADC443699) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014 (ADC443700).

6-859      AIMS Report, as of August 28, 2014, for Thurman Brown, #290722
           (ADC443701) and AIMS DI83 Inmate Program Record, as of August 29,
           2014 (ADC443702).

6-860      AIMS Report, as of August 27, 2014, for Gene Bryan, #084522
           (ADC443703 - ADC443720) and AIMS DI83 Inmate Program Record
           (ADC443721).

6-861      AIMS Report, as of August 28, 2014, for Martin Burrola, #101473
           (ADC443722 - ADC443730) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014 (ADC443731).

6-862      AIMS Report, as of August 28, 2014, for Leonel Bustamante, #176919
           (ADC443732 - ADC443746) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014 (ADC443747).

6-863      AIMS Report, as of August 28, 2014, for Wyatt Button, #125223
           (ADC443748 - ADC443763) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014 (ADC443764).

6-864       AIMS Report, as of August 28, 2014, for Eric Caicedo-Caneloz, #228215
            (ADC443765 - ADC443771) and AIMS DI83 Inmate Program Record, as
            of August 29, 2014 (ADC443772).

6-865       AIMS Report, as of August 27, 2014, for Latonya D. Cain, #172377
            (ADC443773 - ADC443784) and AIMS DI83 Inmate Program Record
            (ADC443785).

6-866       AIMS Report, as of August 29, 2014, for Adrian T. Calixto, #253868
            (ADC443786 - ADC443790) and AIMS DI83 Inmate Program Record
            (ADC443791).

6-867       AIMS Report, as of August 28, 2014, for Joseph E. Camargo, #161774
            (ADC443792 - ADC443800) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014 (ADC443801).

6-868       AIMS Report, as of August 29, 2014, for Francisca A. Canez, #252684
            (ADC443802 - ADC44308) and AIMS DI83 Inmate Program Record, as of
            September 2, 2014 (ADC443809).

6-869       AIMS Report, as of August 28, 2014, for Ernesto J. Canizales, #214366
            (ADC443810 - ADC443817) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014 (ADC443818).

6-870       AIMS Report, as of August 28, 2014, for Javier Cantu, #158233
            (ADC443819 - ADC443830) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014 (ADC443831).

6-871       AIMS Report, as of August 28, 2014, for Pablo Carbajal, #139542
            (ADC443832 - ADC443841) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014 (ADC443842).

6-872       AIMS Report, as of August 28, 2014, for Romulo Cardona, #174066
            (ADC443843 - ADC443849) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014 (ADC443850).

6-873       AIMS Report, as of August 28, 2014, for Joseph T. Carter, #118922
            (ADC443851 - ADC443871) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014 (ADC443872).

6-874    AIMS Report, as of August 27, 2014, for Jesse Casas, #156294
(ADC443873 - ADC443888) and AIMS DI83 Inmate Program Record, as
of September 2, 2014 (ADC443889).

6-875    AIMS Report, as of August 28, 2014, for Robert C. Cassa, #154477
(ADC443890 - ADC443896) and AIMS DI83 Inmate Program Record, as
of September 2, 2014 (ADC443897).

6-876    AIMS Report, as of August 29, 2014, for Dyan R. Castorena, #203577
(ADC443898 - ADC443902) and AIMS DI83 Inmate Program Record, as
of September 2, 2014, for Dyan R. Castorena, #203577 (ADC443903).

6-877    AIMS Report, as of August 28, 2014, for Glenn Cephus, #141010
(ADC443904 - ADC443915) and AIMS DI83 Inmate Program Record, as
of September 2, 2014, for Glenn Cephus, #141010 (ADC443916).

6-878    AIMS Report, as of August 29, 2014, for Naomi S. Charley, #230199
(ADC443917 - ADC443927) and AIMS DI83 Inmate Program Record
(ADC443928).

6-879    AIMS Report, as of August 27, 2014, for Patricia Chavez, #228178
(ADC443929 - ADC443936) and AIMS DI83 Inmate Program Record
(ADC443937).

6-880    AIMS Report, as of August 28, 2014, for Kenneth A. Coleman, #210781
(ADC443938 - ADC443945) and AIMS DI83 Inmate Program Record, as
of September 2, 2014, for Kenneth A. Coleman, #210781 (ADC443946).

6-881    AIMS Report, as of August 29, 2014, for David Compala, #214566
(ADC443947 - ADC443955) and AIMS DI83 Inmate Program Record, as
of August 29, 2014, for David Compala, #214566 (ADC443956).

6-882    AIMS Report, as of August 28, 2014, for Ronald G. Cortez, #124954
(ADC443957 - ADC443963) and AIMS DI83 Inmate Program Record, as
of September 2, 2014, for Ronald G. Cortez, #124954 (ADC443964).

6-883    AIMS Report, as of August 28, 2014, for Paul A. Cottrell, #252339
(ADC443965 - ADC443985) and AIMS DI83 Inmate Program Record, as
of September 2, 2014, for Paul A. Cottrell, #252339 (ADC443986).

6-884      AIMS Report, as of August 28, 2014, for Michael J. Crawford, #111313 (ADC443987 - ADC444006) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Michael J. Crawford, #111313 (ADC444007).

6-885      AIMS Report, as of August 28, 2014, for Allen M. Criddle, #166365 (ADC444008 - ADC444018) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Allen M. Criddle, #166365 (ADC444019).

6-886      AIMS Report, as of August 28, 2014, for James D. Crockett, #082755 (ADC444020 - ADC444032) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for James D. Crockett, #082755 (ADC444033).

6-887      AIMS Report, as of August 27, 2014, for Chrystal M. Cunningham, #224317 (ADC444034 - ADC444040) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for Chrystal M. Cunningham, #224317 (ADC444041).

6-888      AIMS Report, as of August 29, 2014, for Sandrica A. Curley, #248596 (ADC444042 - ADC444052) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Sandrica A. Curley, #248596 (ADC444053).

6-889      AIMS Report, as of August 27, 2014, for Nathan Dahling, #237851 (ADC444054 - ADC444060) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for Nathan Dahling, #237851 (ADC444061 - ADC444062).

6-890      AIMS Report, as of August 28, 2014, for Garrett J. Deetz, #140453 (ADC444063 - ADC444070) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Garrett J. Deetz, #140453 (ADC444071).

6-891      AIMS Report, as of August 29, 2014, for Ashly Delima, #237166 (ADC444072 - ADC444083) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Ashly Delima, #237166 (ADC444084).

6-892      AIMS Report, as of August 28, 2014, for Eric C. Deluca, #153954 (ADC444085 - ADC444097) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Eric C. Deluca, #153954 (ADC444098).

6-893      AIMS Report, as of August 28, 2014, for Stacy L. Depew, #230106 (ADC444099 - ADC44105) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Stacy L. Depew, #230106 (ADC44106).

6-894      AIMS Report, as of August 28, 2014, for Joshua Deroche, #147875
           (ADC44107 - ADC444120) and AIMS DI83 Inmate Program Record, as of
           September 2, 2014, for Joshua Deroche, #147875 (ADC444121).

6-895      AIMS Report, as of August 28, 2014, for Frank M. Dominguez, #167121
           (ADC444122 - ADC444132) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Frank M. Dominguez, #167121 (ADC444133).

6-896      AIMS Report, as of August 28, 2014, for Kevin D. Drew, #259739
           (ADC444134 - ADC444137) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Kevin D. Drew, #259739 (ADC444138).

6-897      AIMS Report, as of August 29, 2014, for Stephani M. Durfee, #238076
           (ADC444139 - ADC444145) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Stephani M. Durfee, #238076 (ADC444146).

6-898      AIMS Report, as of August 27, 2014, for Dennis P. Eddy, #053476
           (ADC444147 - ADC444175) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Dennis P. Eddy, #053476 (ADC444176).

6-899      AIMS Report, as of August 28, 2014, for Karl M. Eklof, #272760
           (ADC444177 - ADC444179) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Karl M. Eklof, #272760 (ADC444180).

6-900      AIMS Report, as of August 28, 2014, for Jose Espinoza, #225615
           (ADC444181 - ADC444185) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Jose Espinoza, #225615 (ADC444186).

6-901      AIMS Report, as of August 28, 2014, for Brandon S. Estrada, #109970
           (ADC444187 - ADC444200) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Brandon S. Estrada, #109970 (ADC444201).

6-902      AIMS Report, as of August 28, 2014, for Frankie Estrada, #235679
           (ADC444202 - ADC444208) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Frankie Estrada, #235679 (ADC444209).

6-903      AIMS Report, as of August 29, 2014, for Elizabeth Etsitty, #278116
           (ADC444210 - ADC444213) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Elizabeth Etsitty, #278116 (ADC444214).

6-904        AIMS Report, as of August 28, 2014, for Donald B. Evans, #221483
             (ADC444215 - ADC444224) and AIMS DI83 Inmate Program Record, as
             of September 2, 2014, for Donald B. Evans, #221483 (ADC444225).

6-905        AIMS Report, as of August 28, 2014, for Mark Fasano, #271456
             (ADC444226 - ADC444230) and AIMS DI83 Inmate Program Record, as
             of September 2, 2014, for Mark Fasano, #271456 (ADC444231).

6-906        AIMS Report, as of August 27, 2014, for Jesus Federico, #189087
             (ADC444232 - ADC444241) and AIMS DI83 Inmate Program Record, as
             of August 27, 2014, for Jesus Federico, #189087 (ADC444242).

6-907        AIMS Report, as of August 28, 2014, for Tamar Flowers, #224637
             (ADC444243 - ADC444250) and AIMS DI83 Inmate Program Record, as
             of September 2, 2014, for Tamar Flowers, #224637 (ADC444251).

