# APPENDIX 6-E

# APPENDIX 6-E

## OBJECTIONS TO DEFENDANTS' EXHIBITS (SECTION F.3.b.)

**PLAINTIFFS' STATEMENT**

Defendants have proposed approximately 4000 exhibits for submission to this Court.  Plaintiffs object to the admission of many of these exhibits as inadmissible under the Court's prior orders, the parties' prior stipulations, and/or the Federal Rules of Evidence.  Due to the large number of objectionable exhibits, Plaintiffs have categorized them by Plaintiffs' primary objection for the Court's convenience and to assist in ruling on these objections.  When appropriate, references to secondary objections for each proposed exhibit are also noted in the columns below.

In addition to the objections below, Plaintiffs reserve the right to call any witness regarding exhibits created for the purposes of trial.

Unless otherwise noted, the proposed exhibits within each category below turn on a common evidentiary issue such that a ruling on the objection should be instructive for all proposed exhibits within that category.  Copies of the objectionable exhibits below will be made available for the Court's review at the pre-trial hearing.  Listed below are the ten (10) primary objection bases for Defendants' proposed exhibits.

### v.    *Rule 1006; Improper Summaries*

Defendants propose thirty summary (30) exhibits (Def. Ref. Nos. 4906–4933, Ex. Q, Ex. T) under FRE 1006.  All but one of the proposed exhibits are improper under the standards for Rule 1006 summaries and most represent a blatant attempt to introduce Defendants' pre-trial briefing into trial evidence.[1]  Specifically, Plaintiffs object these proposed summary exhibits as either: (a) failing to disclose the underlying source material, (b) misrepresenting or altering the underlying source material, (c) relying on

---

[1]  Plaintiffs do not object to Ref. No. 4914, as revised by Defendants, which is a table of dental utilization statistics copied from the underlying reports.  Defendants' revisions address Plaintiffs concerns regarding the source of the information and the timeframe covered by the exhibit.

underlying source material not shown to be reliable, or (d) containing misleading and/or argumentative summary presentations of the underlying source material.  Additionally, many of these summary exhibits have only been provided in draft form and are described by Defendants as including data after April 1, 2014 in violation of the Court's prior order. Finally, Plaintiffs object to all proposed summary exhibits because Defendants have not identified the person(s) who will testify as to how the exhibits were prepared, Plaintiffs have not had an opportunity to cross-examine the person(s) who will testify as to how they were prepared, and Plaintiffs reserve the right to do so at trial.  For additional clarification, Plaintiffs' objections specific to each objectionable proposed summary exhibit are provided below:

| Def. Ex. No. | Def. Ref. No. | Description | Bases For Objection | ADM | N/ADM |
|---|---|---|---|---|---|
| 2-1653 | 4906 | Health Needs Request Submission, Scheduled Appointments and Average Wait Times - Medical and Mental Health (May 2013 - March 2014) (REVISED DRAFT PROVIDED 9/18/14). | Misrepresents Source of Underlying Data (see ADC261434, ADC261116, ADC261118); Underlying Data Not Shown to be Reliable (*e.g.*, incomplete reports, inconsistent figures between multiple cited reports) (see Jansen Dep. pp. 50-68); Misleading / Argumentative as to Ultimate Issue. | | |
| 2-1660 | 4907 | Total Number of Prescriptions Written and total Cost for Prescriptions (April 2013 - March 2014) (REVISED DRAFT PROVIDED 9/18/14). | Misrepresents Source of Underlying Data (*e.g.*, Ex. 2-1661 [Defs' Ref. Nos. 1432-1443] lists total number of prescriptions filled, but this number is listed in proposed summary exhibit as "total number of prescriptions | | |

| Def. Ex. No. | Def. Ref. No. | Description | Bases For Objection | ADM | N/ADM |
|---|---|---|---|---|---|
| | | | written", compare March 2013 at ADC231890-231891 to March 2013 at ADC230795, similar discrepancies appear in future months); Misleading / Argumentative as to Ultimate Issue; Relevance. | | |
| 2-1649 | 4908 | Number of Completed Specialty Medical Appointments (April 2013 - March 2014) (REVISED DRAFT PROVIDED 9/18/14). | Misrepresents Source of Underlying Data (*e.g.* Ex. 2-1649 [Defs' Ref. No. 1377 at ADC230812] lists different numbers for number of specialty appointments completed for April and May 2013 than listed on this summary, similar discrepancies appear in future months); Misleading / Argumentative as to Ultimate Issue; Relevance. | | |
| 2-1650 | 4909 | Number of Outpatient Transports for Specialty Appointments Completed (March 2013 - March 2014) (REVISED DRAFT PROVIDED 9/18/14). | Underlying Data Not Shown to be Reliable (*e.g.*, incomplete reports, inconsistent figures between multiple cited reports) (see Jansen Dep. pp. 162-168)Misleading / Argumentative as to Ultimate Issue; Relevance. | | |
| 2-1664 | 4910 | Summary of Corizon FTE's Providing Services at ADC Complexes (March 2013 – March 2014) (REVISED DRAFT PROVIDED 9/18/14). | Misleading / Argumentative as to Ultimate Issue (Contains Selective Listing of Positions). | | |

| Def. Ex. No. | Def. Ref. No. | Description | Bases For Objection | ADM | N/ADM |
|---|---|---|---|---|---|
| 2-1665 | 4911 | Percentage of Licensed Corizon Medical Personnel Actually Working Per Month in Relation to the ADC-Corizon Contract Requirement (March 2013 – March 2014) (REVISED DRAFT PROVIDED 9/18/14). | Misrepresents Source of Underlying Data (*e.g.* Contract Req. Different in Source – *see* ADC231821, Other Numbers Changed from Source and/or Prior Disclosure – *see* Def.'s Statement of Facts in Support of Summary Judgment No. 170); Underlying Data Not Shown to be Reliable; Misleading / Argumentative as to Ultimate Issue. | | |
| 2-1666 | 4912 | Percentage of Licensed Corizon Mental Health Personnel Actually Working Per Month in Relation to the ADC-Corizon Contract Requirement (March 2013 – March 2014) (REVISED DRAFT PROVIDED 9/18/14). | Misrepresents Source of Underlying Data (*e.g.*, March 2013 Total in Source is 96.9 – *see* ADC231821); Underlying Data Not Shown to be Reliable; Misleading / Argumentative as to Ultimate Issue. | | |
| 2-1667 | 4913 | Total Number of Corizon FTEs Working Per Month (March 2013 – March 2014) (REVISED DRAFT PROVIDED 9/18/14). | Misrepresents Source of Underlying Data (*e.g.*, Includes Non-Corizon numbers – *see* ADC231821); Underlying Data Not Shown to be Reliable; Misleading / Argumentative as to Ultimate Issue. | | |

- 4 -

| Def. Ex. No. | Def. Ref. No. | Description | Bases For Objection | ADM | N/ADM |
|---|---|---|---|---|---|
| 5-107 | 4915 | Dental Routine Care Wait Times (March 2013 – March 2014) (REVISED DRAFT PROVIDED 9/18/14). | Duplicative of Underlying Exhibit; Underlying data not shown to be reliable; Portion is Precluded by Court Order (Doc. 871); Misleading / Argumentative as to Ultimate Issue. | | |
| 5-108 | 4916 | Graph of ADC Dental Routine Care Wait Times (March 2013 – March 2014) (REVISED DRAFT PROVIDED 9/18/14). | Underlying data not shown to be reliable; Portion is Precluded by Court Order (Doc. 871); Misleading / Argumentative as to Ultimate Issue. | | |
| 5-109 | 4917 | Dental Intake Wait Times (March 2013 – March 2014) (REVISED DRAFT PROVIDED 9/18/14). | Duplicative of Underlying Exhibit; Underlying data not shown to be reliable Portion is Precluded by Court Order (Doc. 871); Misleading / Argumentative as to Ultimate Issue. | | |
| 5-110 | 4918 | Graph of ADC Dental Intake Wait Times (March 2013 – March 2014) (REVISED DRAFT PROVIDED 9/18/14). | Source of Underlying Data not Identified or Provided – Cannot be Verified; Portion is Precluded by Court Order (Doc. 871); Misleading / Argumentative as to Ultimate Issue. | | |
| 2-1657 | 4919 | Summary of Formal Medical Grievances Submitted, by Category (April 2013 - March 2014) (REVISED DRAFT PROVIDED 9/18/14). | Document on Its Face is Unreliable, *see, e.g.* Phoenix table showing zero (0) grievances were filed at Phoenix prison for 12 month period; Underlying Data Not Shown to be Reliable, *see* | | |

