# APPENDIX 6-H

# FILED UNDER SEAL