# APPENDIX 7

| PLAINTIFFS' DESIGNATION OF MICHAEL ADU-TUTU, DDS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 1, 2012 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| **6:4-7** | Relevance (FRE 402); prejudicial; waste of time (FRE 403) | Relates to fact of consequence related to Defendants' counter-designations and objections (FRE 611(b)); <br><br> Failure to specify how testimony is prejudicial or waste of time (FRE 403) | |
| 9:10-20 | | | |
| 10:4-13:8 | | | |
| 13:19-15:12 | 14:12-15:12: Relevance (FRE 402) | Relates to fact of consequence in determining action (FRE 401) | |
| 15:21-16:1 | | | |
| 16:11-17 <br> 16:20 | | | |
| 16:21-17:3 | | | |

| PLAINTIFFS' DESIGNATION OF MICHAEL ADU-TUTU, DDS (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 1, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 18:9-15 | FRE 402; FRE 403 | Relates to fact of consequence in determining action (FRE 401)<br><br>Failure to specify how testimony is prejudicial, cumulative, or waste of time (FRE 403) | |
| 19:15-23 | MIL #1 | See MIL #1 response | |
| 20:2-12 | 20:2-7 MIL #1 | See MIL #1 response | |
| 20:21-21:1 | MIL #1; relevance (FRE 402) | See MIL #1 response;<br><br>Relates to fact of consequence in determining action (FRE 401) | |
| 24:16-20 | Relevance (FRE 402) | Relates to fact of consequence in determining action (FRE 401) | |

| PLAINTIFFS' DESIGNATION OF MICHAEL ADU-TUTU, DDS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 1, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 25:12-17

25:19-26:3 | 25:15-26:3 Relevance (FRE 402); cumulative (FRE 403) | Relates to fact of consequence in determining action (FRE 401)

Failure to specify how testimony is cumulative (FRE 403) | |
| 27:21-24; 28:1 | Completeness (FRE 106); leading; calls for speculation; vague and ambiguous; lacks personal knowledge (FRE 602); improper opinion testimony (FRE 701, 702). | Question does not pertain to a writing or recorded statement (FRE 106)

Answer shows understanding of question: **6:4-7**

Leading questions permitted for adverse witness (FRE 611(c))

Question is neither vague nor ambiguous and does not call for speculation

Question within scope of matters for testimony (FRCP 30(b)(6))

Lay opinion based on witness's perception, helpful to determine facts in | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | | issue, and specialized knowledge not required; not offering as expert opinion | |
| 28:2-3;<br><br>28:5-7 | Vague and ambiguous; improper hypothetical | Question is neither vague nor ambiguous<br><br>Answer shows understanding of question: **6:4-7** | |
| 28:8-20 | | | |
| 30:19-31:3 | Relevance (FRE 402); waste of time (FRE 403); MIL #4 | Relates to fact of consequence in determining action (FRE 401)<br><br>Failure to specify how testimony is waste of time (FRE 403)<br><br>See MIL response | |

| | **PLAINTIFFS' DESIGNATION OF MICHAEL ADU-TUTU, DDS (30(b)(6))**<br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br><br>**October 1, 2012 Deposition** | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 32:8-33:3 | 32:8-24 Relevance (FRE 402); waste of time (FRE 403); MIL #4<br><br>32:25-33:3 Relevance (FRE 402) | Relates to fact of consequence in determining action (FRE 401)<br><br>Failure to specify how testimony is waste of time (FRE 403)<br><br>See MIL response | |
| 35:2-36:4 | | | |
| 48:14-21 | | | |
| 56:6-18 | | | |
| 57:13-58:7 | | | |

| PLAINTIFFS' DESIGNATION OF MICHAEL ADU-TUTU, DDS (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) October 1, 2012 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| **58:24-59:1**<br><br>**59:3-12** | Vague and ambiguous; calls for speculation; relevance (FRE 402); waste of time (FRE 403); lacks personal knowledge (FRE 602) | Question is not vague, ambiguous, or waste of time and does not call for speculation<br><br>Answer shows understanding of question: 6:4-7<br><br>Answer shows extent of personal knowledge<br><br>Relates to fact of consequence related to Defendants' counter-designations and objections (FRE 611(b)) | |

| PLAINTIFFS' DESIGNATION OF MICHAEL ADU-TUTU, DDS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 1, 2012 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 59:13-17;<br><br>59:19-22 | Completeness (FRE 106); compound; vague and ambiguous; calls for speculation; improper hypothetical; lacks personal knowledge (FRE 602) (59:13-22) | Question does not pertain to a writing or recorded statement (FRE 106)<br><br>Question is not vague, ambiguous, or compound and does not call for speculation<br><br>Answer shows understanding of question: **6:4-7**<br><br>Question within scope of matters for testimony (FRCP 30(b)(6)) | |

<table>
<tr><td colspan="4"><strong>PLAINTIFFS' DESIGNATION OF MICHAEL ADU-TUTU, DDS (30(b)(6))</strong><br><br><strong>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)</strong><br><br><strong>October 1, 2012 Deposition</strong></td></tr>
<tr><td><strong>Page/Line Cite</strong></td><td><strong>Objection<br>(include specific page and line numbers of material objected to and objection(s))</strong></td><td><strong>Response</strong></td><td><strong>Comments</strong></td></tr>
<tr><td>71:12-13;<br><br>71:15</td><td>Completeness (FRE 106) relevance (FRE 402) prejudicial, confusing, cumulative (FRE 403); lacks personal knowledge (FRE 602)</td><td>Question does not pertain to a writing or recorded statement (FRE 106)<br><br>Answer shows understanding of question: <strong>6:4-7</strong><br><br>Relates to fact of consequence in determining action (FRE 401)<br><br>Failure to specify how testimony is prejudicial, confusing, cumulative; "confusing" not a valid objection as testimony must "confus[e] the issues" (FRE 403)<br><br>Question within scope of matters for testimony (FRCP 30(b)(6))</td><td>Defendants designated same testimony</td></tr>
</table>

| | **PLAINTIFFS' DESIGNATION OF MICHAEL ADU-TUTU, DDS (30(b)(6))** | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **October 1, 2012 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 71:16-22 | 71:16-18 Relevance (FRE 402); prejudicial, confusing, cumulative (FRE 403)<br><br>71:19-23 Completeness (FRE 106); relevance (FRE 402); prejudicial, confusing, cumulative (FRE 403); lacks personal knowledge (FRE 602) | Relates to fact of consequence in determining action (FRE 401)<br><br>Failure to specify how testimony is prejudicial, confusing, cumulative; "confusing" not a valid objection as testimony must "confus[e] the issues" (FRE 403)<br><br>Failure to specify testimony required for completeness (FRE 106)<br><br>Answer shows extent of personal knowledge (FRE 602) | Defendants designated same testimony |
| 71:24-72:8 | Relevance (FRE 402); prejudicial, confusing, cumulative (FRE 403) (71:24-72:4)<br><br>Completeness (FRE 106); relevance (FRE 402); prejudicial, confusing, cumulative (FRE 403); lacks personal | Question does not pertain to a writing or recorded statement (FRE 106)<br><br>Answer shows understanding of question: **6:4-7**<br><br>Relates to fact of consequence in | Defendants designated same testimony |

- 9 -

| PLAINTIFFS' DESIGNATION OF MICHAEL ADU-TUTU, DDS (30(b)(6)) <br><br> (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) <br><br> October 1, 2012 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | knowledge (FRE 602) (72:5-9) | determining action (FRE 401) <br><br> Failure to specify how testimony is prejudicial, confusing, cumulative; "confusing" not a valid objection as testimony must "confus[e] the issues" (FRE 403) <br><br> Question within scope of matters for testimony (FRCP 30(b)(6)) | |
| 72:10-13 | Relevance (FRE 402); prejudicial, confusing, cumulative (FRE 403) | Relates to fact of consequence in determining action (FRE 401) <br><br> Failure to specify how testimony is prejudicial, confusing, cumulative; "confusing" not a valid objection as testimony must "confus[e] the issues" (FRE 403) | Defendants designated same testimony |

| PLAINTIFFS' DESIGNATION OF MICHAEL ADU-TUTU, DDS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 1, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 72:14-73:19 | 73:8-19: Relevance (FRE 402); waste of time (FRE 403); MIL #4 | Relates to fact of consequence in determining action (FRE 401)<br><br>Failure to specify how testimony is waste of time (FRE 403)<br><br>See MIL response | Defendants designated same testimony with respect to 72:14-73:7 |
| 89:17-19;<br><br>89:21-90:3 | Completeness (FRE 106); compound; vague and ambiguous; calls for speculation; relevance (FRE 402); prejudicial, confusing, waste of time (FRE 403); lacks personal knowledge (FRE 602); improper opinion testimony (FRE 701,  702); MIL #4 | Question does not pertain to a writing or recorded statement (FRE 106)<br><br>Question not vague, ambiguous, or compound and does not call for speculation<br><br>Answer shows understanding of question: **6:4-7**<br><br>Relates to fact of consequence in determining action (FRE 401)<br><br>Failure to specify how testimony is prejudicial, confusing, waste of time; | Defendants designated same testimony |

| PLAINTIFFS' DESIGNATION OF MICHAEL ADU-TUTU, DDS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 1, 2012 Deposition | | | |
| **Page/Line Cite** | **Objection** <br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | "confusing" not a valid objection as testimony must "confus[e] the issues" (FRE 403) <br><br> Question within scope of matters for testimony (FRCP 30(b)(6)) <br><br> Lay opinion based on witness's perception, helpful to determine facts in issue, and specialized knowledge not required; not offering as expert opinion <br><br> See MIL response | |
| 90:4-15 | | | |
| 93:18-20 | | | |
| 93:22-94:11 | | | |
| 94:12-95:8 | | | |

| | PLAINTIFFS' DESIGNATION OF MICHAEL ADU-TUTU, DDS (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 1, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 96:6-7 | | | |
| 96:9-10 | | | |
| 96:11-14 | | | |
| 139:10-23 | | | |

| PLAINTIFFS' DESIGNATION OF MICHAEL ADU-TUTU, DDS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 1, 2012 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 163:16-164:2;<br><br>164:4-10 | Completeness (FRE 106); compound; vague and ambiguous; counsel is testifying; relevance (FRE 402); confusing, waste of time (FRE 402); lacks personal knowledge (FRE 602) | Question does not pertain to a writing or recorded statement (FRE 106)<br><br>Question not vague, ambiguous, or compound; counsel sought clarification of witness's prior response<br><br>Answer shows understanding of question: **6:4-7**<br><br>Relates to fact of consequence in determining action (FRE 401)<br><br>Failure to specify how testimony is confusing, waste of time; "confusing" not a valid objection as testimony must "confus[e] the issues" (FRE 403)<br><br>Question within scope of matters for testimony (FRCP 30(b)(6)) | |
| 165:10-166:8 | | | |

| DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) October 1, 2012 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 4:13-22 | | | |
| 7:7-8:12 | | | |
| 8:13-11:7 | | | |
| 11:9-12:5 | | | |
| 12:7-13 | | | |
| 12:15-13:8 | | | |
| 13:19-21 | | | |
| 14:4-11 | | | |
| 16:2-10 | | | |

| DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| October 1, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 16:12-17 | | | |
| 16:20-17:7 | | | |
| 17:11 | | | |
| *17:8-10* | | | |
| 18:6-7 | | | |
| 28:8-29:15 | | | |
| 33:16-34:13 | 33:16-34:13: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 34:16-35:24 | 34:16-35:1: Lacks foundation to the extent that it is offered to show that practices are actually followed or | | |

| | DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | |
|---|---|---|---|
| | **(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)** | | |
| | **October 1, 2012 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | implemented. | | |
| 35:25-36:4 | | | |
| 36:7-16 | 36:7-16. Speculation, lacks foundation and personal knowledge of what was done by the facility administrators and the regionals.  Hearsay to the extent that he is reporting what others have told him. | | |
| 36:17-25 | 36:17-25: Speculation and lacks foundation and personal knowledge as he did not receive the written reports. [*See* 38:6-11]  Hearsay to the extent that he is reporting what others have told him. | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 37:1-4 | 37:1-4: Speculation and lacks foundation and personal knowledge that institutions comply with requirements. Hearsay to the extent that he is reporting what others have told him. | | |
| *37:5-16* | | | |
| 38:6-19 | | | |
| 38:23-39:16 | 38:23-39:16:  Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 39:21-40:24 | 39:21-40:24: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |

DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6))

(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)

October 1, 2012 Deposition

| | **DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6))** | | |
|---|---|---|---|
| | **(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)** | | |
| | **October 1, 2012 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 40:25-41:21 | 41:14-21: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 41:22-42:4 | 41:22-42:4: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 42:5-43:6 | 42:5-43:6: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 43:14-44:14 | 43:14-44:14: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| *44:15-25* | | | |

| DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| October 1, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 47:1-23 | 47:1-23: Speculation and lacks foundation and personal knowledge that screening was always performed. No foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 47:24-48:13 | | | |
| 48:14-49:15 | | | |
| 50:19-51:21 | 50:19-51:21: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 51:22-52:16 | 51:22-52:16: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |

| DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| October 1, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 53:17-54:10 | 53:17-54:10: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 54:11-24 | 54:11-24: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 56:6-18 | | | |
| 57:17-23 | | | |
| 57:24-58:23 | 58:8-23: Speculation and confusion of issues (Fed. R. Evid. 403) because emergency HNRs are no longer used and have not been produced. | | |
| *58:24-59:12* | | | |

| DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| October 1, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 62:3-12 | 62:3-12: Speculation and lacks foundation and personal knowledge that the nurses gather up the HNRs daily. Hearsay to the extent that he is reporting what others have told him. | | |
| *62:13-15* | | | |
| 62:16-24 | 62:16-24: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 62:25-63:12 | 62:25-63:12: Speculation and lacks foundation and personal knowledge that all facilities comply with the policy. Hearsay to the extent that he is reporting what others have told him. | | |
| *64:6-20* | | | |

| | | DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6))<br><br>(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)<br><br>October 1, 2012 Deposition | |
|---|---|---|---|
| Page/Line Cite | Objection<br>(include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 64:21-65:18 | | | |
| 65:19-66:12 | 65:19-66:12: Speculation and lacks foundation and personal knowledge of what was done by dental supervisors and dentists.  Hearsay to the extent that he is reporting what others have told him. | | |
| 66:24-67:5 | | | |
| 67:14-68:14 | 67:14-68:14: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented | | |
| 68:16-24 | | | |
| 69:4-6 | | | |

| | DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | |
|---|---|---|---|
| | (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | |
| | October 1, 2012 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 69:13-70:6 | | | |
| 71:12-72:13 | | | |
| 72:14-73:7 | | | |
| 73:20-74:4 | | | |
| *74:4-7* | | | |
| 74:8-14 | 74:8-14: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented | | |
| 77:3-10 | 77:3-10: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 77:11-79:11 | 77:11-79:9: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented<br><br>79:10-11: Speculation and lacks foundation and personal knowledge that all licensed staff are run through the database. | | |
| 79:12-80:7 | 79:12-80:7: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented | | |
| 80:8-16 | 80:8-16: Lacks foundation and personal knowledge because he did not deal with negative marks against licensed staff. | | |

**DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6))**

**(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)**

**October 1, 2012 Deposition**

**DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6))**

**(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)**

**October 1, 2012 Deposition**

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 80:17-81:2 | 80:17-23: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented | | |
| 81:3-82:10 | 81:20-82:7: Speculation and lacks foundation and personal knowledge about performance reviews. | | |
| 82:11-83:15 | 82:11-83:15: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented | | |
| 83:16-24 | 83:16-24: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented | | |
| 83:25-84:10 | | | |
| *86:3-9* | | | |

| | DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | |
|---|---|---|---|
| | (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | |
| | October 1, 2012 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *87:1-12* | | | |
| 87:13-20 | | | |
| 88:7-20 | | | |
| 88:21-89:16 | | | |
| 89:17-90:15 | | | |
| 90:16-91:22 | | | |
| *91:23-25* | | | |
| 92:10-93:6 | | | |
| 93:7-17 | | | |
| 93:18-94:11 | | | |

| | **DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6))** | | |
|---|---|---|---|
| | **(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)** | | |
| | **October 1, 2012 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 94:12-95:8 | | | |
| 95:9-96:5 | | | |
| 96:6-25 | 96:15-25: Speculation and lacks foundation and personal knowledge about increase in wait times statewide. | | |
| 97:1-17 | 97:1-17: Speculation and lacks foundation and personal knowledge regarding the impact on dental health. Hearsay to the extent that he is reporting what others have told him. | | |
| 97:18-98:21 | 97:18-98:21: Speculation and lacks foundation and personal knowledge about the changes in urgent and routine care wait times.  Hearsay to the extent that he is reporting what others have told him. | | |

| DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| October 1, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 98:22-99:13 | 98:22-99:13: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 99:17-100:9 | | | |
| 101:18-102:14 | 102:8-14: Lacks foundation regarding tours and surveys. | | |
| 103:4-105:14 | 104:12-105:14: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 105:15-23 | 105:15-23: Speculation and lacks foundation regarding compliance with policy. | | |

| | DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | |
|---|---|---|---|
| | **(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)** | | |
| | **October 1, 2012 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 105:24-107:1 | 105:24-107:1: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 107:2-108:4 | 107:2-16: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. 107:17-108:4: Speculation and lacks foundation and personal knowledge that kitchens comply with dental diets and that facility health administrators ensure compliance. Hearsay to the extent that he is reporting what others have told him. | | |
| 109:1-13 | 109:1-13: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |

| DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| October 1, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 109:14-110:7 | 109:14-110:7: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 110:8-111:8 | 110:8-111:8: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 111:16-112:4 | | | |
| 112:5-23 | 112:5-23: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 112:24-113:13 | | | |

| DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | | |
|---|---|---|---|
| **(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)** | | | |
| **October 1, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 113:14-114:1 | 113:14-114:1: Speculation and lacks foundation and personal knowledge regarding staffing of the nurse sick call program. Hearsay to the extent that he is reporting what others have told him. | | |
| 114:18-115:18 | | | |
| 115:19-116:22 | | | |
| 116:23-117:7 | 116:23-117:7: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 117:14-118:6 | 117:14-118:6: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |

| DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| October 1, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 118:7-23 | 118:7-23: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 118:24-119:11 | 118:24-119:11: Speculation and lacks foundation and personal knowledge regarding how inmates obtain copies of grievance forms. | | |
| 119:12-14 | 119:12-14: Speculation and lacks foundation regarding the number of grievances related to dental care. | | |
| *119:15-17* | | | |
| 119:18-120:14 | | | |

| | DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | |
|---|---|---|---|
| | **(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)** | | |
| | **October 1, 2012 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 120:15-121:21 | 120:15-121:1: Speculation and lacks foundation and personal knowledge regarding corrective action plans. Hearsay to the extent that he is reporting what other staff have told him. | | |
| 121:22-122:13 | 121:22-122:13: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 122:14-123:2 | 122:14-123:2: Speculation and lacks foundation and personal knowledge regarding how long it took for a grievance to reach dental services. | | |
| 123:3-18 | 123:3-18: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |

| | DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | |
|---|---|---|---|
| | (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | |
| | October 1, 2012 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 123:23-124:6 | | | |
| 124:12-23 | | | |
| 124:24-125:25 | 124:24-125:25: Speculation and lacks foundation and personal knowledge regarding how often oral surgeons are called to provide care to inmates. | | |
| 126:6-17 | 126:6-17: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 127:21-23 | | | |
| *127:24-128:19* | | | |
| 128:10-19 | | | |

| DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| October 1, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 128:20-25 | 128:20-25: Speculation and lacks foundation and personal knowledge that dentists are able to provide care in the time set forth in a treatment plan. Hearsay to the extent that he is reporting what others have told him. | | |
| 130:4-5 | | | |
| *130:6-22* | | | |
| 130:23-131:13 | | | |
| 133:5-8 | 133:5-8: Speculation and lacks foundation and personal knowledge regarding timeliness of follow-up for non-routine dental conditions. | | |
| 135:8-136:18 | | | |

| | DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | |
|---|---|---|---|
| | **(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)** | | |
| | **October 1, 2012 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 136:19-137:10 | 136:22-137:10: Speculation and lacks foundation and personal knowledge about circumstances when transportation can cancel appointments. Hearsay to the extent that he is reporting what others have told him. | | |
| 137:11-16 | 137:11-16: Speculation and lacks foundation and personal knowledge that policy is complied with.  Hearsay to the extent that he is reporting what others have told him. | | |
| 137:17-138:13 | 137:17-138:13: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |

| | **DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6))** | | |
|---|---|---|---|
| | **(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)** | | |
| | **October 1, 2012 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 138:14-139:9 | 138:14-139:9: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 139:10-23 | | | |
| 139:24-141:16 | 141:9-16: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 141:17-142:13 | 141:17-142:13: Speculation and lacks foundation and personal knowledge whether inmates are timely scheduled for denture appointments. | | |

| | **DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6))** | | |
|---|---|---|---|
| | **(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)** | | |
| | **October 1, 2012 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 142:14-143:2 | 142:14-143:2: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented.  Hearsay to the extent that he is reporting what others have told him. | | |
| *143:3-6* | | | |
| 143:7-22 | 143:17-22: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |
| 143:23-144:1 | 143:23-144:1: Speculation and lacks foundation and personal knowledge whether inmates have experienced malnutrition. Hearsay to the extent that he is reporting what others have told him. | | |

| DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| October 1, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 148:14-149:20 | 148:14-149:20: Speculation about annually updating the policy manual | | |
| 151:2-15 | | | |
| 151:16-20 | | | |
| 151:21-152:3 | 151:21-152:3: Lacks foundation and personal knowledge regarding the budget.  Hearsay to the extent that he is reporting what others have told him. | | |
| 152:4-7 | 152:4-7: Lacks foundation and personal knowledge regarding the budget.  Hearsay to the extent that he is reporting what others have told him. | | |

| | DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | |
|---|---|---|---|
| | (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | |
| | October 1, 2012 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 152:9-15 | 152:9-15: Lacks foundation and personal knowledge regarding the budget.  Hearsay to the extent that he is reporting what others have told him. | | |
| 152:16-23 | 152:16-23: Lacks foundation and personal knowledge regarding the budget. Hearsay to the extent that he is reporting what others have told him. | | |
| 152:24-153:23 | | | |
| 153:23-154:22 | 153:24-154:22: Speculation and lacks foundation and personal knowledge about reasons people left employment. Hearsay to the extent that he is reporting what others have told him. | | |
| *155:4-7* | | | |

| | **DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6))**<br><br>**(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)**<br><br>**October 1, 2012 Deposition** | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 156:23-157:1 | | | |
| 157:8-158:6 | | | |
| 164:11-165:3 | | | |
| 165:11-166:1 | | | |
| 166:2-8 | | | |
| 167:5-168:25 | | | |
| 169:6-170:16 | | | |

| | DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | |
|---|---|---|---|
| | **(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)** | | |
| | **October 1, 2012 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 170:17-171:6 | 170:17-171:6: Speculation and lacks foundation and personal knowledge that dental staff did not leave as a result of privatization.  Hearsay to the extent that he is reporting what others have told him. | | |
| 171:7-172:6 | | | |
| 172:11-173:1 | | | |
| 173:2-8 | 173:2-8: Lacks foundation and personal knowledge regarding the budget.  Hearsay to the extent that he is reporting what others have told him. | | |

| DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| October 1, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 173:9-174:4 | 173:9-174:4: Speculation and lacks foundation and personal knowledge regarding positions that were eliminated.  Hearsay to the extent that he is reporting what others have told him. | | |
| 174:5-20 | 174:5-20: Speculation and lacks foundation and personal knowledge regarding loss of dental positions and increase in the budget.  Hearsay to the extent that he is reporting what others have told him. | | |
| 174:21-175:7 | 174:21-175:7: Speculation regarding what dentists told him about the compensation package.  Hearsay to the extent that he is reporting what others have told him. | | |
| 175:8-15 | | | |

| | **DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6))**<br><br>**(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)**<br>**October 1, 2012 Deposition** | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 175:16-25 | | | |
| 176:1-18 | | | |
| 176:19-177:1 | | | |
| 177:2-12 | | | |
| 178:9-179:1 | 178:9-13: Leading; vague and ambiguous with respect to "stand out."<br><br>178:14-179:1: Lack foundation and personal knowledge about staffing in other areas. | | |
| 179:2-22 | | | |

| | | | |
|---|---|---|---|
| **DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6))**<br><br>**(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)**<br><br>**October 1, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection<br>(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 180:1-7 | 180:1-4: Leading; vague and ambiguous with respect to "negatively affect an inmate's health."<br><br>180:6-7: Speculation and lacks foundation and personal knowledge whether scheduling delays impacted any inmate's health.  Hearsay to the extent that he is reporting what others have told him. | | |
| 180:8-17 | 180:8-13: Leading; vague and ambiguous with respect to "negatively affect an inmate's health."<br><br>180:15-17:  Speculation and lacks foundation and personal knowledge whether scheduling delays or cancellations impacted any inmate's health.  Hearsay to the extent that he is reporting what others have told him. | | |

| DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| October 1, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 182:14-183:7 | | | |
| 183:8-17 | | | |
| 183:18-24 | | | |
| 183:25-184:7 | 183:25-184:7: Irrelevant to know about constant video broadcast. | | |
| 184:8-11 | 184:8-11: Irrelevant to know about the location of closed circuit TVs. | | |
| 184:12-23 | 184:12-23: Irrelevant as it is redundant to other deposition testimony (183:8-17). | | |
| 184:24-185:4 | 184:24-185:4: Irrelevant to know how to use a security toothbrush. | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6))** <br><br> **(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)** <br><br> **October 1, 2012 Deposition** | | | |
| 185:5-13 | 185:5-13: Irrelevant and lacks foundation about toothbrushes being used as weapons. | | |
| 185:20-186:16 | | | |
| 186:17-187:2 | 186:17-187:2: Speculation and lacks foundation and personal knowledge about all dental grievances submitted during that time period.  Hearsay to the extent that he is reporting what others have told him. | | |
| 187:9-15 | 187:9-11: Leading. | | |
| 187:16-19 | 187:16-17: Vague and ambiguous with respect to "successful." | | |

| | DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | |
|---|---|---|---|
| | (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | |
| | October 1, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 187:25-188:10 | 187:25-188:5: Lacks foundation and personal knowledge regarding all lawsuits.<br><br>188:6-7: Vague and ambiguous with respect to "successful." | | |
| 188:11-189:2 | 188:11-189:2: Speculation and lacks foundation and personal knowledge about peer review done by others. Hearsay to the extent that he is reporting what others have told him. | | |
| 189:3-5 | | | |

| DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) |||| 
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) |||| 
| October 1, 2012 Deposition |||| 
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 189:6-12 | 189:6-11: Leading; vague and ambiguous with respect to "negatively affect an inmate's health." <br><br> 189:12: Speculation and lacks foundation and personal knowledge whether any inmates were negatively affected by their dental care.  Hearsay to the extent that he is reporting what others have told him. |  |  |
| 189:14-16 |  |  |  |
| 189:17-190:5 |  |  |  |

| | DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6))<br><br>(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)<br><br>October 1, 2012 Deposition | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 191:10-14 | 191:10-12: Leading; vague and ambiguous with respect to "hospital level care."<br><br>191:14: Speculation and lacks foundation and personal knowledge regarding when inmates are sent to outside hospitals. Hearsay to the extent that he is reporting what others have told him. | | |
| *192:3-7* | | | |
| 193:9-194:4 | 193:9-194:4: Lacks foundation to the extent that it is offered to show that practices are actually followed or implemented. | | |

| DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | | |
|---|---|---|---|
| **(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)** | | | |
| **October 1, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection** **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 194:5-11 | 194:5-8: Leading<br><br>194:10-11: Speculation and lacks foundation and personal knowledge regarding practices of other dentists. Hearsay to the extent that he is reporting what others have told him. | | |
| 194:12-16 | 194:12-15: Leading; vague and ambiguous with respect to "adherent to standards by the NCCHC." | | |
| 194:21-195:8 | | | |
| 195:9-196:9 | 195:9-14: Leading.<br><br>195:15-196:9: Speculation and lacks foundation regarding delays in urgent or emergent care.  Hearsay to the extent that he is reporting what others have told him. | | |

| | DEFENDANTS' DESIGNATION OF MICHAEL ADU-TUTU, D.D.S. (30(b)(6)) | | |
|---|---|---|---|
| | (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | |
| | October 1, 2012 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 196:10-18 | 196:10-15: Leading; vague and ambiguous with respect to "negative effect upon their health." 196:17-18: Speculation and lacks foundation and personal knowledge whether cancellations with outside specialists impacted any inmate's health.  Hearsay to the extent that he is reporting what others have told him. | | |

| PLAINTIFFS' DESIGNATION OF TERRY ALLRED | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 18, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 6:11-18 | | | |
| 13:21-14:3 | | | |
| 14:24-15:3 | | | |
| 15:12-16:3 | | | |
| 18:18-25 | | | |
| 19:9-17 | | | |
| 20:3-7 | | | |
| 20:12-21:12 | | | |
| 104:15-19 Exhibit 276 | | | |

| PLAINTIFFS' DESIGNATION OF TERRY ALLRED | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 18, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 106:1-3 | | | |
| 106:6-12 | | | |
| 106:20-25 | | | |
| 107:1 107:4-21 | | | |
| 108:10-11 108:14-20 108:22-23 | | | |

| PLAINTIFFS' DESIGNATION OF MARLENA BEDOYA | | | |
| :--- | :--- | :--- | :--- |
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 9, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 5:13-16 | | | |
| 58:25-61:14 | | | |
| 62:12-17 | | | |
| 65:5-16 | | | |
| 157:14-158:14 | | | |
| 160:22-161:5 | | | |
| 161:12-17 | | | |
| 163:7-19 | | | |
| 198:10-16 | | | |
| 198:23-199:6 | | | |

| PLAINTIFFS' DESIGNATION OF MARLENA BEDOYA | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) September 9, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 199:9-13 | | | |
| 199:16 | | | |
| 201:14-202:1 | | | |
| 219:13-15 | | | |
| 219:25-220:2 | | | |
| 220:8-16 | | | |
| 221:8-10 | | | |
| 221:12 | | | |

| | PLAINTIFFS' DESIGNATION OF VICKIE BYBEE (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 10, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 6:15-19 | | | |
| 8:13-22, 9:2-10:12 | | | |
| *10:20-11:13* | | | |
| 11:14-23 | | | |
| *11:24-12:14* | | | |
| *13:8-16* | | | |
| *13:20-14:16* | | | |
| *14:17-15:10* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *15:14-16:12* | Beyond scope of/unresponsive to | | |

| | PLAINTIFFS' DESIGNATION OF VICKIE BYBEE (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 10, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | plaintiffs' designations | | |
| *16:25-17:24* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| 17:25-18:18 | | | |
| *18:19-24* | | | |
| 20:17-25 | | | |
| *21:6-20* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *24:24-25:1* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *25:4-8* | Beyond scope of/unresponsive to plaintiffs' designations | | |

| PLAINTIFFS' DESIGNATION OF VICKIE BYBEE (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 10, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *25:12-15* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *25:17-19* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *25:23-25* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *26:4-6* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *26:10-14* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *26:18-25* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *27:4-8* | Beyond scope of/unresponsive to plaintiffs' designations | | |

| PLAINTIFFS' DESIGNATION OF VICKIE BYBEE (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 10, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *29:1-7* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *30:24-31:7* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| 31:13-24;<br><br>32:20-33:16;<br><br>39:22-23;<br><br>40:14-16 | 32:20-33:16 "Relevance (FRE 402); confusing (FRE 403); lacks personal knowledge (FRE 602); 39:22-23 "Relevance (FRE 402):; confusing (FRE 403); lacks personal knowledge (FRE 602); 40:14-16 "Relevance (FRE 402); confusing (FRE 403); lacks personal knowledge (FRE 602); | 32:20-33:16  Relates to fact of consequence to this action (staffing) (FRE 401); Not confusing – explains use of "paybacks" for unfilled staffing positions under contract; Question within scope of matters for testimony under FRCivP 30(b)(6) (see -- 20:17-25); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).<br><br>39:22-23 Relates to fact of consequence to this action (staffing) (FRE 401); Not confusing – states when Corizon obligated to begin "paybacks"; Question within scope of matters for testimony under FRCivP 30(b)(6) (see -- 20:17-25); | |

| PLAINTIFFS' DESIGNATION OF VICKIE BYBEE (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 10, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). 40:14-16 Relates to fact of consequence to this action (staffing) (FRE 401); Not confusing – states when Corizon obligated to begin "paybacks"; Question within scope of matters for testimony under FRCivP 30(b)(6) (see -- 20:17-25); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| *40:17-18* | | | |
| *40:22-24* | | | |
| *42:24-43:7* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *47:24-48:1* | Beyond scope of/unresponsive to plaintiffs' designations | | |

| PLAINTIFFS' DESIGNATION OF VICKIE BYBEE (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 10, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *48:4-6* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *48:9-11* | Beyond scope of/unresponsive to plaintiffs' designations<br><br>Monitors statement to witness are hearsay (FRE 805) | | |
| *48:14-18* | Beyond scope of/unresponsive to plaintiffs' designations<br><br>Monitors statement to witness are hearsay (FRE 805) | | |
| *48:21-23* | Beyond scope of/unresponsive to plaintiffs' designations<br><br>Relevance (401) | | |
| *48:24-49:5* | Beyond scope of/unresponsive to | | |

| | PLAINTIFFS' DESIGNATION OF VICKIE BYBEE (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 10, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | plaintiffs' designations<br><br>Statements to witness are hearsay (FRE 805) | | |
| **49:6-7** | 49:6-7 Relevance (FRE 402); confusing, prejudicial (FRE 403); hearsay (FRE 802). | Relates to fact of consequence related to Defendants' counter-designations and objections (FRE 611(b)); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); answer shows understanding of question; no hearsay contained within section (FRE 802) | |
| 52:13-15;<br><br>52:20-23;<br><br>53:1;<br><br>53:7-9;<br><br>53:12-19;<br><br>53:23-54:2 | 52:13-21 Relevant (FRE 402); Compound;<br><br>52:22-53:1 Relevant (FRE 402); Compound;<br><br>53:7-13 Foundation; Lacks personal knowledge (FRE 602)<br><br>53:14-19 Foundation; Lacks personal knowledge (FRE 602); confusing (FRE | 52:13-53:1  Relates to fact of consequence to this action (staffing) (FRE 401); Response demonstrates witness' understanding (*see* 7:18-22)<br><br>53:7-13 Foundation not required/Question within scope of matters for testimony under FRCivP 30(b)(6) (see -- 20:17-25)<br><br>53:14-19 Foundation not | |

| | PLAINTIFFS' DESIGNATION OF VICKIE BYBEE (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 10, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 403); Counsel testifying<br><br>53:23-54:2<br><br>53:23-54:2 Lacks personal knowledge (FRE 602) | required/Question within scope of matters for testimony under FRCivP 30(b)(6) (see -- 20:17-25); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); Not confusing – witness testifies bonuses have not resulted in hiring leads.<br><br>53:23-54:2 Question within scope of matters for testimony under FRCivP 30(b)(6) (see -- 20:17-25); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| *53:2-6* | | | |
| *53:20-22* | | | |
| *54:21-25* | | | |
| *59:11-18* | Confusing (FRE 403) | | |

| PLAINTIFFS' DESIGNATION OF VICKIE BYBEE (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 10, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *85:7-17* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| 93:5-8; 93:11-13; 93:16 | 93:5-11 Compound | Response demonstrates witness' understanding (*see* 7:18-22) | |
| *105:18-106:1* | | | |
| *106:2-7* | | | |

| PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 9, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *15:20-25* | | | |
| *16:1-18* | | | |
| **16:19-17:2** | Relevance (FRE 402); cumulative, confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1; hearsay (FRE 802). | Relates to fact of consequence related to Defendants' counter-designations and objections (FRE 611(b)); failure to specify how the testimony is cumulative or causes undue delay (FRE 403); answer by witness shows understanding of question (9:1-7); "prejudicial" is not a valid objection / not unfairly prejudicial (FRE 403); question within scope of matters for testimony (FRCP 30(b)(6)); Bowoto v. Chevron Corp., 2006 WL 2455740, *1 (N.D. Cal. 2006); see Response to MIL # 1; Exhibits 568 and 569 (Bates Nos. AGA_Review_0013532 and AGA_Review_0013539, introduced at 33:8-16) were produced by Defendants in the course of discovery. | |
| *17:22-25* | Completeness (FRE 106): **Need to add 16:19-17:2 (foundation for Exhibit 565) above in order to complete** | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | **PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6))** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **July 9, 2014 Deposition** | | |
| | **Defendants' counter-designation.** | | |
| *18:3-17* | | | |
| 18:18-19:21 | Completeness (FRE 106) (18:18-25)  Confusing (FRE 403) (19:1-11; 19:17-21)  Cumulative (FRE 403) (19:15-16) | No objection to the addition of 18:3-17 to complete designation.  Failure to specify how the testimony is confusing. (FRE 403)  Failure to specify how the testimony is cumulative. (FRE 403). | |
| *25:7-10* | | | |
| 25:12-15 | 25:12-19: Completeness (FRE 106); compound; confusing; vague; assumes facts; calls for speculation; lacks personal knowledge (FRE 602) | No objection to the addition of 25:7-10 for completeness; form objections not asserted at deposition and waived (FRCP 32(d)(3)(b)); witness has personal knowledge and was designated by Defendants as their designee with regard to the monitoring reports, [Rule 30(b)(6)], and witness testified that she is the person most knowledgeable at ADC regarding the monitoring reports.  (10:10- | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | **PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6))** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **July 9, 2014 Deposition** | | |
| | | 10:16; 10:18); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| *25:20-25* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106). | | |
| *26:1-3* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106). | | |
| *26:5-17* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106). | | |
| *26:19-22* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106). | | |

| PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 9, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 26:23-25; 27:2 | Completeness (FRE 106); vague; compound; leading; misstates evidence; cumulative (FRE 403); lacks personal knowledge (FRE 602) | Failure to specify how testimony is incomplete (FRE 106); answer by witness shows understanding of question (9:1-7); failure to specify how testimony is cumulative (FRE 403); witness has personal knowledge and was designated by Defendants as their designee with regard to the monitoring reports, [Rule 30(b)(6)], and witness testified that she is the person most knowledgeable at ADC regarding the monitoring reports.  (10:10-10:16; 10:18); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| *27:2-10* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106); **incomplete without the addition of 28:19-23 and 28:25-29:4.** | | |
| *28:1-5* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106); **incomplete without the addition** | | |

| | PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | July 9, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | of 28:19-23 and 28:25-29:4. | | |
| *28:7-11* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106); **incomplete without the addition of 28:19-23 and 28:25-29:4.** | | |
| *28:13-15* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106); **incomplete without the addition of 28:19-23 and 28:25-29:4.** | | |
| *28:17-18* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106); **incomplete without the addition of 28:19-23 and 28:25-29:4.** | | |
| **28:19-23**<br><br>**28:25-29:4** | Vague and ambiguous; argumentative; calls for speculation; relevance (FRE 402); cumulative, confusing, prejudicial (FRE 403). | Answer shows understanding of question and does not provide speculation or argument; relates to fact of consequence related to Defendants' counter- | |

| PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 9, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | designations and objections (FRE 611(b)); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); failure to specify how testimony is cumulative (FRE 403). | |
| *30:11-14* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *30:16-23* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *31:13-25* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *32:1-4* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| 38:10-13; | Completeness (FRE 106); compound; vague and ambiguous; leading; relevance (FRE 402);  prejudicial, | Failure to specify how testimony is incomplete (FRE 106); answer by witness shows understanding of question | |

| | PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | July 9, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 38:15-18; 39:4-8; 39:10; 40:2-4; 44:1-6; 45:8-11; 45:14; 45:23-46:3 | confusing (FRE 403); lacks personal knowledge (FRE 602); outside the scope of the 30(b)(6) topics; hearsay (FRE 802); MIL #1 (38:10-15) | (9:1-7); relates to facts of consequence in determining action (FRE 401); "prejudicial" is not a valid objection / not unfairly prejudicial (FRE 403); witness has personal knowledge and was designated by Defendants as their designee with regard to the monitoring reports, [Rule 30(b)(6)], and witness testified she is the person most knowledgeable at ADC regarding the monitoring reports (10:10-10:16; 10:18); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); testimony is not hearsay, question was whether witness had notice, not for the truth of the matter asserted; *see* Response to MIL # 1; Exhibits 568 and 569 (Bates Nos. AGA_Review_0013532 and AGA_Review_0013539, introduced at 33:8-16) were produced by Defendants in the course of discovery; the documents are not hearsay as they were written by an ADC employee in the normal course | |

| | PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | July 9, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | Relevance (FRE 402); prejudicial, confusing, cumulative (FRE 403); MIL #1 (38:16-18) | of business (FRE 801(d)(2)(D); not outside of the scope of the 30(b)(6) topic because witness was asked why the information in the two exhibits was not included in a MGAR monitoring report (38:10-13; 38:15-18).<br><br>Relates to facts of consequence in determining action (FRE 401); "prejudicial" is not a valid objection / not unfairly prejudicial (FRE 403); failure to specify how the testimony is cumulative (FRE 403); answer by witness shows understanding of question (9:1-7); see Response to MIL # 1; Exhibits 568 and 569 (Bates Nos. AGA_Review_0013532 and AGA_Review_0013539, introduced at 33:8-16) were produced by Defendants in the course of discovery. | |
| | Completeness (FRE 106); compound; vague and ambiguous; leading relevance (FRE 402); outside the scope of the 30(b)(6) topic; cumulative, prejudicial (FRE 403) (39:4-10) | Relates to facts of consequence in determining action (FRE 401); "prejudicial" is not a valid objection / not | |

| | PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | July 9, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | Completeness (FRE 106); vague; assumes facts; lacks personal knowledge (FRE 602); outside the scope of the 30(b)(6) topic (40:2-4) | unfairly prejudicial (FRE 403); failure to specify how the testimony is cumulative (FRE 403); answer by witness shows understanding of question (9:1-7); testimony not outside the scope of the 30(b)(6) topic of the monitoring reports because witness testified the information would not be included in a MGAR report and witness was asked if she knew where it would be recorded.

Failure to specify how testimony is incomplete (FRE 106); answer by witness shows understanding of question (9:1-7); testimony not outside the scope of the 30(b)(6) topic of the monitoring reports because witness testified the information would not be included in a MGAR report and witness was asked if she knew where it would be recorded; witness has knowledge because she was designated by Defendants as their designee with regard to the monitoring | |

| | PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **July 9, 2014 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | reports, [Rule 30(b)(6)], and witness testified she is the person most knowledgeable at ADC regarding the monitoring reports (10:10-10:16; 10:18); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| | Relevance (FRE 402); prejudicial, cumulative (FRE 403); objection of counsel, not witness testimony (44:1-6) | Relates to facts of consequence in determining action (FRE 401); "prejudicial" is not a valid objection / not unfairly prejudicial (FRE 403); failure to specify how the testimony is cumulative (FRE 403); answer by witness shows understanding of question (9:1-7); statement by Defendants' counsel was not in the form of an objection but rather he was representing to what the witness had testified. | |
| | Completeness (FRE 106); assumes facts; misstates evidence; leading; compound; vague and ambiguous; confusing, | Failure to specify how testimony is incomplete (FRE 106); answer by witness shows understanding of question (9:1-7); failure to specify how testimony | |

| | PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | July 9, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | cumulative (FRE 403); lacks personal knowledge (FRE 602) (45:8-14) | is cumulative (FRE 403); witness has knowledge because she was designated by Defendants as their designee with regard to the monitoring reports, [Rule 30(b)(6)], and witness testified she is the person most knowledgeable at ADC regarding the monitoring reports (10:10-10:16; 10:18); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| | Completeness (FRE 106); assumes facts; misstates evidence; leading; vague and ambiguous; relevance (FRE 402); prejudicial, confusing, cumulative (FRE 403); lacks personal knowledge (FRE 602) (45:23-46:3) | Failure to specify how testimony is incomplete (FRE 106); answer by witness shows understanding of question (9:1-7); failure to specify how testimony is cumulative or confusing (FRE 403); "prejudicial" is not a valid objection / not unfairly prejudicial (FRE 403); witness has knowledge because she was offered by Defendants as their designee with regard to the monitoring reports, [Rule 30(b)(6)], and witness testified she is the person most knowledgeable at ADC regarding the monitoring reports (10:10- | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6))** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **July 9, 2014 Deposition** | | | |
| | | 10:16; 10:18); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| *38:19-23* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106); lacks personal knowledge (FRE 602) ("I wasn't there. I don't know." [39:3]) | | |
| *38:25-25* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106); lacks personal knowledge (FRE 602) ("I wasn't there. I don't know." [39:3]) | | |
| *39:1-3* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106); lacks personal knowledge (FRE 602) ("I wasn't there. I don't know." [39:3]) | | |

| PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 9, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *39:10-22* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *39:24-25* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *40:1-1* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *40:5-25* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106); argument by Defendants' counsel. | | |
| *41:1-10* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106); argument by Defendants' counsel. | | |
| *41:13-19* | | | |

| PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **July 9, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *41:21-21* | | | |
| *46:20-25* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106). | | |
| *47:3-3* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *48:17-25* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106); argument by Defendants' counsel. | | |
| *49:1-11* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106); argument by Defendants' counsel. | | |
| 49:12-21; | Completeness (FRE 106); relevance (FRE 402); confusing (FRE 403) (49:12-21) | Failure to specify how testimony is incomplete (FRE 106); relates to fact of consequence in determining action (FRE | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 50:4-8;<br><br>50:15-22 | Prejudicial, confusing, cumulative (FRE 403) (50:4-8)<br><br><br>Confusing, cumulative (FRE 403) (50:15-22) | 401); failure to specify how testimony is confusing (FRE 403).<br><br>"Prejudicial" is not a valid objection / not unfairly prejudicial (FRE 403); failure to specify how testimony is cumulative or confusing (FRE 403).<br><br>Failure to specify how testimony is cumulative or confusing (FRE 403). | |
| *51:14-19* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106); speculative. | | |
| *53:19-22* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106). | | |
| *53:25-25* | Outside scope of designated direct testimony subject matter (FRE 611(b)); | | |

| | PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | July 9, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | unnecessary for completeness (FRE 106) | | |
| *54:1-25* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106). | | |
| 61:12-22 | Confusing, cumulative (FRE 403) | Failure to specify how testimony is cumulative or confusing (FRE 403). | |
| *64:4-11* | | | |
| 64:12-15;<br><br>64:21-24;<br><br>65:1 | Completeness (FRE 106); relevance (FRE 402); prejudicial, waste of time (FRE 403) (64:12-15) | No objection to the inclusion of above (64:4-11) for completeness; relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection / not unfairly prejudicial (FRE 403); failure to specify how testimony is a waste of time (FRE 403). | |
| | Completeness (FRE 106); compound; leading; relevance (FRE 402); | No objection to the inclusion of above (64:4-11) for completeness; answer by | |

- 82 -

| PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 9, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | prejudicial, waste of time, cumulative (FRE 403) (64:21-65:1) | witness shows understanding of question (9:1-7); relates to a fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection / not unfairly prejudicial (FRE 403); failure to specify how testimony is a waste of time or cumulative(FRE 403). | |
| *67:3-5* | | | |
| *67:7-15* | | | |
| *67:17-18* | | | |
| 67:25-68:9 | Completeness (FRE 106); compound; vague and ambiguous; leading; assumes facts; calls for speculation; improper hypothetical; confusing, cumulative (FRE 403); lacks personal knowledge (FRE 602) | No objection to the inclusion of the above (67:3-5, 67:7-15, 67:17-18) for completeness; answer by witness shows understanding of question (9:1-7); failure to specify how testimony is a waste of time or cumulative (FRE 403); witness has knowledge because she was offered by Defendants as their designee with regard to the monitoring reports, [Rule 30(b)(6)], and witness testified she is the person most knowledgeable at ADC | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | | regarding the monitoring reports (10:10-10:16; 10:18) *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| 68:10-16 | Completeness (FRE 106); confusing, cumulative (FRE 403) | Failure to specify how the testimony is incomplete (FRE 106); failure to specify how the testimony is confusing or cumulative (FRE 403). | |
| *68:17-19* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *68:21-25* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *69:1-5* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *69:13-16* | Outside scope of designated direct testimony subject matter (FRE 611(b)); | | |

**PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6))**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**July 9, 2014 Deposition**

| | PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | July 9, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | unnecessary for completeness (FRE 106) | | |
| *69:19-21* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *92:15-25* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *93:1-6* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| 93:7-14 | Completeness (FRE 106); relevance (FRE 402); confusing (FRE 403); MIL #1 | No objection to below (93:15-20) for completeness; relates to a fact of consequence in determining action (FRE 401); relates to a fact of consequence in determining action (FRE 401);  failure to specify how testimony is confusing (FRE 403); *see* Response to MIL # 1; Exhibit 565 is a document created by Defendants and produced by Defendants in the | |

| | PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | July 9, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | course of discovery. | |
| *93:15-20* | | | |
| 102:5-24 | Relevance (FRE 402); confusing (FRE 403); MIL #1 | Relates to a fact of consequence in determining action (FRE 401);  failure to specify how testimony is confusing (FRE 403); *see* Response to MIL # 1; Exhibits 574 and 575 (foundation for the exhibits was made at 98:16-22 and 99:20-100:4) are documents that were created by Defendants and produced by Defendants in the course of discovery. | |
| *112:4-9* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *113:22-25* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *114:1-6* | Outside scope of designated direct testimony subject matter (FRE 611(b)); | | |

| | PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | July 9, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | unnecessary for completeness (FRE 106) | | |
| *114:15-25* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *115:1-1* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *115:3-5* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| 116:13-19;<br><br>116:21-22;<br><br>117:18-20; | Completeness (FRE 106); compound; vague and ambiguous; leading; assumes evidence; calls for speculation; relevance (FRE 402); prejudicial, confusing (FRE 403); lacks personal knowledge (FRE 602) (116:13-22) | Failure to specify how testimony is incomplete (FRE 106); answer by witness shows understanding of question (9:1-7); relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection / not unfairly prejudicial (FRE 403); failure to specify how testimony is confusing (FRE 403); witness has personal knowledge and was designated by Defendants as | |

| PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 9, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 117:23 | Completeness (FRE 106); compound; vague and ambiguous; assumes facts; leading (117:18-23) | their designee with regard to the monitoring reports, [Rule 30(b)(6)], and witness testified that she is the person most knowledgeable at ADC regarding the monitoring reports.  (10:10-10:16; 10:18); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).  Failure to specify how testimony is incomplete (FRE 106); answer by witness shows understanding of question (9:1-7). | |
| *117:24-25* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *118:1-1* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *118:3-4* | Outside scope of designated direct testimony subject matter (FRE 611(b)); | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | unnecessary for completeness (FRE 106) | | |
| 124:2-4 | Completeness (FRE 106); confusing (FRE 403) | Failure to specify how testimony is incomplete (FRE 106); failure to specify how testimony is confusing (FRE 403). | |
| *124:5-10* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *124:11-25* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *125:1-25* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *126:1-2* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *126:4-19* | Outside scope of designated direct testimony subject matter (FRE 611(b)); | | |

| PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) |
|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) |
| July 9, 2014 Deposition |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | unnecessary for completeness (FRE 106) | | |
| *127:13-17* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *127:19-25* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| 152:11-14;<br><br>152:16-23;<br><br>153:1 | Completeness (FRE 106); vague and ambiguous; assumes facts; lacks personal knowledge (FRE 602) (152:11-17) | Failure to specify how testimony is incomplete (FRE 106); answer by witness shows understanding of question (9:1-7); witness has personal knowledge and was designated by Defendants as their designee with regard to the monitoring reports, [Rule 30(b)(6)], and witness testified that she is the person most knowledgeable at ADC regarding the monitoring reports.  (10:10-10:16; 10:18) *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |

| PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 9, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | Confusing (FRE 403) (152:18-20)<br><br>Completeness (FRE 106); compound; vague and ambiguous; leading; argumentative; relevance (FRE 402); confusing, cumulative (FRE 403); lacks personal knowledge (FRE 602) (152:21-153:1) | Failure to specify how testimony is confusing (FRE 403)<br><br>Failure to specify how testimony is incomplete (FRE 106); answer by witness shows understanding of question (9:1-7); relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is confusing or cumulative (FRE 403); witness has personal knowledge and was designated by Defendants as their designee with regard to the monitoring reports, [Rule 30(b)(6)], and witness testified that she is the person most knowledgeable at ADC regarding the monitoring reports.  (10:10-10:16; 10:18); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| *155:4-5* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |

| PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 9, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *155:7-24* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *157:2-5* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |
| *157:7-9* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106); witness testified she lacks personal knowledge ("I don't know if there is any others" [157:8-9]) | | |
| 157:20-24; 158:1-5; 158:8 | Completeness (FRE 106); assumes facts; compound; vague and ambiguous; prejudicial, confusing, cumulative (FRE 403); lacks personal knowledge (FRE 602) (157:20-158:2) | Failure to specify how testimony is incomplete (FRE 106); answer by witness shows understanding of question (9:1-7); "prejudicial" is not a valid objection / not unfairly prejudicial (FRE 403); failure to specify how testimony is confusing or cumulative (FRE 403); witness has personal knowledge and was designated by Defendants as their | |

| PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 9, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | Completeness (FRE 106); vague and ambiguous; assumes facts; leading; relevance (FRE 402); prejudicial, confusing, cumulative (FRE 403); lacks personal knowledge (FRE 602) (158:3-8) | designee with regard to the monitoring reports, [Rule 30(b)(6)], and witness testified that she is the person most knowledgeable at ADC regarding the monitoring reports.  (10:10-10:16; 10:18); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). <br><br> Failure to specify how testimony is incomplete (FRE 106); answer by witness shows understanding of question (9:1-7); relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection / not unfairly prejudicial (FRE 403); failure to specify how testimony is confusing or cumulative (FRE 403); witness has personal knowledge and was designated by Defendants as their designee with regard to the monitoring reports, [Rule 30(b)(6)], and witness testified that she is the person most knowledgeable at ADC regarding the monitoring reports.  (10:10- | |

| | PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **July 9, 2014 Deposition** | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | 10:16; 10:18); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| *158:8-9* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106) | | |

| | **PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6))** | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **September 23, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 4:12-14 | | | |
| 5:4-22 | MIL #1 | *See* Response to MIL # 1; Exhibit 404 is the 30(b)(6) subpoena served upon Defendants and relied upon by Defendants to designate Ms. Campbell as the witness on the identified topics. | |
| 24:13-17 | Completeness (FRE 106); relevance (FRE 402); prejudicial (FRE 403) | Relates to fact of consequence in determining action (FRE 401); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); no objection to below (24:18-23) for completeness. | |
| *24:18-23* | | | |
| 32:14-35:11 | Relevance (FRE 402); waste of time (FRE 403) (33:9-9)<br><br>Relevance (FRE 402); prejudicial, waste | Relates to fact of consequence in determining action (FRE 401); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); failure to specify how testimony is cumulative or | |

| | PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 23, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | of time (FRE 403) (33:10-11) Cumulative (FRE 403) (34:5-6) | waste of time (FRE 403). | |
| *35:12-13* | | | |
| 38:4-39:25 | Relevance (FRE 402); wastes time (FRE 403) (39:8-11; 39:18-20) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative or causes undue delay (FRE 403); relates to a topic for which Defendants designated witness to testify (Topic 14, nature and extent of clinical space for medical treatment). | |
| 60:7-23 | MIL #1; relevance (FRE 402); prejudicial; cumulative (FRE 403) | *See* Response to MIL # 1; foundation for Exhibit 416 made in undesignated portion (50:16-23) but not required; Exhibit 416 was produced by Defendants as Attachment C to Defendants' 17th Supplemental Response to Plaintiff Parsons' Request for Production of Documents; relates to fact of | |

| | PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 23, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | consequence in determining action (FRE 401); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); failure to specify how testimony is cumulative or causes undue delay (FRE 403) | |

| | PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 11, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 7:13-17 | | | |
| 14:14-21 | | | |
| 15:11-16 | | | |
| 17:4-6 | | | |
| 17:13-15 | | | |
| 31:2-7 | | | |
| 35:5-11 | | | |
| 35:24-36:1 | | | |
| 71:8-12 | | | |
| 74:16-19 | | | |

| | PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 11, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 90:11-13 | | | |
| 95:18-96:14 | | | |
| 154:18-19 | | | |
| 154:23 | | | |
| 159:25-160:1 | | | |
| 160:3 | | | |
| 162:20-23 | | | |
| 162:25-163:4 | | | |
| 163:6 | | | |
| 173:4-6 | | | |

| PLAINTIFFS' DESIGNATION OF KATHLEEN CAMPBELL | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **September 11, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 173:8 | | | |

| PLAINTIFFS' DESIGNATION OF JULIE CARTER (CORIZON) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 12, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 10:12-14 | | | |
| 11:9-15 | | | |
| 16:16-17:8 | | | |
| 17:19-18:17 | | | |
| 24:17-19 | | | |
| 26:3-5 | | | |
| 26:8 | | | |
| 26:9 | | | |
| 26:11 | | | |
| 26:15-16 | | | |

| | PLAINTIFFS' DESIGNATION OF JULIE CARTER (CORIZON) | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **August 12, 2014 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 26:17-27:4 | | | |
| 28:3-13 | | | |
| 28:17-18 | | | |
| 34:10-19 | | | |
| 35:8-13 | | | |
| 35:18-22 | | | |
| 37:4-6 | | | |
| 37:9 | | | |
| 37:17-25 | | | |
| 38:9-24 | | | |

| PLAINTIFFS' DESIGNATION OF JULIE CARTER (CORIZON) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 12, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 39:20-40:9 | | | |
| 40:11-12 | | | |
| 40:13-16 | | | |
| 40:19-41:9 | | | |
| 59:10-17 | | | |
| 59:20-21 | | | |
| 59:22-60:9 | | | |
| 60:12 | | | |
| 60:13-14 | | | |
| 60:17-25 | | | |

| PLAINTIFFS' DESIGNATION OF JULIE CARTER (CORIZON) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 12, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 61:1-3 | | | |
| 61:6-7 | | | |
| 61:8-9 | | | |
| 61:12-14 | | | |
| 61:15-25 | | | |
| 62:7-12 | | | |
| 62:16-18 | | | |
| 62:21 | | | |
| 62:22 | | | |
| 62:25-63:5 | | | |

| PLAINTIFFS' DESIGNATION OF JULIE CARTER (CORIZON) | | | |
| --- | --- | --- | --- |
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 12, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 63:6-8 | | | |
| 69:12-14 | | | |
| 70:6-15 | | | |
| 77:1-3 | | | |
| 77:6-7 | | | |
| 77:10 | | | |
| 80:17-81:6 | | | |
| 81:9-20 | | | |
| 94:9-13 | | | |
| 94:20-22 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF KAREN L. CHU, DMD** <br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br> **May 15, 2013 Deposition** | | | |
| 4:13-19 | | | |
| 7:12-22 | | | |
| 8:3-13 | | | |
| 9:3-11 | | | |
| 9:12-20 | | | |
| 10:5-14 | | | |
| 11:23-12:10 | | | |
| 12:13-23 | | | |
| 13:8-9 | | | |
| 13:12-13 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF KAREN L. CHU, DMD** <br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br> **May 15, 2013 Deposition** | | | |
| 13:19-24 | | | |
| 14:2-3 | | | |
| 19:17-21 | | | |
| 19:24 | | | |
| 19:25-20:5 | | | |
| 22:17-23:9 | | | |
| 23:22-24:5 | | | |
| 24:8-10 | | | |
| 24:11-20 | | | |
| 24:21-25 | | | |

| PLAINTIFFS' DESIGNATION OF KAREN L. CHU, DMD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 15, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 25:12-26:7 | | | |
| 26:21-27:5 | | | |
| 27:8-9 | | | |
| 27:11 | | | |
| 29:24-30:10 | | | |
| 31:18-24 | | | |
| 32:16-22 | | | |
| 35:1-5 | | | |
| 36:3-5 | | | |
| 39:3-5 | | | |

| PLAINTIFFS' DESIGNATION OF KAREN L. CHU, DMD<br><br>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)<br><br>May 15, 2013 Deposition | | | |
|---|---|---|---|
| Page/Line Cite | Objection<br>(include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 39:8 | | | |
| 39:9-19 | | | |
| 39:24-40:20 | | | |
| 40:22-25 | | | |
| 41:3-9 | | | |
| 41:12-42:19 | | | |
| 44:14-45:13 | | | |
| 45:16-17 | | | |
| 45:18-46:11 | | | |
| 47:14-48:13 | | | |

| PLAINTIFFS' DESIGNATION OF KAREN L. CHU, DMD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 15, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 50:2-51:5 | | | |
| 52:10-12 | | | |
| 53:8-9 | | | |
| 53:11 | | | |
| 53:12-21 | | | |
| 53:24-54:2 | | | |
| 58:24-59:14 | | | |
| 59:16-17 | | | |
| 59:18-23 | | | |
| 62:16-63:12 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF KAREN L. CHU, DMD** (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) May 15, 2013 Deposition | | | |
| 63:14-64:14 | | | |
| 64:19-20 | | | |
| 64:23 | | | |
| 64:24-65:1 | | | |
| 65:3-4 | | | |
| 65:5-6 | | | |
| 65:8-10 | | | |
| 65:11-13 | | | |
| 65:16 | | | |
| 65:17-18 | | | |

| PLAINTIFFS' DESIGNATION OF KAREN L. CHU, DMD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 15, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 65:21 | | | |
| 66:2-3 | | | |
| 66:5 | | | |
| 67:13-68:6 | | | |
| 69:7-12 | | | |
| 69:14-15 | | | |
| 69:16-17 | | | |
| 69:19-20 | | | |
| 69:21-23 | | | |
| 71:25-72:14 | | | |

| PLAINTIFFS' DESIGNATION OF KAREN L. CHU, DMD | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **May 15, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| 78:6-20 | | | |
| 85:20-24 | | | |
| 86:1-14 | | | |
| 86:17 | | | |
| 86:19-87:4 | | | |
| 87:16-18 | | | |
| 87:21 | | | |
| 87:22-88:4 | | | |
| 88:7 | | | |
| 88:21-89:7 | | | |

| PLAINTIFFS' DESIGNATION OF KAREN L. CHU, DMD | | | |
| --- | --- | --- | --- |
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 15, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 91:7-12 | | | |
| 91:13-92:6 | | | |
| 92:14-93:20 | | | |
| 94:9-12 | | | |
| 96:12-16 | | | |
| 96:18-19 | | | |
| 96:20-21 | | | |
| 96:23 | | | |
| 96:24 | | | |
| 97:1-2 | | | |

| | PLAINTIFFS' DESIGNATION OF KAREN L. CHU, DMD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 15, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 97:3-4 | | | |
| 97:6-8 | | | |
| 97:14-25 | | | |
| 98:2-4 | | | |
| 100:22-23 | | | |
| 100:25 | | | |
| 101:1-6 | | | |
| 103:14-23 | | | |
| 104:10-24 | | | |
| 105:16-24 | | | |

| PLAINTIFFS' DESIGNATION OF KAREN L. CHU, DMD | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **May 15, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 106:9-14 | | | |
| 108:14-109:1 | | | |
| 110:8-14 | | | |
| 111:14-112:1 | | | |
| 120:25-121:1 | | | |
| 121:3-4 | | | |
| 122:25-123:2 | | | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **May 20, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *5:10-12* | | | |
| *9:12-18* | | | |
| *9:19-25* | | | |
| *10:2-6* | | | |
| *10:20-25* | | | |
| *11:2-14* | | | |
| *11:18-23* | | | |
| *12:9-25* | | | |
| *14:8-21* | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| *14:24-25* | | | |
| *15:2-3* | | | |
| *15:6-25* | | | |
| *16:2-9* | | | |
| 16:10-25 | 18:22-19:2:  MIL #1; MIL #3 | *See* MIL #1 and MIL #3 responses. | |
| 17:2-25 | 19:3-6:          MIL #1; MIL #3 | *See* MIL #1 and MIL #3 responses. | |
| 18:2-25 | 19:7-20:2:     MIL #1; MIL #3 | *See* MIL #1 and MIL #3 responses. | |
| 19:2-25 | 20:10-17:      MIL #1; MIL #3 | *See* MIL #1 and MIL #3 responses. | |
| 20:2-25 | 20:21-24:      MIL #1; MIL #3 | *See* MIL #1 and MIL #3 responses. | |
| 21:2-25 | 22:21-24:      Lacks personal knowledge (FRE 602) | Foundation established (9:12-14:13, 15:6-18:19, 18:20-20:17); Objection | |

The table at the top reads:

**PLAINTIFFS' DESIGNATION OF DONALD L. CONN**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**May 20, 2013 Deposition**

| PLAINTIFFS' DESIGNATION OF DONALD L. CONN<br><br>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)<br><br>May 20, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection<br>(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 22:2-25 | | waived | |
| 23:2-25 | 23:13-24:15: MIL #1; MIL #3 | *See* MIL #1 and MIL #3 responses. | |
| 24:2-25 | 24:16-18:     Lacks personal knowledge (FRE 602) | Foundation established (9:12-14:13, 15:6-18:19, 18:20-20:17); objection waived. | |
| 25:2-25 | 24:19-22:     Lacks personal knowledge (FRE 602) | Foundation established (9:12-14:13, 15:6-18:19, 18:20-20:17); objection waived. | |
| 26:2-25 | 24:23-25:2:  Lacks personal knowledge (FRE 602) | Foundation established (9:12-14:13, 15:6-18:19, 18:20-20:17); objection waived. | |
| 27:2-25 | | | |
| 28:2-7 | 25:14-25:     Confusing (FRE 403) | Failure to specify how testimony confuses the issues (FRE 403). | |
| | 26:14-24: Hearsay | Not hearsay – discussing prior event, no statement asserted. | |
| | 27:4-10:     MIL #1; MIL #3 | | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | 27:11-28:7:MIL #1; MIL #3 | *See* MIL #1 and MIL #3 responses. *See* MIL #1 and MIL #3 responses. | |
| 28:24-25 29:2-5 29:17-25 30:2-24 | 28:24-29:5: Lacks personal knowledge (FRE 602); speculation | Foundation established (9:12-14:13, 15:6-18:19, 18:20-20:17); objection waived; answer shows extent of knowledge. | |
| | 29:17-21:   Lacks personal knowledge (FRE 602); Rule 403 unduly prejudicial | Foundation established (9:12-14:13, 15:6-18:19, 18:20-20:17); objection waived; not unfairly prejudicial (FRE 403). | |
| | 29:25-30:24: Lacks personal knowledge (FRE 602); MIL #1; MIL #3; Rule 403 | Foundation established (9:12-14:13, 15:6-18:19, 18:20-20:17); objection waived; *see* MIL #1 and MIL #3 responses; not unfairly prejudicial (FRE | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| | unduly prejudicial; hearsay | 403); no hearsay statement used to prove truth (FRE 802). | |
| 32:6-25 33:2-25 34:2-25 35:2-25 36:2-19 | 32:6-12:    MIL #3; Rule 403 unduly prejudicial; hearsay | *See* MIL #3 response; not unfairly prejudicial (FRE 403); no hearsay statement used to prove truth (FRE 802). | |
| | 32:19-33:4: Hearsay (FRE 802); MIL #3; unduly prejudicial (FRE 403) | No hearsay statements contained in designated portion (FRE 802); *see* MIL #3 response; not unfairly prejudicial (FRE 403). | |
| | 33:7-13:    Hearsay (FRE 802); Rule 403 unduly prejudicial | No hearsay statements contained in designated portion (FRE 802) "unduly prejudicial" is not a valid objection / not | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN<br><br>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)<br><br>May 20, 2013 Deposition | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | unfairly prejudicial (FRE 403). | |
| | 33:14-21:   Hearsay (FRE 802) | No hearsay statements contained in designated portion (FRE 802). | |
| | 33:22-34:5: Hearsay (FRE 802); MIL #3; unduly prejudicial (FRE 403) | No hearsay statements contained in designated portion (FRE 802); see MIL #3 response; not unfairly prejudicial (FRE 403). | |
| | 34:9-18:     Hearsay (FRE 802); ; confusing as to "commitment" (FRE 403); MIL #3 | No hearsay statements contained in designated portion (FRE 802); answer shows understanding of meaning; see MIL #3 response. | |
| | 34:19-23: Lacks personal knowledge (FRE 602) | Foundation established (9:12-14:13, 15:6-18:19); objection waived. | |
| | 34:24-35:5: Lacks personal knowledge | Foundation established (9:12-14:13, | |

| | **PLAINTIFFS' DESIGNATION OF DONALD L. CONN** <br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br><br>**May 20, 2013 Deposition** | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection** <br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | (FRE 602); speculation | 15:6-18:19); objection waived; not speculative. | |
| | 35:5-9:    Lacks personal knowledge (FRE 602); Hearsay (FRE 802) | Foundation established (9:12-14:13, 15:6-18:19); objection waived; no hearsay statements contained in designated portion (FRE 802). | |
| | 35:13-17: Lacks personal knowledge (FRE 602) | Foundation established (9:12-14:13, 15:6-18:19); objection waived. | |
| | 35:18-21: Hearsay (FRE 802); compound | No hearsay statements contained in designated portion (FRE 802); proper form. | |

**PLAINTIFFS' DESIGNATION OF DONALD L. CONN**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**May 20, 2013 Deposition**

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
|  | 36:5-15:   Hearsay (FRE 802); MIL #3; unduly prejudicial (FRE 403)<br><br>36:16-19: Hearsay (FRE 802) | No hearsay statements contained in designated portion (FRE 802); see MIL #3 response; not unfairly prejudicial (FRE 403).<br><br>No hearsay statements contained in designated portion (FRE 802). |  |
| 37:11-14<br><br>37:18-24<br><br>38:4-6 | 37:11-20: Lacks personal knowledge, relevance (FRE 602); Vague; Overbroad; unduly prejudicial; confusing (FRE 403); MIL #3<br><br><br><br>37:18-38:6:  Vague; Overbroad; Lacks personal knowledge (FRE 602) | Foundation established (9:12-14:13, 15:6-18:19); objection waived; relates to fact of consequence in determining action (FRE 401); not unfairly prejudicial (FRE 403); answer shows understanding; see MIL #3.<br><br>Relates to fact of consequence in determining action (FRE 401); foundation established (9:12-14:13, 15:6- |  |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | 18:19); objection waived. | |
| 38:7-9<br><br>38:13-22<br><br>*38:23-25*<br><br>*39:2-5*<br><br>39:6-8<br><br>*39:9-11*<br><br>39:12-24 | 38:7-9: Completeness (FRE 106); MIL #3; Lacks personal knowledge (FRE 602); unduly prejudicial (FRE 403) | Failure to specify additional testimony for completeness (FRE 106); *see* MIL #3 response; foundation established (9:12-14:13, 15:6-18:19); objection waived; not unfairly prejudicial (FRE 403). | |
| | 38:23-39:8: Lacks personal knowledge (FRE 602); MIL #3; Vague; Overbroad; unduly prejudicial (FRE 403) | Foundation established (9:12-14:13, 15:6-18:19); objection waived; *see* MIL #3 response; relates to fact of consequence in determining action (FRE 401); not unfairly prejudicial (FRE 403). | |
| | 38:8-13: Lacks personal knowledge (FRE 602); Vague; unduly prejudicial (FRE 403) | Foundation established (9:12-14:13, 15:6-18:19); objection waived; relates to fact of consequence in determining action (FRE 401); not unfairly prejudicial | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| | | (FRE 403). | |
| 39:25<br><br>40:2-3<br><br>40:7 | 39:25-40:7: Lacks personal knowledge (FRE 602); Vague; ; MIL #3; unduly prejudicial (FRE 403) | Foundation established (9:12-14:13, 15:6-18:19); objection waived; relates to fact of consequence in determining action (FRE 401); *see* MIL #3 response; not unfairly prejudicial (FRE 403). | |
| 42:20-25<br><br>43:2-12 | | | |
| 43:23-25<br><br>44:2-4 | | | |
| 44:5-25<br><br>45:2-25 | 44:8-17 MIL #3, MIL #1; unduly prejudicial (FRE 403); relevance | *See* MIL #1 and MIL #3 responses; not unfairly prejudicial (FRE 403); relates to fact of consequence in determining action (FRE 401). | |

| PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 20, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 46:2-14 | 44:18-20 MIL #1, MIL #3; unduly prejudicial (FRE 403); relevance | *See* MIL #1 and MIL #3 responses; not unfairly prejudicial (FRE 403); relates to fact of consequence in determining action (FRE 401). | |
| | 45:15-18 MIL #1, MIL #3; unduly prejudicial (FRE 403); relevance | *See* MIL #1 and MIL #3 responses;  not unfairly prejudicial (FRE 403); relates to fact of consequence in determining action (FRE 401). | |
| | 45:24-46:2 Lacks personal knowledge (FRE 802); MIL #3; unduly prejudicial (FRE 403) | Foundation established (9:12-14:13, 15:6-18:19, 18:20-20:17); objection waived; *See* MIL #3 response; not unfairly prejudicial (FRE 403). | |
| | 46:3-14 MIL #1, MIL #3 | *See* MIL #1 and MIL #3 responses. | |
| 46:18-25 | 46:18-24 MIL #1, MIL #3 | *See* MIL #1 and MIL #3 responses. | |
| 47:2-25 | 48:3-8 Hearsay (FRE 802) | No hearsay statements contained in designated portion (FRE 802). | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 48:2-5<br><br>*48:6-7*<br><br>48:8-11<br><br>*48:12-15*<br><br>48:25<br><br>49:2-16<br><br>49:20-25<br><br>50:5 | 48:9-15 Lacks personal knowledge; Hearsay (FRE 802): Completeness (FRE 106)<br><br><br><br>49:5-8 MIL #1, MIL #3; unduly prejudicial (FRE 403); relevance; hearsay<br><br>49:11-14 MIL #1, MIL #3; hearsay; unduly prejudicial (FRE 403); relevance; lack of personal knowledge; speculation (FRE 602)<br><br><br><br>49:15-21 Lacks personal knowledge (FRE 602); Hearsay (FRE 802); MIL #3; unduly prejudicial (FRE 403); relevance | Foundation established (9:12-14:13, 15:6-18:19, 18:20-20:17); objection waived; no hearsay statements contained in designated portion (FRE 802); failure to specify additional testimony for completeness (FRE 106).<br><br>*See* MIL #1 and MIL #3 responses; not unfairly prejudicial (FRE 403); relevant to ultimate issue; no hearsay statement used to prove truth (FRE 802).<br><br>*See* MIL #1 and MIL #3 responses; not unfairly prejudicial (FRE 403); relevant to ultimate issue; no hearsay statement used to prove truth (FRE 802); foundation established (9:12-14:13, 15:6-18:19, 18:20-20:17);  not speculative.<br><br>Foundation established (9:12-14:13, 15:6-18:19, 18:20-20:17); objection waived; no hearsay statements contained | |

| PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 20, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | 49:22-50:5 Compound; Vague; Overbroad; Lacks personal knowledge (FRE 602); MIL #3; unduly prejudicial (FRE 403); relevance | in designated portion (FRE 802); s*ee* MIL #3 response; not unfairly prejudicial (FRE 403); relevant to ultimate issue.<br><br>Relates to fact of consequence in determining action (FRE 401); foundation established (9:12-14:13, 15:6-18:19); form objections waived; s*ee* MIL #3 response; not unfairly prejudicial (FRE 403). | |
| 50:6-10<br><br>54:13-25<br><br>55:2-4<br><br>55:6-11 | 50:6-10 MIL #1, MIL #3; hearsay; unduly prejudicial (FRE 403); relevance; lack of personal knowledge; speculation (FRE 602)<br><br><br>54:13-19 MIL #1, MIL #3; unduly prejudicial (FRE 403); relevance | *See* MIL #1 and MIL #3 responses; no hearsay used to prove truth (FRE 802); not unfairly prejudicial (FRE 403); relates to fact of consequence in determining action (FRE 401); foundation established (9:12-14:13, 15:6-18:19).<br><br>*See* MIL #1 and MIL #3 responses; not unfairly prejudicial (FRE 403); relates to fact of consequence in determining | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF DONALD L. CONN**<br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br><br>**May 20, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | 55:2-7 Leading; MIL #3; hearsay; unduly prejudicial (FRE 403); relevance<br><br>55:8-14 MIL #1, MIL #3; lack of personal knowledge (FRE 602) | action (FRE 401).<br><br>Objection waived; no hearsay used to prove truth (FRE 802); not unfairly prejudicial (FRE 403); relates to fact of consequence in determining action (FRE 401).<br><br>*See* MIL #1 and MIL #3 responses; foundation established (9:12-14:13, 15:6-18:19). | |
| 55:12-25<br><br>56:2-25<br><br>57:2-9 | 55:12-24 MIL #1; lack of personal knowledge (FRE 602); hearsay; relevance, Rule 403 prejudicial<br><br>55:25-56:7 MIL #1, Leading | *See* MIL #1 response; foundation established (9:12-14:13, 15:6-18:19); no hearsay used to prove truth (FRE 802); not unfairly prejudicial (FRE 403); relates to fact of consequence in determining action (FRE 401).<br><br>*See* MIL #1 response; objection waived; relates to fact of consequence in | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | determining action (FRE 401). | |
| 57:10-25<br><br>58:2-25<br><br>59:2-7<br><br>59:10-25<br><br>60:2-22<br><br>60:25<br><br>61:2 | 57:10-19 MIL #1; hearsay; relevance<br><br><br><br>59:5-60:18 Overbroad; Calls for Narrative; lack of personal knowledge (FRE 602)<br><br><br>60:19-61:2 Vague; Overbroad; leading; compound; Rule 403 confusing | *See* MIL #1 response; hearsay used to prove truth (FRE 802); relates to fact of consequence in determining action (FRE 401).<br><br>Relates to fact of consequence in determining action (FRE 401); answer shows extent of understanding / invalid form objections; foundation established (9:12-14:13, 15:6-18:19).<br><br>Form objections waived; relates to fact of consequence in determining action (FRE 401); answer shows extent of understanding. | |

| PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **May 20, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *61:3-11* | | | |
| *61:20-25* | | | |
| *62:2-8* | | | |
| *62:11-14* | | | |
| *63:16-25* | | | |
| *64:2-3* | | | |
| 65:22-25<br><br>66:2-25<br><br>67:2-6<br><br>67:9-21 | 65:22-66:5 MIL #1; Leading; Hearsay (FRE 802); relevance | *See* MIL #1 response; Objection waived; relates to fact of consequence in determining action (FRE 401); no hearsay statements contained in designated portion (FRE 802). | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 66:12-16 MIL #1; Hearsay (FRE 802) | *See* MIL #1 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 66:17-22 MIL #1; lacks personal knowledge (FRE 602); hearsay | *See* MIL #1 response; foundation established (9:12-14:13, 15:6-18:19); objection waived no hearsay statements contained in designated portion (FRE 802). | |
| | 66:23-67:5 MIL #1; Hearsay (FRE 802); lack of personal knowledge (FRE 602) | *See* MIL #1 response; no hearsay statements contained in designated portion (FRE 802); foundation established (9:12-14:13, 15:6-18:19). | |
| | 67:6-15 Overbroad; Calls for a narrative; lack of personal knowledge (FRE 602); | Relates to fact of consequence in determining action (FRE 401); form | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | relevance | objections waived/improper; foundation established (9:12-14:13, 15:6-18:19). | |
| | 67:16-21 Lacks personal knowledge (FRE 602); relevance | Foundation established (9:12-14:13, 15:6-18:19); objection waived; relates to fact of consequence in determining action (FRE 401). | |
| 68:4-25<br><br>69:2-8<br><br>*69:9-10*<br><br>69:12-21<br><br>69:24-25<br><br>70:2-4 | 68:4-14 Hearsay (FRE 802); MIL #1; relevance; lack of personal knowledge (FRE 602)<br><br><br><br>68:15-69:6 Hearsay; relevance | No hearsay statements contained in designated portion (FRE 802); *see* MIL #1 response; foundation established (9:12-14:13, 15:6-18:19); objection waived; relates to fact of consequence in determining action (FRE 401).<br><br>No hearsay statements contained in designated portion (FRE 802); relates to fact of consequence in determining action (FRE 401). | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **May 20, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 70:20-25 <br><br> 71:2-25 <br><br> 72:2-25 <br><br> 73:2 <br><br> *73:3* <br><br> 73:4-25 <br><br> 74:2-6 | 69:7-10 Overbroad; Vague; Calls for a narrative; Completeness (FRE 106); ; lack of personal knowledge (FRE 602); improper expert opinion (nondisclosed); lack of foundation; Rule 403 unduly prejudicial <br><br><br> 69:19-70:4 Hearsay (FRE 802); Vague <br><br><br> 72:21-24 Lacks personal knowledge (FRE 602) <br><br><br> 72:25-73:2 Completeness (FRE 106); | Relates to fact of consequence in determining action (FRE 401); objection waived; failure to specify additional testimony for completeness (FRE 106); foundation established (9:12-14:13, 15:6-18:19, 70:23-71:3); not offered as expert opinion; not unfairly prejudicial (FRE 403). <br><br> No hearsay statements contained in designated portion (FRE 802); objection waived; relates to fact of consequence in determining action (FRE 401). <br><br> Foundation established (9:12-14:13, 15:6-18:19, 70:23-71:3); objection waived. <br><br><br> Failure to specify additional testimony | |

<table>
<tr>
<td colspan="4">

**PLAINTIFFS' DESIGNATION OF DONALD L. CONN**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**May 20, 2013 Deposition**

</td>
</tr>
<tr>
<th>Page/Line Cite</th>
<th>Objection<br>(include specific page and line numbers of material objected to and objection(s))</th>
<th>Response</th>
<th>Comments</th>
</tr>
<tr>
<td></td>
<td>Lacks personal knowledge (FRE 602)<br><br><br>73:22-74:3 Lacks personal knowledge (FRE 602)</td>
<td>for completeness (FRE 106); foundation established (9:12-14:13, 15:6-18:19, 70:23-71:3); answer shows understanding of question (7:6-10); question within scope of matters for<br><br>Foundation established (9:12-14:13, 15:6-18:19, 70:23-71:3); answer shows understanding of question (7:6-10);</td>
<td></td>
</tr>
<tr>
<td>74:7-15,<br><br>*74:16-17*<br><br>74:18-25<br><br>75:2</td>
<td>74:7-13 MIL #1<br><br>74:14-15 Completeness (FRE 106)<br><br>74:18-75:2 Completeness (FRE 106); hearsay (FRE 801, 802); lack of personal knowledge (FRE 602); MIL #3</td>
<td>*See* MIL #1 response.<br><br>Failure to specify additional testimony for completeness (FRE 106).<br><br>Failure to specify additional testimony for completeness (FRE 106); no hearsay used for truth (FRE 802); foundation established (9:12-14:13, 15:6-18:19, 70:23-71:3).</td>
<td></td>
</tr>
</table>

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **May 20, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | | |
| 75:3-17 *75:18-19* 75:20-22 76:6-9 | 75:3-17 Completeness (FRE 106); Overbroad; hearsay (FRE 801, 802); lack of personal knowledge (FRE 602); MIL #3 <br><br> 75:20-22 Completeness (FRE 106) <br><br> 76:6-9 Relevance (FRE 402); undue delay, confusing, prejudicial (FRE 403); hearsay (FRE 802); MIL #1, MIL #3; improper foundation for exhibit; hearsay (FRE 801, 802); hearsay (FRE 801, 802); unduly prejudicial (FRE 403). | Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401); no hearsay used for truth (FRE 802); foundation established (9:12-14:13, 15:6-18:19, 70:23-71:3); *see* MIL #3 response. <br><br> Failure to specify additional testimony for completeness (FRE 106). <br><br> Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802); *see* MIL #1 and MIL #3 responses; foundation for | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF DONALD L. CONN** <br><br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br><br> **May 20, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | exhibit established (18:20-20:17); no hearsay used for truth (FRE 802). | |
| 76:10-17 <br><br> 76:20-25 <br><br> 77:2-24 | 76:10-16 Relevance (FRE 402); undue delay, confusing, prejudicial (FRE 403); hearsay (FRE 802); MIL #1; improper foundation for exhibit. <br><br><br> 76:17-77:19 Vague and ambiguous; calls for narrative; relevance (FRE 402); undue delay, prejudicial (FRE 403); hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802); *see* MIL #1 response; foundation for exhibit established (65:22 – 66:22). <br><br> Relates to fact of consequence in determining action (FRE 401); objection waived; "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802). | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line** <br> **numbers of material objected to and** <br> **objection(s))** | **Response** | **Comments** |
| | 77:20-24 Relevance (FRE 402); undue delay, prejudicial (FRE 403); hearsay (FRE 802); vague and ambiguous. | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802); form objections waived / answer shows understanding. | |
| 79:5-11 <br><br> 79:14-25 <br><br> 80:2-15 <br><br> 80:19-20 <br><br> 80:24-25 <br><br> 81:2-10 | 79:5-10 MIL #1; MIL #3; Hearsay (FRE 802); unduly prejudicial (FRE 403) <br><br> 79:11-80:11 Vague and ambiguous; calls for narrative; relevance (FRE 402); undue delay, prejudicial (FRE 403); hearsay (FRE 802). | *See* MIL #1 and MIL #3 responses; no hearsay statements contained in designated portion (FRE 802); not unfairly prejudicial (FRE 403). <br><br> Relates to fact of consequence in determining action (FRE 401); objection waived; "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes undue delay (FRE 403); no hearsay statements contained in designated | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line** <br> **numbers of material objected to and** <br> **objection(s))** | **Response** | **Comments** |
| 81:14-16 | | portion (FRE 802). | |
| 81:20 | 80:12-19 Lacks personal knowledge (FRE 602); Compound; Vague; Overbroad; relevance (FRE 402) | Foundation established (9:12-14:13, 15:6-18:19); objection waived; relates to fact of consequence in determining action (FRE 401); relates to fact of consequence in determining action (FRE 401). | |
| | 80:20-81:6 Completeness (FRE 106); Lacks personal knowledge (FRE 602); Calls for a narrative; relevance (FRE 402); speculation | Failure to specify additional testimony for completeness (FRE 106); foundation established (9:12-14:13, 15:6-18:19); answer shows understanding of question (7:6-10); question within scope of matters for testimony (FRCP 30(b)(6)); Relates to fact of consequence in determining action (FRE 401). | |
| | 81:7-14 Lacks personal knowledge (FRE 602); Completeness (FRE 106); Compound; relevance (FRE 402); | Foundation established (9:12-14:13, 15:6-18:19); objection waived; Failure to specify additional testimony for completeness (FRE 106); relates to fact | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | unduly prejudicial (FRE 403)<br><br>81:15-20 Lacks personal knowledge (FRE 602); Completeness (FRE 106); vague and ambiguous; relevance (FRE 402); undue delay, prejudicial (FRE 403); improper lay opinion (FRE 701). | of consequence in determining action (FRE 401); not unfairly prejudicial (FRE 403).<br><br>Foundation established (9:12-14:13, 15:6-18:19); objection waived; failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes undue delay (FRE 403); based on witness' perception, helpful for determining facts in issue, and specialized knowledge not required (FRE 701). | |
| 81:21-24<br><br>82:4-15 | 81:21-82:12 Compound; Completeness (FRE 106); Lacks personal knowledge (FRE 602); vague and ambiguous; relevance (FRE 402); undue delay, | Failure to specify additional testimony for completeness (FRE 106); foundation established (9:12-14:13, 15:6-18:19); form objections waived; relates to fact of | |

| | **PLAINTIFFS' DESIGNATION OF DONALD L. CONN**<br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br><br>**May 20, 2013 Deposition** | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection<br>(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | prejudicial (FRE 403); improper lay opinion (FRE 701) | consequence in determining action (FRE 401); not unfairly prejudicial (FRE 403); based on witness' perception, helpful for determining facts in issue, and specialized knowledge not required (FRE 701). | |
| 82:25<br><br>83:2-6<br><br>83:8-21 | 83:4-21 Completeness (FRE 106); Compound; Lack of personal knowledge (FRE 602); argumentative; improper lay opinion (FRE 701). | Failure to specify additional testimony for completeness (FRE 106); foundation established (9:12-14:13, 15:6-18:19); objection waived; based on witness' perception, helpful for determining facts in issue, and specialized knowledge not required (FRE 701). | |
| 85:3-25<br><br>86:2-14 | 85:3-24 Relevance (FRE 402); undue delay, prejudicial (FRE 403); hearsay (FRE 802); improper foundation for exhibit; MIL #1, MIL #3. | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802); | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF DONALD L. CONN**<br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br><br>**May 20, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | 86:9-14 Relevance (FRE 402); undue delay, prejudicial (FRE 403); hearsay (FRE 802); improper foundation for exhibit; MIL #1; MIL #3. | foundation for exhibit established (65:22 – 66:22) but not required; *see* MIL #1 and MIL #3 response.<br><br>Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802); foundation established for exhibit (65:22 – 66:22 ); *see* MIL #1 and MIL #3 responses. | |
| 87:8-25<br><br>88:2-25 | 87:8-15 Relevance (FRE 402); undue delay, prejudicial (FRE 403); hearsay (FRE 802); improper foundation for | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify | |

| | **PLAINTIFFS' DESIGNATION OF DONALD L. CONN** | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **May 20, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 89:2-7 | exhibit; MIL #1; MIL #3. | how testimony causes undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802); foundation for exhibit established (87:5 – 88:22); *see* MIL #1 and MIL #3 responses. | |
| | 87:16-20 Relevance (FRE 402) undue delay, prejudicial (FRE 403); hearsay (FRE 802); improper foundation for exhibit; MIL #1. | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802); foundation for exhibit established (87:5 – 88:22); *see* MIL #1 response. | |
| | 87:21-88:7 Relevance (FRE 402); undue delay, prejudicial (FRE 403); hearsay | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF DONALD L. CONN**<br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br><br>**May 20, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | (FRE 802); improper foundation for exhibit; MIL #1. | unfairly prejudicial and failure to specify how testimony causes undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802); foundation for exhibit established (87:5 – 88:22); *see* MIL #1 response. | |
| | 88:8-11 Relevance (FRE 402) undue delay, prejudicial (FRE 403); hearsay (FRE 802); improper foundation for exhibit; MIL #1. | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802); foundation for exhibit established (87:5 – 88:22); *see* MIL #1 response. | |
| | 88:12-14 Relevance (FRE 402) undue delay, prejudicial (FRE 403); hearsay (FRE 802); improper foundation for exhibit; MIL #1. | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes undue delay (FRE | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF DONALD L. CONN**<br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br><br>**May 20, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | 403); no hearsay statements contained in designated portion (FRE 802); foundation for exhibit established (87:5 – 88:22); *see* MIL #1 response. | |
| | 88:15-22 Relevance (FRE 402) undue delay, prejudicial (FRE 403); hearsay (FRE 802); improper foundation for exhibit; MIL #1; MIL #3. | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802); foundation for exhibit established (87:5 – 88:22); *see* MIL #1 and MIL #3 responses. | |
| | 88:23-25 Relevance (FRE 402) undue delay, prejudicial (FRE 403); hearsay (FRE 802); improper foundation for | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes undue delay (FRE 403); no hearsay statements contained in | |

| | **PLAINTIFFS' DESIGNATION OF DONALD L. CONN** | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **May 20, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | exhibit; MIL #1; MIL #3. | designated portion (FRE 802); foundation for exhibit established (87:5 – 88:22); *see* MIL #1 and MIL #3 responses. | |
| 89:12-25<br><br>90:2-25<br><br>91:2-25<br><br>92:2-25<br><br>93:2-25<br><br>94:5-25<br><br>95:2-17<br><br>95:21-24<br><br>96:3-13 | 89:12-21 Relevance (FRE 402) undue delay, prejudicial (FRE 403); hearsay (FRE 802); improper foundation for exhibit; MIL #1.<br><br><br><br><br><br>*89:22-90:2 Relevance (FRE 402) undue delay, prejudicial (FRE 403); hearsay (FRE 802).* | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802); foundation for exhibit established (89:12 – 91:11); *see* MIL #1 response.<br><br><br>Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes undue delay (FRE | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 96:16<br><br>97:12-25<br><br>98:2-23<br><br>99:3 | 90:3-91:6 Relevance (FRE 402) undue delay, prejudicial (FRE 403); hearsay (FRE 802); improper foundation for exhibit; MIL #1. | 403); no hearsay statements contained in designated portion (FRE 802).<br><br>Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802); foundation for exhibit established (89:12 – 91:11); *see* MIL #1 response. | |
| | 91:25-92:12 Relevance (FRE 402) undue delay, prejudicial (FRE 403); hearsay (FRE 802); lack of personal knowledge (FRE 602). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802) foundation established (9:12-14:13, 15:6-18:19). | |

| PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 92:13-22 Relevance (FRE 402) undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1. | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes undue delay (FRE 403); foundation for exhibit established (89:12 – 91:11); *see* MIL #1 response. | |
| | 92:23-93:8 Relevance (FRE 402) undue delay, confusing, prejudicial (FRE 403); hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802). | |
| | 93:9-25 Relevance (FRE 402) undue | Relates to fact of consequence in determining action (FRE 401); | |

<table>
<tr><td colspan="4"><strong>PLAINTIFFS' DESIGNATION OF DONALD L. CONN</strong><br><br>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)<br><br>May 20, 2013 Deposition</td></tr>
</table>

| Page/Line Cite | Objection<br>(include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | delay, prejudicial (FRE 403); hearsay (FRE 802); improper foundation for exhibit; MIL #1. | "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802); foundation for exhibit established (89:12 – 91:11); *see* MIL #1 response. | |
| | 94:5-14 Relevance (FRE 402) undue delay, confusing, prejudicial (FRE 403); hearsay (FRE 802); improper foundation for exhibit; MIL #1. | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802); foundation for exhibit established (94:5 – 95:15); *see* MIL #1 response. | |
| | 94:15-95:15 Relevance (FRE 402) undue delay, confusing, prejudicial | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF DONALD L. CONN** | | | |
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **May 20, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | (FRE 403); hearsay (FRE 802); improper foundation for exhibit; MIL #1; hearsay (FRE 802). | unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802); foundation for exhibit established (94:5 – 95:15); *see* MIL #1 response. | |
| | 95:16-21 Vague and ambiguous; overbroad; misstates witness testimony; relevance (FRE 402); undue delay, confusing, prejudicial (FRE 403); hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); objection waived; "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802). | |
| | 95:22-96:12 Relevance (FRE 402); undue delay, confusing, prejudicial (FRE 403); hearsay (FRE 802); improper foundation for exhibit; MIL | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | #1. | how testimony causes confusion of the issues or undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802); foundation for exhibit established (94:5 – 95:15); *see* MIL #1 response. | |
| | 96:13-16 Relevance (FRE 402); undue delay, confusing, prejudicial (FRE 403); hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802). | |
| | 97:12-25 Relevance (FRE 402); undue delay, confusing, prejudicial (FRE 403); hearsay (FRE 802); improper foundation for exhibit; MIL #1. | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); no | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF DONALD L. CONN**<br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br><br>**May 20, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | 98:2-14 Relevance (FRE 402); cumulative, undue delay, confusing, prejudicial (FRE 403); hearsay (FRE 802).<br><br><br><br>98:15-20 Relevance (FRE 402); undue delay, confusing, prejudicial (FRE 403); hearsay (FRE 802); improper foundation for exhibit; MIL #1. | hearsay statements contained in designated portion (FRE 802); foundation for exhibit established (97:10 - 25); *see* MIL #1 response.<br><br>Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802).<br><br>Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802); | |

<table>
<tr><td colspan="4">

**PLAINTIFFS' DESIGNATION OF DONALD L. CONN**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**May 20, 2013 Deposition**

</td></tr>
</table>

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | 98:21-99:3 Misstates testimony; argumentative; vague and ambiguous; leading; relevance (FRE 402); undue delay, confusing, prejudicial (FRE 403); hearsay (FRE 802). | foundation for exhibit established (97:10 - 25); *see* MIL #1 response.<br><br>Objection waived; relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802). | |
| 100:3-25<br><br>101:2-5<br><br>101:11-14<br><br>101:17-21 | 100:3-9 Relevance (FRE 402); undue delay, confusing, prejudicial (FRE 403); improper foundation for exhibit; MIL #1; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); foundation for exhibit established (100:3 – 101:5); *see* MIL #1 response; no hearsay statements contained in | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN<br><br>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)<br><br>May 20, 2013 Deposition | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line**<br>**numbers of material objected to and**<br>**objection(s))** | **Response** | **Comments** |
| 101:24-25<br><br>102:2-19<br><br>102:23-25<br><br>103:2-3<br><br>103:8-10<br><br>103:13<br><br>103:16-25<br><br>104:2-24 | 100:10-15 Relevance (FRE 402); confusing, undue delay, (FRE 403); hearsay (FRE 802).<br><br><br>100:16-21 Relevance (FRE 402); confusing, undue delay (FRE 403); improper foundation for exhibit; MIL #1; hearsay (FRE 802).<br><br><br>100:22-24 Relevance (FRE 402); confusing, undue delay (FRE 403); hearsay (FRE 802). | designated portion (FRE 802).<br><br>Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802).<br><br>Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802); foundation for exhibit established (100:3 – 101:5); *see* MIL #1 response.<br><br>Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); | |

| PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | no hearsay statements contained in designated portion (FRE 802). | |
| | 100:25-101:5 Relevance (FRE 402);, undue delay (FRE 403); improper foundation for exhibit; MIL #1; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony causes undue delay (FRE 403); foundation for exhibit established (100:3 – 101:5); *see* MIL #1 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 101:11-20 Counsel testifying; relevance (FRE 402); undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1; hearsay (FRE 802); MIL #3. | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes undue delay (FRE 403); foundation for exhibit established (100:3 – 101:5); *see* MIL #1 response; no hearsay statements contained in designated portion (FRE 802); *see* MIL | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | | #3 response. | |
| | 101:21-102:2 Vague and ambiguous; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403) MIL #1; MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); objection waived; "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #1 and MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 102:3-8 Relevance (FRE 402); confusing undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1; MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); foundation for exhibit established (100:3 – 101:5); *see* MIL #1 and MIL #3 responses; no hearsay statements | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN<br><br>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)<br><br>May 20, 2013 Deposition | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | contained in designated portion (FRE 802).<br><br>Relates to fact of consequence in determining action (FRE 401); | |
| | 102:9-25 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1; MIL #3; hearsay (FRE 802). | "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); foundation for exhibit established (100:3 – 101:5); *see* MIL #1 and MIL #3 responses; no hearsay statements contained in designated portion (FRE 802).<br><br>Relates to fact of consequence in | |
| | 103:2-8 Argumentative; leading; vague and ambiguous; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); hearsay (FRE 802); MIL #3. | determining action (FRE 401); objection waived; "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); no hearsay statements | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | contained in designated portion (FRE 802); *see* MIL #3 response. | |
| | 103:9-18 Vague and ambiguous; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); hearsay (FRE 802); MIL #3. | Relates to fact of consequence in determining action (FRE 401); objection waived; "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); no hearsay statements contained in designated portion (FRE 802); *see* MIL #3 response. | |
| | 103:19-21 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | 103:22-104:14 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | MIL #3 response; no hearsay statements contained in designated portion (FRE 802). Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 104:15-24 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | 802). | |
| 106:9-22 <br><br> 106:25 <br><br> 107:2-25 <br><br> 108:2-10 <br><br> 108:13-23 <br><br> 109:2-10 <br><br> 109:13-25 <br><br> 110:2-25 <br><br> 111:2-25 <br><br> 112:2-25 | 106:9-16 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). <br><br><br><br><br><br> 106:17-20 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). <br><br> Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |

**PLAINTIFFS' DESIGNATION OF DONALD L. CONN**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**May 20, 2013 Deposition**

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 113:5-14<br><br>113:18-25<br><br>114:2-25<br><br>115:2-8 | 106:21-107:5 Vague and ambiguous; calls for speculation; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802).<br><br><br><br>107:6-16 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Objection waived; relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802).<br><br>Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802).<br><br>Relates to fact of consequence in determining action (FRE 401); | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | 107:17-20 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 107:21-108:8 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 108:9-22 Vague and ambiguous; calls | Objection waived; relates to fact of consequence in determining action (FRE | |

<table>
<tr>
<td colspan="4">

**PLAINTIFFS' DESIGNATION OF DONALD L. CONN**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**May 20, 2013 Deposition**

</td>
</tr>
<tr>
<td>**Page/Line Cite**</td>
<td>**Objection<br>(include specific page and line numbers of material objected to and objection(s))**</td>
<td>**Response**</td>
<td>**Comments**</td>
</tr>
<tr>
<td></td>
<td>for a narrative; misstates testimony; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802).</td>
<td>401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802).</td>
<td></td>
</tr>
<tr>
<td></td>
<td>108:23-109:7 Vague and ambiguous; argumentative; leading; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802).</td>
<td>Objection waived; relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802).</td>
<td></td>
</tr>
<tr>
<td></td>
<td>109:8-13 Vague and ambiguous;</td>
<td>Objection waived; relates to fact of consequence in determining action (FRE</td>
<td></td>
</tr>
</table>

| PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|  | Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). |  |
|  | 109:14-24 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). |  |
|  | 109:25-110:3 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify |  |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF DONALD L. CONN**<br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br><br>**May 20, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 110:4-13 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 110:14-16 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 110:17-111:10 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 111:11-112:17 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | 802). | |
| | 112:18-23 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 112:24-113:9 Argumentative; misstates testimony; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); objection waived; "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |

<table>
<tr><td colspan="4">

**PLAINTIFFS' DESIGNATION OF DONALD L. CONN**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**May 20, 2013 Deposition**

</td></tr>
</table>

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | 113:10-17 Misstates testimony; argumentative; vague and ambiguous; leading; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Objection waived; relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 113:18-114:8 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1; MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); foundation for exhibit established (18:20-20:17); *see* MIL #1 and MIL #3 responses; no hearsay statements contained in designated portion (FRE 802). | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **May 20, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | 114:9-16 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1; MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); foundation for exhibit established (18:20-20:17); *see* MIL #1 and MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 114:17-115:8 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| --- | --- | --- | --- |
| | | 802). | |
| 117:11-14 117:17-25 118:2-25 119:2-10 119:13-24 120:3 120:5-25 121:2-6 | 117:11-20 Vague and ambiguous; argumentative; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). 117:21-118:7 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Objection waived; relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection** **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | 118:8-119:8 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 119:9-21 Vague and ambiguous; attorney-client privilege; calls for narrative; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Answer shows understanding of question (7:6-10); relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802).

Objection waived; relates to fact of | |

| | **PLAINTIFFS' DESIGNATION OF DONALD L. CONN**<br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br><br>**May 20, 2013 Deposition** | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | 119:22-120:9 Vague and ambiguous; leading; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 120:7-121:6 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| 121:11-14 | 121:11-20 Argumentative; calls for speculation; relevance (FRE 402); confusing, undue delay, prejudicial | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 121:17-22 <br><br> 121:25 <br><br> 122:2-5 <br><br> 122:8-11 <br><br> 122:14-20 <br><br> 122:23-24 <br><br> 123:23-25 <br><br> 124:4-25 <br><br> 125:2-5 <br><br> 125:9-18 | (FRE 403); MIL #3; hearsay (FRE 802). <br><br><br><br><br> 121:21-122:3 Vague and ambiguous; calls for narrative; leading; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). <br><br><br><br> 122:4-8 Vague and ambiguous; assumes facts; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). <br><br> Objection waived; relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). <br><br> Objection waived; relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes | |

**PLAINTIFFS' DESIGNATION OF DONALD L. CONN**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**May 20, 2013 Deposition**

<table>
<tr><td colspan="4"><strong>PLAINTIFFS' DESIGNATION OF DONALD L. CONN</strong><br><br>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)<br><br>May 20, 2013 Deposition</td></tr>
</table>

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
|  |  | confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). |  |
|  | 122:9-16 Assumes facts; misstates testimony; leading; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). |  |
|  | 122:17-19 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements |  |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | contained in designated portion (FRE 802). | |
| | 122:20-24 Calls for narrative; leading; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 123:23-124:11 Argumentative; leading; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE | |
| | 124:12-25 Vague and ambiguous; | | |

<table>
<tr><td colspan="4" align="center"><strong>PLAINTIFFS' DESIGNATION OF DONALD L. CONN</strong><br><br><strong>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)</strong><br><br><strong>May 20, 2013 Deposition</strong></td></tr>
</table>

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | argumentative; leading; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802).<br><br><br><br>125:2-18 Vague and ambiguous; argumentative; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | 802).<br><br>Objection waived; relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802).<br><br>Objection waived; relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |

| PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 20, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 130:24-25<br><br>131:2-25<br><br>132:2-20 | 130:24-131:21 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 131:22-23 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 131:24-132:4 Relevance (FRE 402); | Relates to fact of consequence in determining action (FRE 401); | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
| --- | --- | --- | --- |
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **May 20, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 132:5-20 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| *134:11-24* | | | |
| *135:2-9* | | | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 137:9-14 *137:15-23* 137:24-25 138:2-17 *138:18* 138:19-25 139:2-25 140:2-15 | 137:9-14: Relevance (FRE 402); Confusing, undue delay, prejudicial (FRE 403); MIL #3; Hearsay (FRE 802); Counter designation for completeness (FRE 106) | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802); Failure to specify additional testimony for completeness (FRE 106). | |
| | 138:4-140:15 Relevance (FRE 402); Confusing, undue delay, prejudicial (FRE 403); MIL #3; Hearsay (FRE 802); Counter designation for completeness (FRE 106) | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802); failure to specify additional testimony for completeness (FRE 106). | |

| PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 20, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| *140:16-25* | Completeness (FRE 106) | | |
| *141:2-4* | Completeness (FRE 106) | | |
| *141:7-25* | Completeness (FRE 106) | | |
| *142:2* | Completeness (FRE 106) | | |
| *142:3-13* | Completeness (FRE 106) | | |
| *142:25* | Completeness (FRE 106) | | |
| *143:2-6* | Completeness (FRE 106) | | |
| *143:7-16* | Completeness (FRE 106) | | |
| *143:18-24* | Completeness (FRE 106) | | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *144:24-25* | Completeness (FRE 106) | | |
| *145:2-25* | Completeness (FRE 106) | | |
| *146:2-4* | Completeness (FRE 106) | | |
| *146:5-23* | Completeness (FRE 106) | | |
| *146:24-25* | Completeness (FRE 106) | | |
| *147:2-25* | Completeness (FRE 106) | | |
| *148:11-25* | Completeness (FRE 106) | | |
| *149:2-3* | Completeness (FRE 106) | | |
| *149:11-17* | Completeness (FRE 106) | | |

| PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *149:18-23* | Completeness (FRE 106) | | |
| *150:7-11* | Completeness (FRE 106) | | |
| *150:15-25* | Completeness (FRE 106) | | |
| *151:2-6* | Completeness (FRE 106) | | |
| *151:10-14* | Completeness (FRE 106) | | |
| *152:4-9* | Completeness (FRE 106) | | |
| *152:10-25* | Completeness (FRE 106) | | |
| *153:2-5* | Completeness (FRE 106) | | |
| *153:7-18* | Completeness (FRE 106) | | |

<table>
<tr><td colspan="4">

**PLAINTIFFS' DESIGNATION OF DONALD L. CONN**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**May 20, 2013 Deposition**

</td></tr>
</table>

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 154:2-7 | Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802) ; incomplete designation; completeness (FRE 106). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802); failure to specify additional testimony necessary for completeness (FRE 106). | |
| *155:16-25* | Completeness (FRE 106) | | |
| *157:11-13* | Completeness (FRE 106) | | |
| *157:14-18* | Completeness (FRE 106) | | |
| *157:20-25* | Completeness (FRE 106) | | |

| PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 20, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *158:2-9* | Completeness (FRE 106) | | |
| *158:10-13* | Completeness (FRE 106) | | |
| *158:14-25* | Completeness (FRE 106) | | |
| *167:3-5* | Completeness (FRE 106) | | |
| *167:7* | Completeness (FRE 106) | | |
| 169:19-21<br><br>170:2-7<br><br>170:11-14<br><br>*170:15-17*<br><br>170:18-21 | 169:19-170:4 Vague and ambiguous; calls for improper opinion; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); lacks foundation (FRE 602); improper lay opinion (FRE 701); MIL #3; hearsay (FRE 802). | Objection waived; relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); foundation established (9:12-14:13, 15:6-18:19); based on witness' perception, helpful for determining facts in issue, and specialized knowledge not | |

| | PLAINTIFFS' DESIGNATION OF DONALD L. CONN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 170:25 171:2-15 171:19-22 172:2-9 172:13-14 | 170:5-12 relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | required (FRE 701); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802).<br><br>Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 170:13-20:  Relevance (FRE 402); Confusing, undue delay, prejudicial (FRE 403); MIL #3; Hearsay (FRE 802); Counter designation for completeness | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF DONALD L. CONN**<br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br><br>**May 20, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | (FRE 106) | contained in designated portion (FRE 802); failure to specify additional testimony for completeness (FRE 106).<br><br>Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 170:21-171:2 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | | |
| | 171:3-12 Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #3; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE | |

<table>
<tr><td colspan="4" align="center"><strong>PLAINTIFFS' DESIGNATION OF DONALD L. CONN</strong><br><br>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)<br><br><strong>May 20, 2013 Deposition</strong></td></tr>
</table>

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | | 802). | |
| | 171:13-19 Argumentative; vague and ambiguous; calls for speculation; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); lacks personal knowledge (FRE 602); improper opinion (FRE 701); MIL #3; hearsay (FRE 802). | Objection waived; relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); foundation established (9:12-14:13, 15:6-18:19); based on witness' perception, helpful for determining facts in issue, and specialized knowledge not required (FRE 701); *see* MIL #3 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 171:20-172:3 Argumentative; vague and ambiguous; calls for speculation; relevance (FRE 402); confusing, undue | Objection waived; relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes | |

<table>
<tr><td colspan="4"><strong>PLAINTIFFS' DESIGNATION OF DONALD L. CONN</strong><br><br>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)<br><br><strong>May 20, 2013 Deposition</strong></td></tr>
<tr><td><strong>Page/Line Cite</strong></td><td><strong>Objection<br>(include specific page and line numbers of material objected to and objection(s))</strong></td><td><strong>Response</strong></td><td><strong>Comments</strong></td></tr>
<tr><td></td><td>delay, prejudicial (FRE 403); lacks personal knowledge (FRE 602); improper opinion (FRE 701); MIL #3; hearsay (FRE 802).</td><td>confusion of the issues or undue delay (FRE 403); foundation established (9:12-14:13, 15:6-18:19); based on witness' perception, helpful for determining facts in issue, and specialized knowledge not required (FRE 701); <em>see</em> MIL #3 response; no hearsay statements contained in designated portion (FRE 802).</td><td></td></tr>
<tr><td></td><td>172:4-14 Argumentative; vague and ambiguous; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); lacks personal knowledge (FRE 602); improper opinion (FRE 701); MIL #3; hearsay (FRE 802).</td><td>Objection waived; relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial and failure to specify how testimony causes confusion of the issues or undue delay (FRE 403); foundation established (9:12-14:13, 15:6-18:19); based on witness' perception, helpful for determining facts in issue, and specialized knowledge not required (FRE 701); <em>see</em> MIL #3</td><td></td></tr>
</table>

| PLAINTIFFS' DESIGNATION OF DONALD L. CONN (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) May 20, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | response; no hearsay statements contained in designated portion (FRE 802). | |

| | PLAINTIFFS' DESIGNATION OF DR. TRACY CREWS | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 3, 2012 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 6:21-7:2 | | | |
| 8:5-9 | | | |
| 8:25-9:17 | | | |
| 9:18-10:3 | | | |
| 10:16-11:5 | | | |
| 12:1-12 12:14-13:7 13:9-14 13:16-17 13:19-25 14:2 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 14:3-15<br><br>14:17-15:18<br><br>15:20-15:21 | | | |
| 16:7-8<br><br>16:10 | | | |
| 16:11-12<br><br>16:14-23 | | | |
| 16:24-17:1 | | | |
| 17:4-17:13 | | | |
| 17:17-18:4 | | | |
| 18:5-18:8 | | | |

**PLAINTIFFS' DESIGNATION OF DR. TRACY CREWS**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**October 3, 2012 Deposition**

| | PLAINTIFFS' DESIGNATION OF DR. TRACY CREWS | | |
| --- | --- | --- | --- |
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 3, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 18:10-18:15 | | | |
| 20:6-12 20:13-21:11 | | | |
| 22:4-5 22:7-9 | | | |
| 23:14-21 | | | |
| 23:22-24:1 | | | |
| 24:2-13 | | | |
| 24:14-24 | | | |
| 26:9-20 26:22-27:17 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF DR. TRACY CREWS** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **October 3, 2012 Deposition** | | | |
| 27:19-28:7 | | | |
| 28:8-29:11 | | | |
| 29:17-30:9 | | | |
| 33:4-10 | | | |
| 34:2-7 | | | |
| 34:21-24 35:1-19 | | | |
| 36:10-37:22 37:24 | | | |
| 38:9-25 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| PLAINTIFFS' DESIGNATION OF DR. TRACY CREWS (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) October 3, 2012 Deposition | | | |
| 39:3-15 39:17-40:3 | | | |
| 40:4-24 41:1-17 41:19-42:1 | | | |
| 48:1-10 | | | |
| 52:18-53:6 | | | |
| 53:7-54:7 | | | |
| 54:15-55:15 | | | |
| 56:10-57:9 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 57:10-12 57:14-16 | | | |
| 57:20-25 58:2-12 | | | |
| 58:13-17 58:19-25 | | | |
| 59:1-2 59:4-7 | | | |
| 59:8-19 | | | |
| 60:1-17 60:19-20 | | | |

**PLAINTIFFS' DESIGNATION OF DR. TRACY CREWS**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**October 3, 2012 Deposition**

| PLAINTIFFS' DESIGNATION OF DR. TRACY CREWS | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 3, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 61:2-4<br><br>61:6-12 | | | |
| 61:24-62:3<br><br>62:5-15 | | | |
| 66:12-23<br><br>66:25-67:16 | | | |
| 69:19-20<br><br>69:22-23 | | | |
| 80:11-15<br><br>80:17-24 | | | |
| 81:1-8 | | | |

| | PLAINTIFFS' DESIGNATION OF DR. TRACY CREWS | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 3, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 82:25-84:2<br><br>84:4-20<br><br>84:22 | | | |
| 87:16-17<br><br>87:19-22 | | | |
| 88:16-90:3 | | | |
| 90:21-91:2<br><br>91:4-6 | | | |
| 94:16-25 | | | |
| 95:13-15 | | | |
| 106:5-11 | | | |

| | PLAINTIFFS' DESIGNATION OF DR. TRACY CREWS | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 3, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 107:3-5 | | | |
| 107:6-8 107:10-11 | | | |
| 108:16-18 108:20-109:2 | | | |
| 110:4-15 | | | |
| 113:12-14 | | | |
| 113:15-17 113:19-114:4 | | | |
| 114:5-8 | | | |

| PLAINTIFFS' DESIGNATION OF DR. TRACY CREWS | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 3, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 120:23-121:2 | | | |
| 127:3-5 127:7-12 127:14 | | | |
| 128:8-10 128:12 128:14-21 | | | |
| 129:21-24 | | | |
| 130:6-7 130:9 | | | |

| PLAINTIFFS' DESIGNATION OF CARMELLO ECHEVERRIA | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 5, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 12:7-19 | | | |
| *15:7-15* | | | |
| *15:25-16:13* | | | |
| *16:14-17:10* | | | |
| *17:24-18:1* | | | |
| *18:3-13* | Beyond scope of/unresponsive to plaintiffs' designations  Relevance (FRE 402) | | |
| *18:14-16* | | | |
| *18:20-22* | | | |

| | PLAINTIFFS' DESIGNATION OF CARMELLO ECHEVERRIA | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **October 5, 2012 Deposition** | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *18:23-19:24* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *20:3-7* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *20:8-17* | | | |
| *20:18-21:7* | | | |
| *22:1-6* | | | |
| *26:1-9* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *26:12-14* | Beyond scope of/unresponsive to plaintiffs' designations | | |

| PLAINTIFFS' DESIGNATION OF CARMELLO ECHEVERRIA | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 5, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *28:14-25* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *32:20-24* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *43:19-20* | | | |
| *43:23-23* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *47:20-23* | | | |
| *47:24-25* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *48:2-3* | Beyond scope of/unresponsive to plaintiffs' designations | | |

| | PLAINTIFFS' DESIGNATION OF CARMELLO ECHEVERRIA | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **October 5, 2012 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *48:9-11* | | | |
| *48:13-13* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *49:2-6* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *54:14-16* | | | |
| *55:10-22* | | | |
| 55:1-3; 55:6-9; 55:23-56:6 | | | |
| *57:13-14* | | | |
| *57:17-22* | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF CARMELLO ECHEVERRIA** <br><br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br><br> **October 5, 2012 Deposition** | | | |
| 58:17-25 | 58:17-25: Vague; Confusing (FRE 403); Lacks personal knowledge (FRE 602) | 58:17-25  Failure to identify source of confusion; Deponent's lack of knowledge re policies relevant to staffing issues. | |
| 59:11-13 | | | |
| *59:14-17* | | | |
| 61:12-18 | 61:12-18: Lacks personal knowledge (FRE 602); Vague | 61:12-18: Deponent's lack of knowledge re policies relevant to staffing issues. | |
| *67:3-5* | | | |
| *67:7-16* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *72:21-23* | Beyond scope of/unresponsive to | | |

| | PLAINTIFFS' DESIGNATION OF CARMELLO ECHEVERRIA | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 5, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | plaintiffs' designations | | |
| 74:3-6 | | | |
| *75:9-23* | | | |
| *77:6-21* | | | |
| *78:18-24* | | | |
| 79:15-17; 79:20-23 | 79:15-23: Vague; ambiguous; lacks personal knowledge (FRE 602); counsel testifying | Answer shows understanding of question; lack of knowledge itself is purpose of testimony; counsel not testifying / proper Q/A pair. | |
| 80:5-15 | | | |
| *83:22-24* | | | |

**PLAINTIFFS' DESIGNATION OF CARMELLO ECHEVERRIA**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**October 5, 2012 Deposition**

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| *84:1-7* | | | |
| 84:8-19 | Lacks personal knowledge (FRE 602) | Lack of knowledge itself is purpose of testimony | |
| *88:16-89:8* | | | |
| 89:23-90:7 | | | |
| 112:11-17 | MIL #4 | See Plaintiffs' Response to MIL #4. | |
| 113:17-21 | | | |
| *124:10-11* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *124:14-14* | Beyond scope of/unresponsive to plaintiffs' designations | | |

| PLAINTIFFS' DESIGNATION OF CARMELLO ECHEVERRIA | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 5, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 126:24-127:1 | Hearsay (FRE 802) | Statement made for Medical Diagnosis or treatment exception to Hearsay rule (FRE 803(4)) | |
| *127:2-9* | | | |
| *127:20-128:2* | Beyond scope of/unresponsive to plaintiffs' designations | | |

| | PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 8, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 6:13-19 | | | |
| *6:20-8:7* | | | |
| *8:8-20* | | | |
| 8:21-9:1 | | | |
| 13:20-14:1 | MIL #3; MIL #1; Completeness (FRE 106) | *See* responses to MIL # 3 and # 1; Exhibit 167 was produced by ADC's contractor Wexford to both Plaintiffs and Defendants; Failure to specify additional testimony for completeness (FRE 106). | |
| *14:2-8* | Completeness (FRE106) | | |
| 14:9-16 | MIL #1; MIL #3; Completeness | *See* responses to MIL # 3 and # 1; Exhibit 167 was produced by ADC's contractor Wexford to both Plaintiffs and Defendants; testimony admissible regardless of the admissibility of the | |

| PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 8, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|  |  | exhibit; failure to specify additional testimony for completeness (FRE 106). |  |
| 15:17-19 | MIL #3 | *See* response to MIL # 3; testimony admissible regardless of the admissibility of the exhibit. |  |
| 15:23-16:3 | MIL #3; Hearsay (FRE 802) ; MIL #1 | *See* responses to MIL # 3 and # 1; Exhibit 167 was produced by ADC's contractor Wexford to both Plaintiffs and Defendants; testimony admissible regardless of the admissibility of the exhibit; failure to specify additional testimony for completeness (FRE 106); witness's testimony is not hearsay but he is describing the basis for his testimony, helpful to determining facts in issue (FRE 701). |  |
| 16:10-11 | Completeness; MIL #1; MIL #3; Hearsay (FRE 802) | *See* responses to MIL # 3 and # 1; Exhibit 167 was produced by ADC's contractor Wexford to both Plaintiffs and |  |

| PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 8, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | Defendants; testimony admissible regardless of the admissibility of the exhibit; failure to specify additional testimony for completeness (FRE 106); witness's testimony is not hearsay but he is stating that while an agent of Defendants, he visited 7 prisons, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)). | |
| *16:18-24* | | | |
| 16:25-17:8 | 16:18-17:8 Completeness; MIL #1, MIL #3, Hearsay (FRE 802) | No objection to above (16:18-24) for completeness; *See* responses to MIL # 3 and # 1; witness's testimony is not hearsay used to prove truth of matter (FRE 802). | |
| 17:22-18:10 | 17:22-18:5 MIL #1; MIL #3; Hearsay (FRE 802)  18:6-10 MIL #1, MIL #3, Hearsay (FRE | *See* responses to MIL # 3 and # 1; Exhibit 167 was produced by ADC's contractor Wexford to both Plaintiffs and Defendants; testimony is admissible | |

| | PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 8, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | 802) | regardless of the admissibility of the exhibit; witness's testimony is not hearsay but he is describing his observations when he was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)). | |
| 19:8-13 | MIL #1; MIL #3; Hearsay (FRE 802) | *See* responses to MIL # 3 and # 1; Exhibit 167 was produced by ADC's contractor Wexford to both Plaintiffs and Defendants; testimony is admissible regardless of the admissibility of the exhibit; witness's testimony is not hearsay but he is describing his observations when he was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)). | |
| 19:14-20 | MIL #1; MIL #3; Hearsay (FRE 802) | *See* responses to MIL # 3 and # 1; Exhibit 167 was produced by ADC's contractor Wexford to both Plaintiffs and | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | | | |

**PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6))**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**October 8, 2013 Deposition**

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | | Defendants; testimony is admissible regardless of the admissibility of the exhibit; witness's testimony is not hearsay but he is describing his observations when he was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)). | |
| 19:21-20:1<br><br>*20:2*<br><br>20:3-21 | 19:21-20:13 MIL #1; MIL #3; Hearsay (FRE 802); Compound; | *See* responses to MIL # 3 and # 1; Exhibit 167 was produced by ADC's contractor Wexford to both Plaintiffs and Defendants; testimony is admissible regardless of the admissibility of the exhibit; witness's testimony is not hearsay but he is describing his observations when he was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)); answer shows understanding of questions (5:18-22) | |
| | 20:17-21 Lacks personal knowledge | Question within scope of matter for | |

| PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 8, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|  | (FRE 602) | testimony (FRCP 30(b)(6)); witness has personal knowledge as he is testifying regarding his observations regarding staffing levels at Lewis prison at the time he was an agent of Defendants.  (FRE 801(d)(2)(D)). |  |
| 21:1-15 |  |  |  |
| 22:13-25 | MIL #1; MIL #3; Hearsay (FRE 802); | *See* responses to MIL # 3 and # 1; Exhibit 167 was produced by ADC's contractor Wexford to both Plaintiffs and Defendants; testimony is admissible regardless of the admissibility of the exhibit; witness's testimony is not hearsay but he is describing his observations when he was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)). |  |
| 25:12-17 | 25:12-20 MIL #1; MIL #3; Hearsay (FRE 802); Counsel Testifying; | *See* responses to MIL # 3 and # 1; Exhibit 167 was produced by ADC's contractor Wexford to both Plaintiffs and |  |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| *25:18*<br><br>25:19-23<br><br>*25:24*<br><br>25:25-26:1 |  | Defendants; testimony is admissible regardless of the admissibility of the exhibit; witness's testimony is not hearsay but he is describing his observations when he was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)); counsel is reading aloud from the exhibit. |  |
|  | 25:21-26:1 MIL #1; MIL #3; Hearsay (FRE 802); Lacks personal knowledge (FRE 602) | *See* responses to MIL # 3 and # 1; witness's testimony is not hearsay and he has personal knowledge as he is describing his observations when he was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)). |  |
| 31:2-10 | MIL #1; MIL #3; Hearsay (FRE 802) | *See* responses to MIL # 3 and # 1; Exhibit 167 was produced by ADC's contractor Wexford to both Plaintiffs and Defendants; testimony is admissible regardless of the admissibility of the |  |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | | exhibit; witness's testimony is not hearsay but he is describing his observations when he was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)). | |
| 32:12-17;<br><br>32:19-20 | 32:12-20 MIL #1; MIL #3; Hearsay (FRE 802); Completeness (FRE 106); Compound | *See* responses to MIL # 3 and # 1; Exhibit 167 was produced by ADC's contractor Wexford to both Plaintiffs and Defendants; testimony is admissible regardless of the admissibility of the exhibit; witness's testimony is not hearsay but he is describing his observations when he was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)); failure to specify additional testimony for completeness (FRE 106); answer shows understanding of question (5:18-22). | |

**PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6))**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**October 8, 2013 Deposition**

| PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 8, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 34:9-20 | 34:14-20 MIL #1; MIL #3; Hearsay (FRE 802) | *See* responses to MIL # 3 and # 1; witness's testimony is not hearsay as he is describing his observations when he was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)). | |
| 34:21-35:24 | 34:21-35:3 MIL #1; MIL #3; Hearsay (FRE 802); | *See* responses to MIL # 3 and # 1; Exhibit 167 was produced by ADC's contractor Wexford to both Plaintiffs and Defendants; testimony is admissible regardless of the admissibility of the exhibit; witness's testimony is not hearsay but he is describing his observations when he was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)) | |
| | 35:4-24 MIL #1; MIL #3; Hearsay (FRE 802) | *See* responses to MIL # 3 and # 1; Exhibit 167 was produced by ADC's contractor Wexford to both Plaintiffs and | |

| PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 8, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | Defendants; testimony is admissible regardless of the admissibility of the exhibit; witness's testimony is not hearsay but he is describing his observations when he was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)) | |
| 36:19-22;<br><br>36:24-37:19 | 36:19-24 Completeness (FRE 106); Lacks personal knowledge (FRE 602); Compound; Counsel is testifying; MIL #1; MIL #3; hearsay (FRE 802) | *See* responses to MIL # 3 and # 1; Exhibit 167 was produced by ADC's contractor Wexford to both Plaintiffs and Defendants; testimony is admissible regardless of the admissibility of the exhibit; witness's testimony is not hearsay but he is describing his observations when he was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)); counsel is asking a follow up question based upon witness's previous testimony (35:16-24); failure to specify additional | |

| PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 8, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|  |  | testimony for completeness (FRE 106); answer shows understanding of question (5:18-22). |  |
|  | 36:25-37:8 MIL#1; MIL #3; Hearsay (FRE 802) | *See* responses to MIL # 3 and # 1; witness's testimony is not hearsay but he is describing his observations when he was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)) |  |
|  | 37:9-12 MIL #1; MIL #3; Hearsay (FRE 802) | *See* responses to MIL # 3 and # 1; witness's testimony is not hearsay but he is describing his observations when he was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)) |  |
|  | 37:13-19 MIL #1; MIL #3; Hearsay (FRE 802) | *See* responses to MIL # 3 and # 1; witness's testimony is not hearsay but he is describing his observations when he |  |

| | PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 8, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)) | |
| 39:25-40:6 *40:7* 40:8-15 | MIL #1; MIL #3; Hearsay (FRE 802); Lacks personal knowledge (FRE 602); Compound; Counsel is testifying | *See* responses to MIL # 3 and # 1; Exhibit 167 was produced by ADC's contractor Wexford to both Plaintiffs and Defendants; testimony is admissible regardless of the admissibility of the exhibit; witness's testimony is not hearsay but he is describing his observations when he was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)); counsel is reading aloud from the exhibit; answer shows understanding of question (5:18-22). | |
| 42:5-10 *42:11* | MIL #1; MIL #3; Hearsay (FRE 802); Compound; Counsel is testifying | *See* responses to MIL # 3 and # 1; Exhibit 167 was produced by ADC's contractor Wexford to both Plaintiffs and Defendants; testimony is admissible | |

| | PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 8, 2013 Deposition | | |
| **Page/Line Cite** | **Objection** **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 42:12-24 | | regardless of the admissibility of the exhibit; witness's testimony is not hearsay but he is describing his observations when he was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)); counsel is reading aloud from the exhibit; answer shows understanding of question (5:18-22). | |
| 44:16-18; 44:21-24 | 44:16-24 MIL #1; MIL #3; Hearsay (FRE 802); vague; ambiguous; compound; Lacks personal, knowledge (FRE 602) | *See* responses to MIL # 3 and # 1; witness's testimony is not hearsay and he has personal knowledge because he is describing his observations when he was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)); answer shows understanding of question (5:18-22). | |
| 48:21-25; | 48:21-49:2 MIL #1; MIL #3 Hearsay | *See* responses to MIL # 3 and # 1; Exhibit 167 was produced by ADC's | |

| PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 8, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 49:2 | (FRE 802) | contractor Wexford to both Plaintiffs and Defendants; testimony is admissible regardless of the admissibility of the exhibit; witness's testimony is not hearsay but he is describing his observations when he was an agent of Defendants that formed the basis of his testimony, helpful to determining facts in issue (FRE 701; 801(d)(2)(D)). | |
| 49:22-50:3 | Counsel testifying | Counsel is asking follow up question based upon witness's previous testimony (49:20-21). | |
| 50:4-8;<br><br>50:12-18 | 50:4-18 Overbroad; Lacks personal knowledge (FRE 602) | Witness is describing his personal observations when he was an agent of Defendants that formed the basis of his testimony; answer shows understanding of question (5:18-22). | |
| 50:19-22; | 50:19-51:4 MIL #1; MIL #3; Overbroad; Lacks personal knowledge | *See* responses to MIL #1 and MIL #3; witness is describing his personal | |

| PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 8, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 51:1-4 | | observations and interactions when he was an agent of Defendants that formed the basis of his testimony; answer shows understanding of question (5:18-22). | |
| 74:18-25 | Lacks personal knowledge (FRE 602); | Witness is testifying to his personal observations and conversations with Defendants when he was an agent of Defendants. | |
| *83:15-85:3* | Outside scope of designated direct testimony subject matter (FRE 611(b)); Defendants have the opportunity to directly designate Dr. Fisher's testimony and should not introduce it through a counter-designation; unnecessary for completeness (FRE 106) | | |
| *91:8-92:8* | | | |
| 92:2-5 | Completeness (FRE 601) | No objection to above (91:8-92:8) for | |

| PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 8, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| | | completeness. | |
| *94:21-95:20* | | | |
| *95:21-25* | **Completeness (FRE 601); need to add 96:1-4 to complete the questioning**. | | |
| **96:1-4** | Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #1; MIL #3; hearsay (FRE 802). | Relates to fact of consequence related to Defendants' counter-designations and objections (FRE 611(b)); failure to specify how testimony causes undue delay (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); answer shows understanding of question; no hearsay contained within section (FRE 802);  See responses to MIL #1 and MIL #3. | |
| *96:5-9* | | | |
| 96:10-20 | MIL #1; MIL #3; Confusing (FRE 403) | *See* responses to MIL #1 and MIL #3; witness is describing his personal observations and interactions when he | |

| | PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) October 8, 2013 Deposition | | |
|---|---|---|---|
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | was an agent of Defendants that formed the basis of his testimony; failure to specify what in witness's answer to question posed by counsel for Defendants was confusing (Rule 403); Defendants waived this objection by not asking the witness clarifying or follow-up questions if Defendants considered his answer to be confusing. | |
| 102:10-20 | | | |
| *104:23-105:13* | Outside scope of designated direct testimony subject matter (FRE 611(b)); Defendants have the opportunity to directly designate Dr. Fisher's testimony and should not introduce it through a counter-designation; unnecessary for completeness (FRE 106) | | |
| 105:14-24 | | | |

| PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) October 8, 2013 Deposition | | | |
| --- | --- | --- | --- |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 107:24-108:17 | MIL #3; MIL #1 | *See* responses to MIL #1 and MIL #3; witness is describing his personal observations and interactions when he was an agent of Defendants that formed the basis of his testimony; Defendants are objecting to witness's answer to question posed by counsel for Defendants and therefore waived this objection by not objecting to his response during the deposition. | u |
| 112:23-113:19 | MIL #4; MIL #3, MIL #1 | *See* responses to MIL #1, MIL #3, and MIL #4; Exhibit 167 was produced by ADC's contractor Wexford to both Plaintiffs and Defendants; testimony is admissible regardless of the admissibility of the exhibit; Counsel for Defendants is using the exhibit as the basis of the questions; witness is describing his personal observations and interactions when he was an agent of Defendants that formed the basis of his testimony; Defendants are objecting to witness's | |

| PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 8, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | answer to question posed by counsel for Defendants and therefore waived this objection by not objecting to his response during the deposition. | |
| *114:12-19* | Outside scope of designated direct testimony subject matter (FRE 611(b)); Defendants have the opportunity to directly designate Dr. Fisher's testimony and should not introduce it through a counter-designation; unnecessary for completeness (FRE 106). | | |
| 114:20-115:12 | MIL #3; MIL #1 | *See* responses to MIL #1 and MIL #3; witness is describing his personal observations and interactions when he was an agent of Defendants that formed the basis of his testimony; Defendants are objecting to witness's answer to question posed by counsel for Defendants and therefore waived this objection by not objecting to his response during the | |

| PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 8, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | deposition. | |
| 116:7-17 | Confusing (FRE 403); Completeness (FRE 106) | Failure to specify additional testimony for completeness (FRE 106); failure to specify what in witness's answer to question posed by counsel for Defendants was confusing (Rule 403); Defendants waived this objection by counsel not asking the witness clarifying or follow-up questions if Defendants considered his answer to be confusing.<br><br>Plaintiffs do not object to addition of below (116:18-22) for completeness. | |
| *116:18-22* | | | |
| 116:23-117:21 | MIL #3; Confusing (FRE 403) | *See* responses to MIL #1 and MIL #3; failure to specify what in witness's answer to question posed by counsel for Defendants was confusing (Rule 403); Defendants waived this objection by counsel not asking the witness clarifying | |

| | PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 8, 2013 Deposition | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | or follow-up questions if Defendants considered his answer to be confusing. | |
| 117:22-118:1 | | | |
| 127:4-8 | | | |
| *127:19-23* | Outside scope of designated direct testimony subject matter (FRE 611(b)); Defendants have the opportunity to directly designate Dr. Fisher's testimony and should not introduce it through a counter-designation; unnecessary for completeness (FRE 106). | | |
| 128:3-129:9 | 128:3-5 Confusing (FRE 106); <br><br> 128:6-23 Confusing (FRE 403) | *See* responses to MIL #1 and MIL #3; witness is describing his personal observations and interactions when he was an agent of Defendants that formed the basis of his testimony; Defendants are objecting to witness's answer to question posed by counsel for Defendants and | |

| | PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 8, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | therefore waived this objection by not objecting to his response during the deposition. | |
| *140:14-22* | | | |
| *141:20-142:3* | Relevance (FRE 402 and *Parsons v. Ryan*, 754 F.3d 657, 678, 686, 689 (9th Cir. 2014)); Outside scope of designated direct testimony subject matter (FRE 611(b) and FRCP 30(b)(6)); Defendants have the opportunity to directly designate Dr. Fisher's testimony and should not introduce it through a counter-designation; unnecessary for completeness (FRE 106). | | |
| *145:10-13* | Argumentative; improper expert opinion (FRE 702); relevance (FRE 402); Outside scope of designated direct testimony subject matter (FRE 611(b) and FRCP 30(b)(6)); Defendants have | | |

| PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 8, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | the opportunity to directly designate Dr. Fisher's testimony and should not introduce it through a counter-designation; unnecessary for completeness (FRE 106). | | |
| *145:15-15* | Argumentative; improper expert opinion (FRE 702); relevance (FRE 402); Outside scope of designated direct testimony subject matter (FRE 611(b) and FRCP 30(b)(6)); Defendants have the opportunity to directly designate Dr. Fisher's testimony and should not introduce it through a counter-designation; unnecessary for completeness (FRE 106). | | |
| *146:6-7* | Outside scope of designated direct testimony subject matter (FRE 611(b) and FRCP 30(b)(6)); Defendants have the opportunity to directly designate Dr. Fisher's testimony and should not introduce it through a counter- | | |

| PLAINTIFFS' DESIGNATION OF NEIL FISHER, MD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 8, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | designation; unnecessary for completeness (FRE 106). | | |
| *150:12-17* | Outside scope of designated direct testimony subject matter (FRE 611(b) and FRCP 30(b)(6)); Defendants have the opportunity to directly designate Dr. Fisher's testimony and should not introduce it through a counter-designation; unnecessary for completeness (FRE 106). | | |

| | PLAINTIFFS' DESIGNATION OF GREG FIZER | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 29, 2012 Deposition | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| 6:13-19 | | | |
| 8:25-9:11 | | | |
| 11:10-12:14 | | | |
| 20:23-21:12 | | | |
| 22:21-23:12 | | | |
| 23:13-24:7 | | | |
| 24:10-24 | | | |
| 24:25-25:9 | | | |
| 26:2-4 | | | |
| 26:5-22 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 31:20-32:2 | | | |
| 32:9-25 | | | |
| 33:1-16 | | | |
| 39:1-14 | | | |
| 42:9-12 | | | |
| 42:17-43:4 | | | |
| 45:4-7 | | | |
| 45:8-10 | | | |
| 53:15-54:4 | | | |
| 54:5-55:1 | | | |

| PLAINTIFFS' DESIGNATION OF GREG FIZER |||| 
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) |||| 
| October 29, 2012 Deposition |||| 
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 58:2-5 | | | |
| 63:1-13 | | | |
| 70:12-20 | | | |
| 82:2-5 | | | |
| 82:23-83:9 | | | |
| 88:15-22 | | | |
| 136:20-137:18 | | | |
| 140:6-9 | | | |
| 145:8-25 | | | |
| 149:22-150:10 | | | |

| | PLAINTIFFS' DESIGNATION OF GREG FIZER | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 29, 2012 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 154:13-24 | | | |
| 155:25-156:10 | | | |
| 158:4-10 | | | |
| 158:11-21 | | | |
| 159:18-160:5 | | | |
| 161:1-7 | | | |
| 162:1-5 | | | |
| 179:10-25 | | | |
| 191:2-21 | | | |
| 193:17-19 | | | |

| PLAINTIFFS' DESIGNATION OF GREG FIZER | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 29, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 194:4-10 | | | |
| 194:16-195:19 | | | |
| 211:1-14 | | | |
| 211:25-212:12 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 5:11-20 | Relevance (FRE 402); waste of time (FRE 403) (5:11-14) | Relates to fact of consequence in determining action (FRE 401), failure to specify how testimony is cumulative or causes undue delay (FRE 403); establishes witness's identity. | |
| 8:14-17 | | | |
| 9:2-16 | Relevance (FRE 402); waste of time (FRE 403) (9:5-16) | Relates to fact of consequence in determining action (FRE 401), failure to specify how testimony is cumulative or causes undue delay (FRE 403); establishes facts regarding witness's job role with ADC. | |
| 19:25-20:3; 20:8-25; 21:2-3 | MIL #1 (19:25-20:3) | *See* MIL # 1 response.  The document marked as Exhibit 159 was Defendants' own supplemental disclosure statement, describing the scope of the witness's knowledge and what topics he would be called to testify about at trial. | |
| | MIL #1; relevance (FRE 402); waste of | *See* MIL # 1 response.  The document | |

| | PLAINTIFFS' DESIGNATION OF ARTHUR GROSS | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 9, 2013 Deposition | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | time (FRE 403) (20:8-24) | marked as Exhibit 159 was Defendants' own supplemental disclosure statement, describing the scope of the witness's knowledge and what topics he would be called to testify about at trial; relates to fact of consequence in determining action (FRE 401), failure to specify how testimony is cumulative or causes undue delay (FRE 403); establishes the scope of witness's knowledge compared to Defendants' disclosure statement. | |
| | MIL #1; vague and ambiguous; relevance (FRE 402); waste of time (FRE 403) (20:25-21:3) | *See* MIL # 1 response.  The document marked as Exhibit 159 was Defendants' own supplemental disclosure statement, describing the scope of the witness's knowledge and what topics he would be called to testify about at trial; answer shows understanding of question (6:15-19); relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative or causes undue delay (FRE 403); | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | **PLAINTIFFS' DESIGNATION OF ARTHUR GROSS** (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) September 9, 2013 Deposition | | |
| | | establishes the scope of witness's knowledge compared to Defendants' disclosure statement. | |
| 36:3-7; 36:10-13 | Completeness (FRE 106); compound; vague and ambiguous; relevance (FRE 402); lacks personal knowledge (FRE 602); improper opinion testimony (FRE 701) (36:3-13) | Failure to specify additional testimony for completeness (FRE 106); answer shows understanding of question (6:15-19); relates to fact of consequence in determining action (FRE 401); foundation for personal knowledge in undesignated portion (25:1-10) but not required; lay opinion based on witness's perception, helpful for determining facts in issue and specialized knowledge not required (FRE 701). | |
| 36:21-22; 36:24 | Completeness (FRE 106); vague and ambiguous; relevance (FRE 402); cumulative (FRE 403); lacks personal knowledge (FRE 602); (36:21-24) | Failure to specify additional testimony for completeness (FRE 106); answer shows understanding of question (6:15-19); relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative (FRE 403); foundation for personal | |

| | PLAINTIFFS' DESIGNATION OF ARTHUR GROSS | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **September 9, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | knowledge in undesignated portion (10:10-14) but not required. | |
| 37:9-11;<br><br>37:13-16 | Completeness (FRE 106); vague and ambiguous; leading; relevance (FRE 402); cumulative (FRE 403); lacks personal knowledge (FRE 602); improper opinion testimony (FRE 701) 37:9-16) | Failure to specify additional testimony for completeness (FRE 106); answer shows understanding of question (6:15-19); relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative (FRE 403); foundation for personal knowledge in undesignated portion (10:10-14) but not required; lay opinion based on witness's perception, helpful for determining facts in issue and specialized knowledge not required (FRE 701). | |
| 37:17-19;<br><br>37:21-23;<br><br>37:25-38:2 | Completeness (FRE 106); vague and ambiguous; leading; relevance (FRE 402); cumulative (FRE 403); lacks personal knowledge (FRE 602); improper opinion testimony (FRE 701) (37:17-21; 37:22-38:2) | Failure to specify additional testimony for completeness (FRE 106); answer shows understanding of question (6:15-19); relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative (FRE 403); foundation in undesignated | |

| PLAINTIFFS' DESIGNATION OF ARTHUR GROSS | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 9, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | portion (10:10-14) but not required; lay opinion based on witness's perception, helpful for determining facts in issue and specialized knowledge not required (FRE 701). | |
| 38:7-8; 38:10-13 | Completeness (FRE 106); vague and ambiguous; leading; relevance (FRE 402); cumulative (FRE 403); lacks personal knowledge (FRE 602); improper opinion testimony (FRE 701) (38:7-13) | Failure to specify additional testimony for completeness (FRE 106); answer shows understanding of question (6:15-19); relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative (FRE 403); foundation in undesignated portion (10:10-14) but not required; lay opinion based on witness's perception, helpful for determining facts in issue and specialized knowledge not required (FRE 701). | |
| 42:20-25 | | | |
| 46:6-13; | MIL #1; relevance (FRE 402) (46:6-11) | *See* MIL # 1 response.  The document marked as Exhibit 168 was produced by | |

| PLAINTIFFS' DESIGNATION OF ARTHUR GROSS | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 9, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 46:15-22 | | Defendants during discovery; relates to fact of consequence in determining action (FRE 401) | |
| | MIL #1; vague and ambiguous; assumes facts; relevance (FRE 402); confusing (FRE 403) (46:12-18) | *See* MIL # 1 response.  The document marked as Exhibit 168 was produced by Defendants during discovery; answer shows understanding of question (6:15-19); relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is confusing. (FRE 403) | |
| | Relevance (FRE 402); confusing (FRE 403) (46:19-22) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is confusing. (FRE 403) | |
| 52:22-53:3; 53:5-16; 53:18-54:21 | Relevance (FRE 402); confusing (FRE 403); hearsay (FRE 802) (52:22-53:1) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is confusing. (FRE 403); admissible under Rule 801(d)(2)(D), it is also admissible to | |

| | PLAINTIFFS' DESIGNATION OF ARTHUR GROSS | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **September 9, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | show the "effect on the listener." *United States v. Payne*, 944 F.2d 1458, 1472 (9th Cir. 1991) | |
| | Vague and ambiguous; argumentative; leading; misstates testimony; relevance (FRE 402); confusing (FRE 403) (53:2-6) | Answer shows understanding of question (6:15-19); relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is confusing (FRE 403) | |
| | Relevance (FRE 402); prejudicial, confusing (FRE 403); hearsay (FRE 802) (53:10-13) | Relates to fact of consequence in determining action (FRE 401); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); failure to specify how testimony is confusing (FRE 403); admissible under Rule 801(d)(2)(D), it is also admissible to show the "effect on the listener." *United States v. Payne*, 944 F.2d 1458, 1472 (9th Cir. 1991) | |
| | Compound; vague and ambiguous; relevance (FRE 402); cumulative (FRE | Answer shows understanding of question (6:15-19); failure to specify how | |

| | PLAINTIFFS' DESIGNATION OF ARTHUR GROSS | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 9, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 403); hearsay (FRE 802) (53:14-20) | testimony is cumulative (FRE 403); failure to specify how testimony is confusing (FRE 403); admissible under Rule 801(d)(2)(D), it is also admissible to show the "effect on the listener." *United States v. Payne*, 944 F.2d 1458, 1472 (9th Cir. 1991) | |
| | Hearsay (FRE 802); confusing, cumulative (FRE 403) (53:21-54:21) | Admissible under Rule 801(d)(2)(D), it is also admissible to show the "effect on the listener." *United States v. Payne*, 944 F.2d 1458, 1472 (9th Cir. 1991); failure to specify how testimony is confusing or cumulative (FRE 403) | |
| 103:24-105:4; 105:6-10 | MIL #1; relevance (FRE 402); confusing, cumulative (FRE 403) (103:24-104:15) | *See* Response to MIL # 1; Exhibit 211 was produced by Defendants during discovery; relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is confusing or cumulative (FRE 403) | |
| | MIL #1; relevance (FRE 402); | *See* Response to MIL # 1; Exhibit 212 | |

| | PLAINTIFFS' DESIGNATION OF ARTHUR GROSS | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 9, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | cumulative (FRE 403) (104:16-22) | was produced by Defendants during discovery; relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative (FRE 403) | |
| | MIL #1; compound; vague and ambiguous; hearsay (FRE 802); relevance (FRE 402); cumulative (FRE 403) (104:23-105:7) | *See* Response to MIL # 1; Exhibit 212 was produced by Defendants during discovery; answer shows understanding of question (6:15-19); admissible under Rule 801(d)(2)(D), also admissible to show the "effect on the listener." *United States v. Payne*, 944 F.2d 1458, 1472 (9th Cir. 1991); relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative (FRE 403) | |
| | MIL #1; relevance (FRE 402); confusing, cumulative (FRE 403) (105:8-10) | *See* Response to MIL # 1; Exhibit 212 was produced by Defendants during discovery; relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative | |

| | PLAINTIFFS' DESIGNATION OF ARTHUR GROSS | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 9, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | or confusing (FRE 403) | |
| 107:6-17 | Cumulative, waste of time (FRE 403) | Failure to specify how testimony is cumulative or waste of time. (FRE 403) | |
| 107:22-108:9 | MIL #1; hearsay (FRE 802); relevance (FRE 402); cumulative (FRE 403) | *See* Response to MIL # 1; Exhibit 172 was produced by Defendants during discovery; admissible under Rule 801(d)(2)(D), also admissible to show the "effect on the listener." *United States v. Payne*, 944 F.2d 1458, 1472 (9th Cir. 1991); relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative or confusing (FRE 403) | |
| 115:11-116:3 | Hearsay (FRE 802); relevance (FRE 402) (115:11-14) | Admissible under Rule 801(d)(2)(D), also admissible to show the "effect on the listener." *United States v. Payne*, 944 F.2d 1458, 1472 (9th Cir. 1991); relates to fact of consequence in determining action (FRE 401) | |

| PLAINTIFFS' DESIGNATION OF ARTHUR GROSS |||
|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) |||
| September 9, 2013 Deposition |||
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | MIL #1; hearsay (FRE 802); relevance (FRE 402); confusing, cumulative (FRE 403) (115:15-116:3) | *See* Response to MIL # 1; Exhibit 175 was produced by Defendants during discovery; admissible under Rule 801(d)(2)(D), also admissible to show the "effect on the listener." *United States v. Payne*, 944 F.2d 1458, 1472 (9th Cir. 1991); relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative or confusing (FRE 403) | |

| PLAINTIFFS' DESIGNATION OF CAROLINE HAACK (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 29, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 6:13-7:5 | Relevance (FRE 402); wastes time (FRE 403) (6:21-7:5) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is waste of time (FRE 403). | |
| 21:17-18;  21:21-24 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1; counsel is testifying | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is waste of time (FRE 403); answer shows understanding of question (9:25-10:2); foundation established (20:3-7); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response; witness testified to the evidence cited (22:3-5). | |
| 22:3-22:5 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1; counsel is testifying | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is waste of time (FRE 403); answer shows understanding of question (9:25-10:2); foundation established (20:3-7); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. | |

| PLAINTIFFS' DESIGNATION OF CAROLINE HAACK (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 29, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | 2006); see MIL #1 response; objection waived. | |
| 24:4-21;<br><br>24:23-24 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1; counsel is testifying (24:4-19)<br><br>Foundation; vague; ambiguous; calls for speculation (24:20-24) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is waste of time (FRE 403); answer shows understanding of question (9:25-10:2); foundation established (20:3-7, 23:6-8); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response; objection waived.<br><br>Answer shows understanding of question (9:25-10:2); foundation established (20:3-7); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); answer indicates extent of knowledge; objection waived. | |
| 26:10-11; | Foundation; vague; ambiguous; calls for speculation; lacks personal knowledge | Answer shows understanding of question (9:25-10:2); foundation established (20:3-7, 23:6-8); *Bowoto v. Chevron* | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF CAROLINE HAACK (30(b)(6))** (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) July 29, 2014 Deposition | | | |
| 26:13-20; 26:22-27:1; 27:4 | (FRE 602) (26:10-15) Foundation; MIL #1; vague; ambiguous; calls for speculation (26:16-22; 26:23-27:4) | *Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); question within scope of matters for testimony (FRCP 30(b)(6)). Answer shows understanding of question (9:25-10:2); foundation established (20:3-7, 23:6-8); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response; answer indicates extent of knowledge; objection waived. | |
| 27:12-15; 27:18 | Foundation; MIL #1; vague; ambiguous; calls for speculation; counsel is testifying (27:12-18) | Answer shows understanding of question (9:25-10:2); foundation established (20:3-7, 23:6-8); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); answer indicates extent of knowledge; see MIL #1 response; answer indicates extent of knowledge; objection waived. | |
| 28:1-28:3 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1; counsel is | Relates to fact of consequence in determining action (FRE 401); failure to | |

| PLAINTIFFS' DESIGNATION OF CAROLINE HAACK (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 29, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | testifying; beyond the scope of the 30(b)(6) notice | specify how testimony is waste of time (FRE 403); objection waived; answer shows understanding of question (9:25-10:2); foundation established (20:3-7, 23:6-8); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response; objection waived; question within scope of matters for testimony (FRCP 30(b)(6)). | |
| 29:24-30:1; 30:7-9; 30:12-30:14; 30:19-30:22; 30:24-31:6; 31:10-31:14; 31:17-31:24 | Completeness (FRE 106); foundation; MIL #1; lacks personal knowledge (FRE 602); hearsay (FRE 802); beyond the scope of the 30(b)(6) notice (29:24-30:1)<br><br><br>Foundation; MIL #1; lacks personal knowledge (FRE 602); hearsay (FRE 802); beyond the scope of the 30(b)(6) | Failure to specify additional testimony for completeness (FRE 106); answer shows understanding of question (9:25-10:2); foundation established (20:3-7, 23:6-8); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response; question within scope of matters for testimony (FRCP 30(b)(6)); no hearsay statements contained in designated portion (FRE 802).<br><br>Answer shows understanding of question | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | notice (30:7-12; 30:13-20; 30:21-24)<br><br><br><br>Foundation; MIL #1; completeness (FRE 106); lacks personal knowledge (FRE 602); hearsay (FRE 802); beyond the scope of the 30(b)(6) notice (30:25-31:9)<br><br><br><br><br><br>Foundation; MIL #1; lacks personal knowledge (FRE 602); hearsay (FRE 802); assumes facts not in evidence; calls for speculation; beyond the scope of the 30(b)(6) notice (31:10-24) | (9:25-10:2); foundation established (20:3-7, 23:6-8); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response; question within scope of matters for testimony (FRCP 30(b)(6)); no hearsay statements contained in designated portion (FRE 802)<br><br>Answer shows understanding of question (9:25-10:2); foundation established (20:3-7, 23:6-8); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response; failure to specify additional testimony for completeness (FRE 106); question within scope of matters for testimony (FRCP 30(b)(6)); no hearsay statements contained in designated portion (FRE 802)<br><br>Answer shows understanding of question (9:25-10:2); foundation established (20:3-7, 23:6-8); *Bowoto v. Chevron* | |

| PLAINTIFFS' DESIGNATION OF CAROLINE HAACK (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 29, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | *Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response; question within scope of matters for testimony (FRCP 30(b)(6)); no hearsay statements contained in designated portion (FRE 802); no opinion given; objection does not specify facts referred to that are not in evidence; objection waived. | |
| 33:6-33:10 | Foundation; MIL #1; relevance (FRE 402); wastes time (FRE 403); counsel is testifying; beyond the scope of the 30(b)(6) notice | Answer shows understanding of question (9:25-10:2); foundation established (32:12-15); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response; relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is waste of time (FRE 403); objection waived; question within scope of matters for testimony (FRCP 30(b)(6)). | |
| 34:2-35:24 | Lacks personal knowledge (FRE 602) hearsay (FRE 802) foundation; MIL #1 | Objections all waived; question within scope of matters for testimony (FRCP 30(b)(6));   no   hearsay   statements | |

| PLAINTIFFS' DESIGNATION OF CAROLINE HAACK (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 29, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|  |  | contained in designated portion (FRE 802); answer shows understanding of question (9:25-10:2); foundation established (20:3-7, 23:6-8); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response. |  |
| 36:21-37:3 | Relevance (FRE 402); wastes time (FRE 403); completeness (FRE 106); foundation; MIL #1; counsel is testifying; beyond the scope of the 30(b)(6) notice | Objections waived; relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is waste of time (FRE 403); answer shows understanding of question (9:25-10:2); foundation established (32:12-15); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response; question within scope of matters for testimony (FRCP 30(b)(6)). |  |
| 37:11-37:22 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1 (37:11-13) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is waste of time (FRE 403); Answer shows understanding of question (9:25-10:2); foundation |  |

| PLAINTIFFS' DESIGNATION OF CAROLINE HAACK (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 29, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | established (20:3-7, 23:6-8); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response. | |
| 38:4-38:12 | | | |
| 48:6-48:14 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1; counsel is testifying; beyond the scope of the 30(b)(6) notice | Objections waived; relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is waste of time (FRE 403); answer shows understanding of question (9:25-10:2); see MIL #1 response; foundation established; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); question within scope of matters for testimony (FRCP 30(b)(6)). | |
| 50:20-50:25 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1; counsel is testifying; beyond the scope of the 30(b)(6) notice | Objections waived; relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is waste of time (FRE 403); answer shows understanding of question (9:25-10:2); | |

| PLAINTIFFS' DESIGNATION OF CAROLINE HAACK (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 29, 2014 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | foundation established; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response; question within scope of matters for testimony (FRCP 30(b)(6)). | |
| 57:21-59:4; 59:7-59:17 | Foundation; MIL #1 (57:21-58:12) | Objections waived; answer shows understanding of question (9:25-10:2); foundation established (20:3-7); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response. | |
| | Relevance (FRE 402); wastes time (FRE 403) (58:13-59:1) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is waste of time (FRE 403). | |
| | Compound; confusing; vague; ambiguous; foundation; MIL #1 (59:2-10) | Objections waived; answer shows understanding of question; foundation established (20:3-7); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response. | |
| | Counsel is testifying; foundation; MIL #1 (59:11-17) | | |

| PLAINTIFFS' DESIGNATION OF CAROLINE HAACK (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 29, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | Objection waived; answer shows understanding of question (9:25-10:2); foundation established (20:3-7); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response. | |
| 71:23-72:7;<br><br>72:11-72:23 | Cumulative (FRE 403); wastes time (FRE 403); foundation; MIL #1 (71:23-72:11)<br><br><br><br>Relevance (FRE 402); wastes time (FRE 403) (72:12-23) | Objections waived; failure to specify how testimony is cumulative (FRE 403); failure to specify how testimony is waste of time (FRE 403); cited testimony specifically references previous testimony laying foundation as witness acknowledged; see MIL #1 response; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).<br><br>Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is waste of time (FRE 403). | |
| 76:12-76:24; | Foundation; MIL #1 (76:12-22) | Answer shows understanding of question (9:25-10:2); foundation established | |

| PLAINTIFFS' DESIGNATION OF CAROLINE HAACK (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 29, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 77:4-77:8; 77:10-77:11; 77:14-77:23 | Confusing; vague; ambiguous; foundation; MIL #1 (76:23-77:4)<br><br>Compound; vague; ambiguous; foundation; MIL #1 (77:5-14) | (20:3-7; 75:2-24); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response.<br><br>Objections waived; answer shows witness understanding of the question; foundation established (20:3-7; 75:2-24); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response.<br><br>Answer shows witness understanding of the question; foundation established (20:3-7; 75:2-24); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response. | |

| PLAINTIFFS' DESIGNATION OF CAROLINE HAACK (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 29, 2014 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | Foundation; MIL #1 (77:15-23) | Objections waived. Answer shows witness understanding of the question (9:25-10:2); foundation established (20:3-7; 75:2-24); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response. | |
| 78:3-78:22, 78:25-79:3, 79:5-79:14 | Foundation; MIL #1 (78:3-18) | Objections waived. Answer shows witness understanding of the question (9:25-10:2); foundation established (20:3-7; 75:2-24); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response. | |
| | Cumulative (FRE 403); wastes time (FRE 403); compound; foundation; MIL #1 (78:19-79:1) | Failure to specify how testimony is cumulative (FRE 403); failure to specify how testimony is waste of time (FRE 403); answer shows witness understanding of the question (9:25-10:2); foundation established (20:3-7; 75:2-24); *Bowoto v. Chevron Corp.*, 2006 | |

| PLAINTIFFS' DESIGNATION OF CAROLINE HAACK (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 29, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | Compound; confusing; foundation; MIL #1 (79:2-6) | WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response.<br><br>Answer shows understanding of question; foundation established (20:3-7; 75:2-24); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response. | |
| | Relevance (FRE 402); cumulative (FRE 403); wastes time (FRE 403); foundation; MIL #1 (79:7-14) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is waste of time (FRE 403); answer shows witness understanding of the question (9:25-10:2); foundation established (20:3-7; 75:2-24); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response. | |
| 80:11-80:18 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1 | Objections waived; relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is waste of time (FRE 403); foundation | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | | established (20:3-7, 79:15-24) *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response. | |
| 81:22-81:24; 82:2-82:3 | Foundation; lacks personal knowledge (FRE 602); hearsay (FRE 802); beyond the scope of the 30(b)(6) notice (81:22-82:3) | Answer shows witness understanding of the question (9:25-10:2); question within scope of matters for testimony (FRCP 30(b)(6)); no hearsay statements contained in designated portion (FRE 802); foundation established *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006);. | |
| 84:13-84:20 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1; counsel is testifying; beyond the scope of the 30(b)(6) notice | Objections waived; relates to fact of consequence in determining action (FRE 401); failure to specify testimony is waste of time (FRE 403); answer shows witness understanding of the question (9:25-10:2); see MIL #1 response; objections waived; question within scope of matters for testimony (FRCP 30(b)(6)) foundation established *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF CAROLINE HAACK (30(b)(6))** | | | |
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **July 29, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | (N.D. Cal. 2006);.. | |
| 91:2-91:4;<br><br>91:7-91:8. | Foundation; vague; ambiguous; beyond the scope of the 30(b)(6) notice (91:2-8) | Answer shows witness understanding of the question (9:25-10:2); foundation established (20:3-7; 90:9-18); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); question within scope of matters for testimony (FRCP 30(b)(6)). | |
| 91:9-91:16 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1; counsel is testifying; beyond the scope of the 30(b)(6) notice | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is waste of time (FRE 403); answer shows witness understanding of the question (9:25-10:2); foundation established (20:3-7; 90:9-18); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response; question within scope of matters for testimony (FRCP 30(b)(6)). | |

| PLAINTIFFS' DESIGNATION OF CAROLINE HAACK (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 29, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 94:3-94:6 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1; counsel is testifying; beyond the scope of the 30(b)(6) notice | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is waste of time (FRE 403); answer shows witness understanding of the question (9:25-10:2); foundation established (20:3-7; 90:9-18); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response; question within scope of matters for testimony (FRCP 30(b)(6)). | |
| 95:14-95:17 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1; counsel is testifying; beyond the scope of the 30(b)(6) notice | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is waste of time (FRE 403); answer shows witness understanding of the question (9:25-10:2); foundation established (20:3-7; 90:9-18); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response; objection waived; question within scope of matters for | |

| PLAINTIFFS' DESIGNATION OF CAROLINE HAACK (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 29, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | testimony (FRCP 30(b)(6)). | |
| 97:12-97:20 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1; counsel is testifying; beyond the scope of the 30(b)(6) notice | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is waste of time (FRE 403); answer shows witness understanding of the question (9:25-10:2); foundation established (20:3-7; 90:9-18); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response; objection waived; question within scope of matters for testimony (FRCP 30(b)(6)). | |
| 99:15-99:18 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1; counsel is testifying; beyond the scope of the 30(b)(6) notice | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is waste of time (FRE 403); answer shows witness understanding of the question (9:25-10:2); foundation established (20:3-7; 90:9-18); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL #1 response;   objection waived; | |

| PLAINTIFFS' DESIGNATION OF CAROLINE HAACK (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **July 29, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
|  |  | question within scope of matters for testimony (FRCP 30(b)(6)). |  |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF MARK T. HALDANE** (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) September 19, 2013 Deposition | | | |
| 6:15 – 6:18 | | | |
| 16:3 – 16:8 | | | |
| 17:7 – 17:11  17:13 – 17:20 | | | |
| 21:6 – 21:18  21:20 – 22:2  22:4 – 22:6 | | | |
| 32:17 – 32:18  32:20 – 32:22  32:24 – 33:3  33:5 | | | |

| PLAINTIFFS' DESIGNATION OF MARK T. HALDANE | | | |
| --- | --- | --- | --- |
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) September 19, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 45:13 – 46:6 46:8 – 47:2 | | | |
| 54:9 – 54:14 54:16 – 54:20 54:22 – 55:3 55:5 – 55:15 55:17 – 55:20 55:22 – 55:23 | | | |
| 65:25 – 66:8 66:10 – 66:23 66:25 | | | |

| | **PLAINTIFFS' DESIGNATION OF MARK T. HALDANE** | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **September 19, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 85:16 – 85:18<br><br>85:20 – 85:22 | | | |
| 142:20 – 142:22<br><br>142:24 – 143:7<br><br>143:9 – 143:14<br><br>143:16 – 143:17 | | | |
| [Ex. 338]<br><br>162:6 – 162:9<br><br>162:11 – 163:21 | | | |
| [Ex. 344]<br><br>181:23 – 182:23 | | | |

| PLAINTIFFS' DESIGNATION OF MARK T. HALDANE | | | |
| --- | --- | --- | --- |
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) September 19, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 182:25 – 183:3 183:5 – 183:12 183:14 – 183:20 | | | |
| 202:20 – 202:24 203:1 – 204:4 | | | |
| 208:6 – 208:21 208:23 | | | |
| [Ex. 169] 222:15 – 224:6 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 8:19-25 | | | |
| 11:5-24 | | | |
| 13:22-14:18 | | | |
| 19:19-20:19 | | | |
| 21:5-9; 21:12 | | | |
| 22:20-21; 22:24 | | | |
| 22:25-23:1; 23:4-5; 23:6-7; | | | |

**PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**April 2, 2014 Deposition**

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 23:10 | | | |
| 24:3-5 | | | |
| 25:6-10;<br>25:13-25;<br>26:3-5 | | | |
| 29:18-30:6;<br>30:9-10 | | | |
| 32:22-33:12 | | | |
| 33:21-22;<br>33:25 | | | |
| 34:1-2; | | | |

**PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**April 2, 2014 Deposition**

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.** <br><br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br><br> **April 2, 2014 Deposition** | | | |
| 34:4 | | | |
| 38:7-38:16 | | | |
| 39:1-2; <br><br> 39:5-7; <br><br> 39:10-12 | | | |
| 39:13-14; <br><br> 39:16 | | | |
| 39:17-18; <br><br> 39:20 | | | |
| 39:21-22; <br><br> 39:24 | | | |

| PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) April 2, 2014 Deposition | | | |
|---|---|---|---|
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 39:25-40:3; 40:5 | | | |
| 48:9-11; 48:14-16 | | | |
| 69:17-18 69:20 | | | |
| 69:21; 69:23-25 | | | |
| 71:9-12; 71:14-15; 71:17-18 | | | |

| PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 2, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 71:19-20 | | | |
| 72:5-7; 72:9 | | | |
| 72:10-13; 72:15-16 | | | |
| 73:21-22; 73:24-25 | | | |
| 74:3-6 | | | |
| 74:7-8; 74:10 | | | |
| 74:11-12; | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 74:14-15 | | | |
| 76:8-12 | | | |
| 76:24-25; 77:2-4 | | | |
| 77:5-6; 77:9-10 | | | |
| 77:11-16; 77:18 | | | |
| 77:19-20; 77:22-25 | | | |
| 78:4-6; | | | |

**PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**April 2, 2014 Deposition**

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.** <br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br> **April 2, 2014 Deposition** | | | |
| 78:8; <br><br> 78:20-21; <br><br> 78:23 | | | |
| 78:24-25; <br><br> 79:2-5 | | | |
| 79:6-7; <br><br> 80:15-16; <br><br> 80:18 | | | |
| 80:19; <br><br> 81:5-6; <br><br> 81:9-14 | | | |

| | PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | April 2, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 84:16-17; 84:20-21; 84:24 | | | |
| 84:25-85:10; 85:12 | | | |
| 85:13-22 | | | |
| 86:20-21; 86:23-87:8 | | | |
| 87:13-20; 87:22-24 | | | |

| PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) April 2, 2014 Deposition | | | |
|---|---|---|---|
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 88:13-17 | | | |
| 94:21-95:10; 95:13 | | | |
| 95:14; 95:16 | | | |
| 95:17; 95:20-22 | | | |
| 97:13-98:6; 98:9-10 | | | |
| 98:11-99:2 | | | |
| 100:17-101:6 | | | |

| PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) April 2, 2014 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 104:20-23 | | | |
| 105:2-15; 105:18-22 | | | |
| 105:23-106:9; 106:12-13 | | | |
| 106:14-15; 106:17 | | | |
| 106:18-107:6; 107:8 | | | |
| 107:9-11; 107:13-14 | | | |

| PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 2, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 107:15-16; 107:19 | | | |
| 107:20-21; 107:24 | | | |
| 111:3-7; 111:9-10 | | | |
| 111:11-16; 111:18-19 | | | |
| 124:11-15; 124:17-18; 124:21-126:9 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **April 2, 2014 Deposition** | | | |
| 127:1-9 | | | |
| 127:17-19; 127:21 | | | |
| 127:22-25 | | | |
| 128:6-9 | | | |
| 131:1-5 | | | |
| 135:16-22 | | | |
| 145:6-146:5; 146:8 | | | |
| 146:9-146:22 | | | |

| PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 2, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 146:24-147:3 | | | |
| 148:4-5; 148:8-11 | | | |
| 149:13-14; 149:16 | | | |
| 149:17-18; 149:20 | | | |
| 149:21-150:3; 150:5 | | | |
| 150:6; 150:8-9 | | | |

| PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 2, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 150:10-24 | | | |
| 151:8-11 | | | |
| 151:15-16; 151:18 | | | |
| 151:19; 151:21-22 | | | |
| 151:23; 151:25-152:19 | | | |
| 152:21-23; 153:1 | | | |
| 153:2-3; | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **April 2, 2014 Deposition** | | | |
| 153:6-7 | | | |
| 153:8-11 | | | |
| 154:17-19; 154:21 | | | |
| 155:6-7; 155:9 | | | |
| 155:10-12 | | | |
| 157:4-8 | | | |
| 158:13-14; 158:16 | | | |
| 161:14-162:12 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **April 2, 2014 Deposition** | | | |
| 174:11-14; 174:19-24 175:1 | | | |
| 175:2-3; 175:5-6 | | | |
| 175:7-11; 175:13-17 | | | |
| 175:18-176:11; 176:14 | | | |
| 176:15-17; 176:20-21 | | | |

| PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. |||||
|---|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) |||||
| April 2, 2014 Deposition |||||
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | | Comments |
| 176:22-23; 177:1-12; 177:14 | | | | |
| 180:16-21 | | | | |
| 181:12-16; 181:18-182:5; 182:7-17 | | | | |
| 182:18-21; 182:23-183:9; 184:5-8 | | | | |
| 189:10-22 | | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **April 2, 2014 Deposition** | | | |
| 190:21-191:5; 191:7 | | | |
| 191:16-21; 191:23 | | | |
| 192:5-8; 192:10 | | | |
| 192:15-193:9 | | | |
| 193:19-194:15 | | | |
| 201:3-24; 202:1; 202:3 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.** <br> (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) <br> April 2, 2014 Deposition | | | |
| 202:4-10 | | | |
| 207:2-6 | | | |
| 207:13-19; <br> 207:21 | | | |
| 207:22-23; <br> 207:25-208:8; <br> 208:11-14 | | | |
| 208:18-209:15; <br> 209:17-18 | | | |
| 209:19-210:7 | | | |
| 210:15-19; | | | |

| PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D. | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 2, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 210:21 | | | |
| 210:22-25; 211:2 | | | |
| 211:3-4; 211:6-10 | | | |
| 222:11-18; 222:20 | | | |
| 233:3-22; 233:24 | | | |
| 233:25-234:3; 234:5-7 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF BRIAN T. HANSTAD, D.M.D.** (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) April 2, 2014 Deposition | | | |
| 234:11-12; 234:14 | | | |
| 235:23-24; 237:25-238:3 | | | |
| 239:4-5; 239:10-11 | | | |

| | PLAINTIFFS' DESIGNATION OF VANESSA HEADSTREAM | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 27, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 5:9-19; 32:18-20 | | | |
| 16:23-17:5 | | | |
| 18:4-6 | | | |
| 25:11-24; 27:18-20; 27:23-24; 181:22-182:3 | | | |
| 28:1-3; 28:6-10; 179:7-180:2; | | | |

| PLAINTIFFS' DESIGNATION OF VANESSA HEADSTREAM | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **August 27, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 180:5-6; 181:1-21 | | | |
| 36:1-4; 36:7 | | | |
| 53:24-25; 54:3-5; 54:7-8 | | | |
| 58:25-59:6 | | | |
| 73:15-74:14; 75:13-16; 75:19-76:8; | | | |

| | PLAINTIFFS' DESIGNATION OF VANESSA HEADSTREAM | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **August 27, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 76:11 | | | |
| 97:25-98:2; 98:4-8; 98:10-11; 98:13-14; 98:20-22; 98:24-99:2; 99:4-5 | | | |
| 99:6-9; 99:11-14: 99:16-21; 99:24-25; | | | |

| | PLAINTIFFS' DESIGNATION OF VANESSA HEADSTREAM | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 27, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 100:2 | | | |
| 108:6-109:8; 109:10-12; 111:3-10; 111:12 | | | |
| 121:6-8; 121:10-13 | | | |
| 127:7-128:11; 128:13-129:5; 129:7-12; 129:14-25 | | | |

| PLAINTIFFS' DESIGNATION OF VANESSA HEADSTREAM (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) August 27, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 147:22-23; 148:1-2; 150:16-18 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 9:1-5 | | | |
| 15:1-18:1 | | | |
| 24:4-25:10 | | | |
| 25:17-26:12 | | | |
| 27:18-30:17 | | | |
| 32:2-34:25 | | | |
| 37:1-38:7 | | | |
| 43:16-44:25 | | | |
| 45:16-46:15 | | | |
| 53:20-54:23 | | | |

**PLAINTIFFS' DESIGNATION OF MARK JANSEN**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**August 11, 2014 Deposition**

| | PLAINTIFFS' DESIGNATION OF MARK JANSEN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 11, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 55:6-56:5 | | | |
| 56:10-58:12 | | | |
| 59:13-61:1 | | | |
| 64:7-9 | | | |
| 64:12-25 | | | |
| 65:15-66:13 | | | |
| 69:18-72:3 | | | |
| 72:13-23 | | | |
| 73:1-73:16 | | | |
| 75:13-19 | | | |

| PLAINTIFFS' DESIGNATION OF MARK JANSEN | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 11, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 81:4-82:5 | | | |
| 82:14-22 | | | |
| 83:5-84:19 | | | |
| 85:3-9 | | | |
| 87:7-15 | | | |
| 87:23-89:11 | | | |
| 93:25-94:14 | | | |
| 94:24-96:22 | | | |
| 99:20-102:2 | | | |
| 104:5-14 | | | |

| PLAINTIFFS' DESIGNATION OF MARK JANSEN | | | |
| --- | --- | --- | --- |
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 11, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 105:20-23 | | | |
| 106:17-107:9 | | | |
| 108:20-109:4 | | | |
| 111:2-112:15 | | | |
| 119:13-120:7 120:10-121:10 | | | |
| 121:19-24 | | | |
| 123:1-21 | | | |
| 125:9-126:10 | | | |
| 129:20-130:20 | | | |

| | PLAINTIFFS' DESIGNATION OF MARK JANSEN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 11, 2014 Deposition | | |
| **Page/Line Cite** | **Objection** **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 130:22-131:25 132:1 | | | |
| 132:20-133:12 | | | |
| 133:22-134:5 | | | |
| 134:24-135:19 | | | |
| 144:10-24 | | | |
| 152:10-21 | | | |
| 153:16-19 | | | |
| 153:22-154:18 | | | |
| 157:1-158:10 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF MARK JANSEN** (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) August 11, 2014 Deposition | | | |
| 177:16-180:25 | | | |
| 187:24-188:2 | | | |
| 194:8-195:6 | | | |
| 198:6-9 | | | |
| 198:13-199:6 | | | |
| 199:14-19 | | | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) ||||
| :---: | :---: | :---: | :---: |
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) ||||
| July 1, 2014 Deposition ||||
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 7:14-8:5 | Relevance (FRE 402); wastes time (FRE 403) | Relates to fact of consequence in determining action (FRE 401); Failure to specify how testimony wastes time (FRE 403) | |
| 8:10-9:6 | Relevance (FRE 402); wastes time (FRE 403) | Relates to fact of consequence in determining action (FRE 401); Failure to specify how testimony wastes time (FRE 403) | |
| 10:9-14; 10:15-21 | Relevance (FRE 402); undue delay (FRE 403)  (10:9-21) | Relates to fact of consequence in determining action (FRE 401); Failure to specify how testimony constitutes undue delay (FRE 403) designation relates to introduction of Ex. 553 which is subject of deposition. | |
| | Relevance (FRE 402); wastes time (FRE 403) (10:9-10) | Relates to fact of consequence in determining action (FRE 401); Failure to specify how testimony wastes time (FRE 403)

Foundation properly established; | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | Foundation; MIL #1 (10:11-14) | Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 10:22-11:4 | Foundation; MIL #1 | Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 11:5-7 | Foundation: MIL #1 | Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| *11:8-12:3* | | | |
| 12:4-7 | Completeness (FRE 106); foundation; MIL #1 | Statement complete for purposes of FRE 106; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6))** <br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br> **July 1, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | (N.D. Cal. 2006); See MIL response | |
| 12:8-14 | Completeness (FRE 106); foundation; MIL #1 | Statement complete for purposes of FRE 106; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| *12:15-13:6* | | | |
| 13:7-15 <br><br> 13:24-14:1 | Completeness (FRE 106); foundation; MIL #1 | Statement complete for purposes of FRE 106; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| *13:16-23* | | | |
| *14:2-11* | | | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 14:12-21 | Completeness (FRE 106); foundation; MIL #1 | Statement complete for purposes of FRE 106; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 14:22-23; 14:25-15:13 | Vague; ambiguous; completeness (FRE 106); foundation; MIL #1 (14:22-23)<br><br>Completeness (14:25)<br><br>Foundation; MIL #1 (15:1-13) | Answers show understanding of question; Statement complete for purposes of FRE 106; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response<br><br>Statement complete for purposes of FRE 106 (14:25)<br><br>Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 | |

<table>
<tr><td colspan="4" align="center"><b>PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6))</b><br><br>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)<br><br>July 1, 2014 Deposition</td></tr>
<tr><td><b>Page/Line Cite</b></td><td><b>Objection<br>(include specific page and line<br>numbers of material objected to and<br>objection(s))</b></td><td><b>Response</b></td><td><b>Comments</b></td></tr>
<tr><td></td><td></td><td>(N.D. Cal. 2006); See MIL response</td><td></td></tr>
<tr><td>15:14-16:3</td><td>Completeness (FRE 106); foundation; MIL #1</td><td>Statement complete for purposes of FRE 106; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); <i>Bowoto v. Chevron Corp.</i>, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response</td><td></td></tr>
<tr><td>16:4-8</td><td>Cumulative (FRE 403); foundation; MIL #1</td><td>Failure to specify how testimony is cumulative (FRE 403); Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); <i>Bowoto v. Chevron Corp.</i>, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response</td><td></td></tr>
<tr><td>16:9-11</td><td></td><td></td><td></td></tr>
</table>

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **July 1, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 16:12-25 | Foundation; MIL #1 | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 17:1-14; 17:16-21 | Foundation; MIL #1 (17:1-9)  Compound; vague; ambiguous; foundation; MIL #1 (17:10-21) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response  Answers show understanding of question; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 17:22-18:20 | Foundation; MIL #1 | Foundation properly established; Question within scope of matters for | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6))** <br><br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br><br> **July 1, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 18:21-23 | | | |
| *18:24-19:4* | | | |
| 19:5-23 | | | |
| 20:7-17 | Foundation; MIL #1 (20:7-14) <br><br> Foundation; lacks personal knowledge (FRE 602) (20:15-17 | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response <br><br> Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **July 1, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 24:5-12 | Foundation; MIL #1 | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 24:13-25:8 | Foundation; MIL #1 | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| *25:9-26:5* | | | |
| 26:6-14 | Foundation; lacks personal knowledge (FRE 602); completeness (FRE 106) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); Testimony complete for purposes of FRE 106; | |
| *27:10-16* | | | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **July 1, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 27:17-28:10 | Foundation; MIL #1 | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 28:11-21 <br><br> 28:23-25 | Foundation; MIL #1 (28:11-19 <br><br> Cumulative (FRE 403); vague; ambiguous; foundation (28:20-25) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response <br><br> Fails to specify how testimony is cumulative (FRE 403); Answer shows understanding of question; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); | |
| 29:1-6 | | | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 31:12-24 | Foundation; MIL #1 (31:12-19) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 32:9-16<br><br>32:20-33:6 | Completeness (FRE 106); foundation; MIL #1 (32:9-16)<br><br><br>Counsel is testifying; foundation; MIL #1 (33:3-7) | Statement complete for purposes of FRE 106; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response<br><br>Unwarranted – counsel not testifying; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| *32:17-19* | | | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 33:8-9;<br><br>*33:10*<br><br>33:11-21;<br>33:22-24;<br>34:1-10 | Vague, ambiguous; foundation; MIL #1 (33:8-15) | Answer shows understanding of question; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| | Foundation; MIL #1 (33:16-21) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| | Vague; ambiguous; foundation (33:22-34:3) | Answer shows understanding of question; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **July 1, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | | |
| 37:22-38:5 | Foundation; MIL #1 | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 43:15-23; 43:24-45:2 | Foundation; MIL #1 | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); see MIL response | |
| 50:4-12; 50:14-16 | Compound; vague; ambiguous; foundation; MIL #1 | Answer shows understanding of question; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 50:17-25 | | | |
| 51:5-24 | Foundation; MIL #1 | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 52:5-16; 52:17-23; 52:25-53:4; 55:7-14 | Foundation; MIL #1 (52:5-16)<br><br>Vague; ambiguous; compound; foundation; MIL #1 (52:17-53:4)<br><br>Foundation; MIL #1 (55:7-14) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response<br><br>Answer shows understanding of question; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 57:1-12; 57:14-17; 57:19-23 | Foundation; MIL #1 (57:1-9)<br><br>Assumes facts not in evidence; compound; vague; ambiguous; foundation; MIL #1 (57:10-14)<br><br>Compound; vague; ambiguous; foundation; MIL #1 (57:15-23) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response<br><br>Dispute – facts established (57:1-9); Answer shows understanding of question; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL | |

<table>
<tr><td colspan="4"><strong>PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6))</strong><br><br><strong>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)</strong><br><br><strong>July 1, 2014 Deposition</strong></td></tr>
<tr><td><strong>Page/Line Cite</strong></td><td><strong>Objection<br>(include specific page and line numbers of material objected to and objection(s))</strong></td><td><strong>Response</strong></td><td><strong>Comments</strong></td></tr>
<tr><td></td><td></td><td>response<br><br>Answer shows understanding of question; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); <em>Bowoto v. Chevron Corp.</em>, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response</td><td></td></tr>
<tr><td>57:24-58:4</td><td>Lacks personal knowledge (FRE 602); foundation; MIL #1</td><td>Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); <em>Bowoto v. Chevron Corp.</em>, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response</td><td></td></tr>
<tr><td>58:5-13</td><td>Foundation; MIL #1</td><td>Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); <em>Bowoto v. Chevron Corp.</em>, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response</td><td></td></tr>
</table>

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) July 1, 2014 Deposition | | | |
|---|---|---|---|
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 58:14-19 | Foundation; MIL #1 | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 58:20-59:2 | Foundation; MIL #1 | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 59:3-7 | Foundation; MIL #1; completeness (FRE 106) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response; no objection to additional testimony. | |
| *59:8-23* | | | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 59:24-60:11 | Foundation; MIL #1 | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 60:15-17 | Completeness (FRE 106); foundation; MIL #1 | Testimony complete for purposes of FRE 106; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006);  See MIL response | |
| *60:18-61:4* | | | |
| 63:4-5<br><br>*63:6*<br><br>63:7-17 | Compound; vague; ambiguous; foundation; MIL #1 | Answer shows understanding of question; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **July 1, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | response | |
| 64:9-65:1 | Foundation; MIL #1 | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 66:11-66:12;  66:14-67:9 | Vague; ambiguous; foundation; MIL #1; completeness (FRE 106) | Answer shows understanding of question; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response; completeness is only counsel objection. | |
| *66:13* | Relevance – counsel testifying (form objection) | | |
| 67:10-22 | Cumulative (FRE 403); wastes time | Failure to specify how testimony is | |

| | | PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | |
|---|---|---|---|
| | | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | |
| | | July 1, 2014 Deposition | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | (FRE 403) | cumulative and wastes time (FRE 403) | |
| 68:6-69:8 | Foundation; MIL #1 (68:6-17)<br><br><br>Lacks personal knowledge (FRE 602); foundation; MIL #1 (68:18-69:8) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response<br><br><br>Question within scope of matters for testimony (FRCP 30(B0(6); Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006);<br><br>See MIL response | |
| 70:4-71:3 | | | |
| 71:4-72:2 | | | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **July 1, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 72:7-18 | Foundation; MIL #1 | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 74:12-75:7 | Foundation; MIL #1 (74:12-18;75:5-7)<br><br>Lack of personal knowledge (FRE 602); foundation; MIL #1 (74:19-75:4) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response<br><br>Question within scope of matters for testimony (FRCP 30(B0(6); Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp., 2006 WL 2455740, *1 (N.D. Cal. 2006);* See MIL response | |
| 76:3-16 | Foundation; MIL #1 | Foundation properly established; Question within scope of matters for | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | | testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 77:7-12 | Foundation; MIL #1 | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 80:1-7 | Completeness (FRE 106); foundation; MIL #1 | Testimony complete for purposes of FRE 106; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| *80:8-15* | | | |
| 80:16-81:4 | Completeness (FRE 106); foundation; MIL #1 | Testimony complete for purposes of FRE 106; Foundation properly established; Question within scope of matters for | |

**PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6))**
**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**
**July 1, 2014 Deposition**

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) July 1, 2014 Deposition | | | |
|---|---|---|---|
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| *81:5-10* | | | |
| 83:6-11 | | | |
| 83:23-24 *83:25* 84:1-8 | Cumulative (FRE 403); vague; ambiguous; foundation | Failure to specify how testimony is cumulative (FRE 403); Answer shows understanding of question | |
| 84:9-16 | Completeness (FRE 106) | Testimony complete for purposes of FRE 106; | |
| *84:17-21* | | | |
| 84:22-85:2 | Completeness (FRE 106) | Testimony complete for purposes of FRE | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) July 1, 2014 Deposition | | | |
|---|---|---|---|
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|  |  | 106; |  |
| *85:3-11* |  |  |  |
| 85:19-86:16 |  |  |  |
| 86:17-87:11 |  |  |  |
| 93:1-22 | Foundation; MIL #1 (93:10-22) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response |  |
| 94:3-21 | Foundation; MIL #1 | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response |  |
| 95:11-96:9 | Foundation; MIL #1 | Foundation properly established; |  |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|  |  | Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, \*1 (N.D. Cal. 2006); See MIL response |  |
| 96:14-97:4 | Foundation; MIL #1 | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, \*1 (N.D. Cal. 2006); See MIL response |  |
| 97:5-98:19 | Foundation; MIL #1 (97:5-98:1)  Completeness (FRE 106); foundation; MIL #1 (98:2-18) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, \*1 (N.D. Cal. 2006); See MIL response  Testimony complete for purposes of FRE 106; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, \*1 |  |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | | (N.D. Cal. 2006);  See MIL response | |
| *98:20-25* | | | |
| 99:1-101:8 | Foundation; MIL #1 (99:1-100:1)<br><br>Completeness (FRE 106); foundation; MIL #1 (100:2-8) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response<br><br>Testimony complete for purposes of FRE 106; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 101:9-22<br><br>102:9-25 | | | |

<div align="center">PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6))</div>

<div align="center">(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)</div>

<div align="center">July 1, 2014 Deposition</div>

| | PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | July 1, 2014 Deposition | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *101:23-102:8* | | | |
| 103:14-19 | | | |
| 103:20-104:24 | | | |
| 104:25-105:21 | Foundation; MIL #1 | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 105:22-106:10 | Foundation; MIL #1 <br><br> Prejudicial (FRE 403) (105:22-25) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response <br><br> "Prejudicial" not valid objection/not unfairly prejudicial (FRE 403) | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 109:6-110:16 | | | |
| 110:17-111:12 | | | |
| 111:13-14; 111:16-112:2 | Vague; ambiguous; foundation (111:13-23) | Answer shows understanding of question; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); | |
| 112:3-15 | | | |
| 112:16-115:15 | Foundation; MIL #1<br><br>Completeness (FRE 106); foundation; MIL #1 (115:10-15) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response<br><br>Testimony complete for purposes of FRE 106; Foundation properly established; Question within scope of matters for | |

| | | PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | |
|---|---|---|---|
| | | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | |
| | | July 1, 2014 Deposition | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006);  See MIL response | |
| *115:15-116:2* | | | |
| *116:3 – 117:25* | | | |
| *118:9-15* | | | |
| 119:5-120:5 | | | |
| 122:1-21 | Relevance (FRE 402); wastes time (FRE 403); MIL #1; security information (Doc. 454) | Relates to fact of consequence in determining action (FRE 401); Failure to specify how testimony wastes time (FRE 403); invalid objection (Doc. 454 – redaction will be done where appropriate); See MIL response | |
| 123:7-129:1 | Relevance (FRE 402); wastes time (FRE 403); MIL #1; security information | Relates to fact of consequence in determining action (FRE 401); Failure to | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | (Doc. 454) (123:7-124:5) | specify how testimony wastes time (FRE 403); invalid objection (Doc. 454 - redaction will be done where appropriate); See | |
| | MIL #1; security information (Doc. 454) (124:6-126:3) | MIL response; invalid objection (Doc. 454  -redaction will be done where appropriate); | |
| | Relevance (FRE 402); wastes time (FRE 403); MIL #1; security information (Doc. 454) (126:4-18) | Relates to fact of consequence in determining action (FRE 401); Failure to specify how testimony wastes time (FRE 403); See MIL response; invalid objection (Doc. 454 -redaction will be done where appropriate); | |
| | MIL #1; security information (Doc. 454) (126:19-129:1) | See MIL response; invalid objection (Doc. 454  -redaction will be done where appropriate); | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | | |
| 129:2-11 | MIL #1; security information (Doc. 454) | See MIL response; invalid objection (Doc. 454 -redaction will be done where appropriate); | |
| 129:12-19 | MIL #1; security information (Doc. 454) | See MIL response; invalid objection (Doc. 454 -redaction will be done where appropriate); | |
| 129:20-130:5 | MIL #1; security information (Doc. 454) | See MIL response; invalid objection (Doc. 454 -redaction will be done where appropriate); | |
| 130:6-14 | MIL #1; security information (Doc. 454) | See MIL response; invalid objection (Doc. 454-redaction will be done where appropriate); | |
| 130:15-132:9 | MIL #1; security information (Doc. 454) | See MIL response; invalid objection (Doc. 454 -redaction will be done where appropriate); | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 133:9-24 | MIL #1; security information (Doc. 454) | See MIL response; invalid objection (Doc. 454 -redaction will be done where appropriate); | |
| 135:6-136:23 | | | |
| 137:1-2; 137:4-20; 138:11-13; 138:15-17; | Completeness (FRE 106); argumentative; vague; ambiguous; foundation | Statement complete for purposes of FRE 106; Answer shows understanding of questions; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); | |
| *137:3* | Relevance; counsel testifying (form and foundation objections) | | |
| *137:21-138:10* | | | |
| 138:18-139:19 | Cumulative (FRE 403); wastes time | Failure to specify how testimony is | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | (FRE 403)  (139:14-19) | cumulative or wastes time (FRE 403) | |
| 139:24-141:17; 142:21-143:2 | | | |
| 143:3-144:4 | | | |
| 144:9-19 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1; security information (Doc. 454) | Relates to fact of consequence in determining action (FRE 401); Failure to specify how testimony wastes time (FRE 403); Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006);  See MIL response; invalid objection (Doc. 454-redaction will be done where appropriate ) | |
| 146:4-147:5; 147:7 | Foundation; MIL #1 (146:4-147:7)  Calls for speculation; lack of personal knowledge (FRE 602); foundation; MIL | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | #1 (147:3-7) | (N.D. Cal. 2006); See MIL response <br><br> Answer shows understanding of question; Question within scope of matters for testimony FRCP 30(b)(6); Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 147:8-21; 147:23-148:1 | Relevance (FRE 402); wastes time (FRE 403) security information (Doc. 454) (147:8-18) <br><br><br> Foundation; lack of personal knowledge (FRE 602); security information (Doc. 454) (147:8-12) | Relates to fact of consequence in determining action (FRE 401); Failure to specify how testimony wastes time (FRE 403); invalid objection (Doc. 454) <br><br><br> Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 | |

| | PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | July 1, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | Foundation; MIL #1; security information (Doc. 454) (147:8-148:1) | (N.D. Cal. 2006); question within scope of matters for testimony FRCP 30(b)(6); invalid objection (Doc. 454-redaction will be done where appropriate ) | |
| | Vague; ambiguous; foundation; MIL #1; security information (Doc. 454) (147:19-148:1) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response; invalid objection (Doc. 454-redaction will be done where appropriate) | |
| | | Answer shows understanding of question; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response; invalid objection (Doc. 454-redaction will be done where | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | appropriate) | |
| 148:2-149:18; 149:20-150:12 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1; security information (Doc. 454) (148:2-150:12) | Relates to fact of consequence in determining action (FRE 401); Failure to specify how testimony wastes time (FRE 403); Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response; invalid objection (Doc. 454-redaction will be done where appropriate ) | |
| | Relevance (FRE 402); wastes time (FRE 403); vague; ambiguous; foundation; MIL #1; misstates the evidence; security information (Doc. 454) (149:16-150:7) | | |
| | Foundation; MIL #1; security information (Doc. 454) (150:8-12) | (149:16-150:7) Relates to fact of consequence in determining action (FRE 401); Failure to specify how testimony wastes time (FRE 403); invalid objection (Doc. 454-redaction will be done where appropriate ) | |
| | | Foundation properly established; | |

| | PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6))<br><br>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)<br><br>July 1, 2014 Deposition | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response; invalid objection (Doc. 454-redaction will be done where appropriate ) | |
| 150:13-151:8 | Relevance (FRE 402); wastes time (FRE 403); lack of personal knowledge (FRE 602); foundation; MIL #1 | Relates to fact of consequence in determining action (FRE 401); Failure to specify how testimony wastes time (FRE 403); Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |
| 152:20-153:7; 153:9-12 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1; security information (Doc. 454) (152:20-154:16) | Relates to fact of consequence in determining action (FRE 401); Failure to specify how testimony wastes time (FRE 403); Foundation properly established; Question within scope of matters for | |

| | PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | July 1, 2014 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | Foundation; MIL #1; security information (Doc. 454) (152:20-153:1) | testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006);  See MIL response; invalid objection (doc. 454-redaction will be done where appropriate )<br><br>Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response; invalid objection (doc. 454-redaction will be done where appropriate ) | |
| 153:13-154:14; 154:16 | Vague; ambiguous; foundation; MIL #1; security information (Doc. 454) (154:13-16) | Answer shows understanding of question; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response; invalid objection (doc. 454- | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | redaction will be done where appropriate) | |
| 154:17-155:6; 155:8-155:19; 155:21-156:12 | Foundation; lack of personal knowledge (FRE 602); MIL #1; security information (Doc. 454); personal health information (Doc. 454); completeness (FRE 106) (154:17-20) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006);  See MIL response; invalid objection (doc. 454-redaction will be done where appropriate ); invalid objection (doc. 454) - no personal health info. In cited testimony | |
| | Foundation; lack of personal knowledge (FRE 602); vague; ambiguous; security information (Doc. 454); personal health information (Doc. 454); MIL #1); completeness (FRE 106)  (154:17-156:12) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); Answer shows understanding of question; invalid objection (doc. 454 – security – redaction can be done where appropriate); invalid objection (doc. 454 – health - redaction can be done where appropriate); See MIL | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6))**<br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br><br>**July 1, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | response;); See MIL response; | |
| | Foundation; lack of personal knowledge (FRE 602); vague; ambiguous; security information (Doc. 454); personal health information (Doc. 454) (155:5-11) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); answer shows understanding of question; invalid objection (doc. 454 – security – redaction can be done where appropriate); invalid objection (doc. 454 – health - redaction can be done where appropriate); | |
| | Foundation; vague; ambiguous; security information (Doc. 454); personal health information (Doc. 454); MIL #1 (155:17-156:1) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); answer shows understanding of question; See invalid | |
| | Personal health information (Doc. 454) (156:9-12) | objection (doc. 454 – health - redaction | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) |||| 
| :---: | :---: | :---: | :---: |
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) |||| 
| July 1, 2014 Deposition |||| 
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | can be done where appropriate); MIL response;<br><br><br>invalid objection (doc. 454 – health - redaction can be done where appropriate); | |
| *155:7; 155:20* | Relevance; counsel testifying (standard objections). | | |
| 156:13-22; 156:24-157:5 | Foundation; lack of personal knowledge (FRE 602); security information (Doc. 454); MIL #1 (156:13-20)<br><br><br>Completeness (FRE 106); foundation; lacks personal knowledge (FRE 602); | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); invalid objection (doc. 454 – security – redaction can be done where appropriate);  See MIL response | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|  | vague; ambiguous; security information (Doc. 454); MIL #1  (156:21-157:1) (157:2-6) | Testimony complete for purposes of FRE 106; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, \*1 (N.D. Cal. 2006); answer shows understanding of question; invalid objection (doc. 454 – security – redaction can be done where appropriate); See MIL response |  |
| 157:7-15; 157:17-22 | Prejudicial (FRE 403); vague; ambiguous; foundation. (157:14-22) | "Prejudicial" not valid objection/ not unfairly prejudicial (FRE 401); answer shows understanding of question; Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, \*1 (N.D. Cal. 2006); |  |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 157:23-158:3 | Foundation; lacks personal knowledge (FRE 602); security information (Doc. 454); MIL #1 (157:23-158:19) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); invalid objection (doc. 454 – security – redaction can be done where appropriate); See MIL response | |
| 158:4-21; 158:23-159:6; 159:8-9 | Foundation; vague; ambiguous; completeness; security information (Doc. 454); MIL #1 (158:4-159:2)<br><br>Confusing; vague; ambiguous; foundation; MIL #1; security information (Doc. 454) (159:3-9) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); answer shows understanding of question; Testimony complete for purposes of FRE 106; invalid objection (doc. 454 – security – redaction can be done where appropriate); See MIL response<br><br>Answer shows understanding of question; Foundation properly | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response; invalid objection (doc. 454 – security – redaction can be done where appropriate); | |
| 159:10-20 | Foundation; Foundation; lackspersonal knowledge (FRE 602); security information (Doc. 454) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); invalid objection (doc. 454 – security – redaction can be done where appropriate); | |
| 159:21-160:12; 160:14-22; 160:24-25; 161:1-2; 161:4-5 | Foundation; lacks personal knowledge (FRE 602); security information (Doc. 454); MIL #1 (159:21-161:5)<br><br>Foundation; lacks personal knowledge (FRE 602); calls for speculation; vague; ambiguous; MIL #1; security | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); See MIL response | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | information (Doc. 454) (160:7-19) | | |
| | Foundation; lacks personal knowledge (FRE 602); calls for speculation; security information (Doc. 454); MIL #1 (160:20-25) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); answer shows understanding of question ; See MIL response; invalid objection (doc. 454 – security – redaction can be done where appropriate)<br><br>Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006);; answer shows understanding of question; invalid objection (doc. 454 – security – redaction can be done where appropriate); See MIL response | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|  | Foundation; lacks personal knowledge (FRE 602); vague; ambiguous; security information (Doc. 454); MIL #1 (161:1-5) | Foundation properly established; Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); answer shows understanding of question; invalid objection (doc. 454 – security – redaction can be done where appropriate); See MIL response |  |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 27, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 8:11-9:1 | Relevance (FRE 402); wastes time (FRE 403) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony wastes time, particularly when it consists of record being clarified by counsel for defendants (FRE 403). | |
| 20:4-21 | Relevance (FRE 402); wastes time (FRE 403) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony wastes time (FRE 403). | |
| 21:18-22:9; 22:17-20 | Prejudicial (FRE 403); assumes facts not in evidence; counsel is testifying; completeness (FRE 106) (21:18-22:20) | "Prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); failure to specify what facts are improperly assumed; counsel is not testifying. | |
| *22:10-16* | Relevance; counsel testifying (objections only) | | |
| 26:10-11; | Prejudicial (FRE 403); assumes facts not in evidence; compound; confusing | "Prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); failure to | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6))<br>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)<br>September 27, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection<br>(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 26:13-23 | (26:10-23) | specify what facts are improperly assumed; answers demonstrate understanding of questions; (for 26:13-23) form objection not asserted at deposition and therefore waived (FRCP 32(d)(3)(b)). | |
| 27:11-24 | Prejudicial (FRE 403) (27:11-14) | "Prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403). | |
| 28:18-29:4 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1; counsel is testifying | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony wastes time (FRE 403); foundation is properly laid; *Bowoto v. Chevron Corp*., 2006 WL 2455740, *1 (N.D. Cal. 2006); *see* Plaintiffs' Response to MIL 1; counsel is not testifying. | |
| 33:11-15 | Foundation; MIL #1 | Foundation is properly laid; *Bowoto v. Chevron Corp*., 2006 WL 2455740, *1 (N.D. Cal. 2006); *see* Plaintiffs' | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 27, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | Response to MIL 1. | |
| 54:18-22 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1; security information (Doc. 454) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony wastes time (FRE 403); foundation is properly laid; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); *see* Plaintiffs' Response to MIL 1; no security information discussed or divulged in cited testimony. | |
| 68:22-69:5 | Foundation; MIL #1; security information (Doc. 454) | Foundation is properly laid; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); *see* Plaintiffs' Response to MIL 1; no security information discussed or divulged in cited testimony. | |
| 74:5-23 | | | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **September 27, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *75:16-21* | | | |
| *76:6-21* | | | |
| 76:22-77:8 | Completeness (FRE 106) | No objections to additional portion except where noted. | |
| *77:9-12* | | | |
| 79:14-17 | | | |
| *79:18-20* | Unnecessary for completeness (FRE 106). | | |
| 103:16-24 | Completeness (FRE 106) | No objections to additional portion. | |
| *103:25-105:3* | | | |
| 111:18-21 | Completeness (FRE 106) | No objections to additional portion | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 27, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|  |  | except where noted. |  |
| *111:22-23* |  |  |  |
| 111:24-112:5 |  |  |  |
| *112:6-24* |  |  |  |
| *113:21-114:15* |  |  |  |
| 114:16-115:9 |  |  |  |
| *116:8-117:5* |  |  |  |
| *118:25-119:7* | Unnecessary for completeness (FRE 106). |  |  |
| 119:8-23 |  |  |  |
| 120:25-121:17 |  |  |  |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 27, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *121:22-122:14* | | | |
| 123:7-13 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #2; security information (Doc. 454) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony wastes time (FRE 403); foundation is properly laid; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); *see* Plaintiffs' Response to MIL 2; no security information discussed or divulged in cited testimony. | |
| 123:24-124:12 | | | |
| *124:13-16* | | | |
| 128:8-13 | Completeness (FRE 106) | Failure to specify additional testimony for completeness (FRE 106). | |
| *128:14-24* | Unnecessary for completeness (FRE | | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 27, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 106). | | |
| 128:25-129:15 | Completeness (FRE 106) | Failure to specify additional testimony for completeness (FRE 106). | |
| 136:17-137:10 | Completeness (FRE 106) | No objections to additional portion except where noted. | |
| *137:11-13* | | | |
| *137:17-19* | | | |
| 137:20-138:7 | Completeness (FRE 106) | No objections to additional portion except where noted. | |
| 139:5-14 | Completeness (FRE 106) | No objections to additional portion except where noted. | |
| *139:17-22* | | | |
| 140:2-20 | Lacks personal knowledge (FRE 602) (140:12-20) | Question is within scope of matters designated for testimony (FRE 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 27, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 141:13-142:14 | Foundation; MIL #1; security information (Doc. 454) (141:16-25) (142:11-14) | Foundation properly laid; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); *see* Plaintiffs' Response to MIL 1; no security information discussed or divulged in cited testimony. | |
| 143:5-12 | | | |
| 146:11-147:8 | Foundation; lacks personal knowledge (FRE 602); MIL #1 | Foundation properly laid; question is within scope of matters designated for testimony (FRE 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); *see* Plaintiffs' Response to MIL 1. | |
| 148:15-22 | Cumulative (FRE 403); wastes time (FRE 403) (148:15-18) | Failure to specify how testimony is cumulative or wastes time (FRE 403). | |
| 152:15-18; 152:20-25 | Prejudicial (FRE 403); assumes facts not in evidence; compound; confusing; vague; ambiguous; foundation; | "Prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); failure to specify what facts are improperly | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 27, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | completeness (FRE 106) (152:15-25) | assumed; answers demonstrate understanding of questions; (for 152:20-25) form objection not asserted at deposition and therefore waived (FRCP 32(d)(3)(b)); foundation properly laid; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); failure to specify additional testimony for completeness (FRE 106). | |
| 153:1-2; 153:4 | Prejudicial (FRE 403); vague; ambiguous; foundation  (153:1-4) | "Prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); answer demonstrates understanding of question; foundation properly laid; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006);. | |
| 153:5-6; 153:8-10 | Prejudicial (FRE 403); completeness (FRE 106); vague; ambiguous; foundation (153:5-10) | "Prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); failure to specify additional testimony for completeness (FRE 106); answer demonstrates understanding of question; foundation properly laid; *Bowoto v.* | |

| | PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **September 27, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | *Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006);. | |
| 153:11-13; 153:15-17 | Prejudicial (FRE 403); completeness (FRE 106); vague; ambiguous; foundation  (153:11-17) | "Prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); failure to specify additional testimony for completeness (FRE 106); answer demonstrates understanding of question; foundation properly laid; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| *153:18-154:4* | Unnecessary for completeness (FRE 106). | | |
| *154:7-18* | Unnecessary for completeness (FRE 106). | | |
| 154:19-155:6 | Foundation; MIL #1 | Foundation properly laid; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); *see* Plaintiffs' Response to MIL 1. | |

| | PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 27, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 160:18-25 | | | |
| 165:11-166:7 | Foundation; MIL #1 | Foundation properly laid; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); *see* Plaintiffs' Response to MIL 1. | |
| | Relevance (FRE 402); wastes time (FRE 403) (165:21-22) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony wastes time (FRE 403). | |
| 166:14-167:7 | | | |
| 168:6-8; 168:10-20 | Lacks personal knowledge (FRE 602); calls for speculation; improper lay opinion (FRE 701); assumes facts not in evidence. (168:6-20) | Question is within scope of matters designated for testimony (FRE 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); does not call for speculation; lay opinion based on witness's perception, helpful to determining facts in issue, and | |

| colspan | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6))** <br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br> **September 27, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | specialized knowledge not required (FRE 701); failure to identify any facts improperly assumed. | |
| | | | |
| 169:1-3; 169:5-20; 169:22-170:2; 170:4 | Assumes facts not in evidence; vague; ambiguous; foundation; completeness (FRE 106) (169:1-17) | Failure to identify any facts improperly assumed or portion for completeness; answers demonstrate understanding of questions; form objection not asserted at deposition and therefore waived (FRCP 32(d)(3)(b)) (for 169:13-17); foundation properly laid; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| | Prejudicial (FRE 403); vague; ambiguous; foundation; completeness (FRE 106) (169:18-170:4) | "Prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); answers demonstrate understanding of questions; foundation properly laid; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 27, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *169:4; 169:21; 170:3* | Relevance; counsel testifying (objections only) | | |
| 171:5-11 | Foundation; MIL #1; security information (Doc. 454) | Foundation properly laid; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); *see* Plaintiffs' Response to MIL 1; no security information discussed or divulged in cited testimony. | |
| 171:25-172:2; 172:4-5 | Vague; ambiguous; foundation; assumes facts not in evidence (171:25-172:5) | Answer demonstrates understanding of question; foundation is properly laid; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); failure to specify what facts are improperly assumed. | |
| 173:1-3 | | | |
| 173:4-6; 173:22-25; 174:1-15 | Prejudicial (FRE 403); completeness (FRE 106); foundation; MIL #1; security information (Doc. 454) beyond the scope of the 30(b)(6) notice. (173:4- | "Prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); foundation is properly laid; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); *see* Plaintiffs' | |

| PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 27, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 174:15) | Response to MIL 1; no security information discussed or divulged in cited testimony; question is within scope of matters designated for testimony (FRE 30(b)(6)). | |
| 175:15-23; 175:25-176:12; 176:14-20; 176:22-177:3; 177:5-8; 177:10-18; 177:20-177:23; 177:25-178:3 | Compound; confusing; vague; ambiguous; foundation; security information (Doc. 454) (175:15-176:9) | Answers demonstrate understanding of questions; foundation properly laid; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); no security information discussed or divulged in cited testimony. | |
| | Compound; vague; ambiguous; foundation (176:10-177:1) | Answers demonstrate understanding of questions; foundation properly laid *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006);. | |
| | Leading; vague; ambiguous; foundation (177:2-5) | Answers demonstrate understanding of questions; foundation properly laid *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006);. | |
| | Vague; ambiguous; foundation (177:6- | Answers demonstrate understanding of | |

| | PLAINTIFFS' DESIGNATION OF CARSON MCWILLIAMS (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 27, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 178:3) | questions; foundation properly laid *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| *178:4-24* | | | |
| 178:25-179:5 | Completeness (FRE 106) | No objections to additional portions (FRE 106) | |
| *179:6-180:3* | | | |
| 183:6-13 | Foundation (MIL #1) | Foundation is properly laid; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); *see* Plaintiffs' Response to MIL 1 . | |

| PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 5:15-23 | | | |
| 17:8-23<br>17:25-18:1 | | | |
| 35:22-36:13<br>36:15-17<br>36:19-22<br>36:24-37:2<br>37:4-9<br>37:11-12 | | | |
| 39:7-8<br>39:10-12 | | | |

| PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **September 20, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 39:14-25<br><br>40:2-6<br><br>40:8-11<br><br>40:13-15 | | | |
| 42:1-2<br><br>42:4-9<br><br>42:11-15<br><br>42:17-19<br><br>42:21-25<br><br>43:2 | | | |
| 47:11-12<br><br>47:14-48:1 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 48:3-6<br><br>48:8-11<br><br>48:13-19 | | | |
| 49:13<br><br>49:15-17<br><br>49:19-22<br><br>49:24-50:3<br><br>50:5 | | | |
| 52:24-53:16<br><br>53:18-54:2<br><br>54:4-10<br><br>54:12-15 | | | |

**PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**September 20, 2013 Deposition**

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **September 20, 2013 Deposition** | | | |
| 54:17-20<br><br>54:22-24<br><br>55:1-19<br><br>55:21-56:5<br><br>56:7 | | | |
| 57:2<br><br>57:4-18<br><br>57:20-22<br><br>57:24-58:3<br><br>58:5-9<br><br>58:11-12<br><br>58:14-18 | | | |

| | PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 20, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 76:16-20 <br><br> 76:22-23 | | | |
| 78:1-2 <br><br> 78:4-8 <br><br> 78:10-12 | | | |
| 78:17-19 <br><br> 78:21-22 | | | |
| 85:16-86:6 | | | |
| 93:21-22 <br><br> 93:24-94:1 <br><br> 94:3-5 | | | |

| PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 94:7-19<br><br>94:21-95:9<br><br>95:11-12<br><br>95:14-16<br><br>95:18-22<br><br>95:24-96:3<br><br>96:5 | | | |
| 98:9-10<br><br>98:12-15<br><br>98:17-20<br><br>98:22-99:1 | | | |
| 100:6-8 | | | |

| PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) September 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 100:10-22 100:24-101:2 101:4-7 101:9-11 101:13-19 101:21-24 102:1-7 102:9-12 102:14-18 | | | |
| 104:1-2 104:4-6 104:8-9 | | | |

| | PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 20, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 105:14-18 <br><br> 105:20-106:2 <br><br> 106:4-10 | | | |
| 109:14-16 <br><br> 109:18-23 <br><br> 109:25-110:15 <br><br> 110:17-20 <br><br> 110:22-111:1 <br><br> 111:3-5 <br><br> 111:7-111:17 | | | |
| 112:1-5 <br><br> 112:7 | | | |

| PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) September 20, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 113:15-16 113:18-22 113:24-114:1 114:3-4 114:6-8 114:10-11 114:13-14 | | | |
| 117:7-16 117:18-19 117:21-22 117:24 | | | |
| 119:4-7 | | | |

| | PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 20, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 119:9-14 | | | |
| 119:16-20 | | | |
| 119:22-23 | | | |
| 119:25-120:2 | | | |
| 120:4-6 | | | |
| 120:8-13 | | | |
| 120:15-16 | | | |
| 120:18-21 | | | |
| 120:23-24 | | | |
| 121:1-4 | | | |
| 121:6-11 | | | |
| 121:13-19 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 121:21-23 | | | |
| 121:25-122:7 | | | |
| 122:9-13 | | | |
| 122:15-18 | | | |
| 122:20-24 | | | |
| 123:1-6 | | | |
| 123:8-11 | | | |
| 123:13-15 | | | |
| 123:17-19 | | | |
| 123:21-124:1 | | | |
| 124:3-7 | | | |
| 124:9-13 | | | |

The table title:

**PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**September 20, 2013 Deposition**

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 124:15-18 | | | |
| 124:20-22 | | | |
| 124:24-125:1 | | | |
| 125:3-5 | | | |
| 125:7-11 | | | |
| 125:13-16 | | | |
| 125:18-20 | | | |
| 125:22-24 | | | |
| 126:1-6 | | | |
| 126:8-10 | | | |
| 126:12-18 | | | |
| 126:20-24 | | | |

**PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE**

(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)

September 20, 2013 Deposition

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 127:1-5 | | | |
| 127:7-9 | | | |
| 127:11-14 | | | |
| 127:16-24 | | | |
| 128:1-4 | | | |
| 128:6-12 | | | |
| 128:14-18 | | | |
| 128:20-23 | | | |
| 128:25-129:5 | | | |
| 129:7-10 | | | |
| 129:12-14 | | | |
| 129:16-18 | | | |

**PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**September 20, 2013 Deposition**

| | PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| 129:20-23 <br><br> 129:25-130:2 <br><br> 130:4-6 <br><br> 130:8-9 | | | |
| 149:17-19 <br><br> 149:21-150:8 <br><br> 150:10-13 | | | |
| 155:18-21 <br><br> 155:23-156:12 | | | |
| 174:18-20 <br><br> 174:22-175:1 <br><br> 175:3 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 195:15-196:15<br><br>196:17-197:3<br><br>197:5-9<br><br>197:11-25<br><br>198:2-3 | | | |
| 202:1-2<br><br>202:4-9<br><br>202:11 | | | |
| 203:18-22<br><br>203:24-204:2 | | | |
| 207:14-208:6 | | | |

The table title:

**PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**September 20, 2013 Deposition**

| PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 20, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| 210:10-17 <br><br> 210:19-23 <br><br> 210:25-211:12 <br><br> 211:14-212:3 <br><br> 212:5-12 <br><br> 212:14-20 <br><br> 212:22-25 <br><br> 213:2-8 <br><br> 213:10-214:6 <br><br> 214:8-13 | | | |
| 221:5-7 <br><br> 221:9-11 | | | |

| | PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 20, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 225:14-21 <br><br> 225:23 | | | |
| 229:25-230:1 <br><br> 230:3-9 <br><br> 230:11-231:6 <br><br> 231:8-10 | | | |
| 240:20-22 <br><br> 240:24-241:1 | | | |
| 241:22-23 <br><br> 241:25-242:4 <br><br> 242:6-15 | | | |

| PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) September 20, 2013 Deposition | | | |
|---|---|---|---|
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 242:17-18 242:20-243:6 243:8-9 243:11-13 243:15-18 | | | |
| 252:23-253:1 253:3-7 | | | |
| 271:3-5 271:7-12 271:14-16 271:18-19 | | | |
| 272:18-20 | | | |

| PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) September 20, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 272:22-273:4 273:6-7 | | | |
| 274:2-3 274:5-18 274:20-24 275:1-17 275:19-20 | | | |
| 278:11-12 278:14-17 278:19-279:14 279:16-22 279:24-280:5 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) September 20, 2013 Deposition | | | |
| 280:7-10 | | | |
| 294:8-21 | | | |
| 294:23-296:7 | | | |
| 296:9-17 | | | |
| 296:19-22 | | | |
| 296:24-297:15 | | | |
| 297:17-24 | | | |
| 298:1-5 | | | |
| 298:7-10 | | | |
| 298:12-22 | | | |
| 298:24-300:9 | | | |
| 300:11-301:2 | | | |

| | PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 20, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 301:4-5 <br><br> 301:7 <br><br> 301:9-13 <br><br> 301:15-18 <br><br> 301:20-24 <br><br> 302:1-3 | | | |
| 311:5-8 <br><br> 311:10 | | | |
| 312:22-24 <br><br> 313:1-4 <br><br> 313:6 | | | |
| 314:1-9 | | | |

| PLAINTIFFS' DESIGNATION OF JENNY MIELKE-FONTAINE (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) September 20, 2013 Deposition | | | |
|---|---|---|---|
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 314:11-19 | | | |
| 317:22-317:25 | | | |

| | PLAINTIFFS' DESIGNATION OF JOHN MITCHELL | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 18, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 4:12-16 | | | |
| 19:3-20:1 | | | |
| 37:25-38:21 | | | |
| 38:23-39:11 | | | |
| 40:9-16 | | | |
| 40:18-25 | | | |
| 41:2-7 | | | |
| 41:9-42:1 | | | |
| 42:3-6 | | | |
| 42:8-11 | | | |
| 42:13 | | | |

| | PLAINTIFFS' DESIGNATION OF JOHN MITCHELL | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 18, 2013 Deposition | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| 46:20-21 <br><br> 46:23-47:21 | | | |
| 48:3 <br><br> 48:5-13 <br><br> 48:15-18 <br><br> 48:20-49:3 <br><br> 49:5-14 <br><br> 49:16-22 | | | |
| 50:17-20 <br><br> 50:22-51:1 <br><br> 51:3-6 <br><br> 51:8-10 | | | |

| | PLAINTIFFS' DESIGNATION OF JOHN MITCHELL<br><br>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)<br><br>September 18, 2013 Deposition | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 51:12-15<br><br>51:17-18<br><br>51:20-23<br><br>51:25 | | | |
| 71:14-20<br><br>71:22-24<br><br>72:1<br><br>72:3-11<br><br>72:13-14<br><br>72:16-20 | | | |
| 74:3-6<br><br>74:8-12 | | | |

| PLAINTIFFS' DESIGNATION OF JOHN MITCHELL | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 18, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 74:14-16 <br> 74:18-21 <br> 74:23-75:1 <br> 75:3-5 <br> 75:7-10 <br> 75:12-14 <br> 75:16-20 <br> 75:22-25 <br> 76:2-6 | | | |
| 93:2-17 <br> 93:19-94:4 <br> 94:6-10 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF JOHN MITCHELL** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **September 18, 2013 Deposition** | | | |
| 94:12 | | | |
| 94:14-17 94:19-21 | | | |
| 95:24-96:14 96:16-19 96:21-97:7 97:9-14 97:16-24 98:1-6 98:8 98:10-16 98:18-20 | | | |

| PLAINTIFFS' DESIGNATION OF JOHN MITCHELL | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 18, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 98:22-99:5 | | | |
| 99:7-12 | | | |
| 99:14 | | | |
| 99:16 | | | |
| 99:18-100:11 | | | |
| 100:13-101:6 | | | |
| 101:8-16 | | | |
| 101:18-22 | | | |
| 101:24-102:8 | | | |
| 102:10-19 | | | |
| 102:21-103:8 | | | |
| 106:1-3 | | | |

| | PLAINTIFFS' DESIGNATION OF JOHN MITCHELL | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **September 18, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 106:5-9<br><br>106:11-17<br><br>106:19-23 | | | |
| 107:16-18<br><br>107:20-108:5<br><br>108:7-12<br><br>108:14-25 | | | |
| 113:22-114:10<br><br>114:12-117:13<br><br>117:15-118:8 | | | |
| 122:15-123:15<br><br>123:17-124:2 | | | |

| PLAINTIFFS' DESIGNATION OF JOHN MITCHELL | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 18, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 124:4-15<br><br>124:17-21<br><br>124:23-125:1<br><br>125:3-5<br><br>125:7-126:4<br><br>126:6-127:17 | | | |
| 133:3-10 | | | |
| 133:23-134:22<br><br>134:24-136:4 | | | |
| 136:8-14<br><br>136:16-137:12<br><br>137:14-17 | | | |

| PLAINTIFFS' DESIGNATION OF JOHN MITCHELL | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 18, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 141:16-142:19 | | | |
| 143:10-144:5 | | | |
| 147:20-149:2 | | | |
| 151:13-152:1<br><br>152:3-4<br><br>152:6-9<br><br>152:11-17<br><br>152:19-20 | | | |
| 155:19-20<br><br>155:22-157:5 | | | |
| 159:7-9 | | | |

| PLAINTIFFS' DESIGNATION OF JOHN MITCHELL | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 18, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 159:11-19 | | | |
| 163:24-164:6 164:8-165:5 165:7-9 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| *9:2-25* *10:2-3* | | | |
| *10:12-25* | | | |
| *11:2-25* | | | |
| 12:10-25 13:2-25 14:2-25 15:2-25 16:2-25 17:2-25 18:2-25 19:2-25 20:2-10 | | | |
| *22:6-18* | | | |
| *22:23-25* *23:2-25* *24:2-4* | | | |
| *24:20-24* | | | |
| *25:4-13* | | | |
| 27:15-19 *27:20-21* 27:22 | 27:15-22:   Completeness (FRE 106); Lacks personal knowledge (FRE 602); Overbroad; foundation | Failure to specify additional testimony for completeness (FRE 106); witness has personal knowledge sufficient for testimony; foundation properly established. | |

**PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**May 21, 2013 Deposition**

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 21, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | | |
| 27:23-25<br>28:2-25<br>29:2-9<br>*29:10-12*<br>29:13 | 27:25-28:5: MIL #1<br>28:6-9:      MIL #1<br>28:10-12:   MIL #1<br>28:13-18:   MIL #1<br>28:19-21:   MIL #1<br>29:9-13:     Completeness (FRE 106); Relevance (FRE 402) | *See* Plaintiffs' Response to MIL 1<br>*See* Plaintiffs' Response to MIL 1<br>*See* Plaintiffs' Response to MIL 1<br>*See* Plaintiffs' Response to MIL 1<br>*See* Plaintiffs' Response to MIL 1<br>Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401). | |
| 30:22-24<br>*30:25*<br>*31:2-3*<br>31:4-25<br>32:2-25<br>33:2-12<br>*33:13-14* | 30:22-33:14:Lacks personal knowledge (FRE 602); Overbroad; Calls for a narrative; foundation; relevance (FRE 402); prejudice/confusing (FRE 403); hearsay within hearsay (FRE 805) | Witness has personal knowledge sufficient for testimony; answer demonstrates understanding of question; foundation properly laid; not unfairly prejudicial or confusing; not using any hearsay statements to prove truth of matter asserted. | |
| 33:21-25<br>34:2<br>*34:3-5*<br>34:6-17<br>34:20-25<br>35:2-7 | 33:21-24: Cumulative (FRE 403); Lacks personal knowledge (FRE 602); Relevance (FRE 402); foundation; prejudice/confusing (FRE 403); hearsay; hearsay within hearsay (FRE 805) | Failure to specify how testimony is cumulative (FRE 403); witness has personal knowledge sufficient for testimony; foundation properly laid; not unfairly prejudicial or confusing; not using any hearsay statements to prove | |

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 21, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *35:8-9* | 33:25-34:13: Lacks personal knowledge (FRE 602); Overbroad; Vague: Completeness (FRE 106)<br><br>34:14-35:3:  Leading; Lacks personal knowledge (FRE 602) ; foundation; hearsay; relevance (FRE 402); prejudice/confusing (FRE 403); hearsay within hearsay (FRE 805)<br><br>35:4-7: Completeness (FRE 106); Overbroad; foundation; hearsay; relevance (FRE 402); prejudice/confusing (FRE 403); hearsay within hearsay (FRE 805) | truth of matter asserted.<br><br>Witness has personal knowledge sufficient for testimony; answer demonstrates understanding of question; failure to specify additional testimony for completeness (FRE 106)<br><br>Proper question; witness has personal knowledge sufficient for testimony.<br><br>Failure to specify additional testimony for completeness (FRE 106); answer demonstrates understanding of question. | |
| *35:12-13* | | | |
| *35:16-19* | | | |
| *35:20-25* | | | |
| *36:2-8* | | | |
| 36:9-25<br>37:2-8<br>*37:9-10*<br>37:11-25<br>38:2-4<br>*38:5-6* | 36:9-13: Cumulative (FRE 403); Lacks personal knowledge (FRE 602); Relevance (FRE 402); foundation; hearsay; relevance (FRE 402); prejudice/confusing (FRE 403); hearsay within hearsay (FRE 805) | Failure to specify how testimony is cumulative (FRE 403); witness has personal knowledge sufficient for testimony; relates to fact of consequence in determining action (FRE 401)<br>Question is proper; witness has personal | |

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **May 21, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| 38:7-10 *38:11-12* 38:13-19 *38:20-21* 38:22-25 | 36:14-37:4: Calls for a narrative; Lacks personal knowledge (FRE 602) 37:5-24: Completeness (FRE 106); Compound; foundation; hearsay; relevance (FRE 402); prejudice/confusing (FRE 403); hearsay within hearsay (FRE 805) 38:3-8:  Completeness (FRE 106); Lacks personal knowledge (FRE 602); confusing (FRE 403) 38:9-16:  Completeness (FRE 106); Lacks personal knowledge (FRE 602); Confusing (FRE 403) 38:22-25: Completeness (FRE 106); Lacks personal knowledge (FRE 602) ; | knowledge sufficient for testimony. Question is proper; witness has personal knowledge sufficient for testimony Failure to specify additional testimony for completeness (FRE 106); answer demonstrates understanding of question. Failure to specify additional testimony for completeness (FRE 106); witness has personal knowledge sufficient for testimony; answer demonstrates understanding of question. Failure to specify additional testimony for completeness (FRE 106); witness has personal knowledge sufficient for testimony; answer demonstrates understanding of question Failure to specify additional testimony for completeness (FRE 106); witness has personal knowledge sufficient for testimony; answer demonstrates | |

| | PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 21, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | foundation; hearsay; relevance (FRE 402); prejudice/confusing (FRE 403); hearsay within hearsay (FRE 805) | understanding of question | |
| *39:2-10* | Unnecessary for completeness (FRE 106). | | |
| 39:11-13 *39:14-15* 39:16-19 | 39:11-19: Completeness (FRE 106); Lacks personal knowledge (FRE 602); Calls for a narrative; foundation; hearsay. | Failure to specify additional testimony for completeness (FRE 106); witness has personal knowledge sufficient for testimony; question is proper and answer not hearsay. | |
| 39:20-25 40:2-14 *40:15-16* 40:17-25 41:2-3 | 40:13-41:3: Completeness (FRE 106); Lacks personal knowledge (FRE 602); foundation; hearsay; hearsay within hearsay (FRE 805) | Failure to specify additional testimony for completeness (FRE 106); witness has personal knowledge sufficient for testimony; answer not hearsay used to prove truth. | |
| 41:4-25 42:2-5 *42:6-7* 42:8-15 *42:16-17* 42:18-22 | 41:4-7: Completeness (FRE 106); relevance (FRE 402); prejudice/confusing (FRE 403); hearsay; foundation; hearsay within hearsay (FRE 805) | Failure to specify additional testimony for completeness (FRE 106); witness has personal knowledge sufficient for testimony; question is proper and answer not hearsay; relevant to ultimate issue. | |

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 21, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *42:23-25*<br>43:2-5 | 41:12-42:3: Lacks personal knowledge (FRE 602)<br><br>42:4-12: Compound; Completeness (FRE 106) ; foundation; hearsay; relevance (FRE 402); prejudice (FRE 403)<br><br>42:13-19: Completeness (FRE 106)<br><br>42:20-43:5: Completeness (FRE 106); Lacks personal knowledge (FRE 602) | Witness has personal knowledge sufficient for testimony.<br><br>Answer demonstrates understanding of question; failure to specify additional testimony for completeness (FRE 106); relevant to ultimate issue and not unfairly prejudicial.<br><br>Failure to specify additional testimony for completeness (FRE 106)<br><br>Failure to specify additional testimony for completeness (FRE 106); witness has personal knowledge sufficient for testimony. | |
| 43:7-23<br>*43:24-25*<br>*44:2*<br>44:3-9<br>*44:10-11*<br>44:12-22<br>*44:23-24* | 43:12-21:   MIL #4<br><br>43:22-44:7: Lacks personal knowledge (FRE 602); Completeness (FRE 106); Vague; Overbroad; foundation; hearsay<br><br>44:8-16: Completeness (FRE 106); | *See* Plaintiffs' Response to MIL 4.<br><br>Witness has personal knowledge sufficient for testimony; failure to specify additional testimony for completeness (FRE 106); answer demonstrates understanding of question; proper foundation and no hearsay used for truth. | |

| | PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 21, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | Lacks personal knowledge (FRE 602); Compound | Failure to specify additional testimony for completeness (FRE 106); witness has personal knowledge sufficient for testimony; answer demonstrates understanding of question. Witness has personal knowledge sufficient for testimony; answer demonstrates understanding of question. | |
| | 44:17-24: Completeness (FRE 106); Vague; Overbroad ;  Lacks personal knowledge; foundation; hearsay | Failure to specify additional testimony for completeness (FRE 106); answer demonstrates understanding of question and knowledge; no hearsay used for truth of matter asserted. | |
| 44:25 45:2-25 46:2 *46:3-4* 46:5-12 *46:13-14* 46:15-25 47:2-5 *47:6-7* 47:8-17 | 44:25-45:17: MIL #4; foundation; hearsay; lacks personal knowledge; vague/ambiguous; relevance (FRE 402); confusion/prejudice (FRE 403); hearsay within hearsay (FRE 805) 45:18-24: MIL #4; Lacks personal knowledge (FRE602) 45:25-46:6: Hearsay (FRE 802); Lacks personal knowledge (FRE 602); | *See* Plaintiffs' Response to MIL 4; witness has personal knowledge sufficient for testimony Business record; witness has personal knowledge sufficient for testimony; answer demonstrates understanding of question. Answer demonstrates understanding of question. Witness has personal knowledge | |

| | PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 21, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | Compound<br><br>46:7-10:  Confusing (FRE 403)<br><br>46:11-18: Lacks personal knowledge (FRE 602); Vague; Overbroad; Completeness (FRE 106)<br><br>46:15-47:3: Foundation; hearsay; lacks personal knowledge; relevance (FRE 402); prejudice/confusion (FRE 403); hearsay within hearsay (FRE 805)<br><br>47:4-10:  Lacks personal knowledge (FRE 602); Completeness (FRE 106); Vague<br><br>47:8-17: Foundation; hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); vague/ambiguous; hearsay within hearsay (FRE 805) | sufficient for testimony; answer demonstrates understanding of question; failure to specify additional testimony for completeness (FRE 106).<br><br>Witness has personal knowledge sufficient for testimony; failure to specify additional testimony for completeness (FRE 106); answer demonstrates understanding of question. | |
| 47:18-21 | Foundation; hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); | Witness has personal knowledge sufficient for testimony; answer not | |

| | PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 21, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | vague/ambiguous; hearsay within hearsay (FRE 805) | hearsay used to prove truth; not unfairly prejudicial, confusing, vague, or ambiguous. | |
| 47:22-25<br>48:2-8<br>*48:9-10*<br>48:11-18<br>*48:19-20*<br>48:22-23<br>*48:24-25*<br>49:2-7<br>*49:8-9*<br>49:10-22<br>*49:23-24*<br>49:25<br>50:2-5 | 47:22-48:3: Foundation; hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); vague/ambiguous; hearsay within hearsay (FRE 805)<br><br>48:6-15: Vague; Completeness (FRE 106); Calls for a narrative<br><br>48:16-20: Vague; Completeness (FRE 106)<br><br>48:22-49:5: Compound; Vague; Lacks personal knowledge (FRE 602); foundation; hearsay<br><br>49:6-20: Calls for a narrative; Vague | Witness has personal knowledge sufficient for testimony; answer not hearsay used to prove truth; not unfairly prejudicial, confusing, vague, or ambiguous.<br><br>Answer demonstrates understanding of question; failure to specify additional testimony for completeness (FRE 106); question is proper.<br><br>Answer demonstrates understanding of question; failure to specify additional testimony for completeness (FRE 106).<br><br>Question is proper; answer demonstrates understanding of question; witness has personal knowledge sufficient for testimony; proper foundation laid; no hearsay used to prove truth.<br><br>Question is proper; answer demonstrates understanding of question. | |

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 21, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 49:21-50:3:  Vague; Overbroad; Lacks personal knowledge (FRE 602)<br><br>50:4-5:  Lacks personal knowledge (FRE 602) | Answer demonstrates understanding of question; witness has personal knowledge sufficient for testimony.<br><br>Witness has personal knowledge sufficient for testimony. | |
| 50:6-25<br>51:2<br>*51:3-4*<br>51:5-13 | 50:6-13: Misquotes witness testimony<br><br>50:14-19: Lacks personal knowledge (FRE 602)<br><br>50:20-24: Lacks personal knowledge (FRE 602)<br><br>50:25-51:13: Completeness (FRE 106); Calls for a narrative; Vague; Overbroad; Lacks personal knowledge (FRE 602) ; hearsay; foundation | Proper question, to which witness provides clear answer; no improper form.<br><br>Witness has personal knowledge sufficient for testimony<br><br>Witness has personal knowledge sufficient for testimony<br><br>Failure to specify additional testimony for completeness (FRE 106); answer demonstrates understanding of question; witness has personal knowledge sufficient for testimony; proper foundation laid; no hearsay used to prove truth. | |
| 52:2-25 | 55:2-6:  Lacks personal knowledge | Witness has personal knowledge | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 53:2-25 54:2-25 55:2-4 *55:5-6* 55:7-10 | (FRE 602); prejudice/confusion (FRE 403); vague/ambiguous; calls for a narrative<br><br>52:7-54:17: Hearsay (FRE 802); Lacks personal knowledge (FRE 602)<br><br>54:23-55:2: Hearsay (802); Lacks personal knowledge (FRE 602)<br><br>55:3-10: Completeness (FRE 106); Vague; Overbroad | sufficient for testimony; ; answer not hearsay used to prove truth; not unfairly prejudicial, confusing, vague, or ambiguous; proper scope of question.<br><br>Not hearsay; witness has personal knowledge sufficient for testimony.<br><br>Not hearsay; witness has personal knowledge sufficient for testimony<br><br>Failure to specify additional testimony for completeness (FRE 106); answer demonstrates understanding of question. | |
| *55:11-12* | | | |
| *55:15-15* | | | |
| 55:16-25 56:2-25 *57:2-3* 57:4-14 *57:15-16* 57:17-20 | 55:16-56:13: Lacks personal knowledge (FRE 602); ; foundation; hearsay; relevance (FRE 402); confusion (FRE 403)<br><br>56:14-22: Hearsay (FRE 802); MIL #4<br><br>56:23-57:10: Lacks personal knowledge | Witness has personal knowledge sufficient for testimony.<br><br>Not hearsay; *see* Plaintiffs' Response to MIL 4.<br><br>Witness has personal knowledge sufficient for testimony; failure to specify additional testimony for completeness | |

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX<br>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)<br>May 21, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | (FRE 602); Completeness (106); Overbroad<br><br>57:11-20: Lacks personal knowledge (FRE 602); Completeness (FRE 106); Overbroad | (FRE 106); answer demonstrates understanding of question.<br><br>Witness has personal knowledge sufficient for testimony; failure to specify additional testimony for completeness (FRE 106); answer demonstrates understanding of question | |
| *57:21-23* | | | |
| *58:2-2* | | | |
| 58:3-20<br>*58:21-22*<br>58:23-25<br>59:2-9<br>*59:10-11*<br>59:12-20<br>*59:21-22*<br>59:23-25<br>60:2<br>*60:3-4*<br>60:5-6 | 58:18-59:4: Compound; Lacks personal knowledge (FRE 602)<br><br>59:5-6: Lacks personal knowledge (FRE 602); Completeness (FRE 106)<br><br>59:7-15: Overbroad; Vague; Lacks personal knowledge (FRE 602)<br><br>59:25-60:6: Completeness (FRE 106) | Answer demonstrates understanding of question; witness has personal knowledge sufficient for testimony.<br><br>Witness has personal knowledge sufficient for testimony; failure to specify additional testimony for completeness (FRE 106).<br><br>Answer demonstrates understanding of question; witness has personal knowledge sufficient for testimony.<br><br>Failure to specify additional testimony for completeness (FRE 106). | |

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **May 21, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 60:7-60:25<br>61:2-8<br>61:11 | 60:10-61:6: Hearsay (FRE 802) | Not hearsay. | |
| 61:18-25<br>62:2-9 | | | |
| 62:15-25<br>63:2-21<br>*63:22-23*<br>63:24-25<br>64:2-9 | 63:9-12: Lacks personal knowledge (FRE 602)<br><br>63:20-64:5: Lacks personal knowledge (FRE 602); Completeness (FRE 106) | Witness has personal knowledge sufficient for testimony<br><br>Witness has personal knowledge sufficient for testimony; failure to specify additional testimony for completeness (FRE 106) | |
| 64:10-13<br>*64:14-16*<br>64:17-25<br>65:2-25<br>66:2-25<br>67:2-8<br>*67:9-11*<br>67:12-18 | 64:10-66:15: Calls for a narrative; Hearsay (FRE 802); Lacks personal knowledge (FRE 602); Completeness (FRE 602)<br><br>67:6-18: Lacks personal knowledge (FRE 602); Completeness (FRE 106); MIL #4 | Question is proper; not hearsay; witness has personal knowledge sufficient for testimony; failure to specify additional testimony for completeness (FRE 106).<br><br>Witness has personal knowledge sufficient for testimony; failure to specify additional testimony for completeness (FRE 106); *see* Plaintiffs' Response to MIL 4. | |
| 67:19-20<br>*67:21-22*<br>67:23-25 | 67:19-68:13: Compound; Overbroad; Vague; foundation; hearsay; relevance (FRE 402) | Answer demonstrates understanding of question; proper foundation and not hearsay; relevant to ultimate issue. | |

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 21, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 68:2-16 *68:17-19* 68:20-25 69:2-4 *69:5-6* 69:7-9 *69:10-11* 69:12-14 *69:15-16* 69:17-18 | 68:14-25: Lacks personal knowledge (FRE 602); Hearsay (FRE 802)  69:2-7: Completeness (FRE 106); Lacks personal knowledge (FRE 602); Overbroad   69:8-12: Leading; Overbroad; Lacks personal knowledge (FRE 602)    69:13-18: Lacks personal knowledge (FRE 602); Overbroad; Vague; Completeness (FRE 106) | Answer demonstrates understanding of question; not hearsay.  Failure to specify additional testimony for completeness (FRE 106); witness has personal knowledge sufficient for testimony; answer demonstrates understanding of question. Question is proper; answer demonstrates understanding of question; witness has personal knowledge sufficient for testimony.  Witness has personal knowledge sufficient for testimony; answer demonstrates understanding of question; failure to specify additional testimony for completeness (FRE 106). | |
| *69:19-21* | | | |
| *69:24* | | | |
| 69:25 70:2-3 *70:4-5* | 69:25-70:23: Overbroad; Vague; Completeness (FRE 106); foundation; relevance (FRE 402); hearsay | Answer demonstrates understanding of question; proper foundation and not hearsay; relevant to ultimate issue. | |

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 21, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 70:6-25 *71:2-3* 71:4-6 *71:7-8* 71:9-12 *71:13-14* 71:15-20 | 70:24-71:4: Overbroad; Vague; Completeness (FRE 106)<br><br>71:5-10: Overbroad; Vague; Completeness (FRE 106)<br><br>71:11-20: Overbroad; Vague; Completeness (FRE 106); Lacks personal knowledge (FRE 602) | Answer demonstrates understanding of question.<br><br>Answer demonstrates understanding of question.<br><br>Answer demonstrates understanding of question; witness has personal knowledge sufficient for testimony. | |
| 71:21-24 *71:25* *72:2* 72:3-19 *73:20-21* 72:22-25 73:2 *73:3-4* 73:5-7 *73:8-9* 73:10-16 *73:17-19* *73:22* | 71:21-72:18: Compound; Overbroad; Vague; foundation; hearsay; relevance (FRE 402); confusion (FRE 403)<br><br>72:19-23: Overbroad; Vague; Completeness (FRE 106); foundation; hearsay<br><br>72:24-73:5: Lacks personal knowledge (FRE 602); Completeness (FRE 106)<br><br>73:6-16: Overbroad; Vague; Lacks personal knowledge (FRE 602) | Answer demonstrates understanding of question; proper foundation and not hearsay; relevant to ultimate issue.<br><br>Answer demonstrates understanding of question proper foundation and not hearsay.<br><br>Witness has personal knowledge sufficient for testimony.<br><br>Answer demonstrates understanding of question; witness has personal knowledge sufficient for testimony. | |

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **May 21, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 73:23-25<br>74:2-3<br>*74:4-5*<br>74:6-14 | 73:23-74:14: Completeness (FRE 106); Overbroad; foundation; hearsay; vague/ambiguous; confusion (FRE 403) | Answer demonstrates understanding of question; proper foundation and not hearsay. | |
| *74:15-17* | | | |
| 76:3-25<br>77:2-14<br>*77:15-16*<br>77:17-18<br>*77:19*<br>*77:22*<br>77:23-25<br>*78:2-3*<br>78:4-7 | 76:3-12: MIL #1; Hearsay; relevance (FRE 402); nondisclosure; confusion (FRE 403); hearsay within hearsay (FRE 805)<br><br>76:13-16: MIL #1<br><br>76:17-77:5: MIL #1; Hearsay (FRE 802)<br><br>77:6-11:  Hearsay (FRE 802)<br><br>77:12-18: Completeness (FRE 106); Overbroad; Vague<br><br>77:23-78:7: Vague; Overbroad; Completeness (FRE 106); foundation; hearsay. | *See* Plaintiffs' Response to MIL 1; not hearsay; relevant to ultimate issue; answer demonstrates understanding; disclosed in 2013 at time of deposition.<br><br>*See* Plaintiffs' Response to MIL 1.<br><br>*See* Plaintiffs' Response to MIL 1; not hearsay.<br><br>Not hearsay.<br><br>Answer demonstrates understanding of question.<br><br>Answer demonstrates understanding of question; proper foundation laid and not hearsay. | |
| 78:20-25 | 78:20-79:6: MIL #1 | *See* Plaintiffs' Response to MIL 1. | |

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **May 21, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 79:2-8<br>*79:9-10*<br>79:11-25<br>80:2<br>80:3-5<br>*80:6-8*<br>80:9-22<br>*80:23-25* | 79:7-80:2:   Completeness (FRE 106); MIL #1; Vague; Overbroad<br><br>80:3-22: Vague/ambiguous; overbroad; confusion of issues (FRE 403); hearsay; foundation; relevance (FRE 402); hearsay within hearsay (FRE 805) | *See* Plaintiffs' Response to MIL 1; answer demonstrates understanding of question<br>Answer demonstrates understanding of question; proper foundation laid and not hearsay; relevant to ultimate issue. | |
| *81:2-11*<br>81:12-25<br>82:2-6 | 81:12-19:     MIL #; Hearsay; relevance (FRE 402); nondisclosure pursuant to Rule 26; MIL #3; prejudice/confusion (FRE 403)<br><br>81:20-82:6:  MIL #1 | *See* Plaintiffs' Response to MIL 1; relevant to ultimate issue and not hearsay or unfairly prejudicial/confusing; disclosed during deposition.<br><br>*See* Plaintiffs' Response to MIL 1. | |
| 82:7-9<br>*82:10*<br>82:11-22<br>*82:23*<br>82:24-25<br>83:2-3 | 82:7-18: Completeness (FRE 106); Confusing (FRE 403); Compound ; hearsay; foundation; relevance (FRE 402); MIL #3<br><br>82:22-83:3:  Lacks personal knowledge (FRE 602) | Answer demonstrates understanding of question; proper foundation and not hearsay; relevant to ultimate issue; see MIL #3 response.<br><br>Witness has personal knowledge sufficient for testimony. | |
| 83:12-15<br>83:19-25<br>84:2-3<br>*84:4-5* | 83:12-24: Overbroad; Compound; Lacks personal knowledge (FRE 602); Completeness (FRE 106); Vague/ambiguous; relevance (FRE 402); | Answer demonstrates understanding of question; witness has personal knowledge sufficient for testimony; proper foundation laid. | |

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 21, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 84:6-18<br>84:25<br>85:2-20<br>*85:21-22*<br>85:23-25<br>86:2 | confusion (FRE 403); foundation<br><br>83:25-84:14: Completeness (FRE 106); Lacks personal knowledge (FRE 602)<br><br>84:15-18: Foundation; hearsay; relevance (FRE 402); hearsay within hearsay (FRE 805)<br><br>84:25-85:3: Foundation; hearsay; relevance (FRE 402); hearsay within hearsay (FRE 805)<br><br>85:9-18: Foundation; hearsay; relevance (FRE 402); hearsay within hearsay (FRE 805)<br><br>85:19-86:2: Completeness (FRE 106); Lacks personal knowledge (FRE 602); Overbroad; foundation; hearsay | Witness has personal knowledge sufficient for testimony.<br><br>Proper foundation laid and not hearsay; relevant to ultimate issue.<br><br>Proper foundation laid and not hearsay; relevant to ultimate issue.<br><br>Proper foundation laid and not hearsay; relevant to ultimate issue.<br><br>Witness has personal knowledge sufficient for testimony; answer demonstrates understanding of question; Proper foundation laid and not hearsay. | |
| 86:10-25<br>87:2-25<br>88:2-22 | 86:10-16: MIL #1<br><br>86:17-24: MIL #1; foundation; relevance (FRE 402); hearsay; nondisclosure | *See* Plaintiffs' Response to MIL 1.<br><br>*See* Plaintiffs' Response to MIL 1; Proper foundation laid and not hearsay; | |

| | PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 21, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | pursuant to Rule 26<br><br>86:25-87:20: MIL #1 Foundation; hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); nondisclosure pursuant to Rule 26; hearsay within hearsay (FRE 805)<br><br>87:21-88:15: MIL #1; Foundation; hearsay; relevance (FRE 402); confusion (FRE 403); nondisclosure pursuant to Rule 26; hearsay within hearsay (FRE 805); Lacks personal knowledge (FRE 602) | relevant to ultimate issue; disclosed during deposition.<br><br>*See* Plaintiffs' Response to MIL 1; Proper foundation laid and not hearsay; relevant to ultimate issue; disclosed during deposition.<br><br>*See* Plaintiffs' Response to MIL 1; Proper foundation laid and not hearsay; relevant to ultimate issue; disclosed during deposition;witness has personal knowledge sufficient for testimony. | |
| 88:23-25<br>89:2<br>*89:3-4*<br>89:5-14<br>*89:15-16*<br>89:17-23<br>*89:24-25*<br>90:2-15<br>*90:16-18*<br>90:19-24<br>*90:25* | 88:23-89:12: Completeness (FRE 106); Confusing (FRE 403) ; Overbroad; hearsay; foundation<br><br> 89:13-16: Foundation; vague/ambiguous; assumes facts<br><br>89:13-21: Lacks personal knowledge (FRE 602); Completeness (FRE 106)<br><br>89:22-90:4: Vague; Lacks personal | Answer demonstrates understanding of question; proper foundation laid and not hearsay.<br><br>Answer demonstrates understanding of question; proper foundation laid and does not assume facts<br>Answer demonstrates understanding of question. | |

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 21, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *91:2*<br>91:3<br>*91:4-7*<br>*91:11-12* | knowledge (FRE 602); Completeness (FRE 106)<br><br>89:22-25: Foundation; hearsay; relevance (FRE 402); confusing (FRE 403); hearsay within hearsay (FRE 805)<br><br>90:12-23: Overbroad; Lacks personal knowledge (FRE 602); Completeness (FRE 106); ; Foundation; hearsay; relevance (FRE 402); confusion (FRE 403); hearsay within hearsay (FRE 805)<br><br>90:24-25: Foundation; hearsay; relevance (FRE 402); hearsay within hearsay (FRE 805)<br><br>90:24-91:3: Completeness (FRE 106) | Answer demonstrates understanding of question.<br><br>Answer demonstrates understanding of question; proper foundation laid and not hearsay<br><br>Answer demonstrates understanding of question; proper foundation laid and not hearsay<br><br>Answer demonstrates understanding of question; proper foundation laid and not hearsay | |
| 91:13-25<br>92:2-11<br>*92:12-16*<br>92:17-25<br>93:2-16 | 91:13-93:16: MIL #1<br><br>91:16-21: Foundation; hearsay; relevance (FRE 402); prejudice/confusing (FRE 403); nondisclosure pursuant to Rule 26; | *See* Plaintiffs' Response to MIL 1.<br><br>Answer demonstrates understanding of question; ; proper foundation laid and not hearsay; disclosed during deposition. | |

| | PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 21, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | hearsay within hearsay (FRE 805) | | |
| | 92:3-4: Foundation; hearsay; relevance (FRE 402); nondisclosure pursuant to Rule 26; hearsay within hearsay (FRE 805) | Answer demonstrates understanding of question; ; proper foundation laid and not hearsay; disclosed during deposition. | |
| | 92:7-93:11: Calls for a narrative; Completeness (FRE 106); Hearsay (FRE 802); ; foundation; relevance (FRE 402); nondisclosure pursuant to Rule 26; hearsay within hearsay (FRE 805) | Answer demonstrates understanding of question; ; proper foundation laid and not hearsay; disclosed during deposition; proper scope of question; | |
| | 93:12-16:  Lacks personal knowledge (FRE 602); hearsay; foundation; relevance (FRE 402); confusion (FRE 403); nondisclosure pursuant to Rule 26; hearsay within hearsay (FRE 805) | Proper foundation laid and answer demonstrates knowledge; no hearsay and disclosed during deposition; answer demonstrates understanding of question. | |
| 93:20-25 94:2-25 95:2-23 | 93:17-95:23: MIL #1  93:17-94:5: Hearsay; foundation; relevance (FRE 402); nondisclosure pursuant to Rule 26; hearsay within hearsay (FRE 805) | [Global response to this section:]  *See* Plaintiffs' Response to MIL 1. No hearsay contained in this section that is used to prove the truth of the matter asserted; all information was properly disclosed; foundation was properly laid, | |

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 21, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 94:6-13:   Lacks personal knowledge (FRE 602); MIL #1; Foundation; hearsay; relevance (FRE 402); nondisclosure pursuant to Rule 26; confusion (FRE 403); hearsay within hearsay (FRE 805)<br><br>94:14-15: Foundation; relevance (FRE 402); hearsay (FRE 802); hearsay within hearsay (FRE 805)<br><br>94:17-95:23: Foundation; hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); MIL #3; lack of personal knowledge; hearsay within hearsay (FRE 805) | and all designations are relevant to the ultimate issue; no designation is unfairly prejudicial; answers show extent of knowledge and understanding of question. | |
| 97:2-5<br>*97:6-7*<br>97:8-25<br>98:2-4 | 97:2-98:4:   Overbroad; Completeness (FRE 106); foundation; hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); MIL #3; lack of personal knowledge | Not overbroad or incomplete; *see* Plaintiffs' Response to MIL #3. No hearsay contained in this section that is used to prove the truth of the matter asserted; all information was properly | |

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 21, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | disclosed; foundation was properly laid, and all designations are relevant to the ultimate issue; no designation is unfairly prejudicial; answers show extent of knowledge and understanding of question. | |
| 99:20-25 100:2-25 101:2-25 102:2-25 103:2-12 *103:13-14* 103:15-23 *103:24-25* *104:2* 104:3-24 *104:25* *105:2* 105:3-14 106:4-25 *107:2* 107:3-25 108:2-15 *108:16-17* | 99:20-100:4:   MIL #1; MIL #3; foundation; hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; hearsay within hearsay (FRE 805)  100:5-9: Foundation; MIL #1; MIL #3; hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge  100:10-23: Foundation; MIL #1; MIL #3; Hearsay (FRE 802) ; relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; hearsay | [Global response for this section:]  *See* Plaintiffs' Responses to MIL 1/3. No hearsay contained in this section that is used to prove the truth of the matter asserted; all information was properly disclosed; foundation was properly laid, and all designations are relevant to the ultimate issue; no designation is unfairly prejudicial; answers show extent of knowledge and understanding of question.  No improper expert opinions are offered beyond those disclosed in matter. | |

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 21, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 108:18-25 109:2-25 *110:2-3* 110:4-25 111:2-7 *111:8-10* 111:11-25 112:2-5 *112:6-8* 112:9-25 113:2-25 114:2-25 115:2-15 *115:16-17* 115:18-25 116:2-4 *116:5-7* 116:8-25 117:2-4 | within hearsay (FRE 805)<br><br>100:24-102:13: Foundation; MIL #1; MIL #3; hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; hearsay within hearsay (FRE 805)<br>102:14-103:10: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; hearsay within hearsay (FRE 805)<br><br>103:11-19: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); Cumulative (FRE 403); Asked and Answered; relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; hearsay within hearsay (FRE 805)<br><br><br>103:20-22: Foundation; MIL #1; MIL #3; Hearsay (FRE 802) ; relevance (FRE 402); prejudice/confusion (FRE 403); | | |

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 21, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | lack of personal knowledge; hearsay within hearsay (FRE 805)<br><br>103:23-104:4: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); Vague; Ambiguous; relevance (FRE 402) prejudice/confusion (FRE 403); lack of personal knowledge; hearsay within hearsay (FRE 805)<br><br>104:5-19: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; hearsay within hearsay (FRE 805)<br><br>104:20-105:10: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; hearsay within hearsay (FRE 805)<br>105:11-14: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); Cumulative (FRE 403); Wastes Time (FRE 403) ; | | |

| | PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **May 21, 2013 Deposition** | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | relevance (FRE 402); prejudice/confusion (FRE403); lack of personal knowledge; hearsay within hearsay (FRE 805)<br><br>106:4-23: Foundation; MIL #1; MIL #3; hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; leading; improper opinion (FRE 701/702); failure to disclose expert opinions pursuant to Rule 26(a)(2)(C); hearsay within hearsay (FRE 805)<br><br>106:24-107:12: Foundation; MIL #1; MIL #3; Vague; Ambiguous; Assumes Facts not in Evidence; hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; leading; improper opinion (FRE 701/702); failure to disclose expert opinions pursuant to Rule 26(a)(2)(C); hearsay within hearsay (FRE 805) | | |

| | PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 21, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 107:13-15: Foundation; MIL #1; MIL #3; hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; leading; improper opinion (FRE 701/702); failure to disclose expert opinions pursuant to Rule 26(a)(2)(C); hearsay within hearsay (FRE 805) | | |
| | 107:16-108:13: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; leading; improper opinion (FRE 701/702); failure to disclose expert opinions pursuant to Rule 26(a)(2)(C); hearsay within hearsay (FRE 805) | | |
| | 108:14-22: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); Vague; Ambiguous; hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); | | |

| | PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **May 21, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | lack of personal knowledge; leading; improper opinion (FRE 701/702); failure to disclose expert opinions pursuant to Rule 26(a)(2)(C); hearsay within hearsay (FRE 805)<br><br>108:23-109:19: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; leading; improper opinion (FRE 701/702); failure to disclose expert opinions pursuant to Rule 26(a)(2)(C); hearsay within hearsay (FRE 805)<br><br>109:20-110:20: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); Vague; Ambiguous; hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; leading; improper opinion (FRE 701/702); failure to disclose expert opinions pursuant to Rule 26(a)(2)(C); hearsay within hearsay (FRE 805) | | |

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 21, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 110:21-111:5: Foundation; MIL #1; MIL #3; Relevance (FRE 402); Wastes Time (FRE 403); hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; leading; improper opinion (FRE 701/702); failure to disclose expert opinions pursuant to Rule 26(a)(2)(C); hearsay within hearsay (FRE 805) | | |
| | 111:6-19: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); Vague; Ambiguous; hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; leading; improper opinion (FRE 701/702); failure to disclose expert opinions pursuant to Rule 26(a)(2)(C); hearsay within hearsay (FRE 805) | | |
| | 111:20-25: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); hearsay; relevance (FRE 402); | | |

| | PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 21, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | prejudice/confusion (FRE 403); lack of personal knowledge; leading; improper opinion (FRE 701/702); failure to disclose expert opinions pursuant to Rule 26(a)(2)(C); hearsay within hearsay (FRE 805)

112:1-18: Foundation; MIL #1; MIL #3; Hearsay (FRE 802) ; hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; leading; improper opinion (FRE 701/702); failure to disclose expert opinions pursuant to Rule 26(a)(2)(C); hearsay within hearsay (FRE 805)

112:19-115:9: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; leading; improper opinion (FRE 701/702); failure to disclose expert opinions pursuant to Rule 26(a)(2)(C); hearsay within hearsay (FRE 805) | | |

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
| --- | --- | --- | --- |
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 21, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 115:10-116:2: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); Improper Lay Opinion (FRE 701); Improper Expert Opinion (FRE 702); hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; leading; improper opinion (FRE 701/702); failure to disclose expert opinions pursuant to Rule 26(a)(2)(C); hearsay within hearsay (FRE 805)<br><br>116:3-9: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; leading; improper opinion (FRE 701/702); failure to disclose expert opinions pursuant to Rule 26(a)(2)(C); hearsay within hearsay (FRE 805)<br><br>116:10-117:4: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; leading; improper | | |

| | **PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX** | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **May 21, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | opinion (FRE 701/702); failure to disclose expert opinions pursuant to Rule 26(a)(2)(C); hearsay within hearsay (FRE 805) | | |
| 117:5<br>*117:6-8*<br>117:9-25<br>118:2-25<br>119:2<br>119:6-25<br>120:2-11<br>*120:12*<br>120:13-22 | 117:5-119:2: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); Improper Lay Opinion (FRE 701); Improper Expert Opinion (FRE 702); relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; leading; improper opinion (FRE 701/702); failure to disclose expert opinions pursuant to Rule 26(a)(2)(C); hearsay within hearsay (FRE 805)<br><br>119:6-120:4: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; leading; improper opinion (FRE 701/702); failure to disclose expert opinions pursuant to Rule 26(a)(2)(C); hearsay within hearsay (FRE 805) | [Global response for this section:]<br><br>*See* Plaintiffs' Responses to MIL 1/3. No hearsay contained in this section that is used to prove the truth of the matter asserted; all information was properly disclosed; foundation was properly laid, and all designations are relevant to the ultimate issue; no designation is unfairly prejudicial; answers show extent of knowledge and understanding of question.<br><br>No improper expert opinions are offered beyond those disclosed in matter. | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | 120:5-12: Foundation; MIL #1; MIL #3; Misstates the Evidence; Assumes Facts not in Evidence; relevance (FRE 402); prejudice/confusion (FRE 403); leading<br><br>120:13-22: Foundation; MIL #1; MIL #3; relevance (FRE 402); prejudice/confusion (FRE 403); leading | | |
| 121:3-15 | 121:3-15: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); Lacks personal knowledge (FRE 602); relevance (FRE 402); prejudice/confusion; failure to disclose expert opinions pursuant to Rule 26(a)(2)(C); hearsay within hearsay (FRE 805) | *See* Plaintiffs' Responses to MIL 1/3. No hearsay contained in this section that is used to prove the truth of the matter asserted; all information was properly disclosed; foundation was properly laid, and all designations are relevant to the ultimate issue; no designation is unfairly prejudicial; answers show extent of knowledge and understanding of question.<br><br>No improper expert opinions are offered beyond those disclosed in matter. | |
| 123:15-17<br>*123:18-20* | 123:15-124:8: Foundation; MIL #1; MIL #3; Calls for Speculation; hearsay; | Foundation properly laid*; see* Plaintiffs' Response to MIL 1, 3; not hearsay or | |

**PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**May 21, 2013 Deposition**

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| May 21, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 123:21-25 124:2-13 | relevance (FRE 402); prejudice/confusion (FRE 403); lack of personal knowledge; hearsay within hearsay)<br><br>124:9-13: Foundation; MIL #1; MIL #3 | calling for speculation; not unfairly prejudicial; answer indicates understanding and extent of knowledge.<br><br>Foundation properly laid*; see* Plaintiffs' Response to MIL 1, 3; not hearsay. | |
| 124:14-25 125:2-24 *125:25* 126:2-9 | 124:14-125:22: Lacks personal knowledge (FRE 602)<br><br>125:23-126:9: Calls for speculation; Foundation; Lacks personal knowledge (FRE 602) | Question is within scope of matters designated for testimony (FRE 30(b)(6))<br><br>Question is proper; foundation is laid; witness has personal knowledge sufficient for testimony | |
| 126:10-25 127:2-23 | Relevance (FRE 402); Wastes times (FRE 403); Lacks personal knowledge (FRE 602) | Relates to fact of consequence in determining action (FRE 401); witness has personal knowledge sufficient for testimony. | |
| 128:18-25 129:2-24 | 128:18-129:15: Hearsay (FRE 802); foundation; relevance (FRE 402); MIL #3<br><br>129:16-24: Relevance (FRE 402); Wastes time (FRE 403); | Not hearsay; proper foundation and relevant to ultimate issue; see Plaintiffs' response to MIL #3.<br><br>Relates to fact of consequence in determining action (FRE 401); not | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | |
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | May 21, 2013 Deposition | | |
| | Prejudice/confusion (FRE 403); foundation; hearsay; MIL #3 | unfairly prejudicial or hearsay; proper foundation laid; see Plaintiffs' response to MIL #3. | |
| *132:18-25* *133:2-13* | | | |
| 137:5-19 *137:20-22* 137:23-25 138:2-16 *138:17-20* | 137:5-15: Foundation; MIL #1; MIL #3; Relevance (FRE 402); Wastes time (FRE 403); hearsay within hearsay (FRE 805). 137:16-138:16: Foundation; MIL #1; MIL #3; Mischaracterizes the evidence; Vague; Ambiguous | Foundation properly laid; *see* Plaintiffs' Response to MIL 1, 3; relates to fact of consequence in determining action (FRE 401); not hearsay. Foundation properly laid; *see* Plaintiffs' Response to MIL 1, 3; answer demonstrates understanding of question | |
| 138:21-23 *138:24-25* *139:2* 139:3-6 *139:7-9* 139:10-25 140:2-10 *140:11-12* *145:13-25* *146:2* | 138:21-139:3: Foundation; MIL #1; MIL #3; Leading; Mischaracterizes the evidence; Counsel is testifying; hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); hearsay within hearsay (FRE 805) 139:4-140:10: Foundation; MIL #1; MIL #3; Hearsay (FRE 802); Mischaracterizes the evidence; Leading | Foundation properly laid; *see* Plaintiffs' Response to MIL 1, 3; answer demonstrates understanding of question; relevant to ultimate issue and not hearsay; not unfairly prejudicial. Foundation properly laid; *see* Plaintiffs' Response to MIL 1, 3; answer demonstrates understanding of question | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| *146:15-25 147:2-6* | | | |
| 147:7-14 | Relevance (FRE 402); Wastes Time (FRE 403) | Relates to fact of consequence in determining action (FRE 401) | |
| *149:17-21* | Non-responsive to Plaintiffs' designations. | | |
| *150:2-25 151:2-3* | Non-responsive to Plaintiffs' designations. | | |
| *151:7-25 152:2-3* | Non-responsive to Plaintiffs' designations. | | |
| *152:4-25 153:2-6* | Non-responsive to Plaintiffs' designations. | | |
| *162:3-20* | Non-responsive to Plaintiffs' designations. | | |
| *165:22-25 166:2-4* | Non-responsive to Plaintiffs' designations. | | |
| *166:12* | Non-responsive to Plaintiffs' designations. | | |
| *166:21-25 167:2* | Non-responsive to Plaintiffs' designations. | | |
| *167:3-9* | Non-responsive to Plaintiffs' designations. | | |
| 172:9-20 172:22-23 | 172:9-16: Relevance (FRE 402); Wastes Time (FRE 403) | Relates to fact of consequence in determining action (FRE 401) | |

**PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**May 21, 2013 Deposition**

| PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **May 21, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 172:25<br>173:2 | 172:17-173:2: Vague; ambiguous; foundation; relevance (FRE 402); prejudicial (FRE 403) | Answer shows understanding of question; relates to fact of consequence in determining action (FRE 401); proper foundation laid; not unfairly prejudicial. | |
| 173:3-10<br>*173:11-12*<br>173:13-18<br>173:20-25<br>174:2<br>*174:3*<br>174:4-8<br>*174:9-10*<br>174:11<br>*174:12*<br>174:13-25<br>175:2-5<br>*175:6*<br>175:7-8 | 173:3-6: Relevance (FRE 402); Wastes Time (FRE 403); foundation; hearsay; prejudice/confusion (FRE 403); lack of personal knowledge<br><br>173:7-16: Foundation; Lacks personal knowledge (FRE 602); Calls for speculation; hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); hearsay within hearsay (FRE 805)<br><br>173:17-20: Foundation; Lacks personal knowledge (FRE 602); Calls for speculation; hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); hearsay within hearsay (FRE 805)<br><br>173:21-174:16: Foundation; Lacks personal knowledge (FRE 602); Calls for speculation; hearsay; relevance (FRE | [Global response for this section:]<br><br>*See* Plaintiffs' Response to MIL 1. No hearsay contained in this section that is used to prove the truth of the matter asserted; all information was properly disclosed; foundation was properly laid, and all designations are relevant to the ultimate issue; no designation is unfairly prejudicial; answers show extent of knowledge and understanding of question; does not call for speculation. | |

| | PLAINTIFFS' DESIGNATION OF KAREN D. MULLENIX<br><br>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)<br><br>May 21, 2013 Deposition | | |
|---|---|---|---|
| Page/Line Cite | Objection<br>(include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 402); prejudice/confusion (FRE 403); hearsay within hearsay (FRE 805)<br><br>174:17-175:9: MIL #1; Foundation; Calls for speculation; Lacks personal knowledge (FRE 602); hearsay; relevance (FRE 402); prejudice/confusion (FRE 403); hearsay within hearsay (FRE 805) | | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 4, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection** **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 7:1 – 7:7 | | | |
| **8:4-10** | | | |
| 9:6 – 9:20 | Relevance (FRE 402); undue delay (FRE 403) | Relates to fact of consequences in determining action (FRE 401) | |
| 9:24 – 10:11 | | | |
| 10:12 – 12:4 | Completeness (FRE 106) | Failure to specify how testimony is incomplete (FRE 106) | |
| *12:5-25* | | | |
| 13:1 – 15:7 | | | |
| 15:8 – 15:23 | | | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 4, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *16:24-17:21* | | | |
| 17:22-18:8<br><br>18:16-20:11 | Relevance (FRE 402); waste of time (FRE 403) (18:9-15) | Relates to fact of consequences in determining action (FRE 401); not a waste of time (FRE 403). | |
| *20:12-21:2[1]* | Plaintiffs state that the further questions regarding isolation were used with a mutual understanding including "segregation" and deponent testified that he would say if he did not understand a question (see 8:4-10). | | |
| 21:6 – 24:11 | | | |

---

[1] Defendants object to Plaintiffs' characterization of "isolation" as unduly prejudicial, misleading, confusing, and inaccurate. (FRE 402). Plaintiffs' definition is inconsistent with ADC's and the deponent's use of that term resulting in confusing and misleading questions and answers. As the deponent testifies, "I'm not sure what isolation means. Usually, in corrections, we talk about segregation, which is a housing unit." (52:24-53:2; see also 52:14-20.) Defendants are counter designating this portion of the transcript solely for the purpose of providing context for Plaintiffs' subsequent questions about "isolation." (FRE 106)

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 4, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 24:12 – 24:25 | Lacks personal knowledge (FRE 602) (24:23-25) | Question within scope of matters for testimony (FRCP 30(b)(6)) | |
| 25:11-26:16<br><br>26:20-27:13<br><br>27:25-28:12 | Relevance (FRE 402); cumulative (FRE 403) (26:7-9)<br><br>Vague, confusing, assumes facts not in evidence, improper characterization of evidence (26:13-27:2) | Relates to fact of consequences in determining action (FRE 401); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence. | |
| *26:17-19* | Relevance; counsel is testifying (objections only) | | |
| 28:13-29:19<br><br>29:23-30:3 | | | |
| 31:1-12 | Foundation; vague, assumes facts not in evidence; completeness (FRE 106) cumulative, confusing (FRE 403); lacks | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 4, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 31:14-32:9<br><br>32:12-20<br><br>32:22-33:12<br><br>33:15-24<br><br>34:2-6<br><br>34:9-16<br><br>34:20-25<br><br>35:3-18<br><br>35:21-36:10 | personal knowledge (FRE 602); MIL #1 | waste of time (FRE 403); | |
| *31:13, 32:10, 32:21, 33:13-14, 33:25-34:1, 34:7-8, 34:17-19, 35:1-2,* | Relevance; counsel is testifying (objections only) | | |

| | PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 4, 2013 Deposition | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *35:19-20* | | | |
| 36:11 – 36:25 | | | |
| 37:1-38:22 <br><br> 39:3-39:19 <br><br> 39:22-40:3 | Lacks personal knowledge (FRE 602) (38:13-18) <br><br> Confusing, vague, assumes facts not in evidence; foundation (38:19-40:3) <br><br> (39:25-40:5) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence. | |
| *38:23-39:2, 39:20-21, 40:4-5* | Relevance; counsel is testifying (objections only) | | |
| 40:7 – 41:13 | Relevance (FRE 402) (40:24-25) | Relates to fact of consequences in determining action (FRE 401) | |
| 41:14 – 42:5 | | | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 4, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 42:6-10<br><br>42:12-17<br><br>42:20-21 | Vague, assumes facts not in evidence; foundation (42:6-14)<br><br>Foundation; lacks personal knowledge (FRE 602) (42:16-21) | Question within scope of matters for testimony (FRCP 30(b)(6)) | |
| *42:11, 42:18-19* | Relevance; counsel is testifying (objections only) | | |
| 42:22 – 43:1<br><br>43:3-4 | Foundation; lacks personal knowledge (FRE 602) (42:23-43:2) | Question within scope of matters for testimony (FRCP 30(b)(6)) | |
| *43:2* | Relevance; counsel is testifying (objections only) | | |
| 43:6-44:17<br><br>44:20-45:6 | Vague, assumes facts not in evidence; foundation (44:15-19) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
| --- | --- | --- | --- |
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 4, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | characterize or assume evidence. | |
| *44:18-19* | Relevance; counsel is testifying (objections only) | | |
| 45:18-25 46:3-16 46:19-47:9 | Vague (45:24-46:13) Vague, assumes facts not in evidence; foundation; lacks personal knowledge (FRE 602) (46:15-47:4) Assumes facts not in evidence; foundation; lacks personal knowledge (FRE 602) (47:6-12) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence. | |
| *46:1-2, 46:17-18, 47:10-12* | Relevance; counsel is testifying (objections only) | | |
| 47:14-18 47:21-48:12 | Vague; foundation (47:18-25) Lacks personal knowledge (FRE 602); vague, assumes facts not in evidence | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 4, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 48:15-48:25 | (48:2-22) | understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence. | |
| *47:19-20, 48:13-14* | Relevance; counsel is testifying (objections only) | | |
| 49:1-50:25<br><br>51:3-11<br><br>51:13-52:13 | Vague, confusing (50:23-41:4)<br><br>Vague, confusing; foundation; lacks personal knowledge (FRE 602) (51:10-24)<br><br>Lacks personal knowledge (FRE 602) (52:1-3) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence. | |
| *51:1-2, 51:12* | Relevance; counsel is testifying (objections only) | | |
| 52:14-55:8<br><br>55:11-58:11 | Completeness as to questions about "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR**<br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br><br>**October 4, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 58:14-23<br><br>59:1-9<br><br>59:11-61:5 | (52:14-53:21)<br><br>Completeness as to questions about "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403); lacks personal knowledge (FRE 602)  (54:5-55:4)<br><br>Vague, assumes facts not in evidence, improper characterization of evidence; completeness (FRE 106) (55:5-17)<br><br>Completeness as to questions about "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403) (55:22-56:16)<br><br>Completeness as to questions about "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403); lacks personal knowledge (FRE 602) (57:24-58:19)<br><br>Vague, improper characterization of | waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not unfairly prejudicial. | |

| | PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 4, 2013 Deposition | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | evidence; improper lay opinion (FRE 702) (58:10-19) <br><br> Vague, improper characterization of evidence; foundation (58:21-59:4) <br><br> Completeness as to questions about "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403) (60:16-61:18) | | |
| *55:9-10, 58:12-13, 58:24-25* | Relevance; counsel is testifying (objections only) | | |
| 61:6 – 61:23 | Completeness as to questions about "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403) Lacks personal knowledge (FRE 602) (60:16-61:23) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 4, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | unfairly prejudicial. | |
| 62:24-25 <br><br> 63:3-17 | Vague; foundation; completeness as to questions about "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403)  (62:24-63:19) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not unfairly prejudicial. | |
| *63:1-2* | Relevance; counsel is testifying (objections only) | | |
| 63:18-64:1 <br><br> 64:5-65:6 <br><br> 65:9-13 | Vague; Completeness as to questions about "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403) ; lacks personal knowledge (FRE 602)(63:18-65:4) <br><br> Vague, assumes facts not in evidence, improper characterization of evidence; | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | Completeness as to questions about "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403) (65:5-9) | "prejudicial" not valid objection / not unfairly prejudicial. | |
| *64:2-3, 65:7-8* | Relevance; counsel is testifying (objections only) | | |
| 65:14-66:1<br><br>66:4-17<br><br>66:20-67:21 | Vague, compound question (65:24-66:14)<br><br>Vague, improper characterization of evidence; Completeness as to questions about "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403) (66:15-21)<br><br>Completeness as to questions about "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403) ; vague, confusing (FRE 403) (67:10-21) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not unfairly prejudicial. | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 4, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *66:2-3, 66:18-19* | Relevance; counsel is testifying (objections only) | | |
| 67:22-68:15<br><br>68:18-70:8<br><br>70:11-15<br><br>70:18-25<br><br>71:3-6<br><br>71:9-16<br><br>71:19-23<br><br>72:1-11<br><br>72:14-17<br><br>72:20-73:9 | Completeness (FRE 106) (67:22-76:6)<br><br>Vague compound question (70:5-12)<br><br>Vague, confusing; foundation; cumulative (FRE 403) (70:24-71:4)<br><br>Vague, confusing; cumulative (FRE 403; lacks personal knowledge (FRE 602) (71:6-13)<br><br>Vague, misquotes witness; foundation (71:15-19)<br><br>Vague, compound question, assumes facts not in evidence; foundation; lacks personal knowledge (FRE 602) (71:21-72:6)<br><br>Vague, assumes facts not in evidence; | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not unfairly prejudicial. | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 4, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 73:12-13<br><br>73:16-25<br><br>74:4-75:1<br><br>75:4-12<br><br>75:15-76:6 | foundation; lacks personal knowledge (FRE 602) (72:7-14)<br><br>Vague, assumes facts not in evidence; foundation; improper lay opinion (FRE 701); hearsay (FRE 802) (73:23-74:10<br><br>Vague, compound question; foundation; lacks personal knowledge (FRE 602) (74:25-75:6) | | |
| *70:9-10, 70:16-18, 71:1-2, 71:7-8, 71:17-18, 71:24-25, 72:12-13, 72:18-19, 73:10, 73:14-15, 74:1-3, 75:2-3, 75:13-14* | Relevance; counsel is testifying (objections only) | | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 4, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 76:7-15<br><br>76:17-78:12 | Completeness as to questions about "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403); assumes facts not in evidence, improper characterization of evidence (76:7-21) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not unfairly prejudicial. | |
| *76:16* | Relevance; counsel is testifying (objections only) | | |
| 78:13-15<br><br>78:17-79:3 | Vague, assumes facts not in evidence, improper characterization of evidence; foundation; completeness as to questions about "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 4, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | unfairly prejudicial. | |
| *78:16* | *Relevance; counsel is testifying (objections only)* | | |
| 79:4-6  79:9-21 | Vague, assumes facts not in evidence, improper characterization of evidence; foundation; completeness as to questions about "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not unfairly prejudicial. | |
| *79:7-8* | *Relevance; counsel is testifying (objections only)* | | |
| 79:22-24  80:3-20 | Completeness (FRE 602); vague, assumes facts not in evidence, improper characterization of evidence; foundation; completeness as to questions about | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 4, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 80:24-81:21<br><br>81:24-83:10<br><br>83:13 | "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403) (79:22-83:13) | understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not unfairly prejudicial. | |
| *79:25, 80:21-23, 81:22-23, 83:11-12* | Relevance; counsel is testifying (objections only) | | |
| 83:15-24 | Lacks personal knowledge (FRE 602) | Question within scope of matters for testimony (FRCP 30(b)(6)) | |
| 84:14-86:6<br><br>86:8-87:7<br><br>87:22-89:9 | Completeness (FRE 602) (84:14-89:9)<br><br>Lacks personal knowledge (FRE 602); MIL #1 (84:14-86:3)<br><br>Vague, confusing (86:4-14)<br><br>Lacks personal knowledge (FRE 602); hearsay (FRE 802) (86:15-88:8) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not unfairly prejudicial; see MIL #1 | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **October 4, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection** **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | response; no hearsay used for truth. | |
| *86:7, 87:8-20* | Relevance; counsel is testifying (objections only) | | |
| 89:10-92:8 92:11-97:3 | Lacks personal knowledge (FRE 602); argumentative, misquotes witness (92:3-24) Completeness as to questions about "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403) (92:3-20, 94:25-95:9, 95:19-24, 97:17-98:12); prejudicial, confusing, cumulative (FRE 403) (94:19-95:9) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not unfairly prejudicial. | |
| *92:9* | Relevance; counsel is testifying (objections only) | | |
| 97:11-99:2 | Completeness (FRE 406) Completeness as to questions about | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or | |

| | **PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR** | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **October 4, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 99:5-101:2<br><br>101:4-17<br><br>101:19-102:17 | "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403) (92:3-20, 94:25-95:9, 95:19-24, 97:17-98:12)<br><br>Lacks personal knowledge (FRE 602); MIL #1 (97:4-16)<br><br>Vague; foundation; lacks personal knowledge (FRE 602) (99:1-8)<br><br>Lacks personal knowledge (FRE 602) (102:14-17) | waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not unfairly prejudicial; see MIL #1 response; no hearsay used for truth. | |
| *99:3-4, 101:3, 101:18* | Relevance; counsel is testifying (objections only) | | |
| 103:2-16<br><br>103:19-106:1 | Completeness (FRE 106); lacks personal knowledge (FRE 602) (103:2-106:1)<br><br>Vague, assumes facts not in evidence (103:13-104:4) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 4, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | characterize or assume evidence. | | |
| *103:17-18* | Relevance; counsel is testifying (objections only) | | |
| 106:6-19<br><br>106:21-107:4<br><br>107:7-15<br><br>107:18-109:3<br><br>109:6-10 | Completeness (FRE 106) (106:6-109:10)<br><br>Vague, assumes facts not in evidence; foundation; completeness (FRE 106); lacks personal knowledge (FRE 602); hearsay (FRE 802); MIL #1 (106:13-107:21)<br><br>Completeness (FRE 106) (108:14-25), vague, misstates evidence, misquotes witness, improper characterization of evidence (109:1-10) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not unfairly prejudicial; see MIL #1 response; no hearsay used for truth. | |
| *106:20, 107:5-6, 107:16-17, 109:4-5* | Relevance; counsel is testifying (objections only) | | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 4, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 109:12-24<br><br>110:3-15 | Hearsay (FRE 802); foundation; MIL #1 (109:12-110:15) | See MIL Response; Not hearsay under FRE 801(c), or alternatively, exempted from being deemed hearsay under 801(d) | |
| *109:25-110:2* | Relevance; counsel is testifying (objections only) | | |
| 110:17-112:1<br><br>112:4-9<br><br>112:11-23<br><br>113:7-11<br><br>113:15-23 | Completeness (FRE 106); lacks personal knowledge (FRE 602) (110:16-111:17)<br><br>Vague, improper characterization of evidence; hearsay (FRE 802); MIL #1 (111:18-112:11)<br><br>Vague, assumes facts not in evidence; improper characterization of evidence; lacks personal knowledge (FRE 602) (112:20-113:23)<br><br>MIL #1 (113:24-114:1) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not unfairly prejudicial; see MIL #1 response; no hearsay used for truth. | |
| *112:2-3,* | Relevance; counsel is testifying | | |

| | PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **October 4, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *113:12-13* | (objections only) | | |
| 114:6-14<br><br>114:16-115:1<br><br>115:3-13<br><br>115:16-116:16 | MIL #1 (113:24-114:1)<br><br>Completeness as to questions about "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403)<br><br>Completeness (115:8-25, 116:18-22)<br><br>Confusing, assumes facts not in evidence, improper characterization of evidence; completeness (FRE 106); lacks personal knowledge (FRE 602); hearsay (FRE 802) MIL #1 (114:1-116:17) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not unfairly prejudicial; see MIL #1 response; no hearsay used for truth. | |
| *114:15, 115:2, 115:14-15* | Relevance; counsel is testifying (objections only) | | |
| 116:18-117:1 | Vague, assumes facts not in evidence | | |

| | **PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR** | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **October 4, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 117:4-6 <br><br> 117:10-25 | | | |
| *117:2-3* | Relevance; counsel is testifying (objections only) | | |
| 118:1 - 3 | Confusing, cumulative, prejudicial (FRE 403) lacks personal knowledge (FRE 106) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; "prejudicial" not valid objection / not unfairly prejudicial. | |
| 118:11-22 <br><br> 118:25-120:24 <br><br> 121:2-3 | Completeness as to questions about "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403) <br><br> Completeness (118:19-119:11) <br><br> Assumes facts not in evidence, counsel testifying, improper characterization of | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 4, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|  | evidence; lacks personal knowledge (FRE 602); hearsay (FRE 802) MIL #1 | unfairly prejudicial; see MIL #1 response; no hearsay used for truth. |  |
| *118:23-24, 120:25-121:1* | Relevance; counsel is testifying (objections only) |  |  |
| 121:5-7 | Relevance (FRE 402), prejudicial, misleading, incomplete (FRE 403) |  |  |
| *121:8-10* | Relevance; counsel is testifying (objections only) |  |  |
| *129:25-130:11* | Relevance; counsel is testifying (objections only) |  |  |
| 130:12-131:25  132:7-15  132:18-20 | Completeness (FRE 106); lacks personal knowledge (FRE 602) (131:23-132:20) | Question within scope of matters for testimony (FRCP 30(b)(6)); |  |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 4, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *132:1-6, 132:16-17* | Relevance; counsel is testifying (objections only) | | |
| 133:13-22<br><br>134:5-135:11<br><br>135:13-23<br><br>136:1-8<br><br>136:11-16<br><br>136:18-21<br><br>136:25<br><br>137:3-12<br><br>137:14-138:9 | Vague, confusing; relevance (FRE 402) (132:22-133:11)<br><br>Vague, misstates evidence, counsel is testifying; lacks personal knowledge (FRE 602) (133:23-136:4)<br><br>Vague, assumes facts not in evidence, improper characterization of evidence; improper lay opinion (FRE 701); hearsay (FRE 802) (136:5-138:9) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not unfairly prejudicial; any lay opinion is proper and shows extent of knowledge; no hearsay used for truth. | |
| *135:12, 135:24-25,* | Relevance; counsel is testifying (objections only) | | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
| --- | --- | --- | --- |
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 4, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *136:9-10, 136:17, 136:22-24, 137:1-2, 137:13* | | | |
| 138:11 – 141:1 | Completeness as to questions about "isolation" (FRE 106); prejudicial, misleading, confusing (FRE 403) | Answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not unfairly prejudicial. | |
| 141:18-20  141:22 | | | |
| 141:24-145:3  145:5-23  146:1-2 | Vague, assumes facts not in evidence (145:2-7)  Lacks personal knowledge (FRE 602) (145:19-146-2) | Question within scope of matters for testimony (FRCP 30(b)(6)); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; | |

| | PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **October 4, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *145:4, 145:24-25* | Relevance; counsel is testifying (objections only) | | |
| 146:20-21<br><br>146:24<br><br>147:15-17<br><br>147:20-149:6 | Completeness (FRE 106), vague, confusing, assumes facts not in evidence; lacks personal knowledge (FRE 602) (146:20-149:6) | Question within scope of matters for testimony (FRCP 30(b)(6)); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence | |
| *146:22-23, 147:18-19* | Relevance; counsel is testifying (objections only) | | |
| 149:7-150:15<br><br>150:19-152:19 | Vague, assumes facts not in evidence (150:14-25)<br><br>Lacks personal knowledge (FRE 602); completeness (FRE 106) (152:16-19) | Question within scope of matters for testimony (FRCP 30(b)(6)); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence | |

| | **PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR**<br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br><br>**October 4, 2013 Deposition** | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *150:16-18* | Relevance; counsel is testifying (objections only) | | |
| 152:20-23<br><br>153:6-9<br><br>153:12 | | | |
| 153:14-154:11<br><br>154:14-21<br><br>154:24-155:1<br><br>155:13-23<br><br>156:1-6<br><br>156:9-158:4 | Vague, confusing, compound question (154:10-16);<br><br>Vague; foundation; lacks personal knowledge (FRE 602) (154:18-157:1)<br><br>Vague, lacks personal knowledge (FRE 602) (155:22-158:4) | Question within scope of matters for testimony (FRCP 30(b)(6)); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence | |
| *154:12-13,*<br>*154:22-23,* | Relevance; counsel is testifying | | |

| | PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 4, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *155:24-25, 156:7-8* | (objections only) | | |
| 161:23-25<br><br>162:3-9<br><br>162:12-18<br><br>162:21-164:1<br><br>164:4-12<br><br>164:15-19<br><br>164:22-165:4 | Lacks personal knowledge (FRE 602); hearsay (FRE 802); MIL #1 (158:5-159:2)<br><br>Counsel is testifying; relevance (FRE 402) (159:3-161:22)<br><br>Assumes facts not in evidence; improper characterization of evidence (161:23-162:2)<br><br>Assumes facts not in evidence; improper characterization of evidence (162:16-20)<br><br>Assumes facts not in evidence; improper characterization of evidence; prejudicial, cumulative (FRE 403); lacks personal knowledge (FRE 602); MIL #1 (162:23-165:4) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not unfairly prejudicial; see MIL #1 response; no hearsay used for truth. | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 4, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection** **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *162:1-2, 164:2-3, 164:13-14, 164:20-21* | Relevance; counsel is testifying (objections only) | | |
| 165:6-12 <br><br> 165:14-21 <br><br> 165:23-166:15 | Vague; foundation; lacks personal knowledge (FRE 602) (166:12-24) | Question within scope of matters for testimony (FRCP 30(b)(6)); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence | |
| *165:13, 165:22* | Relevance; counsel is testifying (objections only) | | |
| 166:16-20 <br><br> 166:22-167:17 <br><br> 167:20-24 <br><br> 168:2 | Assumes facts not in evidence; improper characterization of evidence; lacks personal knowledge (FRE 602); (166:16-24) <br><br> Assumes facts not in evidence; improper characterization of evidence; foundation | Question within scope of matters for testimony (FRCP 30(b)(6)); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 4, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | (167:11-20; 167:21-168:2) | | |
| *166:21, 167:18-19, 167:25-168:1* | Relevance; counsel is testifying (objections only) | | |
| 168:13-17 168:24-169:13 170:5-7 170:11-14 170:16-25 171:3-11 171:14-19 171:22-172:3 | Lacks personal knowledge (FRE 602); hearsay (FRE 802); MIL #1 (168:8-17) Relevance (FRE 402) (168:18-22) Completeness (FRE 106), foundation; lacks personal knowledge (FRE 602); hearsay (FRE 802); MIL #1 (168:24-172:3) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not unfairly prejudicial; see MIL #1 response; no hearsay used for truth; relevant to ultimate issue. | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 4, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *170:8-10, 170:15, 171:1-2, 171:12-13, 171:20-21* | Relevance; counsel is testifying (objections only) | | |
| 172:11-24<br><br>173:2-9<br><br>173:12-23<br><br>174:1-6<br><br>174:9-13<br><br>174:16-175:4<br><br>175:9-12<br><br>175:15-17<br><br>178:21-25 | Vague, assumes facts not in evidence; improper characterization of evidence; foundation; lacks personal knowledge (FRE 602); hearsay (FRE 802); MIL #1 (172:11-175:17, 178:21-181:8) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not unfairly prejudicial; see MIL #1 response; no hearsay used for truth. | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 4, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 179:3-14 179:17-180:6 180:9-16 180:21-181:5 181:8 | | | |
| *172:25-173:1, 173:10-11, 173:24-25, 174:7-8, 174:14-15, 175:6-7, 175:13-14, 179:1-2, 179:15-16, 180:7-8, 180:17-20, 181:6-7* | Relevance; counsel is testifying (objections only) | | |

| PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 4, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 181:10-13<br><br>181:16-182:1<br><br>182:8-11<br><br>182:14 | Assumes facts not in evidence; improper characterization of evidence; relevance (FRE 402), prejudicial, misleading, confusing (FRE 403); lacks personal knowledge (FRE 602) (181:10-182:14) | Question within scope of matters for testimony (FRCP 30(b)(6)); Failure to specify how testimony is cumulative or waste of time (FRE 403); answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence; "prejudicial" not valid objection / not unfairly prejudicial; relevant to ultimate issue. | |
| *181:14-15, 182:2-6, 182:12-13* | Relevance; counsel is testifying (objections only) | | |
| 182:16-185:11 | | | |
| 185:25-188:22 | Relevance (FRE 402); hearsay (FRE 802) | Relates to fact of consequences in determining action (FRE 401); no hearsay used for truth. | |

| | **PLAINTIFFS' DESIGNATION OF JOSEPH PASTOR** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **October 4, 2013 Deposition** | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 188:23189:10<br><br>189:13-190:16 | Vague, misquotes testimony, assumes facts not in evidence, improper characterization of evidence (188:23-189:17)<br><br>Completeness (188:23-189:2) | Answer shows understanding of question (see 8:4-10) including isolation; does not improperly characterize or assume evidence. | |
| *189:11-12* | Relevance; counsel is testifying (objections only) | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 10:19-12:4<br><br>12:8-20<br><br>12:23-24<br><br>13:2 | 10:19-11:3: Relevance (FRE 402); cumulative, undue delay (FRE 403); improper foundation for exhibit; MIL #1.<br><br>10:22-11:14: Relevance (FRE 402); cumulative, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1; hearsay (FRE 802).<br><br>11:4-7: Relevance (FRE 402); cumulative, undue delay (FRE 403); | Relates to fact of consequence in determining action (FRE 401);  failure to specify how testimony is cumulative or causes  undue delay (FRE 403); foundation in undesignated portion (7:11 – 8:11) but not required; *see* MIL #1 response.<br><br>Relates to fact of consequence in determining action (FRE 401);  failure to specify how testimony is cumulative or causes  undue delay (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); foundation in undesignated portion (7:11 – 8:11) but not required; *see* MIL #1 response; no hearsay statements contained in designated portion (FRE 802).<br><br>Relates to fact of consequence in determining action (FRE 401);  failure to specify how testimony is cumulative or | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | improper foundation for exhibit; MIL #1. | causes undue delay (FRE 403); foundation in undesignated portion (7:11 – 8:11) but not required; *see* MIL #1 response. | |
| | 11:8-17: Relevance (FRE 402); confusing, prejudicial (FRE 403); hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); no hearsay statements contained in designated portion (FRE 802). | |
| | 11:23-12:17: Relevance (FRE 402); undue delay (FRE 403), | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative or causes undue delay (FRE 403). | |
| | 12:18-13:2: Calls for speculation; relevance (FRE 402); confusing, undue | Answer indicates extent of knowledge; relates to fact of consequence in determining action (FRE 401); failure to | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|  | delay, prejudicial (FRE 403). | specify how testimony is cumulative or causes undue delay (FRE 403). |  |
| *12:21-22; 12:25-13:1* | Relevance; counsel testifying (objections only) |  |  |
| 13:18-17:4 | 13:18-14:1: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1. | Relates to fact of consequence in determining action (FRE 401);  form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); failure to specify how testimony causes  undue delay (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); foundation in undesignated portion (7:11 – 8:11) but not required; *see* MIL #1 response. |  |
|  | 14:2-7: Relevance (FRE 402); cumulative (FRE 403); confusing (FRE 403); undue delay (FRE 403). | Relates to fact of consequence in determining action (FRE 401);  failure to specify how testimony is cumulative or causes undue delay (FRE 403); form objection not asserted at deposition and |  |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | waived (FRCP 32(d)(3)(b)). | |
| | 14:8-20: Relevance (FRE 402); undue delay (FRE 403). | Relates to fact of consequence in determining action (FRE 401);  failure to specify how testimony causes undue delay (FRE 403). | |
| | 14:21-15:1: Relevance (FRE 402); cumulative, confusing, undue delay (FRE 403). | Relates to fact of consequence in determining action (FRE 401);  failure to specify how testimony is cumulative or causes undue delay (FRE 403); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)). | |
| | 15:2-16:17: Relevance (FRE 402); undue delay (FRE 402). | Relates to fact of consequence in determining action (FRE 401);  failure to specify how testimony causes undue delay (FRE 403). | |
| | 16:18-17:4: Relevance (FRE 402); cumulative (FRE 403); wasting time (FRE 403); hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401);  failure to specify how testimony is cumulative or wastes time (FRE 403); no hearsay statements contained in designated | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | portion (FRE 802). | |
| 17:17-18:4 | 17:20-18:4: Relevance (FRE 402); undue delay (FRE 403). | Relates to fact of consequence in determining action (FRE 401);  failure to specify how testimony causes undue delay (FRE 403). | |
| 18:21-22:16 | 19:2-5: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #4. | Relates to fact of consequence in determining action (FRE 401);  form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); failure to specify how testimony causes  undue delay (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); *see* MIL #4 response. | |
| | 19:6-13: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #4. | Relates to fact of consequence in determining action (FRE 401);  form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); failure to specify how testimony causes  undue delay (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **August 21, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | 403); *see* MIL #4 response. | |
| | 19:14-24: Relevance (FRE 402); undue delay, confusing (FRE 403); MIL #4. | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony causes undue delay (FRE 403); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); *see* MIL #4 response. | |
| | 20:15-21:16: Relevance (FRE 402); undue delay, confusing, prejudicial (FRE 403); MIL #4. | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony causes undue delay (FRE 403); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); *see* MIL #4 response. | |
| | 21:17-23: Relevance (FRE 402); undue delay, confusing, prejudicial (FRE 403); MIL #4. | | |
| | 21:24-22:5: Relevance (FRE 402); undue delay (FRE 403). | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony causes undue delay (FRE 403). | |
| | 22:6-10: Relevance (FRE 402); undue | Relates to fact of consequence in | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | delay (FRE 403).<br><br>22:11-16: Relevance (FRE 402); undue delay (FRE 403). | determining action (FRE 401); failure to specify how testimony causes undue delay (FRE 403). | |
| 22:17-23:21<br><br>23:24-24:7<br><br>24:14-23<br><br>25:3-26:25<br><br>27:3-29:13 | 22:17-23:2: Relevance (FRE 402); cumulative, confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1.<br><br>23:3-7: Relevance (FRE 402); confusing, undue delay (FRE 403); improper foundation for exhibit; MIL #1.<br><br>23:8-15: Relevance (FRE 402); confusing, undue delay (FRE 403); improper foundation for exhibit; MIL #1. | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative or causes undue delay (FRE 403); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); foundation in undesignated portion (7:11 – 8:11) but not required; *see* MIL #1 response.<br><br>Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative or causes undue delay (FRE 403); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); foundation in undesignated portion (7:11 – 8:11) but not required; *see* MIL #1 response. | |

| | PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 21, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 23:16-18: Relevance (FRE 402); cumulative, undue delay (FRE 403).<br><br>23:19-24:13: Vague and ambiguous; calls for speculation; calls for improper opinion; relevance (FRE 402); cumulative, confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1; hearsay (FRE 802).<br><br>24:14-25:2: Relevance (FRE 402); cumulative, confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1.<br><br>25:3-11: Relevance (FRE 402); cumulative, confusing, undue delay (FRE 403); improper foundation for exhibit; MIL #1.<br><br>25:12-18: Relevance (FRE 402); | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative or causes  undue delay (FRE 403).<br><br>Answer shows knowledge and comprehension of question; no opinion given; relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative or causes  undue delay (FRE 403); no exhibit or hearsay in portion; *see* MIL #1 response.<br><br>Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative or causes  undue delay (FRE 403); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); foundation provided; *see* MIL #1 response.<br><br>*See* above. | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | cumulative, confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1; hearsay (FRE 802). <br><br>25:19-25: Relevance (FRE 402); cumulative, confusing, undue delay (FRE 403); improper foundation for exhibit: MIL #1; hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative or causes  undue delay (FRE 403); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); foundation provided; *see* MIL #1 response; policy exhibit not used to prove truth and admissible under FRE 803(6) – 803(8). | |
| | 26: 1-15: Relevance (FRE 402); cumulative, confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1. <br><br>26:16-27:2: Relevance (FRE 402); cumulative, confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1. | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative or causes  undue delay (FRE 403); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); foundation provided; *see* MIL #1 response. <br><br>*See* above. | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 27:3-6: Relevance (FRE 402); cumulative (FRE 403); confusing (FRE 403); undue delay (FRE 403).<br><br>27:7-16: Relevance (FRE 402); cumulative, confusing, undue delay, prejudicial (FRE 403).<br><br><br>27:17-28:3: Relevance (FRE 402); cumulative, confusing, undue delay (FRE 403); improper foundation for exhibit; MIL #1; hearsay (FRE 802).<br><br>28:4-9: Relevance (FRE 402); cumulative, confusing, undue delay (FRE 403); improper foundation for | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative or causes  undue delay (FRE 403); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)).<br><br>Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative or causes  undue delay (FRE 403); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403).<br><br><br>Relates to fact of consequence in determining action (FRE 401);  failure to specify how testimony is cumulative or wastes time (FRE 403); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); no exhibit or | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | exhibit; MIL #1.<br><br>28:10-25: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403).<br><br><br><br><br><br>29:1-3: Relevance (FRE 402); undue delay (FRE 403).<br><br><br>29:4-13: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403). | hearsay statements contained in designated portion (FRE 802); *see* MIL #1 response.<br><br>Relates to fact of consequence in determining action (FRE 401); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); failure to specify how testimony causes  undue delay (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403).<br><br>Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony causes  undue delay (FRE 403).<br><br>Relates to fact of consequence in determining action (FRE 401); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); failure to specify how testimony causes  undue delay (FRE 403); "prejudicial" not valid | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | objection / not unfairly prejudicial (FRE 403). | |
| *23:22-23; 24:8-11* | 23:22-23 - Relevance; counsel testifying (objections only) | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6))** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **September 21, 2012 Deposition** | | | |
| **35:19-24** | Relevance (FRE 402) | Relates to fact of consequence in determining action (FRE 401) | |
| 38:9-39:12 | 38:9-39:9: Relevance (FRE 402); cumulative, undue delay (FRE 403); improper foundation for exhibit; MIL #1.<br><br>39:10-12: Relevance (FRE 402); cumulative; undue delay, prejudicial (FRE 403); hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401);  failure to specify how testimony is cumulative or causes  undue delay (FRE 403); foundation properly laid; *see* MIL #1 response.<br><br>Relates to fact of consequence in determining action (FRE 401);  failure to specify how testimony is cumulative or causes  undue delay (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); no hearsay statements contained in designated portion (FRE 802). | |
| *39:16-40:7* | No witness testimony or Q/A – statement by counsel that is outside scope of designated direct testimony | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | subject matter (FRE 611(b)) and unnecessary for completeness (FRE 106). | | |
| 40:8-22 | 40:8-17: Relevance (FRE 402); undue delay, confusing, prejudicial (FRE 403).<br><br>40:18-22: Relevance (FRE 402); cumulative, undue delay (FRE 403). | Relates to fact of consequence in determining action (FRE 401);  failure to specify how testimony causes  undue delay (FRE 403); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403).<br><br>Relates to fact of consequence in determining action (FRE 401);  failure to specify how testimony is cumulative or causes  undue delay (FRE 403). | |
| 44:10-65:21 | | [Global response to all objections for this citation]: | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6))** <br><br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br><br> **September 21, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | Entire portion relates to fact of consequence in determining action (FRE 401);  failure to specify how any testimony is cumulative or causes undue delay or confusion of issues (FRE 403); "prejudicial" not valid objection / no portion is unfairly prejudicial (FRE 403); no form objections asserted at deposition and are waived (FRCP 32(d)(3)(b)). <br><br> [Specific additional responses provided when appropriate below:] | |
| | 44: 10-17: Relevance (FRE 402); undue delay, confusion of issues (FRE 403). <br><br> 44:21-24: Relevance (FRE 402); cumulative, undue delay (FRE 403). <br><br> 44:25-45:10: Relevance (FRE 402); cumulative, undue delay (FRE 403); improper foundation for exhibit; MIL | Foundation in prior deposition in undesignated portion (7:11 – 8:11) and not required; *see* MIL #1 response. | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6))** <br><br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br><br> **September 21, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | #1. <br><br> 45:11-15: Relevance (FRE 402); cumulative, undue delay (FRE 403). <br><br> 45:16-18: Relevance (FRE 402); cumulative, undue delay (FRE 403). <br><br> 45:19-22: Relevance (FRE 402); cumulative, undue delay (FRE 403). <br><br> 45:23-46:7: Relevance (FRE 402); cumulative, undue delay (FRE 403). <br><br> 46:8-21: Relevance (FRE 402); cumulative, confusing, undue delay (FRE 403). <br><br> 46:22-47:1: Relevance (FRE 402); cumulative, confusing, undue delay (FRE 403). <br><br> 47:2-14: Relevance (FRE 402); cumulative, undue delay (FRE 403); | Foundation in prior deposition in undesignated portion (7:11 – 8:11) and | |

| | PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 21, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | improper foundation for exhibit; MIL #1.<br><br>47:15-23: Relevance (FRE 402); cumulative, confusing, undue delay (FRE 403).<br><br>47:24-48:2: Relevance (FRE 402); cumulative, undue delay, prejudicial (FRE 403).<br><br>48: 3-5: Relevance (FRE 402); confusing, undue delay (FRE 403).<br><br>48:6-12: Relevance (FRE 402); cumulative, confusing, undue delay, prejudicial (FRE 403).<br><br>48:13-19: Relevance (FRE 402); cumulative, confusing, undue delay (FRE 403).<br><br>48:20-22: Relevance (FRE 402); | not required; *see* MIL #1 response. | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | confusing, undue delay (FRE 403).<br><br>48:23-49:3: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403).<br><br>49:4-22: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403).<br><br>*49:23-50:11*: Relevance (FRE 402); cumulative, confusing, undue delay (FRE 403); improper foundation for exhibit; MIL #1.<br><br>50:12-22: Relevance (FRE 402); cumulative, confusing ,undue delay (FRE 403).<br><br>50:23-51:8: Relevance (FRE 402); cumulative, confusing, undue delay (FRE 403).<br><br>51:9-12: Relevance (FRE 402); | Foundation in prior deposition in undesignated portion (7:11 – 8:11) and not required; *see* MIL #1 response. | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | confusing, undue delay, prejudicial (FRE 403).<br><br>51:13-23: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403).<br><br>51:24-52:2: Relevance (FRE 402); cumulative, confusing, undue delay, (FRE 403).<br><br>52:3-13: Relevance (FRE 402); cumulative, confusing, undue delay, (FRE 403).<br><br>52:14-16: Relevance (FRE 402); cumulative, confusing, undue delay, (FRE 403).<br><br>52:17-53:1: Relevance (FRE 402); cumulative, confusing, undue delay, (FRE 403).<br><br>53:2-11:  Relevance (FRE 402); | | |

| | PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 21, 2012 Deposition | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | cumulative, confusing, undue delay, (FRE 403). | | |
| | 53:12-18: Relevance (FRE 402); cumulative, confusing, undue delay, (FRE 403). | | |
| | 53:19-22: Relevance (FRE 402); cumulative, confusing, undue delay, (FRE 403). | | |
| | 53:23-54:4: Relevance (FRE 402); cumulative, confusing, undue delay, (FRE 403). | | |
| | 54:5-8: Relevance (FRE 402); cumulative, confusing, undue delay, (FRE 403). | | |
| | 54:9-12: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403). | | |
| | 54:13-15: Relevance (FRE 402); | | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | confusing, undue delay, prejudicial (FRE 403).<br><br>54:16-20: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403).<br><br>54:21-55:1: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403).<br><br>55:2-4: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403).<br><br>55:5-18: Relevance (FRE 402); cumulative, confusing, undue delay, prejudicial (FRE 403).<br><br>55:19-56:12: Relevance (FRE 402); cumulative, confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit: MIL #1. | Foundation in prior deposition in undesignated portion (7:11 – 8:11) and not required; *see* MIL #1 response. | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | 56:7-16: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #4. | *See* MIL #4 response. | |
| | 56:17-57:9: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); MIL #4. | *See* MIL #4 response. | |
| | 57:10-17: Relevance (FRE 402); cumulative; confusing, undue delay (FRE 403). | | |
| | 57:18-58:9: Relevance (FRE 402); cumulative, confusing, undue delay, (FRE 403); MIL #4; hearsay (FRE 802). | *See* MIL #4 response; no hearsay statements contained in designated portion (FRE 802). | |
| | 58:10-19: Relevance (FRE 402); cumulative; confusing, undue delay (FRE 403). | | |
| | 59:6-60:1:  Relevance (FRE 402); cumulative; confusing, undue delay (FRE 403). | | |

**PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6))**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**September 21, 2012 Deposition**

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 60:2-11: Relevance (FRE 402); cumulative; confusing, undue delay (FRE 403).<br><br>60:12-61:1: Relevance (FRE 402); cumulative; confusing, undue delay (FRE 403).<br><br>61:2-7: Relevance (FRE 402); cumulative; confusing, undue delay (FRE 403).<br><br>61:8-14: Relevance (FRE 402); cumulative; confusing, undue delay, prejudicial (FRE 403).<br><br>61:15-62:9: Relevance (FRE 402); cumulative; confusing, undue delay, prejudicial (FRE 403).<br><br>62:10-63:11: Relevance (FRE 402); cumulative; confusing, undue delay, prejudicial (FRE 403). | | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 63:12-18: Relevance (FRE 402); cumulative; confusing, undue delay, prejudicial (FRE 403).<br><br>63:19-64:8: exhibits: Relevance (FRE 402); cumulative; confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1.<br><br>64:9-25: Relevance (FRE 402); cumulative; confusing, undue delay, prejudicial (FRE 403).<br><br>65:1-5: Relevance (FRE 402); cumulative; confusing, undue delay, prejudicial (FRE 403): improper foundation for exhibit; MIL #1.<br><br>65:6-21: Relevance (FRE 402); cumulative; confusing, undue delay, prejudicial (FRE 403). | Foundation in prior deposition in undesignated portion (7:11 – 8:11) and not required; *see* MIL #1 response.<br><br><br><br><br><br>Foundation in prior deposition in undesignated portion (7:11 – 8:11) and not required; *see* MIL #1 response. | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 66:7-20 | 66: 7-15: Relevance (FRE 402); cumulative; confusing, undue delay, prejudicial (FRE 403); hearsay (FRE 802).<br><br>66:16-20: Relevance (FRE 402); cumulative; confusing, undue delay, prejudicial (FRE 403). | Relates to fact of consequence in determining action (FRE 401);  failure to specify how testimony is cumulative or causes undue delay (FRE 403); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); no hearsay statements contained in designated portion (FRE 802).<br><br>Relates to fact of consequence in determining action (FRE 401);  failure to specify how testimony is cumulative or causes undue delay (FRE 403); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403). | |
| 68:16-72:11 | | [Global response to all objections for this citation]: | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 68:16-18: Relevance (FRE 402); cumulative; confusing, undue delay, (FRE 403); improper foundation for exhibit; MIL #1; hearsay (FRE 802). 68:19-71:5: Relevance (FRE 402); cumulative; confusing, undue delay, (FRE 403); hearsay (FRE 802). | Entire portion relates to fact of consequence in determining action (FRE 401);  failure to specify how any testimony is cumulative or causes undue delay (FRE 403); "prejudicial" not valid objection / no portion is unfairly prejudicial (FRE 403); no form objections asserted at deposition and are waived (FRCP 32(d)(3)(b)); no hearsay statements contained in designated portion (FRE 802). [Specific additional responses provided when appropriate below:] Foundation in prior deposition in undesignated portion (7:11 – 8:11) and not required; *see* MIL #1 response. | |

| | PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 21, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 71:6-16: Relevance (FRE 402); cumulative; confusing, undue delay, (FRE 403); hearsay (FRE 802). 71:17-19: Relevance (FRE 402); cumulative; confusing, undue delay, (FRE 403); hearsay (FRE 802). 71:20-23: Relevance (FRE 402); cumulative; confusing, undue delay, prejudicial (FRE 403); hearsay (FRE 802). 71:24-72:7: Relevance (FRE 402); confusing, undue delay, (FRE 403); hearsay (FRE 802). 72:8-11: Relevance (FRE 402); undue delay (FRE 403). | | |
| 72:23-73:8 | Relevance (FRE 402); cumulative, confusing, undue delay, prejudicial | Relates to fact of consequence in determining action (FRE 401);  failure to | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | (FRE 403); improper foundation for exhibit; MIL #1. | specify how testimony is cumulative or causes undue delay (FRE 403); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); Foundation in prior deposition in undesignated portion (7:11 – 8:11) and not required; *see* MIL #1 response. | |
| 73:21-75:9 | 73:21-74:1: Relevance (FRE 402); cumulative, confusing, undue delay; prejudicial (FRE 403).<br><br>74:2-5: Relevance (FRE 402); cumulative, confusing, undue delay; prejudicial (FRE 403).<br><br>74:6-10: Relevance (FRE 402); confusing, undue delay; prejudicial (FRE 403).<br><br>74:11-23: Relevance (FRE 402); | [Global response to all objections for this citation]:<br><br>Entire portion relates to fact of consequence in determining action (FRE 401);  failure to specify how any testimony is cumulative or causes undue delay (FRE 403); "prejudicial" not valid objection / no portion is unfairly prejudicial (FRE 403); no form objections asserted at deposition and are waived (FRCP 32(d)(3)(b). | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | confusing, undue delay; prejudicial (FRE 403).<br><br>74:24-75:2: Relevance (FRE 402); confusing, undue delay; prejudicial (FRE 403).<br><br>75:3-5: Relevance (FRE 402); confusing, undue delay; prejudicial (FRE 403).<br><br>75:6-9: Relevance (FRE 402); confusing, undue delay; prejudicial (FRE 403). | | |
| 76:11-78:1 | | [Global response to all objections for this citation]:<br><br>Entire portion relates to fact of consequence in determining action (FRE 401);  failure to specify how any testimony is cumulative or causes undue delay (FRE 403); "prejudicial" not valid objection / no portion is unfairly | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | prejudicial (FRE 403); no form objections asserted at deposition and are waived (FRCP 32(d)(3)(b)). [Specific additional responses provided when appropriate below:] | |
| | 76:11-21: Relevance (FRE 402); confusing, undue delay; prejudicial (FRE 403). | | |
| | 76:22-77:6: Relevance (FRE 402); confusing, undue delay; prejudicial (FRE 403). | | |
| | 77:7-16: Relevance (FRE 402); cumulative, confusing, undue delay; prejudicial (FRE 403); improper foundation for exhibit; MIL #1. | Foundation in prior deposition in undesignated portion (7:11 – 8:11) and not required; *see* MIL #1 response. | |
| | 77:17-23:  Relevance (FRE 402); cumulative; confusing, undue delay; | | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6))** | | | |
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **September 21, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | prejudicial (FRE 403). <br><br> 77:24-78:1: Relevance (FRE 402); cumulative, confusing, undue delay; prejudicial (FRE 403); improper foundation for exhibit; MIL #1. | Foundation in prior deposition in undesignated portion (7:11 – 8:11) and not required; *see* MIL #1 response. | |
| 78:19-79:25 | 78:19-79:8: Relevance (FRE 402); cumulative, confusing, undue delay; prejudicial (FRE 403); improper foundation for exhibit; MIL #1. <br><br> 79:9-16: Relevance (FRE 402); cumulative, confusing, undue delay; prejudicial (FRE 403); improper foundation for exhibit; MIL #1. <br><br> 79:17-25: Relevance (FRE 402); cumulative, confusing, undue delay; prejudicial (FRE 403); improper foundation for exhibit; MIL #1. | [Global response to all objections for this citation]: <br><br> Entire portion relates to fact of consequence in determining action (FRE 401);  failure to specify how any testimony is cumulative or causes undue delay (FRE 403); "prejudicial" not valid objection / no portion is unfairly prejudicial (FRE 403); no form objections asserted at deposition and are waived (FRCP 32(d)(3)(b)); foundation in prior deposition in undesignated portion (7:11 – 8:11) and not required; *see* MIL #1 response. | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 21, 2012 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 82:12-83:24 | Relevance (FRE 402); cumulative, confusing, undue delay; prejudicial (FRE 403). | Relates to fact of consequence in determining action (FRE 401);  failure to specify how testimony is cumulative or causes undue delay (FRE 403); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403). | |
| 86:7-12 | Relevance (FRE 402); confusing, undue delay; prejudicial (FRE 403); hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401);  failure to specify how testimony causes undue delay (FRE 403); form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); no hearsay statements contained in designated portion (FRE 802). | |
| 86:17-87:3; 87:6-25; | | [Global response to all objections for this citation]: | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 88:3-89:11; | | Entire portion relates to fact of consequence in determining action (FRE 401); failure to specify how any testimony is cumulative or causes undue delay (FRE 403); "prejudicial" not valid objection / no portion is unfairly prejudicial (FRE 403); no hearsay statements contained in designated portion (FRE 802).<br><br>[Specific additional responses provided when appropriate below:] | |
| | 86:17-25: Relevance (FRE 402); confusing, undue delay (FRE 403); hearsay (FRE 802). | Form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)). | |
| | 87:1-8: Vague and ambiguous; calls for speculation; relevance (FRE 402); cumulative (FRE 403); undue delay (FRE403); hearsay (FRE 802). | Answer shows understanding of question (*see* 34:19-24) and no speculation; | |
| | 87:9-17: Relevance (FRE 402); cumulative (FRE 403); undue delay | | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | (FRE 403); hearsay (FRE 802). | | |
| | 87:18-23: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); hearsay (FRE 802). | Form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)). | |
| | 87:24-88:5: Calls for speculation; vague and ambiguous; assumes facts; relevance (FRE 402); cumulative (FRE 403); undue delay (FRE 403); hearsay (FRE 802) | | |
| | 88:6-12: Relevance (FRE 402); confusing; undue delay, prejudicial (FRE 403); hearsay (FRE 802). | Form objection not asserted at deposition and waived (FRCP 32(d)(3)(b)). | |
| *87:4-5* | Relevance; counsel testifying (objections only) | | |
| 89:21-24 | 89:21-24: Relevance (FRE 402) undue delay (FRE 403). | Relates to fact of consequence in determining action (FRE 401);  failure to specify how testimony causes undue | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | delay (FRE 403). | |
| *89:25-90:4* | | | |
| 91:3-93:2 | 91:3-25: Relevance (FRE 402); cumulative, confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1.<br><br>92:1-6: Relevance (FRE 402); confusing; undue delay, prejudicial (FRE 403).<br><br>92:7-12:  Relevance (FRE 402); cumulative, confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1.<br><br>92:13-93:2: Relevance (FRE 402); cumulative, confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1. | [Global response to all objections for this citation]:<br><br>Entire portion relates to fact of consequence in determining action (FRE 401);  failure to specify how any testimony is cumulative or causes undue delay (FRE 403); "prejudicial" not valid objection / no portion is unfairly prejudicial (FRE 403); no form objections asserted at deposition and are waived (FRCP 32(d)(3)(b)); foundation stipulated by counsel in undesignated portion (90:13 – 90:24) and not required; *see* MIL #1 response. | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 93:18-94:6 | Relevance (FRE 402); confusing; undue delay, prejudicial (FRE 403). | Relates to fact of consequence in determining action (FRE 401);  failure to specify which portion of testimony was confusing or how testimony causes undue delay (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403). | |
| 96:8-10; 96:12-13; 96:15-17; 96:19-23; 96:25-97:1; 97:4-5; 97:8-10; 97:15  97:21-24; 98:2; | 96:8-15: Beyond scope; argumentative; assumes facts; leading; relevance (FRE 402); cumulative, confusing, undue delay, prejudicial (FRE 403); hearsay (FRE 802).  96:16-20: Beyond scope; assumes facts; leading; vague and ambiguous; argumentative; relevance (FRE 402); cumulative, confusing, undue delay, prejudicial (FRE 403); hearsay (FRE 802).  96:21-24: Beyond scope; argumentative; assumes facts; leading; calls for | [Global response to all objections for this citation]:  Questions within scope of matters for testimony (FRCP 30(b)(6)); answers show understanding of question (*see* 34:19-24) and no speculation or assuming of facts; leading allowed with witness identified with adverse party (FRE 611(c)(2)); relates to fact of consequence in determining action (FRE 401)failure to specify how any testimony is cumulative or causes undue delay (FRE 403); prejudicial" not valid objection / no portion is unfairly | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 21, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | speculation; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); hearsay (FRE 802). 96:25-97:8: Beyond scope; asked and answered; argumentative; assumes facts; relevance (FRE 402); confusing; undue delay, prejudicial (FRE 403); hearsay (FRE 802). 97:9-15: Beyond scope; asked and answered; argumentative; assumes facts; relevance (FRE 402); confusing; undue delay, prejudicial (FRE 403); hearsay (FRE 802). 97:12-98:2: Beyond scope; asked and answered; argumentative; assumes facts; relevance (FRE 402); confusing; undue delay, prejudicial (FRE 403); hearsay (FRE 802). | prejudicial (FRE 403); no hearsay statements contained in designated portion (FRE 802). | |
| *96:11; 96:14;* | Relevance; counsel testifying | | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 21, 2012 Deposition | | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| *96:18; 96:24; 97:2; 97:6; 97:11-14; 97:25* | (objections only) | | |
| 98:9-16<br><br>98:19-99:25 | 98:7-14: Relevance (FRE 402); confusing, undue delay, prejudicial | [Global response to all objections for this citation]:<br><br>Relates to fact of consequence in determining action (FRE 401); failure to specify how any testimony is cumulative or causes undue delay (FRE 403); prejudicial" not valid objection / no portion is unfairly prejudicial (FRE 403); no hearsay statements contained in designated portion (FRE 802).<br><br>[Specific additional responses provided when appropriate below:]<br><br>No form objections asserted at deposition and are waived (FRCP 32(d)(3)(b)); s*ee* MIL #3 response. | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | (FRE 403); MIL #3; hearsay (FRE 802).<br><br>98:15-19: Vague and ambiguous; counsel testifying; asked and answered; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); hearsay (FRE 802).<br><br>98:20-25: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1; MIL#4; hearsay (FRE 802).<br><br>99:1-4: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1; MIL#4; hearsay (FRE 802).<br><br>99:5-7: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1; MIL#4; hearsay (FRE | Answer shows understanding of question (*see* 34:19-24) and adoption thereof.<br><br>No form objections asserted at deposition and are waived (FRCP 32(d)(3)(b)); *see* MIL #1, 4 responses.<br><br>No form objections asserted at deposition and are waived (FRCP 32(d)(3)(b)); *see* MIL #1, 4 responses.<br><br>No form objections asserted at deposition and are waived (FRCP 32(d)(3)(b)); *see* MIL #1, 4 responses. | |

**PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6))**

(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)

September 21, 2012 Deposition

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | 802). | No form objections asserted at deposition and are waived (FRCP 32(d)(3)(b)); *see* MIL # 4 response. | |
| | 99:8-10: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL#4; hearsay (FRE 802). | No form objections asserted at deposition and are waived (FRCP 32(d)(3)(b)). | |
| | 99:11-15: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); hearsay (FRE 802). | No form objections asserted at deposition and are waived (FRCP 32(d)(3)(b)). | |
| | 99:16-18: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); hearsay (FRE 802). | No form objections asserted at deposition and are waived (FRCP 32(d)(3)(b)); foundation in prior deposition in undesignated portion (7:11 – 8:11) and not required; *see* MIL #1 response. | |
| | 99:19-22: Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); improper foundation for exhibit; MIL #1; hearsay (FRE 802). | No form objections asserted at deposition and are waived (FRCP 32(d)(3)(b)); foundation in prior deposition in undesignated portion (7:11 – 8:11) and not required; *see* MIL #1 response. | |
| | 99:23-25: Relevance (FRE 402); confusing, undue delay, prejudicial | | |

| PLAINTIFFS' DESIGNATION OF CAROL PEARSON (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 21, 2012 Deposition | | | |
| **Page/Line Cite** | **Objection** **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | (FRE 403); improper foundation for exhibit; MIL #1; hearsay (FRE 802). | | |
| *98:17* | Relevance; counsel testifying (objections only) | | |

| | PLAINTIFFS' DESIGNATION OF RICHARD PRATT | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | November 7, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 9:23-24 | Relevance (FRE 402); wastes time (FRE 403). | Relates to fact of consequence in determining action (identity of witness) (FRE 401); failure to explain why identity of witness is waste of time. | |
| 13:2-7 | Relevance (FRE 402); wastes time (FRE 403); completeness (FRE 106). | Relates to fact of consequence in determining action (identity of witness) (FRE 401); Failure to explain why identity of witness is waste of time; not objecting to additional designation below on completeness. | |
| *17:5-9* | | | |
| 17:10-17 | Completeness (FRE 106). | Not objecting to additional designation above and below on completeness. | |
| *17:18-23* | | | |
| 24:19-22; | Relevance (FRE 402); wastes time (FRE 403); argumentative; compound; | Relates to fact of consequence in determining action (admission of party) | |

| | PLAINTIFFS' DESIGNATION OF RICHARD PRATT | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | November 7, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 24:24-25 | confusing; calls for speculation; lack of personal knowledge (FRE 602). | (FRE 401); Response demonstrates witness' understanding  (FRE 401), *see* 8:7-13. | |
| 30:17-20; 30:22-23 | Relevance (FRE 402); wastes time (FRE 403); vague; ambiguous; foundation. | Relates to fact of consequence in determining action (party admission) (FRE 401); Failure to explain why identity of witness is waste of time. Foundation laid at 29:15-18. Response demonstrates witness' understanding (FRE 401), *see* 8:7-13. | |
| 32:15-18; 32:20 | Lacks personal knowledge (FRE 602); vague; ambiguous; foundation; counsel is testifying. | Relates to fact of consequence in determining action (party admission) (FRE 401);  Foundation laid at 29:15-18. Leading questions permissible for hostile witness (FRE 611). | |
| 36:1-3; | 36:1-5:  Relevance (FRE 402); calls for improper expert opinion (FRE 702); improper lay opinion (FRE 701); vague; | 36:1-20:  Relates to fact of consequence in determining action (defendants' obligation to provide constitutional level | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| November 7, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 36:5-7;<br><br>36:9-10;<br><br>36:12-13;<br><br>36:15-18;<br><br>36:20 | ambiguous; foundation; wastes time (FRE 403).<br><br>36:6-9:  Relevance (FRE 402); calls for improper expert opinion (FRE 702); improper lay opinion (FRE 701); vague; ambiguous; foundation; completeness (FRE 106); wastes time (FRE 403).<br><br>36:10-16:  Relevance (FRE 402); calls for improper expert opinion (FRE 702); improper lay opinion (FRE 701); vague; ambiguous; foundation; completeness (FRE 106); wastes time (FRE 403).<br><br>36:17-20:  Relevance (FRE 402); calls for improper expert opinion (FRE 702); improper lay opinion (FRE 701); vague; ambiguous; foundation; completeness (FRE 106); wastes time (FRE 403). | of care) (FRE 401); Opinion rationally based on witness's perception as Interim Division Director (FRE 701); Response demonstrates witness' understanding (FRE 401), *see* 8:7-13; Failure to explain why exchange wastes time. | |
| *36:4; 36:8; 36:14; 36:19* | Relevance; counsel testifying (objections only) | | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **November 7, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 40:6-9;<br><br>40:11 | Relevance (FRE 402); calls for improper expert opinion (FRE 702); improper lay opinion (FRE 701); vague; ambiguous; foundation; completeness (FRE 106); wastes time (FRE 403). | Relates to fact of consequence in determining action (staffing) (FRE 401); Opinion rationally based on witness's perception as Interim Division Director (FRE 701); Response demonstrates witness' understanding  (FRE 401), *see* 8:7-13; Failure to explain why exchange wastes time. | |
| 40:25-41:2 | Lacks personal knowledge (FRE 403); relevance (FRE 402); wastes time (FRE 403). | Opinion rationally based on witness's perception as Interim Division Director (FRE 701); Relates to fact of consequence in determining action (staffing) (FRE 401); Failure to explain why exchange wastes time. | |
| 47:20:25 | Relevance (FRE 402); wastes time (FRE 403); prejudicial (FRE 403). | Relates to fact of consequence in determining action (Quality management) (FRE 401); Failure to | |

| | PLAINTIFFS' DESIGNATION OF RICHARD PRATT | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | November 7, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | explain why exchange wastes time; "prejudicial" not valid objection / not unfairly prejudicial (FRE 403). | |
| 64:4-5 | Relevance (FRE 402); wastes time (FRE 403); prejudicial (FRE 403). | Relates to fact of consequence in determining action (Corrective action) (FRE 401); Failure to explain why exchange wastes time; "prejudicial" not valid objection / not unfairly prejudicial (FRE 403). | |
| 75:13-15; 75:17 | Vague; ambiguous; foundation; MIL #4. | Response demonstrates witness' understanding (FRE 401), *see* 8:7-13; Foundation at 13:2-7; See response to MIL # 4. | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 24, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 4:12 – 4:17 | | | |
| *4:18-25* | | | |
| **5:11 – 5:18** | Relevance (FRE 402); prejudicial; waste of time (FRE 403) | Relates to fact of consequence related to Defendants' counter-designations and objections (FRE 611(b)); failure to specify how testimony is waste of time (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403). | |
| 8:1 – 8:3; 8:5 – 8:12; 8:14 – 8:19 | 8:1-8: Compound; vague and ambiguous; relevance (FRE 402); waste of time (FRE 403).<br><br>8:9-16: Cumulative (FRE 403). | Answer shows understanding of question (5:11 – 5:18); relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is waste of time (FRE 403).<br><br>Failure to specify how testimony is cumulative (FRE 403). | |
| 9:2 – 9:6; | Completeness (FRE 106); vague and ambiguous; compound; relevance (FRE | Failure to specify additional testimony for completeness (FRE 106); answer | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **July 24, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 9:8 – 9:12 | 402) prejudicial; waste of time and cumulative (FRE 403); lacks personal knowledge (FRE 602). | shows understanding of question (5:11 – 5:18); relates to fact of consequence in determining action (FRE 401); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); failure to specify how testimony is cumulative or waste of time (FRE 403); question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| [Exs. 572 & 573] 13:21 – 15:23 | 13:21-25: MIL #1.  13:21-14:15: MIL #5.  14:25-15:1: Relevance (FRE 402).  15:2-15: MIL #2. | *See* MIL #1 response.  *See* MIL #5 response.  Included for completeness.  *See* MIL #2 response. | |
| 28:5 – 28:12 | 28:5-8: Cumulative (FRE 403). | Failure to specify how testimony is | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 24, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|  | 28:9-12: Cumulative FRE 403); lacks personal knowledge (FRE 602). | cumulative (FRE 403).<br><br>Failure to specify how testimony is cumulative (FRE 403); question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). |  |
| 32:20 – 32:24; 33:2 – 34:1 | 32:20-33:5: Lacks personal knowledge (FRE 602); relevance (FRE 402); prejudicial; waste of time; cumulative (FRE 403).<br><br><br><br><br><br>33:2-5: Lacks personal knowledge (FRE 602). | Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006); relates to fact of consequence in determining action (FRE 401); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); failure to specify how testimony is cumulative or waste of time (FRE 403).<br><br>Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). |  |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 24, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 33:18-34:1: Lacks personal knowledge (FRE 602). | Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| | 33:20-34:1: Cumulative (FRE 403). | Failure to specify how testimony is cumulative (FRE 403). | |
| 35:11 – 36:8; 36:10 – 36:19; 36:21 – 36:23 | 36:5-6: Relevance (FRE 402); prejudicial (FRE 403). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403). | |
| | 36:7-11: Lacks personal knowledge (FRE 602). | Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| | 36:12-14: Relevance (FRE 402); prejudicial (FRE 403). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403). Answer shows understanding of question | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 24, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 36:15-21: Compound; vague and ambiguous; argumentative; counsel is testifying; prejudicial; confusing; cumulative (FRE 403). | (5:11 – 5:18); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); failure to specify how testimony is cumulative (FRE 403). | |
| 39:15 – 40:11; 40:13 – 40:16; 40:18 – 40:21 | 39:22-24: Relevance (FRE 402); prejudicial (FRE 403). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403). | |
| | 40:8-15: Completeness (FRE 106); compound; vague and ambiguous; misstates evidence. | Failure to specify additional testimony for completeness (FRE 106); answer shows understanding of question (5:11 – 5:18). | |
| | 40:16-18: Vague and ambiguous. | Answer shows understanding of question (5:11 – 5:18). | |
| | 40:19-21: Relevance (FRE 402); prejudicial; cumulative (FRE 403). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); failure to | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 24, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | specify how testimony is cumulative (FRE 403). | |
| 43:7 – 43:11 | | | |
| 51:15 – 51:20; 51:22 – 52:8 | 51:15-24: Completeness (FRE 105); counsel is testifying; compound; vague and ambiguous; lacks personal knowledge (FRE 602). | Failure to specify additional testimony for completeness (FRE 106); answer shows understanding of question (5:11 – 5:18); question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| *52:22-25* | | | |
| *53:1-12* | | | |
| 54:15 – 54:18; 54:20 – 54:23; 54:25 | 54:15-21: Completeness (FRE 106); compound; misstates evidence. | Failure to specify additional testimony for completeness (FRE 106); answer shows understanding of question (5:11 – 5:18). | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 24, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 54:22-25: Completeness (FRE 106); vague and ambiguous; misstates evidence; assumes facts. | Failure to specify additional testimony for completeness (FRE 106); answer shows understanding of question (5:11 – 5:18). | |
| *55:1-5* | | | |
| 55:9 – 56:1; 56:3 – 56:24; 57:2 – 57:4 | 55:15-18: Cumulative (FRE 403). <br><br> 55:19-20: Cumulative (FRE 403). <br><br> 55:25-56:4: Completeness (FRE 106); improper lay opinion (FRE 701); improper expert opinion (FRE 702); lacks personal knowledge (FRE 602). | Failure to specify how testimony is cumulative (FRE 403). <br><br> Failure to specify how testimony is cumulative (FRE 403). <br><br> Failure to specify additional testimony for completeness (FRE 106); lay opinon based on witness' perception, helpful to determining facts in issue, and specialized knowledge not required (FRE 701); not offering as expert opinion; question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6))** <br><br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br><br> **July 24, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | 56:17-20: Cumulative; prejudicial (FRE 403). | (N.D. Cal. 2006). <br><br> Failure to specify how testimony is cumulative (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403). | |
| | 56:21-57:4: Completeness (FRE 106); vague and ambiguous; improper lay opinion (FRE 701); improper expert opinion (FRE 702); lacks personal knowledge (FRE 602). | Failure to specify additional testimony for completeness (FRE 106); answer shows understanding of question (5:11 – 5:18); lay opinon based on witness' perception, helpful to determining facts in issue, and specialized knowledge not required (FRE 701); not offering as expert opinion; question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| 59:3 – 59:7 | | | |

| | PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | July 24, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *60:8-15* | Outside scope of designated direct testimony subject matter (FRE 611(b)) and unnecessary for completeness (FRE 106). | | |
| *60:20-25* | | | |
| *61:1-13* | | | |
| *61:15-18* | | | |
| 61:19 – 62:1; 62:3 – 62:10; 62:12 – 62:22; 62:25 – 63:4; 63:6 | 61:19-62:6: Completeness (FRE 106); compound; vague and ambiguous; counsel is testifying; cumulative; prejudicial (FRE 403).<br><br>62:7-15: Completeness (FRE 106); compound; vague and ambiguous; calls for speculation; cumulative; | No objection to above for completeness; answer shows understanding of question (5:11 – 5:18);  failure to specify how testimony is cumulative (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403).<br><br>No objection to above for completeness; answer shows understanding of question (5:11 – 5:18);  failure to specify how testimony is cumulative (FRE 403); | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 24, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|  | 62:20-63:1: Completeness (FRE 106); compound; vague and ambiguous; calls for speculation; relevance (FRE 402); cumulative; confusing; prejudicial (FRE 403); lacks personal knowledge (FRE 602). | "prejudicial" not valid objection / not unfairly prejudicial (FRE 403).<br><br>No objection to above for completeness; answer shows understanding of question (5:11 – 5:18);  relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).  |  |
|  | 63:2-6: Completeness (FRE 106); relevance (FRE 402); cumulative; prejudicial (FRE403); lacks personal knowledge (FRE 602). | No objection to above for completeness; relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 |  |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| July 24, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | (N.D. Cal. 2006). | |
| *70:18-25; 71:1-23* | 71:2 (after the word "No.") – 71:23: non-responsive and outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106). | | |
| 72:2 – 72:9 | Cumulative; prejudicial (FRE 403). | Failure to specify how testimony is cumulative (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403). | |
| *73:9-20; 73:22-25; 74:1-8* | 73:17-20, 22 (up to "Yes."): leading; cumulative (FRE 403).<br><br>73:22 (after "Yes.") – 74:8. Non-responsive, outside scope of designated direct testimony subject matter (FRE 611(b)) and unnecessary for completeness (FRE 106); topic precluded per Dkt. No. 871. | | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **July 24, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *84:1-6*<br><br>*84:8* | | | |
| 84:9 – 84:20 | 84:9-16: Relevance (FRE 402); cumulative; prejudicial (FRE 403). | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403). | |

| | PLAINTIFFS' DESIGNATION OF RICHARD PRATT | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 1, 2014 Deposition | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| 4:10-12 | | | |
| 7:6-23 | | | |
| 8:15-9:13 | | | |
| 9:20-13:19 | | | |
| 15:18-23 | Completeness (FRE 106) | Failure to specify how testimony is incomplete (FRE 106) | |
| *16:5-10* | | | |
| 17:1-18:8  18:10-21:15 | 18:5-10 Vague, assumes facts not in evidence. | Answer shows understanding of question, see 8:11-16 | |
| *18:9* | Relevance; counsel testifying (objections only) | | |

| | PLAINTIFFS' DESIGNATION OF RICHARD PRATT | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **August 1, 2014 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *21:18-20* | | | |
| 22:12-23:2 | | | |
| 23:8-11 | | | |
| 23:16-24:10 | | | |
| 25:3-15 | | | |
| 25:22-27:12 | | | |
| *27:13-15* | | | |
| 28:15-30:2 | 28:15-19 Lacks personal knowledge (FRE 602)<br><br>29:24-30:1 Completeness (FRE 106) | Question within scope of matters for testimony (FRCP 30(b)(6))<br><br>Failure to specify how testimony is incomplete (FRE 106) | |

| | PLAINTIFFS' DESIGNATION OF RICHARD PRATT | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 1, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *30:3-11* | | | |
| 30:12-31:5 | 30:12-19 Lacks personal knowledge (FRE 602) | Question within scope of matters for testimony (FRCP 30(b)(6)) | |
| *34:9-21* | | | |
| 36:23-38:12 | | | |
| 38:21-40:4 *40:5-5* 40:6-42:10 | 39:25-40:4 Vague, assumes facts not in evidence, compound question; completeness (FRE 106). | Failure to specify how testimony is incomplete (FRE 106); Answer shows understanding of question, see 40:5-10. | |
| 42:18-43:10 | | | |
| 43:14-44:12 | | | |
| 45:3-46:15 | | | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 47:4-7 | | | |
| *47:8-14* | | | |
| 47:15-51:18 | | | |
| *52:5-8* | | | |
| 53:17-54:8 | | | |
| 58:1-59:4 | | | |
| *59:5-11* | | | |
| 60:2-24 | | | |
| *60:25-61:14* | | | |
| 62:12-63:9 | | | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 64:5-69:7 | | | |
| *69:8-24* | | | |
| 69:25-70:10 | | | |
| 70:17-71:3 | | | |
| *71:4-10* | | | |
| 71:11-18 | | | |
| *71:19-21* | | | |
| 71:24-72:23 | | | |
| *72:24-73:9* | | | |
| *73:16-24* | | | |

| | PLAINTIFFS' DESIGNATION OF RICHARD PRATT | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **August 1, 2014 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 73:25-75:8 | | | |
| *75:9-15* | | | |
| 75:22-76:11 | | | |
| *76:12-77:12* | | | |
| *77:19-78:5* | | | |
| 78:6-79:5 | | | |
| 79:12-82:22 | | | |
| 85:19-86:2<br><br>86:8-89:14 | Prejudicial, waste of time (FRE 403) | Not unfairly prejudicial or waste of time (FRE 403). | |
| *86:3-7* | | | |

| | PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 7, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 8:25-9:3 | 8:24-9:3:  Relevance (FRE 402); wastes time (FRE 403). | Relevant at least to the deponent's role in ADC's healthcare administration system and foundation for later questioning. Defendants fail to specify how this testimony wastes time. | |
| 9:14-16 | Relevance (FRE 402); wastes time (FRE 403). | Relevant at least to the deponent's role as 30(b)(6) designee and foundation for later questioning. Defendants fail to specify how this testimony wastes time. | |
| 9:23-10:7 | Relevance (FRE 402); wastes time (FRE 403). | Relevant at least to the deponent's role as 30(b)(6) designee and foundation for later questioning. Defendants fail to specify how this testimony wastes time. | |
| 10:14-11:17 | Relevance (FRE 402); wastes time (FRE 403). | Relevant at least to the deponent's role as 30(b)(6) designee and foundation for later questioning. Defendants fail to specify how this testimony wastes time. | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 12:23-13:1; 13:3-9 | | | |
| 13:17-14:5; 14:8 | 14:4-8: Calls for speculation; lacks personal knowledge (FRE 602); vague; ambiguous; foundation. | This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). Answers show understanding of questions. (*See* 6:10-13.) | |
| 19:16-20; 19:23 | Hearsay (FRE 802); compound; assumes facts not in evidence; vague, ambiguous; foundation; MIL #1. | Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d). Answers show understanding of questions. (*See* 6:10-13.) This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | 2455740, *1 (N.D. Cal. 2006). These designations do not relate at all to MIL #1 ("Preclude Any Exhibits that Plaintiffs Have Not Previously Disclosed"). *See* Plaintiffs' Response to Defendants' MIL #1. | |
| 19:24-20:1 | Hearsay (FRE 802); foundation; MIL #1. | Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d). It is unclear what Defendants contend lacks foundation. This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6).) *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). Answers show understanding of questions. (See 6:10-13.) These designations do not relate at all to MIL #1 ("Preclude Any Exhibits that | |

| | PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 7, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | Plaintiffs Have Not Previously Disclosed"). *See* Plaintiffs' Response to Defendants' MIL #1. | |
| 24:16-19 | Foundation; MIL #1. | It is unclear what Defendants contend lacks foundation.  This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6).)  *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).  Answers show understanding of questions. (See 6:10-13.)  These designations do not relate at all to MIL #1 ("Preclude Any Exhibits that Plaintiffs Have Not Previously Disclosed").  *See* Plaintiffs' Response to Defendants' MIL #1. | |
| 27:1-3; 27:6-7 | 27:1-7:  Foundation; MIL #1; hearsay (FRE 802); vague; ambiguous. | It is unclear what Defendants contend lacks foundation.  This questioning is within the scope of matters for which the deponent was designated to testify. | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6))** | | | |
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **August 7, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | (FRCP 30(b)(6).) *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). These designations do not relate at all to MIL #1 ("Preclude Any Exhibits that Plaintiffs Have Not Previously Disclosed"). *See* Plaintiffs' Response to Defendants' MIL #1. Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d). Answers show understanding of questions. (*See* 6:10-13.) | |
| 27:8-11 27:13-17 | 27:8-10: Hearsay (FRE 802); foundation; MIL #1. 27:11-17: Foundation; MIL #1; vague; ambiguous. | Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d). It is unclear what Defendants contend lacks foundation. This questioning is within the scope of matters for which the | |

| | **PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6))** | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **August 7, 2014 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | deponent was designated to testify. (FRCP 30(b)(6).) *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). These designations do not relate at all to MIL #1 ("Preclude Any Exhibits that Plaintiffs Have Not Previously Disclosed"). *See* Plaintiffs' Response to Defendants' MIL #1. Answers show understanding of questions. (*See* 6:10-13.) | |
| 27:18-23; 28:1-3 | 27:18-20:  Foundation; MIL #1. 27:21-28:3: Foundation; MIL #1; compound; misquotes the witness. | It is unclear what Defendants contend lacks foundation. This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6).) *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). These designations do not relate at all to | |

| | PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 7, 2014 Deposition | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| | | MIL #1 ("Preclude Any Exhibits that Plaintiffs Have Not Previously Disclosed"). *See* Plaintiffs' Response to Defendants' MIL #1. Answers show understanding of questions. (*See* 6:10-13.) | |
| 28:4-6; 28:8 | Confusing; vague; ambiguous; foundation; MIL #1. | Answers show understanding of questions. (*See* 6:10-13.) It is unclear what Defendants contend lacks foundation. This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6).) *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). These designations do not relate at all to MIL #1 ("Preclude Any Exhibits that Plaintiffs Have Not Previously Disclosed"). *See* Plaintiffs' Response to | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6))** (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) August 7, 2014 Deposition | | | |
| **Page/Line Cite** | **Objection** **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | Defendants' MIL #1. | |
| 28:17-20; 28:23-25 | Compound; vague; ambiguous; foundation. | Answers show understanding of questions. (*See* 6:10-13.) It is unclear what Defendants contend lacks foundation.  This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6).)  *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| 30:6-8; 30:11-16 | Compound; vague; ambiguous; foundation. | Answers show understanding of questions. (*See* 6:10-13.) It is unclear what Defendants contend lacks foundation.  This questioning is within the scope of matters for which the deponent was designated to testify. *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). (FRCP 30(b)(6).) | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) August 7, 2014 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 30:17-23; 31:1-5 | 30:17-21: Relevance (FRE 402); wastes time (FRE 403). 30:22-31:5: Compound; vague; ambiguous; foundation. | Relates to fact of consequence in determining action (FRE 401). Defendants fail to specify how this testimony wastes time. Answers show understanding of questions. (*See* 6:10-13.) It is unclear what Defendants contend lacks foundation. This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6).) *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| 31:6-7; 31:9 | Cumulative (FRE 403); asked and answered; vague; ambiguous; foundation. | Defendants fail to specify how this testimony is cumulative or how/when this question was asked and answered. Answers show understanding of | |

| | PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 7, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | questions. (*See* 6:10-13.) It is unclear what Defendants contend lacks foundation. This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6).) *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| 40:7-40:17; 40:20-41:1 | 40:7-11: Foundation; MIL #1. 40:12-16: Foundation; MIL #1; cumulative (FRE 403). 40:17-41:1: Cumulative (FRE 403); vague; ambiguous; foundation. | It is unclear what Defendants contend lacks foundation. This questioning is within the scope of matters for which the deponent was designated to testify. *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). (FRCP 30(b)(6).) These designations do not relate at all to MIL #1 ("Preclude Any Exhibits that Plaintiffs Have Not Previously Disclosed"). *See* Plaintiffs' Response to | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) August 7, 2014 Deposition | | | |
|---|---|---|---|
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|  |  | Defendants' MIL #1. Defendants fail to specify how this testimony is cumulative. Answers show understanding of questions. (*See* 6:10-13.) |  |
| 45:3-13 | Confusing (FRE 403); hearsay (FRE 802). | Form objections not asserted at deposition are waived (FRCP 32(d)(3)(b)). Answers show understanding of questions. (*See* 6:10-13.) It is unclear what Defendants deem hearsay.  This is not hearsay under FRE 801(c) or alternatively, it is exempted from being deemed hearsay under 801(d). |  |
| 46:7-9; | Confusing; assumes facts not in evidence; vague; ambiguous; | Answers show understanding of |  |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6))** | | | |
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **August 7, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 46:12-17 | foundation; hearsay (FRE 802). | questions. (*See* 6:10-13.)<br><br>It is unclear what Defendants contend lacks foundation.  This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6).)  *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).<br><br>This is not hearsay under FRE 801(c) or alternatively, it is exempted from being deemed hearsay under 801(d). | |
| 46:18-21 | Hearsay (FRE 802). | This is not hearsay under FRE 801(c) or alternatively, it is exempted from being deemed hearsay under 801(d). | |
| 49:15-20 | | | |
| 53:23-25; 54:2-3; | Confusing; compound; vague; ambiguous; foundation; calls for | Answers show understanding of questions. (*See* 6:10-13.) | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 54:6-9 | speculation. | It is unclear what Defendants contend lacks foundation.  This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6).)  *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| 54:10-12; 54:14 | Vague; ambiguous; foundation; calls for speculation; lacks personal knowledge (FRE 602). | Answers show understanding of questions. (*See* 6:10-13.)  It is unclear what Defendants contend lacks foundation.  This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6).) *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| 65:25-66:4; 66:6-7 | Cumulative (FRE 403); asked and answered; vague; ambiguous; foundation. | Defendants fail to specify how this testimony is cumulative or how/when this question was asked and answered. | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | Answers show understanding of questions. (*See* 6:10-13.) It is unclear what Defendants contend lacks foundation.  This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6).)  *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| 66:8-10; 66:13-15 | Cumulative (FRE 403); misquotes the witness; vague; ambiguous; foundation. | Defendants fail to specify how this testimony is cumulative.  It is unclear what Defendants contend is quoting the witness. Answers show understanding of questions. (*See* 6:10-13.) It is unclear what Defendants contend lacks foundation.  This questioning is within the scope of matters for which the deponent was designated to testify. | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | (FRCP 30(b)(6).) *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| 66:16-21; 66:24-67:2 | 66:16-18: Cumulative (FRE 403); wastes time (FRE 403).<br><br>66:19-67:2: Cumulative (FRE 403); argumentative; misquotes the witness; lacks personal knowledge (FRE 602). | Defendants fail to specify how this testimony is cumulative or wastes time.<br><br>It is unclear what Defendants contend is argumentative or what Defendants contend is quoting the witness.<br><br>This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6).) *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| 67:3-4; 67:7 | Cumulative (FRE 403); wastes time (FRE 403); asked and answered. | Defendants fail to specify how this testimony is cumulative, how it wastes time, or how/when this question was asked and answered. | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 67:8-68:14; 68:16-19 | 67:8-13:  Cumulative (FRE 403); wastes time (FRE 403); lacks personal knowledge (FRE 602).<br><br>67:20-68:8:  Lacks personal knowledge (FRE 602); wastes time (FRE 403).<br><br>68:12-19:  Argumentative; misquotes the witness; foundation. | Defendants fail to specify how this testimony is cumulative or wastes time. Defendants fail to specify how this questioning is argumentative or what Defendants contend is quoting the witness.<br><br>It is unclear what Defendants contend lacks foundation.  This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6).)  *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| 68:20-22; 68:24-69:1; 69:3-7 | 68:20-23:  Cumulative (FRE 403); asked and answered; foundation.<br><br>68:24-69:7: Calls for speculation; lacks personal knowledge (FRE 602); argumentative; foundation. | Defendants fail to specify how this testimony is cumulative or how/when this question was asked and answered.<br><br>It is unclear what Defendants contend lacks foundation.<br><br>This questioning is within the scope of | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6))** <br><br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br><br> **August 7, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | matters for which the deponent was designated to testify. (FRCP 30(b)(6).) *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). <br><br> It is unclear how Defendants contend this questioning is argumentative. | |
| 69:8-10; <br> 69:13-14 | Calls for speculation; lacks personal knowledge (FRE 602); foundation. | This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6).) <br><br> It is unclear what Defendants contend lacks foundation. *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| 70:18-23; <br> 70:25-71:6 | Cumulative (FRE 403); asked and answered; compound; foundation. | Defendants fail to specify how this testimony is cumulative or how/when this question was asked and answered. <br><br> Answers show understanding of | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **August 7, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | questions. (*See* 6:10-13.) <br><br> It is unclear what Defendants contend lacks foundation.  This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6).)  *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| 72:1-8; <br> 72:10-12 | Compound; misstates the evidence; foundation. | Answers show understanding of questions. (*See* 6:10-13.) <br><br> It is unclear what Defendants contend lacks foundation.  This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6).)  *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| 72:13-16; | 72:13-14:  Relevance (FRE 402); wastes | This questioning is within the scope of matters for which the deponent was | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 72:18-22 | time (FRE 403).<br><br>72:15-22:  Cumulative (FRE 403); wastes time (FRE 403); asked and answered. | designated to testify (FRCP 30(b)(6)) and it is relevant to facts of consequence regarding ADC's administration of medication.<br><br>Defendants fail to specify how this testimony is cumulative, how it wastes time, and how/when this question was asked and answered. | |
| 74:11-21<br><br>74:24-25 | 74:11-19: Foundation; MIL #1.<br><br>74:20-25: Foundation; MIL #1; calls for speculation; vague; ambiguous. | *See* Plaintiffs' Response to Defendants' MIL #1.<br><br>It is unclear what Defendants contend lacks foundation. (*See, e.g.*, 34:19-25); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).<br><br>This questioning is within the scope of matters for which the deponent was designated to testify.  (FRCP 30(b)(6).)<br><br>Answers show understanding of | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6))** <br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br> **August 7, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | questions. (*See* 6:10-13.) | |
| 75:1-10; 75:13-18 | 75:1-3: Lacks personal knowledge (FRE 602); wastes time (FRE 403). <br><br> 75:4-18: Cumulative (FRE 403); wastes time (FRE 403); asked and answered; misstates the evidence. | This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6).); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). <br><br> Defendants fail to specify how this testimony is cumulative, how it wastes time, and how/when this questioning was asked and answered. Defendants do not specify and are unclear as to how this questioning misstates the evidence. <br><br> Answers show understanding of questions. (*See* 6:10-13.) | |
| 75:19-22; 75:25 | Cumulative (FRE 403); wastes time (FRE 403); asked and answered; lacks personal knowledge (FRE 602). | Defendants fail to specify how this testimony is cumulative, how it wastes time, and how/when this questioning was asked and answered. | |

| | | PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | |
|---|---|---|---|
| | | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | |
| | | August 7, 2014 Deposition | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | This questioning is within the scope of matters for which the deponent was designated to testify.  (FRCP 30(b)(6).); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| 76:1-21 | Cumulative (FRE 403); wastes time (FRE 403); lacks personal knowledge (FRE 602). | Defendants fail to specify how this testimony is cumulative or how it wastes time.  This questioning is within the scope of matters for which the deponent was designated to testify.  (FRCP 30(b)(6).); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |

| | PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6))<br><br>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)<br><br>October 4, 2012 Deposition | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 6:2-10 | Relevance (FRE 402); undue delay (FRE 403). | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony causes undue delay (FRE 403); establishes scope of 30(b)(6) deposition | |
| 7:20-22 | | | |
| 9:11-14 | Relevance (FRE 402); confusing; undue delay (FRE 403). | Relates to fact of consequence in determining action (qualifications of witness) (FRE 401); failure to specify how testimony causes undue delay (FRE 403); establishes witness's credentials | |
| 9:15-22 | | | |
| *9:23-25* | | | |
| 10:12-13 | | | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 4, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *10:14-18* | | | |
| *20:9-21* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *20:25-21:5* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *29:21-30:4* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *40:20-23* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *40:24-41:8* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *41:22-25* | Beyond scope of/unresponsive to plaintiffs' designations | | |

| PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 4, 2012 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *42:16-19* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| *65:24-66:2* | Beyond scope of/unresponsive to plaintiffs' designations | | |
| 71:17-24; 72:1-6; <br><br> 72:8 | 71:23-72:3:  Misstates testimony; argumentative; vague and ambiguous; relevance (FRE 402); prejudicial (FRE 403); MIL #3. <br><br> 72:4-8:  Argumentative; misstates testimony; assumes facts; leading; prejudicial (FRE 403); MIL #3; MIL #4. | 71:23-72:3: Correctly recaps witness's testimony, as clarified by witness at 72:1-3; Response demonstrates witness' understanding (*see* 7:5-8); Relates to fact of consequence to this action (medication delivery) (FRE 401); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403);  See Plaintiffs' response to MIL # 3. <br><br> 72:4-8:  Response demonstrates witness' understanding (*see* 7:5-8); Leading questions permissible for hostile witness (FRE 611); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403);  See Plaintiffs' response to MIL # 3 | |

| | PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 4, 2012 Deposition | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | and MIL # 4. | |
| *71:25; 72:7* | Relevance; counsel testifying (objections only) | | |
| 81:6-8; <br> 81:10-13; <br> 81:15-19; <br> 81:22 | 81:6-22:  Assumes facts not in evidence, vague, and mischaracterizes evidence; foundation. | Does not assume any facts or mischaracterize evidence; is not vague or otherwise improper; adequate foundation laid. | |
| *81:9; 81:14; 81:20-21* | Relevance; counsel testifying (objections only) | | |
| 151:2-4; <br> 151:6 | 151:2-16:  Vague, assumes facts not in evidence | Does not assume any facts or mischaracterize evidence; is not vague or otherwise improper. | |
| *151:5* | Relevance; counsel testifying (objections only) | | |
| 151:7-8; | 151:7-10:  Vague, assumes facts not in | Does not assume any facts or | |

**PLAINTIFFS' DESIGNATION OF RICHARD PRATT (30(b)(6))**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**October 4, 2012 Deposition**

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 151:10 | evidence | mischaracterize evidence; is not vague or otherwise improper. | |
| *151:9* | Relevance; counsel testifying (objections only) | | |
| 151:11-14 | | | |
| 151:15-17 | | | |
| 151:18-20 | | | |
| 152:2-5 | | | |

**PLAINTIFFS' DESIGNATION OF JULIET RESPICIO-MORIARTY**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**September 23, 2013 Deposition**

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 4:15-19 | | | |
| 6:9-7:11 | Relevance (FRE 402); undue delay (FRE 403) (6:13-7:11) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony or questioning causes undue delay (FRE 403)<br><br>Relevant at least to the deponent's role as 30(b)(6) designee and foundation for later questioning. | |
| 7:17-21 | Relevance (FRE 402); undue delay (FRE 403) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony or questioning causes undue delay (FRE 403);<br><br>Relevant at least to the deponent's role as 30(b)(6) designee and foundation for later questioning. | |
| 8:1-12 | 8:6-12: Relevance (FRE 402); undue delay (FRE 403) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony or questioning causes undue delay (FRE 403);<br><br>Relevant at least to the deponent's role as 30(b)(6) designee and foundation for | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | | later questioning. | |
| 9:1-8<br><br>And Exh. 404 | Relevance (FRE 402); undue delay (FRE 403); improper foundation for exhibit; MIL #1 | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony or questioning causes undue delay (FRE 403); Foundation was properly laid; *See* Plaintiffs' Response to MIL #1;<br><br>This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).<br><br>Relevant at least to the deponent's role as 30(b)(6) designee and foundation for later questioning. | |
| 9:17-19 | Relevance (FRE 402); confusing, prejudicial (FRE 403) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony or questioning is | |

**PLAINTIFFS' DESIGNATION OF JULIET RESPICIO-MORIARTY**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**September 23, 2013 Deposition**

| | PLAINTIFFS' DESIGNATION OF JULIET RESPICIO-MORIARTY | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 23, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | confusing (FRE 403); "prejudicial" is not a valid objection, it is not unfairly prejudicial (FRE 403). | |
| 10:13-11:13<br><br>11:15-16<br><br>And Exh. 405 | Relevance (FRE 402); undue delay (FRE 403); improper foundation for exhibit; MIL #1; completeness (FRE 106)  (10:13-18).<br><br>Relevance (FRE 402); cumulative; undue delay (FRE 403); improper foundation for exhibit; MIL #1 (10:19-21)<br><br>Relevance (FRE 402); cumulative; undue delay (FRE 403) (10:22-25)<br><br>Relevance (FRE 402); cumulative; undue delay (FRE 403); improper foundation for exhibit; MIL #1 (11:1-11)<br><br>Argumentative; assumes facts; vague and ambiguous; relevance (FRE 402); | Relates to fact of consequence in determining action (FRE 401); Defendants fail to specify how this testimony is cumulative; failure to specify how testimony or questioning causes undue delay or is confusing, vague, ambiguous, or prejudicial (FRE 403); "prejudicial" is not a valid objection, it is not unfairly prejudicial (FRE 403); Foundation was properly laid; *See* Plaintiffs' Response to MIL #1; It is unclear what Defendants contend is argumentative or assumes facts.<br><br>This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL | |

| | **PLAINTIFFS' DESIGNATION OF JULIET RESPICIO-MORIARTY** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **September 23, 2013 Deposition** | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection** **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | confusing; prejudicial (FRE 403) (11:12-16) | 2455740, *1 (N.D. Cal. 2006). | |
| *11:14* | Relevance; counsel testifying (objection only) | | |
| 11:17-25 And Exh. 406 | Relevance (FRE 402); confusing; undue delay (FRE 403); prejudicial (FRE 403); improper foundation for exhibit; MIL #1; personal health information (Doc. 454) | Relates to fact of consequence in determining action (FRE 401); form objection not asserted at deposition and therefore waived (FRCP 32(d)(3)(b)); foundation was properly laid; *See* Plaintiffs' Response to MIL #1; Defendants fail to specify how this testimony or questioning causes undue delay or is confusing, vague, ambiguous, or prejudicial (FRE 403);  This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL | |

| | PLAINTIFFS' DESIGNATION OF JULIET RESPICIO-MORIARTY | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 23, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | 2455740, *1 (N.D. Cal. 2006). | |
| 13:3-15<br><br>And Exh. 408 | Relevance (FRE 402); cumulative; undue delay (FRE 403); prejudicial (FRE 403); improper foundation for exhibit; MIL #1; personal health information (Doc. 454) | Relates to fact of consequence in determining action (FRE 401); failure to specify how this questioning or testimony is confusing, cumulative, or causes undue delay (FRE 403); foundation was properly laid; *See* Plaintiffs' Response to MIL #1;<br><br>This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| 14:4-6<br><br>14:8-12 | Argumentative; assumes facts; leading; vague and ambiguous; relevance (FRE 402); confusing; prejudicial (FRE 403) completeness (FRE 106) (14:4-9)<br><br>Relevance (FRE 402); cumulative, | Not argumentative; failure to specify how this questioning or testimony is argumentative or assumes facts or is vague or ambiguous; Relates to fact of consequence in determining action (FRE 401); Defendants fail to specify how this | |

| | PLAINTIFFS' DESIGNATION OF JULIET RESPICIO-MORIARTY | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 23, 2013 Deposition | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| | undue delay (FRE 403); improper foundation for exhibit; MIL #1 (14:10-12) | testimony or questioning is confusing, prejudicial (FRE 403) or incomplete (FRE 106); "prejudicial" is not a valid objection, it is not unfairly prejudicial (FRE 403)<br><br>Leading questions permitted for adverse witness (FRE 611(c))  and proper foundation laid; see MIL #1 response.<br><br>This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| *14:7* | Relevance; counsel testifying (objection only) | | |
| 15:4-22 | Relevance (FRE 402); cumulative; undue delay (FRE 403); improper | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony is cumulative, | |

| | PLAINTIFFS' DESIGNATION OF JULIET RESPICIO-MORIARTY | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 23, 2013 Deposition | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | foundation for exhibit; MIL #1 (15:4-7)<br><br>Relevance (FRE 402); cumulative; undue delay (FRE 403); prejudicial (FRE 403); improper foundation for exhibit; MIL #1; personal health information (Doc. 454) (15:8-14)<br><br>Relevance (FRE 402); cumulative; confusing; undue delay (FRE 402); improper foundation for exhibit; MIL #1 (15:15-17)<br><br>Relevance (FRE 402); cumulative,; confusing; undue delay (FRE 403); improper foundation for exhibit; MIL #1) ; completeness (FRE 106) (15:18-22) | prejudicial, confusing or causes undue delay (FRE 403); "prejudicial" is not a valid objection, it is not unfairly prejudicial (FRE 403); Foundation was laid; *See* Plaintiffs' Response to MIL #1;<br><br>This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).<br><br>Failure to specify how testimony is incomplete (FRE 106). | |
| *16:1-10* | | | |

| | **PLAINTIFFS' DESIGNATION OF JULIET RESPICIO-MORIARTY**<br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br><br>**September 23, 2013 Deposition** | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line**<br>**numbers of material objected to and**<br>**objection(s))** | **Response** | **Comments** |
| 16:19-17:8 | Relevance (FRE 402); cumulative; undue delay (FRE 403) (16:19-17:5)<br><br>Relevance (FRE 402); undue delay (403); completeness (FRE 106) (17:6-8) | Relates to fact of consequence in determining action (FRE 401); Failure to specify how this testimony or questioning is cumulative or causes undue delay (FRE 403).<br><br>This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).<br><br>Failure to specify how testimony is incomplete (FRE 106). | |
| *18:17-23* | | | |
| 19:14-24<br><br>And Exh. 409 | Relevance (FRE 402); cumulative; undue delay (FRE 403); prejudicial (FRE 403); improper foundation for exhibit; MIL #1; personal health information (Doc. 454); hearsay (FRE | Relates to fact of consequence in determining action (FRE 401); Failure to specify how this testimony or questioning is cumulative or prejudicial or causes undue delay (FRE 403); | |

| | PLAINTIFFS' DESIGNATION OF JULIET RESPICIO-MORIARTY | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 23, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 802)  (19:14-18)  Relevance (FRE 402); undue delay (FRE 403); hearsay (FRE 802); completeness (FRE 106) (19:19-24) | Foundation was properly laid; *See* Plaintiffs' Response to MIL #1  This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).  Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d).  Unclear what Defendants contend constitutes hearsay.  Failure to specify how testimony is incomplete (FRE 106) | |
| *20:19-25* | | | |
| *23:6-23* | | | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF JULIET RESPICIO-MORIARTY**<br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br><br>**September 23, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *23:25-24:4* | | | |
| *24:20-25:10* | | | |
| *25:11-26:3* | | | |
| 26:11-24 | Relevance (FRE 402); undue delay; prejudicial (FRE 403); completeness (FRE 106) (26:11-15) | Relates to fact of consequence in determining action (FRE 401); Failure to specify how this testimony or questioning is prejudicial, cumulative, or causes undue delay (FRE 403); "Prejudicial" is not a valid objection, it is not unfairly prejudicial (FRE 403);<br><br>This questioning is within the scope of matters for which the deponent was designated to testify. (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).<br><br>Failure to specify how testimony is | |

| | PLAINTIFFS' DESIGNATION OF JULIET RESPICIO-MORIARTY | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 23, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | incomplete (FRE 106). | |
| *26:25-28:8* | | | |
| *28:9-23* | | | |
| *28:24-29.4* | | | |
| *29:5-12* | | | |
| *29:13-24* | | | |
| *29:25-30:4* | | | |

| PLAINTIFFS' DESIGNATION OF DAVID W. ROBERTSON | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 26, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 9:23-10:2 | | | |
| 12:11-13:8 | | | |
| 13:9-15:2 | | | |
| 15:3-12 | | | |
| 22:8-10 22:12-16 | | | |
| 23:1-2 23:4 | | | |
| 26:15-18 26:20-22 | | | |

| | PLAINTIFFS' DESIGNATION OF DAVID W. ROBERTSON | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 26, 2013 Deposition | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| 26:24 | | | |
| 29:5-6 <br><br> 29:8-30:2 | | | |
| Exh. 163 and 55:22-56:12 | | | |
| 65:1-3 <br><br> 65:5-6 | | | |
| 73:19-74:6 <br><br> 74:8-9 | | | |
| 76:4-6 <br><br> 76:8-16 <br><br> 76:18-77:5 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 79:9-19 79:21-80:11 | | | |
| 81:5-82:4 82:6-25 | | | |
| 90:8-24 91:1-3 91:5-6 | | | |
| 102:15-25 | | | |
| 103:9-22 103:24-104:6 104:8-11 | | | |

**PLAINTIFFS' DESIGNATION OF DAVID W. ROBERTSON**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**August 26, 2013 Deposition**

| | PLAINTIFFS' DESIGNATION OF DAVID W. ROBERTSON | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **August 26, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection** **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| And Exh. 174 | | | |
| 105:17-23 105:25-106:4 | | | |
| 107:4-108:21 | | | |
| 108:22-109:16 109:18-24 110:1-5 110:7 | | | |
| 113:22-114:9 114:11-25 And Exh. 175 | | | |

| | PLAINTIFFS' DESIGNATION OF DAVID W. ROBERTSON | | |
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 26, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| --- | --- | --- | --- |
| 118:17-119:11 | | | |
| 120:2-5 | | | |
| 120:20-121:10 | | | |
| 122:25-123:5<br><br>123:7-8 | | | |
| 126:5-13<br><br>126:15 | | | |
| 128:7-9<br><br>128:11 | | | |
| 129:1-14<br><br>129:16-19 | | | |

| | PLAINTIFFS' DESIGNATION OF DAVID W. ROBERTSON | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 26, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| Exh. 177 | | | |
| 130:15-131:8 <br><br> 131:10-21 <br><br> 131:23 <br><br> Exh. 178 | | | |
| 136:10-18 <br><br> 136:20-25 | | | |
| 143:23-144:3 <br><br> 144:5-7 <br><br> 144:9 | | | |
| 150:3-5 | | | |

| PLAINTIFFS' DESIGNATION OF DAVID W. ROBERTSON | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 26, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 150:7-11<br><br>150:13-14 | | | |
| 154:18-155:11<br><br>Exh. 183 | | | |
| 158:3-7<br><br>158:9-13<br><br>158:15-18<br><br>158:20 | | | |
| 175:7-8<br><br>175:10-13<br><br>175:15-21<br><br>175:23-176:1 | | | |

| PLAINTIFFS' DESIGNATION OF DAVID W. ROBERTSON | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 26, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 191:22-24 | | | |

| | PLAINTIFFS' DESIGNATION OF RICHARD ROWE | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 19, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *7:2-3* | | | |
| 6:6-8; 6:22-7:1; 7:23-8:3 | 6:24-7:1: Completeness (FRE 106) 7:24-8:3: Completeness (FRE 106) | Failure to specify additional testimony for completeness (FRE 106) Failure to specify additional testimony for completeness (FRE 106) | |
| 11:15-21 | 11:15-21: Relevance (FRE 402), confusing (FRE 403); Completeness (FRE 106); Objection of counsel, not witness testimony | Relates to fact of consequence in determining action (FRE 401); clear in context; failure to specify additional testimony for completeness (FRE 106); relevant to demonstrate context for deposition testimony. | |
| *11:21-24* | | | |
| *14:6-15:6* | | | |
| *17:10-17:17;* | | | |

| | PLAINTIFFS' DESIGNATION OF RICHARD ROWE | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 19, 2012 Deposition | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line**<br>**numbers of material objected to and**<br>**objection(s))** | **Response** | **Comments** |
| *18:1-18:9* | | | |
| 17:18-25;<br><br>38:12-39:3 | 17:18-25 Completeness (FRE 106) | Failure to specify additional testimony for completeness (FRE 106) | |
| *51:13-16* | | | |
| 51:17-52:1;<br>57:2-5; 157:7-9 | 51:17-22: Completeness (FRE 106); Lacks personal knowledge (FRE 602) | Failure to specify additional testimony for completeness (FRE 106); question is within scope of matters designated for testimony (FRE 30(b)(6)) | |
| *52:2-53:14* | Unnecessary for completeness (FRE 106). | | |
| *53:24-54:7* | Unnecessary for completeness (FRE 106). | | |
| *97:6-17* | Unnecessary for completeness (FRE 106). | | |

| PLAINTIFFS' DESIGNATION OF RICHARD ROWE (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) September 19, 2012 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *120:21-121:17* | Unnecessary for completeness (FRE 106). | | |
| *136:25-137:10* | Completeness (FRE 106) | Failure to specify additional testimony for completeness (FRE 106) | |
| 137:15-138:3 | Completeness (FRE 106) | Failure to specify additional testimony for completeness (FRE 106) | |
| *138:4-20* | | | |
| 145:14-18; 153:3-13 | 153:3-5 Completeness (FRE 106)<br><br>153:6-10: Completeness (FRE 106); confusing (FRE 403); Lacks personal knowledge (FE 602)<br><br><br>153:11-13: Completeness (FRE 106) | Failure to specify additional testimony for completeness (FRE 106);<br><br>Failure to specify additional testimony for completeness (FRE 106); answer shows extent of knowledge<br><br>Failure to specify additional testimony for completeness (FRE 106) | |

| PLAINTIFFS' DESIGNATION OF RICHARD ROWE | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 19, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *152:25-153:2* | | | |
| *158:3-14* | 153:11-13: Completeness (FRE 106) | Failure to specify additional testimony for completeness (FRE 106) | |
| *162:19-163:3* | Unnecessary for completeness (FRE 106). | | |
| 165:2-19 | 165:2-8: Confusing (FRE 403)<br><br>165:13-18: Completeness (FRE 106)<br><br>165:19: Completeness (FRE 106) | Form objection not asserted at deposition and therefore waived (FRCP 32(d)(3)(b))<br><br>Failure to specify additional testimony for completeness (FRE 106)<br><br>Failure to specify additional testimony for completeness (FRE 106) | |

| PLAINTIFFS' DESIGNATION OF CHARLES RYAN | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| November 8, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 14:4-7<br><br>14:9-13<br><br>14:19-24<br><br>15:1-5<br><br>15:13-14 | Vague; ambiguous; foundation; calls for improper expert opinion (FRE 702) (14:4-11) | Answer shows understanding of the question (9:1-6); lay opinion based on witness's perception, helpful for determining facts in issue and specialized knowledge not required, not offering as expert opinion (FRE 701). | |
| | Relevance (FRE 402); wastes time (FRE 403); calls for improper expert opinion (FRE 702); vague; ambiguous; foundation (14:12-21) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony wastes time (FRE 403); lay opinion based on witness's perception, helpful for determining facts in issue and specialized knowledge not required, not offering as expert opinion (FRE 701); answer shows understanding of the question (9:1-6) | |
| | Cumulative (FRE 403); asked and answered; calls for improper expert opinion (FRE 702); vague; ambiguous; foundation; completeness (FRE 106) (15:4-14) | Failure to specify how testimony is cumulative or incomplete; lay opinion based on witness's perception, helpful for determining facts in issue and specialized knowledge not required, not offering as expert opinion (FRE 701); answer shows | |

| | PLAINTIFFS' DESIGNATION OF CHARLES RYAN | | |
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | November 8, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| --- | --- | --- | --- |
| | | understanding of the question (9:1-6) | |
| *14:8, 14:14, 15:11-12* | Relevance; counsel testifying (objection only) | | |
| 16:2-4, 6 | Vague; ambiguous; foundation; completeness (FRE 106). | Answer shows understanding of the question (9:1-6); failure to specify how testimony is incomplete. | |
| *16:5* | Relevance; counsel testifying (objection only) | | |
| 21:9-11<br><br>21:13-15 | Call for improper expert opinion (FRE 702); calls for speculation; lacks personal knowledge (FRE 602); vague; ambiguous; foundation; completeness (FRE 106) | Lay opinion based on witness's perception, helpful for determining facts in issue and specialized knowledge not required, not offering as expert opinion (FRE 701); answer shows understanding of the question (9:1-6); failure to specify how testimony is incomplete. | |
| *21:12* | Relevance; counsel testifying (objection | | |

| PLAINTIFFS' DESIGNATION OF CHARLES RYAN | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **November 8, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | only) | | |
| 36:18-20 | Relevance (FRE 402); wastes time (FRE 403); prejudicial (FRE 403); confusing (FRE 403); completeness (FRE 106) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony wastes time or is confusing (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); lay opinion based on witness's perception, helpful for determining facts in issue and specialized knowledge not required, not offering as expert opinion (FRE 701); answer shows understanding of the question (9:1-6); failure to specify how testimony is incomplete (FRE 106) | |
| *36:21-37:1* | Outside scope of designated direct testimony subject matter (FRE 611(b)); unnecessary for completeness (FRE 106). | | |
| 40:25-41:9 | Relevance (FRE 402); prejudicial (FRE | Relates to fact of consequence in | |

| | PLAINTIFFS' DESIGNATION OF CHARLES RYAN | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | November 8, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | 403); confusing (FRE 403); wastes time (FRE 403); foundation; MIL #1 | determining action (FRE 401); failure to specify how testimony wastes time or is confusing (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); *See* Response to MIL # 1; answer shows understanding of the question (9:1-6) | |
| 43:2-10<br><br>44:20-22<br><br>44:24-25 | Foundation; MIL #1; completeness (FRE 106); counsel is testifying (43:2-13)<br><br>Argumentative; calls for improper expert opinion (FRE 702); vague; ambiguous; foundation (44:20-25) | See Response to MIL # 1; Exhibit 482 was a document produced by Defendants during discovery and written by witness; counsel is reading the content of witness's email to the witness<br><br>Answer shows understanding of the question (9:1-6); not offering as an expert opinion. | |
| *43:11-13, 44:23* | Relevance; counsel testifying (objection only) | | |
| 46:12-15, 17 | Argumentative; leading; calls for speculation; calls for improper expert | Answer shows understanding of the question (9:1-6); not offering as an expert | |

| PLAINTIFFS' DESIGNATION OF CHARLES RYAN | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| November 8, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | opinion (FRE 702); vague; ambiguous; foundation | opinion. | |
| 118:2-5 | | | |
| 121:3-21, 23-25, 122:1, 3-11, 13-16 | Relevance (FRE 402); confusing (FRE 403); wastes time (FRE 403) (121:3-20) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony wastes time or is confusing (FRE 403) | |
| | Argumentative; relevance (FRE 402); wastes time (FRE 403); completeness (FRE 106) (121:21-24) | Answer shows understanding of the question (9:1-6); relates to fact of consequence in determining action (FRE 401); failure to specify how testimony wastes time or is confusing/incomplete (FRE 106/403) | |
| | Relevance (FRE 402); confusing (FRE 403); wastes time (FRE 403); vague; ambiguous; foundation; completeness (FRE 106)  (121:5-122:7) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony wastes time or is confusing/incomplete (FRE 106/403); answer shows understanding of the question (9:1-6) | |

| PLAINTIFFS' DESIGNATION OF CHARLES RYAN | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| November 8, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | Compound; confusing; vague; ambiguous; foundation; calls for improper expert opinion (FR 702); completeness (FRE 106)  (122:8-16) | Answer shows understanding of the question (9:1-6); not offered as an expert opinion; failure to specify how testimony is incomplete (FRE 106). | |
| *121:22, 122:2, 122:12* | Relevance; counsel testifying (objection only) | | |
| 129:24-130:1 | Lacks personal knowledge (FRE 602); wastes time (FRE 403) | Failure to specify how testimony wastes time or is confusing (FRE 403); specialized knowledge not required, not offering as expert opinion (FRE 701) | |
| 133:9-25, 134:2-4, 135:20-22, 24-25, 136:1-3 | Foundation; MIL #1 (133:9-14); Relevance (FRE 402); wastes time (FRE 403) (133:15-23)<br><br>Calls for speculation; calls for improper expert opinion (FRE 702); vague; ambiguous; foundation; completeness (FRE 106) (133:24-134:4) | *See* Response to MIL #1; Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony wastes time (FRE 403)<br><br>Answer shows understanding of question (9:1-6); not offering as expert opinion (FRE 701); failure to specify how testimony is incomplete (FRE 106) | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | **PLAINTIFFS' DESIGNATION OF CHARLES RYAN** (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) November 8, 2013 Deposition | | |
| | Relevance (FRE 403) wastes time (FRE 403); completeness (FRE 106); counsel is testifying (136:1-3) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony wastes time or is confusing (FRE 403); failure to specify how testimony is incomplete (FRE 106); counsel is asking a question and witness testifies he understands (135:3-4) | |
| | Vague; ambiguous; foundation; calls for improper expert opinion (FRE 702); hearsay (FRE 802) (135:20-136:3) | Answer shows understanding of question (9:1-6); not offering as expert opinion (FRE 701); no hearsay used to prove truth (FRE 802). | |
| *134:1; 135:23* | Relevance; counsel testifying (objection only) | | |
| 137:14-16, 20-22, 24-25, 140:15-17, 19 | Relevance (FRE 402); wastes time (FRE 403); foundation; MIL #1 (137:14-16) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony wastes time or is confusing (FRE 403); *see* Response to MIL #1 | |
| | Foundation; MIL #1; calls for improper expert opinion (FRE 702) (137:20-25) | See Response to MIL # 1; not offering as expert opinion (FRE 701) | |

| PLAINTIFFS' DESIGNATION OF CHARLES RYAN | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| November 8, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | Vague; ambiguous; confusing; foundation; calls for improper expert opinion (FRE 702); completeness (FRE 106) (140:15-17) | Answer shows understanding of question (9:1-6); not offering as expert opinion (FRE 701); failure to specify how testimony is incomplete (FRE 106) | |
| *137:23, 140:18* | Relevance; counsel testifying (objection only) | | |
| 159:18-161:14 | Relevance (FRE 402); confusing (FRE 403); prejudicial (FRE 403); wastes time (FRE 403); completeness (FRE 106) (160:22-161:14) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony wastes time or is confusing (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); failure to specify how testimony is incomplete (FRE 106) | |
| 164:3-5, 7-9 | Lack of knowledge (FRE 602); vague; ambiguous; foundation; calls for improper expert opinion (FRE 702); completeness (FRE 106) | Relates to fact of consequence in determining action (FRE 401); \ lay opinion based on witness's perception, helpful for determining facts in issue and specialized knowledge not required, not offering as expert opinion (FRE 701); | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF CHARLES RYAN**<br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br><br>**November 8, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line**<br>**numbers of material objected to and**<br>**objection(s))** | **Response** | **Comments** |
| | | answer shows understanding of the question (9:1-6); failure to specify how testimony is incomplete (FRE 106) | |
| *164:6* | Relevance; counsel testifying (objection only) | | |
| 172:25-173:5 | Relevance (FRE 402); wastes time (FRE 403); completeness (FRE 106) | Relates to fact of consequence in determining action (FRE 401); failure to specify how testimony wastes time (FRE 403); failure to specify how testimony is incomplete (FRE 106) | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 5:18-5:19 | | | |
| 16:1-17:10 | | | |
| 18:17-18:22 | | | |
| 19:18-20:5 | | | |
| 22:14-22:24 | | | |
| 36:1-36:3 36:5-36:8 36:10-36:13 36:15-36:20 36:23 | | | |
| 46:2-46:5 | | | |

**PLAINTIFFS' DESIGNATION OF JEFFREY ALAN SHARP, MD**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**October 9, 2012 Deposition**

| | PLAINTIFFS' DESIGNATION OF JEFFREY ALAN SHARP, MD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 9, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 46:14-46:15<br><br>46:17-46:19<br><br>46:23-46:24<br><br>47:1-47:7<br><br>47:9-47:11<br><br>47:13-47:15<br><br>47:17-47:20<br><br>47:22-48:4<br><br>48:6 | | | |
| 50:20-50:21<br><br>50:23-51:1 | | | |
| 52:11-52:12 | | | |

| | PLAINTIFFS' DESIGNATION OF JEFFREY ALAN SHARP, MD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 9, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 52:14-52:15 52:17-52:21 52:23-53:3 53:5-53:7 53:9 | | | |
| 92:11-93:5 [Ex. 47] | | | |
| 98:20-99:21 99:24-100:3 100:6-100:13 | | | |
| 104:5-104:18 104:20 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 106:1-106:12<br><br>106:14-106:20<br><br>106:22 | | | |
| 108:5-108:12<br><br>108:14-108:20 | | | |
| 109:1-110:7<br><br>110:10-110:13 | | | |
| 121:10-121:24<br><br>[Ex. 62]<br><br>122:1-122:15<br><br>122:17-123:1 | | | |

| | **PLAINTIFFS' DESIGNATION OF JEFFREY ALAN SHARP, MD** | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **October 9, 2012 Deposition** | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 123:3-124:15<br><br>124:17-124:19<br><br>124:21-125:12<br><br>125:14-125:23<br><br>125:25-126:6<br><br>126:8-126:13 | | | |
| 126:20-127:18 | | | |
| 128:11-128:14<br><br>128:16-129:11 | | | |
| 129:19-129:21<br><br>129:23 | | | |

| | PLAINTIFFS' DESIGNATION OF JEFFREY ALAN SHARP, MD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 9, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 137:11-137:12 [Ex. 65] | | | |
| 137:18-138:6 | | | |
| 140:3-140:15 140:17-140:18 | | | |
| 171:18-172:1 | | | |
| 180:24-181:3 181:5-181:10 | | | |
| 185:3-185:19 | | | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 3, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 6:15-22 | | | |
| 7:8-17 | | | |
| 10:21-12:13 | | | |
| *12:15-13:11* | | | |
| **13:12-13** | Relevance (FRE 402); confusing, waste of time, prejudicial (FRE 403) | Relates to fact of consequence in determining action (FRE 401); form objection not asserted at deposition and therefore waived (FRCP 32(d)(3)(b)) | |
| *13:14-15* | | | |
| 13:25-14:11 | | | |
| 15:8-19 | Relevance (FRE 402); confusing (FRE 403). | Relates to fact of consequence in determining action (FRE 401); form objection not asserted at deposition and therefore waived (FRCP 32(d)(3)(b)) | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6))** <br><br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br><br> **October 3, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 15:22-16:23 | | | |
| 17:22-25 | Relevance (FRE 402); prejudicial, confusing, cumulative (FRE 403). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); form objection not asserted at deposition and therefore waived (FRCP 32(d)(3)(b)) | |
| 18:11-19:3 <br><br> 19:6-7 <br><br> 19:9 <br><br> 19:14-20:14 <br><br> 20:16 | 18:11-19:9 Relevance (FRE 402); prejudicial, confusing (FRE 403); leading, counsel is testifying. <br><br> 20:12-16 Foundation. <br><br> Completeness (FRE 106) | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); answer shows understanding of all questions in passage; no basis to statement that counsel is testifying; foundation properly laid. | |
| *19:4-5, 19:8, 20:15* | Relevance; counsel testifying (objections only) | | |
| 22:8-23 | Relevance (FRE 402); prejudicial, confusing (FRE 403); lacks personal knowledge (FRE 602). | Relates to fact of consequence in determining action (FRE 401); question is within scope of matters designated for | |

| | PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 3, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | 22:21-24 Confusing, vague, assumes facts not in evidence, misstates evidence. Completeness (FRE 106) | testimony (FRE 30(b)(6)). Answer shows understanding of all questions in passage; failure to specify how any evidence is misstated. | |
| *22:24* | Relevance; counsel testifying (objections only) | | |
| 23:20-24:10 | | | |
| 24:25-25:5 | Relevance (FRE 402); prejudicial (FRE 403). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); | |
| 32:23-33:3 | Relevance (FRE 402); MIL #4. | Relates to fact of consequence in determining action (FRE 401). *See* Plaintiffs' Response to MIL 4. | |
| *35:3-11* | | | |
| *35:13-18* | | | |
| 35:19-36:2 | Completeness (FRE 106); relevance (FRE 402); MIL #4. | Form objection not asserted at deposition and therefore waived (FRCP 32(d)(3)(b)); *see* Plaintiffs' Response to MIL 4. | |

| | PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 3, 2012 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 36:3-5<br><br>36:7-17<br><br><br><br>37:13-17 | 36:3-7 Assumes facts not in evidence, confusing, vague, improper characterization of evidence, completeness (FRE 106).<br><br>36:8-17 Completeness (FRE 106); relevance (FRE 402); MIL #4.<br><br><br><br><br><br>37:13-17 Completeness (FRE 106). | Failure to specify any facts assumed that are not in evidence; responses demonstrate understanding of questions.<br><br>Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401); *see* Plaintiffs' Response to MIL 4.<br><br><br>Failure to specify additional testimony for completeness (FRE 106). | |
| *36:6, 36:18-37:12* | Relevance; counsel testifying (objections only) | | |
| *37:24-38:3* | | | |
| 38:12-18 | | | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 3, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *38:19-39:11* | | | |
| 39:20-23 40:5-9 | Completeness (FRE 106); prejudicial, confusing (FRE 403); improper lay opinion (FRE 701); vague, asked and answered. | Failure to specify additional testimony for completeness (FRE 106); "prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); answers show understanding of questions; lay opinion based on witness's perception, helpful to determining facts in issue, and specialized knowledge not required (FRE 701) | |
| *39:24-40:4* | Relevance; counsel testifying (objections only) | | |
| *40:11-15* | | | |
| *41:6-14* | | | |
| *41:21-42:2* | | | |
| 42:3-11 | Completeness (FRE 106); prejudicial, confusing (FRE 403). | Failure to specify additional testimony for completeness (FRE 106); "prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); form objection not asserted at deposition and therefore waived | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6))** _(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)_ **October 3, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | (FRCP 32(d)(3)(b)) | |
| _43:6-24_ | | | |
| 44:2-13 44:15-17 | 44:2-10 Completeness (FRE 106); confusing (FRE 403); improper lay opinion (FRE 701); MIL #4. 44:11-17 Confusing, vague, improper characterization of evidence; MIL #4. | Failure to specify additional testimony for completeness (FRE 106); form objection not asserted at deposition and therefore waived (FRCP 32(d)(3)(b)); lay opinion based on witness's perception, helpful to determining facts in issue, and specialized knowledge not required (FRE 701 _see_ Plaintiffs' Response to MIL 4. Answer demonstrates understanding of question; failure to specify any evidence mischaracterized; _see_ Plaintiffs' Response to MIL 4. | |
| _44:14_ | Relevance; counsel testifying (objections only) | | |
| 44:19-45:8 | Relevance (FRE 402); confusing, prejudicial (FRE 403); MIL #4. | Relates to fact of consequence in determining action (FRE 401); form objection not asserted at deposition and therefore waived (FRCP 32(d)(3)(b)); "prejudicial" is not a valid objection; not | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 3, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | unfairly prejudicial (FRE 403); *see* Plaintiffs' Response to MIL 4. | |
| 46:5-22 | Relevance (FRE 402); prejudicial, confusing (FRE 403); MIL #4. | Relates to fact of consequence in determining action (FRE 401); form objection not asserted at deposition and therefore waived (FRCP 32(d)(3)(b)); "prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); *see* Plaintiffs' Response to MIL 4. | |
| 48:18-49:3 | Relevance (FRE 402); prejudicial, confusing (FRE 403); hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); no out-of-court statement is offered for truth of its contents. | |
| 49:6-11 | Lacks personal knowledge (FRE 602); hearsay (FRE 802). | Question is within scope of matters designated for testimony (FRE 30(b)(6)); no out-of-court statement is offered for truth of its contents. | |
| 49:12-50:6 50:8-17 | 49:12-23 Hearsay (FRE 802). 49:24-51:1 Completeness (FRE 106); lacks | No out-of-court statement is offered for truth of its contents: witness is asked about his personal knowledge. Failure to specify additional testimony for | |

| | PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 3, 2012 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 50:19-24<br><br>51:1 | personal knowledge (FRE 602); prejudicial, cumulative (FRE 403); improper lay opinion (FRE 701); hearsay (FRE 802); foundation, assumes facts not in evidence, compound, vague. | completeness (FRE 106); question is within scope of matters designated for testimony (FRE 30(b)(6)); failure to specify how testimony is cumulative (FRE 403); lay opinion based on witness's perception, helpful to determining facts in issue, and specialized knowledge not required (FRE 701); no out of court statement is offered for truth of its contents; foundation properly laid; failure to specify any facts assumed not in evidence; form objection not asserted at deposition and therefore waived (FRCP 32(d)(3)(b)). | |
| *50:7, 50:18, 50:25* | Relevance; counsel testifying (objections only) | | |
| *51:5-15* | | | |
| 51:22-52:6;<br>*52:10-14;*<br>*53:3-5;*<br>53:6-7 | 51:22-52:6 Completeness (FRE 106); hearsay (FRE 802). | Failure to specify additional testimony for completeness (FRE 106); no out of court statement is being offered for the truth of its contents. | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6))** <br><br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br><br> **October 3, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 53:9-15 | 53:6-15 Prejudicial, cumulative (FRE 403); improper lay opinion (FRE 701); foundation; assumes facts not in evidence, vague. Completeness (FRE 106) | "Prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); lay opinion based on witness's perception, helpful to determining facts in issue, and specialized knowledge not required (FRE 701); foundation properly laid; failure to identify any facts not in evidence that are assumed; answer demonstrates understanding of question. | |
| *53:8* | Relevance; counsel testifying (objections only) | | |
| 53:16-54:2 <br><br> 54:5 | Lacks personal knowledge (FRE 602); improper lay opinion (FRE 701); hearsay (FRE 802); foundation. | Question is within scope of matters designated for testimony (FRE 30(b)(6)); lay opinion based on witness's perception, helpful to determining facts in issue, and specialized knowledge not required (FRE 701); no out of court statement is being offered for the truth of its contents; foundation properly laid. | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 3, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *54:3* | Relevance; counsel testifying (objections only) | | |
| 56:23-57:14 | Completeness (FRE 106); prejudicial, cumulative (FRE 403); hearsay (FRE 802). | Failure to specify additional testimony for completeness (FRE 106); failure to specify how testimony is cumulative (FRE 403); no out of court statement is offered for the truth of its contents. | |
| *57:15-20* | | | |
| 57:21-58:1 | Hearsay (FRE 802) | No out of court statement is offered for the truth of its contents. | |
| 59:25-60:19 | | | |
| 61:2-14 | Completeness (FRE 106); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); *see* Plaintiffs' Response to MIL 4. | |
| *61:15-20* | | | |
| 61:25-62:3 | Foundation; completeness (FRE 106); relevance (FRE 402); MIL #4. | Foundation properly laid; failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401); *see* Plaintiffs' Response to MIL 4. | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 3, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *62:4-12* | | | |
| 62:13-20 | Foundation, completeness (FRE 106); Relevance (FRE 402); MIL #4. | Relates to fact of consequence in determining action (FRE 401); *see* Plaintiffs' Response to MIL 4; proper foundation laid. | |
| *62:21-22* | Relevance; counsel testifying (objections only) | | |
| 62:23-25 | Foundation, completeness (FRE 106); Relevance (FRE 402); MIL #4 | Relates to fact of consequence in determining action (FRE 401); *see* Plaintiffs' Response to MIL 4; proper foundation laid. | |
| *63:1-2* | Relevance; counsel testifying (objections only) | | |
| 63:4-64:1 | Completeness (FRE 106); relevance (FRE 402); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401); *see* Plaintiffs' Response to MIL 4. | |
| 64:2-7 | Completeness (FRE 106); relevance (FRE 402); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401); *see* Plaintiffs' Response to MIL 4. | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) October 3, 2012 Deposition | | | |
|---|---|---|---|
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *64:8-9* | Relevance; counsel testifying (objections only) | | |
| 64:10-16 | Completeness (FRE 106); relevance (FRE 402); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401); *see* Plaintiffs' Response to MIL 4. | |
| *64:17-21* | | | |
| 64:22-65:3 | Completeness (FRE 106); relevance (FRE 402); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401); *see* Plaintiffs' Response to MIL 4. | |
| *65:10-15* | | | |
| 65:16-22 | Completeness (FRE 106); relevance (FRE 402); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401); *see* Plaintiffs' Response to MIL 4. | |
| 65:23-25 | Completeness (FRE 106); relevance (FRE 402); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401); *see* Plaintiffs' Response to MIL 4. | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 3, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 66:1-5 | Completeness (FRE 106); relevance (FRE 402); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401); *see* Plaintiffs' Response to MIL 4. | |
| 66:6-13 | Completeness (FRE 106); relevance (FRE 402); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401); *see* Plaintiffs' Response to MIL 4. | |
| 66:15-17 | Completeness (FRE 106); relevance (FRE 402); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401); *see* Plaintiffs' Response to MIL 4. | |
| *66:18-24* | | | |
| *68:10-12* | | | |
| *68:18-69:1* | | | |
| 69:9-12 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106). | |
| *69:21-70:1* | Unnecessary for completeness (FRE 106). | | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) October 3, 2012 Deposition | | | |
|---|---|---|---|
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *70:7-7* | Unnecessary for completeness (FRE 106). | | |
| *70:8-21* | Unnecessary for completeness (FRE 106). | | |
| 76:22-77:1 | Lacks personal knowledge (FRE 602); hearsay (FRE 802). | Question is within scope of matters designated for testimony (FRE 30(b)(6)); no out of court statement is offered for the truth of its contents. | |
| 78:19-22 | 78:20-22 MIL #4. | *See* Plaintiffs' Response to MIL 4. | |
| *80:4-6* | Unnecessary for completeness (FRE 106). | | |
| *80:8-10* | Unnecessary for completeness (FRE 106). | | |
| *81:15-19* | | | |
| *81:21-82:16* | | | |
| 82:17-19 82:22-23 | Completeness (FRE 106); misstates prior testimony. | Failure to specify additional testimony for completeness (FRE 106); proper to ask witness whether he agrees, and witness's response demonstrated consistency with | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6))** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **October 3, 2012 Deposition** | | | |
| | | prior testimony. | |
| *82:20-21* | Relevance; counsel testifying (objections only) | | |
| 83:3-84:5 | Relevance (FRE 402); MIL #4. | Relates to fact of consequence in determining action (FRE 401); *see* Plaintiffs' Response to MIL 4. | |
| *84:13-24* | | | |
| *85:3-10* | | | |
| 85:11-86:3 86:8-11 | MIL #4. | *See* Plaintiffs' Response to MIL 4. | |
| 86:16-21 | MIL #4. | *See* Plaintiffs' Response to MIL 4. | |
| 87:3-5 87:8-11 87:13-20 | Completeness (FRE 106); assumes facts not in evidence; beyond the scope of Rule 30 (b) (6) topics; MIL #4. | Failure to specify additional testimony for completeness (FRE 106); failure to specify any facts not in evidence that were assumed; within Rule 30(b)(6) topics; *see* Plaintiffs' Response to MIL 4. | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 3, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 87:22 | | | |
| *87:24-88:1, 87:6-7, 87:12, 87:21* | Relevance; counsel testifying (objections only) | | |
| 88:2-5 | Completeness (FRE 106); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); *see* Plaintiffs' Response to MIL 4. | |
| *88:6-8* | | | |
| 88:9-11 | Relevance (FRE 402); confusing, prejudicial (FRE 403); hearsay (FRE 802). | Relates to fact of consequence related to Defendants' counter-designations and objections (FRE 611(b)); answer shows understanding of question; no hearsay contained within section (FRE 802); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403). | |
| *88:12-89:6* | | | |
| 89:7-15 | Completeness (FRE 106); lacks personal knowledge (FRE 602). | Failure to specify additional testimony for completeness (FRE 106); question is within scope of matters designated for testimony | |

| | PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 3, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | (FRE 30(b)(6)) | |
| 89:16-90:4 | Completeness (FRE 106); lacks personal knowledge (FRE 602). | Failure to specify additional testimony for completeness (FRE 106); question is within scope of matters designated for testimony (FRE 30(b)(6)). | |
| *90:5-91:2* | | | |
| *91:7-17* | | | |
| *91:18-25* | | | |
| 92:1-3 | Completeness (FRE 106); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); *see* Plaintiffs' Response to MIL 4. | |
| 92:4-13 | | | |
| 93:10-17 | MIL #4. | *See* Plaintiffs' Response to MIL 4. | |
| *92:19-93:4* | | | |
| 94:1-7 | Completeness (FRE 106); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); *see* Plaintiffs' | |

| | **PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6))** | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **October 3, 2012 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | Response to MIL 4. | |
| 94:8-11 | Completeness (FRE 106); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); *see* Plaintiffs' Response to MIL 4, | |
| *94:11-23* | | | |
| *95:12-19* | | | |
| 96:8-97:3 | | | |
| 97:4-6 <br><br> 97:8-20 | 97:4-8 Assumes facts not in evidence, improper characterization of evidence. | Failure to specify any improper assumptions or characterizations; witness's response provides clarification and demonstrates validity of question. | |
| *97:7* | Relevance; counsel testifying (objections only) | | |
| 99:2-4 <br><br> 99:8-13 <br><br> 99:19-21 | Beyond scope of Rule 30 (b) (6) deposition; assumes facts not in evidence; completeness (FRE 106); relevance (FRE 402). | Question is within scope of matters designated for testimony (FRE 30(b)(6)); failure to specify any facts improperly assumed or additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401) | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 3, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *99:5-7, 99:14-18* | Relevance; counsel testifying (objections only) | | |
| *100:6-17* | Unnecessary for completeness (FRE 106). | | |
| *100:24-25* | Unnecessary for completeness (FRE 106). | | |
| *101:2-8* | Unnecessary for completeness (FRE 106). | | |
| 101:10-14 | Completeness (FRE 106); hearsay (FRE 802); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); no out of court statement is offered for the truth of its contents; *see* Plaintiffs' Response to MIL 4. | |
| 101:15-102:1 | Completeness (FRE 106); hearsay (FRE 802); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); no out of court statement is offered for the truth of its contents; *see* Plaintiffs' Response to MIL 4. | |
| 102:2-21 | Completeness (FRE 106); hearsay (FRE 802); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); no out of court statement is offered for the truth of its contents; *see* Plaintiffs' Response to MIL 4. | |
| 103:16-19 | | | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) October 3, 2012 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 104:1-11 | | | |
| 104:12-14<br><br>104:16-25<br><br>105:3 | Speculation, assumes facts not in evidence, misstates evidence; foundation; lacks personal knowledge (FRE 602); improper lay opinion (FRE 701). | Does not call for speculation but appropriate judgment from witness; failure to specify any facts improperly assumed or evidence misstated; foundation properly laid; question is within scope of matters designated for testimony (FRE 30(b)(6)); lay opinion based on witness's perception, helpful to determining facts in issue, and specialized knowledge not required (FRE 701). | |
| *104:15, 105:1-2* | Relevance; counsel testifying (objections only) | | |
| *105:4-12* | Relevance; counsel testifying (objections only) | | |
| 105:13-19 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| *105:20-24* | | | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 3, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *105:25-106:2* | | | |
| *106:4-14* | | | |
| 106:19-21<br><br>107:1 | Misstates evidence; foundation; beyond scope of Rule 30(b) (6) deposition; completeness (FRE 106). | Failure to specify any evidence misstated; foundation properly laid; question is within scope of matters designated for testimony (FRE 30(b)(6)); failure to specify additional testimony for completeness (FRE 106) | |
| *106:22-25* | Relevance; counsel testifying (objections only) | | |
| 107:2-8<br><br>107:10-18 | Misstates evidence; foundation; completeness (FRE 106); hearsay (FRE 802). | Failure to specify any evidence misstated; foundation properly laid; failure to specify additional testimony for completeness (FRE 106); no out of court statement is offered for the truth of its contents | |
| *107:9* | Relevance; counsel testifying (objections only) | | |
| 108:10-23 | Completeness (FRE 106); hearsay (FRE 802). | Failure to specify additional testimony for completeness (FRE 106); no out of court statement is offered for the truth of its contents | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 3, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *111:4-17* | | | |
| 112:2-6 | Completeness (FRE 106); hearsay (FRE 802); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); no out of court statement is offered for the truth of its contents; *see* Plaintiffs' Response to MIL 4. | |
| 112:7-13 | Completeness (FRE 106); hearsay (FRE 802); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); no out of court statement is offered for the truth of its contents; *see* Plaintiffs' Response to MIL 4. | |
| *112:14-21* | | | |
| *112:25-113:18* | | | |
| 113:19-25 | Completeness (FRE 106); lacks personal knowledge (FRE 602); hearsay (FRE 802); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); question is within scope of matters designated for testimony (FRE 30(b)(6)); no out of court statement is offered for the truth of its contents; *see* Plaintiffs' Response to MIL 4. | |
| *114:1-5* | | | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 3, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *114:21-23* | | | |
| 114:24-115:4 | Relevance (FRE 402); cumulative, undue delay, prejudicial (FRE 403); MIL #1; FRE (802). | Relates to fact of consequence related to Defendants' counter-designations and objections (FRE 611(b)); failure to specify how testimony is cumulative or causes undue delay (FRE 403);  "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); See MIL #1 response; no hearsay contained within section (FRE 802);. | |
| *115:5-9* | | | |
| *116:6-11* | | | |
| *116:13-15* | | | |
| 116:21-23 | Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); hearsay (FRE 802). | Relates to fact of consequence related to Defendants' counter-designations and objections (FRE 611(b)); answer shows understanding of question; failure to specify how testimony causes undue delay (FRE 403); "prejudicial" not valid objection / not | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 3, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | unfairly prejudicial (FRE 403); no hearsay contained within section (FRE 802). | |
| *116:24-117:14* | | | |
| 117:15-19<br><br>117:21-118:1 | Foundation; assumes facts not in evidence, misquotes witness; completeness (FRE 106). | Foundation properly laid; failure to specify any facts improperly assumed; valid question and witness's response appropriately clarifies position; failure to specify additional testimony for completeness (FRE 106). | |
| *117:20* | Relevance; counsel testifying (objections only) | | |
| *118:3-7* | | | |
| 118:8-9<br><br>118:11-13 | Foundation; completeness (FRE 106). | Foundation properly laid; failure to specify additional testimony for completeness (FRE 106) | |
| *118:10, 118:15-16* | 118:10 - Relevance; counsel testifying (objections only) | | |

| | PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 3, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *118:18-119:4* | | | |
| 120:11-15<br><br>120:17-23<br><br>121:1-6 | Misstates evidence, assumes facts not in evidence; lacks personal knowledge (FRE 602). Completeness (FRE 106) | Failure to specify any evidence misstated or facts improperly assumed; question is within scope of matters designated for testimony (FRE 30(b)(6)). | |
| *120:16, 120:24-25* | Relevance; counsel testifying (objections only) | | |
| 121:7-122:6 | Relevance (FRE 402); prejudicial, confusing (FRE 403); MIL #4. | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); form objection not asserted at deposition and therefore waived (FRCP 32(d)(3)(b)); *see* Plaintiffs' Response to MIL 4. | |
| 123:5-7<br><br>123:9-13 | Confusing, vague, assumes facts not in evidence; foundation; completeness (FRE 106); improper law opinion (FRE 702). | Answer demonstrates understanding of question; failure to identify any facts improperly assumed; foundation properly laid; failure to specify additional testimony for completeness (FRE 106); failure to | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 3, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | specify additional testimony for completeness (FRE 106). | |
| *123:8, 123:14-16* | Relevance; counsel testifying (objections only) | | |
| 124:9-16 <br><br> 124:18-20 <br><br> 124:22-24 <br><br> 125:2-3 <br><br> 125:5-6 | Assumes facts not in evidence, misstates evidence; foundation; lacks personal knowledge (FRE 602); improper lay opinion (FRE 701). Completeness (FRE 106) | Failure to identify any facts improperly assumed or evidence misstated; foundation properly laid; question is within scope of matters designated for testimony (FRE 30(b)(6)); lay opinion based on witness's perception, helpful to determining facts in issue, and specialized knowledge not required (FRE 701). | |
| *124:7, 124:21, 125:4* | Relevance; counsel testifying (objections only) | | |
| 126:22-24 <br><br> 127:1-10 | Misstates evidence, vague; completeness (FRE 106). | Failure to identify any evidence misstated; answer demonstrates understanding of question; failure to specify additional testimony for completeness (FRE 106). | |

| | PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 3, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *126:25* | Relevance; counsel testifying (objections only) | | |
| *127:15-17* | | | |
| *128:1-5* | | | |
| *128:17-20* | | | |
| *129:8-8* | | | |
| *129:10-12* | | | |
| *129:14-15* | | | |
| *129:18-24* | | | |
| *130:2-5* | | | |
| *130:7-8* | | | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 3, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *130:9-18* | | | |
| 130:20-131:4<br><br>131:6-10 | Beyond scope of Rule 30(b) (6) deposition; vague; foundation; completeness (FRE 106); lacks personal knowledge (FRE 602). | Question is within scope of matters designated for testimony (FRE 30(b)(6)); answers demonstrate understanding of questions; foundation properly laid; failure to specify additional testimony for completeness (FRE 106); failure to specify additional testimony for completeness (FRE 106) | |
| *131:5* | Relevance; counsel testifying (objections only) | | |
| *131:11-132:8* | | | |
| 132:9-13 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| *132:14-23* | | | |
| 133:4-13 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |

| | PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 3, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *133:14-25* | | | |
| 134:6-25 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| *134:5* | Relevance; counsel testifying (objections only) | | |
| *135:1-19* | | | |
| 135:21-24 | Completeness (FRE 106); prejudicial, confusing (FRE 403). | Failure to specify additional testimony for completeness (FRE 106); "prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); answer demonstrates understanding of question | |
| *135:25-136:7* | | | |
| 136:9-137:2 | Completeness (FRE 106); prejudicial, confusing (FRE 403). | Failure to specify additional testimony for completeness (FRE 106); "prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); form objection not asserted at deposition and therefore waived (FRCP 32(d)(3)(b)) | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 3, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 137:3-10 | Completeness (FRE 106); prejudicial, confusing (FRE 403). | Failure to specify additional testimony for completeness (FRE 106); "prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); form objection not asserted at deposition and therefore waived (FRCP 32(d)(3)(b)) | |
| 137:15-138:6 | | | |
| 139:4-7 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| *139:8-140:11* | | | |
| *140:22-24* | | | |
| 141:2-3 141:5-13 | | | |
| *141:4, 141:14-17* | Relevance; counsel testifying (objections only) | | |

| | PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **October 3, 2012 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *142:13-23* | | | |
| 143:13-17 | Completeness (FRE 106) | Failure to specify additional testimony for completeness (FRE 106) | |
| 143:20-144:9 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| *144:10-145:8* | Unnecessary for completeness (FRE 106). | | |
| *145:9-146:3* | Unnecessary for completeness (FRE 106). | | |
| *147:13-22* | | | |
| 148:4-6 148:8-9 | Confusing, vague, improper characterization of evidence; completeness (FRE 106). | Answer demonstrates understanding of question; failure to specify any evidence improperly characterized or additional testimony for completeness (FRE 106). | |
| *148:3, 148:7* | Relevance; counsel testifying (objections only) | | |
| *148:11-13* | | | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 3, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *148:18-23* | Unnecessary for completeness (FRE 106). | | |
| *149:16-18* | | | |
| *149:20-23* | | | |
| 149:25-150:3 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| *150:4-152:2* | | | |
| 152:3-8 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| 152:9-21 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| 152:22-153:3 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| *153:4-154:22* | | | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 3, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 154:23-155:8 | Completeness (FRE 106); relevance (FRE 402). | Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401) | |
| *155:9-19* | | | |
| 155:20-23 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| *155:24-156:19* | | | |
| 157:8-12 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| 157:13-18 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| *157:19-24* | | | |
| 164:15-18 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| *164:19-165:11* | | | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 3, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 168:5-7 | Completeness (FRE 106); prejudicial, confusing (FRE 403). | Failure to specify additional testimony for completeness (FRE 106); "prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); form objection not asserted at deposition and therefore waived (FRCP 32(d)(3)(b)) | |
| *168:8-16* | | | |
| 174:6-7 | | | |
| 176:3-10 | Completeness (FRE 106); relevance (FRE 402); prejudicial, confusing (FRE 403); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); form objection not asserted at deposition and therefore waived (FRCP 32(d)(3)(b)); *see* Plaintiffs' Response to MIL 4. | |
| *176:11-13* | | | |
| 177:3-23 | Relevance (FRE 402); prejudicial, confusing (FRE 403). | Relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly | |

| | PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 3, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | prejudicial (FRE 403); form objection not asserted at deposition and therefore waived (FRCP 32(d)(3)(b)) | |
| 180:21-181:7 | Completeness (FRE 106); relevance (FRE 402). | Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401) | |
| *181:8-17* | | | |
| *182:1-5* | | | |
| 184:10-15 | Completeness (FRE 106); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); *see* Plaintiffs' Response to MIL 4. | |
| *184:16-185:8* | | | |
| 185:12-186:2 | Completeness (FRE 106); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); *see* Plaintiffs' Response to MIL 4. | |
| *186:3-10* | | | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) October 3, 2012 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 187:8-13 | Completeness (FRE 106); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); *see* Plaintiffs' Response to MIL 4. | |
| 189:24-190:3 | Completeness (FRE 106); relevance (FRE 402); hearsay (FRE 802); MIL #1; MIL #4. | Failure to specify additional testimony for completeness (FRE 106); no out of court statement is offered for the truth of its contents; *see* Plaintiffs' Response to MIL 1 and 4. | |
| *191:9-20* | | | |
| *192:4-21* | | | |
| *193:4-12* | | | |
| 194:3-195:7 | Completeness (FRE 106); relevance (FRE 402); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401); *see* Plaintiffs' Response to MIL 4. | |
| *195:9-196:2* | | | |
| *196:13-16* | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 197:9-198:2 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| *198:3-11* | | | |
| 198:12-199:2 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| 199:22-200:9 | | | |
| 200:10-201:14 | | | |
| 201:15-25 202:4-203:10 | | | |
| *202:1* | Relevance; counsel testifying (objections only) | | |
| *204:9-15* | | | |

**PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6))**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**October 3, 2012 Deposition**

| | PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 3, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 204:16-205:3 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| *205:4-206:7* | | | |
| 208:22-209:10  209:12 | Vague, confusing, misstates evidence; completeness (FRE 106); relevance (FRE 402). | failure to specify additional testimony for completeness (FRE 106) | |
| *209:11* | Relevance; counsel testifying (objections only) | | |
| *209:21-23* | | | |
| *209:25-210:5* | | | |
| 210:13-211:23 | Completeness (FRE 106); relevance (FRE 402); lacks personal knowledge (FRE 602); MIL #1; MIL #4. | Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401); question is within scope of matters designated for testimony (FRE 30(b)(6)); *see* Plaintiffs' Response to MIL 1 and 4. | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) October 3, 2012 Deposition | | | |
|---|---|---|---|
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *213:7-214:12* | Unnecessary for completeness (FRE 106). | | |
| *214:13-216:11* | Unnecessary for completeness (FRE 106). | | |
| 216:12-21 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| *216:22-217:6* | | | |
| *217:7-218:23* | | | |
| 218:24-219:14 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| 219:15-220:9 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| 220:18- | | | |

| | PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 3, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 221:6 | | | |
| 221:12-22 | Lacks personal knowledge (FRE 602); MIL #1. | Question is within scope of matters designated for testimony (FRE 30(b)(6)); *see* Plaintiffs' Response to MIL 1 | |
| 222:17-25 | Completeness (FRE 106); relevance (FRE 402). | Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401) | |
| *223:1-8* | | | |
| **223:9-15** | Relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403); hearsay (FRE 802). | Relates to fact of consequence related to Defendants' counter-designations and objections (FRE 611(b)); answer shows understanding of question; failure to specify how testimony causes undue delay (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); no hearsay contained within section (FRE 802). | |
| 223:16-21 | Completeness (FRE 106); relevance (FRE 402). | Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401) | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 3, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *223:22-225:4* | | | |
| 225:10-226:7 | 225:10-15 MIL #1. | *See* Plaintiffs' Response to MIL 1 | |
| *227:16-20* | Unnecessary for completeness (FRE 106). | | |
| 228:15-20 | Completeness (FRE 106); relevance (FRE 402); prejudicial, confusing (FRE 403). | Failure to specify additional testimony for completeness (FRE 106); relates to fact of consequence in determining action (FRE 401); "prejudicial" is not a valid objection; not unfairly prejudicial (FRE 403); answers show understanding of questions. | |
| 228:23-229:8 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| *229:9-12* | | | |
| 229:13-230:4 | | | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 3, 2012 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 230:8-22 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| *230:23-234:2* | 231:6-234:2: unnecessary for completeness (FRE 106). | | |
| 234:3-8 | | | |
| *234:9-235:11* | | | |
| 235:12-16 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| *235:17-23* | | | |
| 235:24-25 236:2-3 | Foundation; improper characterization of evidence; completeness (FRE 106). | Foundation properly laid; failure to specify any evidence mischaracterized; failure to specify additional testimony for completeness (FRE 106) | |
| *236:1* | Relevance; counsel testifying (objections only) | | |
| *236:5-22* | Unnecessary for completeness (FRE 106). | | |

| | PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **October 3, 2012 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 237:16-22 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| *237:23-238:9* | | | |
| *242:8-14* | Unnecessary for completeness (FRE 106). | | |
| *242:16-243:9* | Unnecessary for completeness (FRE 106). | | |
| *243:20-245:1* | | | |
| *245:3-14* | | | |
| *245:23-246:16* | | | |
| *247:6-248:1* | Unnecessary for completeness (FRE 106). | | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) |||
| :---: | :---: | :---: |
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** |||
| **October 3, 2012 Deposition** |||

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| :---: | :--- | :--- | :---: |
| 248:24-249:5 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| *249:5-15* | | | |
| *249:16-251:9* | Unnecessary for completeness (FRE 106). | | |
| *251:11-253:5* | Unnecessary for completeness (FRE 106). | | |
| *253:10-14* | Unnecessary for completeness (FRE 106). | | |
| *253:16-254:1* | Unnecessary for completeness (FRE 106). | | |
| *254:14-17* | Unnecessary for completeness (FRE 106). | | |
| *254:19-255:17* | Unnecessary for completeness (FRE 106). | | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 3, 2012 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *255:24-257:24* | Unnecessary for completeness (FRE 106). | | |
| 270:23-25<br><br>271:2-18 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106) | |
| *271:1, 271:19-272:22* | 271:1 - Relevance; counsel testifying (objections only) | | |
| *273:13-24* | Unnecessary for completeness (FRE 106). | | |
| *273:25-275:4* | Unnecessary for completeness (FRE 106). | | |
| *275:10-19* | Unnecessary for completeness (FRE 106). | | |
| *275:22-276:3* | Unnecessary for completeness (FRE 106). | | |

| | PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 3, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *277:1-9* | | | |
| 278:10-279:1 | | | |
| *279:3-12* | | | |
| *280:22-282:2* | Unnecessary for completeness (FRE 106). | | |
| 282:5-16 | Completeness (FRE 106); MIL #4. | Failure to specify additional testimony for completeness (FRE 106); *see* Plaintiffs' Response to MIL 4 | |
| *282:18-283:8* | | | |
| 284:3-16 | Completeness (FRE 106). | Failure to specify additional testimony for completeness (FRE 106); *see* Plaintiffs' Response to MIL 4 | |
| *284:17-23* | | | |

| PLAINTIFFS' DESIGNATION OF BEN L. SHAW (30(b)(6))<br><br>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)<br><br>October 3, 2012 Deposition | | | |
|---|---|---|---|
| Page/Line Cite | Objection<br>(include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 284:24-285:3 | | | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 4:11-13 | | | |
| 5:18-21 | | | |
| 8:10-17 | | | |
| 9:5-6<br><br>9:16-20 | Vague and ambiguous; leading. | Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood); 9:12-15 (before Smallwood answered, counsel instructed him "[i]f you understand it, answer it.  If you don't, ask her to rephrase it.")<br><br>Leading objection not valid where witness is adverse to inquiring party. | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 20, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 21:10-13<br><br>21:20-21 | 21:10-13: Outside the scope of 30(b)(6) Notice; confusing (FRE 403). | Question was within scope of matters for testimony (FRCP 30(b)(6)).<br><br>Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood).<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues." FRE 403. | |
| 24:6-7<br><br>24:9 | 24:6-7: Vague and ambiguous. | Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood).<br><br>Question was not vague or ambiguous. | |
| 24:11-14 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 20, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 29:8-11<br><br>30:7-8<br><br>30:10-11 | 29:8-11: MIL #1; confidential.<br><br>30:7-8: MIL #1; confidential; vague and ambiguous. | *See* Response to MIL #1.<br><br>"Confidential" is not a valid objection, and these questions relate to the fact that SPDS has a contract with Corizon, which is public knowledge; question was not vague or ambiguous. | |
| 30:13-19<br><br>30:22 | 30:13-19: MIL #1; lack of foundation. | *See* Response to MIL #1.<br><br>Question related to a topic for which the subpoenaed party designated the witness to testify.<br><br>30:13-15: Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b). | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **August 20, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 31:2-3<br><br>31:7-8 | 31:2-3: MIL #1; lack of foundation; misstates testimony; leading; argumentative. | *See* Response to MIL #1.<br><br>Question related to a topic for which the subpoenaed party designated the witness to testify.<br><br>Leading objection not valid where witness is adverse to inquiring party.<br><br>Does not misstate testimony.  *See* 31:10-15 (confirming testimony was that Smallwood was not aware of any monitoring by Corizon).<br><br>Is not argumentative.<br><br>Answer shows understanding of question.  *See* 5:3-6 (answering question means it was fully understood). | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 31:10-15 | Foundation; MIL #1. | *See* Response to MIL #1.<br><br>Question related to a topic for which the subpoenaed party designated the witness to testify.<br><br>Question stated that it was only asking what monitoring by Corizon the witness was aware of. | |
| 32:7-9 | | | |
| *32:10-12* | | | |
| 33:2-4 | | | |
| *33:6-8* | | | |
| *33:11-12* | | | |
| *34:11-16* | | | |

**PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6))**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**August 20, 2013 Deposition**

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) |||||
|---|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) |||||
| August 20, 2013 Deposition |||||
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | | Comments |
| *34:17-18* | | | | |
| *34:22-35:2* | | | | |
| 35:10-12 | | | | |
| *35:13-15* | Leading, not responsive to Plaintiff's designation, inappropriate questioning during Plaintiff's examination. | | | |
| 35:21-36:5 | | | | |
| *36:6-12* | | | | |
| 37:17-22 | MIL #1; confidential. | *See* Response to MIL #1. "Confidential" is not a valid objection, and this question relates to the existence of an organizational chart. | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 20, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *38:3-40:19* | Not responsive to Plaintiff's designations, no testimony from witness. | | |
| 40:21-41:7 | 40:21-41:1: MIL #1.<br><br>41:3-6: MIL #1 | *See* Response to MIL #1. | |
| 44:22-45:1<br><br>45:4-9 | | | |
| 45:11-12<br><br>45:14-15 | Beyond the scope of 30(b)(6) Notice; vague and ambiguous | Form objections were not asserted at deposition by Defendants' counsel and are therefore waived. FRCP 32(d)(3)(b).<br><br>Question was within scope of matters for testimony (FRCP 30(b)(6)).<br><br>Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood). | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) August 20, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 45:19-21<br><br>46:2-3 | Vague and ambiguous; foundation. | Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood).<br><br>Question related to a topic for which the subpoenaed party designated the witness to testify. | |
| 46:5-6<br><br>46:8 | Foundation. | Question related to a topic for which the subpoenaed party designated the witness to testify. | |
| 46:10-16<br><br>46:19-21 | 46:10-11: Confusing (FRE 403). | Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b).<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues." FRE 403. | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **August 20, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 51:12-15 | 51:12-13: Confusing (FRE 403). | Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b).<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues." FRE 403. | |
| *51:16-18* | | | |
| *51:22-52:2* | | | |
| *53:1-5* | Not responsive to Plaintiff's designations.<br><br>Lacks foundation to the extent that it is offered to show that all staff actually have the manual. | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) August 20, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 53:15-18<br><br>53:22-54:2 | Leading; foundation; vague and ambiguous; misstates evidence. | Leading objection not valid where witness is adverse to inquiring party.<br><br>Question related to a topic for which the subpoenaed party designated the witness to testify.<br><br>Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood).<br><br>Question does not misstate evidence, as demonstrated in part by answer confirming premise of question. | |
| 54:4-6<br><br>54:10-11 | Compound; vague and ambiguous; confusing. | Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood).<br><br>Question was not compound. | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | | **PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6))** <br><br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br><br> **August 20, 2013 Deposition** | |
| 54:13-17 | Compound; vague and ambiguous; foundation. | Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood). <br><br> Question was not compound. | |
| *55:4-8* | Not responsive to Plaintiff's designations. | | |
| 55:13-15 | MIL #1; relevance. | *See* Response to MIL #1. <br><br> Relates to fact of consequence in determining action (FRE 401). | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) <br> (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) <br> August 20, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 56:1-7 | MIL #1; relevance; foundation. | *See* Response to MIL #1. <br><br> Relates to fact of consequence in determining action (FRE 401). <br><br> 56:1-5: Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b). <br><br> Question related to a topic for which the subpoenaed party designated the witness to testify. | |
| 59:3-4 <br><br> 59:7 | Compound; vague and ambiguous. | Answer shows understanding of question.  *See* 5:3-6 (answering question means it was fully understood). | |
| 60:6-14 <br><br> 60:18 | MIL #1. | *See* Response to MIL #1. | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 20, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 60:20-61:11 | 60:20-61:13: Foundation; vague and ambiguous. | Question related to a topic for which the subpoenaed party designated the witness to testify.<br><br>Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b).<br><br>Answer shows understanding of question.  *See* 5:3-6 (answering question means it was fully understood). | |
| 61:12-13 | 61:12-13: Foundation; vague and ambiguous. | Question related to a topic for which the subpoenaed party designated the witness to testify.<br><br>Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b).<br><br>Answer shows understanding of question.  *See* 5:3-6 (answering question means it was fully understood). | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | **August 20, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 61:18-62:12 | | | |
| 63:5-8<br><br>63:11-13 | 63:4-5: MIL #1.<br><br>63:7-8: MIL #1; foundation. | *See* Response to MIL #1.<br><br>Question related to a topic for which the subpoenaed party designated the witness to testify. | |
| 63:15-17<br><br>63:19-20 | MIL #1; foundation; improper hypothetical. | *See* Response to MIL #1.<br><br>Question related to a topic for which the subpoenaed party designated the witness to testify.<br><br>Form objections were not asserted at deposition by Defendants' counsel and are therefore waived. FRCP 32(d)(3)(b).<br><br>Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood). | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) August 20, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 65:8-10 66:12-20 | | | |
| 67:8-9 67:12-13 | Compound; vague and ambiguous. | Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood). | |
| 85:5-7 85:11-12 | Asked and answered; cumulative (FRE 403). | Failure to specify how testimony is cumulative. FRE 403. | |
| 96:3-5 96:7 | | | |
| 96:9-10 96:12 | | | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 20, 2013 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 96:14-15<br><br>96:17-18 | | | |
| 96:20-21<br><br>97:1-3 | Vague and ambiguous. | Form objections were not asserted at deposition by Defendants' counsel and are therefore waived. FRCP 32(d)(3)(b).<br><br>Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood). | |
| 97:5-9 | | | |
| 97:19-98:7<br><br>98:10-11 | | | |
| 98:13-14<br><br>98:16-17 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) August 20, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 98:19-99:3 | | | |
| 108:1-2 108:4-5 | | | |
| 108:7-9 | | | |
| 109:14-16 109:19 | Misleading; leading; foundation. | Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood). Leading objection not valid where witness is adverse to inquiring party. Question related to a topic for which the subpoenaed party designated the witness to testify. | |

| | **PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6))** | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **August 20, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *109:21-110:2* | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| *110:5-6* | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| *110:8* | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| *110:10-12* | | | |
| *110:13-21* | 110:16-21: Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| *111:9-16* | Not responsive to Plaintiff's designations. | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 115:5-14<br><br>115:16 | | | |
| 115:18-21 | | | |
| 120:2-4<br><br>120:11-15 | *120:2-4: MIL #1.*<br><br>*120:11-12: MIL #1.*<br><br>*120:14: MIL #1; MIL #3.* | *See* Response to MIL #1.<br><br>*See* Response to MIL #3. | |
| 123:8-12<br><br>123:15-22 | *123:11-12: Compound; misstates testimony; leading.* | Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood).<br><br>Leading objection not valid where witness is adverse to inquiring party.<br><br>Form objections for 123:20-22 were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b). | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | **August 20, 2013 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 124:19-21 | Relevance (FRE 402); lacks personal knowledge (FRE 602); improper lay opinion (FRE 701); MIL #1; hearsay (FRE 802). | Relates to fact of consequence related to Defendants' counter-designations and objections (FRE 611(b)); question within scope of matters for testimony (FRCP 30(b)(6)); Bowoto v. Chevron Corp., 2006 WL 2455740, *1 (N.D. Cal. 2006); lay opinion based on witness's perception, helpful to determining facts in issue, and specialized knowledge not required (FRE 701); see MIL #1 response; no hearsay contained within section (FRE 802). | |
| *124:22-125:7* | Counsel is testifying; improper speaking objection. | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) August 20, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 125:12-21 | Relevance; confusing; foundation. | Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood). Relates to fact of consequence in determining action (FRE 401). Question related to a topic for which the subpoenaed party designated the witness to testify. | |
| 126:11-127:5 127:7-10 | 127:3-5: Foundation. | Form objections were not asserted at deposition by Defendants' counsel and are therefore waived. FRCP 32(d)(3)(b). Question related to a topic for which the subpoenaed party designated the witness to testify. | |
| 127:12-14 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **August 20, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 127:20-22<br><br>128:4-7 | | | |
| *128:10-12* | | | |
| 128:13-17 | | | |
| *135:15-21* | Not responsive to Plaintiff's designations. | | |
| 140:12-14 | | | |
| 147:9-11<br><br>147:14-15 | Vague and ambiguous. | Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood). | |
| 147:17-20 | | | |
| 151:10-15 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6))<br>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)<br>August 20, 2013 Deposition | | | |
|---|---|---|---|
| Page/Line Cite | Objection<br>(include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 158:5-7 | MIL #1. | *See* Response to MIL #1. | |
| 159:6-8<br>159:10-11 | MIL #1. | *See* Response to MIL #1. | |
| 166:20-167:7 | | | |
| 169:17-170:9 | | | |
| 171:11-16 | 171:11-13: MIL #1. | *See* Response to MIL #1. | |
| 172:18-173:8 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) August 20, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 175:16-176:7 | Hearsay; relevance; MIL #1. | *See* Response to MIL #1.<br><br>Relates to fact of consequence in determining action (FRE 401). | |
| 176:19-177:1 | | | |
| *178:9-13* | | | |
| 178:14-179:4<br><br>179:6-10 | 178:14-179:4: Compound; vague and ambiguous; confusing; hearsay; relevance; MIL #1. | 178:14-20: Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b).<br><br>178:14-179:4: Answer shows understanding of question.  *See* 5:3-6 (answering question means it was fully understood).<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>*See* Response to MIL #1. | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) August 20, 2013 Deposition | | | |
|---|---|---|---|
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *179:12-13* | | | |
| *179:17-19* | | | |
| 180:8-9 180:12 | Foundation. | Question related to a topic for which the subpoenaed party designated the witness to testify. | |
| 181:1-6 181:9-10 | Vague and ambiguous; confusing. | 181:1-4: Form objections were not asserted at deposition and are therefore waived. FRCP 32(d)(3)(b). 181:1-6, 9-10: Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood). | |
| 184:16-185:6 | | | |
| 189:21-190:20 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **August 20, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 193:19-21<br><br>194:12-16 | | | |
| 194:18-20<br><br>195:2-5 | | | |
| 195:7-12<br><br>196:3-4 | Improper editorial; relevance of counsel's comments. | Objection only applies to 195:7-8. Counsel's comments were relevant and helped form foundation for the question. | |
| 196:6-13 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **August 20, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 197:12-13<br><br>197:19-20 | Misstates testimony; misleading; argumentative; FRE 403; vague and ambiguous. | Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood).<br><br>Form objections (other than "misstates the testimony") were not asserted by Defendants' counsel at deposition and are therefore waived. FRCP 32(d)(3)(b).<br><br>Answer confirmed that testimony was not misstated.<br><br>Failure to specify FRE 403 objection. | |
| 197:22-198:5 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 200:17-21  201:3-4 | Speculation; vague and ambiguous. | Form objections (other than speculation) were not asserted at deposition and are therefore waived. FRCP 32(d)(3)(b).  Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood). | |
| 209:12-13  209:19-21 | *209:9-13: MIL #1.*  *209:19-21:  MIL #1.* | *See* Response to MIL #1. | |
| 211:6  211:8-9 | Vague and ambiguous; relevance as to date. | Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood).  Relates to fact of consequence in determining action (FRE 401). | |
| 212:6-7  212:9-10 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6))** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **August 20, 2013 Deposition** | | | |
| 212:12-14 212:17-18 | | | |
| 212:20-21 213:3-4 | | | |
| 216:16-18 216:22-217:1 | | | |
| 217:3-6 | | | |
| 217:22-218:2 | MIL #1. | *See* Response to MIL #1. | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) August 20, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 218:11-21 <br><br> 219:2 | Foundation. | Question related to a topic for which the subpoenaed party designated the witness to testify. <br><br> 218:11-18: Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b). | |
| 219:16-19 <br><br> 220:1-3 | Foundation. | Question related to a topic for which the subpoenaed party designated the witness to testify. | |
| 221:2-13 <br><br> 221:16 | | | |
| 221:18-19 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **August 20, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 222:7-13<br><br>222:15-16 | Foundation; hearsay. | Question related to a topic for which the subpoenaed party designated the witness to testify. | |
| 223:4-6 | | | |
| 227:7-8<br><br>227:12-13 | Beyond the scope of 30(b)(6) Notice; relevance; foundation. | Relates to fact of consequence in determining action (FRE 401).<br><br>Question was within scope of matters for testimony (FRCP 30(b)(6)).<br><br>Question related to a topic for which the subpoenaed party designated the witness to testify. | |
| 227:15-20 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 242:6-11 242:14-15 | 242:10-11: Foundation. | 242:6-9: Form objections were not asserted at deposition by Defendants' counsel and are therefore waived.  FRCP 32(d)(3)(b).  Question related to a topic for which the subpoenaed party designated the witness to testify. | |
| 243:16-244:1 244:3 | 243:16-20: MIL #1. | *See* Response to MIL #1. | |
| 244:5-245:17 245:20 | | | |
| 252:20-21 253:1-2 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) August 20, 2013 Deposition | | | |
|---|---|---|---|
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 253:4-5 253:16-17 | | | |
| 253:19-254:3 254:5-6 | 254:2-3: Vague and ambiguous; foundation. | 253:19-254:1: Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b). 253:19-254:3, 254:5-6: Answer shows understanding of question.  *See* 5:3-6 (answering question means it was fully understood). Question related to a topic for which the subpoenaed party designated the witness to testify. | |
| 255:11-15 | 255:11-14: MIL #1 | *See* Response to MIL #1. | |
| 258:10-14 258:18-19 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 258:21-22<br><br>259:5-9 | Misstated testimony. | Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood).<br><br>259:8-9: Form objections were not asserted at deposition by Defendants' counsel and are therefore waived.  FRCP 32(d)(3)(b). | |
| 263:7-11<br><br>263:18 | 263:7-9: Relevance; foundation; outside the scope of 30(b)(6) Notice. | Relates to fact of consequence in determining action (FRE 401).<br><br>Question was within scope of matters for testimony (FRCP 30(b)(6)).<br><br>263:7-10: Form objections were not asserted at deposition by Defendants' counsel and are therefore waived.  FRCP 32(d)(3)(b).<br><br>Question related to a topic for which the subpoenaed party designated the witness to testify. | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) August 20, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 263:20-21<br><br>264:7 | 263:20-21: Foundation; relevance; outside the scope of 30(b)(6) Notice. | Relates to fact of consequence in determining action (FRE 401).<br><br>Question was within scope of matters for testimony (FRCP 30(b)(6)).<br><br>Question related to a topic for which the subpoenaed party designated the witness to testify. | |
| 264:8-9<br><br>264:12-14 | 264:7-9: Relevance; foundation; outside the scope of 30(b)(6) Notice. | Relates to fact of consequence in determining action (FRE 401).<br><br>Question was within scope of matters for testimony (FRCP 30(b)(6)).<br><br>Question related to a topic for which the subpoenaed party designated the witness to testify. | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 265:11-13<br><br>265:16 | Foundation; vague and ambiguous (has not changed from when?). | Answer shows understanding of question. *See* 5:3-6 (answering question means it was fully understood).<br><br>Question clearly states "has not changed since March 4, 2013."<br><br>Form objections were not asserted at deposition by Defendants' counsel and are therefore waived. FRCP 32(d)(3)(b).<br><br>Question related to a topic for which the subpoenaed party designated the witness to testify. | |
| 278:8-17 | | | |
| 280:15-16 | | | |
| 280:19-281:10 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 5:18-21 | | | |
| 18:7-20 | | | |
| 19:10-18 | | | |
| 41:11-42:5 | | | |
| 42:18-44:6 | | | |
| 52:4-10 | | | |
| 52:12-19 | | | |
| 52:20-22 | | | |
| 62:7-12 | | | |
| *62:17-20* | | | |

**DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6))**

**(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)**

**August 20, 2013 Deposition**

| DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| August 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 89:16-21 | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| 90:6-20 | | | |
| 90:22-92:1 | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| 92:3-14 | Lacks foundation to the extent it is offered to show that inmates actually waited 30 days or less for an intake exam, given that the wait time defined here differs from SPDS' wait time definition used for its calculations. | | |
| 93:8-17 | Completeness. Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |

| | DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | |
|---|---|---|---|
| | (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | |
| | August 20, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *93:18-19* *94:1* | | | |
| 94:3-11 | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| 94:12-95:3 | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| 95:4-13 | Completeness. | | |
| *95:14-96:1* | | | |
| 97:5-9 | | | |

| DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| August 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 97:10-17 | Objection - lack of personal knowledge, speculation.  Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| 97:19-22 | | | |
| 100:15-101:16 | Completeness. Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| *103:18-104:4*  *104:6* | | | |
| 104:8-105:9 | Overlap: 104:8-13.  104:14-105:9 - Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. Lack of personal knowledge. | | |

| DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|:---:|:---:|:---:|:---:|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| August 20, 2013 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 105:11-17 | | | |
| 106:13-107:7 | Completeness.  Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| *107:8-18*<br><br>*107:20-21* | | | |
| 108:1-9 | | | |
| 113:14-113:20 | | | |
| 113:21-114:8 | Completeness.  Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| *114:9-10*<br>*114:14-15* | | | |

| DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| August 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *114:17-19* | | | |
| 114:21-115:4 | | | |
| 115:5-16 | | | |
| 116:3-6 | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| 130:4-131:5 | | | |
| 131:12-132:5 | | | |
| 132:14-16 | | | |
| 133:2-7 | | | |
| 133:13-18 | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice.  Lack of | | |

| DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| August 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|  | personal knowledge. |  |  |
| 133:20-134:14 | 134:10-14 - Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. Lack of personal knowledge. |  |  |
| 134:16-21 |  |  |  |
| 135:22-137:8 | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. |  |  |
| 141:1-142:2 | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice.  Lack of personal knowledge. |  |  |
| 144:13-145:7 |  |  |  |
| 146:2-9 |  |  |  |

| DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| August 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 147:3-8 | | | |
| 149:18-150:4 | | | |
| 150:5-13 | Lack of personal knowledge.  Lacks foundation to the extent that it is offered to show that all staff have been trained. | | |
| 150:14-150:22 | Lack of personal knowledge.  Lacks foundation to the extent that it is offered to show that training was given that was not provided by Dr. Smallwood. | | |
| 151:1-15 | Completeness. | | |
| *151:22-152:7* *152:9* | | | |
| 152:11-153:3 | | | |

| **DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6))** |||| 
|---|---|---|---|
| **(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)** |||| 
| **August 20, 2013 Deposition** |||| 
| **Page/Line Cite** | **Objection** <br> **(include specific page and line** <br> **numbers of material objected to and** <br> **objection(s))** | **Response** | **Comments** |
| *153:5* <br><br> *153:13-18* | | | |
| 153:19-21 | Completeness. | | |
| 154:4-6 | | | |
| 154:7-9 | Completeness. | | |
| *154:10-17* | | | |
| 154:18-155:1 | Completeness. | | |
| *155:2-9* | | | |
| 155:20-156:14 | | | |
| 156:19-157:3 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6))** **(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)** **August 20, 2013 Deposition** | | | |
| 157:4-158:4 | | | |
| 158:18-159:5 | | | |
| 164:20-165:6 | Completeness. | | |
| *165:8-10* *165:12-19* *166:2-6* | | | |
| 166:12-18 | | | |
| 166:20-168:4 | | | |
| 168:5-9 | | | |
| 168:16-21 | | | |

| DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| August 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 172:3-17 | | | |
| 172:18-173:2 | | | |
| 173:18-175:3 | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| 176:10-177:5 | Overlap: 176:19-177:1.  176:10-18 - Lack of personal knowledge as to what facilities Chu has been to. 177:2-177:5 - Hearsay. | | |
| 177:9-178:8 | | | |
| 179:21-180:6 | Lack of personal knowledge as to what the staff did. | | |
| 185:2-11 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6))** **(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)** **August 20, 2013 Deposition** | | | |
| 185:16-19 | | | |
| 185:20-186:15 | | | |
| 187:16-188:15 | Lack of personal knowledge as to whether the dental assistants are all given oral instructions from each supervising dentist. | | |
| 189:10-20 | | | |
| 189:21-190:14 | | | |
| 190:15-191:14 | Overlap: 190:15-20. 190:21-191:14 - Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |

| DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| August 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 191:15-192:3 | | | |
| 192:4-11 | Lacks foundation to the extent that it is offered to show that inmates are actually treated to get out of pain. | | |
| 192:13-22 | | | |
| 193:7-15 | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| 193:19-21 | | | |
| 194:12-16 | | | |
| 194:18-20 | | | |
| 195:2-5 | | | |

| | **DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6))**<br><br>**(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)**<br><br>**August 20, 2013 Deposition** | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 196:3-17 | | | |
| 200:17-201:20 | Overlap: 200:17-201:4.<br><br>201:5-20 - Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| 202:6-11 | | | |
| 206:6-7 | | | |
| 206:9-18 | | | |
| 206:21-207:5 | | | |
| 207:8-10 | | | |
| 208:9-18 | Completeness. | | |

| | DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6))<br><br>(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)<br><br>August 20, 2013 Deposition | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *208:19-209:3* | | | |
| 209:9-11 | | | |
| 211:15-22 | | | |
| 215:14-22 | | | |
| 216:13-217:6 | | | |
| 217:7-11 | | | |
| 220:10-19 | Lack foundation to the extent that it is offered to show what Corizon "knows," hearsay. | | |
| 223:7-17 | | | |
| 224:2-6 | | | |

| | DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6))<br><br>(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)<br><br>August 20, 2013 Deposition | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection<br>(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 225:12-22 | | | |
| 228:14-229:11 | Lacks foundation to the extent it is offered to show that a licensed dentist actually is available at all times. | | |
| 229:12-230:12 | Lacks foundation to the extent it is offered to show that a licensed dentist actually is available at all times. | | |
| 230:13-231:2 | | | |
| 231:12-232:12 | | | |
| 232:19-234:1 | | | |
| 234:2-19 | | | |
| 235:9-14 | | | |

| | DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6))<br>(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)<br>August 20, 2013 Deposition | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection<br>(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 236:1-3 | | | |
| 236:11-13 | | | |
| 237:11-13 | | | |
| 241:12-18 | Completeness. | | |
| *242:3-5* | | | |
| 242:6-9 | | | |
| 243:2-8 | | | |
| 244:9-245:4 | | | |
| 245:5-11 | | | |
| 247:1-7 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 248:3-249:3 | | | |
| 249:4-10 | | | |
| 250:7-15 | | | |
| 251:10-13 | | | |
| 257:3-10 | Lacks foundation to the extent it is offered to show that each supervising dentist is actually aware of this verbal policy. | | |
| 269:1-18 | Lack of personal knowledge as to how the management team made their decisions on new equipment.  (269:10-14) | | |
| 269:19-22 | | | |

DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6))

(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)

August 20, 2013 Deposition

| | DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | |
|---|---|---|---|
| | (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | |
| | August 20, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 271:21-272:15 | | | |
| 272:16-273:7 | | | |
| 273:8-274:4 | | | |
| 274:5-8 | | | |
| 274:13-276:3 | Lacks foundation to the extent it is offered to show that these statements are true for prisoners in the custody of ADC. Lack of personal knowledge. | | |
| 276:4-7 | | | |
| 276:8-18 | | | |
| 276:19-277:19 | Lacks foundation to the extent it is offered to show that patients were actually treated in a timely manner after the referral was denied.  Lack of | | |

| DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (30(b)(6)) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| August 20, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | personal knowledge (277:16-19) | | |
| 277:20-278:17 | | | |
| 278:18-279:8 | Lacks foundation to the extent it is offered to show that inmates actually waited less than a day for urgent or emergent care, given that the wait time defined here differs from SPDS' wait time definition used for its calculations. | | |
| 279:9-280:9 | | | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | April 7, 2014 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 7:16-19 | | | |
| 10:19-20 <br><br> 10:22-25 | Completeness (FRE 106); compound; vague and ambiguous; MIL #1. | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood) <br><br> See Response to MIL #1. <br><br> Question does not pertain to a writing or recorded statement (FRE 106) | |
| 14:21-15:1 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 15:10-13<br><br>15:16-19 | Completeness (FRE 106); compound; vague and ambiguous; leading; calls for speculation; assumes facts; relevance (FRE 402); prejudicial (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Leading objection not valid where witness is adverse to inquiring party.<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is unduly prejudicial.  FRE 403.<br><br>Question does not pertain to a writing or recorded statement (FRE 106) | |
| 18:2-11 | | | |
| 18:22-19:8 | | | |
| 20:7-17 | | | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
| :---: | :---: | :---: | :---: |
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **April 7, 2014 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 23:16-17<br><br>23:19 | | | |
| 23:20-24:13 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **April 7, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 29:18-30:18<br><br>30:20-21 | 29:18-30:1:  Relevance (FRE 402); FRE 403; MIL #1.<br><br>30:2-14:  Relevance (FRE 402); prejudicial; confusing; undue delay; waste of time (FRE 403); MIL #1.<br><br>30:15-21:  Completeness (FRE 106); compound; vague and ambiguous; relevance (FRE 402); prejudicial; confusing; undue delay; waste of time (FRE 403); MIL #1. | Answer shows understanding of question.  *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br><br>Failure to specify how testimony wastes time, is unduly prejudicial, or causes undue delay.  FRE 403.<br><br>See Response to MIL #1.<br><br>Question does not pertain to a writing or recorded statement (FRE 106)<br>30:2-14: Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b). | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **April 7, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 30:22-24<br><br>31:1 | Completeness (FRE 106); compound; vague and ambiguous; leading; relevance (FRE 402); prejudicial; confusing; undue delay; waste of time (FRE 403); lacks personal knowledge (FRE 602); MIL #1. | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Leading objection not valid where witness is adverse to inquiring party.<br>Relates to fact of consequence in determining action (FRE 401).<br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues." FRE 403.<br>Witness does not lack personal knowledge.<br>Failure to specify how testimony wastes time, is unduly prejudicial, or causes undue delay. FRE 403.<br><br>See Response to MIL #1.<br><br>Question does not pertain to a writing or recorded statement (FRE 106) | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 33:24-34:7<br><br>34:9-10 | 33:23:  Completeness (FRE 106); leading; relevance (FRE 402); prejudicial; confusing; undue delay; waste of time (FRE 403); lacks personal knowledge (FRE 602).<br><br>33:24-34:8:  Completeness (FRE 106); compound; vague and ambiguous; leading; relevance (FRE 402); prejudicial; confusing; undue delay; waste of time (FRE 403); lacks personal knowledge (FRE 602); MIL #1. | Answer shows understanding of question.  *See* 6:11-13 (answering question means it was fully understood)<br>Leading objection not valid where witness is adverse to inquiring party.<br>Witness does not lack personal knowledge.<br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br><br>Failure to specify how testimony wastes time, is unduly prejudicial, or causes undue delay.  FRE 403.<br><br>See Response to MIL #1.<br><br>Question does not pertain to a writing or recorded statement (FRE 106) | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 47:11-48:2 | Completeness (FRE 106); relevance (FRE 402); prejudicial; confusing; undue delay; waste of time (FRE 403); hearsay (FRE 802); MIL #1. | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues." FRE 403.<br><br>Failure to specify how testimony wastes time, is unduly prejudicial, or causes undue delay. FRE 403.<br><br>See Response to MIL #1.<br><br>Question does not pertain to a writing or recorded statement (FRE 106) | |
| *48:3-4* | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **April 7, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *48:7-24* | | | |
| 49:25-50:2<br><br>50:4-6 | 48:25-49:24: Completeness (FRE 106); relevance (FRE 402); FRE 403.<br><br>49:25-50:6: Completeness (FRE 106); compound; vague and ambiguous; leading; relevance (FRE 402); prejudicial; confusing; undue delay; waste of time (FRE 403); lacks personal knowledge (FRE 602). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Leading objection not valid where witness is adverse to inquiring party.<br>Witness does not lack personal knowledge. Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues." FRE 403.<br>48:25-49:24: FRE 403 objection not specified. Failure to specify how testimony wastes time, is unduly prejudicial, or causes undue delay. FRE 403.<br>Question does not pertain to a writing or recorded statement (FRE 106) | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 50:7-21<br><br>50:23 | 50:7-18:  Completeness (FRE 106); relevance (FRE 402); prejudicial; confusing; undue delay; waste of time (FRE 403); hearsay (FRE 802); MIL #1.<br><br>50:19-23:  Completeness (FRE 106); assumes facts; calls for speculation; relevance (FRE 402); prejudicial (FRE 403); lacks personal knowledge (FRE 602). | Answer shows understanding of question.  *See* 6:11-13 (answering question means it was fully understood)<br>Neither question nor answer contains hearsay. Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d).<br><br>Relates to fact of consequence in determining action (FRE 401).<br>Witness does not lack personal knowledge.<br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br><br>Failure to specify how testimony wastes time, is unduly prejudicial, or causes undue delay.  FRE 403.<br><br>See Response to MIL #1.<br><br>Question does not pertain to a writing or recorded statement (FRE 106) | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | April 7, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 50:24-52:16<br><br>52:18 | 50:24-51:9:  Relevance (FRE 402); prejudicial; waste of time; cumulative (FRE 403).<br><br>51:10-21:  Relevance (FRE 402); prejudicial; cumulative; waste of time (FRE 403); hearsay (FRE 802); MIL #1.<br><br>51:22-52:6:  MIL #1; hearsay (FRE 802).<br><br>52:7-14:  Relevance (FRE 402); prejudicial, cumulative (FRE 403).<br><br>52:15-25:  Completeness; vague and ambiguous; relevance (FRE 402); prejudicial, cumulative (FRE 403); lacks personal knowledge (FRE 602). | Answer shows understanding of question.  *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative, wastes time, or is unduly prejudicial.  FRE 403.<br><br>See Response to MIL #1.<br><br>Question does not pertain to a writing or recorded statement (FRE 106)<br>Witness does not lack personal knowledge.<br><br>51:10-21: does not contain hearsay.  Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d).<br><br>51:22-52:6: does not contain hearsay. Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d). | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | April 7, 2014 Deposition | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line**<br>**numbers of material objected to and**<br>**objection(s))** | **Response** | **Comments** |
| 52:19<br><br>52:21-22 | | | |
| 52:23-53:2<br><br>53:4-5 | 53:1-5: Completeness (FRE 106); calls for speculation; lacks personal knowledge (FRE 602); improper opinion testimony (FRE 702, 703). | Answer shows understanding of question.  *See* 6:11-13 (answering question means it was fully understood)<br><br>Question does not pertain to a writing or recorded statement (FRE 106)<br><br>Witness does not lack personal knowledge.<br><br>Witness was not being asked for expert opinion.<br><br>52:23-52:25 Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b). | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **April 7, 2014 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 53:6-7<br><br>53:9-14 | Completeness (FRE 106); assumes facts; calls for speculation; lacks personal knowledge (FRE 602); improper opinion testimony (FRE 701, 702). | Answer shows understanding of question.  *See* 6:11-13 (answering question means it was fully understood)<br><br>Question does not pertain to a writing or recorded statement (FRE 106)<br>Witness does not lack personal knowledge.<br><br>Witness was not being asked for expert opinion.<br><br>53:11-14: Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b). | |
| 53:15-17<br><br>53:19-20 | | | |
| 53:21-23<br><br>53:25-54:3 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) April 7, 2014 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 54:8-11 <br><br> 54:13-15 | | | |
| 54:16-23 <br><br> 54:25 | | | |
| 55:1-3 <br><br> 55:5-8 | | | |
| 58:9-21 <br><br> 58:24-59:1 | | | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | April 7, 2014 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 64:15-23 | Completeness (FRE 106); relevance (FRE 402); confusing, waste of time (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br><br>Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b).<br><br>Failure to specify how testimony wastes time. FRE 403.<br><br>Question does not pertain to a writing or recorded statement (FRE 106) | |
| 69:21-70:1 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 70:19-71:3 | 71:1-3: Relevance (FRE 402); prejudicial, confusing, waste of time (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues." FRE 403.<br><br>Form objections were not asserted at deposition and are therefore waived. FRCP 32(d)(3)(b).<br><br>Failure to specify how testimony wastes time or is unduly prejudicial. FRE 403. | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | April 7, 2014 Deposition | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line**<br>**numbers of material objected to and**<br>**objection(s))** | **Response** | **Comments** |
| 72:3-5<br><br>72:7 | Assumes facts; asked and answered; leading; relevance (FRE 402); prejudicial, confusing, waste of time (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Leading objection not valid where witness is adverse to inquiring party.<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br><br>Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b).<br><br>Failure to specify how testimony wastes time or is unduly prejudicial.  FRE 403. | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | April 7, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 73:11-74:23<br><br>74:25 | 73:11-74:17:  Confusing, cumulative (FRE 403).<br><br>74:18-75:9:  Completeness (FRE 106); assumes facts; leading; calls for speculation; compound; vague and ambiguous; confusing, cumulative (FRE 403). | Answer shows understanding of question.  *See* 6:11-13 (answering question means it was fully understood)<br><br>Leading objection not valid where witness is adverse to inquiring party.<br><br>Failure to specify how testimony is cumulative.  FRE 403.<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br><br>Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b).<br><br>Question does not pertain to a writing or recorded statement (FRE 106) | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
| --- | --- | --- | --- |
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **April 7, 2014 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 75:1-75:7<br><br>75:9 | Completeness (FRE 106); assumes facts; leading; calls for speculation; compound; vague and ambiguous; confusing, cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Leading objection not valid where witness is adverse to inquiring party.<br><br>Failure to specify how testimony is cumulative. FRE 403.<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br><br>Question does not pertain to a writing or recorded statement (FRE 106) | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 75:10-76:4<br><br>76:6-10 | Completeness; confusing, cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Failure to specify how testimony is cumulative. FRE 403.<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br><br>Question does not pertain to a writing or recorded statement (FRE 106)<br><br>75:10-25: Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b). | |
| 76:11-16<br><br>76:18-19<br><br>76:21-22 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **April 7, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 76:23-77:4 | | | |
| 77:6-12 | | | |
| 77:16-78:19 | 77:16-78:10: Confusing, cumulative (FRE 403). | Failure to specify how testimony is cumulative. FRE 403.<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br><br>Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b). | |
| 79:18-23 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 80:22-81:4 | Confusing, cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Failure to specify how testimony is cumulative. FRE 403.<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues." FRE 403.<br><br>Form objections were not asserted at deposition and are therefore waived. FRCP 32(d)(3)(b). | |
| 87:4-15<br><br>87:19 | MIL #1; relevance (FRE 402); hearsay (FRE 802). | Relates to fact of consequence in determining action (FRE 401).<br><br>See Response to MIL #1.<br><br>No hearsay in question or answer. Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d). | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 87:20-88:4 | | | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **April 7, 2014 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 88:24-89:6<br><br>89:8 | 88:24-89:4: MIL #1; relevance (FRE 402); confusing, cumulative (FRE 403); hearsay (FRE 802).<br><br>89:5-8: Completeness (FRE 106); vague and ambiguous; relevance (FRE 402); confusing, cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative. FRE 403.<br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br>88:24-89:4: Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b).<br>See Response to MIL #1.<br><br>Question does not pertain to a writing or recorded statement (FRE 106)<br><br>Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d). | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 89:9-10

89:12-14 | Completeness (FRE 106); vague and ambiguous; relevance (FRE 402); confusing, cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)

Relates to fact of consequence in determining action (FRE 401).

Failure to specify how testimony is cumulative. FRE 403.

Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues." FRE 403.

Question does not pertain to a writing or recorded statement (FRE 106) | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 89:15-90:2<br><br>90:4-7 | 89:15-23: Completeness (FRE 106); compound; assumes facts; calls for speculation; relevance (FRE 402); prejudicial, confusing, cumulative (FRE 403); hearsay (FRE 802); MIL #1.<br><br>89:24-90:7: Completeness (FRE 106); compound; assumes facts; calls for speculation; relevance (FRE 402); prejudicial, confusing, cumulative (FRE 403); hearsay (FRE 802); MIL #1. | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br>Relates to fact of consequence in determining action (FRE 401).<br>Failure to specify how testimony is cumulative or unduly prejudicial.  FRE 403.<br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br>89:15-89:23: Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b).<br>No cited questions or answers contain hearsay.<br>Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d).<br><br>See Response to MIL #1.<br><br>Question does not pertain to a writing or recorded statement (FRE 106) | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 90:8-11<br><br>90:13-16 | Completeness (FRE 106); argumentative; compound, vague and ambiguous; assumes facts; calls for speculation, relevance (FRE 402); prejudicial, confusing, cumulative (FRE 403); hearsay (FRE 802); MIL #1. | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative or unduly prejudicial.  FRE 403.<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br><br>See Response to MIL #1.<br><br>Question does not pertain to a writing or recorded statement (FRE 106)<br>Neither question nor answer contains hearsay. Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d). | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 90:17-19<br><br>90:21-22 | 90:17-22: Completeness (FRE 106); compound, vague and ambiguous; leading; assumes facts; calls for speculation; relevance (FRE 402); prejudicial, confusing, cumulative (FRE 403); hearsay (FRE 802); MIL #1. | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Leading objection not valid where witness is adverse to inquiring party.<br><br>Relates to fact of consequence in determining action (FRE 401).<br>Failure to specify how testimony is cumulative or unduly prejudicial.  FRE 403.<br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br>Neither question nor answer contains hearsay.<br>Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d).<br>Question does not pertain to a writing or recorded statement (FRE 106)<br><br>See Response to MIL #1. | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **April 7, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 90:23-25  91:2-3 | Completeness (FRE 106); compound, vague and ambiguous; argumentative; assumes facts; calls for speculation; relevance (FRE 402); prejudicial, confusing, cumulative (FRE 403); MIL #1. | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)  Relates to fact of consequence in determining action (FRE 401).  Failure to specify how testimony is cumulative or unduly prejudicial.  FRE 403.  Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.  Question does not pertain to a writing or recorded statement (FRE 106)  See Response to MIL #1. | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | April 7, 2014 Deposition | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 91:4-10<br><br>91:12-19 | 91:4-9: Assumes facts; calls for speculation; relevance (FRE 402); prejudicial, confusing, cumulative (FRE 403); hearsay (FRE 802); MIL #1.<br><br>91:10-19: Completeness (FRE 106); vague and ambiguous; calls for speculation; calls for narrative; relevance (FRE 402); confusing, cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br>Relates to fact of consequence in determining action (FRE 401).<br>Failure to specify how testimony is cumulative or unduly prejudicial.  FRE 403.<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br>91:4-9: Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b).<br><br>Question does not pertain to a writing or recorded statement (FRE 106)<br><br>See Response to MIL #1.<br><br>Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d). | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **April 7, 2014 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 91:20-22<br><br>91:24-92:1 | Completeness (FRE 106); compound, vague and ambiguous; calls for narrative; calls for speculation; relevance (FRE 402) confusing, cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative. FRE 403.<br><br>Question does not pertain to a writing or recorded statement (FRE 106)<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403. | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **April 7, 2014 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 92:13-14<br><br>92:16-18 | Completeness (FRE 106); vague and ambiguous; calls for narrative; calls for speculation; relevance (FRE 402); confusing, cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative. FRE 403.<br><br>Question does not pertain to a writing or recorded statement (FRE 106)<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403. | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | April 7, 2014 Deposition | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 99:20-100:5<br><br>100:7 | 99:20-100:2: MIL #1; hearsay (FRE 802).<br><br>100:3-7: Completeness (FRE 106); vague and ambiguous; leading; relevance (FRE 402); prejudicial, confusing (FRE 403); hearsay (FRE 802); MIL #1. | Answer shows understanding of question.  *See* 6:11-13 (answering question means it was fully understood)<br>No hearsay in question or answer. Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d).<br><br>Leading objection not valid where witness is adverse to inquiring party.<br><br>Question does not pertain to a writing or recorded statement (FRE 106)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br><br>Failure to specify how testimony is unduly prejudicial.  FRE 403.<br><br>See Response to MIL #1. | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 100:8-10 | Completeness (FRE 106); relevance (FRE 402); prejudicial, confusing (FRE 403); hearsay (FRE 802); MIL #1. | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood) No hearsay in question or answer. Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d).<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Question does not pertain to a writing or recorded statement (FRE 106)<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403. Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b).<br><br>Failure to specify how testimony is unduly prejudicial.  FRE 403.<br><br>See Response to MIL #1. | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **April 7, 2014 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 101:1-20 | 101:1-7: Relevance (FRE 402); prejudicial, confusing (FRE 403); hearsay (FRE 802); MIL #1.<br><br>101:8-14: Relevance (FRE 402); prejudicial, confusing, waste of time (FRE 403).<br><br>101:15-20: Relevance (FRE 402); prejudicial, confusing (FRE 403); hearsay (FRE 802; MIL #1. | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues." FRE 403.<br><br>Form objections were not asserted at deposition and are therefore waived. FRCP 32(d)(3)(b).<br><br>Failure to specify how testimony wastes time or is unduly prejudicial. FRE 403.<br><br>See Response to MIL #1.<br><br>Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d). | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 105:7-12<br><br>105:14-106:10 | 105:7-10: Relevance (FRE 402); prejudicial, confusing, cumulative (FRE 403).<br><br>105:11-106:6: Relevance (FRE 402); vague and ambiguous; leading; assumes facts; prejudicial, confusing, cumulative (FRE 403); improper opinion testimony (FRE 701, 702).<br><br>106:7-12: Completeness (FRE 106); compound; vague and ambiguous; leading; assumes facts; calls for speculation; relevance (FRE 402); prejudicial, confusing, cumulative (FRE 403); lacks personal knowledge (FRE 602); improper opinion testimony (FRE 701, 702). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Leading objection not valid where witness is adverse to inquiring party.<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative or unduly prejudicial.  FRE 403.<br><br>Question does not pertain to a writing or recorded statement (FRE 106)<br>Witness does not lack personal knowledge, and was not being asked for expert opinion.<br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br>105:7-10: Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b). | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | April 7, 2014 Deposition | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 106:13-14 <br><br> 106:16-20 | Completeness (FRE 106); compound; vague and ambiguous; leading; assumes facts; calls for speculation; relevance (FRE 402); prejudicial, confusing, cumulative (FRE 403); lacks personal knowledge (FRE 602). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood) <br><br> Leading objection not valid where witness is adverse to inquiring party. <br> Witness does not lack personal knowledge. <br><br> Relates to fact of consequence in determining action (FRE 401). <br><br> Question does not pertain to a writing or recorded statement (FRE 106) <br><br> Failure to specify how testimony is cumulative or unduly prejudicial.  FRE 403. <br><br> Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403. | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 110:2-5 | Relevance (FRE 402); prejudicial, confusing, waste of time (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues." FRE 403.<br><br>Form objections were not asserted at deposition and are therefore waived. FRCP 32(d)(3)(b).<br><br>Failure to specify how testimony wastes time or is unduly prejudicial. FRE 403. | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD** | | | |
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **April 7, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 112:14-16<br><br>112:18-22 | Completeness (FRE 106); compound; vague and ambiguous; relevance (FRE 402) confusing, waste of time, cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative or wastes time.  FRE 403.<br><br>Question does not pertain to a writing or recorded statement (FRE 106)<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403. | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **April 7, 2014 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 112:23-25 | Relevance (FRE 402); confusing, waste of time, cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative or wastes time.  FRE 403.<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br><br>Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b). | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 113:8-24<br><br>114:1-2 | 113:8-12: Relevance (FRE 402); prejudicial, confusing, waste of time, cumulative (FRE 403); hearsay (FRE 802); MIL #1.<br><br>113:23-114:2: Completeness (FRE 106); compound; vague and ambiguous; leading; assumes facts; relevance (FRE 402); prejudicial, waste of time, cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br>Leading objection not valid where witness is adverse to inquiring party.<br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative, unduly prejudicial, or wastes time.  FRE 403.<br><br>See Response to MIL #1.<br><br>Question does not pertain to a writing or recorded statement (FRE 106)<br><br>113:8-22: Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b).<br><br>Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d). | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | April 7, 2014 Deposition | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| 115:11-13<br><br>115:15 | | | |
| 118:18-20<br><br>118:22-25 | Completeness (FRE 106); vague and ambiguous; leading; assumes facts; relevance (FRE 402); prejudicial, waste of time (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Leading objection not valid where witness is adverse to inquiring party.<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony wastes time or is unduly prejudicial. FRE 403.<br><br>Question does not pertain to a writing or recorded statement (FRE 106) | |
| 128:17-19 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 128:24-25<br><br>129:2-5 | | | |
| 134:24-135:2<br><br>135:4-5 | | | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 135:15-17<br><br>135:19 | Completeness (FRE 106); vague and ambiguous; relevance (FRE 402); confusing, cumulative (FRE 403); improper opinion testimony (FRE 701, 702); hearsay (FRE 802); MIL #1. | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative. FRE 403.<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues." FRE 403.<br>Question does not pertain to a writing or recorded statement (FRE 106)<br>See Response to MIL #1.<br>Witness was not being asked for expert opinion.<br><br>Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d). | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | April 7, 2014 Deposition | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 135:20-21 <br><br> 135:23 | Completeness (FRE 106); vague and ambiguous; relevance (FRE 402); confusing, cumulative (FRE 403); MIL #1. | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood) <br><br> Relates to fact of consequence in determining action (FRE 401). <br><br> Failure to specify how testimony is cumulative. FRE 403. <br><br> Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues." FRE 403. <br><br> Question does not pertain to a writing or recorded statement (FRE 106) <br><br> See Response to MIL #1. | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| 135:24-136:6 | Relevance (FRE 402); cumulative (FRE 403); hearsay (FRE 802); MIL #1. | Relates to fact of consequence in determining action (FRE 401). Failure to specify how testimony is cumulative. FRE 403. See Response to MIL #1. Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d). | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 136:23-137:7 | Relevance (FRE 402); prejudicial, confusing, cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative or unduly prejudicial.  FRE 403.<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br><br>Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b). | |
| 138:4-9 | Relevance (FRE 402); waste of time, cumulative (FRE 403). | Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative or wastes time.  FRE 403. | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| **Page/Line Cite** | **Objection** **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 139:4-12<br><br>139:14-15 | 139:4-10: Relevance (FRE 402); cumulative (FRE 403).<br><br>139:11-15: Completeness (FRE 106); vague and ambiguous; argumentative; leading; relevance (FRE 402); cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Leading objection not valid where witness is adverse to inquiring party.<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative. FRE 403.<br><br>Question does not pertain to a writing or recorded statement (FRE 106) | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 139:16-17<br><br>139:19 | 139:16-21: Completeness (FRE 106); vague and ambiguous; relevance (FRE 402); cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative. FRE 403.<br><br>Question does not pertain to a writing or recorded statement (FRE 106) | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
| --- | --- | --- | --- |
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 139:20-22<br><br>139:24 | Completeness (FRE 106); vague and ambiguous; relevance (FRE 402); cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative. FRE 403.<br><br>Question does not pertain to a writing or recorded statement (FRE 106) | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **April 7, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 142:16-18<br><br>142:20 | Completeness (FRE 106) relevance (FRE 402); prejudicial, confusing, waste of time, cumulative (FRE 403); hearsay (FRE 802); MIL #1. | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative, unduly prejudicial, or wastes time.  FRE 403.<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br><br>See Response to MIL #1.<br><br>Neither question nor answer contains hearsay. Not hearsay under FRE 801(c) or alternatively, exempted from being deemed hearsay under 801(d).<br><br>Question does not pertain to a writing or recorded statement (FRE 106) | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 144:10-12 | Relevance (FRE 402); waste of time, cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative or wastes time.  FRE 403. | |
| 151:7-12 | Relevance (FRE 402); cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative. FRE 403. | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 155:8-17 | Relevance (FRE 402); cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative. FRE 403. | |

| | **PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **April 7, 2014 Deposition** | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 156:17-20 | Relevance (FRE 402); confusing, waste of time (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)  Relates to fact of consequence in determining action (FRE 401).  Failure to specify how testimony is cumulative or wastes time.  FRE 403.  Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.  Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b). | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| 159:12-18 | Relevance (FRE 402); cumulative (FRE 403); MIL #1. | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)  Relates to fact of consequence in determining action (FRE 401).  Failure to specify how testimony is cumulative. FRE 403.  Failure to specify how testimony is cumulative. FRE 403.  See Response to MIL #1. | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| April 7, 2014 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 160:20-22<br><br>160:24-161:1 | Completeness (FRE 106); vague and ambiguous; argumentative; misstates evidence; assumes facts; relevance (FRE 402); prejudicial, confusing, waste of time (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Failure to specify how testimony is unduly prejudicial, cumulative, or wastes time.  FRE 403.<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues."  FRE 403.<br><br>Question does not pertain to a writing or recorded statement (FRE 106)<br><br>Question was not argumentative and did not assume facts. | |
| 161:7-13 | | | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **April 7, 2014 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 161:23-162:1 162:3-6 | Completeness (FRE 106); compound; vague and ambiguous; leading; assumes facts; misstates evidence; calls for speculation; relevance (FRE 403); cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood) Leading objection not valid where witness is adverse to inquiring party. Relates to fact of consequence in determining action (FRE 401). Failure to specify how testimony is cumulative. FRE 403. Question does not pertain to a writing or recorded statement (FRE 106) | |
| 169:24-170:5 | Relevance (FRE 402); prejudicial (FRE 403); MIL #1. | Relates to fact of consequence in determining action (FRE 401). Failure to specify how testimony is unduly prejudicial.  FRE 403. See Response to MIL #1. | |

| PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD |||||
|---|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) |||||
| April 7, 2014 Deposition |||||
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | | Comments |
| 170:23-171:16<br><br>171:18-20 | 170:23-171:13: Relevance (FRE 402); confusing, waste of time, cumulative (FRE 403).<br><br>171:14-20: Completeness (FRE 106); vague and ambiguous; assumes facts; calls for speculation; relevance (FRE 402); prejudicial, confusing (FRE 403); improper opinion testimony (FRE 701, 702). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood)<br><br>Relates to fact of consequence in determining action (FRE 401).<br><br>Failure to specify how testimony is cumulative, unduly prejudicial, or wastes time. FRE 403.<br><br>Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues." FRE 403.<br>170:23-171:13: Form objections were not asserted at deposition and are therefore waived. FRCP 32(d)(3)(b).<br>Question does not pertain to a writing or recorded statement (FRE 106)<br>Witness was not being asked for expert opinion. | | |

| | PLAINTIFFS' DESIGNATION OF WILLIAM SMALLWOOD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | April 7, 2014 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 172:17-22 | Completeness (FRE 106); relevance (FRE 402); confusing, cumulative (FRE 403). | Answer shows understanding of question. *See* 6:11-13 (answering question means it was fully understood) Relates to fact of consequence in determining action (FRE 401). Failure to specify how testimony is cumulative. FRE 403. Failure to specify how testimony is confusing / not a valid objection, as testimony must "confus[e] the issues." FRE 403. Form objections were not asserted at deposition and are therefore waived.  FRCP 32(d)(3)(b). Question does not pertain to a writing or recorded statement (FRE 106) | |

| | DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (D.D.S.) | | |
|---|---|---|---|
| | **(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)** | | |
| | **April 7, 2014 Deposition Vol. 2** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 8:2-9 | | | |
| 8:19-9:14 | | | |
| 9:15-22 | | | |
| 9:23-10:6 | | | |
| 11:1-11:3 | | | |
| 11:4-12:6 | Lacks foundation to the extent that it is offered to show that SPDS is getting "better every day." Lack of personal knowledge. | | |
| 12:7-23 | | | |
| *12:24-13:23* | | | |

| | **DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (D.D.S.)**<br><br>**(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)**<br>**April 7, 2014 Deposition Vol. 2** | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 14:4-20 | 14:15-20 - Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| 14:21-15:19 | | | |
| 16:6-11 | | | |
| 16:12-15 | | | |
| 16:16-20 | 16:18-20 Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| 16:21-17:8 | | | |
| 17:9-14 | | | |

| | DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (D.D.S.) | | |
|---|---|---|---|
| | (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | |
| | April 7, 2014 Deposition Vol. 2 | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 17:15-18 | | | |
| 17:19-18:1 | Lacks foundation to the extent that it is offered to show how often Weekly, Hanstad and the coordinators communicate with the dental hygienists. | | |
| 18:2-11 | | | |
| 18:12-19:8 | | | |
| 19:9-20:6 | | | |
| 20:7-14 | | | |
| 20:15-21:10 | 20:18-21:10.  Lacks foundation to the extent that it is offered to show what Dr. Chu does.  Lack of personal knowledge. | | |

| | **DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (D.D.S.)**<br><br>**(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)**<br>**April 7, 2014 Deposition Vol. 2** | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection<br>(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 21:11-24 | | | |
| 21:25-22:5 | | | |
| 22:6-15 | | | |
| 22:25-23:5 | Lacks foundation to the extent that it is offered to show whether Dr. Chu spends sufficient time monitoring SPDS. | | |
| 23:6-15 | Lacks foundation to the extent that it is offered to show what level of care Wexford provided. | | |
| 23:16-24:13 | | | |
| 34:18-35:2 | | | |
| *35:3-5* | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| *35.8* | | | |
| 35:9-12 | | | |
| 41:19-43:4 | | | |
| 43:5-8 | | | |
| 47:2-9 | | | |
| 53:15-55:8 | | | |
| 55:15-56:7 | | | |
| 58:15-59:1 | | | |
| 59:21-60:10 | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |

**DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (D.D.S.)**

**(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)**

**April 7, 2014 Deposition Vol. 2**

| DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (D.D.S.) | | | |
|---|---|---|---|
| (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | | |
| April 7, 2014 Deposition Vol. 2 | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 60:11-21 | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| 61:14-20 | | | |
| 62:1-20 | Expert opinion excluded by Judge Wake's order. | | |
| 62:21-63:23 | | | |
| 63:24-64:7 | | | |
| 64:8-65:5 | 64:24-65:5 – Expert opinion excluded by Judge Wake's order. | | |
| 65:6-15 | | | |
| 66:22-67:23 | | | |

| | DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (D.D.S.) | | |
|---|---|---|---|
| | (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) | | |
| | April 7, 2014 Deposition Vol. 2 | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 69:21-70:1 | | | |
| 70:7-15 | | | |
| 70:19-25 | | | |
| 72:15-19 | Expert opinion excluded by Judge Wake's order. | | |
| 73:1-10 | Lacks foundation to the extent that it is offered to show what the management team does in practice. | | |
| 76:1-10 | | | |
| 76:11-77:4 | | | |
| 77:6-12 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 78:11-19 | | | |
| 78:20-79:5 | | | |
| *79:6-7* | | | |
| 79:12-23 | 79:12-17 - Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| 82:14-25 | | | |
| 83:25-85:18 | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| 87:20-88:19 | Overlap: 87:20-88:4.  Lacks foundation to the extent that it is offered to show that the policy is actually followed in | | |

| | DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (D.D.S.) | | |
|---|---|---|---|
| | **(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)** | | |
| | **April 7, 2014 Deposition Vol. 2** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | practice. | | |
| 96:15-97:5 | | | |
| 102:9-103:19 | | | |
| 103:20-104:11 | Expert opinion excluded by Judge Wake's order. | | |
| 107:25-108:14 | | | |
| 108:21-109:5 | Expert opinion excluded by Judge Wake's order. | | |
| 109:6-22 | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice.  Expert opinion excluded by Judge Wake's order. | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| *109:23-110:1* | | | |
| 110:17-111:2 | | | |
| 113:8-114:2 | | | |
| 114:7-13 | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| 114:14-115:2 | | | |
| 115:3-115:10 | | | |
| 115:16-116:7 | Lacks foundation to the extent that it is offered to show what the management team and dentists do in practice. | | |
| 117:21-118:6 | Overlap: 118:4-6 | | |

**DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (D.D.S.)**

**(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)**

**April 7, 2014 Deposition Vol. 2**

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
|  | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. |  |  |
| 120:25-121:10 |  |  |  |
| 123:23-124:15 |  |  |  |
| 124:16-125:11 |  |  |  |
| 125:12-126:7 |  |  |  |
| 126:8-15 |  |  |  |
| 126:16-25 |  |  |  |
| 127:10-13 |  |  |  |
| 128:1-16 |  |  |  |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (D.D.S.) (Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold) April 7, 2014 Deposition Vol. 2 | | | |
| 128:17-129:17 | | | |
| 130:12-15 | | | |
| 132:2-10 | | | |
| 134:24-135:5 | | | |
| 140:8-19 | | | |
| 141:5-10 | | | |
| 141:24-142:8 | | | |
| 142:13-15 | | | |
| 143:21-25 | | | |
| 144:13-145:15 | 144:13-145:8 - Lacks foundation to the extent that it is offered to show that the | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | policy is actually followed in practice. | | |
| 145:16-146:3 | | | |
| 146:4-9 | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| 146:10-15 | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| 152:21-154:5 | | | |
| 155:3-7 | | | |
| 159:25-160:7 | Irrelevant - whether the Technical Manual is better than the Manual in other (unidentified) states has no bearing on the issues in this case. | | |

**DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (D.D.S.)**

**(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)**

**April 7, 2014 Deposition Vol. 2**

| DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (D.D.S.) | | | |
|---|---|---|---|
| **(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)** | | | |
| **April 7, 2014 Deposition Vol. 2** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 161:7-13 | | | |
| 164:11-165:1 | Lacks personal knowledge - "I do not have any clue what Wexford's operations were like" (164:15-16) | | |
| *165:2-4* *165:6-11* *165:13-15* *165:17-166:3* *166:5-9* *166:11-23* *166:25-167:1* | | | |
| 167:16-168:22 | Lacks personal knowledge - "I do not have any clue what Wexford's | | |

| | **DEFENDANTS' DESIGNATION OF WILLIAM SMALLWOOD (D.D.S.)**<br><br>**(Plaintiffs' Counter-Designations in italicized text, and further designation by Defendants in bold)**<br><br>**April 7, 2014 Deposition Vol. 2** | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | operations were like" (164:15-16) | | |
| *168:23*<br><br>*169:1* | | | |
| 173:9-13 | | | |
| 176:8-11 | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| 177:15-178:19 | Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice. | | |
| 178:20-179:15 | Overlap: 179:1-15. Lacks foundation to the extent that it is offered to show that the policy is actually followed in practice; impermissible leading question on cross-examination (178:20-178:25). | | |

| PLAINTIFFS' DESIGNATION OF CHRISTY K. SOMNER (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) August 12, 2013 Deposition | | | |
|---|---|---|---|
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 6:11-14 | | | |
| 14:14-21 | | | |
| 32:6-33:12 | | | |
| 42:24-43:1 | | | |
| 62:25-63:12 | | | |
| 100:25-102:25 | | | |
| 103:12-105:22 | | | |
| 106:20-107:12 | | | |
| 108:21-109:16 109:22-110:23 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 112:15-112:24 | | | |
| 113:8-114:24 | | | |
| 115:17-22 | | | |
| 116:2-18 | | | |
| 117:3-11 | | | |
| 148:25-151:13 | | | |
| 151:19-152:4 152:7-154:20 | | | |
| 158:1-23 | | | |

PLAINTIFFS' DESIGNATION OF CHRISTY K. SOMNER

(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)

August 12, 2013 Deposition

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 5, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 4:17-25 | | | |
| 13:22-14:2 | | | |
| 14:4-15:5 | | | |
| 16:4-20 | | | |
| 17:18-18:3 | | | |
| 19:23-20:1 | | | |
| 20:14-21:1 | | | |
| 22:1-17 | | | |
| 24:9-23 | | | |
| 27:5-16 | | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 5, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 27:21-24 | | | |
| 33:16-20 | | | |
| 34:13-15 | | | |
| 34:25-35:3 35:5-9 | | | |
| 36:25-37:4 | | | |
| 37:11-22 | | | |
| 41:5-17 | | | |
| 42:13-43:15 | | | |
| 43:16-18 | | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 5, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 43:19-44:6 | | | |
| 44:7-17 | | | |
| 47:1-3 | | | |
| 47:4-48:2 | | | |
| 48:6-49:1 | | | |
| 49:25-50:3 50:5 | | | |
| 51:5-7 | | | |
| 53:8-10 | | | |
| 53:16-21 | | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **September 5, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 53:22-54:9 | | | |
| 56:12-57:4 | | | |
| 57:15-16 | | | |
| 57:20-58:11 | | | |
| 58:25-59:3 | | | |
| 61:22-62:1 | | | |
| 62:2-6 | | | |
| 62:8-20 | | | |
| 62:21-63:5 | | | |
| 63:6-8 | | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 5, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 67:9-19 67:21-22 67:24-25 | | | |
| 69:15-18 | | | |
| 71:11-15 | | | |
| 71:20-72:16 | | | |
| 73:1-3 73:5-23 | | | |
| 74:5-6 74:8-15 74:17-75:6 | | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br>**September 5, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection**<br>**(include specific page and line**<br>**numbers of material objected to and**<br>**objection(s))** | **Response** | **Comments** |
| 77:5-78:11 | | | |
| 87:13-18 | | | |
| 91:1-4 | | | |
| 94:14-16 | | | |
| 96:12-97:12 | | | |
| 98:11-99:8 | | | |
| 99:11-100:8 | | | |
| 101:6-9 | | | |
| 101:10-13 | | | |
| 102:19-21 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **September 5, 2013 Deposition** | | | |
| 102:23-24 | | | |
| 103:10-12 | | | |
| 103:19-104:20 | | | |
| 105:1-11 | | | |
| 106:16-18 | | | |
| 107:15-19 | | | |
| 108:25-109:2 109:4-6 | | | |
| 109:22-110:1 | | | |
| 110:23-111:21 | | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) September 5, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 112:21-114:8 | | | |
| 114:19-22 | | | |
| 115:15-18 | | | |
| 116:11-22 | | | |
| 116:23-117:21 | | | |
| 117:24-118:3 | | | |
| 118:4-24 | | | |
| 118:25-121:1 | | | |
| 121:2-13 | | | |
| 123:16-22 | | | |

| | PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR | | |
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 5, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 123:24-124:8 | | | |
| 125:3-6 | | | |
| 126:19-25 | | | |
| 127:17-128:6 | | | |
| 131:2-11<br>131:13-132:4 | | | |
| 132:5-133:3 | | | |
| 133:13-15<br>133:17-18<br>133:20-134:5 | | | |
| 136:8-21 | | | |

| | **PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR**<br><br>**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**<br><br>**September 5, 2013 Deposition** | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection**<br>**(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 139:3-17 | | | |
| 141:22-142:6 | | | |
| 144:7-13 | | | |
| 146:16-22 | | | |
| 148:14-20 | | | |
| 149:6-16 | | | |
| 149:19-21<br><br>149:23-25 | | | |
| 150:5-7<br><br>150:9-23 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR** | | | |
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **September 5, 2013 Deposition** | | | |
| 151:2-152:18 | | | |
| 157:24-158:6 | | | |
| 158:19-159:9 | | | |
| 159:10-17 | | | |
| 160:3-16 | | | |
| 160:17-161:25 | | | |
| 170:5-17 | | | |
| 176:13-15 176:17 | | | |
| 181:1-18 | | | |

| | PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 5, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 183:4-7 | | | |
| 183:10-23 | | | |
| 185:12-24 | | | |
| 186:5-6 186:8-187:10 | | | |
| 187:24-188:10 | | | |
| 188:19-189:7 | | | |
| 189:9-190:2 | | | |
| 198:4-22 | | | |
| 198:23-199:8 | | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) September 5, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 200:10-11 200:13-18 | | | |
| 201:9-17 | | | |
| 201:18-202:5 | | | |
| 204:23-24 205:1-6 | | | |
| 205:12-13 205:15 | | | |
| 206:11-14 | | | |
| 207:2-5 | | | |

| | PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 5, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 207:6-14 | | | |
| 212:22-25 | | | |
| 214:12-17 | | | |
| 215:15-216:1 | | | |
| 218:7-8 218:10-20 | | | |
| 218:21-25 | | | |
| 219:14-18 | | | |
| 220:8-13 220:15 | | | |

| | PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 5, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 221:11-12<br><br>221:14-25 | | | |
| 222:4-24<br><br>223:1-8 | | | |
| 223:10-15 | | | |
| 225:4-9<br><br>225:11-17<br><br>225:19-24 | | | |
| 230:24-231:18 | | | |
| 231:19-232:4 | | | |
| 232:14-20 | | | |

| | PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 5, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 232:21-24 | | | |
| 233:12-14 | | | |
| 233:15-18 | | | |
| 233:23-234:13 | | | |
| 235:10-12 | | | |
| 236:1-17 | | | |
| 236:18-237:2 | | | |
| 238:17-21 | | | |
| 239:6-19 | | | |
| 239:20-240:6 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **September 5, 2013 Deposition** | | | |
| 240:20-21 | | | |
| 241:25-242:3 242:5 | | | |
| 242:23-243:2 243:4-10 | | | |
| 243:14-25 | | | |
| 244:9-13 | | | |
| 245:13-17 245:19-22 | | | |
| 246:23-247:4 | | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| September 5, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 248:12-13 248:15-24 | | | |
| 248:25-249:2 249:4-13 | | | |
| 251:18-252:7 252:9-253:8 | | | |
| | | | |
| 254:3-6 | | | |
| 254:15-18 254:20-255:8 255:10-25 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| 256:2-3 256:5-12 256:14-23 256:25-257:4 257:6-24 258:1-9 258:11-259:2 259:5-10 259:12-260:4 | | | |
| 262:9-10 262:12-14 | | | |
| 262:15-18 | | | |

The table is headed:

**PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**September 5, 2013 Deposition**

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR<br>(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)<br>September 5, 2013 Deposition | | | |
|---|---|---|---|
| Page/Line Cite | Objection<br>(include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 264:9-10<br><br>264:14 | | | |
| 268:17-18<br><br>268:20 | | | |
| 270:15-23 | | | |
| 270:24-271:2<br><br>271:4-9<br><br>271:11-12 | | | |
| 271:13-272:5 | | | |
| 274:22-275:3 | | | |
| 275:13-17 | | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **September 5, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 277:7-9 | | | |
| 277:13-16 277:18-25 | | | |
| 280:22-25 | | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 6:19-24 | | | |
| 8:23-9:3 | | | |
| 9:9-10:20<br><br>*10:21-22*<br><br>10:23-11:10 | Misquotes witness (10:16-22) | Response shows understanding of the question (7:23-8:17). | |
| *11:11-25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *13:4-11* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| 13:12-15 | Completeness (FRE 106) | | |
| 15:7-16:8 | | | |

| | PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 1, 2014 Deposition | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *16:19-25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *17:1* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *17:16-25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *18:1-19* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *19:21-25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *20:1-25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *21:1-18* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **August 1, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *23:15-19* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *25:11-25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *26:1-4* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *26:10-19* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *26:24-25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *27:1-19* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| **27:20-25** | Relevance (FRE 402); confusing, prejudicial (FRE 403). | Relates to fact of consequence related to Defendants' counter-designations and objections (FRE 611(b)); answer shows | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 1, 2014 Deposition | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | | understanding of question; "prejudicial" not valid objection / not unfairly prejudicial (FRE 403). | |
| *28:1-8* | Beyond the scope of direct; unresponsive to plaintiffs' designations; completeness (FRE 106). | | |
| **28:9-12** | Relevance (FRE 402); confusing, prejudicial (FRE 403). | Relates to fact of consequence related to Defendants' counter-designations and objections (FRE 611(b)); answer shows understanding of question; "prejudicial" not valid objection / not unfairly prejudicial (FRE 403). | |
| *28:13-16* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *28:18-25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *29:1-7* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 29:8-15 | Completeness (FRE 104) | | |
| *29:16-24* | Beyond the scope of direct; unresponsive to plaintiffs' designations; completeness | | |
| **29:25-30:2**<br><br>**30:4-7** | Misstates testimony; argumentative; relevance (FRE 402); confusing, undue delay, prejudicial (FRE 403). Completeness (FRE 403). | Relates to fact of consequence related to Defendants' counter-designations and objections (FRE 611(b)); answer shows understanding of question and properly characterizes testimony; question not argumentative; failure to specify how testimony causes undue delay (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403). | |
| *30:3* | Relevance; counsel is testifying (objection only) | | |
| 32:3-8 | Completeness (FRE 106) | Failure to designate additional testimony for completeness. | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 32:9-33:3 | Lacks personal knowledge (FRE 602) (33:2-3) | Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006) | |
| *33:4-5* | Beyond the scope of direct; unresponsive to plaintiffs' designations; completeness | | |
| *33:7-22* | Beyond the scope of direct; unresponsive to plaintiffs' designations; completeness | | |
| 35:9-24 | | | |
| *34:25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *35:1-8* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| *36:7-8* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *36:15-22* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *37:13-25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *38:1-1* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *38:3-7* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *38:9-15* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *38:17-20* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |

**PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6))**

**(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)**

**August 1, 2014 Deposition**

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **August 1, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 39:1-17<br><br>39:19-41:15<br><br>41:17 | Vague; completeness (FRE 106) (41:14-17) | Response shows understanding of the question (7:23-8:17). | |
| *39:18, 41:16* | Relevance; counsel is testifying (objection only) | | |
| *41:18-20* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *41:22-25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| 42:9-16<br><br>42:18 | Vague; improper characterization of evidence; completeness (FRE 106); lacks personal knowledge (FRE 602) | Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).  Response shows understanding of the question (7:23-8:17). | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *42:17* | Relevance; counsel is testifying (objection only) | | |
| *42:19-20* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *42:22-25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *43:1* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| 44:13-16<br><br>44:18 | Vague; improper characterization of evidence; completeness (FRE 106); lacks personal knowledge (FRE 602) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).  Response shows understanding of the question (7:23-8:17). | |
| *44:17* | Relevance; counsel is testifying | | |

| | PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 1, 2014 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | (objection only) | | |
| *44:19-25* | | | |
| *45:1-5* | | | |
| 45:6-18 45:20 | Vague; improper characterization of evidence; completeness (FRE 106); lacks personal knowledge (FRE 602) (45:17-20) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).  Response shows understanding of the question (7:23-8:17). | |
| *45:19* | Relevance; counsel is testifying (objection only) | | |
| *45:21-25* | | | |
| 46:18-47:1 47:3 | Vague; improper characterization of evidence; completeness (FRE 106); lacks personal knowledge (FRE 602) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | (46:25-47:3) | (N.D. Cal. 2006). Response shows understanding of the question (7:23-8:17). | |
| *47:2* | Relevance; counsel is testifying (objection only) | | |
| *47:4-9* | | | |
| **47:10-18**<br><br>**47:20-24** | Argumentative; misstates testimony; relevance (FRE 402); confusing, cumulative, undue delay, prejudicial (FRE 403); Completeness (FRE 106). | Relates to fact of consequence related to Defendants' counter-designations and objections (FRE 611(b)); answer shows understanding of question and properly characterizes testimony; question not argumentative; failure to specify how testimony causes undue delay (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403). | |
| *47:19* | Relevance; counsel is testifying (objection only) | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 47:25-48:9 | Vague; improper characterization of evidence; completeness (FRE 106); lacks personal knowledge (FRE 602) (48:7-9) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).  Response shows understanding of the question (7:23-8:17). | |
| *48:11* | | | |
| *48:13-16* | | | |
| *49:5-6* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *49:8-16* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *49:18-24* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **August 1, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *50:6-8* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *50:10-15* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| 51:14-20 | Completeness (FRE 106) | | |
| *51:21-25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| 52:1-2 | | | |
| *52:3-7* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *52:14-17* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| **52:18-20** | Relevance (FRE 402); cumulative, prejudicial (FRE 403); hearsay (FRE | Relates to fact of consequence related to Defendants' counter-designations and | |

| | PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 1, 2014 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | 802). | objections (FRE 611(b)); failure to specify how testimony is cumulative or causes undue delay (FRE 403); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); no hearsay statements in testimony (FRE 802). | |
| *52:21-24* | Completeness (FRE 106). | | |
| *52:25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *53:1-5* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| **53:6-7** | Counsel testifying; argumentative; leading; relevance (FRE 402); confusing (FRE 403). Completeness (FRE 106) | Relates to fact of consequence related to Defendants' counter-designations and objections (FRE 611(b)); answer shows understanding of question; valid Q/A exchange; question not argumentative (FRE 403); can lead adverse witness (FRE 611(c)). | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *53:8* | Relevance; counsel is testifying (objection only) | | |
| *53:9-13* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| 53:18-54:4<br><br>54:6 | Vague; improper characterization of evidence; completeness (FRE 106); lacks personal knowledge (FRE 602) (54:3-6) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).  Response shows understanding of the question (7:23-8:17). | |
| *54:5* | Relevance; counsel is testifying (objection only) | | |
| *54:7-16* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *55:22* | Beyond the scope of direct; | | |

| | PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 1, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | unresponsive to plaintiffs' designations | | |
| *56:7-16* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *57:2-8* | | | |
| 57:9-57:18 57:22-58:1 | Relevance (FRE 402); MIL #1; Completeness (FRE 106) | Relates to fact of consequence in determining action (FRE 401).  See Plaintiffs' response to MIL #1. | |
| *57:19-21* | Relevance (FRE 402). | | |
| *58:15-17* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *58:19-24* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *59:1-5* | Beyond the scope of direct; | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | unresponsive to plaintiffs' designations | | |
| 59:6-9 59:11-24 60:1-6 60:8-9 | Argumentative; confusing; vague; misquotes witness; improper characterization of evidence; completeness (FRE 106) | Response shows understanding of the question (7:23-8:17). | |
| *59:10, 59:25, 60:7* | Relevance; counsel is testifying (objection only) | | |
| *60:10-22* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| 60:23-61:19 | MIL #1 (60:23-61:3) Completeness (FRE 106) (61:6-18) | See Plaintiffs' response to MIL #1. | |
| 62:1-8 | Vague; improper characterization of evidence; completeness (FRE 106); | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v.* | |

| | | | |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6))** <br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br> **August 1, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection** <br> **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 62:10 | lacks personal knowledge (FRE 602) (62:7-10) | *Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). Response shows understanding of the question (7:23-8:17). | |
| *62:9* | Relevance; counsel is testifying (objection only) | | |
| *62:11-13* | | | |
| *63:6-20* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *63:21-24* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *63:25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *64:1-11* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *64:13-24* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| **64:25-65:1** | Relevance (FRE 402); confusing, prejudicial (FRE 403). | Relates to fact of consequence related to Defendants' counter-designations and objections (FRE 611(b)); answer shows understanding of question; "prejudicial" not valid objection / not unfairly prejudicial (FRE 403). | |
| *65:20* | | | |
| *65:22-25* | | | |
| *66:1-2* | | | |
| 67:25-68:3 | Completeness (FRE 106) | | |
| *68:24-25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **August 1, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *69:1-20* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *69:22-25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *70:1-12* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| 70:15-71:6  71:8 | Vague; improper characterization of evidence; completeness (FRE 106); lacks personal knowledge (FRE 602) (71:5-8) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).  Response shows understanding of the question (7:23-8:17). | |
| *71:7* | Relevance; counsel is testifying (objection only) | | |
| *71:9-16* | Beyond the scope of direct; | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | unresponsive to plaintiffs' designations | | |
| *71:18-21* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| 71:22-72:14 | Completeness (FRE 106); lacks personal knowledge (FRE 602) (72:10-14) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| 72:23-73:22 | | | |
| *73:23-25* | | | |
| *74:1-12* | | | |
| *74:14-20* | | | |
| **74:21-75:13** | Calls for speculation; relevance (FRE 402); cumulative, confusing, prejudicial (FRE 403). | Relates to fact of consequence related to Defendants' counter-designations and objections (FRE 611(b)); answer shows | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|  |  | understanding of question and does not speculate; failure to state how testimony is cumulative; "prejudicial" not valid objection / not unfairly prejudicial (FRE 403). |  |
| 75:14-24 | Completeness (FRE106); MIL #1 | See Plaintiffs' Response to MIL #1 |  |
| 78:9-14 | Completeness (FRE 106); MIL #1 | See Plaintiffs' Response to MIL #1 |  |
| 82:2-6 | Completeness (FRE 106); MIL #1 | See Plaintiffs' Response to MIL #1 |  |
| 83:5-9 | Completeness (FRE 106); MIL #1 | See Plaintiffs' Response to MIL #1 |  |
| 85:13-15<br><br>85:17-24 | Vague; improper characterization of evidence; completeness (FRE 106); lacks personal knowledge (FRE 602) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).  Response shows understanding of the question (7:23-8:17). |  |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| *85:16* | Relevance; counsel is testifying (objection only) | | |
| 86:8-10<br><br>86:13-14 | Completeness (FRE 106); relevance (FRE 402) | Relates to fact of consequence in determining action (FRE 401). | |
| *89:7-10* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *89:12-22* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| 90:7-22 | Completeness (FRE 106); lacks personal knowledge (FRE 602) (90:20-22) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| 90:23-91:11<br><br>91:13-14 | Vague; improper characterization of evidence; completeness (FRE 106); lacks personal knowledge (FRE 602) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | | **PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6))** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **August 1, 2014 Deposition** | |
| | (91:2-14) | (N.D. Cal. 2006). Response shows understanding of the question (7:23-8:17). | |
| *91:12* | Relevance; counsel is testifying (objection only) | | |
| 92:6-10 | Completeness (FRE 106); relevance (FRE 402); MIL #1 | Relates to fact of consequence in determining action (FRE 401). See Plaintiffs' response to MIL #1. | |
| *94:6-9* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *100:25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *101:1* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *101:3-9* | Beyond the scope of direct; | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) August 1, 2014 Deposition | | | |
| | unresponsive to plaintiffs' designations | | |
| *101:11-13* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| 101:14-17 101:19-20 | Vague; improper characterization of evidence; completeness (FRE 106); lacks personal knowledge (FRE 602) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).  Response shows understanding of the question (7:23-8:17). | |
| *101:18* | Relevance; counsel is testifying (objection only) | | |
| *101:21-25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *102:2-13* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 106:5-18 | Completeness (FRE 106); lacks personal knowledge (FRE 602) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| 110:17-112:3<br><br>112:5 | Vague; improper characterization of evidence; completeness (FRE 106); lacks personal knowledge (FRE 602) (112:2-5) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).  Response shows understanding of the question (7:23-8:17). | |
| *112:4* | Relevance; counsel is testifying (objection only) | | |
| *112:6-7* | | | |
| *112:9-10* | | | |
| 113:10-13 | Completeness (FRE 106); MIL #1 | See Plaintiffs' response to MIL #1. | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **August 1, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 119:16-17<br><br>119:25-120:19 | Completeness (FRE 106); MIL #1 (119:15 – 120:5)<br><br>Completeness (FRE 106); lacks personal knowledge (FRE 602) (120:6-19) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).  See Plaintiffs' response to MIL #1. | |
| *122:11-13* | | | |
| 122:14-123:8 | Completeness (FRE 106); lacks personal knowledge (FRE 602) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| *124:4-9* | | | |
| *124:14-25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *125:1-3* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 125:4-11 | Completeness (FRE 106); lacks personal knowledge (FRE 602) | Question within scope of matters for testimony (FRCP 30(b)(6)); *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006) . | |
| *125:12-13* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *125:15-22* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| 126:21-127:18 | Completeness (FRE 106); lacks personal knowledge (FRE 602); hearsay (FRE 802); MIL #1 | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).  Statement is a non-hearsay party admission (FRE 801(d)(2)).  See Plaintiffs' response to MIL #1. | |
| 128:8-19 | Vague; misquotes witness; improper characterization of evidence; | Response shows understanding of the question (7:23-8:17). | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 1, 2014 Deposition | | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| 128:21 | completeness (FRE 106) (128:19-21) | | |
| *128:20* | Relevance; counsel is testifying (objection only) | | |
| 128:24-130:17<br><br>130:19-131:17<br><br>131:19-132:3<br><br>132:5 | Vague; assumes facts not in evidence; argumentative; double question (130:15-23)<br><br>Vague; misquotes testimony; improper characterization of evidence; argumentative (131:14-132:5). Completeness (FRE 106) | Response shows understanding of the question (7:23-8:17). | |
| *130:18, 131:18, 132:4* | Relevance; counsel is testifying (objection only) | | |
| 133:11-134:5 | Completeness (FRE 106) | | |
| *134:6-11* | | | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 1, 2014 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| **134:12-15** | Relevance (FRE 402); cumulative, undue delay, prejudicial (FRE 403); hearsay (FRE 802). | Relates to fact of consequence related to Defendants' counter-designations and objections (FRE 611(b)); failure to specify how testimony is cumulative or causes undue delay (FRE 403); no hearsay statements in testimony (FRE 802). | |
| *134:16-25* | | | |
| *135:1-10* | | | |
| 135:18-20<br><br>135:22-136:10 | Foundation; completeness (FRE 106); lacks personal knowledge (FRE 602) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| *135:21* | Relevance; counsel is testifying (objection only) | | |
| 136:11-14 | Foundation; completeness (FRE 106); lacks personal knowledge (FRE 602) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **August 1, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 136:16-17 | | (N.D. Cal. 2006). | |
| *136:15* | Relevance; counsel is testifying (objection only) | | |
| *136:17-23* | | | |
| 138:22-139:20<br><br>139:22-140:8<br><br>140:10-20<br><br>140:22-141:12 | Vague; confusing; misquotes testimony (139:18-23)<br><br>Argumentative; assumes facts not in evidence; vague; leading (140:7-14)<br><br>Misquotes testimony; improper characterization of evidence; confusing; vague; argumentative (140:18-23)<br><br>Completeness (FRE 106); lacks personal knowledge (FRE 602) (141:5-12) | Leading question is proper on examination of adverse witness (FRE 611(c)(2)).  Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).  Response shows understanding of the question (7:23-8:17). | |
| *139:21, 140:9, 140:21* | Relevance; counsel is testifying (objection only) | | |

| | PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 1, 2014 Deposition | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *141:13-23* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *142:4-25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *143:1* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *144:12-25* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *145:1-13* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| 145:24-146:25  147:2-6  147:8-13 | Argumentative; vague; assumes facts not in evidence; improper characterization of evidence; completeness (FRE 106) (146:23-147:9)  Lacks personal knowledge (FRE 602); | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).  Response shows understanding of the question (7:23-8:17).  See Plaintiffs' response to MIL | |

| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **August 1, 2014 Deposition** | | | |
| **Page/Line Cite** | **Objection** (include specific page and line numbers of material objected to and objection(s)) | **Response** | **Comments** |
| | MIL #1; completeness (FRE 106)(147:14-18) | #1. | |
| *147:1, 147:7* | Relevance; counsel is testifying (objection only) | | |
| 147:14-148:10 | Completeness (FRE 106) (147:25-148:10) | | |
| 149:15-151:7 | Completeness (FRE 106); lacks personal knowledge (FRE 602) (149:22-24)<br><br>MIL #! (149:25-150:4) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). See Plaintiffs' response to MIL #1. | |
| 151:8-152:1 | Completeness (FRE 106); lacks personal knowledge (FRE 602) (151:24-152:1) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006). | |
| *152:2-7* | Beyond the scope of direct; | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** August 1, 2014 Deposition | | | |
| | unresponsive to plaintiffs' designations | | |
| *152:9-18* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| 154:2-23  154:25 | Vague; improper characterization of evidence; completeness (FRE 106); lacks personal knowledge (FRE 602) | Question within scope of matters for testimony (FRCP 30(b)(6)) ; *Bowoto v. Chevron Corp.*, 2006 WL 2455740, *1 (N.D. Cal. 2006).  Response shows understanding of the question (7:23-8:17). | |
| *154:24* | Relevance; counsel is testifying (objection only) | | |
| *155:1-2* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |
| *155:4-13* | Beyond the scope of direct; unresponsive to plaintiffs' designations | | |

| | PLAINTIFFS' DESIGNATION OF NICOLE TAYLOR (30(b)(6)) | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 1, 2014 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 156:5-20 | | | |
| *159:2-12* | Completeness (FRE 106); MIL #1 | See Plaintiffs' response to MIL #1. | |
| *159:19-23* | | | |
| *160:7-9* | | | |
| *160:11-16* | | | |
| 160:17-21 | Completeness (FRE 106) | | |
| 162:19-21<br><br>162:23-163:16 | Misquotes prior testimony; improper characterization of evidence; completeness (FRE 106) | Response shows understanding of the question (7:23-8:17). | |
| *162:22* | Relevance; counsel is testifying (objection only) | | |

| PLAINTIFFS' DESIGNATION OF HELENA VALENZUELA | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 23, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 6:1-5 | | | |
| 6:14-16 | | | |
| 6:20-22 | | | |
| 8:5-10 | | | |
| 16:17-17:3 | | | |
| 29:3-5 | | | |
| 29:24-25 | | | |
| 30:2-30:12 | | | |
| 30:14-17 | | | |
| 30:19-31:1 | | | |

| | PLAINTIFFS' DESIGNATION OF HELENA VALENZUELA | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 23, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 31:3-13 | | | |
| 31:17-23 | | | |
| 31:25-32:4 | | | |
| 32:6-8 | | | |
| 32:10-12 | | | |
| 32:14-19 | | | |
| 32:21-33:4 | | | |
| 33:18-20 | | | |
| 33:22-23 | | | |
| 34:13-35:6 | | | |

| | PLAINTIFFS' DESIGNATION OF HELENA VALENZUELA | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 23, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 35:8-35:11 | | | |
| 36:18-19<br>36:21-23<br>36:25-37:14 | | | |
| 39:6-11 | | | |
| 40:15-18 | | | |
| 40:20-24 | | | |
| 41:1-2 | | | |
| 41:7-13 | | | |
| 41:15-42:1 | | | |

| | PLAINTIFFS' DESIGNATION OF HELENA VALENZUELA | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | August 23, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 44:24-45:12 | | | |
| 45:16-46:1 | | | |
| 49:9-50:4 | | | |
| 52:10-25 53:2-8 | | | |
| 53:10-11 | | | |
| 53:18-54:2 | | | |
| 54:4-7 | | | |
| 57:24-25 58:2-59:11 | | | |

| PLAINTIFFS' DESIGNATION OF HELENA VALENZUELA | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 23, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 62:9-11 | | | |
| 62:16-19 | | | |
| 64:2-3 | | | |
| 64:12-16 | | | |
| 64:19-23 | | | |
| 64:25-65:2 | | | |
| 65:8-10 | | | |
| 66:20-67:2 | | | |
| 67:22-68:2 68:4-6 | | | |

| PLAINTIFFS' DESIGNATION OF HELENA VALENZUELA | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 23, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 68:10-12 | | | |
| 74:2-4 | | | |
| 74:16-75:6 | | | |
| 77:21-78:1 | | | |
| 83:14-17 | | | |
| 83:19-22 | | | |
| 85:23-86:1 | | | |
| 86:3-10 | | | |
| 86:12-13 | | | |
| 87:25-88:2 | | | |

| PLAINTIFFS' DESIGNATION OF HELENA VALENZUELA | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 23, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 88:4-7 | | | |
| 91:25-92:1 | | | |
| 92:3-21 | | | |
| 92:23-93:1 | | | |
| 93:3-93:6 | | | |
| 103:9-15 | | | |
| 103:24-104:4 | | | |
| 104:6-7 | | | |
| 104:23-25 | | | |
| 105:3-5 | | | |

| PLAINTIFFS' DESIGNATION OF HELENA VALENZUELA (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) August 23, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 105:14-106:7 | | | |
| 107:19-108:6 | | | |
| 111:8-14 | | | |
| 130:10-13 | | | |
| 130:15-16 | | | |
| 130:21-23 | | | |
| 137:5-13 137:15-138:13 138:15-19 138:21-139:11 | | | |

| PLAINTIFFS' DESIGNATION OF HELENA VALENZUELA | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **August 23, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 139:13 | | | |
| 150:10-12 | | | |
| 150:18-24 | | | |
| 152:23-153:1 | | | |
| 153:9-153:20 | | | |
| 160:25-161:2 | | | |
| 161:9-19 | | | |
| 165:21-166:5 | | | |
| 178:10-21 | | | |
| 186:6-8 | | | |

| PLAINTIFFS' DESIGNATION OF HELENA VALENZUELA | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| August 23, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 186:15-18 | | | |
| 188:10-12 | | | |
| 188:19-189:5 | | | |

| | PLAINTIFFS' DESIGNATION OF CARLOS WEEKLY, DMD | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **October 23, 2012 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 4:16-22 | | | |
| 7:1-8:7 | | | |
| 10:7-10:12 | | | |
| 10:18-10:25 | | | |
| 11:3-11:11 11:13-14 | | | |
| 11:25-12:1 | | | |
| 12:3 | | | |
| 12:13-14 | | | |
| 12:17 | | | |

| | PLAINTIFFS' DESIGNATION OF CARLOS WEEKLY, DMD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 23, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 14:7-16 | | | |
| 18:9-14 | | | |
| 19:9-11 | | | |
| 19:13 | | | |
| 19:14-16 | | | |
| 19:22-23 | | | |
| 20:1-4 | | | |
| 20:11-15 | | | |
| 22:3-8 | | | |
| 22:15-17 | | | |

| | PLAINTIFFS' DESIGNATION OF CARLOS WEEKLY, DMD | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **October 23, 2012 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 22:20 | | | |
| 23:3-5 | | | |
| 23:8 | | | |
| 23:9-23:23 | | | |
| 35:22-36:17 | | | |
| 36:19 | | | |
| 37:9-11 37:24-38:7 | | | |
| 41:23-42:1 | | | |
| 44:14-16 | | | |

| | PLAINTIFFS' DESIGNATION OF CARLOS WEEKLY, DMD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 23, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 44:19 | | | |
| 49:1-11 | | | |
| 49:13-14 | | | |
| 50:13-15 | | | |
| 50:18-19 | | | |
| 51:9-11 | | | |
| 51:14-52:6 | | | |
| 53:24-54:4 | | | |
| 54:7 | | | |
| 54:8-54:14 | | | |

| | PLAINTIFFS' DESIGNATION OF CARLOS WEEKLY, DMD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 23, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 59:9-12 | | | |
| 72:1-4 | | | |
| 72:24-73:2 | | | |
| 73:5-6 | | | |
| 73:15-22 | | | |
| 75:22-76:7 | | | |
| 81:25-82:1 | | | |
| 82:4-5 | | | |
| 84:14-19 | | | |
| 84:22 | | | |

| | PLAINTIFFS' DESIGNATION OF CARLOS WEEKLY, DMD | | |
|---|---|---|---|
| | **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | |
| | **October 23, 2012 Deposition** | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 84:23-85:7 | | | |
| 86:18-87:7 | | | |
| 87:10-12 | | | |
| 88:18-23 | | | |
| 89:21-25 | | | |
| 90:16-91:5 | | | |
| 92:23-93:12 | | | |
| 96:22-25 | | | |
| 97:3 | | | |
| 97:4-6 | | | |

| | PLAINTIFFS' DESIGNATION OF CARLOS WEEKLY, DMD | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | October 23, 2012 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 97:9-10 | | | |
| 97:21-98:6 | | | |
| 99:1-6 | | | |
| 99:8-9 | | | |
| 99:24-25 | | | |
| 103:2-4 | | | |
| 103:6 | | | |
| 103:7-8 | | | |
| 103:10 | | | |
| 107:12-18 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| **PLAINTIFFS' DESIGNATION OF CARLOS WEEKLY, DMD** <br> **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** <br> **October 23, 2012 Deposition** | | | |
| 107:20-22 | | | |
| 107:23-108:3 | | | |
| 108:22-109:2 | | | |
| 109:4-5 | | | |
| 109:6-110:2 | | | |

| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
|---|---|---|---|
| | **PLAINTIFFS' DESIGNATION OF WINFRED WILLIAMS, MD (30(b)(6))** **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **October 10, 2013 Deposition** | | |
| 7:1-4 | Relevance (FRE 402); wastes time (FRE 403) | Relates to fact of consequence in determining action (FRE 401), failure to specify how testimony is cumulative or causes undue delay (FRE 403); establishes witness's identity. | |
| 9:1-9 | Relevance (FRE 402); wastes time (FRE 403) | Relates to fact of consequence in determining action (FRE 401), failure to specify how testimony is cumulative or causes undue delay (FRE 403); establishes witness's job title with Corizon. | |
| 12:7-13:7; 14:19-15:10; 16:7-16 | Relevance (FRE 402); wastes time (FRE 403) | Relates to fact of consequence in determining action (FRE 401), failure to specify how testimony is cumulative or causes undue delay (FRE 403); establishes witness's job duties with Corizon. | |

| PLAINTIFFS' DESIGNATION OF WINFRED WILLIAMS, MD (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) October 10, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| *30:9-14* | | | |
| 30:15-23 | Completeness (FRE 106) | No objection to above (30:9-14) for completeness | |
| 42:12-20; 42:24-43:5; 43:17-19; 44:15-18; 44:22-23; 45:1-8 | Argumentative; misquotes the witness, vague; ambiguous; foundation; assumes fact not in evidence; prejudicial (FRE 403) (42:18-43:3)  Argumentative; cumulative (FRE 403); wastes time (FRE 403); asked and answered; assumes facts not in evidence; prejudicial (FRE 403) (43:4-19) | Answer shows understanding of question (8:5-9); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); foundation in undesignated portion (20:16-21:1) but not required; witness was designated regarding the topic (Topic 4, chronic care) pursuant to the 30(b)(6) subpoena.  Answer shows understanding of question (8:5-9); "prejudicial" not valid objection / not unfairly prejudicial (FRE 403); foundation in undesignated portion (20:16-21:1) but not required; witness was designated regarding the topic (Topic 4, chronic care) pursuant to the 30(b)(6) subpoena; failure to specify how testimony is cumulative or causes undue | |

| PLAINTIFFS' DESIGNATION OF WINFRED WILLIAMS, MD (30(b)(6)) (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) October 10, 2013 Deposition | | | |
|---|---|---|---|
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| | Vague; ambiguous; foundation; assumes facts not in evidence (44:15-45:5) | delay (FRE 403).<br><br>Answer shows understanding of question (8:5-9); foundation in undesignated portion (20:16-21:1) but not required; witness was designated regarding the topic (Topic 4, chronic care) pursuant to the 30(b)(6) subpoena. | |
| | Cumulative (FRE 403); wastes time (FRE 403) (45:6-8) | Failure to specify how testimony is cumulative or causes undue delay (FRE 403). | |
| 52:18-22;<br><br>52:25-53:1;<br><br>54:1-3;<br><br>54:6-22;<br><br>54:25 | Compound; vague; ambiguous; foundation; hearsay (FRE 802) (52:18-53:1) (54:1-19) | Answer shows understanding of question (8:5-9); foundation in undesignated portion (52:14-17) but not required; failure to specify how testimony is hearsay. | |
| | Vague; ambiguous; foundation; counsel is testifying (54:20-25) | Answer shows understanding of question (8:5-9); foundation in undesignated portion (54:6-8) but not required; | |

| PLAINTIFFS' DESIGNATION OF WINFRED WILLIAMS, MD (30(b)(6)) | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **October 10, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 120:7-10;<br><br>122:13-18;<br><br>122:21-124:22 | Foundation; MIL #1 (120:7-10) | Form objection not asserted at deposition and waived (FRCP32(d)(3)(b); *see* response to MIL #1, exhibit 445 was produced by Defendants in the course of discovery (Bates no. ADCPROC-006083-006086) | |
| | Foundation; MIL #1; compound (122:13-25) | Answer shows understanding of question (8:5-9); witness was designated regarding the topic (Topic 4, clinical space available for health care) pursuant to the 30(b)(6) subpoena; *see* response to MIL #1, exhibit 445 was produced by Defendants in the course of discovery (Bates no. ADCPROC-006083-006086) | |
| | Foundation; MIL #1 (123:1-124:22) | Answer shows understanding of question (8:5-9); witness was designated regarding the topic (Topic 4, clinical space available for health care) pursuant to the 30(b)(6) subpoena; *see* response to MIL #1, exhibit 445 was produced by Defendants in the course of discovery | |

| PLAINTIFFS' DESIGNATION OF WINFRED WILLIAMS, MD (30(b)(6)) | | | |
|---|---|---|---|
| (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | | |
| October 10, 2013 Deposition | | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| | | (Bates no. ADCPROC-006083-006086) | |

| PLAINTIFFS' DESIGNATION OF MARTIN WINLAND | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** | | | |
| **September 18, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection (include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 5:11-20; 9:2-10:17 | | | |
| 31:23-32:13; 34:2-4; 34:6-19; 34:21-24 | | | |
| 35:16-36:1; 39:24-40:1; 42:8-16 42:19 42:23-43:1; 43:3-18 | | | |

| | PLAINTIFFS' DESIGNATION OF MARTIN WINLAND | | |
|---|---|---|---|
| | (Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold) | | |
| | September 18, 2013 Deposition | | |
| Page/Line Cite | Objection (include specific page and line numbers of material objected to and objection(s)) | Response | Comments |
| 48:14-22; 48:24-49:5; 49:7-19; 49:21-50:7; 50:9-11 | | | |
| 70:13-70:25; 73:3-8 | | | |
| 120:11-19; 121:10-19; 121:21-122:3; 122:5-16 | | | |

| PLAINTIFFS' DESIGNATION OF MARTIN WINLAND | | | |
|---|---|---|---|
| **(Defendants' Counter-Designations in italicized text, and further designation by Plaintiffs in bold)** **September 18, 2013 Deposition** | | | |
| **Page/Line Cite** | **Objection** **(include specific page and line numbers of material objected to and objection(s))** | **Response** | **Comments** |
| 122:24-123:7; 124:10-14; 124:16-17; 124:19-125:4 | | | |