1

2

3

4

5

6 UNITED STATES DISTRICT COURT

7 DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DJH <br><br> **[PROPOSED] ORDER GRANTING MOTION TO SEAL APPENDICES 3 AND 6-H TO PROPOSED FINAL PRETRIAL ORDER FOR BENCH TRIAL (CORRECTED)** |

Having received and considered the Motion to Seal Appendices 3 and 6-H to Proposed Final Pretrial Order for Bench Trial (Corrected), and good cause appearing,

**IT IS HEREBY ORDERED** directing the Clerk to provisionally file under seal Appendices 3 and 6-H to the Proposed Final Pretrial Order for Bench Trial (Corrected).

**IT IS FURTHER ORDERED** that Defendants will file proposed redacted documents within seven (7) days.