Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DJH<br><br><br>**DEFENDANTS' NOTICE OF FILING REDACTED APPENDIX 3** |

1    Pursuant to the Court's Order at Doc. 1169, attached to this Notice is a <u>redacted</u>

2  version of Appendix 3 to the corrected Proposed Final Pretrial Order for Bench Trial

3  (PFPO).   *See* Doc. 1162.   The redactions in this Appendix disclose security sensitive

4  information, including identifying specific inmates that are sex offenders, in protective

5  custody, and members of a Security Threat Group, all of which could, if disclosed

6  publicly, jeopardize the safety and security of the inmates and ADC staff.

7    DATED this 2nd day of October 2014.

8    STRUCK WIENEKE & LOVE, P.L.C.

9

10    By /s/ Nicholas D. Acedo

11    Daniel P. Struck
      Kathleen L. Wieneke
      Rachel Love

12    Timothy J. Bojanowski
      Nicholas D. Acedo

13    Ashlee B. Fletcher
      Anne M. Orcutt

14    Jacob B. Lee
      STRUCK WIENEKE & LOVE, P.L.C.

15    3100 West Ray Road, Suite 300
      Chandler, Arizona  85226

16
      Arizona Attorney General Thomas C. Horne

17    Office of the Attorney General
      Michael E. Gottfried

18    Lucy M. Rand
      Assistant Attorneys General

19    1275 W. Washington Street
      Phoenix, Arizona 85007-2926

20
      *Attorneys for Defendants*

21

2961281.1

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ajmel Quereshi:       aquereshi@npp-aclu.org

Alison Hardy:         ahardy@prisonlaw.com

Amelia M. Gerlicher:  agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amir Q. Amiri:        aamiri@jonesday.com; ttualaulelei@jonesday.com

Amy Fettig:           afettig@npp-aclu.org

Asim Varma:           avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Brenna Durkin:        bdurkin@azdisabilitylaw.org

Caroline N. Mitchell: cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:   ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:  DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

Daniel Joseph Pochoda:dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org

Dara Levinson:        daralevinson@jonesday.com

David Cyrus Fathi:    dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:       dspecter@prisonlaw.com

James Duff Lyall:     jlyall@acluaz.org; gtorres@acluaz.org

James M. Jellison:    jim@jellisonlaw.com; cindy@schleierlaw.com; kasey@jellisonlaw.com

Jennifer K. Messina:  jkmessina@jonesday.com

Jerica Lynn Peters:   jpeters@perkinscoie.com

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

John Howard Gray:     jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:  jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:   jrico@azdisabilitylaw.org

2

1    Kamilla Mamedova:     kmamedova@jonesday.com

2    Kevin C. Brantley:     kbrantley@jonesday.com

3    Kirstin T. Eidenbach:     keidenbach@perkinscoie.com; dfreouf@perkinscoie.com;
docketphx@perkinscoie.com

Matthew Benjamin de Mee: mdumee@perkinscoie.com; cwendt@perkinscoie.com

Sara Norman:     snorman@prisonlaw.com

Sarah Eve Kader:     skader@azdisabilitylaw.org;mlauritzen@azdisabilitylaw.org;
rstarling@azdisabilitylaw.org

Taylor Freeman:     tfreeman@jonesday.com

Warren E. George, Jr.:     wgeorge@prisonlaw.com

     I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

     N/A

                             /s/ Nicholas D. Acedo