1    Daniel Pochoda (Bar No. 021979)
     James Duff Lyall (Bar No. 330045)*
2    **ACLU FOUNDATION OF ARIZONA**
     3707 North 7th Street, Suite 235
3    Phoenix, Arizona 85013
     Telephone:  (602) 650-1854
4    Email: dpochoda@acluaz.org
             jlyall@acluaz.org
5    *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
     *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
7    *Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree*
     *Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells,*
8    *on behalf of themselves and all others similarly situated*

     **[ADDITIONAL COUNSEL LISTED BELOW]**
9
     Sarah Kader (Bar No. 027147)
10   Asim Varma (Bar No. 027927)
     Brenna Durkin (Bar No. 027973)
11   **ARIZONA CENTER FOR DISABILITY LAW**
     5025 East Washington Street, Suite 202
12   Phoenix, Arizona 85034
     Telephone:  (602) 274-6287
13   Email: skader@azdisabilitylaw.org
             avarma@azdisabilitylaw.org
14
     *Attorneys for Plaintiff Arizona Center for Disability Law*
15
     **[ADDITIONAL COUNSEL LISTED BELOW]**
16                     UNITED STATES DISTRICT COURT

17                         DISTRICT OF ARIZONA

18   Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-DJH
     Dustin Brislan; Sonia Rodriguez; Christina
19   Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph    **DECLARATION OF**
20   Hefner; Joshua Polson; and Charlotte Wells, on     **AMELIA M. GERLICHER**
     behalf of themselves and all others similarly
21   situated; and Arizona Center for Disability Law,

22                            Plaintiffs,

23           v.

     Charles Ryan, Director, Arizona Department of
24   Corrections; and Richard Pratt, Interim Division
     Director, Division of Health Services, Arizona
25   Department of Corrections, in their official
     capacities,
26
                             Defendants.
27

28

     LEGAL123654474.1

I, Amelia M. Gerlicher, declare:

1.      I am an attorney licensed to practice in the State of Arizona.  I am an attorney at Perkins Coie LLP, and an attorney of record for the plaintiff class in this case. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.      While Defendants' original motion regarding Plaintiffs' exhibits was pending, Plaintiffs' counsel numbered Plaintiffs' exhibit list and created individual files for each exhibit, named by exhibit number.  These files were transferred to a hard drive for delivery to Defendants on Monday afternoon, September 15.

3.      I emailed Defendants' counsel at 4:14 p.m. on Monday afternoon, provided a full numbered exhibit list, and inquired as to whether counsel would prefer the drive be delivered that afternoon (but possibly after 5 p.m. due to traffic between downtown Phoenix and Chandler), or the next morning. I did not receive a reply, so we arranged delivery for the following morning.  Attached as Exhibit 1 is a true and correct copy of that email.

4.      On Tuesday morning, September 16, Eric Sisson informed me that the drive had been delivered to reception at Struck, Wieneke and Love.  I emailed Defendants' counsel to confirm the delivery.  Attached as Exhibit 2 is a true and correct copy of that email.

5.      To my knowledge, at no time on Tuesday, September 16, or any time thereafter, has Defendants' counsel indicated that the delivery on that day was incomplete or defective.

6.      Between September 16 and September 19, Plaintiffs further revised the exhibit list to remove unneeded documents and combine related exhibits.  It was hoped that the exhibit list would be further reduced and exhibits combined based on discussion with Defendants, but that did not occur before September 19.  Plaintiffs assigned the Court-required numbers to the exhibits, and then renamed the previous exhibit files to correspond to the newly formatted numbers.

7.     As explained to Defendants in my email attached to their motion, not all of the exhibits correctly copied to the drive for defendants on Friday afternoon.  In order to deliver the drive before Struck, Weineke and Love closed for the evening, the drive left Plaintiffs' counsel's offices shortly after 4 p.m. with a partial copy of the Category 2 exhibits.  As it could not be known (without further delay) which exhibits in Category 2 correctly copied to the drive, all of the 1600 Category 2 exhibits were re-copied to a second drive, which was the drive delivered after 7 p.m. on Friday evening.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of October, 2014, in Seattle, Washington.


                                                        s/ Amelia M. Gerlicher
                                                        Amelia M. Gerlicher


**ADDITIONAL COUNSEL:**                  Daniel C. Barr (Bar No. 010149)
                                         Amelia M. Gerlicher (Bar No. 023966)
                                         Kirstin T. Eidenbach (Bar No. 027341)
                                         John H. Gray (Bar No. 028107)
                                         Matthew B. du Mée (Bar No. 028468)
                                         Jerica L. Peters (Bar No. 027356)
                                         **PERKINS COIE LLP**
                                         2901 N. Central Avenue, Suite 2000
                                         Phoenix, Arizona 85012
                                         Telephone:  (602) 351-8000
                                         Email:     dbarr@perkinscoie.com
                                                    agerlicher@perkinscoie.com
                                                    keidenbach@perkinscoie.com
                                                    jhgray@perkinscoie.com
                                                    mdumee@perkinscoie.com
                                                    jpeters@perkinscoie.com

                                         Daniel Pochoda (Bar No. 021979)
                                         James Duff Lyall (Bar No. 330045)*
                                         **ACLU FOUNDATION OF
                                         ARIZONA**
                                         3707 North 7th Street, Suite 235
                                         Phoenix, Arizona 85013
                                         Telephone:  (602) 650-1854
                                         Email:     dpochoda@acluaz.org
                                                    jlyall@acluaz.org

                                         *Admitted pursuant to Ariz. Sup. Ct.
                                         R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org
          aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
Dara Levinson (Cal. 274923)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          aamiri@jonesday.com
          daralevinson@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
           tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
           jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:     kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
Brenna Durkin (Bar No. 027973)
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org
               avarma@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR
DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:    jrico@azdisabilitylaw.org
               jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1    **<u>CERTIFICATE OF SERVICE</u>**

2         I hereby certify that on October 3, 2014, I electronically transmitted the above

3    document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4    Notice of Electronic Filing to the following CM/ECF registrants:

5
                              Michael E. Gottfried
6                             Katherine E. Watanabe
                              Lucy M. Rand
7                     Assistant Arizona Attorneys General
                         Michael.Gottfried@azag.gov
8                        Katherine.Watanabe@azag.gov
                              Lucy.Rand@azag.gov
9
                              Daniel P. Struck
10                            Kathleen L. Wieneke
                              Rachel Love
11                            Timothy J. Bojanowski
                              Nicholas D. Acedo
12                            Ashlee B. Fletcher
                              Anne M. Orcutt
13                            Jacob B. Lee
                      STRUCK WIENEKE, & LOVE, P.L.C.
14                            dstruck@swlfirm.com
                              kwieneke@swlfirm.com
15                            rlove@swlfirm.com
                              tbojanowski@swlfirm.com
16                            nacedo@swlfirm.com
                              afletcher@swlfirm.com
17                            aorcutt@swlfirm.com
                              jlee@swlfirm.com
18
19                         *Attorneys for Defendants*

20                                          s/ S. Neilson
21
22
23
24
25
26
27
28