Index of Exhibits to Declaration of Amelia M. Gerlicher

Exhibit 1:   Email from Amelia Gerlicher to Defendants' Counsel dated September 15, 2014

Exhibit 2:   Email from Amelia Gerlicher to Defendants' Counsel dated September 16, 2014

# EXHIBIT 1

| | |
|---|---|
| **From:** | Gerlicher, Amelia Morrow (Perkins Coie) |
| **Sent:** | Monday, September 15, 2014 4:14 PM |
| **To:** | Parsons Team |
| **Cc:** | Parsonsdiscovery@prisonlaw.com |
| **Subject:** | Plaintiffs Exhibit List - Revised + Drive |
| **Attachments:** | Trial Exhibit List - Sept 15 - numbered.DOCX |

Counsel,

We are prepared to deliver a hard drive to you containing all of our exhibits, saved in individual numbered files per the reference numbers on the attached list. However, due to the size of the files, we do not believe they will be finished copying to the drive before 4:30.  Delivering the drive from our office to yours in Chandler at 4:30 likely cannot be accomplished before your offices close at 5pm. Please let us know **before 4:30** if you would rather that we attempt delivery after 5pm, or whether you would rather the drive be delivered first thing in the morning.

For your convenience, the attached list contains track changes against the version we sent you Friday night. Among other things, it contains our proposals on named plaintiff medical records, streamlines other combined exhibits, and corrects assorted other errors.

Please let us know when you are available to discuss our common combined exhibits such as named plaintiff records, MGARs, monthly reports, and policies.

We are also working on our objections to your exhibits, which we will have to you tomorrow.

Thank you,
Amelia


**Amelia Morrow Gerlicher** | **Perkins Coie** LLP
2901 N. Central Avenue
Suite 2000
Phoenix, AZ 85012-2788
PHONE: 602.351.8308
FAX: 602.648.7156
agerlicher@perkinscoie.com

# EXHIBIT 2

| | |
|---|---|
| **From:** | Gerlicher, Amelia Morrow (Perkins Coie) |
| **Sent:** | Tuesday, September 16, 2014 9:58 AM |
| **To:** | Parsons Team |
| **Cc:** | Parsonsdiscovery@prisonlaw.com |
| **Subject:** | RE: Plaintiffs Exhibit List - Revised + Drive |

Counsel,

The drive was delivered along with copies of Mr. Vail's notes that you requested shortly after 8 am this morning. In addition, many of the SIR videos, which were produced only to NPP, were sent overnight to you on a separate drive.

Amelia

**From:** Gerlicher, Amelia Morrow (Perkins Coie)
**Sent:** Monday, September 15, 2014 4:14 PM
**To:** 'Parsons Team'
**Cc:** 'Parsonsdiscovery@prisonlaw.com'
**Subject:** Plaintiffs Exhibit List - Revised + Drive

Counsel,

We are prepared to deliver a hard drive to you containing all of our exhibits, saved in individual numbered files per the reference numbers on the attached list. However, due to the size of the files, we do not believe they will be finished copying to the drive before 4:30.  Delivering the drive from our office to yours in Chandler at 4:30 likely cannot be accomplished before your offices close at 5pm. Please let us know **before 4:30** if you would rather that we attempt delivery after 5pm, or whether you would rather the drive be delivered first thing in the morning.

For your convenience, the attached list contains track changes against the version we sent you Friday night. Among other things, it contains our proposals on named plaintiff medical records, streamlines other combined exhibits, and corrects assorted other errors.

Please let us know when you are available to discuss our common combined exhibits such as named plaintiff records, MGARs, monthly reports, and policies.

We are also working on our objections to your exhibits, which we will have to you tomorrow.

Thank you,
Amelia

**Amelia Morrow Gerlicher** | **Perkins Coie LLP**
2901 N. Central Avenue
Suite 2000
Phoenix, AZ 85012-2788
PHONE: 602.351.8308
FAX: 602.648.7156
agerlicher@perkinscoie.com