| | |
|---|---|
| 1 | Daniel Pochoda (Bar No. 021979) |
| | James Duff Lyall (Bar No. 330045)* |
| 2 | **ACLU FOUNDATION OF ARIZONA** |
| | 3707 North 7th Street, Suite 235 |
| 3 | Phoenix, Arizona 85013 |
| | Telephone: (602) 650-1854 |
| 4 | Email: dpochoda@acluaz.org |
| | jlyall@acluaz.org |
| 5 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED BELOW]

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
Brenna Durkin (Bar No. 027973)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
    avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

[ADDITIONAL COUNSEL LISTED BELOW]

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DJH |
| Plaintiffs, | **DECLARATION OF PHYLLIS MILLER** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL123680449.1

I, Phyllis Miller, declare:

1. I am a paralegal at Perkins Coie LLP, working with the attorneys of record for the plaintiff class in this case. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. I prepared the chart attached hereto as Exhibit A. This chart contains all exhibits that Defendants claimed were "untimely served" in their objections filed on September 29 [Doc. 1153], and indicates, based on Plaintiffs' backup files, which files were produced on September 16 and which were produced on September 19.

3. Based on my comparison of Defendants' objections with Plaintiffs' Tuesday and Friday productions, 787 of the documents produced on Friday, September 19, 2014 had been previously produced on Tuesday, September 16, 2014, not including the 21 documents that had not been produced to Plaintiffs by Tuesday, September 16, 2014.

4. Based on my comparison of Defendants' objections with Plaintiffs' Tuesday and Friday productions, eight of the documents produced on Friday, September 19, 2014 had not been previously produced on Tuesday, September 16, 2014.

5. Based on my comparison of Defendants' objections with Plaintiffs' Tuesday and Friday productions, six documents on Plaintiffs' list were produced neither the Tuesday, September 16, 2014 nor the Friday, September 19, 2014 production.

6. Based on my comparison of Defendants' objections with Plaintiffs' Tuesday and Friday productions, seven documents were produced on Tuesday, September 16, 2014 that were not produced on Friday, September 19, 2014.

7. Based on my comparison of Defendants' objections with Plaintiffs' Tuesday and Friday productions, 21 of the documents had not been produced to Plaintiffs by Tuesday, September 16, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of October, 2014, in Phoenix, Arizona.

LEGAL123680449.1

_____
Phyllis Miller

**ADDITIONAL COUNSEL:**

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
             agerlicher@perkinscoie.com
             keidenbach@perkinscoie.com
             jhgray@perkinscoie.com
             mdumee@perkinscoie.com
             jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaz.org
             jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
             ahardy@prisonlaw.com
             snorman@prisonlaw.com
             ckendrick@prisonlaw.com
             wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@npp-aclu.org
         afettig@npp-aclu.org
         aquereshi@npp-aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
Dara Levinson (Cal. 274923)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         aamiri@jonesday.com
         daralevinson@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com
         tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:   kmamedova@jonesday.com
         jkmessina@jonesday.com

*Admitted *pro hac vice*

|    |                                                                  |
|----|------------------------------------------------------------------|
| 1  | Kevin Brantley (Cal. 251886)*                                    |
|    | **JONES DAY**                                                    |
| 2  | 3161 Michelson Drive, Suite 800                                  |
|    | Irvine, California 92612                                         |
| 3  | Telephone: (949) 851-3939                                        |
|    | Email:   kcbrantley@jonesday.com                                 |
| 4  |                                                                  |
|    | *Admitted *pro hac vice*                                         |
| 5  |                                                                  |
|    | *Attorneys for Plaintiffs Shawn Jensen;*                         |
| 6  | *Stephen Swartz; Sonia Rodriguez; Christina*                     |
|    | *Verduzco; Jackie Thomas; Jeremy Smith;*                         |
| 7  | *Robert Gamez; Maryanne Chisholm;*                               |
|    | *Desiree Licci; Joseph Hefner; Joshua*                           |
| 8  | *Polson; and Charlotte Wells, on behalf of*                      |
|    | *themselves and all others similarly situated*                   |
| 9  |                                                                  |
| 10 | Sarah Kader (Bar No. 027147)                                     |
|    | Asim Varma (Bar No. 027927)                                      |
|    | Brenna Durkin (Bar No. 027973)                                   |
| 11 | **ARIZONA CENTER FOR**                                           |
|    | **DISABILITY LAW**                                               |
| 12 | 5025 East Washington Street, Suite 202                           |
|    | Phoenix, Arizona 85034                                           |
| 13 | Telephone: (602) 274-6287                                        |
|    | Email:   skader@azdisabilitylaw.org                              |
| 14 |          avarma@azdisabilitylaw.org                              |
| 15 | J.J. Rico (Bar No. 021292)                                       |
|    | Jessica Jansepar Ross (Bar No. 030553)                           |
| 16 | **ARIZONA CENTER FOR**                                           |
|    | **DISABILITY LAW**                                               |
| 17 | 100 N. Stone Avenue, Suite 305                                   |
|    | Tucson, Arizona 85701                                            |
| 18 | Telephone: (520) 327-9547                                        |
|    | Email:   jrico@azdisabilitylaw.org                               |
| 19 |          jross@azdisabilitylaw.org                               |
| 20 | *Attorneys for Arizona Center for Disability Law*                |
| 21 |                                                                  |
| 22 |                                                                  |
| 23 |                                                                  |
| 24 |                                                                  |
| 25 |                                                                  |
| 26 |                                                                  |
| 27 |                                                                  |
| 28 |                                                                  |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I hereby certify that on October 3, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ S. Neilson