1    Daniel Pochoda (Bar No. 021979)
     James Duff Lyall (Bar No. 330045)*
2    **ACLU FOUNDATION OF ARIZONA**
     3707 North 7th Street, Suite 235
3    Phoenix, Arizona 85013
     Telephone: (602) 650-1854
4    Email: dpochoda@acluaz.org
          jlyall@acluaz.org
5    *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
     *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
7    *Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree*
     *Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells,*
8    *on behalf of themselves and all others similarly situated*

9    **[ADDITIONAL COUNSEL LISTED BELOW]**

10   Sarah Kader (Bar No. 027147)
     Asim Varma (Bar No. 027927)
     Brenna Durkin (Bar No. 027973)
11   **ARIZONA CENTER FOR DISABILITY LAW**
     5025 East Washington Street, Suite 202
12   Phoenix, Arizona 85034
     Telephone: (602) 274-6287
13   Email: skader@azdisabilitylaw.org
          avarma@azdisabilitylaw.org
14
     *Attorneys for Plaintiff Arizona Center for Disability Law*
15   **[ADDITIONAL COUNSEL LISTED BELOW]**

16                UNITED STATES DISTRICT COURT

17                   DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DJH |
| Plaintiffs, | **DECLARATION OF ERIC SISSON** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL123653324.1

1    I, Eric Sisson, declare:

2        1.    I am a paralegal at Perkins Coie LLP, working with the attorneys of record

3    for the plaintiff class in this case.   If called as a witness, I could and would testify

4    competently to the facts stated herein, all of which are within my personal knowledge.

5        2.    Between September 10 and September 15, I and several other paralegals

6    created PDF files for each of the exhibits on Plaintiffs' exhibit list.   These files were

7    named based on the reference numbers assigned to each exhibit.   The files were

8    transferred to a hard drive for delivery to defendants on Monday afternoon, September 15.

9        3.    We did not hear from Defendants that they would accept delivery on

10   Monday after 5 p.m., so I personally hand delivered the drive to the receptionist at Struck,

11   Wieneke, and Love, shortly before 8:30 a.m. on Tuesday morning, September 16.

12       I declare under penalty of perjury that the foregoing is true and correct.

13       Executed this 3rd day of October, 2014, in Phoenix, Arizona.

14

15   Eric Sisson

16

17   **ADDITIONAL COUNSEL:**    Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)

18   Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)

19   Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)

20   **PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000

21   Phoenix, Arizona 85012
Telephone: (602) 351-8000

22   Email:    dbarr@perkinscoie.com
agerlicher@perkinscoie.com

23   keidenbach@perkinscoie.com
jhgray@perkinscoie.com

24   mdumee@perkinscoie.com
jpeters@perkinscoie.com

25

26

27

28

LEGAL123653324.1

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     dpochoda@acluaz.org
           jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct.
R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com
           wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org
           aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
in DC; practice limited to federal
courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
Dara Levinson (Cal. 274923)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:    cnmitchell@jonesday.com
          aamiri@jonesday.com
          daralevinson@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:    jlwilkes@jonesday.com
          tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:    kmamedova@jonesday.com
          jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
Brenna Durkin (Bar No. 027973)
**ARIZONA CENTER FOR
DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:     skader@azdisabilitylaw.org
           avarma@azdisabilitylaw.org

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)
**ARIZONA CENTER FOR
DISABILITY LAW**
100 N. Stone Avenue, Suite 305
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:     jrico@azdisabilitylaw.org
           jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1 

## CERTIFICATE OF SERVICE

2    I hereby certify that on October 3, 2014, I electronically transmitted the above

3  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4  Notice of Electronic Filing to the following CM/ECF registrants:

5 
6 
7 
8 
9 

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

s/ S. Neilson