# EXHIBIT A



October 1, 2014

Dear Customer:

The following is the proof-of-delivery for tracking number **771164725579**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | .PENNY | **Delivery location:** | 3100 WEST RAY ROAD300 Chandler, AZ 85226 |
| **Service type:** | FedEx Priority Overnight | **Delivery date:** | Sep 16, 2014 09:09 |
| **Special Handling:** | Deliver Weekday | | |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 771164725579 | **Ship date:** | Sep 15, 2014 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
Dan Struck
Struck, Wieneke & Love, P.L.C
3100 West Ray Road
Suite 300
Chandler, AZ 85226 US

**Shipper:**
Makeba Rutahindurwa
American Civil Liberties Union
915 15th Street NW
Washington, DC 20005 US

Thank you for choosing FedEx.



Wed Oct 01 15:06:43 CDT 2014

This Signature Proof of Delivery Letter has been requested by:
Name:
M RUTAHINDURWA
Comments: