# APPENDIX 6-F

REDACTED

## Defendants' Final Trial Exhibit List

### Group 1:  General

1-751      ADC's Organizational Chart, dated June 2012 (ADC014034 – ADC014051 and ADC050860)

1-752      ADC Prison Aerials, prepared June 30, 2014 (ADC448280 – ADC448300). (Defendants intend to use enlargements of some of these photographs at trial, and will make those available for inspection upon request)

1-753      ADC Health Services Monitoring Bureau Organizational Chart, dated January 17, 2014 (ADC261338 – ADC261338)

1-754      State Prison Capabilities for Medical, Mental Health and Dental Treatment Services as of June 2012 (ADC265916)

1-755      State Prison Capabilities for Medical, Mental Health and Dental Treatment Services as of October 2013 (ADC265917)

1-756      State Prison Capabilities for Medical, Mental Health, and Dental Treatment Services, as of January 2014 (ADC265918 – ADC265921)

1-757      Compilation of ADC Monthly Corrections-At-A-Glance publications over the period from January 2010 through October 2013 (ADC013703 – ADC013704; ADC013705 – ADC013706; ADC013707 – ADC013708; ADC013709 – ADC013710; ADC013711 – ADC013712; ADC013713 – ADC013714; ADC013715 – ADC013716; ADC013717 – ADC013718; ADC013719 – ADC013720; ADC013723 – ADC013724; ADC013725 – ADC013726; ADC013721 – ADC013722; ADC013727 – ADC013728; ADC013729 – ADC013730; ADC013731 – ADC013732; ADC013733 – ADC013734; ADC013735 – ADC013736; ADC013759 – ADC013760; ADC013737 – ADC013738; ADC013739 – ADC013740; ADC013741 – ADC013742; ADC013743 – ADC013744; ADC013745 – ADC013746; ADC013747 – ADC013748; ADC013749 – ADC013750; ADC013751 – ADC013752; ADC013753 – ADC013754; ADC013755 – ADC013756; ADC013757 – ADC013758; ADC_S000563 – ADC_S000564; ADC_S000565 – ADC_S000566; ADC_S000567 – ADC_S000568; ADC_S000569 – ADC_S000570; ADC_S000571 – ADC_S000572;

ADC_S000573 – ADC_S000574; ADC_S000575 – ADC_S000576;
ADC_S000577 – ADC_S000578; ADC_S000579 – ADC_S000580; and,
ADC_S000581 – ADC_S000582)

| | |
|---|---|
| 1-758 | ADC's Capacity Report for 2010 (ADC014052 – ADC014053) |
| 1-759 | ADC Admission, Releases and Confined Population Fact Sheet, as of June 30, 2013 (ADC261331 – ADC261335) |
| 1-760 | ADC's Report of Operating Cost for 2010 (ADC014054 – ADC014102) |
| 1-761 | Employee Recognition Ceremony materials, dated December 13, 2012 (ADC088684 – ADC088724) |
| 1-762 | ADC FY 2013 Training Plan (ADC049516 – ADC049524) |
| 1-763 | ADC FY2014 Training Plan (ADC231960 – ADC231970) |
| 1-764 | COTA Curriculum Details (ADC140088 – ADC140099) |
| 1-765 | ADC Department Order 109, Smoking and Tobacco Regulations (ADC082058 – ADC082062) |
| 1-766 | ADC Department Order 117, Health Services – Authority and Communication, effective December 19, 2012 (ADC048480 – ADC048482) |
| 1-767 | ADC Department Order 509, Employee Training and Education (ADC056269 – ADC056294) |
| 1-768 | ADC Department Order 705, Inmate Transportation (ADC048483 – ADC048506) |
| 1-769 | ADC Director's Instruction #287, Modification of Department Order 802: Inmate Grievance System (ADC017950 – ADC017953 |
| 1-770 | ADC Department Order 804, Inmate Behavior Control (Restricted Version) (ADC107478 – ADC107505). |
| 1-771 | ADC Department Order 809, Earned Incentive Program (ADC013994 – ADC014004) |
| 1-772 | ADC Department Order 811, Individual Inmate Assessments and Reviews (ADC082227 – ADC082235) |

1-773       ADC Department Order 811, Individual Inmate Assessments and Reviews,
            effective 6-27-14 (ADC425519 – ADC425528)

1-774       ADC Department Order 903, Inmate Work Activities, effective 6-27-14
            (ADC425529 – ADC425553)

1-775       ADC Director's Instruction #301, Modification of Department Order 912,
            Food Service (ADC079035)

1-776       ADC Department Order 915, Inmate Phone Calls (ADC013166 –
            ADC013179)

1-777       ADC Department Order No. 1101, Inmate Access to Health Care, effective
            December 19, 2012 (ADC048543 – ADC048573)

1-778       ADC Department Order No. 1102, Communicable Disease and Infection
            Control, effective January 11, 2013 (ADC054843 – ADC054864)

1-779       ADC's Director's Instruction #307, Medical Care Directives (ADC011450
            – ADC011456)

1-780       ADC Director's Instruction # 311, Health Services Retention Bonus
            (ADC082057)

1-781       ADC Director's Instruction #324, Medical Care Directives (ADC263226)

1-782       ADC Director's Instruction #326, Maximum Custody Population
            Management (ADC261959 – ADC261985)

1-783       ADC Health Services Technical Manual ("HSTM"), dated January 1, 2010
            (ADC010648 – ADC011231)

1-784       ADC Dental Services Technical Manual ("DSTM"), dated January 1, 2010
            (ADC010554 – ADC010647)

1-785       ADC Mental Health Technical Manual, revised December 11, 2009
            (ADC011232 – ADC011332)

1-786       ADC's Mental Health Technical Manual, revised August 15, 2011
            (ADC031959 – ADC032044)

1-787       ADC Mental Health Technical Manual ("MHTM"), revised January 1,
            2014 (ADC215544 – ADC215610)

1-788          ADC Mental Health Technical Manual ("MHTM"), revised April 18, 2014
               (ADC267378 – ADC267459)

1-789          ADC Health Services Post Order for ASPC-Eyman (ADC028737 –
               ADC028888)

1-790          ADC Health Services Post Orders for ASPC-Florence (ADC028889 –
               ADC028979; and, ADC048470 – ADC048476)

1-791          ADC Health Services Post Orders for ASPC-Perryville (ADC029121 –
               ADC029260)

1-792          ADC Health Services Post Orders for ASPC-Phoenix (ADC028255 –
               ADC028440)

1-793          ADC Health Services Post Orders for ASPC-Safford (ADC029261 –
               ADC029490)

1-794          ADC Health Services Post Orders for ASPC-Tucson (ADC028441 –
               ADC028736)

1-795          ADC Health Services Post Orders for ASPC-Winslow (ADC029491 –
               ADC029566)

1-796          ADC Health Services Post Orders for ASPC-Yuma (ADC029567 –
               ADC029649)

1-797          ADC's Classification Technical Manual, revised October 28, 2010 and
               April 13, 2013(ADC040610 – ADC040691; ADC040692)

1-798          ADC DI 326 Maximum Custody Population Management Technical
               Manual, dated April 18, 2014 (ADC280791 – ADC280811)

1-799          ADC Statewide Duty Specific Post Order 36 – Watch Security Officer
               (ADC_S000245 – ADC_S000248).

1-800          ASPC-Eyman Unit Specific Post Order – Browning Unit 36 – Watch
               Security Officer (ADC_S000235 – ADC_S000239).

1-801          ASPC-Eyman Unit Specific Post Order – SMU I 36 – Watch Security
               Officer (ADC_S000240 – ADC_S000244).

1-802        ADC ASPC-Florence Post Order 36 – Watch Security Officer
             (ADC_S000249 – ADC_S000260).

1-803        ADC ASPC-Perryville – Lumley Post Order 36 – Watch Security Officer
             (ADC_S000261).

1-804        ADC Statewide Duty Specific Post Order 37 – Maximum Custody Housing
             Unit Rover Officer (ADC_S000557 – ADC_S000559).

1-805        ASPC-Eyman Unit Specific Post Order – Browning Unit 37 – Maximum
             Custody Housing Unit Rover Officer (ADC_S000560).

1-806        ASPC-Eyman Unit Specific Post Order – SMU I 37 – Maximum Custody
             Housing Unit Rover Officer (ADC_S000561).

1-807        Eyman-Browning Unit Daily Post sheets, for select dates identified by
             Plaintiffs' counsel, reflecting assignment of staff to Maximum Custody
             Housing Unit Rover posts (ADC281740 – ADC281798). This unredacted
             exhibit may contain security sensitive information.

1-808        Florence-Central Unit Daily Post sheets, for select dates identified by
             Plaintiffs' counsel, reflecting assignment of staff to Maximum Custody
             Housing Unit Rover posts (ADC281799 – ADC282431). This unredacted
             exhibit may contain security sensitive information.

1-809        ADC Food Service Technical Manual, 912–T–OPS (ADC040550 –
             ADC040573)

1-810        ADC Diet Reference Manual (ADC040574 – ADC040609)

1-811        ADC Contract No. 11-00001557/ADC No. 120094DC with Trinity
             Services Group for Food Services at ADC operated prison complexes,
             including amendments thereto, through February 20, 2013 (ADC077277 –
             ADC079010)

1-812        ADC Contract No. DC020205, with Canteen Correctional Services for
             Food Services at ADC – operated prison complexes, including amendments
             thereto through February 1, 2012 (ADC079011 – ADC082041)

1-813        ADC ASPC-Eyman Institutional Order 912-IO-E, Food Service
             (ADC137971 – ADC137979)

1-814        ADC ASPC-Florence Institutional Order 912-IO-F, Food Service
             (ADC137980 – ADC137984)

1-815        ADC ASPC-Perryville Institutional Order 912-IO-P, Food Service
             (ADC137985 – ADC137992)

1-816        Comparison of ADC and Nationwide Mortality Rate – All Causes of Death
             (2005 – 2013)

1-817        Graph of Comparison of ADC and Nationwide Mortality Rate (2005 –
             2013)

1-818        Compilation of ADC Inmate Assault, Self-Harm and Mortality Data
             Reports (ADC_S000001 – ADC_S000009; (ADC_S000010 –
             ADC_S000013ADC_S000014 – ADC_S000017; ADC_S000018 –
             ADC_S000021; ADC_S000022 – ADC_S000025; ADC229831 –
             ADC229834; ADC229835 – ADC229838; ADC261323 – ADC261326;
             ADC261327 – ADC261330; and, ADC265912 – ADC265915)

1-819        ADC's completed and submitted Bureau of Justice Statistics Form NPS-4,
             Deaths in Custody – 2013, Annual Summary of Inmate Deaths in State
             Prisons (ADC406285)

1-820        U.S Department of Justice, Office of Justice Programs, Bureau of Justice
             Statistics report on Mortality in Local Jail and State Prisons, 2000-2011-
             Statistical Tables, August 2013 (ADC_P000994 – ADC_P001034)

1-821        United States Department of Justice, Bureau of Justice Statistics, Mortality
             in Local Jails and State Prisons, 2000-2010 – Statistical Tables, Report No.
             NCJ 239911, dated December 2012 (ADC084945 – ADC084972)

1-822        Resume of Anthony Medel (ADC123403 - ADC123407).

1-823        Resume of Arthur Gross (ADC123408 - ADC123412).

1-824        Resume of David Robertson (ADC123413 - ADC123418).

1-825        Resume of Mark Haldane (ADC123419 - ADC123421).

1-826        Resume of Helena Valenzuela (ADC123422 - ADC123423).

1-827        Resume of Jessica Raak (ADC123424 - ADC123425).

1-828          Resume of Warden Judy Frigo (ADC123426 - ADC123428).

1-829          Resume of Juliet Respicio - Moriarty (ADC123429 - ADC123433).

1-830          Resume of Karen Chu (ADC123434).

1-831          Resume of Kathy Campbell (ADC123435 - ADC123438).

1-832          Resume of Marlena Bedoya (ADC123443 - ADC123446).

1-833          Resume of Matthew Musson (ADC123447 - ADC123448).

1-834          Resume of Carson McWilliams (ADC123449 - ADC123451).

1-835          Resume of Jen Mielke-Fontaine (ADC123452 - ADC123453).

1-836          Resume of Nicole Taylor (ADC123454 - ADC123457).

1-837          Resume of Richard Pratt (ADC123458 - ADC123461).

1-838          Resume of Richard Rowe (ADC123462 - ADC123463).

1-839          Resume of Sam Tardibuono (ADC123464 - ADC123467).

1-840          Resume of Terry Allred (ADC123470 - ADC123471).

1-841          Resume of Ernest Trujillo (ADC123472 - ADC123477).

1-842          Resume of Vanessa Headstream (ADC123478 - ADC123480).

1-843          Resume of Yvonne Maese (ADC123481 - ADC123483).

1-844          Resume of Thomas Buenker, M.D. (ADC203365 - ADC203367).

1-845          Resume of Mark Fleming, PhD, LP, LPCMH, CRC, HSP, CCHP-MH
               (ADC203363 - ADC203364).

1-846          Resume of Mark Jansen (ADC203360 - ADC203362).

1-847          Resume of Glenn Babich, M.D. (ADC229826 - ADC229830).

1-848          Resume of Michael Dolny, Ph.D. (ADC229839 - ADC229842).

1-849          Resume of Brian Hanstad, D.M.D. (ADC255799 - ADC255800).

1-850   Plaintiff Arizona Center for Disability Law's Response to Defendant Charles Ryan's First Request for Production of Documents dated August 6, 2012.

1-851   Plaintiff Victor Parsons' Objections and Responses to Defendant Charles Ryan's First Request for Production of Documents and Things dated August 6, 2012.

1-852   Plaintiff Maryanne Chisholm's Responses to Defendant Richard Defendant Richard Pratt's First Set of Requests for Admission dated September 4, 2012.

1-853   Plaintiff Maryanne Chisholm's Responses to Defendant Charles Ryan's First Set Requests for Admission dated September 4, 2012.

1-854   Plaintiff Maryanne Chisholm's Responses to Defendant Charles Ryan's First Set of Interrogatories dated September 4, 2012.

1-855   Plaintiff Maryanne Chisholm's Responses to Defendant Charles Ryan's First Request for Production of Documents and Thing dated September 4, 2012.

1-856   Plaintiff Desiree Licci's Response to Defendant Charles Ryan's Second Request for Production of Documents dated September 7, 2012.

1-857   Plaintiff Arizona Center for Disability Law's Response to Defendant Charles Ryan's 2nd Request for Production of Documents dated September 7, 2012.

1-858   Plaintiff Robert Gamez's Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories dated September 13, 2012.

1-859   Plaintiff Dustin Brislan's Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories dated October 1, 2012.

1-860   Plaintiff Robert Gamez's First Supplemental Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories dated October 4, 2012.

1-861   Plaintiff Maryanne Chisholm's Supplemental Responses to Defendant Charles Defendant Charles Ryan's First Set of Interrogatories dated October 4, 2012.

1-862          Plaintiff Victor Parsons' First Supplemental Response to Defendant Charles Ryan's First Request for Production of Documents and Things dated October 5, 2012.

1-863          Plaintiff Arizona Center for Disability Law's First Supplemental Response to Defendant Charles Ryan's First and Second Requests for Production of Documents and Things dated October 16, 2012.

1-864          Plaintiff Arizona Center for Disability Law's Second Supplemental Response to Defendant Charles Ryan's First Requests for Production of Documents and Things dated October 18, 2012.

1-865          Plaintiff Dustin Brislan's Responses to Defendant Charles Ryan's First Set of Interrogatories dated October 18, 2012.

1-866          Plaintiff Sonia Rodriguez's Responses to Defendant Charles Defendant Charles Ryan's First Set of Interrogatories dated October 18, 2012.

1-867          Plaintiff Stephen Swartz's Responses to Defendant Charles Ryan's First Set of Interrogatories dated October 18, 2012.

1-868          Plaintiff Jackie Thomas' Responses to Defendant Charles Ryan's First Set of Interrogatories dated October 18, 2012.

1-869          Plaintiff Christina Verduzco's Responses to Defendant Charles Ryan's First Set of Interrogatories dated October 18, 2012.

1-870          Plaintiff Charlotte Wells' Responses to Defendant Charles Ryan's First Set of Interrogatories dated October 18, 2012.

1-871          Plaintiff Arizona Center for Disability Law's  Answers to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories dated October 18, 2012.

1-872          Plaintiff Shawn Jensen's Responses to Defendant Charles Ryan's First Set of Interrogatories dated October 18, 2012.

1-873          Plaintiff Shawn Jensen's Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories dated October 22, 2012.

1-874          Plaintiff Victor Parsons' Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories dated October 22, 2012.

1-875     Plaintiff Maryanne Chisholm's Responses to Defendant Richard Pratt's
          Second Set of Interrogatories dated October 22, 2012.

1-876     Plaintiff Maryanne Chisholm's Responses to Defendant Charles Ryan's
          Second Set of Interrogatories dated October 22, 2012.

1-877     Plaintiff Maryanne Chisholm's Second Supplemental Responses to
          Defendant Charles Ryan's First Set of Requests for Admission dated
          October 24, 2012.

1-878     Plaintiff Robert Gamez's Second Supplemental Responses to Defendant
          Charles Ryan's First Set of Requests for Admission and Interrogatories
          dated October 24, 2012.

1-879     Plaintiff Robert Gamez's Third Supplemental Responses to Defendant
          Charles Ryan's First Set of Requests for Admission and Interrogatories
          dated October 30, 2012.

1-880     Plaintiff Maryanne Chisholm's Second Supplemental Responses to
          Defendant Charles Ryan's First Set of Interrogatories dated November 13,
          2012.

1-881     Plaintiff Shawn Jensen's Supplemental Responses to Defendant Charles
          Ryan's First Set of Interrogatories dated November 13, 2012.

1-882     Plaintiff Sonia Rodriguez's Supplemental Responses to Defendant Charles
          Ryan's First Set of Interrogatories dated November 13, 2012.

1-883     Plaintiff Stephen Swartz's First Supplemental Responses to Defendant
          Charles Ryan's First Set of Interrogatories dated November 13, 2012.

1-884     Plaintiff Jackie Thomas' First Supplemental Responses to Defendant
          Charles Ryan's First Set of Interrogatories dated November 13, 2012.

1-885     Plaintiff Charlotte Wells' Supplemental Responses to Defendant Charles
          Ryan's First Set of Interrogatories dated November 13, 2012.

1-886     Plaintiff Dustin Brislan's First Supplemental Responses to Defendant
          Charles Ryan's First Set of Interrogatories dated November 13, 2012.

1-887     Plaintiff Christina Verduzco's Supplemental Responses to Defendant
          Charles Ryan's First Set of Interrogatories dated November 13, 2012.

1-888       Plaintiff Arizona Center for Disability Law's Third Supplemental Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated November 14, 2012.

1-889       Plaintiff Dustin Brislan's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-890       Plaintiff Maryanne Chisholm's First Supplemental Response to Defendant Charles Ryan's First Request for Production of Documents and Things dated November 16, 2012.

1-891       Plaintiff Robert Gamez's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-892       Plaintiff Joseph Hefner's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-893       Plaintiff Shawn Jensen's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-894       Plaintiff Desiree Licci's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-895       Plaintiff Joshua Polson's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-896       Plaintiff Sonia Rodriguez's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-897       Plaintiff Jeremy Smith's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-898       Plaintiff Stephen Swartz's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-899       Plaintiff Jackie Thomas' Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-900       Plaintiff Christina Verduzco's Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-901       Plaintiff Charlotte Wells' Response to Defendant Charles Ryan's First Request for Production of Documents dated November 16, 2012.

1-902      Plaintiff Victor Parsons' Second Supplemental Response to Defendant
           Charles Ryan's First Request for Production of Documents and Things
           dated November 16, 2012.

1-903      Plaintiff Arizona Center for Disability Law's  Fourth Supplemental
           Response to Defendant Charles Ryan's Second Request for Production of
           Documents and Things dated November 20, 2012.

1-904      Plaintiff Maryanne Chisholm's Second Supplemental Response to
           Defendant Charles Ryan's First Request for Production of Documents and
           Things dated November 30, 2012.

1-905      Plaintiff Victor Parsons' Third Supplemental Response to Defendant
           Charles Ryan's First Request for Production of Documents and Things
           dated November 30, 2012.

1-906      Plaintiff Arizona Center for Disability Law's Answers to Defendant Charles
           Ryan's Second Set of Requests for Admission and Interrogatories dated
           December 3, 2012.

1-907      Plaintiff Maryanne Chisholm's Responses to Defendant Charles Ryan's
           Second Set of Requests for Admission and Interrogatories dated December
           10, 2012.

1-908      Plaintiff Robert Gamez's Responses to Defendant Charles Ryan's Second
           Set of Requests for Admission and Interrogatories to Plaintiff Robert
           Gamez dated December 10, 2012.

1-909      Plaintiff Shawn Jensen's Responses to Defendant Charles Ryan's Second
           Set of Requests for Admission and Interrogatories dated December 10,
           2012.

1-910      Plaintiff Jeremy Smith's Responses to Defendant Charles Ryan's First Set
           of Requests for Admission and Interrogatories to Plaintiff Jeremy Smith
           dated December 10, 2012.

1-911      Plaintiff Jackie Thomas' Responses to Defendant Charles Ryan's First Set
           of Requests for Admission and Interrogatories to Plaintiff Jackie Thomas
           dated December 10, 2012.

1-912      Plaintiff Maryanne Chisholm's Response to Defendant Charles Ryan's
           Second Request for Production of Documents dated December 10, 2012.

1-913  Plaintiff Robert Gamez's Responses to Defendant Charles Ryan's First Set of Interrogatories dated December 10, 2012.

1-914  Plaintiff Joseph Hefner's Responses to Defendant Charles Ryan's First Set of Interrogatories dated December 10, 2012.

1-915  Plaintiff Shawn Jensen's Responses to Defendant Charles Ryan's Second Set of Interrogatories dated December 10, 2012.

1-916  Plaintiff Desiree Licci's Responses to Defendant Charles Ryan's First Set of Interrogatories dated December 10, 2012.

1-917  Plaintiff Joshua Polson's Responses to Defendant Charles Ryan's First Set of Interrogatories dated December 10, 2012.

1-918  Plaintiff Sonia Rodriguez's Responses to Defendant Charles Ryan's Second Set of Interrogatories dated December 10, 2012.

1-919  Plaintiff Jeremy Smith's Responses to Defendant Charles Ryan's First Set of Interrogatories dated December 10, 2012.

1-920  Plaintiff Stephen Swartz's Responses to Defendant Charles Ryan's Second Set of Interrogatories dated December 10, 2012.

1-921  Plaintiff Jackie Thomas' Responses to Defendant Charles Ryan's Second Set of Interrogatories dated December 10, 2012.

1-922  Plaintiff Christina Verduzco's Responses to Defendant Charles Ryan's Second Set of Interrogatories dated December 10, 2012.

1-923  Plaintiff Charlotte Wells' Responses to Defendant Charles Ryan's Second Set of Interrogatories dated December 10, 2012.

1-924  Plaintiff Joseph Hefner's Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories to Plaintiff Joseph Hefner dated December 10, 2012.

1-925  Jay D. Shulman's Objections and Responses to Defendants' Subpoena for Production and Inspection of Documents dated December 10, 2012.

1-926  Objections and Responses to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Craig Haney, Ph.D. dated December 10, 2012.

1-927        Objections and Responses to Subpoena to Producte Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Pablo Stewart, M.D. dated December 10, 2012.

1-928        Responses and Objections of Robert L. Cohen to Defendants' Subpoena Duces Tecum dated December 10, 2012.

1-929        Plaintiff Victor Parsons' Responses to Defendant Charles Ryan's Second Set of Requests for Admission and Interrogatories to Plaintiff Victor Parsons dated December 10, 2012.

1-930        Plaintiff Christina Verduzco's Responses to Defendant Charles Ryan's First Set of Requests for Admission and Interrogatories dated December 10, 2012.

1-931        Plaintiff Dustin Brislan's Responses to Defendant Richard Pratt's First Set of Interrogatories dated December 10, 2012.

1-932        Plaintiff Dustin Brislan's Responses to Defendant Charles Ryan's Second Set of Interrogatories dated December 10, 2012.

1-933        Plaintiff Victor Parsons' Responses to Defendant Charles Ryan's Second Requests for Production dated December 10, 2012.

1-934        Plaintiff Maryanne Chisholm's Responses to Defendant Charles Ryan's Third Set of Interrogatories dated December 10, 2012.

1-935        Plaintiff Victor Parsons' Responses to Defendant Charles Ryan's First Set of Interrogatories dated December 10, 2012.

1-936        Plaintiff Arizona Center for Disability Law's Answers to Defendant Richard Pratt's First Set of Interrogatories dated December 17, 2012.

1-937        Plaintiff Arizona Center for Disability Law's Answers to Defendant Charles Ryan's First Set of Interrogatories dated December 17, 2012.

1-938        Plaintiff Maryanne Chisholm's Third Supplemental Response to Defendant Charles Ryan's First Request for Production of Documents and Things dated January 11, 2013.

1-939   Plaintiff Arizona Center for Disability Law's Fifth Supplemental Response to Defendant Charles Ryan's First Request for Production of Documents dated January 14, 2013.

1-940   Plaintiff Maryanne Chisholm's Fourth Supplemental Response to Defendant Charles Ryan's First Request for Production of Documents and Things dated February 8, 2013.

1-941   Plaintiff Maryanne Chisholm's Response to Defendant Charles Ryan's Third Request for Production of Documents and Things dated February 19, 2013.

1-942   Plaintiff Robert Gamez's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-943   Plaintiff Joseph Hefner's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-944   Plaintiff Shawn Jensen's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-945   Plaintiff Desiree Licci's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-946   Plaintiff Victor Parsons' Response to Defendant Charles Ryan's Third Request for Production of Documents and Things dated February 19, 2013.

1-947   Plaintiff Joshua Polson's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-948   Plaintiff Joshua Polson's Response to Defendant Charles Ryan's Third Request for Production of Documents and Things dated February 19, 2013.

1-949   Plaintiff Sonia Rodriguez's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-950   Plaintiff Jeremy Smith's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-951   Plaintiff Jeremy Smith's Response to Defendant Charles Ryan's Third Request for Production of Documents and Things dated February 19, 2013.

1-952      Plaintiff Stephen Swartz's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-953      Plaintiff Jackie Thomas' Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-954      Plaintiff Charlotte Wells' Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-955      Plaintiff Dustin Brislan's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-956      Plaintiff Joseph Hefner's Response to Defendant Charles Ryan's Third Request for Production of Documents and Things dated February 19, 2013.

1-957      Plaintiff Christina Verduzco's Response to Defendant Charles Ryan's Second Request for Production of Documents and Things dated February 19, 2013.

1-958      Plaintiff Dustin Brislan's First Supplemental Responses to Defendant Charles Ryan's Second Set of Interrogatories dated February 27, 2013.

1-959      Plaintiff Maryanne Chisholm's First Supplemental Responses to Defendant Charles Ryan's Third Set of Interrogatories dated February 27, 2013.

1-960      Plaintiff Dustin Brislan's Second Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-961      Plaintiff Jeremy Smith's First Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-962      Plaintiff Joshua Polson's First Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-963      Plaintiff Maryanne Chisholm's Third Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-964      Plaintiff Robert Gamez's First Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-965      Plaintiff Shawn Jensens' First Supplemental Responses to Defendant Charles Ryan's Second Set of Interrogatories dated February 27, 2013.

1-966        Plaintiff Shawn Jensen's Second Supplemental Responses to Defendant
             Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-967        Plaintiff Sonia Rodriguez's First Supplemental Responses to Defendant
             Charles Ryan's Second Set of Interrogatories dated February 27, 2013.

1-968        Plaintiff Sonia Rodriguez's Second Supplemental Responses to Defendant
             Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-969        Plaintiff Stephen Swartz's First Supplemental Responses to Defendant
             Charles Ryan's Second Set of Interrogatories dated February 27, 2013.

1-970        Plaintiff Jackie Thomas' First Supplemental Responses to Defendant
             Charles Ryan's Second Set of Interrogatories dated February 27, 2013.

1-971        Plaintiff Jackie Thomas' Second Supplemental Responses to Defendant
             Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-972        Plaintiff Victor Parsons' First Supplemental Responses to Defendant
             Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-973        Plaintiff Joseph Hefner's First Supplemental Responses to Defendant
             Charles Ryan's First Set of Interrogatories dated February 27, 2013.

1-974        Plaintiff Robert Gamez's Amended First Supplemental Response to
             Defendant Charles Ryan's First Set of Interrogatories dated March 6, 2013.

1-975        Plaintiff Dustin Brislan's Amended Second Supplemental Responses to
             Defendant Charles Ryan's First Set of Interrogatories dated March 8, 2013.

1-976        Plaintiff Maryanne Chisholm's Fifth Supplemental Response to Defendant
             Charles Ryan's First Request for Production of Documents and Things
             dated March 11, 2013.

1-977        Plaintiff Robert Gamez's Second Supplemental Response to Defendant
             Charles Ryan's First Set of Interrogatories dated April 24, 2013.

1-978        Plaintiff Maryanne Chisholm's Sixth Supplemental Response to Defendant
             Charles Ryan's First Request for Production of Documents and Things
             dated May 2, 2013.

1-979        Plaintiff Dustin Brislan's Responses to Defendant Richard Pratt's Second
             Set of Interrogatories to Plaintiff Dustin Brislan dated May 14, 2013.

1-980        Plaintiff Dustin Brislan's Answers to Defendant Richard Pratt's Third Set of Interrogatories dated June 10, 2013.

1-981        Plaintiff Robert Gamez's First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-982        Plaintiff Shawn Jensen's First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-983        Plaintiff Sonia Rodriguez's First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-984        Plaintiff Stephen Swartz's First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-985        Plaintiff Charlotte Wells' First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-986        Plaintiff Dustin Brislan's First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-987        Plaintiff Joseph Hefner's First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-988        Plaintiff Desiree Licci's First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-989        Plaintiff Joshua Polson's First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-990        Plaintiff Jeremy Smith's First Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents dated June 12, 2013.

1-991      Plaintiff Jackie Thomas' First Supplemental Responses to Defendant
           Charles Ryan's First Request for Production of Documents dated June 12,
           2013.

1-992      Plaintiff Christina Verduzco's First Supplemental Responses to Defendant
           Charles Ryan's First Request for Production of Documents dated June 12,
           2013.

1-993      Plaintiff Dustin Brislan's Answers to Defendant Richard Pratt's Fourth Set
           of Interrogatories to Plaintiff Dustin Brislan dated September 3, 2013.

1-994      Plaintiff Charlotte Wells' Objections to Defendant Charles Ryan's Third
           Request for Production of Documents and Things to Plaintiff Charlotte
           Wells dated September 11, 2013.

1-995      Plaintiff Dustin Brislan's First Supplemental and Amended Answers to
           Defendant Richard Pratt's Fourth Set of Interrogatories to Plaintiff Dustin
           Brislan dated September 11, 2013.

1-996      Plaintiff Stephen Swartz's Answers to Defendant Richard Pratt's First Set of
           Interrogatories to Plaintiff Stephen Swartz dated September 11, 2013.

1-997      Plaintiff Christina Verduzco's First Supplemental Responses to Defendant
           Charles Ryan's Second Set of Interrogatories dated September 24, 2013.

1-998      Plaintiff Christina Verduzco's Second Supplemental Responses to
           Defendant Charles Ryan's First Set of Interrogatories dated September 24,
           2013.

1-999      Plaintiff Charlotte Wells' First Supplemental Responses to Defendant
           Charles Ryan's Second Set of Interrogatories dated September 24, 2013.

1-1000     Plaintiff Charlotte Wells' Second Supplemental Responses to Defendant
           Charles Ryan's First Set of Interrogatories dated September 24, 2013.

1-1001     Plaintiff Dustin Brislan's First Supplemental Answers to Defendant Richard
           Pratt's Second Set of Interrogatories dated September 25, 2013.

1-1002     Plaintiff Dustin Brislan's First Supplemental Answers to Defendant Richard
           Pratt's Third Set of Interrogatories dated September 25, 2013.

1-1003      Plaintiff Dustin Brislan's First Supplemental Answers to Defendant Richard Pratt's First Set of Interrogatories dated September 25, 2013.

1-1004      Plaintiff Dustin Brislan's Third Supplemental Answers to Defendant Charles Ryan's First Set of Interrogatories dated September 25, 2013.

1-1005      Plaintiff Dustin Brislan's Second Supplemental Responses to Defendant Charles Ryan's Second Set of Interrogatories dated September 25, 2013.

1-1006      Plaintiff Jeremy Smith's Second Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated September 25, 2013.

1-1007      Plaintiff Maryanne Chisholm's Fourth Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated September 27, 2013.

1-1008      Plaintiff Desiree Licci's First Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated September 27, 2013.

1-1009      Plaintiff Joshua Polson's Second Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated September 27, 2013.

1-1010      Plaintiff Sonia Rodriguez's Second Supplemental Responses to Defendant Charles Ryan's Second Set of Interrogatories dated September 27, 2013.

1-1011      Plaintiff Sonia Rodriguez's Third Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated September 27, 2013.

1-1012      Plaintiff Stephen Swartz's Second Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated September 27, 2013.

1-1013      Plaintiff Stephen Swartz's Second Supplemental Responses to Defendant Charles Ryan's Second Set of Interrogatories dated September 27, 2013.

1-1014      Plaintiff Maryanne Chisholm's Eighth Supplemental Responses to Defendant Charles Ryan's First Request for Production of Documents and Things dated September 27, 2013.

1-1015      Plaintiff Maryanne Chisholm's Second Supplemental Responses to Defendant Charles Ryan's Third Set of Interrogatories dated September 27, 2013.

1-1016        Plaintiff Robert Gamez's Third Supplemental Response to Defendant Charles Ryan's First Set of Interrogatories dated September 27, 2013.

1-1017        Plaintiff Joseph Hefner's Second Supplemental Response to Defendant Charles Ryan's First Set of Interrogatories dated September 27, 2013.

1-1018        Plaintiff Shawn Jensen's Second Supplemental Responses to Defendant Charles Ryan's Second Set of Interrogatories dated September 27, 2013.

1-1019        Plaintiff Shawn Jensen's Third Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated September 27, 2013.

1-1020        Plaintiff Jackie Thomas' Second Supplemental Responses to Defendant Charles Ryan's Second Set of Interrogatories dated September 27, 2013.

1-1021        Plaintiff Jackie Thomas' Third Supplemental Responses to Defendant Charles Ryan's First Set of Interrogatories dated September 27, 2013.

1-1022        Objections and Responses to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Craig William Haney, Ph.D., dated February 10, 2014.

1-1023        Objections and Responses to Subpoena to Jay D. Shulman dated February 10, 2014.

1-1024        Objections and Responses to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Robert L. Cohen, M.D., dated February 10, 2014.

1-1025        Objections and Responses to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Pablo Stewart, M.D., dated February 10, 2014.

1-1026        Objections and Responses to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Eldon Vail dated February 10, 2014.

1-1027        Objections and Responses to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Todd Randall Wilcox, M.D., dated February 10, 2014.

1-1028          Objections and Responses to Subpoena to Produce Documents,
                Information, or Objects or to Permit Inspection of Premises in a Civil
                Action to Brie Williams, M.D., dated February 10, 2014.

1-1029          Named Plaintiffs' Initial Disclosure Statement dated June 29, 2012.

1-1030          Individual Plaintiffs' First Supplemental Disclosure Statement dated
                October 17, 2012.

1-1031          Prisoner Plaintiffs' Supplemental Production dated April 2, 2013.

1-1032          Individual Plaintiffs' Second Supplemental Disclosure Statement dated
                September 6, 2013.

1-1033          Individual Named Plaintiffs' Third Supplemental Disclosure Statement
                dated March 28, 2014.

1-1034          Individual Named Plaintiffs' Fourth Supplemental Disclosure Statement
                dated June 27, 2014.

1-1035          Arizona Center for Disability Law's Initial Disclosure Statement dated June
                29, 2012.

1-1036          Arizona Center for Disability Law's First Supplemental Disclosure
                Statement dated October 19, 2012.

1-1037          Arizona Center for Disability Law's Second Supplemental Disclosure
                Statement dated September 26, 2013.

1-1038          Arizona Center for Disability Law's Third Supplemental Disclosure
                Statement dated October 9, 2013.

1-1039          Arizona Center for Disability Law's Fourth Supplemental Disclosure
                Statement dated April 15, 2014.


## Group 2:  General Healthcare

2-1601          Photograph of ASPC Florence depicting a dental treatment area as of 2013
                (ADC166038)

2-1602    Photographs of ASPC Lewis depicting some of the treatment areas in the medical hub and also in the ACI buildings at some of the units as of 2013 (ADC166093; ADC166105 – ADC166107; and ADC166110)

2-1603    Photographs of ASPC Perryville depicting treatment areas, and the secure HNR submission box in the recreation area as of 2013 (ADC163933 – ADC163935; and ADC166147)

2-1604    Photographs of ASPC Phoenix depicting some of the medical areas as of 2013 (ADC163937 – ADC163938)

2-1605    Photographs of ASPC Tucson depicting some of the medical and dental treatment areas and equipment as of 2013 (ADC166192 and, ADC166216 – ADC166220)

2-1606    Photographs of ASPC Yuma depicting some of the medical and dental treatment areas and equipment as of 2013 (ADC166221; ADC166225; ADC166227; and ADC166229)

2-1607    Photographs taken at ASPC-Yuma on November 1, 2013 (ADC166221 – ADC166232)

2-1608    Photographs taken at ASPC-Yuma on November 20, 2013 (ADC200159 – ADC200168)

2-1609    ADC Inmate Alhambra Reception Orientation Handout regarding access to health care (ADC018165 – ADC018166)

2-1610    ADC Health Care Operating Expenditure Summary for FY 2009 – FY2014 (ADC139880)

2-1611    Memorandum from Michael Adu-Tutu to Charles Ryan, DATED April 30, 2010, regarding Action Plan for ADC health services (ADC117116 – ADC117117)

2-1612    ADC's Pharmacy Expense Reporting Chart for 2007 through 2011 (ADC013777 – ADC013779

2-1613    ADC's Health Services Drugs & Medicine Expenditures for 2007 through 2011 (ADC013819 – ADC013826)

2-1614    ADC's Mental Health Drugs & Medicine Expenditures for 2007 through 2011 (ADC013827 – ADC013836)

2-1615    ADC's Healthcare Services by Providers Paid through ADC for 2008 through 2011 (ADC013761 – ADC013776)

2-1616    ADC's Health Care Operating Expenditure Summary for 2009 through 2011 (ADC013780 – ADC013818)

2-1617    ADC's Contracted Provider List for Inpatient/Outpatient Specialty Services for 2011 through 2012 (ADC013406 – ADC013475)

2-1618    National Commission on Correctional Health Care, Standards for Health Services in Prisons, 2008 (Attachment H to Exhibit 189 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment)

2-1619    National Commission on Correctional Health Care, Standards for Health Services in Prisons, 2014

2-1620    NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex-Douglas, dated June 26 2009 (ADC016043 – ADC016060)

2-1621    NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex-Douglas, dated June 28, 2013 (ADC_P000888 – ADC_P000901)

2-1622    NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex-Douglas, dated November 19, 2013 (ADC_P000974 – ADC_P000976)

2-1623    NCCHC Accreditation Update Report of the Health Care Services at Arizona State Prison Complex-Florence, dated November 18, 2011, with related correspondence (ADC016061 – ADC016066)

2-1624    NCCHC The National Commission on Correctional Health Care's Accreditation Report of the Health Care Services at Arizona State Prison Complex Florence, Arizona, dated March 28, 2014, with related correspondence (ADC405485 – ADC405502)

2-1625     NCCHC Accreditation Report of the Health Care Services at Arizona State
           Prison Complex-Lewis, dated November 12, 2010, with related
           correspondence (ADC016067 – ADC016070)

2-1626     NCCHC Accreditation Report of the Health Care Services at Arizona State
           Prison Complex-Perryville, dated June 26, 2009, with related
           correspondence (ADC016082 – ADC016089)

2-1627     NCCHC Accreditation Report of the Health Care Services at Arizona
           Department of Corrections-Perryville, dated June 28, 2013 (ADC_P000902
           – ADC_P000915)

2-1628     NCCHC Accreditation Update Report of the Health Care Services at
           Arizona Department of Corrections-Perryville, dated October 11, 2013
           (ADC_P000916 – ADC_P000919)

2-1629     NCCHC Accreditation Update Report of the Health Care Services at
           Arizona Department of Corrections-Perryville, dated November 18, 2013
           (ADC_P000977 – ADC_P000979)

2-1630     NCCHC Accreditation Report of the Health Care Services at Arizona
           Department of Corrections-Phoenix Complex, dated June 26, 2009, with
           related correspondence (ADC016090 – ADC016096)

2-1631     NCCHC Accreditation Report of the Health Care Services at Arizona
           Department of Corrections-Phoenix Complex, dated June 28, 2013
           (ADC_P000920 – ADC_P000933)

2-1632     NCCHC Accreditation Update Report of the Health Care Services at
           Arizona Department of Corrections-Phoenix Complex, dated November 22,
           2013, with related correspondence (ADC_P000980 – ADC_P000983)

2-1633     Letter from Tracey Titus, NCCHC Manager of Accreditation Services,
           addressed to Warden Broadhead regarding continued accreditation of
           ASPC-Safford, dated July 30, 2013 (ADC140103)

2-1634     NCCHC Accreditation Report of the Health Care Services at Arizona State
           Prison Complex-Tucson, dated June 26, 2009, with related correspondence
           (ADC016097 – ADC016106)

2-1635     NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex-Tucson, dated June 28, 2013 (ADC_P000934 – ADC_P000950

2-1636     NCCHC Accreditation Update Report of the Health Care Services at Arizona State Prison Complex-Tucson, dated November 8, 2013 (ADC_P000951 – ADC_P000959)

2-1637     NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex-Tucson, dated February 6, 2014, with related correspondence (ADC257099 – ADC257107)

2-1638     National Commission on Correctional Health Care letter, dated June 5, 2014, to Warden Schroeder at ASPC-Tucson (ADC405503)

2-1639     NCCHC The National Commission on Correctional Health Care's Accreditation Update Report of the Health Care Services at Arizona State Prison Complex Tucson, Arizona, dated July 15, 2014, with related correspondence (ADC405504 – ADC405509)

2-1640     NCCHC Accreditation Update Report of the Health Care Services at Arizona Department of Corrections-Winslow Complex, dated June 26, 2009, with related correspondence (ADC016136 – ADC016138)

2-1641     NCCHC Accreditation Update Report of the Health Care Services at Arizona Department of Corrections-Winslow Complex, dated June 28, 2013 (ADC140119 – ADC140131)

2-1642     NCCHC Accreditation Update Report of the Health Care Services at Arizona Department of Corrections-Winslow Complex, dated November 19, 2013 (ADC_P000960 – ADC_P000964)

2-1643     Photograph of NCCHC Certificate of Accreditation for the Arizona State Prison Complex-Yuma, dated November 2010 (ADC016081)

2-1644     NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex-Yuma, dated March 11, 2011, with related correspondence (ADC_P000965 – ADC_P000973)

2-1645     Procurement File for Privatization of All Correctional Health Services (ADCPROC-000001 – ADCPROC-003366; ADCPROC-005487 – ADCPROC-006688; ADCPROC-006689 – ADCPROC-008236;

ADCPROC-008366 – ADCPROC-008717; ADCPROC-008788 –
ADCPROC-010932; ADCPROC-010744 – ADCPROC-010747;
ADCPROC-010751 – ADCPROC-010754; and, ADCPROC-010456 –
ADCPROC-010464)

2-1646   Executed State of Arizona Direct Contract No. 130051DI, Privatization of
All Correctional Health Services;, with incorporated documents and
amendments 1-6 (ADCPROC-011038 – ADCPROC-0110040; ADCPROC-
011031 – ADCPROC-011036; ADCPROC-010933 – ADCPROC-011016;
ADCPROC-005488 – ADCPROC-005537; ADCPROC-005541 –
ADCPROC-005577; ADCPROC-005625 – ADCPROC-006688;
ADC014103 – ADC014419; ADC405510 – ADC405511; ADC405512;
ADC263217 – ADC263222; ADC263381 – ADC263385; ADC405513 –
ADC405519; and ADC334041 – ADC334060)

2-1647   CONFIDENTIAL Corizon Arizona Regional Complex Site Roster (with
redacted telephone numbers), updated January 22, 2014 (ADC261339)

2-1648   EHR Go Live Schedule (ADC263223)

2-1649   Number of Completed Specialty Medical Appointments (April 2013 –
March 2014)

2-1650   Number of Outpatient Transports for Specialty Appointments Completed
(March 2013 – March 2014)

2-1651   CAG/FAQ/PBMS Report submitted for the months ending May 31, 2013,
June 30, 2013, and March 31, 2013 (ADC230793 – ADC230820;
ADC230821 – ADC230840; and, ADC267168 – ADC267197)

2-1652   CAG/FAQ/PBMS Report submitted for the months ending June 30, 2014
(revised), and July 31, 2014 (ADC425301 – ADC425326; and,
ADC425328 – ADC425364).

2-1653   Health Needs Request Submission, Scheduled Appointments and Average
Wait Times – Medical and Mental Health (May 2013 – March 2014)

2-1654   Health Needs Requests / Inmate Wait Times Reports for medical and
mental health care, for the period from May 1, 2013 to March 31, 2014
(ADC122046 – ADC122048; ADC122057 – ADC122058; ADC122017;
ADC231223 – ADC231224; ADC231227 – ADC231228; ADC231434;

ADC153774 – ADC153776; ADC231060; ADC231062; ADC231088; ADC231090; ADC231116; ADC231118; ADC231165 – ADC231166; ADC231168 – ADC231169; ADC231438; ADC231214 – ADC231215; ADC231217 – ADC231218; ADC261648 – ADC231649; ADC231651 – ADC261652; ADC263288 – ADC263292; and, ADC267274 – ADC267279)

2-1655       Health Needs Requests / Inmate Wait Times Reports for medical and mental health care, for the period from April 1, 2014 through July 31, 2014 (ADC405658 – ADC405663; ADC405850 – ADC405851; ADC406046 – ADC406051; ADC425428 – ADC425433)

2-1656       Corizon Intake Reports for the period from April 2014 through July 2014 (ADC405724; ADC405927; ADC406133; and, ADC425475)

2-1657       Summary of Formal Medical Grievances Submitted, by Category (April 2013 – March 2014)

2-1658       Medical Grievance Reports for the period from March 2013 to March 2014 (ADC231316 – ADC231322; ADC231323 – ADC231324; ADC231325 – ADC231348; ADC153809 – ADC153815; ADC153816 – ADC153829; ADC231349 – ADC231354; ADC231355; ADC231379; ADC231401 – ADC231424; ADC231425 – ADC231430; ADC261708 – ADC261751; ADC263306 – ADC263334; and, ADC267297 – ADC267335). Defendants note that this exhibit reflects absent class members' Personal Health Information.

2-1659       Medical Grievance Reports for the period from April 2014 through July 2014 (ADC405682 – ADC405720; ADC405876 – ADC405923; ADC406069 – ADC406129; and, ADC425459 – ADC425471). Defendants note that this exhibit reflects absent class members' Personal Health Information.

2-1660       Total Number of Prescriptions Written and total Cost for Prescriptions (April 2013 – March 2014)

2-1661       Medication Reports for the period from April 2013 through March 2013 (ADC231890 – ADC231891; ADC118397 – ADC118406; ADC231892 – ADC231901; ADC153875 – ADC153884; ADC231902 – ADC231911; ADC155077 – ADC155086; ADC203051 – ADC203060; ADC231912 –

ADC231921; ADC231922 – ADC231931; ADC261816 – ADC261825; ADC263371 – ADC263380; and, ADC267368 – ADC267377)

2-1662   Medication Reports for the period from April 2014 through July 2014 (ADC405750 – ADC405759; ADC405954 – ADC405963; ADC406162 – ADC406171; ADC425504 – ADC425513)

2-1663   Corizon and Wexford Staffing Comparison (ADC117105 – ADC117115)

2-1664   Summary of Corizon FTE's Providing Services at ADC Complexes (March 2013 – March 2014)

2-1665   Percentage of Licensed Corizon Medical Personnel Actually Working Per Month in Relation to the ADC-Corizon Contract Requirement (March 2013 – March 2014)

2-1666   Percentage of Licensed Corizon Mental Health Personnel Actually Working Per Month in Relation to the ADC-Corizon Contract Requirement (March 2013 – March 2014)

2-1667   Total Number of Corizon FTEs Working Per Month

2-1668   Corizon Staffing Reports for the period from March 4, 2013 through March 31, 2014 (ADC231821 – ADC231831; ADC231832 – ADC231842; ADC117064 – ADC117074; ADC121167 – ADC121178; ADC202975 – ADC202996; ADC202986 – ADC202996; ADC231843 – ADC231853; ADC231854 – ADC231864; ADC231867 – ADC231877; ADC231878 – ADC231888; ADC261802 – ADC261812; ADC263357 – ADC263367; and, ADC267354 – ADC267364)

2-1669   Corizon Staffing Reports for the period from April 2014 through July 2014 (ADC ADC405735 – ADC405745; ADC405939 – ADC405949; ADC406146 – ADC406156; and, ADC425488 – ADC425498)

2-1670   Compilation of periodically submitted Corizon Medical Malpractice Statistical Reports for the period from March 4, 2013 (ADC231932; ADC231933; ADC231934; ADC231935; ADC231936; ADC231937; ADC231938; and, ADC261826)

2-1671   Compilation of periodically submitted Corizon Certification/Licensing Update Reports for the period from March 4, 2013 (ADC231939;

ADC261940; ADC231941; ADC231942; ADC261943; ADC231944; and, ADC231945)

2-1672   Final Corizon Clinical Data Reports for the period from April 2013 through March 2014 ADC230957 – ADC230982; ADC230983 – ADC231008; ADC231009 – ADC231034; ADC153749 – ADC153776; ADC231035 – ADC231062; ADC231063 – ADC231090; ADC231091 – ADC231118; ADC231119 – ADC231169; ADC320327 – ADC320397; ADC320466 – ADC320534; ADC320399 – ADC320464; and, ADC267201 – ADC267272).  Defendants note that this exhibit may reflect absent class members' Personal Health Information.

2-1673   Corizon Clincial Data Report for the period from April 2014 through July 2014 (ADC405598 – ADC405646; ADC405790 – ADC405848; ADC405982 – ADC406044; ADC425368 – ADC425426)

2-1674   Corizon Emergency Transport Reports for the period from March 2013 through March 2014 (AGA_Review_00011906 – AGA_Review_00011913; ADC202930 – ADC202942; ADC122049 – ADC122056; ADC203000 – ADC203014; ADC153797 – ADC153804; ADC202943 – ADC202955; ADC155064 – ADC155073; ADC203044 – ADC203050; ADC231485 – ADC231490; ADC231491 – ADC231496; ADC261759 – ADC261765; ADC263342 – ADC263350; and, ADC267341 – ADC267349).  Defendants note that this exhibit reflects absent class members' Personal Health Information.

2-1675   Corizon Emergency Transport Reports for the period from April 2014 through July 2014 (ADC405726 – ADC405730; ADC405929 – ADC405934; ADC406135 – ADC406141; and, ADC425477 – ADC425483).  Defendants note that this exhibit reflects absent class members' Personal Health Information.

2-1676   Corizon Scheduled Outside Transport Reports for the period from May 2013 through March 2014 (ADC231449 – ADC231554; ADC231555 – ADC231572; ADC153858 – ADC153874; ADC231574 – ADC231642; ADC231646 – ADC231662; ADC231666 – ADC231708; ADC231716 – ADC231761; ADC231767 – ADC231817; ADC261767 – ADC261794; ADC263352 – ADC263355; and, ADC267351 – ADC267352). Defendants

note that this exhibit may reflect absent class members' Personal Health Information.

2-1677    Corizon Scheduled Outside Transport Reports for the period from April 2014 through July 2014 (ADC405732 – ADC405733; ADC405936 – ADC405937; ADC406143 – ADC406144; and, ADC425485 – ADC425486). Defendants note that this exhibit may reflect absent class members' Personal Health Information.

2-1678    Final Corizon Quarterly Chronic Conditions Reports for the period from March 4, 2013 to March 31, 2014 (ADC229846 – ADC230238; ADC230244 – ADC230591; ADC230239 – ADC230243; and, ADC405463 – ADC405472). Defendants note that this exhibit reflects absent class members' Personal Health Information.

2-1679    Corizon Quarterly Chronic Conditions Report for the quarter ending June 30, 2014 (ADC405520 – ADC405530).

2-1680    Final Corizon Quarterly Infection Disease Reports for the period from March 4, 2013 to March 31, 2014 (ADC230595 – ADC230603; ADC230604 – ADC230612; ADC230613 – ADC230642; and, ADC405474 – ADC405483). Defendants note that this exhibit may reflect absent class members' Personal Health Information.

2-1681    Corizon Quarterly Infectious Disease Report for the quarter ending June 30, 2014 (ADC405532 – ADC405541).

2-1682    Corizon Quarterly Network Providers Directories for the period from March 4, 2013 through March 31, 2014 (ADC ADC153885 – ADC153891; ADC230645 – ADC230647; ADC230648 – ADC230655; ADC267144 – ADC267148).

2-1683    Corizon Quarterly Network Providers Directory for the quarter ending June 30, 2014 (ADC405543 – ADC405553).

2-1684    Corizon Quarterly Utilization Review Report for the period from July 1, 2013 through March 31, 2014 (ADC230658 – ADC230708; ADC203709 – ADC230747; and, ADC267150 – ADC267166). Defendants note that this exhibit reflects absent class members' Personal Health Information.

2-1685 Corizon Quarterly Utilization Review Report for quarter ending June 30, 2014 (ADC405555 – ADC405572).  Defendants note that this exhibit reflects absent class members' Personal Health Information.

2-1686 Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC-Douglas – April to February 2014; and Corrected Health Services Monitoring Bureau MGAR Report with Corrective Action Plan for March 2014 (ADC088796 – ADC088813; ADC208607 – ADC208624; ADC208920 – ADC208937; ADC209211 – ADC209226; ADC209519 – ADC209533; ADC209821 – ADC209839; ADC210260 – ADC210288; ADC267460 – ADC267483; ADC267872 – ADC26895; ADC268344 – ADC268379; ADC268821 – ADC268836; and, ADC422286 – ADC422305).

2-1687 Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC-Eyman – April 2013 to February 2014; and Corrected Health Services Monitoring Bureau MGAR Report with Corrective Action Plan for March 2014  (ADC208270 – ADC208301; ADC208625 – ADC208658; ADC208938 – ADC208966; ADC209227 – ADC209254; ADC209534 – ADC209566; ADC209840 – ADC209887; ADC210289 – ADC210335; ADC267484 – ADC267524; ADC267896 – ADC267940; ADC268380 – ADC268428; ADC268837 – ADC268867; and, ADC422306 – ADC422338).

2-1688 Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC-Florence – April to February 2014; and Corrected Health Services Monitoring Bureau MGAR Report with Corrective Action Plan for March 2014 (ADC208302 – ADC208348; ADC208659 – ADC208694; ADC208967 – ADC209000; ADC209255 – ADC209294; ADC209567 – ADC209601; ADC209888 – ADC209947; ADC210336 – ADC210381; ADC267525 – ADC267568; ADC267941 – ADC267991; ADC268429 – ADC268483; ADC268868 – ADC268897; and, ADC422339 – ADC422373).

2-1689 Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC-Lewis – April 2013 to February 2014; and Corrected Health Services Monitoring Bureau MGAR Report with Corrective Action Plan for March 2014  (ADC208349 – ADC208377; ADC208695 – ADC208720; ADC209001 – ADC209026; ADC209295 –

ADC209319; ADC209602 – ADC209636; ADC209948 – ADC209991; ADC210382 – ADC210432; ADC267569 – ADC267612; ADC297992 – ADC268038; ADC268484 – ADC268532; ADC268898 – ADC268929; and, ADC422374 – ADC422428).

2-1690    Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC-Perryville – April 2013 to February 2014; and Corrected Health Services Monitoring Bureau MGAR Report with Corrective Action Plan for March 2014 (ADC208378 – ADC208422; ADC208721 – ADC208754; ADC209027 – ADC209060; ADC209320 – ADC209357; ADC209637 – ADC209672; ADC209992 – ADC210035; ADC210433 – ADC210478; ADC267613 – ADC267648; ADC268039 – ADC268088; ADC268533 – ADC268580; ADC268930 – ADC268959; and, ADC422429 – ADC422470).

2-1691    Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC-Phoenix – April 2013 to February 2014; and Corrected Health Services Monitoring Bureau MGAR Report with Corrective Action Plan for March 2014 (ADC208423 – ADC208459; ADC208755 ADC208788; ADC209061 – ADC209085; ADC209358 – ADC209396; ADC209673 – ADC209705; ADC210036 – ADC210082; ADC210479 – ADC210524; ADC267649 – ADC267693; ADC268089 – ADC268141; ADC268581 – ADC268628; ADC268960 – ADC268990; and, ADC422471 – ADC422516).

2-1692    Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC – Safford – April 2013 to February 2014; and Corrected Health Services Monitoring Bureau MGAR Report with Corrective Action Plan for March 2014 (ADC208460 – ADC208479; ADC208789 – ADC208804; ADC209086 – ADC209105; ADC209397 – ADC209413; ADC209706 – ADC209721; ADC210083 – ADC210103; ADC210525 – ADC210545; ADC267694 – ADC267717; ADC268142 – ADC268167; ADC268629 – ADC268652; ADC268991 – ADC269004; and, ADC422517 – ADC422531).

2-1693    Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC – Tucson – April 2013 to February 2014; and Corrected Health Services Monitoring Bureau MGAR Report with Corrective Action Plan for March 2014 (ADC208480 – ADC208549;

ADC208805 – ADC208860; ADC209106 – ADC209159; ADC209414 – ADC209463; ADC209722 – ADC209770; ADC210104 – ADC210178; ADC210546 – ADC210619; ADC267718 – ADC267785; ADC268168 – ADC2682420; ADC268653 – ADC268720; ADC269005 – ADC2690450; and, ADC422532 – ADC4225820).

2-1694        Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC – Winslow – April 2013 to February 2014; and Corrected Health Services Monitoring Bureau MGAR Report with Corrective Action Plan for March 2014 (ADC208550 – ADC208574; ADC208861 – ADC208883; ADC209160 – ADC209175; ADC209464 – ADC209480; ADC209771 – ADC209785; ADC210179 – ADC210202; ADC210620 – ADC210653; ADC267786 – ADC267816; ADC268243 – ADC268277; ADC268721 – ADC268752; ADC269046 – ADC269061; and, ADC422583 – ADC422600).

2-1695        Health Services Monitoring Bureau MGAR Monitoring Reports with Corrective Actions Plans for ASPC – Yuma – April 2013 to February 2014; and Corrected Health Services Monitoring Bureau MGAR Report with Corrective Action Plan for March 2014 (ADC208575 – ADC208606; ADC208884 – ADC208919; ADC209176 – ADC209210; ADC209481 – ADC209518; ADC209786 – ADC209820; ADC210203 – ADC210259; ADC210654 – ADC210719; ADC267817 – ADC267871; ADC268278 – ADC268343; ADC268753 – ADC268820; ADC269062 – ADC269103; and, ADC422601 – ADC422642).

2-1696        Corizon letter, dated May 2, 2014, from Mark Jansen to Richard Pratt regarding Contract No. 130051DC (ADC320257)

2-1697        Corizon letter, dated June 12, 2014, from Mark Jansen to Richard Pratt regarding Contract No. 130051DC (ADC320261)

2-1698        ADC Procurement Services letter dated June 17, 2014, from Leon George to Woodrow A. Myers, Jr., M.D., with attachments, regarding Contract No. ADOC13-041943/ADC No. 130051DC (ADC334032 – ADC334040)

2-1699        E-mail, dated November 13, 2013, from Arthur Gross to Melissa Gluntz and Vickie Bybee, with attachment, regarding September Monthly Offset Report (ADC383448 – ADC383464).

2-1700      E-mail, dated November 19, 2013, from Arthur Gross to Charles Ryan, with attachment, regarding September Staffing Offset Payment (ADC383470 – ADC383471).

2-1701      E-mail, dated December 2, 2013 from Melissa Gluntz to Arthur Gross and Amy Landry, with attachments, regarding 1st revision – September 2013 Staffing Vacancy Offset Calculation (ADC383473 – ADC384255).

2-1702      E-mail, dated December 2, 2013 from Amy Landry to Melissa Gluntz, with attachment, regarding October 2013 Staffing Vacancy Offset Calculation (ADC384256 – ADC384268).

2-1703      E-mail, dated December 24, 2013, from Melissa Gluntz to Arthur Gross and Amy Landry, with attachments, regarding November 2013 Staffing Vacancy Offset Calculation (ADC384275 – ADC384656).

2-1704      E-mail, dated January 7, 2014, from Arthur Gross to Amy Landry and Melissa Gluntz, regarding November 2013 Staffing Vacancy Offset Calculation (ADC385422 – ADC385436).

2-1705      E-mail, dated January 30, 2014, from Melissa Gluntz to Arthur Gross and Amy Landry, with attachments, regarding December 2013 Staffing Vacancy Offset Calculation (ADC385443 – ADC385869).

2-1706      E-mail, dated January 30, 2014, from Melissa Gluntz to Arthur Gross and Amy Landry, with attachments, regarding 1st revision – November 2013 Staffing Vacancy Offset Calculation (ADC385870 – ADC386637).

2-1707      E-mail, dated February 7, 2014 from Charles Ryan to Jacob Gable and Arthur Gross regarding December 2013 Staffing Vacancy Offset Calculation (ADC388266 – ADC388267).

2-1708      E-mail, dated February 27, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding January 2014 Staffing Vacancy Offset Calculation (ADC388272 – ADC388687).

2-1709      E-mail, dated February 27, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding 1st revision – December 2013 Staffing Vacancy Offset Calculation (ADC388688 – ADC389483).

2-1710    E-mail, dated February 27, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding 2nd revision – November 2013 Staffing Vacancy Offset Calculation (ADC389484 – ADC390619).

2-1711    E-mail, dated March 11, 2014, from Richard Evitch to Charles Ryan, with attachments, regarding January 2014 Staffing Vacancy Offset Calculation (ADC391104 – ADC391520).

2-1712    E-mail, dated March 26, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding 1st revision – January 2014 Staffing Vacancy Offset Calculation (ADC391542 – ADC392296).

2-1713    E-mail, dated March 26, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding 2nd revision – December 2013 Staffing Vacancy Offset Calculation (ADC392297 – ADC393477).

2-1714    E-mail, dated February 27, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding February 2014 Staffing Vacancy Offset Calculation (ADC393478 – ADC393859).

2-1715    E-mail, dated April 4, 2014, from Richard Pratt to Charles Ryan, with attachment regarding January & February Staffing Offset Calculation (ADC396834 – ADC396847).

2-1716    E-mail, dated April 10, 2014, from Charles Ryan to Richard Pratt, Richard Evitch and Amy Landry, with attachment, regarding January & February Staffing Offset Calculation (ADC396922 – ADC396936).

2-1717    E-mail, dated April 30, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding 1st revision – February 2014 Staffing Vacancy Offset Calculation (ADC396962 – ADC397715).

2-1718    E-mail, dated April 30, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding March 2014 Staffing Vacancy Offset Calculation (ADC397716 – ADC398115).

2-1719    E-mail, dated May 23, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding 1st Revision – March 2014 Staffing Vacancy Offset Calculation (ADC399818 – ADC400611).

2-1720    E-mail, dated May 23, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding April 2014 Staffing Vacancy Offset Calculation (ADC400612 – ADC401055).

2-1721    E-mail, dated May 23, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding 2nd Revision – February 2014 Staffing Vacancy Offset Calculation (ADC401056 – ADC402173).

2-1722    E-mail, dated June 20, 2014 from Charles Ryan to Richard Pratt, with attachment, regarding April 2014 Staffing Vacancy Offset Calculations (ADC402694 – ADC402709).

2-1723    E-mail, dated June 23, 2013 from Amy Landry to Melissa Gluntz, with attachments regarding April Offset (ADC402710 – ADC402729).

2-1724    E-mail, dated May 23, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding 1st Revision – April 2014 Staffing Vacancy Offset Calculation (ADC402732 – ADC403823).

2-1725    E-mail, dated May 23, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding 2nd Revision  –  March 2014 Staffing Vacancy Offset Calculation (ADC403824 – ADC405012).

2-1726    E-mail, dated June 26, 2014 from Marguerite Ulses to Amy Landry and Richard Pratt, with attachments, regarding May 2014 Staffing Vacancy Offset Calculations (ADC405013 – ADC405433).

2-1727    Summary of ADC medical records for Maryanne Chisholm, #200825 (DRAFT PROVIDED).

2-1728    Summary of ADC Health Care Encounters for Maryanne Chisholm

2-1729    ADC medical, prescription and outside consultation records for Maryanne Chisholm, #200825 (ADC071361 – ADC071393; ADC123341 – ADC12378; ADC130364 – ADC130719; ADC229674 – ADC229745; ADC262608 – ADC262632; ADC130345 – ADC13033; ADC262633 – ADC262636; ADC262637 – ADC262641).

2-1730    Medical Records obtained by Defendants from the CCA Central Arizona Detention Center for Maryanne Chisholm, #200825 (ADC084454 – ADC084700).

2-1731        Summary of ADC medical records for Robert Gamez, #131401 (DRAFT
              PROVIDED).

2-1732        Summary of ADC Health Care Encounters for Robert Gamez

2-1733        ADC medical, prescription and outside consultation records for Robert
              Gamez, #131401 (ADC000287 – ADC001255; ADC197568 –
              ADC198101; ADC262643 – ADC262713; ADC197533 – ADC197567;
              ADC262786 – ADC262789; and, ADC262790 – ADC262796).

2-1734        Medical Records obtained by Defendants from University Medical Center
              for Robert Gamez, #131401 (ADC074441 – ADC074577).

2-1735        Summary of ADC medical records for Joseph Hefner, #203653 (DRAFT
              PROVIDED).

2-1736        Summary of ADC Health Care Encounters for Joseph Hefner

2-1737        ADC medical, prescription, and outside consultation records for Joseph
              Hefner, #203653 (ADC005070 – ADC005142; ADC005143 –
              ADC005176; ADC005177 – ADC005374; ADC073799 – ADC073889;
              ADC122290 – ADC122337; ADC231990 – ADC232053; ADC262799 –
              ADC262820; ADC198119 – ADC198123; ADC262822 – ADC262823;
              and, ADC262824 – ADC262842).

2-1738        Medical Records obtained by Defendants for Joseph Hefner, #203653, from
              George R. Reiss, M.D., P.C. (ADC074588 – ADC074628).

2-1739        Medical Records obtained by Defendants for Joseph Hefner, #203653, from
              Southwest Eye Center (ADC074629 – ADC074715).

2-1740        Medical Records obtained by Defendants for Joseph Hefner, #203653, from
              Arizona Eye Consultants (ADC074578 – ADC074587).

2-1741        Summary of ADC medical records for Shawn Jensen, #032465 (DRAFT
              PROVIDED).

2-1742        Summary of ADC Health Care Encounters for Shawn Jensen

2-1743        ADC medical, prescription, and outside consultation records for Shawn
              Jensen, #032465 (ADC004374 – ADC005069; ADC073108 –
              ADC073149; ADC123280 – ADC123340; ADC123379 – ADC123383;

ADC222242 – ADC222310; ADC262915 – ADC262958; ADC130329 – ADC130339; ADC262843 – ADC262844; and, ADC262845 – ADC262870).

2-1744    Medical Records obtained by Defendants from Accurate Urology for Shawn Jensen, #032465 (ADC074743 – ADC074769; ADC074770 – ADC074873; and, ADC074888 – ADC074959).

2-1745    Medical Records obtained by Defendants from the University of Arizona Medical Center for Shawn Jensen, #032465 (ADC084701 – ADC084878).

2-1746    Summary of ADC medical records for Desiree Licci, #150051 (DRAFT PROVIDED).

2-1747    Summary of ADC Health Care Encounters for Desiree Licci

2-1748    ADC medical, prescription, and outside consultation records for Desiree Licci, #150051 (ADC005375 – ADC005958; ADC071574 – ADC071678; ADC122669 – ADC122719; ADC203311 – ADC203314; ADC227864 – ADC227923; ADC262959 – ADC263026; ADC198137 – ADC198147; ADC263027 – ADC263029; and, ADC263030 – ADC263043) .

2-1749    Medical Records obtained by Defendants from Affiliated Southwest Surgeons for Desiree Licci, #150051 (ADC074960 – ADC074972) .

2-1750    Summary of ADC medical records for Joshua Polson, #187716 (DRAFT PROVIDED).

2-1751    Summary of ADC Health Care Encounters for Joshua Polson

2-1752    ADC medical, prescription, and outside consultation records for Joshua Polson, #187716 (ADC005959 – ADC006564; ADC071742 – ADC071793; ADC122338 – ADC122370; ADC232142 – ADC232207; ADC263386 – ADC263421; ADC130288 – ADC130308; ADC263044 – ADC263046; and, ADC263047).

2-1753    Medical Records obtained by Defendants from Maricopa County Correctional Health Services for Joshua Polson, #187716 (ADC107603 – ADC107671).

2-1754    Summary of ADC medical records for Sonia Rodriguez, #103830 (DRAFT PROVIDED).

2-1755        Summary of ADC Health Care Encounters for Sonia Rodriguez

2-1756        ADC medical, prescription, and outside consultation records for Sonia
              Rodriguez, #103830 (ADC008538 – ADC010121; ADC073890 –
              ADC074120; ADC122371 – ADC122464; ADC123384 – ADC123389;
              ADC227553 – ADC227644; ADC263048 – ADC263050; ADC263051 –
              ADC263070;;ADC123256 – ADC123279; ADC263071 – ADC263074;
              and ADC263075 – ADC263078).

2-1757        Medical Records obtained by Defendants from the Maricopa Integrated
              Health System for Sonia Rodriguez, #103830 (ADC074976 –
              ADC076190).

2-1758        Medical Records obtained by Defendants' from West Valley Hospital for
              Sonia Rodriguez, #103830 (ADC076191 – ADC076218).

2-1759        Medical Records obtained by Defendants from Magellan of Arizona for
              Sonia Rodriguez, #103830 (ADC091464 – ADC091471).

2-1760        Summary of ADC medical records for Jeremy Smith, #129438 (DRAFT
              PROVIDED).

2-1761        Summary of ADC Health Care Encounters for Jeremy Smith

2-1762        ADC medical, prescription, and outside consultation records for Jeremy
              Smith, #129438 (ADC007145 – ADC007439; ADC074121 – ADC074213;
              ADC127376 – ADC127381; ADC227924 – ADC227999; ADC265922 –
              ADC265962; ADC127370 – ADC127375; ADC263079 – ADC263081;
              and, ADC263082).

2-1763        Medical Records obtained by Defendants from Maricopa County
              Correctional Health Services for Jeremy Smith, #129438 (ADC117587 –
              ADC117630).

2-1764        Summary of ADC medical records for Stephen Swartz, #102486 (DRAFT
              PROVIDED).

2-1765        Summary of ADC Health Care Encounters for Stephen Swartz

2-1766        ADC medical, prescription, and outside consultation records for Stephen
              Swartz, #102486 (ADC001259 – ADC001397; ADC001398 –
              ADC002280; ADC071794 – ADC071919; ADC122465 – ADC122565;

ADC133867 – ADC134306; ADC134307 – ADC134801; ADC198179 – ADC198473; ADC232054 – ADC232136; ADC263085 – ADC263100; ADC198157 – ADC198178; ADC263101 – ADC263103; and, ADC263104 – ADC263112).

2-1767    Medical Records obtained by Defendants from West Valley Hospital for Steven Swartz, #102486 (ADC082335 – ADC082494).

2-1768    Medical Records obtained by Defendants from the Maricopa Integrated Health System for Stephen Swartz, #102486 (ADC076220 – ADC076282).

2-1769    Medical Records obtained by Defendants from the maintained by University of Arizona Medical Center for Stephen Swartz, #102486 (ADC076283 – ADC076323).

2-1770    Summary of ADC medical records for Jackie Thomas, #211267 (DRAFT PROVIDED).

2-1771    Summary of ADC Health Care Encounters for Jackie Thomas

2-1772    ADC medical, prescription, and outside consultation records for Jackie Thomas, #211267 (ADC007440 – ADC008295; ADC070949 – ADC071360; ADC122921 – ADC122973; ADC229746 – ADC229801; ADC263422 – ADC263448; ADC198477 – ADC198491; ADC263113 – ADC263115; and, ADC263116 – ADC263118).

2-1773    Summary of ADC medical records for Christina Verduzco, #205578 (DRAFT PROVIDED).

2-1774    Summary of ADC Health Care Encounters for Christina Verduzco

2-1775    ADC medical, prescription, and outside consultation records for Christina Verduzco, #205578 (ADC002289 – ADC004373; ADC082495 – ADC082671; ADC122720 – ADC122866; ADC123390 – ADC123400; ADC256786 – ADC256879; ADC256880 – ADC257089; ADC263123 – ADC263165; ADC198494 – ADC198520; ADC263166 – ADC263169; and, ADC263170 – ADC263171).

2-1776    Medical Records obtained by Defendants from the Arizona State Hospital for Christina Verduzco, #205576 (ADC121331 – ADC122074).

2-1777    Summary of ADC medical records for Charlotte Wells, #247188 (DRAFT PROVIDED).

2-1778    Summary of ADC Health Care Encounters for Charlotte Wells

2-1779    ADC medical, prescription, and outside consultation records for Charlotte Wells, #247188 (ADC006565 – ADC007144; ADC071920 – ADC071950; ADC122867 – ADC122920; ADC134802 – ADC135377; ADC198552 – ADC198953; ADC227783 – ADC227863; ADC263172 – ADC263202; ADC198533 – ADC198551; ADC265909 – ADC265911; ADC263203 – ADC263216).

2-1780    Medical Records obtained by Defendants from Affiliated Cardiologists for Charlotte Wells, #247188 (ADC082672 – ADC082696).

2-1781    Medical Records obtained by Defendants from Maryvale Hospital for Charlotte Wells, #247188 (ADC091490 – ADC091591).

2-1782    Medical Records obtained by Defendants from West Valley Hospital for Charlotte Wells, #247188 (ADC091592 – ADC091666).

2-1783    ADC medical, prescription, and outside consultation records for Dustin Brislan, #164993 (ADC008296 – ADC008537; ADC073455 – ADC073798; ADC122075 – ADC122218; ADC123225 – ADC123251; ADC123241 – ADC123251; ADC232208 – ADC232210; ADC262605 – ADC262607).

2-1784    ADC Report of outside medical care billings and amounts paid for named Plaintiffs during the period from FY2009 through February 26, 2012 (ADC139880 – ADC139900)

2-1785    Medical Grievances for Maryanne Chisholm, #200825

(ADC017905 – ADC017906 and ADC263449 – ADC263450)

2-1786    Medical Grievances for Robert Gamez, #131401, (ADC017486 – ADC017879; ADC018007 – ADC018045; and, ADC263451 – ADC263623)

2-1787    Medical Grievances for Joseph Hefner, #203653, (ADC016874 – ADC017217; ADC018046 – ADC018071; and, ADC263624 – ADC263698)

2-1788        Medical Grievances for Shawn Jensen, #032465 (ADC017908)

2-1789        Medical Grievances for Desiree Licci, #150051

(ADC017880 – ADC017904; ADC018142 – ADC018164; and, ADC263699 –
        ADC263701)

2-1790        Medical Grievances for Joshua Polson, #187716

(ADC017218 – ADC017485); ADC017954 – ADC017983; and, ADC263702 –
        ADC263711)

2-1791        Medical Grievances for Sonia Rodriguez, #103830 (ADC017916 –
        ADC017917)

2-1792        Medical Grievances for Jeremy Smith, #129438  (ADC016449 –
        ADC016499; ADC017984 – ADC018006; and, ADC263712 –
        ADC263739)

2-1793        Medical Grievances for Stephen Swartz, #102486 (ADC016500 –
        ADC016674; ADC018072 – ADC018104;  ADC074289 – ADC074295;
        and, ADC263740 – ADC263751)

2-1794        Medical Grievances for Jackie Thomas, #211267 (ADC017918)

2-1795        Medical Grievances for Christina Verduzco, #205576 (ADC017907)

2-1796        Medical Grievances for Charlotte Wells, #247188 (ADC017909 –
        ADC017915 and ADC263752 – ADC263757)

2-1797        ADC Criminal Investigations Unit Report No. 2011030062 regarding
        ███████Security███████ (ADC032045 - ADC032185).

2-1798        ADC pharmacy records for ███████Security███████ (ADC107990 -
        ADC107995).

2-1799        Excerpt from ADC medical file for ███████Security███████, selected
        during Brie Williams's site inspection at ASPC-Perryville (ADC166280 -
        ADC166282).

2-1800        ADC medical file for ███████Security███████, for the period from July 1,
        2012 to December 27, 2013 (ADC_P004135 - ADC_P004335).

2-1801    ADC medical file for ███████████, for the period from July 1, 2012 to January 10, 2014 (ADC_P004336 - ADC_P004505).

2-1802    ADC medical file for ███████████, for the period from January 1, 2011 to April 1, 2014 (ADC232516 - ADC232732; and, ADC293695 - ADC293763).

2-1803    ADC medical file for ███████████, for the period from January 1, 2011 to November 11, 2013 (ADC425610 - ADC425952).

2-1804    ADC Mortality Review regarding ███████████ (ADC138556 - ADC138560).

2-1805    ADC medical file for ███████████, for the period from February 11, 2013 to October 11, 2013; and, July 30, 2013 to April 1, 2014 (ADC425953 - ADC426057; ADC285596 - ADC285620).

2-1806    Excerpt from ADC medical file for ███████████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136420 - ADC136422).

2-1807    ADC medical file for ███████████, for the period from January 1, 2011 to April 1, 2014 (ADC269440 - ADC269644; and, ADC293764 - ADC293794).

2-1808    ADC medical file for ███████████, for the period from November 28, 2012 to October 7, 2013 (ADC171304 - ADC171397; ADC293795 - ADC293824).

2-1809    ADC Criminal Investigations Unit Report No. 2011020134 regarding ███████████ (ADC061490 - ADC061648).

2-1810    ADC medical file for ███████████, for the period from January 1, 2011 to April 1, 2014 (ADC232733 - ADC232829; and, ADC285621 - ADC285858).

2-1811    ADC medical file for ███████████, for the period from January 1, 2011 to April 1, 2014 (ADC194793 - ADC194981; and, ADC293825 - ADC293860).

2-1812    ADC Master Record File for ███████████, for the period from November 8, 2013 to April 1, 2014 (ADC370168 - ADC370182).

2-1813    ADC medical file for ███████████, for the period from January 1, 20122 April 1, 2014 (ADC171398 - ADC171492; and, ADC285859 - ADC285900).

2-1814    ADC Criminal Investigations Unit Report No. 2012020233 regarding ███████████ (ADC190639 - ADC190780).

2-1815    ADC Mortality Review regarding ███████████ (ADC138361 - ADC138365).

2-1816    ADC medical file for ███████████, for the period from November 8, 2013 to April 1, 2014 (ADC367681 - ADC367714).

2-1817    ADC Master Record File for ███████████, up through April 1, 2014 (ADC162660 - ADC162865; and, ADC282438 - ADC282442).

2-1818    ADC medical file for ███████████, for the period from January 1, 2011 to April 1, 2014 (ADC171493 - ADC171644; and, ADC293861 - ADC293935).

2-1819    ADC medical file for ███████████, for the period from January 1, 2011 to April 1, 2014 (ADC340612 - ADC341648; and, ADC361556 - ADC361821).

2-1820    ADC medical file for ███████████, for the period from July 24, 2013 to April 1, 2014 (ADC367715 - ADC367716).

2-1821    ADC Master Record File for ███████████, for the period from November 8, 2012 to April 1, 2014 (ADC370183 - ADC370187).

2-1822    Excerpt from ADC medical file for ███████████, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154566 - ADC154574).

2-1823    ADC medical file for ███████████, for the period from August 15, 2013 to April 1, 2014 (ADC294159 - ADC294554).

2-1824    ADC medical file for ███████████, for the period from ███████, 2012 to ███████ 2013 (ADC335186 - ADC335516; ADC335517 - ADC335739; ADC335740 - ADC335983; and, ADC335984 - ADC336209).

2-1825      ADC Mortality Review regarding ███████ (ADC364137 - ADC364140).

2-1826      BJS State Prison Inmate Death Report regarding ███████ (ADC406219 - ADC406221).

2-1827      Pima County Medical Examiner's Office report regarding ███████, #███ (ADC422651 - ADC422660).

2-1828      Excerpt from ADC medical file for ███████, selected during Brie Williams's site inspection at ASPC-Perryville (ADC166273 - ADC166278).

2-1829      ADC medical file for ███████, July 30, 2013 to April 1, 2014 (ADC135925 - ADC135965; ADC367717 - ADC368156; ADC370188 - ADC370194).

2-1830      ADC medical file for ███████, for the period from January 1, 2011 to April 1, 2014 (ADC171645 - ADC171877; and, ADC361822 - ADC361925).

2-1831      ADC medical file for ███████, for the period from January 1, 2011 to April 1, 2014 (ADC232830 - ADC232967; and, ADC294555 - ADC294622).

2-1832      ADC medical file for ███████, for the period from January 1, 2011 to April 1, 2014 (ADC194982 - ADC195088; and, ADC309664 - ADC309694).

2-1833      ADC Master Record File for ███████, for the period from November 8, 2013 to April 1, 2014 (ADC370195 - ADC370196).

2-1834      ADC medical file for ███████, for the period from January 1, 2011 to April 1, 2014 (ADC171878 - ADC173761; and, ADC294623 - ADC294738).

2-1835      ADC medical file for ███████, for the period from November 8, 2013 to April 1, 2014 (ADC368157 - ADC368160).

2-1836      ADC Master Record File for ███████, up through April 1, 2014 (ADC162866 - ADC163257; and, 2436ADC282443 - ADC282447).

2-1837    ADC medical file for ███████ Security ███████, for the period from
          February 21, 2012 to ███ Security ███, 2012 (ADC041302 - ADC041459).

2-1838    ADC Criminal Investigations Unit Report No. 2012010352 regarding ██ Security ██
          ███ Security ███ (ADC084985 - ADC085338).

2-1839    ADC Administrative Investigations Unit Report No. 2012-0970 regarding
          ███████ Security ███████ (ADC190781 - ADC190929).

2-1840    ADC Mortality Review regarding ████████ Security ████████ (ADC138526 -
          ADC138530).

2-1841    ADC medical file for ███████ Security ███████, for the period from
          ███ Security ███, 2012 to ███ Security ███, 2013 (ADC336210 - ADC336261).

2-1842    ADC Administrative Investigations Unit Report No. 2013-1540 regarding
          ████████ Security ████████ (ADC423283 - ADC423714).

2-1843    ADC Mortality Review regarding ██████████ Security ██████████
          (ADC335106 - ADC335109).

2-1844    BJS State Prison Inmate Death Report regarding ███████ Security ███████,
          ███ Security ███ (ADC406201 - ADC406203).

2-1845    Pinal County Medical Examiner's Office report regarding ████ Security ████
          ███ Security ███ (ADC422661 - ADC422670).

2-1846    ADC medical file for ██████████ Security ██████████, for the period
          from January 1, 2011 to April 1, 2014 (ADC233198 - ADC233309; and,
          ADC309695 - ADC309745).

2-1847    Smallwood Prison Dental Services' Correctional Dental Software Patient
          Report for ████████ Security ████████ (ADC_D002507).

2-1848    ADC medical file for ████████ Security ████████, for the period from January
          1, 2011 to April 1, 2014 (ADC_P000001 - ADC_P000164; and,
          ADC309746 - ADC309795).).

2-1849    Excerpt from ADC medical file for ████████ Security ████████, selected during
          Pablo Stewart's site inspection at ASPC-Phoenix (ADC136917 -
          ADC136929).

2-1850       Selected ADC mental health observation records regarding ███████,
             ███████, identified for duplication during Plaintiffs' counsels' document
             inspection on November 19, 2013 (ADC171183 - ADC171187).

2-1851       ADC medical file for ███████, for the period from January 1,
             2011 to October 3, 2013 (ADC173762 - ADC174559).

2-1852       Excerpt from ADC medical file for ███████, selected
             during Brie Williams's site inspection at ASPC-Eyman (ADC154575 -
             ADC154587).

2-1853       ADC medical file for ███████, for the period from January
             1, 2009 to April 1, 2014 (ADC203836 - ADC203915; and, ADC368161 -
             ADC368215).

2-1854       ADC medical file for ███████, for the period from January 1,
             2011 to April 1, 2014 (ADC174560 - ADC174583; and, ADC361926 -
             ADC361988).

2-1855       ADC Master Record File for ███████, up through April 1,
             2014 (ADC163258 - ADC163447; and, ADC282448 - ADC282455).

2-1856       ADC medical file for ███████, for the period from January 1,
             2011 to April 1, 2014 (ADC426058 - ADC426374; and, ADC309796 -
             ADC310157).

2-1857       ADC Criminal Investigations Unit Report No. 2012030093 regarding
             ███████ (ADC061649 - ADC061723).

2-1858       ADC Mortality Review regarding ███████ (ADC138216
             - ADC138220).

2-1859       Maricopa County Office of the Medical Examiner's Photographs regarding
             ███████ (ADC067194 - ADC067220).

2-1860       Excerpt from ADC medical file for ███████, selected during
             Pablo Stewart's site inspection at ASPC-Eyman (ADC136423 -
             ADC136426).

2-1861       ADC Criminal Investigations Unit Report No. 2012040166 regarding
             ███████ (ADC061732 - ADC061739).

2-1862   ADC medical file for █████████████, for the period from January 1, 2011 to April 1, 2014 (ADC341649 - ADC341872; and, ADC341873 - ADC341918).

2-1863   ADC Criminal Investigations Unit Report No. 2011030235 regarding ████████ ██████ (ADC038909 - ADC039085).

2-1864   ADC Mortality Review regarding ██████████████ (ADC211587 - ADC211591).

2-1865   Excerpt from ADC medical file for ████████████████, selected during Brie Williams's site inspection at ASPC-Perryville (ADC136763 - ADC136769).

2-1866   ADC medical file for ████████████, for the period from December 5, 2012 to January 27, 2014 (ADC204043 - ADC204241; and, ADC321915 - ADC321992).

2-1867   ADC medical file for ████████████, for the period from January 1, 2011 to August 21, 2013 (ADC426375 - ADC426436).

2-1868   ADC medical file for ████████████, for the period from April 9, 2013 to August 19, 2013 (ADC163994 - ADC164037).

2-1869   ADC medical file for ██████████████, for the period from February 29, 2012 to April 1, 2014 (ADC233310 - ADC233388; and, ADC310357 - ADC310482)

2-1870   Smallwood Prison Dental Services' Correctional Dental Software Patient Report for █████████████ (ADC_D002514).

2-1871   ADC medical file for █████████████, for the period from ████████, 2012 to ██████████, 2013 (ADC215616 - ADC215671).

2-1872   BJS State Prison Inmate Death Report regarding ████████████████ (ADC406237 - ADC406239).

2-1873   ADC medical file for █████████████, for the period from January 1, 2011 to April 1, 2014 (ADC204242 - ADC204347; and, ADC368216 - ADC368249).

2-1874   ADC Master Record File for ⬛Security⬛, for the period from November 8, 2013 to April 1, 2014 (ADC370197 - ADC370213).

2-1875   ADC Master Record File for ⬛Security⬛, up through April 1, 2014 (ADC163448 - ADC163885; and, ADC282456 - ADC282461).

2-1876   Excerpt from ADC medical file for ⬛Security⬛, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143567 - ADC143577).

2-1877   Excerpt from ADC medical file for ⬛Security⬛, selected during Robert Cohen's site inspection at ASPC-Lewis (ADC200172 - ADC200176).

2-1878   ADC medical file for ⬛Security⬛, for the period from January 1, 2011 to April 1, 2014 (ADC426437 - ADC426517; and, ADC285925 - ADC286053).

2-1879   Excerpt from ADC medical file for ⬛Security⬛, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136427).

2-1880   ADC medical file for ⬛Security⬛, for the period from January 1, 2011 to April 1, 2014 (ADC269645 - ADC269857; and, ADC334706 - ADC334758).

2-1881   Excerpt from ADC medical file for ⬛Security⬛, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136428 - ADC136431).

2-1882   ADC medical file for ⬛Security⬛, for the period from January 1, 2011 to April 1, 2014 (ADC426518 - ADC426803; and, ADC294807 - ADC294947).

2-1883   Excerpt from ADC medical file for ⬛Security⬛, selected during Craig Haney's site inspection at ASPC-Florence (ADC136723).

2-1884   ADC medical file for ⬛Security⬛, for the period from January 1, 2011 to April 1, (ADC174584 - ADC174793; and, ADC368250 - ADC368363).

2-1885     ADC Master Record File for ████████Security████████, up through April 1, 2014 (ADC138007 - ADC138027; and, ADC282462 - ADC282476).

2-1886     ADC Mortality Review regarding ███████Security███████ (ADC138451 - ADC138455).

2-1887     ADC dental records for ███████Security███████, for the period from January 1, 2011 to November 11, 2013 (ADC_D000021 - ADC_D000027; and, ADC_D002527 - ADC_D002605).

2-1888     Excerpt from ADC medical file for ███████Security███████, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137061 - ADC137066).

2-1889     ADC medical file for ███████Security███████, for the period from May 25, 2011 to April 1, 2014 (ADC174794 - ADC174948; and, ADC310695 - ADC310961).

2-1890     Excerpt from ADC medical file for ███████Security███████, selected during Robert Cohen's site inspection at ASPC-Lewis (ADC200177 - ADC200179).

2-1891     ADC medical file for ███████Security███████, for the period from January 1, 2011 to April 1, 2014 (ADC341919 - ADC343268; ADC343269 - ADC343796; and, ADC362031 - ADC362348).

2-1892     Excerpt from ADC medical file for ███████Security███████, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143578 - ADC143593).

2-1893     ADC medical file for ███████Security███████, for the period from January 1, 2011 to August 26, 2013 (ADC426804 - ADC427020).

2-1894     Excerpt from ADC medical file for ███████Security███████, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137067 - ADC137070).

2-1895     ADC medical file for ███████Security███████, for the period from January 11, 2011 to April 1, 2014 (ADC165882 - ADC165968; and, ADC310969 - ADC311156).

2-1896    Excerpt from ADC medical file for ███████ Security ███████, selected during Pablo Stewart's site inspection at ASCP-Eyman (ADC136432 - ADC136450).

2-1897    ADC medical file for ███████ Security ███████, for the period from ███ Security ███ 2012 to ███ Security ███, 2013 (ADC215672 - ADC215777; and, ADC340336 – ADC340381).

2-1898    ADC Mortality Review regarding ███████ Security ███████ (ADC361539 - ADC361542).

2-1899    BJS State Prison Inmate Death Report regarding ███████ Security ███████ (ADC406213 - ADC406215).

2-1900    Excerpt from ADC medical file for ███████ Security ███████, selected during Brie Williams's site inspection at ASPC-Eyman (ADC155101 - ADC155114).

2-1901    ADC medical file for ███████ Security ███████, for the period from April 1, 2013 to April 1, 2014 (ADC311192 - ADC311358).

2-1902    Excerpt from ADC medical file for ███████ Security ███████, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154588 - ADC154591).

2-1903    ADC Mortality Review regarding ███████ Security ███████ (ADC211592 - ADC211596).

2-1904    ADC Psychological Autopsy regarding ███████ Security ███████ - ADC211760).

2-1905    Forwarded e-mail, sent at 9:37 am on February 15, 2013, by Jeff Hodd to Judy Frigo, Ernest Trujillo, and Robert Patton regarding ███████ Security ███████ after action (AGA_Review_00101204 - AGA_Review_00101208).

2-1906    ADC medical file for ███████ Security ███████, for the period from January 1, 2009 to April 1, 2014 (ADC204535 - ADC204600 and, ADC368364 - ADC368389).

2-1907    ADC Master Record File for ███████ Security ███████, for the period from November 8, 2013 to April 1, 2014 (ADC370214 - ADC370218).

2-1908     Excerpt from ADC medical file for ████████ Security ████████, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137071 - ADC137076).

2-1909     Excerpt from ADC medical file for ████████ Security ████████, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137077 - ADC137081).

2-1910     ADC medical file for ████████ Security ████████, for the period from January 1, 2011 to January 16, 2014 (ADC211774 - ADC211935).

2-1911     ADC Criminal Investigations Unit Report No. 2011030268 regarding ████████ Security ████████ (ADC190930 - ADC191062).

2-1912     ADC dental records for ████████ Security ████████, for the period from January 1, 2009 to August 26, 2013 (ADC170057 - ADC170069and, ADC145845 - ADC145851).

2-1913     ADC Criminal Investigations Unit Report No. 2012020044 regarding ████████ Security ████████ (ADC039086 - ADC039168).

2-1914     ADC Mortality Review regarding ████████ Security ████████ (ADC138245 - ADC138249).

2-1915     Excerpt from ADC medical file for ████████ Security ████████, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143594 - ADC143603).

2-1916     ADC medical file for ████████ Security ████████, for the period from January 1, 2011 to August 26, 2013 (ADC427021 - ADC427175).

2-1917     ADC medical records for ████████ Security ████████, for the period from ████████ Security ████████, 2012 to ████████ Security ████████ 2013 (ADC212062 - ADC212154).

2-1918     ADC Mortality Review regarding ████████ Security ████████ (ADC211597 - ADC211602).

2-1919     ADC Criminal Investigations Report No. 2011100430 regarding ████████ Security ████████ ████████ Security ████████ (ADC191063 - ADC191300).

2-1920     ADC Criminal Investigations Report No. 2012100113 regarding ████████ Security ████████ ████████ Security ████████ (ADC061740 - ADC061778).

2-1921     Excerpt from ADC medical file for ████████ Security ████████, selected during Pablo Stewart's site inspection as ASPC-Phoenix (ADC136920 - ADC136922).

2-1922     ADC medical file for ████████ Security ████████, for the period from June 13, 2013 to April 1, 2014 (ADC174949 - ADC175049; and, ADC282761 - ADC282868).

2-1923     ADC medical file for ████████ Security ████████, for the period from August 12, 2013 to ████ Security ████ 2013 (ADC348416 - ADC348659).

2-1924     ADC Mortality Review regarding ████████ Security ████████ (ADC364153 - ADC364156)

2-1925     BJS State Prison Inmate Death Report regarding ████████ Security ████████ (ADC406196 - ADC406198).

2-1926     Pima County Medical Examiner's Office report regarding ████ Security ████, ████ Security ████ (ADC422687 - ADC422690).

2-1927     ADC medical file for ████████ Security ████████, for the period from ████ Security ████, 2012 to ████ Security ████ 2013 (ADC212155 - ADC212252).

2-1928     ADC Mortality Review regarding ████████ Security ████████ (ADC197216 - ADC197219).

2-1929     ADC medical file for ████████ Security ████████, for the period from January 1, 2011 to April 1, 2014 (ADC155202 - ADC155417; ADC234116 - ADC234127; and, ADC322433 - ADC322512).

2-1930     ADC medical file for ████████ Security ████████, for the period from January 1, 2011 to April 1, 2014 (ADC175050 - ADC175398; and, ADC294948 - ADC295203).

2-1931     ADC medical file for ████████ Security ████████, for the period from January 1, 2011 to ████ Security ████ 2012 (ADC042032 - ADC042349).

2-1932     ADC medical file for ████████ Security ████████, for the period from January 1, 2011 to ████ Security ████, 2012 (ADC042350 - ADC042355).

2-1933     ADC Criminal Investigations Unit Report No. 2012020193 regarding ████ Security ████ ████ Security ████ (ADC191352 - ADC191618).

2-1934      ADC Administrative Investigations Unit Report No. 2012-0906 regarding [Security] (ADC191301 - ADC191351).

2-1935      ADC Mortality Review regarding [Security] (ADC138426 - ADC138430).

2-1936      ADC dental records for [Security], for the period from January 1, 2009 to November 11, 2013 (ADC_D000028 - ADC_D000033; and, ADC_D000597 - ADC_D000605).

2-1937      Excerpt from ADC medical file for [Security], selected during Brie Williams's site inspection at ASPC-Eyman (ADC154592 - ADC154600).

2-1938      ADC dental records for [Security], for the period from January 1, 2009 to October 7, 2013 (ADC165738 - ADC165753).

2-1939      ADC medical file for [Security], for the period from January 1, 2011 to April 1, 2014 (ADC234128 - ADC234366; and, ADC295204 - ADC295257).

2-1940      ADC medical file for [Security], for the period from January 1, 2011 to April 1, 2014 (ADC427176 - ADC427245; and, ADC322537 - ADC322605).

2-1941      Excerpt from ADC medical file for [Security], selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143604 - ADC143610).

2-1942      ADC dental records for [Security], for the period from January 1, 2009 through July 26, 2013; and, January 1, 2011 to August 19, 2013 (ADC153556 - ADC153601; and, ADC145852 - ADC145864).

2-1943      ADC Criminal Investigations Unit Report No. 2011100309 regarding [Security] [Security] (ADC061779 - ADC061984).

2-1944      ADC Mortality Review regarding [Security] (ADC138609 - ADC138613).

2-1945      ADC medical file for [Security], for the period from May 4, 2009 to April 1, 2014 (ADC255801 - ADC255927; ADC249415 -

ADC249575; ADC286096 - ADC286126; and, ADC322606 - ADC322674).

2-1946    ADC medical file for ████████████████████, for the period from January 1, 2011 to April 1, 2014 (ADC175399 - ADC175643; ADC362482 - ADC362570; and, ADC368390 - ADC368437).

2-1947    Master Record File as of September 12, for ████████████████, ████████, (ADC139548 - ADC139634).

2-1948    ADC Significant Incident Report No. 14-02204 regarding February 19, 2014 assault on staff by ████████████████ (ADC239499 – ADC239500).

2-1949    ADC medical file for ████████████████, for the period from January 1, 2011 to April 1, 2014 (ADC175644 - ADC175821; ADC295258 - ADC295288; and, ADC370219 - ADC370241).

2-1950    Excerpt from ADC medical file for ████████████████, selected during Brie Williams' site inspection at ASPC-Florence (ADC155116 - ADC155119)

2-1951    ADC medical file for ████████████████, for the period from January 1, 2011 to October 24, 2013 (ADC166374 - ADC167335).

2-1952    Excerpt from ADC medical file for ████████████████, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137082 - ADC137091).

2-1953    ADC medical file for ████████████████, for the period from January 1, 2011 to April 1, 2014; (ADC175822 - ADC175946; and, ADC295289 - ADC295368).

2-1954    ADC medical file for ████████████████, for the period from January 1, 2011 to April 1, 2014 (ADC427246 - ADC427831; and, ADC295369 - ADC295517).

2-1955    ADC medical file for ████████████████, for the period from November 8, 2013 to April 1, 2014 (ADC368438 - ADC368450).

2-1956    Master Record File for ████████████████, through April 1, 2014 (ADC195245 - ADC195507; and, ADC282474 - ADC282553).

2-1957     ADC medical file for ▮▮▮Security▮▮▮, for the period from November 8, 2013 to April 1, 2014 (ADC368451 - ADC368486).

2-1958     Master Record File for ▮▮▮Security▮▮▮, up through April 1, 2014 (ADC195508 - ADC195908; and, ADC332007 - ADC332017).

2-1959     Excerpt from ADC medical file for ▮▮▮Security▮▮▮, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143611 - ADC143613).

2-1960     Master Record File for ▮▮▮Security▮▮▮, up through April 1, 2013 (ADC138778 - ADC138786; and, ADC282554 - ADC282558).

2-1961     ADC medical file for ▮▮▮Security▮▮▮, for the period from ▮Security▮, 2012 to ▮▮Security▮▮, 2013 (ADC348660 - ADC348782).

2-1962     ADC Administrative Investigations Unit Report No. 2013-1930 regarding ▮▮▮Security▮▮▮ (ADC424299 - ADC424467).

2-1963     ADC Mortality Review regarding ▮▮▮Security▮▮▮ (ADC364157 - ADC364160).

2-1964     BJS State Prison Inmate Death Report regarding ▮▮▮Security▮▮▮ (ADC406249 - ADC406251).

2-1965     Yuma County Medical Examiner's Office report regarding ▮▮▮Security▮▮▮, ▮Security▮ (ADC422691 - ADC422694).

2-1966     ADC medical file for ▮▮▮Security▮▮▮, for the period from January 1, 2011 to April 1, 2013 (ADC175947 - ADC176023; and, ADC311359 - ADC311388).

2-1967     ADC Master Record File for ▮▮▮Security▮▮▮, for the period from November 8, 2013 to April 1, 2013 (ADC370242 - ADC370253).

2-1968     Excerpt from ADC medical file for ▮▮▮Security▮▮▮, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136451 - ADC136452).

2-1969     ADC medical file for ▮▮▮Security▮▮▮, for the period from January 1, 2011 to April 1, 2014 (ADC269858 - ADC270028; and, ADC322863 - ADC322964).

2-1970    ADC medical file for ███████████ Security ███████████, for the period from January 1, 2011 to August 19, 2013 (ADC427832 - ADC428062).

2-1971    Excerpt from ADC medical file for ███████ Security ███████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136453 - ADC136454).

2-1972    ADC medical file for ███████ Security ███████, for the period from January 1, 2009 to November 25, 2013; and, November 25, 2013 to April 1, 2014 (ADC204601 - ADC204805; and, ADC282869 - ADC282949).

2-1973    ADC Significant Incident Report No. 13-15334 with video regarding December 25, 2013 regarding February 19, 2014 assault on staff by ███ Security ███ ███ Security ███ (ADC320046 - ADC320047; and ADC320194).

2-1974    ADC Significant Incident Report No. 14-00483 and use of force review regarding January 11, 2014 self-harming by ███████ Security ███████ (ADC382770 - ADC382778).

2-1975    ADC Significant Incident Report No. 14-01106 and use of force review regarding January 15, 2014 self-harming by ███████ Security ███████ (ADC293454 - ADC293466).

2-1976    ADC medical file for ███████ Security ███████, for the period from ███ Security ███, 2012 to ███ Security ███, 2013 (ADC336262 - ADC336761).

2-1977    ADC Mortality Review regarding ███████ Security ███████ (ADC364161 - ADC364164).

2-1978    ADC Administrative Investigations Report No. 2013-1665 regarding ███████ Security ███████ (ADC423839 - ADC423966).

2-1979    Pinal County Medical Examiner's Office Report regarding ███ Security ███ ███ Security ███ (ADC422695 - ADC422699).

2-1980    ADC medical file for ███████ Security ███████, for the period from ███ Security ity ███ ███ 2012 to ███ Security ███ 2013 (ADC212253 - ADC212756).

2-1981    ADC Mortality Review regarding ███████ Security ███████ (ADC211602 - ADC211605).

2-1982    Excerpt of ADC medical file for ███████████ , selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137092 - ADC137099).

2-1983    ADC medical file for ███████████ , for the period from July 23, 2013 to October 18, 2013 (ADC282950 - ADC282964).

2-1984    ADC Mortality Review regarding ███████████ (ADC138211 - ADC138215).

2-1985    ADC Master Record File for ███████████ , up through April 1, 2014 (ADC195909 - ADC195990; and, ADC332018 - ADC332032).

2-1986    ADC medical file for ███████████ , for the period from January 1, 2011 to August 19, 2013 (ADC167336 - ADC167431).

2-1987    ADC medical file for ███████████ , for the period from ███████ , 2012 to ███████ , 2013 (ADC215778 - ADC216257).

2-1988    BJS State Prison Inmate Death Report regarding ███████████ (ADC406193 - ADC406195).

2-1989    ADC medical file for ███████████ , for the period from January 1, 2011 to April 1, 2014(ADC155418 - ADC156082; and, ADC286127 - ADC286219).

2-1990    Excerpt of ADC medical file for ███████████ , selected during Brie Williams's site inspection at ASPC-Florence (ADC155120 - ADC155138).

2-1991    ADC medical file for ███████████ , for the period from August 14, 2013 to April 1, 2014 (ADC334759 - ADC3348257).

2-1992    Excerpt of ADC medical file for ███████████ , selected during Pablo Stewart's site inspection as ASPC-Phoenix (ADC136923 - ADC136927).

2-1993    ADC medical file for ███████████ , for the period from September 9, 2011 to April 1, 2013 (ADC234367 - ADC234409; and, ADC323054 - ADC323069).

2-1994        Excerpt from ADC medical file for ███████ **Security** ███████, selected during Pablo Stewart's site inspection as ASPC-Lewis (ADC143614 - ADC143627).

2-1995        ADC medical file for ███████ **Security** ███████, for the period from July 22, 2013 to April 1, 2014 (ADC323070 - ADC323132).

2-1996        Excerpt from ADC medical file for ███████ **Security** ███████, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154601 - ADC154603).

2-1997        ADC medical file for ███████ **Security** ███████, for the period from ██ **Security** ██ 2012 to ██ **Security** ██ 2013 (ADC212757 - ADC212773).

2-1998        ADC Mortality Review regarding ███████ **Security** ███████ (ADC211606 - ADC211610).

2-1999        Excerpt from ADC medical file for ███████ **Security** ███████, selected during Robert Cohen's site inspection at ASPC-Eyman (ADC135966 - ADC136006).

2-2000        ADC medical file for ███████ **Security** ███████, for the period from January 1, 2011 to August 19, 2013 (ADC428063 - ADC428574).

2-2001        ADC medical file for ███████ **Security** ███████, for the period from January 1, 2011 to April 1, 2014 (ADC234410 - ADC234840; and, ADC286220 - ADC286343).

2-2002        ADC medical file for ███████ **Security** ███████, for the period from December 4, 2012 to October 11, 2013; and, November 11, 2013 to April 1, 2014 (ADC176024 - ADC176386; and, ADC282965 - ADC282979).

2-2003        ADC medical file for ███████ **Security** ███████, for the period from January 1, 2011 to February 24, 2014 (ADC247353 - ADC247608).

2-2004        ADC medical file for ███████ **Security** ███████, for the period from ██ **Security** ██ 2012 to ██ **Security** ██, 2013 (ADC212774 - ADC213046).

2-2005        ADC Mortality Review regarding ███████ **Security** ███████ (ADC211611 - ADC211615).

2-2006    BJS State Prison Inmate Death Report regarding ███████ Security ███████ (ADC261288 - ADC261290).

2-2007    ADC medical file for ███████ Security ███████, for the period from January 29, 2008 to November 9, 2012 (ADC130720 - ADC130856).

2-2008    ADC medical file for ███████ Security ███████, for the period from January 1, 2011 to ███ Security ███ 2011 (ADC042462 - ADC042606).

2-2009    ADC Mortality Review regarding ███████ Security ███████ (ADC138594 - ADC138598).

2-2010    ADC medical file for ███ Security ███ a/k/a ███████ Security ███████, for the period from January 1, 2011 to ███ Security ███, 2013 (ADC145972 - ADC146069).

2-2011    ADC Master Record File for ███ Security ███, a/k/a ███████ Security ███████, for the period from November 8, 2013 to April 1, 2014 (ADC370254 - ADC370259).

2-2012    ADC medical file for ███████ Security ███████, for the period from July 1, 2012 to August 19, 2013 (ADC_P001630 - ADC_P001724).

2-2013    ADC medical file for ███████ Security ███████, for the period from November 26, 2012 to ███ Security ███, 2013 (ADC336762 - ADC337292; and ADC348962 - ADC348965).

2-2014    ADC Mortality Review regarding ███████ Security ███████ (ADC364169 - ADC364172).

2-2015    Pinal County Medical Examiner's Office report regarding ███████ Security ███████, ███ Security ███ (ADC422700 - ADC422704).

2-2016    ADC medical file for ███████ Security ███████, for the period from January 1, 2011 to April 1, 2014 (ADC234841 - ADC234881; and, ADC295518 - ADC295530).

2-2017    ADC medical file for ███████ Security ███████, for the period from November 8, 2013 to April 1, 2014 (ADC368487 - ADC368505).

2-2018    ADC Master Record File for ███████ Security ███████, as of September 16, 2013 (ADC168131 - ADC168548).

2-2019   ADC medical file for ███████, for the period from January 31, 2014 to February 25, 2014 (ADC368506 - ADC368510).

2-2020   ADC Master Record File for ███████, up through February 25, 2014 (ADC168549 - ADC168637; and, ADC282559 - ADC282581).

2-2021   ADC dental records for ███████, for the period from January 11, 2011 to November 12, 2013 (ADC_D000701 - ADC_D000706; and, ADC_D000678 - ADC_D000700).

2-2022   Excerpt from ADC medical file for ███████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136462 - ADC136465).

2-2023   ADC medical file for ███████, for the period from July 16, 2013 to April 1, 2014 (ADC286344 - ADC286666).

2-2024   ADC medical file for ███████, for the period from January 1, 2011 to April 1, 2014 (ADC428575 - ADC428713; and, ADC323141 - ADC323182).

2-2025   ADC medical file for ███████, for the period from January 31, 2014 to April 1, 2014 (ADC368511 - ADC368525).

2-2026   ADC Master Record File for ███████, as of September 25, 2013 (ADC168638 - ADC168815).

2-2027   ADC medical file for ███████, for the period from ███████, 2012 to ███████, 2013 (ADC348966 - ADC349027).

2-2028   ADC Administrative Investigations Unit Report No. 2013-1768 regarding ███████ (ADC424140 - ADC424191).

2-2029   ADC Mortality Review regarding ███████ (ADC335110 - ADC335113).

2-2030   BJS State Prison Inmate Death Report regarding ███████ (ADC406204 - ADC406206).

2-2031   Pima County Medical Examiner's Office report regarding ███████, ███████ (ADC422706 - ADC422711).

2-2032    ADC medical file for ███████ Security ███████, for the period from ███ Security ███
          ██, 2012 to ███ Security ███ 2013 (ADC213047 - ADC313181).

2-2033    ADC Mortality Review regarding ███████ Security ███████ (ADC211616 -
          ADC211619).

2-2034    ADC medical file for ███████ Security ███████, for the period from
          January 1, 2011 to October 28, 2013 (ADC176387 - ADC176943).

2-2035    Excerpt from ADC medical file for ███████ Security ███████, selected
          during Pablo Stewart's site inspection as ASPC-Eyman (ADC136455 -
          ADC136461).

2-2036    ADC medical file for ███████ Security ███████, for the period from July
          17, 2013 to April 1, 2014 (ADC295531 - ADC295550).

2-2037    ADC medical file for ███████ Security ███████, for the period from January 1,
          2011 to April 1, 2014 (ADC428714 - ADC428822; and, ADC323467 -
          ADC323486).

2-2038    ADC dental records from ███████ Security ███████, for the period from
          January 1, 2009 to November 13, 2013 (ADC_D001563 - ADC_D001589).

2-2039    ADC Criminal Investigations Unit Report No. 2012020088 regarding
          ███████ Security ███████ (ADC061998 - ADC062260).

2-2040    ADC Mortality Review regarding ███████ Security ███████ (ADC138421
          - ADC138425).

2-2041    Excerpt from ADC medical file for ███████ Security ███████, selected
          during Pablo Stewart's site inspection at ASPC-Phoenix (ADC136928 -
          ADC136935).

2-2042    ADC dental records for ███████ Security ███████, for the period from
          January 1, 2009 to November 11, 2013 (ADC_D000707 - ADC_D000732).

2-2043    ADC Mortality Review regarding ███████ Security ███████ (ADC197225 -
          ADC197228).

2-2044    Excerpt from ADC medical file for ███████ Security ███████, selected
          during Pablo Stewart's site inspection at ASPC-Eyman (ADC136466).

2-2045      ADC medical file for ████████████████, for the period from January 1, 2011 to August 19, 2013 (ADC428823 - ADC429069).

2-2046      Excerpt from ADC medical file for ████████████, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143628 - ADC143638).

2-2047      ADC medical file for ████████████, for the period from January 1, 2011 to August 26, 2013 (ADC429070 - ADC429567).

2-2048      ADC medical file for ████████████, for the period from January 1, 2011 to October 8, 2013 (ADC156325 - ADC156489).

2-2049      Excerpt from ADC medical file for ████████████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136467 - ADC136469).

2-2050      ADC medical file for ████████████, for the period from September 10, 2012 to September 10, 2013 (ADC221657 - ADC22035).

2-2051      ADC dental records for ████████████████, for the period from January 1, 2009 to October 7, 2013 (ADC165626 - ADC165647).

2-2052      Excerpt from ADC medical records for ██████████████████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136470 - ADC136473).

2-2053      Excerpt from ADC medical records for ██████████████████, selected during Brie Williams's site inspection at ASPC-Perryville (ADC136770 - ADC136780).

2-2054      ADC medical records for ████████████████, for the period from January 1, 2011 to April 1, (ADC156490 - ADC156722; and, ADC286667 - ADC286711).

2-2055      ADC Master Record File for ████████████████, up through April 1, 2014 (ADC138787 - ADC138866; and, ADC332033 - ADC332040).

2-2056      Excerpt from ADC medical records for ████████████████, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136781 - ADC136783).

2-2057     Selected ADC mental health observation records regarding ▮▮▮▮ ▮▮▮▮, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171235 - ADC171236).

2-2058     ADC medical file for ▮▮▮▮, for the period from January 1, 2011 to April 1, 2014 (ADC343798 - ADC343966; and, ADC362571 - ADC362762).

2-2059     ADC medical file for ▮▮▮▮, for the period from January 1, 2011 to January 6, 2014 (ADC235074 - ADC235289; and, ADC282980 - ADC283008).

2-2060     ADC medical file for ▮▮▮▮, for the period from January 11, 2011 to October 29, 2013; and, November 8, 2013 to April 1, 2014 (ADC429568 - ADC429869; and, ADC368526 - ADC368589).

2-2061     ADC Master Record File for ▮▮▮▮, up through April 1, 2014 (ADC168816 - ADC168855; and, ADC332041 - ADC332053).

2-2062     ADC medical file for ▮▮▮▮, for the period from ▮▮▮▮ 2012 to ▮▮▮▮, 2013 (ADC220038 - ADC220439).

2-2063     BJS State Prison Inmate Death Report regarding ▮▮▮▮, ▮▮▮▮ (ADC406234 - ADC406236).

2-2064     ADC Significant Incident Report No. 14-00964 regarding January 22, 2014 use for force to stop inmate fight in Florence-Central Dining Hall involving ▮▮▮▮ (ADC321677 - ADC321716).

2-2065     ADC dental records for ▮▮▮▮, for the period from September 8, 2006 to September 24, 2013; and January 1, 2009 to October 4, 2013 (ADC153435 - ADC153457; and, ADC170070 - ADC170079).

2-2066     ADC Mortality Review regarding ▮▮▮▮ (ADC197229 - ADC197232).

2-2067     Excerpt from ADC medical file for ▮▮▮▮, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136474 - ADC136477).

2-2068     ADC medical file for ███████Security███████, for the period from January
           1, 2011 April 1, 2014 (ADC176944 - ADC177150; and, ADC295551 -
           ADC295564).

2-2069     ADC medical file for ███████Security███████, for the period from January
           1, 2011 to April 1, 2014 (ADC343967 - ADC344064; and, ADC362349 -
           ADC362481).

2-2070     ADC Master Record File for ███████Security███████, up through April 1,
           2014 (ADC168856 - ADC168960; and, ADC332054 - ADC332079).

2-2071     Smallwood Prison Dental Services' Correctional Dental Software Patient
           Report for ███████Security███████ (ADC_D002500).

2-2072     ADC medical file for ███████Security███████, for the period from January
           1, 2011 to April 1, 2014 (ADC235382 - ADC235532; and, ADC295565 -
           ADC295621).

2-2073     Excerpt from ADC medical file for ███████Security███████, selected
           during Pablo Stewart's site inspection at ASPC-Yuma (ADC137100 -
           ADC137105).

2-2074     ADC medical file for ███████Security███████, for the period from January
           1, 2011 to October 7, 2013 (ADC160770 - ADC160810).

2-2075     ADC medical file for ███████Security███████, for the period from
           January 1, 2011 to April 1, 2014 (ADC156723 - ADC157010; ADC235533
           - ADC235567; and, ADC323921 - ADC324031).

2-2076     ADC Mortality Review regarding ███████Security███████ (ADC197238
           - ADC197241).

2-2077     ADC medical file for ███████Security███████, for the period from January 1,
           2011 to ███Security███, 2012 (ADC042607 - ADC042648).

2-2078     ADC Criminal Investigations Unit Report No. 2012010026 regarding
           ███████Security███████ (ADC061166 - ADC061489).

2-2079     ADC Mortality Review regarding ███████Security███████ (ADC033649 -
           ADC033653).

2-2080        Updated ADC Psychological Autopsy regarding ██████ (ADC257108 - ADC257114).

2-2081        Excerpt from ADC medical file for ██████, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137106 - ADC137114).

2-2082        ADC medical file for ██████, for the period from January 1, 2011 to April 1, 2014 (ADC177151 - ADC177269; and, ADC286712 - ADC287103).

2-2083        ADC medical file for ██████, for the period from ██████, 2012 to ██████, 2013 (ADC377293 - ADC377398).

2-2084        ADC Mortality Review regarding ██████ (ADC364177 - ADC364180).

2-2085        Maricopa County Medical Examiner's Office report regarding ██████ ██████ (ADC422717 - ADC422719).

2-2086        ADC medical file for ██████, for the period from August 2, 2012 to ██████, 2012 (ADC042649 - ADC042739).

2-2087        ADC Criminal Investigations Unit Report No. 2012070081 regarding ██████ (ADC085339 - ADC085366).

2-2088        ADC Mortality Review regarding ██████ (ADC197242 - ADC197246).

2-2089        Excerpt from ADC medical file for ██████, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136784).

2-2090        ADC medical file for ██████, for the period from January 1, 2011 to January 15, 2014 (ADC429870 - ADC430502).

2-2091        Excerpt from ADC medical file for ██████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136478 - ADC136479).

2-2092        ADC medical file for ██████, for the period from January 1, 2011 to April 1, 2014 (ADC177270 - ADC177709; and, ADC287104 - ADC287327).

2-2093          ADC Master Record File for ███████████████, up through April 1, 2014 (ADC168961 - ADC169213; and, ADC332080 - ADC332105).

2-2094          ADC Criminal Investigations Unit Report No. 2011010375 regarding ███████████████ (ADC062287 - ADC062357).

2-2095          ADC medical file for ███████████████, for the period from January 1, 2011 to ███████, 2014 (ADC205898 - ADC206231; and, ADC283009 - ADC283021).

2-2096          ADC medical file for ███████████████, for the period from October 28, 2013 to November 20, 2013 (ADC235720 - ADC235788).

2-2097          ADC Criminal Investigations Unit Report No. 2012010132 regarding ███████████████ (ADC039343 - ADC039426).

2-2098          ADC Mortality Review regarding ███████████████ (ADC138202 - ADC138205).

2-2099          ADC Mortality Review regarding ███████████████ (ADC138551 - ADC138555).

2-2100          ADC medical file for ███████████████, for the period from January 1, 2011 to October 22, 2013 (ADC430503 - ADC430504).

2-2101          ADC medical file for ███████████████, for the period from October 15, 2013 to April 1, 2014 (ADC235789 - ADC235851; and, ADC287328 - ADC287420).

2-2102          ADC dental records for ███████████████, for the period from January 1, 2009 to October 7, 2013 (ADC165754 - ADC165779).

2-2103          ADC dental records for ███████████████, for the period from January 1, 2011 to August 26, 2013 (ADC170080 - ADC170109).

2-2104          ADC medical file for ███████████████, for the period from January 1, 2011 to October 25, 2013 (ADC430505 - ADC430781).

2-2105          Excerpt from ADC medical file for ███████████████, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137115 - ADC137117).

2-2106     ADC medical file for ████████████████, for the period from
           January 1, 2011 to September 23, 2013 (ADC430782 - ADC430875).

2-2107     ADC medical file for ████████████████, for the period from ████
           ██, 2012 to ████████, 2013 (ADC213182 - ADC213577).

2-2108     ADC Mortality Review regarding ████████████████ (ADC197247 -
           ADC197251).

2-2109     Excerpt from ADC medical file for ████████████████, selected
           during Robert Cohen's site inspection at ASPC-Lewis (ADC200180 -
           ADC200189).

2-2110     ADC medical file for ████████████████, for the period from January
           1, 2011 to April 1, 2014 (ADC344065 - ADC344356; and, ADC362763 -
           ADC362862).

2-2111     ADC Criminal Investigations Unit Report No. 2011020289 regarding
           ████████████████ (ADC039445 - ADC039644).

2-2112     ADC Mortality Review regarding ████████████████ (ADC138579 -
           ADC138583).

2-2113     ADC medical file for ████████████████, for the period from
           January 1, 2011 to April 1, 2014 (ADC177710 - ADC177911; and,
           ADC295622 - ADC295928).

2-2114     ADC Master Record File for ████████████████, up through September
           11, 2013 (ADC138867 - ADC138963).

2-2115     ADC medical file for ████████████████, for the period from May 4,
           2012 to August 19, 2013 (ADC164038 - ADC164220).

2-2116     ADC medical file for ████████████████, for the period from January
           12, 2012 to ████████, 2013 (ADC349028 - ADC350019; and,
           ADC350020 - ADC350458).

2-2117     ADC Mortality Review regarding ████████████████ (ADC364189 -
           ADC364192).

2-2118     Maricopa County Medical Examiner's Office report regarding ████████
           ████████ (ADC422732 - ADC422736).

2-2119      ADC medical file for [Security], for the period from January 1, 2011 to April 1, 2014 (ADC235852 - ADC235932; and, ADC295929 - ADC296038).

2-2120      ADC medical file for [Security], for the period from January 1, 2011 to April 1, 2014 (ADC177912 - ADC178042; and, ADC368590 - ADC368647).

2-2121      ADC Master Record File for [Security], for the period from November 8, 2013 to April 1, 2014 (ADC370260 - ADC370264).

2-2122      ADC Criminal Investigations Unit Report No. 201120248 regarding [Security] [Security] (ADC062358 - ADC062405).

2-2123      ADC medical file for [Security], for the period from October 24, 2013 to April 1, 2014 (ADC324359 - ADC324731).

2-2124      ADC medical file for [Security], for the period from January 1, 2011 to April 1, 2014 (ADC178043 - ADC178115; and, ADC324732 - ADC324781).

2-2125      Excerpt from ADC medical file for [Security], selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143639 - ADC143663).

2-2126      ADC medical file for [Security], for the period from September 27, 2012 to October 3, 2013 (ADC178116 - ADC178294).

2-2127      ADC medical file for [Security], for the period from July 8, 2013 to September 25, 2013 (ADC344357 - ADC344385).

2-2128      Excerpt from ADC medical file for [Security], selected during Pablo Stewart's site inspection at ASPC-Phoenix (ADC136936 - ADC136940).

2-2129      ADC medical file for [Security], for the period from July 25, 1974 to September 5, 2013 (ADC430876 - ADC433525).

2-2130      ADC medical file for [Security], for the period from July 16, 2013 to [Security], 2013 (ADC350459 - ADC350536).

2-2131 ADC Administrative Investigations Unit Report No. 2013-1539 regarding ███████ (ADC423134 - ADC423282).

2-2132 ADC Mortality Review regarding ███████ (ADC359579 - ADC359582).

2-2133 BJS State Prison Inmate Death Report regarding ███████ (ADC406282 - ADC406284).

2-2134 Pinal County Medical Examiner's Office report regarding ███████, ███████ (ADC422737 - ADC422751).

2-2135 Excerpt from ADC medical file for ███████, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143664 - ADC143668).

2-2136 ADC medical file for ███████, for the period from ███████, 2012 to ███████, 2013 (ADC350812 - ADC351388).

2-2137 ADC Mortality Review regarding ███████ (ADC364197 - ADC364200).

2-2138 Pinal County Medical Examiner's Office report regarding ███████, ███████ (ADC422757 - ADC422761).

2-2139 ADC medical file for ███████, for the period from January 1, 2011 to August 26, 2013 (ADC433526 - ADC433708).

2-2140 Excerpt from ADC medical file for ███████, selected during Pablo Stewart's site inspection at ASPC-Phoenix (ADC136941 - ADC136956).

2-2141 ADC medical file for ███████, for the period from April 25, 2011 to April 1, 2014 (ADC204806 - ADC205145; and, ADC287814 - ADC287918).

2-2142 ADC Criminal Investigations Unit Report No. 2012030074 regarding ███████ (ADC062406 - ADC062526).

2-2143 ADC Mortality Review regarding ███████ (ADC033654 - ADC033658).

2-2144      ADC medical file for ████████ Security ████████, for the period from August 20, 2013 to April 1, 2014 (ADC167432 - ADC167537; and, ADC344386 - ADC344734).

2-2145      BJS State Prison Inmate Death Report regarding ████████ Security ████████ (ADC406184 - ADC406186).

2-2146      ADC medical file for ████████ Security ████████, for the period from January 1, 2011 to April 1, 2014 (ADC344735 - ADC344797; and, ADC344798 - ADC344836).

2-2147      ADC medical file for ████████ Security ████████, for the period from January 1, 2011 to August 21, 2013 (ADC433709 - ADC433984).

2-2148      Excerpt from ADC medical file for ████████ Security ████████, selected during Brie Williams's site inspection at ASPC-Florence (ADC155139 - ADC155145).

2-2149      ADC medical file for ████████ Security ████████, for the period from ████ Security ████, █ 2012 to ████ Security ████ 2013 (ADC220440 - ADC221001).

2-2150      BJS State Prison Inmate Death Report regarding ████████ Security ████████ (ADC406264 - ADC406266).

2-2151      ADC medical file for ████████ Security ████████, for the period from January 1, 2011 to October 8 ,2013 (ADC178295 - ADC178374).

2-2152      ADC medical file for ████████ Security ████████, for the period from January 31, 2014 to April 1, 2014 (ADC368648 - ADC368662).

2-2153      ADC Master Record File for ████████ Security ████████, up through September 13, 2013 (ADC169214 - ADC169397).

2-2154      Excerpt from ADC medical file for ████████ Security ████████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136480 - ADC136482).

2-2155      ADC medical file for ████████ Security ████████, for the period from January 1, 2011 to April 1, (ADC433985 - ADC434166; and, ADC296039 - ADC296113).

2-2156    ADC medical file for ████████████████, for the period from January 1, 2011 to January 28, 2014 (ADC434167 - ADC434276).

2-2157    Excerpt from ADC medical file for ████████████████, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136785 - ADC136787).

2-2158    ADC medical file for ████████████████, for the period from January 1, 2011 to April 1, 2014 (ADC178375 - ADC178484; and, ADC288111 - ADC288206).

2-2159    Excerpt from ADC medical file for ████████████████, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143669 - ADC143673).

2-2160    ADC medical file for ████████████████, for the period from January 1, 2011 to October 8, 2013 (ADC178485 - ADC178975).

2-2161    Excerpt from ADC medical file for ████████████████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136483 - ADC136487).

2-2162    ADC medical file for ████████████████, for the period from January 1, 2011 to April 1, 2014 (ADC178976 - ADC179229; and, ADC288207 - ADC288268).

2-2163    ADC Significant Incident Report No. 14-03693 regarding March 24, 2014 assault on staff by ████████████████ (ADC320093 - ADC320094).

2-2164    ADC medical file for ████████████████, for the period from January 1, 2011 to December 3, 2013 (ADC247817 - ADC247926).

2-2165    ADC Master Record File for ████████████████, up through September 18, 2013 (ADC169398 - ADC169542).

2-2166    ADC medical file for ████████████████, for the period from ████████ 2012 to ████████ 2013 (ADC351389 - ADC351566).

2-2167    ADC Mortality Review regarding ████████████████ (ADC346201 - ADC346204).

2-2168   BJS State Prison Inmate Death Report regarding ██████████ (ADC406246 - ADC406248)

2-2169   Maricopa County Medical Examiner's Office report regarding ██████ ██████ (ADC422762 - ADC422765).

2-2170   ADC medical file for ██████████, for the period from January 1, 2011 to October 10, 2013 (ADC250710 - ADC250760; and, ADC288267 - ADC288275).

2-2171   Excerpt from ADC medical file for ██████████, selected during Pablo Stewart's site inspection at ASPC-Phoenix (ADC136957 - ADC136965).

2-2172   ADC medical file for ██████████, for the period from July 19, 2013 to April 1, 2014 (ADC288276 - ADC288349; and, ADC324994 - ADC325120).

2-2173   Excerpt from ADC medical file for ██████████, selected during Robert Cohen's site inspection at ASPC-Lewis (ADC200190 - ADC200197).

2-2174   ADC medical file for ██████████, for the period from July 15, 2013 to April 1, 2014 (ADC362863 - ADC362954).

2-2175   ADC medical file for ██████████, for the period from January 1, 2011 to April 1, 2014 (ADC164221 - ADC164381; and, ADC288350 - ADC288406).

2-2176   Excerpt from ADC medical file for ██████████, selected during Craig Haney's site inspection at ASPC-Florence (ADC136724 - ADC136725).

2-2177   ADC Significant Incident Report No. 13-13502  and use of force review regarding November 13, 2013 self-harming by ██████████ (ADC320002 - ADC320013).

2-2178   ADC Mortality Review regarding ██████████ (ADC197252 - ADC197255).

2-2179      ADC dental records for █████████████, for the period from
            January 1, 2009 to August 19, 2013 (ADC165648 - ADC165668; and,
            ADC170110 - ADC170151).

2-2180      ADC medical file for █████████████, for the period from January 1,
            2011 to April 1, 2014 (ADC179230 - ADC179289; and, ADC296253 -
            ADC296286).

2-2181      ADC Master Record File for █████████████, for the period from
            November 8, 2013 to April 1, 2014 (ADC370265 - ADC370274).

2-2182      Excerpt from ADC medical file for █████████████, selected
            during Pablo Stewart's site inspection at ASPC-Perryville (ADC136788 -
            ADC136793).

2-2183      ADC medical file for █████████████, for the period from July
            18, 2013 to September 10, 2013 (ADC283022 - ADC283041).

2-2184      ADC dental records for █████████████, for the period from
            January 1, 2009 to November 13, 2013 (ADC170152 - ADC170176).

2-2185      ADC medical file for █████████████, for the period from January
            31, 2014 to April 1, 2014 (ADC368663 - ADC368668).

2-2186      ADC Master Record File for █████████████, up through
            September 17, 2013 (ADC169543 - ADC169660).

2-2187      Smallwood Prison Dental Services' Correctional Dental Software Patient
            Report for █████████████ (ADC_D002503).

2-2188      ADC medical file for █████████████, for the period from
            January 1, 2011 to ████████, 2012 (ADC042823 - ADC043199).

2-2189      ADC Criminal Investigations Unit Report No. 2012020184 regarding ████
            █████████████ (ADC062539 - ADC062602).

2-2190      ADC Mortality Review regarding █████████████
            (ADC138471 - ADC138475).

2-2191      ADC medical file for █████████████, for the period from October
            15, 2013 to April 1, 2014 (ADC325300 - ADC325336).

2-2192     Excerpt from ADC medical file for ██████ Security ██████, selected during Craig Haney's site inspection at ASPC-Florence (ADC136726 - ADC136735).

2-2193     ADC medical file for ██████ Security ██████, for the period from January 1, 2011 to October 25, 2013 (ADC146070 - ADC146393; and, ADC344837 - ADC344873).

2-2194     ADC Master Record File for ██████ Security ██████, for the period from November 8, 2013 to April 1, 2014 (ADC370275 - ADC370279).

2-2195     ADC medical file for ██████ Security ██████, for the period from April 25, 2013 to January 1, 2014 (ADC255694 - ADC255798).

2-2196     ADC dental records for ██████ Security ██████, for the period from January 1, 2009 to November 11, (ADC_D000815 - ADC_D000824; and, ADC_D000797 - ADC_D000814).

2-2197     ADC medical file for ██████ Security ██████, ██ Security ██, 2012 to ██ Security ██ 2013 (ADC353579 - ADC353781).

2-2198     ADC Administrative Investigations Unit Report No. 2013-1489 regarding ██████ Security ██████ (ADC422994 - ADC423133).

2-2199     ADC Mortality Review regarding ██████ Security ██████ (ADC364221 - ADC326224).

2-2200     BJS State Prison Inmate Death Report regarding ██████ Security ██████ (ADC406175 - ADC406177).

2-2201     Maricopa County Medical Examiner's Office report regarding ██ Security ██ ██ Security ██ (ADC422794 - ADC422801).

2-2202     ADC Criminal Investigations Unit Report No. 2012030078 regarding ██████ Security ██████ (ADC062603 - ADC062677).

2-2203     ADC Mortality Review regarding ██████ Security ██████ (ADC138206 - ADC138210).

2-2204     ADC Mortality Review regarding ██████ Security ██████ (ADC138541 - ADC138545).

2-2205    ADC medical file for ███████████ Security ███████████, for the period from January 1, 2011 to August 27, 2013 (ADC434277 - ADC434445).

2-2206    Excerpt from ADC medical file for ███████ Security ███████, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137118 - ADC137125).

2-2207    ADC Significant Incident Report No. 13-13022 and video regarding November 1, 2013 use of force on ██████ Security ██████, for refusal to submit to restraints (ADC320174 - ADC320184; and ADC320187).

2-2208    Excerpt of ADC medical file for ██████ Security ██████, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143674 - ADC146377).

2-2209    ADC medical file for ██████ Security ██████, for the period from ██ Security ██, 2012 to ██ Security ██, 2013 (ADC216258 - ADC216453).

2-2210    Selected ADC mental health observation records regarding ██ Security ██ ██ Security ██, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC200239).

2-2211    ADC Mortality Review regarding ██████ Security ██████ (ADC197256 - ADC197257).

2-2212    ADC Psychological Autopsy regarding ██████ Security ██████ (ADC261282 - ADC261287).

2-2213    BJS State Prison Inmate Death Report regarding ██████ Security ██████ (ADC406210 - ADC406212).

2-2214    ADC Criminal Investigation Unit Report No. 2011010152 regarding ██ Security ██ ██ Security ██ (ADC062678 - ADC062734).

2-2215    Excerpt from ADC medical file for ██████ Security ██████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136488 - ADC136490).

2-2216    ADC medical file for ██████ Security ██████, for the period from January 1, 2011 to August 22, 2013 (ADC434446 - ADC434509).

2-2217     ADC medical file for ███████████████, for the period from January
           1, 2011 to ████████, 2012 (ADC043269 - ADC043295).

2-2218     ADC Criminal Investigations Unit Report No. 2012030159 regarding
           ███████████████ (ADC191877 - ADC192200).

2-2219     ADC Administrative Investigations Unit Report No. 2012-0967 ████████
           ████████ (ADC191619 - ADC191876).

2-2220     ADC Mortality Review ██████████████ (ADC138416 -
           ADC138420).

2-2221     ADC medical file for ███████████████, for the period from
           January 1, 2011 to October 24, 2013 (ADC434510 - ADC434742; and,
           ADC288407 - ADC288456).

2-2222     Excerpt from ADC medical file for ███████████████, selected during
           Robert Cohen's site inspection at ASPC-Lewis (ADC200198 -
           ADC200201).

2-2223     ADC medical file for ███████████████, for the period from January 1,
           2011 to April 1, 2014 (ADC237984 - ADC238098; and, ADC296287 -
           ADC296396)

2-2224     Excerpt from ADC medical file for ███████████████, selected
           during Pablo Stewart's site inspection at ASPC-Phoenix (ADC136966 -
           ADC136970).

2-2225     ADC medical file for ███████████████, for the period from July 19,
           2013 to August 4, 2013 (ADC288457 - ADC288488).

2-2226     Selected ADC mental health observation records regarding ██████████,
           ████████, identified for duplication during Plaintiffs' counsels' document
           inspection on November 19, 2013 (ADC171260 - ADC171275).

2-2227     ADC medical file for ███████████████, for the period from April 1,
           2013 to April 1, 2014 (ADC325705 - ADC325889).

2-2228     ADC Criminal Investigations Unit Report No. 2012020091 regarding ████████
           ███████████████ (ADC062735 - ADC062828).

2-2229      ADC Mortality Review regarding ███████Security███████ (ADC138441 - ADC138445).

2-2230      ADC medical file for ████████Security████████, for the period from January 1, 2011 to October 22, 2013 (ADC179327 - ADC179651).

2-2231      ADC medical file for ████████Security████████, for the period from ███Security███ █, 2012 to ████Security████ 2013 (ADC213578 - ADC213611).

2-2232      ADC Mortality Review regarding █████████Security█████████ (ADC211620 - ADC211624).

2-2233      BJS State Prison Inmate Death Report regarding ██████████Security██████████ (ADC261291 - ADC261293).

2-2234      ADC medical file for ████████Security████████, for the period from January 31, 2014 to April 1, 2014 (ADC368689 - ADC368711).

2-2235      ADC Master Record File for █████████Security█████████, up through April 1, 2014 (ADC169661 - ADC169818; and, ADC332106 - ADC332110).

2-2236      ADC medical file for ████████Security████████, for the period from October 15, 2013 to April 1, 2013 (ADC344875 - ADC345083).

2-2237      Excerpt from ADC medical file for █████████Security█████████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136491 - ADC136495).

2-2238      ADC medical file for ████████Security████████, for the period from January 1, 2011 to September 5, 2013 (ADC434743 - ADC434891).

2-2239      Excerpt from ADC medical file for █████████Security█████████, selected during Pablo Stewart's site inspection at ASPC-Phoenix (ADC136971 - ADC136978).

2-2240      ADC medical file for ████████Security████████, for the period from January 1, 2011 to October 28, 2013 (ADC179652 - ADC179839).

2-2241      ADC medical file for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC326075 - ADC326303).

2-2242      ADC medical file for ████████Security████████, for the period from ██████Security██████, 2012 to ████Security████, 2013 (ADC338219 - ADC338416).

2-2243    ADC Administrative Investigations Unit Report No. 2013-1929 regarding ███████ Security ███████ (ADC424192 - ADC424298).

2-2244    ADC Mortality Review regarding ███████ Security ███████ (ADC364233 - ADC364236).

2-2245    BJS State Prison Inmate Death Report regarding ███████ Security ███████ (ADC406258 - ADC406260).

2-2246    Maricopa County Medical Examiner's Office report regarding ███ Security ███ ███████ Security ███████ (ADC422818 - ADC422827).

2-2247    Excerpt from ADC medical file for ███████ Security ███████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136496 - ADC136514).

2-2248    ADC medical file for ███████ Security ███████, for the period from January 1, 2011 to April 1, 2014 (ADC345084 - ADC345212; and, ADC362955 - ADC362993).

2-2249    ADC dental records for ███████ Security ███████, for the period from January 1, 2009 to October 4, 2013 (ADC170177 - ADC170196).

2-2250    ADC medical file for ███████ Security ███████, for the period from February 6, 2007 to December 11, 2012 (ADC130857 - ADC131367).

2-2251    Excerpt from ADC medical file for ███████ Security ███████, selected during Pablo Stewart's site inspection at ASPC-Phoenix (ADC136979 - ADC136981).

2-2252    ADC medical file for ███████ Security ███████, for the period from July 18, 2011 to September 10, 2013 (ADC146394 - ADC146918).

2-2253    ADC medical file for ███████ Security ███████, for the period from July 16, 2013 to April 1, 2014 (ADC362994 - ADC363113).

2-2254    ADC medical file for ███████ Security ███████, for the period from July 30, 2013 to November 14, 2013 (ADC326433 - ADC326511).

2-2255    ADC dental records for ███████ Security ███████, for the period from January 28, 2012 to August 17, 2013 (ADC_D000318 - ADC_D000328).

2-2256        Smallwood Prison Dental Services' Correctional Dental Software Patient Report for ███████ (ADC_D002513).

2-2257        ADC medical file for ███████, for the period from January 1, 2011 to ███████ 2011 (ADC033767 - ADC034362).

2-2258        ADC Criminal Investigations Unit Report No. 2011100466 regarding ███████ (ADC062829 - ADC062905).

2-2259        ADC Mortality Review regarding ███████ (ADC033669 - ADC033673).

2-2260        ADC medical file for ███████, for the period from November 8, 2013 to April 1, 2014 (ADC368712 - ADC368714).

2-2261        ADC Master Record File for ███████, for the period from November 8, 2013 to April 1, 2014 (ADC370280 - ADC370284).

2-2262        Excerpt from ADC medical file for ███████, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137126 - ADC137130).

2-2263        Selected ADC mental health observation records regarding ███████, ███████, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171276 - ADC171278)

2-2264        ADC medical file for ███████, for the period from January 1, 2011 to April 1, 2014 (ADC179840 - ADC180046; and, ADC296397 - ADC296450).

2-2265        ADC Master Record File for ███████, for the period from November 8, 2013 to April 1, 2014 (ADC370285 - ADC370307).

2-2266        Smallwood Prison Dental Services' Correctional Dental Software Patient Report for ███████ (ADC_D002516).

2-2267        ADC medical file for ███████, for the period from ███████, 2012 to ███████, 2013 (ADC353784 - ADC354235; and, ADC354236 - ADC354580).

2-2268        ADC Mortality Review regarding ███████ (ADC335114 - ADC335117).

2-2269     BJS State Prison Inmate Death Report regarding ███████ (ADC406273 - ADC406275).

2-2270     Pima County Medical Examiner's Office report regarding ███████, ███████ (ADC422828 - ADC422832).

2-2271     Excerpt from ADC medical file for ███████, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143678 - ADC143683).

2-2272     ADC medical file for ███████, for the period from January 1, 2011 to April 1, 2014 (ADC270029 - ADC270207; and, ADC296451 - ADC296499).

2-2273     ADC medical file for ███████, for the period from ███████, 2012 to ███████, 2013 (ADC338417 - ADC338491).

2-2274     ADC Administrative Investigations Unit Report No. 2013-1932 regarding ███████ (ADC424468 - ADC424616).

2-2275     ADC Mortality Review regarding ███████ (ADC364237 - ADC364240).

2-2276     Cochise County Medical Examiner's Office report regarding ███████ ███████ (ADC422833 - ADC422842).

2-2277     ADC medical file for ███████, for the period from October 24, 2013 to April 1, 2014 (ADC288489 - ADC288739).

2-2278     ADC medical file for ███████, for the period from January 1, 2011 to April 1, 2014 (ADC146919 - ADC147126; and, ADC326512 - ADC326609).

2-2279     ADC medical file for ███████, for the period from August 19, 2013 to April 1, 2014 (ADC311772 - ADC312056).

2-2280     ADC medical file for ███████, for the period from ███████ 2012 to ███████ 2013 (ADC213612 - ADC213639).

2-2281     ADC Mortality Review regarding ███████ (ADC211625 - ADC211628).

2-2282      ADC Psychological Autopsy ██████████████ (ADC211761 - ADC211762).

2-2283      ADC Criminal Investigations Unit Report No. 2012030095 regarding ██████████████ (ADC062914 - ADC062983).

2-2284      ADC medical file for ██████████████, for the period from February 22, 2013 to ██████████ 2014 (ADC312057 - ADC312662; and, ADC354581 - ADC354767).

2-2285      ADC Mortality Review regarding ██████████████ (ADC364241 - ADC364244).

2-2286      Pinal County Medical Examiner's Office report regarding ██████████ ██████████ (ADC422843 - ADC422846).

2-2287      ADC dental records for ██████████████, for the period from March 26, 1986 to November 12, (ADC_D000444 - ADC_D000497; and, ADC_D001643 - ADC_D001647).

2-2288      ADC Criminal Investigations Unit Report No. 2011020197 regarding ██████████████ (ADC062984 - ADC063138).

2-2289      ADC medical file for ██████████████, for the period from October 17, 2012 to ██████████ 2013 (ADC216454 - ADC216509).

2-2290      ADC Mortality Review regarding ██████████████ (ADC211629 - ADC211633).

2-2291      ADC Psychological Autopsy regarding ██████████████ (ADC257115 - ADC257121).

2-2292      Selected ADC mental health observation records regarding ██████████ ██████████, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171197).

2-2293      ADC medical file for ██████████████, for the period from January 1, 2011 to April 1, (ADC180047 - ADC180102; and, ADC296500 - ADC296554).

2-2294      ADC medical file for ██████████████, for the period from November 8, 2013 to April 1, 2014 (ADC368715 - ADC368738).

2-2295      ADC Master Record File for ██████████████, up through
            September 11, 2013 (ADC138964 - ADC139078).

2-2296      ADC medical file for ██████████████, for the period from
            October 16, 2012 to ████████, 2013 (ADC213640 - ADC613956)

2-2297      ADC Mortality Review regarding ████████████████ (ADC211634
            - ADC211638).

2-2298      ADC dental records for ██████████████, for the period from January
            1, 2009 to November 25, 2013 (ADC170415 - ADC170445).

2-2299      ADC Criminal Investigations Unit Report No. 2011020096 regarding
            ████████████████ (ADC032686 - ADC32776).

2-2300      Excerpt from ADC medical file for ████████████████, selected during
            Pablo Stewart's site inspection at ASPC-Lewis (ADC143684 -
            ADC143694).

2-2301      ADC medical file for ██████████████, for the period from
            ██████████, 2012 to ████████ 2013 (ADC354768 - ADC355144).

2-2302      ADC Mortality Review regarding ████████████████
            (ADC359583 - ADC359586).

2-2303      BJS State Prison Inmate Death Report regarding ████████████,
            ████████ (ADC406181 - ADC406183).

2-2304      Maricopa County Medical Examiner's Office report regarding ████████
            ████████████ (ADC422847 - ADC422856).

2-2305      Excerpt from ADC medical file for ████████████, selected during
            Pablo Stewart's site inspection at ASPC-Perryville (ADC136794 -
            ADC136795).

2-2306      ADC medical file for ██████████████, for the period from November
            8, 2013 to April 1, 2014 (ADC368739 - ADC368768).

2-2307      ADC Master Record File for ██████████████, up through April 1,
            2014 (ADC139079 - ADC139135; and, ADC282582 - ADC282606).

2-2308    Excerpt from ADC medical file for ████████, selected during
          Pablo Stewart's site inspection at ASPC-Lewis (ADC143695 -
          ADC143699).

2-2309    ADC medical file for ████████, for the period from January 1,
          2011 to April 1, 2014 (ADC147127 - ADC147513; and, ADC288772 -
          ADC288869).

2-2310    ADC medical file for ████████, for the period from ████████,
          2012 to ████████, 2013 (ADC216650 - ADC217785; and, ADC216510 -
          ADC216649).

2-2311    ADC Mortality Review regarding ████████ (ADC211639 -
          ADC211643).

2-2312    BJS State Prison Inmate Death Report regarding ████████
          (ADC261296 - ADC261298).

2-2313    Excerpt from ADC medical file for ████████, selected
          during Pablo Stewart's site inspection at ASPC-Lewis (ADC143700 -
          ADC143706).

2-2314    ADC medical file for ████████, for the period from
          October 24, 2013 to April 1, 2014 (ADC288870 - ADC288913).

2-2315    ADC medical file for ████████, for the period from ████████
          2012 to ████████, 2013 (ADC338492 - ADC338584).

2-2316    ADC Administrative Investigations Unit Report No. 2013-1541 regarding
          ████████ (ADC423715 - ADC423838).

2-2317    ADC Mortality Review regarding ████████ (ADC364245 -
          ADC364248).

2-2318    ADC Psychological Autopsy regarding ████████ (ADC335139
          - ADC335149).

2-2319    BJS State Prison Inmate Death Report regarding ████████
          (ADC406225 - ADC406227).

2-2320    Pinal County Medical Examiner's Office report regarding ████████,
          ████████ (ADC422857 - ADC422865).

2-2321     ADC medical file for ███████Security███████, for the period from
           November 8, 2013 to April 1, 2014 (ADC368769 - ADC368807).

2-2322     ADC Master Record File for ███████Security███████, for the period from
           November 8, 2013 to April 1, 2014 (ADC370308 - ADC370312).

2-2323     ADC medical file for ███████Security███████, for the period from
           December 30, 2010 to April 1, 2014 (ADC250900 - ADC251161; and,
           ADC313747 - ADC313780).

2-2324     ADC medical file for ███████Security███████, for the period from July 3,
           2012 to ███Security███ 2013 (ADC213957 - ADC214002).

2-2325     ADC Mortality Review regarding ███████Security███████ (ADC211644 -
           ADC211648).

2-2326     ADC Psychological Autopsy regarding ███████Security███████
           (ADC197199 - ADC197200).

2-2327     Excerpt from ADC medical file for ███████Security███████, selected
           during Pablo Stewart's site inspection at ASPC-Eyman (ADC136515 -
           ADC136522).

2-2328     ADC medical file for ███████Security███████, for the period from July 16,
           2013 to April 1, 2014 (ADC368808 - ADC368887).

2-2329     ADC Master Record File for ███████Security███████, for the period from
           November 8, 2013 to April 1, 2014 (ADC370313 - ADC370318).

2-2330     ADC Significant Incident Report No. 14-01439 regarding February 1,
           2014 self-harming by ███████Security███████ (ADC320064 -
           ADC320065).

2-2331     ADC medical file for ███████Security███████, for the period from January
           1, 2011 to August 19, 2013 (ADC147514 - ADC148098).

2-2332     ADC medical file for ███████Security███████, for the period from
           January 1, 2011 to April 1, 2014 (ADC434892 - ADC435097; and,
           ADC313889 - ADC313910).

2-2333    ADC dental records for ~~Security~~, for the period from January 1, 2009 to October 7, 2013 (ADC170197 - ADC170214; and, ADC200519 - ADC200520).

2-2334    ADC medical file for ~~Security~~, for the period from June 12, 2013 to April 1, 2014 (ADC239039 - ADC239099; and, ADC283306 - ADC283369).

2-2335    ADC medical file for ~~Security~~, for the period from November 14, 2008 to May 21, 2013 (ADC435098 - ADC435548).

2-2336    ADC dental records for ~~Security~~, for the period from November 14, 2008 to October 14, 2013 (ADC_D002337 - ADC_D002342; and, ADC_D000379 - ADC_D000399).

2-2337    Smallwood Prison Dental Services' Correctional Dental Software Patient Report for ~~Security~~ (ADC_D002498).

2-2338    ADC medical file for ~~Security~~, for the period from April 1, 2013 to April 1, 2014 (ADC313911 - ADC314189).

2-2339    Excerpt from ADC medical file for ~~Security~~, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136802 - ADC136805).

2-2340    ADC medical file for ~~Security~~, for the period from January 1, 2011 to April 1, 2014 (ADC157011 - ADC157846; and, ADC288914 - ADC289044).

2-2341    Excerpt from ADC medical file for ~~Security~~, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC127469 - ADC127481).

2-2342    ADC medical file for ~~Security~~, for the period from January 1, 2011 to August 19, 2013 (ADC157847 - ADC158321).

2-2343    ADC Master Record File for ~~Security~~, up through April 1, 2014 (ADC169819 - ADC169835; and, ADC282607 - ADC282617).

2-2344    ADC medical file for ~~Security~~, for the period from January 1, 2011 to April 1, 2014 (ADC239100 - ADC239366; and, ADC368888 - ADC368921).

2-2345      ADC Master Record File for ████████Security████████, up through April 1, 2014 (ADC223727 - ADC224704; and, ADC370319 - ADC370336).

2-2346      ADC medical file for ████████Security████████, for the period from January 1, 2011 to April 1, 2014 (ADC180103 - ADC180339; and, ADC289056 - ADC289155).

2-2347      ADC medical file for ████████Security████████, for the period from to ████Security████, 2012 to ████Security████, 2013 (ADC214003 - ADC24120).

2-2348      ADC Mortality Review regarding ████████Security████████ (ADC211649 - ADC211653).

2-2349      ADC medical file for ████████Security████████, for the period from July 1, 2012 to January 16, 2014 (ADC_P010810 - ADC_P010909).

2-2350      ADC medical file for ████████Security████████, for the period from ████Security████, 2012 to ████Security████, 2013 (ADC217786 - ADC217825).

2-2351      ADC Mortality Review regarding ████████Security████████ (ADC211654 - ADC211658).

2-2352      BJS State Prison Inmate Death Report regarding ████████Security████████ (ADC261299 - ADC261301).

2-2353      ADC medical file for ████████Security████████, for the period from January 1, 2011 to April 1, 2014 (ADC251162 - ADC251392; and, ADC296555 - ADC296611).

2-2354      ADC medical file for ████████Security████████, for the period from January 1, 2011 to April 1, 2014 (ADC180340 - ADC180399; and, ADC289156 - ADC289234).

2-2355      ADC Master Record File for ████████Security████████, for the period from November 8, 2013 to April 1, 2014 (ADC370337 - ADC370347).

2-2356      ADC medical file for ████████Security████████, for the period from January 1, 2011 to April 1, 2014 (ADC180400 - ADC180606; and, ADC296612 - ADC296672).

2-2357      ADC Master Record File for ████████Security████████, for the period from November 8, 2013 to April 1, 2014 (ADC370348 - ADC370361).

2-2358     ADC Significant Incident Report No. 13-12692 and videos regarding
           October 24, 2013 use of force on [Security] (ADC293123 -
           ADC293124; ADC334684 - ADC334693; ADC320106; and, ADC320203
           - ADC320205).

2-2359     ADC medical file for [Security], for the period from
           January 1, 2011 to April 1, 2014 (ADC180607 - ADC180806; and,
           ADC283370 - ADC283468).

2-2360     ADC Master Record File for [Security], for the period
           from November 8, 2013 to April 1, 2014 (ADC370362 - ADC370399).

2-2361     ADC medical file for [Security], for the period from
           [Security], 2012 to [Security], 2013 (ADC355145 - ADC355352).

2-2362     ADC Mortality Review regarding [Security] (ADC359587
           - ADC359590).

2-2363     Maricopa County Medical Examiner's Office report regarding [Security]
           [Security] (ADC422866 - ADC422869).

2-2364     ADC medical file for [Security], for the period from
           January 1, 2011 to [Security] 2012 (ADC043750 - ADC043881).

2-2365     ADC Criminal Investigations Unit Report No. 2012020159 regarding
           [Security] (ADC192303 - ADC192437).

2-2366     ADC Administrative Investigations Unit Report No. 2012-0745 regarding
           [Security] (ADC192219 - ADC192302).

2-2367     ADC Mortality Review regarding [Security] (ADC138280 -
           ADC138284).

2-2368     ADC Psychological Autopsy regarding [Security]
           (ADC197201 - ADC197206).

2-2369     ADC medical file for [Security], for the period from
           January 1, 2011 to [Security], 2012 (ADC043882 - ADC043971).

2-2370     ADC Criminal Investigations Unit Report No. 2012030172 regarding
           [Security] (ADC192589 - ADC192847).

2-2371      ADC Administrative Investigations Unit Report No. 2012-1119 regarding ████████ (ADC192438 - ADC192588).

2-2372      ADC Mortality Review ████████ (ADC138466 - ADC138470).

2-2373      ADC medical file for ████████, for the period from January 1, 2011 to April 1, 2014(ADC181075 - ADC181269; and, ADC289235 - ADC289507).

2-2374      ADC medical file for ████████, for the period from January 1, 2011 to April 1, 2014 (ADC181270 - ADC181334; and, ADC297028 - ADC297079).

2-2375      ADC Master Record File for ████████, for the period from November 8, 2013 to April 1, 2014 (ADC370398 - ADC370406).

2-2376      ADC medical file for ████████, for the period from January 1, 2011 to ████████, 2013 (ADC148099 - ADC148459).

2-2377      ADC Mortality Review regarding ████████ (ADC211659 - ADC211663).

2-2378      ADC medical file for ████████, for the period from January 1, 2011 to April 1, 2014 (ADC239592 - ADC239715; and, ADC345311 - ADC345333).

2-2379      ADC dental records for ████████, for the period from January 1, 2009 to November 11, 2013 (ADC_D000889 - ADC_D000891; and, ADC_D000041 - ADC_D000045).

2-2380      ADC medical file for ████████, for the period from January 31, 2014 to April 1, 2014 (ADC368922 - ADC368932).

2-2381      ADC Master Record File for ████████, up through April 1, 2014 (ADC169836 - ADC169869; and, ADC282618 - ADC282647).

2-2382      Excerpt from ADC medical file for ████████, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143711 - ADC143716).

2-2383      ADC medical file for ███████Security███████, for the period from January 1, 2011 to August 26, 2013 (ADC148460 - ADC148628).

2-2384      ADC medical file for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC283469 - ADC284543).

2-2385      ADC medical file for ███████Security███████, for the period from January 1, 2011 to April 1, 2014 (ADC181335 - ADC181411; and, ADC289508 - ADC289548).

2-2386      ADC Master Record File for ███████Security███████, for the period from November 8, 2013 to April 1, 2014 (ADC370407 - ADC370408).

2-2387      ADC dental records for ███████Security███████, for the period from January 1, 2011 to August 26, 2013 (ADC153464 - ADC153480).

2-2388      Smallwood Prison Dental Services' Correctional Dental Software Patient Report for ███████Security███████ (ADC_D002499).

2-2389      ADC medical file for ███████Security███████, for the period from January 11, 2011 to November 26, 2013 (ADC435549 - ADC435712).

2-2390      Excerpt from ADC medical file for ███████Security███████, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143717 - ADC143726).

2-2391      ADC medical file for ███████Security███████, for the period from January 1, 2011 to April 1, 2014 (ADC181412 - ADC181759; and, ADC289549 - ADC289655).

2-2392      ADC Significant Incident Report No. 13-14295  and use of force review regarding December 2, 2013 self-harming by ███████Security███████ (ADC293259 - ADC293273).

2-2393      Excerpt from ADC medical file for ███████Security███████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136523 - ADC136525).

2-2394      ADC medical file for ███████Security███████, for the period from January 1, 2011 to March 5, 2014 (ADC181760 - ADC181897; and, ADC334267 - ADC334294).

2-2395      Excerpt from ADC medical file for ███████Security███████, selected during
            Pablo Stewart's site inspection at ASPC-Yuma (ADC137131 -
            ADC137135).

2-2396      Excerpt from ADC medical file for ████████Security████████, selected
            during Brie Williams's site inspection at ASPC-Eyman (ADC154605 -
            ADC154613).

2-2397      Excerpt from ADC medical file for ███████Security███████, selected during
            Pablo Stewart's site inspection at ASPC-Lewis (ADC143727 -
            ADC143729).

2-2398      ADC dental records for ███████Security███████, for the period from January
            1, 2009 to August 15, 2013 (ADC153481 - ADC153524).

2-2399      Smallwood Prison Dental Services' Correctional Dental Software Patient
            Report for ██████Security██████ (ADC_D002517).

2-2400      ADC medical file for ████████Security████████, for the period from
            November 8, 2013 to December 28, 2013 (ADC251453 - ADC251502).

2-2401      ADC medical file for ██████Security██████, for the period from January 1,
            2011 to April 1, 2014 (ADC345334 - ADC345553; and, ADC363247 -
            ADC363368).

2-2402      ADC medical file for ███████Security███████, for the period from January
            1, 2011 to April 1, 2014 (ADC182401 - ADC182487; and, ADC363369 -
            ADC363404).

2-2403      ADC medical file for ███████Security███████, for the period from October
            24, 2013 to April 1, 2014 (ADC297080 - ADC297427).

2-2404      ADC medical file for ██████Security██████, for the period from ███Security███ 2012
            to ██Security██ 2013 (ADC214121 - ADC214607).

2-2405      ADC Mortality Review regarding ███████Security███████ (ADC138561 -
            ADC138565).

2-2406      Smallwood Prison Dental Services' Correctional Dental Software Patient
            Report for ██████Security██████ (ADC_D002505).

2-2407     Excerpt from ADC medical file for ███████████████, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137136 - ADC137148).

2-2408     ADC medical file for ██████████████, for the period from January 1, 2011 to October 8, 2013 (ADC158322 - ADC158649).

2-2409     ADC medical file for ██████████████, for the period from January 1, 2011 to April 1, 2014 (ADC158650 - ADC159525; ADC240312 - ADC240367; and, ADC297555 - ADC297755).

2-2410     Excerpt from ADC medical file for █████████████, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137149 - ADC137163).

2-2411     ADC medical file for ██████████████, for the period from January 1, 2011 to April 1, 2014 (ADC159526 - ADC159756; ADC289656 - ADC289737; and, ADC328895 - ADC329011).

2-2412     Excerpt from ADC medical file for █████████████, selected during Craig Haney's site inspection at ASPC-Florence (ADC136736).

2-2413     Excerpt from ADC medical file for ███████████████, selected during Brie Williams's site inspection at ASPC-Perryville (ADC166254 - ADC166255).

2-2414     ADC medical file for ████████████████, for the period from August 16, 2013 to April 1, 2014 (ADC368933 - ADC369001).

2-2415     ADC medical file for ████████████████, for the period from ████████, 2012 to ██████████, 2013 (ADC217826 - ADC217861).

2-2416     BJS State Prison Inmate Death Report regarding ██████████████ (ADC406276 - ADC406278).

2-2417     ADC medical file for ██████████████, for the period from January 1, 2011 to April 1, 2014 (ADC435713 - ADC436224; and, ADC297845 - ADC298569).

2-2418     ADC medical file for ████████████████, for the period from September 13, 2011 to April 1, 2014 (ADC240368 - ADC240501; and, ADC298570 - ADC298817).

2-2419        Excerpt from ADC medical file for ████████ **Security** ████████, selected during
              Craig Haney's site inspection at ASPC-Florence (ADC136737 -
              ADC136740).

2-2420        Excerpt from ADC medical file for ████████ **Security** ████████, selected during
              Brie Williams's site inspection at ASPC-Florence (ADC155146 -
              ADC155158).

2-2421        ADC medical file for ████████ **Security** ████████, for the period from January 1,
              2012 to April 1, 2014 (ADC270208 - ADC270607; and, ADC298818 -
              ADC298969).

2-2422        ADC Master Record File for ████████ **Security** ████████, up through September
              16, 2013 (ADC207142 - ADC207226).

2-2423        ADC medical file for ████████ **Security** ████████, for the period from December
              19, 2012 to August 19, 2013 (ADC164382 - ADC164449).

2-2424        Excerpt from ADC medical file for ████████ **Security** ████████, selected during
              Pablo Stewart's site inspection at ASPC-Phoenix (ADC136982 -
              ADC136988).

2-2425        ADC medical file for ████████ **Security** ████████, for the period from July 13,
              2011 to April 1, 2014 (ADC148629 - ADC149079; and, ADC284544 -
              ADC284704).

2-2426        ADC Criminal Investigations Unit Report No. 2011030032 regarding ████ **Security** ████
              ████████ **Security** ████████ (ADC063515 - ADC063711).

2-2427        ADC Mortality Review regarding ████████ **Security** ████████ (ADC211664 -
              ADC211668).

2-2428        ADC medical file for ████████ **Security** ████████, for the period from ████████ **Security** ████
              ████, 2012 to ████ **Security** ████, 2013 (ADC355353 - ADC355675; and,
              ADC355676 - ADC355979).

2-2429        ADC Mortality Review regarding ████████ **Security** ████████ (ADC335118 -
              ADC335121).

2-2430        BJS State Prison Inmate Death Report regarding ████████ **Security** ████████
              (ADC406252 - ADC406254).

2-2431    Maricopa County Medical Examiner's Office report regarding ███████ ███████ (ADC422880 - ADC422881).

2-2432    ADC medical file for ███████, for the period from January 1, 2011 to September 25, 2013 (ADC240502 - ADC240693).

2-2433    ADC Mortality Review regarding ███████ (ADC197262 - ADC197265).

2-2434    ADC medical file for ███████, for the period from January 1, 2011 to April 1, 2014 (ADC345554 - ADC345790; and, ADC363405 - ADC363535).

2-2435    ADC medical file for ███████, for the period from ███████, 2012 to ███████, 2013 (ADC217862 - ADC218017).

2-2436    ADC Mortality Review regarding ███████ (ADC211669 - ADC211673).

2-2437    ADC medical file for ███████, for the period from January 1, 2011 to April 1, 2014 (ADC182682 - ADC182854; and, ADC314498 - ADC314570).

2-2438    Excerpt from ADC medical file for ███████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136526 - ADC136530).

2-2439    ADC medical file for ███████, for the period from July 17, 2013 to April 1, 2014 (ADC298970 - ADC299328).

2-2440    ADC medical file for ███████, for the period from January 1, 2011 to April 1, 2014 (ADC240840 - ADC240913; and, ADC334858 - ADC334886).

2-2441    Excerpt from ADC medical file for ███████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136531 - ADC136534).

2-2442    ADC medical file for ███████, for the period from January 1, 2011 to October 10, 2013 (ADC182855 - ADC182979).

2-2443      Excerpt from ADC medical file for ███████Security███████, selected during
            Pablo Stewart's site inspection at ASPC-Eyman (ADC136535 -
            ADC136536).

2-2444      ADC medical file for ███████Security███████, for the period from January 1,
            1011 to September 6, 2013 (ADC436225 - ADC436298).

2-2445      ADC medical file for ███████Security███████, for the period from January 1,
            2011 to ███Security███, 2011 (ADC043296 - ADC043308).

2-2446      ADC Criminal Investigations Unit Report No. 2011010081 regarding
            ███████Security███████ (ADC063712 - ADC063836).

2-2447      ADC Mortality Review regarding ███████Security███████ (ADC033674 -
            ADC033678).

2-2448      Excerpt from ADC medical file for ███████Security███████, selected during
            Pablo Stewart's site inspection at ASPC-Perryville (ADC136806 -
            ADC136815).

2-2449      ADC medical file for ███████Security███████, for the period from January
            1, 2011 to April 1, 2014 (ADC159757 - ADC160075; and, ADC289738 -
            ADC289834).

2-2450      Smallwood Prison Dental Services' Correctional Dental Software Patient
            Report for ███████Security███████ (ADC_D002515).

2-2451      ADC medical file for ███████Security███████, for the period from January
            1, 2011 to ███Security███ 2011 (ADC034363 - ADC034429).

2-2452      ADC Criminal Investigations Unit Report No. 2011030222 regarding
            ███████Security███████ (ADC063837 - ADC063967).

2-2453      ADC Mortality Review regarding ███████Security███████ (ADC138584 -
            ADC138588).

2-2454      Excerpt from ADC medical file for ███████Security███████, selected during
            Brie Williams's site inspection at ASPC-Florence (ADC155159).

2-2455      ADC medical file for ███████Security███████, for the period from August
            14, 2013 to April 1, 2014 (ADC299329 - ADC299617).

2-2456    Excerpt from ADC medical file for ███████████, selected during Jay Shulman's site inspection at ASPC-Phoenix (ADC137179 - ADC137184).

2-2457    ADC dental records for ███████████, for the period from January 1, 2009 to November 11, 2013 (ADC_D000880 - ADC_D000888).

2-2458    ADC medical file for ███████████, for the period from January 1, 2011 to April 1, 2014 (ADC436299 - ADC436568; and, ADC299951 - ADC300041).

2-2459    ADC Criminal Investigations Unit Report No. 2011040602 regarding ███████ ███████ (ADC039803 - ADC039815).

2-2460    ADC Mortality Review regarding ███████████ (ADC211675 - ADC211678).

2-2461    Excerpt from ADC medical file for ███████████, selected during Craig Haney's site inspection at ASPC-Florence (ADC136741 - ADC136745).

2-2462    ADC medical file for ███████████, for the period from January 1, 2011 to April 1, 2014 (ADC149080 - ADC149766; and, ADC314571 - ADC314727).

2-2463    ADC Master Record File for ███████████, for the period from November 8, 2013 to April 1, 2014 (ADC370409 - ADC370410).

2-2464    ADC medical file for ███████████, for the period from ███████ ███, 2012 to ███████, 2013 (ADC218018 - ADC218085; and, ADC218438 - ADC218607).

2-2465    ADC Mortality Review regarding ███████████ (ADC211679 - ADC211683).

2-2466    BJS State Prison Inmate Death Report regarding ███████████ (ADC261302 - ADC261304).

2-2467    ADC Criminal Investigations Unit Report No. 2011020131 regarding ███████████ (ADC032879 - ADC032937).

2-2468      Excerpt from ADC medical file for ███████████, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143730 - ADC143733).

2-2469      ADC medical file for ██████████, for the period from April 1, 2013 to April 1, 2014 (ADC289835 - ADC290034; and, ADC284705 - ADC284891).

2-2470      ADC medical file for ████████, for the period from January 1, 2011 to October 7, 2013 (ADC160076 - ADC160427).

2-2471      ADC dental records for █████████, for the period from January 1, 2009 to November 7, 2013 (ADC_D000923 - ADC_D000938).

2-2472      Smallwood Prison Dental Services' Correctional Dental Software Patient Report for █████████ (ADC_D002504).

2-2473      Selected ADC mental health observation records regarding ██████ ████████, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171201 - ADC171203).

2-2474      ADC medical file for ██████████, for the period from ██████, 2012 to ██████, 2013 (ADC218608 - ADC218942).

2-2475      ADC Mortality Review regarding ████████████ (ADC211684 - ADC211688).

2-2476      ADC medical file for █████████, for the period from January 1, 2011 to April 1, 2014 (ADC149767 - ADC149815; and, ADC290035 - ADC290076).

2-2477      ADC Master Record File for ██████████, for the period from November 8, 2013 to April 1, 2014 (ADC370411 - ADC370420).

2-2478      ADC dental records for █████████, for the period from January 1, 2009 to November 13, 2013 (ADC_D001803 - ADC_D001814; and, ADC_D000218 - ADC_D000226).

2-2479      Smallwood Prison Dental Services' Correctional Dental Software Patient Report for █████████ (ADC_D002510).

2-2480    ADC medical file for ████████Security████████, for the period from November 8, 2013 to April 1, 2014 (ADC369002 - ADC369021).

2-2481    ADC Master Record File for ████████Security████████, up through April 1, 2014 (ADC139635 - ADC139682; and, ADC282648 - ADC282714).

2-2482    ADC medical file for ████████Security████████, for the period from January 1, 2011 to March 7, 2014 (ADC182980 - ADC183072; and, ADC300042 - ADC300090).

2-2483    ADC Master Record File for ████████Security████████, for the period from November 8, 2013 to April 1, 2014 (ADC370421 - ADC370447).

2-2484    ADC medical file for ████████Security████████, for the period from January 1, 2011 to ████Security████, 2012 (ADC044182 - ADC044455).

2-2485    ADC Criminal Investigations Unit Report and Activity Summary No. 2012020210 regarding ████████Security████████ (ADC085387 - ADC085467; and ADC192973).

2-2486    ADC Mortality Review regarding ████████Security████████ (ADC138436 - ADC138440).

2-2487    ADC medical file for ████████Security████████, for the period from January 1, 2011 to April 1, 2014 (ADC183073 - ADC183172; and, ADC334887 - ADC334918).

2-2488    ADC Master Record File for ████████Security████████, for the period from November 8, 2013 to April 1, 2014 (ADC370448 - ADC370460).

2-2489    ADC Master Record File for ████████Security████████, up through April 1, 2014 (ADC139136 - ADC139164; and, ADC332111 - ADC332155).

2-2490    ADC medical file for ████████Security████████, for the period from November 8, 2013 to April 1, 2014 (ADC369022 - ADC369042).

2-2491    ADC Master Record File for ████████Security████████, up through April 1, 2014 (ADC139164 - ADC139304, and, ADC282715 - ADC282729).

2-2492    ADC medical file for ████████Security████████, for the period from January 11, 2011 to August 19, 2013 (ADC164450 - ADC164545).

2-2493      ADC medical file for ███████████, for the period from January
            1, 2011 to April 1, 2014 (ADC183354 - ADC183493; and, ADC300191 -
            ADC300254).

2-2494      ADC medical file for ███████████, for the period from
            ███████, 2012 to ████████, 2013 (ADC338713 - ADC338981; and,
            ADC355980 - ADC355981).

2-2495      ADC Mortality Review regarding ████████████ (ADC359591
            - ADC359594).

2-2496      BJS State Prison Inmate Death Report regarding █████████████
            (ADC406270 - ADC406272).

2-2497      Pima County Medical Examiner's Office report regarding ███████████,
            ████████ (ADC422882 - ADC422886).

2-2498      ADC medical file for ███████████, for the period from ████████
            ██, 2012 to ████████, 2013 (ADC214608 - ADC215007).

2-2499      ADC Mortality Review regarding ████████████ (ADC197278
            - ADC197281).

2-2500      ADC dental records for ███████████, for the period from
            December 1, 1995 to October 14, 2013 (ADC_D001449 - ADC_D001459;
            and, ADC_D001460 - ADC_D001473).

2-2501      ADC dental records for ███████████, for the period from
            January 1, 2009 to November 13, 2013 (ADC_D001828 - ADC_D001849).

2-2502      ADC Criminal Investigations unit Report No. 2011020235 regarding
            ████████████ (ADC032938 - ADC033024).

2-2503      Excerpt from ADC medical file for ███████████, selected during
            Craig Haney's site inspection at ASPC-Florence (ADC136746 -
            ADC136752).

2-2504      ADC medical file for ███████████, for the period from January 1,
            2011 to April 1, 2014 (ADC149816 - ADC149887; and, ADC314728 -
            ADC314769).

2-2505    ADC Master Record File for [Security], up through April 1, 2014 (ADC145154 - ADC145274; and, ADC370461 - ADC370468).

2-2506    Excerpt from ADC medical file for [Security], selected during Brie Williams's site inspection at ASPC-Eyman (ADC154614 - ADC154621).

2-2507    ADC medical file for [Security], for the period from January 1, 2011 to April 1, 2014 (ADC345791 - ADC346024; and, ADC363536 - ADC363575).

2-2508    Excerpt from ADC medical file for [Security], selected during Pablo Stewart's site inspection at ASPC-Phoenix (ADC136989 - ADC137013).

2-2509    ADC medical file for [Security], for the period from January 1, 2011 to April 1, 2014 (ADC436569 - ADC436762; and, ADC334919 - ADC335036).

2-2510    ADC medical file for [Security], for the period from July 16, 2013 to [Security], 2013 (ADC355982 - ADC356147).

2-2511    ADC Mortality Review regarding [Security] (ADC364261 - ADC364264).

2-2512    Pima County Medical Examiner's Office report regarding [Security], [Security] (ADC422887 - ADC422891).

2-2513    ADC medical file for [Security], as of July 31, 2013 (ADC136007 - ADC136210).

2-2514    ADC Significant Incident Report No. 14-03466 and video regarding March 19, 2014 self-harming by [Security] (ADC280940 - ADC280941; and ADC320110).

2-2515    ADC medical file for [Security], for the period from [Security], 2012 to [Security], 2013 (ADC356148 - ADC356421; and, ADC356422 - ADC356490).

2-2516    ADC Mortality Review regarding [Security] (ADC364265 - ADC364268).

2-2517      Pima County Medical Examiner's Office report regarding ███████████,
            ████████ (ADC422892 - ADC422896).

2-2518      ADC dental records for ████████████████, for the period from
            January 1, 2009 to September 3, 2013 (ADC170227 - ADC170271).

2-2519      ADC medical file for ████████████████, for the period from
            ████████, 2012 to ████████, 2013 (ADC338982 - ADC339116; and,
            ADC356512 - ADC356656).

2-2520      ADC Mortality Review regarding ███████████████
            (ADC359595 - ADC359598).

2-2521      BJS State Prison Inmate Death Report regarding ████████████,
            ████████ (ADC406172 - ADC406174).

2-2522      Maricopa County Medical Examiner's Office report regarding ██████████
            ████████ (ADC422897 - ADC422900).

2-2523      Excerpt from ADC medical file for ████████████████, selected
            during Craig Haney's site inspection at ASPC-Florence (ADC136753).

2-2524      Excerpt from ADC medical file for ████████████████, selected
            during Brie Williams's site inspection at ASPC-Florence (ADC155160 -
            ADC155167).

2-2525      ADC medical file for ███████████████, for the period from
            January 1, 2011 to April 1, 2014 (ADC436763 - ADC437036; and,
            ADC314825 - ADC314882).

2-2526      ADC medical file for ███████████████, for the period from
            January 1, 2011 to April 1, 2014 (ADC437037 - ADC437464; and,
            ADC290077 - ADC290280).

2-2527      ADC dental records for ████████████████, for the period from January
            1, 2009 to November 13, 2013 (ADC170272 - ADC170297).

2-2528      ADC medical file for ███████████████, for the period from January
            1, 2011 to April 1, 2014 (ADC183494 - ADC183653; and, ADC315039 -
            ADC315079).

2-2529    ADC medical file for ███████ Security ███████, for the period from June 20, 2012 to April 1, 2014 (ADC164546 - ADC164716; and, ADC300255 - ADC33556).

2-2530    ADC supplemental dental records for ███████ Security ███████, #045655, for the period from January 1, 2009 to November 13, 2013 (ADC170298 - ADC170311; and, ADC145907 - ADC145914).

2-2531    ADC medical file for ███████ Security ███████ for the period from July 1, 2012 to January 2, 2014 (ADC_P001063 - ADC_P001317).

2-2532    ADC Significant Incident Report No. 13-13171, use of force review, and video regarding November 5, 2013 self-harming by ███████ Security ███████, ███████ Security ███████ (ADC_P001047 - ADC_P001061; and ADC_P001062).

2-2533    ADC dental records for ███████ Security ███████, for the period from January 1, 2009 to September 26, 2013 (ADC165669 - ADC165707).

2-2534    Smallwood Prison Dental Services' Correctional Dental Software Patient Report for ███████ Security ███████ (ADC_D002506).

2-2535    Excerpt from ADC medical file for ███████ Security ███████, selected during Brie Williams's site inspection at ASPC-Perryville (ADC166256 - ADC166270).

2-2536    ADC medical file for ███████ Security ███████, for the period from January 31, 2014 to April 1, 2014 (ADC369043 - ADC369046).

2-2537    ADC Master Record File for ███████ Security ███████, up through January 31, 2014 (ADC169870 - ADC169919; and, ADC332156 - ADC332222).

2-2538    ADC Criminal Investigations Unit Report No. 2011030256 regarding ███████ Security ███████ (ADC064673 - ADC064839).

2-2539    ADC Mortality Review regarding ███████ Security ███████ (ADC033684 - ADC033688).

2-2540    Excerpt from ADC medical file for ███████ Security ███████, selected during Pablo Stewart's site inspection at ASPC-Phoenix (ADC137014 - ADC137020).

2-2541    ADC medical file for ███████████, for the period from ███████ 2012 to ███████ 2013 (ADC356657 - ADC356785).

2-2542    ADC Mortality Review regarding ███████████ (ADC364784 - ADC364787).

2-2543    Pima County Medical Examiner's Office report regarding ███████, ███████ (ADC422901 - ADC422908).

2-2544    ADC medical file for ███████████, for the period from October 24, 2013 to April 1, 2014 (ADC284892 - ADC284967).

2-2545    ADC medical file for ███████████, for the period from January 1, 2011 to August 19, 2013 (ADC149888 - ADC150069).

2-2546    Excerpt from ADC medical file for ███████████, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137164 - ADC137172).

2-2547    ADC medical file for ███████████, for the period from July 15, 2013 to April 1, 2014 (ADC369047 - ADC369112).

2-2548    ADC Master Record File for ███████████, up through April 1, 2014 (ADC207405 - ADC207486; and, ADC282730 - ADC282738).

2-2549    ADC medical file for ███████████, for the period from January 31, 2014 to April 1, 2014 (ADC370938 - ADC370962).

2-2550    ADC Master Record File for ███████████, up through April 1, 2014 (ADC169920 - ADC169945; and, ADC370469 - ADC370492).

2-2551    ADC Administrative Investigations Unit Report No. 2011-0070 regarding ███████████ (ADC192974 - ADC193231).

2-2552    ADC Mortality Review regarding ███████████ (ADC138614 - ADC138618).

2-2553    Excerpt from ADC medical file for ███████████, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154622 - ADC154630).

2-2554    Excerpt from ADC medical file for ████████ , selected during Pablo Stewart's site inspection at ASCP-Eyman (ADC136537 - ADC136578).

2-2555    ADC medical file for ████████ , for the period from January 1, 2011 to April 1, 2014 (ADC270608 - ADC271046; and, ADC300693 - ADC301017).

2-2556    ADC medical file for ████████ , for the period from ████ 2012 to ████ , 2013 (ADC360321 - ADC360535).

2-2557    ADC Administrative Investigations Unit Report No. 2013-1767 regarding ████████ (ADC423967 - ADC424139).

2-2558    ADC Mortality Review regarding ████████ (ADC364788 - ADC364791).

2-2559    ADC Psychological Autopsy regarding ████████ (ADC361548 - ADC361555).

2-2560    BJS State Prison Inmate Death Report regarding ████████ , ████ (ADC406178 - ADC406180).

2-2561    Pinal County Medical Examiner's Office report regarding ████████ ████ (ADC422907 - ADC422911).

2-2562    ADC medical file for ████████ , for the period from July 6, 2011 to November 20, 2013 (ADC243044 - ADC243279).

2-2563    ADC medical file for ████████ , for the period from January 1, 2011 to ████ , 2011 (ADC034430 - ADC304438).

2-2564    ADC Criminal Investigation Unit Report No. 2011030118 regarding ████ ████████ (ADC064840 - ADC065029).

2-2565    ADC Mortality Review regarding ████████ (ADC138599 - ADC138603).

2-2566    ADC medical file for ████████ , for the period from January 1, 2011 to September 27, 2013 (ADC167538 - ADC167715).

2-2567      Excerpt from ADC medical file for [Security], selected during Pablo Stewart's site inspection at ASPC-Phoenix (ADC137021 - ADC137029).

2-2568      ADC medical file for [Security], for the period from January 1, 2011 to October 7, 2013 (ADC183654 - ADC183834).

2-2569      ADC medical file for [Security], for the period from January 1, 2011 to [Security], 2012 (ADC044456 - ADC044840).

2-2570      ADC Criminal Investigations Unit Report No. 2012020200 regarding [Security] (ADC085468 - ADC085512).

2-2571      ADC Mortality Review regarding [Security] (ADC138376 - ADC138380).

2-2572      ADC Criminal Investigations Unit Report No. 2011020052 regarding [Security] (ADC085513 - ADC085633).

2-2573      ADC medical file for [Security], for the period from January 1, 2011 to [Security] 2012 (ADC044841 - ADC044994).

2-2574      ADC Criminal Investigations Unit Report No. 2012020062 regarding [Security] [Security] (ADC193394 - ADC193498).

2-2575      ADC Administrative Investigations Unit Report No. 2012-0230 regarding [Security] (ADC193232 - ADC193393).

2-2576      ADC Mortality Review regarding [Security] (ADC033689 - ADC033693).

2-2577      ADC Psychological Autopsy regarding [Security] (ADC257124 - ADC257129).

2-2578      Excerpt from ADC medical file for [Security], selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136579 - ADC136586).

2-2579      ADC medical file for [Security], for the period from January 1, 2011 to April 1, 2014 (ADC271047 - ADC271397; and, ADC301018 - ADC301113).

2-2580        Excerpt from ADC medical file for ███████ , selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136587 - ADC136631).

2-2581        ADC medical file for ███████ , for the period from January 1, 2011 to April 1, 2014 (ADC271398 - ADC271651; and, ADC290281 - ADC290662).

2-2582        Smallwood Prison Dental Services' Correctional Dental Software Patient Report for ███████ (ADC_D002512).

2-2583        ADC medical file for ███████ , for the period from ███████ 2012 to ███████ 2013 (ADC215008 - ADC215234).

2-2584        ADC Mortality Review regarding ███████ (ADC211689 - ADC211693).

2-2585        BJS State Prison Inmate Death Report ███████ (ADC261307 - ADC261309).

2-2586        Excerpt from ADC medical file for ███████ , selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136661 - ADC136663).

2-2587        ADC medical file for ███████ , for the period from January 1, 2011 to April 1, 2014 (ADC346025 - ADC346336).

2-2588        ADC medical file for ███████ , for the period from January 1, 2011 to April 1, 2014 (ADC183835 - ADC183920; and, ADC301184 - ADC301310).

2-2589        ADC Master Record File for ███████ , for the period from November 8, 2013 to April 1, 2014 (ADC370493 - ADC370495).

2-2590        ADC dental records for ███████ , for the period from January 1, 2009 to August 12, 2013 (ADC153525 - ADC153555).

2-2591        ADC medical file for ███████ , for the period from January 31, 2014 to April 1, 2014 (ADC369113 - ADC369121).

2-2592        ADC Master Record File for ███████ , up through October 4, 2013 (ADC169946 - Adc169959).

2-2593    ADC medical file for ███████████████, for the period from January
          1, 2011 to April 1, 2014 (ADC183921 - ADC184031; ADC243344 -
          ADC243360; and, ADC301311 - ADC301394).

2-2594    Excerpt from ADC medical file for ██████████████████, selected
          during Brie Williams's site inspection at ASPC-Florence (ADC155168 -
          ADC155173).

2-2595    ADC medical file for ██████████████████, for the period from
          August 14, 2013 to April 1, 2014 (ADC301517 - ADC301540).

2-2596    ADC medical file for ███████████████, for the period from January
          1, 2011 to April 1, 2014 (ADC184032 - ADC184152; and, ADC315227 -
          ADC315269).

2-2597    ADC Master Record File for ████████████████, for the period from
          November 8, 2013 to April 1, 2014 (ADC370496 - ADC370506).

2-2598    ADC medical file for ███████████████████, for the period from
          September 15, 2011 to ████████ 2011 (ADC044995 - ADC045043).

2-2599    ADC Criminal Investigations Unit Report No. 2011030223 regarding
          ████████████████ (ADC065030 - ADC065148).

2-2600    ADC Mortality Review regarding ██████████████████ (ADC138589 -
          ADC138593).

2-2601    ADC medical file for ██████████████████, for the period from January
          1, 2011 to ████████, 2012 (ADC045044 - ADC045537).

2-2602    ADC Criminal Investigations Unit Report No. 2012020179 regarding
          ████████████████ (ADC085645 - ADC085739).

2-2603    ADC Mortality Review regarding ████████████████████ (ADC138401 -
          ADC138405).

2-2604    ADC dental records for ████████████████████, for the period from
          January 1, 2009 to October 4, 2013 (ADC170315 - ADC170325).

2-2605    ADC medical file for ███████████████████, for the period from January 1,
          2011 to April 1, 2014 (ADC346337 - ADC346528; and, ADC363576 -
          ADC363649).

2-2606        Excerpt from ADC medical file for █████████, selected
              during Brie Willams's site inspection at ASPC-Florence (ADC155174 -
              ADC155186).

2-2607        ADC medical file for █████████, for the period from
              January 1, 2011 to April 1, 2014 (ADC437465 - ADC437751; and,
              ADC315356 - ADC315504).

2-2608        ADC Significant Incident Report No. 14-00755 and use for force review
              and video regarding January 17, 2014 refusal to rehouse and assault on staff
              by █████████ (ADC321656 - ADC321666; and
              ADC320225).

2-2609        Smallwood Prison Dental Services' Correctional Dental Software Patient
              Report for █████████ (ADC_D002508).

2-2610        Excerpt from ADC medical file for █████████, selected during
              Robert Cohen's site inspection at ASPC-Lewis (ADC200210 -
              ADC200211).

2-2611        ADC medical file for █████████, for the period from January 1,
              2011 to October 15, 2013 (ADC346529 - ADC349839; and, ADC346840 -
              ADC346865).

2-2612        ADC medical file for █████████, for the period from January
              1, 2011 to April 1, 2014 (ADC184153 - ADC184344; and, ADC301541 -
              ADC301656).

2-2613        ADC medical file for █████████, for the period from May 30,
              2012 to █████ 2013 (ADC218943 - ADC219365).

2-2614        ADC Mortality Review regarding █████████ (ADC211694 -
              ADC211698).

2-2615        Excerpt from ADC medical file for █████████, selected during
              Brie Williams's site inspection at ASPC-Eyman (ADC154631 -
              ADC154637).

2-2616        ADC Master Record File for █████████, up through October 4,
              2013 (ADC169960 - ADC169979).

2-2617      ADC medical file for ███████████████, for the period from
            January 1, 2011 to April 1, 2014 (ADC184494 - ADC184617; and,
            ADC315549 - ADC315587).

2-2618      ADC dental records for ███████████████, for the period from
            January 1, 2009 to November 12, 2013 (ADC_D001918 - ADC_D001924).

2-2619      Excerpt from ADC medical file for ███████████████, selected
            during Pablo Stewart's site inspection at ASPC-Eyman (ADC136632 -
            ADC136635).

2-2620      ADC medical file for ███████████████, for the period from
            January 1, 2011 to April 1, 2014 (ADC184618 - ADC184871; and,
            ADC290663 - ADC290717).

2-2621      ADC medical file for ███████████████, for the period from
            January 1, 2011 to ███████ 2011 (ADC034439 - ADC034461).

2-2622      ADC Criminal Investigations Unit Report No. 2011100240 regarding
            ███████████████ (ADC065324 - ADC065361).

2-2623      ADC Mortality Review regarding ███████████████ (ADC138604
            - ADC138608).

2-2624      ADC medical file for ███████████████, for the period from January
            1, 2011 to April 1, 2014 (ADC243446 - ADC243606; and, ADC302886 -
            ADC302897).

2-2625      ADC medical file for ███████████████, for the period from January
            1, 2011 to April 1, 2014 (ADC184872 - ADC185116; and, ADC290718 -
            ADC290735).

2-2626      ADC Master Record File for ███████████████, for the period from
            November 8, 2013 to April 1, 2014 (ADC370507 - ADC370545).

2-2627      ADC medical file for ███████████████, for the period from January
            1, 2011 to March 3, 2013 (ADC251581 - ADC251823).

2-2628      ADC medical file for ███████████████, for the period from
            January 1, 2011 to ███████, 2012 (ADC087941 - ADC088069).

2-2629   ADC Criminal Investigations Unit Report No. 2012020029 regarding ██████ ██████ (ADC072551 - ADC072828).

2-2630   ADC Mortality Review regarding ████████████ (ADC197286 - ADC197290).

2-2631   ADC Psychological Autopsy regarding ████████████ (ADC257130 - ADC257134).

2-2632   ADC dental records for ██████████, for the period from January 1, 2009 to November 11, 2013 (ADC_D001183 - ADC_D001217).

2-2633   ADC medical file for ████████████, for the period from July 1, 2012 to January 6, 2014 (ADC_P005220 - ADC005510).

2-2634   Selected ADC mental health observation records regarding ██████████ ██████████, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171210).

2-2635   ADC Criminal Investigations Unit Report No. 2011030119, including medical records, regarding ████████████ (ADC193499 - ADC194264).

2-2636   ADC Mortality Review regarding ████████████ (ADC211699 - ADC211703).

2-2637   ADC medical file for ██████████, for the period from July 14, 2010 to April 1, 2014 (ADC205146 - ADC205598; and, ADC284968 - ADC285194).

2-2638   ADC Criminal Investigations Unit Report No. 2012030039 regarding ██████████ (ADC086270 - ADC086398).

2-2639   ADC Administrative Investigations Unit Report No. 2012-0175 regarding ██████████ (ADC047369 - ADC047719).

2-2640   ADC Mortality Review regarding ████████████ (ADC138346 - ADC138350).

2-2641   Excerpt from ADC medical file for ██████████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136636 - ADC136642).

2-2642   ADC medical file for ██████ Security ██████, for the period from January 1, 2011 to August 22, 2013 (ADC437752 - ADC437919).

2-2643   ADC medical file for ██████ Security ██████, for the period from January 1, 2011 to April 1, 2014 (ADC185206 - ADC185535; and, ADC302898 - ADC302956).

2-2644   ADC Master Record File for ██████ Security ██████, for the period from November 8, 2013 to April 1, 2014 (ADC370546 - ADC370556).

2-2645   ADC Significant Incident Report No. 13-12168, use for force review, and video regarding October 11, 2013 refusal to submit to restraints and self-harming by ██████ Security ██████ (ADC320157 - ADC320173; and ADC320185).

2-2646   Excerpt from ADC medical file for ██████ Security ██████, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143747 - ADC143752).

2-2647   ADC medical file for ██████ Security ██████, for the period from January 1, 2011 to December 12, 2013 (ADC437920 - ADC438113).

2-2648   ADC medical file for ██████ Security ██████, for the period from January 1, 2011 to April 1, 2014 (ADC164717 - ADC165160; and, ADC315692 - ADC315767).

2-2649   Excerpt from ADC medical file for ██████ Security ██████, selected during Robert Cohen's site inspection at ASPC-Lewis (ADC136211).

2-2650   ADC medical file for ██████ Security ██████, for the period from January 1, 2011 to April 1, 2014 (ADC150070 - ADC151259; and, ADC315768 - ADC316012).

2-2651   ADC Master Record File for ██████ Security ██████, up through April 1, 2014 (ADC258259 - ADC258607; and, ADC370557 - ADC370598).

2-2652   ADC medical file for ██████ Security ██████, for the period from April 1, 2011 to April 1, 2014 (ADC185536 - ADC185674; and, ADC369122 - ADC369160).

2-2653   ADC Master Record File for ██████ Security ██████, for the period from November 8, 2013 to April 1, 2014 (ADC370599 - ADC370623).

2-2654        Excerpt from ADC medical file for ██████Security██████, selected
              during Pablo Stewart's site inspection at ASPC-Lewis (ADC143753 -
              ADC143772).

2-2655        ADC medical file for ██████Security██████, for the period from
              January 1, 2011 to April 1, 2014 (ADC151260 - ADC151602; and,
              ADC302957 - ADC303023).

2-2656        Excerpt from ADC medical file for ██████Security██████, selected
              during Craig Haney's site inspection at ASPC-Florence (ADC136754).

2-2657        ADC medical file for ██████Security██████, for the period from July 15,
              2013 to April 1, 2014 (ADC369161 - ADC369235).

2-2658        ADC Master Record File for ██████Security██████, up through
              September 25, 2013 (ADC229506 - ADC229673).

2-2659        Excerpt from ADC medical file for ██████Security██████, selected
              during Pablo Stewart's site inspection at ASPC-Eyman (ADC136643 -
              ADC136648).

2-2660        ADC medical file for ██████Security██████, for the period from January
              1, 2011 to ██Security██ 2013 (ADC271652 - ADC272123; and,
              ADC316013 - ADC316247).

2-2661        ADC Mortality Review regarding ██████Security██████ (ADC359599 -
              ADC359602).

2-2662        BJS State Prison Inmate Death Report regarding ██████Security██████
              (ADC406216 - ADC406218).

2-2663        Maricopa County Medical Examiner's Office report regarding ██Security██
              ██Security██ (ADC422914 - ADC422917).

2-2664        ADC medical file for ██████Security██████, for the period from ██Security██ 2012
              to ██Security██ 2013 (ADC219366 - ADC220037).

2-2665        ADC Mortality Review regarding ██████Security██████ (ADC211704 -
              ADC211708).

2-2666        ADC medical file for ██████Security██████, for the period from January
              1, 2011 to October 28, 2013 (ADC438558 - ADC435713).

2-2667     Excerpt from ADC medical file for ██████████, selected during
           Pablo Stewart's site inspection at ASPC-Eyman (ADC136649 -
           ADC136650).

2-2668     ADC medical file for ██████████, for the period from January 1,
           2011 to April 1, 2014 (ADC272124 - ADC272547; and, ADC303024 -
           ADC303245).

2-2669     Excerpt from ADC medical file for ██████████, selected
           during Pablo Stewart's site inspection at ASPC-Eyman (ADC143547 -
           ADC143558).

2-2670     ADC medical file for ██████████, for the period from January
           31, 2014 to April 1, 2014 (ADC369236 - ADC369309).

2-2671     ADC Master Record File for ██████████, up through
           September 17, 2013 (ADC169980 - ADC170005).

2-2672     ADC medical file for ██████████, for the period from January
           1, 2011 to ████████, 2012 (ADC034462 - ADC034615).

2-2673     ADC Criminal Investigations Unit Report No. 2012030015 regarding ████████
           ████████ (ADC039967 - ADC040008).

2-2674     ADC Mortality Review regarding ██████████ (ADC138182 -
           ADC138186).

2-2675     ADC Significant Incident Report No. 13-15322 and use for force review
           regarding December 25, 2013 refusal to submit to strip search and self-
           harming by ██████████ (ADC382674 - ADC382688).

2-2676     ADC Significant Incident Report No. 14-00025 and use for force review
           regarding January 1, 2014 refusal to submit to restraints for cell integrity
           check by ██████████ (ADC382689 - ADC382703).

2-2677     Excerpt from ADC medical file for ██████████, selected during
           Pablo Stewart's site inspection at ASPC-Eyman (ADC136651 -
           ADC136654).

2-2678     ADC medical file for ██████████, for the period from January 1,
           2011 to August 26, 2013 (ADC438714 - ADC438862).

2-2679      ADC medical file for ███████████, for the period from October 15, 2013 to December 11, 2013 (ADC303246 - ADC303262).

2-2680      ADC medical file for ███████████, for the period from January 1, 2011 to April 1, 2014 (ADC151603 - ADC151992; and, ADC290774 - ADC290902).

2-2681      ADC Master Record File for ███████████, for the period from November 8, 2013 to April 1, 2014 (ADC370624 - ADC370628).

2-2682      ADC medical file for ███████████, for the period from January 1, 2011 to ███████, 2012 (ADC045538 - ADC045578).

2-2683      ADC Mortality Review for ███████████ (ADC138506 - ADC138510).

2-2684      ADC medical file for ███████████, for the period from January 1, 2012 to July 29, 2013 (ADC127482 - ADC127621).

2-2685      Excerpt from ADC medical file for ███████████, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154638 - ADC154642).

2-2686      ADC medical file for ███████████, for the period from January 1, 2011 to April 1, 2014 (ADC165161 - ADC165338; and, ADC303263 - ADC303351).

2-2687      ADC Significant Incident Report No. 13-12065 and video regarding October 8, 2013 refusal to submit to restraints by ███████████ (ADC293013 - ADC293021; and, ADC320105).

2-2688      ADC Significant Incident Report No. 13-15422 regarding December 27, 2013 refusal to submit to restraints by ███████████ (ADC320050 - ADC320051).

2-2689      ADC dental records for ███████████, for the period from August 19, 2011 to October 2, 2013 (ADC170326 - ADC170338).

2-2690      ADC medical file for ███████████, for the period from July 20, 2013 to August 31, 2013 (ADC285195 - ADC285222).

2-2691     ADC medical file for ████████ █████ ████, for the period from
           January 1, 2011 to April 1, 2014 (ADC185675 - ADC185798; and,
           ADC303352 - ADC303446).

2-2692     ADC medical file for ████████ █████ ████, for the period from
           ████████ 2012 to ████████ 2013 (ADC370963 - ADC371774;
           ADC357032 - ADC357292).

2-2693     Tempe St. Luke's hospital records for ████████ █████ ████, for the
           period from ████████ 2012 to ████████ 2013 (ADC371775 -
           ADC372077; ADC372078 - ADC372569; ADC372570 - ADC373177;
           ADC373178 - ADC373771; ADC373772 - ADC374407; ADC374408 -
           ADC375061; ADC375062 - ADC375080; ADC375081 - ADC375396;
           ADC375397 - ADC377155; and, ADC377156 - ADC378368).

2-2694     ADC Mortality Review regarding ████████ █████ ████
           (ADC364800 - ADC364803).

2-2695     Maricopa County Medical Examiner's Office report regarding ████████
           ████████ (ADC422918 - ADC422920).

2-2696     ADC medical file for ████████ █████ ████, for the period from
           December 27, 2012 to ████████, 2013 (ADC357293 - ADC357854).

2-2697     ADC Mortality Review regarding ████████ █████ ████ (ADC364804 -
           ADC364807).

2-2698     Maricopa County Medical Examiner's Office report regarding ████████
           ████████ (ADC422921 - ADC422924).

2-2699     ADC dental records for ████████ █████ ████, for the period from
           January 1, 2009 to September 25, 2013 (ADC170339 - ADC170393; and
           ADC145935 - ADC145941).

2-2700     ADC medical grievance file no. A02-83-011, regarding dental charge
           grievance submitted by ████████ █████ ████, on December 14, 2011
           (ADC194629 - ADC194648).

2-2701     Excerpt from ADC medical file for ████████ █████ ████, selected during
           Pablo Stewart's site inspection at ASPC-Eyman (ADC136655 -
           ADC136660).

2-2702    ADC medical file for ██████Security██████, for the period from January 1, 2011 to April 1, 2014 (ADC272548 - ADC272655; and, ADC303447 - ADC303464).

2-2703    ADC medical file for ██████Security██████, for the period from January 1, 2013 to April 1, 2014 (ADC438863 - ADC439164; and, ADC316519 - ADC316647).

2-2704    Excerpt from ADC medical file for ██████Security██████, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154643 - ADC154650).

2-2705    Excerpt from ADC medical file for ██████Security██████, selected during Robert Cohen's site inspection at ASPC-Lewis (ADC200220 - ADC200236).

2-2706    ADC medical file for ██████Security██████, for the period from January 1, 2011 to ████Security████, 2013 (ADC439165 - ADC439296; and, ADC357855 - ADC358257).

2-2707    ADC Mortality Review regarding ██████Security██████ (ADC364812 - ADC364815).

2-2708    Pinal County Medical Examiner's Office report regarding ██████Security██████, ████Security████ (ADC422929 - ADC422933).

2-2709    ADC medical file for ██████Security██████, for the period from ████Security████, 2012 to ████Security████, 2013 (ADC339375 - ADC339544; and, ADC358258 - ADC358260).

2-2710    ADC Mortality Review regarding ██████Security██████ (ADC364816 - ADC364819).

2-2711    Pima County Medical Examiner's Office report regarding ██████Security██████ ████Security████ (ADC422934 - ADC422938).

2-2712    ADC medical file for ██████Security██████, for the period from ████Security████, 2012 to ████Security████, 2013 (ADC339545 - ADC339684).

2-2713    ADC Mortality Review regarding ██████Security██████ (ADC364820 - ADC364823).

2-2714    BJS State Prison Inmate Death Report regarding ██████████ (ADC406279 - ADC406281)

2-2715    Maricopa County Medical Examiner's Office report regarding ██████████, ██████████ (ADC422939 - ADC422942).

2-2716    ADC medical file for ██████████, for the period from January 1, 2011 to April 1, 2014 (ADC185799 - ADC185892; and, ADC303465 - ADC303514).

2-2717    ADC medical file for ██████████, for the period from April 8, 1991 to October 23, 2012 (ADC131406 - ADC133192).

2-2718    ADC medical file for ██████████, for the period from ██████████, 2012 to ██████████, 2013 (ADC358262 - ADC258824).

2-2719    ADC Mortality Review regarding ██████████ (ADC335122 - ADC335125).

2-2720    BJS State Prison Inmate Death Report regarding ██████████ (ADC406222 - ADC406224).

2-2721    Pima County Medical Examiner's Office report regarding ██████████, ██████████ (ADC422943 - ADC422946).

2-2722    ADC medical file for ██████████, for the period from January 1, 2011 to April 1, 2014 (ADC185893 - ADC186006; and, ADC316648 - ADC316729).

2-2723    ADC Master Record File for ██████████, for the period from November 8, 2013 to April 1, 2014 (ADC370629 - ADC370667).

2-2724    ADC Criminal Investigations Unit Report No. 2011020063 regarding ██████████ (ADC033191 - ADC033335).

2-2725    ADC Mortality Review regarding ██████████ (ADC138624 - ADC138628).

2-2726    ADC medical file for ██████████, for the period from October 27, 2011 to December 26, 2013 (ADC252106 - ADC252323).

2-2727    ADC medical file for ██████████, for the period from January 1, 2011 to ██████████, 2012 (ADC045579 - ADC046408).

2-2728      ADC Criminal Investigations Unit Report No. 2012030132 regarding ███████ (ADC072836 - ADC072987).

2-2729      ADC Mortality Review regarding ███████ (ADC138407 - ADC138410).

2-2730      ADC medical file for ███████, for the period from January 1, 2011 to April 1, 2014 (ADC186007 - ADC186230; and, ADC303620 - ADC303812).

2-2731      ADC Significant Incident Report No. 13-14656 regarding December 10, 2013 suicide attempt by ███████ (ADC281144 - ADC281175).

2-2732      ADC Significant Incident Report No. 14-00433  and use for force review regarding January 10, 2014 self-harming by ███████ (ADC293430 - ADC293445).

2-2733      ADC Significant Incident Report No. 14-03572 regarding March 21, 2014 suicide attempt by ███████ (ADC281476 - ADC281609).

2-2734      ADC Significant Incident Report No. 14-03122 and use of force review regarding March 11, 2014 inmate assault involving ███████, ███████ (ADC364848 - ADC364860).

2-2735      Excerpt from ADC medical file for ███████, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137173 - ADC137178).

2-2736      ADC medical file for ███████, for the period from July 23, 2013 to April 1, 2014 (ADC285223 - ADC285260).

2-2737      ADC Master Record File for ███████, for the period from November 8, 2013 to April 1, 2014 (ADC370668 - ADC370707).

2-2738      ADC medical file for ███████, for the period from January 1, 2011 to August 19, 2013 (ADC151993 - ADC152080).

2-2739      ADC medical file for ███████, for the period from ███████, 2012 to ███████, 2013 (ADC218086 - ADC218108).

2-2740      ADC Mortality Review regarding [Security] (ADC211709 - ADC211712).

2-2741      ADC Psychological Autopsy regarding [Security] (ADC211763 - ADC211773).

2-2742      Excerpt from ADC medical file for [Security], selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136664 - ADC136670).

2-2743      ADC medical file for [Security], for the period from January 1, 2011 to October 11, 2013 (ADC186371 - ADC186537).

2-2744      ADC Significant Incident Report No. 13-13451 and use for force review regarding November 11, 2013 self-harming by [Security] (ADC319990 - ADC320001).

2-2745      ADC medical file for [Security], for the period from April 12, 2013 to April 1, 2014 (ADC303813 - ADC303983).

2-2746      Excerpt from ADC medical file for [Security], selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136671 - ADC136674).

2-2747      ADC medical file for [Security], for the period from July 16, 2013 to September 25, 2013 (ADC285261 - ADC285336).

2-2748      ADC Master Record File for [Security], up through September 13, 2013 (ADC258608 - ADC258890).

2-2749      ADC medical file for [Security], for the period from January 1, 2011 to April 1, 2014 (ADC245247 - ADC245286; and, ADC316846 - ADC316955).

2-2750      ADC medical file for [Security], for the period from [Security] 2012 to [Security] 2013 (ADC358825 - ADC359478).

2-2751      ADC Mortality Review regarding [Security] (ADC335126 - ADC335129).

2-2752      BJS State Prison Inmate Death Report regarding [Security], [Security] (ADC406261 - ADC406263).

2-2753      Pima County Medical Examiner's Office report regarding [Security] [Security] (ADC422947 - ADC422951).

2-2754      ADC dental records for [Security], for the period from January 1, 2009 to November 12, 2013 (ADC170394 - ADC170404; and, ADC145942 - ADC145951).

2-2755      ADC medical file for [Security], for the period from July 23, 2013 to October 31, 2013 (ADC370911 - ADC370937).

2-2756      ADC Master Record File for [Security], up through October 31, 2013 (ADC139305 - ADC139449; and, ADC332223 - ADC332259).

2-2757      ADC medical file for [Security], for the period from January 1, 2011 to August 28, 2013 (ADC439486 - ADC439726).

2-2758      Excerpt from ADC medical file for [Security], selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136816 - ADC136823).

2-2759      Selected ADC mental health observation records regarding [Security], [Security], identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171240).

2-2760      ADC medical file for [Security], for the period from January 1, 2011 to April 1, 2014 (ADC439727 - ADC440147; and, ADC290903 - ADC291036).

2-2761      ADC Master Record File for [Security], up through September 16, 2013 (ADC227064 - ADC227230).

2-2762      ADC medical file for [Security], for the period from January 1, 2011 to April 1, (ADC186956 - ADC187228; and, ADC291037 - ADC291123).

2-2763      ADC Master Record File for [Security], for the period from November 8, 2013 to April 1, 2014 (ADC370708 - ADC370712).

2-2764      ADC Significant Incident Report No. 13-13675 regarding November 17, 2013 use of force to stop multiple inmate assault upon [Security], [Security] (ADC320016 - ADC320017).

2-2765      ADC medical file for ███████████, for the period from
            January 1, 2011 to ████████, 2012 (ADC046409 - ADC046442).

2-2766      ADC Criminal Investigations Unit Report No. 2012030059 regarding
            ███████████ (ADC072988 - ADC073107).

2-2767      ADC Mortality Review regarding ███████████ (ADC138197 -
            ADC138201).

2-2768      ADC dental records for ███████████, for the period from January
            1, 2011 to November 25, 2013 (ADC194740 - ADC194792).

2-2769      Smallwood Prison Dental Services' Correctional Dental Software Patient
            Report for ███████████ (ADC_D002511).

2-2770      ADC dental records for ███████████, for the period from January
            1, 2011 to October 3, 2013 (ADC170405 - ADC170413).

2-2771      ADC dental records for ███████████, for the period from January
            1, 2009 to October 2, 2013 (ADC170414; and, ADC165969 -
            ADC165979).

2-2772      ADC medical file for ███████████, for the period from
            November 8, 1999 to March 27, 2013  (ADC089611 – ADC091463;
            ADC107996 - ADC108035).

2-2773      ADC Master Record File for ███████████, up through June
            20, 2013 (ADC258891 - ADC259758).

2-2774      Selected ADC mental health observation records regarding ███████
            ███████, identified for duplication during Plaintiffs' counsels'
            document inspection on November 19, 2013 (ADC171281).

2-2775      ADC Criminal Investigations Unit Report No. 2012100315 regarding
            ███████████ (ADC065362 - ADC065369).

2-2776      ADC Mortality Review regarding ███████████ (ADC211713
            - ADC211716).

2-2777      ADC medical file for ███████████, for the period from February
            5, 2013 to ████████, 2013 (ADC359479 - ADC359574).

2-2778      ADC Mortality Review regarding ███Security███ (ADC364828 - ADC363831).

2-2779      BJS State Prison Inmate Death Report regarding ███Security███ (ADC406243 - ADC406245).

2-2780      Pima County Medical Examiner's Office report regarding ███Security███, ███Security███ (ADC422957 - ADC422961).

2-2781      ADC dental records for ███Security███, for the period from May 17, 2010 to October 13, 2013 (ADC_D000528 - ADC_D000562).

2-2782      ADC medical file for ███Security███, for the period from October 15, 2013 to November 27, 2013 (ADC303984 - ADC304001).

2-2783      ADC medical file for ███Security███, for the period from ███Security███, 2012 to ███Security███, 2013 (ADC215235 - ADC215397).

2-2784      ADC Mortality Review regarding ███Security███ (ADC211717 - ADC211721).

2-2785      BJS State Prison Inmate Death Report regarding ███Security███ (ADC261315 - ADC261317).

2-2786      ADC medical file for ███Security███, for the period from ███Security███, 2012 to ███Security███, 2013 (ADC215398 - ADC215543).

2-2787      ADC Mortality Review regarding ███Security███ (ADC211722 - ADC211726).

2-2788      BJS State Prison Inmate Death Report regarding ███Security███ (ADC261318 - ADC261320).

2-2789      ADC medical file for ███Security███, for the period from ███Security███, 2012 to ███Security███, 2013 (ADC218109 - ADC218342).

2-2790      ADC Mortality Review regarding ███Security███ (ADC215611 - ADC 215615).

2-2791      ADC medical file for ███Security███, for the period from May 9, 2011 to August 19, 2013 (ADC160428 - ADC160769).

2-2792    ADC medical file for ████████████, for the period from January 1, 2011 to April 1, 2014 (ADC187229 - ADC187437; and, ADC304002 - ADC304227).

2-2793    ADC Master Record File for ██████████████, for the period from November 8, 2013 to April 1, 2014 (ADC370713 - ADC370726).

2-2794    ADC medical file for ████████████, for the period from ████████, 2012 to ████████, 2013 (ADC221246 - ADC221656)

2-2795    ADC Mortality Review regarding ████████████████ (ADC425606 - ADC425609)

2-2796    BJS State Prison Inmate Death Report regarding ██████████, ████████ (ADC406228 - ADC406230).

2-2797    ADC medical file for ████████████, for the period from April 1, 2013 to April 1, 2014 (ADC304378 - ADC304961).

2-2798    ADC medical file for ████████████, for the period from January 1, 2011 to April 1, 2014 (ADC252342 - ADC252900; and, ADC304962 - ADC305296).

2-2799    ADC medical file for ████████████, for the period from November 8, 2013 to March 17, 2014 (ADC369310 - ADC369330).

2-2800    ADC Master Record File for ████████████, up through March 17, 2014 (ADC138028 - ADC138176; and, ADC282739 - ADC282760).

2-2801    ADC medical file for ████████████, for the period from ████████ 2012 to ████████, 2013 (ADC218343 - ADC218380).

2-2802    ADC Mortality Review regarding ████████████ (ADC211727 - ADC211731).

2-2803    ADC Psychological Autopsy regarding ████████████ (ADC261275 - ADC261281).

2-2804    ADC medical file for ████████████, for the period from January 1, 2011 to April 1, 2014 (ADC245355 - ADC245426; and, ADC317537 - ADC317588).

2-2805      ADC medical file for ▮▮▮▮▮▮▮▮▮▮▮, for the period from
            September 14, 2009 to October 23, 2012 (ADC133532 - ADC133729).

2-2806      Excerpt from ADC medical file for ▮▮▮▮▮▮▮▮▮▮, selected during
            Brie Williams's site inspection at ASPC-Florence (ADC155187 -
            ADC155193).

2-2807      ADC medical file for ▮▮▮▮▮▮▮▮▮▮, for the period from January 1,
            2011 to April 1, 2014 (ADC272656 - ADC272943; and, ADC305297 -
            ADC305358).

2-2808      Excerpt from ADC medical file for ▮▮▮▮▮▮▮▮▮▮, selected during
            Pablo Stewart's site inspection at ASPC-Eyman (ADC136678 -
            ADC136681).

2-2809      ADC medical file for ▮▮▮▮▮▮▮▮▮▮, for the period from January 1,
            2011 to April 1, 2014 (ADC272944 - ADC273023; and, ADC305359 -
            ADC305408).

2-2810      ADC Master Record File for ▮▮▮▮▮▮▮▮▮▮▮, up through
            September 17, 2013 (ADC259759 - ADC260169).

2-2811      ADC Significant Incident Report No. 13-14604 and video regarding
            December 19, 2013 suicide attempt by ▮▮▮▮▮▮▮▮▮▮▮
            (ADC293304 - ADC293324; and ADC363855).

2-2812      ADC medical file for ▮▮▮▮▮▮▮▮▮, for the period from
            January 1, 2011 to April 1, 2014 (ADC440148 - ADC440586; and,
            ADC291124 - ADC291656).

2-2813      ADC medical file for ▮▮▮▮▮▮▮▮▮, for the period from July 5,
            2012 to April 1, 2014 (ADC187438 - ADC188047; and, ADC305409 -
            ADC305857).

2-2814      ADC Master Record File for ▮▮▮▮▮▮▮▮▮, for the period from
            November 8, 2013 to April 1, 2014 (ADC370727 - ADC370742).

2-2815      ADC Criminal Investigations Unit Report No. 2011040197 regarding
            ▮▮▮▮▮▮▮▮▮ (ADC040273 - ADC040343).

2-2816      ADC Mortality Review regarding ▮▮▮▮▮▮▮▮▮ (ADC211732 -
            ADC211736).

2-2817      ADC Master Record File for ███████ Security ███████, up through
            September 17, 2013 (ADC170006 - ADC170046).

2-2818      ADC Mortality Review regarding ███████ Security ███████ (ADC197309 -
            ADC197312).

2-2819      Excerpt from ADC medical file for ███████ Security ███████, selected during
            Pablo Stewart's site inspection at ASPC-Phoenix (ADC137030 -
            ADC137041).

2-2820      ADC medical file for ███████ Security ███████, for the period from September
            11, 1975 to April 1, 2014 (ADC273024 - ADC275551; and, ADC291657 -
            ADC291810).

2-2821      ADC medical file for ███████ Security ███████, for the period from April
            21, 2012 to April 21, 2013 (ADC218381 - ADC218437).

2-2822      ADC Psychological Autopsy regarding ███████ Security ███████
            (ADC257135 - ADC257138).

2-2823      Excerpt from ADC medical file for ███████ Security ███████, selected
            during Brie Williams's site inspection at ASPC-Eyman (ADC154651 -
            ADC154653).

2-2824      ADC medical file for ███████ Security ███████, for the period from
            September 24, 2012 to April 1, 2014 (ADC165339 - ADC165436;
            ADC291811 - ADC291843; and, ADC331528 - ADC331582).

2-2825      ADC medical file for ███████ Security ███████, for the period from
            January 1, 2011 to ███ Security ███, 2012 (ADC046918 - ADC046946).

2-2826      ADC Criminal Investigations Unit Report No. 2012020178 regarding
            ███████ Security ███████ (ADC065370 - ADC065599).

2-2827      ADC Mortality Review regarding ███████ Security ███████
            (ADC138456 - ADC138460).

2-2828      Excerpt from ADC medical file for ███████ Security ███████, selected
            during Pablo Stewart's site inspection at ASPC-Perryville (ADC136824 -
            ADC136826).

2-2829   ADC medical file for ███████████, for the period from July 18, 2013 to August 5, 2013 (ADC346866 - ADC346964).

2-2830   ADC medical file for ███████████, for the period from January 1, 2011 to April 1, 2014 (ADC245523 - ADC245580; and, ADC317791 - ADC317861).

2-2831   Excerpt from ADC medical file for ███████████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136682 - ADC136686).

2-2832   ADC medical file for ███████████, for the period from January 1, 2011 to April 1, 2014 (ADC188048 - ADC188451; and, ADC305858 - ADC306017).

2-2833   ADC Significant Incident Report No. 13-12120 regarding  October 8, 2013 self-harming by ███████████ (ADC280942 - ADC280997).

2-2834   Excerpt from ADC medical file for ███████████, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136827 - ADC136831).

2-2835   ADC medical file for ███████████, for the period from January 1, 2009 to April 1, 2014 (ADC205599 - ADC205897; and, ADC369331 - ADC369385).

2-2836   ADC Master Record File for ███████████, for the period from November 8, 2013 to April 1, 2014 (ADC370743 - ADC370758).

2-2837   ADC medical file for ███████████, for the period from January 1, 2011 to April 1, 2014 (ADC440587 - ADC440724; and, ADC306018 - ADC306068).

2-2838   ADC medical file for ███████████, for the period from January 1, 2011 to ███████, 2011 (ADC034616 - ADC034619).

2-2839   ADC Criminal Investigations Unit Report No. 2011010013 regarding ███████████ (ADC065607 - ADC065754).

2-2840   ADC Mortality Review regarding ███████████ (ADC138619 - ADC138623).

2-2841    Excerpt from ADC medical file for ██████ Security ██████, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154654 - ADC154674).

2-2842    Excerpt from ADC medical file for ██████ Security ██████, selected during Brie Williams's site inspection at ASPC-Eyman (ADC155194 - ADC155201).

2-2843    ADC medical file for ██████ Security ██████, for the period from August 14, 2013 to April 1, 2014 (ADC306137 - ADC306239).

2-2844    ADC Criminal Investigations Unit Report No. 2011020094 regarding ██████ Security ██████ (ADC065768 - ADC065896).

2-2845    ADC Mortality Review regarding ██████ Security ██████ (ADC033699 - ADC033703).

2-2846    ADC Psychological Autopsy regarding ██████ Security ██████ (ADC197207 - ADC197211).

2-2847    Supplemental medical records of inmate ██████ Security ██████ (ADC082315 – ADC082333)

2-2848    ADC Medical Record Prescription Log of ██████ Security ██████ (ADC084981 – ADC084984)

2-2849    Excerpt from ADC medical file for ██████ Security ██████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136687 - ADC136696).

2-2850    ADC medical file for ██████ Security ██████, for the period from ██████ Security ██████ ██ Security, 2012 to ██████ Security, 2013 (ADC318029 - ADC318537).

2-2851    ADC Mortality Review regarding ██████ Security ██████ (ADC359603 - ADC359606).

2-2852    BJS State Prison Inmate Death Report regarding ██████ Security ██████ (ADC406187 - ADC406189).

2-2853    Pima County Medical Examiner's Office report regarding ██████ Security ██████, ██████ Security ██████ (ADC422967 - ADC422971).

2-2854    ADC medical file for ████████████, for the period from January 1, 2011 to October 7, 2013 (ADC188452 - ADC189332).

2-2855    ADC Criminal Investigations Unit Report No. 2012010150 regarding ████████████ (ADC065913 - ADC065204).

2-2856    ADC Mortality Review regarding ████████████ (ADC138255 - ADC138259).

2-2857    Excerpt from ADC medical file for ████████████, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136832 - ADC136884).

2-2858    ADC medical file for ████████████, for the period from July 1, 2012 to January 17, 2014 (ADC_P009947 - ADC_P010470).

2-2859    ADC medical file for ████████████, for the period from January 1, 2011 to December 12, 2013 (ADC245736 - ADC245842; and, ADC306240 - ADC306248).

2-2860    Excerpt from ADC medical file for ████████████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136697).

2-2861    ADC medical file for ████████████, for the period from January 1, 2011 to August 21, 2013 (ADC440725 - ADC440994).

2-2862    ADC Significant Incident Report No. 13-15593 and video regarding December 31, 2013 suicide attempt by ████████████ (ADC280930 - ADC280935; and, ADC281704 - ADC281705).

2-2863    ADC dental records for ████████████, for the period from January 1, 2009 to November 11, 2013 (ADC_D001333 - ADC_D001343).

2-2864    ADC medical file for ████████████, for the period from ████, 2012 to ████ 2013 (ADC221002 - ADC221245).

2-2865    ADC Mortality Review regarding ████████████ (ADC257139 - ADC257142).

2-2866    BJS State Prison Inmate Death Report regarding ████████████, ████ (ADC406267 - ADC406267).

2-2867     Excerpt from ADC medical file for █████████████, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC143773 - ADC143780).

2-2868     ADC medical file for ██████████████, for the period from January 1, 2011 to August 26, 2013 (ADC440995 - ADC441095).

2-2869     ADC medical file for ████████████, for the period from January 1, 2011 to April 1, 2014 (ADC189333 - ADC189348; and, ADC306276 - ADC306295).

2-2870     ADC Criminal Investigations Unit Report No. 2011040199 regarding ████████████ (ADC040497 - ADC040516).

2-2871     ADC Mortality Review regarding █████████████ (ADC211737 - ADC211741).

2-2872     ADC Master Record File for █████████████, for the period November 8, 2013 to April 1, 2014 (ADC370759 - ADC370763).

2-2873     ADC dental records for █████████████, for the period from October 1, 2004 to November 11, 2013 (ADC_D001352 - ADC_D001391).

2-2874     ADC medical file for █████████████, for the period from January 1, 2011 to April 1, 2014 (ADC189349 - ADC189434; and, ADC318905 - ADC318990).

2-2875     ADC Master Record File for █████████████, for the period from November 8, 2013 to April 1, 2014 (ADC370764 - ADC370772).

2-2876     ADC medical file for █████████████, for the period from January 31, 2014 to April 1, 2014 (ADC369386 - ADC369395).

2-2877     ADC Master Record File for █████████████, up through September 18, 2013 (ADC170047 - ADC170056).

2-2878     Selected ADC mental health observation records regarding █████████████, █████████, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171241 - ADC171251).

2-2879     ADC Master Record File for █████████████, up through September 12, 2013 (ADC139683 - ADC139694).

2-2880    ADC medical file for ████████████, for the period from January 1, 2011 to August 26, 2013 (ADC441096 - ADC441220).

2-2881    ADC supplemental dental records for ████████████, for the period from January 1, 2009 to August 13, 2013 (ADC_D001948 - ADC_D001972; and, ADC_D000056 - ADC_D000062).

2-2882    ADC medical file for ████████████, for the period from December 17, 2012 to September 9, 2013 (ADC152081 - ADC152370).

2-2883    ADC medical file for ████████████, for the period from January 1, 2011 to April 1, 2014 (ADC160811 - ADC161109); ADC245878 - ADC245902; and, ADC307432 - ADC307520).

2-2884    ADC Criminal Investigations Unit Report No. 2012020125 regarding ████████████ (ADC066299 - ADC066371).

2-2885    ADC Mortality Review regarding ████████████ (ADC138516 - ADC138520).

2-2886    ADC medical file for ████████████, for the period from January 1, 2011 to March 26, 2014 (ADC167812 - ADC168130; and, ADC307521 - ADC307536).

2-2887    Excerpt from ADC medical file for ████████████, selected during Craig Haney's site inspection at ASPC-Florence (ADC136755 - ADC136759).

2-2888    ADC medical file for ████████████, for the period from January 1, 2011 to April 1, 2014 (ADC189435 - ADC189808; and, ADC319007 - ADC319118).

2-2889    ADC medical file for ████████████, for the period from April 1, 2013 to April 1, 2014 (ADC307537 - ADC307729).

2-2890    ADC medical file for ████████████, for the period from January 1, 2011 to November 5, 2013 (ADC441595 - ADC441623; and, ADC291844 - ADC292100).

2-2891    ADC medical file for ████████████, for the period from 2010 to April 1, 2014 (ADC441624 - ADC442248; and, ADC292101 - ADC292453).

2-2892        ADC Master Record File for ████████ Security ████████, up through
              September 13, 2013 (ADC139450 - ADC139479).

2-2893        ADC Significant Incident Report No. 14-02533 and use for force review
              regarding February 26, 2014 self-harming by ████████ Security ████████
              (ADC382835 - ADC382848; and, ADC321737)

2-2894        ADC medical file for ████████ Security ████████, for the period from October
              24, 2013 to April 1, 2014 (ADC292454 - ADC292629).

2-2895        ADC medical file for ████████ Security ████████, for the period from
              January 1, 2011 to April 1, 2014 (ADC245903 - ADC246299; and,
              ADC307748 - ADC307785).

2-2896        Excerpt from ADC medical file for ████████ Security ████████, selected
              during Brie Williams's site inspection at ASPC-Eyman (ADC154675 -
              ADC154684).

2-2897        ADC medical file for ████████ Security ████████, for the period from
              January 1, 2011 to April 1, 2014 (ADC161110 - ADC161466; and,
              ADC369396 - ADC369597).

2-2898        Selected ADC mental health observation records regarding ████ Security ████
              ████ Security ████, identified for duplication during Plaintiffs' counsels'
              document inspection on November 19, 2013 (ADC171228).

2-2899        Excerpt from ADC medical file for ████████ Security ████████, selected during
              Pablo Stewart's site inspection at ASPC-Eyman (ADC143559 -
              ADC143560).

2-2900        ADC medical file for ████████ Security ████████, for the period from January 1,
              2011 to April 1, 2014 (ADC442249 - ADC442688; and, ADC369598 -
              ADC369983).

2-2901        ADC Master Record File for ████████ Security ████████, for the period from
              November 8, 2013 to April 1, 2014 (ADC370773 - ADC370826).

2-2902        ADC Significant Incident Report No. 14-03567 regarding March 21, 2014
              self-harming by ████████ Security ████████ (ADC281432 - ADC281475).

2-2903        ADC Criminal Investigations Unit Report No. 2012030068 regarding
              ████████ Security ████████ (ADC066492 - ADC066743).

2-2904     ADC Mortality Review regarding [Security] (ADC138265 - ADC138269).

2-2905     ADC Criminal Investigations Unit Report No. 2012020137 regarding [Security] (ADC066744 - ADC066787).

2-2906     ADC Mortality Review regarding [Security] (ADC138476 - ADC138480).

2-2907     Excerpt from ADC medical file for [Security], selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143781 - ADC143784).

2-2908     ADC medical file for [Security], for the period from January 1, 2011 to April 1, 2014 (ADC442689 - ADC442782; and, ADC307786 - ADC307968).

2-2909     Smallwood Prison Dental Services' Correctional Dental Software Patient Report for [Security] (ADC_D002497).

2-2910     ADC medical file for [Security], for the period from January 1, 2011 to [Security], 2011 (ADC034620 - ADC034679).

2-2911     ADC Criminal Investigations Unit Report No. 2011030093 regarding [Security] (ADC066788 - ADC067045).

2-2912     ADC Mortality Review regarding [Security] (ADC138629 - ADC138633).

2-2913     ADC medical file for [Security], for the period from July 31, 2008 to November 1, 2012 (ADC135378 - ADC135438).

2-2914     Excerpt from ADC medical file for [Security], selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136902 - ADC136905).

2-2915     ADC medical file for [Security], for the period from January 1, 2011 to April 1, 2014 (ADC161467 - ADC161902; and, ADC292630 - ADC292678).

2-2916     ADC Master Record File for [Security], for the period from November 8, 2013 to April 1, 2014 (ADC370827 - ADC370878).

2-2917    ADC medical file for ████████ Security ████████, for the period from July 8, 2012 to October 16, 2012 (ADC135439 - ADC135569).

2-2918    Excerpt from ADC medical file for ████████ Security ████████, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143785 - ADC143792).

2-2919    ADC medical file for ████████ Security ████████, for the period from January 1, 2011 to October 9, 2013 (ADC189809 - ADC190180).

2-2920    ADC medical file for ████████ Security ████████, for the period from October 15, 2013 to April 1, 2014 (ADC308353 - ADC308617).

2-2921    ADC Criminal Investigations Report No. 2011020275 regarding ████ Security ████ ████ Security ████ (ADC086399 - ADC086548).

2-2922    ADC Criminal Investigations Supplemental Report No. 2011020275 regarding ████████ Security ████████ (ADC194468 - ADC194528).

2-2923    ADC medical file for ████████ Security ████████, for the period from January 1, 2011 to April 1, 2014 (ADC190180 - ADC190460; and, ADC292679 - ADC292788).

2-2924    ADC Master Record File for ████████ Security ████████, for the period from November 8, 2013 to April 1, 2014 (ADC370890 - ADC370910).

2-2925    ADC Significant Incident Report No. 14-02684 and use of force review regarding March 2, 2014 inmate assault by ████████ Security ████████ (ADC382849 - ADC382870).

2-2926    ADC medical file for ████████ Security ████████, for the period from January 1, 2011 to April 1, 2014 (ADC346965 - ADC347075; and, ADC363650 - ADC363779).

2-2927    ADC dental records for ████████ Security ████████, for the period from January 1, 2011 to September 27, 2013 (ADC165725 - ADC165737).

2-2928    Smallwood Prison Dental Services' Correctional Dental Software Patient Report for ████████ Security ████████ (ADC_D002502).

2-2929    ADC medical file for ████████ Security ████████, for the period from November 24, 2010 to ████ Security ████, 2013 (ADC339823 - ADC340272).

2-2930      ADC Mortality Review regarding ████████ (ADC361543 - ADC361547).

2-2931      BJS State Prison Inmate Death Report regarding ████████ (ADC406231 - ADC406233).

2-2932      Pima County Medical Examiner's Office report regarding ████████, ████████ (ADC422985 - ADC422989).

2-2933      Excerpt from ADC medical file for ████████, selected during Pablo Stewart's site inspection at ASPC-Phoenix (ADC137042 - ADC137045).

2-2934      ADC medical file for ████████, for the period from March 12, 1999 to August 25, 2013 (ADC275552 - ADC278094).

2-2935      ADC medical file for ████████, for the period from January 1, 2011 to April 1, 2014 (ADC347076 - ADC347175; and, ADC347176 - ADC347246).

2-2936      Excerpt from ADC medical file for ████████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136698 - ADC136715).

2-2937      ADC medical file for ████████, for the period from September 23, 2010 to April 1, 2014 (ADC135570 - ADC135724; and, ADC308618 - ADC308674).

2-2938      ADC supplemental dental records for ████████, for the period from January 1, 2009 to August 21, 2013 (ADC153647 - ADC153719; and, ADC145965 - ADC145971).

2-2939      Excerpt from ADC medical file for ████████, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136716 - ADC136722).

2-2940      ADC medical file for ████████, for the period from January 1, 2011 to April 1, 2014 (ADC152371 - ADC153326; and, ADC308675 - ADC309119).

2-2941          ADC Significant Incident Report No. 13-13148 regarding November 4, 2013 self-harming by [Security] (ADC281012 - ADC281091).

2-2942          ADC Significant Incident Report No. 14-01955 regarding February 13, 2014 self-harming by [Security] (ADC281114 - ADC281117; and, ADC281120 - ADC281135)

2-2943          ADC Significant Incident Report No. 14-03894 regarding March 27, 2014 self-harming by [Security] (ADC281610 - ADC281703).

2-2944          Excerpt from ADC medical file for [Security], selected during Craig Haney's site inspection at ASPC-Florence (ADC136760 - ADC136762).

2-2945          ADC medical file for [Security], for the period from January 1, 2011 to August 19, 2013 (ADC442783 - ADC443079).

2-2946          ADC Significant Incident Report No. 14-02656 regarding March 1, 2014 self-harming by [Security] (ADC293653 - ADC293664).

2-2947          ADC medical file for [Security], for the period from July 1, 2012 to December 23, 2013 (ADC_P001335 - ADC_P001467).

2-2948          ADC Significant Incident Report No. 13-16161 and use of force review regarding November 5, 2013 assault on staff by [Security] (ADC_P001318 - ADC_P001333).

2-2949          ADC Significant Incident Report No. 14-01919 regarding February 12, 2014 inmate assault involving [Security] (ADC320072 - ADC320073).

2-2950          ADC medical file for [Security], for the period from January 1, 2011 to April 1, 2014 (ADC190461 - ADC190638; and, ADC309120 - ADC309156).

2-2951          Excerpt from ADC medical file for [Security], selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136906 - ADC136908).

2-2952     ADC medical file for ███████████████, for the period from January
           1, 2011 to April 1, 2014 (ADC165437 - ADC165625; and, ADC292789 -
           ADC292893).

2-2953     Excerpt from ADC medical file for ███████████████, selected
           during Pablo Stewart's site inspection at ASPC-Perryville (ADC136909 -
           ADC136916).

2-2954     ADC medical file for ███████████████, for the period from January
           1, 2011 to April 1, 2014 (ADC161903 - ADC162659; and, ADC309231 -
           ADC309283).

2-2955     ADC medical file for ███████████████, for the period from January 1,
           2011 to January 20, 2014 (ADC253203 - ADC254911; and, ADC285337 -
           ADC285549).

2-2956     ADC Criminal Investigations Unit Report No. 2011020005 regarding ████
           ███████████████ (ADC033537 - ADC033638).

2-2957     ADC Mortality Review regarding ███████████████
           (ADC211742 - ADC211746).

2-2958     Inmate Letter from ███████████████, dated September 8, 2012
           (ADC082334)

2-2959     E-mail forwarded by Charles Ryan to Lisa Cooper and Maria Guerra –
           Gonzalez on October 11, 2012 regarding Appreciation
           (AGA_Review_00064007 – AGA_Review_00064008)

2-2960     E-mail forwarded by Heather Price to Charles Ryan on November 30, 2012
           regarding DO 710 SOAP Note (Letter to Director from Inmate ████████)
           with attachments (AGA_Review_00076002 – AGA_Review_00076004)

2-2961     E-mail from Sandra Temple to Durtschi Doi, dated May 30, 2013,
           regarding Inmate Letter, with attachments (ADC231946 – ADC231953)

2-2962     Health Needs Request from ███████████████, to ASPC-Florence
           South Unit Medical Staff, dated August 22, 2013 (ADC231971)

2-2963     Inmate letter from ███████████████ to D.W. Heat, dated
           September 12, 2013 (ADC231981)

2-2964       Inmate Letter, with response, from ███████Security███████, to Deputy
             Warden Bradley, dated October 8, 2013 (ADC425554 – ADC425555)

2-2965       E-mail from Troy Evans to Vickie Bybee and Kathleen Campbell regarding
             Extra Effort, dated October 23, 2013 (ADC232141)

2-2966       Inmate letters from ███████Security███████ to Medical Administrator,
             dated December 10, 2013 and December 14, 2013 (ADC231982 –
             ADC231983)

2-2967       Letter from Emily Skinner to Richard Pratt regarding Inmate ████Security████
             (██Security██) health care dated March 14, 2014 (ADC263225)

2-2968       Letter from Richard Pratt to Emily Skinner regarding Inmate ████Security████
             (██Security██) health care dated March 25, 2014 (ADC263224)

2-2969       E-mail sent by Charles Ryan, at 9:37:00 PM on 4/25/2012, to Denise
             Stravia, with a subject line of "FW: Health Services Privatization Transition
             Update"  (AGA_Review_00025740 - AGA_Review_00025741).

2-2970       E-mail sent by Charles Ryan, at 9:44:19 PM on 4/26/2012, to Denise
             Stravia, with a subject line of "RE: Wexford Meeting"
             (AGA_Review_00025817 - AGA_Review_00025817).

2-2971       E-mail sent by Charles Ryan, at 11:31:08 PM on 5/1/2012, to Denise
             Stravia, with a subject line of "RE: April 26 Work Group Bullets"
             (AGA_Review_00026201 - AGA_Review_00026203).

2-2972       E-mail sent by Charles Ryan, at 6:54:07 PM on 7/3/2012, to Jeff Hood;
             Michael Kearns; Robert Patton; Richard Pratt; Gail Rittenhouse; and,
             WARDENS, with a subject line of "Wexford Message - Pharmaceuticals
             from Diamond Pharmacy"  (AGA_Review_00032862 -
             AGA_Review_00032862).

2-2973       E-mail sent by Richard Pratt, at 9:02:49 PM on 7/6/2012, to Jim Taylor,
             with a subject line of "FW: meds"  (AGA_Review_00033395 -
             AGA_Review_00033397).

2-2974       E-mail sent by Richard Pratt, at 10:01:21 PM on 7/6/2012, to Ernest
             Trujillo, with a subject line of "Tucson meds"  (AGA_Review_00033404 -
             AGA_Review_00033404).

2-2975 E-mail sent by Charles Ryan, at 11:36:19 PM on 7/6/2012, to Richard Pratt; and, Ernest Trujillo, with a subject line of "RE: Tucson meds" (AGA_Review_00033414 - AGA_Review_00033415).

2-2976 E-mail sent by Richard Pratt, at 12:02:58 AM on 7/7/2012, to Charles Ryan, with a subject line of "FW: Tucson meds" (AGA_Review_00033422 - AGA_Review_00033422).

2-2977 E-mail sent by Richard Pratt, at 10:07:48 AM on 7/7/2012, to Karen Mullenix; and, Paul O'Connell, with a subject line of "RE: Request for assistance - Released without Psych Meds" (AGA_Review_00033430 - AGA_Review_00033433).

2-2978 E-mail sent by Richard Pratt, at 5:17:48 PM on 7/17/2012, to Jim Taylor, with a subject line of "FW: East Unit medication issues" (AGA_Review_00034770 - AGA_Review_00034771).

2-2979 E-mail sent by Richard Pratt, at 8:29:14 PM on 7/19/2012, to Marlena Bedoya; and, Trudy Dumkrieger, with a subject line of "FW: Medication Issues" (AGA_Review_00035199 - AGA_Review_00035199).

2-2980 E-mail sent by Richard Pratt, at 2:37:43 PM on 7/20/2012, to Karen Mullenix, with a subject line of "FW: Barchey" (AGA_Review_00035434 - AGA_Review_00035435).

2-2981 E-mail sent by Richard Pratt, at 6:24:28 PM on 7/22/2012, to Richard Pratt, with a subject line of "FW: Revised Response to Friends and Family" (AGA_Review_00035537 - AGA_Review_00035539).

2-2982 E-mail sent by Richard Pratt, at 5:48:54 PM on 7/23/2012, to Jeff Hood, with a subject line of "RE: Friends and Family" (AGA_Review_00035694 - AGA_Review_00035695).

2-2983 E-mail sent by Charles Ryan, at 9:55:48 AM on 7/30/2012, to Laura Escapule; Jeff Hood; Carson McWilliams; Robert Patton; and, Ernest Trujillo, with a subject line of "RE: Update" (AGA_Review_00036286 - AGA_Review_00036287).

2-2984 E-mail sent by Richard Pratt, at 12:07:21 PM on 8/2/2012, to Jim Taylor, with a subject line of "FW: Wexford" (AGA_Review_00036803 - AGA_Review_00036804).

2-2985      E-mail sent by Richard Pratt, at 12:32:53 PM on 8/2/2012, to Jeff Hood, with a subject line of "FW: Wexford"  (AGA_Review_00036811 - AGA_Review_00036813).

2-2986      E-mail sent by Richard Pratt, at 2:35:50 PM on 8/2/2012, to Jeff Hood, with a subject line of "FW: Responses to the Ortega questions" (AGA_Review_00036839 - AGA_Review_00036840).

2-2987      E-mail sent by Richard Pratt, at 10:17:58 AM on 8/3/2012, to Terry Allred; Marlena Bedoya; Kathleen Campbell; Trudy Dumkrieger; Dennis Kendall; and, Matthew Musson, with a subject line of "FW: Fwd: Offender's released with no medications"  (AGA_Review_00036896 - AGA_Review_00036898).

2-2988      E-mail sent by Richard Pratt, at 10:37:32 AM on 8/3/2012, to Charles Ryan; Jim Taylor, with a subject line of "FW: Offender's released with no medications"  (AGA_Review_00036913 - AGA_Review_00036915).

2-2989      E-mail sent by Richard Pratt, at 7:35:54 PM on 8/3/2012, to Jeff Hood; and, Charles Ryan, with a subject line of "RE: Wexford Nursing Staff" (AGA_Review_00037185 - AGA_Review_00037185).

2-2990      E-mail sent by Richard Pratt, at 7:56:00 PM on 8/3/2012, to Judy Frigo; Robert Patton; Charles Ryan; and, Ernest Trujillo, with a subject line of "FW: Wexford Nursing Staff"  (AGA_Review_00037195 - AGA_Review_00037196).

2-2991      E-mail sent by Charles Ryan, at 8:55:43 PM on 8/3/2012, to Jeff Hood; and, Richard Pratt, with a subject line of "RE: Wexford Nursing Staff" (AGA_Review_00037229 - AGA_Review_00037230).

2-2992      E-mail sent by Richard Pratt, at 10:09:00 AM on 8/5/2012, to Karen Mullenix, with a subject line of "RE: Monday Meeting" (AGA_Review_00037365 - AGA_Review_00037366).

2-2993      E-mail sent by Charles Ryan, at 6:06:13 PM on 8/5/2012, to Denise Stravia, with a subject line of "RE: Wexford July Narratve" (AGA_Review_00037457 - AGA_Review_00037461).

2-2994      E-mail sent by Richard Pratt, at 1:35:21 PM on 8/7/2012, to Karen
            Mullenix, with a subject line of "FW: Friends and Family process"
            (AGA_Review_00038160 - AGA_Review_00038162).

2-2995      E-mail sent by Joe Profiri, at 9:13:34 AM on 8/8/2012, to Juliet Respicio-
            Moriarty, with a subject line of "RE: Heads up give me a call..."
            (AGA_Review_00038414 - AGA_Review_00038415).

2-2996      E-mail sent by Joe Profiri, at 9:14:03 AM on 8/8/2012, to Jeff Hood;
            Charles Ryan, with a subject line of "FW: Heads up give me a call..."
            (AGA_Review_00038416 - AGA_Review_00038417).

2-2997      E-mail sent by Joe Profiri, at 10:03:37 AM on 8/8/2012, to Jeff Hood, with
            a subject line of "RE: Heads up give me a call..."
            (AGA_Review_00038430 - AGA_Review_00038431).

2-2998      E-mail sent by Joe Profiri, at 2:54:31 PM on 8/9/2012, to Paul O'Connell,
            with a subject line of "RE: Medications"  (AGA_Review_00038853 -
            AGA_Review_00038853).

2-2999      E-mail sent by Joe Profiri, at 5:47:59 PM on 8/9/2012, to Richard Pratt,
            with a subject line of "RE: Perryville Meds"  (AGA_Review_00038892 -
            AGA_Review_00038893).

2-3000      E-mail sent by Richard Pratt, at 7:02:23 PM on 8/9/2012, to Richard Pratt,
            with a subject line of "FW: Arizona Pharmacy Manual"
            (AGA_Review_00038953 - AGA_Review_00038954).

2-3001      E-mail sent by Joe Profiri, at 8:44:59 PM on 8/9/2012, to Richard Bock,
            with a subject line of "Re: Yuma Xray"  (AGA_Review_00039147 -
            AGA_Review_00039148).

2-3002      E-mail sent by Joe Profiri, at 8:49:20 PM on 8/9/2012, to Richard Pratt,
            with a subject line of "Re: Yuma x-ray"  (AGA_Review_00039155 -
            AGA_Review_00039157).

2-3003      E-mail sent by Joe Profiri, at 9:24:18 PM on 8/9/2012, to Richard Bock,
            with a subject line of "Re: Yuma Xray"  (AGA_Review_00039256 -
            AGA_Review_00039257).

2-3004    E-mail sent by Joe Profiri, at 3:24:51 PM on 8/10/2012, to Therese
          Schroeder, with a subject line of "RE: IPC"  (AGA_Review_00039591 -
          AGA_Review_00039591).

2-3005    E-mail sent by Charles Ryan, at 7:43:24 PM on 8/11/2012, to ▐▐▐▐ Security ▐▐▐
          ▐▐▐▐▐▐▐▐▐▐▐▐▐▐>, with a subject line of "RE: Wexford Employee
          Relations & health service conditions"  (AGA_Review_00039854 -
          AGA_Review_00039855).

2-3006    E-mail sent by Joe Profiri, at 9:33:10 PM on 8/13/2012, to Hector Garcia;
          Tom Bell; Rochelle Mullen; Karen Mullenix; and, Richard Pratt, with a
          subject line of "RE: RE: Fwd:"  (AGA_Review_00040292 -
          AGA_Review_00040294).

2-3007    E-mail sent by Charles Ryan, at 10:21:04 PM on 8/13/2012, to Joe Profiri,
          with a subject line of "RE: RE: RE: RE: FW: Fwd:"
          (AGA_Review_00040334 - AGA_Review_00040339).

2-3008    E-mail sent by Joe Profiri, at 10:36:14 AM on 8/14/2012, to Richard Pratt,
          with a subject line of "RE: Meeting Agenda"  (AGA_Review_00040403 -
          AGA_Review_00040404).

2-3009    E-mail sent by Joe Profiri, at 11:35:54 AM on 8/14/2012, to Jeff Hood,
          with a subject line of "FW: Meeting Agenda"  (AGA_Review_00040429 -
          AGA_Review_00040430).

2-3010    E-mail sent by Joe Profiri, at 6:25:50 PM on 8/14/2012, to Jeff Hood, with
          a subject line of "Re: Medication Issue"  (AGA_Review_00040706 -
          AGA_Review_00040707).

2-3011    E-mail sent by Charles Ryan, at 6:25:55 PM on 8/15/2012, to Edwin
          Jensen, with a subject line of "RE: Cibola Tour 08/14"
          (AGA_Review_00041644 - AGA_Review_00041645).

2-3012    E-mail sent by Richard Pratt, at 7:10:49 PM on 8/16/2012, to Laurie Berg,
          with a subject line of "FW: ▐▐▐▐▐▐ Security ▐▐▐▐▐▐▐"
          (AGA_Review_00041975 - AGA_Review_00041977).

2-3013    E-mail sent by Joe Profiri, at 6:39:31 PM on 8/17/2012, to Judy Frigo;
          Richard Pratt; and, John St. Clair, with a subject line of "RE: WTU"
          (AGA_Review_00042221 - AGA_Review_00042223).

2-3014      E-mail sent by Charles Ryan, at 3:54:55 PM on 8/19/2012, to Jeff Hood, with a subject line of "RE: Fw: Agenda for meeting on Tuesday" (AGA_Review_00042365 - AGA_Review_00042366).

2-3015      E-mail sent by Joe Profiri, at 9:32:13 AM on 8/20/2012, to Jim Taylor, with a subject line of "FW: WTU"  (AGA_Review_00042440 - AGA_Review_00042442).

2-3016      E-mail sent by Joe Profiri, at 7:17:00 PM on 8/20/2012, to Judy Frigo, with a subject line of "FW: Space for Health Services - Wexford" (AGA_Review_00042963 - AGA_Review_00042964).

2-3017      E-mail sent by Joe Profiri, at 3:06:29 PM on 8/21/2012, to Kathleen Campbell; Dennis Kendall; Jen Mielke-Fontaine; Matthew Musson; Richard Pratt; and, Jim Taylor, with a subject line of "RE: Collegial Reviews- Schedule/Telephone # and Passcode"  (AGA_Review_00043168 - AGA_Review_00043169).

2-3018      E-mail sent by Joe Profiri, at 7:50:02 PM on 8/21/2012, to Marlena Bedoya, with a subject line of "RE: HU 9"  (AGA_Review_00043261 - AGA_Review_00043262).

2-3019      E-mail sent by Charles Ryan, at 9:02:54 PM on 8/23/2012, to Jeff Hood; Richard Pratt; and, Joe Profiri, with a subject line of "RE: Medication Review / Florence and Perryville"  (AGA_Review_00043979 - AGA_Review_00043980).

2-3020      E-mail sent by Joe Profiri, at 12:05:20 PM on 8/24/2012, to Karen Mullenix, with a subject line of "RE: Weekend Releases - Release Process" (AGA_Review_00044315 - AGA_Review_00044316).

2-3021      E-mail sent by Richard Pratt, at 7:56:33 PM on 8/24/2012, to Jim Taylor, with a subject line of "FW: ADC Plan for Med Renewals" (AGA_Review_00044673 - AGA_Review_00044674).

2-3022      E-mail sent by Joe Profiri, at 9:54:00 AM on 8/25/2012, to Carson McWilliams; and, Robert Patton, with a subject line of "RE: Medical Issues"  (AGA_Review_00044804 - AGA_Review_00044805).

2-3023  E-mail sent by Joe Profiri, at 10:44:54 AM on 8/26/2012, to Terry Allred; Richard Pratt; and, Jim Taylor, with a subject line of "RE: Fwd: Back Up Pharmacy"  (AGA_Review_00045549 - AGA_Review_00045550).

2-3024  E-mail sent by Joe Profiri, at 2:23:42 PM on 8/26/2012, to Richard Pratt; Jim Taylor, with a subject line of "RE: Update"  (AGA_Review_00045573 - AGA_Review_00045574).

2-3025  E-mail sent by Joe Profiri, at 7:02:47 PM on 8/27/2012, to Jim Reinhart; Karen Mullenix; Richard Pratt; and, Jim Taylor, with a subject line of "RE: DON Capocy / TB incident"  (AGA_Review_00046208 - AGA_Review_00046210).

2-3026  E-mail sent by Joe Profiri, at 1:50:56 PM on 8/28/2012, to Caroline Haack, with a subject line of "RE: OTC Medication"  (AGA_Review_00046347 - AGA_Review_00046349).

2-3027  E-mail sent by Joe Profiri, at 9:00:17 AM on 8/29/2012, to Jeff Hood; and, Charles Ryan, with a subject line of "FW: ADOC Patient Accounts at St. Luke's Tempe Hospital"  (AGA_Review_00046637 - AGA_Review_00046638).

2-3028  E-mail sent by Joe Profiri, at 10:36:39 AM on 8/30/2012, to Jim Taylor, with a subject line of "RE:"  (AGA_Review_00047245 - AGA_Review_00047245).

2-3029  E-mail sent by Joe Profiri, at 2:37:11 PM on 9/1/2012, to Jeff Hood; Richard Pratt; Charles Ryan; and, Jim Taylor, with a subject line of "FW: ADC Quality Check Summary"  (AGA_Review_00048323 - AGA_Review_00048324).

2-3030  E-mail sent by Joe Profiri, at 9:57:55 PM on 9/6/2012, to Kathleen Campbell, with a subject line of "Re: Wexford's Final Report"  (AGA_Review_00050756 - AGA_Review_00050758).

2-3031  E-mail sent by Joe Profiri, at 10:22:06 PM on 9/6/2012, to Helena Valenzuela, with a subject line of "Re: ADC Monitoring Memorandum(s)/Report(s)"  (AGA_Review_00050856 - AGA_Review_00050857).

2-3032      E-mail sent by Richard Pratt, at 1:04:00 PM on 9/11/2012, to Marlena
            Bedoya; and, Trudy Dumkrieger, with a subject line of "FW: Prison
            Concerns"  (AGA_Review_00052795 - AGA_Review_00052796).

2-3033      E-mail sent by Joe Profiri, at 8:08:27 PM on 9/11/2012, to Jhon Theisen,
            with a subject line of "FW: Oral Swabbing versus UA information"
            (AGA_Review_00052900 - AGA_Review_00052906).

2-3034      E-mail sent by Joe Profiri, at 8:28:03 AM on 9/12/2012, to Thomas
            Lehman; Richard Pratt; and, David Robertson, with a subject line of "RE:
            1700 teleconference today"  (AGA_Review_00052975 -
            AGA_Review_00052976).

2-3035      E-mail sent by Joe Profiri, at 9:57:15 AM on 9/13/2012, to Denise Stravia,
            with a subject line of "RE: Oral Swabbing versus UA information"
            (AGA_Review_00053325 - AGA_Review_00053333).

2-3036      E-mail sent by Richard Pratt, at 7:58:09 AM on 9/14/2012, to Jim Taylor,
            with a subject line of "RE: PAIN MANAGEMENT FOR 198857"
            (AGA_Review_00053666 - AGA_Review_00053667).

2-3037      E-mail sent by Joe Profiri, at 7:28:38 PM on 9/14/2012, to Matthew
            Musson; and, Jim Taylor, with a subject line of "RE: CAP"
            (AGA_Review_00054108 - AGA_Review_00054108).

2-3038      E-mail sent by Joe Profiri, at 7:29:42 PM on 9/14/2012, to David
            Robertson, with a subject line of "RE: AG requests, Collegial reviews"
            (AGA_Review_00054109 - AGA_Review_00054110).

2-3039      E-mail sent by Joe Profiri, at 7:32:24 PM on 9/14/2012, to Jim Taylor;
            Helena Valenzuela, with a subject line of "RE: Phoenix Complex Sept 14
            Compliance Corrective Action Plan"  (AGA_Review_00054115 -
            AGA_Review_00054115).

2-3040      E-mail sent by Richard Pratt, at 10:21:57 AM on 9/18/2012, to Helena
            Valenzuela, with a subject line of "RE: ADA question"
            (AGA_Review_00055003 - AGA_Review_00055004).

2-3041      E-mail sent by Joe Profiri, at 12:04:10 AM on 9/19/2012, to Matthew
            Musson, with a subject line of "RE: Medical Diets"
            (AGA_Review_00055168 - AGA_Review_00055168).

2-3042      E-mail sent by Richard Pratt, at 9:40:02 AM on 9/24/2012, to ▮▮Security▮▮
            ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>, with a subject line of "RE: RESEND DUE
            TO NO RESPONSE" (AGA_Review_00056985 -
            AGA_Review_00056989).

2-3043      E-mail sent by Charles Ryan, at 5:52:38 PM on 9/25/2012, to Dan Conn;
            and, Mark Hale, with a subject line of "Follow-up to our meeting on
            September 24, 2012" (AGA_Review_00057658 -
            AGA_Review_00057658).

2-3044      E-mail sent by Joe Profiri, at 12:56:11 PM on 9/27/2012, to Terry Allred;
            and, Leslie Boothby, with a subject line of "RE: Anonymous Letter"
            (AGA_Review_00058084 - AGA_Review_00058086).

2-3045      E-mail sent by Richard Pratt, at 5:30:35 PM on 9/27/2012, to Terry Allred;
            Leslie Boothby; and, Joe Profiri, with a subject line of "RE: Chronic Care
            Renewals for Lewis" (AGA_Review_00058182 -
            AGA_Review_00058182).

2-3046      E-mail sent by Joe Profiri, at 5:46:19 PM on 9/27/2012, to Charles Ryan,
            with a subject line of "FW: September Reports" (AGA_Review_00058183
            - AGA_Review_00058184).

2-3047      E-mail sent by Joe Profiri, at 2:05:01 PM on 10/4/2012, to Helena
            Valenzuela, with a subject line of "RE: Chronic Care inmates"
            (AGA_Review_00061290 - AGA_Review_00061292).

2-3048      E-mail sent by Richard Pratt, at 7:57:33 AM on 10/10/2012, to Alfred
            Ramos, with a subject line of "FW: No soap or dispensers in FMHC staff
            restrooms" (AGA_Review_00062358 - AGA_Review_00062359).

2-3049      E-mail sent by Joe Profiri, at 8:31:00 PM on 10/16/2012, to Marlena
            Bedoya, with a subject line of "Re: 256934   NAME: CAMPOS,
            EDWARD  JR." (AGA_Review_00065624 - AGA_Review_00065625).

2-3050      E-mail sent by Joe Profiri, at 6:05:46 PM on 10/17/2012, to Laura
            Escapule, with a subject line of "Re: Wexford: 12-12966 Kunz Medical
            Scan.pdf" (AGA_Review_00065880 - AGA_Review_00065882).

2-3051      E-mail sent by Joe Profiri, at 6:14:58 PM on 10/17/2012, to Jen Mielke-Fontaine, with a subject line of "Fwd: Wexford IR's from North Unit" (AGA_Review_00065885 - AGA_Review_00065886).

2-3052      E-mail sent by Richard Pratt, at 10:31:12 AM on 11/1/2012, to Richard Pratt, with a subject line of "FW: Wexford Medical McDonald 176496" (AGA_Review_00070530 - AGA_Review_00070532).

2-3053      E-mail sent by Charles Ryan, at 12:38:01 PM on 11/6/2012, to Richard Pratt, with a subject line of "RE: Wexford Health non responsive" (AGA_Review_00071983 - AGA_Review_00071984).

2-3054      E-mail sent by Joe Profiri, at 1:52:12 PM on 11/6/2012, to Kevin Curran, with a subject line of "RE: Wexford health care concerns regarding Randolph Drummonds #263927"  (AGA_Review_00071998 - AGA_Review_00071999).

2-3055      E-mail sent by Richard Pratt, at 4:22:29 PM on 11/8/2012, to Kathleen Campbell, with a subject line of "FW: William Gary Potter 274034" (AGA_Review_00072544 - AGA_Review_00072545).

2-3056      E-mail sent by Joe Profiri, at 10:03:37 AM on 11/19/2012, to Neil Fisher, with a subject line of "RE: VA appointment for Compensation and Disability appointment - Inmate Goddard 240545" (AGA_Review_00074749 - AGA_Review_00074750).

2-3057      E-mail sent by Richard Pratt, at 1:01:03 PM on 11/20/2012, to Jen Mielke-Fontaine, with a subject line of "RE: Wexford Issue" (AGA_Review_00074886 - AGA_Review_00074887).

2-3058      E-mail sent by Charles Ryan, at 9:35:10 PM on 11/20/2012, to Jeff Hood, with a subject line of "FW: Wexford Issue"  (AGA_Review_00074931 - AGA_Review_00074932).

2-3059      E-mail sent by Joe Profiri, at 1:55:10 PM on 11/21/2012, to ██████ Security ██████ >, with a subject line of "FW: pic of living area"  (AGA_Review_00075038 - AGA_Review_00075041).

2-3060      E-mail sent by Richard Pratt, at 4:32:10 PM on 11/26/2012, to David Robertson, with a subject line of "RE: 7 inmates at hospital with suspected

Botulism - An update from Dr. Vasiq"  (AGA_Review_00075398 - AGA_Review_00075400).

2-3061     E-mail sent by Richard Pratt, at 3:58:24 PM on 11/29/2012, to David Robertson, with a subject line of "FW: ███████Security███████, Clemency forms"  (AGA_Review_00075881 - AGA_Review_00075882).

2-3062     E-mail sent by Charles Ryan, at 12:50:57 PM on 11/30/2012, to Laura Escapule; Mike Linderman; and, Richard Pratt, with a subject line of "Fwd: Violating Religious Holy Day and Refusing to Comply with Neurologists Medical Directives Regarding Medication"  (AGA_Review_00076037 - AGA_Review_00076038).

2-3063     E-mail sent by Joe Profiri, at 3:37:46 PM on 11/30/2012, to Neil Fisher, with a subject line of "RE: Tucson IPC lower beds - ? protective custody housing together - ███████Security███████"  (AGA_Review_00076141 - AGA_Review_00076142).

2-3064     E-mail sent by Joe Profiri, at 12:33:36 PM on 12/4/2012, to Leon George; Arthur Gross; and, Michael Kearns, with a subject line of "RE: Winslow AZ/quote for xray machine - long sleeves and postage"  (AGA_Review_00076530 - AGA_Review_00076534).

2-3065     E-mail sent by Richard Pratt, at 3:35:21 PM on 1/4/2013, to Terry Allred; and, Matthew Musson, with a subject line of "FW: missing health information on ADOC prisoners at PCADC"  (AGA_Review_00093449 - AGA_Review_00093450).

2-3066     E-mail sent by Joe Profiri, at 9:56:27 AM on 1/7/2013, to Arthur Gross, with a subject line of "RE: The grievence pile that was just unearthed from before June 2011"  (AGA_Review_00093755 - AGA_Review_00093757).

2-3067     E-mail sent by Joe Profiri, at 9:18:18 AM on 1/16/2013, to Carson McWilliams; and, Ernest Trujillo, with a subject line of "Medication Notification"  (AGA_Review_00095153 - AGA_Review_00095153).

2-3068     E-mail sent by Jim Taylor, at 10:06:28 AM on 1/24/2013, to Arthur Gross; and, Richard Pratt, with a subject line of "FW: RDSA inventory"  (AGA_Review_00096440 - AGA_Review_00096442).

2-3069      E-mail sent by Joe Profiri, at 1:00:16 PM on 2/9/2013, to Arthur Gross;
            Kristan Sears; and, Jim Taylor, with a subject line of "RE: MTC Kingman
            February 7-8, 2013 Visit"  (AGA_Review_00100231 -
            AGA_Review_00100231).

2-3070      E-mail sent by Richard Pratt, at 1:19:37 PM on 3/4/2013, to Vickie Bybee,
            with a subject line of "855 NUMBER for CORIZON"
            (AGA_Review_00006291 - AGA_Review_00006291).

2-3071      E-mail sent by Richard Pratt, at 6:31:06 PM on 3/11/2013, to Lea Miernik;
            Dave Mueller; and, Terri Savinen, with a subject line of "RE: ███████
            ████████████"  (AGA_Review_00007207 -
            AGA_Review_00007209).

2-3072      E-mail sent by Richard Pratt, at 10:19:07 AM on 3/13/2013, to DONNA
            LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject
            line of "RE: ████████████ Medical"  (AGA_Review_00007713 -
            AGA_Review_00007714).

2-3073      E-mail sent by Richard Pratt, at 10:21:08 AM on 3/13/2013, to Jen
            Fontaine, with a subject line of "FW: ████████████ Medical"
            (AGA_Review_00007715 - AGA_Review_00007716).

2-3074      E-mail sent by Richard Pratt, at 2:17:34 PM on 3/14/2013, to Vickie Bybee;
            and, Jim Taylor, with a subject line of "RE: ████████████: Phone call"
            (AGA_Review_00007869 - AGA_Review_00007871).

2-3075      E-mail sent by Richard Pratt, at 2:31:09 PM on 3/14/2013, to Vickie Bybee,
            with a subject line of "FW: ████████████ Request for visitation"
            (AGA_Review_00007879 - AGA_Review_00007880).

2-3076      E-mail sent by Richard Pratt, at 3:55:08 PM on 3/17/2013, to Vickie Bybee,
            with a subject line of "Re: ████████████:  Phone call"
            (AGA_Review_00008047 - AGA_Review_00008050).

2-3077      E-mail sent by Charles Ryan, at 8:07:00 PM on 4/8/2013, to Alfred Ramos,
            with a subject line of "RE: Director called"  (AGA_Review_00011467 -
            AGA_Review_00011469).

2-3078  E-mail sent by Nicole Taylor, at 1:26:05 PM on 4/16/2013, to Richard Pratt, with a subject line of "RE: Schedule" (AGA_Review_00012853 - AGA_Review_00012856).

2-3079  E-mail sent by Richard Pratt, at 10:53:16 PM on 4/16/2013, to Vanessa Headstream, with a subject line of "Fwd: ███████ Security ███████" (AGA_Review_00013014 - AGA_Review_00013014).

2-3080  E-mail sent by Richard Pratt, at 1:31:18 PM on 4/19/2013, to ███ Security ███ ███████>, with a subject line of "RE: Transfer request for ████ Security ████" (AGA_Review_00013324 - AGA_Review_00013324).

2-3081  E-mail sent by Richard Pratt, at 6:30:18 PM on 4/30/2013, to Sharon Malcolm, with a subject line of "Alert List" (AGA_Review_00014381 - AGA_Review_00014381).

2-3082  E-mail sent by Charles Ryan, at 8:24:28 PM on 5/3/2013, to Kathleen Campbell; Arthur Gross; Jeff Hood; Richard Pratt; and, Joe Profiri, with a subject line of "RE: Tempe St. Luke's Secured Unit" (AGA_Review_00015609 - AGA_Review_00015610).

2-3083  E-mail sent by Richard Pratt, at 11:51:08 AM on 5/6/2013, to Vanessa Headstream, with a subject line of "FW: Missing Medication for ███ Security ███" (AGA_Review_00015705 - AGA_Review_00015705).

2-3084  E-mail sent by Richard Pratt, at 11:56:59 AM on 5/6/2013, to ███ Security ███ ███████>, with a subject line of "RE: Missing Medication for ████ Security ████" (AGA_Review_00015707 - AGA_Review_00015707).

2-3085  E-mail sent by James Taylor, at 12:23:42 PM on 6/18/2013, to Richard Pratt, with a subject line of "RE: Social Security Disability Benefits" (AGA_Review_00020698 - AGA_Review_00020700).

2-3086  E-mail sent by Richard Pratt, at 11:38:15 AM on 6/26/2013, to Richard Bock; Kristine Harkins; and, Chris Moody, with a subject line of "RE: ████ Security ████ #2" (AGA_Review_00021273 - AGA_Review_00021274).

2-3087      E-mail sent by Richard Pratt, at 3:20:24 PM on 7/1/2013, to Kathleen
            Campbell; David Robertson; and, Richard Rowe, with a subject line of
            "RE: site photos"  (AGA_Review_00021711 - AGA_Review_00021712).

2-3088      E-mail sent by David Robertson, at 5:06:14 PM on 7/3/2013, to Carl
            Bynum, with a subject line of "Re: ███████Security███████ Tucson Whetstone"
            (AGA_Review_00022083 - AGA_Review_00022086).

2-3089      E-mail sent by Richard Pratt, at 11:08:33 AM on 7/10/2013, to Arthur
            Gross; David Robertson; and, Richard Rowe, with a subject line of "RE:
            housing for HCV treatment"  (AGA_Review_00022477 -
            AGA_Review_00022477).

2-3090      E-mail sent by Richard Pratt, at 11:05:17 AM on 10/1/2013, to Jen
            Fontaine, with a subject line of "RE: AZ DOC Health care barriers for non-
            english speakers."  (AGA_Review_00106761 - AGA_Review_00106764).

2-3091      E-mail sent by Charles Ryan, at 11:24:57 AM on 11/10/2013, to Richard
            Bock, with a subject line of "RE: ███████Security███████ PC
            Issues/Unprofessional Staff"  (AGA_Review_00105901 -
            AGA_Review_00105904).

2-3092      E-mail sent by Charles Ryan, at 8:41:47 AM on 11/13/2013, to Ernest
            Trujillo, with a subject line of "FW: ███████Security███████ PC
            Issues/Unprofessional Staff"  (AGA_Review_00109125 -
            AGA_Review_00109128).

2-3093      E-mail sent by Charles Ryan, at 6:25:05 PM on 11/13/2013, to 'Middle
            Ground Prison Reform' <middlegroundprisonreform@msn.com>, with a
            subject line of "RE: ███████Security███████ PC Issues/Unprofessional
            Staff *DRAFT*"  (AGA_Review_00106794 - AGA_Review_00106798).

2-3094      E-mail sent by David Robertson, at 12:19:27 PM on 11/14/2013, to Derleen
            Spence, with a subject line of "RE: Chickenpox case - employee.  Lewis
            Morey Unit"  (AGA_Review_00104985 - AGA_Review_00104986).

2-3095      E-mail sent by Charles Ryan, at 7:49:07 PM on 11/19/2013, to Greg Fizer;
            and, Lance Hetmer, with a subject line of "RE: ███████Security███████, ADC#
            ███Security███"  (AGA_Review_00107124 - AGA_Review_00107126).

2-3096        E-mail sent by Charles Ryan, at 8:41:16 PM on 11/21/2013, to 'Middle
              Ground Prison Reform' <middlegroundprisonreform@msn.com>, with a
              subject line of "RE: ████████ Security ████████ Protective Custody"
              (AGA_Review_00104063 - AGA_Review_00104064).

2-3097        E-mail sent by Charles Ryan, at 7:48:14 PM on 12/17/2013, to Will
              Barnow, with a subject line of "RE: Inmate Health Talking Points"
              (AGA_Review_00105714 - AGA_Review_00105715).

2-3098        E-mail sent by Joe Profiri, at 2:39:11 PM on 1/16/2014, to Nicole Taylor,
              with a subject line of "Re: Phoenix West"  (AGA_Review_00115852 -
              AGA_Review_00115855).

2-3099        E-mail sent by Charles Ryan, at 5:46:37 PM on 1/30/2014, to ADC Staff,
              with a subject line of "All Staff - Eyman Staff Assault"
              (AGA_Review_00103335 - AGA_Review_00103336).

2-3100        E-mail sent by Charles Ryan, at 2:38:21 PM on 2/3/2014, to ADC STAFF,
              with a subject line of "Staff Safety"  (AGA_Review_00103339 -
              AGA_Review_00103339).

2-3101        E-mail sent by David Robertson, at 11:14:48 AM on 2/26/2014, to ██ Security ██,
              with a subject line of "Re: Patient ██ Security ██"  (AGA_Review_00107395 -
              AGA_Review_00107400).

2-3102        E-mail sent by David Robertson, at 11:45:10 AM on 3/10/2014, to Mark
              Jansen; Richard Pratt; and, Winfred Williams, with a subject line of "ORC
              ████ Security ████  showing EXPRIED"  (AGA_Review_00113488 -
              AGA_Review_00113488).

2-3103        E-mail sent by Joe Profiri, at 5:16:53 PM on 3/13/2014, to Carson
              McWilliams; and, Ernest Trujillo, with a subject line of "FW: Medicaid -
              Affordable Care Act (MACA)"  (AGA_Review_00105323 -
              AGA_Review_00105325).

2-3104        E-mail sent by Charles Ryan, at 9:29:42 PM on 3/18/2014, to Carson
              McWilliams; Chris Moody; and, Ernest Trujillo, with a subject line of "RE:
              SIR#2014-03446/ ASPC-Lewis-Morey Unit/  Assault on Inmate/ Use of
              Force"  (AGA_Review_00115737 - AGA_Review_00115739).

2-3105          E-mail sent by David Robertson, at 11:20:59 AM on 3/27/2014, to Jeff
                Hood; and, Juliet Respicio-Moriarty, with a subject line of "RE: Grievance
                Appeal - ███████ Security ███████ (Case # A02-010-014)"
                (AGA_Review_00103697 - AGA_Review_00103698).


## Group 3:  Medical Care

3-201          Corizon Medication Administration Implementation Guide, dated
                December 9, 2011 (ADC126918 – ADC127128)

3-202          Corizon Medication Administration Procedures Document, dated
                December 22, 2011 (ADC127129 – ADC127178)

3-203          Corizon Nursing Encounter Tools (NETs), issued January 15, 2013
                (ADC127179 – ADC127306)

3-204          Corizon/PharmaCorr Formulary Drug List, dated January 17, 2013,
                approved by ADC on February 20, 2013 (ADC127307 – ADC127364)

3-205          Corizon CONFIDENTIAL ADC Outcomes Assessment Data ("SPDR")
                Report for Q2 and Q3, 2013 (ADC_M000001).

3-206          Forwarded e-mail from Juliet Respicio-Moriarty to Corizon Facility Health
                Administrators and Directors of Nursing regarding PPD AIMS Coding
                "Follow Up Information", dated September 26, 2013 (ADC232137 –
                ADC232140)

3-207          E-mail, dated March 12, 2014, from Mark Jansen to Carson McWilliams
                and Ernest Trujillo, with attachments, regarding KOP to DOT conversions
                (ADC285591 – ADC285592; and ADC285584 – ADC285590)

3-208          Corizon memorandum, dated November 22, 2013, from Dr. Tom Buenker
                regarding Keep on Person (KOP) Risperdal (ADC320262).

3-209          Corizon memorandum, dated December 19, 2013, from Dr. Tom Buenker
                regarding Keep on Person (KOP) Lamotrigine or Perphenazine
                (ADC320263)

3-210          Corizon/PharmaCorr memorandum, updated February 8, 2014, from Julie
                Carter, regarding KOP Contraband Stamps (ADC320273)

3-211  Corizon/PharmaCorr Restricted ADC Medication List, as of March 7, 2013 (ADC334199 – ADC334201)

3-212  Corizon/PharmaCorr Restricted ADC Medication List, as of November 27, 2013 (ADC334202 – ADC334204)

3-213  Corizon/Pharmacorr summary of Medications Added to the AZ DOT List, 2014 (ADC334206)

3-214  Corizon/Pharmacorr summary of Medications Added to the AZ DOT List, as of May 28, 2014 (ADC334207)

3-215  Corizon e-mail, dated July 3, 2013, from Julie Carter, with attachments, regarding Addition to the DOT List – Effective 7/4/2013 (ADC334207 – ADC334209)

3-216  Corizon e-mail dated July 13, 2013, from Julie Carter, with attachments, regarding Additions to the DOT List (ADC334210 – ADC334216)

3-217  Corizon/Pharmacorr notices dated December 11, 2013 regarding Important Changes to the Restricted Medication List (ADC334217 – ADC334218)

3-218  Corizon e-mail dated November 7, 2013, from Julie Carter, with attachments, regarding Additions to the AZ Automatic DOT Restricted List (ADC334219 – ADC334226)

3-219  Corizon e-mail dated November 7, 2013, from Julie Carter, with attachments, regarding Additions to the AZ Automatic DOT Restricted List at ASPC-Lewis (ADC334227 – ADC334249)

3-220  Corizon e-mail dated November 13, 2013, from Julie Carter, with attachments, regarding Muscle Relaxer DOT Memos (ADC334251 – ADC334256

3-221  Corizon e-mail dated April 29, 2014, from Julie Carter, with attachments, regarding Formulary and DOT Update (ADC334259 – ADC334262)

3-222  Corizon e-mail dated June 11, 2014, from Julie Carter, with attachments, regarding DOT Additions (ADC334263 – ADC334266

3-223  Corizon Investigation Report and Corrective Action Plan, dated January 12, 2014, regarding Investigation into Potential Blood Borne Pathogen

Exposure at ASPC Lewis Complex on January 5, 2014 (ADC285550 – ADC285553).  Defendants note that this exhibit may contain absentee class members' Personal Health Information.

3-224    Letter, dated January 22, 2014, from Arizona Department of Health Services Chief Medical Officer to Arthur Gross, responding to request for outside review of Corizon Investigation Report and Corrective Action Plan, dated January 12, 2014, regarding Investigation into Potential Blood Borne Pathogen Exposure at ASPC Lewis Complex on January 5, 2014 (ADC285554 – ADC285555)

3-225    Corizon spreadsheet of monitored lab values (through March 2014) for inmates potentially exposed to insulin contamination during January 5, 2014 incident at ASPC-Lewis (ADC285556 – ADC285558).  Defendants note that this exhibit may contain absentee class members' Personal Health Information.

3-226    Draft letter, dated January 23, 2014, from Arthur Gross to Mark Jansen regarding Corizon Investigation and Corrective Action Plan regarding January 5, 2013 incident at ASPC-Lewis (ADC285559 – ADC285560)

3-227    E-mail, dated May 20, 2014, from Vanessa Headstream to Richard Pratt, regarding updated report monitored lab values for inmates potentially exposed to insulin contamination during January 5, 2014 incident at ASPC-Lewis (ADC285561).  Defendants note that this exhibit may contain absentee class members' Personal Health Information.

3-228    Letter, dated January 30, 2014, from Charles Ryan to Donna Hamm regarding Potential Blood Borne Pathogen Exposure at ASPC-Lewis (ADC285562 – ADC285563)

3-229    Corizon spreadsheet of baseline lab values (as of January 6, 2014) for inmates potentially exposed to insulin contamination during January 5, 2014 incident at ASPC-Lewis (ADC285564 – ADC285565). Defendants note that this exhibit may contain absentee class members' Personal Health Information.

3-230    Corizon report of inmates potentially exposed to insulin contamination during January 5, 2014 incident at ASPC-Lewis, reflecting collection of baseline labs, administration of prior vaccinations and Hepatitis and HIV

prophylaxis offered to those inmates (ADC285566).  Defendants note that this exhibit may contain absentee class members' Personal Health Information.

3-231   Letter, dated January 27, 2014, from Arthur Gross to Mark Jansen regarding Corizon Investigation and Corrective Action Plan regarding January 5, 2013 incident at ASPC-Lewis (ADC285567 – ADC285568).  Defendants note that this exhibit may contain absentee class members' Personal Health Information.

3-232   Corizon spreadsheet of monitored lab values (through January 7, 2014) for inmates potentially exposed to insulin contamination during January 5, 2014 incident at ASPC-Lewis (ADC285569 – ADC285570).  Defendants note that this exhibit may contain absentee class members' Personal Health Information.

3-233   Corizon Corrective Action Plan for nursing personnel relating to January 5, 2014 Potential Exposure Incident at ASPC Lewis Complex (ADC285573 – ADC285575).

3-234   Report of laboratory values for inmates potentially exposed to insulin contamination during August 2012 incident at ASPC-Lewis (ADC285576 – ADC285580).  Defendants note that this exhibit may contain absentee class members' Personal Health Information.

3-235   Draft letter, dated January 28, 2014 to Arizona Department of Health Services, Office of Infectious Disease Services Hepatitis Coordinator/Acting Infectious Disease Epidemiology Program Manager providing responses to follow-up questions relating to Corizon Investigation and Corrective Action Plan regarding January 5, 2013 incident at ASPC-Lewis (ADC285583).

3-236   Statements of Corizon employees regarding January 5, 2014 incident at ASPC-Lewis (ADC28593 – ADC285595).  Defendants note that this exhibit may contain absentee class members' Personal Health Information.

3-237   Curricula Vitae of Lawrence H. Mendel, D.O., FSCP, CCHP (ADC203814 – ADC203817)

3-238   Initial Expert Report of Lawrence Mendel, D.O, FSCP, CCHP, dated December 18, 2013 (ADC203763 – ADC203835)

3-239        First Supplemental Expert Report of Lawrence Mendel, D.O., FSCP,
             CCHP, dated January 31, 2014 (ADC229802 – ADC229807)

3-240        Second Supplemental Expert Report of Lawrence Mendel, D.O., FSCP,
             dated March 26, 2014 (ADC261931 – ADC261949)

3-241        Declaration of Lawrence Mendel in support of Defendants' Motion for
             Summary Judgment and documents attached thereto (Exhibit 189 to
             Defendants' Corrected Statement of Facts in support of their Motion for
             Summary Judgment)

3-242        September 29, 2014 Third Supplemental Report of Lawrence Mendel, D.O.
             (will supplement following completion and disclosure)

3-243        ADC medical and outside consultation records for ████████████,
             ████████, for the period from April 1, 2013 to July 22, 2014 (ADC407641 -
             ADC407721; and ADC379657).

3-244        ADC medical file for ███████████, for the period from April 1,
             2013 to April 1, 2014 (ADC413678 - ADC313715).

3-245        ADC medical file for █████████████, for the period from
             April 1, 2013 to April 1, 2014 (ADC411538 - ADC411792)

3-246        ADC medical and outside consultation records for ████████████,
             ████████, for the period from April 1, 2013 to July 22, 2014 (ADC381620 -
             ADC381683; and ADC381582 - ADC381594).

3-247        ADC medical file for █████████████, for the period from April
             1, 2013 to April 1, 2014 (ADC412373 - ADC421493).

3-248        ADC medical file for ███████████, for the period from April 1,
             2013 to April 1, 2014 (ADC412494 - ADC412505).

3-249        ADC medical file for ████████████, for the period from
             February 27, 2014 to April 1, 2014 (ADC367404 - ADC367519).

3-250        ADC medical file for ███████████, for the period from April 1,
             2013 to April 1, 2014 (ADC416668 - ADC417068).

3-251   ADC medical and outside consultation records for ██████Security██████, for the period from April 1, 2013 to July 22, 2014 (ADC381684 - ADC381876; and, ADC381595 - ADC381602).

3-252   ADC medical file for ██████Security██████, for the period from April 1, 2013 to April 1, 2014 (ADC419623 - ADC419773).

3-253   ADC medical file for ██████Security██████, for the period from April 1, 2013 to April 1, 2014 (ADC380338 - ADC380491).

3-254   ADC medical file for ██████Security██████, for the period from April 1, 2013 to April 1, 2014 (ADC415462 - ADC415467).

3-255   ADC medical file for ██████Security██████, for the period from April 1, 2013 to April 1, 2014 (ADC379932 - ADC380023).

3-256   ADC medical file for ██████Security██████, for the period from March 6, 2013 to April 1, 2014 (ADC367520 - ADC367680).

3-257   ADC medical file for ██████Security██████, for the period from April 1, 2013 to April 1, 2014 (ADC417846 - ADC417919).

3-258   ADC medical file for ██████Security██████, for the period from April 1, 2013 to April 1, 2014 (ADC364902 - ADC364929).

3-259   ADC medical file for ██████Security██████, for the period from April 1, 2013 to April 1, 2014 (ADC419774 - ADC419803; and, ADC421818 - ADC421897).

3-260   ADC medical file for ██████Security██████, for the period from April 1, 2013 to April 1, 2014 (ADC380724 - ADC380797).

3-261   ADC medical file for ██████Security██████, for the period from April 1, 2013 to April 1, 2014 (ADC380024 - ADC380236).

3-262   ADC medical file for ██████Security██████, for the period from April 1, 2013 to April 1, 2014 (ADC380798 - ADC380850).

3-263   ADC medical file for ██████Security██████, for the period from April 1, 2013 to April 1, 2014 (ADC380492 - ADC380601).

3-264   ADC medical file for ██████Security██████, for the period from April 1, 2013 to April 1, 2014 (ADC380239 - ADC380337).

3-265     ADC medical file for ███████████, for the period from March 12, 2013 to March 12, 2014 (ADC323183 - ADC323466).

3-266     ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC417069 - ADC417111).

3-267     ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC381531 - ADC381542).

3-268     ADC medical file for ███████████ for the period from April 1, 2013 to April 1, 2014 (ADC413019 - ADC413069).

3-269     ADC medical and outside consultation records for ███████████, for the period from April 1, 2013 to July 22, 2014 (ADC419804 - ADC419930; and, ADC381603 - ADC381607).

3-270     ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC381877 - ADC382041).

3-271     ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC420907 - ADC421024).

3-272     ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC413070 - ADC413270).

3-273     ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC287421 - ADC287813).

3-274     ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC417979 - ADC417987).

3-275     ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC417112 - ADC417317).

3-276     ADC medical file and ORC Report for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC418353 - ADC418446; and, ADC381608).

3-277     ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC417988 - ADC418097).

3-278     ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC413271 - ADC413306).

3-279    ADC medical file for ███████ Security ███████, for the period from April 1, 2013 to April 1, 2014 (ADC382280 - ADC382360).

3-280    ADC medical file for ███████ Security ███████, for the period from February 13, 2013 to April 1, 2013 (ADC283042 - ADC283214).

3-281    ADC medical file for ███████ Security ███████, for the period from April 1, 2013 to April 1, 2014 (ADC413307 - ADC413443).

3-282    ADC medical and outside consultation records for ███████ Security ███████, for the period from April 1, 2013 to July 22, 2014 (ADC407722 - ADC407753; and, ADC379658 - ADC379659).

3-283    ADC medical file for ███████ Security ███████, for the period from April 1, 2013 to April 1, 2014 (ADC364928 - ADC364932).

3-284    ADC medical file for ███████ Security ███████, for the period from April 1, 2013 to April 1, 2014 (ADC419390 - ADC419543).

3-285    ADC medical file for ███████ Security ███████, for the period from April 1, 2013 to April 1, 2014 (ADC418098 - ADC418315).

3-286    ADC medical file for ███████ Security ███████, for the period from April 1, 2013 to April 1, 2014 (ADC419931 - ADC420116).

3-287    ADC medical file for ███████ Security ███████, for the period from April 1, 2013 to April 1, 2014 (ADC379262 - ADC379428).

3-288    ADC medical file for ███████ Security ███████, for the period from April 1, 2013 to April 1, 2014 (ADC412506 - ADC412691).

3-289    ADC medical and outside consultation records for ███████ Security ███████, for the period from July 1, 2013 to July 22, 2014 (ADC312822 - ADC313746; and, ADC379660 - ADC379683).

3-290    ADC medical file for ███████ Security ███████, for the period from April 1, 2013 to April 1, 2014 (ADC415468 - ADC415611).

3-291    ADC medical file for ███████ Security ███████, for the period from April 1, 2013 to April 1, 2014 (ADC406988 - ADC407153).

3-292    ADC medical file for ███████ Security ███████, for the period from April 1, 2013 to April 1, 2014 (ADC418804 - ADC418870).

3-293      ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC364933 - ADC364977).

3-294      ADC medical and outside consultation records for ███████████, for the period from April 1, 2013 to July 22, 2014 (ADC407754 - ADC408170; and, ADC379684 - ADC379695).

3-295      ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC406611 - ADC406937).

3-296      ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC418871 - ADC418977).

3-297      ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC420117 - ADC420185).

3-298      ADC medical and outside consultation records for ███████████, for the period from April 1, 2013 to July 22, 2014 (ADC418447 - ADC418596; and, ADC381609 - ADC381619).

3-299      ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC413716 - ADC413839).

3-300      ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC378541 - ADC378627).

3-301      ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC413442 - ADC413531).

3-302      ADC medical and outside consultation records for ███████████, for the period from April 1, 2013 to July 22, 2014 (ADC408169 - ADC408321; and, ADC379696 - ADC379702).

3-303      ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC378873 - ADC379187).

3-304      ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC420869 - ADC420906).

3-305      ADC medical file for ███████████, for the period from February 21, 2014 to April 1, 2014 (ADC364978 - ADC365011).

3-306    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC299618 - ADC299950).

3-307    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC418316 - ADC418352).

3-308    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC382361 - ADC382477).

3-309    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC380965 - ADC381073).

3-310    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC413840 - ADC413897).

3-311    ADC medical and outside consultation records for ████████ Security ████████, ████ Security ████, for the period from April 1, 2013 to April 1, 2014 (ADC408322 - ADC408442; and, ADC379891 - ADC379906).

3-312    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC412692 - ADC412933).

3-313    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC380581 - ADC380964).

3-314    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC379429 - ADC379499).

3-315    ADC medical and outside consultation records for ████████ Security ████████, for the period from April 1, 2013 to July 22, 2014 (ADC418597 - ADC418683; and ADC382119).

3-316    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC420186 - ADC420241).

3-317    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC413530 - ADC413604).

3-318    ADC medical file for ████████ Security ████████, for the period from October 18, 2013 to April 1, 2014 (ADC415084 - ADC415156).

3-319    ADC medical and outside consultation records for ███████████,
         ████████, for the period from April 1, 2013 to July 22, 2014 (ADC420242 -
         ADC420291; and ADC379907).

3-320    ADC medical file for ██████████████████, for the period from April
         1, 2013 to April 1, 2014 (ADC418978 - ADC419013).

3-321    ADC medical file for ████████████████, for the period from April 1,
         2013 to April 1, 2014 (ADC407153 - ADC407250).

3-322    ADC medical file for ████████████████, for the period from April 1,
         2013 to April 1, 2014 (ADC413605 - ADC413677).

3-323    ADC medical file for ████████████████, for the period from April 1,
         2013 to April 1, 2014 (ADC415612 - ADC415738).

3-324    ADC medical file for ████████████████, for the period from April 1,
         2013 to April 1, 2014 (ADC365012 - ADC365037).

3-325    ADC medical and outside consultation records for ████████████████,
         for the period from April 1, 2013 to July 22, 2014 (ADC379703 -
         ADC379781; and, ADC379908 - ADC379911).

3-326    ADC medical file for ██████████████████, for the period from April 1,
         2013 to April 1, 2014 (ADC381524 - ADC381530).

3-327    ADC medical file for ████████████████, for the period from March
         20, 2014 to April 1, 2014 (ADC365038 - ADC365070).

3-328    ADC medical file for ██████████████████, for the period from April
         1, 2013 to April 1, 2014 (ADC419544 - ADC419622).

3-329    ADC medical and outside consultation records for ████████████████,
         for the period from August 15, 2013 to July 22, 2014 (ADC301657 -
         ADC301904; and ADC382120).

3-330    ADC medical file for ████████████████, for the period from April 1,
         2013 to April 1, 2014 (ADC302623 - ADC302885).

3-331    ADC medical file for ████████████████, for the period from April 1,
         2013 to April 1, 2014 (ADC415157 - ADC415266).

3-332    ADC medical file for [Security], #081920, for the period from April 1, 2013 to April 1, 2014 (ADC408512 - ADC409950).

3-333    ADC medical file for [Security], for the period from April 1, 2013 to April 1, 2014 (ADC415739 - ADC416465).

3-334    ADC medical file for [Security], for the period from April 1, 2013 to April 1, 2014 (ADC417920 - ADC417978).

3-335    ADC medical file for [Security], for the period from April 1, 2013 to April 1, 2014 (ADC379188 - ADC379261).

3-336    ADC medical file for [Security], for the period from April 1, 2013 to April 1, 2014 (ADC378742 - ADC378872).

3-337    ADC medical and outside consultation records for [Security], for the period from April 1, 2013 to July 22, 2014 (ADC418684 - ADC418743; and, ADC382121 - ADC382130).

3-338    ADC medical file for [Security], for the period from April 1, 2013 to April 1, 2014 (ADC379500 - ADC379656).

3-339    ADC medical file for [Security], for the period from April 1, 2013 to April 1, 2014 (ADC365071 - ADC365118).

3-340    ADC medical and outside consultation records for [Security], [Security], for the period from April 1, 2013 to July 22, 2014 (ADC407251 - ADC407290; and, ADC379912 - ADC379914).

3-341    ADC medical file for [Security], for the period from April 1, 2013 to April 1, 2014 (ADC381543 - ADC381581).

3-342    ADC medical and outside consultation records for [Security], [Security] for the period from April 1, 2013 to July 22, 2014 (ADC382042 - ADC382118; and ADC382131).

3-343    ADC medical file for [Security], for the period from April 1, 2013 to April 1, 2014 (ADC380602 - ADC380675).

3-344    ADC medical file for [Security], for the period from April 1, 2013 to April 1, 2014 (ADC303515 - ADC303619).

3-345      ADC medical file for ███████████████, for the period from April 1,
           2013 to April 1, 2014 (ADC409951 - ADC411144).

3-346      ADC medical and outside consultation records for ███████████,
           ████████, for the period from April 1, 2013 to July 22, 2014 (ADC407291 -
           ADC407640; and, ADC379915 - ADC319925).

3-347      ADC medical file for ████████████████, for the period from
           April 1, 2013 to April 1, 2014 (ADC378628 - ADC378741).

3-348      ADC medical file for ███████████████, for the period from April 1,
           2013 to April 1, 2014 (ADC417723 - ADC417845).

3-349      ADC medical file for █████████████, for the period from April 1,
           2013 to April 1, 2014 (ADC420292 - ADC420339).

3-350      ADC medical file for ███████████████, for the period from April 1,
           2013 to April 1, 2014 (ADC381074 - ADC381255).

3-351      ADC medical file for ███████████████, for the period from April 1,
           2013 to April 1, 2014 (ADC406938 - ADC406987).

3-352      ADC medical file for ████████████████, for the period from April
           1, 2013 to April 1, 2014 (ADC411793 - ADC412289).

3-353      ADC medical file for ██████████████, for the period from April 1,
           2013 to April 1, 2014 (ADC411145 - ADC411537).

3-354      ADC medical file for █████████████, for the period from April 1,
           2013 to April 1, 2014 (ADC406557 - ADC406610).

3-355      ADC medical file for ██████████████, for the period from April 1,
           2013 to April 1, 2014 (ADC415267 - ADC415461).

3-356      ADC medical file for ████████████████, for the period from April
           1, 2013 to April 1, 2014 (ADC419014 - ADC419128).

3-357      ADC medical file for ███████████████, for the period from
           April 1, 2013 to April 1, 2014 (ADC365119 - ADC365325).

3-358      ADC medical file for ███████████████, for the period from April 1,
           2013 to April 1, 2014 (ADC317589 - ADC317790; and ADC420340 -
           ADC420582).

3-359 ADC medical and outside consultation records for ██████ Security ██████, for the period from April 1, 2013 to July 22, 2014 (ADC379782 - ADC379931; and, ADC379926 - ADC379931).

3-360 ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC412934 - ADC4123013).

3-361 ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC380676 - ADC380723).

3-362 ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC381256 - ADC381523).

3-363 ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC413014 - ADC413018).

3-364 ADC medical and outside consultation records for ██████ Security ██████, ██████ Security ██████, for the period from April 1, 2013 to July 22, 2014 (ADC418744 - ADC418803; and ADC382132).

3-365 ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC418318 - ADC417454).

3-366 ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC382133 - ADC382279).

3-367 ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC413880 - ADC415014).

3-368 ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC382478 - ADC382630).

3-369 ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC416466 - ADC416667).

3-370 ADC medical file for ██████ Security ██████, for the period from October 9, 2013 to April 1, 2014 (ADC307696 - ADC308266).

3-371 ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC420583 - ADC420706).

3-372 ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC419129 - ADC419389).

3-373      ADC medical file for ███████ Security ███████, for the period from April
           1, 2013 to April 1, 2014 (ADC412290 - ADC412372; and ADC380237 -
           ADC380238).

3-374      ADC medical file for ███████ Security ███████, for the period from
           March 3, 2014 to April 1, 2013 (ADC365326 - ADC365366).

3-375      ADC medical file for ███████ Security ███████, for the period from April 1,
           2013 to April 1, 2014 (ADC420707 - ADC420808).

3-376      ADC medical file for ███████ Security ███████, for the period from April
           1, 2013 to April 1, 2014 (ADC420809 - ADC420868).

3-377      ADC medical file for ███████ Security ███████, for the period from April
           1, 2013 to April 1, 2014 (ADC408443 - ADC408511).

3-378      ADC medical file for ███████ Security ███████, for the period from April 1,
           2013 to April 1, 2014 (ADC309157 - ADC309230).

3-379      ADC medical file for ███████ Security ███████, for the period from April 1,
           2013 to April 1, 2014 (ADC365367 - ADC365383; and, ADC365384 -
           ADC365413).

3-380      ADC medical file for ███████ Security ███████, for the period from April 1,
           2013 to April 1, 2014 (ADC406400 - ADC406556).

3-381      E-mail sent by Richard Pratt, at 9:53:47 PM on 6/5/2012, to Charles Ryan,
           with a subject line of "RE: Lois Schwartz views on Wexford"
           (AGA_Review_00029334 – AGA_Review_00029335).

3-382      E-mail sent by Richard Pratt, at 7:40:30 PM on 6/14/2012, to Richard Pratt,
           with a subject line of "FW: I/M ███████ Security ███████ -
           CLR79911733" (AGA_Review_00030303 – AGA_Review_00030304).

3-383      E-mail sent by Richard Pratt, at 6:52:53 PM on 6/18/2012, to Leslie
           Boothby, with a subject line of "FW: ███████ Security ███████ Medical"
           (AGA_Review_00030578 – AGA_Review_00030579).

3-384      E-mail sent by Richard Pratt, at 9:40:27 PM on 6/19/2012, to DONNA
           LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject
           line of "RE: ███████ Security ███████ Medical"
           (AGA_Review_00030638 – AGA_Review_00030640).

3-385       E-mail sent by Richard Pratt, at 10:49:01 PM on 6/19/2012, to Laurie Berg, with a subject line of "FW: I/M ███████████ - CLR79911733" (AGA_Review_00030658 – AGA_Review_00030659).

3-386       E-mail sent by Richard Pratt, at 5:51:09 PM on 6/22/2012, to Jim Taylor, with a subject line of "FW: #█████ Medical Attention" (AGA_Review_00031150 – AGA_Review_00031152).

3-387       E-mail sent by Richard Pratt, at 8:49:34 PM on 6/26/2012, to Terry Allred, with a subject line of "RE: ████████" (AGA_Review_00031452 – AGA_Review_00031455).

3-388       E-mail sent by Richard Pratt, at 8:20:38 PM on 6/28/2012, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: ██████████ Medical" (AGA_Review_00032096 – AGA_Review_00032097).

3-389       E-mail sent by Richard Pratt, at 7:45:50 PM on 6/29/2012, to Matthew Musson, with a subject line of "FW: ████████████ Medical" (AGA_Review_00032448 – AGA_Review_00032451).

3-390       E-mail sent by Richard Pratt, at 7:51:20 PM on 6/29/2012, to Charles Ryan, with a subject line of "FW: ██████████ Medical" (AGA_Review_00032452 – AGA_Review_00032455).

3-391       E-mail sent by Charles Ryan, at 8:59:48 AM on 6/30/2012, to Ron Credio; Edwin Lao; and, Carson McWilliams, with a subject line of "FW: ██████ ██████ Medical" (AGA_Review_00032465 – AGA_Review_00032469).

3-392       E-mail sent by Charles Ryan, at 7:53:46 PM on 7/6/2012, to Carson McWilliams; Richard Pratt; and, Ernest Trujillo, with a subject line of "RE: Eyman meds" (AGA_Review_00033376 – AGA_Review_00033378).

3-393       E-mail sent by Charles Ryan, at 8:29:26 PM on 7/6/2012, to Carson McWilliams, with a subject line of "RE: Eyman meds" (AGA_Review_00033381 – AGA_Review_00033382).

3-394       E-mail sent by Charles Ryan, at 10:14:25 PM on 7/6/2012, to Carson McWilliams; and, Richard Pratt, with a subject line of "RE: Eyman meds" (AGA_Review_00033407 – AGA_Review_00033408).

3-395         E-mail sent by Richard Pratt, at 6:51:55 PM on 7/12/2012, to Sumi Erno, with a subject line of "RE: ██████Security██████ - Claustrophobia" (AGA_Review_00034154 – AGA_Review_00034160).

3-396         E-mail sent by Richard Pratt, at 1:04:07 PM on 7/13/2012, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: ██████Security██████ Medical Issues" (AGA_Review_00034277 – AGA_Review_00034278).

3-397         E-mail sent by Richard Pratt, at 1:33:44 PM on 7/13/2012, to Sam Tardibuono, with a subject line of "FW: ██████Security██████ Medical" (AGA_Review_00034285 – AGA_Review_00034286).

3-398         E-mail sent by Richard Pratt, at 11:32:53 PM on 7/13/2012, to Karen Mullenix, with a subject line of "RE: FW: Inmates meds" (AGA_Review_00034372 – AGA_Review_00034373).

3-399         E-mail sent by Richard Pratt, at 8:11:34 PM on 7/16/2012, to Marlena Bedoya; and, Trudy Dumkrieger, with a subject line of "FW: Catalina Medication Issues" (AGA_Review_00034514 – AGA_Review_00034515).

3-400         E-mail sent by Richard Pratt, at 5:12:46 PM on 7/17/2012, to Karen Mullenix, with a subject line of "FW: Notification to I/M families" (AGA_Review_00034764 – AGA_Review_00034764).

3-401         E-mail sent by Richard Pratt, at 5:15:50 PM on 7/17/2012, to Jim Taylor, with a subject line of "FW: Release without meds" (AGA_Review_00034765 – AGA_Review_00034769).

3-402         E-mail sent by Richard Pratt, at 4:49:28 PM on 7/24/2012, to Charles Ryan, with a subject line of "FW: Lewis" (AGA_Review_00035852 – AGA_Review_00035852).

3-403         E-mail sent by Richard Pratt, at 8:40:35 PM on 7/26/2012, to Karen Mullenix, with a subject line of "RE: Cook Unit" (AGA_Review_00036084 – AGA_Review_00036085).

3-404         E-mail sent by Richard Pratt, at 10:53:17 PM on 7/26/2012, to Charles Ryan, with a subject line of "RE: ██████Security██████" (AGA_Review_00036094 – AGA_Review_00036095).

3-405       E-mail sent by Charles Ryan, at 8:20:59 AM on 7/27/2012, to Stacey
            Crabtree, with a subject line of "FW: Inquiry ███████"
            (AGA_Review_00036111 – AGA_Review_00036112).

3-406       E-mail sent by Richard Pratt, at 2:18:22 PM on 7/27/2012, to Robert
            Patton, with a subject line of "Lewis Medication issues"
            (AGA_Review_00036147 – AGA_Review_00036147).

3-407       E-mail sent by Richard Pratt, at 8:19:09 PM on 7/27/2012, to ███████
            ████████████████>, with a subject line of "RE: Prisoner medical
            issue" (AGA_Review_00036196 – AGA_Review_00036198).

3-408       E-mail sent by Richard Pratt, at 9:04:20 PM on 7/27/2012, to Dennis
            Kendall, with a subject line of "RE: Inquiry ███████"
            (AGA_Review_00036208 – AGA_Review_00036210).

3-409       E-mail sent by Richard Pratt, at 9:34:05 PM on 7/27/2012, to Karen
            Mullenix, with a subject line of "FW: Update - sent from Laura Escapule -
            on Ray Grabowski's computer" (AGA_Review_00036214 –
            AGA_Review_00036215).

3-410       E-mail sent by Richard Pratt, at 2:22:46 PM on 7/28/2012, to Charles Ryan,
            with a subject line of "FW: Update" (AGA_Review_00036251 –
            AGA_Review_00036251).

3-411       E-mail sent by Charles Ryan, at 10:01:48 AM on 7/30/2012, to Jim Taylor,
            with a subject line of "RE: ███████"
            (AGA_Review_00036291 – AGA_Review_00036294).

3-412       E-mail sent by Richard Pratt, at 8:49:18 PM on 7/31/2012, to Jennifer
            Bowser, with a subject line of "RE: Health Services Inquiry"
            (AGA_Review_00036541 – AGA_Review_00036543).

3-413       E-mail sent by Richard Pratt, at 9:53:53 AM on 8/1/2012, to Dennis
            Chenail; Lea Miernik; and, Jim Taylor, with a subject line of "RE:
            ███████" (AGA_Review_00036717 –
            AGA_Review_00036718).

3-414       E-mail sent by Richard Pratt, at 3:11:32 PM on 8/1/2012, to Laurie Berg,
            with a subject line of "RE: IM ███████"
            (AGA_Review_00036740 – AGA_Review_00036740).

3-415    E-mail sent by Charles Ryan, at 11:07:50 PM on 8/1/2012, to Gail Rittenhouse, with a subject line of "RE: Moves" (AGA_Review_00036775 – AGA_Review_00036776).

3-416    E-mail sent by Richard Pratt, at 12:16:34 PM on 8/3/2012, to Karen Mullenix, with a subject line of "FW: F/U in IPC on 8-1-12" (AGA_Review_00036951 – AGA_Review_00036952).

3-417    E-mail sent by Richard Pratt, at 5:30:26 PM on 8/3/2012, to Paul O'Connell, with a subject line of "RE: ███████; SB 1291 release (Medications)" (AGA_Review_00037114 – AGA_Review_00037115).

3-418    E-mail sent by Richard Pratt, at 7:02:34 PM on 8/3/2012, to Kathleen Campbell; Jim Taylor, with a subject line of "RE: ███████" (AGA_Review_00037180 – AGA_Review_00037181).

3-419    E-mail sent by Richard Pratt, at 9:54:16 AM on 8/6/2012, to Paul O'Connell, with a subject line of "RE: ███████; SB 1291 release (Medications)" (AGA_Review_00037520 – AGA_Review_00037522).

3-420    E-mail sent by Richard Pratt, at 2:25:15 PM on 8/8/2012, to Greg Capocy; Karen Mullenix; and, David Robertson, with a subject line of "RE: FW: ███████" (AGA_Review_00038503 – AGA_Review_00038506).

3-421    E-mail sent by Richard Pratt, at 6:36:25 PM on 8/8/2012, to Greg Capocy; Karen Mullenix; and, Gretchen Williams, with a subject line of "RE: FW: FW: ███████" (AGA_Review_00038665 – AGA_Review_00038671).

3-422    E-mail sent by Joe Profiri, at 5:59:09 PM on 8/9/2012, to Donna Mendoza, with a subject line of "RE: release meds for 8/10" (AGA_Review_00038897 – AGA_Review_00038897).

3-423    E-mail sent by Joe Profiri, at 6:04:23 PM on 8/9/2012, to Richard Pratt, with a subject line of "RE: forwarding information - released w/o meds" (AGA_Review_00038904 – AGA_Review_00038906).

3-424       E-mail sent by Joe Profiri, at 6:06:34 PM on 8/9/2012, to Judy Frigo; and, James O'Neil, with a subject line of "FW: forwarding information - released w/o meds" (AGA_Review_00038907 – AGA_Review_00038909).

3-425       E-mail sent by Joe Profiri, at 6:09:25 PM on 8/9/2012, to Judy Frigo; and, James O'Neil, with a subject line of "FW: release meds for 8/10" (AGA_Review_00038910 – AGA_Review_00038910).

3-426       E-mail sent by Richard Pratt, at 6:11:52 PM on 8/9/2012, to Karen Mullenix, with a subject line of "FW: forwarding information - released w/o meds" (AGA_Review_00038911 – AGA_Review_00038913).

3-427       E-mail sent by Richard Pratt, at 6:49:58 PM on 8/9/2012, to Karen Mullenix, with a subject line of "RE: forwarding information - released w/o meds" (AGA_Review_00038937 – AGA_Review_00038939).

3-428       E-mail sent by Richard Pratt, at 6:52:45 PM on 8/9/2012, to Karen Mullenix, with a subject line of "FW: Release Medication for Inmate ███Security███" (AGA_Review_00038940 – AGA_Review_00038944).

3-429       E-mail sent by Richard Pratt, at 7:54:45 PM on 8/9/2012, to ██████████Security██████████>, with a subject line of "RE: Director's Project ████Security████" (AGA_Review_00039053 – AGA_Review_00039055).

3-430       E-mail sent by Richard Pratt, at 8:11:40 PM on 8/9/2012, to Dennis Kendall, with a subject line of "FW: ████Security████ Medical Issues" (AGA_Review_00039068 – AGA_Review_00039069).

3-431       E-mail sent by Richard Pratt, at 8:22:32 PM on 8/9/2012, to Karen Mullenix, with a subject line of "RE: forwarding information - released w/o meds" (AGA_Review_00039075 – AGA_Review_00039078).

3-432       E-mail sent by Joe Profiri, at 8:35:23 PM on 8/9/2012, to Karen Mullenix, with a subject line of "Re: forwarding information - released w/o meds" (AGA_Review_00039102 – AGA_Review_00039105).

3-433       E-mail sent by Richard Pratt, at 8:35:54 PM on 8/9/2012, to Dennis Chenail; and, Karen Mullenix, with a subject line of "FW: Release Medication for Inmate ███Security███" (AGA_Review_00039106 – AGA_Review_00039110).

3-434       E-mail sent by Richard Pratt, at 8:51:50 PM on 8/9/2012, to Dennis
            Chenail; and, Jim Taylor, with a subject line of "RE: Release Medication
            for Inmate ▮▮▮▮▮" (AGA_Review_00039162 –
            AGA_Review_00039169).

3-435       E-mail sent by Richard Pratt, at 8:58:31 PM on 8/9/2012, to Karen
            Mullenix, with a subject line of "RE: Release Medication for Inmate
            ▮▮▮▮▮ (AGA_Review_00039185 – AGA_Review_00039193).

3-436       E-mail sent by Richard Pratt, at 9:36:19 PM on 8/9/2012, to Joe Profiri,
            with a subject line of "RE: Release Medication for Inmate ▮▮▮▮▮"
            (AGA_Review_00039297 – AGA_Review_00039307).

3-437       E-mail sent by Joe Profiri, at 9:51:19 PM on 8/9/2012, to Richard Bock,
            with a subject line of "Re: Release Medication for Inmate ▮▮▮▮▮"
            (AGA_Review_00039340 – AGA_Review_00039346).

3-438       E-mail sent by Richard Pratt, at 9:52:51 PM on 8/9/2012, to Dennis
            Chenail; and, Jim Taylor, with a subject line of "RE: Release Medication
            for Inmate ▮▮▮▮▮" (AGA_Review_00039347 –
            AGA_Review_00039355).

3-439       E-mail sent by Joe Profiri, at 10:04:16 PM on 8/9/2012, to Richard Pratt,
            with a subject line of "RE: Release Medication for Inmate ▮▮▮▮▮"
            (AGA_Review_00039365 – AGA_Review_00039375).

3-440       E-mail sent by Joe Profiri, at 1:41:12 PM on 8/10/2012, to Karen Mullenix,
            with a subject line of "FW: Release Medication for Inmate ▮▮▮▮▮"
            (AGA_Review_00039536 – AGA_Review_00039542).

3-441       E-mail sent by Richard Pratt, at 3:56:36 PM on 8/10/2012, to Karen
            Mullenix; and, Joe Profiri, with a subject line of "RE: ▮▮▮▮▮
            ▮▮▮▮▮ (AGA_Review_00039611 – AGA_Review_00039614).

3-442       E-mail sent by Joe Profiri, at 5:20:56 PM on 8/10/2012, to Paul O'Connell,
            with a subject line of "Re: ▮▮▮▮▮"
            (AGA_Review_00039647 – AGA_Review_00039648).

3-443       E-mail sent by Joe Profiri, at 5:40:34 PM on 8/10/2012, to Steve Bender,
            with a subject line of "Fwd: ▮▮▮▮▮"
            (AGA_Review_00039664 – AGA_Review_00039665).

3-444        E-mail sent by Joe Profiri, at 6:43:48 PM on 8/10/2012, to Richard Bock;
             and, Ernest Trujillo, with a subject line of "RE: Release Medication for
             Inmate ███████" (AGA_Review_00039707 – AGA_Review_00039714).

3-445        E-mail sent by Joe Profiri, at 9:54:13 PM on 8/10/2012, to Karen Mullenix,
             with a subject line of "Re: Release Medication for Inmate ███████"
             (AGA_Review_00039808 – AGA_Review_00039816).

3-446        E-mail sent by Joe Profiri, at 9:55:46 PM on 8/10/2012, to Danial
             Lundberg, with a subject line of "Re: ICS" (AGA_Review_00039817 –
             AGA_Review_00039820).

3-447        E-mail sent by Joe Profiri, at 9:22:02 PM on 8/11/2012, to Richard Pratt,
             with a subject line of "Re: I.R. Dtd 8/11/2012" (AGA_Review_00039873 –
             AGA_Review_00039874).

3-448        E-mail sent by Joe Profiri, at 9:32:16 PM on 8/11/2012, to Richard Pratt,
             with a subject line of "Re: I.R. Dtd 8/11/2012" (AGA_Review_00039879 –
             AGA_Review_00039881).

3-449        E-mail sent by Richard Pratt, at 10:06:28 PM on 8/11/2012, to Karen
             Mullenix, with a subject line of "FW: I.R. Dtd 8/11/2012"
             (AGA_Review_00039884 – AGA_Review_00039884).

3-450        E-mail sent by Joe Profiri, at 10:35:29 PM on 8/11/2012, to Ernest Trujillo,
             with a subject line of "RE: I.R. Dtd 8/11/2012" (AGA_Review_00039888 –
             AGA_Review_00039890).

3-451        E-mail sent by Joe Profiri, at 11:02:02 PM on 8/11/2012, to Richard Pratt,
             with a subject line of "FW: I.R. Dtd 8/11/2012" (AGA_Review_00039893
             – AGA_Review_00039895).

3-452        E-mail sent by Joe Profiri, at 11:24:16 PM on 8/11/2012, to Marlena
             Bedoya, with a subject line of "RE: I.R. Dtd 8/11/2012"
             (AGA_Review_00039900 – AGA_Review_00039901).

3-453        E-mail sent by Joe Profiri, at 12:23:57 PM on 8/13/2012, to Terry Allred,
             with a subject line of "RE: Bachman Unit Incident Report"
             (AGA_Review_00040080 – AGA_Review_00040081).

3-454    E-mail sent by Richard Pratt, at 6:53:08 PM on 8/13/2012, to Kathleen Campbell, with a subject line of "FW: ███████████" (AGA_Review_00040219 – AGA_Review_00040221).

3-455    E-mail sent by Joe Profiri, at 8:58:58 PM on 8/13/2012, to Ernest Trujillo, with a subject line of "Fwd: RE: RE: Fwd:" (AGA_Review_00040276 – AGA_Review_00040278).

3-456    E-mail sent by Joe Profiri, at 9:27:31 PM on 8/13/2012, to Robert Patton; Charles Ryan; and, Ernest Trujillo, with a subject line of "RE: FW: Fwd:" (AGA_Review_00040287 – AGA_Review_00040288).

3-457    E-mail sent by Charles Ryan, at 10:14:54 PM on 8/13/2012, to Richard Pratt, with a subject line of "RE: Inmate ██████████████████" (AGA_Review_00040331 – AGA_Review_00040333).

3-458    E-mail sent by Richard Pratt, at 6:16:41 PM on 8/14/2012, to Matthew Musson, with a subject line of "RE: ███████████ Medical Issues" (AGA_Review_00040700 – AGA_Review_00040702).

3-459    E-mail sent by Richard Pratt, at 1:19:47 PM on 8/15/2012, to Richard Pratt, with a subject line of "FW: ███████████ Medical Issues" (AGA_Review_00041574 – AGA_Review_00041576).

3-460    E-mail sent by Richard Pratt, at 7:17:48 PM on 8/15/2012, to Emily Gutierrez; IFF LIAISON; and, Matthew Musson, with a subject line of "RE: ███████████...AGAIN!!" (AGA_Review_00041658 – AGA_Review_00041660).

3-461    E-mail sent by Richard Pratt, at 2:08:18 PM on 8/16/2012, to Matthew Musson, with a subject line of "RE: ███████████ Medical Issues" (AGA_Review_00041872 – AGA_Review_00041875).

3-462    E-mail sent by Richard Pratt, at 5:24:01 PM on 8/16/2012, to Kathleen Campbell, with a subject line of "RE: IMPORTANT: No response from Tucson re: Inmate ███████████" (AGA_Review_00041939 – AGA_Review_00041943).

3-463    E-mail sent by Joe Profiri, at 6:28:01 PM on 8/16/2012, to Richard Pratt, with a subject line of "Re: IR Alteration of a legal document" (AGA_Review_00041970 – AGA_Review_00041971).

3-464      E-mail sent by Richard Pratt, at 9:29:29 AM on 8/17/2012, to Matthew
           Musson, with a subject line of "RE: FW: ███████████
           ███████...AGAIN!!" (AGA_Review_00042041 –
           AGA_Review_00042043).

3-465      E-mail sent by Richard Pratt, at 5:21:00 PM on 8/17/2012, to Lisa Cooper,
           with a subject line of "FW: IM ███████████_Bachman"
           (AGA_Review_00042185 – AGA_Review_00042186).

3-466      E-mail sent by Richard Pratt, at 6:24:06 PM on 8/19/2012, to Matthew
           Musson, with a subject line of "FW: inmate ██████ medicine"
           (AGA_Review_00042377 – AGA_Review_00042377).

3-467      E-mail sent by Joe Profiri, at 12:12:19 PM on 8/20/2012, to Marlena
           Bedoya; Kathleen Campbell; Trudy Dumkrieger; and, Karen Mullenix,
           with a subject line of "RE: dialysis" (AGA_Review_00042533 –
           AGA_Review_00042534).

3-468      E-mail sent by Joe Profiri, at 7:14:42 PM on 8/20/2012, to Denel Pickering,
           with a subject line of "RE: dialysis" (AGA_Review_00042961 –
           AGA_Review_00042962).

3-469      E-mail sent by Joe Profiri, at 11:04:08 PM on 8/20/2012, to Ron Credio;
           Juli Jackson; Carson McWilliams; and, Matthew Musson, with a subject
           line of "RE: Fwd: Inmate ████████" (AGA_Review_00042990 –
           AGA_Review_00042991).

3-470      E-mail sent by Richard Pratt, at 1:01:11 PM on 8/21/2012, to Charles Ryan,
           with a subject line of "FW: ██████████████"
           (AGA_Review_00043109 – AGA_Review_00043111).

3-471      E-mail sent by Joe Profiri, at 2:51:05 PM on 8/21/2012, to Marlena
           Bedoya; Kathleen Campbell; Trudy Dumkrieger; Matthew Harvey; Richard
           Pratt; and, Jim Taylor, with a subject line of "RE: IM ██████ release meds"
           (AGA_Review_00043162 – AGA_Review_00043162).

3-472      E-mail sent by Joe Profiri, at 4:06:05 PM on 8/21/2012, to Matthew
           Harvey, with a subject line of "RE: IM ██████ release meds"
           (AGA_Review_00043204 – AGA_Review_00043206).

3-473      E-mail sent by Joe Profiri, at 7:16:23 PM on 8/21/2012, to Marlena
           Bedoya; and, Kathleen Campbell, with a subject line of "RE: IM ███████
           release meds" (AGA_Review_00043242 – AGA_Review_00043244).

3-474      E-mail sent by Richard Pratt, at 7:42:35 PM on 8/21/2012, to
           ████████████████████████████████>, with a subject line
           of "██████████████" (AGA_Review_00043253 –
           AGA_Review_00043253).

3-475      E-mail sent by Richard Pratt, at 7:46:03 PM on 8/21/2012, to Marlena
           Bedoya, with a subject line of "RE: █████████"
           (AGA_Review_00043258 – AGA_Review_00043258).

3-476      E-mail sent by Richard Pratt, at 10:21:37 AM on 8/22/2012, to Marlena
           Bedoya, with a subject line of "RE: █████████ - Cimarron"
           (AGA_Review_00043340 – AGA_Review_00043341).

3-477      E-mail sent by Joe Profiri, at 11:29:50 PM on 8/22/2012, to Marlena
           Bedoya, with a subject line of "FW: IM █████████"
           (AGA_Review_00043689 – AGA_Review_00043691).

3-478      E-mail sent by Joe Profiri, at 8:35:46 AM on 8/23/2012, to Dan Conn; and,
           Karen Mullenix, with a subject line of "Expired Medication"
           (AGA_Review_00043806 – AGA_Review_00043806).

3-479      E-mail sent by Richard Pratt, at 10:05:16 AM on 8/24/2012, to Marlena
           Bedoya, with a subject line of "FW: ██████████████"
           (AGA_Review_00044271 – AGA_Review_00044274).

3-480      E-mail sent by Richard Pratt, at 10:15:21 AM on 8/24/2012, to Marlena
           Bedoya, with a subject line of "RE: ██████████████"
           (AGA_Review_00044284 – AGA_Review_00044287).

3-481      E-mail sent by Richard Pratt, at 11:12:32 AM on 8/24/2012, to DONNA
           LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject
           line of "RE: ██████████ Medical Issues"
           (AGA_Review_00044290 – AGA_Review_00044293).

3-482      E-mail sent by Richard Pratt, at 11:15:45 AM on 8/24/2012, to Matthew
           Musson, with a subject line of "FW: ████████████ Medical
           Issues" (AGA_Review_00044294 – AGA_Review_00044298).

3-483 E-mail sent by Joe Profiri, at 7:48:06 PM on 8/24/2012, to Richard Pratt, with a subject line of "RE: FLORENCE medication issues" (AGA_Review_00044667 – AGA_Review_00044668).

3-484 E-mail sent by Joe Profiri, at 12:17:57 PM on 8/25/2012, to Therese Schroeder, with a subject line of "RE: Inmate with Possible TB" (AGA_Review_00044820 – AGA_Review_00044822).

3-485 E-mail sent by Joe Profiri, at 12:47:08 PM on 8/25/2012, to Richard Pratt, with a subject line of "RE: TB" (AGA_Review_00045327 – AGA_Review_00045328).

3-486 E-mail sent by Joe Profiri, at 4:49:33 PM on 8/25/2012, to Neil Fisher; Thomas Lehman; and, Ernest Trujillo, with a subject line of "RE: Inmate with Possible TB" (AGA_Review_00045346 – AGA_Review_00045350).

3-487 E-mail sent by Joe Profiri, at 5:36:28 PM on 8/25/2012, to Dan Conn, with a subject line of "RE: Fwd: Inmate with Possible TB" (AGA_Review_00045377 – AGA_Review_00045381).

3-488 E-mail sent by Joe Profiri, at 9:35:58 PM on 8/25/2012, to Marlena Bedoya, with a subject line of "FW: Eyman Medication Reviews - Psychotropics" (AGA_Review_00045497 – AGA_Review_00045498).

3-489 E-mail sent by Joe Profiri, at 12:43:18 PM on 8/26/2012, to Juliet Respicio-Moriarty, with a subject line of "RE: Inmate with Possible TB" (AGA_Review_00045564 – AGA_Review_00045568).

3-490 E-mail sent by Jim Taylor, at 6:35:50 PM on 8/26/2012, to Terry Allred; Richard Pratt; and, Joe Profiri, with a subject line of "RE: Fwd: Expired Med Report" (AGA_Review_00045588 – AGA_Review_00045589).

3-491 E-mail sent by Joe Profiri, at 10:00:56 AM on 8/27/2012, to Stacey Crabtree, with a subject line of "FW: Manzanita- possible TB" (AGA_Review_00045798 – AGA_Review_00045799).

3-492 E-mail sent by Joe Profiri, at 11:01:03 AM on 8/27/2012, to Karen Mullenix, with a subject line of "Release Medication Protocol" (AGA_Review_00045868 – AGA_Review_00045868).

3-493        E-mail sent by Joe Profiri, at 6:18:11 PM on 8/27/2012, to Carson
             McWilliams, with a subject line of "RE: Depakote"
             (AGA_Review_00046194 – AGA_Review_00046195).

3-494        E-mail sent by Joe Profiri, at 6:20:40 PM on 8/27/2012, to Karen Mullenix,
             with a subject line of "RE: Depakote" (AGA_Review_00046197 –
             AGA_Review_00046198).

3-495        E-mail sent by Joe Profiri, at 6:22:01 PM on 8/27/2012, to Carson
             McWilliams, with a subject line of "RE: Depakote"
             (AGA_Review_00046199 – AGA_Review_00046200).

3-496        E-mail sent by Joe Profiri, at 12:06:35 PM on 8/28/2012, to Dan Conn; and,
             Karen Mullenix, with a subject line of "FW: Yuma Audit 8/26/12 and
             8/27/12- Concerns" (AGA_Review_00046316 –
             AGA_Review_00046317).

3-497        E-mail sent by Joe Profiri, at 1:28:36 PM on 8/28/2012, to Karen Mullenix,
             with a subject line of "RE: Depakote" (AGA_Review_00046336 –
             AGA_Review_00046336).

3-498        E-mail sent by Richard Pratt, at 1:35:15 PM on 8/28/2012, to Trudy
             Dumkrieger, with a subject line of "RE: ███Security███"
             (AGA_Review_00046342 – AGA_Review_00046343).

3-499        E-mail sent by Richard Pratt, at 1:51:48 PM on 8/28/2012, to Trudy
             Dumkrieger, with a subject line of "FW: ███Security███"
             (AGA_Review_00046354 – AGA_Review_00046355).

3-500        E-mail sent by Richard Pratt, at 3:45:12 PM on 8/28/2012, to Trudy
             Dumkrieger, with a subject line of "RE: ███Security███"
             (AGA_Review_00046421 – AGA_Review_00046422).

3-501        E-mail sent by Richard Pratt, at 5:23:01 PM on 8/28/2012, to Donna
             Mendoza, with a subject line of "FW: Outrageous Medical
             Procedures/Practices: Perryville" (AGA_Review_00046488 –
             AGA_Review_00046491).

3-502        E-mail sent by Richard Pratt, at 5:32:22 PM on 8/28/2012, to Judy Frigo;
             and, Charles Ryan, with a subject line of "RE: Outrageous Medical

Procedures/Practices: Perryville" (AGA_Review_00046497 – AGA_Review_00046500).

3-503        E-mail sent by Charles Ryan, at 6:40:07 PM on 8/28/2012, to Jeff Hood; Robert Patton; and, Joe Profiri, with a subject line of "FW: Outrageous Medical Procedures/Practices: Perryville" (AGA_Review_00046517 – AGA_Review_00046521).

3-504        E-mail sent by Joe Profiri, at 6:40:44 PM on 8/28/2012, to Karen Mullenix, with a subject line of "RE: Yuma Audit 8/26/12 and 8/27/12- Concerns" (AGA_Review_00046522 – AGA_Review_00046523).

3-505        E-mail sent by Richard Pratt, at 9:18:31 PM on 8/28/2012, to Donna Mendoza, with a subject line of "RE: Regarding IM ███████" (AGA_Review_00046558 – AGA_Review_00046559).

3-506        E-mail sent by Joe Profiri, at 9:23:35 PM on 8/28/2012, to Robert Patton, with a subject line of "FW: Yuma Audit 8/26/12 and 8/27/12- Concerns" (AGA_Review_00046563 – AGA_Review_00046566).

3-507        E-mail sent by Richard Pratt, at 9:30:32 PM on 8/28/2012, to Karen Mullenix, with a subject line of "FW: Outrageous Medical Procedures/Practices: Perryville" (AGA_Review_00046567 – AGA_Review_00046570).

3-508        E-mail sent by Richard Pratt, at 9:31:21 PM on 8/28/2012, to Karen Mullenix, with a subject line of "FW: Regarding IM ███████" (AGA_Review_00046571 – AGA_Review_00046572).

3-509        E-mail sent by Charles Ryan, at 9:41:23 PM on 8/28/2012, to Karen Mullenix; and, Joe Profiri, with a subject line of "RE: Yuma Audit 8/26/12 and 8/27/12- Concerns" (AGA_Review_00046573 – AGA_Review_00046576).

3-510        E-mail sent by Charles Ryan, at 10:43:34 PM on 8/28/2012, to Richard Pratt; and, Joe Profiri, with a subject line of "RE: Inmate ███████ ███████" (AGA_Review_00046587 – AGA_Review_00046588).

3-511        E-mail sent by Joe Profiri, at 11:01:52 PM on 8/28/2012, to Karen Mullenix, with a subject line of "RE: Medical Grievances" (AGA_Review_00046594 – AGA_Review_00046595).

3-512          E-mail sent by Richard Pratt, at 12:47:03 PM on 8/29/2012, to Karen Mullenix, with a subject line of "RE: Outrageous Medical Procedures/Practices: Perryville" (AGA_Review_00046876 – AGA_Review_00046880).

3-513          E-mail sent by Richard Pratt, at 1:53:36 PM on 8/29/2012, to Jennifer Bowser; and, Lea Miernik, with a subject line of "RE: ▮Security▮ information for you." (AGA_Review_00047013 – AGA_Review_00047019).

3-514          E-mail sent by Richard Pratt, at 7:06:15 PM on 8/29/2012, to ▮Security▮ ▮Security▮ >, with a subject line of "▮Security▮ ▮Security▮" (AGA_Review_00047110 – AGA_Review_00047114).

3-515          E-mail sent by Charles Ryan, at 9:05:25 PM on 8/29/2012, to James O'Neil, with a subject line of "RE: RE: Outrageous Medical Procedures/Practices: Perryville" (AGA_Review_00047121 – AGA_Review_00047124).

3-516          E-mail sent by Joe Profiri, at 9:32:13 PM on 8/29/2012, to Mark Haldane, with a subject line of "Re: ▮Security▮ RE: Released without Medication" (AGA_Review_00047125 – AGA_Review_00047127).

3-517          E-mail sent by Joe Profiri, at 9:47:15 PM on 8/29/2012, to Richard Pratt, with a subject line of "Fwd: Tucson Expiring Medication List" (AGA_Review_00047130 – AGA_Review_00047131).

3-518          E-mail sent by Richard Pratt, at 11:10:04 PM on 8/29/2012, to Karen Mullenix, with a subject line of "FW: Outrageous Medical Procedures/Practices: Perryville" (AGA_Review_00047165 – AGA_Review_00047166).

3-519          E-mail sent by Joe Profiri, at 11:27:35 PM on 8/29/2012, to Richard Pratt, with a subject line of "Re: Regarding IM ▮Security▮" (AGA_Review_00047174 – AGA_Review_00047176).

3-520          E-mail sent by Joe Profiri, at 6:47:55 AM on 8/30/2012, to Jim Taylor, with a subject line of "Labor Day" (AGA_Review_00047177 – AGA_Review_00047177).

3-521    E-mail sent by Joe Profiri, at 3:01:29 PM on 8/30/2012, to Karen Mullenix, with a subject line of "FW: Release Medication Process" (AGA_Review_00047324 – AGA_Review_00047325).

3-522    E-mail sent by Joe Profiri, at 3:50:37 PM on 8/30/2012, to Jim Taylor, with a subject line of "FW: Release Medication Process" (AGA_Review_00047339 – AGA_Review_00047340).

3-523    E-mail sent by Richard Pratt, at 5:36:06 PM on 8/30/2012, to Terry Allred; and, Lisa Cooper, with a subject line of "RE: IM ███████████████" (AGA_Review_00047388 – AGA_Review_00047389).

3-524    E-mail sent by Richard Pratt, at 5:38:13 PM on 8/30/2012, to Rosa Quintana, with a subject line of "FW: Inmate ███████████, ████████" (AGA_Review_00047392 – AGA_Review_00047392).

3-525    E-mail sent by Richard Pratt, at 2:23:58 PM on 8/31/2012, to Terry Allred, with a subject line of "RE: Fwd: IM ████████████" (AGA_Review_00047711 – AGA_Review_00047713).

3-526    E-mail sent by Joe Profiri, at 10:05:20 PM on 8/31/2012, to Richard Pratt, with a subject line of "FW: Meeting W/Barchey Inmates" (AGA_Review_00047957 – AGA_Review_00047958).

3-527    E-mail sent by Richard Pratt, at 9:24:38 AM on 9/1/2012, to Linda Maschner; Sumi Erno; and, Karen Mullenix, with a subject line of "FW: IM ████████████" (AGA_Review_00047972 – AGA_Review_00047973).

3-528    E-mail sent by Joe Profiri, at 2:30:27 PM on 9/1/2012, to Thomas Lehman; and, Karen Mullenix, with a subject line of "RE: Meeting W/Barchey Inmates" (AGA_Review_00048318 – AGA_Review_00048320).

3-529    E-mail sent by Joe Profiri, at 2:21:01 PM on 9/3/2012, to Carson McWilliams; and, Chris Moody, with a subject line of "FW: Meeting W/Barchey Inmates" (AGA_Review_00048653 – AGA_Review_00048656).

3-530    E-mail sent by Richard Pratt, at 1:10:48 PM on 9/4/2012, to Arizona Prisonwatch <arizonaprisonwatch@gmail.com>, with a subject line of "RE:

███████Security███████" (AGA_Review_00049099 –
AGA_Review_00049100).

3-531   E-mail sent by Charles Ryan, at 11:02:35 PM on 9/4/2012, to Mark
Haldane; Donna Mendoza; and, Jim Taylor, with a subject line of "RE:
███████Security███████" (AGA_Review_00049360 –
AGA_Review_00049363).

3-532   E-mail sent by Richard Pratt, at 11:36:55 PM on 9/4/2012, to Linda
Maschner; and, Karen Mullenix, with a subject line of "FW: IM
#███████Security███████" (AGA_Review_00049368 –
AGA_Review_00049370).

3-533   E-mail sent by Joe Profiri, at 9:25:51 PM on 9/5/2012, to Terry Allred, with
a subject line of "FW:███████Security███████" (AGA_Review_00049977 –
AGA_Review_00049978).

3-534   E-mail sent by Richard Pratt, at 9:49:33 AM on 9/6/2012, to Kathleen
Campbell; and, Jim Taylor, with a subject line of "RE: Scanned from MFP-
07132930 05/09/2012 13:22" (AGA_Review_00050077 –
AGA_Review_00050078).

3-535   E-mail sent by Joe Profiri, at 11:13:50 AM on 9/6/2012, to Jim Taylor, with
a subject line of "FW: FedEx" (AGA_Review_00050120 –
AGA_Review_00050121).

3-536   E-mail sent by Joe Profiri, at 11:32:35 AM on 9/6/2012, to Mary Fuller;
and, Richard Pratt, with a subject line of "RE: Call from Ms.███Security███"
(AGA_Review_00050145 – AGA_Review_00050146).

3-537   E-mail sent by Jim Taylor, at 12:12:10 PM on 9/6/2012, to Mark Haldane,
with a subject line of "RE: FedEx" (AGA_Review_00050257 –
AGA_Review_00050259).

3-538   E-mail sent by Richard Pratt, at 1:12:01 PM on 9/6/2012, to David
Robertson, with a subject line of "FW: Call from Ms.███Security███"
(AGA_Review_00050307 – AGA_Review_00050309).

3-539   E-mail sent by Joe Profiri, at 1:46:11 PM on 9/6/2012, to Tara Diaz; and,
Ernest Trujillo, with a subject line of "RE: KOP Issue"
(AGA_Review_00050523 – AGA_Review_00050524).

3-540        E-mail sent by Richard Pratt, at 4:31:35 PM on 9/6/2012, to Marlena
             Bedoya, with a subject line of "RE: ███████████"
             (AGA_Review_00050588 – AGA_Review_00050589).

3-541        E-mail sent by Richard Pratt, at 11:52:22 AM on 9/7/2012, to Rosa
             Quintana, with a subject line of "FW: IM ███████████"
             (AGA_Review_00051023 – AGA_Review_00051023).

3-542        E-mail sent by Richard Pratt, at 2:50:55 PM on 9/7/2012, to ███████
             ███████████>, with a subject line of "RE: ███████████
             ███████" (AGA_Review_00051231 – AGA_Review_00051232).

3-543        E-mail sent by Richard Pratt, at 5:52:38 PM on 9/7/2012, to Karen
             Mullenix; and, Rosa Quintana, with a subject line of "FW: Inmate ███████
             ███████, T/Cimmoron" (AGA_Review_00051423 –
             AGA_Review_00051423).

3-544        E-mail sent by Richard Pratt, at 6:21:47 PM on 9/7/2012, to Jen Mielke-
             Fontaine, with a subject line of "RE: ███████████ Medical
             Issues" (AGA_Review_00051438 – AGA_Review_00051443).

3-545        E-mail sent by Joe Profiri, at 7:57:12 PM on 9/11/2012, to Terry Allred;
             and, Kathleen Campbell, with a subject line of "RE: Lewis Hep C Testing"
             (AGA_Review_00052893 – AGA_Review_00052894).

3-546        E-mail sent by Joe Profiri, at 5:54:15 PM on 9/12/2012, to Marlena
             Bedoya, with a subject line of "RE: Tucson Update"
             (AGA_Review_00053188 – AGA_Review_00053188).

3-547        E-mail sent by Joe Profiri, at 6:45:52 PM on 9/12/2012, to Jeff Hood, with
             a subject line of "FW: ███████████" (AGA_Review_00053189 –
             AGA_Review_00053189).

3-548        E-mail sent by Joe Profiri, at 10:38:16 PM on 9/12/2012, to Linda
             Maschner; Richard Pratt; and, Jim Taylor, with a subject line of "RE:
             Inmate ███████████" (AGA_Review_00053238 –
             AGA_Review_00053239).

3-549        E-mail sent by Joe Profiri, at 11:19:41 AM on 9/13/2012, to Kris Stone,
             with a subject line of "RE: Kathleen Campbell visit to Douglas"
             (AGA_Review_00053385 – AGA_Review_00053385).

3-550        E-mail sent by Joe Profiri, at 10:38:59 PM on 9/13/2012, to Joe Profiri,
             with a subject line of "Re: Perryville - Pertussis" (AGA_Review_00053614
             – AGA_Review_00053615).

3-551        E-mail sent by Richard Pratt, at 5:04:01 PM on 9/14/2012, to
             ██████████████████████████████████████████████████>, with a
             subject line of "RE: Concern regarding inmate ██████████████"
             (AGA_Review_00053921 – AGA_Review_00053923).

3-552        E-mail sent by Richard Pratt, at 5:16:08 PM on 9/14/2012, to Arizona
             Prisonwatch <arizonaprisonwatch@gmail.com>, with a subject line of "RE:
             Medical for ██████████████" (AGA_Review_00053947 –
             AGA_Review_00053948).

3-553        E-mail sent by Richard Pratt, at 5:17:13 PM on 9/14/2012, to Karen
             Mullenix, with a subject line of "FW: Medical for ██████████████"
             (AGA_Review_00053949 – AGA_Review_00053950).

3-554        E-mail sent by Richard Pratt, at 10:03:55 PM on 9/15/2012, to Therese
             Schroeder, with a subject line of "FW: ██████████████"
             (AGA_Review_00054217 – AGA_Review_00054218).

3-555        E-mail sent by Joe Profiri, at 12:01:17 AM on 9/16/2012, to Kathleen
             Campbell, with a subject line of "RE: FW: Movement request from Lewis
             to Tucson" (AGA_Review_00054241 – AGA_Review_00054244).

3-556        E-mail sent by Richard Pratt, at 1:16:44 PM on 9/17/2012, to Karen
             Mullenix, with a subject line of "FW: IM ██████████████_Florence,
             South Unit" (AGA_Review_00054419 – AGA_Review_00054420).

3-557        E-mail sent by Richard Pratt, at 1:40:16 PM on 9/17/2012, to Terry Allred,
             with a subject line of "██████████████"
             (AGA_Review_00054452 – AGA_Review_00054454).

3-558        E-mail sent by Richard Pratt, at 2:20:21 PM on 9/17/2012, to Marlena
             Bedoya, with a subject line of "RE: Inmate ██████████████
             - Tucson/Whetstone" (AGA_Review_00054458 –
             AGA_Review_00054460).

3-559      E-mail sent by Richard Pratt, at 3:40:09 PM on 9/18/2012, to Donna
           Mendoza, with a subject line of "FW: ███████████"
           (AGA_Review_00055070 – AGA_Review_00055071).

3-560      E-mail sent by Richard Pratt, at 4:05:00 PM on 9/18/2012, to DONNA
           LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject
           line of "RE: ███████████ Medical Issues"
           (AGA_Review_00055078 – AGA_Review_00055082).

3-561      E-mail sent by Richard Pratt, at 6:30:19 PM on 9/20/2012, to David
           Robertson, with a subject line of "FW: ███████████ Medical
           Issues" (AGA_Review_00055738 – AGA_Review_00055739).

3-562      E-mail sent by Joe Profiri, at 8:42:37 PM on 9/20/2012, to Kathleen
           Campbell; Carey Harris; Neil Fisher; Richard Pratt; and, David Robertson,
           with a subject line of "RE: ███████ Tuscon Urology appointment"
           (AGA_Review_00055812 – AGA_Review_00055814).

3-563      E-mail sent by Richard Pratt, at 1:26:32 PM on 9/21/2012, to ███████
           ███████████████████████>, with a subject line of "RE: ███████
           ███████ medical" (AGA_Review_00055966 –
           AGA_Review_00055967).

3-564      E-mail sent by Richard Pratt, at 9:30:28 AM on 9/24/2012, to Terry Allred,
           with a subject line of "███████████" (AGA_Review_00056976 –
           AGA_Review_00056980).

3-565      E-mail sent by Richard Pratt, at 6:53:02 PM on 9/24/2012, to Derleen
           Spence, with a subject line of "RE: Pertussis" (AGA_Review_00057367 –
           AGA_Review_00057370).

3-566      E-mail sent by Joe Profiri, at 3:36:20 PM on 9/25/2012, to Juliet Respicio-
           Moriarty, with a subject line of "RE: Pertussis Recommendations"
           (AGA_Review_00057558 – AGA_Review_00057558).

3-567      E-mail sent by Richard Pratt, at 5:52:46 PM on 9/25/2012, to David
           Robertson, with a subject line of "FW: ███████████
           Medical (SECOND ATTEMPT)" (AGA_Review_00057659 –
           AGA_Review_00057661).

3-568        E-mail sent by Joe Profiri, at 7:17:23 PM on 9/25/2012, to Stacey Crabtree, with a subject line of "Re: scabies at north" (AGA_Review_00057684 – AGA_Review_00057684).

3-569        E-mail sent by Joe Profiri, at 10:08:19 PM on 9/25/2012, to Neil Fisher, with a subject line of "RE: scabies at north" (AGA_Review_00057721 – AGA_Review_00057722).

3-570        E-mail sent by Richard Pratt, at 7:29:58 AM on 9/26/2012, to David Robertson, with a subject line of "FW: ███████ Medical Issues" (AGA_Review_00057731 – AGA_Review_00057737).

3-571        E-mail sent by Richard Pratt, at 3:42:39 PM on 9/26/2012, to Rosa Quintana, with a subject line of "FW: IM ███████_L-Buckley" (AGA_Review_00057893 – AGA_Review_00057893).

3-572        E-mail sent by Richard Pratt, at 3:45:53 PM on 9/26/2012, to Rosa Quintana, with a subject line of "FW: IM ███████ - Meadows" (AGA_Review_00057899 – AGA_Review_00057899).

3-573        E-mail sent by Richard Pratt, at 5:51:21 PM on 9/27/2012, to Karen Mullenix, with a subject line of "FW: I/M ███████ ███████ (AGA_Review_00058185 – AGA_Review_00058185).

3-574        E-mail sent by Richard Pratt, at 11:51:13 AM on 9/28/2012, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: ███████ Medical Issues" (AGA_Review_00058472 – AGA_Review_00058477).

3-575        E-mail sent by Richard Pratt, at 1:24:33 PM on 10/1/2012, to Terry Allred, with a subject line of "FW: ███████" (AGA_Review_00058939 – AGA_Review_00058942).

3-576        E-mail sent by Richard Pratt, at 1:30:28 PM on 10/1/2012, to Terry Allred, with a subject line of "RE: IM # ███████" (AGA_Review_00058943 – AGA_Review_00058944).

3-577        E-mail sent by Richard Pratt, at 6:34:28 PM on 10/1/2012, to ███████ ███████ >, with a subject line of "RE: ███████ ███████ **CONTINUED HEALTH CONCERNS**" (AGA_Review_00059096 – AGA_Review_00059098).

3-578      E-mail sent by Richard Pratt, at 7:46:49 PM on 10/1/2012, to Arizona
           Prisonwatch <arizonaprisonwatch@gmail.com>, with a subject line of "RE:
           MEDICAL: ███████████████" (AGA_Review_00059134 –
           AGA_Review_00059135).

3-579      E-mail sent by Richard Pratt, at 5:45:32 PM on 10/2/2012, to Kathleen
           Campbell, with a subject line of "RE: █████████████-"
           (AGA_Review_00059924 – AGA_Review_00059925).

3-580      E-mail sent by Richard Pratt, at 5:48:49 PM on 10/2/2012, to Kathleen
           Campbell, with a subject line of "RE: ██████████- Heart Attack
           /Whetstone" (AGA_Review_00059930 – AGA_Review_00059931).

3-581      E-mail sent by Richard Pratt, at 8:43:56 PM on 10/2/2012, to Marlena
           Bedoya, with a subject line of "RE: Inmate ████████████████"
           (AGA_Review_00060029 – AGA_Review_00060033).

3-582      E-mail sent by Joe Profiri, at 11:24:26 PM on 10/2/2012, to Kathleen
           Campbell; and, Helena Valenzuela, with a subject line of "RE: Two
           inmates with high medical needs." (AGA_Review_00060078 –
           AGA_Review_00060079).

3-583      E-mail sent by Charles Ryan, at 10:01:40 AM on 10/5/2012, to 'DONNA
           LEONE HAMM' <middlegroundprisonreform@msn.com>, with a subject
           line of "RE: Emergency Information Re: Medications"
           (AGA_Review_00061393 – AGA_Review_00061394).

3-584      E-mail sent by Richard Pratt, at 4:16:59 PM on 10/5/2012, to DONNA
           LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject
           line of "RE: ████████████ Excessive Delays In Medical Treatment"
           (AGA_Review_00061582 – AGA_Review_00061584).

3-585      E-mail sent by Richard Pratt, at 4:18:34 PM on 10/5/2012, to Trudy
           Dumkrieger, with a subject line of "FW: ████████████████ Medical
           Issues" (AGA_Review_00061585 – AGA_Review_00061586).

3-586      E-mail sent by Richard Pratt, at 8:11:44 PM on 10/5/2012, to Jim Reinhart,
           with a subject line of "RE: IM ██████████_Lewis-Buckley"
           (AGA_Review_00061907 – AGA_Review_00061908).

3-587        E-mail sent by Richard Pratt, at 8:18:07 AM on 10/9/2012, to Arizona
             Prisonwatch <arizonaprisonwatch@gmail.com>, with a subject line of "RE:
             Reasonable accommodations: ███████████████ "
             (AGA_Review_00062136 – AGA_Review_00062137).

3-588        E-mail sent by Charles Ryan, at 10:56:06 AM on 10/11/2012, to Lisa
             Cooper; and, Maria Guerra-Gonzales, with a subject line of "FW:
             Appreciation" (AGA_Review_00064007 – AGA_Review_00064008).

3-589        E-mail sent by Bryan Dennis, at 4:03:38 PM on 10/11/2012, to Ramona
             Grewe; and, Dave Mueller, with a subject line of "RE: FW: Imminent
             dangers" (AGA_Review_00064081 – AGA_Review_00064085).

3-590        E-mail sent by Richard Pratt, at 7:34:16 PM on 10/12/2012, to Richard
             Pratt, with a subject line of "FW: ███████████ , T/Whetstone"
             (AGA_Review_00064443 – AGA_Review_00064444).

3-591        E-mail sent by Joe Profiri, at 2:10:27 PM on 10/13/2012, to Tara Diaz, with
             a subject line of "RE: ████████████████ " (AGA_Review_00064512
             – AGA_Review_00064515).

3-592        E-mail sent by Richard Pratt, at 8:42:48 PM on 10/14/2012, to Donna
             Mendoza, with a subject line of "RE: MEDICAL: ██████████████ "
             (AGA_Review_00064577 – AGA_Review_00064579).

3-593        E-mail sent by Joe Profiri, at 12:00:22 PM on 10/17/2012, to Leslie
             Boothby; Kathleen Campbell; and, Jen Mielke-Fontaine, with a subject line
             of "RE: Scanned from MFP-05333420 10/17/2012 07:45"
             (AGA_Review_00065702 – AGA_Review_00065706).

3-594        E-mail sent by Charles Ryan, at 1:54:02 PM on 10/17/2012, to Richard
             Pratt; and, Joe Profiri, with a subject line of "FW: Seizures and
             Mismanaged Epilepsy" (AGA_Review_00065767 –
             AGA_Review_00065772).

3-595        E-mail sent by Joe Profiri, at 8:00:38 PM on 10/18/2012, to Richard Pratt,
             with a subject line of "FW: Fwd: Inmate ████████████ "
             (AGA_Review_00066152 – AGA_Review_00066152).

3-596        E-mail sent by Richard Pratt, at 4:14:58 PM on 10/19/2012, to Lea Miernik, with a subject line of "FW: ███████ Security ███████" (AGA_Review_00066706 – AGA_Review_00066708).

3-597        E-mail sent by Richard Pratt, at 6:28:00 PM on 10/23/2012, to Karen Mullenix, with a subject line of "RE: Caucasian Inmate in Winslow has KOP order for Gabapentin, Another inmate Overdoses on KOP Narcotics?" (AGA_Review_00067933 – AGA_Review_00067937).

3-598        E-mail sent by Richard Pratt, at 7:39:50 PM on 10/23/2012, to Matthew Musson, with a subject line of "███████ Security ███████" (AGA_Review_00067984 – AGA_Review_00067984).

3-599        E-mail sent by Richard Pratt, at 5:59:18 PM on 10/24/2012, to Jen Mielke-Fontaine, with a subject line of "RE: IR# 12-A01-7004" (AGA_Review_00068383 – AGA_Review_00068385).

3-600        E-mail sent by Charles Ryan, at 10:46:20 PM on 10/25/2012, to Richard Pratt, with a subject line of "Re: ███████ Security ███████" (AGA_Review_00068814 – AGA_Review_00068816).

3-601        E-mail sent by Richard Pratt, at 9:36:35 AM on 10/26/2012, to Jennifer Bowser, with a subject line of "RE: Constituent request from Senator Burges" (AGA_Review_00068861 – AGA_Review_00068863).

3-602        E-mail sent by Richard Pratt, at 9:45:50 AM on 10/26/2012, to Terry Allred, with a subject line of "FW: Constituent request from Senator Burges" (AGA_Review_00068864 – AGA_Review_00068866).

3-603        E-mail sent by Richard Pratt, at 2:09:05 PM on 10/26/2012, to ███ Security ███ >; and, Jim Taylor, with a subject line of "RE: ███████ Security ███████" (AGA_Review_00069013 – AGA_Review_00069015).

3-604        E-mail sent by Joe Profiri, at 2:49:57 PM on 10/26/2012, to Karen Mullenix, with a subject line of "RE: DOTs in ISO cells" (AGA_Review_00069021 – AGA_Review_00069023).

3-605        E-mail sent by Richard Pratt, at 5:01:24 PM on 10/26/2012, to Matthew Musson, with a subject line of "FW: medical grievance for inmate ███████ Security ███████ ███████ Security ███████" (AGA_Review_00069049 – AGA_Review_00069050).

3-606        E-mail sent by Joe Profiri, at 3:44:25 PM on 10/31/2012, to Juli Augeri; and, Ernest Trujillo, with a subject line of "RE: Kingman Infectious Disease Concern" (AGA_Review_00070402 – AGA_Review_00070403).

3-607        E-mail sent by Richard Pratt, at 10:45:34 AM on 11/1/2012, to Richard Pratt, with a subject line of "FW: IM ████████ - Cook" (AGA_Review_00070550 – AGA_Review_00070552).

3-608        E-mail sent by Richard Pratt, at 4:38:03 PM on 11/1/2012, to Donna Mendoza, with a subject line of "RE: ████████ **CONTINUED HEALTH CONCERNS**" (AGA_Review_00070708 – AGA_Review_00070713).

3-609        E-mail sent by Richard Pratt, at 4:44:29 PM on 11/1/2012, to Terry Allred, with a subject line of "FW: *Inmate & Corrections Dept ████████" (AGA_Review_00070714 – AGA_Review_00070716).

3-610        E-mail sent by Richard Pratt, at 5:20:03 PM on 11/1/2012, to Marlena Bedoya, with a subject line of "FW: I/M ████████" (AGA_Review_00070735 – AGA_Review_00070735).

3-611        E-mail sent by Charles Ryan, at 2:12:33 PM on 11/2/2012, to Arthur Gross; and, Richard Pratt, with a subject line of "FW: ████████ # ████ **CONTINUED HEALTH CONCERNS**" (AGA_Review_00070829 – AGA_Review_00070836).

3-612        E-mail sent by Richard Pratt, at 6:02:36 PM on 9/21/2012, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: ████████ Medical Issues" (AGA_Review_00056441 – AGA_Review_00056442).

3-613        E-mail sent by Joe Profiri, at 11:39:27 AM on 11/5/2012, to Chris Moody, with a subject line of "FW: I/M ████████" (AGA_Review_00071629 – AGA_Review_00071630).

3-614        E-mail sent by Richard Pratt, at 12:51:45 PM on 11/14/2012, to Karen Mullenix, with a subject line of "FW: Regarding Inmate # ████████" (AGA_Review_00073918 – AGA_Review_00073921).

3-615        E-mail sent by Charles Ryan, at 6:13:21 PM on 11/15/2012, to Arthur Gross; and, Richard Pratt, with a subject line of "FW: IMMEDIATE

INTERVENTION REQUESTED" (AGA_Review_00074084 – AGA_Review_00074085).

3-616    E-mail sent by Richard Pratt, at 6:20:43 PM on 11/15/2012, to Arthur Gross, with a subject line of "FW: IMMEDIATE INTERVENTION REQUESTED" (AGA_Review_00074093 – AGA_Review_00074095).

3-617    E-mail sent by Richard Pratt, at 11:08:55 AM on 11/16/2012, to Marlena Bedoya, with a subject line of "RE: [Security] Medical" (AGA_Review_00074185 – AGA_Review_00074187).

3-618    E-mail sent by Richard Pratt, at 4:38:43 PM on 11/16/2012, to Laurie Berg, with a subject line of "FW: [Security] E/SMU I" (AGA_Review_00074658 – AGA_Review_00074660).

3-619    E-mail sent by Richard Pratt, at 6:44:11 PM on 11/16/2012, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: [Security] Medical Problems (Still No Surgery/Effective Pain Mgmt.)" (AGA_Review_00074685 – AGA_Review_00074686).

3-620    E-mail sent by Richard Pratt, at 10:02:46 AM on 11/20/2012, to David Robertson, with a subject line of "RE: [Security] Medical" (AGA_Review_00074845 – AGA_Review_00074848).

3-621    E-mail sent by Richard Pratt, at 10:28:23 AM on 11/20/2012, to Trudy Dumkrieger, with a subject line of "FW: [Security] Medical" (AGA_Review_00074859 – AGA_Review_00074862).

3-622    E-mail sent by Joe Profiri, at 9:10:15 AM on 11/24/2012, to Jeff Hood; Carson McWilliams; Robert Patton; and, Charles Ryan, with a subject line of "FW: Fwd: Possible Botulism at SMU" (AGA_Review_00075264 – AGA_Review_00075265).

3-623    E-mail sent by Joe Profiri, at 11:39:35 PM on 11/24/2012, to Jeff Hood; Carson McWilliams; Robert Patton; and, Charles Ryan, with a subject line of "FW: Inmate transfer to hospital with suspected Botulism" (AGA_Review_00075293 – AGA_Review_00075294).

3-624        E-mail sent by Richard Pratt, at 1:42:17 PM on 11/26/2012, to Trudy
             Dumkrieger, with a subject line of "FW: ███████ Security ███████
             Medical" (AGA_Review_00075380 – AGA_Review_00075383).

3-625        E-mail sent by Richard Pratt, at 11:57:29 AM on 11/27/2012, to Jen
             Mielke-Fontaine, with a subject line of "FW: OK; Now It's Getting
             Ridiculous: ███████ Security ███████ Medical/Surgery" (AGA_Review_00075488
             – AGA_Review_00075489).

3-626        E-mail sent by Charles Ryan, at 12:09:32 PM on 11/27/2012, to Richard
             Pratt, with a subject line of "RE: OK; Now It's Getting Ridiculous: ███ Security ███
             ███ Security ███ Medical/Surgery" (AGA_Review_00075506 –
             AGA_Review_00075508).

3-627        E-mail sent by Richard Pratt, at 9:52:11 AM on 11/30/2012, to Arthur
             Gross; and, Charles Ryan, with a subject line of "RE: ███████ Security ███████
             ███ Security ███" (AGA_Review_00075998 – AGA_Review_00075999).

3-628        E-mail sent by Richard Pratt, at 10:35:38 AM on 11/30/2012, to IFF
             LIAISON, with a subject line of "RE: IM ███████ Security ███████_F-SMU 1"
             (AGA_Review_00076007 – AGA_Review_00076009).

3-629        E-mail sent by Charles Ryan, at 8:02:18 PM on 11/30/2012, to Richard
             Pratt, with a subject line of "RE: Media Request From Wendy Halloran at
             12 News" (AGA_Review_00076277 – AGA_Review_00076298).

3-630        E-mail sent by Richard Pratt, at 9:24:16 AM on 12/5/2012, to Richard Pratt,
             with a subject line of "FW: Urgent Medical Care Needed ███████ Security ███████"
             (AGA_Review_00076979 – AGA_Review_00076982).

3-631        E-mail sent by Richard Pratt, at 9:24:32 AM on 12/5/2012, to Richard Pratt,
             with a subject line of "FW: Inmate Health Issue: ███████ Security ███████"
             (AGA_Review_00076983 – AGA_Review_00076986).

3-632        E-mail sent by Richard Pratt, at 10:06:27 AM on 12/5/2012, to IFF
             LIAISON; and, ███████████ Security ███████████>, with a
             subject line of "RE: Urgent Medical Care Needed"
             (AGA_Review_00076998 – AGA_Review_00077000).

3-633        E-mail sent by Richard Pratt, at 5:03:42 PM on 12/7/2012, to David
             Robertson, with a subject line of "RE: ███████████ Medical"
             (AGA_Review_00077414 – AGA_Review_00077419).

3-634        E-mail sent by Richard Pratt, at 5:04:47 PM on 12/7/2012, to Jen Mielke-
             Fontaine, with a subject line of "RE: ████████"
             (AGA_Review_00077420 – AGA_Review_00077423).

3-635        E-mail sent by Richard Pratt, at 12:55:13 PM on 12/10/2012, to Donna
             Mendoza, with a subject line of "FW: ███████████"
             (AGA_Review_00077586 – AGA_Review_00077587).

3-636        E-mail sent by Richard Pratt, at 2:00:32 PM on 12/10/2012, to ███████████
             ███████████>, with a subject line of "RE: ███████████
             ███████" (AGA_Review_00077610 – AGA_Review_00077611).

3-637        E-mail sent by Richard Pratt, at 1:37:59 PM on 12/11/2012, to Jen Mielke-
             Fontaine, with a subject line of "RE: IM ███████_F-SMU 1"
             (AGA_Review_00078081 – AGA_Review_00078082).

3-638        E-mail sent by Richard Pratt, at 2:16:05 PM on 12/11/2012, to Maria
             Guerra-Gonzales, with a subject line of "RE: ███████████,
             ███████/T/Santa Rita ███████████ D/Mohave Unit"
             (AGA_Review_00084110 – AGA_Review_00084112).

3-639        E-mail sent by Richard Pratt, at 5:05:18 PM on 12/11/2012, to Maria
             Cosme, with a subject line of "RE: I/M ███████████"
             (AGA_Review_00090226 – AGA_Review_00090227).

3-640        E-mail sent by Richard Pratt, at 5:21:22 PM on 12/11/2012, to Donna
             Mendoza, with a subject line of "FW: ███████████
             **CONTINUED HEALTH CONCERNS**" (AGA_Review_00090229 –
             AGA_Review_00090236).

3-641        E-mail sent by Charles Ryan, at 9:27:25 PM on 12/11/2012, to James
             O'Neil, with a subject line of "Re: ███████████
             **CONTINUED HEALTH CONCERNS**" (AGA_Review_00090311 –
             AGA_Review_00090322).

3-642        E-mail sent by Richard Pratt, at 7:01:44 AM on 12/18/2012, to Jen Mielke-
             Fontaine, with a subject line of "RE: ███████████"
             (AGA_Review_00090940 – AGA_Review_00090945).

3-643        E-mail sent by Richard Pratt, at 6:53:53 PM on 12/19/2012, to ███████████
             ███████████>, with a subject line of "RE: ███████████ /
             CLR 2012 126 81240263" (AGA_Review_00091393 –
             AGA_Review_00091396).

3-644        E-mail sent by Richard Pratt, at 2:16:58 PM on 12/24/2012, to Neil Fisher;
             and, Karen Mullenix, with a subject line of "RE: ███████████
             Medical" (AGA_Review_00091875 – AGA_Review_00091881).

3-645        E-mail sent by Richard Pratt, at 1:07:20 PM on 12/27/2012, to Maria
             Cosme, with a subject line of "███████████"
             (AGA_Review_00092000 – AGA_Review_00092000).

3-646        E-mail sent by Joe Profiri, at 9:17:54 PM on 12/27/2012, to Karen
             Mullenix, with a subject line of "RE: Possible scabies"
             (AGA_Review_00092043 – AGA_Review_00092045).

3-647        E-mail sent by Richard Pratt, at 1:38:39 PM on 12/28/2012, to Dave
             Mueller, with a subject line of "RE: Johnson Release"
             (AGA_Review_00092124 – AGA_Review_00092124).

3-648        E-mail sent by Richard Pratt, at 5:50:37 PM on 12/28/2012, to Marlena
             Bedoya, with a subject line of "RE: IM ███████████ - Release -
             ASP/Tucson" (AGA_Review_00092166 – AGA_Review_00092167).

3-649        E-mail sent by Charles Ryan, at 9:46:49 AM on 1/2/2013, to Arthur Gross,
             with a subject line of "RE: Urgent Medical Care Needed [request from Ms.
             ████ ]" (AGA_Review_00092483 – AGA_Review_00092484).

3-650        E-mail sent by Joe Profiri, at 10:48:15 PM on 1/3/2013, to Lance Hetmer;
             Carson McWilliams; Therese Schroeder; and, Ernest Trujillo, with a
             subject line of "FW: IR - ████████" (AGA_Review_00092887 –
             AGA_Review_00092888).

3-651        E-mail sent by Joe Profiri, at 9:32:48 AM on 1/7/2013, to Ernest Trujillo,
             with a subject line of "FW: ███████████" (AGA_Review_00093677 –
             AGA_Review_00093678).

3-652       E-mail sent by Richard Pratt, at 10:52:04 AM on 1/7/2013, to Maria
            Cosme, with a subject line of "FW: Inmate ███████████████"
            (AGA_Review_00093794 – AGA_Review_00093794).

3-653       E-mail sent by Richard Pratt, at 3:08:59 PM on 1/7/2013, to DONNA
            LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject
            line of "RE: ████████████ Needs Hep C Treatment"
            (AGA_Review_00093807 – AGA_Review_00093808).

3-654       E-mail sent by Richard Pratt, at 1:44:29 PM on 1/11/2013, to DONNA
            LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject
            line of "RE: ████████████ (Repeat Contact): Medical"
            (AGA_Review_00094325 – AGA_Review_00094326).

3-655       E-mail sent by Joe Profiri, at 2:58:50 PM on 1/11/2013, to Carlos
            Manriquez; Roxanne Reger; and, Darrin Weaver, with a subject line of
            "RE: ██████████ - GA Case # C02-045-012"
            (AGA_Review_00094363 – AGA_Review_00094365).

3-656       E-mail sent by Richard Pratt, at 10:53:19 AM on 1/16/2013, to Jen
            Fontaine, with a subject line of "FW: Letter I/M ████████████"
            (AGA_Review_00095178 – AGA_Review_00095180).

3-657       E-mail sent by Richard Pratt, at 12:42:35 PM on 1/16/2013, to Arizona
            Prisonwatch <arizonaprisonwatch@gmail.com>, with a subject line of "RE:
            ████████████" (AGA_Review_00095230 –
            AGA_Review_00095232).

3-658       E-mail sent by Charles Ryan, at 4:19:04 PM on 1/21/2013, to Arthur Gross;
            and, Richard Pratt, with a subject line of "FW: ████████████"
            (AGA_Review_00095903 – AGA_Review_00095907).

3-659       E-mail sent by Richard Pratt, at 12:15:58 PM on 1/22/2013, to Jen
            Fontaine, with a subject line of "RE: ████████████ (Repeat
            Contact): Medical" (AGA_Review_00096002 – AGA_Review_00096005).

3-660       E-mail sent by Charles Ryan, at 8:09:26 PM on 1/23/2013, to Arthur Gross;
            and, Richard Pratt, with a subject line of "FW: Urgent Medical Care
            Needed" (AGA_Review_00096409 – AGA_Review_00096410).

3-661        E-mail sent by Richard Pratt, at 4:58:09 PM on 1/24/2013, to Maria Cosme, with a subject line of "FW: Urgent Medical Care Needed / ███████ ███████" (AGA_Review_00096819 – AGA_Review_00096821).

3-662        E-mail sent by Richard Pratt, at 8:48:19 AM on 1/28/2013, to Marlena Bedoya, with a subject line of "FW: ████████████: Medical (Override)" (AGA_Review_00097271 – AGA_Review_00097272).

3-663        E-mail sent by Richard Pratt, at 9:05:37 AM on 1/28/2013, to David Robertson, with a subject line of "FW: ████████████ Medical: Action Required Soon" (AGA_Review_00097279 – AGA_Review_00097280).

3-664        E-mail sent by Richard Pratt, at 2:21:43 PM on 1/30/2013, to Lea Miernik, with a subject line of "RE: Inmate ████████████ - Tucson Health" (AGA_Review_00097752 – AGA_Review_00097752).

3-665        E-mail sent by Richard Pratt, at 4:48:00 PM on 1/30/2013, to Jen Fontaine, with a subject line of "RE: EMERGENCY!!! AT FLORENCE - MEADOWS UNIT" (AGA_Review_00097817 – AGA_Review_00097821).

3-666        E-mail sent by Richard Pratt, at 11:28:43 AM on 1/31/2013, to Linda Maschner; and, Karen Mullenix, with a subject line of "RE: ███████ ███████" (AGA_Review_00097873 – AGA_Review_00097874).

3-667        E-mail sent by Richard Pratt, at 3:22:00 PM on 2/8/2013, to Arthur Gross, with a subject line of "FW: Fwd: RE: Inmate ███████," (AGA_Review_00100190 – AGA_Review_00100192).

3-668        E-mail sent by Richard Pratt, at 6:15:10 PM on 2/8/2013, to Terry Allred, with a subject line of "███████" (AGA_Review_00100212 – AGA_Review_00100212).

3-669        E-mail sent by Richard Pratt, at 9:43:22 AM on 2/11/2013, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: ███████ EMERGENCY" (AGA_Review_00100281 – AGA_Review_00100282).

3-670          E-mail sent by Richard Pratt, at 12:56:31 PM on 2/11/2013, to David
               Robertson, with a subject line of "FW: ███████████████"
               (AGA_Review_00100324 – AGA_Review_00100326).

3-671          E-mail sent by Charles Ryan, at 3:44:08 PM on 2/12/2013, to ███████
               █████████████████████████████████████████>; Jeff
               Hood; Lea Miernik; and, Robert Patton, with a subject line of "RE: DRAFT
               █████ Response" (AGA_Review_00100900 – AGA_Review_00100906).

3-672          E-mail sent by Richard Pratt, at 6:33:34 PM on 2/13/2013, to Maria Cosme,
               with a subject line of "FW: ████████████" (AGA_Review_00101025 –
               AGA_Review_00101026).

3-673          E-mail sent by Charles Ryan, at 1:40:27 PM on 2/14/2013, to Arthur Gross;
               and, Richard Pratt, with a subject line of "FW: ██████████████"
               (AGA_Review_00101083 – AGA_Review_00101084).

3-674          E-mail sent by Richard Pratt, at 5:38:41 PM on 2/19/2013, to Trudy
               Dumkrieger, with a subject line of "FW: █████████████: Medical
               Problems Still Not Resolved" (AGA_Review_00101417 –
               AGA_Review_00101418).

3-675          E-mail sent by David Robertson, at 12:30:03 PM on 2/20/2013, to Richard
               Pratt, with a subject line of "FW: ██████████ Eyman inmate in hospital
               again - MULTIPLE self-harm gestures" (AGA_Review_00001830 –
               AGA_Review_00001831).

3-676          E-mail sent by Richard Pratt, at 5:16:24 PM on 2/20/2013, to Maria Guerra-
               Gonzales, with a subject line of "RE: Re: Inmate ███████████████,
               ██████" (AGA_Review_00101611 – AGA_Review_00101611).

3-677          E-mail sent by Richard Pratt, at 6:08:16 PM on 2/20/2013, to Jen Fontaine,
               with a subject line of "FW: ████████████ Medical (Repeated
               Request)" (AGA_Review_00002537 – AGA_Review_00002538).

3-678          E-mail sent by Richard Pratt, at 2:16:56 PM on 2/21/2013, to Karen
               Mullenix, with a subject line of "FW: I/M ███████████/Lewis
               Barchey" (AGA_Review_00102442 – AGA_Review_00102443).

3-679      E-mail sent by Richard Pratt, at 8:32:45 AM on 2/22/2013, to Lea Miernik, with a subject line of "RE: I/M ███████████ /Lewis Barchey" (AGA_Review_00102472 – AGA_Review_00102472).

3-680      E-mail sent by Richard Pratt, at 9:38:20 AM on 2/22/2013, to Jen Fontaine, with a subject line of "RE: ██████████ Medical" (AGA_Review_00102516 – AGA_Review_00102520).

3-681      E-mail sent by Richard Pratt, at 9:40:20 AM on 2/22/2013, to Therese Schroeder, with a subject line of "FW: High Priority RE: ███████ ██████ " (AGA_Review_00102523 – AGA_Review_00102526).

3-682      E-mail sent by Richard Pratt, at 3:09:11 PM on 2/25/2013, to Rachelle Kinton, with a subject line of "FW: Approval for ██████ Shoes" (AGA_Review_00102778 – AGA_Review_00102779).

3-683      E-mail sent by Richard Pratt, at 6:06:21 PM on 2/26/2013, to Kathleen Campbell, with a subject line of "RE: ████████████████ " (AGA_Review_00103007 – AGA_Review_00103008).

3-684      E-mail sent by Richard Pratt, at 11:37:46 AM on 3/1/2013, to ████████ ███████ >, with a subject line of "RE: █████████ ██████ " (AGA_Review_00103224 – AGA_Review_00103224).

3-685      E-mail sent by Richard Pratt, at 11:58:32 AM on 3/1/2013, to Jen Fontaine, with a subject line of "RE: Follow Up: ██████████ Medical Issues" (AGA_Review_00103225 – AGA_Review_00103228).

3-686      E-mail sent by Richard Pratt, at 5:35:55 PM on 3/1/2013, to Matthew Musson, with a subject line of "███████████ " (AGA_Review_00103238 – AGA_Review_00103238).

3-687      E-mail sent by Richard Pratt, at 7:34:30 PM on 3/1/2013, to 'DONNA LEONE HAMM' <middlegroundprisonreform@msn.com>, with a subject line of "RE: ██████ Needs Pain Medication "Before Monday",AGA_Review_00005877"" (AGA_Review_00005879 – ).

3-688      E-mail sent by Richard Pratt, at 4:58:37 PM on 3/4/2013, to ██████ ██████ >, with a subject line of "RE: ███████ " (AGA_Review_00006303 – AGA_Review_00006303).

3-689        E-mail sent by Richard Pratt, at 4:10:05 PM on 3/5/2013, to Sharon
             Malcolm, with a subject line of "FW: ███████ Security ███████ Medical"
             (AGA_Review_00006389 – AGA_Review_00006390).

3-690        E-mail sent by Richard Pratt, at 4:44:31 PM on 3/5/2013, to Trudy
             Dumkrieger, with a subject line of "RE: ███████ Security ███████ Medical"
             (AGA_Review_00006395 – AGA_Review_00006397).

3-691        E-mail sent by Richard Pratt, at 10:31:38 AM on 3/6/2013, to Trudy
             Dumkrieger, with a subject line of "RE: ███████ Security ███████ Medical"
             (AGA_Review_00006458 – AGA_Review_00006460).

3-692        E-mail sent by Richard Pratt, at 4:27:40 PM on 3/6/2013, to Vickie Bybee,
             with a subject line of "FW: Follow-up ███████ Security ███████ Medical"
             (AGA_Review_00006523 – AGA_Review_00006525).

3-693        E-mail sent by Richard Pratt, at 6:28:27 PM on 3/11/2013, to Matthew
             Musson, with a subject line of "FW: Inmate # ███████ Security ███████
             (Medicines)" (AGA_Review_00007205 – AGA_Review_00007206).

3-694        E-mail sent by Richard Pratt, at 3:15:08 PM on 3/12/2013, to Ron Credio,
             with a subject line of "FW: ███████ Security ███████"
             (AGA_Review_00007246 – AGA_Review_00007248).

3-695        E-mail sent by Richard Pratt, at 7:21:09 PM on 3/12/2013, to DONNA
             LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject
             line of "FW: ███████ Security ███████" (AGA_Review_00007696 –
             AGA_Review_00007700).

3-696        E-mail sent by Richard Pratt, at 8:59:48 AM on 3/13/2013, to DONNA
             LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject
             line of "RE: ███████ Security ███████ Medical (Risk Score)"
             (AGA_Review_00007710 – AGA_Review_00007711).

3-697        E-mail sent by Richard Pratt, at 12:32:16 PM on 3/14/2013, to Will
             Barnow, with a subject line of "RE: Constituent Jamie O'Connor on behalf
             of ███████ Security ███████" (AGA_Review_00007853 –
             AGA_Review_00007854).

3-698      E-mail sent by Richard Pratt, at 1:10:35 PM on 3/20/2013, to Maria Cosme, with a subject line of "RE: ██████████ (Meadows)" (AGA_Review_00008247 – AGA_Review_00008249).

3-699      E-mail sent by Richard Pratt, at 4:51:41 PM on 3/21/2013, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: ██████████ Medical/Diabetic" (AGA_Review_00008793 – AGA_Review_00008794).

3-700      E-mail sent by David Robertson, at 7:46:32 PM on 3/21/2013, to Richard Pratt, with a subject line of "RE: ██████████ Medical" (AGA_Review_00008808 – AGA_Review_00008810).

3-701      E-mail sent by David Robertson, at 1:37:56 PM on 3/22/2013, to Richard Pratt, with a subject line of "FW: ██████████" (AGA_Review_00008879 – AGA_Review_00008882).

3-702      E-mail sent by David Robertson, at 2:20:34 PM on 3/22/2013, to Richard Pratt, with a subject line of "FW: ██████████ Medical" (AGA_Review_00008892 – AGA_Review_00008895).

3-703      E-mail sent by Richard Pratt, at 1:43:31 PM on 4/1/2013, to ██████████ >, with a subject line of "RE: Inmate ██████████" (AGA_Review_00009543 – AGA_Review_00009544).

3-704      E-mail sent by Richard Pratt, at 3:27:47 PM on 4/4/2013, to Vanessa Headstream, with a subject line of "RE: I/M ██████████" (AGA_Review_00010404 – AGA_Review_00010406).

3-705      E-mail sent by Richard Pratt, at 10:16:01 AM on 4/5/2013, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: ██████████ Thyroid Eval/Meds Needed" (AGA_Review_00010468 – AGA_Review_00010468).

3-706      E-mail sent by Richard Pratt, at 7:14:33 PM on 4/10/2013, to Terry Allred, with a subject line of "FW: I/M ██████████" (AGA_Review_00011781 – AGA_Review_00011781).

3-707      E-mail sent by Richard Pratt, at 10:31:02 AM on 4/12/2013, to Jen Fontaine, with a subject line of "FW: ██████████" (AGA_Review_00012103 – AGA_Review_00012104).

3-708        E-mail sent by Richard Pratt, at 1:02:43 PM on 4/16/2013, to Mark
             Haldane; Vanessa Headstream; and, Kristan Sears, with a subject line of
             "RE: Medical for ███████████████████████████"
             (AGA_Review_00012811 – AGA_Review_00012814).

3-709        E-mail sent by David Robertson, at 1:22:52 PM on 4/16/2013, to Vickie
             Bybee; and, Winfred Williams, with a subject line of "FW: Medical
             Concerns regarding Inmate ████████████████"
             (AGA_Review_00012847 – AGA_Review_00012850).

3-710        E-mail sent by David Robertson, at 1:30:36 PM on 4/16/2013, to Kathleen
             Campbell; Arthur Gross; and, Richard Pratt, with a subject line of "FW:
             ██████████" (AGA_Review_00012857 – AGA_Review_00012858).

3-711        E-mail sent by Richard Pratt, at 7:06:43 PM on 4/16/2013, to Terry Allred,
             with a subject line of "RE: ███████████" (AGA_Review_00012965 –
             AGA_Review_00012965).

3-712        E-mail sent by Richard Pratt, at 7:57:33 PM on 4/16/2013, to Jen Fontaine,
             with a subject line of "FW: ████████████████"
             (AGA_Review_00012977 – AGA_Review_00012980).

3-713        E-mail sent by David Robertson, at 11:08:39 AM on 4/17/2013, to Daniela
             Munoz; and, Winfred Williams, with a subject line of "FW: ███████ ADC
             ███████" (AGA_Review_00013029 – AGA_Review_00013030).

3-714        E-mail sent by Richard Pratt, at 2:30:53 PM on 4/17/2013, to Sharon
             Malcolm, with a subject line of "RE: ██████████████ Please read"
             (AGA_Review_00013104 – AGA_Review_00013106).

3-715        E-mail sent by David Robertson, at 12:42:20 PM on 4/18/2013, to Trudy
             Dumkrieger, with a subject line of "RE: Medical Concerns regarding
             Inmate ████████████████" (AGA_Review_00013268 –
             AGA_Review_00013272).

3-716        E-mail sent by Richard Pratt, at 3:49:36 PM on 4/18/2013, to DONNA
             LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject
             line of "RE: Inmate ████████████████" (AGA_Review_00013292 –
             AGA_Review_00013293).

3-717   E-mail sent by Richard Pratt, at 6:39:53 PM on 4/18/2013, to Jeff Hood, with a subject line of "RE: ███████████" (AGA_Review_00013304 – AGA_Review_00013306).

3-718   E-mail sent by David Robertson, at 9:10:55 AM on 4/20/2013, to Richard Pratt; and, Winfred Williams, with a subject line of "RE: ███████" (AGA_Review_00013349 – AGA_Review_00013350).

3-719   E-mail sent by Richard Pratt, at 3:12:23 PM on 4/21/2013, to ███████ ███████████>, with a subject line of "Re: ADC ███████████" (AGA_Review_00013359 – AGA_Review_00013359).

3-720   E-mail sent by Richard Pratt, at 5:51:53 PM on 4/22/2013, to Richard Bock; and, Carson McWilliams, with a subject line of "RE: ███████ ████" (AGA_Review_00013451 – AGA_Review_00013452).

3-721   E-mail sent by David Robertson, at 10:54:01 AM on 4/23/2013, to Mark Haldane; and, Richard Pratt, with a subject line of "RE: ███████ ██████" (AGA_Review_00013512 – AGA_Review_00013514).

3-722   E-mail sent by Richard Pratt, at 1:40:56 PM on 4/23/2013, to Winfred Williams, with a subject line of "RE: Medical Concerns" (AGA_Review_00013564 – AGA_Review_00013566).

3-723   E-mail sent by Richard Pratt, at 3:19:53 PM on 4/23/2013, to Lea Miernik, with a subject line of "FW: transfer to C18 ███████" (AGA_Review_00013583 – AGA_Review_00013585).

3-724   E-mail sent by Richard Pratt, at 6:07:55 PM on 4/23/2013, to Kathleen Campbell, with a subject line of "FW: ███████. Acute Renal Failure ████" (AGA_Review_00013611 – AGA_Review_00013615).

3-725   E-mail sent by Richard Pratt, at 9:09:26 AM on 4/24/2013, to Jen Fontaine, with a subject line of "FW: ███████" (AGA_Review_00013641 – AGA_Review_00013645).

3-726   E-mail sent by Richard Pratt, at 11:28:49 AM on 4/24/2013, to Maria Cosme, with a subject line of "FW: transfer to C18 ███████" (AGA_Review_00013678 – AGA_Review_00013681).

3-727       E-mail sent by David Robertson, at 11:50:57 AM on 4/24/2013, to Mark Haldane; and, Richard Pratt, with a subject line of "FW: ████Security███" (AGA_Review_00013683 – AGA_Review_00013685).

3-728       E-mail sent by Richard Pratt, at 1:25:16 PM on 4/24/2013, to Sharon Malcolm, with a subject line of "FW: High Priority ████Security███" (AGA_Review_00013892 – AGA_Review_00013896).

3-729       E-mail sent by David Robertson, at 5:21:46 PM on 4/24/2013, to Carl Bynum; and, Winfred Williams, with a subject line of "RE: ████Security███" (AGA_Review_00013944 – AGA_Review_00013946).

3-730       E-mail sent by Richard Pratt, at 9:24:07 AM on 4/25/2013, to Maria Cosme, with a subject line of "FW: IM ████Security███_Eyman, Rynning" (AGA_Review_00014010 – AGA_Review_00014010).

3-731       E-mail sent by Richard Pratt, at 5:03:41 PM on 4/25/2013, to Sharon Malcolm, with a subject line of "FW: ████Security███ - Lewis/Stiner Unit" (AGA_Review_00014047 – AGA_Review_00014048).

3-732       E-mail sent by Richard Pratt, at 5:33:42 PM on 4/25/2013, to Jen Fontaine, with a subject line of "RE: ████Security███" (AGA_Review_00014054 – AGA_Review_00014056).

3-733       E-mail sent by Richard Pratt, at 7:36:13 PM on 4/26/2013, to ████Security███ ████Security███>, with a subject line of "Re: I/M ████Security███ - retaliatory tactics involving glucose tablets." (AGA_Review_00014170 – AGA_Review_00014171).

3-734       E-mail sent by Charles Ryan, at 8:09:25 PM on 4/26/2013, to Richard Pratt, with a subject line of "Re: I/M ████Security███ - retaliatory tactics involving glucose tablets." (AGA_Review_00014176 – AGA_Review_00014177).

3-735       E-mail sent by Richard Pratt, at 9:11:23 AM on 4/29/2013, to Terry Allred, with a subject line of "FW: I/M ████Security███ Housed at Lewis/Stiner" (AGA_Review_00014193 – AGA_Review_00014193).

3-736       E-mail sent by David Robertson, at 10:37:12 AM on 4/29/2013, to Terry Allred; and, Richard Pratt, with a subject line of "RE: glucose is available" (AGA_Review_00014210 – AGA_Review_00014211).

3-737      E-mail sent by Richard Pratt, at 4:10:31 PM on 4/29/2013, to Sharon
           Bohm, with a subject line of "FW: I/M ███████████"
           (AGA_Review_00014292 – AGA_Review_00014293).

3-738      E-mail sent by Richard Pratt, at 4:37:30 PM on 4/29/2013, to
           █████████ ████████████████████>, with a subject line of "RE: I/M
           ████████ - retaliatory tactics involving glucose tablets."
           (AGA_Review_00014298 – AGA_Review_00014299).

3-739      E-mail sent by Richard Pratt, at 9:47:47 AM on 4/30/2013, to Maria
           Cosme, with a subject line of "FW: Regarding Inmate #████████"
           (AGA_Review_00014322 – AGA_Review_00014323).

3-740      E-mail sent by Richard Pratt, at 4:36:22 PM on 4/30/2013, to Terry Allred,
           with a subject line of "RE: ███████████████"
           (AGA_Review_00014368 – AGA_Review_00014368).

3-741      E-mail sent by Richard Pratt, at 3:03:26 PM on 5/1/2013, to Sharon
           Malcolm, with a subject line of "FW: █████████████ Tucson"
           (AGA_Review_00014476 – AGA_Review_00014478).

3-742      E-mail sent by David Robertson, at 4:02:55 PM on 5/1/2013, to Kathleen
           Campbell; and, Trudy Dumkrieger, with a subject line of "RE: inmate
           ██████████ medical issues" (AGA_Review_00014484 –
           AGA_Review_00014486).

3-743      E-mail sent by Richard Pratt, at 10:31:09 AM on 5/2/2013, to
           █████████████████████>, with a subject line of "RE: ████████████
           ████████" (AGA_Review_00014551 – AGA_Review_00014557).

3-744      E-mail sent by Richard Pratt, at 5:40:47 PM on 5/2/2013, to DONNA
           LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject
           line of "RE: ███████████████████" (AGA_Review_00014633 –
           AGA_Review_00014634).

3-745      E-mail sent by Richard Pratt, at 7:23:59 PM on 5/2/2013, to
           █████████████████████>, with a subject line of "RE: INGNORED
           REQUESTS OF VERY SERIOUS HEALTH ISSUES OF ELDERLY
           INMATE, ██████████████████" (AGA_Review_00014642 –
           AGA_Review_00014643).

3-746    E-mail sent by Richard Pratt, at 9:09:53 AM on 5/3/2013, to Matthew Musson, with a subject line of "FW: ███████████████" (AGA_Review_00014665 – AGA_Review_00014667).

3-747    E-mail sent by David Robertson, at 3:58:52 PM on 5/3/2013, to Carl Bynum; and, Winfred Williams, with a subject line of "RE: ██████" (AGA_Review_00015579 – AGA_Review_00015580).

3-748    E-mail sent by Richard Pratt, at 5:32:46 PM on 5/3/2013, to ████████, with a subject line of "RE: ██████, ██████ PLEASE SOMETHING TODAY" (AGA_Review_00015587 – AGA_Review_00015588).

3-749    E-mail sent by Richard Pratt, at 7:31:10 PM on 5/3/2013, to ████████>, with a subject line of "RE: IGNORED REQUESTS OF VERY SERIOUS HEALTH ISSUES OF ELDERLY INMATE, ██████████" (AGA_Review_00015606 – AGA_Review_00015608).

3-750    E-mail sent by Richard Pratt, at 10:45:53 AM on 5/6/2013, to Dwayne Northrop, with a subject line of "FW: [FWD: Re: I/M ██████-retaliatory tactics involving glucose tablets.]" (AGA_Review_00015692 – AGA_Review_00015694).

3-751    E-mail sent by Charles Ryan, at 8:16:16 AM on 5/7/2013, to Arthur Gross; and, Richard Pratt, with a subject line of "FW: IGNORED REQUESTS OF VERY SERIOUS HEALTH ISSUES OF ELDERLY INMATE, ██████████" (AGA_Review_00015760 – AGA_Review_00015763).

3-752    E-mail sent by Richard Pratt, at 5:32:15 PM on 5/7/2013, to Julia Erwin, with a subject line of "FW: G201320267  New NOC from inmate ██████ ██████" (AGA_Review_00015868 – AGA_Review_00015870).

3-753    E-mail sent by Richard Pratt, at 1:43:24 PM on 5/14/2013, to Kathleen Campbell, with a subject line of "RE: Nursing protocols" (AGA_Review_00016756 – AGA_Review_00016758).

3-754    E-mail sent by Richard Pratt, at 5:06:57 PM on 5/20/2013, to ██████████>, with a subject line of

███████ Agency Action 86640" (AGA_Review_00017160 – AGA_Review_00017161).

3-755      E-mail sent by Richard Pratt, at 6:26:59 PM on 5/21/2013, to ███████ ████████████████████████>, with a subject line of "RE: my daughter is in perryville and pregnant ,with heath issues" (AGA_Review_00017226 – AGA_Review_00017227).

3-756      E-mail sent by David Robertson, at 8:52:54 AM on 5/22/2013, to Carl Bynum; Winfred Williams; and, Feli Lawrance, with a subject line of "RE: ███████ - Oncology fu auth# 00232871" (AGA_Review_00017228 – AGA_Review_00017231).

3-757      E-mail sent by Richard Pratt, at 9:18:49 AM on 5/24/2013, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: ███████ Medical" (AGA_Review_00017476 – AGA_Review_00017476).

3-758      E-mail sent by Richard Pratt, at 10:43:06 AM on 5/24/2013, to ████████████████████>, with a subject line of "RE: attention Dr. B. Williams, Dr. Rowe, Mr. Pratt / ███████" (AGA_Review_00017484 – AGA_Review_00017485).

3-759      E-mail sent by Charles Ryan, at 4:41:58 PM on 5/26/2013, to ███████ ████████████████>, with a subject line of "RE: Inmate ███████ my daughter is in perryville and pregnant ,with heath issues" (AGA_Review_00017555 – AGA_Review_00017556).

3-760      E-mail sent by David Robertson, at 11:34:16 AM on 6/6/2013, to Winfred Williams; Vickie Bybee; and, Carl Bynum, with a subject line of "███████ ███████ Lewis/Steiner" (AGA_Review_00018506 – AGA_Review_00018506).

3-761      E-mail sent by Charles Ryan, at 8:09:31 AM on 6/12/2013, to Vickie Bybee, with a subject line of "FW: Mr. ███████ - URGENT!!!" (AGA_Review_00019307 – AGA_Review_00019310).

3-762      E-mail sent by Richard Pratt, at 12:05:08 PM on 6/13/2013, to Arthur Gross, with a subject line of "FW: Follow-up on our phone call today involving sentencing of ███████" (AGA_Review_00019510 – AGA_Review_00019511).

3-763      E-mail sent by Richard Pratt, at 3:47:59 PM on 6/17/2013, to Matthew
           Harvey; and, Dave Mueller, with a subject line of "RE: Diet Issue"
           (AGA_Review_00020533 – AGA_Review_00020536).

3-764      E-mail sent by Richard Pratt, at 3:27:35 PM on 6/18/2013, to Maria Cosme,
           with a subject line of "FW: ███████ Security ███████
           Safford, Tonto Unit" (AGA_Review_00020734 –
           AGA_Review_00020735).

3-765      E-mail sent by Richard Pratt, at 11:48:17 AM on 6/21/2013, to Maria
           Figueroa, with a subject line of "RE: Re: IM ███ Security ███
           Eyman/Cook" (AGA_Review_00020955 – AGA_Review_00020956).

3-766      E-mail sent by Richard Pratt, at 3:12:31 PM on 6/24/2013, to Maria Cosme,
           with a subject line of "FW: ███ Security ███" (AGA_Review_00021090 –
           AGA_Review_00021090).

3-767      E-mail sent by Richard Pratt, at 10:39:02 AM on 7/2/2013, to Maria
           Cosme, with a subject line of "FW: IM ████ Security ████"
           (AGA_Review_00021808 – AGA_Review_00021809).

3-768      E-mail sent by Richard Pratt, at 11:03:46 AM on 7/2/2013, to ███ Security ███
           ███ Security ███ >, with a subject line of "RE: IM ███ Security ███
           ███ Security ███" (AGA_Review_00021831 – AGA_Review_00021832).

3-769      E-mail sent by Richard Pratt, at 12:12:07 PM on 7/3/2013, to Maria Cosme,
           with a subject line of "FW: ███ Security ███ CLR/Corizon Project"
           (AGA_Review_00022018 – AGA_Review_00022018).

3-770      E-mail sent by Richard Pratt, at 6:03:22 PM on 7/3/2013, to Maria Cosme,
           with a subject line of "FW: ███████ Security ███████ Safford -
           Tonto" (AGA_Review_00022088 – AGA_Review_00022089).

3-771      E-mail sent by Richard Pratt, at 6:53:05 AM on 7/4/2013, to Vicki Bybee;
           and, James Taylor, with a subject line of "RE: ███ Security ███"
           (AGA_Review_00022113 – AGA_Review_00022114).

3-772      E-mail sent by Richard Pratt, at 11:59:56 AM on 7/8/2013, to Mark
           Haldane, with a subject line of "RE: ███ Security ███"
           (AGA_Review_00022216 – AGA_Review_00022216).

3-773    E-mail sent by Richard Pratt, at 2:37:20 PM on 7/9/2013, to Mark Haldane, with a subject line of "FW: ███████ Confidential & Privileged" (AGA_Review_00022397 – AGA_Review_00022398).

3-774    E-mail sent by Richard Pratt, at 5:41:30 PM on 7/9/2013, to John Kinton, with a subject line of "RE: Formal Complaint Corizon Healthcare" (AGA_Review_00022453 – AGA_Review_00022455).

3-775    E-mail sent by David Robertson, at 2:08:24 PM on 7/12/2013, to Arthur Gross; and, Richard Pratt, with a subject line of "FW: ███████ Meadows Unit GA A44-052-013 Meadows Unit" (AGA_Review_00022757 – AGA_Review_00022757).

3-776    E-mail sent by Richard Pratt, at 1:27:25 PM on 7/15/2013, to Marlena Bedoya, with a subject line of "FW: Assistance with Medical-Inmate ███████" (AGA_Review_00022863 – AGA_Review_00022864).

3-777    E-mail sent by Richard Pratt, at 3:33:20 PM on 7/15/2013, to Sarah Holbrook, with a subject line of "RE: ███████" (AGA_Review_00022914 – AGA_Review_00022915).

3-778    E-mail sent by Richard Pratt, at 6:24:40 PM on 7/17/2013, to Maria Cosme, with a subject line of "███████" (AGA_Review_00023121 – AGA_Review_00023121).

3-779    E-mail sent by David Robertson, at 12:49:40 PM on 10/1/2013, to Richard Rowe, with a subject line of "FW: Alert List" (AGA_Review_00115819 – AGA_Review_00115821).

3-780    E-mail sent by Richard Pratt, at 10:12:49 PM on 10/5/2013, to Charles Ryan, with a subject line of "FW: Inmate: ███████ - Urgent Needs Rx renewed for pain meds" (AGA_Review_00106934 – AGA_Review_00106939).

3-781    E-mail sent by David Robertson, at 2:46:46 PM on 10/8/2013, to Javier Carrizales; Dominique Ogas; Matthew Harvey; and, Richard Pratt, with a subject line of "RE: ███████" (AGA_Review_00113892 – AGA_Review_00113894).

3-782      E-mail sent by David Robertson, at 4:00:06 PM on 10/10/2013, to Winfred
           Williams, with a subject line of "FW: ████████"
           (AGA_Review_00111471 – AGA_Review_00111472).

3-783      E-mail sent by David Robertson, at 5:25:36 PM on 10/17/2013, to Kathleen
           Campbell, with a subject line of "Re: Scanned from a Xerox Multifunction
           Device- Inmate ████████" (AGA_Review_00104518 –
           AGA_Review_00104519).

3-784      E-mail sent by Richard Pratt, at 2:51:13 PM on 10/21/2013, to ████████
           ████████>, with a subject line of "RE: Inmate: ████████
           ████ - Urgent Needs Rx renewed for pain meds"
           (AGA_Review_00107577 – AGA_Review_00107582).

3-785      E-mail sent by Richard Pratt, at 12:41:00 PM on 10/24/2013, to Yvonne
           Maese, with a subject line of "RE: ████████
           Medications" (AGA_Review_00114828 – AGA_Review_00114829).

3-786      E-mail sent by Richard Pratt, at 4:06:48 PM on 10/24/2013, to Arizona
           Prisonwatch <arizonaprisonwatch@gmail.com>, with a subject line of "RE:
           ████████ Medications" (AGA_Review_00104347 –
           AGA_Review_00104348).

3-787      E-mail sent by Richard Pratt, at 6:14:34 PM on 10/24/2013, to Terry
           Allred, with a subject line of "FW: I/M ████████
           Lewis/Bachman" (AGA_Review_00107450 – AGA_Review_00107454).

3-788      E-mail sent by David Robertson, at 1:45:14 PM on 10/29/2013, to
           ████████>, with a subject line of "FW:
           ████████ Winchester" (AGA_Review_00106276 –
           AGA_Review_00106278).

3-789      E-mail sent by David Robertson, at 1:46:04 PM on 10/29/2013, to
           ████████>, with a subject line of "FW:
           ████████ Winchester" (AGA_Review_00113565 –
           AGA_Review_00113566).

3-790      E-mail sent by David Robertson, at 3:00:21 PM on 10/29/2013, to
           ████████>, with a subject line of "FW:
           IM ████████" (AGA_Review_00105359 –
           AGA_Review_00105360).

3-791        E-mail sent by David Robertson, at 4:41:36 PM on 10/30/2013, to Kelly
             Everett; and, Winfred Williams, with a subject line of "Re: ██████████
             ████████ Eyman/SMU" (AGA_Review_00104893 –
             AGA_Review_00104894).

3-792        E-mail sent by David Robertson, at 5:28:49 PM on 10/30/2013, to Sharon
             Malcolm, with a subject line of "Fwd: ██████████ Eyman/SMU"
             (AGA_Review_00103725 – AGA_Review_00103726).

3-793        E-mail sent by David Robertson, at 10:44:52 AM on 11/1/2013, to Laura
             Sims, with a subject line of "Re: Inmate Hospitalized"
             (AGA_Review_00107834 – AGA_Review_00107835).

3-794        E-mail sent by David Robertson, at 10:45:52 AM on 11/1/2013, to Winfred
             Williams, with a subject line of "Fwd: Alert List."
             (AGA_Review_00107602 – AGA_Review_00107606).

3-795        E-mail sent by David Robertson, at 4:41:50 PM on 11/2/2013, to Kathleen
             Campbell, with a subject line of "Re: Send data from MFP07730189
             11/01/2013 13:42" (AGA_Review_00104692 – AGA_Review_00104695).

3-796        E-mail sent by David Robertson, at 10:57:25 AM on 11/4/2013, to Kelly
             Everett; Sharon Malcolm; and, Gretchen Williams, with a subject line of
             "RE: ████████████████████ ASPC Yuma" (AGA_Review_00112504
             – AGA_Review_00112504).

3-797        E-mail sent by David Robertson, at 11:39:50 AM on 11/4/2013, to
             Kimberly Dixon, with a subject line of "RE: ██████████████ Grievance
             Appeal A38-039-013 HCV Tx" (AGA_Review_00104013 –
             AGA_Review_00104015).

3-798        E-mail sent by David Robertson, at 3:55:32 PM on 11/4/2013, to Winfred
             Williams, with a subject line of "RE: ████████████ Grievance
             Appeal L02-007-013" (AGA_Review_00103575 –
             AGA_Review_00103576).

3-799        E-mail sent by David Robertson, at 3:23:29 PM on 11/5/2013, to Winfred
             Williams, with a subject line of "RE: ████████████ Grievance
             Appeal follow-up with HCV tx request" (AGA_Review_00105120 –
             AGA_Review_00105122).

3-800          E-mail sent by David Robertson, at 3:33:39 PM on 11/5/2013, to Marlena
               Bedoya, with a subject line of "RE: ███████"
               (AGA_Review_00103898 – AGA_Review_00103899).

3-801          E-mail sent by Richard Pratt, at 11:54:59 AM on 11/8/2013, to Terry
               Allred, with a subject line of "RE: I/M ███████ Lewis/Bachman"
               (AGA_Review_00113810 – AGA_Review_00113814).

3-802          E-mail sent by David Robertson, at 3:46:14 PM on 11/8/2013, to Winfred
               Williams, with a subject line of "Fwd: ███████"
               (AGA_Review_00114886 – AGA_Review_00114886).

3-803          E-mail sent by David Robertson, at 3:46:40 PM on 11/8/2013, to Sharon
               Malcolm, with a subject line of "Re: ███████"
               (AGA_Review_00103449 – AGA_Review_00103450).

3-804          E-mail sent by Richard Pratt, at 4:26:03 PM on 11/8/2013, to LaShandra
               Miller, with a subject line of "RE: I/M ███████ Lewis/Bachman"
               (AGA_Review_00107799 – AGA_Review_00107803).

3-805          E-mail sent by David Robertson, at 8:33:46 PM on 11/13/2013, to Winfred
               Williams, with a subject line of "RE: ███████"
               (AGA_Review_00114923 – AGA_Review_00114924).

3-806          E-mail sent by David Robertson, at 8:41:00 PM on 11/13/2013, to Marlena
               Bedoya, with a subject line of "RE: ███████"
               (AGA_Review_00104829 – AGA_Review_00104830).

3-807          E-mail sent by David Robertson, at 8:35:18 AM on 11/15/2013, to Vickie
               Bybee; and, Winfred Williams, with a subject line of "FW: ███████
               ███████" (AGA_Review_00110037 – AGA_Review_00110038).

3-808          E-mail sent by David Robertson, at 8:48:57 AM on 11/15/2013, to Vickie
               Bybee; and, Winfred Williams, with a subject line of "FW: ███████ADC
               ███████Grievance Appeal follow-up with HCV tx request"
               (AGA_Review_00114641 – AGA_Review_00114643).

3-809          E-mail sent by David Robertson, at 10:48:59 AM on 11/15/2013, to
               Kimberly Dixon, with a subject line of "RE: ███████ ADC ███████ Grievance
               Appeal A38-039-013 HCV Tx" (AGA_Review_00116477 –
               AGA_Review_00116481).

3-810       E-mail sent by David Robertson, at 11:09:15 AM on 11/18/2013, to ███████ [Security] █████████>, with a subject line of "FW: Inmate ███ [Security] ██████" (AGA_Review_00112510 – AGA_Review_00112512).

3-811       E-mail sent by David Robertson, at 8:24:01 AM on 11/19/2013, to Patrick Arnold, with a subject line of "RE: re █████ [Security] ████" (AGA_Review_00103963 – AGA_Review_00103964).

3-812       E-mail sent by David Robertson, at 1:56:07 PM on 11/19/2013, to Patrick Arnold; and, Sharon Malcolm, with a subject line of "RE: Inmate ████ [Security] ████ [Security] Eyman Grievance Appeal Request further guidance" (AGA_Review_00104243 – AGA_Review_00104244).

3-813       E-mail sent by Joe Profiri, at 4:19:28 PM on 11/22/2013, to Juliet Respicio-Moriarty, with a subject line of "Fwd: Scabies Complaints" (AGA_Review_00115003 – AGA_Review_00115004).

3-814       E-mail sent by David Robertson, at 11:42:00 AM on 11/26/2013, to Vickie Bybee; Kelly Everett; Sharon Malcolm; Patrick Arnold; Richard Pratt; and, Winfred Williams, with a subject line of "RE: ██████ [Security] ████" (AGA_Review_00104733 – AGA_Review_00104734).

3-815       E-mail sent by David Robertson, at 2:48:44 PM on 11/26/2013, to Sharon Malcolm, with a subject line of "Re: ██████ [Security] ████ Grievance Appeal A38-039-013 HCV Tx Eyman" (AGA_Review_00116397 – AGA_Review_00116401).

3-816       E-mail sent by David Robertson, at 2:54:16 PM on 11/26/2013, to Sharon Malcolm, with a subject line of "Re: █████ [Security] ████" (AGA_Review_00103460 – AGA_Review_00103460).

3-817       E-mail sent by David Robertson, at 5:03:31 PM on 11/26/2013, to Aaron East; Kelley Everett; Sharon Malcolm; and, LaShandra Miller, with a subject line of "RE: ███████ [Security] ████ Lewis/Sunrise Rheumatolgoy" (AGA_Review_00105623 – AGA_Review_00105624).

3-818       E-mail sent by David Robertson, at 9:55:48 AM on 11/27/2013, to Richard Pratt, with a subject line of "Re: Medical; ████ [Security] NAME: ████ [Security], ████ [Security] (AGA_Review_00104621 – AGA_Review_00104623).

3-819    E-mail sent by Richard Pratt, at 10:47:26 AM on 11/29/2013, to Mark Haldane, with a subject line of "RE: Diabetes management: ███████ ████ (AGA_Review_00115221 – AGA_Review_00115223).

3-820    E-mail sent by David Robertson, at 10:34:58 AM on 12/2/2013, to Sharon Malcolm, with a subject line of "Re: ██████████" (AGA_Review_00116156 – AGA_Review_00116156).

3-821    E-mail sent by David Robertson, at 10:36:19 AM on 12/2/2013, to Juliet Respicio-Moriarty, with a subject line of "Re: Grievance Appeal - ██████ ████ (Cook)" (AGA_Review_00104536 – AGA_Review_00104537).

3-822    E-mail sent by David Robertson, at 10:37:34 AM on 12/2/2013, to Juliet Respicio-Moriarty, with a subject line of "Re: Hello" (AGA_Review_00103568 – AGA_Review_00103569).

3-823    E-mail sent by David Robertson, at 2:02:23 PM on 12/3/2013, to Patrick Arnold; and, Winfred Williams, with a subject line of "FW: ██████ need ENT surgery approved" (AGA_Review_00108415 – AGA_Review_00108416).

3-824    E-mail sent by David Robertson, at 1:21:57 PM on 12/4/2013, to Sharon Malcolm, with a subject line of "Re: Inmate ██████████" (AGA_Review_00104496 – AGA_Review_00104497).

3-825    E-mail sent by David Robertson, at 12:54:46 PM on 12/6/2013, to Mark Jansen; Patrick Arnold; and, Winfred Williams, with a subject line of "Jensen 032465 Tucson Manzanita" (AGA_Review_00104146 – AGA_Review_00104146).

3-826    E-mail sent by David Robertson, at 4:22:56 PM on 12/6/2013, to Kelly Everett, with a subject line of "Re: ████████" (AGA_Review_00104675 – AGA_Review_00104676).

3-827    E-mail sent by Richard Pratt, at 5:03:06 PM on 12/6/2013, to ████████ ████████>, with a subject line of "RE: ADOC is KILLING my elderly mother, ██████████:she cannot breathe and no action is being taken to help her" (AGA_Review_00105972 – AGA_Review_00105973).

3-828        E-mail sent by David Robertson, at 10:46:38 AM on 12/10/2013, to Winfred Williams; and, Patrick Arnold, with a subject line of "FW: Grievance Appeal - ▇▇▇ Security ▇▇▇ (Cook) - Hepatitis C Treatment" (AGA_Review_00110014 – AGA_Review_00110015).

3-829        E-mail sent by David Robertson, at 4:14:18 PM on 12/10/2013, to Martin Winland, with a subject line of "RE: Expired HIV Meds" (AGA_Review_00107314 – AGA_Review_00107315).

3-830        E-mail sent by Richard Pratt, at 11:04:07 AM on 12/11/2013, to Madeline Carney; and, Carol Pearson, with a subject line of "RE: Inmate ▇▇▇ Security ▇▇▇ ▇▇▇ Security ▇▇▇ (AGA_Review_00114076 – AGA_Review_00114078).

3-831        E-mail sent by Richard Pratt, at 11:06:34 AM on 12/11/2013, to ▇▇▇ Security ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>, with a subject line of "RE: Inmate ▇▇▇ Security ▇▇▇" (AGA_Review_00116177 – AGA_Review_00116178).

3-832        E-mail sent by David Robertson, at 6:37:54 PM on 12/13/2013, to Richard Pratt, with a subject line of "Re: Inmate ▇▇▇ Security ▇▇▇" (AGA_Review_00105942 – AGA_Review_00105943).

3-833        E-mail sent by Charles Ryan, at 12:57:41 PM on 12/17/2013, to Arizona Prisonwatch (arizonaprisonwatch@gmail.com) <arizonaprisonwatch@gmail.com>; and, Stacey Crabtree, with a subject line of "RE: Diabetes management: ▇▇▇ Security ▇▇▇)" (AGA_Review_00106862 – AGA_Review_00106867).

3-834        E-mail sent by David Robertson, at 5:26:01 PM on 12/24/2013, to Juliet Respicio-Moriarty, with a subject line of "Re: Scanned from a Xerox Multifunction Device-▇▇▇ Security ▇▇▇" (AGA_Review_00107242 – AGA_Review_00107243).

3-835        E-mail sent by David Robertson, at 12:16:41 PM on 12/31/2013, to Kathleen Campbell; and, Richard Pratt, with a subject line of "Fwd: ▇▇▇ Security ▇▇▇ Tucson" (AGA_Review_00104150 – AGA_Review_00104151).

3-836        E-mail sent by Richard Pratt, at 6:12:04 PM on 1/2/2014, to Donna James, with a subject line of "FW: IM ▇▇▇ Security ▇▇▇_Yumna-Cibola" (AGA_Review_00106022 – AGA_Review_00106022).

3-837        E-mail sent by Charles Ryan, at 1:35:23 PM on 1/6/2014, to Arthur Gross;
             and, Richard Pratt, with a subject line of "FW: Care needed"
             (AGA_Review_00103822 – AGA_Review_00103822).

3-838        E-mail sent by Richard Pratt, at 8:23:57 AM on 1/7/2014, to Arthur Gross,
             with a subject line of "FW: Inmate ███████████████████████████,"
             (AGA_Review_00111025 – AGA_Review_00111029).

3-839        E-mail sent by Richard Pratt, at 6:09:57 PM on 1/7/2014, to Madeline
             Carney, with a subject line of "FW: Inmate ████████████████,"
             (AGA_Review_00115709 – AGA_Review_00115711).

3-840        E-mail sent by Richard Pratt, at 12:04:19 PM on 1/8/2014, to Marlena
             Bedoya, with a subject line of "RE: Attn: Maria - Re: Shawn Jensen
             032465 - PROSTATE CANCER - IMMEDIATE TREATMENT
             NEEDED" (AGA_Review_00115129 – AGA_Review_00115130).

3-841        E-mail sent by Richard Pratt, at 5:25:58 PM on 1/15/2014, to Matthew
             Musson, with a subject line of "RE: ████████," (AGA_Review_00115843
             – AGA_Review_00115845).

3-842        E-mail sent by Charles Ryan, at 8:48:49 PM on 1/15/2014, to Arthur Gross,
             with a subject line of "FW: health care/hospice? for ████████████,"
             (AGA_Review_00110818 – AGA_Review_00110820).

3-843        E-mail sent by Richard Pratt, at 12:54:42 PM on 1/22/2014, to Carrie
             Feehan; Anthony Medel, with a subject line of "RE: ███████████,"
             (AGA_Review_00103679 – AGA_Review_00103680).

3-844        E-mail sent by David Robertson, at 3:55:41 PM on 1/23/2014, to Richard
             Pratt, with a subject line of "RE: ██████████████ Medical Yard
             Placement" (AGA_Review_00105064 – AGA_Review_00105066).

3-845        E-mail sent by David Robertson, at 4:00:58 PM on 1/23/2014, to Patrick
             Arnold; Marlena Bedoya; Mark Jansen; Penn Fisher; and, Winfred
             Williams, with a subject line of "RE: IM ████████████,"
             (AGA_Review_00106954 – AGA_Review_00106955).

3-846        E-mail sent by Charles Ryan, at 11:58:18 AM on 1/26/2014, to
             ████████████████████████████████████>, with a subject line

of "Inmate ████████" (AGA_Review_00109771 –
AGA_Review_00109772).

3-847     E-mail sent by David Robertson, at 2:43:15 PM on 1/27/2014, to Mark
          Jansen; and, Winfred Williams, with a subject line of "FW: ████ #
          ████ C01-055-013" (AGA_Review_00106224 –
          AGA_Review_00106227).

3-848     E-mail sent by Richard Pratt, at 4:45:03 PM on 1/28/2014, to Laurie Berg,
          with a subject line of "FW: ████████" (AGA_Review_00107713 –
          AGA_Review_00107718).

3-849     E-mail sent by Richard Pratt, at 4:26:37 PM on 2/5/2014, to Terry Allred,
          with a subject line of "FW: ████ GA L32-142-013 Rast Unit"
          (AGA_Review_00117083 – AGA_Review_00117084).

3-850     E-mail sent by David Robertson, at 10:30:44 AM on 2/7/2014, to Trudy
          Dumkrieger, with a subject line of "RE: I/M ████████
          ████ @ T-RINCON  Family concerned" (AGA_Review_00111396 –
          AGA_Review_00111400).

3-851     E-mail sent by David Robertson, at 10:35:55 AM on 2/7/2014, to Trudy
          Dumkrieger; and, Carol Pearson, with a subject line of "RE: 2nd req:
          ████████ Rincon" (AGA_Review_00110836 –
          AGA_Review_00110840).

3-852     E-mail sent by Charles Ryan, at 1:31:40 PM on 2/12/2014, to Stephanie
          Wiltz, with a subject line of "FW: Inmate ████████"
          (AGA_Review_00104508 – AGA_Review_00104510).

3-853     E-mail sent by David Robertson, at 2:43:31 PM on 2/13/2014, to Patrick
          Arnold; Mark Jansen; and, Winfred Williams, with a subject line of "RE:
          ████████ Florence South- Cancelling ORC"
          (AGA_Review_00112526 – AGA_Review_00112527).

3-854     E-mail sent by Richard Pratt, at 5:35:18 PM on 2/13/2014, to Bryce
          Bartruff, with a subject line of "RE: RE: FW: REPLY REQUESTED:
          ████████ - Diagnosis of Contact Dermatitis
          - Outstanding and Unresolved Medical Issue" (AGA_Review_00113946 –
          AGA_Review_00113950).

3-855      E-mail sent by David Robertson, at 10:00:33 AM on 2/20/2014, to Patrick Arnold; Aaron East; Juliet Respicio-Moriarty; Brenda Rojas; and, Elizabeth Valencia, with a subject line of "RE: ██████ GA L34-036-013 Bachman" (AGA_Review_00105616 – AGA_Review_00105619).

3-856      E-mail sent by David Robertson, at 4:36:09 PM on 2/21/2014, to Marlena Bedoya; Kathleen Campbell; Vanessa Headstream; Mark Jansen; Patrick Arnold; and, Winfred Williams, with a subject line of "Re: ██████ # ██████ C01-055-013" (AGA_Review_00114267 – AGA_Review_00114272).

3-857      E-mail sent by David Robertson, at 11:39:31 AM on 2/24/2014, to Zoila Jessup; Madeline Lowell; Yvonne Maese; Kelli Rogers; and, Elizabeth Valencia, with a subject line of "RE: ██████ Y01-020-013 Cocopah Unit" (AGA_Review_00105863 – AGA_Review_00105865).

3-858      E-mail sent by David Robertson, at 10:16:12 AM on 2/27/2014, to Mark Jansen; and, Winfred Williams, with a subject line of "FW: Duran ADC 182211 for Hep C treatment Grievance Appeal follow-up A30-061-03" (AGA_Review_00110347 – AGA_Review_00110349).

3-859      E-mail sent by David Robertson, at 3:58:12 PM on 2/28/2014, to Mark Jansen, with a subject line of "FW: ██████ Whetstone" (AGA_Review_00116778 – AGA_Review_00116781).

3-860      E-mail sent by David Robertson, at 4:01:00 PM on 2/28/2014, to Mark Jansen, with a subject line of "FW: Please Review" (AGA_Review_00104413 – AGA_Review_00104414).

3-861      E-mail sent by Richard Pratt, at 6:00:12 PM on 3/3/2014, to Trudy Dumkrieger, with a subject line of "FW: Medical care needed in prison" (AGA_Review_00105881 – AGA_Review_00105882).

3-862      E-mail sent by David Robertson, at 11:20:53 AM on 3/4/2014, to Patrick Arnold; Kathleen Campbell; Kimberly Dixon; Trudy Dumkrieger; Penny Fisher; Vanessa Headstream; Mark Jansen; Richard Pratt; Juliet Respicio-Moriarty; and, Winfred Williams, with a subject line of "FW: Jimenez 249550 C37-126-013 Whetstone Unit" (AGA_Review_00112710 – AGA_Review_00112711).

3-863          E-mail sent by David Robertson, at 3:32:40 PM on 3/4/2014, to Elizabeth
               Valencia, with a subject line of "RE: ██████████ GA # A02-080-013"
               (AGA_Review_00104573 – AGA_Review_00104577).

3-864          E-mail sent by David Robertson, at 10:30:36 PM on 3/5/2014, to Erin
               Barlund, with a subject line of "Re: San Carlos inmates"
               (AGA_Review_00105343 – AGA_Review_00105346).

3-865          E-mail sent by David Robertson, at 1:14:51 PM on 3/11/2014, to Mark
               Jansen, with a subject line of "RE: Man Down Bags on Eyman complex"
               (AGA_Review_00103709 – AGA_Review_00103709).

3-866          E-mail sent by David Robertson, at 1:18:35 PM on 3/11/2014, to Patrick
               Arnold, with a subject line of "Re: ██████████ HIV medications"
               (AGA_Review_00104407 – AGA_Review_00104407).

3-867          E-mail sent by Richard Pratt, at 6:43:45 PM on 3/12/2014, to Winfred
               Williams, with a subject line of "RE: ██████████"
               (AGA_Review_00115150 – AGA_Review_00115151).

3-868          E-mail sent by David Robertson, at 11:48:47 AM on 3/13/2014, to
               Elizabeth Valencia, with a subject line of "Re: ██████████"
               (AGA_Review_00105857 – AGA_Review_00105861).

3-869          E-mail sent by David Robertson, at 4:43:19 PM on 3/13/2014, to Patrick
               Arnold, with a subject line of "RE: ██████████ GA A14-112-
               013 Cook" (AGA_Review_00116179 – AGA_Review_00116181).

3-870          E-mail sent by David Robertson, at 4:43:38 PM on 3/13/2014, to Elizabeth
               Valencia, with a subject line of "FW: ██████████ C37-110-013
               Whetstone Unit" (AGA_Review_00107294 – AGA_Review_00107296).

3-871          E-mail sent by David Robertson, at 4:48:50 PM on 3/13/2014, to Winfred
               Williams, with a subject line of "RE: ██████████ C37-110-013
               Whetstone Unit" (AGA_Review_00107501 – AGA_Review_00107503).

3-872          E-mail sent by David Robertson, at 11:02:19 AM on 3/14/2014, to Juliet
               Respicio-Moriarty, with a subject line of "RE: Grievance Appeal -
               ██████████ (Manzanita)" (AGA_Review_00116570 –
               AGA_Review_00116571).

3-873        E-mail sent by Charles Ryan, at 8:55:47 PM on 3/14/2014, to Lance
             Hetmer, with a subject line of "RE: IPC Florence - ███████ "
             (AGA_Review_00109565 – AGA_Review_00109571).

3-874        E-mail sent by Richard Pratt, at 10:38:25 AM on 3/17/2014, to Trudy
             Dumkrieger, with a subject line of "RE: ███████████ "
             (AGA_Review_00106401 – AGA_Review_00106402).

3-875        E-mail sent by Richard Pratt, at 3:02:51 PM on 3/21/2014, to Jana Gunn,
             with a subject line of "FW: results" (AGA_Review_00103320 –
             AGA_Review_00103320).

3-876        E-mail sent by David Robertson, at 12:47:02 PM on 3/25/2014, to Erin
             Barlund, with a subject line of "Re: Inpatient Hospital Report 3-24-2014"
             (AGA_Review_00105079 – AGA_Review_00105082).

3-877        E-mail sent by David Robertson, at 4:00:11 PM on 3/25/2014, to Dianne
             Montano; and, Elizabeth Valencia, with a subject line of "RE: ████████
             ██████ A14-200-013 Cook Unit-2nd follow-up" (AGA_Review_00104441
             – AGA_Review_00104443).

3-878        E-mail sent by Richard Pratt, at 7:37:36 PM on 3/26/2014, to Lori Mansell,
             with a subject line of "FW: ████████████████████ Please
             Help..MEDICAL URGENT" (AGA_Review_00114328 –
             AGA_Review_00114330).

3-879        E-mail sent by Richard Pratt, at 9:10:25 AM on 3/27/2014, to Martin
             Winland, with a subject line of "RE: ██████████ "
             (AGA_Review_00116143 – AGA_Review_00116145).

3-880        E-mail sent by Richard Pratt, at 9:25:15 AM on 3/31/2014, to Mark
             Haldane; and, Richard Pratt, with a subject line of "FW: I/M ██████████
             No ADC # ████████ " (AGA_Review_00103938 –
             AGA_Review_00103938).

3-881        E-mail sent by David Robertson, at 8:59:26 AM on 4/1/2014, to Patrick
             Arnold, with a subject line of "RE: Grievance Appeal - ████████████
             (Rincon) - Urology Consult" (AGA_Review_00104795 –
             AGA_Review_00104797).

## Group 4:  Mental Healthcare

4-201    Compilation of ADC Mental Health Levels Statistical Summary Reports for the period from 2011 to 2013 (ADC094392 – ADC094491)

4-202    Report of ADC inmate mental health transfers occurring between January 1, 2011 and June 11, 2013 (ADC110433 – ADC110441)

4-203    Letter dated March 18, 2011 authored by Dr. Benjamin Shaw (ADC027717 – ADC027726)

4-204    ASPC-Eyman-Browning Unit Mental Health Program presentation (ADC084921 – ADC084928)

4-205    ADC Power Point Presentation regarding Mental/Behavioral Health Programs, approx. date September 2012 (ADC027727 – ADC027758)

4-206    ASPC-Florence-Central Unit Mental Health Programs summary, dated February 6, 2013, by Amy Barnes (ADC084929 – ADC084940)

4-207    ASPC-Florence's The CB-1 C.U.R.E. bulletin (ADC084941 – ADC084942)

4-208    ADC Form inmate letter to Florence CB-1 Mental Health Program participants regarding GED completion and required completions of Self-Improvement Classes (ADC280417)

4-209    ASPC-Florence's The Kassonian Times Newsletter (ADC084943 – ADC084944)

4-210    ASPC-Florence Kasson Unit Mental Health Program brochure dated 2013 (ADC139519 – ADC139520)

4-211    ASPC-Florence Central Unit Mental Health Programs (ADC084929 – ADC084940)

4-212    ASPC-Florence Central Unit Mental Health Programming Schedules for July and August 2013 (ADC139525 – ADC139528)

4-213    ASPC-Florence Central Unit Mental Health Programs and Schedule (ADC_S000286 – ADC_S000291)

4-214    Maximum Custody Unit  Maps (ADC_P011947 – ADC_P011953)

4-215        ASPC-Eyman Mental Health Program Schedule (ADC_P000867)

4-216        Corizon Mental Health Group Calendar for group programs to be offered at
             Eyman-SMU I in 2014 (ADC280466)

4-217        Schedule of Mental Health Programming Classes offered at Eyman-SMU I
             in January 2014 (ADC280467)

4-218        Schedule of Mental Health Programming Classes offered at Eyman-SMU I
             in February 2014 (ADC280465)

4-219        Schedule of Mental Health Programming Classes offered at Eyman-SMU I
             in March 2014 (ADC280468)

4-220        Schedule of Corizon – facilitated mental health groups and COIII –
             facilitated group programs at Eyman-SMU I for April 2014 (ADC280455)

4-221        Roster of inmates involved in group programs at Eyman-SMU I in
             December 2013 (ADC280456)

4-222        Roster of Inmates at Eyman-SMU I participating in mental health group
             programming between March 6, 2014 and April 8, 2014 (ADC280444 –
             ADC280454)

4-223        Compilation of representative Eyman-SMU I Mental Health Group
             Programming and Individual Appointment Sign-In Sheets for sessions held
             between April 1, 2014 and May 27, 2014 (ADC280374 – ADC280390;
             ADC280404 – ADC280416; ADC280360 – ADC280373; ADC280391 –
             ADC280403; ADC280276 – ADC280290; ADC280291 – ADC280306;
             ADC280347 – ADC280359; ADC280307 – ADC280319; ADC280320 –
             ADC280333; and, ADC280334 – ADC280346)

4-224        Schedule of Weekly Programming for WTU at ASPC-Perryville Lumley
             SMA, effective July 1, 2013 (ADC139482 – ADC139483)

4-225        ASPC-Phoenix-Baker Unit Introduction to Baker Mental Program
             Documentation (ADC_P000883 – ADC_P000886)

4-226        ASPC-Tucson HU-7 Time Sheets (ADC_P000859 – ADC_P000865)

4-227        Memorandum from Vickie Bybee to Charles Ryan regarding Proposed
             Corizon Mental Health Plan, dated August 20, 2013 (ADC231980)

| | |
|---|---|
| 4-228 | Forwarded Corizon e-mail from Thomas Fulks to Melisa Knowleton regarding Groups, dated August 29, 2013, with attachment (ADC231972 – ADC231979) |
| 4-229 | Excerpt from Governor's Briefing on Correctional Issues, September 3, 2013 (ADC140149 – ADC140184) |
| 4-230 | ADC Mentally Ill Offenders: Challenges and Strategies Managing this Growing Population Presentation – ASCA Western Directors Training, June 13, 2014 (ADC363856 – ADC363882) |
| 4-231 | ADC Suicide Prevention Badge - Physical Exhibit and copy (ADC_P000984 – ADC_P000984) |
| 4-232 | Photographs of and actual exemplar "Smock" issued to inmates on Watch Status as ASPC-Perryville (ADC140100 – ADC140102) – actual "Smock" will be made available for inspection upon request |
| 4-233 | ADC Corrections Officers Training Materials (2012) regarding Signs & Symptoms of Mental Disorders, class DCCOT009, 9.7(a) (ADC_S000362 – ADC_S000384; ADC_S000385 – ADC_S000439; and, ADC_S000440 – ADC_S000444) |
| 4-234 | ADC Corrections Officers Training Materials (2012) regarding Suicide Prevention, class 9.7(b) (ADC_S000518 – ADC_S000534; and, ADC_S000535 – ADC_S000553) |
| 4-235 | ADC Corrections Officers Training Materials regarding Signs and Symptoms of Mental Illness and Suicide Prevention –  2014 Signs and Symptoms of Mentally Ill Inmates (ADC_S000318 – ADC_S000361) |
| 4-236 | ADC Corrections Officers Training Materials regarding Signs and Symptoms of Mental Illness and Suicide Prevention – Inmate Suicide Prevention (ADC_S000445 – ADC_S000515) |
| 4-237 | Materials from LivingWorks Applied Suicide Intervention Skills Training ("ASIST") course offered to selected ADC security personnel in December 2013 (ADC280823 – ADC280929) |
| 4-238 | Curricula Vitae of Joseph v. Penn, MD, CCHP, FAPA (ADC203481 – ADC203509; and ADC222041) |

4-239   December 18, 2013 Report of Joseph Penn (ADC203372 – ADC203515)

4-240   March 26, 2014 Supplemental Report of Joseph Penn (ADC261843 – ADC261875)

4-241   September 19, 2014 Second Supplemental Report of Joseph V. Penn, M.D. (will supplement following completion and disclosure)

4-242   ADC medical file for ██████████████, for the period from February 28, 2014 through April 1, 2014 (ADC321806 - ADC321883).

4-243   ADC medical file for ███████████, for the period from April 1, 2013 through April 1, 2014 (ADC309284 - ADC309292).

4-244   ADC medical file for ██████████████, for the period from April 1, 2013 to April 1, 2014 (ADC293936 - ADC294158).

4-245   ADC medical file for █████████████, for the period from April 1, 2013 to April 1, 2014 (ADC310158 - ADC310274)

4-246   ADC medical file for █████████████, for the period from April 1, 2013 to April 1, 2014 (ADC322124 - ADC322230).

4-247   ADC medical file for ████████████, for the period from April 1, 2013 to April 1, 2014 (ADC322522 - ADC322536).

4-248   ADC medical file for ██████████████, for the period from May 28, 2013 to April 1, 2014 (ADC322675 - ADC322837)

4-249   ADC medical file for ██████████████, for the period from April 1, 2013 to April 1, 2014 (ADC322965 - ADC323053).

4-250   ADC medical file for ████████████, for the period from April 1, 2013 to April 1, 2014 (ADC323133 - ADC323140).

4-251   ADC medical file for █████████████, for the period from April 1, 2013 to April 1, 2013 (ADC323487 - ADC323589).

4-252   ADC medical file for ████████████, for the period from November 5, 2013 to April 1, 2014 (ADC323590 - ADC323672).

4-253   ADC medical file for ████████████, for the period from April 1, 2013 to April 1, 2014 (ADC323673 - ADC323833).

4-254    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC323834 - ADC323920).

4-255    ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC311422 - ADC311597).

4-256    ADC medical file for ███████ Security ███████, for the period from April 1, 2013 to April 1, 2014 (ADC324078 - ADC324094).

4-257    ADC medical file for ███████ Security ███████, for the period from April 1, 2013 to April 1, 2014 (ADC324105 - ADC324332).

4-258    ADC medical file for ██████ Security ██████, for the period from March 21, 2013 to April 4, 2014 (ADC324333 - ADC324359).

4-259    ADC medical file for ████████ Security ████████, for the period from September 25, 2013 to April 1, 2014 (ADC324918 - ADC324993).

4-260    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC325890 - ADC326074).

4-261    ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC326354 - ADC326432).

4-262    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC311729 - ADC311771).

4-263    ADC medical file for ███████ Security ███████, for the period from April 1, 2013 to April 1, 2014 (ADC312663 - ADC312821).

4-264    ADC medical file for ████████ Security ████████, for the period from August 27, 2013 to April 1, 2014 (ADC326663 - ADC326755).

4-265    ADC medical file for ███████ Security ███████, for the period from April 1, 2013 to April 1, 2014 (ADC326756 - ADC326876).

4-266    ADC medical file for █████████ Security █████████, for the period from April 1, 2013 to April 1, 2014 (ADC326877 - ADC326936).

4-267    ADC medical file for ███████ Security ███████, for the period from April 1, 2013 to April 1, 2014 (ADC326937 - ADC327077).

4-268     ADC medical file for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC327078 - ADC327100).

4-269     ADC medical file for ████████Security████████, for the period from January 29, 2014 to April 1, 2014 (ADC327078 - ADC32710).

4-270     ADC medical file for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC327435 - ADC327749).

4-271     ADC medical file for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC327794 - ADC327916).

4-272     ADC medical file for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC328315 - ADC328650).

4-273     ADC medical file for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC328651 - ADC328843).

4-274     ADC medical file for ████████Security████████, for the period from September 25, 2013 to April 1, 2014 (ADC328844 - ADC328894).

4-275     ADC medical file for ████████Security████████, for the period from June 20, 2013 to April 1, 2014 (ADC297756 - ADC297844).

4-276     ADC medical file for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC299618 - ADC299950).

4-277     ADC medical file for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC329652 - ADC329837).

4-278     ADC medical file for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC314883 - ADC315038).

4-279     ADC medical file for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC329838 - ADC330257).

4-280     ADC medical file for ████████Security████████, for the period from October 16, 2013 to April 1, 2014 (ADC300557 - ADC300692).

4-281     ADC medical file for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC330254 - ADC330383).

4-282    ADC medical file for ██████ Security ██████, for the period from April 4, 2013 to April 1, 2014 (ADC340382 - ADC340539).

4-283    ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC315179 - ADC315226).

4-284    ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC330384 - ADC330440).

4-285    ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC316331 - ADC316348).

4-286    ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC316349 - ADC316505).

4-287    ADC medical file for ██████ Security ██████, for the period from October 4, 2013 to April 1, 2014 (ADC330773 - ADC330930).

4-288    ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC340540 - ADC340611).

4-289    ADC medical file for ██████ Security ██████, for the period from July 23, 2013 to April 1, 2014 (ADC330931 - ADC331042).

4-290    ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC316804 - ADC316845).

4-291    ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC316956 - ADC317094).

4-292    ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC317398 - ADC317472).

4-293    ADC medical file for ██████ Security ██████, for the period from March 25, 2013 to April 1, 2014 (ADC331781 - ADC331875).

4-294    ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2014 (ADC317473 - ADC317515).

4-295    ADC medical file for ██████ Security ██████, for the period from April 1, 2013 to April 1, 2013 (ADC331292 - ADC331391).

4-296       ADC medical file for ███████Security███████, for the period from April 1,
            2013 to April 1, 2014 (ADC331392 - ADC331527).

4-297       ADC medical file for ███████Security███████, for the period from
            October 11, 2013 to April 1, 2014 (ADC306069 - ADC306136).

4-298       ADC medical file for ███████Security███████, for the period from
            April 1, 2013 to April 1, 2014 (ADC318538 - ADC318758).

4-299       ADC medical file for ███████Security███████, for the period from
            April 1, 2013 to April 1, 2014 (ADC318766 - ADC318904).

4-300       ADC medical file for ███████Security███████, for the period from
            September 16, 2013 to April 1, 2014 (ADC331641 - ADC331780).

4-301       ADC medical file for ███████Security███████, for the period from
            April 1, 2013 to April 1, 2014 (ADC319130 - ADC319476).

4-302       ADC medical file for ███████Security███████, for the period from April
            1, 2013 to April 1, 2014 (ADC307730 - ADC307747).

4-303       ADC medical file for ███████Security███████, for the period from May 30,
            2013 to April 1, 2014 (ADC331875 - ADC332006).

4-304       ADC medical file for ███████Security███████, for the period from
            April 1, 2013 to April 1, 2014 (ADC319536 - ADC319715).

4-305       ADC medical file for ███████Security███████, for the period from April
            1, 2013 to April 1, 2014 (ADC319716 - ADC319802).

4-306       E-mail sent by Charles Ryan, at 5:39:30 PM on 7/2/2012, to Joe Profiri;
            and, Ben Shaw, with a subject line of "RE: ███████Security███████ Mental
            Health Needs"  (AGA_Review_00032693 - AGA_Review_00032698).

4-307       E-mail sent by Charles Ryan, at 1:34:17 PM on 7/6/2012, to Richard Pratt;
            and, Ben Shaw, with a subject line of "RE: SIR# 2012-08362/ ASPC-
            Eyman-SMU 1 Unit/ Self Harm/ Mental Health Watch"
            (AGA_Review_00033290 - AGA_Review_00033291).

4-308       E-mail sent by Joe Profiri, at 10:39:25 PM on 7/20/2012, to Jo Chiu, with a
            subject line of "RE: Inmate ███████Security███████"  (AGA_Review_00035499
            - AGA_Review_00035500).

4-309       E-mail sent by Richard Pratt, at 12:34:51 PM on 8/7/2012, to Karen
            Mullenix, with a subject line of "Mental Health"  (AGA_Review_00038137
            - AGA_Review_00038137).

4-310       E-mail sent by Nicole Taylor, at 2:14:28 PM on 8/7/2012, to Karen
            Mullenix; and, Lori Blackburn, with a subject line of "RE: Mental Health"
            (AGA_Review_00038171 - AGA_Review_00038172).

4-311       E-mail sent by Richard Pratt, at 7:45:23 PM on 8/8/2012, to Leslie
            Boothby, with a subject line of "FW: Mental Health Staffing
            Teleconference"  (AGA_Review_00038699 - AGA_Review_00038700).

4-312       E-mail sent by Richard Pratt, at 8:42:28 PM on 8/9/2012, to Anna Vozar;
            Elaine Gedman; Linda   Maschner; Karen Mullenix; Nicole Taylor;
            Thomas Fulks; and, Thomas Lehman, with a subject line of "RE: Mental
            Health Staffing teleconference"  (AGA_Review_00039141 -
            AGA_Review_00039142).

4-313       E-mail sent by Charles Ryan, at 3:51:17 PM on 8/15/2012, to Richard Pratt,
            with a subject line of "FW: [Security]       ADOC Inmate # [Security]    "
            (AGA_Review_00041618 - AGA_Review_00041619).

4-314       E-mail sent by Richard Pratt, at 4:14:50 PM on 8/15/2012, to Charles Ryan,
            with a subject line of "RE: [Security]     ADOC Inmate # [Security]  "
            (AGA_Review_00041623 - AGA_Review_00041624).

4-315       E-mail sent by Richard Pratt, at 9:54:27 AM on 8/17/2012, to Jen Mielke-
            Fontaine, with a subject line of "RE: [Security]     ADOC Inmate
            [Security] "  (AGA_Review_00042052 - AGA_Review_00042055).

4-316       E-mail sent by Joe Profiri, at 6:50:05 PM on 8/17/2012, to Jim Taylor, with
            a subject line of "FW: Phx Psych Techs"  (AGA_Review_00042237 -
            AGA_Review_00042238).

4-317       E-mail sent by Richard Pratt, at 6:50:28 PM on 8/17/2012, to Laurie Berg,
            with a subject line of "FW: Director's Project  # CLR 2012 815 80390600"
            (AGA_Review_00042239 - AGA_Review_00042240).

4-318       E-mail sent by Joe Profiri, at 11:30:10 PM on 8/24/2012, to Carson
            McWilliams, with a subject line of "RE: FLORENCE medication issues"
            (AGA_Review_00044790 - AGA_Review_00044793).

4-319  E-mail sent by Joe Profiri, at 6:41:01 PM on 8/25/2012, to Richard Pratt; and, Jim Taylor, with a subject line of "RE: Yuma Psychotropic Medication Review"  (AGA_Review_00045412 - AGA_Review_00045413).

4-320  E-mail sent by Joe Profiri, at 2:29:25 PM on 9/1/2012, to Jeff Hood; Richard Pratt; and, Ben Shaw, with a subject line of "RE: SIR#2012-10629 / ASPC-Florence / Central / Self Harm-Mental Health Watch / Medical Emergency"  (AGA_Review_00048313 - AGA_Review_00048315).

4-321  E-mail sent by Joe Profiri, at 2:43:45 PM on 9/1/2012, to Karen Mullenix, with a subject line of "RE: Medication Update"  (AGA_Review_00048617 - AGA_Review_00048618).

4-322  E-mail sent by Joe Profiri, at 2:44:12 PM on 9/1/2012, to Karen Mullenix, with a subject line of "RE: Inmate ███████ Security ███████ transferred from Lewis: It appears inmate did not receive psych medication for approximately 2 months."  (AGA_Review_00048619 - AGA_Review_00048620).

4-323  E-mail sent by Joe Profiri, at 4:07:26 PM on 9/6/2012, to Ben Shaw; and, Helena Valenzuela, with a subject line of "RE: Inmate ███████ Security ███████ transferred from Lewis: It appears inmate did not receive psych medication for approximately 2 months."  (AGA_Review_00050577 - AGA_Review_00050581).

4-324  E-mail sent by Charles Ryan, at 9:22:23 PM on 9/6/2012, to Jennifer Bowser; and, Ben Shaw, with a subject line of "RE: Anna Hebner on behalf of ███████ Security ███████"  (AGA_Review_00050737 - AGA_Review_00050739).

4-325  E-mail sent by Joe Profiri, at 7:47:37 PM on 9/14/2012, to Therese Schroeder, with a subject line of "FW: Weekend Psychiatry Lines"  (AGA_Review_00054121 - AGA_Review_00054122).

4-326  E-mail sent by Joe Profiri, at 10:01:54 AM on 9/17/2012, to Karen Mullenix; Richard Pratt; Therese Schroeder; and, Ernest Trujillo, with a subject line of "RE: Weekend Psychiatry Lines"  (AGA_Review_00054364 - AGA_Review_00054366).

4-327  E-mail sent by Richard Pratt, at 3:19:07 PM on 9/18/2012, to Trudy Dumkrieger; Karen Mullenix; and, Rosa Quintana, with a subject line of

"RE: ██████████" (AGA_Review_00055066 - AGA_Review_00055067).

4-328    E-mail sent by Richard Pratt, at 8:28:39 AM on 11/21/2012, to Ben Shaw, with a subject line of "FW: Florence West MH Watch I/M ██████████ ██████████" (AGA_Review_00074961 - AGA_Review_00074962).

4-329    E-mail sent by Charles Ryan, at 3:55:09 PM on 12/11/2012, to Arthur Gross; and, Richard Pratt, with a subject line of "FW: Mental Health: ██████████ ██████████" (AGA_Review_00090196 - AGA_Review_00090197).

4-330    E-mail sent by Richard Pratt, at 10:14:33 AM on 12/13/2012, to Mark Haldane, with a subject line of "RE: Mental Health: ██████████ ██████████" (AGA_Review_00090556 - AGA_Review_00090558).

4-331    E-mail sent by Richard Pratt, at 10:17:05 AM on 12/13/2012, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: Mental Health: ██████████" (AGA_Review_00090559 - AGA_Review_00090561).

4-332    E-mail sent by Charles Ryan, at 9:27:58 AM on 12/16/2012, to Arthur Gross, with a subject line of "FW: FORWARD TO PSYCH DR. FOLK - URGENT NEED TO SEE ██████████" (AGA_Review_00090836 - AGA_Review_00090839).

4-333    E-mail sent by Joe Profiri, at 10:30:16 AM on 12/19/2012, to ██████████ ██████████>; and, Jim Young, with a subject line of "FW: severe health probs - ██████████" (AGA_Review_00091270 - AGA_Review_00091271).

4-334    E-mail sent by Richard Pratt, at 2:29:04 PM on 12/21/2012, to Jen Mielke-Fontaine, with a subject line of "RE: ██████████" (AGA_Review_00091725 - AGA_Review_00091728).

4-335    E-mail sent by Richard Pratt, at 3:43:53 PM on 1/22/2013, to Marlena Bedoya, with a subject line of "RE: I/M ██████████" (AGA_Review_00096131 - AGA_Review_00096132).

4-336        E-mail sent by Richard Pratt, at 2:00:08 PM on 2/20/2013, to Karen
             Mullenix, with a subject line of "RE: ███████Security███████ Psych Meds
             Needed"  (AGA_Review_00101593 - AGA_Review_00101596).

4-337        E-mail sent by Richard Pratt, at 2:33:49 PM on 3/13/2013, to Trudy
             Dumkrieger; and, Lea Miernik, with a subject line of "RE: Inmate ██Security██
             ██Security██ ADC # ██Security██"  (AGA_Review_00007742 - AGA_Review_00007743).

4-338        E-mail sent by Richard Pratt, at 1:18:46 PM on 4/24/2013, to Lea Miernik,
             with a subject line of "RE: I/M ███████Security███████ - Lewis/Barchey"
             (AGA_Review_00013889 - AGA_Review_00013889).

4-339        E-mail sent by Richard Pratt, at 12:24:36 PM on 5/6/2013, to Nicole
             Taylor, with a subject line of "FW: MH score reviews"
             (AGA_Review_00015709 - AGA_Review_00015710).

4-340        E-mail sent by Nicole Taylor, at 11:03:14 AM on 5/24/2013, to Kathleen
             Campbell; and, Richard Pratt, with a subject line of "FW: As requested"
             (AGA_Review_00017487 - AGA_Review_00017488).

4-341        E-mail sent by James Taylor, at 11:16:04 AM on 7/10/2013, to Richard
             Pratt, with a subject line of "RE: Mental Health Staffing and Program
             Needs"  (AGA_Review_00022478 - AGA_Review_00022480).

4-342        E-mail sent by Nicole Taylor, at 11:59:02 AM on 7/10/2013, to Kathleen
             Campbell; Arthur Gross; and, Richard Pratt, with a subject line of "RE:
             Firefighter crew is back"  (AGA_Review_00022484 -
             AGA_Review_00022486).

4-343        E-mail sent by James Taylor, at 12:48:16 PM on 7/10/2013, to Richard
             Pratt, with a subject line of "RE: Mental Health Staffing and Program
             Needs"  (AGA_Review_00022495 - AGA_Review_00022497).

4-344        E-mail sent by Nicole Taylor, at 6:33:57 PM on 7/18/2013, to Richard
             Pratt, with a subject line of "Re: Meeting tomorrow?"
             (AGA_Review_00023436 - AGA_Review_00023437).

4-345        E-mail sent by Nicole Taylor, at 12:14:52 PM on 9/27/2013, to Vickie
             Bybee; and, Winfred Williams, with a subject line of "Psychiatry Notes
             from MTU and Flamenco"  (AGA_Review_00113242 -
             AGA_Review_00113243).

4-346      E-mail sent by Charles Ryan, at 10:12:55 AM on 11/25/2013, to 'Arizona Prisonwatch' <arizonaprisonwatch@gmail.com>, with a subject line of "RE: PC or treatment for SMI prisoner, ███████████ (AGA_Review_00105829 - AGA_Review_00105831).

4-347      E-mail sent by Charles Ryan, at 8:16:18 AM on 11/26/2013, to Heather Price; and, Stephanie Wiltz, with a subject line of "PC or treatment for SMI prisoner, ███████████) CLR84020303" (AGA_Review_00116075 - AGA_Review_00116077).

4-348      E-mail sent by Nicole Taylor, at 8:48:02 PM on 12/30/2013, to Kathleen Campbell, with a subject line of "Re: Inmate ███████ " (AGA_Review_00103799 - AGA_Review_00103800).

4-349      E-mail sent by Nicole Taylor, at 8:58:52 PM on 12/30/2013, to Kathleen Campbell, with a subject line of "Re: Inmate ███████ " (AGA_Review_00115946 - AGA_Review_00115947).

4-350      E-mail sent by Nicole Taylor, at 10:21:03 AM on 12/31/2013, to Bryce Bartruff; Kelly Mier; and, Martin Winland, with a subject line of "RE: ███████ " (AGA_Review_00115835 - AGA_Review_00115836).

4-351      E-mail sent by Richard Pratt, at 5:42:31 PM on 2/10/2014, to Anthony Medel, with a subject line of "RE: ███████ " (AGA_Review_00104420 - AGA_Review_00104421).

4-352      E-mail sent by Nicole Taylor, at 5:20:01 PM on 2/28/2014, to Ron Credio, with a subject line of "FW: Eyman"  (AGA_Review_00104913 - AGA_Review_00104914).


## Group 5:  Dental Care

5-101.      ADC Inmate Video "Using your Security Toothbrush" (ADC018322)

5-102.      ADC Inmate Video "Cepillo de dientis de seguridad" (ADC018323)

5-103.      ADC Inmate Video "Emergency Care for Inmates with Wired Jaws" (ADC018324)

5-104.      Dental Utilization Statistics for All Facilities (April 2013 – July 2014) (DRAFT PROVIDED))

5-105.      Dental Utilization Reports for the period from April 1, 2013 to March 31, 2014 (ADC231257; ADC231258; ADC231259; ADC136967; ADC231260; ADC231261; ADC231262; ADC231263; ADC231264; and, ADC267281 – ADC267283)

5-106.      Dental Utilization Reports for the period from April 1, 2014 through July 31, 2014 (ADC405665; ADC405853; ADC406053; and, ADC425435)

5-107.      Dental Routine Care Wait Times (March 2013 – July 2014) (DRAFT PROVIDED)

5-108.      Graph of ADC Dental Routine Care Wait Times (March 2013 – July 2014) (DRAFT PROVIDED)

5-109.      Dental Intake Wait Times (March 2013 – July 2014) (DRAFT PROVIDED)

5-110.      Graph of ADC Dental Intake Wait Times (March 2013 – July 2014) (DRAFT PROVIDED)

5-111.      Dental Wait Times Reports for the period from March 2013 to March 2014 (ADC267337)

5-112.      Dental Wait Times Report, submitted for the period from March 2013 through July 2014 (ADC425473)

5-113.      Curricula Vitae of John W. Dovgan, D.D.S. (ADC222036 – ADC222040)

5-114.      December 18, 2013 Expert Report of Dr. Dovgan (ADC203516 – ADC203609)

5-115.      March 26, 2014 Supplemental Expert Report of Dr. Dovgan (ADC261914 – ADC261930)

5-116.      Declaration of John Dovgan in support of Defendants' Motion for Summary Judgment and documents attached thereto (Exhibit 122 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment)

5-117.      September 19, 2014 Second Supplemental Report of John Dovgan, D.D.S. (will supplement following completion and disclosure)

5-118.      American Dental Association, Dental Assisting Word of Mouth:  Careers in the Dental Profession, 2006 (Attachment G to Exhibit 122 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment)

5-119.      Arizona State Board of Dental Examiners, Dental Professional Profile Page for Wayne G. Thorpe, DDS, as of May 9, 2014 (Attachment H to Exhibit 122 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment)

5-120.      Smallwood Prison Dental Services ("SPDS") ADC Routine Dental Care Wait List, as of June 20, 2014 (ADC334061 – ADC334197)

5-121.      Smallwood Prison Dental Services ("SPDS") ADC Completed Dental Appointment Lists, for the period from December 1, 2013 to April 1, 2014 (ADC365767 – ADC367403)

5-122.      ADC dental records for **████ Security ████**, for the period from April 1, 2013 to April 1, 2014 (ADC421029 - ADC421033).

5-123.      ADC dental records for **████ Security ████**, for the period from April 1, 2013 to April 1, 2014 (ADC421034 - ADC421046).

5-124.      ADC dental records for **████ Security ████**, for the period from April 1, 2013 to April 1, 2014 (ADC421047 - ADC421053).

5-125.      ADC dental records for **████ Security ████**, for the period from April 1, 2013 to April 1, 2014 (ADC421054 - ADC421063).

5-126.      ADC dental records for **████ Security ████**, for the period from April 1, 2013 to April 1, 2014 (ADC421064 - ADC421072).

5-127.      ADC dental records for **████ Security ████**, for the period from April 1, 2013 to April 1, 2014 (ADC421073 - ADC421080).

5-128.      ADC dental records for **████ Security ████** for the period from April 1, 2013 to April 1, 2014 (ADC42081 - ADC421090).

5-129.   ADC dental records for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC421091 - ADC421097) and supplemental dental records (ADC425267).

5-130.   ADC dental records for ████████ Security ████████, for the period from November 20, 2013 to April 1, 2014 (ADC421098 - ADC421106).

5-131.   ADC dental records for ████████ Security ████████, for the period from April 1, 2013 to February 6, 2014 (ADC421107 - ADC421112).

5-132.   ADC dental records for ████████ Security ████████, for the period from July 17, 2013 to April 1, 2014 (ADC421113 - ADC421130).

5-133.   ADC dental records for ████████ Security ████████, for the period from September 27, 2013 to April 1, 2014 (ADC421131 - ADC421135; and ADC4252680.

5-134.   ADC dental records for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC421136 - ADC421143 and ADC425269).

5-135.   ADC dental records for ████████ Security ████████, for the period from December 11, 2013 to April 1, 2014 (ADC421144 – ADC421149) and (ADC425270 – ADC425272)

5-136.   ADC dental records for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC421150 - ADC421157).

5-137.   ADC dental records for ████████ Security ████████, for the period from October 16, 2013 to January 15, 2014 (ADC421158 - ADC421164).

5-138.   ADC dental records for ████████ Security ████████, for the period from November 1, 2013 to April 1, 2014 (ADC421165 – ADC421171) and (ADC425273 – ADC425275)

5-139.   ADC dental records for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC421172 - ADC421177).

5-140.   ADC dental records for ████████ Security ████████, for the period from January 2, 2013 to April 1, 2014 (ADC421178 - ADC421182).

5-141.    ADC dental records for ⬛Security⬛, for the period from
August 9, 2013 to April 1, 2014 (ADC421183 – ADC421196) and
(ADC425276)

5-142.    ADC dental records for ⬛Security⬛, for the period from
April 1, 2013 to April 1, 2014 (ADC421197 – ADC421203) and
(ADC425277 – ADC425284)

5-143.    ADC dental records for ⬛Security⬛, for the period from
May 16, 2013 to October 23, 2013 (ADC421202 - ADC421208) and from
January 15, 2014 to April 1, 2014 (ADC421209 - ADC421213).

5-144.    ADC dental records for ⬛Security⬛, for the period from April 1,
2013 to April 1, 2014 (ADC421214 - ADC421221).

5-145.    ADC dental records for ⬛Security⬛, for the period from
September 9, 2013 to April 1, 2014 (ADC421222 - ADC421226).

5-146.    ADC dental records for ⬛Security⬛, for the period from April 1,
2013 to April 1, 2014 (ADC421227 - ADC421231).

5-147.    ADC dental records for ⬛Security⬛, for the period from June 26,
2013 to April 1, 2014 (ADC421232 - ADC421237).

5-148.    ADC dental records for ⬛Security⬛, for the period from
December 16, 2013 to June 30, 2014 (ADC421238 - ADC421251).

5-149.    ADC dental records for ⬛Security⬛, for the period from April
1, 2013 to April 1, 2014 (ADC421252 – ADC421267) and (ADC425285)

5-150.    ADC dental records for ⬛Security⬛, for the period from
November 27, 2013 to April 1, 2014 (ADC421268 - ADC421278).

5-151.    ADC dental records for ⬛Security⬛, for the period from April 1,
2013 to April 1, 2014 (ADC421279 - ADC421289).

5-152.    ADC dental records for ⬛Security⬛, for the period from
August 30, 2013 to April 1, 2014 (ADC421290 - ADC421297).

5-153.    ADC dental records for ⬛Security⬛, for the period from
November 21, 2013 to December 23, 2013 (ADC421298 - ADC421303).

5-154.    ADC dental records for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC421304 - ADC421309).

5-155.    ADC dental records for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC421310 - ADC421316).

5-156.    ADC dental records for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC421317 - ADC421326).

5-157.    ADC dental records for ███████Security███████, for the period from June 20, 2013 to April 1, 2014 (ADC421327 - ADC421332).

5-158.    ADC dental records for ███████Security███████, for the period from April 24, 2013 to April 1, 2014 (ADC421333 - ADC421342).

5-159.    ADC dental records for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC421343 - ADC421355).

5-160.    ADC dental records for ███████Security███████, for the period from April 1, 2013 to March 19, 2014 (ADC421356 - ADC421369).

5-161.    ADC dental records for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC421370 - ADC421378).

5-162.    ADC dental records for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC421379 - ADC421386).

5-163.    ADC dental records for ███████Security███████, for the period from May 29, 2013 to April 1, 2014 (ADC421387 - ADC421394).

5-164.    ADC dental records for ███████Security███████, for the period from November 7, 2013 to April 1, 2014 (ADC421395 – ADC421400) and (ADC425286 – ADC425288)

5-165.    ADC dental records for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC421401 - ADC421418).

5-166.    ADC dental records for ███████Security███████, for the period from October 7, 2013 to April 1, 2014 (ADC421419 - ADC421425).

5-167.    ADC dental records for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC421426 - ADC421435).

5-168.     ADC dental records for ███████Security███████, for the period from May 23, 2013 to April 1, 2014 (ADC421436 - ADC421443).

5-169.     ADC dental records for ████████Security████████, for the period from August 29, 2013 to April 1, 2014 (ADC421444 - ADC421450).

5-170.     ADC dental records for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC421451 - ADC421458).

5-171.     ADC dental records for █████████Security█████████, for the period from April 1, 2013 to April 1, 2014 (ADC421459 - ADC421468).

5-172.     ADC dental records for ████████Security████████, for the period from September 10, 2013 to April 1, 2014 (ADC421469 - ADC421477).

5-173.     ADC dental records for ████████Security████████, for the period from December 20, 2013 to April 1, 2014 (ADC421478 - ADC421483).

5-174.     ADC dental records for ███████Security███████, for the period from November 27, 2013 to April 1, 2014 (ADC421484 - ADC421489).

5-175.     ADC dental records for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC421490 - ADC421499).

5-176.     ADC dental records for █████████Security█████████, for the period from April 1, 2013 to April 1, 2014 (ADC421500 - ADC421511).

5-177.     ADC dental records for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC421512 - ADC421521).

5-178.     ADC dental records for ██████Security██████, for the period from April 1, 2013 to April 1, 2014 (ADC421522 - ADC421532).

5-179.     ADC dental records for ███████Security███████, for the period from August 20, 2013 to April 1, 2014 (ADC421533 - ADC421545).

5-180.     ADC dental records for ████████Security████████, for the period from August 8, 2013 to April 1, 2014 (ADC421546 - ADC421555).

5-181.     ADC dental records for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC421556 - ADC421560).

5-182.  ADC dental records for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC421561 - ADC421574).

5-183.  ADC dental records for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC421575 - ADC421583).

5-184.  ADC dental records for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC421584 - ADC421589).

5-185.  ADC dental records for ████████Security████████, for the period from January 9, 2013 to April 1, 2014 (ADC421590 – ADC421594) and (ADC425514 – ADC425516)

5-186.  ADC dental records for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC421595 – ADC421600) and (ADC425517 – ADC425518)

5-187.  ADC dental records for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC421601 - ADC421607).

5-188.  ADC dental records for ████████Security████████, for the period from August 13, 2013 to April 1, 2014 (ADC421608 - ADC421613).

5-189.  ADC dental records for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC421614 - ADC421624).

5-190.  ADC dental records for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC421625 - ADC421632).

5-191.  ADC dental records for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC421633 – ADC421641) and (ADC425289 – ADC425291)

5-192.  ADC dental records for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC421642 – ADC421654) and (ADC425292 – ADC425295)

5-193.  ADC dental records for ████████Security████████, for the period from April 1, 2013 to April 1, 2014 (ADC421642 - ADC421654) and supplemental dental records (ADC425292 - ADC425295).

5-194.    ADC dental records for ███████Security███████, for the period from
          November 29, 2013 to April 1, 2014 (ADC421655 - ADC421661).

5-195.    ADC dental records for ███████Security███████, for the period from April
          1, 2013 to April 1, 2014 (ADC421662 - ADC421667).

5-196.    ADC dental records for ███████Security███████, for the period from June 25,
          2013 to April 1, 2014 (ADC421668 - ADC421674).

5-197.    ADC dental records for ███████Security███████, for the period from April
          1, 2013 to April 1, 2014 (ADC421675 - ADC421685).

5-198.    ADC dental records for ███████Security███████, for the period from
          April 1, 2013 to April 1, 2014 (ADC421686 - ADC421693).

5-199.    ADC dental records for ███████Security███████, for the period from
          November 25, 2013 to April 1, 2014 (ADC421694 - ADC421706).

5-200.    ADC dental records for ███████Security███████, for the period from April 1,
          2013 to April 1, 2014 (ADC421707 - ADC421712).

5-201.    ADC dental records for ███████Security███████, for the period from April
          29, 2013 to April 1, 2014 (ADC421713 - ADC421724).

5-202.    ADC dental records for ███████Security███████, for the period from April
          1, 2013 to April 1, 2014 (ADC421725 - ADC421734).

5-203.    ADC dental records for ███████Security███████, for the period from April
          1, 2013 to April 1, 2014 (ADC421735 - ADC421742).

5-204.    ADC dental records for ███████Security███████, for the period from
          April 1, 2013 to April 1, 2014 (ADC421743 - ADC421758).

5-205.    ADC dental records for ███████Security███████, for the period from January
          10, 2013 to April 1, 2014 (ADC425296 – ADC425300) and (ADC421767 –
          ADC421769)

5-206.    ADC dental records for ███████Security███████, for the period from
          November 20, 2013 to April 1, 2014 (ADC421770 - ADC421775).

5-207.    ADC dental records for ███████Security███████, for the period from April
          1, 2013 to April 1, 2014 (ADC421776 - ADC421781).

5-208.      ADC dental records for ████████████, for the period from April 1, 2013 to April 1, 2014 (ADC421782 - ADC421791).

5-209.      ADC dental records for ████████████, for the period from April 1, 2013 to April 1, 2014 (ADC421792 - ADC421798).

5-210.      ADC dental records for ████████████████, for the period from November 20, 2013 to April 1, 2014 (ADC421799 - ADC421805).

5-211.      E-mail sent by Richard Pratt, at 7:34:24 AM on 9/12/2012, to Karyn Christie, with a subject line of "FW: Inmate #███████████_S-Fort Grant"  (AGA_Review_00052955 - AGA_Review_00052956).

5-212.      E-mail sent by Joe Profiri, at 1:39:39 PM on 11/14/2012, to Arthur Gross; Richard Pratt; and, Jim Taylor, with a subject line of "RE: Nutritional Supplements Lewis"  (AGA_Review_00073937 - AGA_Review_00073938).

5-213.      E-mail sent by Richard Pratt, at 5:25:15 PM on 11/16/2012, to Karen Mullenix, with a subject line of "FW: ██████████████ Dental" (AGA_Review_00074666 - AGA_Review_00074668).

5-214.      E-mail sent by Richard Pratt, at 6:25:04 AM on 11/28/2012, to Karen Chu, with a subject line of "RE: ███████████ Dental" (AGA_Review_00075545 - AGA_Review_00075548).

5-215.      E-mail sent by Richard Pratt, at 7:50:49 AM on 12/5/2012, to Karen Chu; and, Jim Taylor, with a subject line of "RE: dental director of Wexford" (AGA_Review_00076961 - AGA_Review_00076962).

5-216.      E-mail sent by Richard Pratt, at 12:58:51 PM on 12/12/2012, to Lea Miernik, with a subject line of "FW: Phone Message - Bonnie Maestas (928)635-2385"  (AGA_Review_00090455 - AGA_Review_00090456).

5-217.      E-mail sent by Richard Pratt, at 1:41:30 PM on 3/20/2013, to Jen Fontaine, with a subject line of "FW:██████████ Dental" (AGA_Review_00008270 - AGA_Review_00008271).

5-218.      E-mail sent by Richard Pratt, at 1:43:12 PM on 3/20/2013, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject

line of "RE: [Security] Dental"  (AGA_Review_00008274 - AGA_Review_00008275).

5-219.     E-mail sent by Richard Pratt, at 5:03:12 PM on 4/1/2013, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com>, with a subject line of "RE: [Security] Dental"  (AGA_Review_00009656 - AGA_Review_00009657).

5-220.     E-mail sent by Richard Pratt, at 5:32:09 PM on 4/1/2013, to Helena Valenzuela, with a subject line of "FW: [Security] / Alston correspondence"  (AGA_Review_00009659 - AGA_Review_00009660).

5-221.     E-mail sent by Richard Pratt, at 1:36:16 PM on 4/12/2013, to Lea Miernik, with a subject line of "RE: Inmate [Security]"  (AGA_Review_00012222 - AGA_Review_00012222).

5-222.     E-mail sent by Richard Pratt, at 10:44:11 AM on 4/15/2013, to Helena Valenzuela, with a subject line of "RE: Inmate [Security]"  (AGA_Review_00012355 - AGA_Review_00012357).

5-223.     E-mail sent by Richard Pratt, at 5:10:59 PM on 5/2/2013, to Maria Cosme, with a subject line of "FW: Dental- Tucson ASPC Inmate [Security] [Security]"  (AGA_Review_00014626 - AGA_Review_00014628).


## Group 6:  Max Custody Conditions Subclass

6-501      Photographs of ASPC Eyman depicting cell configuration, cell block configuration and recreation facilities as of 2013 (ADC1553307; ADC153330; ADC153334; ADC153336; ADC153339 – ADC153343; ADC153362; ADC153374 – ADC153376; ADC153383; ADC153385; ADC153393; ADC153403 – ADC153404; ADC153410 – ADC153413; ADC153425 – ADC153426; and ADC153428 – ADC153429)

6-502      Photographs taken during the expert site inspection at ASPC-Eyman, Browning Unit on August 13, 2014 (ADC448091 – ADC448104)

6-503      Photographs taken during the expert site inspection at ASPC-Eyman, SMU-I on August 13-14, 2014 (ADC448105 – ADC448178)

6-504          Video recorded during the expert site inspection as ASPC-Eyman, SMU-I
               on August 13, 2014 (ADC448252)

6-505          Photographs of ASPC Florence depicting cell configuration, cell block
               configuration and recreation facilities as of 2013 ((ADC140163;
               ADC140168; ADC140170; ADC154422; ADC154426; ADC154430 –
               ADC154433; ADC154435 – ADC154437; ADC154441; ADC154445;
               ADC154447; ADC154449 – ADC154450; ADC154452 – ADC154453;
               ADC154463 – ADC154464; ADC154470 – ADC154471; ADC154473 –
               ADC154478; ADC154480; ADC154482; ADC154488 – ADC154489;
               ADC154491 – ADC154492; ADC154504 – ADC154505; ADC154515;
               ADC154520 – ADC154523; ADC154525 - ADC154526; ADC154529;
               ADC154533; ADC165982 – ADC165983; ADC165985 – ADC165986;
               ADC165998; ADC166000; ADC166002 – ADC166003; ADC166006;
               ADC166010; ADC166013; ADC166019 – ADC166020; ADC166027;
               ADC166030; ADC166033 – ADC166034; ADC166037; ADC166039;
               ADC166043; and ADC166047)

6-506          Photographs taken during the expert site inspection at ASPC-Florence,
               Central Unit on August 12, 2014 (ADC448179 – ADC448209)

6-507          Videos recorded during the expert site inspection as ASPC-Florence on
               August 12, 2014 (ADC448326 – ADC448333)

6-508          Photographs of ASPC Perryville depicting cell configuration, cell block
               configuration and recreation facilities as of 2013 ((ADC140162;
               ADC140164 - ADC140167; ADC163177 - ADC166178; ADC163181 -
               ADC166182; ADC163886 - ADC163888; ADC163893 - ADC163896;
               ADC163902; ADC163915 - ADC163918; ADC163920; ADC163922;
               ADC163926; ADC166111; ADC166113; ADC166115 - ADC166116;
               ADC166118 - ADC166119; ADC166121; ADC166140; ADC166144;
               ADC166147; ADC166149 - ADC166150; ADC166153; ADC166159;
               ADC166169; ADC166171; and ADC166173)

6-509          Photographs taking during the expert site inspection at ASPC-Perryville,
               Lumley Special Management Area on August 11, 2014 (ADC448210 –
               ADC448245)

6-510          Videos recorded during the expert site inspection as ASPC-Perryville on
               August 11, 2014 (ADC448246 – ADC448251)

6-511      ASPC-Florence Central Unit Maximum Phase Program Plan (ADC054808)

6-512      E-mail, dated September 16, 2009 from Greg Fizer regarding Self-Improvement Classes, with marginalia (ADC279613)

6-513      Memorandum, dated April 3, 2013, from Lacy Scott to Ron Credio regarding Perryville-Lumley Special Management Area/Max Custody Remediation and Behavioral Treatment Program piloted beginning on June 8, 2009 (ADC280786 – ADC280790)

6-514      Florence-Central Unit memorandum, dated January 7, 2010, from David Greene, regarding Pre-GED Course (ADC280077)

6-515      Sample AIMS DI83 screen prints reflecting programs participation of 28 Florence-Central Unit (including CB-Kasson mental health wing) inmates' participation in programming during the period from 2009 to 2014 (ADC280078 – ADC280105)

6-516      ASPC-Florence Central Unit 2013 and 2014 ETV schedule and programming descriptions (ADC422272 – ADC422275)

6-517      ASPC-Eyman ETV 2010 broadcast schedule and programming descriptions (ADC422125 – ADC422130)

6-518      ASPC-Eyman Education Television ("ETV") Booklet for 2012, with broadcast schedule and programming descriptions (ADC422040 – ADC422071)

6-519      ASPC-Eyman ETV Booklet for 2013, with broadcast schedule and programming descriptions (ADC422072 – ADC422103)

6-520      ASPC-Eyman ETV Booklet for 2014, with broadcast schedule and programming descriptions (ADC422104 – ADC422124)

6-521      Draft memorandum, dated September 6, 2013, from Carson McWilliams to Charles Ryan regarding Position Paper-Maximum Custody Population Management (ADC280812 – ADC280822)

6-522      Approved ADC Position Paper-Maximum Custody Population Management dated 9/6/13 (ADC231984 – ADC231989)

6-523 Letter from the Office of the Federal Public Defender for the District of Arizona and Charles Ryan regarding changes in Death Row Policies, dated February 24, 2014, and response from Charles Ryan thereto, dated March 21, 2014 (ADC261837 – ADC261838)

6-524 ASPC-Eyman Maximum Custody Step Program Memorandum of Expectations form and Step Matrix, dated March 18, 2013 (ADC139521 – ADC139522)

6-525 Memorandum from CO IV Cottrell to Northern Regional Operations Director McWilliams re: Action Plan for Implementation of Mental Health WIPP Program at Browning Unit, dated March 25, 2013 (ADC231954 – ADC231956)

6-526 ASPC-Eyman Browning Unit Job Application (ADC231959)

6-527 ASPC-Eyman Browning Unit WIPP Payroll reports for FY2013 and FY2014 (as of September 25, 2013) (ADC231957 – ADC231958)

6-528 Compilation of representative Eyman-Browning Unit Work Incentive Pay Program ("WIPP") Pay Detail Reports for Maximum Custody Inmates, September 2013 – 2014 (ADC421898 – ADC421902; ADC421903 – ADC421907; ADC421908 – ADC421912; ADC421913 – ADC421917; ADC280122 – ADC280129; and, ADC421918 – ADC421924)

6-529 Eyman-SMU I Inmate Job Application (ADC280442)

6-530 Compilation of representative Eyman-Special Management Unit ("SMU")-I Work Incentive Pay Program ("WIPP") Pay Detail Reports for Maximum Custody Inmates, September 2013 – 2014 (ADC421933 – ADC421937; ADC421938 – ADC421942; ADC421943 – ADC421952; ADC421953 – ADC421962; ADC421963 – ADC421972; ADC421973 – ADC421984; ADC421985 – ADC421998; ADC421999 – ADC422012; ADC422013 – ADC422026; and, ADC422027 – ADC422039)

6-531 ADC Work Incentive Pay Program ("WIPP") Time Sheets for inmates at the Florence-Central Unit for the pay period from July 1, 2009 to July 11, 2009 (ADC279659 – ADC279684)

6-532 Compilation of representative Florence-Central Unit Work Incentive Pay Program ("WIPP") Time Sheets for Maximum Custody Inmates, August

2009 – 2014 (ADC279627; ADC279685 – ADC279700; ADC279701 – ADC279719; ADC279721 – ADC279740; ADC279741 – ADC279757; ADC279758 – ADC279779; ADC279780 – ADC279807; ADC279808 – ADC279836; ADC279837 – ADC279864; ADC279863 – ADC279885; ADC279886 – ADC279930; ADC279931 – ADC279978; ADC279979 – ADC280025; ADC280026 – ADC280060; and, ADC280061 – ADC280076)

6-533    Compilation of representative Florence-Central Unit Work Incentive Pay Program ("WIPP") Pay Detail Reports for Maximum Custody Inmates, May 2012 – 2014 (ADC279628 – ADC279636; ADC279637 – ADC279645; (ADC422136 – ADC422144; ADC422145 – ADC422155; ADC422156 – ADC422166; ADC422167 – ADC422178; (ADC422179 – ADC422191; ADC422192 – ADC422204; ADC279646 – ADC279658; ADC422204 – ADC422217; ADC422218 – ADC422230; ADC422231 – ADC422243; ADC422224 – ADC422257; and, ADC422258 – ADC422271)

6-534    ADC Inmate Pay Detail Report for inmates at the Perryville-Lumley Unit (ADC378369 – ADC378535)

6-535    Summary of Max Custody Workers – Work Incentive Pay Plan, Inmates Assigned by Unit (ADC_S000844 – ADC_S000847)

6-536    ASPC-Eyman Browning Unit Activity Schedule, updated August 1, 2013 (ADC139516 – ADC139518)

6-537    Eyman-Browning Unit Activity Schedule, as of August 21, 2013 (ADC280111 – ADC280113)

6-538    Eyman-Browning Unit Activity Schedule, as of March 18, 2014 (ADC280108 – ADC280110)

6-539    Eyman-Browning Unit COIII-facilitated Programs Schedule, as of April 30, 2014 (ADC280106)

6-540    Proposed Eyman-Browning Unit COIII-facilitated Programs Schedule, as of April 30, 2014 (ADC280107)

6-541    Eyman-Browning Unit Activity Schedule, updated July 16, 2014 (ADC420806 – ADC421810)

6-542  Eyman-Browning Unit DI326 Appointment/Assignment/Program signatures of participating inmates (ADC280114 – ADC280121

6-543  Eyman-Cook Unit Programs Schedule, revised May 13, 2013 (ADC421815)

6-544  Eyman-Meadows Detention Unit Operational Schedule, updated June 3, 2014 (ADC421816 – ADC421817).  This unredacted document may contain security sensitive information.

6-545  Eyman-SMU I Inmate Orientation Packet, revised June 11, 2013 (ADC280420 – ADC280439)

6-546  ASPC-Eyman Weekend Recreation Schedule (ADC_P000882)

6-547  Eyman-SMU I Assignments and Standard Schedules for programs staff, effective January 15, 2014 (ADC280471)

6-548  Eyman-SMU I Memorandum of Expectations regarding DI326 program (ADC280441)

6-549  Eyman-SMU I memorandum, dated May 7, 2014, regarding Programs Staff Assignments (ADC280469)

6-550  Eyman-SMU I E-Z Cluster Outdoor Recreation Schedule for the period from June 2014 to December 2014 (ADC280457 – ADC280464)

6-551  Eyman-SMU I Activity Schedule, updated June 3, 2014 (ADC421925 – ADC421928)

6-552  Eyman-SMU I Recreation Schedule for July 2014 (ADC422134 – ADC422135)

6-553  Eyman-SMU I Activity Schedule, updated July 10, 2014 (ADC421929 – ADC421932)

6-554  Eyman-SMU I Activity Schedule, updated August 4, 2014 (ADC421811 – ADC421814)

6-555  Flyer posted at Eyman-SMU I regarding increased availability of GED and Mandatory Literacy programs (ADC280440)

6-556       Flyer posted at Eyman-SMU I regarding enrollment in COIII – facilitated "Thinking for a Change" class (ADC280443)

6-557       Sample Certificates of Completion of COIII-facilitated "Thinking for a Change" program at Eyman-SMU I, dated December 2, 2013 (ADC280418 – ADC280419)

6-558       COIII Smith's Program Tracking Report for inmates at ASPC-Eyman enrolled in COIII – facilitated group programs under DI 326 (ADC422282 – ADC422285)

6-559       Compilation of  representative Eyman-SMU I Activity Rosters for representative days between April 1, 2014 and May 27, 2014 (ADC280144 – ADC280152; ADC280205 – ADC280218; ADC280130 – ADC280143; ADC280153 – ADC280159; ADC280160 – ADC280174; ADC280175 – ADC280189; ADC280190 – ADC280204; ADC280262 – ADC280275; ADC280219 – ADC280233; ADC280234 – ADC280247; and, ADC280248 – ADC280261)

6-560       Compilation of representative Eyman-SMU I Reports of Inmate Turn-Outs for representative days between April 1, 2014 and May 27, 2014 (ADC280491 – ADC280495; ADC280516 – ADC280518; ADC280626 – ADC280643; ADC280709 – ADC280718; ADC280526 – ADC280533; ADC280593 – ADC280607; ADC280729 – ADC280731; ADC280487 – ADC280490; ADC280519; ADC280534; ADC280566 – ADC280580; ADC280719 – ADC280721; ADC280496 – ADC280497; ADC280520; ADC280644 – ADC280650; ADC280722; ADC280498 – ADC280501; ADC280521 – ADC280523; ADC280581 – ADC280592; ADC280651 – ADC280654; ADC280723 – ADC280725; ADC280502 – ADC280505; ADC280524 – ADC280525; ADC280655 – ADC280667; ADC280706 – ADC280708; ADC280726 – ADC280728; ADC280506 – ADC280510; ADC280668 – ADC280685; ADC280742 – ADC280744; ADC280511 – ADC280515; ADC280690 – ADC280705;  ADC280737 – ADC280739; ADC280473 – ADC280477; ADC280543 – ADC280555; ADC280608 – ADC280612; ADC280686 – ADC280689; ADC280732 – ADC280734; ADC280478 – ADC280482; ADC280563 – ADC280565; ADC280613 – ADC280625; ADC280740 – ADC280741; ADC280483 – ADC280486; ADC280535 – ADC280542; ADC280556 – ADC280562; and, ADC280735 – ADC280736)

6-561     ASPC-Florence Central Unit Classroom Schedule, for the period from April 7, 2014 to April 11, 2014 (ADC422280)

6-562     ASPC – Florence Central Unit Classroom Schedule, for the period starting May 20, 2014 (ADC422281)

6-563     ASPC-Florence Central Unit Master Program Schedule, dated June 17, 2014 (ADC422276 – ADC422277)

6-564     ASPC-Florence Central Unit Master Program Schedule, dated July 18, 2014 (ADC422278 – ADC422279)

6-565     Perryville-Lumley SMA Programs Schedule, effective October 2013 (ADC280746)

6-566     Perryville-Lumley SMA Inmate Group Programs schedule for the week beginning October 28, 2013 (ADC280747)

6-567     Perryville-Lumley SMA Unit Programs Schedule, as of April 30, 2014 (ADC280745)

6-568     ASPC-Perryville Lumley Special Management Area programs schedules for the period from March – July 2014 (ADC378536 – ADC378540)

6-569     ASPC-Perryville Lumley Unit Incentives for Special Management Area and Maximum Custody, dated February 24, 2014 (ADC280780 – ADC280784)

6-570     ASPC-Perryville Lumley Unit report of Loaned Appliance Status for Special Management Area inmates as of May 27, 2014 (ADC280785)

6-571     Perryville-Lumley DI326 Appointment/Assignment/Program signatures of participating inmates (ADC280748 – ADC280779)

6-572     ASPC-Perryville Lumley SMA Inmate Outcount log, dated July 18, 2013 (ADC139481)

6-573     DI 326 Step Progression Summary (ADC_S000839 – ADC_S000840; and, ADC_S000841 – ADC_S000842)

6-574     Summary of Program Design and Evaluation for Restrictive Status Housing Program, ASPC-Florence/Central Unit, dated March 27, 2014 (ADC363780 – ADC363788)

6-575     ADC Impact Model for the Restrictive Status Housing Program (ADC363789)

6-576     "The Forbidden Three:  Restrictive Status Housing and Maximum Custody Management", video prepared for upcoming ASCA conference regarding DI 326 (ADC448325)

6-577     ADC Restricted Housing Training Materials (ADC278744 – ADC279207)

6-578     ADC Report of Restrictive Housing Training Completion by April 30, 2014 (ADC279208 – ADC279611)

6-579     ASPC-Florence Book Repository Inventory Summary, as of July 7, 2014 (ADC425556)

6-580     ASPC-Florence Book Repository Summary of Statistical Usage, for the period from April 25, 2006 to June 29, 2011 (ADC425557)

6-581     ADC Book Repository Catalog, printed August 25, 2014 (ADC447949 – ADC448090)

6-582     ASPC-Florence, Central Unit Library Reader Advisory Book Catalog, revised August 25, 2014 (ADC447840 – ADC447948)

6-583     ASPC-Florence, Central Unit Book Request Form (ADC425559 – ADC425560)

6-584     Exemplar of completed ASPC-Florence, Central Unit Book Request Form, submitted on August 17, 2014 (ADC425558)

6-585     ASPC-Florence Lending Library Delivery Sign Sheet for Cellblock 6 (Kasson), printed on August 21, 2014 (ADC425561 – ADC425565)

6-586     ASPC-Florence Library Turnout Schedule, revised July 14, 2014 (ADC42556)

6-587     Photographs, taken at various times in 2014, of the garden outside the ASPC-Florence, Central Unit Library, planted and tended by Central Unit inmate library workers (ADC425567 – ADC425577)

6-588     ADC Master Store List (ADC018203 – ADC018255)

6-589    Tri-Valley Dispatch article, "Florence inmates train horses for adoption," dated February 19, 2014 (ADC261839 – ADC261842)

6-590    Biography and Curricula Vitae of Richard P. Seiter, Ph.D. (ADC203696 – ADC203704)

6-591    December 18, 2013 Report of Rick Seiter (ADC203610 – ADC203762)

6-592    March 26, 2014 Report of Rick Seiter (ADC261884 – ADC261913)

6-593    Declaration of Richard Seiter in support of Defendants' Motion for Summary Judgment and documents attached thereto (Exhibit 123 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment)

6-594    September 19, 2014 Second Supplemental Report of Richard P. Seiter, Ph.D. (will supplement following completion and disclosure)

6-595    Maureen L. O'Keefe, et al., One Year Longitudinal Study of the Psychological Effects of Administrative Segregation, January 2011 (ADC_S000583 – ADC_S000746, Attachment E to Exhibit 123 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment)

6-596    Hope Metcalf, et al., Administrative Segregation, Degrees of Isolation, and Incarceration:  A National Overview of State and Federal Correctional Policies, June 2013 (Attachment F to Exhibit 123 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment)

6-597    ADC Significant Incident Report No. 12-13160, relating to use of force incident at ASPC-Eyman, SMU I on October 21, 2012 (ADC_S000026 – ADC_S000029)

6-598    ADC Use of Force Report No. 12-A08-6875, relating to use of force incident at ASPC-Eyman, SMU I on November 24, 2012 (ADC_S000030 – ADC_S000049)

6-599    ADC Use of Force Report No. 13-A08-0210, relating to use of force incident at ASPC-Eyman, SMU I on January 10, 2013 (ADC_S000050 – ADC_S000063)

6-600   ADC Use of Force Report No. 12-A08-4652, relating to use of force incident at ASPC-Eyman, SMU I on August 9, 2012 (ADC_S000064 – ADC_S000083)

6-601   ADC Use of Force Report No. 12-B02-3288, relating to use of force incident at ASPC-Perryville, Lumley Unit on August 9, 2012 (ADC_S000084 – ADC_S000096)

6-602   ADC Use of Force Report No. 12-B02-4039, relating to use of force incident at ASPC-Perryville, Lumley Unit on September 28, 2012 (ADC_S000097–ADC_S000109)

6-603   ADC Use of Force Report No. 12-B02-4835, relating to use of force incident at ASPC-Perryville, Lumley Unit on December 1, 2012 (ADC_S000110 – ADC_S000134)

6-604   ADC Use of Force Report No. 13-B02-0180, relating to use of force incident at ASPC-Perryville, Lumley Unit on January 13, 2013 (ADC_S000135 – ADC_S000152

6-605   ADC Use of Force Report No. 13-B02-0236, relating to use of force incident at ASPC-Perryville, Lumley Unit on January 16, 2013 (ADC_S000153 – ADC_S000164)

6-606   ADC Use of Force Report No. 12-A01-6608, relating to use of force incident at ASPC-Florence, Central Unit  on October 4, 2012 (ADC_S000165 – ADC_S000176)

6-607   ADC Use of Force Report No. 12-A01-8879, relating to use of force incident at ASPC-Florence, Central Unit, Cellblock-Kasson, on December 7, 2012 (ADC_S000177 – ADC_S000188)

6-608   ADC Use of Force Report No. 12-A01-9261, relating to use of force incident at ASPC-Florence, Central Unit, Cellblock-Kasson, on December 27, 2012 (ADC_S000189 – ADC_S000200)

6-609   ADC Use of Force Report No. 13-A01-0214, relating to use of force incident at ASPC-Florence, Central Unit, on January 11, 2013 (ADC_S000201 – ADC_S000210)

6-610          ADC Use of Force Report No. 13-A01-0499, relating to use of force
               incident at ASPC-Florence, Central Unit, Cellblock-Kasson on January 26,
               2013 (ADC_S000211 – ADC_S000220)

6-611          ADC Use of Force Report No. 12-A21-3434, relating to use of force
               incident at ASPC-Eyman, Browning Unit on September 25, 2012
               (ADC_S000303–ADC_S000316)

6-612          AIMS Report, as of July 9, 2014, for Maryanne Chisholm, #200825
               (ADC363883 – ADC363893) and AIMS DI83 Inmate Program Record, as
               of July 9, 2014 (ADC364121)

6-613          AIMS Report, as of August 27, 2014, for Robert Gamez, #131401
               (ADC444310 - ADC444323) and AIMS DI83 Inmate Program Record, as
               of August 27, 2014 (ADC444324)

6-614          AIMS Report, as of July 9, 2014, for Joseph Hefner, #203653 (ADC363920
               – ADC363934) and AIMS DI83 Inmate Program Record, as of July 9, 2014
               (ADC364123)

6-615          AIMS Report, as of July 9, 2014, for Shawn Jensen, #032465 (ADC363935
               – ADC363957) and AIMS DI83 Inmate Program Record, as of July 9, 2014
               (ADC364124)

6-616          AIMS Report, as of July 9, 2014, for Desiree Licci, #150051 (ADC363958
               – ADC363971) and AIMS DI83 Inmate Program Record, as of July 9, 2014
               (ADC364125)

6-617          AIMS Report, as of August 27, 2014, for Joshua Polson, #187716
               (ADC445410 – ADC445420) and AIMS DI83 Inmate Program Record, as
               of August 27, 2014 (ADC445421 – ADC445422)

6-618          AIMS Report, as of August 29, 2014, for Sonia Rodriguez, #103830
               (ADC447374 - ADC447401) and AIMS DI83 Inmate Program Record, as
               of September 3, 2014 (ADC447402).

6-619          AIMS Report, as of August 27, 2014, for Jeremy Smith, #129438
               (ADC445966 - ADC445978) and AIMS DI83 Inmate Program Record, as
               of August 27, 2014 (ADC445979)

6-620      AIMS Report, as of July 9, 2014, for Stephen Swartz, #102486
           (ADC364050 – ADC364071 and AIMS DI83 Inmate Program Record, as
           of July 9, 2014 (ADC364129)

6-621      AIMS Report, as of August 29, 2014, for Jackie Thomas, #211267
           (ADC447559 - ADC447572) and AIMS DI83 Inmate Program Record, as
           of September 3, 2014 (ADC447573)

6-622      AIMS Report, as of August 27, 2014, for Christina Verduzco, #205576
           (ADC446241 - ADC446257) and AIMS DI83 Inmate Program Record, as
           of August 27, 2014 (ADC446258)

6-623      AIMS Report, as of July 9, 2014, for Charlotte Wells, #247188
           (ADC364113 – ADC364120) and AIMS DI83 Inmate Program Record, as
           of July 9, 2014 (ADC364132)

6-624      Institutional Records for Maryanne Chisholm, #200825 (ADC022562 –
           ADC022703)

6-625      Institutional Records for Robert Gamez, #131401 (ADC020695 –
           ADC021192; ADC047164 – ADC047187; ADC024121 – ADC024128;
           and, ADC123052 – ADC123053)

6-626      Institutional records for Joseph Hefner, #203653 (ADC022505 –
           ADC022561; ADC137882 – ADC137946; and, ADC265499 –
           ADC265514)

6-627      Institutional records for Shawn Jensen, #032465 (ADC018259 –
           ADC018791; and, ADC127455 – ADC127468)

6-628      Institutional records for Desiree Licci, #150051 (ADC023512 –
           ADC023556; ADC127444 – ADC127454; and, ADC265669 –
           ADC265670)

6-629      Institutional records for  Joshua Polson, #187716 (ADC021873 –
           ADC022144); ADC023380 – ADC023511; ADC127405 – ADC127424;
           and, ADC265515)

6-630      Institutional records for Sonia Rodriguez, #103830 (ADC018792 –
           ADC019563; ADC265673 – ADC265685; ADC265694 – ADC265721);
           ADC265724 – ADC265743; ADC265593 – ADC265595; ADC265671 –
           ADC265672; ADC265686 – ADC265687; ADC265688 – ADC265689;

ADC265690 – ADC265691; ADC265692 – ADC265693; ADC265722 – ADC265723; and, ADC265878 – ADC265882)

6-631    Institutional records for Jeremy Smith, #129438  (ADC022356 – ADC022504; ADC023102 – ADC023379; and, ADC265516 – ADC265529)

6-632    Institutional records for Stephen Swartz, #102486  (ADC021193 – ADC021816; ADC127425 – ADC127443; ADC265530 – ADC265574; ADC265596 – ADC265598; ADC265744 – ADC265749; and, ADC265883 – ADC 265907)

6-633    Institutional records for Jackie Thomas, #211267 (ADC022145 – ADC022355; ADC137947 – ADC137970; ADC053294 – ADC053306; and, ADC053321 – ADC053322)

6-634    Institutional records for Christina Verduzco, #205576 (ADC019564 – ADC020121); ADC265776 – ADC265818;  ADC265821 – ADC265861; ADC265862 – ADC265865; ADC047193 – ADC047243; ADC197325 – ADC197399; ADC084973 – ADC084980; ADC265750 – ADC265751; ADC265752 – ADC265753; ADC265754 – ADC265755; ADC265756 – ADC265757; ADC265758 – ADC265759; ADC265760 – ADC265761; ADC265762 – ADC265763; ADC265764 – ADC265765; ADC265766 – ADC265767; ADC265768 – ADC265769; ADC265770 – ADC265771; ADC265772 – ADC265773; ADC265774 – ADC265775; ADC265866; and, ADC265908)

6-635    Institutional records for Charlotte Wells, #247188 (MRF ADC021817 – ADC021872; ADC265579 – ADC265592;  ADC265625 – ADC265627; and, ADC265867 – ADC265877)

6-636    Institutional records for Dustin Brislan, #164993 (ADC022704 – ADC023101; ADC137871 – ADC137881)

6-637    Individual Inmate Detention Records for Robert Gamez, #131401, from February 18, 2013 to February 24, 2013 (ADC140000 – ADC140001) and from January 30, 2012 through March 30, 2014 (ADC261986 – ADC262203)

6-638    Individual Inmate Detention Records for Joshua Polson, #187716 (ADC136213 – ADC136254)

6-639        Individual Inmate Detention Records for Sonia Rodriguez, #103830
             (ADC136255 – ADC136314

6-640        Individual Inmate Detention Records for Jeremy Smith, #129438
             (ADC140028 – ADC140087

6-641        Individual Inmate Detention Records for Stephen Swartz, #102486, for
             May 30, 2011 through August 28, 2011 (ADC262204 – ADC262215

6-642        Individual Inmate Detention Records for Jackie Thomas, #211267
             (ADC139901 – ADC139903

6-643        Individual Inmate Detention Records for Christina Verduzco, #205576,
             from January 3, 2011 through July 7, 2013 (ADC123484 – ADC123621)
             and from August 12, 2013 through March 30, 2014 (ADC262216 –
             ADC262283)

6-644        Individual Inmate Detention Records for Dustin Brislan, #164993
             (ADC139904 – ADC139938

6-645        Recorded phone calls made by Maryanne Chisholm, #200825, during 2008
             (ADC166309 - ADC166310); during 2009 (ADC166311- ADC1663014);
             during 2010 (ADC1663015 - ADC1663018); during 2011 (ADC1663019 -
             ADC1663022); during 2012 (ADC1663023); November 1, 2012 to June
             17, 2013 (ADC1663024 - ADC1663026); January 1, 2011 to February 9,
             2012 (ADC229809); February 10, 2012 to May 26, 2012 (ADC229810);
             May 28, 2012 to July 22, 2012 (ADC229811); June 18, 2013 to October 14,
             2013 (ADC229812); October 16, 2013 to January 23, 2014 (ADC229813);
             and, January 25, 2014 to January 27, 2014 (ADC229814).

6-646        Recorded phone calls made by Robert Gamez, #131401, made from 2008
             to 2012 (ADC166327 - ADC166329); and from  July 23, 2013 to January
             24, 2014 (ADC229814)

6-647        Recorded phone calls made by Shawn Jensen, #032465, during 2008
             (ADC166330 - ADC166332); during 2009 (ADC166333 -
             ADCADC166335); during 2010 (ADC166336 - ADC166339); during 2011
             (ADC166340 - ADC166344); during 2012 (ADC166345 - ADC166347);
             from July 23, 2012 to October 31, 2012 (ADC166348); from July 23, 2012
             to October 31, 2012 (ADC166349); from November 1, 2012 to June 13,
             2013 (ADC166350 - ADC166352); from June 1, 2013 to August 3, 2013

(ADC229816); from August 4, 2013 to October 13, 2013 (ADC229817); from October 13, 2013 to December 27, 2013 (ADC229818); and, from December 28, 2013 to January 25, 2014 (ADC229819).

6-648     Recorded phone calls made by Desiree Licci, #150051, during 2011 and 2012 (ADC166353); from July 23, 2012 to October 31, 2012 (ADC166354); from November 1, 2012 to June 17, 2013 (ADC166355); and, from July 24, 2013 to January 3, 2014 ADC229820)

6-649     Recorded phone calls made by Joshua Polson, #187716, during 2008 (ADC166356 - ADC166359; from July 23, 2012 to October 31, 2012 (ADC166360 - ADC166361); from November 1, 2012 to June 17, 2013 (ADC166362); and, from July 23, 2013 to January 26, 2014 (ADC229821)

6-650     Recorded phone calls made by Jeremy Smith, #129438, from 2009 to 2012 (ADC166363 - ADC166367; from November 1, 2012 to June 17, 2013 (ADC166368); and, from June 17, 2013 to July 23, 2013 (ADC229822)

6-651     Recorded phone calls made by Christina Verduzco, #205576, from January 13, 2011 to June 4, 2011 (ADC229823)

6-652     Recorded phone calls made by Charlotte Wells, #247188, from 2010 to 2012 (ADC166369 - ADC166370; from July 23, 2012 to October 31, 2012 (ADC166371); from November 1, 2012 to March 22, 20133 (ADC166372); from March 28, 2013 to November 15, 2013 (ADC229824); and, from November 15, 2013 to January 16, 2014 (ADC229825)

6-653     Recorded phone calls made by Dustin Brislan, #164993, from November 1, 2011 to June 17, 2013 (ADC166308); and from June 8 – 25, 2013 (ADC229808)

6-654     Monitoring and/or recording notification signs posted at inmate telephones for ASPC-Eyman, Florence, Lewis, Perryville, Phoenix, and Tucson (ADC082697 – ADC082737)

6-655     Non-Medical Grievances for Maryanne Chisholm, #200825 (ADC023847 and ADC263794 – ADC263806)

6-656     Non – Medical Grievances for Robert Gamez, #131401 (ADC023871 – ADC024169; ADC262560 – ADC262580; and, ADC263807 – ADC265218)

6-657     Non-Medical Grievances regarding Joseph Hefner, #203653  (ADC023646 – ADC023658)

6-658     Non-Medical Grievances for Joshua Polson, #187716 (ADC023774 – ADC023836; ADC265219 – ADC265278)

6-659     Non-Medical Grievances for Sonia Rodriguez, #103830 (ADC023846 and ADC023862)

6-660     Non-Medical Grievances for Jeremy Smith, #129438 (ADC023842 – ADC023845 and ADC265279 – ADC265381)

6-661     Non-Medical Grievances for Stephen Swartz, #102486 (ADC023557 – ADC023646; ADC023762 – ADC023773; ADC262581 – ADC262604; and, ADC265382 – ADC265486)

6-662     Non-Medical Grievances for Jackie Thomas, #211267 (ADC023837 – ADC023841)

6-663     Non-Medical Grievances for Charlotte Wells, #247188 (ADC023848 – ADC023853)

6-664     Non-medical Grievances for Dustin Brislan, #164993 (ADC023659 – ADC023761; ADC262545 – ADC262559; and, ADC263758 – ADC263793)

6-665     ADC medical file for ███████████, for the period from December 12, 2013 to April 1, 2014 (ADC309293 – ADC309348).

6-666     ADC Master Record File for ███████████, for the period from December 12, 2013 to April 1, 2014 (ADC332260 – ADC332278).

6-667     ADC medical file for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC309349 – ADC349431).

6-668     ADC Master Record File for ███████████, for the period from April 1, 2013 to April 1, 2014 (ADC332279 – ADC332283).

6-669     ADC medical file for ███████████, for the period from April 25, 2013 to April 1, 2014 (ADC309432 – ADC309511).

6-670     ADC Master Record File for ███████████, for the period from April 25, 2013 to April 1, 2014 (ADC332285 – ADC332332).

6-671        ADC medical file for ███████ Security ███████, for the period from April
             1, 2013 to April 1, 2014 (ADC309512 – ADC309519).

6-672        ADC Master Record File for ███████ Security ███████, for the period
             from April 1, 2013 to April 1, 2014 (ADC332333 – ADC332367).

6-673        ADC medical file for ███████ Security ███████, for the period from April 1,
             2013 to April 1, 2014 (ADC309520 – ADC309663).

6-674        ADC Master Record File for ███████ Security ███████, for the period from
             April 1, 2013 to April 1, 2014 (ADC332368 – ADC332384).

6-675        ADC medical file for ███████ Security ███████, for the period from
             August 26, 2013 to April 1, 2014 (ADC310275 – ADC310356).

6-676        ADC Master Record File for ███████ Security ███████, for the period
             from August 26, 2013 to April 1, 2014 (ADC332385 – ADC332405).

6-677        ADC medical file for ███████ Security ███████, for the period from April 1,
             2013 to April 1, 2014 (ADC310483 - ADC310659).

6-678        ADC Master Record File for ███████ Security ███████, for the period from
             April 1, 2013 to April 1, 2014 (ADC332406 - ADC332476).

6-679        ADC medical file for ███████ Security ███████, for the period from April
             1, 2013 to April 1, 2014 (ADC310660 - ADC310694).

6-680        ADC Master Record File for ███████ Security ███████, for the period from
             January 13, 2013 to April 1, 2014 (ADC334651 - ADC334678).

6-681        ADC medical file for ███████ Security ███████, for the period from April
             1, 2013 to April 1, 2014 (ADC310962 - ADC310968).

6-682        ADC Master Record File for ███████ Security ███████, for the period from
             April 1, 2013 to April 1, 2014 (ADC332477 - ADC332480).

6-683        ADC medical file for ███████ Security ███████, for the period from February
             20, 2014 to April 1, 2014 (ADC311157 - ADC311191).

6-684        ADC Master Record File for ███████ Security ███████, for the period from
             February 20, 2014 to April 1, 2014 (ADC332481 - ADC332539).

6-685    ADC medical file for ████████ Security ████████, for the period from January 22, 2014 to April 1, 2014 (ADC321993 - ADC322123).

6-686    ADC Master Record File for ████████ Security ████████, for the period from January 22, 2014 to April 1, 2014 (ADC332540 - ADC332546).

6-687    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC322231 - ADC322432).

6-688    ADC Master Record File for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC332547 - ADC332586).

6-689    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC322838 - ADC322862).

6-690    ADC Master Record File for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC332587 - ADC332598).

6-691    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC311389 - ADC311421).

6-692    ADC Master Record File for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC332599 - ADC332610).

6-693    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC324032 - ADC324077).

6-694    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC324095 - ADC324104).

6-695    ADC Master Record File for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC332611 - ADC332744).

6-696    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC311598 - ADC311700).

6-697    ADC Master Record File for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC332745 - ADC332744).

6-698    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC324782 - ADC324800).

6-699        ADC Master Record File for █████████████, for the period from April 1, 2013 to April 1, 2014 (ADC332765 - ADC332767).

6-700        ADC medical file for █████████████, for the period from April 1, 2013 to April 1, 2014 (ADC324801 - ADC324848).

6-701        ADC Master Record File for █████████████, for the period from April 1, 2013 to April 1, 2014 (ADC332768 - ADC332797).

6-702        ADC medical file for █████████████, for the period from April 1, 2013 to April 1, 2014 (ADC324849 - ADC324917).

6-703        ADC Master Record File for █████████████, for the period from April 1, 2013 to April 1, 2014 (ADC332798 - ADC332802).

6-704        ADC medical file for █████████████, for the period from April 1, 2013 to April 1, 2014 (ADC311701 - ADC311728).

6-705        ADC Master Record File for █████████████, for the period from April 1, 2013 to April 1, 2014 (ADC332803 - ADC332810).

6-706        ADC medical file for █████████████, for the period from December 9, 2013 to April 7, 2014 (ADC325121 - ADC325149).

6-707        ADC medical file for █████████████, for the period from September 6, 2013 to April 1, 2014 (ADC296114 - ADC269252).

6-708        ADC Master Record File for █████████████, for the period from September 6, 2013 to April 1, 2014 (ADC332811 - ADC332842).

6-709        ADC medical file for █████████████, for the period from November 14, 2013 to April 1, 2014 (ADC325150 - ADC325205).

6-710        ADC Master Record File for █████████████, for the period from November 14, 2013 to April 1, 2014 (ADC332843 - ADC332875).

6-711        ADC medical file for █████████████, for the period from April 1, 2013 to April 1, 2014 (ADC325206 - ADC325280).

6-712        ADC Master Record File for █████████████, for the period from April 1, 2013 to April 1, 2014 (ADC332876 - ADC332908).

6-713    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC325281 - ADC325299).

6-714    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC325377 - ADC325429).

6-715    ADC Master Record File for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC332909 - ADC332941).

6-716    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC325430 - ADC325597).

6-717    ADC Master Record File for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC332942 - ADC332952).

6-718    ADC medical file for ████████ Security ████████, for the period from July 23, 2013 to April 1, 2014 (ADC325598 - ADC325628).

6-719    ADC Master Record File for ████████ Security ████████, for the period from July 23, 2013 to April 1, 2014 (ADC332953 - ADC332973).

6-720    ADC medical file for ████████ Security ████████, for the period from November 22, 2013 to April 1, 2014 (ADC325629 - ADC325704).

6-721    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC326304 - ADC326353).

6-722    ADC Master Record File for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC332974 - ADC333008).

6-723    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC326610 - ADC326662).

6-724    ADC Master Record File for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC333009 - ADC333044).

6-725    ADC medical file for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC313781 - ADC313888).

6-726    ADC Master Record File for ████████ Security ████████, for the period from April 1, 2013 to April 1, 2014 (ADC333045 - ADC333075).

6-727    ADC medical file for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC327750 - ADC327793).

6-728    ADC Master Record File for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC333076 - ADC333079).

6-729    ADC medical file for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC327917 - ADC327936).

6-730    ADC Master Record File for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC333080 - ADC333121).

6-731    ADC medical file for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC327937 - ADC327984).

6-732    ADC Master Record File for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC333122 - ADC333149).

6-733    ADC medical file for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC327985 - ADC328255).

6-734    ADC Master Record File for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC333150 - ADC333191).

6-735    ADC medical file for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC314190 - ADC314362)

6-736    ADC Master Record File for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC333192 - ADC333203).

6-737    ADC medical file for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC297428 - ADC297554).

6-738    ADC Master Record File for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC333204 - ADC333235).

6-739    ADC medical file for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC314363 - ADC314497).

6-740    ADC Master Record File for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC333236 - ADC333301).

6-741    ADC Master Record File for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC333302 - ADC333305).

6-742    ADC medical file for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC329246 - ADC329291).

6-743    ADC Master Record File for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC3333306 - ADC333315).

6-744    ADC medical file for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC329292 - ADC329375).

6-745    ADC Master Record File for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC333316 - ADC333317).

6-746    ADC medical file for ███████Security███████, for the period from January 1, 2011 to April 1, 2014 (ADC334295 - ADC334529; and, ADC329376 - ADC329593).

6-747    ADC Master Record File for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC333318 - ADC333336).

6-748    ADC medical file for ███████Security███████, for the period from September 11, 2013 to April 1, 2014 (ADC329650 - ADC329651).

6-749    ADC Master Record File for ███████Security███████, for the period from September 11, 2013 to April 1, 2014 (ADC333337 - ADC333357).

6-750    ADC medical file for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC329594 - ADC329601).

6-751    ADC Master Record File for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC333358 - ADC333365).

6-752    ADC medical file for ███████Security███████, for the period from January 14, 2014 to April 1, 2014 (ADC329602 - ADC329649).

6-753    ADC Master Record File for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC333366 - ADC333417).

6-754    ADC medical file for ███████Security███████, for the period from April 1, 2013 to April 1, 2014 (ADC315080 - ADC315113).

6-755      ADC Master Record File for ▮▮▮Security▮▮▮, for the period from
           April 1, 2013 to April 1, 2014 (ADC333418 - ADC333432).

6-756      ADC medical file for ▮▮▮Security▮▮▮, for the period from April
           1, 2013 to April 1, 2014 (ADC315114 - ADC315124).

6-757      ADC medical file for ▮▮▮Security▮▮▮, for the period from
           October 31, 2013 to April 1, 2014 (ADC315125 - ADC315168).

6-758      ADC Master Record File for ▮▮▮Security▮▮▮, for the period
           from October 31, 2013 to April 1, 2014 (ADC333433 - ADC333483).

6-759      ADC medical file for ▮▮▮Security▮▮▮, for the period from
           April 1, 2013 to April 1, 2014 (ADC315169 - ADC315178).

6-760      ADC Master Record File for ▮▮▮Security▮▮▮, for the period
           from April 1, 2013 to April 1, 2014 (ADC333484 - ADC333506).

6-761      ADC medical file for ▮▮▮Security▮▮▮, for the period from April 1,
           2013 to April 1, 2014 (ADC315270 - ADC315355).

6-762      ADC Master Record File for ▮▮▮Security▮▮▮, for the period from
           April 1, 2013 to April 1, 2014 (ADC333507 - ADC333510).

6-763      ADC medical file for ▮▮▮Security▮▮▮, for the period from April 1,
           2013 to April 1, 2014 (ADC330441 - ADC330669).

6-764      ADC Master Record File for ▮▮▮Security▮▮▮, for the period from
           April 1, 2013 to April 1, 2014 (ADC333511 - ADC333525).

6-765      ADC medical file for ▮▮▮Security▮▮▮, for the period from February
           28, 2014 to April 1, 2014 (ADC315505 - ADC315548).

6-766      ADC Master Record File for ▮▮▮Security▮▮▮, for the period from
           February 28, 2014 to April 1, 2014 (ADC333526 - ADC333539).

6-767      ADC medical file for ▮▮▮Security▮▮▮, for the period from August
           16, 2013 to April 1, 2014 (ADC315588 - ADC315672).

6-768      ADC Master Record File for ▮▮▮Security▮▮▮, for the period from
           August 16, 2013 to April 1, 2014 (ADC333540 - ADC333561).

6-769        ADC medical file for ▮▮▮▮Security▮▮▮▮, for the period from April 1, 2013 to April 1, 2014 (ADC315673 - ADC315687).

6-770        ADC Master Record File for ▮▮▮▮Security▮▮▮▮, for the period from April 1, 2013 to April 1, 2014 (ADC333562 - ADC333569).

6-771        ADC medical file for ▮▮▮▮Security▮▮▮▮, for the period from April 1, 2013 to April 1, 2014 (ADC315688 - ADC315691).

6-772        ADC Master Record File for ▮▮▮▮Security▮▮▮▮, for the period from April 1, 2013 to April 1, 2014 (ADC333570 - ADC333573).

6-773        ADC medical file for ▮▮▮▮Security▮▮▮▮, for the period from September 16, 2013 to April 1, 2014 (ADC330770 - ADC330772).

6-774        ADC Master Record File for ▮▮▮▮Security▮▮▮▮, for the period from September 16, 2013 to April 1, 2014 (ADC333574 - ADC333588).

6-775        ADC medical file for ▮▮▮▮Security▮▮▮▮, for the period from April 1, 2013 to April 1, 2014 (ADC316248 - ADC316330).

6-776        ADC Master Record File for ▮▮▮▮Security▮▮▮▮, for the period from April 1, 2013 to April 1, 2014 (ADC333589 - ADC333626).

6-777        ADC medical file for ▮▮▮▮Security▮▮▮▮, for the period from April 1, 2013 to April 1, 2014 (ADC316506 - ADC316518).

6-778        ADC Master Record File for ▮▮▮▮Security▮▮▮▮, for the period from April 1, 2013 to April 1, 2014 (ADC333627 - ADC333630).

6-779        ADC medical file for ▮▮▮▮Security▮▮▮▮, for the period from April 1, 2013 to April 1, 2014 (ADC316730 - ADC316803).

6-780        ADC Master Record File for ▮▮▮▮Security▮▮▮▮, for the period from April 1, 2013 to April 1, 2014 (ADC333631 - ADC333654).

6-781        ADC medical file for ▮▮▮▮Security▮▮▮▮, for the period from April 1, 2013 to April 1, 2014 (ADC334530 - ADC334552).

6-782        ADC Master Record File for ▮▮▮▮Security▮▮▮▮, for the period from April 1, 2013 to April 1, 2014 (ADC333635 - ADC333654).

6-783   ADC medical file for ████████ , for the period from April 1, 2013 to April 1, 2014 (ADC331043 - ADC331196).

6-784   ADC Master Record File for ████████ , for the period from April 1, 2013 to April 1, 2014 (ADC333655 - ADC333741).

6-785   ADC medical file for ████████ , for the period from April 1, 2013 to April 1, 2014 (ADC317095 - ADC317397).

6-786   ADC Master Record File for ████████ , for the period from April 1, 2013 to April 1, 2014 (ADC333742 - ADC333760).

6-787   ADC medical file for ████████ , for the period from April 1, 2013 to April 1, 2014 (ADC304228 - ADC304377).

6-788   ADC Master Record File for ████████ , for the period from April 1, 2013 to April 1, 2014 (ADC333761 - ADC333791).

6-789   ADC medical file for ████████ , for the period from April 1, 2013 to April 1, 2014 (ADC317516 - ADC317536).

6-790   ADC Master Record File for ████████ , for the period from April 1, 2013 to April 1, 2014 (ADC333792 - ADC333822).

6-791   ADC medical file for ████████ , for the period from April 1, 2013 to April 1, 2014 (ADC317862 - ADC317894).

6-792   ADC Master Record File for ████████ , for the period from April 1, 2013 to April 1, 2014 (ADC333823 - ADC333835).

6-793   ADC medical file for ████████ , for the period from April 1, 2013 to April 1, 2014 (ADC331583 - ADC331640).

6-794   ADC Master Record File for ████████ , for the period from April 1, 2013 to April 1, 2014 (ADC333836 - ADC333888).

6-795   ADC medical file for ████████ , for the period from April 1, 2013 to April 1, 2014 (ADC334553 - ADC334650).

6-796   ADC Master Record File for ████████ , for the period from April 1, 2013 to April 1, 2014 (ADC333889 - ADC333899).

6-797     ADC medical file for ████████ Security ████████, for the period from April
          1, 2013 to April 1, 2014 (ADC317895 - ADC317968).

6-798     ADC Master Record File for ████████ Security ████████, for the period from
          April 1, 2013 to April 1, 2014 (ADC333900 - ADC333936).

6-799     ADC medical file for ████████ Security ████████, for the period from
          April 1, 2013 to April 1, 2014 (ADC317969 - ADC318024).

6-800     ADC Master Record File for ████████ Security ████████, for the period
          from April 1, 2013 to April 1, 2014 (ADC334679).

6-801     ADC medical file for ████████ Security ████████, for the period from April 1,
          2013 to April 1, 2014 (ADC318025 - ADC318028).

6-802     ADC Master Record File for ████████ Security ████████, for the period from
          April 1, 2013 to April 1, 2014 (ADC333937 - ADC333940).

6-803     ADC medical file for ████████ Security ████████, for the period from April 1,
          2013 to April 1, 2014 (ADC335037 - ADC335105).

6-804     ADC Master Record File for ████████ Security ████████, for the period from
          April 1, 2013 to April 1, 2014 (ADC333941 - ADC333954).

6-805     ADC medical file for ████████ Security ████████, for the period from
          April 1, 2013 to April 1, 2014 (ADC318759 - ADC318765).

6-806     ADC Master Record File for ████████ Security ████████, for the period
          from April 1, 2013 to April 1, 2014 (ADC333955 - ADC333983).

6-807     ADC medical file for ████████ Security ████████, for the period from May
          28, 2013 to April 1, 2014 (ADC306249 - ADC306275).

6-808     ADC Master Record File for ████████ Security ████████, for the period
          from May 28, 2013 to April 1, 2014 (ADC333984 - ADC334016).

6-809     ADC medical file for ████████ Security ████████, for the period from April
          1, 2013 to April 1, 2014 (ADC307315 - ADC307431).

6-810     ADC Master Record File for ████████ Security ████████, for the period from
          April 1, 2013 to April 1, 2014 (ADC334680 - ADC334683).

6-811        ADC medical file for [Security], for the period from April
             1, 2013 to April 1, 2014 (ADC318991 - ADC319006).

6-812        ADC medical file for [Security], for the period from April 1,
             2013 to April 1, 2014 (ADC319119 - ADC319129).

6-813        ADC Master Record File for [Security], for the period from
             April 1, 2013 to April 1, 2014 (ADC334017 - ADC334022).

6-814        ADC medical file for [Security], for the period from
             April 1, 2013 to April 1, 2014 (ADC319477 - ADC319535).

6-815        ADC medical file for [Security], for the period from April 1,
             2013 to April 1, 2014 (ADC308267 - ADC308352).

6-816        ADC Master Record File for [Security], for the period from
             April 1, 2013 to April 1, 2014 (ADC334023 - ADC334031).

6-817        ADC medical file for [Security], for the period from April 1,
             2013 to April 1, 2014 (ADC319803 - ADC319969).

6-818        AIMS Report, as of August 29, 2014, for [Security]
             (ADC443269 - ADC443286) and AIMS DI83 Inmate Program Record, as
             of September 2, 2014 (ADC443287)

6-819        AIMS Report, as of August 28, 2014, for [Security]
             (ADC443288 - ADC443295) and AIMS DI83 Inmate Program Record, as
             of August 29, 2014 (ADC443296)

6-820        AIMS Report, as of August 27, 2014, for [Security]
             (ADC443297 - ADC443302) and AIMS DI83 Inmate Program Record
             (ADC443303).

6-821        AIMS Report, as of August 28, 2014, for [Security]
             (ADC443304 - ADC443306) and AIMS DI83 Inmate Program Record, as
             of September 2, 2014, (ADC443307).

6-822        AIMS Report, as of August 27, 2014, for [Security]
             (ADC443308 - ADC443319) and AIMS DI83 Inmate Program Record
             (ADC443320).

6-823    AIMS Report, as of August 28, 2014, for [Security]
         (ADC443321 - ADC443324) and AIMS DI83 Inmate Program Record, as
         of September 2, 2014 (ADC443325).

6-824    AIMS Report, as of August 28, 2014, for [Security]
         (ADC443326 - ADC443337) and AIMS DI83 Inmate Program Record, as
         of August 29, 2014 (ADC443338).

6-825    AIMS Report, as of August 28, 2014, for [Security],
         [Security] (ADC443339 - ADC443347) and AIMS DI83 Inmate Program
         Record, as of August 29, 2014 (ADC443348).

6-826    AIMS Report, as of August 28, 2014, for [Security]
         (ADC443349 - ADC443352) and AIMS DI83 Inmate Program Record, as
         of August 29, 2014 (ADC443353).

6-827    AIMS Report, as of August 29, 2014, for [Security]
         (ADC443354 - ADC443358) and AIMS DI83 Inmate Program Record, as
         of September 2, 2014 (ADC443359).

6-828    AIMS Report, as of August 29, 2014, for [Security]
         (ADC443360 - ADC443362) and AIMS DI83 Inmate Program Record, as
         of September 2, 2014 (ADC443363).

6-829    AIMS Report, as of August 28, 2014, for [Security]
         (ADC443364 - ADC443367) and AIMS DI83 Inmate Program Record, as
         of August 29, 2014 (ADC443368).

6-830    AIMS Report, as of August 27, 2014, for [Security]
         (ADC443369 - ADC443381) and AIMS DI83 Inmate Program Record
         (ADC443382).

6-831    AIMS Report, as of August 29, 2014, for [Security]
         (ADC443383 - ADC443388) and AIMS DI83 Inmate Program Record, as
         of September 2, 2014 (ADC443389).

6-832    AIMS Report, as of August 28, 2014, for [Security]
         (ADC443390 - ADC443410) and AIMS DI83 Inmate Program Record, as
         of August 29, 2014 (ADC4433411).

6-833      AIMS Report, as of August 28, 2014, for ███████ Security ███████
           (ADC443412 - ADC443419) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014, (ADC443420).

6-834      AIMS Report, as of August 28, 2014, for ███████ Security ███████
           (ADC443421 - ADC443433) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014 (ADC443434).

6-835      AIMS Report, as of August 29, 2014, for ███████ Security ███████
           (ADC443435 - ADC443451) and AIMS DI83 Inmate Program Record
           (ADC443452).

6-836      AIMS Report, as of August 28, 2014, for ███████ Security ███████
           (ADC443453 - ADC443458) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014 (ADC443459).

6-837      AIMS Report, as of August 28, 2014, for ███████ Security ███████
           (ADC443460 - ADC443485) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014 (ADC443486).

6-838      AIMS Report, as of August 28, 2014, for ███████ Security ███████
           (ADC443487 - ADC443510) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014 (ADC443511).

6-839      AIMS Report, as of August 28, 2014, for ███████ Security ███████
           (ADC443512 - ADC443521) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014 (ADC443522).

6-840      AIMS Report, as of August 28, 2014, for ███████ Security ███████
           (ADC443523 - ADC443529) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014 (ADC443530).

6-841      AIMS Report, as of August 27, 2014, for ███████ Security ███████
           (ADC443531 - ADC443537) and AIMS DI83 Inmate Program Record
           (ADC443538).

6-842      AIMS Report, as of August 28, 2014, for ███████ Security ███████
           (ADC443539 - ADC443548) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014 (ADC443549).

6-843        AIMS Report, as of August 28, 2014, for [Security] (ADC443550 - ADC443551) and AIMS DI83 Inmate Program Record, as of August 29, 2014 (ADC443552).

6-844        AIMS Report, as of August 29, 2014, for [Security] (ADC443553 - ADC443562) and AIMS DI83 Inmate Program Record, as of September 2, 2014 (ADC443563).

6-845        AIMS Report, as of August 28, 2014, for [Security] (ADC443564 - ADC443570) and AIMS DI83 Inmate Program Record, as of August 29, 2014 (ADC443564 - ADC443571).

6-846        AIMS Report, as of August 29, 2014, for [Security] (ADC443572 - ADC443579) and AIMS DI83 Inmate Program Record (ADC443580 - ADC443581).

6-847        AIMS Report, as of August 28, 2014, for [Security] (ADC443582 - ADC443594) and AIMS DI83 Inmate Program Record, as of August 29, 2014 (ADC443595 - ADC443596).

6-848        AIMS Report, as of August 27, 2014, for [Security] (ADC443597 - ADC443599) and AIMS DI83 Inmate Program Record (ADC443600).

6-849        AIMS Report, as of August 29, 2014, for [Security] (ADC443601 - ADC443602) AIMS DI83 Inmate Program Record, as of September 2, 2014 (ADC443603).

6-850        AIMS Report, as of August 29, 2014, for [Security] (ADC443604 - ADC443615) and AIMS DI83 Inmate Program Record, as of September 2, 2014 (ADC443616).

6-851        AIMS Report, as of August 29, 2014, for [Security] (ADC443617 - ADC443618) and AIMS DI83 Inmate Program Record, as of September 2, 2014 (ADC443619).

6-852        AIMS Report, as of August 28, 2014, for [Security] (ADC443620 - ADC443635) and AIMS DI83 Inmate Program Record, as of August 29, 2014 (ADC443636).

6-853      AIMS Report, as of August 28, 2014, for ██████Security██████
           (ADC443637 - ADC443653) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014 (ADC443654).

6-854      AIMS Report, as of August 27, 2014, for ████████Security████████
           (ADC443655 - ADC443670) and AIMS DI83 Inmate Program Record
           (ADC443671).

6-855      AIMS Report, as of August 29, 2014, for ██████Security██████
           (ADC443672 - ADC443673) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014 (ADC443674).

6-856      AIMS Report, as of August 29, 2014, for ███████Security███████
           (ADC443675 - ADC443684) and AIMS DI83 Inmate Program Record
           (ADC443685).

6-857      AIMS Report, as of August 27, 2014, for ██████Security██████
           (ADC443686 - ADC443693) and AIMS DI83 Inmate Program Record
           (ADC443694).

6-858      AIMS Report, as of August 28, 2014, for ██████Security██████
           (ADC443695 - ADC443699) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014 (ADC443700).

6-859      AIMS Report, as of August 28, 2014, for ███████Security███████
           (ADC443701) and AIMS DI83 Inmate Program Record, as of August 29,
           2014 (ADC443702).

6-860      AIMS Report, as of August 27, 2014, for ██████Security██████
           (ADC443703 - ADC443720) and AIMS DI83 Inmate Program Record
           (ADC443721).

6-861      AIMS Report, as of August 28, 2014, for ██████Security██████
           (ADC443722 - ADC443730) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014 (ADC443731).

6-862      AIMS Report, as of August 28, 2014, for ███████Security███████
           (ADC443732 - ADC443746) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014 (ADC443747).

6-863    AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC443748 - ADC443763) and AIMS DI83 Inmate Program Record, as of September 2, 2014 (ADC443764).

6-864    AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC443765 - ADC443771) and AIMS DI83 Inmate Program Record, as of August 29, 2014 (ADC443772).

6-865    AIMS Report, as of August 27, 2014, for ███████Security███████ (ADC443773 - ADC443784) and AIMS DI83 Inmate Program Record (ADC443785).

6-866    AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC443786 - ADC443790) and AIMS DI83 Inmate Program Record (ADC443791).

6-867    AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC443792 - ADC443800) and AIMS DI83 Inmate Program Record, as of September 2, 2014 (ADC443801).

6-868    AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC443802 - ADC44308) and AIMS DI83 Inmate Program Record, as of September 2, 2014 (ADC443809).

6-869    AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC443810 - ADC443817) and AIMS DI83 Inmate Program Record, as of September 2, 2014 (ADC443818).

6-870    AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC443819 - ADC443830) and AIMS DI83 Inmate Program Record, as of September 2, 2014 (ADC443831).

6-871    AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC443832 - ADC443841) and AIMS DI83 Inmate Program Record, as of September 2, 2014 (ADC443842).

6-872    AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC443843 - ADC443849) and AIMS DI83 Inmate Program Record, as of September 2, 2014 (ADC443850).

6-873      AIMS Report, as of August 28, 2014, for ████████ Security ████████
           (ADC443851 - ADC443871) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014 (ADC443872).

6-874      AIMS Report, as of August 27, 2014, for ████████ Security ████████
           (ADC443873 - ADC443888) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014 (ADC443889).

6-875      AIMS Report, as of August 28, 2014, for ████████ Security ████████
           (ADC443890 - ADC443896) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014 (ADC443897).

6-876      AIMS Report, as of August 29, 2014, for ████████ Security ████████
           (ADC443898 - ADC443902) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████ Security ████████ (ADC443903).

6-877      AIMS Report, as of August 28, 2014, for ████████ Security ████████
           (ADC443904 - ADC443915) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████ Security ████████ (ADC443916).

6-878      AIMS Report, as of August 29, 2014, for ████████ Security ████████
           (ADC443917 - ADC443927) and AIMS DI83 Inmate Program Record
           (ADC443928).

6-879      AIMS Report, as of August 27, 2014, for ████████ Security ████████
           (ADC443929 - ADC443936) and AIMS DI83 Inmate Program Record
           (ADC443937).

6-880      AIMS Report, as of August 28, 2014, for ████████ Security ████████
           (ADC443938 - ADC443945) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████ Security ████████ (ADC443946).

6-881      AIMS Report, as of August 29, 2014, for ████████ Security ████████
           (ADC443947 - ADC443955) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014, for ████████ Security ████████ (ADC443956).

6-882      AIMS Report, as of August 28, 2014, for ████████ Security ████████
           (ADC443957 - ADC443963) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████ Security ████████ (ADC443964).

6-883       AIMS Report, as of August 28, 2014, for ████████ Security ████████
            (ADC443965 - ADC443985) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ██████ Security ██████ (ADC443986).

6-884       AIMS Report, as of August 28, 2014, for ████████ Security ████████
            (ADC443987 - ADC444006) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ██████ Security ██████ (ADC444007).

6-885       AIMS Report, as of August 28, 2014, for ████████ Security ████████
            (ADC444008 - ADC444018) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ██████ Security ██████ (ADC444019).

6-886       AIMS Report, as of August 28, 2014, for ████████ Security ████████
            (ADC444020 - ADC444032) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ██████ Security ██████ (ADC444033).

6-887       AIMS Report, as of August 27, 2014, for ████████ Security ████████,
            ██ Security ██ (ADC444034 - ADC444040) and AIMS DI83 Inmate Program
            Record, as of August 27, 2014, for ██████ Security ██████
            (ADC444041).

6-888       AIMS Report, as of August 29, 2014, for ████████ Security ████████
            (ADC444042 - ADC444052) and AIMS DI83 Inmate Program Record, as
            of August 29, 2014, for ██████ Security ██████ (ADC444053).

6-889       AIMS Report, as of August 27, 2014, for ████████ Security ████████
            (ADC444054 - ADC444060) and AIMS DI83 Inmate Program Record, as
            of August 27, 2014, for ██████ Security ██████ (ADC444061 -
            ADC444062).

6-890       AIMS Report, as of August 28, 2014, for ████████ Security ████████
            (ADC444063 - ADC444070) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ██████ Security ██████ (ADC444071).

6-891       AIMS Report, as of August 29, 2014, for ████████ Security ████████
            (ADC444072 - ADC444083) and AIMS DI83 Inmate Program Record, as
            of August 29, 2014, for ██████ Security ██████ (ADC444084).

6-892       AIMS Report, as of August 28, 2014, for ████████ Security ████████
            (ADC444085 - ADC444097) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ██████ Security ██████ (ADC444098).

6-893        AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444099 - ADC44105) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC44106).

6-894        AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC44107 - ADC444120) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC444121).

6-895        AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444122 - ADC444132) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC444133).

6-896        AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444134 - ADC444137) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC444138).

6-897        AIMS Report, as of August 29, 2014, for ████████ Security ████████ (ADC444139 - ADC444145) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC444146).

6-898        AIMS Report, as of August 27, 2014, for ████████ Security ████████ (ADC444147 - ADC444175) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC444176).

6-899        AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444177 - ADC444179) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC444180).

6-900        AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444181 - ADC444185) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC444186).

6-901        AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444187 - ADC444200) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC444201).

6-902        AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444202 - ADC444208) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC444209).

6-903    AIMS Report, as of August 29, 2014, for ████████ Security ████████ (ADC444210 - ADC444213) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC444214).

6-904    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444215 - ADC444224) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC444225).

6-905    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444226 - ADC444230) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC444231).

6-906    AIMS Report, as of August 27, 2014, for ████████ Security ████████ (ADC444232 - ADC444241) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for ████████ Security ████████ (ADC444242).

6-907    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444243 - ADC444250) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC444251).

6-908    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444252 - ADC444264) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC444265).

6-909    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444266 - ADC444271) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC444272).

6-910    AIMS Report, as of August 29, 2014, for ████████ Security ████████ (ADC444273 - ADC444274) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC444275).

6-911    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444276 - ADC444277) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC444278).

6-912    AIMS Report, as of August 29, 2014, for ████████ Security ████████ (ADC444279 - ADC444282) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC444283).

6-913     AIMS Report, as of August 28, 2014, for ██████████████ (ADC444284 - ADC444301) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████████████ (ADC444302).

6-914     AIMS Report, as of August 27, 2014, for ██████████████ ████████ (ADC444303 - ADC444308) AIMS DI83 Inmate Program Record, as of August 27, 2014, for ██████████████ (ADC444309).

6-915     AIMS Report, as of August 28, 2014, for ██████████████ (ADC444325 - ADC444330) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████████████ (ADC444331).

6-916     AIMS Report, as of August 28, 2014, for ██████████████ (ADC444332 - ADC444337) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████████████ (ADC444338).

6-917     AIMS Report, as of August 29, 2014, for ██████████████ (ADC444339 - ADC444348) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████████████ (ADC444349).

6-918     AIMS Report, as of August 29, 2014, for ██████████████ (ADC444350 - ADC444352) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████████████ (ADC444353).

6-919     AIMS Report, as of August 28, 2014, for ██████████████ (ADC444354 - ADC444361) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for ██████████████ (ADC444362).

6-920     AIMS Report, as of August 29, 2014, for ██████████████ (ADC444363 - ADC444365) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for ██████████████ (ADC444366).

6-921     AIMS Report, as of August 28, 2014, for ██████████████ (ADC444367 - ADC444376) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████████████ (ADC444377).

6-922     AIMS Report, as of August 28, 2014, for ██████████████ (ADC444378 - ADC444385) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████████████ (ADC444386).

6-923   AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC444387 - ADC444388) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████Security██████ (ADC444389).

6-924   AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC444390 - ADC444404) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████Security██████ (ADC444405).

6-925   AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC444406 - ADC444419) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for ██████Security██████ (ADC444420).

6-926   AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC444421 - ADC444425) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████Security██████ (ADC444426).

6-927   AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC444427 - ADC444429) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████Security██████ (ADC444430).

6-928   AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC444431 - ADC444439) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████Security██████ (ADC444440).

6-929   AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC444441 - ADC444447) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████Security██████ (ADC444448).

6-930   AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC444449 - ADC444454) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for ██████Security██████ (ADC444455).

6-931   AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC444456 - ADC444485) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████Security██████ (ADC444486).

6-932   AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC444487 - ADC444488) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for ██████Security██████ ADC444489).

6-933    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444490 - ADC444497) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC444498).

6-934    AIMS Report, as of August 27, 2014, for ████████ Security ████████ (ADC444499 - ADC444512) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for ████████ Security ████████ (ADC444513).

6-935    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444514 - ADC444519) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC444520).

6-936    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444521 - ADC444528) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC444529).

6-937    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444530 - ADC444535) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC444536).

6-938    AIMS Report, as of August 29, 2014, for ████████ Security ████████ (ADC444537 - ADC444538) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for ████████ Security ████████ (ADC444539).

6-939    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444540 - ADC444544) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC444545).

6-940    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444546 - ADC444555) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC444556).

6-941    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444557 - ADC444562) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for ████████ Security ████████ (ADC444563).

6-942    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC444564 - ADC444570) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC444571).

6-943     AIMS Report, as of August 28, 2014, for ████████████ Security ████████
          (ADC444572 - ADC444594) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ████████ Security ████████ (ADC444595).

6-944     AIMS Report, as of August 29, 2014, for ████████ Security ████████,
          ████ Security ████ (ADC444596 - ADC444601) and AIMS DI83 Inmate Program
          Record, as of August 29, 2014, for ████████ Security ████████
          (ADC444602).

6-945     AIMS Report, as of August 29, 2014, for ████████ Security ████████
          (ADC444603 - ADC444607) and AIMS DI83 Inmate Program Record, as
          of August 29, 2014, for ████████ Security ████████ (ADC444608).

6-946     AIMS Report, as of August 28, 2014, for ████████ Security ████████
          (ADC444609 - ADC444617) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ████████ Security ████████ (ADC444618).

6-947     AIMS Report, as of August 28, 2014, for ████████ Security ████████
          (ADC444619 - ADC444637) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ████████ Security ████████ (ADC444638).

6-948     AIMS Report, as of August 28, 2014, for ████████ Security ████████
          (ADC444639 - ADC444642) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ████████ Security ████████ (ADC444643).

6-949     AIMS Report, as of August 28, 2014, for ████████ Security ████████
          (ADC444644 - ADC444653) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ████████ Security ████████ (ADC444654).

6-950     AIMS Report, as of August 28, 2014, for ████████ Security ████████
          (ADC444655 - ADC444657) and AIMS DI83 Inmate Program Record, as
          of August 29, 2014, for ████████ Security ████████ (ADC444658).

6-951     AIMS Report, as of August 28, 2014, for ████████ Security ████████
          (ADC444659 - ADC444674) and AIMS DI83 Inmate Program Record, as
          of August 29, 2014, for ████████ Security ████████ (ADC444675 -
          ADC444676).

6-952     AIMS Report, as of August 29, 2014, for ████████ Security ████████
          (ADC444677 - ADC444683) and AIMS DI83 Inmate Program Record, as
          of August 29, 2014, for ████████ Security ████████ (ADC444684).

6-953      AIMS Report, as of August 28, 2014, for ██████ Security ██████ (ADC444685 - ADC444688) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for ██████ Security ██████ (ADC444689).

6-954      AIMS Report, as of August 28, 2014, for ██████ Security ██████ (ADC444690 - ADC444701) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████ Security ██████ (ADC444702).

6-955      AIMS Report, as of August 28, 2014, for ██████ Security ██████ (ADC444703 - ADC444710) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████ Security ██████ (ADC444711).

6-956      AIMS Report, as of August 28, 2014, for ██████ Security ██████ (ADC444712 - ADC444729) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for ██████ Security ██████ (ADC444730).

6-957      AIMS Report, as of August 28, 2014, for ██████ Security ██████ (ADC444731 - ADC444736) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for ██████ Security ██████ (ADC444737).

6-958      AIMS Report, as of August 27, 2014, for ██████ Security ██████ (ADC444738 - ADC444761) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for ██████ Security ██████ (ADC444762).

6-959      AIMS Report, as of August 28, 2014, for ██████ Security ██████ (ADC444763 - ADC444767) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████ Security ██████ (ADC444768).

6-960      AIMS Report, as of August 28, 2014, for ██████ Security ██████ (ADC444769 - ADC444775) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████ Security ██████ (ADC444776).

6-961      AIMS Report, as of August 29, 2014, for ██████ Security ██████ (ADC444777 - ADC444786) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for ██████ Security ██████ (ADC444787).

6-962      AIMS Report, as of August 27, 2014, for ██████ Security ██████ (ADC444788 - ADC444794) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for ██████ Security ██████ (ADC444795).

6-963       AIMS Report, as of August 28, 2014, for ███████ Security ███████
            (ADC444796 - ADC444803) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ██████ Security ██████ (ADC444804).

6-964       AIMS Report, as of August 28, 2014, for ███████ Security ███████
            (ADC444805 - ADC444816) and AIMS DI83 Inmate Program Record, as
            of August 29, 2014, for ██████ Security ██████ (ADC444817).

6-965       AIMS Report, as of August 28, 2014, for ███████ Security ███████
            (ADC444818 - ADC444826) and AIMS DI83 Inmate Program Record, as
            of August 29, 2014, for ██████ Security ██████ (ADC444827).

6-966       AIMS Report, as of August 28, 2014, for ███████ Security ███████
            (ADC444828 - ADC444838) and AIMS DI83 Inmate Program Record, as
            of August 29, 2014, for ██████ Security ██████ (ADC444839 -
            ADC444840).

6-967       AIMS Report, as of August 28, 2014, for ███████ Security ███████
            (ADC4448441 - ADC444848) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ██████ Security ██████ (ADC444849).

6-968       AIMS Report, as of August 28, 2014, for ███████ Security ███████
            (ADC444850 - ADC444854) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ██████ Security ██████ (ADC444855).

6-969       AIMS Report, as of August 28, 2014, for ███████ Security ███████
            (ADC444856 - ADC444862) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ██████ Security ██████ (ADC444863).

6-970       AIMS Report, as of August 27, 2014, for ███████ Security ███████
            (ADC444864 - ADC444867) and AIMS DI83 Inmate Program Record, as
            of August 27, 2014, for ██████ Security ██████ (ADC444868).

6-971       AIMS Report, as of August 27, 2014, for ███████ Security ███████
            (ADC444869 - ADC444876) and AIMS DI83 Inmate Program Record, as
            of August 27, 2014, for ██████ Security ██████ (ADC444877 -
            ADC444878).

6-972       AIMS Report, as of August 28, 2014, for ███████ Security ███████
            (ADC444879 - ADC444884) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ██████ Security ██████ (ADC444885).

6-973        AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC444886 - ADC444891) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for ██████Security██████ (ADC444892).

6-974        AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC444893 - ADC444900) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for ██████Security██████ (ADC444901).

6-975        AIMS Report, as of August 27, 2014, for ███████Security███████ (ADC444902 - ADC444909) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for ██████Security██████ (ADC444910).

6-976        AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC444911 - ADC444915) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████Security██████ (ADC444916).

6-977        AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC444917 - ADC444926) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████Security██████ (ADC444927).

6-978        AIMS Report, as of August 27, 2014, for ███████Security███████ (ADC444928 - ADC444941) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for ██████Security██████ (ADC444942).

6-979        AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC444943 - ADC444951) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for ██████Security██████ (ADC444952).

6-980        AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC444953 - ADC444970) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for ██████Security██████ (ADC444971 - ADC444972).

6-981        AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC444973 - ADC444988) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for ██████Security██████ (ADC444989 - ADC444991).

6-982        AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC444992 - ADC444995) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for ██████Security██████ (ADC444996).

6-983      AIMS Report, as of August 29, 2014, for ▮▮▮Security▮▮▮
           (ADC444997 - ADC445003) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ▮▮▮Security▮▮▮ (ADC445004).

6-984      AIMS Report, as of August 28, 2014, for ▮▮▮Security▮▮▮
           (ADC445005 - ADC445011) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ▮▮▮Security▮▮▮ (ADC445012).

6-985      AIMS Report, as of August 28, 2014, for ▮▮▮Security▮▮▮
           (ADC445013 - ADC445023) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ▮▮▮Security▮▮▮ (ADC445024).

6-986      AIMS Report, as of August 28, 2014, for ▮▮▮Security▮▮▮
           (ADC445025 - ADC445029) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014, for ▮▮▮Security▮▮▮ (ADC445030).

6-987      AIMS Report, as of August 29, 2014, for ▮▮▮Security▮▮▮
           (ADC445031 - ADC445036) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ▮▮▮Security▮▮▮ (ADC445037).

6-988      AIMS Report, as of August 27, 2014, for ▮▮▮Security▮▮▮
           (ADC445038 - ADC445049) and AIMS DI83 Inmate Program Record, as
           of August 27, 2014, for ▮▮▮Security▮▮▮ (ADC445050).

6-989      AIMS Report, as of August 28, 2014, for ▮▮▮Security▮▮▮
           (ADC445051 - ADC445054) and AIMS DI83 Inmate Program Record, as
           of August 29, 2014, for ▮▮▮Security▮▮▮ (ADC445055).

6-990      AIMS Report, as of August 28, 2014, for ▮▮▮Security▮▮▮
           (ADC445056 - ADC445081) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ▮▮▮Security▮▮▮ (ADC445082).

6-991      AIMS Report, as of August 28, 2014, for ▮▮▮Security▮▮▮
           (ADC445083 - ADC445088) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ▮▮▮Security▮▮▮ (ADC445089).

6-992      AIMS Report, as of August 28, 2014, for ▮▮▮Security▮▮▮
           (ADC445090 - ADC445094) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ▮▮▮Security▮▮▮ (ADC445095).

6-993      AIMS Report, as of August 28, 2014, for ████████ Security ████████
           (ADC445096 - ADC445114) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████ Security ████████ (ADC445115).

6-994      AIMS Report, as of August 28, 2014, for ████████ Security ████████
           (ADC445116 - ADC445122) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████ Security ████████ (ADC445123).

6-995      AIMS Report, as of August 28, 2014, for ████████ Security ████████
           (ADC445124 - ADC445130) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████ Security ████████ (ADC445131).

6-996      AIMS Report, as of August 28, 2014, for ████████ Security ████████
           (ADC445132 - ADC445137) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████ Security ████████ (ADC445138).

6-997      AIMS Report, as of August 28, 2014, for ████████ Security ████████
           (ADC445139 - ADC445143) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████ Security ████████ (ADC445144).

6-998      AIMS Report, as of August 29, 2014, for ████████ Security ████████
           (ADC445145 - ADC445149) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████ Security ████████ (ADC445150).

6-999      AIMS Report, as of August 28, 2014, for ████████ Security ████████
           (ADC445151 - ADC445157) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████ Security ████████ (ADC445158).

6-1000     AIMS Report, as of August 28, 2014, for ████████ Security ████████
           (ADC445159 - ADC445166) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████ Security ████████ (ADC445167).

6-1001     AIMS Report, as of August 28, 2014, for ████████ Security ████████
           (ADC445168 - ADC445172) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████ Security ████████ (ADC445173).

6-1002     AIMS Report, as of August 28, 2014, for ████████ Security ████████
           (ADC445174 - ADC445180) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████ Security ████████ (ADC445181).

6-1003      AIMS Report, as of August 28, 2014, for ███████ Security ███████
            (ADC445182 - ADC445189) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ███████ Security ███████ (ADC445190).

6-1004      AIMS Report, as of August 28, 2014, for ███████ Security ███████
            (ADC445191 - ADC445193) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ███████ Security ███████ (ADC445194).

6-1005      AIMS Report, as of August 28, 2014, for ███████ Security ███████
            (ADC445195 - ADC445197) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ███████ Security ███████ (ADC445198).

6-1006      AIMS Report, as of August 28, 2014, for ███████ Security ███████
            (ADC445199 - ADC445207) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ███████ Security ███████ (ADC445208).

6-1007      AIMS Report, as of August 28, 2014, for ███████ Security ███████
            (ADC445209 - ADC445228) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ███████ Security ███████ (ADC445229).

6-1008      AIMS Report, as of August 29, 2014, for ███████ Security ███████
            (ADC445230 - ADC445235) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ███████ Security ███████ (ADC445236).

6-1009      AIMS Report, as of August 29, 2014, for ███████ Security ███████
            (ADC445237 - ADC445239) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ███████ Security ███████ (ADC445240).

6-1010      AIMS Report, as of August 28, 2014, for ███████ Security ███████
            (ADC445241 - ADC445243) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ███████ Security ███████ (ADC445244).

6-1011      AIMS Report, as of August 29, 2014, for ███████ Security ███████
            (ADC445245 - ADC445262) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ███████ Security ███████ (ADC445263).

6-1012      AIMS Report, as of August 28, 2014, for ███████ Security ███████
            (ADC445264 - ADC445268) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ███████ Security ███████ (ADC445269).

6-1013 AIMS Report, as of August 29, 2014, for ████████ Security ████████ (ADC445270 - ADC445275) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████ Security ██████ (ADC445276).

6-1014 AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445277 - ADC445280) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████ Security ██████ (ADC445281).

6-1015 AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445282 - ADC445289) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████ Security ██████ (ADC445290).

6-1016 AIMS Report, as of August 29, 2014, for ████████ Security ████████ (ADC445291 - ADC445296) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████ Security ██████ (ADC445297).

6-1017 AIMS Report, as of August 29, 2014, for ████████ Security ████████, ██ Security ██ (ADC445298 - ADC445300) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC445301).

6-1018 AIMS Report, as of August 29, 2014, for ████████ Security ████████ (ADC445302 - ADC445310) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████ Security ██████ (ADC445311).

6-1019 AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445312 - ADC445323) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████ Security ██████ (ADC445324).

6-1020 AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445325 - ADC445333) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████ Security ██████ (ADC445334).

6-1021 AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445335 - ADC445343) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████ Security ██████ (ADC445344).

6-1022 AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445345 - ADC445346) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████ Security ██████ (ADC445347).

6-1023      AIMS Report, as of August 28, 2014, for ███████ Security ███████ (ADC445348 - ADC445377) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC445378).

6-1024      AIMS Report, as of August 28, 2014, for ███████ Security ███████ (ADC445379 - ADC445384) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC445385).

6-1025      AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC445386 - ADC445398) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC445399).

6-1026      AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC445400 - ADC445401) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC445402).

6-1027      AIMS Report, as of August 29, 2014, for ███████ Security ███████, ████ Security ████ (ADC445403 - ADC445408) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ███████ Security ███████ (ADC445409)..

6-1028       AIMS Report, as of August 28, 2014, for ███████ Security ███████ (ADC445423 - ADC445433) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC445434).

6-1029      AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC445435 - ADC445439) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC445440).

6-1030      AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC445441 - ADC445449) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC445450).

6-1031       AIMS Report, as of August 28, 2014, for ███████ Security ███████ (ADC445541 - ADC445555) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC445556).

6-1032      AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC445557 - ADC445569) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC445570).

6-1033      AIMS Report, as of August 28, 2014, for [Security] (ADC445571 - ADC445577) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for [Security] (ADC445578).

6-1034      AIMS Report, as of August 29, 2014, for [Security] (ADC445579 - ADC445581) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for [Security] (ADC445582).

6-1035      AIMS Report, as of August 29, 2014, for [Security] (ADC445583 - ADC445587) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for [Security] (ADC445588).

6-1036      AIMS Report, as of August 28, 2014, for [Security] (ADC445589 - ADC445611) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for [Security] (ADC445612).

6-1037      AIMS Report, as of August 28, 2014, for [Security] (ADC445613 - ADC445618) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for [Security] (ADC445619).

6-1038      AIMS Report, as of August 28, 2014, for [Security] (ADC445620 - ADC445621) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for [Security] (ADC445622).

6-1039      AIMS Report, as of August 28, 2014, for [Security] (ADC445623 - ADC445626) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for [Security] (ADC445627).

6-1040      AIMS Report, as of August 28, 2014, for [Security] (ADC445628 - ADC445631) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for [Security] (ADC445632).

6-1041      AIMS Report, as of August 28, 2014, for [Security] (ADC445633 - ADC445639) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for [Security] (ADC445640).

6-1042      AIMS Report, as of August 27, 2014, for [Security] (ADC445641 - ADC445656) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for [Security] (ADC445657).

6-1043    AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC445658 - ADC445662) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for █████Security█████ (ADC445663).

6-1044    AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC445664 - ADC445666) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for █████Security█████ (ADC445667).

6-1045    AIMS Report, as of August 29, 2014, for ████████Security████████ (ADC445668 - ADC445673) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████Security██████ (ADC445674).

6-1046    AIMS Report, as of August 27, 2014, for ███████Security███████ (ADC445675 - ADC445692) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for █████Security█████ (ADC445693 - ADC445694).

6-1047    AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC445695 - ADC445703) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████Security██████ (ADC445704).

6-1048    AIMS Report, as of August 29, 2014, for ████████Security████████ (ADC445705 - ADC445711) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████Security██████ (ADC445712).

6-1049    AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC445713 - ADC445714) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for █████Security█████ (ADC445715).

6-1050    AIMS Report, as of August 27, 2014, for ███████Security███████ (ADC445716 - ADC445734) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for █████Security█████ (ADC445735 - ADC445736).

6-1051    AIMS Report, as of August 28, 2014, for ██████Security██████ (ADC445737 - ADC445740) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for █████Security█████ (ADC445741).

6-1052    AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC445742 - ADC445747) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for █████Security█████ (ADC445748).

6-1053     AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445749 - ADC445767) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC445768).

6-1054     AIMS Report, as of August 29, 2014, for ████████ Security ████████ (ADC445769 - ADC445781) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC445782).

6-1055     AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445783 - ADC445788) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC445789).

6-1056     AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445790 - ADC445796) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC445797).

6-1057     AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445798 - ADC445802) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC445803).

6-1058     AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445804 - ADC445809) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC445810).

6-1059     AIMS Report, as of August 27, 2014, for ████████ Security ████████ (ADC445811 - ADC445813) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for ████████ Security ████████ (ADC445814).

6-1060     AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445815 - ADC445824) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC445825).

6-1061     AIMS Report, as of August 29, 2014, for ████████ Security ████████ (ADC445826 - ADC445828) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC445829).

6-1062     AIMS Report, as of August 29, 2014, for ████████ Security ████████ (ADC445830 - ADC445835) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC445836).

6-1063    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445837 - ADC445843) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC445844).

6-1064    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445845 - ADC445849) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC445850).

6-1065    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445851 - ADC445860) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC445861).

6-1066    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445862 - ADC445871) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC445872).

6-1067    AIMS Report, as of 8/27/2014, for ████████ Security ████████ (ADC445873 - ADC445880) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for ████████ Security ████████ (ADC445881).

6-1068    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445882 - ADC445892) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC445893).

6-1069    AIMS Report, as of August 29, 2014, for ████████ Security ████████ (ADC445894 - ADC445899) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC445900).

6-1070    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445901 - ADC445928) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC445929).

6-1071    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445930 - ADC445937) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC445938).

6-1072    AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC445939 - ADC445946) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC445947).

6-1073      AIMS Report, as of September 2, 2014, for [Security] (ADC445949 - ADC445956) and AIMS DI83 Inmate Program Record, as of August 28, 2014, for [Security] (ADC445948).

6-1074      AIMS Report, as of August 28, 2014, for [Security] (ADC445957 - ADC445964) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for [Security] (ADC445965).

6-1075      AIMS Report, as of August 27, 2014, for [Security] (ADC4480 - ADC445981) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for [Security] (ADC445982).

6-1076      AIMS Report, as of August 29, 2014, for [Security] (ADC445983 - ADC445990) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for [Security] (ADC445991).

6-1077      AIMS Report, as of August 29, 2014, for [Security] (ADC445992 - ADC445997) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for [Security] (ADC445998).

6-1078      AIMS Report, as of August 27, 2014, for [Security] (ADC445999 - ADC446008) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for [Security] (ADC446009).

6-1079      AIMS Report, as of August 28, 2014, for [Security] (ADC446010 - ADC446015) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for [Security] (ADC446016).

6-1080      AIMS Report, as of August 28, 2014 [Security] (ADC446017 - ADC446021) and AIMS DI83 Inmate Program Record, as of September 2, 2014 [Security] (ADC446022).

6-1081      AIMS Report, as of August 29, 2014, for [Security] (ADC446023 - ADC446039) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for [Security] (ADC446040).

6-1082      AIMS Report, as of August 29, 2014, for [Security] (ADC446041 - ADC446044) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for [Security] (ADC446045).

6-1083      AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC446046 - ADC446048) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████Security████ (ADC446049).

6-1084      AIMS Report, as of August 27, 2014, for ███████Security███████ (ADC446050 - ADC446053) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for ████Security████ (ADC446054).

6-1085      AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC446055 - ADC446063) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████Security████ (ADC446064).

6-1086      AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC446065 - ADC446066) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████Security████ (ADC446067).

6-1087      AIMS Report, as of August 28, 2014, for ████████Security████████ (ADC446068 - ADC446072) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for █████Security█████ (ADC446073).

6-1088      AIMS Report, as of August 27, 2014, for ███████Security███████ (ADC446074 - ADC446082) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for ████Security████ (ADC446083).

6-1089      AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC446084 - ADC446097) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████Security████ (ADC446098).

6-1090      AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC446099 - ADC446118) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for ████Security████ (ADC446119).

6-1091      AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC446120 - ADC446128) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████Security████ (ADC446129).

6-1092      AIMS Report, as of August 29, 2014, for ████████Security████████ (ADC446130 - ADC446136) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for █████Security█████ (ADC446137).

6-1093    AIMS Report, as of August 28, 2014, for ███████ Security ███████
          (ADC446138 - ADC446153) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ███████ Security ███████ (ADC446154).

6-1094    AIMS Report, as of August 28, 2014, for ███████ Security ███████
          (ADC446155 - ADC446161) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ███████ Security ███████ (ADC446162).

6-1095    AIMS Report, as of August 28, 2014, for ███████ Security ███████,
          ███ Security ███ (ADC446163 - ADC446168) and AIMS DI83 Inmate Program
          Record, as of September 2, 2014, for ███████ Security ███████,
          ███ Security ███ (ADC446169).

6-1096    AIMS Report, as of August 28, 2014, for ███████ Security ███████
          (ADC446170 - ADC446175) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ███████ Security ███████ (ADC446176).

6-1097    AIMS Report, as of August 28, 2014, for ███████ Security ███████
          (ADC446177 - ADC446188) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ███████ Security ███████ (ADC446189).

6-1098    AIMS Report, as of August 27, 2014, for ███████ Security ███████
          (ADC446190 - ADC446209) and AIMS DI83 Inmate Program Record, as
          of August 27, 2014, for ███████ Security ███████ (ADC446210 -
          ADC446211).

6-1099    AIMS Report, as of August 29, 2012, for ███████ Security ███████
          (ADC446212 - ADC446221) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ███████ Security ███████ (ADC446222).

6-1100    AIMS Report, as of August 28, 2014, for ███████ Security ███████
          (ADC446223 - ADC446235) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ███████ Security ███████ (ADC446236).

6-1101    AIMS Report, as of August 28, 2014, for ███████ Security ███████
          (ADC446237 - ADC446239) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ███████ Security ███████ (ADC446240).

6-1102    AIMS Report, as of August 29, 2012, for ███████ Security ███████,
          ███ Security ███ (ADC446259 - ADC446263) and AIMS DI83 Inmate Program

Record, as of September 2, 2014, for ████████ Security ████████, ██ Security ██ (ADC446264).

6-1103   AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC446265 - ADC446271) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC446272).

6-1104   AIMS Report, as of August 27, 2014, for ████████ Security ████████ (ADC446273 - ADC446277) and AIMS DI83 Inmate Program Record, as of August 27, 2014, for ████████ Security ████████ (ADC446278).

6-1105   AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC4462779 - ADC446288) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC446289).

6-1106   AIMS Report, as of August 29, 2012, for ████████ Security ████████ (ADC446290 - ADC446297) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC446298).

6-1107   AIMS Report, as of August 28, 2014, for ████████ Security ████████, ██ Security ██ (ADC4462999 - ADC446301) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC446302).

6-1108   AIMS Report, as of August 29, 2014, for ████████ Security ████████ (ADC446303 - ADC446313) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for ████████ Security ████████ (ADC446314 - ADC446315).

6-1109   AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC446316 - ADC446327) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC446328).

6-1110   AIMS Report, as of August 29, 2014, for ████████ Security ████████ (ADC446329 - ADC446330) and AIMS DI83 Inmate Program Record, as of August 29, 2014, for ████████ Security ████████ (ADC446335).

6-1111   AIMS Report, as of August 28, 2014, for ████████ Security ████████ (ADC446336 - ADC446359) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████████ Security ████████ (ADC446360).

6-1112    AIMS Report, as of August 29, 2014, for ██████████████ [Security]
          (ADC446361 - ADC446375) and AIMS DI83 Inmate Program Record, as
          of August 29, 2014, for ██████████████ [Security] (ADC446376).

6-1113    AIMS Report, as of August 28, 2014, for ██████████████ [Security]
          (ADC446377 - ADC446381) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ██████████████ [Security] (ADC446382).

6-1114    AIMS Report, as of August 28, 2014, for ██████████████ [Security]
          (ADC446383 - ADC446395) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ██████████████ [Security] (ADC446396).

6-1115    AIMS Report, as of August 27, 2014, for ██████████████ [Security]
          (ADC446397 - ADC446406) and AIMS DI83 Inmate Program Record, as
          of August 29, 2014, for ██████████████ [Security] (ADC446407 -
          ADC446408).

6-1116    AIMS Report, as of August 28, 2014, for ██████████████ [Security]
          (ADC446409 - ADC446420) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ██████████████ [Security] (ADC446421).

6-1117    AIMS Report, as of August 28, 2014, for ██████████████ [Security]
          (ADC446422 - ADC446424) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ██████████████ [Security] (ADC446425).

6-1118    AIMS Report, as of August 28, 2014, for ██████████████ [Security]
          (ADC446426 - ADC446431) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ██████████████ [Security] (ADC446432).

6-1119    AIMS Report, as of August 28, 2014, for ██████████████ [Security]
          (ADC446433 - ADC446452) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ██████████████ [Security] (ADC446453)

6-1120    AIMS Report, as of August 29, 2014, for ██████████████ [Security]
          (ADC446454 - ADC446460) and AIMS DI83 Inmate Program Record, as
          of August 29, 2014, for ██████████████ [Security] (ADC446461).

6-1121    AIMS Report, as of August 28, 2014, for ██████████████ [Security]
          (ADC446462 - ADC446471) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ██████████████ [Security] (ADC446472).

6-1122     AIMS Report, as of August 29, 2014, for ███████Security███████
           (ADC446473 - ADC446478) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████Security████████ (ADC446479).

6-1123     AIMS Report, as of August 28, 2014, for ███████Security███████
           (ADC446480 - ADC446485) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████Security████████ (ADC446486).

6-1124     AIMS Report, as of August 29, 2014, for ███████Security███████
           (ADC446487 - ADC446490) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████Security████████ (ADC446491).

6-1125     AIMS Report, as of August 28, 2014, for ███████Security███████
           (ADC446492 - ADC446498) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████Security████████ (ADC446499).

6-1126     AIMS Report, as of August 28, 2014, for ███████Security███████
           (ADC446500 - ADC446508) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████Security████████ (ADC446509).

6-1127     AIMS Report, as of August 29, 2014, for ███████Security███████
           (ADC446511 - ADC446515) and AIMS DI83 Inmate Program Record, as
           of September 3, 2014, for ████████Security████████ (ADC446516).

6-1128     AIMS Report, as of August 29, 2014, for ███████Security███████
           (ADC446517 - ADC446528) and AIMS DI83 Inmate Program Record, as
           of September 3, 2014, for ████████Security████████ (ADC446529 -
           ADC446530).

6-1129     AIMS Report, as of August 29, 2014, for ███████Security███████
           (ADC446531 - ADC446547) and AIMS DI83 Inmate Program Record, as
           of September 3, 2014, for ████████Security████████ (ADC446548).

6-1130     AIMS Report, as of August 29, 2014, for ███████Security███████
           (ADC446549 - ADC446553) and AIMS DI83 Inmate Program Record, as
           of September 3, 2014, for ████████Security████████ (ADC446554).

6-1131     AIMS Report, as of August 29, 2014, for ███████Security███████
           (ADC446555 - ADC446567) and AIMS DI83 Inmate Program Record, as
           of September 3, 2014, for ████████Security████████ (ADC446568).

6-1132     AIMS Report, as of August 29, 2014, for ██████████ (ADC447710 - ADC447734) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ██████████ (ADC447735).

6-1133     AIMS Report, as of August 29, 2014, for ██████████ (ADC446569 - ADC446575) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ██████████ (ADC446576).

6-1134     AIMS Report, as of August 29, 2014, for ██████████ (ADC446577 - ADC446583) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ██████████ (ADC446584).

6-1135     AIMS DI83 Inmate Program Record, as of September 3, 2014, for ██████████ (ADC446599).

6-1136     AIMS Report, as of August 29, 2014, for ██████████ (ADC446600 - ADC446608) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ██████████ (ADC446609 - ADC446610).

6-1137     AIMS Report, as of August 29, 2014, for ██████████ (ADC447736 - ADC447741) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ██████████ (ADC447742).

6-1138     AIMS Report, as of August 29, 2014, for ██████████ (ADC447743 - 447756) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ██████████ (ADC447757).

6-1139     AIMS Report, as of August 29, 2014, for ██████████ (ADC447758 - ADC447761) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ██████████ (ADC447762).

6-1140     AIMS Report, as of August 29, 2014, for ██████████ (ADC446611 - ADC446621) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ██████████ (ADC446622).

6-1141     AIMS Report, as of August 28, 2014, for ██████████ (ADC446623 - ADC446641) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████████ (ADC446642 - ADC446643).

6-1142      AIMS Report, as of August 29, 2014, for ████████ Security ████████
            (ADC446644 - ADC446659) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for ████ Security ████ (ADC446660).

6-1143      AIMS Report, as of August 29, 2014, for ████████ Security ████████
            (ADC446661 - ADC446665) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for ████ Security ████ (ADC446666).

6-1144      AIMS Report, as of August 29, 2014, for ████████ Security ████████,
            ███ Security ███ (ADC446667 - ADC446674) and AIMS DI83 Inmate Program
            Record, as of September 3, 2014, for ████████ Security ████████
            (ADC446675).

6-1145      AIMS Report, as of August 29, 2014, for ████████ Security ████████
            (ADC446676 - ADC446684) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ████ Security ████ (ADC446685).

6-1146      AIMS Report, as of August 28, 2014, for ████████ Security ████████
            (ADC446686 - ADC446706) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ████ Security ████ (ADC446707 -
            ADC446708).

6-1147      AIMS Report, as of August 28, 2014, for ████████ Security ████████
            (ADC446709 - ADC446719) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ████ Security ████ (ADC446720 -
            ADC446721).

6-1148      AIMS Report, as of August 29, 2014, for ████████ Security ████████
            (ADC446722 - ADC446729) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for ████ Security ████ (ADC446730).

6-1149      AIMS Report, as of August 29, 2014, for ████████ Security ████████
            (ADC446731 - ADC446737) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for ████ Security ████ (ADC446738).

6-1150      AIMS Report, as of August 28, 2014, for ████████ Security ████████
            (ADC446739 - ADC446745) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ████ Security ████ (ADC446746 -
            ADC446747).

6-1151     AIMS Report, as of August 28, 2014, for ████████ Security ████████
           (ADC447763 - ADC447770) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████ Security ████████ (ADC447771 -
           ADC447772).

6-1152     AIMS Report, as of September 4, 2014, for ████████ Security ████████
           (ADC445463 – ADC445477) and AIMS DI83 Inmate Program Record, as
           of September 2, 2014, for ████████ Security ████████ (ADC445478).

6-1153     AIMS Report, as of August 29, 2014, for ████████ Security ████████
           (ADC447773 - ADC447809) and AIMS DI83 Inmate Program Record, as
           of September 3, 2014, for ████████ Security ████████ (ADC447810).

6-1154     AIMS Report, as of August 29, 2014, for ████████ Security ████████
           (ADC446748 - ADC446759) and AIMS DI83 Inmate Program Record, as
           of September 3, 2014, for ████████ Security ████████ (ADC446760).

6-1155     AIMS Report, as of August 29, 2014, for ████████ Security ████████
           (ADC447811 - ADC447814) and AIMS DI83 Inmate Program Record, as
           of September 3, 2014, for ████████ Security ████████ (ADC447815).

6-1156     AIMS Report, as of August 29, 2014, for ████████ Security ████████
           (ADC447816 - ADC447821) and AIMS DI83 Inmate Program Record, as
           of September 3, 2014, for ████████ Security ████████ (ADC447822).

6-1157     AIMS Report, as of August 29, 2014, for ████████ Security ████████
           (ADC446761 - ADC446768) and AIMS DI83 Inmate Program Record, as
           of September 3, 2014, for ████████ Security ████████ (ADC446769).

6-1158     AIMS Report, as of August 29, 2014, for ████████ Security ████████
           (ADC446770 - ADC446778) and AIMS DI83 Inmate Program Record, as
           of September 3, 2014, for ████████ Security ████████ (ADC446779).

6-1159     AIMS Report, as of August 29, 2014, for ████████ Security ████████
           (ADC446780 - ADC446786) and AIMS DI83 Inmate Program Record, as
           of September 3, 2014, for ████████ Security ████████ (ADC446787).

6-1160     AIMS Report, as of August 29, 2014, for ████████ Security ████████
           (ADC446788 - ADC446794) and AIMS DI83 Inmate Program Record, as
           of September 3, 2014, for ████████ Security ████████ (ADC446795).

6-1161    AIMS Report, as of August 28, 2014, for ███████ Security ███████ (ADC447823 - ADC447829) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC447830 - ADC447831).

6-1162    AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC446796 - ADC446803) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████ Security ████ (ADC446804).

6-1163    AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC446805-446811) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████ Security ████ (ADC446812).

6-1164    AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC446813 - ADC446818) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████ Security ████ (ADC447832).

6-1165    AIMS Report, as of August 28, 2014, for ███████ Security ███████ (ADC446819 - ADC446832) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC446833 - ADC446834).

6-1166    AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC446835 - ADC446840) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████ Security ████ (ADC446841).

6-1167    AIMS Report, as of August 28, 2014, for ███████ Security ███████ (ADC446842 - ADC446852) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC446853).

6-1168    AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC446854 - ADC446858) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████ Security ████ (ADC446859).

6-1169    AIMS Report, as of August 28, 2014, for ███████ Security ███████ (ADC446860 - ADC446879) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC446880 - ADC446881).

6-1170    AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC446882 - ADC446888) and AIMS DI83 Inmate Program Record, as

of September 3, 2014, for ████████ **Security** ████████ (ADC446889 - ADC446890).

6-1171    AIMS Report, as of August 29, 2014, for ████████ **Security** ████████ (ADC446891 - ADC446900) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████████ **Security** ████████ (ADC446901 - ADC446902).

6-1172    AIMS Report, as of August 29, 2014, for ████████ **Security** ████████ (ADC446903 - ADC446907) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████████ **Security** ████████ (ADC446908).

6-1173    AIMS Report, as of August 29, 2014, for ████████ **Security** ████████ (ADC446909 - ADC446917) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████████ **Security** ████████ (ADC446918 - ADC446919).

6-1174    AIMS Report, as of August 29, 2014, for ████████ **Security** ████████ (ADC446920 - ADC446925) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████████ **Security** ████████ (ADC446926).

6-1175    AIMS Report, as of August 29, 2014, for ████████ **Security** ████████ (ADC446927 - ADC446939) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████████ **Security** ████████ (ADC446940).

6-1176    AIMS Report, as of August 29, 2014, for ████████ **Security** ████████ (ADC446941 - ADC446950) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████████ **Security** ████████ (ADC446951).

6-1177    AIMS Report, as of August 29, 2014, for ████████ **Security** ████████ (ADC446952 - ADC446958) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████████ **Security** ████████ (ADC447833).

6-1178    AIMS Report, as of August 29, 2014, for ████████ **Security** ████████ (ADC446959 - ADC446973) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████████ **Security** ████████ (ADC446974).

6-1179    AIMS Report, as of August 29, 2014, for ████████ **Security** ████████ (ADC446975 - ADC446981) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████████ **Security** ████████ (ADC446982).

6-1180        AIMS Report, as of August 29, 2014, for ███████ Security ███████
              (ADC446983 - ADC446989) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for ██████ Security ██████ (ADC446990).

6-1181        AIMS Report, as of August 28, 2014, for ███████ Security ███████
              (ADC446991 - ADC447020) and AIMS DI83 Inmate Program Record, as
              of September 2, 2014, for ██████ Security ██████ (ADC447021).

6-1182        AIMS Report, as of August 28, 2014, for ███████ Security ███████
              (ADC447022 - ADC447026) and AIMS DI83 Inmate Program Record, as
              of August 29, 2014, for ██████ Security ██████ (ADC447027).

6-1183        AIMS Report, as of August 28, 2014, for ███████ Security ███████
              (ADC447028) and AIMS DI83 Inmate Program Record, as of August 29,
              2014, for ██████ Security ██████ (ADC447050).

6-1184        AIMS Report, as of August 29, 2014, for ███████ Security ███████
              (ADC447051 - ADC447062) and AIMS DI83 Inmate Program Record, as
              of August 29, 2014, for ██████ Security ██████ (ADC447063).

6-1185        AIMS Report, as of August 28, 2014, for ███████ Security ███████
              (ADC447064 - ADC447070) and AIMS DI83 Inmate Program Record, as
              of September 2, 2014, for ██████ Security ██████ (ADC447071).

6-1186        AIMS Report, as of August 29, 2014, for ███████ Security ███████
              (ADC447072 - ADC447076) and AIMS DI83 Inmate Program Record, as
              of August 29, 2014, for ██████ Security ██████ (ADC447077).

6-1187        AIMS Report, as of September 4, 2014, for ███████ Security ███████
              (ADC445479 – ADC445487) and AIMS DI83 Inmate Program Record, as
              of August 29, 2014, for ██████ Security ██████ (ADC445488 –
              ADC445489).

6-1188        AIMS Report, as of August 29, 2014, for ███████ Security ███████
              (ADC447078 - ADC447098) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for ██████ Security ██████ (ADC447099).

6-1189        AIMS Report, as of August 29, 2014, for ███████ Security ███████
              (ADC447100 - ADC447108) and AIMS DI83 Inmate Program Record, as
              of September 3, 2014, for ██████ Security ██████ (ADC447109).

6-1190      AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC447110 - ADC447114) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ███████Security███████ (ADC447115).

6-1191      AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC447116 - ADC447132) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ███████Security███████ (ADC447133).

6-1192      AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC447134 - ADC447139) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ███████Security███████ (ADC447140).

6-1193      AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC447141 - ADC447151) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ███████Security███████ (ADC447152 - ADC447153).

6-1194      AIMS Report, as of August 28, 2014, for ███████Security███████ (ADC447154 - ADC447171) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ███████Security███████ (ADC447172 - ADC447173).

6-1195      AIMS DI83 Inmate Program Record, as of September 3, 2014, for ███Security███ ███████Security███████ (ADC447180) and AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC44174 - ADC447179).

6-1196      AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC447181 - ADC447192) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ███████Security███████ (ADC447193 - ADC447194).

6-1197      AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC447195 - ADC447199) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ███████Security███████ (ADC447200).

6-1198      AIMS Report, as of August 29, 2014, for ███████Security███████ (ADC447201 - ADC447208) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ███████Security███████ (ADC447834).

6-1199      AIMS Report, as of August 29, 2014, for ███████ Security ███████
            (ADC447209 - ADC447216) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for ███████ Security ███████ (ADC447217).

6-1200      AIMS Report, as of August 29, 2014, for ███████ Security ███████
            (ADC447218 - ADC447234) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for ███████ Security ███████ (ADC447235).

6-1201      AIMS Report, as of August 29, 2014, for ███████ Security ███████
            (ADC447236 - ADC447239) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for ███████ Security ███████ (ADC447240).

6-1202      AIMS Report, as of August 29, 2014, for ███████ Security ███████
            (ADC447241 - ADC447251) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for ███████ Security ███████ (ADC447252).

6-1203      AIMS Report, as of August 29, 2014, for ███████ Security ███████
            (ADC447253 to ADC447261) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ███████ Security ███████ (ADC447262 -
            ADC447264).

6-1204      AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC447265
            - ADC447272) and AIMS DI83 Inmate Program Record, as of September
            3, 2014, for ███████ Security ███████ (ADC447273).

6-1205      AIMS Report, as of August 29, 2014, for ███████ Security ███████
            (ADC447274 - ADC447287) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for ███████ Security ███████ (ADC447288).

6-1206      AIMS Report, as of August 29, 2014, for ███████ Security ███████
            (ADC447289 - ADC447292) and AIMS DI83 Inmate Program Record, as
            of September 2, 2014, for ███████ Security ███████ (ADC447293).

6-1207      AIMS Report, as of August 29, 2014, for ███████ Security ███████
            (ADC447295 - ADC447300) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for ███████ Security ███████ (ADC447301).

6-1208      AIMS Report, as of August 29, 2014, for ███████ Security ███████
            (ADC447302 - ADC447307) and AIMS DI83 Inmate Program Record, as
            of September 3, 2014, for ███████ Security ███████ ADC447308).

6-1209 AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC447309 - ADC447319) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████ Security ████ (ADC447835 - ADC447836).

6-1210 AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC447320 - ADC447323) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC447324 - ADC447325).

6-1211 AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC447326 - ADC447333) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████ Security ████ (ADC447334).

6-1212 AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC447335 - ADC447346) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ████ Security ████ (ADC447347).

6-1213 AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC447349 - ADC447352) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████ Security ████ (ADC447353).

6-1214 AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC447354 - ADC447360) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████ Security ████ (ADC447361).

6-1215 AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC447362 - ADC447371) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████ Security ████ (ADC447372 - ADC447373).

6-1216 AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC447374 - ADC447401) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████ Security ████ (ADC447402).

6-1217 AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC447403 - ADC447413) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ████ Security ████ (ADC447414).

6-1218    AIMS Report, as of August 29, 2014, for ███████Security███████
          (ADC447415 - ADC447429) and AIMS DI83 Inmate Program Record, as
          of September 3, 2014, for ██████Security██████ (ADC447430).

6-1219    AIMS Report, as of August 29, 2014, for ███████Security███████
          (ADC447431 - ADC447437) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ██████Security██████ (ADC447438 -
          ADC447439).

6-1220    AIMS Report, as of August 29, 2014, for ███████Security███████
          (ADC447440 - ADC447446) and AIMS DI83 Inmate Program Record, as
          of September 3, 2014, for ██████Security██████ (ADC447447 -
          ADC447448).

6-1221    AIMS Report, as of August 29, 2014, for ███████Security███████
          (ADC447449 - ADC447454) and AIMS DI83 Inmate Program Record, as
          of September 3, 2014, for ██████Security██████ (ADC447455).

6-1222    AIMS Report, as of August 29, 2014, for ███████Security███████
          (ADC447456 - ADC447459) and AIMS DI83 Inmate Program Record, as
          of September 3, 2014, for ██████Security██████ (ADC447837).

6-1223    AIMS Report, as of August 29, 2014, for ███████Security███████
          (ADC447460 - ADC447468) and AIMS DI83 Inmate Program Record, as
          of September 3, 2014, for ██████Security██████ (ADC447469).

6-1224    AIMS Report, as of August 29, 2014, for ███████Security███████
          (ADC447470 - ADC447477) and AIMS DI83 Inmate Program Record, as
          of September 3, 2014, for ██████Security██████ (ADC447478 -
          ADC447479).

6-1225    AIMS Report, as of August 29, 2014, for ███████Security███████
          (ADC445451 – ADC445461) and AIMS DI83 Inmate Program Record, as
          of September 2, 2014, for ██████Security██████ (ADC445462).

6-1226    AIMS Report, as of August 29, 2014, for ███████Security███████
          (ADC447480 - ADC447485) and AIMS DI83 Inmate Program Record, as
          of September 3, 2014, for ██████Security██████ (ADC447486).

6-1227   AIMS Report, as of August 29, 2014, for ███████████ (ADC447487 - ADC447495) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ██████████ (ADC447496).

6-1228   AIMS Report, as of August 29, 2014, for ███████████ (ADC447497 - ADC447509) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ██████████ (ADC447510).

6-1229   AIMS Report, as of August 29, 2014, for ███████████ (ADC447511 - ADC447520) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ██████████ (ADC447521).

6-1230   AIMS Report, as of August 29, 2014, for ███████████ (ADC447522 - ADC447533) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████████ (ADC447534 - ADC447535).

6-1231   AIMS Report, as of August 29, 2014, for ███████████ (ADC447536 - ADC447542) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ██████████ (ADC447543).

6-1232   AIMS Report, as of August 29, 2014, for ███████████ (ADC447544 - ADC447556) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ██████████ (ADC447557 - ADC447558).

6-1233   AIMS Report, as of August 29, 2014, for ███████████ (ADC447574 - ADC447579) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████████ (ADC447580).

6-1234   AIMS Report, as of August 29, 2014, for ███████████ (ADC447582 - ADC447602) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████████ (ADC447603).

6-1235   AIMS Report, as of August 28, 2014, for ███████████ (ADC447605 - ADC447615) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ██████████ (ADC447616 - ADC447617).

6-1236      AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC447618 - ADC447623) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ███████ Security ███████ (ADC447624).

6-1237      AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC447625 - ADC447632) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ███████ Security ███████ (ADC447633).

6-1238      AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC447634 - ADC447655) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ███████ Security ███████ (ADC447656 - ADC447657).

6-1239      AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC447658 - ADC447661) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ███████ Security ███████ (ADC447661).

6-1240      AIMS Report, as of August 28, 2014, for ███████ Security ███████ (ADC447662 - ADC447675) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ███████ Security ███████ (ADC447676).

6-1241      AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC447677 - ADC447680) and AIMS DI83 Inmate Program Record, as of September 2, 2014, for ███████ Security ███████ (ADC447681).

6-1242      AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC447683 - ADC447689) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ███████ Security ███████ (ADC447690).

6-1243      AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC447691 - ADC447696) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ███████ Security ███████ (ADC447697).

6-1244      AIMS Report, as of August 29, 2014, for ███████ Security ███████ (ADC447698 - ADC447708) and AIMS DI83 Inmate Program Record, as of September 3, 2014, for ███████ Security ███████ (ADC447709).

6-1245      E-mail sent by Joe Profiri, at 8:29:56 PM on 8/9/2012, to Marlena Bedoya, with a subject line of "Re: Tucson IPC"  (AGA_Review_00039092 - AGA_Review_00039093).

6-1246        E-mail sent by Joe Profiri, at 9:22:56 PM on 8/9/2012, to Therese Schroeder, with a subject line of "Re: Tucson IPC" (AGA_Review_00039254 - AGA_Review_00039255).

6-1247        E-mail sent by Richard Pratt, at 8:37:23 PM on 10/17/2012, to ██████████████Security██████████████>, with a subject line of "How do I report health hazard issues for an inmate" (AGA_Review_00065971 - AGA_Review_00065971).

6-1248        E-mail sent by Charles Ryan, at 8:18:42 PM on 12/9/2013, to Jim Riggs, with a subject line of "FW: Snafus on Book: ████Security████" (AGA_Review_00108761 - AGA_Review_00108766).

6-1249        E-mail sent by Charles Ryan, at 12:57:30 PM on 12/13/2013, to 'Arizona Prisonwatch' <arizonaprisonwatch@gmail.com>, with a subject line of "RE: SMU I Heating - 2B POD 1"  (AGA_Review_00105398 - AGA_Review_00105401).

6-1250        E-mail sent by Charles Ryan, at 12:45:33 PM on 1/7/2014, to ██████████████Security██████████████>; and, Stacey Crabtree, with a subject line of "RE: 805 Issues Involving Inmate REDACTED NAME" (AGA_Review_00107416 - AGA_Review_00107418).

6-1251        E-mail sent by Charles Ryan, at 6:18:19 PM on 1/15/2014, to ██████████████Security██████████████>, with a subject line of "RE: ████Security████"  (AGA_Review_00116215 - AGA_Review_00116216).