1  Daniel Pochoda (Bar No. 021979)
   James Duff Lyall (Bar No. 330045)*
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone:  (602) 650-1854
4  Email: dpochoda@acluaz.org
          jlyall@acluaz.org
5  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

6  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
   *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
7  *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
   *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
8  *others similarly situated*

   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
9

10 Sarah Kader (Bar No. 027147)
   Asim Varma (Bar No. 027927)
   Brenna Durkin (Bar No. 027973)
11 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
12 Phoenix, Arizona 85034
   Telephone:  (602) 274-6287
13 Email: skader@azdisabilitylaw.org
          avarma@azdisabilitylaw.org
14         bdurkin@azdisabilitylaw.org

15 *Attorneys for Plaintiff Arizona Center for Disability Law*

   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
16
                     UNITED STATES DISTRICT COURT
17
                        DISTRICT OF ARIZONA
18
   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DJH
19 Dustin Brislan; Sonia Rodriguez; Christina
   Verduzco; Jackie Thomas; Jeremy Smith; Robert
20 Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **NOTICE OF COMPLIANCE**
   Hefner; Joshua Polson; and Charlotte Wells, on       **WITH COURT'S ORDER**
21 behalf of themselves and all others similarly        **[DOC. 1156]**
   situated; and Arizona Center for Disability Law,
22                   Plaintiffs,

23         v.

24 Charles Ryan, Director, Arizona Department of
   Corrections; and Richard Pratt, Interim Division
   Director, Division of Health Services, Arizona
25 Department of Corrections, in their official
   capacities,
26                   Defendants.

27

28

LEGAL123719767.1

1    In compliance with the Court's Order [Doc. 1156], Plaintiffs hereby attach to this

2  Notice, a properly redacted Exhibit 2 to the Declaration of Daniel C. Barr (Doc. 1138).

3  The redactions in Exhibit 2 cover personal information of unrelated parties.

4  Dated:  October 7, 2014                    **PERKINS COIE LLP**

5

6                                    By:  s/ Amelia M. Gerlicher
                                          Daniel C. Barr (Bar No. 010149)
                                          Amelia M. Gerlicher (Bar No. 023966)
7                                         Kirstin T. Eidenbach (Bar No. 027341)
                                          John H. Gray (Bar No. 028107)
8                                         Matthew B. du Mée (Bar No. 028468)
                                          Jerica L. Peters (Bar No. 027356)
9                                         2901 N. Central Avenue, Suite 2000
                                          Phoenix, Arizona 85012
10                                        Telephone:  (602) 351-8000
                                          Email:    dbarr@perkinscoie.com
11                                                  agerlicher@perkinscoie.com
                                                    keidenbach@perkinscoie.com
12                                                  jhgray@perkinscoie.com
                                                    mdumee@perkinscoie.com
13                                                  jpeters@perkinscoie.com

14                                        Daniel Pochoda (Bar No. 021979)
                                          James Duff Lyall (Bar No. 330045)*
15                                        **ACLU FOUNDATION OF
                                          ARIZONA**
16                                        3707 North 7th Street, Suite 235
                                          Phoenix, Arizona 85013
17                                        Telephone:  (602) 650-1854
                                          Email:    dpochoda@acluaz.org
18                                                  jlyall@acluaz.org

19                                        *Admitted pursuant to Ariz. Sup. Ct.
                                          R. 38(f)

20

21

22

23

24

25

26

27

28

LEGAL123719767.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          wgeorge@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@npp-aclu.org
          afettig@npp-aclu.org
          aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
Dara Levinson (Cal. 274923)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com
          aamiri@jonesday.com
          daralevinson@jonesday.com

*Admitted *pro hac vice*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
           tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
           jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:     kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

1

**ARIZONA CENTER FOR DISABILITY LAW**

2

3

By:    s/ Sarah Kader

Sarah Kader (Bar No. 027147)

4

Asim Varma (Bar No. 027927)
Brenna Durkin (Bar No. 027973)

5

5025 East Washington Street, Suite 202
Phoenix, Arizona 85034

6

Telephone:  (602) 274-6287
Email:    skader@azdisabilitylaw.org

7

avarma@azdisabilitylaw.org
bdurkin@azdisabilitylaw.org

8

9

J.J. Rico (Bar No. 021292)
Jessica Jansepar Ross (Bar No. 030553)

**ARIZONA CENTER FOR**

10

**DISABILITY LAW**

100 N. Stone Avenue, Suite 305

11

Tucson, Arizona 85701
Telephone:  (520) 327-9547

12

Email:    jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org

13

*Attorneys for Arizona Center for Disability*

14

*Law*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on October 7, 2014, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Katherine E. Watanabe

7

Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov

8

Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

9

10

Daniel P. Struck
Kathleen L. Wieneke

11

Rachel Love
Timothy J. Bojanowski

12

Nicholas D. Acedo
Ashlee B. Fletcher

13

Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.

14

dstruck@swlfirm.com
kwieneke@swlfirm.com

15

rlove@swlfirm.com
tbojanowski@swlfirm.com

16

nacedo@swlfirm.com
afletcher@swlfirm.com

17

aorcutt@swlfirm.com
jlee@swlfirm.com

18

19

*Attorneys for Defendants*

20

s/ D. Freouf

21

22

23

24

25

26

27

28

LEGAL123719767.1                                        -5-