6-908        AIMS Report, as of August 28, 2014, for Tiger Flowers, #090992
             (ADC444252 - ADC444264) and AIMS DI83 Inmate Program Record, as
             of September 2, 2014, for Tiger Flowers, #090992 (ADC444265).

6-909        AIMS Report, as of August 28, 2014, for Kenneth Fluellen, #205429
             (ADC444266 - ADC444271) and AIMS DI83 Inmate Program Record, as
             of September 2, 2014, for Kenneth Fluellen, #205429 (ADC444272).

6-910        AIMS Report, as of August 29, 2014, for Shawna Forde, #260830
             (ADC444273 - ADC444274) and AIMS DI83 Inmate Program Record, as
             of September 2, 2014, for Shawna Forde, #260830 (ADC444275).

6-911        AIMS Report, as of August 28, 2014, for Glen C. Francis, #278565
             (ADC444276 - ADC444277) and AIMS DI83 Inmate Program Record, as
             of September 2, 2014, for Glen C. Francis, #278565 (ADC444278).

6-912        AIMS Report, as of August 29, 2014, for Bernice Gaines, #288858
             (ADC444279 - ADC444282) and AIMS DI83 Inmate Program Record, as
             of September 2, 2014, for Bernice Gaines, #288858 (ADC444283).

6-913        AIMS Report, as of August 28, 2014, for Millard A. Gaines, #102845
             (ADC444284 - ADC444301) and AIMS DI83 Inmate Program Record, as
             of September 2, 2014, for Millard A. Gaines, #102845 (ADC444302).

6-914        AIMS Report, as of August 27, 2014, for Alexandra Gallegos-Lotz,
             #198822 (ADC444303 - ADC444308) AIMS DI83 Inmate Program

Record, as of August 27, 2014, for Alexandra Gallegos-Lotz, #198822 (ADC444309).

6-915   AIMS Report, as of August 28, 2014, for Vincent M. Gano, #232776 (ADC444325 - ADC444330) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Vincent M. Gano, #232776 (ADC444331).

6-916   AIMS Report, as of August 28, 2014, for Edwin L. Garcia, #189366 (ADC444332 - ADC444337) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Edwin L. Garcia, #189366 (ADC444338).

6-917   AIMS Report, as of August 29, 2014, for Valerie Garduno, #242566 (ADC444339 - ADC444348) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Valerie Garduno, #242566 (ADC444349).

6-918   AIMS Report, as of August 29, 2014, for Brittany M. Garza, #291487 (ADC444350 - ADC444352) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Brittany M. Garza, #291487 (ADC444353).

6-919   AIMS Report, as of August 28, 2014, for Lamas George, #218510 (ADC444354 - ADC444361) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Lamas George, #218510 (ADC444362).

6-920   AIMS Report, as of August 29, 2014, for Sara Golden, #278704 (ADC444363 - ADC444365) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Sara Golden, #278704 (ADC444366).

6-921   AIMS Report, as of August 28, 2014, for Isaac C. Gonzales, #174142 (ADC444367 - ADC444376) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Isaac C. Gonzales, #174142 (ADC444377).

6-922   AIMS Report, as of August 28, 2014, for Victor R. Gonzales, #200833 (ADC444378 - ADC444385) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Victor R. Gonzales, #200833 (ADC444386).

6-923   AIMS Report, as of August 28, 2014, for Ramon Gonzalez, #280305 (ADC444387 - ADC444388) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Ramon Gonzalez, #280305 (ADC444389).

6-924   AIMS Report, as of August 28, 2014, for Michael J. Greathouse, #163386 (ADC444390 - ADC444404) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Michael J. Greathouse, #163386 (ADC444405).

6-925 AIMS Report, as of August 29, 2014, for Lorretta A. Greer, #155667 (ADC444406 - ADC444419) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Lorretta A. Greer, #155667 (ADC444420).

6-926 AIMS Report, as of August 28, 2014, for David R. Groshong, #224193 (ADC444421 - ADC444425) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for David R. Groshong, #224193 (ADC444426).

6-927 AIMS Report, as of August 28, 2014, for Xavier R. Griego, #287024 (ADC444427 - ADC444429) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Xavier R. Griego, #287024 (ADC444430).

6-928 AIMS Report, as of August 28, 2014, for Shawn M. Grizzle, #229455 (ADC444431 - ADC444439) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Shawn M. Grizzle, #229455 (ADC444440).

6-929 AIMS Report, as of August 28, 2014, for Aaron B. Gunches, #145371 (ADC444441 - ADC444447) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Aaron B. Gunches, #145371 (ADC444448).

6-930 AIMS Report, as of August 28, 2014, for Jeremy Gunderson, #213343 (ADC444449 - ADC444454) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for Jeremy Gunderson, #213343 (ADC444455).

6-931 AIMS Report, as of August 28, 2014, for Johnny J. Gurule, #117783 (ADC444456 - ADC444485) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Johnny J. Gurule, #117783 (ADC444486).

6-932 AIMS Report, as of August 29, 2014, for Ana Lorraine Hall, #212314 (ADC444487 - ADC444488) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Ana Lorraine Hall, #212314ADC444489).

6-933 AIMS Report, as of August 28, 2014, for Wayne L. Hallock, #205652 (ADC444490 - ADC444497) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Wayne L. Hallock, #205652 (ADC444498).

6-934 AIMS Report, as of August 27, 2014, for Samuel Hamilton, #090514 (ADC444499 - ADC444512) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for Samuel Hamilton, #090514 (ADC444513).

6-935 AIMS Report, as of August 28, 2014, for Burney W. Hampton, #238441 (ADC444514 - ADC444519) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Burney W. Hampton, #238441 (ADC444520).

6-936 AIMS Report, as of August 28, 2014, for Richard J. Hawkins, #177732 (ADC444521 - ADC444528) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Richard J. Hawkins, #177732 (ADC444529).

6-937 AIMS Report, as of August 28, 2014, for Stacy O. Hendricks, #210096 (ADC444530 - ADC444535) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Stacy O. Hendricks, #210096 (ADC444536).

6-938 AIMS Report, as of August 29, 2014, for Monica Henry, #289312 (ADC444537 - ADC444538) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Monica Henry, #289312 (ADC444539).

6-939 AIMS Report, as of August 28, 2014, for Fabian Hernandez, #243322 (ADC444540 - ADC444544) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Fabian Hernandez, #243322 (ADC444545).

6-940 AIMS Report, as of August 28, 2014, for Alfredo Herrera, #141081 (ADC444546 - ADC444555) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Alfredo Herrera, #141081 (ADC444556).

6-941 AIMS Report, as of August 28, 2014, for Sterling Hoff, #230875 (ADC444557 - ADC444562) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Sterling Hoff, #230875 (ADC444563).

6-942 AIMS Report, as of August 28, 2014, for Cordero K. Holmes, #241926 (ADC444564 - ADC444570) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Cordero K. Holmes, #241926 (ADC444571).

6-943 AIMS Report, as of August 28, 2014, for James B. Honeycutt, #044758 (ADC444572 - ADC444594) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for James B. Honeycutt, #044758 (ADC444595).

6-944 AIMS Report, as of August 29, 2014, for Mishaela R. Isaac-Ayala, #240805 (ADC444596 - ADC444601) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Mishaela R. Isaac-Ayala, #240805 (ADC444602).

6-945     AIMS Report, as of August 29, 2014, for Deeanna James, #268351
          (ADC444603 - ADC444607) and AIMS DI83 Inmate Program Record, as
          of August 29, 2014, for Deeanna James, #268351 (ADC444608).

6-946     AIMS Report, as of August 28, 2014, for Jaime Jasso, #212277
          (ADC444609 - ADC444617) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for Jaime Jasso, #212277 (ADC444618).

6-947     AIMS Report, as of August 28, 2014, for David Jimenez, #080990
          (ADC444619 - ADC444637) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for David Jimenez, #080990 (ADC444638).

6-948     AIMS Report, as of August 28, 2014, for Jeremy Johns, #261723
          (ADC444639 - ADC444642) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for Jeremy Johns, #261723 (ADC444643).

6-949     AIMS Report, as of August 28, 2014, for Christian D, Johnson, #212108
          (ADC444644 - ADC444653) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for Christian D. Johnson, #212108 (ADC444654).

6-950     AIMS Report, as of August 28, 2014, for Eric R. Johnson, #272454
          (ADC444655 - ADC444657) and AIMS DI83 Inmate Program Record, as
          of August 29, 2014, for Eric R. Johnson, #272454 (ADC444658).

6-951     AIMS Report, as of August 28, 2014, for Leander D. Johnson, #114551
          (ADC444659 - ADC444674) and AIMS DI83 Inmate Program Record, as
          of August 29, 2014, for Leander D. Johnson, #114551 (ADC444675 -
          ADC444676).

6-952     AIMS Report, as of August 29, 2014, for Shcova Johnson, #269199
          (ADC444677 - ADC444683) and AIMS DI83 Inmate Program Record, as
          of August 29, 2014, for Shcova Johnson, #269199 (ADC444684).

6-953     AIMS Report, as of August 28, 2014, for Levi D. Jones, #268898
          (ADC444685 - ADC444688) and AIMS DI83 Inmate Program Record, as
          of August 29, 2014, for Levi D. Jones, #268898 (ADC444689).

6-954     AIMS Report, as of August 28, 2014, for Ricky Josytewa, #154458
          (ADC444690 - ADC444701) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for Ricky Josytewa, #154458 (ADC444702).

6-955  AIMS Report, as of August 28, 2014, for Michael Godinez, #207525 (ADC444703 - ADC444710) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Michael Godinez, #207525 (ADC444711).

6-956  AIMS Report, as of August 28, 2014, for Roger Lagazo, #156280 (ADC444712 - ADC444729) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Roger Lagazo, #156280 (ADC444730).