LEGAL123549686.2

| Def. Ex. No. | Def. Ref. No. | Description | Bases For Objection | ADM | N/ADM |
|---|---|---|---|---|---|
| | | | Doc. 946, Ex. 2, Rebuttal Expert Report of Todd Wilcox 1/31/14 at 8-9 (describing how the number of grievances filed is not probative, especially in light of ADC policy which requires all grievances to be first reviewed by custody officers); compare ADC 231320 [source document for April 2013 grievances] showing total of 92 grievances filed, but Defendants' proposed exhibit totals to 81 exhibits filed April 2013; ADC153809; Citing to Underlying Documents Not Showing Purported Data (see, e.g. ADC121149-1211661); No Explanation Given As To How the Grievances Are Categorized; Misleading / Argumentative as to Ultimate Issue; Relevance. | | |
| 1-816 | 4920 | Comparison of ADC and Nationwide Mortality Rate - All Causes of Death (2005-2013) (REVISED DRAFT PROVIDED 9/18/14). | Underlying Data Not Shown to Be Accurate, *see* Doc. 946, Ex. 2, Rebuttal Expert Report of Todd Wilcox 1/31/14 at 4-5 (analyzing how this data is incorrect and counts prisoners who are housed in private prisons and not class members, Dr. Wilcox's recalculated | | |

| Def. Ex. No. | Def. Ref. No. | Description | Bases For Objection | ADM | N/ADM |
|---|---|---|---|---|---|
| | | | mortality rate is 253.9 per 100,000 in 2012 and 258.4 per 100,000 in 2013); Misleading / Argumentative as to Ultimate Issue; Relevance (death rates alone are not probative of the quality of care, must look at the deceased prisoners' files, see Doc. 945, Exs. 1, 3-4 (Expert Reports of Dr. Cohen, analyzing the inadequate medical care provided to dozens of prisoners who died between 2012 and April 1, 2014). | | |
| 1-817 | 4921 | Graph of Comparison of ADC and Nationwide Mortality Rate (2005 – 2013) (REVISED DRAFT PROVIDED 9/18/14). | Underlying Data Not Shown to Be Accurate, *see* Doc. 946, Ex. 2, Rebuttal Expert Report of Todd Wilcox 1/31/14 at 4-5 (analyzing how this data is incorrect and counts prisoners who are housed in private prisons and not class members, Dr. Wilcox's recalculated mortality rate is 253.9 per 100,000 in 2012 and 258.4 per 100,000 in 2013); Misleading / Argumentative as to Ultimate Issue; Relevance (death rates alone are not probative of the quality of care, must look at the deceased prisoners' files, see Doc. 945, Exs. 1, 3-4 | | |

| Def. Ex. No. | Def. Ref. No. | Description | Bases For Objection | ADM | N/ADM |
|---|---|---|---|---|---|
| | | | (Expert Reports of Dr. Cohen, analyzing the inadequate medical care provided to dozens of prisoners who died between 2012 and April 1, 2014). | | |
| 2-1727 | 4922 | Summary of ADC medical records for Maryanne Chisholm (DRAFT PROVIDED). Defendants note that this exhibit contains Personal Health Information. | Portion Subject to Motion in Limine (Doc. 1101) and Rule 401: Not Relevant to Ultimate Issue (Details of Conviction); Misleading / Argumentative Use of Underlying Data as to Ultimate Issue (See, e.g., Statements of "No Evidence"); Underlying Data is Disputed / Misrepresented (see Disputed Facts) | | |
| 2-1731 | 4923 | Summary of ADC medical records for Robert Gamez (DRAFT PROVIDED). Defendants note that this exhibit contains Personal Health Information. | Portion Subject to Motion in Limine (Doc. 1101) and Rule 401: Not Relevant to Ultimate Issue (Details of Conviction); Misleading / Argumentative Use of Underlying Data as to Ultimate Issue (See, e.g., Statements of "No Evidence"); Underlying Data is Disputed / Misrepresented (see Disputed Facts) | | |
| 2-1735 | 4924 | Summary of ADC medical records for Joseph Hefner (DRAFT PROVIDED). Defendants note that this exhibit contains Personal Health | Portion Subject to Motion in Limine (Doc. 1101) and Rule 401: Not Relevant to Ultimate Issue (Details of Conviction); Misleading / Argumentative Use of Underlying Data as to | | |

- 8 -

| Def. Ex. No. | Def. Ref. No. | Description | Bases For Objection | ADM | N/ADM |
|---|---|---|---|---|---|
| | | Information. | Ultimate Issue (See, e.g., Statements of "No Evidence"); Underlying Data is Disputed / Misrepresented (see Disputed Facts) | | |
| 2-1741 | 4925 | Summary of ADC medical records for Shawn Jensen (DRAFT PROVIDED). Defendants note that this exhibit contains Personal Health Information. | Portion Subject to Motion in Limine (Doc. 1101) and Rule 401: Not Relevant to Ultimate Issue (Details of Conviction); Misleading / Argumentative Use of Underlying Data as to Ultimate Issue (See, e.g., Statements of "No Evidence"); Underlying Data is Disputed / Misrepresented (see Disputed Facts) | | |
| 2-1746 | 4926 | Summary of ADC medical records for Desiree Licci (DRAFT PROVIDED). Defendants note that this exhibit contains Personal Health Information. | Portion Subject to Motion in Limine (Doc. 1101) and Rule 401: Not Relevant to Ultimate Issue (Details of Conviction); Misleading / Argumentative Use of Underlying Data as to Ultimate Issue (See, e.g., Statements of "No Evidence"); Underlying Data is Disputed / Misrepresented (see Disputed Facts) | | |

| Def. Ex. No. | Def. Ref. No. | Description | Bases For Objection | ADM | N/ADM |
|---|---|---|---|---|---|
| 2-1750 | 4927 | Summary of ADC medical records for Joshua Polson (DRAFT PROVIDED). Defendants note that this exhibit contains Personal Health Information. | Portion Subject to Motion in Limine (Doc. 1101) and Rule 401: Not Relevant to Ultimate Issue (Details of Conviction); Misleading / Argumentative Use of Underlying Data as to Ultimate Issue (See, e.g., Statements of "No Evidence"); Underlying Data is Disputed / Misrepresented (see Disputed Facts) | | |
| 2-1754 | 4928 | Summary of ADC medical records for Sonia Rodriguez (DRAFT PROVIDED). Defendants note that this exhibit contains Personal Health Information. | Portion Subject to Motion in Limine (Doc. 1101) and Rule 401: Not Relevant to Ultimate Issue (Details of Conviction); Misleading / Argumentative Use of Underlying Data as to Ultimate Issue (See, e.g., Statements of "No Evidence"); Underlying Data is Disputed / Misrepresented (see Disputed Facts) | | |
| 2-1760 | 4929 | Summary of ADC medical records for Jeremy Smith (DRAFT PROVIDED). Defendants note that this exhibit contains Personal Health Information. | Portion Subject to Motion in Limine (Doc. 1101) and Rule 401: Not Relevant to Ultimate Issue (Details of Conviction); Misleading / Argumentative Use of Underlying Data as to Ultimate Issue (See, e.g., Statements of "No Evidence"); Underlying Data is Disputed / Misrepresented (see Disputed Facts) | | |

| Def. Ex. No. | Def. Ref. No. | Description | Bases For Objection | ADM | N/ADM |
|---|---|---|---|---|---|
| 2-1764 | 4930 | Summary of ADC medical records for Stephen Swartz (DRAFT PROVIDED). Defendants note that this exhibit contains Personal Health Information. | Portion Subject to Motion in Limine (Doc. 1101) and Rule 401: Not Relevant to Ultimate Issue (Details of Conviction); Misleading / Argumentative Use of Underlying Data as to Ultimate Issue (See, e.g., Statements of "No Evidence"); Underlying Data is Disputed / Misrepresented (see Disputed Facts) | | |
| 2-1770 | 4931 | Summary of ADC medical records for Jackie Thomas (DRAFT PROVIDED). Defendants note that this exhibit contains Personal Health Information. | Portion Subject to Motion in Limine (Doc. 1101) and Rule 401: Not Relevant to Ultimate Issue (Details of Conviction); Misleading / Argumentative Use of Underlying Data as to Ultimate Issue (See, e.g., Statements of "No Evidence"); Underlying Data is Disputed / Misrepresented (see Disputed Facts) | | |
| 2-1773 | 4932 | Summary of ADC medical records for Christina Verduzco (DRAFT PROVIDED). Defendants note that this exhibit contains Personal Health Information. | Portion Subject to Motion in Limine (Doc. 1101) and Rule 401: Not Relevant to Ultimate Issue (Details of Conviction); Misleading / Argumentative Use of Underlying Data as to Ultimate Issue (See, e.g., Statements of "No Evidence"); Underlying Data is Disputed / Misrepresented (see Disputed Facts) | | |