6-957  AIMS Report, as of August 28, 2014, for Salvador Lainez, #239667 (ADC444731 - ADC444736) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Salvador Lainez, #239667 (ADC444737).

6-958  AIMS Report, as of August 27, 2014, for Lyndle J. Lane, #070772 (ADC444738 - ADC444761) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for Lyndle J. Lane, #070772 (ADC444762).

6-959  AIMS Report, as of August 28, 2014, for Matthew A. Larson, #256122 (ADC444763 - ADC444767) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Matthew A. Larson, #256122 (ADC444768).

6-960  AIMS Report, as of August 28, 2014, for Johnathan J. Leary, #234572 (ADC444769 - ADC444775) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Johnathan J. Leary, #234572 (ADC444776).

6-961  AIMS Report, as of August 29, 2014, for Nichole M. Leatherbury, #211830 (ADC444777 - ADC444786) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Nichole M. Leatherbury, #211830 (ADC444787).

6-962  AIMS Report, as of August 27, 2014, for Henry A. Legarde, #252959 (ADC444788 - ADC444794) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for Henry A. Legarde, #252959 (ADC444795).

6-963  AIMS Report, as of August 28, 2014, for Dimitri D. Lehman, #264397 (ADC444796 - ADC444803) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Dimitri D. Lehman, #264397 (ADC444804).

6-964  AIMS Report, as of August 28, 2014, for Darrell Lewis, #110548 (ADC444805 - ADC444816) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Darrell Lewis, #110548 (ADC444817).

6-965  AIMS Report, as of August 28, 2014, for Manuel O. Lizarraga, #178592 (ADC444818 - ADC444826) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Manuel O. Lizarraga, #178592 (ADC444827).

6-966  AIMS Report, as of August 28, 2014, for Anthony W. Lopez, #186362 (ADC444828 - ADC444838) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Anthony W. Lopez, #186362 (ADC444839 - ADC444840).

6-967  AIMS Report, as of August 28, 2014, for Steven C. Loustaunau, #215229 (ADC4448441 - ADC444848) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Steven C. Loustaunau, #215229 (ADC444849).

6-968  AIMS Report, as of August 28, 2014, for Alex A. Lowe, #268069 (ADC444850 - ADC444854) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Alex A. Lowe, #268069 (ADC444855).

6-969  AIMS Report, as of August 28, 2014, for Anthony Lozano-Solis, #153261 (ADC444856 - ADC444862) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Anthony Lozano-Solis, #153261 (ADC444863).

6-970  AIMS Report, as of August 27, 2014, for Shawn Lynch, #206125 (ADC444864 - ADC444867) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for Shawn Lynch, #206125 (ADC444868).

6-971  AIMS Report, as of August 27, 2014, for Zachary MacIsaac, #252577 (ADC444869 - ADC444876) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for Zachary MacIsaac, #252577 (ADC444877 - ADC444878).

6-972  AIMS Report, as of August 28, 2014, for Anthony Marin, #257478 (ADC444879 - ADC444884) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Anthony Marin, #257478 (ADC444885).

6-973  AIMS Report, as of August 29, 2014, for Bianca J. Marquez, #268664 (ADC444886 - ADC444891) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Bianca J. Marquez, #268664 (ADC444892).

6-974  AIMS Report, as of August 28, 2014, for Alonzo B. Martinez, #266305 (ADC444893 - ADC444900) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Alonzo B. Martinez, #266305 (ADC444901).

6-975 AIMS Report, as of August 27, 2014, for Eduardo Martinez, #121022 (ADC444902 - ADC444909) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for Eduardo Martinez, #121022 (ADC444910).

6-976 AIMS Report, as of August 28, 2014, for Marciano J. Martinez, #241634 (ADC444911 - ADC444915) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Marciano J. Martinez, #241634 (ADC444916).

6-977 AIMS Report, as of August 28, 2014, for Paul Matus, #125355 (ADC444917 - ADC444926) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Paul Matus, #125355 (ADC444927).

6-978 AIMS Report, as of August 27, 2014, for Jesse R. Mauricio, #128194 (ADC444928 - ADC444941) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for Jesse R. Mauricio, #128194 (ADC444942).

6-979 AIMS Report, as of August 28, 2014, for James G. McKinney, #173427 (ADC444943 - ADC444951) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for James G. McKinney, #173427 (ADC444952).

6-980 AIMS Report, as of August 28, 2014, for Edward A. McLeavey, #127639 (ADC444953 - ADC444970) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Edward A. McLeavey, #127639 (ADC444971 - ADC444972).

6-981 AIMS Report, as of August 29, 2014, for Tiffany McNeish, #194635 (ADC444973 - ADC444988) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Tiffany McNeish, #194635 (ADC444989 - ADC444991).

6-982 AIMS Report, as of August 28, 2014, for Alvaro Mejia, #263976 (ADC444992 - ADC444995) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Alvaro Mejia, #263976 (ADC444996).

6-983 AIMS Report, as of August 29, 2014, for Susan A. Mejia, #214515 (ADC444997 - ADC445003) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Susan A. Mejia, #214515 (ADC445004).

6-984 AIMS Report, as of August 28, 2014, for Jose B. Mera, #216311 (ADC445005 - ADC445011) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Jose B. Mera, #216311 (ADC445012).

6-985      AIMS Report, as of August 28, 2014, for Jose A. Meraz, #128570
           (ADC445013 - ADC445023) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Jose A. Meraz, #128570 (ADC445024).

6-986      AIMS Report, as of August 28, 2014, for Joe A. Meza , #260851
           (ADC445025 - ADC445029) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014, for Joe A. Meza , #260851 (ADC445030).

6-987      AIMS Report, as of August 29, 2014, for Heather N. Miller, #252097
           (ADC445031 - ADC445036) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Heather N. Miller, #252097 (ADC445037).

6-988      AIMS Report, as of August 27, 2014, for Tiffany Minnitt, #185253
           (ADC445038 - ADC445049) and AIMS DI83 Inmate Program Record, as
           of August 27, 2014, for Tiffany Minnitt, #185253 (ADC445050).

6-989      AIMS Report, as of August 28, 2014, for Julio Miramontes, #266890
           (ADC445051 - ADC445054) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014, for Julio Miramontes, #266890 (ADC445055).

6-990      AIMS Report, as of August 28, 2014, for Andrew J. Miranda, #046180
           (ADC445056 - ADC445081) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Andrew J. Miranda, #046180 (ADC445082).

6-991      AIMS Report, as of August 28, 2014, for Jorge Molina, #223730
           (ADC445083 - ADC445088) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Jorge Molina, #223730 (ADC445089).

6-992      AIMS Report, as of August 28, 2014, for Ralph P. Molina, #178100
           (ADC445090 - ADC445094) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Ralph P. Molina, #178100 (ADC445095).

6-993      AIMS Report, as of August 28, 2014, for Timothy C. Monk, #068675
           (ADC445096 - ADC445114) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Timothy C. Monk, #068675 (ADC445115).

6-994      AIMS Report, as of August 28, 2014, for Jesus M. Montano, #204785
           (ADC445116 - ADC445122) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Jesus M. Montano, #204785 (ADC445123).

6-995      AIMS Report, as of August 28, 2014, for Jesus A. Montoya, #244400
           (ADC445124 - ADC445130) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Jesus A. Montoya, #244400 (ADC445131).

6-996      AIMS Report, as of August 28, 2014, for Jose Morales, #258084
           (ADC445132 - ADC445137) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Jose Morales, #258084 (ADC445138).

6-997      AIMS Report, as of August 28, 2014, for Leobard Morales, #259671
           (ADC445139 - ADC445143) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Leobard Morales, #259671 (ADC445144).

6-998      AIMS Report, as of August 29, 2014, for Angelica M. Moreno, #194636
           (ADC445145 - ADC445149) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Angelica M. Moreno, #194636 (ADC445150).

6-999      AIMS Report, as of August 28, 2014, for Daniel J. Moreno, #243002
           (ADC445151 - ADC445157) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Daniel J. Moreno, #243002 (ADC445158).

6-1000     AIMS Report, as of August 28, 2014, for Levi A. Moses, #228550
           (ADC445159 - ADC445166) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Levi A. Moses, #228550 (ADC445167).

6-1001     AIMS Report, as of August 28, 2014, for Jonathan D. Munson, #260125
           (ADC445168 - ADC445172) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Jonathan D. Munson, #260125 (ADC445173).

6-1002     AIMS Report, as of August 28, 2014, for Monte E. Murphy, #222961
           (ADC445174 - ADC445180) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Monte E. Murphy, #222961 (ADC445181).

6-1003     AIMS Report, as of August 28, 2014, for Jonathan S. Nelson, #235797
           (ADC445182 - ADC445189) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Jonathan S. Nelson, #235797 (ADC445190).

6-1004     AIMS Report, as of August 28, 2014, for Nerva Santana, #274290
           (ADC445191 - ADC445193) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Nerva Santana, #274290 (ADC445194).

6-1005 AIMS Report, as of August 28, 2014, for Keith E. Noel, #275069 (ADC445195 - ADC445197) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Keith E. Noel, #275069 (ADC445198).

6-1006 AIMS Report, as of August 28, 2014, for Joshua M. Nunez, #154120 (ADC445199 - ADC445207) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Joshua M. Nunez, #154120 (ADC445208).

6-1007 AIMS Report, as of August 28, 2014, for Angelique S. Ochoa, #284848 (ADC445209 - ADC445228) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Angelique S. Ochoa, #284848 (ADC445229).

6-1008 AIMS Report, as of August 29, 2014, for Anthony J. Ochoa, #275296 (ADC445230 - ADC445235) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Anthony J. Ochoa, #275296 (ADC445236).