LEGAL123549686.2

| Def. Ex. No. | Def. Ref. No. | Description | Bases For Objection | ADM | N/ADM |
|---|---|---|---|---|---|
| 2-1777 | 4933 | Summary of ADC medical records for Charlotte Wells (DRAFT PROVIDED). Defendants note that this exhibit contains Personal Health Information. | Portion Subject to Motion in Limine (Doc. 1101) and Rule 401: Not Relevant to Ultimate Issue (Details of Conviction); Misleading / Argumentative Use of Underlying Data as to Ultimate Issue (See, e.g., Statements of "No Evidence"); Underlying Data is Disputed / Misrepresented (see Disputed Facts) | | |
| 6-535 | Exhibit Q | Summary of Max Custody Workers – Work Incentive Pay Plan, Inmates Assigned by Unit | Source of Underlying Data not Identified or Provided – Cannot be Verified; Portion is Precluded by Court Order (Doc. 871); Misleading / Argumentative as to Ultimate Issue. | | |
| 6-573 | Exhibit T | DI 326 Step Progression Summary | Source of Underlying Data not Identified or Provided – Cannot be Verified; Portion is Precluded by Court Order (Doc. 871); Misleading / Argumentative as to Ultimate Issue. | | |

i.    *Precluded by Court Order (Docket 815)*

In the Court's prior order, it was established that September 27, 2013 would serve as the effective discovery cut-off date for trial.  [*See* Doc. 815]  While the Court later authorized a limited discovery extension until April 1, 2014 for specific categories of documents [*see* Doc. 871], the following proposed exhibit post-dates September 27, 2013, was not encompassed in the discovery extension and is objected to on those grounds:

| Def. Ex. No | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 1-781 | 1354 | ADC Director's Instruction #324, Medical Care Directives (ADC263226). | | | |

Additionally, the Court's order also struck testimony from various individuals offered as experts by Defendants.  The following proposed exhibits, identified as resumes for the struck experts as well as other individuals for which expert testimony was not authorized by the Court, are objected to as precluded by the Court's order and due to lack of any additional relevance to the ultimate issue under Rule 401:

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 1-822 | 1602 | Resume of Anthony Medel (ADC123403 – ADC123407) | | | |
| 1-823 | 1603 | Resume of Arthur Gross (ADC123408 – ADC123412) | | | |
| 1-825 | 1605 | Resume of Mark Haldane (ADC123419 – ADC123421) | | | |
| 1-826 | 1606 | Resume of Helena Valenzuela (ADC123422 – ADC123423) | | | |
| 1-827 | 1607 | Resume of Jessica Raak (ADC123424 – ADC123425) | | | |
| 1-828 | 1608 | Resume of Warden Judy Frigo (ADC123426 – ADC123428) | | | |
| 1-829 | 1609 | Resume of Juliet Respicio – Moriarty (ADC123429 – ADC123433) | | | |
| 1-830 | 1610 | Resume of Karen Chu (ADC123434) | | | |

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 1-831 | 1611 | Resume of Kathy Campbell (ADC123435 – ADC123438) | | | |
| 1-832 | 1612 | Resume of Marlena Bedoya (ADC123443 – ADC123446) | | | |
| 1-833 | 1613 | Resume of Matthew Musson (ADC123447 – ADC123448) | | | |
| 1-835 | 1615 | Resume of Jen Mielke-Fontaine (ADC123452 – ADC123453) | | | |
| 1-839 | 1619 | Resume of Sam Tardibuono (ADC123464 – ADC123467) | | | |
| 1-840 | 1620 | Resume of Terry Allred (ADC123470 – ADC123471) | | | |
| 1-841 | 1621 | Resume of Ernest Trujillo (ADC123472 – ADC123477) | | | |
| 1-842 | 1622 | Resume of Vanessa Headstream (ADC123478 – ADC123480) | | | |
| 1-843 | 1623 | Resume of Yvonne Maese (ADC123481 – ADC123483) | | | |
| 1-844 | 1624 | Resume of Thomas Buenker, M.D. (ADC203365 – ADC203367) | | | |
| 1-845 | 1625 | Resume of Mark Fleming, PhD, LP, LPCMH, CRC, HSP, CCHP-MH (ADC203363 – ADC203364) | | | |

- 14 -

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 1-846 | 1626 | Resume of Mark Jansen (ADC203360 – ADC203362) | | | |
| 1-847 | 1631 | Resume of Glenn Babich, M.D. (ADC229826 – ADC229830) | | | |
| 1-848 | 1632 | Resume of Michael Dolny, Ph.D. (ADC229839 – ADC229842) | | | |

ii.     *Precluded by Court Order (Docket 871)*

Many of Defendants' proposed exhibits post-date the Court's absolute discovery cutoff of April 1, 2014.  [*See* Doc. 871]  These documents include collections of inmate records identified by Defendants as including documents "up to the time of trial" or other similar notation.  In addition to the AIMS documents produced in the past month (see below) the following proposed exhibits are objected to by Plaintiffs on this basis:

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 6-612 | 1221; 1233 | AIMS Report, as of July 9, 2014, for Maryanne Chisholm, #200825 (ADC363883 – ADC363893) and AIMS DI83 Inmate Program Record, as of July 9, 2014 (ADC364121) | | | |
| 6-614 | 1235; 1223 | AIMS Report, as of July 9, 2014, for Joseph Hefner, #203653 (ADC363920 – ADC363934) and AIMS DI83 Inmate Program Record, as of July 9, 2014 (ADC364123) | | | |
| 6-615 | 1236; 1224 | AIMS Report, as of July 9, 2014, for Shawn Jensen, #032465 (ADC363935 – ADC363957) and AIMS DI83 Inmate Program Record, as of July 9, 2014 (ADC364124) | | | |

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 6-616 | 1237; 1225 | AIMS Report, as of July 9, 2014, for Desiree Licci, #150051 (ADC363958 – ADC363971) and AIMS DI83 Inmate Program Record, as of July 9, 2014 (ADC364125) | | | |
| 6-620 | 1241; 1229 | AIMS Report, as of July 9, 2014, for Stephen Swartz, #102486 (ADC364050 – ADC364071 and AIMS DI83 Inmate Program Record, as of July 9, 2014 (ADC364129) | | | |
| 6-623 | 1244; 1232 | AIMS Report, as of July 9, 2014, for Charlotte Wells, #247188 (ADC364113 – ADC364120) and AIMS DI83 Inmate Program Record, as of July 9, 2014 (ADC364132) | | | |
| 2-1646 | 1299; 1306 | Executed Amendment Nos. 5-6 to ADC-Corizon Contract No. ADOC13-041943/ADC No. 130051DC (ADC405513 – ADC405519; ADC334041 – ADC334060) | | | |
| 1-773 | 1323 | ADC Department Order 811, Individual Inmate Assessments and Reviews, effective 6-27-14 (ADC425519 – ADC425528). | Not Timely Produced in Response to Discovery Requests | | |
| 1-774 | 1325 | ADC Department Order 903, Inmate Work Activities, effective 6-27-14 (ADC425529 – ADC425553). | Not Timely Produced in Response to Discovery Requests | | |
| 1-788 | 1361 | ADC's Mental Health Technical Manual, revised April 18, 2014 (ADC267378 – ADC267459) | | | |
| 1-798 | 1366 | ADC DI 326 Maximum Custody Population Management Technical Manual, dated April 18, 2014 (ADC280791 – ADC280811) | | | |

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 2-1652 | 1380 – 1381 | CAG/FAQ/PBMS Report submitted for the months ending June 30, 2014 (revised), and July 31, 2014 (ADC425301 – ADC425326 and ADC425328 – ADC425364) | Not Timely Produced in Response to Discovery Requests | | |
| 2-1655 | 1397 – 1400 | Health Needs Requests / Inmate Wait Times Reports for medical and mental health care, for the period from April 1, 2014 through July 31, 2014 (ADC405658 – ADC405663; ADC405850 – ADC405851; ADC406046 – ADC406051; ADC425428 – ADC425433) | | | |
| 5-106 | 1410 – 1413 | Dental Utilization Reports for the period from April 1, 2014 through July 31, 2014 (ADC405665; ADC405853; ADC406053; and, ADC425435) | Not Timely Produced in Response to Discovery Requests (1413) | | |
| 5-112 | 1414-002 | Dental Wait Times Report, submitted for the period from March 2013 to July 2014 (ADC425473) | Not Timely Produced in Response to Discovery Requests | | |
| 2-1659 | 1428 – 1431 | Medical Grievance Reports for the period from April 2014 through July 2014 (ADC405682 – ADC405720; ADC405876 – ADC405923; ADC406069 – ADC406129; and, ADC425459 – ADC425471).  Defendants note that this exhibit reflects absent class members' Personal Health Information. | Not Timely Produced in Response to Discovery Requests (1431) | | |
| 2-1662 | 1443-001 – 1443-004 | Medication Reports for the period from April 2014 through July 2014 (ADC405750 – ADC405759; ADC405954 – ADC405963; ADC406162 – ADC406171; ADC425504 – ADC425513) | Not Timely Produced in Response to Discovery Requests (1443-004) | | |