6-1009 AIMS Report, as of August 29, 2014, for Ronald G. Olivier, #052675 (ADC445237 - ADC445239) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Ronald G. Olivier, #052675 (ADC445240).

6-1010 AIMS Report, as of August 28, 2014, for Jorge L. Ordaz, #267243 (ADC445241 - ADC445243) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Jorge L. Ordaz, #267243 (ADC445244).

6-1011 AIMS Report, as of August 29, 2014, for Vanessa O. Ortiz, #261842 (ADC445245 - ADC445262) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Vanessa O. Ortiz, #261842 (ADC445263).

6-1012 AIMS Report, as of August 28, 2014, for Robert Osorio, #108309 (ADC445264 - ADC445268) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Robert Osorio, #108309 (ADC445269).

6-1013 AIMS Report, as of August 29, 2014, for Andy Otero, #254761 (ADC445270 - ADC445275) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Andy Otero, #254761 (ADC445276).

6-1014 AIMS Report, as of August 28, 2014, for Andre D. Padilla, #280294 (ADC445277 - ADC445280) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Andre D. Padilla, #280294 (ADC445281).

6-1015     AIMS Report, as of August 28, 2014, for Elvin Padilla, #250389 (ADC445282 - ADC445289) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Elvin Padilla, #250389 (ADC445290).

6-1016     AIMS Report, as of August 29, 2014, for Shane M. Paisley, #241986 (ADC445291 - ADC445296) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Shane M. Paisley, #241986 (ADC445297).

6-1017     AIMS Report, as of August 29, 2014, for Rogelio Palacioshernandez, #272740 (ADC445298 - ADC445300) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Rogelio Palacioshernandez, #272740 (ADC445301).

6-1018     AIMS Report, as of August 29, 2014, for Enrique Palma, #167506 (ADC445302 - ADC445310) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Enrique Palma, #167506 (ADC445311).

6-1019     AIMS Report, as of August 28, 2014, for Allen D. Parsons, #211737 (ADC445312 - ADC445323) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Allen D. Parsons, #211737 (ADC445324).

6-1020     AIMS Report, as of August 28, 2014, for Terry L. Paterakis, #207206 (ADC445325 - ADC445333) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Terry L. Paterakis, #207206 (ADC445334).

6-1021     AIMS Report, as of August 28, 2014, for Randy D. Payton, #218434 (ADC445335 - ADC445343) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Randy D. Payton, #218434 (ADC445344).

6-1022     AIMS Report, as of August 28, 2014, for Anthony M. Pena, #274861 (ADC445345 - ADC445346) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Anthony M. Pena, #274861 (ADC445347).

6-1023     AIMS Report, as of August 28, 2014, for Benny M. Peralta, #058084 (ADC445348 - ADC445377) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Benny M. Peralta, #058084 (ADC445378).

6-1024     AIMS Report, as of August 28, 2014, for Francisco J. Peralta, #253874 (ADC445379 - ADC445384) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Francisco J. Peralta, #253874 (ADC445385).

6-1025      AIMS Report, as of August 29, 2014, for Emmanuel D. Peters, #191198
            (ADC445386 - ADC445398) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Emmanuel D. Peters, #191198 (ADC445399).

6-1026      AIMS Report, as of August 29, 2014, for Pamela A. Phillips, #291488
            (ADC445400 - ADC445401) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Pamela A. Phillips, #291488 (ADC445402).

6-1027      AIMS Report, as of August 29, 2014, for Lorenzo A. Pogue-Fuentes,
            #231849 (ADC445403 - ADC445408) and AIMS DI83 Inmate Program
            Record, as of September 2, 2014, for Lorenzo A. Pogue-Fuentes, #231849
            (ADC445409)..

6-1028       AIMS Report, as of August 28, 2014, for Jeremy Price, #162486
            (ADC445423 - ADC445433) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Jeremy Price, #162486 (ADC445434).

6-1029      AIMS Report, as of August 29, 2014, for Gilbert Quintana-Sena, #253793
            (ADC445435 - ADC445439) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Gilbert Quintana-Sena, #253793 (ADC445440).

6-1030      AIMS Report, as of August 29, 2014, for Jose Quintanilla, #229303
            (ADC445441 - ADC445449) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Jose Quintanilla, #229303 (ADC445450).

6-1031       AIMS Report, as of August 28, 2014, for Jason T. Rahmatulla, #187974
            (ADC445541 - ADC445555) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Jason T. Rahmatulla, #187974 (ADC445556).

6-1032      AIMS Report, as of August 29, 2014, for Robert Ramirez, #169082
            (ADC445557 - ADC445569) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Robert Ramirez, #169082 (ADC445570).

6-1033      AIMS Report, as of August 28, 2014, for Victor M. Ramos, #219428
            (ADC445571 - ADC445577) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Victor M. Ramos, #219428 (ADC445578).

6-1034      AIMS Report, as of August 29, 2014, for Marco K. Randles, #280296
            (ADC445579 - ADC445581) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Marco K. Randles, #280296 (ADC445582).

6-1035      AIMS Report, as of August 29, 2014, for Phillip Raphael, #240906
            (ADC445583 - ADC445587) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Phillip Raphael, #240906 (ADC445588).

6-1036      AIMS Report, as of August 28, 2014, for Ameen A. Raschid, #054257
            (ADC445589 - ADC445611) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Ameen A. Raschid, #054257 (ADC445612).

6-1037      AIMS Report, as of August 28, 2014, for Ricky Ray, #233923
            (ADC445613 - ADC445618) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Ricky Ray, #233923 (ADC445619).

6-1038      AIMS Report, as of August 28, 2014, for Stephen D. Reeves, #263041
            (ADC445620 - ADC445621) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Stephen D. Reeves, #263041 (ADC445622).

6-1039      AIMS Report, as of August 28, 2014, for Christian A. Reyes, #274585
            (ADC445623 - ADC445626) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Christian A. Reyes, #274585 (ADC445627).

6-1040      AIMS Report, as of August 28, 2014, for Kristian E. Reyes, #262716
            (ADC445628 - ADC445631) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Kristian E. Reyes, #262716 (ADC445632).

6-1041      AIMS Report, as of August 28, 2014, for Ramon O. Reyes, #240234
            (ADC445633 - ADC445639) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Ramon O. Reyes, #240234 (ADC445640).

6-1042      AIMS Report, as of August 27, 2014, for Gloria Rivas, #156638
            (ADC445641 - ADC445656) and AIMS DI83 Inmate Program Record, as
            of August 27, 2014, for Gloria Rivas, #156638 (ADC445657).

6-1043      AIMS Report, as of August 28, 2014, for Eric M. Rivera, #252873
            (ADC445658 - ADC445662) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Eric M. Rivera, #252873 (ADC445663).

6-1044      AIMS Report, as of August 29, 2014, for Brennan F. Robb, #283316
            (ADC445664 - ADC445666) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Brennan F. Robb, #283316 (ADC445667).

6-1045     AIMS Report, as of August 29, 2014, for Francisco J. Rodriguez, #183772 (ADC445668 - ADC445673) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Francisco J. Rodriguez, #183772 (ADC445674).

6-1046     AIMS Report, as of August 27, 2014, for Frankie Rodriguez, #140309 (ADC445675 - ADC445692) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for Frankie Rodriguez, #140309 (ADC445693 - ADC445694).

6-1047     AIMS Report, as of August 28, 2014, for Rafael G. Rodriguez, #204025 (ADC445695 - ADC445703) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Rafael G. Rodriguez, #204025 (ADC445704).

6-1048     AIMS Report, as of August 29, 2014, for Vanessa N. Rodriguez, #264616 (ADC445705 - ADC445711) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Vanessa N. Rodriguez, #264616 (ADC445712).

6-1049     AIMS Report, as of August 29, 2014, for Jazmine Romero, #287691 (ADC445713 - ADC445714) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Jazmine Romero, #287691 (ADC445715).

6-1050     AIMS Report, as of August 27, 2014, for Sabrina M. Romero, #164156 (ADC445716 - ADC445734) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for Sabrina M. Romero, #164156 (ADC445735 - ADC445736).

6-1051     AIMS Report, as of August 28, 2014, for Ali R. Ross, #261392 (ADC445737 - ADC445740) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Ali R. Ross, #261392 (ADC445741).

6-1052     AIMS Report, as of August 29, 2014, for Jennifer J. Ruiz, #270438 (ADC445742 - ADC445747) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Jennifer J. Ruiz, #270438 (ADC445748).

6-1053     AIMS Report, as of August 28, 2014, for James Runnels, #080061 (ADC445749 - ADC445767) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for James Runnels, #080061 (ADC445768).

6-1054     AIMS Report, as of August 29, 2014, for Omar R. Ruiz, #150727 (ADC445769 - ADC445781) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Omar R. Ruiz, #150727 (ADC445782).

6-1055        AIMS Report, as of August 28, 2014, for Alfredo H. Salayandia, #179875
              (ADC445783 - ADC445788) and AIMS DI83 Inmate Program Record, as
              of September 2, 2014, for Alfredo H. Salayandia, #179875 (ADC445789).

6-1056        AIMS Report, as of August 28, 2014, for Roy J. Salinas, #164693
              (ADC445790 - ADC445796) and AIMS DI83 Inmate Program Record, as
              of September 2, 2014, for Roy J. Salinas, #164693 (ADC445797).

6-1057        AIMS Report, as of August 28, 2014, for Daniel L. Sam, #229070
              (ADC445798 - ADC445802) and AIMS DI83 Inmate Program Record, as
              of September 2, 2014, for Daniel L. Sam, #229070 (ADC445803).

6-1058        AIMS Report, as of August 28, 2014, for Alexander X. Sanchez, #235989
              (ADC445804 - ADC445809) and AIMS DI83 Inmate Program Record, as
              of September 2, 2014, for Alexander X. Sanchez, #235989 (ADC445810).