- 17 -

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 2-1669 | 1457 – 1460 | Corizon Staffing Reports for the period from April 2014 through July 2014 (ADC ADC405735 – ADC405745; ADC405939 – ADC405949; ADC406146 – ADC406156; and, ADC425488 – ADC425498) | Not Timely Produced in Response to Discovery Requests (1460) | | |
| 2-1673 | 1474 – 1477 | Corizon Clinical Data Report for the period from April 2014 through July 2014 (ADC405598 – ADC405646; ADC405790 – ADC405848; ADC405982 – ADC406044; ADC425368 – ADC425426) | Not Timely Produced in Response to Discovery Requests (1477) | | |
| 2-1675 | 1478-013 – 1478-016 | Corizon Emergency Transport Reports for the period from April 2014 through July 2014 (ADC405726 – ADC405730; ADC405929 – ADC405934; ADC406135 – ADC406141; and, ADC425477 – ADC425483). Defendants note that this exhibit reflects absent class members' Personal Health Information. | Not Timely Produced in Response to Discovery Requests (1478-016) | | |
| 2-1677 | 1479-011 – 1749-014 | Corizon Scheduled Outside Transport Reports for the period from April 2014 through July 2014 (ADC405732 – ADC405733; ADC405936 – ADC405937; ADC406143 – ADC406144; and, ADC425485 – ADC425486). Defendants note that this exhibit may reflect absent class members' Personal Health Information. | Not Timely Produced in Response to Discovery Requests (1479-014) | | |
| 2-1656 | 1482-011 – 1482-014 | Corizon Intake Reports for the period from April 2014 through July 2014 (ADC405724; ADC405927; ADC406133; and, ADC425475) | Not Timely Produced in Response to Discovery Requests (1482-014) | | |
| 2-1679 | 1483-004 | Corizon Quarterly Chronic Conditions Report for the quarter ending June 30, 2014 (ADC405520 – ADC405530). | | | |

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 2-1681 | 1484-004 | Corizon Quarterly Infectious Disease Report for the quarter ending June 30, 2014 (ADC405532 – ADC405541). | | | |
| 2-1683 | 1485-004 | Corizon Quarterly Network Providers Directory for the quarter ending June 30, 2014 (ADC405543 – ADC405553). | | | |
| 2-1685 | 1486-003 | Corizon Quarterly Utilization Review Report for quarter ending June 30, 2014 (ADC405555 – ADC405572).  Defendants note that this exhibit reflects absent class members' Personal Health Information. | | | |
| 4-230 | 1499 | ADC Mentally Ill Offenders: Challenges and Strategies Managing this Growing Population Presentation - ASCA Western Directors Training, June 13, 2014 (ADC363856-ADC363882) | Rule 802; Hearsay: Statement by ADC/Corizon | | |
| 5-120 | 1500 | Smallwood Prison Dental Services ("SPDS") ADC Routine Dental Care Wait List, as of June 20, 2014 (ADC334061-ADC334197) | | | |
| 2-1648 | 1540 | EHR Go Live Schedule (ADC263223). | Rule 802; Hearsay: Statement by ADC/Corizon | | |
| 6-578 | 1670 | ADC Report of Restrictive Housing Training Completion by April 30, 2014 (ADC279208 – ADC279611) | | | |
| 6-532 | 1699 | ADC WIPP Time Sheets for inmates at the Florence-Central Unit for the pay period from April 12, 2014 to April 25, 2014 (ADC280061 – ADC280076). | | | |

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 6-528 | 1704; 1726 | Compilation of representative Eyman-Browning Unit Work Incentive Pay Program ("WIPP") Pay Detail Reports for Maximum Custody Inmates, May 10, 2014 to June 6, 2014 (ADC280122 – ADC280129, ADC421918 – ADC421924). | Not Timely Produced in Response to Discovery Requests (1704) | | |
| 6-530 | 1711 – 1714 | Compilation of representative Eyman-Special Management Unit ("SMU")-I Work Incentive Pay Program ("WIPP") Pay Detail Reports for Maximum Custody Inmates, March 29, 2014 to July 4, 2014 (ADC421985 – ADC421998, ADC421999 – ADC422012, ADC422013 – ADC422026, ADC422027 – ADC422039). | Not Timely Produced in Response to Discovery Requests | | |
| 6-533 | 1721 – 1725 | Compilation of representative Florence-Central Unit Work Incentive Pay Program ("WIPP") Pay Detail Reports for Maximum Custody Inmates, March 29, 2014 to July 4, 2014 (ADC422204 – ADC422217, ADC422218 – ADC422230, ADC422231 – ADC422243, ADC422224 – ADC422257, ADC422258 – ADC422271). | Not Timely Produced in Response to Discovery Requests | | |
| 6-534 | 1727 | ADC Inmate Pay Detail Report for inmates at the Perryville-Lumley Unit (ADC378369 – ADC378535). | | | |
| 6-527 | 1750 | ASPC-Eyman Browning Unit WIPP Payroll reports for FY2013 and FY2014 (as of September 25, 2013) (ADC231957 – ADC231958). | | | |

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 6-515 | 1757 | Sample AIMS DI83 screen prints reflecting programs participation of 28 Florence-Central Unit (including CB-Kasson mental health wing) inmates' participation in programming during the period from 2009 to 2014  (ADC280078 – ADC280105). | | | |
| 6-539 | 1758 | Eyman-Browning Unit COIII-facilitated Programs Schedule, as of April 30, 2014 (ADC280106). | | | |
| 6-540 | 1759 | Proposed Eyman-Browning Unit COIII-facilitated Programs Schedule, as of April 30, 2014 (ADC280107). | | | |
| 6-542 | 1762 | Eyman-Browning Unit DI326 Appointment/Assignment/Program signatures of participating inmates (ADC280114 – ADC280121). | | | |
| 6-551 | 1763 | Eyman-SMU I Activity Schedule, updated June 3, 2014 (ADC421925 – ADC421928). | | | |
| 6-553 | 1764 | Eyman-SMU I Activity Schedule, updated July 10, 2014 (ADC421929 – ADC421932). | | | |
| 6-559 | 1766; 1771; 1765; 1767 – 1770; 1775; and, 1772 - 1774 | Compilation of  representative Eyman-SMU I Activity Rosters for representative days between April 1, 2014 and May 27, 2014 (ADC280144 – ADC280152; ADC280205 – ADC280218; ADC280130 – ADC280143; ADC280153 – ADC280159; ADC280160 – ADC280174; ADC280175 – ADC280189; ADC280190 – ADC280204; ADC280262 – ADC280275; ADC280219 – ADC280233; ADC280234 – ADC280247; and, ADC280248 – ADC280261) | | | |

LEGAL123549686.2

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 4-223 | 1783; 1785; 1782; 1784; 1776 – 1777; 1781; and, 1778 – 1780 | Compilation of representative Eyman-SMU I Mental Health Group Programming and Individual Appointment Sign-In Sheets for sessions held between April 1, 2014 and May 27, 2014 (ADC280374 – ADC280390; ADC280404 – ADC280416; ADC280360 – ADC280373; ADC280391 – ADC280403; ADC280276 – ADC280290; ADC280291 – ADC280306; ADC280347 – ADC280359; ADC280307 – ADC280319; ADC280320 – ADC280333; and, ADC280334 – ADC280346) | Rule 403; Prejudice: Unfairly Prejudicial and Misleading (Exhibit Lacks Purported Signatures) | | |
| 4-222 | 1793 | Roster of Inmates at Eyman-SMU I participating in mental health group programming between March 6, 2014 and April 8, 2014 (ADC280444 – ADC280454). | | | |
| 4-220 | 1794 | Schedule of Corizon – facilitated mental health groups and COIII – facilitated group programs at Eyman-SMU I for April 2014 (ADC280455). | | | |
| 4-216 | 1798 | Corizon Mental Health Group Calendar for group programs to be offered at Eyman-SMU I in 2014 (ADC280466). | | | |
| 6-549 | 1801 | Eyman-SMU I memorandum, dated May 7, 2014, regarding Programs Staff Assignments (ADC280469). | | | |
| 6-560 | 1809; 1815; 1808; 1810 – 1814; and, 1805-1807 | Compilation of representative Eyman-SMU I Reports of Inmate Turn-Outs for representative days between April 1, 2014 and May 27, 2014 (ADC280491 – ADC280495; ADC280516 – ADC280518; ADC280626 – ADC280643; ADC280709 – ADC280718; ADC280526 – | | | |

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| | | ADC280533; ADC280593 – ADC280607; ADC280729 – ADC280731; ADC280487 – ADC280490; ADC280519; ADC280534; ADC280566 – ADC280580; ADC280719 – ADC280721; ADC280496 – ADC280497; ADC280520; ADC280644 – ADC280650; ADC280722; ADC280498 – ADC280501; ADC280521 – ADC280523; ADC280581 – ADC280592; ADC280651 – ADC280654; ADC280723 – ADC280725; ADC280502 – ADC280505; ADC280524 – ADC280525; ADC280655 – ADC280667; ADC280706 – ADC280708; ADC280726 – ADC280728; ADC280506 – ADC280510; ADC280668 – ADC280685; ADC280742 – ADC280744; ADC280511 – ADC280515; ADC280690 – ADC280705;  ADC280737 – ADC280739; ADC280473 – ADC280477; ADC280543 – ADC280555; ADC280608 – ADC280612; ADC280686 – ADC280689; ADC280732 – ADC280734; ADC280478 – ADC280482; ADC280563 – ADC280565; ADC280613 – ADC280625; ADC280740 – ADC280741; ADC280483 – ADC280486; ADC280535 – ADC280542; ADC280556 – ADC280562; and, ADC280735 – ADC280736) | | | |
| 6-567 | 1816 | Perryville-Lumley SMA Unit Programs Schedule, as of April 30, 2014 (ADC280745). | | | |
| 6-571 | 1819 | Perryville-Lumley DI326 Appointment/Assignment/Program signatures of participating inmates (ADC280748 – ADC280779). | | | |