6-1059        AIMS Report, as of August 27, 2014, for Maricela O. Sanchez, #278043
              (ADC445811 - ADC445813) and AIMS DI83 Inmate Program Record, as
              of August 27, 2014, for Maricela O. Sanchez, #278043 (ADC445814).

6-1060        AIMS Report, as of August 28, 2014, for Mark A. Sanchez, #157876
              (ADC445815 - ADC445824) and AIMS DI83 Inmate Program Record, as
              of September 2, 2014, for Mark A. Sanchez, #157876 (ADC445825).

6-1061        AIMS Report, as of August 29, 2014, for Antonio Sandfield, #280279
              (ADC445826 - ADC445828) and AIMS DI83 Inmate Program Record, as
              of September 2, 2014, for Antonio Sandfield, #280279 (ADC445829).

6-1062        AIMS Report, as of August 29, 2014, for Rodney R. Saner, #241834
              (ADC445830 - ADC445835) and AIMS DI83 Inmate Program Record, as
              of September 2, 2014, for Rodney R. Saner, #241834 (ADC445836).

6-1063        AIMS Report, as of August 28, 2014, for Samuel S. Santillana, #232830
              (ADC445837 - ADC445843) and AIMS DI83 Inmate Program Record, as
              of September 2, 2014, for Samuel S. Santillana, #232830 (ADC445844).

6-1064        AIMS Report, as of August 28, 2014, for Jonathan J. Saucedo, #244335
              (ADC445845 - ADC445849) and AIMS DI83 Inmate Program Record, as
              of September 2, 2014, for Jonathan J. Saucedo, #244335 (ADC445850).

6-1065  AIMS Report, as of August 28, 2014, for Kevin R. Secord, #206436 (ADC445851 - ADC445860) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Kevin R. Secord, #206436 (ADC445861).

6-1066  AIMS Report, as of August 28, 2014, for Keith R. Seja, #149214 (ADC445862 - ADC445871) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Keith R. Seja, #149214 (ADC445872).

6-1067  AIMS Report, as of 8/27/2014, for Heather M. Self, #231185 (ADC445873 - ADC445880) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for Heather M. Self, #231185 (ADC445881).

6-1068  AIMS Report, as of August 28, 2014, for Anthony Sepulveda, #222800 (ADC445882 - ADC445892) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Anthony Sepulveda, #222800 (ADC445893).

6-1069  AIMS Report, as of August 29, 2014, for James E Sera, #196510 (ADC445894 - ADC445899) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for James E Sera, #196510 (ADC445900).

6-1070  AIMS Report, as of August 28, 2014, for Kenneth L. Severns, #045787 (ADC445901 - ADC445928) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Kenneth L. Severns, #045787 (ADC445929).

6-1071  AIMS Report, as of August 28, 2014, for Maurice A. Shaw, #216121 (ADC445930 - ADC445937) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Maurice A. Shaw, #216121 (ADC445938).

6-1072  AIMS Report, as of August 28, 2014, for Gary H. Sherrod, #246568 (ADC445939 - ADC445946) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Gary H. Sherrod, #246568 (ADC445947).

6-1073  AIMS Report, as of September 2, 2014, for Matthew C. Silene, #273906 (ADC445949 - ADC445956) and AIMS DI83 Inmate Program Record, as of August 28, 2014, for Matthew C. Silene, #273906 (ADC445948).

6-1074  AIMS Report, as of August 28, 2014, for James E. Smith, #246165 (ADC445957 - ADC445964) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for James E. Smith, #246165 (ADC445965).

6-1075    AIMS Report, as of August 27, 2014, for Dante Solomon, #271098
          (ADC4480 - ADC445981) and AIMS DI83 Inmate Program Record, as of
          September 2, 2014, for Dante Solomon, #271098 (ADC445982).

6-1076    AIMS Report, as of August 29, 2014, for Anthony Soto, #207739
          (ADC445983 - ADC445990) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for Anthony Soto, #207739 (ADC445991).

6-1077    AIMS Report, as of August 29, 2014, for Jose A. Soto, #252068
          (ADC445992 - ADC445997) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for Jose A. Soto, #252068 (ADC445998).

6-1078    AIMS Report, as of August 27, 2014, for Maisha R. Soto, #202359
          (ADC445999 - ADC446008) and AIMS DI83 Inmate Program Record, as
          of August 27, 2014, for Maisha R. Soto, #202359 (ADC446009).

6-1079    AIMS Report, as of August 28, 2014, for Albert Stuart, #256499
          (ADC446010 - ADC446015) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for Albert Stuart, #256499 (ADC446016).

6-1080    AIMS Report, as of August 28, 2014 Isiah Sullivan, #261394 (ADC446017
          - ADC446021) and AIMS DI83 Inmate Program Record, as of September
          2, 2014 Isiah Sullivan, #261394 (ADC446022).

6-1081    AIMS Report, as of August 29, 2014, for Oscar R. Terrazas, #095729
          (ADC446023 - ADC446039) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for Oscar R. Terrazas, #095729 (ADC446040).

6-1082    AIMS Report, as of August 29, 2014, for Joseph Tewa, #258275
          (ADC446041 - ADC446044) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for Joseph Tewa, #258275 (ADC446045).

6-1083    AIMS Report, as of August 29, 2014, for Shari Tobyne, #281121
          (ADC446046 - ADC446048) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for Shari Tobyne, #281121 (ADC446049).

6-1084    AIMS Report, as of August 27, 2014, for Damien Toliver, #234877
          (ADC446050 - ADC446053) and AIMS DI83 Inmate Program Record, as
          of August 27, 2014, for Damien Toliver, #234877 (ADC446054).

6-1085        AIMS Report, as of August 28, 2014, for Gregory Torrez, #169338 (ADC446055 - ADC446063) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Gregory Torrez, #169338 (ADC446064).

6-1086        AIMS Report, as of August 28, 2014, for Mark J. Tovar, #290204 (ADC446065 - ADC446066) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Mark J. Tovar, #290204 (ADC446067).

6-1087        AIMS Report, as of August 28, 2014, for Christopher D. Trejo, #182992 (ADC446068 - ADC446072) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Christopher D. Trejo, #182992 (ADC446073).

6-1088        AIMS Report, as of August 27, 2014, for Rosalva Trevino, #252096 (ADC446074 - ADC446082) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for Rosalva Trevino, #252096 (ADC446083).

6-1089        AIMS Report, as of August 29, 2014, for David F. Trottier, #167043 (ADC446084 - ADC446097) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for David F. Trottier, #167043 (ADC446098).

6-1090        AIMS Report, as of August 29, 2014, for Berlyndria Tsosie, #195730 (ADC446099 - ADC446118) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Berlyndria Tsosie, #195730 (ADC446119).

6-1091        AIMS Report, as of August 29, 2014, for Johnny A. Valdez, #192006 (ADC446120 - ADC446128) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Johnny A. Valdez, #192006 (ADC446129).

6-1092        AIMS Report, as of August 29, 2014, for Geraldine T. Valencia, #230671 (ADC446130 - ADC446136) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Geraldine T. Valencia, #230671 (ADC446137).

6-1093        AIMS Report, as of August 28, 2014, for Hector Valencia, #105667 (ADC446138 - ADC446153) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Hector Valencia, #105667 (ADC446154).

6-1094        AIMS Report, as of August 28, 2014, for Dennis J. Valenzuela, #248427 (ADC446155 - ADC446161) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Dennis J. Valenzuela, #248427 (ADC446162).

6-1095        AIMS Report, as of August 28, 2014, for Francisco J. Valenzuela-Parra, #223401 (ADC446163 - ADC446168) and AIMS DI83 Inmate Program

Record, as of September 2, 2014, for Francisco J. Valenzuela-Parra, #223401 (ADC446169).

6-1096     AIMS Report, as of August 28, 2014, for Tito M. Valles-Ruiz, #240506 (ADC446170 - ADC446175) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Tito M. Valles-Ruiz, #240506 (ADC446176).

6-1097     AIMS Report, as of August 28, 2014, for Christopher A. Vargas, #167669 (ADC446177 - ADC446188) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Christopher A. Vargas, #167669 (ADC446189).

6-1098     AIMS Report, as of August 27, 2014, for Nathanial S. Vargas, #138514 (ADC446190 - ADC446209) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for Nathanial S. Vargas, #138514 (ADC446210 - ADC446211).

6-1099     AIMS Report, as of August 29, 2012, for Eddie R. Vaughn, #194252 (ADC446212 - ADC446221) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Eddie R. Vaughn, #194252 (ADC446222).

6-1100     AIMS Report, as of August 28, 2014, for Daniel Velarde, #161285 (ADC446223 - ADC446235) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Daniel Velarde, #161285 (ADC446236).

6-1101     AIMS Report, as of August 28, 2014, for Raymon J. Velez, #243095 (ADC446237 - ADC446239) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Raymon J. Velez, #243095 (ADC446240).

6-1102     AIMS Report, as of August 29, 2012, for Maximo A. Villalvazo-Pelayo, #260897 (ADC446259 - ADC446263) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Maximo A. Villalvazo-Pelayo, #260897 (ADC446264).

6-1103     AIMS Report, as of August 28, 2014, for Wesley J. Wailes, #209889 (ADC446265 - ADC446271) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Wesley J. Wailes, #209889 (ADC446272).

6-1104     AIMS Report, as of August 27, 2014, for Melissa M. Wakeman, #271682 (ADC446273 - ADC446277) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for Melissa M. Wakeman, #271682 (ADC446278).

6-1105     AIMS Report, as of August 28, 2014, for Sheldon B. Walker, #102833
           (ADC4462779 - ADC446288) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Sheldon B. Walker, #102833 (ADC446289).