- 23 -

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 6-570 | 1821 | ASPC-Perryville Lumley Unit report of Loaned Appliance Status for Special Management Area inmates as of May 27, 2014 (ADC280785). | | | |
| 6-568 | 1829 | ASPC-Perryville Lumley Special Management Area programs schedules for the period from March – July 2014 (ADC378536 – ADC378540) | | | |
| 6-541 | 1830 | Eyman-Browning Unit Activity Schedule, updated July 16, 2014 (ADC420806 – ADC421810). | Not Timely Produced in Response to Discovery Requests | | |
| 6-554 | 1831 | Eyman-SMU I Activity Schedule, updated August 4, 2014 (ADC421811 – ADC421814). | Not Timely Produced in Response to Discovery Requests | | |
| 6-543 | 1832 | Eyman-Cook Unit Programs Schedule, revised May 13, 2013 (ADC421815). | Not Timely Produced in Response to Discovery Requests (Note: this is actually May 2014) | | |
| 6-544 | 1833 | Eyman-Meadows Detention Unit Operational Scheduled, updated June 3, 2014 (ADC421816 – ADC421817). | Not Timely Produced in Response to Discovery Requests | | |
| 6-518 | 1834 | ASPC-Eyman Education Television ("ETV") Booklet for 2012, with broadcast schedule and programming descriptions (ADC422040 – ADC422071). | Not Timely Produced in Response to Discovery Requests | | |
| 6-519 | 1835 | ASPC-Eyman ETV Booklet for 2013, with broadcast schedule and programming descriptions (ADC422072 – ADC422103). | Not Timely Produced in Response to Discovery Requests | | |

LEGAL123549686.2

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 6-520 | 1836 | ASPC-Eyman ETV Booklet for 2014, with broadcast schedule and programming descriptions (ADC422104 – ADC422124). | Not Timely Produced in Response to Discovery Requests | | |
| 6-517 | 1837 | ASPC-Eyman ETV 2010 broadcast schedule and programming descriptions (ADC422125 – ADC422130). | Not Timely Produced in Response to Discovery Requests | | |
| 6-552 | 1838 | Eyman-SMU I Recreation Schedule for July 2014 (ADC422134 – ADC422135). | Not Timely Produced in Response to Discovery Requests | | |
| 6-516 | 1839 | ASPC-Florence Central Unit 2013 and 2014 ETV schedule and programming descriptions (ADC422272 – ADC422275). | Not Timely Produced in Response to Discovery Requests | | |
| 6-563 | 1840 | ASPC-Florence Central Unit Master Program Schedule, dated June 17, 2014 (ADC422276 – ADC422277). | Not Timely Produced in Response to Discovery Requests | | |
| 6-564 | 1841 | ASPC-Florence Central Unit Master Program Schedule, dated July 18, 2014 (ADC422278 – ADC422279). | Not Timely Produced in Response to Discovery Requests | | |
| 6-561 | 1842 | ASPC-Florence Central Unit Classroom Schedule, for the period from April 7, 2014 to April 11, 2014 (ADC422280). | Not Timely Produced in Response to Discovery Requests | | |
| 6-562 | 1843 | ASPC – Florence Central Unit Classroom Schedule, for the period starting May 20, 2014 (ADC422281). | Not Timely Produced in Response to Discovery Requests | | |
| 6-558 | 1844 | COIII Smith's Program Tracking Report for inmates at ASPC-Eyman enrolled in COIII – facilitated group programs under DI 326 (ADC422282 – ADC422285). | Not Timely Produced in Response to Discovery Requests | | |

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 3-213 | 1851 | Corizon/Pharmacorr summary of Medications Added to the AZ DOT List, 2014 (ADC334206). | | | |
| 3-214 | 1852 | Corizon/Pharmacorr summary of Medications Added to the AZ DOT List, as of May 28, 2014 (ADC334207). | | | |
| 3-221 | 1859 | Corizon e-mail dated April 29, 2014, from Julie Carter, with attachments, regarding Formulary and DOT Update (ADC334259 – ADC334262). | | | |
| 3-222 | 1860 | Corizon e-mail dated June 11, 2014, from Julie 2, with attachments, regarding DOT Additions (ADC334263 – ADC334266). | | | |
| 3-227 | 1865 | E-mail, dated May 20, 2014, from Vanessa Headstream to Richard Pratt, regarding updated report monitored lab values for inmates potentially exposed to insulin contamination during January 5, 2014 incident at ASPC-Lewis (ADC285561) | | | |
| 2-1720 | 1896 | E-mail, dated May 23, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding April 2014 Staffing Vacancy Offset Calculation (ADC400612 – ADC401055). | | | |
| 2-1722 | 1898 | E-mail, dated June 20, 2014 from Charles Ryan to Richard Pratt, with attachment, regarding April 2014 Staffing Vacancy Offset Calculations (ADC402694 – ADC402709). | | | |

- 26 -

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 2-1723 | 1899 | E-mail, dated June 23, 2013 [sic – document dated 6/23/14] from Amy Landry to Melissa Gluntz, with attachments regarding April Offset (ADC402710 – ADC402729). | | | |
| 2-1724 | 1900 | E-mail, dated May 23, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding 1st Revision – April 2014 Staffing Vacancy Offset Calculation (ADC402732 – ADC403823). | | | |
| 2-1726 | 1902 | E-mail, dated June 26, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding May 2014 Staffing Vacancy Offset Calculations (ADC405013 – ADC405433). | | | |
| 5-148 | 2314 | ADC dental records for Alberto Gonzalez, #286824, for the period from December 16, 2013 to June 30, 2014 (ADC421238 – ADC421251). | | | |
| 6-579 | 4888 | ASPC-Florence Book Repository Inventory Summary, as of July 7, 2014 (ADC425556). | Not Timely Produced in Response to Discovery Requests | | |
| 6-584 | 4890 | Exemplar of completed ASPC-Florence, Central Unit Book Request Form, submitted on August 17, 2014 (ADC425558). | Not Timely Produced in Response to Discovery Requests | | |
| 6-585 | 4892 | ASPC-Florence Lending Library Delivery Sign Sheet for Cellblock 6 (Kasson), printed on August 21, 2014 (ADC425561 – ADC425565). | Not Timely Produced in Response to Discovery Requests | | |

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 6-586 | 4893 | ASPC-Florence Library Turnout Schedule, revised July 14, 2014 (ADC425566). | Not Timely Produced in Response to Discovery Requests | | |
| 6-582 | 4895 | ASPC-Florence, Central Unit Library Reader Advisory Book Catalog, revised August 25, 2014 (ADC447840 – ADC447948). | Not Timely Produced in Response to Discovery Requests | | |
| 6-509 | 4897 | Photographs taking during the expert site inspection at ASPC-Perryville, Lumley Special Management Area on August 11, 2014 (ADC448210 – ADC448245). | Not Timely Produced in Response to Discovery Requests | | |
| 6-506 | 4898 | Photographs taken during the expert site inspection at ASPC-Florence, Central Unit on August 12, 2014 (ADC448179 – ADC448209). | Not Timely Produced in Response to Discovery Requests | | |
| 6-502 | 4899 | Photographs taken during the expert site inspection at ASPC-Eyman, Browning Unit on August 13, 2014 (ADC448091 – ADC448104). | Not Timely Produced in Response to Discovery Requests | | |
| 6-503 | 4900 | Photographs taken during the expert site inspection at ASPC-Eyman, SMU-I on August 13-14, 2014 (ADC448105 – ADC448178). | Not Timely Produced in Response to Discovery Requests | | |
| 6-510 | 4901 | Videos recorded during the expert site inspection as ASPC-Perryville on August 11, 2014 (ADC448246 – ADC448251). | Not Timely Produced in Response to Discovery Requests | | |
| 6-504 | 4902 | Video recorded during the expert site inspection as ASPC-Eyman, SMU-I on August 13, 2014 (ADC448252). | Not Timely Produced in Response to Discovery Requests | | |

- 28 -

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 6-507 | 4903 | Videos recorded during the expert site inspection as ASPC-Florence on August 12, 2014 (ADC448326 – ADC448333). | Not Timely Produced in Response to Discovery Requests | | |
| 6-576 | 4904 | ADC Prison Aerials, prepared June 30, 2014 (ADC448280 – ADC448300).  (Defendants intend to use enlargements of some of these photographs at trial, and will make those available for inspection upon request.) | Not Timely Produced in Response to Discovery Requests | | |
| 6-576 | 4905 | "The Forbidden Three:  Restrictive Status Housing and Maximum Custody Management", video prepared for upcoming ASCA conference regarding DI 326 (ADC448325). | Not Timely Produced in Response to Discovery Requests | | |