6-1106     AIMS Report, as of August 29, 2012, for Joshua W. Wallace, #210010
           (ADC446290 - ADC446297) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Joshua W. Wallace, #210010 (ADC446298).

6-1107     AIMS Report, as of August 28, 2014, for Terrence K. Washington,
           #238400 (ADC4462999 - ADC446301) and AIMS DI83 Inmate Program
           Record, as of September 2, 2014, for Terrence K. Washington, #238400
           (ADC446302).

6-1108     AIMS Report, as of August 29, 2014, for Brian K. Webb, #149357
           (ADC446303 - ADC446313) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014, for Brian K. Webb, #149357 (ADC446314 -
           ADC446315).

6-1109     AIMS Report, as of August 28, 2014, for Kevin L. Weber, #153979
           (ADC446316 - ADC446327) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Kevin L. Weber, #153979 (ADC446328).

6-1110     AIMS Report, as of August 29, 2014, for Baylee Kae White, #256777
           (ADC446329 - ADC446330) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014, for Baylee Kae White, #256777 (ADC446335).

6-1111     AIMS Report, as of August 28, 2014, for Dujon White, #087147
           (ADC446336 - ADC446359) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Dujon White, #087147 (ADC446360).

6-1112     AIMS Report, as of August 29, 2014, for Noelle S. Widder, #174356
           (ADC446361 - ADC446375) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014, for Noelle S. Widder, #174356 (ADC446376).

6-1113     AIMS Report, as of August 28, 2014, for Thomas E. Wilkerson, #246739
           (ADC446377 - ADC446381) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Thomas E. Wilkerson, #246739 (ADC446382).

6-1114     AIMS Report, as of August 28, 2014, for Hanson R. Williams, #189301
           (ADC446383 - ADC446395) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for Hanson R. Williams, #189301 (ADC446396).

6-1115    AIMS Report, as of August 27, 2014, for Tory L. Williams, #190756 (ADC446397 - ADC446406) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Tory L. Williams, #190756 (ADC446407 - ADC446408).

6-1116    AIMS Report, as of August 28, 2014, for Brandon Wood, #164952 (ADC446409 - ADC446420) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Brandon Wood, #164952 (ADC446421).

6-1117    AIMS Report, as of August 28, 2014, for Craig A. Wood, #282659 (ADC446422 - ADC446424) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Craig A. Wood, #282659 (ADC446425).

6-1118    AIMS Report, as of August 28, 2014, for Michael Woods, #242230 (ADC446426 - ADC446431) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Michael Woods, #242230 (ADC446432).

6-1119    AIMS Report, as of August 28, 2014, for Jesse R. Wozniak, #129673 (ADC446433 - ADC446452) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Jesse R. Wozniak, #129673 (ADC446453).

6-1120    AIMS Report, as of August 29, 2014, for Samuel A. Wright, #207261 (ADC446454 - ADC446460) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Samuel A. Wright, #207261 (ADC446461).

6-1121    AIMS Report, as of August 28, 2014, for Yak M. Yak, #181109 (ADC446462 - ADC446471) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Yak M. Yak, #181109 (ADC446472).

6-1122    AIMS Report, as of August 29, 2014, for Stewart E. Younan, #173538 (ADC446473 - ADC446478) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Stewart E. Younan, #173538 (ADC446479).

6-1123    AIMS Report, as of August 28, 2014, for Joseph L. Zachar, #268170 (ADC446480 - ADC446485) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Joseph L. Zachar, #268170 (ADC446486).

6-1124    AIMS Report, as of August 29, 2014, for Victor M. Zavala, #265202 (ADC446487 - ADC446490) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Victor M. Zavala, #265202 (ADC446491).

6-1125        AIMS Report, as of August 28, 2014, for Terry A. Zogg, #263409
              (ADC446492 - ADC446498) and AIMS DI83 Inmate Program Record, as
              of September 2, 2014, for Terry A. Zogg, #263409 (ADC446499).

6-1126        AIMS Report, as of August 28, 2014, for Alvin Adamson, #190119
              (ADC446500 - ADC446508) and AIMS DI83 Inmate Program Record, as
              of September 2, 2014, for Alvin Adamson, #190119 (ADC446509).

6-1127        AIMS Report, as of August 29, 2014, for Audrey Akers, #260306
              (ADC446511 - ADC446515) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for Audrey Akers, #260306 (ADC446516).

6-1128        AIMS Report, as of August 29, 2014, for Robert Aloia, #070520
              (ADC446517 - ADC446528) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for Robert Aloia, #070520 (ADC446529 -
              ADC446530).

6-1129        AIMS Report, as of August 29, 2014, for Carlos Alvarado, #050444
              (ADC446531 - ADC446547) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for Carlos Alvarado, #050444 (ADC446548).

6-1130        AIMS Report, as of August 29, 2014, for Deon Anderson, #262770
              (ADC446549 - ADC446553) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for Deon Anderson, #262770 (ADC446554).

6-1131        AIMS Report, as of August 29, 2014, for Virginia Anderson, #265961
              (ADC446555 - ADC446567) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for Virginia Anderson, #265961 (ADC446568).

6-1132        AIMS Report, as of August 29, 2014, for Ray Arce, #151480 (ADC447710
              - ADC447734) and AIMS DI83 Inmate Program Record, as of September
              3, 2014, for Ray Arce, #151480 (ADC447735).

6-1133        AIMS Report, as of August 29, 2014, for Servier Begay, #244783
              (ADC446569 - ADC446575) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for Servier Begay, #244873 (ADC446576).

6-1134        AIMS Report, as of August 29, 2014, for Timothy Ben, #186585
              (ADC446577 - ADC446583) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for Timothy Ben, #186585 (ADC446584).

6-1135        AIMS DI83 Inmate Program Record, as of September 3, 2014, for Christina
              Black, #145562 (ADC446599).

6-1136        AIMS Report, as of August 29, 2014, for Chase Blackshear, #208994
              (ADC446600 - ADC446608) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for Chase Blackshear, #208994 (ADC446609 -
              ADC446610).

6-1137        AIMS Report, as of August 29, 2014, for Antonio Carrillo, #228760
              (ADC447736 - ADC447741) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for Antonio Carrillo, #228760 (ADC447742).

6-1138        AIMS Report, as of August 29, 2014, for Oscar Castellon, #172161
              (ADC447743 - 447756) and AIMS DI83 Inmate Program Record, as of
              September 3, 2014, for Oscar Castellon, #172161 (ADC447757).

6-1139        AIMS Report, as of August 29, 2014, for Rudy Champion, #254341
              (ADC447758 - ADC447761) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for Rudy Champion, #254341 (ADC447762).

6-1140        AIMS Report, as of August 29, 2014, for Rocky Collins, #040513
              (ADC446611 - ADC446621) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for Rocky Collins, #040513 (ADC446622).

6-1141        AIMS Report, as of August 28, 2014, for John Cox, #044452 (ADC446623
              - ADC446641) and AIMS DI83 Inmate Program Record, as of September
              2, 2014, for John Cox, #044452 (ADC446642 - ADC446643).

6-1142        AIMS Report, as of August 29, 2014, for Phillip Cruz, #179290
              (ADC446644 - ADC446659) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for Phillip Cruz, #179290 (ADC446660).

6-1143        AIMS Report, as of August 29, 2014, for Robert Dumond, #180847
              (ADC446661 - ADC446665) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for Robert Dumond, #180847 (ADC446666).

6-1144        AIMS Report, as of August 29, 2014, for Miguel Echevarria-Solis,
              #236983 (ADC446667 - ADC446674) and AIMS DI83 Inmate Program
              Record, as of September 3, 2014, for Miguel Echevarria-Solis, #236983
              (ADC446675).

6-1145      AIMS Report, as of August 29, 2014, for Wolfgang Ehmke, #132189
            (ADC446676 - ADC446684) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Wolfgang Ehmke, #132189 (ADC446685).

6-1146      AIMS Report, as of August 28, 2014, for William Evans, #213432
            (ADC446686 - ADC446706) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for William Evans, #213432 (ADC446707 -
            ADC446708).

6-1147      AIMS Report, as of August 28, 2014, for Francisco Felix, #159630
            (ADC446709 - ADC446719) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Francisco Felix, #159630 (ADC446720 -
            ADC446721).

6-1148      AIMS Report, as of August 29, 2014, for Stephen Findura, #165050
            (ADC446722 - ADC446729) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for Stephen Findura, #165050 (ADC446730).

6-1149      AIMS Report, as of August 29, 2014, for Marty Fink, #097966
            (ADC446731 - ADC446737) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for Marty Fink, #097966 (ADC446738).

6-1150      AIMS Report, as of August 28, 2014, for Jeremy Fletcher, #209388
            (ADC446739 - ADC446745) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Jeremy Fletcher, #209388 (ADC446746 -
            ADC446747).

6-1151      AIMS Report, as of August 28, 2014, for Christopher Florez, #215334
            (ADC447763 - ADC447770) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Christopher Florez, #215334 (ADC447771 -
            ADC447772).

6-1152      AIMS Report, as of September 4, 2014, for Ignacio Fuentes, #105751
            (ADC445463 – ADC445477) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Ignacio Fuentes, #105751 (ADC445478).

6-1153      AIMS Report, as of August 29, 2014, for Steven Fuller, #039410
            (ADC447773 - ADC447809) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for Steven Fuller, #039410 (ADC447810).

6-1154    AIMS Report, as of August 29, 2014, for Frank Galo, #150621 (ADC446748 - ADC446759) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Frank Galo, #150621 (ADC446760).

6-1155    AIMS Report, as of August 29, 2014, for Juan Garibo, #218563 (ADC447811 - ADC447814) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Juan Garibo, #218563 (ADC447815).