Defendants also propose four hundred thirty-seven (437) exhibits (Def. Ref. Nos. 4024–4886) consisting of AIMS Reports and AIMS DI83 Inmate Program Records for several hundred inmates that contain information post-dating the April 1, 2014 absolute cutoff.  As with the other proposed exhibits noted as untimely produced, each of these 437 proposed exhibits was produced to Plaintiffs for the first time in late August or early September of 2014.  Plaintiffs categorically object to these 437 proposed exhibits as precluded by Docket 871 and as not timely produced through Defendants' disclosures and/or in response to Plaintiffs' discovery requests.  For ease of ruling, these 473 proposed exhibits are consolidated into the notation below.

| Defs. Exhibit No. | Def. Ref. No. | Categorical Description | ADM | N/ADM |
|---|---|---|---|---|
| 6-818 | 4024 - 4886 | AIMS Report / AIMS DI83 Inmate Program Record, as of [Aug. / Sep. 2014], for [various inmates] | | |

If individual rulings on these proposed exhibits are required, the 437 proposed exhibit AIMS reports are identified separately and individually in **Appendix 6-F**.

        iii.    *Rule 802; Hearsay: Statement by ADC/Corizon*

Many of Defendants' proposed exhibits contain out-of-court hearsay statements by ADC or Corizon employees that are inadmissible under FRE 802 and do not fall within an applicable hearsay exception to permit their introduction by Defendants.  In addition to the e-mail exhibits (see below) the following documents are objected to by Plaintiffs on this basis:

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 4-203 | 1511 | Letter dated March 18, 2011 authored by Dr. Benjamin Shaw (ADC027717-ADC027726) | | | |
| 4-205 | 1512 | ADC Power Point Presentation regarding Mental/Behavioral Health Programs at ASPC-Florence (ADC027727-ADC027758) | | | |
| 4-204 | 1517 | ASPC-Eyman-Browning Unit Mental Health Program presentation (ADC084921-ADC084928) | | | |
| 4-206 | 1518 | ASPC-Florence-Central Unit Mental Health Programs summary, dated February 6, 2013, by Amy Barnes (ADC084929-ADC084942) | | | |
| 4-207 | 1519 | ASPC-Florence's The CB-1 C.U.R.E. bulletin (ADC084941-ADC084842) | | | |
| 4-209 | 1520 | ASPC-Florence's The Kassonian Times Newsletter (ADC084943-ADC084944) | | | |

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| | 1523 | Memorandum from Robert Patton and Richard Pratt to Director Charles Ryan, dated April 30, 2012, regarding Increase of Mental Health for Max Custody (ADC050861-ADC050867) | | | |
| 2-1784 | 1527 | ADC Report of outside medical care billings and amounts paid for named Plaintiffs during the period from FY2009 through February 26, 2012 (ADC139880 – ADC139900). | Rule 802; Hearsay: Statement by Third Party | | |
| 4-229 | 1528 | Excerpt from Governor's Briefing on Correctional Issues, September 3, 2013 (ADC140149 – ADC140184). | Contradicts Prior Stipulation (Excerpt) | | |
| 2-2961 | 1529 | E-mail from Sandra Temple to Durtschi Doi, dated May 30, 2013, regarding Inmate Letter, with attachments (ADC231946 – ADC231953). | Rule 802; Hearsay: Statement by Third Party | | |
| 2-2965 | 1533 | E-mail from Troy Evans to Vickie Bybee and Kathleen Campbell regarding Extra Effort, dated October 23, 2013 (ADC232141). | Rule 1002-1003: Genuine Authenticity Issue (Document Appears Redacted) | | |
| 2-2959 | 1534 | E-mail forwarded by Charles Ryan to Lisa Cooper and Maria Guerra – Gonzalez on October 11, 2012 regarding Appreciation (AGA_Review_00064007 – AGA_Review_00064008). | Rule 802; Hearsay: Statement by Third Party | | |

Defendants also propose six hundred and ninety-two (692) exhibits (Def. Ref. Nos. E-0001–E-2311) consisting of emails sent by Defendants or their employees. Each

- 31 -

of these proposed exhibits also contains out-of-court hearsay statements under FRE 802 that do not appear to fall within an applicable hearsay exception for Defendants. Plaintiffs categorically object to these proposed exhibits as inadmissible hearsay. For ease of ruling, these 692 proposed exhibits are consolidated into the notation below:

| Def. Exhibit No. | Def. Ref. No. | Categorical Description | ADM | N/ADM |
|---|---|---|---|---|
| 2-2969-3105; 3-381-880; 4-307-352; 5-211-223; 6-1245-1251 | E-0001 – E-2311 | E-mails sent by Richard Pratt, Charles Ryan, Nicole Taylor, Joe Profiri, and/or David Robertson | | |

If individual rulings on these proposed exhibits are required, the 692 proposed exhibit emails are identified separately and individually in **Appendix 6-G**.

iv.    *Rule 802; Hearsay: Statement by Third Party*

Along with the above, several of Defendants' proposed exhibits contain out-of-court hearsay statements by third parties to this litigation that are inadmissible under FRE 802 and do not fall within an applicable hearsay exception to permit their introduction by Defendants. In addition to the proposed expert exhibits (see below) Plaintiffs object to the following documents on this basis:

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 2-2962 | 1530 | Health Needs Request from James Miller, #192432, to ASPC-Florence South Unit Medical Staff, dated August 22, 2013 (ADC231971). | | | |

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 2-2963 | 1531 | Inmate letter from Todd Edwards, ADC#050290 to D.W. Heat, dated September 12, 2013 (ADC231981). | | | |
| 2-2966 | 1532 | Inmate letters from James Newman, #273979 to Medical Administrator, dated December 10, 2013 and December 14, 2013 (ADC231982 – ADC231983). | | | |
| 2-2960 | 1535 | E-mail forwarded by Heather Price to Charles Ryan on November 30, 2012 regarding DO 710 SOAP Note (Letter to Director from Inmate Stokely) with attachments (AGA_Review_00076002 – AGA_Review_00076004). | | | |
| 2-2967 | 1541 | Letter from Emily Skinner to Richard Pratt regarding Inmate Nordstrom's (#86114) health care dated March 14, 2014 (ADC263225). | | | |
| 2-2968 | 1542 | Letter from Richard Pratt to Emily Skinner regarding Inmate Nordstrom's (#86114) health care dated March 25, 2014 (ADC263224). | | | |
| 2-2964 | 1543 | Inmate Letter, with response, from Paul Farnham, #270971, to Deputy Warden Bradley, dated October 8, 2013 (ADC425554 – ADC4255555). | Not Timely Produced in Response to Discovery Requests | | |

- 33 -

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 5-118 | 1650 | American Dental Association, Dental *Assisting Word of Mouth:  Careers in the Dental Profession, 2006* (Attachment G to Exhibit 122 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment) | Not Timely Produced in Response to Discovery Requests; Rule 401; Relevance: Not Relevant to Ultimate Issue | | |
| 5-119 | 1651 | Arizona State Board of Dental Examiners, Dental Professional Profile Page for Wayne G. Thorpe, DDS, as of May 9, 2014 (Attachment H to Exhibit 122 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment) | Not Timely Produced in Response to Discovery Requests; Rule 401; Relevance: Not Relevant to Ultimate Issue | | |
| 6-595 | 1653 | Maureen L. O'Keefe, et al., *One Year Longitudinal Study of the Psychological Effects of Administrative Segregation*, January 2011  (ADC_S000583 – ADC_S000746) | | | |
| 6-596 | 1654 | Hope Metcalf, et al., *Administrative Segregation, Degrees of Isolation, and Incarceration:  A National Overview of State and Federal Correctional Policies*, June 2013 | | | |

Additionally, Defendants' proposed exhibits include reports and materials authored by individuals expected to be offered as experts by Defendants.  In addition to constituting hearsay under FRE 802, Plaintiffs object to the following proposed exhibits on the grounds that they are improper expert testimony and are subject to a *Daubert* motion under FRE 703:

- 34 -

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 5-114 | 1634 | December 18, 2013 Expert Report of Dr. Dovgan (ADC203516 – ADC203609) | | | |
| 5-115 | 1635 | March 26, 2014 Supplemental Expert Report of Dr. Dovgan (ADC261914 – ADC261930) | | | |
| 3-238 | 1636 | Initial Expert Report of Lawrence Mendel, D.O, FSCP, CCHP, dated December 18, 2013 (ADC203763 – ADC203835). | | | |
| 3-239 | 1637 | First Supplemental Expert Report of Lawrence Mendel, D.O., FSCP, CCHP, dated January 31, 2014 (ADC229802 – ADC229807). | | | |
| 3-240 | 1638 | Second Supplemental Expert Report of Lawrence Mendel, D.O., FSCP, dated March 26, 2014 (ADC261931 – ADC261949). | | | |
| 6-591 | 1639 | December 18, 2013 Report of Rick Seiter (ADC203610 – ADC203762). | | | |
| 6-592 | 1640 | March 26, 2014 Report of Rick Seiter (ADC261884 – ADC261913). | | | |
| 4-239 | 1641 | December 18, 2013 Report of Joseph Penn (ADC203372 – ADC203515). | | | |
| 4-240 | 1642 | March 26, 2014 Supplemental Report of Joseph Penn (ADC261843 – ADC261875). | | | |