6-1156    AIMS Report, as of August 29, 2014, for Enrique Garza, #248056 (ADC447816 - ADC447821) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Enrique Garza, #248056 (ADC447822).

6-1157    AIMS Report, as of August 29, 2014, for Samuel Golden, #213907 (ADC446761 - ADC446768) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Samuel Golden, #213907 (ADC446769).

6-1158    AIMS Report, as of August 29, 2014, for Stephanie Gomez, #229986 (ADC446770 - ADC446778) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Stephanie Gomez, #229986 (ADC446779).

6-1159    AIMS Report, as of August 29, 2014, for Javier Gonzalez, #217498 (ADC446780 - ADC446786) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Javier Gonzalez, #217498 (ADC446787).

6-1160    AIMS Report, as of August 29, 2014, for Sammy Graham, #198050 (ADC446788 - ADC446794) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Sammy Graham, #198050 (ADC446795).

6-1161    AIMS Report, as of August 28, 2014, for Neil Gresham, #221790 (ADC447823 - ADC447829) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Neil Gresham, #221790 (ADC447830 - ADC447831).

6-1162    AIMS Report, as of August 29, 2014, for Anthony Hand, #266711 (ADC446796 - ADC446803) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Anthony Hand, #266711 (ADC446804).

6-1163    AIMS Report, as of August 29, 2014, for Robert Harmon, #251293 (ADC446805-446811) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Robert Harmon, #251293 (ADC446812).

6-1164      AIMS Report, as of August 29, 2014, for Shaun Harris, #198341
            (ADC446813 - ADC446818) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for Shaun Harris, #198341 (ADC447832).

6-1165      AIMS Report, as of August 28, 2014, for Javon Hatcher, #159512
            (ADC446819 - ADC446832) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Javon Hatcher, #159512 (ADC446833 -
            ADC446834).

6-1166      AIMS Report, as of August 29, 2014, for Dale Hausner, #240702
            (ADC446835 - ADC446840) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for Dale Hausner, #240702 (ADC446841).

6-1167      AIMS Report, as of August 28, 2014, for Gabriel Hayes, #174960
            (ADC446842 - ADC446852) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Gabriel Hayes, #174960 (ADC446853).

6-1168      AIMS Report, as of August 29, 2014, for Paul Henderson, #247636
            (ADC446854 - ADC446858) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for Paul Henderson, #247636 (ADC446859).

6-1169      AIMS Report, as of August 28, 2014, for Abraham Hermosillo, #077025
            (ADC446860 - ADC446879) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Abraham Hermosillo, #077025 (ADC446880 -
            ADC446881).

6-1170      AIMS Report, as of August 29, 2014, for Michael Hernandez, #211872
            (ADC446882 - ADC446888) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for Michael Hernandez, #211872 (ADC446889 -
            ADC446890).

6-1171      AIMS Report, as of August 29, 2014, for Rebecca Herrera, #254838
            (ADC446891 - ADC446900) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for Rebecca Herrera, #254838 (ADC446901 -
            ADC446902).

6-1172      AIMS Report, as of August 29, 2014, for Todd Hoke, #253951
            (ADC446903 - ADC446907) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for Todd Hoke, #253951 (ADC446908).

6-1173  AIMS Report, as of August 29, 2014, for Scott Holbrook, #259300 (ADC446909 - ADC446917) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Scott Holbrook , #259300 (ADC446918 - ADC446919).

6-1174  AIMS Report, as of August 29, 2014, for Patrick Hoppes, #242119 (ADC446920 - ADC446925) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Patrick Hoppes, #242119 (ADC446926).

6-1175  AIMS Report, as of August 29, 2014, for Robert Jaramillo, #039278 (ADC446927 - ADC446939) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Robert Jaramillo, #039278 (ADC446940).

6-1176  AIMS Report, as of August 29, 2014, for Noe Jimenez, #239038 (ADC446941 - ADC446950) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Noe Jimenez, #239038 (ADC446951).

6-1177  AIMS Report, as of August 29, 2014, for Billy Johnson, #225801 (ADC446952 - ADC446958) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Billy Johnson, #225801 (ADC447833).

6-1178  AIMS Report, as of August 29, 2014, for Charles Johnson, #099855 (ADC446959 - ADC446973) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Charles Johnson, #099855 (ADC446974).

6-1179  AIMS Report, as of August 29, 2014, for Willie Johnson, #220930 (ADC446975 - ADC446981) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Willie Johnson, #220930 (ADC446982).

6-1180  AIMS Report, as of August 29, 2014, for Jason Jones, #242070 (ADC446983 - ADC446989) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Jason Jones, #242070 (ADC446990).

6-1181  AIMS Report, as of August 28, 2014, for Thomas Kane, #060051 (ADC446991 - ADC447020) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Thomas Kane, #060051 (ADC447021).

6-1182  AIMS Report, as of August 28, 2014, for Darren Kanuho, #270053 (ADC447022 - ADC447026) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for Darren Kanuho, #270053 (ADC447027).

6-1183       AIMS Report, as of August 28, 2014, for Ty Kasper, #085401
             (ADC447028) and AIMS DI83 Inmate Program Record, as of August 29,
             2014, for Ty Kasper, #085401 (ADC447050).

6-1184       AIMS Report, as of August 29, 2014, for Arabell King, #197245
             (ADC447051 - ADC447062) and AIMS DI83 Inmate Program Record, as
             of August 29, 2014, for Arabell King, #197245 (ADC447063).

6-1185       AIMS Report, as of August 28, 2014, for Robert King, #261071
             (ADC447064 - ADC447070) and AIMS DI83 Inmate Program Record, as
             of September 2, 2014, for Robert King, #261071 (ADC447071).

6-1186       AIMS Report, as of August 29, 2014, for Audrey Klosterman, #248296
             (ADC447072 - ADC447076) and AIMS DI83 Inmate Program Record, as
             of August 29, 2014, for Audrey Klosterman, #248296 (ADC447077).

6-1187       AIMS Report, as of September 4, 2014, for Brianna Lerma, #221815
             (ADC445479 – ADC445487) and AIMS DI83 Inmate Program Record, as
             of August 29, 2014, for Brianna Lerma, #221815 (ADC445488 –
             ADC445489).

6-1188       AIMS Report, as of August 29, 2014, for Marcus Luster, #167766
             (ADC447078 - ADC447098) and AIMS DI83 Inmate Program Record, as
             of September 3, 2014, for Marcus Luster, #167766 (ADC447099).

6-1189       AIMS Report, as of August 29, 2014, for Sheila Manygoats, #193693
             (ADC447100 - ADC447108) and AIMS DI83 Inmate Program Record, as
             of September 3, 2014, for Sheila Manygoats, #193693 (ADC447109).

6-1190       AIMS Report, as of August 29, 2014, for Mark Martinez, #200893
             (ADC447110 - ADC447114) and AIMS DI83 Inmate Program Record, as
             of September 3, 2014, for Mark Martinez, #200893 (ADC447115).

6-1191       AIMS Report, as of August 29, 2014, for Ramon Martinez, #076688
             (ADC447116 - ADC447132) and AIMS DI83 Inmate Program Record, as
             of September 3, 2014, for Ramon Martinez, #076688 (ADC447133).

6-1192       AIMS Report, as of August 29, 2014, for Leroy Montoya, #238802
             (ADC447134 - ADC447139) and AIMS DI83 Inmate Program Record, as
             of September 3, 2014, for Leroy Montoya, #238802 (ADC447140).

6-1193 AIMS Report, as of August 28, 2014, for Juan Moya, #190959 (ADC447141 - ADC447151) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Juan Moya, #190959 (ADC447152 - ADC447153).

6-1194 AIMS Report, as of August 28, 2014, for Eric Mulkey, #113208 (ADC447154 - ADC447171) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Eric Mulkey, #113208 (ADC447172 - ADC447173).

6-1195 AIMS DI83 Inmate Program Record, as of September 3, 2014, for Eric Nelson, #157808 (ADC447180) and AIMS Report, as of August 29, 2014, for Eric Nelson, #157808 (ADC44174 - ADC447179).

6-1196 AIMS Report, as of August 29, 2014, for Desiree Nolasco, #231987 (ADC447181 - ADC447192) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Desiree Nolasco, #231987 (ADC447193 - ADC447194).

6-1197 AIMS Report, as of August 29, 2014, for Henry Ochoa, #257721 (ADC447195 - ADC447199) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Henry Ochoa, #257721 (ADC447200).

6-1198 AIMS Report, as of August 29, 2014, for Ralph Ortega, #192574 (ADC447201 - ADC447208) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Ralph Ortega, #192574 (ADC447834).

6-1199 AIMS Report, as of August 29, 2014, for Nicholas Palacios, #223988 (ADC447209 - ADC447216) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Nicholas Palacios, #223988 (ADC447217).

6-1200 AIMS Report, as of August 29, 2014, for Jesse Papanek, #180906 (ADC447218 - ADC447234) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Jesse Papanek, #180906 (ADC447235).

6-1201 AIMS Report, as of August 29, 2014, for Chrisopher Pavloff, #264480 (ADC447236 - ADC447239) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Chrisopher Pavloff, #264480 (ADC447240).

6-1202        AIMS Report, as of August 29, 2014, for Christina Perez, #194526
              (ADC447241 - ADC447251) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for Christine Perez, #194526 (ADC447252).

6-1203        AIMS Report, as of August 29, 2014, for Jaime Perez, #163915
              (ADC447253 to ADC447261) and AIMS DI83 Inmate Program Record, as
              of September 2, 2014, for Jaime Perez, #163915 (ADC447262 -
              ADC447264).