LEGAL123549686.2

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 6-594 | 1643 | September ___, 2014 Second Supplemental Report of Richard P. Seiter, Ph.D. (will supplement following completion and disclosure). | Not Timely Produced in Response to Discovery Requests | | |
| 4-241 | 1644 | September ___, 2014 Second Supplemental Report of Joseph V. Penn, M.D. (will supplement following completion and disclosure). | Not Timely Produced in Response to Discovery Requests | | |
| 5-117 | 1645 | September ___, 2014 Second Supplemental Report of John Dovgan, D.D.S. (will supplement following completion and disclosure) | Not Timely Produced in Response to Discovery Requests | | |
| 3-242 | 1646 | September ___, 2014 Third Supplemental Report of Lawrence Mendel, D.O. (will supplement following completion and disclosure.) | Not Timely Produced in Response to Discovery Requests | | |
| 6-593 | 1647 | Declaration of Richard Seiter in support of Defendants' Motion for Summary Judgment and documents attached thereto (Exhibit 123 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment). | | | |

LEGAL123549686.2

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 3-241 | 1648 | Declaration of Lawrence Mendel in support of Defendants' Motion for Summary Judgment and documents attached thereto (Exhibit 189 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment). | | | |
| 5-116 | 1649 | Declaration of John Dovgan in support of Defendants' Motion for Summary Judgment and documents attached thereto (Exhibit 122 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment) | | | |

   vi.  *Not Timely Produced in Response to Discovery Requests*

   Over the past month Defendants have produced over 20,000 pages of documents to Plaintiffs for the first time, some of which they now propose as exhibits for trial. Many of these exhibits contain information following the April 1, 2014 discovery cutoff and are addressed above.   Additionally, Plaintiffs object to the following recently-produced proposed exhibits containing information available prior to April 1, 2014 that are responsive to Plaintiffs' prior discovery requests and/or Defendants' disclosure obligations, and were accordingly improperly withheld by Defendants until their date of production:

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 2-1803 | 2384 | ADC medical file for Eliseo Aguilar, #081409, for the period from January 1, 2011 to November 11, 2013 (ADC425610 – ADC425952). | | | |
| 2-2795 | 3628 | ADC Mortality Review regarding Shawn Southworth, #257109 (ADC425606 – ADC425609) | | | |
| 6-580 | 4889 | ASPC-Florence Book Repository Summary of Statistical Usage, for the period from April 25, 2006 to June 29, 2011 (ADC425557). | | | |
| 6-583 | 4891 | ASPC-Florence, Central Unit Book Request Form (ADC425559 – ADC425560). | | | |
| 6-587 | 4894 | Photographs, taken at various times in 2014, of the garden outside the ASPC-Florence, Central Unit Library, planted and tended by Central Unit inmate library workers (ADC425567 – ADC425577). | | | |
| 6-581 | 4896 | ADC Book Repository Catalog, printed August 25, 2014 (ADC447949 – ADC448090). | | | |

vii.    *Subject to Pending Motion in Limine (Docket 1101)*

Through Plaintiffs' pending Motion(s) in Limine, Plaintiffs ask the Court to exclude, *inter alia*, testimony and evidence regarding the circumstances surrounding the

convictions of inmate-witnesses. Plaintiffs object to the following noted portions of Defendants' proposed exhibits to the extent that they introduce evidence regarding this subject matter:

| Def. Ex. No. | Def. Ref. No. | Description | Objectionable Portion(s) | ADM | N/ADM |
|---|---|---|---|---|---|
| 6-634 | 1171; 1180; 1199-001; 1199-002; 1202; 1207-001 – 1207-013; 1211-001 - 1211-002 | Institutional records for Christina Verduzco, #205576 (ADC019564 – ADC020121; ADC265776 – ADC265818; ADC265821 – ADC265861; ADC265862 – ADC265865; ADC047193 – ADC047243; ADC197325 – ADC197399; ADC084973 – ADC084980; ADC265750 – ADC265751; ADC265752 – ADC265753; ADC265754 – ADC265755; ADC265756 – ADC265757; ADC265758 – ADC265759; ADC265760 – ADC265761; ADC265762 – ADC265763; ADC265764 – ADC265765; ADC265766 – ADC265767; ADC265768 – ADC265769; ADC265770 – ADC265771; ADC265772 – ADC265773; ADC265774 – ADC265775; ADC265866; and, ADC265908) | ADC019577 – ADC020121 | | |
| 6-633 | 1172; 1186-001; 1186-002; | Institutional records for Jackie Thomas, #211267 (ADC022145 – ADC022355; ADC137947 – ADC137970; ADC053294 – ADC053306; and, ADC053321 – ADC053322) | ADC022335 – ADC022355 | | |
| 6-627 | 1178-001; 1178-002 | Institutional records for Shawn Jensen, #032465 (ADC018259 – ADC018791; and, ADC127455 – ADC127468) | ADC018618-24; ADC018674-86; ADC018691; ADC018773-82 | | |

| Def. Ex. No. | Def. Ref. No. | Description | Objectionable Portion(s) | ADM | N/ADM |
|---|---|---|---|---|---|
| 6-630 | 1179; 1198-001; 1198-002; 1198-003; 1200; 1205-001-005; 1209 | Institutional records for Sonia Rodriguez, #103830 (ADC018792 – ADC019563; ADC265673 – ADC265685; ADC265694 – ADC265721); ADC265724 – ADC265743; ADC265593 – ADC265595; ADC265671 – ADC265672; ADC265686 – ADC265687; ADC265688 – ADC265689; ADC265690 – ADC265691; ADC265692 – ADC265693; ADC265722 – ADC265723; and, ADC265878 – ADC265882) | ADC019536-45 | | |
| 6-625 | 1174; 1182 | Institutional Records for Robert Gamez, #131401 (ADC020695 – ADC021192; ADC047164 – ADC047187; ADC024121 – ADC024128; and, ADC123052 – ADC123053) | ADC0201131-36; ADC021159-63; ADC021180-86 | | |
| 6-632 | 1183-001; 1183-002; 1195; 1201; 1206-001; 1206-002; 1206-003; 1210-001 - 1210-010 | Institutional records for Stephen Swartz, #102486 (ADC021193 – ADC021816; ADC127425 – ADC127443; ADC265530 – ADC265574; ADC265596 – ADC265598; ADC265744 – ADC265749; and, ADC265883 – ADC 265907) | ADC021692-705; ADC021718-22; ADC021730-33; ADC021742-46; ADC021790 | | |
| 6-635 | 1184; 1197; 1203; 1208; | Institutional records for Charlotte Wells, #247188 (MRF ADC021817 – ADC021872; ADC265579 – ADC265592;  ADC265625 – ADC265627; and, ADC265867 – ADC265877) | ADC021868-72 | | |

| Def. Ex. No. | Def. Ref. No. | Description | Objectionable Portion(s) | ADM | N/ADM |
|---|---|---|---|---|---|
| 6-631 | 1187-001; 1187-002; 1194 | Institutional records for Jeremy Smith, #129438 (ADC022356 – ADC022504; ADC023102 – ADC023379; and, ADC265516 – ADC265529) | ADC022453-05; ADC022476-81; ADC022490; ADC022491-93; ADC022496-500; ADC023336-39; ADC023341; ADC023351-59 | | |
| 6-626 | 1188; 1192 | Institutional records for Joseph Hefner, #203653 (ADC022505 – ADC022561; ADC137882 – ADC137946; and, ADC265499 – ADC265514) | ADC022552-56; ADC137930-34 | | |
| 6-624 | 1189 | Institutional Records for Maryanne Chisholm, #200825 (ADC022562 – ADC022703) | ADC022661-65 | | |
| 6-636 | 1190-001; 1190-002 | Institutional records for Dustin Brislan, #164993 (ADC022704 – ADC023101; ADC137871 – ADC137881) | ADC023040-42; ADC023055-56; ADC023062; ADC023066-70; ADC023078-82 | | |
| 6-628 | 1191; 1204 | Institutional records for Desiree Licci, #150051 (ADC023512 – ADC023556; ADC127444 – ADC127454; and, ADC265669 – ADC265670) | ADC023549-51; ADC023555-56 | | |

viii.    *Contradicts Prior Stipulation Regarding Excerpts*

The parties have stipulated that an entire document should be introduced in lieu of excerpts when practical to prevent a mischaracterization of the facts or material omission.  Plaintiffs object to the following proposed exhibit as in violation of this stipulation, as it contains numerous excerpts of different types between the reports described:

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 2-1654 | 1382 – 1396 | Health Needs Requests / Inmate Wait Times Reports for medical and mental health care, for the period from May 1, 2013 to March 31, 2014 (ADC122046 – ADC122048; ADC122057 – ADC122058; ADC122017; ADC231223 – ADC231224; ADC231227 – ADC231228; ADC231434; ADC153774 – ADC153776; ADC231060; ADC231062; ADC231088; ADC231090; ADC231116; ADC231118; ADC231165 – ADC231166; ADC231168 – ADC231169; ADC231438; ADC231214 – ADC231215; ADC231217 – ADC231218; ADC261648 – ADC231649; ADC231651 – ADC261652; ADC263288 – ADC263292; and, ADC267274 – ADC267279) | Rule 1002-1003: Genuine Issue of Authenticity (1392 – Described as "Revised") | | |

ix.  *Rule 1002-1003; Genuine Issue of Authenticity*

The parties have generally stipulated to the authenticity of most proposed exhibits and will not require custodians of records absent a specific apparent concern of authenticity. However, several of Defendants' proposed exhibits are described as containing revisions, which raises genuine questions of authenticity as to the information contained in such exhibit. In addition to those identified in other sections, Plaintiffs object to the following proposed exhibit on this basis due to the concerns inherent in the description of this exhibit:

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 2-1680 | 1484-003 | Revised Quarterly Infectious Disease Report for the quarter ending March 31, 2014 (ADC405474-405483) | | | |

- 42 -

x.      *Rule 401-403; Relevance / Prejudice*

Although many of Defendants' proposed exhibits are not relevant to the ultimate issues in this lawsuit, Plaintiffs have limited their objections in this respect to proposed exhibits with no conceivable relevance and/or when the risk of unfair prejudice substantially outweighs any potential relevance and warrants such an objection.   The objectionable potential exhibits in this category include compilations of numerous phone calls purportedly made by Plaintiffs, most of which are completely unrelated to the relevant issues.   Further, these phone calls require appropriate context to be fully understood, and this context is not adequately provided in Defendants' selected compilations.   Plaintiffs accordingly object to the following proposed exhibits on these bases:

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 6-653 | 1245 | Recorded phone calls made by Dustin Brislan, #164993, from November 1, 2011 to June 17, 2013 (ADC166308); and from June 8 – 25, 2013 (ADC229808) | Rule 1002-1003; Genuine Issue of Authenticity (Identity of Recorded Persons) | | |

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 6-645 | 1246 | Recorded phone calls made by Maryanne Chisholm, #200825, during 2008 (ADC166309 - ADC166310); during 2009 (ADC166311- ADC1663014); during 2010 (ADC1663015 - ADC1663018); during 2011 (ADC1663019 - ADC1663022); during 2012 (ADC1663023); November 1, 2012 to June 17, 2013 (ADC1663024 - ADC1663026); January 1, 2011 to February 9, 2012 (ADC229809); February 10, 2012 to May 26, 2012 (ADC229810); May 28, 2012 to July 22, 2012 (ADC229811); June 18, 2013 to October 14, 2013 (ADC229812); October 16, 2013 to January 23, 2014 (ADC229813); and, January 25, 2014 to January 27, 2014 (ADC229814). | Portions Precluded by Court Order (Doc. 871); Rule 1002-1003; Genuine Issue of Authenticity (Identity of Recorded Persons) | | |
| 6-646 | 1247 | Recorded phone calls made by Robert Gamez, #131401, made from 2008 to 2012 (ADC166327 - ADC166329); and from July 23, 2013 to January 24, 2014 (ADC229814) | Portions Precluded by Court Order (Doc. 871); Rule 1002-1003; Genuine Issue of Authenticity (Identity of Recorded Persons) | | |

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 6-647 | 1249 | Recorded phone calls made by Shawn Jensen, #032465, during 2008 (ADC166330 - ADC166332); during 2009 (ADC166333 - ADCADC166335); during 2010 (ADC166336 - ADC166339); during 2011 (ADC166340 - ADC166344); during 2012 (ADC166345 - ADC166347); from July 23, 2012 to October 31, 2012 (ADC166348); from July 23, 2012 to October 31, 2012 (ADC166349); from November 1, 2012 to June 13, 2013 (ADC166350 - ADC166352); from June 1, 2013 to August 3, 2013 (ADC229816); from August 4, 2013 to October 13, 2013 (ADC229817); from October 13, 2013 to December 27, 2013 (ADC229818); and, from December 28, 2013 to January 25, 2014 (ADC229819). | Portions Precluded by Court Order (Doc. 871); Rule 1002-1003; Genuine Issue of Authenticity (Identity of Recorded Persons) | | |
| 6-648 | 1250 | Recorded phone calls made by Desiree Licci, #150051, during 2011 and 2012 (ADC166353); from July 23, 2012 to October 31, 2012 (ADC166354); from November 1, 2012 to June 17, 2013 (ADC166355); and, from July 24, 2013 to January 3, 2014 ADC229820) | Portions Precluded by Court Order (Doc. 871); Rule 1002-1003; Genuine Issue of Authenticity (Identity of Recorded Persons) | | |

- 45 -

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 6-649 | 1251 | Recorded phone calls made by Joshua Polson, #187716, during 2008 (ADC166356 - ADC166359; from July 23, 2012 to October 31, 2012 (ADC166360 - ADC166361); from November 1, 2012 to June 17, 2013 (ADC166362); and, from July 23, 2013 to January 26, 2014 (ADC229821) | Portions Precluded by Court Order (Doc. 871); Rule 1002-1003; Genuine Issue of Authenticity (Identity of Recorded Persons) | | |
| 6-650 | 1252 | Recorded phone calls made by Jeremy Smith, #129438, from 2009 to 2012 (ADC166363 - ADC166367; from November 1, 2012 to June 17, 2013 (ADC166368); and, from June 17, 2013 to July 23, 2013 (ADC229822) | Rule 1002-1003; Genuine Issue of Authenticity (Identity of Recorded Persons) | | |
| 6-651 | 1253 | Recorded phone calls made by Christina Verduzco, #205576, from January 13, 2011 to June 4, 2011 (ADC229823) | Rule 1002-1003; Genuine Issue of Authenticity (Identity of Recorded Persons) | | |

LEGAL123549686.2

| Def. Ex. No. | Def. Ref. No. | Description | Additional Objections | ADM | N/ADM |
|---|---|---|---|---|---|
| 6-652 | 1254 | Recorded phone calls made by Charlotte Wells, #247188, from 2010 to 2012 (ADC166369 - ADC166370; from July 23, 2012 to October 31, 2012 (ADC166371); from November 1, 2012 to March 22, 20133 (ADC166372); from March 28, 2013 to November 15, 2013 (ADC229824); and, from November 15, 2013 to January 16, 2014 (ADC229825) | Portions Precluded by Court Order (Doc. 871); Rule 1002-1003; Genuine Issue of Authenticity (Identity of Recorded Persons) | | |
| 1-761 | 1522 | Employee Recognition Ceremony materials, dated December 13, 2012 (ADC088684-ADC088724) | | | |
| 6-589 | 1539 | Tri-Valley Dispatch article, "Florence inmates train horses for adoption," dated February 19, 2014 (ADC261839 – ADC261842) | | | |

## DEFENDANTS' STATEMENT

Defendants assert that Plaintiffs' narrative objections to categories of exhibits listed by Defendants violates the Court's trial management orders. Plaintiffs' narratives constitute motions in limine for which the deadline has passed and for which a Joint Proposed Pretrial Statement is not the proper mechanism for arguing for the first time, preclusion of categories of evidence. The September 5, 2014 deadline to file motions in limine passed with Plaintiff only challenging Defendants' anticipated submission of criminal history evidence regarding Plaintiffs or inmate witnesses. (Order 7/3/14 at 3-4, Doc. 995; Plaintiffs' MIL No. 1: Use of Facts Underlying Witnesses' Convictions, Doc.

1101).  The Court's 7/3/14 Order specifically directed that matters that are not proper motions in limine "may be summarily denied."  On 9/16/14, the Court further ordered that failure to comply with remaining deadlines will result in automatic sanctions.  (Order 9/16/14 at 3, Doc. 1126).

Plaintiffs' categorical and narrative evidence/exhibit objections are late and ill-disguised motions in limine that must be summarily denied.  Specifically, the categories of Plaintiffs' objections to Defendants exhibits designated as: i (precluded by Court Order – Doc. 815/relevant time period at issue/discovery cutoff objection), ii (precluded by Court Order – Doc. 871/relevant time period at issue/discovery cutoff objection), iv (hearsay and Daubert challenge to expert witness exhibits), vi (discovery cutoff/relevant time period at issue) and x (use of Plaintiff/inmate phone calls) call for motion in limine analysis and rulings for large categories of evidence versus discrete evidentiary objections to specific documents.  Plaintiffs cannot argue that these are categories of evidence that Plaintiffs could not have anticipated Defendants would offer at trial. Plaintiffs' ill-disguised efforts to "object" to easily anticipated categories of relevant evidence rather than complying with the Court's order to file timely motions in limine must denied, and sanctioned.