6-1204        AIMS Report, as of August 29, 2014, for Ron Pettit, #181452 (ADC447265
              - ADC447272) and AIMS DI83 Inmate Program Record, as of September
              3, 2014, for Ron Pettit, #181452 (ADC447273).

6-1205        AIMS Report, as of August 29, 2014, for Tony Pruitt, #175985
              (ADC447274 - ADC447287) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for Tony Pruitt, #175985 (ADC447288).

6-1206        AIMS Report, as of August 29, 2014, for Joel Quintero, #242586
              (ADC447289 - ADC447292) and AIMS DI83 Inmate Program Record, as
              of September 2, 2014, for Joel Quintero, #242586 (ADC447293).

6-1207        AIMS Report, as of August 29, 2014, for Manuel Quiroz, #263795
              (ADC447295 - ADC447300) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for Manuel Quiroz, #263795 (ADC447301).

6-1208        AIMS Report, as of August 29, 2014, for Bernadette Ramirez, #264284
              (ADC447302 - ADC447307) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for Bernadette Ramirez, #264284 (ADC447308).

6-1209        AIMS Report, as of August 29, 2014, for Wilford Ratliff, #210575
              (ADC447309 - ADC447319) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for Wilford Ratliff, #210575 (ADC447835 -
              ADC447836).

6-1210        AIMS Report, as of August 29, 2014, for Gilbert Resendes, #223281
              (ADC447320 - ADC447323) and AIMS DI83 Inmate Program Record, as
              of September 2, 2014, for Gilbert Resendes, #223281 (ADC447324 -
              ADC447325).

6-1211      AIMS Report, as of August 29, 2014, for Renee Richards, #221817
            (ADC447326 - ADC447333) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for Renee Richards, #221817 (ADC447334).

6-1212      AIMS Report, as of August 29, 2014, for Emily Rios, #246324
            (ADC447335 - ADC447346) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Emily Rios, #246324 (ADC447347).

6-1213      AIMS Report, as of August 29, 2014, for Miguel Rivera, #239996
            (ADC447349 - ADC447352) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for Miguel Rivera, #239996 (ADC447353).

6-1214      AIMS Report, as of August 29, 2014, for James Rocco, #217114
            (ADC447354 - ADC447360) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for James Rocco, #217114 (ADC447361).

6-1215      AIMS Report, as of August 29, 2014, for Carolina Rodriguez, #175046
            (ADC447362 - ADC447371) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for Carolina Rodriguez, #175046 (ADC447372 -
            ADC447373).

6-1216      AIMS Report, as of August 29, 2014, for Sonia Rodriguez, #103830
            (ADC447374 - ADC447401) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for Sonia Rodriguez, #103830 (ADC447402).

6-1217      AIMS Report, as of August 29, 2014, for Ignacio Romero, #097035
            (ADC447403 - ADC447413) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for Ignacio Romero, #097035 (ADC447414).

6-1218      AIMS Report, as of August 29, 2014, for Tristan Rossum, #121496
            (ADC447415 - ADC447429) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for Tristan Rossum, #121496 (ADC447430).

6-1219      AIMS Report, as of August 29, 2014, for Sergio Rubio, #213703
            (ADC447431 - ADC447437) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for Sergio Rubio, #213703 (ADC447438 -
            ADC447439).

6-1220      AIMS Report, as of August 29, 2014, for David Ruiz, #213456
            (ADC447440 - ADC447446) and AIMS DI83 Inmate Program Record, as

of September 3, 2014, for David Ruiz, #213456 (ADC447447 - ADC447448).

6-1221     AIMS Report, as of August 29, 2014, for Alex Sanchez, #129230 (ADC447449 - ADC447454) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Alex Sanchez, #129230 (ADC447455).

6-1222     AIMS Report, as of August 29, 2014, for Miguel Sanchez, #270127 (ADC447456 - ADC447459) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Miguel Sanchez, #270127 (ADC447837).

6-1223     AIMS Report, as of August 29, 2014, for Manuel Savala, #169554 (ADC447460 - ADC447468) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Manuel Savala, #169554 (ADC447469).

6-1224     AIMS Report, as of August 29, 2014, for Gary Seaton-Hickman, #200232 (ADC447470 - ADC447477) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Gary Seaton-Hickman, #200232 (ADC447478 - ADC447479).

6-1225     AIMS Report, as of August 29, 2014, for Mitchell Shields, #251308 (ADC445451 – ADC445461) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Mitchell Shields, #251308 (ADC445462).

6-1226     AIMS Report, as of August 29, 2014, for Andrew Solorzano, #281250 (ADC447480 - ADC447485) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Andrew Solorzano, #281250 (ADC447486).

6-1227     AIMS Report, as of August 29, 2014, for Milo Stanley, #164794 (ADC447487 - ADC447495) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Milo Stanley, #064794 (ADC447496).

6-1228     AIMS Report, as of August 29, 2014, for Jody Sullivan, #182295 (ADC447497 - ADC447509) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Jody Sullivan, #182295 (ADC447510).

6-1229     AIMS Report, as of August 29, 2014, for Joaquin Tamayo, #106163 (ADC447511 - ADC447520) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Joaquin Tamayo, #106163 (ADC447521).

6-1230     AIMS Report, as of August 29, 2014, for Aaron Taylor, #167240 (ADC447522 - ADC447533) and AIMS DI83 Inmate Program Record, as

of September 2, 2014, for Aaron Taylor, #167240 (ADC447534 - ADC447535).

6-1231    AIMS Report, as of August 29, 2014, for Ryan Tenny, #263981 (ADC447536 - ADC447542) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for RyanTenny, #263981 (ADC447543).

6-1232    AIMS Report, as of August 29, 2014, for Tamika Ternoir, #212090 (ADC447544 - ADC447556) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Tamik aTernoir, #212090 (ADC447557 - ADC447558).

6-1233    AIMS Report, as of August 29, 2014, for Logan Troupe, #260970 (ADC447574 - ADC447579) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Logan Troupe, #260970 (ADC447580).

6-1234    AIMS Report, as of August 29, 2014, for Johnny Turman, #082962 (ADC447582 - ADC447602) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Johnny Turman, #082962 (ADC447603).

6-1235    AIMS Report, as of August 28, 2014, for Robert Uriarte, #184955 (ADC447605 - ADC447615) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Robert Uriarte, #184955 (ADC447616 - ADC447617).

6-1236    AIMS Report, as of August 29, 2014, for Jose Valdez, #206182 (ADC447618 - ADC447623) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Jose Valdez, #206182 (ADC447624).

6-1237    AIMS Report, as of August 29, 2014, for Isaac Valle, #126113 (ADC447625 - ADC447632) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Isaac Valle, #126113 (ADC447633).

6-1238    AIMS Report, as of August 29, 2014, for Deon Vance, #099290 (ADC447634 - ADC447655) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Deon Vance, #099290 (ADC447656 - ADC447657).

6-1239    AIMS Report, as of August 29, 2014, for Dustin Varela, #274845 (ADC447658 - ADC447661) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Dustin Varela, #274845 (ADC447661).

6-1240    AIMS Report, as of August 28, 2014, for Luis Vargas, #152144 (ADC447662 - ADC447675) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Luis Vargas, #152144 (ADC447676).

6-1241    AIMS Report, as of August 29, 2014, for Luis Vasquez, #236802 (ADC447677 - ADC447680) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for Luis Vasquez, #236802 (ADC447681).

6-1242    AIMS Report, as of August 29, 2014, for Jennifer Wheeler, #228570 (ADC447683 - ADC447689) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Jennifer Wheeler, #228570 (ADC447690).

6-1243    AIMS Report, as of August 29, 2014, for Richard White, #226188 (ADC447691 - ADC447696) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Richard White, #226188 (ADC447697).

6-1244    AIMS Report, as of August 29, 2014, for Quincy Wright, #188401 (ADC447698 - ADC447708) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for Quincy Wright, #188401 (ADC447709).

6-1245    E-mail sent by Joe Profiri, at 8:29:56 PM on 8/9/2012, to Marlena Bedoya, with a subject line of "Re: Tucson IPC" (AGA_Review_00039092 - AGA_Review_00039093).

6-1246    E-mail sent by Joe Profiri, at 9:22:56 PM on 8/9/2012, to Therese Schroeder, with a subject line of "Re: Tucson IPC" (AGA_Review_00039254 - AGA_Review_00039255).

6-1247    E-mail sent by Richard Pratt, at 8:37:23 PM on 10/17/2012, to radams1968@yahoo.com <radams1968@yahoo.com>, with a subject line of "How do I report health hazard issues for an inmate" (AGA_Review_00065971 - AGA_Review_00065971).

6-1248    E-mail sent by Charles Ryan, at 8:18:42 PM on 12/9/2013, to Jim Riggs, with a subject line of "FW: Snafus on Book: David Arner # 139866" (AGA_Review_00108761 - AGA_Review_00108766).

6-1249    E-mail sent by Charles Ryan, at 12:57:30 PM on 12/13/2013, to 'Arizona Prisonwatch' <arizonaprisonwatch@gmail.com>, with a subject line of "RE: SMU I Heating - 2B POD 1" (AGA_Review_00105398 - AGA_Review_00105401).

6-1250        E-mail sent by Charles Ryan, at 12:45:33 PM on 1/7/2014, to
              rjeriha@cox.net' <rjeriha@cox.net>; and, Stacey Crabtree, with a subject
              line of "RE: 805 Issues Involving Inmate REDACTED NAME"
              (AGA_Review_00107416 - AGA_Review_00107418).

6-1251        E-mail sent by Charles Ryan, at 6:18:19 PM on 1/15/2014, to
              'robleseva51@yahoo.com' <robleseva51@yahoo.com>, with a subject line
              of "RE: Carlos Robles 115173" (AGA_Review_00116215 -
              AGA_Review_00116216).