# REDACTED EXHIBITS 1-5
# AND EXHIBIT 12
# (NO REDACTIONS NECESSARY)
# TO THE DECLARATION OF
# CAROLINE N. MITCHELL
# [DOC. 1130]

# EXHIBIT 1

Daniel J. Pochoda (SBA 021979)
Kelly Flood (SBA 019772)
James Duff Lyall (SBA 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 N. 7th Street, Suite 235
Phoenix, AZ  85013
Tel.:  (602) 650-1854
Email:  dpochoda@acluaz.org
            kflood@acluaz.org
            jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)
*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen,
Stephen Swartz, Dustin Brislan, Sonia Rodriguez,
Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert
Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,
Joshua Polson, and Charlotte Wells, on behalf of
themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Jennifer Alewelt (SBA 027366)
Ruth Szanto (SBA 029073)
Asim Varna (SBA 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington St. Suite 202
Phoenix, AZ  85034
Tel.:  (602) 274-6287
Email:  jalewelt@azdisabilitylaw.org
            rszanto@azdisabilitylaw.org
            avarma@azdisabilitylaw.org
*Attorneys for Plaintiff Arizona Center for Disability Law*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-NVW (MEA) |
| Plaintiffs, | **NAMED PLAINTIFFS' INITIAL DISCLOSURE STATEMENT** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 26(a)(1), named plaintiffs Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; Charlotte Wells (collectively, "Plaintiffs"), make the following initial disclosures.

Plaintiffs' initial disclosures are based on the information now reasonably available to plaintiffs. See Fed. R. Civ. P. 26(a)(1). Plaintiffs reserve the right to supplement or amend this Disclosure Statement in accordance with Rule 26 or court order.

Plaintiffs' disclosures also are made without waiving (1) the right to object to any evidence on the grounds of competency, privilege, relevancy, hearsay, or any other proper ground, or the right to object to the use of any information disclosed for any purpose, in whole or in part, in this action or any other action; and (2) the right to object on any and all proper grounds to any discovery request or proceeding involving or relating to the subject matter of these disclosures.

## I. NAME, ADDRESS AND PHONE NUMBER OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION, AND THE SUBJECTS OF THAT INFORMATION.

The following list of individuals is based upon Plaintiffs' present or most recent knowledge and belief. Plaintiffs reserve the right to seek discovery from, and relating to, other persons that may subsequently become known as persons likely to have discoverable information. Plaintiffs further reserve the right to designate or to call further witnesses at trial. If any persons not included in the following list are identified in any future discovery responses by either party or are deposed in this case, Plaintiffs hereby incorporate those persons herein as individuals likely to have discoverable information that Plaintiffs may use to support their claims or defenses.

A.      Plaintiffs, all of whom can be contacted through Plaintiffs' Counsel Caroline Mitchell, Jones Day, 555 California St., 26th Floor, San Francisco, CA 94104, (415) 875-5712. Counsel for Plaintiffs do not consent to or authorize any

communication with any Plaintiff by Defendants, their employees, or their agents, regarding this litigation without the presence, notification, and/or knowledge of Counsel.  Each individual has information concerning his or her health care and conditions of confinement in ADC custody:

Victor Parsons, #123589

Shawn Jensen, #032465

Stephen Swartz, #102486

Dustin Brislan, #164993

Sonia Rodriguez, #103830

Christina Verduzco, #205576

Jackie Thomas, #211267

Jeremy Smith, #129438

Robert Gamez, #131401

Maryanne Chisholm, #200825

Desiree Licci, #150051

Joseph Hefner, #203653

Joshua Polson, #187716

Charlotte Wells, #247188

B.    All current and former ADC employees who have information concerning the provision of health care to persons in ADC custody and the conditions of confinement of persons in ADC custody.  To the extent these persons are currently employed by ADC, Defendants are aware of their place of employment and contact information, and they can be reached through Counsel for Defendants.  Likewise, to the extent these persons are no longer employed by ADC, Defendants should have the last

2

known contact information for these individuals.  These persons include but are not limited to:

        1.     Named Defendants:

        Charles Ryan, c/o Michael Gottfried, Assistant Attorney General, 1275 W. Washington St., Phoenix, Arizona 85007, (602) 542-4951

        Richard Pratt, c/o Michael Gottfried, Assistant Attorney General, 1275 W. Washington St., Phoenix, Arizona 85007, (602) 542-4951.

        Any successors to Mr. Ryan or Mr. Pratt in their official capacities.  (Fed. R. Civ. Proc. Rule 25(d)).

        2.     Current and former ADC employees who have information concerning ADC health care and conditions of confinement, including the provision of medical and dental care to persons in ADC custody.  These persons include, but are not limited to the following:

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

3

1    Redacted

2    Redacted

3    [First name unknown] Redacted          , ASPC-Tucson

4    Redacted

5    Redacted

6    Redacted

7    Redacted

8
     Redacted
9
     Redacted
10
     Redacted
11
     Redacted
12
     Redacted
13
     Redacted
14
     Redacted
15
     Redacted
16
     Redacted
17
     Redacted
18
     Redacted
19
     Redacted
20
     Redacted
21
     Redacted
22
     Redacted
23
     Redacted
24
     Redacted
25
     Redacted
26
     Redacted
27

28                              4

1    Redacted

2    Redacted

3    Redacted

4    Redacted

5    Redacted

6    Redacted

7    Redacted

8
     Redacted
9

10   Redacted

11   Redacted

12   Redacted

13   Redacted

14   Redacted

15   [First name unknown] Redacted    ., ASPC-Perryville
16
     Redacted
17

18   Redacted

19   Redacted

20   Redacted

21   Redacted

22   Redacted

23   Redacted

24   Redacted

25   Redacted

26   Redacted

27

28                              5

1    Redacted

2    Redacted

3    Redacted

4    Redacted

5    Redacted

6    Redacted

7    Redacted

8

9    Redacted

10   Redacted

11   Redacted

12   Redacted

13   Redacted

14   Redacted

15   Redacted

16   Redacted

17   Redacted

18   Redacted

19   Redacted

20   Redacted

21   Redacted

22   Redacted

23   Redacted

24   Redacted      , first name unknown, ASPC-Tucson

25   Redacted

26   Redacted

27

28                 6

1    Redacted

2    Redacted

3        3.      Current and former ADC employees who have information
     concerning ADC health care and conditions of confinement,
4    including the provision of mental health care to persons in ADC
     custody.  These persons include, but are not limited to the
5    following:

6

7    Redacted

8    [First name unknown] Redacted     , ASPC-Eyman

9    Redacted

10   Redacted

11   Redacted

12   Redacted

13   Redacted

14   Redacted

15   Redacted

16   Redacted

17   Redacted

18

19   Redacted       ASPC-Eyman

20   Redacted  , first name unknown, ASPC-Eyman

21   Redacted

22   Redacted

23   Redacted

24   Redacted

25   Redacted

26   Redacted

27   Redacted

28

NAMED PLAINTIFFS' INITIAL DISCLOSURES
2:12-cv-00601-NVW-MEA

1   Redacted

2   Redacted , first name unknown, ASPC-Phoenix

3   Redacted

4   Redacted

5   Redacted

6   Redacted

7   Redacted

8   Redacted

9   Redacted , first name unknown

10  Redacted

11  Redacted

12  Redacted

13  Redacted

14  Redacted

15  Redacted

16  Redacted , first name unknown

17  Redacted , first name unknown

18  Redacted

19  Redacted

20  Redacted

21  Redacted

22  Redacted

23  Redacted

24  Redacted

25  Redacted

26  Redacted

27

28

8

1  Redacted

2  Redacted

3  Redacted

4  Redacted

5
6  4.     Current and former ADC employees who have information
       concerning ADC health care and conditions of confinement.  These
       persons include, but are not limited to the following:
7
8  Redacted              , ASPC-Perryville

9  Redacted

10 Redacted

11 Redacted

12 Redacted            , ASPC-Tucson

13 Redacted

14 Redacted

15 Redacted                       , ASPC-Eyman
16 Redacted              , ASPC-Eyman
17
18 Redacted

19 Redacted

20 Redacted

21 Redacted

22 Redacted

23 Redacted

24 Redacted

25 Redacted

26
27 Redacted              , ASPC-Lewis

28
9

| | |
|---|---|
| 1 | Redacted , ASPC-Eyman |
| 2 | Redacted , ASPC-Phoenix |
| 3 | Redacted |
| 4 | Redacted |
| 5 | Redacted , ASPC-Tucson |
| 6 | Redacted |
| 7 | Redacted |
| 8 | Redacted |
| 9 | Redacted , ASPC-Eyman |
| 10 | |
| 11 | Redacted |
| 12 | Redacted , ASPC-Florence East |
| 13 | Redacted |
| 14 | Redacted |
| 15 | Redacted |
| 16 | Redacted |
| 17 | Redacted , ASPC-Tucson Manzanita |
| 18 | |
| 19 | Redacted |
| 20 | Redacted |
| 21 | Redacted |

C.      All persons currently or formerly employed by contracted entities, or individually contracted with the ADC, to provide health care to prisoners, or non-contracted persons who otherwise have provided health care to persons within ADC custody.  To the extent these individuals are licensed by the Arizona Board of Medicine, their contact information as publicly available as of June 2012 has been listed. Defendants are in possession of all of their contracts and have the identities of all locum

10

tenens and specialty contractors not listed herein.  As used here, "locum tenens contractors" means any person or entity contracting with ADC to provide health care to prisoners at ADC facilities.  As used here, "specialty contractors," means any person or entity contracting with the ADC to provide health care to prisoners requiring specialty consultation or higher levels of care than can be provided by Defendants.  These persons include, but are not limited to the following:

Dr.Wasl Al-Adsani, Northern Colorado Medical Center, Hospitalist Department, 1801 16th St., Greeley, CO 80631, (970) 378-4529

Dr. Ali Askari, Affiliated Cardiologists of Arizona, 1331 N. 7th St., Ste. 400, Phoenix, AZ 85006, (602) 277-6181.

Dr. Amanpreet S. Bains, AHSC Department of Medicine Hospitalist Team, 1501 N. Campbell Ave., P.O. Box 245212, Tucson AZ 85724, (520) 694-2023

Edward Berger, c/o Correctional Eye Care Network Services, 2 Middlesex Rd., East Greenbush, NY 12061 (518) 479-4722.

Dr. Lucas Birmelin, 3945 E. Paradise Falls Dr., Ste. 201, Tucson, AZ 85712, (520) 290-5888.

Dr. Caren Borjenson, Affiliated Southwest Surgeons, 20033 N. 19th Ave. Bldg. 3 Ste. 111, Phoenix AZ 85027, (602) 439-1111.

Dr. Laura Tanke Brown, University of Arizona Medical Center, 1501 N. Campbell Ave., Tucson, AZ 85724, (520) 626-2239.

Dr. Antonio Cammarata, Affiliated Southwest Surgeons, 20033 N. 19th Ave. Bldg. 3 Ste. 111, Phoenix AZ 85027, (602) 439-1111

Jimmy Cantano, c/o Tucson Fire Department, 300 S. Fire Central, Tucson, AZ, 85701, (520) 837-7009.

Dr. Krishdeep Chadha, Arizona Gastroenterology and Liver Clinic, 14155 North 83rd Ave., Ste. 122, Peoria, AZ 85381, (623) 773-1161.

Dr. James Cord, 10238 E. Hampton Ave., Ste. 504, Mesa, AZ 85209, (480) 380-7897.

Dr. Brian Dursteler, West Valley Hospital, 13677 W. McDowell Rd., Goodyear, AZ 85395, (623) 882-1500.

Dr. Afshin Emami, St. Mary's Hospital, 395 N Silverbell, Ste. 201, Tucson AZ 85745,  (520) 792-2170

11

1   Dr. Cordell A. Esplin, St Lukes Medical Center, Interventional Radiology, 1800 E. Van Buren, Phoenix AZ 85006, (602) 251-8757.

2   Dr. Albert Fiorello, University Medical Center Emergency Department, 1501 N. Campbell Ave., Tucson, AZ 85724, (520) 626-6312.

3

4   John Froehlich, c/o Wexford Health Sources, Inc., 421 Holiday Dr., Foster Plaza Two, Pittsburgh, PA 15220, (412) 937-8590.

5   Dr. Joel Funk, AHSC-Urology, P.O. Box 245077, Tucson, AZ 85724, (520) 626-6895.

6

7   Dr. Hector Garcia, c/o Wexford Health Sources, Inc., 421 Holiday Dr., Foster Plaza Two, Pittsburgh, PA 15220, (412) 937-8590.

8   Dr. Devin L. Gray, Surgical Professionals, Inc., 4135 S. Power Rd., Ste. 117, Mesa AZ 85212, (480) 892-2456

9

10  Dr. Muhammed Haleem, 1250 E. Arica Road, Eloy AZ 85231, (520) 464-0535.

11  Dr. Kevin Haselhorst, West Valley Hospital, 13677 W. McDowell Rd., Goodyear, AZ 85395, (623) 882-1500.

12

13  Dr. William Hearter, Insight Imaging, 9139 W. Thunderbird Rd., Ste. 112, Peoria, AZ 85381, (623) 875-1637.

14  Dr. Michael Hegmann, La Palma Correctional Center, 5501 N. La Palma Rd., Eloy, AZ 85131, (520) 820-6463.

15

16  Dr. Warren Heller, Memorial Medical, 515 W. Buckley Rd., Ste. 104, Phoenix, AZ 85003, (602) 257-8280.

17  Dr. Michael Herrera, Complete Care Medicine, 1489 S. Higley Rd., Ste. 101, Gilbert, AZ 85296, (480) 457-8800.

18

19  Sharon Hollingsworth, c/o Tucson Fire Department, 300 S. Fire Central, Tucson, AZ, 85701, (520) 837-7009.

20  Dr. William C. Kuo, 395 N. Silverbell Rd. Ste. 315, Tucson AZ 85745, (520) 623-8475

21

22  Dr. Richard Lassiter, Banner Del E. Webb Medical Center, 14502 W. Meeker Blvd., Sun City West, AZ 85375, (623) 975-8767.

23  Dr. Petronio Lerona, Maricopa Integrated Health System, 2601 E. Roosevelt St., Phoenix, AZ, 85008, (602) 344-5011.

24

25  Dr. Jason Levine, Arizona Eye Consultants, 6422 E. Speedway Blvd., Ste. 100, Tucson, AZ 85710, (520) 327-3487.

26  Dr. Richard Lucio, AZ State Radiology/Santa Cruz Radiology, Carondelet Health Network, St. Mary's Hospital, 395 N Silverbell Rd., # 115, Tucson AZ 85745, (520) 722-8994.

27

28

12

Dr. Deborah Luckie, Maryvale Hospital, 5102 W. Campbell Ave., Phoenix, AZ 85031, (623) 848-5000.

Dr. John M. Lewis, Southwestern Eye Center, 4760 E. Falcon Dr., Ste. 101, Mesa, AZ 85215, (480) 985-7400.

Dr. Mark Magier, c/o Wexford Health Sources, Inc., 421 Holiday Dr., Foster Plaza Two, Pittsburgh, PA 15220, (412) 937-8590.

Dr. Elliot C. Maness, Affiliated Southwest Surgeons, 20033 N. 19th Ave. Bldg. 3 Ste. 111, Phoenix AZ 85027, (602) 439-1111.

Linda Maschner, c/o Wexford Health Sources, Inc., 421 Holiday Dr., Foster Plaza Two, Pittsburgh, PA 15220, (412) 937-8590.

Mark Maxon, c/o Correctional Eye Care Network Services, 2 Middlesex Rd., East Greenbush, NY 12061 (518) 479-4722.

Dr. Sean McCafferty, Arizona Eye Consultants, 6422 E. Speedway Blvd., Ste. 100, Tucson, AZ 85710, (520) 327-3487.

Dr. Robert W. Mead, West Valley Hospital, 13677 W. McDowell Rd., Goodyear, AZ 85395, (623) 882-1500.

Dr. Michael L Mintz, Emergency Department, St. Luke's Medical Center, 1800 E. Van Buren St., Phoenix AZ 85006, (602) 251-8183.

Dr. Shahid Mughal, West Valley Hospital, 13677 W. McDowell Rd., Goodyear, AZ 85395, (623) 882-1500.

Dr. Lee Nold, Professional Radiology Consultants, Ltd., 1111 S Dobson Rd., Mesa AZ 85202, (480) 964-4995

Dr. Terrence O'Keefe, Surgical/Trauma/ICU Medical Director, University of Arizona Medical Center, P.O. Box 245063, Tucson, AZ 85724, (520) 626-2239.

Dr. Rajen Patel, University of Arizona Sarver Heart Center, Department of Cardiology, 1501 N. Campbell Ave., Tucson AZ 85724, (520) 626-6221

Becky Payne, c/o Wexford Health Sources, Inc., 421 Holiday Dr., Foster Plaza Two, Pittsburgh, PA 15220, (412) 937-8590.

Dr. Jeffrey Proudfoot, Maricopa Medical Center, Emergency Department, 2601 E. Roosevelt, Phoenix, AZ 85009, (602) 344-5343.

Dr. Kevin Reilly, Department of Emergency Medicine, University of Arizona Medical Center, P.O. Box 245057, Tucson, AZ 85724, (520) 626-2239.

Frank Ryan, Laboratory Corp. of America, 3930 E. Watkins St., #300, Phoenix, AZ 85034, (602) 454-8000.

Dr. Mark Sexton, Maryvale Hospital, 5102 W. Campbell Ave., Phoenix, AZ 85031, (623) 848-5000.

Dr. Syed Shahryar, Arizona Pulmonary Specialists/Tempe St. Luke's Hospital, 3330 N. 2nd St., Phoenix, AZ 85012, (602) 254-3995.

Dr. Farshad Shirazi, University Medical Center Emergency Department, 1501 N. Campbell Ave., Tucson, AZ 85724, (520) 694-4600.

Dr. Soni Elizabeth Stake, AB Staffing Solutions, 2680 S Val Vista Dr., Suite 152, Gilbert AZ 85295,  (888) 515-3900.

Dr. Wayne Thorpe, D.D.S., 3329 E. Baseline Rd., Gilbert, AZ, 85234, (480) 539-6420

Dr. Terence K. Tuttle, Matilda Family Medicine, 2908 W. Camelback Rd., Phoenix AZ 85017, (602) 249-9070.

Dr. Bradley Walker, Southwestern Eye Center, 4760 E. Falcon Dr., Ste. 101, Mesa, AZ 85215, (480) 985-7400.

Dr. Justin F. Weiss, 820 E. 47th St., Ste. B15A, Tucson, AZ 85713, (520) 247-1547, or 6052 Villa Santini, Bonsall, CA.

Dr. Malcom Wilkinson, c/o Wexford Health Sources, Inc., 421 Holiday Dr., Foster Plaza Two, Pittsburgh, PA 15220, (412) 937-8590.

Dr. Mohammed Vasiq, P.O. Box 12975, Tempe, AZ 85284, (877) 725-4048

D.      Individuals currently employed by Arizona County Correctional Health Services who have information concerning the transition of inmates from county jails to ADC institutions and the continuity of health care and health care policies.  The names of these individuals are presently unknown to Counsel for Plaintiffs, but include:

Deborah Gross, Maricopa County Correctional Health Services

E.      Individuals who have conducted autopsies or other death reviews of prisoners in the custody of Defendants.  The names of these individuals are presently unknown to Counsel for Plaintiffs, but are currently or formerly employed by the following counties:

Cochise County

Gila County

Graham County

14

1    Maricopa County

2    Mohave County

3    Navajo County

4    Pima County

5    Pinal County

6    Yuma County

7    F.    Individuals who are not currently nor formerly employed or contracted

8  with Defendants, who have direct knowledge concerning ADC health care or conditions

9  of confinement in isolation, including but not limited to:

10    Redacted                                            .

11    Redacted                              .

12    Redacted                                          .

13    Redacted

14                              .

15    Redacted                        .

16    Redacted
      .

17    Redacted                              .

18    Redacted
      .

19    Redacted
      .

20    Redacted
      .

21    Redacted                    .

22    Redacted                    .

23    Redacted                              .

24    Redacted            .

25    Redacted
26                  .

27

28                                15

1      Redacted                      .

2      Redacted

3

4          G.      All persons currently or formerly in the custody of ADC who have

5   information regarding ADC health care and conditions of confinement.  To the extent

6   these persons are currently incarcerated by ADC, Defendants are aware of their current

7   location.  Likewise, to the extent these persons are on parole supervision by ADC,

8   Defendants are aware of the place of residence for these individuals.  These persons

9   include but are not limited to:

10              Christine Acker, # 78733

11              Morgan Adams, # 262209

12              Peter Adams, # 149829

13              Abdifatah Adem, # 256741

14              Latisha Aguilar, # 208847

15              Robert Akers, # 242962

16              Francisco Aldrete, # 167479

17              Gary Allan, # 267802

18              Justin Allen, # 233341

19              Scott Allen, # 75079

20              John Allie, # 42977

21              Zachary Alosi, # 234023

22              Terrance Alston, # 183279

23              Marcos Alvarado, # 97978

24              David Amos, # 266576

25              Xavier Anaya, # 192439

26              Edmundo Andrade, # 55365

27              Daniel Andrulis, # 125072

28                          16

1    Beloved Aquarius, #101041

2    Carlos Archuleta, # 150550

3    David Arenberg, # 170078

4    Arturo Arevalo, # 182680

5    Timothy Armenta, # 199348

6    Beverly Arundel, # 78289

7    David Ash, # 224442

8    Richard Ashby, # 117661

9    Bonnie Augustynczyk, # 254698

10   Alex Avida-Aburto, # 261508

11   Pedro Avila-Dolz, # 47094

12   Chester Axsom, # 92242

13   Daniel Baker, # 59782

14   Ervin Baker, # 45757

15   John Baker, # 46157

16   Kelly Bologna, # 54707

17   Andre Balas, # 58649

18   Kirk Ball, # 206992

19   Guillermo Baltazar, # 59856

20   John J. Banks, # 56530

21   Bert Barnes, # 161344

22   Scott Barnes, # 58848

23   Todd Bartlett, # 261509

24   Frank Bastin, # 262102

25   Billy Bateman, # 48831

26   Patrick Beaman, # 265008

27   Harold Becker, # 82114

28

1    Anthony Bedoy, # 154032

2    Robert Behrendsen, # 257618

3    Kenneth Bell, # 148392

4    Dino Bennetti, # 85442

5    John Paul Berlin, #153854

6    Joseph Best, # 125451

7    Gerald Biedrzycki, # 243652

8    Ronald Bigger, # 219577

9    Geoffrey Bird, # 231336

10   Dorena Lynn Birondo, # 160339

11   Steven Bishop, # 43064

12   Kevin Blackerby, # 82707

13   Werner Blair, # 220375

14   Damurius Blood, # 124515

15   Dylon Bly, # 153343

16   Byron Bochert, # 185366

17   Tom Bonner, # 34297

18   Michael Booker, # 220109

19   John Boom, # 58614

20   Louis Boudreaux, # 253494

21   David Bowman, # 260999

22   Jerry Brackett, # 18085

23   Linda Bradley, # 82866

24   Larry Branum, # 251838

25   Ryan Brean, # 159917

26   Jay Brewster, # 266712

27   Albert Brinkman, # 133444

28

1     Chris Briones, # 58172

2     Lee Britton, # 170225

3     David Broking, # 171179

4     Daniel Brown, # 178392

5     Gregory Brown, # 265750

6     Thomas Bryant, # 97666

7     Gregory Buckner, # 91081

8     Jeffrey Burns, # 231300

9     Geoffrey Allen Burton, # 77325

10    Alex Butler, # 78889

11    John Byrne, # 240439

12    Alma Caballero, # 52651

13    Lakeda Cain, # 259007

14    Joshua Calkins, # 136274

15    Joseph Camara, # 73927

16    Cody Campbell, # 151994

17    Rickey Lee Campbell, # 43669

18    Arturo Canez, # 50344

19    Erineo (Eddie) Cano, # 44306

20    Dwayne Cantley, # 255871

21    John Capes, # 48763

22    Frank Carey, # 130306

23    Scott Carlill, # 231470

24    Eric Carlson, # 120582

25    Raymond Carlton, # 180382

26    Juan Carranza, # 247546

27    Larry Casey, # 164633

28

1    Robert Castaneda, # 108105

2    Lennix Castanelli, # 136601

3    Everett Casteel, # 106031

4    Reuben Castro, # 147554

5    David Castro-Rodriguez, # 228519

6    Javier Cazares, # 78885

7    Juan Cerranza, # 247546

8    Daniel Cervantes, # 135208

9    Cristi Chacon, # 162492

10   Kayla Chacon, # 209673

11   Kerry Chase, # 166870

12   Patrick Chavarria, # 74652

13   Gino Chavez, # 83831

14   Ricardo Chavez-Murillo, # 233518

15   Joseph Cheser, # 158106

16   Cory Childress, # 222897

17   Robert Christy, # 133044

18   Albert Cisneros, # 146824

19   David Clark, # 152219

20   Eric Clark, # 180165

21   Michael Clark, # 257828

22   Roger Clark, # 216517

23   Shannon Clark, # 113372

24   Bruce Clarke, # 227669

25   Blackwolf Clemens, # 54079

26   Edward Clemens, # 141794

27   Rodney Clemens, # 156175

28

| | |
|---|---|
| 1 | John Cline, # 214820 |
| 2 | Jerry Clymer, # 92843 |
| 3 | Donald Coffman, # 261477 |
| 4 | Lon Coleman, # 200803 |
| 5 | Eddie Collins, # 30395 |
| 6 | Hank Colter, # 43493 |
| 7 | James Comer, # 208042 |
| 8 | William Comey, # 112029 |
| 9 | Jonathan Conley, # 166955 |
| 10 | Raliegh Conner, # 246644 |
| 11 | Larry Constable, # 245945 |
| 12 | Joseph Conway, # 141852 |
| 13 | Wesley Coontz, # 110549 |
| 14 | Paul Copas, # 185706 |
| 15 | Alfred Copeland, # 171877 |
| 16 | Ruben Cordova, # 131343 |
| 17 | George Cosentino, # 167080 |
| 18 | Jason Crook, # 103045 |
| 19 | Joseph Crowe, # 45049 |
| 20 | David Crowley, # 139349 |
| 21 | Ramon Cruz, # 68954 |
| 22 | Keith Curren, # 98258 |
| 23 | Gerlando Curreri, # 264003 |
| 24 | Timothy Curry, # 40574 |
| 25 | MaryAnne Daigle, # 263782 |
| 26 | Thomas D'Angelo, # 150935 |
| 27 | Alfred Davis, # 183961 |
| 28 | |

21

| | |
|---|---|
| 1 | Sylvester Davis, # 94766 |
| 2 | Lawrence Dawson, # 65408 |
| 3 | Richard Day, # 202495 |
| 4 | James Dean, # 91849 |
| 5 | Donald Dehar, # 261420 |
| 6 | Gordon Deibler, # 253521 |
| 7 | Edward DeLaCruz, # 65809 |
| 8 | Arturo Delgado, # 185400 |
| 9 | Norman Demma, # 257555 |
| 10 | Eric Denman, # 145698 |
| 11 | Lindley Dennis, # 62594 |
| 12 | Joshua DeRoche, # 147875 |
| 13 | Melvin Despain, # 54487 |
| 14 | Charles Deutsch, # 213741 |
| 15 | Robert Devine, # 138222 |
| 16 | James DeWig, # 87349 |
| 17 | Christian Diaz, # 132778 |
| 18 | Maria Dietz-Kinn, Redacted |
| 19 | |
| 20 | Gary Dixon, # 106531 |
| 21 | Sidney Dodd, # 30785 |
| 22 | Kathryn Dominica, # 239584 |
| 23 | Timothy Donahue, # 44417 |
| 24 | Brian Dority, # 56709 |
| 25 | Ronald Doty, # 184327 |
| 26 | Jeffrey Douglas, # 58263 |
| 27 | Edward Doust, # 154471 |
| 28 | |

22

1    Larry Drake, # 211445

2    Russell Duarte, # 47604

3    Arthur Dugan, # 189753

4    Jared Dunckhorst, # 244436

5    Larry Dunlap, # 124173

6    Steven Duran, # 182211

7    Charles Dyous, # 159362

8    Roy Earley, # 113115

9    Steve Eaton, # 37521

10   Daniel English, # 35592

11   Robert Enright, # 187534

12   Robert Erickson, # 58897

13   Troy Errigo, # 60530

14   Mark Escobar, # 256269

15   Erlinda Espinoza, # 137351

16   Charlie L. Evans, # 31623

17   David Evans, # 112292

18   Thomas Farrell, # 214077

19   James Fatheree, # 42492

20   Jeffrey Faulkner, # 82417

21   Eric Feenstra, # 91392

22   Steven Felix, # 84723

23   Ronald (Gene) Ferguson, # 170640

24   Steve Fernandez, # 51565

25   Jose Fierro, # 44803

26   Robert Fimbrez, # 96965

27   Russell Jay Finley, # 182402

28

| | |
|---|---|
| 1 | Kara Joy Finn, # 228030 |
| 2 | Kathy Fisher, # 257351 |
| 3 | James Fletcher, # 107025 |
| 4 | Daniel Flores, # 70476 |
| 5 | Eric Floyd, # 185235 |
| 6 | Orville Forgays, # 240922 |
| 7 | Scott Thomas Foster, # 210674 |
| 8 | Ronald Fox, # 245608 |
| 9 | Benjamin Freeman, # 50101 |
| 10 | Nancy Freeman, # 225630 |
| 11 | Kevin French, # 140007 |
| 12 | Sean Frisby, # 208252 |
| 13 | Steven Fuller, # 39410 |
| 14 | Paul Galbreath, # 132780 |
| 15 | Marion Gale, # 215928 |
| 16 | William Gallagher, # 179354 |
| 17 | Kenneth Gallery, # 102970 |
| 18 | Jason Garcia, # 171902 |
| 19 | Junior Garcia, # 155347 |
| 20 | Michael Gardner, # 248187 |
| 21 | Peter Gargano, # 243812 |
| 22 | Jeffrey Garrett, # 153945 |
| 23 | Robert Garrett, # 94467 |
| 24 | Ruben Garrido, # 99444 |
| 25 | Donald Garvy, # 201098 |
| 26 | Clayton Gatlin, # 85369 |
| 27 | Richard Gause, # 162805 |
| 28 | |

24

1          Christina George, # 121341

2          Stephen Giles, # 64426

3          Gregory Gill, # 232288

4          David Gillespie, # 32168

5          Richard Giordano, # 178274

6          Walter Goedecke, # 80048

7          Daniel Goetz, # 256309

8          Donald Goins, # 169086

9          Lawrence Gomes, # 86662

10         Jeffrey Gomez, # 93905

11         Johnny Gonzales, # 123795

12         Arnulfo Gonzalez, # 193277

13         Robert Gonzalez, # 147571

14         Mark Goodell, # 251144

15         Linden Goodwin, # 191287

16         Wendell Gordon, # 113327

17         Brian Gorney, # 159691

18         David Gossett, # 81630

19         Fernando Graciano, # 255968

20         Mary Lee Green-Lee, # 251050

21         George Griffith, # 41341

22         David Griswold, # 76199

23         Adam Grooms, # 261110

24         Lance Gross, # 127790

25         Jesus Guevara, # 158144

26         Raymond Guevara, # 118362

27         Robert Guevarra, # 183060

28

| | |
|---|---|
| 1 | Karl Guillen, # 77614 |
| 2 | Dewey Gullick, # 166858 |
| 3 | David Gumbel, # 116522 |
| 4 | Daniel Hackman, # 136624 |
| 5 | Johnny Haggerty, # 213973 |
| 6 | David Hall, # 262846 |
| 7 | Gary Hall, # 207113 |
| 8 | Moses Hall, # 218626 |
| 9 | Shannon Hamm-Khoury, # 159428 |
| 10 | Anthony Hand, # 266711 |
| 11 | Sherman Haney, # 118096 |
| 12 | Eric Hanson, # 89783 |
| 13 | Robert Harden, # 253109 |
| 14 | Iban Harran, # 112606 |
| 15 | Reverdo Harris, # 156714 |
| 16 | Charles Harrison, # 82360 |
| 17 | Bradley Harshman, # 105660 |
| 18 | Angelo Hatter, # 164857 |
| 19 | Eldon Head, # 210807 |
| 20 | Gerald Hefley, # 255770 |
| 21 | Jayson Helms, # 130436 |
| 22 | Adell Henderson, # 35101 |
| 23 | Betty Hendrix, # 135446 |
| 24 | Jose Hernandez, # 240865 |
| 25 | Miguel Hernandez, # 115850 |
| 26 | George Herrera, # 121430 |
| 27 | Nathan Heun, # 265910 |
| 28 | |

| | |
|---|---|
| 1 | Gary Hickmon, # 200232 |
| 2 | Gary Hicks, # 190943 |
| 3 | Clayton Hill, # 230403 |
| 4 | Shawn Hillard, # 112970 |
| 5 | Dwight Hines, # 127094 |
| 6 | Donald Hobbs, # 138430 |
| 7 | Ray Hollenback, # 79384 |
| 8 | Randal Holmes, # 169719 |
| 9 | Thomas Holzworth, # 240550 |
| 10 | William Horky, # 145821 |
| 11 | Harold Horn, # 112090 |
| 12 | Kemp Horton, # 202496 |
| 13 | Randall Horton, # 125603 |
| 14 | Galen Houser, # 212341 |
| 15 | Kristine Howard, # 248027 |
| 16 | Ron Howard, # 62341 |
| 17 | Jerry Hubbard, # 140843 |
| 18 | Robert Huckabay, # 263171 |
| 19 | Jack Hudson, # 127743 |
| 20 | Cathy Huffman, # 261785 |
| 21 | Clayton Huggins, # 163847 |
| 22 | Glenn Hughes, # 181396 |
| 23 | John Hummer, # 42501 |
| 24 | Cleolis Hunt, # 40119 |
| 25 | Sean Husband, # 213990 |
| 26 | Daniel Imel, # 214277 |
| 27 | Grady Ingram, # 121610 |
| 28 | |

27

| | |
|---|---|
| 1 | Daimen Irizarry, # 257624 |
| 2 | Mike Isaacs, # 149714 |
| 3 | Lateef Islam, # 88887 |
| 4 | Anthony Jackson, # 161243 |
| 5 | Marnie Jameson, # 234627 |
| 6 | Jennifer Jansma, # 246898 |
| 7 | Ernest Jaramillo, # 253765 |
| 8 | Junies Jenkins, # 65737 |
| 9 | Omar Jimenez, # 204574 |
| 10 | Albert Johnson, # 175200 |
| 11 | Blaine Johnson, # 200218 |
| 12 | Jeremiah Johnson, # 193980 |
| 13 | Kimberly Johnson, # 263801 |
| 14 | Nelson Johnson, # 143345 |
| 15 | Robert Johnson, # 48240 |
| 16 | Steven Johnson, # 235714 |
| 17 | Bert Jones, # 244586 |
| 18 | James Jones, # 171169 |
| 19 | Martin Jones, # 65449 |
| 20 | Vicki Lynn Jones, # 156559 |
| 21 | Ronald Justice, # 156637 |
| 22 | Lisa Kaiser, # 251393 |
| 23 | Sonja Kajander, # 20608 |
| 24 | Stephen Karban, # 234332 |
| 25 | Judith Katsaris, # 161669 |
| 26 | Arthur Kaufelt, # 237666 |
| 27 | Kenneth Kazimir, # 77996 |
| 28 | |

28

1       Tristen Keefer, # 217976

2       Aaron Kelly, # 137699

3       Frank Kelly, # 243383

4       William Kemp, # 107314

5       Harvey Kendrick, # 248576

6       Jeremy Joseph Kent, # 151303

7       Matthew Kerwin, # 118279

8       Joseph Keuper, # 84770

9       Terry Keuper, # 108114

10      Dominique Keys, # 150050

11      Mekkah  Khan-Allah, # 172776

12      Andrew Kinard, # 256656

13      Keith King, # 257544

14      Glenn Kinman, # 208203

15      Bobby Kirkland, # 257503

16      David Klein, # 135120

17      Gene Klink, # 186852

18      Stephen Klump, # 221113

19      Walter Knopf, # 209542

20      Misti Knowles, # 247682

21      William Koehler, # 165210

22      Skyler Kolpack, # 219891

23      Aaron Kraft, # 109150

24      Marty Krantz, # 51654

25      James Krick, # 210691

26      James Krugel, # 119510

27      Cherie Krupinski, # 259650

28

29

1     Jonathan Kruse, # 221933

2     Daniel Kuchynka, # 176669

3     Cecil Kunkel, # 125119

4     Dino Kyzar, # 103557

5     James Lamoree, # 259328

6     Gildardo Laprada, # 76778

7     Gregg Large, # 247449

8     Ruben Larios, # 61510

9     Dale Lasley, # 106392

10    Randy Lawellin, # 93346

11    Michael Lebovitz, # 224060

12    Kimberly Ledwin, # 181879

13    Donald Lee, # 104537

14    Angela Leeman, #

15    Richard Leon, # 210354

16    Douglas Levitski, # 199622

17    Jordan Lewis, # 260307

18    Leonard Lewis, # 168521

19    Steven Licon, # 264182

20    Robert Lindley, # 80874

21    Dorothy Livingston, # 131938

22    Daniel Lloyd, # 143811

23    John Lloyd, # 246737

24    Terry Lockamy, # 85168

25    Patrick Lomas, # 79456

26    Terrell Loomis, # 189548

27    Margina Lopez, # 261438

28

1      Johnny Love, # 239469

2      Richard Lowe, # 215930

3      Joel Lozoya, # 262671

4      Ronnie Lucier, # 245898

5      Fred Luke, # 153916

6      Tyerel Luke, # 130646

7      Robert Lunghofer, # 140483

8      Robert Lusk, # 221197

9      Marcus Luster, # 167766

10     Shawn Lynch, # 206125

11     Finn MacCool, # 71383

12     Michael MacFarlane, # 236016

13     Leonel Madrid, # 74163

14     James A. Madrone, # 99165

15     Dale  Maisano, # 77877

16     Brein Mandeville, # 244685

17     Craig Manke, # 207611

18     Chene Manley, # 144981

19     Kenneth Marcum, # 266043

20     Jody Marquez, # 141485

21     Fred Martin, # 263930

22     Gerhard Martin, # 236720

23     Gina Martin, # 211678

24     Terry Martin, # 101212

25     Alphonso Martinez, # 143560

26     Andrea Martinez, # 192122

27     Gary Martinez, # 62967

28                            31

1          Peter Martusheu, # 155055

2          Jerome Mason, # 168331

3          Craig Massey, # 255107

4          Jesten Mata, # 166629

5          Ken Matelski, # 74651

6          James Mateo, # 78327

7          Jesse Mauricio, # 128194

8          Robert Mayer, # 135663

9          Richard McBride, # 76901

10         Eric McCarter, # 269216

11         Elizabeth McClain, # 230469

12         James McCleve, # 177261

13         Joseph McCrae, # 141877

14         Debra McDonald, # 176496

15         Glenn McGhee, # 75700

16         Robert McLain, # 151872

17         Blaine McNeese, # 255680

18         Olas McPhaul Jr., # 83844

19         John McReaken, # 149724

20         Lauri McTighe, # 172297

21         Mark Meacham, # 33556

22         Manuel Medina, # 129685

23         Laura Medley, # 161655

24         Jorge Mendez Herrera, # 135180

25         Abraham Mendoza, # 198531

26         Erin Mendoza, # 265205

27         James Mendoza, # 46079

28                          32

| | |
|---|---|
| 1 | Jedidiah Mendoza, # 153831 |
| 2 | Jeffrey Mercier, # 194914 |
| 3 | JD Merrick, # |
| 4 | Fred Metzner, # 94152 |
| 5 | John Michael, # 163297 |
| 6 | Tom Michaels, # 81119 |
| 7 | Matthew Mided, # 153128 |
| 8 | Vincent Milano, # 194127 |
| 9 | Christopher Milazzo, # 104959 |
| 10 | Lawrence Miles, # 46628 |
| 11 | Anthony Miller, # 145589 |
| 12 | Nicholas Miller, # 154306 |
| 13 | Phillip Mills, # 255905 |
| 14 | Gene Minks, # 93860 |
| 15 | Raymond Miranda, # 85132 |
| 16 | Eric Misquez, # 215748 |
| 17 | Kevin Moen, # 72978 |
| 18 | Timothy Monk, # 68675 |
| 19 | Vaughn Monroe, # 264999 |
| 20 | Mario Montes, # 98683 |
| 21 | Oscar Montoya, # 140443 |
| 22 | Christopher Moore, # 83212 |
| 23 | David Moore, # 82637 |
| 24 | Allan Morgal, # 51454 |
| 25 | Christina Morgan, # 174009 |
| 26 | Frank Morgan, # 66223 |
| 27 | Lori Moriarty, # 227456 |
| 28 | |

1    Steve Mosher, # 121089

2    Justin Moss, # 217013

3    James Mudron, # 99165

4    Michael Murdaugh, # 162753

5    Juan Murillo, # 69296

6    Dythanyl Mushatt, # 186772

7    John C Musselman, # 143882

8    Abu Mustafa, # 36269

9    Tanya Nareau, # 260586

10   Marcus Navarro, # 62942

11   Robert Navarro, # 106984

12   Anthony Nelson, # 135421

13   Jeremy Nelson, # 78646

14   Matt Nelson, # 148693

15   Phillip Nelson, # 219268

16   William Neville, # 61616

17   Daniel Newell, # 193267

18   Frankie Nez, # 257870

19   Hung Nguyen, # 141129

20   Lloyd J Nicholas, # 77450

21   Alan Troy Nimer, # 79728

22   Melvin Nisius, # 49722

23   Carlos Noble, # 67769

24   David Noel, # 220367

25   Edward Noriega, # 206116

26   Anthony Nova, # 251913

27   Joseph Novoa, # 167103

28

34

| | |
|---|---|
| 1 | Michael O'Banion, # 109254 |
| 2 | Chris Ochoa, # 114699 |
| 3 | Thomas O'Connor, # 191865 |
| 4 | Robert Olivieri, # 181162 |
| 5 | Timothy Olmos, # 196384 |
| 6 | Jack Olson, # 108886 |
| 7 | Everett O'Quinn, # 182529 |
| 8 | Lambert Ormsby, # 182967 |
| 9 | Justin Ornelas, # 165258 |
| 10 | William O'Rourke, # 252819 |
| 11 | Rogelio Orozco, # 180203 |
| 12 | Jaime Ortega, # 214938 |
| 13 | Benjamin Ostro, # 264246 |
| 14 | Robert Owens, # 61501 |
| 15 | Ronald Oyenik, # 150480 |
| 16 | Margaret Packard, # 65696 |
| 17 | Aubrey Padgett, # 160251 |
| 18 | Thomas Padilla, # 33438 |
| 19 | Charles Page, # 38815 |
| 20 | Israel Parada, # 239932 |
| 21 | Colin Park, # 62168 |
| 22 | Mark Parker, # 138033 |
| 23 | Allen Parsons, # 211737 |
| 24 | Jason Patrick, # 216384 |
| 25 | Terry Patton, # 158317 |
| 26 | Laura Patterson, # 237901 |
| 27 | Jerald Payne, # 226673 |
| 28 | |

35

1    Johnny Payton, # 67582

2    William Pedersen, # 88486

3    Michael Peller, # 76780

4    Jay Pember, # 67165

5    Ameer Peterson, # 167488

6    Bryan Peterson, # 247642

7    Ron Pettit, # 181452

8    Kristina Phalen, # 235224

9    Keith Phillips, # 145400

10   Richard Phillips, # 255373

11   Ryan Phillips, # 83646

12   Benny Peralta, # 58084

13   Thomas Pierce, # 65407

14   Jonathan Ploof, # 194745

15   Kirk Poeppe, # 25568

16   Lorenzo Pogue-Fuentes, # 231849

17   Angela Ponto, # 240762

18   Donald Portis, # 119652

19   Peter Potokar, # 264960

20   Robert Powell, # 50575

21   Edmund Powers, # 69618

22   Darrell Prentiss, # 256850

23   Robert Price, # 242943

24   Oliver Pryor, # 235926

25   Robert Quihuis, # 188693

26   Robert Racicot, # 254502

27   Russell Radloff, # 42424

28

36

1          Angel Ramirez, # 147145

2          Carlos Ramirez, # 246104

3          Eduardo Ramirez, # 225690

4          Gilbert Ramos, # 101435

5          Richard Ramsdell, # 231248

6          Nathan Rawlins, # 156797

7          Allen Rawson, # 222411

8          William Reagan, # 182511

9          John Reasor, # 257280

10         Kenneth Reed, # 108264

11         Robert Reed, # 247269

12         William Rexrode, # 83786

13         Terry Rezin, # 118376

14         Dennis Rhein, # 262578

15         Shanna Rhode, # 223109

16         Kelly Rhodes, # 241262

17         Richard Richards, # 43000

18         Josh Richter, # 257511

19         Lacy Riddell, # 34671

20         Raymond Rigsby, # 45300

21         Federico Rios, # 199480

22         Jeshua Rivera, # 232967

23         Miguel Rivera, # 239996

24         Qurian Roberson, # 136336

25         Gene Roberts, # 106507

26         Richard Lee Roberts, # 144995

27         Tony Robertson, # 205609

28

1    Paul Robledo, # 250767

2    Mark Robles, # 84106

3    Daniel Rodick, # 192940

4    Carlos Rodolfo, # 160373

5    Anthony Rodrigues, # 184337

6    Alexander Rodriguez, # 244494

7    Louis Rodriguez, # 39687

8    Michael Rodriguez, # 112541

9    Gloria Rogers, # 216771

10   James Rogers, # 157544

11   Laura Rogers, # 111261

12   Pete Rogovich, # 114642

13   Daniel Rogowski, # 108202

14   Clayton Roisnuse, # 143314

15   Pedro Rojas, # 103714

16   Darrel Rolnicki, # 239686

17   Mark Rooks, # 214472

18   Charles Roop, # 178255

19   Adolphus Ross, # 11040

20   Raymond Rouland, # 224709

21   William Roush, # 104517

22   Ronald Rowe, # 45526

23   Danior Ruben, # 251201

24   Dwayne Rucker, # 254291

25   Kevin Rucks, # 73472

26   Stephen Rudisill, # 235368

27   Patrick Rundhaug, # 158381

28

1    Catherine Saari, # 194624

2    Ignacio Saenz, # 104459

3    James Sahlberg, # 263788

4    Isaac Salazar, # 113160

5    Roberto Saldano, # 109514

6    Fox Salerno, # 063416

7    Christopher Sallard, # 122870

8    Troy Salmon, # 184376

9    Paul Sanchez, # 167507

10    Carla Sanders, # 236236

11    Carroll Sanders, # 196447

12    Manuel Sandoval, # 119050

13    Pedro Sandoval, # 71363

14    John Sansing, # 146991

15    Kara Sansing, # 147205

16    Tammy Louise Sansoterra, # 114610

17    Paul Santana, # 80810

18    Yvonne Saxton, # 231736

19    David Schadl, # 134106

20    John Scanlon, # 79984

21    Carl Schaede, # 79858

22    Timothy Scharner, # 261450

23    Carl Schlobom, # 203606

24    Bradley Schwartz, # 207346

25    Valerie Scoby, # 126162

26    Dee Scott, # 179126

27    Joseph Scott, # 181428

28

| | |
|---|---|
| 1 | Heather Self, # 231185 |
| 2 | Jose Serrano, # 146362 |
| 3 | Harrell Settle, # 134214 |
| 4 | Philbert Shabie, # 92397 |
| 5 | Russell Shaffer, # 160176 |
| 6 | John Shaffery, # 329724 |
| 7 | N.  Shaka, # 27156 |
| 8 | Gabriel Shanley, # 148032 |
| 9 | Bobby Sharp, # 239789 |
| 10 | David Lee Sharp, # 194939 |
| 11 | John Shepherd, # 207341 |
| 12 | William Shoffstall, # 83395 |
| 13 | Darrell Shreve, # 261811 |
| 14 | Raymond Shuff, # 193889 |
| 15 | Charles Sides, # 136157 |
| 16 | Andrew Silcock, # 215920 |
| 17 | William Simonsen, # 40451 |
| 18 | Vickie Simpson, # 211352 |
| 19 | Ron Sirull, # 228159 |
| 20 | Ronald Slavin, # 142019 |
| 21 | Randal Smelser, # 123618 |
| 22 | Andre Smith, # 152585 |
| 23 | Bobby  Smith, # 65084 |
| 24 | Denny Nathaniel Smith, # 189843 |
| 25 | Jeanie Smith, # 171728 |
| 26 | Jonathan Smith, # 154591 |
| 27 | Judith Smith, # 196489 |
| 28 | |

40

1       Ralph Smith, # 37291

2       Rebecca Smith, # 144396

3       Robert Smith, # 194396

4       Robert Smith, # 25710

5       Shawn Smith, # 259884

6       William Smith, # 239935

7       Betty Smithey, # 24685

8       Michael Snyder, # 224655

9       Clinton Spencer, # 82989

10      Curtis Spencer, # 208845

11      John Stacey, # 173314

12      Robert Stapleton, # 116837

13      Lorraine Stedman, # 246172

14      Jenghiz Stewart, # 137924

15      James Stites, # 176078

16      David Stokes, # 42403

17      William Stokes, # 65373

18      Quentin Stookey, # 188824

19      Robbie Stovall, # 214857

20      Trudi Stracner, # 265770

21      Dan Strahan, # 68912

22      Horace Sublet, # 157946

23      John Swanson, # 135973

24      Robert Sweepe, # 93822

25      Paul Sypherd, # 246461

26      Kristine Szaukellis, # 251552

27      Miguel Tapia, # 157230

28

1          Anthony Taylor, # 244204

2          Nathan Taylor, # 141894

3          Jeffrey Teller, # 209823

4          Tamika Ternoir, # 212090

5          James Thomas, # 180161

6          Jerri Thomas, # 143754

7          Jerry Thomas, # 261041

8          Kimberly Thomas, # 98753

9          Malcom Thomas, # 212883

10         James Thompson, # 180161

11         Kathleen Thompson, # 121939

12         Kenneth Charles Thompson, # 138470

13         Adam Thran, # 257951

14         Leon Timberlake, # 151416

15         Robert Timberman, # 81700

16         Chris Tinsley, # 156072

17         Arnold Toliver, # 125678

18         P. Totherow, # 109482

19         Ronald Towell, # 152294

20         Michael Towner, # 184760

21         Fernando Trejo, # 232259

22         Gregg Trenary, # 122042

23         Anant Tripati, # 102081

24         Donald Trout, # 228793

25         David Troutman, # 62788

26         Thomas Dwayne Truitt, # 47727

27         Mark Tucker, # 223307

28

1    Michael Tuley, # 41617

2    Stephen Turner, # 231025

3    Christian TwoRivers, # 82976

4    Michael Tyler, # 48102

5    Gary Underwood, # 232920

6    Thomas Urbanski, # 120003

7    Armand Vachon, # 161590

8    Isabel Valdez, # 81665

9    Francisco Valenzuela, # 72780

10   Melinda G. Valenzuela, # 172770

11   Melinda M. Valenzuela, # 241738

12   Daniel VanDaalen, # 175949

13   Gary Vasko, # 35526

14   Anthony Vasquez, # 151612

15   Cesar Vasquez Morales, # 245083

16   Randee Vensor, # 135165

17   Baldomero Verduzco, # 75446

18   Juan X. Vidal, # 259354

19   Masum Vijan, # 184869

20   Shawn Vineyard, # 64307

21   Anthony Volpe, # 197684

22   Daniel Wahman, # 218506

23   Jerry Waide, # 67117

24   Ty Wade, # 173039

25   Rex Walls, # 47063

26   Dinah Walker, # 211680

27   George Walker, # 249881

28

1         Sheldon (Malik) Walker, # 102833

2         Emmet Wall, # 35846

3         Bernard Walters, # 116030

4         Sean Ward, # 146626

5         John Warden, # 70305

6         Russell Ware, # 177431

7         Michael Warren, # 123441

8         Theodore Washington, # 65973

9         Tim Washington, # 191167

10        Nicole Washom, # 228495

11        Charles Watson, # 51655

12        Travis Watson, # 122363

13        William Wehrhan, # 33850

14        Blair Werner, # 220375

15        Samuel Wesley, # 142472

16        Allen Wheeler, # 232440

17        Dennis White, # 168641

18        Emery White, # 165183

19        Logan White, # 265714

20        James Whitten, # 96079

21        Jessica Will, # 255414

22        Alexander Williams, # 170576

23        Darrin Williams, # 225196

24        Gene Williams, # 98782

25        Ricky Williams, # 41345

26        Jesse Williamson, # 163737

27        Richard Wills, # 113377

28

1        Joe Wilmoth, # 42220

2        Kenneth Wilson, # 123800

3        Donald Winters, # 152220

4        Donald Wisto, # 110526

5        Kenneth Wojtseck, # 88595

6        Nathan Womack, # 130359

7        Glenn Worley, # 257008

8        Amar Wright, # 146606

9        Emery Wright, # 165183

10       Eric Wright, # 165046

11       Rodger Wynette, # 154741

12       Randy Wyzykowski, # 244915

13       David Yates, # 138320

14       James Yeager, # 191146

15       Javier Yepez, # 231365

16       Gary Yoder, # 163913

17       Edward (Eddie) Young, # 80072

18       Brian Yule, # 229117

19       William Yunckes, # 63813

20       Carlos Zamalea, # 43499

21       Daniel Zamarron, # 81548

22       John Zurawski, # 152936

23       Gale Zylstra, # 132392

24       H.    Any individuals identified by defendants as persons who may possess

25  discoverable information, or are identified as persons most knowledgeable about topics

26  related to ADC health care and conditions of confinement.

27

28                                     45

1

## II.    DOCUMENTS THAT PLAINTIFFS MAY USE TO SUPPORT THEIR CLAIMS.

2    A.    Any documents identified in Defendants' disclosure statements and any

3 documents provided to Plaintiffs by Defendants or any other person or entity in response

4 to discovery requests or subpoenas.

5    B.    Health care and institutional records of current and former ADC prisoners.

6 These are in the possession of Defendants.  Counsel for Plaintiffs currently have copies

7 of portions of the health care records, as produced by Defendants, of all of the Named

8 Plaintiffs listed in Part I.A except for Ms. Verduzco, and for the following prisoners:

9        Gino Chavez, # 83831

10        David Evans, # 112292

11        Steven Felix, # 84723

12        Ronald "Gene" Ferguson, # 170640

13        Christina Morgan, # 174009

14        Christopher Sallard, # 122870

15        Jeanie Smith, # 171728

16        Horace Sublett, # 129438

17        John Warden, # 70305

18    C.    Grievance records and Health Needs Requests (HNRs) of current and

19 former ADC prisoners named above in Parts I.A and I.G.  These are in the possession of

20 Defendants.

21    D.    Any documents or evidence, including transcripts of sworn testimony,

22 produced in discovery or filed in court in connection with any other lawsuit relating to

23 the provision of health care or the conditions of confinement of persons within ADC

24 custody, or relating to the provision of health care by Wexford Health Services, Inc.

25 Counsel for Plaintiffs is in possession of some of these documents, Defendants are in

26 possession of all of them.

27

28

46

E.      All current and former Requests for Proposal ("RFPs"), proposals, and contracts between Defendants and locum tenens contractors, specialty contractors (see Part I.C), and medical staffing agencies, regarding provision of health care services to prisoners.  These documents are in the possession of Defendants.

F.      All current and former ADC policies, procedures, operational memoranda, Directors' Instructions, news releases, or budget reports.  These documents are in the possession of Defendants.  To the extent these are in the possession, custody or control of Plaintiffs, they are in Plaintiffs' counsel's office, or publicly available on ADC's website.

G.      All documents or written responses provided by ADC as responsive to previous or future requests made under the Arizona Public Records Law (A.R.S. § 39-121).  These are in the possession of Defendants and Counsel for Plaintiffs. These include, but are not limited to responses to the following requests:

        i.      December 1, 2008 request by the American Friends Service Committee regarding ADC mental health services

        ii.      December 29, 2009 request by the ACLU of Arizona regarding ADC mental health services

        iii.      March 10, 2010 request by the ACLU of Arizona regarding ADC mental health services

        iii.      June 22, 2010 request by the ACLU of Arizona renewing Dec. 29, 2009 records request and regarding medical care of five prisoners, including Plaintiff Parsons

        iv.      January 12, 2011 request by the American Friends Service Committee regarding ADC mental health services and deaths and suicides of prisoners

        v.      February 7, 2011 request by the American Friends Service Committee regarding ADC mental health services and deaths and suicides of prisoners

47

vi.   June 29, 2011 request by the ACLU of Arizona, regarding for public recordings related to Doris Schartmueller, David Wiser, and disciplinary proceedings for telephone policy violations;

vii.   August 23, 2011 request by the ACLU of Arizona regarding ADC mental health services;

viii.   April 9, 2012 request by the ACLU of Arizona regarding private health care contractors.

H.   Correspondence between Plaintiffs' Counsel and Defendants regarding deficiencies in ADC health care and conditions of confinement, not including any correspondence written for settlement purposes.  These documents include, but are not limited to, the Nov. 16, 2011 tolling agreement signed by Defendant Ryan and Plaintiffs' attorney Donald Specter, and the lists of prisoners covered by the tolling agreement dated Nov. 14, 2011, Dec. 2, 2011, and Dec. 23, 2011.  These documents are in possession of both Counsel for Plaintiffs and Counsel for Defendants.

I.   All ADC internal communications and external communications to or from ADC regarding prisoners' health care and conditions of confinement. "Communications" means any transmittal of information from one person or entity to another by any means, including letters, correspondence, notes, memoranda, records, reports, papers, facsimiles, electronic mail (whether to, from, copied or blind copied), electronic mail generated from a hand held personal device including a Blackberry or iPhone, instant messaging, electronic mail generated from business or personal email accounts, internet relay chat, news group, group or collaboration servers, electronic bulletin boards, electronic discussion boards, dictation tapes, video recordings, audio recordings, digital recordings, memoranda, telegrams, telecopies and telexes, teleconference, collaboration servers (including share point servers), web-based or software virtual meetings including Web-X and any other meeting software and share point servers, and oral contact such as face-to-face discussions or meetings, telephone

48

conversations and voice mail messages.  Counsel for Plaintiffs is in possession of some of these communications, Defendants are in possession of all of these communications.

      J.      All reports, studies, and analyses of the Arizona Department of Corrections published or broadcast by any person or entity, including, but not limited to, the media, advocacy groups, and individuals.  To the extent these are in the possession, custody or control of Plaintiffs, they are in Plaintiffs' counsel's office, or publicly available.

      K.      Medical examiner autopsy reports and records of persons who died while in the custody of Defendants.  To the extent these are in the possession, custody or control of Plaintiffs, they are in Plaintiffs' counsel's office.

      In addition to the foregoing documents, Plaintiffs expect to discover other documents, data compilations, and tangible things within the possession, custody, or control of others, including Defendants, upon which Plaintiffs will rely to support their claims or defenses.  Plaintiffs reserve the right to rely on any documents identified by Defendants and on any publicly available documents.

**III.    COMPUTATION OF DAMAGES**

      Plaintiffs have not asserted a claim for money damages in this action.

**IV.    INSURANCE AGREEMENTS**

      Plaintiffs are unaware of any insurance agreements within the meaning of Fed. R. Civ. P. 26(a)(1)(D).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED:  June 29, 2012

**PRISON LAW OFFICE**

By: __*/s/ Donald Specter*__
     Donald Specter (Cal. 83925)*
     Alison Hardy (Cal. 135966)*
     Sara Norman (Cal. 189536)*
     Corene Kendrick (Cal. 226642)*
     **PRISON LAW OFFICE**
     1917 Fifth Street
     Berkeley, CA  94710
     Tel.: (510) 280-2621
     Email:  dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
     * *Pro hac vice*

     Daniel J. Pochoda (SBA 021979)
     Kelly Flood (SBA 019772)
     James Duff Lyall (SBA 330045)*
     **ACLU FOUNDATION OF ARIZONA**
     3707 N. 7th Street, Suite 235
     Phoenix, AZ  85013
     Tel.:  (602) 650-1854
     Email:  dpochoda@acluaz.org
          kflood@acluaz.org
          jlyall@acluaz.org

     *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

     David C. Fathi (Wash. 24893)*
     Amy Fettig (D.C. 484883)**
     **ACLU NATIONAL PRISON PROJECT**
     915 15th St. N.W., 7th Floor
     Washington, D.C.  20005
     Tel.:  (202) 548-6603
     Email:  dfathi@npp-aclu.org
          afettig@npp-aclu.org
     * *Pro hac vice.  Not admitted in DC; practice limited to federal courts*
     ** *Pro hac vice*

50

Daniel C. Barr (SBA 010149)
Jill L. Ripke (SBA 024837)
James A. Ahlers (SBA 026660)
Kirstin T. Eidenbach (SBA 027341)
John H. Gray (SBA 028107)
Thomas D. Ryerson (SBA 028073)
Matthew B. Du Mée (SBA 028468)
**PERKINS COIE LLP**
2901 N. Central Ave., Suite 2000
Phoenix, AZ  85012-2788
Tel:  (602) 351-8000
Email:  dbarr@perkinscoie.com
jripke@perkinscoie.com
jahlers@perkinscoie.com
keidenbach@perkinscoie.com
jhgray@perkinscoie.com
tryerson@perkinscoie.com
mdumee@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
Ilham Hosseini (Cal. 256724)*
Sophia Calderon (Cal. 278135)*
**JONES DAY**
555 California St., 26th Floor
San Francisco, CA 94104
Tel.: (415) 875-5712
Email:  cnmitchell@jonesday.com
ihosseini@jonesday.com
scalderon@jonesday.com
* *Pro hac vice*

*Attorneys for Plaintiffs Victor Parsons, Shawn Jensen, Stephen Swartz, Dustin Brislan, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,  Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

51

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2012, I served the foregoing document by electronic mail to the following:

Michael E. Gottfried
Assistant Attorney General
**OFFICE OF THE ARIZONA ATTORNEY GENERAL**
Michael.Gottfried@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
**STRUCK WIENEKE & LOVE, P.L.C.**
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com

*Attorneys for Defendants*

   ***and***

Jennifer Alewelt
Ruth Szanto
Asim Varma
**ARIZONA CENTER FOR DISABILITY LAW**
jalewelt@azdisabilitylaw.org
rszanto@azdisabilitylaw.org
avarma@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*


_____*/s/ Donald Specter*_____

52

# EXHIBIT 2

1  Daniel Pochoda (Bar No. 021979)
   Kelly J. Flood (Bar No. 019772)
2  James Duff Lyall (Bar No. 330045)*
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: dpochoda@acluaz.org
5         kflood@acluaz.org
          jlyall@acluaz.org
6  *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

7  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
   *Dustin Brislan, Sonia Rodriguez, Christina Verduzco,*
8  *Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne*
   *Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson,*
9  *and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*
10
   **[ADDITIONAL COUNSEL LISTED ON**
11  **SIGNATURE PAGE]**

12          UNITED STATES DISTRICT COURT

13             DISTRICT OF ARIZONA

14  Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-NVW
    Dustin Brislan; Sonia Rodriguez; Christina             (MEA)
15  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
16  Hefner; Joshua Polson; and Charlotte Wells, on     **INDIVIDUAL NAMED**
    behalf of themselves and all others similarly      **PLAINTIFFS' SECOND**
17  situated; and Arizona Center for Disability Law,   **SUPPLEMENTAL**
                                                        **DISCLOSURE STATEMENT**
18              Plaintiffs,

19       v.

20  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
21  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
22  capacities,

23              Defendants.

24
         Pursuant to Fed. R. Civ. P. 26(a)(1), named plaintiffs Victor Parsons; Shawn
25
    Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie
26
    Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph
27
    Hefner; Joshua Polson; Charlotte Wells (collectively, "Prison Plaintiffs"), submit their
28

Second Supplemental Disclosure Statement. Plaintiffs reserve the right to continue to supplement or amend its disclosures in accordance with Rule 26 or court order.

Supplemental text is shown in bolded and italicized font.

I.     **NAMES, ADDRESSES, AND TELEPHONE NUMBERS OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

A.     *INDIVIDUALS WHO WILL BE CALLED TO TESTIFY*

**Named Plaintiffs**

1.     Victor Parsons, former Arizona Department of Corrections ("ADC") Inmate #123589
c/o Caroline Mitchell
Jones Day
555 California St., 26th Floor
San Francisco, CA 94104
(415) 875-5712.

*Mr. Parsons is a former ADC inmate and named plaintiff. Mr. Parsons is expected to testify with regard to the factual allegations in the Complaint and the provision of medical, mental health and dental care at ADC.*

2.     Shawn Jensen, ADC #032465
c/o Jones Day

*Mr. Jensen is an ADC inmate and named plaintiff. Mr. Jensen is expected to testify with regard to the factual allegations in the Complaint and the provision of medical, mental health and dental care at ADC.*

3.     Stephen Swartz, ADC #102486
c/o Jones Day

*Mr. Swartz is an ADC inmate and named plaintiff. Mr. Swartz is expected to testify with regard to the factual allegations in the Complaint, the conditions of confinement in the isolation units, and the provision of medical, mental health and dental care at ADC.*

4.     Dustin Brislan, ADC #164993
c/o Jones Day

*Mr. Brislan is an ADC inmate and named plaintiff.  Mr. Brislan is expected to testify with regard to the factual allegations in the Complaint, the conditions of confinement in the isolation units, and the provision of medical, mental health and dental care at ADC.*

5.     Sonia Rodriguez, ADC #103830
       c/o Jones Day

*Ms. Rodriguez is an ADC inmate and named plaintiff.  Ms. Rodriguez is expected to testify with regard to the factual allegations in the Complaint, the conditions of confinement in the isolation units, and the provision of medical, mental health and dental care at ADC.*

6.     Christina Verduzco, ADC #205576
       c/o Jones Day

*Ms. Verduzco is an ADC inmate and named plaintiff.  Ms. Verduzco is expected to testify with regard to the factual allegations in the Complaint, the conditions of confinement in the isolation units, and the provision of medical, mental health and dental care at ADC.*

7.     Jackie Thomas, ADC #211267
       c/o Jones Day

*Mr. Thomas is an ADC inmate and named plaintiff.  Mr. Thomas is expected to testify with regard to the factual allegations in the Complaint, the conditions of confinement in the isolation units, and the provision of medical, mental health and dental care at ADC.*

8.     Jeremy Smith, ADC #129438
       c/o Jones Day

*Mr. Smith is an ADC inmate and named plaintiff.  Mr. Smith is expected to testify with regard to the factual allegations in the Complaint, the conditions of confinement in the isolation units and the provision of medical, mental health and*

*dental care at ADC.*

9.     Robert Gamez, ADC #131401
       c/o Jones Day

*Mr. Gamez is an ADC inmate and named plaintiff.  Mr. Gamez is expected to testify with regard to the factual allegations in the Complaint, the conditions of confinement in the isolation units, and the provision of medical, mental health and dental care at ADC.*

10.    Maryanne Chisholm, ADC #200825
       c/o Jones Day

*Ms. Chisholm is an ADC inmate and named plaintiff.  Ms. Chisholm is expected to testify with regard to the factual allegations in the Complaint and the provision of medical, mental health and dental care at ADC.*

11.    Desiree Licci, ADC #150051
       c/o Jones Day

*Ms. Licci is an ADC inmate and named plaintiff.  Ms. Licci is expected to testify with regard to the factual allegations in the Complaint and the provision of medical, mental health and dental care at ADC.*

12.    Joseph Hefner, ADC #203653
       c/o Jones Day

*Mr. Hefner is an ADC inmate and named plaintiff.  Mr. Hefner is expected to testify with regard to the factual allegations in the Complaint and the provision of medical, mental health and dental care at ADC.*

13.    Joshua Polson, ADC #187716
       c/o Jones Day

*Mr. Polson is an ADC inmate and named plaintiff.  Mr. Polson is expected to testify with regard to the factual allegations in the Complaint, the conditions of confinement in the isolation units, and the provision of medical, mental health and*

1  *dental care at ADC.*

2

3      14.   Charlotte Wells, ADC #247188
             c/o Jones Day

4

5        *Ms. Wells is an ADC inmate and named plaintiff.  Ms. Wells is expected to testify*

6  *with regard to the factual allegations in the Complaint and the provision of medical,*

   *mental health and dental care at ADC.*

7  **Defendants**

8

9      15.   Charles Ryan, ADC Director, Defendant
             ***c/o Struck Wieneke & Love, P.L.C.***
             ***3100 West Ray Road, Suite 300***

10           ***Chandler, AZ 85226***
             ***(480) 420-1600***

11

12           Office of the Attorney General, State of Arizona
             1275 West Washington Street

13           Phoenix, AZ 85007-2926
             ***(602) 542-1610***

14

15       *Mr. Ryan is ADC Director and defendant in this action.  Plaintiffs have*

16  *subpoenaed Mr. Ryan for a deposition for September 20, 2013, and may rely on*

17  *testimony from his deposition.  Mr. Ryan is expected to testify with regard to the*

18  *statewide delivery of medical, mental health and dental care (hereinafter "health care")*

19  *to prisoners in ADC prison facilities, including but not limited to ADC policies,*

20  *procedures and practices regarding the delivery of health care to prisoners, including*

21  *timely nursing and provider care, chronic care, access to specialty care; the*

22  *privatization of the delivery of health care system; quality assurance and review of*

23  *health care; the monitoring of private contractors Wexford Health, Inc. and Corizon*

24  *Inc.; tracking, oversight, and review of prisoners' deaths while in custody; tracking,*

25  *oversight, and review of prisoners' grievances and appeals regarding inadequate health*

26  *care; budgetary levels and requests for ADC; staffing levels, training, and policies for*

27  *ADC staff and health care staff; communications with other state officials, advocates,*

28  *and prisoners' families and friends regarding the delivery of health care to prisoners.*

*Mr. Ryan is further expected to testify with regard to ADC policies, procedures and practices regarding the use of isolation and conditions of confinement in the isolation units.  Mr. Ryan is also expected to testify with regard to any other topic for which Defendants have identified him as having knowledge.*

16.   Richard Pratt, *ADC Quality/Clinical Program Evaluation Administrator and former Interim Director, Health Services ("HS") Division, Defendant c/o Struck Wieneke & Love, P.L.C.*
*3100 West Ray Road, Suite 300*
*Chandler, AZ 85226*
*(480) 420-1600*

Office of the Attorney General, State of Arizona
1275 West Washington Street
Phoenix, AZ 85007-2926
*(602) 542-1610*

*Mr. Pratt is the current Quality/Clinical Program Evaluation Administrator and former Interim Division Director of Health Services at ADC and a defendant in this action. Plaintiffs have subpoenaed Mr. Pratt for a deposition for September 20, 2013, and may rely on testimony from his deposition.  Mr. Pratt is expected to testify with regard to the statewide delivery of health care to prisoners in ADC prison facilities, including but not limited to ADC policies, procedures and practices regarding the delivery of health care to prisoners, including timely nursing and provider care, chronic care, access to specialty care; quality assurance and review of health care; the privatization of the delivery of health care system; the monitoring of private contractors Wexford Health, Inc. and Corizon Inc.; tracking, oversight, and review of prisoners' deaths while in custody; tracking, oversight, and review of prisoners' grievances and appeals regarding inadequate health care; staffing levels, training, and policies for ADC staff and health care staff; communications with other state officials, advocates, and prisoners' families and friends regarding the delivery of health care to prisoners. Mr. Ryan is also expected to testify with regard to any other topic for which Defendants have identified him as having knowledge.*

***Deposed Witnesses***

17.   David Robertson**, D.O., ADC Medical Program Administrator**
      ***c/o Struck Wieneke & Love, P.L.C.***

*Dr. Robertson was previously deposed, and plaintiffs may rely on his deposition testimony.  Dr. Robertson is expected to testify regarding ADC's monitoring, supervision, and oversight of medical care provided by Wexford Health and Corizon; the provision of medical care at multiple prisons since his time of employment with ADC; the privatization of health care services, quality assurance and review of health care; Corizon's development of an electronic health records system; and all other topics to which he testified in his deposition. Dr. Robertson is also expected to testify with regard to any other topic for which Defendants have identified him as having knowledge.*

18.   ***William Smallwood, D.D.S.***
      ***c/o Smallwood Prison Dental Services ("SPDS")***

*Dr. Smallwood was previously deposed, and plaintiffs may  rely on his deposition testimony with regard to written and unwritten dental policies and procedures; tracking and scheduling of dental appointments at ADC facilities; the capabilities and limitations of SPDS' Correctional Dental Software; quality assurance at ADC facilities, including the methods, personnel, policies, and procedures used to ensure that all dental staff provide timely and effective dental care to inmates; the hiring and credentialing of employees who provide dental care at ADC facilities; reports, evaluations, and statistical data regarding the provision of and need for dental care for inmates; changes to the provision of dental care, whether formal or informal, after March 4, 2013; SPDS' relationship with Corizon and ADC, including SPDS' bid for the dental contract and the degree to which ADC or Corizon is involved with SPDS' activities; and the monitoring and oversight by Corizon or ADC over SPDS' provision of dental care at ADC facilities.*

19.   Nicole Taylor, *Ph.D.*  ***ADC Mental Health Monitor***

-7-

*c/o Struck Wieneke & Love, P.L.C.*

*Dr. Taylor was previously deposed, and plaintiffs may rely on her deposition testimony with regard to ADC's monitoring, supervision, and oversight of mental health care provided by Corizon, as well as the provision of mental health care at multiple prisons since her time of employment with ADC, and all other topics to which she testified in her deposition. Dr. Taylor is also expected to testify with regard to any other topic for which Defendants have identified her as having knowledge.*

<u>Others Not Deposed</u>

20.    Redacted Taylor, *former ADC Contract Compliance Program Evaluation* nistrator, *Regional Vice President for Corizon*
       *c/o Corizon Inc.*

*Mr. Taylor was previously the Contract Compliance Program Evaluation Administrator for ADC and currently is Regional Vice President for Corizon, Inc. Plaintiffs will call him to testify regarding ADC's privatization of health care services, and the compliance of Wexford Health and Corizon Inc. to the terms of the contract. Mr. Taylor is also expected to testify with regard to his current position and the provision of health care to ADC prisoners.  Mr. Taylor will testify with regard to any other topic for which Defendants have identified him as having knowledge.*

**B.    <u>INDIVIDUALS WHO MAY BE CALLED TO TESTIFY</u>**

<u>Deposed Persons</u>

21.    Michael Adu-Tutu, M.D.
       *c/o Struck Wieneke & Love, P.L.C.*

*Dr. Adu-Tutu was previously the Health Services Director and Dental Program Manager for ADC. Dr. Adu-Tutu was previously deposed, and plaintiffs may rely on his testimony with respect the provision of dental care at ADC before his departure from ADC, including the dental policies and procedures.  Plaintiffs may also call him to testify at trial regarding ADC's  provision of health care to prisoners in ADC facilities prior to his departure from ADC.*

-8-

22. **Marlena Bedoya, ADC Health Services Contract Monitor**
*c/o Struck Wieneke & Love, P.L.C.*

*Plaintiffs plan to depose Ms. Bedoya on September 10, 2013 regarding her current position monitoring Corizon's provision of health care, and may rely on her deposition testimony. Plaintiffs may call her to testify at trial regarding the provision of health care to ADC prisoners, and any other topic for which Defendants have identified her as having knowledge.*

23. Redacted **Bender, ADC Private Prisons Contract Monitor**
*ck Wieneke & Love, P.L.C.*

*Plaintiffs plan to depose Mr. Bender on September 12, 2013, regarding ADC's monitoring, oversight, and supervision of Corizon's provision of mental health care at ADC prisons and may rely on his deposition testimony. Plaintiffs further expect to rely upon his testimony regarding Corizon's compliance with the privatization contract, and any other topics on which he testifies at the deposition. Plaintiffs may call him to testify at trial regarding the provision of health care to ADC prisoners, and any other topic for which Defendants have identified him as having knowledge.*

24. **Kathy Campbell, ADC Statewide Nursing Monitor**
*c/o Struck Wieneke & Love, P.L.C.*

*Plaintiffs plan to depose Ms. Campbell on September 11, 2013 in the capacity of her current position monitoring Corizon's provision of health care, and may rely on her deposition testimony. Plaintiffs may call her to testify at trial regarding the provision of health care to ADC prisoners, and any other topic for which Defendants have identified her as having knowledge.*

25. Redacted **Christie, Safford/Ft. Grant Monitor**
*c/o Struck Wieneke & Love, P.L.C.*

*Plaintiffs plan to depose Ms. Christie on September 18, 2013 regarding her recent employment with ADC monitoring Corizon's provision of health care, and may rely on her deposition testimony. Plaintiffs may call her to testify at trial regarding the*

*provision of health care to ADC prisoners.*

26.     *Karen Chu, ADC Dental Program Monitor*
        *c/o Struck Wieneke & Love, P.L.C.*

*Dr. Chu was previously deposed, and plaintiffs may rely on her deposition testimony with regard to ADC's monitoring, supervision, and oversight of dental care provided by Corizon and SPDS.  Plaintiffs may call her to testify at trial regarding the provision of dental care to ADC prisoners, and any other topic for which Defendants have identified her as having knowledge.*

27.     *Daniel Conn, Wexford Executive Vice President & Chief Operating Officer*
        *c/o Wexford Health, Inc.*

*Plaintiffs deposed Mr. Conn on May 20, 2013 pursuant to the 30(b)(6) deposition subpoena issued to Wexford Health, Inc., regarding the provision of health care to ADC prisoners by Wexford; the termination of the agreement between Wexford and the ADC to provide health care for prisoners; and the cost of complying with the contract between Wexford and the ADC; any Confidentiality agreements, actual or contemplated, between Wexford and the ADC.  Plaintiffs may rely upon his deposition testimony, and may call him to testify at trial.*

28.     Dr. Tracy L. Crews, M.D., *Former Psychiatrist at ASPC-Perryville*
        *444 N. 44th Street, Suite 400*
        *Phoenix, AX 85008*

*Dr. Crews was previously deposed, and plaintiffs may rely on her deposition testimony with regard to ADC's provision of mental health care to prisoners at ASPC-Perryville and other prisons.*

29.     *Carmello Echeveirra, M.D., Wexford Medical Director at ASPC-Lewis*
        *c/o Wexford Health, Inc.*

*Dr. Echeverria was previously deposed, and plaintiffs may rely on his deposition testimony with regard to ADC's provision of medical care to prisoners at ASPC-Lewis. Based upon Plaintiffs' understanding, Dr. Echeverria is no longer employed at ASPC-*

*Lewis, but he has not updated his contact information with the Arizona Medical Board.*

*Plaintiffs anticipate that Wexford, Health, Inc. would be able to assist in locating him.*

30.     ***Neil Fisher, M.D. former Wexford Clinical Medical Director***
        ***c/o Wexford Health, Inc.***

*Plaintiffs plan to depose Dr. Fisher on September 26, 2013 pursuant to the 30(b)(6) deposition subpoena issued to Wexford Health, Inc., regarding the provision of health care to ADC prisoners by Wexford, and any other topic for which Wexford has designated him the person at Wexford most knowledgeable on the topics.  Plaintiffs may rely upon his deposition testimony, and may call him to testify at trial regarding the provision of health care to ADC prisoners.*

31.     ***Greg Fizer, ADC Deputy Warden of Central Unit***
        ***c/o Struck Wieneke & Love, P.L.C.***

*Mr. Fizer was deposed, and Plaintiffs may rely on his deposition testimony regarding policies and procedures and implementation of said policies and procedures for:  placement in, retention in, and release from isolation units: out-of-cell time in the isolation units, including but not limited to outdoor exercise; increases and decreases in prisoner privileges while housed in isolation; the provision of food to prisoners in isolation units, monitoring the effects of conditions of confinement in isolation units on prisoners' mental and physical health; the placement of prisoners  classified as "seriously mentally ill," "severely mentally ill," MH-3 through MH-5, or any other mental health classification employed by the ADC or Corizon while housed in isolation units; suicide watch procedures in the isolation units.  Mr. Fizer's testimony  may also include conditions of confinement in the isolation units, including programming available in the units such as mental health, counseling, employment, education, drug treatment, and rehabilitative services; training provided to correctional staff working in isolation units; required correctional staff levels for isolation units, including staffing schedules, posts and job duties.  Plaintiffs may call Mr. Fizer to testify at trial regarding*

*the isolation units, and any other topic for which Defendants have identified him as*

*having knowledge.*

32.   ***Arthur Gross, ADC Assistant Director of Monitoring Bureau***
      ***c/o Struck Wieneke & Love, P.L.C.***

*Plaintiffs plan to depose Mr. Gross on September 9, 2013 regarding his current*

*position with ADC monitoring Corizon's compliance with the contract to provide all*

*health care, and may rely on his deposition testimony.  Plaintiffs may call him to testify*

*at trial regarding Corizon's provision of health care to ADC prisoners, and any other*

*topic for which Defendants have identified him as having knowledge.*

33.   ***Brian Hanstad, Dental Program Manager***
      ***c/o Corizon Health***

*Dr. Hanstad is one of the Dental Program Managers for the State of Arizona.*

*Dr. Hanstad is expected to testify about the provision of dental care at ADC facilities;*

*written and unwritten dental policies and procedures, including the dental triaging of*

*inmates for emergent, urgent, or routine dental care, processing of HNRs, scheduling*

*of appointments, intake, staffing, and use of outside dental providers; tracking and*

*scheduling of dental appointments at ADC facilities; the capabilities and limitations of*

*SPDS' Correctional Dental Software; quality assurance at ADC facilities, including the*

*methods, personnel, policies, and procedures used to ensure that all dental staff provide*

*timely and effective dental care to inmates; the hiring and credentialing of employees*

*who provide dental care at ADC facilities; reports, evaluations, and statistical data*

*regarding the provision of and need for dental care for inmates; and changes to the*

*provision of dental care, whether formal or informal, after March 4, 2013.*

34.   ***Vanessa Headstream, ADC Health Services Contract Monitor, Nursing***
      ***Monitor***
      ***c/o Struck Wieneke & Love, P.L.C.***

*Ms. Headstream was previously deposed, and plaintiffs may rely on her*

*deposition testimony with regard to her monitoring, supervision, and oversight of*

*nursing care at ASPC-Perryville and ASPC-Lewis, as well as the provision of medical care at multiple prisons since her time of employment with ADC, and all other topics to which she testified in her deposition.  Plaintiffs may call her to testify at trial regarding the provision of health care to ADC prisoners, and any other topic for which Defendants have identified her as having knowledge.*

35.     Karen Ingram**, ADC Senior Procurement Specialist**
**c/o Struck Wieneke & Love, P.L.C.**

*Ms. Ingram was previously deposed, and plaintiffs may rely on her deposition testimony with regard to the evaluation of each proposal submitted to ADC in response to Solicitation No. ADOC12-00001105, privatization for all correctional healthcare.*

36.     ^Redacted^Lewis, **Medical Director at ASPC-Tucson**
**rizon Health**

*Plaintiffs plan to depose Mr. Lewis on September 19, 2013 regarding his current position as Corizon's Medical Director for ASPC-Tucson, and may rely on his deposition testimony.  Plaintiffs may call him to testify at trial regarding Corizon's provision of health care to ADC prisoners, and any other topic for which Defendants have identified him as having knowledge.*

37.     **Karen Mullenix Wexford Project Operations Director and former Director of Operations in Arizona**
**c/o Wexford Health, Inc.**

*Plaintiffs deposed Ms. Mullenix on May 21, 2013 pursuant to the 30(b)(6) deposition subpoena issued to Wexford Health, Inc., regarding the provision of health care to ADC prisoners by Wexford; concerns Wexford had about performance of the contract with ADC to provide health care for prisoners; barriers, obstacles, or difficulties encountered by Wexford in providing healthcare for ADC prisoners and any other topic for which Wexford has designated her the person at Wexford most knowledgeable on the topics.  Plaintiffs may rely upon her deposition testimony, and may call her to testify at trial.*

1   38.   Redacted *Profiri, ADC Director of Contract Beds*
          *Struck Wieneke & Love, P.L.C.*

2

3        *Plaintiffs plan to depose Mr. Profiri on September 11, 2013 regarding his current*

4   *position as the Director of all Contract Beds, including but not limited to the*

5   *compliance of Wexford Health Inc. and Corizon Inc. with the terms of the contract to*

6   *privatize all health care.  Plaintiffs may rely upon his deposition testimony. Plaintiffs*

7   *may call him to testify at trial regarding the provision of health care to ADC prisoners,*

8   *and any other topic for which Defendants have identified him as having knowledge.*

9   39.   Richard Rowe, M.D., ***ADC Medical Program Manager***
          ***c/o Struck Wieneke & Love, P.L.C.***

10

11        *Dr. Rowe was previously deposed, and plaintiffs may rely on his deposition*

12   *testimony with regard to ADC's provision of medical care statewide at the prisons, and*

13   *all other topics to which he was designated by Defendants as responsive to the 30(b)(6)*

14   *request and to which he testified in his deposition. Plaintiffs may call him to testify at*

15   *trial regarding the provision of health care to ADC prisoners.*

16   40.   Jeffrey Sharp, M.D., ***ASPC-Perryville***
          ***c/o Corizon Health***

17

18        *Dr. Sharp was previously deposed, and plaintiffs may rely on his deposition*

19   *testimony with regard to ADC's provision of medical care at multiple prisons across the*

20   *state, and all other topics to which he testified in his deposition.  Plaintiffs may call him*

21   *to testify at trial regarding the provision of health care to ADC prisoners.*

22   41.   Ben Shaw, ***Corizon Mental Health Statewide Director***
          ***c/o Corizon Health***

23

24        *Dr. Shaw was previously deposed, and plaintiffs may rely on his deposition*

25   *testimony with regard to ADC's provision of mental health care statewide at the prisons,*

26   *and all other topics to which he was designated by Defendants as responsive to the*

27   *30(b)(6) request and to which he testified in his deposition.  Plaintiffs plan to depose Dr.*

28   *Shaw on September 16, 2013 in the capacity of his current position as Corizon's*

-14-

*Statewide Director of Mental Health, and plan to rely on his deposition testimony. Dr. Shaw is expected to testify regarding ADC's monitoring, supervision, and oversight of mental health care provided by Wexford Health and Corizon, Inc.; the provision of mental health care at multiple prisons since his time of employment at ADC. Dr. Shaw is also expected to testify with regard to any other topic for which Defendants have identified him as having knowledge.*

42.     ***Christy Somner, Regional Director of Nursing
c/o Corizon Health***

*Plaintiffs plan to depose Ms. Somner on September 13, 2013 regarding her current position as Corizon's Director of Nursing for the State of Arizona, and may rely on her deposition testimony. Plaintiffs may call her to testify at trial regarding Corizon's provision of nursing care to ADC prisoners.*

43.     ***Sam Tardibuono, ADC Douglas Monitor
c/o Struck Wieneke & Love, P.L.C.***

*Plaintiffs plan to depose Mr. Tardibuono on September 19, 2013 in the capacity of his current position monitoring Corizon's provision of health care, and may rely on his deposition testimony. Plaintiffs may call him to testify at trial regarding the provision of health care to ADC prisoners, and any other topic for which Defendants have identified him as having knowledge.*

44.     Helena Valenzuela, ***ADC Health Services Contract Monitor ASPC Phoenix
c/o Struck Wieneke & Love, P.L.C.***

*Ms. Valenzuela was previously deposed, and plaintiffs may rely on her deposition testimony with regard to her monitoring, supervision, and oversight of nursing care at ASPC-Phoenix, as well as the provision of medical care at multiple prisons since her time of employment with ADC, and all other topics to which she testified in her deposition. Plaintiffs may call her to testify at trial regarding the provision of health care to ADC prisoners, and any other topic for which Defendants have identified him as*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*having knowledge.*

45.    Redacted *Vukcevic, Florence Medical Director*
             *rizon Health*

   *Plaintiffs plan to depose Mr. Vukcevic on September 16, 2013 regarding his*
*current position as Corizon's Medical Director for ASPC-Florence, and may rely on his*
*deposition testimony.  Plaintiffs may call him to testify at trial regarding Corizon's*
*provision of health care to ADC prisoners, and any other topic for which Defendants*
*have identified him as having knowledge.*

46.    *Carlos Weekly, Dental Director ASPC-Florence*
             *C/o Corizon Health*

   *Dr. Weekly is one of the Dental Program Managers for the State of Arizona.  Dr.*
*Weekly was previously deposed, and plaintiffs may rely on his deposition testimony. In*
*addition to his deposition testimony, Dr. Weekly is expected to testify about the*
*provision of dental care at ADC facilities; written and unwritten dental policies and*
*procedures, including the dental triaging of inmates for emergent, urgent, or routine*
*dental care, processing of HNRs, scheduling of appointments, intake, staffing, and use*
*of outside dental providers; tracking and scheduling of dental appointments at ADC*
*facilities; the capabilities and limitations of SPDS' Correctional Dental Software;*
*quality assurance at ADC facilities, including the methods, personnel, policies, and*
*procedures used to ensure that all dental staff provide timely and effective dental care to*
*inmates; the hiring and credentialing of employees who provide dental care at ADC*
*facilities; reports, evaluations, and statistical data regarding the provision of and need*
*for dental care for inmates; and changes to the provision of dental care, whether formal*
*or informal, after March 4, 2013.*

47.    *Winfred Williams, Arizona Chief Medical Officer*
             *c/o Corizon, Inc.*

   *Plaintiffs plan to depose Mr. Williams on September 12, 2013 regarding his*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*current position as Corizon's Chief Medical Officer for the State of Arizona, and may*

*rely on his deposition testimony.  Plaintiffs may call him to testify at trial regarding*

*Corizon's provision of health care to ADC prisoners, and any other topic for which*

*Defendants have identified him as having knowledge.*

    48.    ***Martin Winland, ADC Pharmacy Monitor***
              ***c/o Struck Wieneke & Love, P.L.C.***

     ***Plaintiffs plan to depose Mr. Winland on September 18, 2013 in the capacity of***

*his current position monitoring Corizon's provision of pharmacy services, and may rely*

*on his deposition testimony.  Plaintiffs may call him to testify at trial regarding the*

*provision of pharmacy services to ADC prisoners, and any other topic for which*

*Defendants have identified him as having knowledge.*

<u>*Others Not Deposed*</u>

    49.    ***Terry Allred, ADC Health Services Contract Monitor, ASPC Lewis***
              ***c/o Struck Wieneke & Love, P.L.C.***

     ***Mr. Allred is currently ADC's monitor for ASPC-Lewis, and Plaintiffs may call***

*him to testify regarding ADC's monitoring, supervision, and oversight of medical care*

*provided by Corizon at ASPC-Lewis, the provision of medical care at multiple prisons*

*since his time of employment with ADC, and any other topic for which Defendants have*

*identified him as having knowledge. Plaintiffs may call him to testify at trial regarding*

*the provision of health care to ADC prisoners.*

    50.    Redacted ***Arroyo, ADC Audit Nurse***
              ***ck Wieneke & Love, P.L.C.***

     ***Plaintiffs may call Ms. Arroyo to testify regarding ADC's monitoring,***

*supervision, and oversight of nursing care provided by Corizon, the provision of*

*nursing care at multiple prisons since her time of employment with ADC, and any other*

*topic for which Defendants have identified her as having knowledge.  Plaintiffs may*

*call her to testify at trial regarding the provision of health care to ADC prisoners.*

51.  <sup>Redacted</sup> **Dumkrieger, ADC Audit Nurse, Tucson**
**uck Wieneke & Love, P.L.C.**

*Plaintiffs may call Ms. Dumkrieger to testify regarding ADC's monitoring, supervision, and oversight of nursing care provided by Corizon at ASPC-Tucson and the provision of nursing care at multiple prisons since her time of employment with ADC, and any other topic for which Defendants have identified her as having knowledge. Plaintiffs may call her to testify at trial regarding the provision of health care to ADC prisoners.*

52.  **Troy Evans, ADC Health Services Contract Monitor, ASPC-Safford**
**c/o Struck Wieneke & Love, P.L.C.**

*Mr. Evans is currently ADC's monitor for ASPC-Safford, and Plaintiffs may call him to testify regarding ADC's monitoring, supervision, and oversight of medical care provided by Corizon at ASPC-Safford, the provision of medical care at multiple prisons since his time of employment with ADC, and any other topic for which Defendants have identified him as having knowledge. Plaintiffs may call him to testify at trial regarding the provision of health care to ADC prisoners.*

53.  **Mark Haldane, ADC Health Services Contract Monitor, ASPC-Perryville**
**c/o Struck Wieneke & Love, P.L.C.**

*Mr. Haldane is currently ADC's monitor for ASPC-Perryville, and Plaintiffs may call him to testify regarding ADC's monitoring, supervision, and oversight of medical care provided by Corizon at ASPC-Perryville, the provision of medical care at multiple prisons since his time of employment with ADC, and any other topic for which Defendants have identified him as having knowledge. Plaintiffs may call him to testify at trial regarding the provision of health care to ADC prisoners.*

54.  **Anthony Medel, ADC Health Services Contract Monitor, ASPC Yuma**
**c/o Struck Wieneke & Love P.L.C.**

*Mr. Medel is currently ADC's monitor for ASPC-Yuma, and Plaintiffs may call him to testify regarding ADC's monitoring, supervision, and oversight of medical care*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*provided by Corizon at ASPC-Yuma, the provision of medical care at multiple prisons*

*since his time of employment with ADC, and any other topic for which Defendants have*

*identified him as having knowledge.  Plaintiffs may call him to testify at trial regarding*

*the provision of health care to ADC prisoners.*

55.   Redacted Mendoza, ***ADC Audit Nurse, Lewis and Perryville***
            ***uck Wieneke & Love, P.L.C.***

*Ms. Mendoza is currently ADC's audit nurse for ASPC-Lewis and Perryville,*

*and Plaintiffs may call her to testify regarding ADC's monitoring, supervision, and*

*oversight of medical and nursing care provided by Corizon at ASPC-Lewis and*

*Perryville, the provision of nursing care at multiple prisons since her time of*

*employment with ADC, and any other topic for which Defendants have identified her as*

*having knowledge.  Plaintiffs may call her to testify at trial regarding the provision of*

*health care to ADC prisoners.*

56.   ***Jen Mielke-Fontaine, ADC Health Services Contract Monitor, ASPC-***
            ***Florence; previously Audit Nurse Contract Monitor, ASPC Eyman and***
            ***Florence***
            ***c/o Struck Wieneke & Love, P.L.C.***

*Ms. Mielke-Fontaine is currently ADC's monitor for ASPC-Florence, and*

*previously was an audit nurse for ASPC-Eyman and Florence. Plaintiffs may call her*

*to testify regarding ADC's monitoring, supervision, and oversight of medical care*

*provided by Corizon at ASPC-Eyman and Florence, the provision of medical care at*

*multiple prisons since her time of employment with ADC, and any other topic for which*

*Defendants have identified her as having knowledge.  Plaintiffs may call her to testify at*

*trial regarding the provision of health care to ADC prisoners.*

57.   ***John Mitchell, ADC Health Services Contract Monitor, ASPC-Winslow***
            ***c/o Struck Wieneke & Love, P.L.C.***

*Mr. Mitchell is currently ADC's monitor for ASPC-Winslow, and Plaintiffs may*

*call him to testify regarding ADC's monitoring, supervision, and oversight of medical*

*care provided by Corizon at ASPC-Winslow, the provision of medical care at multiple*

*prisons since his time of employment with ADC, and any other topic for which*

*Defendants have identified him as having knowledge.  Plaintiffs may call him to testify*

*at trial regarding the provision of health care to ADC prisoners.*

58.   Redacted **Musson, ADC Health Services Contract Monitor, ASPC-Eyman**
                **ck Wieneke & Love, P.L.C.**

*Mr. Musson is currently ADC's monitor for ASPC-Eyman, and Plaintiffs may*

*call him to testify regarding ADC's monitoring, supervision, and oversight of medical*

*care provided by Corizon at ASPC-Eyman, the provision of medical care at multiple*

*prisons since his time of employment with ADC, and any other topic for which*

*Defendants have identified him as having knowledge.  Plaintiffs may call him to testify*

*at trial regarding the provision of health care to ADC prisoners.*

59.   **Juliet Respicio-Moriarty, ADC Inmate Grievance Appeals Investigator**
            **c/o Struck Wieneke & Love, P.L.C.**

*Plaintiffs may call her to testify regarding ADC's monitoring, supervision, and*

*oversight of Corizon's processing of inmate grievances and appeals regarding health*

*care, ADC's role in investigating the allegations of inadequate health care made in*

*appeals and grievances, and any other topic for which Defendants have identified her*

*as having knowledge.*

60.   **SPDS dental staff working in ADC facilities.**

*Such dental staff may testify about written and unwritten dental policies and*

*procedures, including the dental triaging of inmates for emergent, urgent, or routine*

*dental care, processing of HNRs, scheduling of appointments, intake, staffing, and use*

*of outside dental providers; tracking and scheduling of dental appointments at ADC*

*facilities; the capabilities and limitations of SPDS' Correctional Dental Software;*

*quality assurance at ADC facilities, including the methods, personnel, policies, and*

*procedures used to ensure that all dental staff provide timely and effective dental care to*

*inmates; and changes to the provision of dental care, whether formal or informal, after March 4, 2013.*

61. **Employees of Corizon or ADC with knowledge about the provision of medical, dental or mental health care at ADC facilities.**

*These witnesses may be called to testify about the actual provision of health care, including any informal policies, procedures, or practices. As Plaintiffs identify such persons, they will supplement their disclosure statements accordingly.*

62. **Designated 30(b)(6) witnesses regarding conditions of confinement in the isolation units**

*Plaintiffs plan to depose Defendants designated 30(b)(6 witnesses regarding conditions of confinement in the isolation units on September 17 & 18, 2013 and may rely on these witness' deposition testimony. Plaintiffs may also call these witnesses to testify at trial regarding policies, procedures and practices for: placement in, retention in, and release from isolation units: out-of-cell time in the isolation units, including but not limited to outdoor exercise; increases and decreases in prisoner privileges while housed in isolation; the provision of food to prisoners in isolation units, including but not limited to schedules for delivery of food; deviations from such schedules; menus; and nutritional analyses of menus and implementation of said policies and procedures; monitoring the effects of conditions of confinement in isolation units on prisoners' mental and physical health; the use of force or restraint by ADC staff on prisoners on suicide watch, taking psychotropic medications, or prisoners classified as "seriously mentally ill," "severely mentally ill," MH-3 through MH-5, or any other mental health classification employed by the ADC or Corizon while housed in isolation units. The witnesses may also be asked to testify about conditions of confinement in the isolation units; including programming available in the units, including but not limited to mental health, counseling, employment, education, drug treatment, and rehabilitative services; training provided to correctional staff working in isolation units; required correctional staff levels for isolation units, including staffing schedules, posts and job duties. These witnesses may further be called to testify regarding policies, procedures, and practices*

*for: health care staff monitoring the effects of conditions of confinement in isolation on prisoners' mental and physical health; suicide watch and suicide prevention in isolation units; the referral and transfer of prisoners from isolation units to inpatient mental health facilities, whether operated by the ADC or some other entity; the training provided to health care staff working with prisoners in the isolation units; the involvement of health care staff in the use of force or restraint by ADC staff on prisoner on suicide watch, taking psychotropic medications, or classified as "seriously mentally ill," "severely mentally ill," MH-3 through MH-5, or any other mental health classification employed by the ADC or Corizon while housed in isolation units; the mental health programs available to prisoners in each isolation unit, including but not limited to, group counseling, one-to-one counseling, jobs, and increased recreational and congregate activities; the provision of health care to prisoners in isolation units; the provision of health care to prisoners classified as "seriously mentally ill," "severely mentally ill," MH-1 through MH-5, or any other mental health classification employed by the ADC or Corizon while housed in isolation units.  Plaintiffs may also call these witnesses to testify at trial regarding any other topic for which Defendants have identified him or her as having knowledge.*

63. *Current and former ADC prisoners with knowledge of the provision of health care at ADC facilities and/or conditions of confinement in the isolation units.*

*Plaintiffs will supplement  this list at a later date.*

*The following witnesses (##64-85) may be called to testify about their experiences regarding the actual provision of health care in ADC, ADC's use of isolation and conditions of confinement in the isolation units, specific ADC policies and procedures related to isolation units and the implementation of said policies and procedures in specific isolation units, and any other topic for which Defendants have identified him or her as having knowledge.  As Plaintiffs identify such persons, Plaintiffs will supplement their disclosure statements accordingly.*

1

64.   Redacted *Thompson, Deputy Warden, ASPC-Eyman-SMU I*
            *uck Wieneke & Love, P.L.C.*

2

65.   Redacted *Scott, Deputy Warden, ASPC-Perryville-Lumley*
            *Struck Wieneke & Love, P.L.C.*

3

4

66.   Redacted *Savinen, Associate Deputy Warden, ASPC-Eyman-SMU I*
            *truck Wieneke & Love, P.L.C.*

5

67.   Redacted *Morris, Deputy Warden, ASPC-Eyman-Browning Unit*
            *ck Wieneke & Love, P.L.C.*

6

7

68.   Redacted *Barrios, Deputy Warden, ASPC-Eyman-Browning Unit*
            *ck Wieneke & Love, P.L.C.*

8

69.   Redacted *Heet, Assoc. Deputy Warden, ASPC-Eyman-Browning Unit*
            *Struck Wieneke & Love, P.L.C.*

9

10

70.   Redacted *Hetmer, Warden, ASPC- Florence*
            *ruck Wieneke & Love, P.L.C.*

11

71.   Redacted *Barnes, Assoc. Deputy Warden, ASPC-Florence-Central Unit*
            *Struck Wieneke & Love, P.L.C.*

12

13

72.   Redacted *Woods, Assoc. Deputy Warden, ASPC-Florence-Central*
            *k Wieneke & Love, P.L.C.*

14

73.   Redacted *Scott, Deputy Warden, ASPC-Perryville-Lumley*
            *Struck Wieneke & Love, P.L.C.*

15

16

74.   Redacted *Ortiz, Assoc. Deputy Warden, ASPC-Perryville-Lumly*
            *ruck Wieneke & Love, P.L.C.*

17

75.   Redacted *Muse, Deputy Warden, ASPC-Phoenix-Alhambra/Flamenco Unit*
            *uck Wieneke & Love, P.L.C.*

18

19

76.   Redacted *Scott, Assoc. Deputy Warden, ASPC-Phoenix Alhambra/Flamenco*
            *Unit*
            *c/o Struck Wieneke & Love, P.L.C.*

20

21

77.   Redacted *Hood, ADC Deputy Director*
            *c/o Struck Wieneke & Love, P.L.C.*

22

78.   Redacted *Trujillo, ADC Southern Regions Operations Director (SROD)*
            *c/o Struck Wieneke & Love, P.L.C.*

23

24

79.   *Carson McWilliams, ADC Northern Region Operations Director (NROD)*
            *c/o Struck Wieneke & Love, P.L.C.*

25

80.   Redacted *Credio, Warden, ASPC-Eyman*
            *c/o Struck Wieneke & Love, P.L.C.*

26

27

81.   *[first name unkown] Munoz, Assistant Deputy Warden, ASPC-Eyman*
            *c/o Struck Wieneke & Love P.L.C.*

28

-23-

82. <sup>Redacted</sup> *Frigo, Warden, ASPC-Perryville*
    *Struck Wieneke & Love, P.L.C.*

83. <sup>Redacted</sup> *Daniels, Deputy Warden of Security Operations*
    *uck Wieneke & Love P.L.C.*

84. <sup>Redacted</sup> *Jackson, Deputy Warden, ASPC-Florence*
    *truck Wieneke & Love, P.L.C.*

85. <sup>Redacted</sup> *O'Neil, DWOP, ASPC-Perryville*
    *ruck Wieneke & Love, P.L.C.*

86. Redacted

*Ms.*<sup>Redacted</sup> *may be called to testify regarding her knowledge of the provision of health care to her husband, named plaintiff* Redacted *, and her efforts and interactions with ADC staff to have him provided care. Ms.* <sup>Redacted</sup> *may also be called to testify regarding her knowledge of the provision of health care to other prisoners she knows.*

87. Redacted

*Ms.* Redacted *may be called to testify regarding her knowledge of the provision of health care to her brother,* Redacted *, who died while in custody of ADC.*

88. Redacted

*Ms.* <sup>Redacted</sup> *may be called to testify regarding her knowledge of the provision of health care at ADC facilities, ADC's use of isolation, and the conditions of confinement in isolation.*

89. Redacted

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Ms.* <sup>Redacted</sup> *may be called to testify regarding her knowledge of the provision of health care at ADC facilities, ADC's use of isolation, and the conditions of confinement in isolation.*

90.    Redacted

*Ms.* <sup>Redacted</sup> *may be called to testify regarding her knowledge of the provision of health care at ADC facilities, ADC's use of isolation, and the conditions of confinement in isolation.*

91.    Redacted

*Ms.* Redacted    *may be called to testify regarding her knowledge of the provision of health care to her spouse,* Redacted    *, her efforts and interactions with ADC staff to have him provided care, and his ultimate death.  Ms.* Redacted    *may also be called to testify regarding her knowledge of the provision of health care to other prisoners she knows.*

92.    *All Witnesses Identified by Defendants.*

**II.    A COPY OF OR A DESCRIPTION BY CATEGORY AND LOCATION OF ALL DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND TANGIBLE THINGS THAT PLAINTIFFS MAY USE TO SUPPORT THEIR CLAIMS OR DEFENSES**

*Plaintiffs reserve the right to supplement this list.*

**A.    *Communications to/from various individuals on behalf of the following Plaintiffs***

1.    *Shawn Jensen, see Bates Numbers PLTF-PARSONS-003551-003983;*

2.    *Victor Parsons, see Bates Numbers PLTF-PARSONS-013662-013663 and PLTF-PARSONS-019906-019912;*

3.   *Dustin Brislan, see Bates Numbers PLTF-PARSONS-013904-013909;*

4.   *Sonia Rodriguez, see Bates Number PLTF-PARSONS-022584;*

5.   *Stephen Swartz, see Bates Numbers PLTF-PARSONS-023094-023111; and*

6.   *Various non-Named Plaintiff inmates and former inmates, see Bates Numbers PLTF-PARSONS-000401-000402, PLTF-PARSONS-000681-000682, PLTF-PARSONS-003296-003304, PLTF-PARSONS-003443-003550, PLTF-PARSONS-004011-004299, PLTF-PARSONS-004360, PLTF-PARSONS-004486-004596, PLTF-PARSONS-004618-004623, PLTF-PARSONS-012990-013131, and PLTF-PARSONS-013301-013416.*

**B.    *Medical records and other documents***

7.   *Outside medical records of Shawn Jensen, see Bates Numbers PLTF-PARSONS-000165-000385 and PLTF-PARSONS-019374-019401;*

8.   *Outside medical record of Dustin Brislan, see Bates Numbers PLTF-PARSONS-013910;*

9.   *Court orders and court documents for Robert Gamez, see Bates Numbers PLTF-PARSONS-014942-016456;*

10.  *Court orders, court documents, and outside medical records of Victor Parsons, see Bates Numbers PLTF-PARSONS-019913-021614;*

11.  *Outside medical records of Jeremy Smith, see Bates Numbers PLTF-PARSONS-022603-022763;*

12.  *Outside medical records of Stephen Swartz, see Bates Numbers PLTF-PARSONS-023112-023249;*

13.  *Order in Arenberg v. Ryan, see Bates Numbers PARSONS-013133-013164;*

14.  *Outside medical records of non-Named Plaintiffs, see Bates Numbers PLTF-PARSONS-023666-023964; and*

15.  *Authorizations for the release of personal health information for Charlotte Wells (see Bates Numbers PLTF-PARSONS-025639-025641), Christina Verduzco (see Bates Numbers PLTF-PARSONS-025642-025644), Desiree Licci (see Bates Numbers PLTF-PARSONS-025645-025647), Dustin Brislan (see Bates Numbers PLTF-PARSONS-025648-025649), Jackie Thomas (see Bates Numbers PLTF-PARSONS-025650-025652), Jeremy Smith (see Bates Numbers PLTF-PARSONS-025653-025655), Joseph Hefner (see Bates Numbers PLTF-PARSONS-025656-025658), Joshua Polson (see Bates Numbers PLTF-PARSONS-025659-025661), Maryanne Chisholm (see Bates Numbers PLTF-PARSONS-025662-025663), Robert Gamez (see Bates Numbers PLTF-PARSONS-025664-025666), Shawn Jensen (see Bates Numbers PLTF-PARSONS-025667-025668), Sonia Rodriguez (see Bates Numbers PLTF-PARSONS-025669-025670), Steven Swartz (see Bates Numbers PLTF-PARSONS-025671-025673), and Victor Parsons (see Bates Numbers PLTF-PARSONS-025674-025678).*

**C.    *Documents supporting the facts in the Complaint***

*Medical examiner autopsy reports, death reports, and/or health care records of the following persons who died while in the custody of Defendants.*

16. *James Adams, #131965, see PLTF-PARSONS-002003-002010;*

17. *Robert Arthur Akers, 13-00278, see PLTF-PARSONS-025596-025600;*

18. *Michael Algeri, #240165, see PLTF-PARSONS-012614-012618;*

19. *Kenneth Allen, #63782, see PLTF-PARSONS-012544-012555;*

20. *Dwight Allsup, 11-281, see PLTF-PARSONS-002206-002210;*

21. *Hernan Rafael Cuevas Andrade, #09-05825, see PLTF-PARSONS-001675-001679;*

22. *Kurt Annenberg, #80794, see PLTF-PARSONS-002011-002020;*

23. *Santana Sundown Aqualais, #09-06548, see PLTF-PARSONS-001662-001668;*

24. *Edward M. Baeza, #43508, see PLTF-PARSONS-012919–012922;*

25. *Harlon Jim Baker, #92306, see PLTF-PARSONS-012747-012751;*

26. *Peter Ballinger, #245875, see PLTF-PARSONS-002021-002030;*

27. *Louis John Balon, 11-06593, see PLTF-PARSONS-001882-001884;*

28. *Davod Merle Bandstra, 11-00169, see PLTF-PARSONS-001885-001887;*

29. *Charles Bates, #84245, see PLTF-PARSONS-012752-012756;*

30. *Dennis Bayard, #245405, see PLTF-PARSONS-002031-002036;*

31. *Victor Benitez, #229604, see PLTF-PARSONS-012493-012502;*

32. *Arnold Bermea, 10-03802, see PLTF-PARSONS-001720-001722;*

33. *William Bowers, #109240, see PLTF-PARSONS-012619-012623;*

34. *Leslie Brandenburg, #88172, see PLTF-PARSONS-012624-012628;*

35. *Anthony Charles Braun, 11-06861, see PLTF-PARSONS-001888-001894;*

36. *George V. Bredemann, 12-02092, see PLTF-PARSONS-001943-001950;*

37. *Joseph Harold Breshears, 10-07360, see PLTF-PARSONS-001723-001727;*

38. *Larry Brown, #131317, see PLTF-PARSONS-012757-012761;*

39. *Scott Philip Bruder, #09-06205, see PLTF-PARSONS-001669-001674;*

40. *James Burbey, Jr., #76342, see PLTF-PARSONS-012503-012509;*

41.   *Steven Burdick, #68232, see PLTF-PARSONS-012510-012514;*

42.   *Eric Bybee, #171555, see PLTF-PARSONS-002037-002045;*

43.   *Jesse Joe Cabonias, 11-04239, see PLTF-PARSONS-001895-001900;*

44.   *Pete Calleros, #143778, see PLTF-PARSONS-012515-012529;*

45.   *Kenneth Cannon, #43289, see PLTF-PARSONS-002046-002052;*

46.   *Cesar Naun Carbajal, 12-01719, see PLTF-PARSONS-001951-001957;*

47.   *Delbert Eugene Carr, #255785, see PLTF-PARSONS-012762-012765;*

48.   *Ernest Casillas, #50066, see PLTF-PARSONS-002053-002058;*

49.   *LaSasha Michelle Cherry, 10-05391, see PLTF-PARSONS-001728-001733;*

50.   *Gary V. Coffman, #102399, see PLTF-PARSONS-012766-012770;*

51.   *James E. Collins, 11-231, see PLTF-PARSONS-002211-002215;*

52.   *Juan Manuel Corrales Palomares, #258041, see PLTF-PARSONS-012923–012927;*

53.   *Arthur Coronado, #99387, see PLTF-PARSONS-012629-012633;*

54.   *Jesus Cota, #151319, see PLTF-PARSONS-004306-004317;*

55.   *Kerry Lynn Craig, 10-02649, see PLTF-PARSONS-001734-001736;*

56.   *Richard Albert Cramer, 12-02473, see PLTF-PARSONS-001958-001963;*

57.   *Carl William Cresong, 10-02701, see PLTF-PARSONS-001737-001744;*

58.   *Herman Crowder, #60747, see PLTF-PARSONS-012530-012534;*

59.   *Duron Cunningham, #245305, see PLTF-PARSONS-002059-002066;*

60.   *John Patrick Daly, 10-03447, see PLTF-PARSONS-001745-001753;*

61.   *James Damn, #225040, see PLTF-PARSONS-012771-012775;*

62.   *Dora Sue Davenport, 10-04704, see PLTF-PARSONS-001754-001756;*

63.   *Leslie R. Davies, 12-03517, see PLTF-PARSONS-023656-023663;*

64.   *Forrest Kelsie Day, see PLTF-PARSONS-001964-001970;*

65.   *Velma Dickson, 12-02394, see PLTF-PARSONS-001971-001979;*

66.   *Ferdinand Dix, #205447, see PLTF-PARSONS-000056-000164;*

67.   *Ferdinand J. Dix, #205447, see PLTF-PARSONS-012776-012782;*

68. *Joe Donald, #189885, see PLTF-PARSONS-002067-002080;*

69. *Varney J. Doud, #85582, see PLTF-PARSONS-012634-012638;*

70. *William Harry Driver, 13-00843, see PLTF-PARSONS-025601-025605;*

71. *Max Anderson Dunlap Jr., #37842, see PLTF-PARSONS-012535-012538;*

72. *Mark Alan Edwards, 11-06566, see PLTF-PARSONS-001901-001904;*

73. *Marcelo Espino, #157247, see PLTF-PARSONS-012539-012543;*

74. *Alfonson Farmer, 12-032, see PLTF-PARSONS-002281-002292;*

75. *Geshell Fernandez, 10-04390, see PLTF-PARSONS-001757-001762;*

76. *Charles Clifford Finken, 10-01896, see PLTF-PARSONS-001763-001766;*

77. *John G. Freeman, #34693, see PLTF-PARSONS-012639-012643;*

78. *Clifford D. Fritz, #129311, see PLTF-PARSONS-012928–012931;*

79. *James Galloway, #233906, see PLTF-PARSONS-002081-002089;*

80. *Benny V. Garcia, #39968, see PLTF-PARSONS-012783-012795;*

81. *Harry R. Gardner, #167824, see PLTF-PARSONS-012932–012936;*

82. *Dennis Ginley, #233521, see PLTF-PARSONS-012644-012648;*

83. *68. Billy Gross, #106181, see PLTF-PARSONS-012649-012655;*

84. *Daniel Guzman, 10-05630, see PLTF-PARSONS-001767-001771;*

85. *Phillip Latton Hamlin, 11-07287, see PLTF-PARSONS-023965-023972;*

86. *Dennis Haney, #87515, see PLTF-PARSONS-012937–012947;*

87. *Cassandra Lorraine Hawkins, 10-00503, see PLTF-PARSONS-001772-001779;*

88. *Robert Charles Heydorn, 11-200, see PLTF-PARSONS-002216-002220;*

89. *Luis Moscoso Hernandez, see PLTF-PARSONS-002232 – 002241;*

90. *Douglas Lee Horn, 11-05289, see PLTF-PARSONS-001905-001907;*

91. *Jesse Michael Hosp, #203956, see PLTF-PARSONS-012656-012660;*

92. *David Scott Hunt, 12-01941, see PLTF-PARSONS-001980-001986;*

93. *Andre Hutchins, #80077, see PLTF-PARSONS-012796-012800;*

94. *Fred Lonzo Hutts, #79957, see PLTF-PARSONS-012661-012665;*

95. *Charles Truray Jeffery, 13-00961, see PLTF-PARSONS-025606-025616;*

96. *James Jennings, #250295, see PLTF-PARSONS-002090-002104;*

97. *Lewis Edward Jernigan, #30249, see PLTF-PARSONS-012948–012951;*

98. *Antonio A. Jimenez, #69981, see PLTF-PARSONS-012801-012804;*

99. *Tommy Lee Jones Jr., #200908, see PLTF-PARSONS-012821-012830;*

100. *Clifton Ray Jones, 10-00151, see PLTF-PARSONS-001780-001785;*

101. *Howard Jordan, 12-03234, see PLTF-PARSONS-023664-023665;*

102. *James Donald Kasenow, Jr., 10-04435, see PLTF-PARSONS-001786-001790;*

103. *Carlo Steven Krakoff, #253282, see PLTF-PARSONS-012805-012815;*

104. *Donald Kruse, #235177, see PLTF-PARSONS-002105-002115;*

105. *Matthew Tadeusz Kusmierek, #240259, see PLTF-PARSONS-012816-012820;*

106. *Louis Sydney Lafer, 09-06292, see PLTF-PARSONS-001680-001687;*

107. *Billy D. Lee, 13-00936, see PLTF-PARSONS-025617-025621;*

108. *Francisco Leon Jr, #90634, see PLTF-PARSONS-012952–012956;*

109. *Anthony Clayton Lester, #293529, see PLTF-PARSONS-000386-000400; 000404-000428; 000429-000680; 000683-000745; 000746-001581; and 002116-002124; and 012673-012680;*

110. *John Letaret, #130283, see PLTF-PARSONS-012831-012834;*

111. *Franklin Leverette, #42758, see PLTF-PARSONS-002125-2134;*

112. *Timothy Lewis, #247498, see PLTF-PARSONS-012835-012838;*

113. *Howard Littles, #55888, see PLTF-PARSONS-012681-012684;*

114. *Ronald Leroy Long, #216351, see PLTF-PARSONS-012839-012843;*

115. *Angel Lopez, 10-04755, see PLTF-PARSONS-001791-001793;*

116. *Jose Lopez-Hernandez, #207330, see PLTF-PARSONS-012844-012848;*

117. *Antonio Cota Lozano, III, #157978, see PLTF-PARSONS-012685-012688;*

118. *Armando Rafael Lugo, 10-01821, see PLTF-PARSONS-001794-001803;*

119. *Henry Anthony Malachowski, 11-02829, see PLTF-PARSONS-001908-001913;*

120. *Kenneth Edward Marks, 09-06420, see PLTF-PARSONS-001688-001691;*

121. *Librado Martinez, #144953, see PLTF-PARSONS-012556-012560;*

122. *Joseph Matthews, #50219, see PLTF-PARSONS-012689-012693;*

123. *James Owen McCall, 10-01475, see PLTF-PARSONS-001804-001808;*

124. *Arthur McCoy, #121495, see PLTF-PARSONS-012694-012699;*

125. *Jerry McCoy, #108159, see PLTF-PARSONS-012957–012961;*

126. *Kenneth Edward McCullochm, 11-06100, see PLTF-PARSONS-001914-001917;*

127. *Robert Medeiros, #218451, see PLTF-PARSONS-002135-002142;*

128. *Robert Medina, #121433, see PLTF-PARSONS-002143-002152;*

129. *David Wayne Miller, 10-03650, see PLTF-PARSONS-001809-001811;*

130. *Joe R. Miniefield, #31898, see PLTF-PARSONS-012700-012704;*

131. *William Hall Moffett Jr, 11-02388, see PLTF-PARSONS-002221 – 002231;*

132. *Damien Christopher Moore, #214259, see PLTF-PARSONS-012561-012572;*

133. *Rot Thi Mowder, 10-02803, see PLTF-PARSONS-001812-001817;*

134. *David V. Moreno, 11-00283, see PLTF-PARSONS-001918-001927;*

135. *Robet W. Mulhern, 11-01542, see PLTF-PARSONS-001928-001930;*

136. *Freddie Bernard Myers, #34434, see PLTF-PARSONS-012849-012858;*

137. *Viva Leroy Nash, #47754, see PLTF-PARSONS-002153-002164;*

138. *Mercedez Valdez Navarro, 10-01214, see PLTF-PARSONS-001818-001820;*

139. *William Craig Noel, #122557, see PLTF-PARSONS-012859-012869;*

140. *Enrique R. Orozco, #119841, see PLTF-PARSONS-012962–012966;*

141. *Jeffrey Ortiz, #58963, see PLTF-PARSONS-012870-012874;*

142. *Shannon Len Palmer, 10-05461, see PLTF-PARSONS-001821-001829;*

143. *Huberta Virgina Parlee, 09-05974, see PLTF-PARSONS-001692-001697;*

144. *Joseph Orosco Pena, #45493, see PLTF-PARSONS-012705-012709;*

145. *David Bravo Perez, #91980, see PLTF-PARSONS-012710-012721;*

146. *Ronnie Pierce, 11-339, see PLTF-PARSONS-002242-002246;*

147.  *Sean Dexter Pierce, 09-02410, see PLTF-PARSONS-001698-001703;*

148.  *Karot Phothong, 12-053, see PLTF-PARSONS-002293-002303;*

149.  *Daniel Porter, #61424, see PLTF-PARSONS-002304-002312;*

150.  *Christopher Rankhorn, #163073, see PLTF-PARSONS-012875-012883;*

151.  *Thomas Lloyd Reed, #151114, see PLTF-PARSONS-012722-012728;*

152.  *Juan G. Reynoza, #230169, see PLTF-PARSONS-012729-012733;*

153.  *Alvin Rhodes, 12-034, see PLTF-PARSONS-002313-002318;*

154.  *Donald Anthony Rhodes, 10-07162, see PLTF-PARSONS-001830-001836;*

155.  *Ronald Lee Richie, 10-07719, see PLTF-PARSONS-001931-001940;*

156.   *Thule Robertsson, #108680, see PLTF-PARSONS-012884-012888;*

157.  *Ceddrick Lenell Robinson, 10-01773, see PLTF-PARSONS-001837-001844;*

158.  *Alfonso Rodriguez, #74162, see PLTF-PARSONS-012573-012576;*

159.  *Rosario Rodriguez-Bojorquez, #256497, see PLTF-PARSONS-002165-002172;*

160.  *Robert Rojas, #42237, see PLTF-PARSONS-012577-012586;*

161.  *Albert Saenz, 11-146, see PLTF-PARSONS-002247-002250;*

162.  *Thomas Sallee, #240497, see PLTF-PARSONS-012734-012737;*

163.  *Raymond Sawyer, #227858, see PLTF-PARSONS-012738-012741;*

164.  *Dana Haywood Seawright, 10-04024, see PLTF-PARSONS-001845-001858;*

165.  *William Sexton, 12-268, see PLTF-PARSONS-002319-002325;*

166.  *Virgil Arthur Smith, 09-05559, see PLTF-PARSONS-001704-001709;*

167.  *Kenneth Edward Soffel, #246697, see PLTF-PARSONS-012967–012971;*

168.  *Brian Stokes, #113227, see PLTF-PARSONS-012587-012591;*

169.  *Bruce Stokes, #113227, see PLTF-PARSONS-001990-002002;*

170.  *Dewey Emil Strong, #94871, see PLTF-PARSONS-012742-012746;*

171.  *Robert O. Sweepe III, 13-00446, see PLTF-PARSONS-025622-025638;*

172.  *Emmett Lee Taylor, #80901, see PLTF-PARSONS-012972–012982;*

173.  *James Toppin, #216346, see PLTF-PARSONS-012983–012989;*

174. *Michael Tovar, 11-195, see PLTF-PARSONS-002251-002259;*

175. *Albet Tsosie, 10-03574, see PLTF-PARSONS-001859-001869;*

176. *John Tuxford, #190852, see PLTF-PARSONS-012889–012893;*

177. *Mark S. Uhlig, #38856, see PLTF-PARSONS-012894–012898;*

178. *Dung Van Ung, 09-03595, see PLTF-PARSONS-001710-001715;*

179. *Alexander Usurelu, #181716, see PLTF-PARSONS-002173-002184;*

180. *Michael Vahle, #192904, see PLTF-PARSONS-002185-002189;*

181. *Ysidro Valdez, #116976, see PLTF-PARSONS-002190-002194;*

182. *Andrus Vallow, #99075, see PLTF-PARSONS-012899–012903;*

183. *Ronald Frank Vasquez, #38689, see PLTF-PARSONS-012904–012908;*

184. *Edgardo Vega-Navarro, #240407, see PLTF-PARSONS-012592-012603;*

185. *Patricia Isabel Velez, 10-02605, see PLTF-PARSONS-001870-001877;*

186. *Richard Salazar Vidal, #115943, see PLTF-PARSONS-012909–012913;*

187. *Andrew Dimitrius Villareal, 09-07194, see PLTF-PARSONS-001716-001719;*

188. *T. Ray Washington, 12-03258, see PLTF-PARSONS-001987-001989;*

189. *Jack Weatherington, #79351, see PLTF-PARSONS-012604-012608;*

190. *Carey Daniel Wheatley, 11-00772, see PLTF-PARSONS-002260-002270;*

191. *Akil Williams, #254086, see PLTF-PARSONS-002195-002205;*

192. *Ov Williams, #96261, see PLTF-PARSONS-012609-012613;*

193. *Robert Acquin Williams, #10-07698, see PLTF-PARSONS-001878-001881;*

194. *Orion K. Wilkins, 11-02441, see PLTF-PARSONS-002271-002280;*

195. *David Wiser, #153309, see PLTF-PARSONS-012914–012918; and*

196. *John Patrick Zimmerman, 11-00259, see PLTF-PARSONS-001941-001942.*

*Other documents that support the facts in the Complaint.*

197. *PLTF-PARSONS-000001-000055;*

198. *PLTF-PARSONS-004300-004305;*

199. *PLTF-PARSONS-004361-004485;*

200. *PLTF-PARSONS-013132;*

1   201.   *PLTF-PARSONS-013165-013167;*

2   202.   *PLTF-PARSONS-013169-013300;*

3   203.   *PLTF-PARSONS-013658-013660;*

4   204.   *PLTF-PARSONS-013713-013715;*

5   205.   *PLTF-PARSONS-013911-013963;*

6   206.   *PLTF-PARSONS-016457-016460;*

7   207.   *PLTF-PARSONS-021615-021762; and*

8   208.   *PLTF-PARSONS-025436-025595.*

9       **D.**   ***Oral or recorded statements by Defendant(s) or other ADC employees***

10   209.   *Statements made by Defendant Charles Ryan and other ADC employees regarding the death of Anthony Lester, #293529, available at*
11   *http://www.azcentral.com/video/1259212342001 and http://www.azcentral.com/12news/news/articles/2011/11/11/20111111arizona-*
12   *prison-suicide-failure-to-aid-part-2.html;*

13   210.   *All statements issued to the public by Defendants, including those made publicly available through the ADC website,*
14   *http://www.azcorrections.gov/index.aspx; and*

15   211.   *All statements or admissions filed by Defendants in this case.*

16       **E.**   ***Other documents obtained via medical records request, Public Records Act request, Privacy Act request or Freedom of Information Act***
17   ***request***

18   212.   *Documents Bates stamped PLTF-PARSONS-004629-012021, which include documents obtained from ADC through the following Public Records Act*
19   *requests:*
*December 29, 2009 request from Dan Pochoda on behalf of the ACLU of*
20   *Arizona; June 22, 2010 request from Dan Pochoda on behalf of the ACLU of Arizona; March 10, 2011 request from Dan Pochoda on behalf of the ACLU*
21   *of Arizona; August 23, 2011 request from Dan Pochoda on behalf of the ACLU of Arizona; and April 9, 2012 request from James Lyall on behalf of*
22   *the ACLU of Arizona.*

23       **F.**   ***Additional correspondence, notes or other documents drafted by Plaintiffs or on Plaintiffs' behalf.***

24
25   213.   *Email from Donald Specter to Karyn Klausner, "Additional Prisoners Seeking Health Care" Jan. 20, 2012, 10:54 am, see Bates Numbers PLTF-*
*PARSONS-001612-1615;*

26
27   214.   *Email from Corene Kendrick to Karyn Klausner, "Additional Prisoners Seeking Health Care" Feb. 3, 2012, 12:57 pm, see Bates Numbers PLTF-*
*PARSONS-001616-1618;*

28

215. *Email from Corene Kendrick to Karyn Klausner, "RE: Additional Prisoners Seeking Health Care" Feb. 3, 2012, 3:37 pm, see Bates Numbers PLTF-PARSONS-001616-1618;*

216. *Email from Donald Specter to Karyn Klausner, "Additional Prisoners Seeking Health Care" Feb. 10, 2012, 1:15 pm, see Bates Numbers PLTF-PARSONS-001619-1621;*

217. *Email from Donald Specter to Karyn Klausner, "Prisoners with Unmet Health Care Needs" Feb. 17, 2012, 3:04 pm, see Bates Numbers PLTF-PARSONS-001622-1623;*

218. *Letter from Charles Ryan to Donald Specter, Feb. 17, 2012;*

219. *Email from Donald Specter to Karyn Klausner, "Tolling Agreement and Inmate Health Care" Feb. 24, 2012, 4:16 pm, see Bates Numbers PLTF-PARSONS-001624-1626;*

220. *Letter from Donald Specter to Charles Ryan and Karyn Klausner, Feb. 24, 2012;*

221. *Email from Donald Specter to Karyn Klausner, "Tolling Agreement and Inmate Health Care" Feb. 24, 2012, 4:19 pm, see Bates Numbers PLTF-PARSONS-001624-1626;*

222. *Letter from Donald Specter to Karyn Klausner, "Kenneth Thompson, 138470, Eyman-Browning" Dec. 15, 2011, see Bates Numbers PLTF-PARSONS-001627;*

223. *Email from Donald Specter to Michael Gottfried, "Jonathan Levi Trethewey, #137818, Tucson-Manzanita" May 15, 2012, 9:36 am, see Bates Numbers PLTF-PARSONS-001628-1632;*

224. *Email from Donald Specter to Michael Gottfried, "Health care issues of individual prisonersq [sic]" May 25, 2012, 12:02 pm, see Bates Numbers PLTF-PARSONS-001633-1637;*

225. *Email from Donald Specter to Dan Struck, "Letter Regarding Named Plaintiffs" Aug. 2, 2012, 11:33 am, see Bates Numbers PLTF-PARSONS-001638-1641;*

226. *Email from Michael Gottfried to Donald Specter, "Health care issue (Brislan, Verduzco, Parsons)" August 9, 2012, 9:01 am, see Bates Numbers PLTF-PARSONS-001642-1643;*

227. *Handwritten Timeline from Stephen Swartz, see Bates Numbers PLTF-PARSONS-013417-013446;*

228. *Letter from Michael Miller to Dr. Dora Schriro, "State v. Parsons #123589" Oct. 27, 2006, see Bates Numbers PLTF-PARSONS-013664-013665;*

229. *Chronology from Victor Parsons, "Medical Log about Abdominal Pains – Stomach Issues" Jan. 7, 2010 to Oct. 29, 2012, see Bates Numbers PLTF-PARSONS-013666-013669 and PLTF-PARSONS-021769-021778;*

230. *Handwritten Notes from Victor Parsons, Dec. 12, 2009 to Oct. 5, 2010, see Bates Numbers PLTF-PARSONS-013670-013676;*

231. *Calendar from Desiree Licci, 2012, see Bates Numbers PLTF-PARSONS-013677-013695;*

232. *Handwritten Notes and Calendars from Dustin Brislan, see Bates Numbers PLTF-PARSONS-013964-013984;*

233. *Handwritten Notes and Chronology from Joseph Hefner, see Bates Numbers PLTF-PARSONS-019303-019305;*

234. *Letter from Beatrice Benitez to Tara Diaz on behalf of Victor Parsons, Jan. 3, 2011, see Bates Numbers PLTF-PARSONS-021763-021765;*

235. *Letter from Karyn Klausner to Dan Pochoda, "Re: Medical Services" July 1, 2010, see Bates Numbers PLTF-PARSONS-21766;*

236. *Calendar from Victor Parsons, "Recreation Schedule" March & May 2012, see Bates Numbers PLTF-PARSONS-021767-021768;*

237. *Chronology from Victor Parsons, Nov. 2 to Nov. 12, 2010, see Bates Numbers PLTF-PARSONS-021779-021784; and*

238. *Handwritten Notes, Chronology, and Calendar from Stephen Swartz, see Bates Numbers PLTF-PARSONS-023250-023260.*

   **G.** *Additional correspondence or documents that Plaintiffs received from ADC or Arizona State employees relating to the allegations in the Complaint*

239. *Correspondence forwarded from or copied by various ADC or State of Arizona agents or counsel, see Bates Numbers PLTF-PARSONS-000403, PLTF-PARSONS-003984-004011, PLTF-PARSONS-004597-004617, PLTF-PARSONS-012091-012492, PLTF-PARSONS-013168, PLTF-PARSONS-013448-013629, PLTF-PARSONS-013661, and PLTF-PARSONS-023261.*

240. *Correspondence forwarded from or copied by Claudia Baker Harran with ADC or its agents, see Bates Numbers PLTF-PARSONS-002326-003295, PLTF-PARSONS-003305-003442, PLTF-PARSONS-004318-004359, and PLTF-PARSONS-013716-013903.*

241. *October 2009 letter from anonymous health care staff to Charles Ryan, as he quoted in a Nov. 6, 2009 memo to All ADC Health Services Staff, Bates No. PLTF-PARSONS-000023-25, at 000024-25, (emphasis in original).\*

242. *March 18, 2011 Letter from Ben Shaw & Charles Flanagan to SMI Commission, attaching "A Response to Recent Criticisms of Mental Health Treatment of Inmates in the Arizona Department of Corrections" ADC027717-23.*

243. *Health Needs Requests, Inmate Letters, Grievances, Communiques, and other related health communications and records, including appeals and responses thereto, received from ADC or its agents for the following prisoners*

(a)   *Dustin Brislan, see Bates Numbers PLTF-PARSONS-013985-014885 and PLTF-PARSONS-027977-028668;*

(b)    *Erineo Cano, see Bates Numbers PLTF-PARSONS-013168;*

(c)   *Maryanne Chisholm, see Bates Numbers PLTF-PARSONS-004624-004628 and PLTF-PARSONS-014886-014941 and PLTF-PARSONS-026008-026016;*

(d)   *Ruben Danior, see Bates Numbers PLTF-PARSONS-013633;*

(e)   *Robert Gamez, see Bates Numbers PLTF-PARSONS-012022-012090 and PLTF-PARSONS-016461-019302;*

(f)   *Joseph Hefner, see Bates Numbers PLTF-PARSONS-019306-019373 and PLTF-PARSONS-025679-025771;*

(g)   *Donald Hobbs, see Bates Numbers PLTF-PARSONS-013634-013640;*

(h)   *Mike Isaacs, see Bates Numbers PLTF-PARSONS-013641;*

(i)   *Shawn Jensen, see Bates Numbers PLTF-PARSONS-019402-019905 and PLTF-PARSONS-026520-026525;*

(j)   *Margina Lopez, see Bates Numbers PLTF-PARSONS-013642-013647;*

(k)   *Alphonso Martinez, see Bates Numbers PLTF-PARSONS-013648;*

(l)   *Victor Parsons, see Bates Numbers PLTF-PARSONS-013630-013632 and PLTF-PARSONS-021785-022512, and PLTF-PARSONS-027963-027976;*

(m)   *Joshua Polson, see Bates Numbers PLTF-PARSONS-022513-022583, PLTF-PARSONS-023973-024010, PLTF-PARSONS-026526-027187, and PLTF-PARSONS-027277-027962 ;*

(n)   *Angel Ramirez, see Bates Numbers PLTF-PARSONS-013649;*

(o)   *Sonia Rodriguez, see Bates Numbers PLTF-PARSONS-013447 and PLTF-PARSONS-022585-022602;*

(p)   *Jeremy Smith, see Bates Numbers PLTF-PARSONS-022764-023093 and PLTF-PARSONS-027190-027191;*

(q)   *Stephen Swartz, see Bates Numbers PLTF-PARSONS-023262-023640, PLTF-PARSONS-024011-025082, PLTF-PARSONS-025772-026007 and PLTF-PARSONS-027269-027276;*

(r)   *Jackie Thomas, see Bates Numbers PLTF-PARSONS-023641-023655;*

(s)   *Jonathan Trethewey, see Bates Numbers PLTF-PARSONS-025430-025435;*

(t)   *Daniel VanDaalen, see Bates Numbers PLTF-PARSONS-013650;*

(u)   *Charlotte Wells, see Bates Numbers PLTF-PARSONS-013696-013712;*

-37-

1   (v)   *Allen Wheeler, see Bates Numbers PLTF-PARSONS-025083-025143;*

2   (w)   *Dennis White, see Bates Numbers PLTF-PARSONS-025144-025274;*

3   (x)   *Emery White, see Bates Numbers PLTF-PARSONS-013651-013657; and*

4   (y)   *Glenn Worley, see Bates Numbers PLTF-PARSONS-025275-025429.*

5   **H.**   *Documents relating to expert witnesses*

6   **_Deposition transcripts of the following individuals:_**

7   244.   *Karen Ingram*

8   245.   *Richard Rowe, M.D.*

9   246.   *Ben Shaw, Ph.D.*

10   247.   *Tracy Crews, M.D.*

11   248.   *Richard Pratt, P.A.*

12   249.   *Carmelo Echeverria, M.D.*

13   250.   *Jeffrey Alan Sharp, M.D.*

14   251.   *Michael Adu-Tutu, M.D.*

15   252.   *Carlos Weekly, M.D.*

16   253.   *Greg Fizer*

17   **_Declarations and medical records of the following Plaintiffs:_**

18   254.   *Robert Gamez*

19   255.   *Victor Parsons*

20   256.   *Sonia Rodriquez*

21   257.   *Jeremy Smith*

22   258.   *Desiree Licci*

23   259.   *Jackie Thomas*

24   260.   *Christina Verduzco*

25   261.   *Maryanne Chisholm*

26   262.   *Dustin Brislan*

27   263.   *Joshua Polson*

28   264.   *Joseph Hefner*

1    265.   *Shawn Jensen*

2    266.   *Desiree Licci*

3    267.   *Stephen Swartz*

4    268.   *Charlotte Wells*

5    *The following correspondence and memoranda:*

6    269.   ***Memo from Ben Shaw to Joe Profiri, August 13, 2012, ADC027770-ADC027771***

7
8    270.   ***Letter from Joe Profiri to Karen Mullenix, September 21, 2012, ADC027854-ADC027860***

9    271.   ***Memo from Paulette Boothby to Joe Profiri, August 17, 2012, ADC027794-ADC027804***

10
11   272.   ***Email from Tracy Crews to Ben Shaw, February 3, 2011, PLTF-PARSONS-001644- PLTF-PARSONS-001661***

12   273.   ***Memo from Lewis Medical/Wexford Health Services to Lewis Complex Inmates, 6/26/11 [sic], PLTF-PARSONS-013132***

13
14   274.   ***Memo from Helena Valenzuela to Joe Profiri, August 13, 2012, ADC028140-ADC028142***

15   275.   ***Memo from Terry L. Allred to Joe Profiri, August 13, 2012, ADC028112-ADC028114***

16
17   276.   ***Memo from O. Valencia to Warden Hetmer, March 26, 2012, ADC026930-ADC028145***

18   277.   ***Letter from Deputy Warden McCarville to [redacted] Alcaraz, April 27, 2011, ADC025768-ADC025770***

19
20   278.   ***Letter from Karen Mullenix to Joe Profiri, October 1, 2012, ADC027941-ADC028143***

21   279.   ***Memo from Jim Taylor to Joe Profiri, August 13, 2012, ADC028112-ADC028114***

22   280.   ***Memo from Dennis Kendall to Joe Profiri, August 13, 2012, ADC028123-ADC028126***

23
24   281.   ***Memo from Kathy Campbell to Joe Profiri, August 20, 2012, ADC028128-ADC028129***

25   282.   ***Memo from Kathy Campbell to Joe Profiri, August 13, 2012, ADC028143***

26   283.   ***Memo from Vanessa Headstream to Joe Profiri, August 17, 2012, ADC028144-ADC028146***

27
28   284.   ***Contract Monitoring Memo - Tucson Complex - Dec. 2012; written by Kathy***

1          *Campbell 69683-84*

2     285.   **Contract Monitoring Memo, Tucson Catalina - Dec 2012, ADC69701-02**

3     286.   **Memo from Karyn Christie to Joe Profiri, August 13, 2012., ADC028148-ADC028149**

4
5     287.   **Memo from Kathy Campbell to Joe Profiri, August 20, 2012, ADC028159-ADC028161**

6     288.   **Memo from John Mitchell to Joe Profiri, August 10, 2012, ADC028163**

7     289.   **Memo from John Mitchell to Joe Profiri, August 13, 2012, ADC028164-ADC028165**

8
9     290.   **Memo from Dennis Chenail to Joe Profiri, August 13, 2012, ADC028167**

      291.   **Memo from Vanessa Headstream to Joe Profiri, August 17, 2012, ADC028168-ADC028170**
10

11    292.   **Memo from John Mitchell to Joe Profiri, August 17, 2012, ADC028171-ADC028172**

12    293.   **Memorandum from Robert Patton and Richard Pratt to Charles Ryan dated April 30, 2012, entitled "Increase of Mental Health for Max Custody" ADC050861-67**
13

14    294.   **Memo from Eyman Administration to Inmate Population, dated 12/11/12, re: Change in Menu and Store Items – received from inmate**
15

16    295.   **Monitoring Memo Regarding Florence and Eyman from John Mitchell to Joe Profiri, through Jim Taylor, August 31, 2012, ADC034845-34846, at ADC034846**
17

18    296.   **Aug. 28, 2012 ASPC-Florence Weekly Monitoring Report from Dennis Kendall to Joe Profiri, through Jim Taylor and Richard Pratt, ADC034791-34792, at 34792**
19

20    297.   **September 2012 ASPC-Florence Monthly Non-Compliance Report, by ADC Monitors D. Kendall & J. Fontaine, ADC035210-35212**

21
22    298.   **September 2012 ASPC-Florence Mental Health Performance Measurements, ADC035251-35252, at 35251**

23    299.   **September 2012 ASPC-Florence Segregated Inmates Performance Measurements, ADC035262**
24

25    300.   **October 2012 ASPC-Eyman Staffing  Measurements, ADC036171**

26    301.   **September 2012 ASPC-Eyman Monitoring Report, Segregated Inmates Performance Measures, ADC035047- Contract Monitoring Memo,12/27/2012, ADC069913-14**
27

28    302.   **Contract Monitoring Memo, 8/20/12, ADC028173**

303. *September 2012 ASPC-Perryville Santa Maria, Mental Health Performance Measures, ADC035471*

304. *September 2012 ASPC-Perryville Santa Maria, Mental Health Performance Measures, ADC035471*

305. *September 2012 ASPC-Perryville Santa Maria, Segregated Inmates Performance Measures, ADC035479*

306. *September 21, 2012 "Written Cure Notification – Contract No. 120075DC" from Joe Profiri, ADC Contract Beds Operation Director, to Karen Mullenix, Director, Wexford Health Services, ADC027854-27860, ADC027856*

307. *Letter to Joe Profiri from Karen Mullenix, October 1, 2012, ADC027942-43*

308. *Memo from Jeff Hood and Dan Conn to Karen Mullenix, September 17, 2012, ADC027890-ADC027911*

309. *Memomorandum, 8/3/12, ADC028191*

**The following ADC and/or Wexford Manuals, Department Orders, Reports, and other internal documentation:**

310. *ADC Mental Health Technical Manual, Chapter 5, Section 19.0, Effective Date 8/15/11, ADC031959–ADC032044*

311. *ADC Classification Technical Manual revised 10/28/2010, ADC040610-692*

312. *Replacement Page for ADC's Classification Technical Manual, dated April 13, 2012, Bates Numbers, ADC040692*

313. *Arizona Department of Corrections Diet Reference Manual - July 2, 2010 Medical Diets, ADC040577-79, 589-605*

314. *ADC Food Service Technical Manual, revised July 2, 2010 Food Preparation Guidelines, ADC040550-73*

315. *ADC Health Services Technical Manual, ADC010648–ADC011231*

316. *ADC Notice of Request for Proposal for Privatization of Health Care and Wexford Health Inc.'s Bid, ADC014103–ADC016042*

317. *Spreadsheet: Arizona Vacancies and FTE Fill Percentages, August 8, 2012, ADC028019*

318. *Wexford Health Sources Inmate Wait Times, Arizona, August 1-31, 2012, ADC028020–ADC028022*

319. *Weekly Non-Compliance Report, ASPC-Perryville, August 13, 2012, ADC028131–ADC028133*

320. *ADC Departmental Order 711. Notification of Inmate Hospitalization or Death, ADC012781–ADC012788*

321. *ADC Departmental Order 809. Earned Incentive Program, ADC013994-*

1         *ADC014004*

2    322.   ***ADC Departmental Order 1101. Inmate Access to Health Care, ADC011359-***
            ***ADC011388***

3
     323.   ***ADC Departmental Order 1102. Communicable Disease and Infection***
4           ***Control, ADC011389-ADC011409***

5    324.   ***ADC Departmental Order 1103. Technical Manual: Health Services.***
            ***Supersedes: April 1, 2000; Effective Date: January 1, 2010, ADC010554–***
6           ***ADC010647***

7    325.   ***ADC Departmental Order 1103. Technical Manual: Health Services.***
            ***Supersedes: April 1, 1997; Effective Date: April 1, 2000.***
8
     326.   ***ADC Departmental Order 1104. Inmate Health Records, ADC013686–***
9           ***ADC013696***

10   327.   ***ADC Departmental Order 1105. Inmate Mortality/Morbidity Review,***
            ***ADC013697–ADC013702***
11
     328.   ***ADC Departmenal Order 809. Earned Incentive Program (effective date:***
12          ***1/11/11), ADC013994-14004***

13   329.   ***ADC Departmental Order 801. Inmate Classification (effective date: 2/25/10),***
            ***ADC013837-59***
14
     330.   ***ADC Departmental Order 802. Inmate Grievance Procedure (12/19/12),***
15          ***ADC0048527-37***

16   331.   ***ADC Departmental Order 803.  Inmate Disciplinary Procedure (4/28/12),***
            ***ADC013875-910***
17
     332.   ***ADC Departmental Order 804.  Inmate Behavior Control (effective date***
18          ***6/7/12), ADC0107478; ADC048379-410***

19   333.   ***ADC Departmental Order 805.  Protective Segregation  (3/7/13), ADC082096-***
            ***98***
20
     334.   ***ADC Departmental Order 806. Security Threat Groups (STGs) (effective date***
21          ***11/5/09; replacement page effective date:  5/21/12), ADC013941-66***

22   335.   ***ADC Departmental Order 807. Inmate Suicide Prevention, Precautionary***
            ***Watches, and Maximum Behavior Control Restraints (5/21/12)***
23
     336.   ***ADC Departmental Order 811. Individual Inmate Assessments and Reviews***
24          ***(4/8/13), ADC082228-36***

25   337.   ***ADC Departmental Order 701. Inmate Accountability (6/28/12), ADC012644-***
            ***56***
26
     338.   ***ADC Departmental Order 704. Inmate Regulations (4/15/10), ADC012680-***
27          ***96***

28   339.   ***ADC Departmental Order Searches (8/9/10), ADC012725-34***

340. *ADC Departmental Order Strip Searches (20/26/00), ADC082042-45*

341. *ADC Departmental Order 903 Inmate Work Activities (2/18/12), ADC012938-62*

342. *ADC Departmental Order 904 Inmate Religiuos Activites/marriage requests (1/28/13), ADC082237-53*

343. *ADC Departmental Order 909 Inmate Property (6/1/12), ADC13029-74*

344. *ADC Departmental Order 906 – Inmate Recreation/Arts & Crafts (5/28/11), ADC13018-28*

345. *ADC Departmental Order 910 Inmate Education &* Resource Center Services (3/14/06), ADC013075-98*

346. *ADC Departmental Order 911 Inmate Visitation (2/21/12), ADC013099-136*

347. *ADC Departmental Order 912 Food Service – (1/28/09), ADC013137-41*

348. *ADC Departmental Order 914 Inmate mail – (6/8/12), ADC013142-65*

349. *ADC Departmental Order 915 Inmate Phone Calls (1/21/12), ADC013166-79*

350. *ADC Departmental Order 916 Staff-Inmate Communications (5/13/10), ADC013180-82*

351. *ADC Departmental Order 1101 – Inmate Access to Health Care (12/19/12), ADC048543-73*

352. *ADC Departmental Order 1103 Inmate Mental Health Care, Treatment and Programs (12/12/19), ADC048598-607*

353. *ADC Departmental Order 509 Employee Training & Education (1/13/12), ADC012120-45*

354. *ADC Departmental Order 524 Employee Assignments & Staffing (3/15/12), ADC012447-68*

355. *ADC Departmental Order 606 Internal Inspections Program (6/11/12), ADC012628-34*

356. *ADC Departmental Order 703 Security/Facility Inspections (3/6/13), ADC082175-81*

357. *Director's Instruction 261. Intermittent Self-Catheterization and Self-Colostomy Management, PLTF-PARSONS-013713-013715*

358. *ADC Institutional Capacity & Committed Population, October 31, 2012, available at http://www.azcorrections.gov/adc/reports/ capacity/bed_2012/bed_capacity_oct12.pdf.*

359. *ADC reports and correspondence, ADC028025-ADC028254*

360. *Health Care Organizational Charts and Vacancies, ADC014034-ADC014051*

361. *Arizona Vacancies and FTE Percentages – Compared to Contracted Staff Plan (External). August 8, 2011; Rev. 0, ADC016148–ADC016186*

362. *Death Investigations of Inmates, ADC02949–ADC024982; ADC025110–ADC025138; ADC024171–ADC024221; ADC026930–ADC026955; ADC025140–ADC025171*

363. *Autopsy Reports from County Medical Examiners, PLTF-PARSONS-001662-002325*

364. *Wexford Health. Human Resources Job Description, Dental Assistant – Arizona, available at http://jobs.wexfordhealth.com/ careers/dental-jobs.*

365. *Wexford Health. Solicitation, ADOG12-00001105, ADC014103–ADC016042*

366. *MH Levels Statistical Summary, July 23, 2012, ADC027759-ADC027768*

367. *ADC Health Care Staffing Documents, ADC027810-ADC027872, ADC 049045-77*

368. *Medical and Mental Health Score Inmate Distribution by Complex for FY 2011, PLTF-PARSONS-013203-013204*

369. *Any Post Orders Relevant to Plaintiffs' claims to be supplemented later.*

### I.     *Additional Documents*

370. *Parsons et al. v. Ryan et al., Class Action Complaint, 2:12-cv-00601-NW (MEA), Document 1, filed 03/22/12.*

371. *Parsons et al. v. Ryan et al., Answer, 2:12-cv-00601-NVW (MEA), document 30, filed 05/14/12.*

372. *Arenberg v. Ryan, Summary Judgment Order, 2:10-cv00228-JWS (D. Ariz. October 9, 2012), PLTF-PARSONS-013133-013164*

373. *PLTF-PARSONS-026017-026035*

374.  *PLTF-PARSONS-026036-026519*

375. *PLTF-PARSONS-027188-027189*

376. *PLTF-PARSONS-027192-027268*

377. *Documents Reflecting Incidents Affecting Recreation and Meals, ADC094500-72*

378. *Psychotropic Drug Utilization Reports, ADC051295-2212, ADC094265-391, ADC122106-6917, ADC118407-396, ADC094579-832*

379. *Photographs of Recreation Enclosures for Prisoners in Mental Health Unit, ADC027750, 52, 53*

380. *Power Point Slide Regarding ADC Suicides, ADC049654*

381. *Florence-Central Unit Information Reports regarding recreation cancellation, ADC084366-72*

382. *September 2012 ASPC-Eyman Monitoring Report, Sick Call Performance Measures, ADC034917.*

383. *Significant Incident Reports, ADC089116-391260, ADC048345-78, ADC048411-32*

384. *Eyman DO #703 Report (April 2011), ADC074367-80*

385. *Florence DO #703 Report (April 2011), ADC074402-09*

386. *Description: Food Service Management for All Institutions, ADC077283*

387. *Compass Food Service Proposal, ADC80806-80811*

388. *List of all persons currently in isolation, ADC093618-093733*

389. *List of all nonexhausted grievances between 2011 and 2013 regarding conditions of confinement for persons in isolation. ADC089380-089391*

390. *Staffing Report, June 2013, ADC055095*

391. *ADC Pharmacy Expense Reporting FY 12, ADC050860*

392. *Staffing Report, Phoenix, June 2013, ADC121173*

393. *Staffing Report. Tucson, June 2013, ADC 121175*

394. *Mental Health Power Point, ASPC-Florence, ADC027752*

395. *CU and Kasson Mental Health Programs, ADC084886-920*

396. *Staffing Report, Florence, June 2013, ADC121170*

397. *Contract Monitoring Memo, 8/17/12, ADC27797*

398. *Inmate Suicide Prevention, ADC049646-81*

399. *ASPC-Perryville Findings, October 2012, ADC036898.*

400. *MH Levels Statistical Summary as of 06/30/2010, ADC050868*

401. *MH Levels Statistical Summary  as of 08/09/2011, ADC050869-72*

402. *MH Levels Statistical Summary as of 07/23/2012, ADC027759-68*

403. *MH Levels Statistical Summary as of April 15, 2013, ADC083096-105*

404. *MH Levels Statistical Summaries as of 01/03/2011, 04/04/2011,  07/04/2011, 10/03/2011, 01/02/2012, 04/02/2012, 07/02/2012, 10/01/2012, 01/07/2013, and 04/01/2013, ADC094392-499*

405. *MH Levels Detail Reports as of April 26, 2013, ADC093734-958*

406. *ADC Reports regarding incidents that affected meals and/or recreation and occurred in isolation units, ADC092573-645*

407. *Mental Health recreation enclosures at ASPC-Eyman Browning and SMU I, ADC027750, ADC027752*

408. *ASPC-Eyman-SMU I diagram as of 2012 showing location of mental health recreation enclosures, ADC027751*

409. *Mental Health recreation enclosures at ASPC-Florence Kasson Unit, ADC027733*

410. *Memorandum regarding Recreation Enclosures dated April 29, 2013, ADC094576-77*

411. *Selected significant incident reports from the following Bates ranges produced in response to Swartz First Request for the Production of Documents, No. 17,  ADC094578, ADC108139-207, ADC110442-4357*

412. *Signs and Symptoms of Mental Disorders Training, ADC089469*

413. *Meeting with Arizona Governors' Office, November 7, 2012, WEX001-131*

414. *Staffing Report, Perryville, June 2013, ADC121172*

415. *Any documents that plaintiffs' will or have produced in Plaintiffs' latest round of supplements to Plaintiffs' responses to Defendants' interrogatories.*

416. *All other documents referenced in Plaintiff Maryanne Chisholm's Seventh Supplemental Response to Defendant Charles Ryan's First Request for Production of Documents and Things.*

417. *All executive staff and management meeting minutes relevant to Plaintiffs' claims to be supplemented later.*

418. *Other prisoner medical records from ADC, Corizon or Wexford to be supplemented later.*

419. *All prisoner grievances and grievance summaries relevant to Plaintiffs' claims to be supplemented later.*

420. *All documents pertinent to Plaintiffs' claims in this matter that shall be supplemented in these disclosures forthwith.*

1

2

3

4   Dated:  September 6, 2013                    **JONES DAY**

5                                               By:    s/ Sophie Calderón
                                                Caroline Mitchell (Cal. 143124)*
6                                               David C. Kiernan (Cal. 215335)*
                                                Sophia Calderón (Cal. 278315)*
7                                               Sarah Rauh (Cal. 283742)*
                                                555 California Street, 26th Floor
8                                               San Francisco, California 94104
                                                Telephone:  (415) 875-5712
9                                               Email:    cnmitchell@jonesday.com
                                                          dkiernan@jonesday.com
10                                                        scalderon@jonesday.com
                                                          srauh@jonesday.com
11
                                                *Admitted *pro hac vice*
12
                                                Daniel Pochoda (Bar No. 021979)
13                                              Kelly J. Flood (Bar No. 019772)
                                                James Duff Lyall (Bar No. 330045)*
14                                              **ACLU FOUNDATION OF**
                                                **ARIZONA**
15                                              3707 North 7th Street, Suite 235
                                                Phoenix, Arizona 85013
16                                              Telephone:  (602) 650-1854
                                                Email:    dpochoda@acluaz.org
17                                                        kflood@acluaz.org
                                                          jlyall@acluaz.org
18
                                                *Admitted pursuant to Ariz. Sup. Ct.
19                                              R. 38(f)

20                                              Donald Specter (Cal. 83925)*
                                                Alison Hardy (Cal. 135966)*
21                                              Sara Norman (Cal. 189536)*
                                                Corene Kendrick (Cal. 226642)*
22                                              **PRISON LAW OFFICE**
                                                1917 Fifth Street
23                                              Berkeley, California 94710
                                                Telephone:  (510) 280-2621
24                                              Email:    dspecter@prisonlaw.com
                                                          ahardy@prisonlaw.com
25                                                        snorman@prisonlaw.com
                                                          ckendrick@prisonlaw.com
26
                                                *Admitted *pro hac vice*
27

28

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ajmel Quereshi (Md. 28882)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@npp-aclu.org
           afettig@npp-aclu.org
           aquereshi@npp-aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           keidenbach@perkinscoie.com
           jhgray@perkinscoie.com
           mdumee@perkinscoie.com

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
           tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone:  (212) 326-3498
Email:     kmamedova@jonesday.com
           jkmessina@jonesday.com

*Admitted *pro hac vice*

1

2     *Attorneys for Plaintiffs Shawn Jensen;*
      *Stephen Swartz; Dustin Brislan; Sonia*
3     *Rodriguez; Christina Verduzco; Jackie*
      *Thomas; Jeremy Smith; Robert Gamez;*
4     *Maryanne Chisholm; Desiree Licci; Joseph*
      *Hefner; Joshua Polson; and Charlotte*
5     *Wells, on behalf of themselves and all others*
      *similarly situated*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## **CERTIFICATE OF SERVICE**

3          I hereby certify that on September 6, 2013, I e-mailed a copy of the attached

4   document to the following parties:

5                          Michael E. Gottfried
                           Katherine E. Watanabe
6                             Lucy M. Rand
                    Assistant Arizona Attorneys General
7                    Michael.Gottfried@azag.gov
                     Katherine.Watanabe@azag.gov
8                        Lucy.Rand@azag.gov

9                          Daniel P. Struck
                          Kathleen L. Wieneke
10                       Timothy J. Bojanowski
                             Rachel Love
11                         Nicholas D. Acedo
                          Courtney R. Cloman
12                         Ashlee B. Fletcher
                            Anne M. Orcutt
13                STRUCK WIENEKE, & LOVE, P.L.C.
                        dstruck@swlfirm.com
14                       kwieneke@swlfirm.com
                       tbojanowski@swlfirm.com
15                        rlove@swlfirm.com
                          nacedo@swlfirm.com
16                        ccloman@swlfirm.com
                         afletcher@swlfirm.com
17                        aorcutt@swlfirm.com

18                      *Attorneys for Defendants*

19                         Jennifer Alewelt
20                            Asim Varma
                             Sarah Kader
21                             J.J. Rico
                          Cathleen M. Dooley
22             ARIZONA CENTER FOR DISABILITY LAW
                      jalewelt@azdisabilitylaw.org
23                     avarma@azdisabilitylaw.org
                       skader@azdisabilitylaw.org
24                      jrico@azdisabilitylaw.org
                       cdooley@azdisabilitylaw.org

25          *Attorneys for Plaintiff Arizona Center for Disability Law*

26

27

28                                                  s/ Daniel L. Corbett

SFI-837124v1

# EXHIBIT 3

CAUSE NO.  2:12-CV-00601-DJH

| | | |
|---|---|---|
| Victor Antonio Parsons, et al, | § | IN THE UNITED STATES |
| | § | DISTRICT COURT, DISTRICT |
| Plaintiffs, | § | OF ARIZONA |
| | § | |
| v. | § | Judge Code DJH |
| | § | |
| Charles Ryan, et al., | § | |
| | § | |
| Defendants. | § | Non-Jury Trial |

# PLAINTIFFS' TRIAL WITNESS LIST

At the Court's direction, Plaintiffs have listed witnesses based on the claims in the case: overarching systemic problems in health care, medical care, mental health care, dental care, and conditions of confinement in isolation units. Plaintiffs have listed each witness only once, although witnesses may be called to offer testimony relevant to multiple parts of the case.

## I.      WILL CALL

### A.      Health Care

1.      Ryan, Charles

2.      Pratt, Richard

3.      Gross, Arthur

4.      Robertson, David

### B.      Medical

#### 1.      Wilcox, Todd

Anticipated Testimony:  Dr. Wilcox will testify consistent with his reports, and will opine that ADC medical care policies and practices expose prisoners to a substantial risk of serious harm in numerous ways. These inadequate and unconstitutional policies and practices include insufficient numbers of adequately qualified health care staff; a failure to provide timely access to routine, emergency, and specialty care; a failure to inadequately manage the health care of prisoners with

**PLAINTIFFS' TRIAL WITNESS LIST**                                        **Page 1**

chronic medical diseases; a failure to have adequate clinical or infirmary space to provide medical care in a hygienic and confidential manner; a failure to maintain accurate and complete records in prisoners' health care charts; a failure to provide all necessary medication or medical devices to prisoners; a policy and practice of relying upon lower level health care staff perform tasks outside their scope of practice; and a failure to have a meaningful quality assurance or grievance process in place.

Dr. Wilcox will also rebut the conclusions offered by Defendants' medical expert Dr. Mendel regarding the ADC's mortality rates and delivery of care to prisoners with diabetes.  Dr. Wilcox will also rebut the conclusion offered by Dr. Mendel that certain individual prisoners whose files Dr. Mendel and Dr. Wilcox reviewed received adequate medical care.

Witnesses Testifying to Similar Content/Explanation:  Dr. Robert Cohen. The witnesses' testimony is not duplicative and should be admitted because their opinions focus on different issues and are based on different evidence.  Dr. Cohen toured two large prisons, Lewis and Eyman, and reviewed monitoring data and reports through September 2013 for those two prisons and three smaller prisons [Safford, Douglas, Winslow] for which the Court had ordered the tours not occur, and he expressed his opinions about care in those five facilities and the system generally.  Dr. Wilcox toured five different prisons than Dr. Cohen [Florence, Perryville, Phoenix, Tucson, Yuma] and expressed his opinions about inadequate care at those facilities. Dr. Cohen reviewed the health care charts and provided opinions about the inadequate care received by prisoners who died while in ADC custody through April 1, 2014, but Dr. Wilcox did not.   Dr. Wilcox reviewed monitoring reports and data for all 10 ADC prisons for the period of October 2013 through March 2014.  Dr. Wilcox also reviewed the health care charts of a random sample (selected by Defendants) of prisoners with chronic health care conditions.  Dr. Wilcox is the only expert who will testify about the limited value of accreditation by the National Commission on Correctional Health Care.  He is also the only expert who will rebut the conclusions of Defendants' medical expert's opinion that certain data about mortality rates and the care received by diabetics demonstrate that Defendants are providing adequate care.   Dr. Wilcox is the only expert who reviewed the health care charts that were reviewed by Defendants' medical expert.

Direct Exam Time:  2-16 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____


## 2.    Cohen, Robert

Anticipated Testimony:  Dr. Cohen will testify consistent with his reports, and will opine that ADC medical care policies and practices expose prisoners  to a substantial risk of serious harm in numerous ways.  These inadequate and unconstitutional policies and practices include insufficient numbers of adequately qualified health care staff; a failure to provide timely access

to routine, emergency, and specialty care; a failure to inadequately manage the health care of prisoners with chronic medical diseases; a failure to have adequate clinical or infirmary space to provide medical care in a hygienic and confidential manner; a failure to maintain accurate and complete records in prisoners' health care charts; a failure to provide all necessary medication or medical devices to prisoners; a policy and practice of relying upon lower level health care staff perform tasks outside their scope of practice; and a failure to have a meaningful quality assurance or grievance process in place.

Dr. Cohen will also offer his opinion regarding the adequacy of medical care provided to prisoners who died while in ADC custody between January 1, 2012 and April 1, 2014.  Dr. Cohen will also rebut the conclusion offered by Dr. Mendel that certain individual prisoners whose files Dr. Cohen reviewed received adequate medical care.

<u>Witnesses Testifying to Similar Content/Explanation</u>:  Todd Wilcox; justification for multiple medical experts described above.

Direct Exam Time:  2-16 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____


### 3.      Licci, Desiree

<u>Anticipated Testimony</u>:  Ms. Licci will testify regarding the medical care she received while in ADC custody and how she was placed in substantial risk of significant harm.  For example, she may testify that despite having multiple masses identified on her reproductive organs, she waited two years to see an oncologist.  During this period, she suffered months of pain because one of the masses obstructed her bowels.  While Ms. Licci's masses ultimately were found to not be cancerous, she suffered a great deal of physical and psychological harm pending the removal of the masses.

<u>Witness Testifying to Similar Content/Explanation</u>:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____


### 4.      Trethewey, Jonathan [ADC #137818]

**PLAINTIFFS' TRIAL WITNESS LIST**                              **Page 3**

Anticipated Testimony:  Mr. Trethewey will testify regarding the medical care he has received while in ADC custody and how he was placed in substantial risk of significant harm. Specifically, he will testify regarding the delays and lack of treatment for colon cancer.  He will testify that his cancer was left untreated for so long that he suffered a bowel obstruction.  He will testify regarding his ongoing medical conditions that remain untreated, including a pleural effusion, the cause of which has not been determined.  ADC has failed to provide Mr. Trethewey with the follow-up care recommended by oncologists.

Witness Testifying to Similar Content/Explanation:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____


**5.**     Redacted

Anticipated Testimony:  Redacted


.


Witness Testifying to Similar Content/Explanation:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____


**C.**     **Mental Health**

**1.**     **Stewart, Pablo**

Anticipated Testimony:  Pablo Stewart, M.D. will testify consistent with his reports, and will opine that ADC mental health care policies and practices expose prisoners to a substantial risk of serious harm in numerous ways. These inadequate and unconstitutional policies and practices include inadequate numbers of adequately qualified mental health care staff; inadequate follow-up and infrequent contact with qualified mental health staff; inadequate history-taking,

exploration of symptoms, mental status exams, and risk assessments; poor documentation and inadequate and incomplete medical records; dangerous prescribing practices and inadequate medication systems; the failure to adequately monitor prisoners who are taking psychotropic medications; inadequate monitoring and management of medication therapeutic levels and side effects; inadequate access to care; the failure to provide adequate mental health programming; the failure to provide access to inpatient mental health treatment for those who need it; the failure to create, maintain, and update adequate mental health treatment plans; the failure to take adequate steps to prevent heat injury or death for mentally ill prisoners; the failure to provide language interpretation for mental health treatment; the failure to protect prisoners against self-harm and suicide; perfunctory and inadequate mortality reviews and psychological autopsies; the inappropriate use of psychiatry via videolink; the inappropriate use of isolated confinement on the mentally ill; the inappropriate use of chemical agents on the mentally ill; the failure to provide adequate mental health care to patients who are seriously ill and highly symptomatic; the inadequate mental health care of the named plaintiffs; and inadequate monitoring and oversight of the provision of mental health care in ADC.  Dr. Stewart will further testify that the mental health care currently provided in the ADC does not meet minimum standards of care.

Dr. Stewart will rebut the conclusions offered by Defendants' mental health expert, Dr. Penn, that ADC provides adequate mental health care, suicide prevention, mental health programming, and medication systems.  Dr. Stewart will further rebut Dr. Penn's conclusions about ADC's failure to exclude mentally ill persons from the isolation units; its inappropriate use of chemical agents on the mentally ill; and the risk of heat injury and death created by ADC's inadequate policies and practices.  Dr. Stewart will also rebut the conclusions of Defendants' witnesses that certain individual prisoners whose files Dr. Stewart reviewed received adequate mental health care.

<u>Witnesses Testifying to Similar Content/Explanation</u>:  Dr. Craig Haney will also testify to the harmful effects of isolated confinement on the mentally ill.  The witnesses' testimony is not duplicative and should be admitted.  Dr. Stewart is plaintiffs' only psychiatric expert witness and will testify about systemwide deficiencies in ADC mental health care.  Dr. Haney is a psychologist and will testify only about conditions in ADC's isolation units (ASPC-Florence, Central and Kasson Units; ASPC-Eyman, SMU 1 and Browning Unit; and ASPC-Perryville, Lumley Special Management Area) as they affect all prisoners, including but not limited to those with mental illness.

Direct Exam Time:  2-16 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____

     **D.**    **Dental**

        **1.**    **Shulman, Jay**

Anticipated Testimony:  Dr. Shulman will testify consistent with his reports in this matter, including opining that ADC exposes inmates to a substantial risk of serious dental harm. These inadequate procedures include, for example, an inadequate number of qualified dental staff, inadequate HNR triage process, improper use of dental assistants, delays in providing routine care, removal of prisoners from the routine care list, extractions of teeth that could have been restored had better care been provided, inadequate treatment of chewing difficulty, and inadequate monitoring and supervision of dental care. Dr. Shulman also will rebut Defendants' dental experts' opinions, consistent his reports in this matter. For example, Dr. Shulman will explain that Dr. Dovgan's methodology is insufficient, that NCCHC accreditation does not necessarily entail constitutional dental care, that meth mouth and OSHA issues are immaterial, and that Dr. Dovgan's other opinions supposedly rebutting Dr. Shulman's opinions are flawed.

Witnesses Testifying to Similar Content/Explanation:

Direct Exam Time:  2-16 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____


### 2.    Polson, Joshua

Anticipated Testimony:  Mr. Polson will testify regarding the dental care he received while in ADC custody and how he was placed in substantial risk of serious harm.  This includes, for example, testimony that Mr. Polson requested dentures in order to chew food but was forced to wait almost a year before being seen.  In addition, ADC repeatedly failed to provide Mr. Polson with his prescribed soft diet, despite repeated complaints, forcing him to often go hungry, lose weight, and skip medication doses that had to be taken with food.  ADC also failed to provide timely responses to his complaints of pain – on one occasion, his pain complaint was not even answered for 12 days, at which point he was told to "be patient," and was not seen until three weeks after his initial complaint.

Mr. Polson may also testify regarding the medical care he received while in ADC custody and how he was placed in substantial risk of serious harm.  This includes, for example, testimony that despite repeated complaints of ear aches and hearing loss, he was forced to wait almost a year before seeing a physician, at which point his ear had become a "dead ear" and was pronounced non-restorable.  ADC has also failed to consistently provide medications, including those needed to reduce the risk of future ear infections. Mr. Polson may testify regarding the mental health care he received while in ADC custody and how he was placed in substantial risk of serious harm.  Despite a history of suicide attempts and a variety of mental illnesses, including mood swings, hallucinations, paranoia, and depression, Mr. Polson experienced repeated interruptions in the delivery of his mental health medications, and was placed in isolation, where he has minimal human contact and is rarely permitted to leave his cell.  The placement of Mr. Polson in

isolation placed him in substantial risk of serious harm, and caused his mental illness to worsen substantially, but Mr. Polson does not receive adequate therapy or mental health care.

Witness Testifying to Similar Content/Explanation:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____


     **E.**     **Isolation**

     **1.**     **Williams, Brie**

Anticipated Testimony:  Brie Williams, M.D., M.S. will testify consistent with her reports, and will opine that that isolated confinement as practiced in ADC poses a substantial risk of serious harm, including increased morbidity and mortality, to prisoners of older age, with chronic medical conditions, and/or with physical disabilities.  Dr. Williams will testify regarding the medical literature and her findings related to conditions of confinement in ADC's isolation units on the following topics:  importance of deconditioning and functional impairment in older age; the medical effects of loneliness and social isolation; memory impairment; osteoarthritis; hypertension; hearing impairment; insomnia and poor quality sleep; and Type 2 Diabetes Mellitus.  Dr. Williams will also testify to her findings related to the size and configuration of cells and exercise enclosures in the isolation units and the fact that they pose a substantial risk of serious harm because they do not permit adequate exercise to preserve health; the inadequacy of the amount of exercise time offered to prisoners in the isolation units; the constraints on access to exercise, such as the requirement to be strip searched, the lack of water, extreme heat, and the lack of places to sit to accommodate older prisoners or those with mobility impairments; and the harmful effects of 24-hour illumination in the cells in the isolation units, which creates risks of sleep deprivation and resulting negative health consequences.  Dr. Williams will rebut the conclusions offered by Defendants' expert, Dr. Mendel, related to the policies and practices of ADC in the isolation units that place prisoners at substantial risk of serious harm.

Witness Testifying to Similar Content/Explanation:  None.  Dr. Williams is a physician board certified in internal medicine and is the only expert who will testify regarding the negative physical health effects of conditions in ADC's isolation units.

Direct Exam Time:  2-8 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____

## 2. Haney, Craig

Anticipated Testimony:  Craig Haney, Ph.D., J.D., will testify consistent with his reports, and will opine that the conditions of confinement in ADC's isolation units expose prisoners, especially but not only seriously mentally ill prisoners, to a substantial risk of serious harm in numerous ways. These inadequate and unconstitutional policies and practices include: the failure to exclude seriously mentally ill prisoners from conditions of confinement in the isolation units which are known to be harmful to them; and policies and practices which subject all prisoners to harm, including the failure to provide adequate psychiatric monitoring because of chronic understaffing, inappropriate use of chemical agents against prisoners on psychotropic medications, the failure to provide adequate exercise and sufficient nutrition, and inappropriately subjecting prisoners to extreme social isolation, constant cell illumination, limited property, and excessive heat. Dr. Haney will testify to the conditions of extreme social isolation in ADC's isolation units, as well as the lack of programming and out-of-cell time for prisoners.  He will also opine on the inadequacy of ADC's current programs in the isolation units, including its step programs, as well as the risks created by the conditions in ADC's watch cells, and the problems of self-harm and suicide in ADC's isolation units.  He will further testify that the harmful psychological effects of isolated confinement and the serious risk of significant psychological harm that it poses for prisoners has been well documented in the scientific literature and firsthand accounts and that it is widely acknowledged by numerous professional organizations and judicial rulings over the last half century.  He will also testify that mentally ill prisoners are especially vulnerable to the painful and damaging stressors of isolated confinement and the risk that they will incur further psychological damage from placement in such units is especially high. Dr. Haney will further testify to efforts to drastically limit the use of isolated confinement nationwide and to improve overall conditions of confinement, affording prisoners enhanced programming and treatment.

Dr. Haney will rebut the conclusions offered by Defendants' corrections expert, Dr. Seiter, mental health expert, Dr. Penn, and other witnesses regarding the substantial risk of serious harm posed by the conditions of confinement in ADC's isolation units to the prisoners incarcerated there, especially the mentally ill, as well as evidence regarding the harms caused by isolated confinement and steps necessary to ameliorate those harms.  Dr. Haney will further rebut the conclusions of these witnesses that ADC provides adequate programming, including for the mentally ill, in its isolation units.

Witness Testifying to Similar Content/Explanation:  Dr. Pablo Stewart will also testify to the negative effects of isolated confinement on the mentally ill.  The witnesses' testimony is not duplicative and should be admitted.  Dr. Stewart is plaintiffs' only psychiatric witness and will testify about systemwide deficiencies in ADC mental health care.  Dr. Haney is a psychologist and will testify only about conditions in ADC's isolation units (ASPC-Florence, Central and Kasson Units; ASPC-Eyman, SMU 1 and Browning Unit; and ASPC-Perryville, Lumley Special Management Area) as they affect all prisoners, including but not limited to those with mental illness.

Eldon Vail will also testify regarding conditions of confinement in ADC's isolation units.  The witnesses' testimony is not duplicative and should be admitted.  Dr. Haney is a psychologist and will testify regarding the mental health effects of conditions in the isolation units.  Mr. Vail is the only corrections expert testifying on behalf of plaintiffs.  He has over thirty years of direct experience managing correctional facilities and will testify regarding conditions in the isolation units from a corrections management perspective.  He is the only expert who will rebut Defendants' experts and other witnesses regarding ADC's inappropriate use of force policies and practices from a corrections perspective, as well as the over-classification of prisoners to ADC's isolation units.

Direct Exam Time:  2-16 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____


### 3.      Vail, Eldon

Anticipated Testimony:  Mr. Vail will testify consistent with his reports, and will opine that the conditions of confinement in ADC's isolation units expose prisoners, especially seriously mentally ill prisoners, to a substantial risk of serious harm in numerous ways. These inadequate and unconstitutional policies and practices include: the failure to exclude seriously mentally ill prisoners from conditions of confinement in the isolation units which are known to be damaging to them; and policies and practices which subject all prisoners to harm, including the failure to provide adequate psychiatric monitoring because of chronic understaffing, inappropriate use of chemical agents against prisoners on psychotropic medications, the failure to provide adequate exercise and sufficient nutrition, and inappropriately subjecting prisoners to extreme social isolation, constant cell illumination, excessive heat, limited property, and inadequate physical plant.  Mr. Vail will testify to the lack of programming in the isolation units and the lack of a coherent program, especially for the mentally ill.  He will further testify that ADC policy for isolating prisoners is over-broad and fails to systematically take into account the needs of mentally ill prisoners; that the conditions of confinement for prisoners in isolation in ADC facilities result in extreme social isolation and other hardships that are both unnecessary and counter-productive to prison security, as well as harmful for all prisoners, but especially for the mentally ill; that ADC routinely and inappropriately uses chemical agents, such as Oleoresin Capsicum (OC) products (pepper spray), against mentally ill prisoners without considering the impact on the prisoner and the effective management of the prisoner population; and that ADC inappropriately uses mental health watch.  Mr. Vail will testify to the lack of adequate training and administrative oversight for correctional staff.  He will further testify about the reforms necessary in ADC's isolation units to reduce the substantial risk of serious harm they currently create for prisoners, and how other jurisdictions have safely and effectively managed to transform their isolation practices.

Mr. Vail will rebut the conclusions offered by Defendants' corrections expert, Dr. Seiter, mental health expert, Dr. Penn, and other witnesses regarding the substantial risk of serious harm posed by the conditions of confinement in ADC's isolation units to the prisoners incarcerated there, especially the mentally ill, as well as classification issues and policies in ADC's isolation units, staff training, and ADC's inappropriate policy and practice for use of chemical agents. Mr. Vail will further rebut the conclusions of these witnesses that ADC provides adequate programming and program structure, including for the mentally ill, in its isolation units from a corrections perspective. Mr. Vail will further rebut Defendants' witnesses' testimony related to isolation practices in corrections nationwide.

<u>Witnesses Testifying to Similar Content/Explanation</u>:  Dr. Craig Haney will also testify regarding conditions of confinement in ADC's isolation units.  The witnesses' testimony is not duplicative and should be admitted.  Dr. Haney is a psychologist and will testify regarding the mental health effects of conditions in the isolation units.  Mr. Vail is the only corrections expert testifying on behalf of plaintiffs.  He has over thirty years of direct experience managing correctional facilities and will testify regarding conditions in the isolation units from a corrections management perspective.  He is the only expert who will rebut Defendants' experts and other witnesses regarding ADC's inappropriate use of force policies and practices from a corrections perspective, as well as the over-classification of prisoners to ADC's isolation units.

Direct Exam Time:  2-16 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____

II.     MAY CALL

    A.     **Health Care**

        1.     **Charles Ryan, ADC Director**

<u>Anticipated Testimony</u>:  Mr. Ryan is ADC Director and defendant in this action. Mr. Ryan is expected to testify regarding his knowledge and experience as relevant to any of the claims raised by Plaintiffs in the complaint, the provision of health care to ADC prisoners and any other topic for which Defendants have identified him as having knowledge.

<u>Witness Testifying to Similar Content/Explanation</u>:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____

        2.     **Richard Pratt, Interim Director, ADC Health Care Services Monitoring Bureau**

<u>Anticipated Testimony</u>:  Mr. Pratt is expected to testify regarding his knowledge and experience as relevant to any of the claims raised by Plaintiffs in the complaint, the provision of health care to ADC prisoners and any other topic for which Defendants have identified him as having knowledge. Mr. Pratt also has been deposed multiple times in this matter and may be called to testify on issues related to the topics addressed in his depositions.

<u>Witness Testifying to Similar Content/Explanation</u>:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____

        3.     **David Robertson, D.O., ADC Medical Program Administrator**

Anticipated Testimony: Dr. Robertson is expected to testify regarding ADC's monitoring, supervision, and oversight of medical care provided by Wexford Health and Corizon; the provision of medical care at multiple prisons since his time of employment with ADC; the privatization of health care services, quality assurance and review of health care;  Corizon's development of an electronic health records system; and all other topics to which he testified in his deposition. Dr. Robertson is also expected to testify with regard to any other topic for which Defendants have identified him as having knowledge.

Witness Testifying to Similar Content/Explanation:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____

### 4. Nicole Taylor, Ph.D., J.D., ADC Mental Health Program Administrator

Anticipated Testimony: Dr. Taylor may be called with regard to ADC's monitoring, supervision, and oversight of mental health care provided by Corizon, as well as the provision of mental health care at multiple prisons since her time of employment with ADC, and all other topics to which she testified in her deposition. Dr. Taylor is also expected to testify with regard to any other topic for which Defendants have identified her as having knowledge.

Witness Testifying to Similar Content/Explanation:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____

### B. Medical

#### 1. Shawn Jensen

Anticipated Testimony:  Mr. Jensen may testify regarding the medical care he has received while in ADC custody and how he was placed in substantial risk of significant harm.  This includes, for example, the significant delay in receiving treatment for his prostate cancer; numerous post-surgery complications (include six subsequent repair surgeries) caused by an unqualified nursing assistant improperly manipulating a Foley catheter which had been inserted by a surgeon as a

surgical drain, ongoing problems in receiving a timely and adequate supply of catheters, delays in receiving antibiotics to treat infections, and a delay of more than a year after the recurrence of prostate cancer for him to be seen by appropriate specialists to undergo needed tests and to have a reasonable treatment plan developed and managed by a specialist. More specifically, Jensen may testify concerning an incident in August 2010, following prostate surgery performed by a non-ADC provider, when Jensen was seen by an ADC nursing assistant, who tore his surgical site by inappropriately manipulating his Foley catheter—an incident that required numerous subsequent corrective surgical procedures.  Furthermore, Jensen may testify to ongoing problems in receiving adequate medical care at ADC, including lack of response to HNRs, difficulty scheduling appointments, difficulty obtaining medical supplies, inadequate post-surgical care, and lack of communication between ADC and external healthcare providers.

Witness Testifying to Similar Content/Explanation:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn: _____

Appeared: _____

## 2.      Hefner, Joseph

Anticipated Testimony:  Mr. Hefner may testify regarding the medical care he has received while in ADDC custody and how he was placed in substantial risk of significant harm.  This includes, for example, the significant delays in receiving care in connection with multiple eye surgeries, including the failure to provide him with special eye drops prescribed by the specialists, and delays in responding to reports of post-surgery complications.  Mr. Hefner may also testify regarding ADC's failure to provide him with a medically-indicated diet to accommodate his diagnosis of gastro esophageal reflux disease (GERD).

Witness Testifying to Similar Content/Explanation:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn: _____

Appeared: _____

## 3.      Wells, Charlotte

**PLAINTIFFS' TRIAL WITNESS LIST**                              **Page 13**

Anticipated Testimony:  Ms. Wells may testify regarding the medical and dental care that she received while in ADC custody and how she was placed in substantial risk of significant harm. This includes, for example, testimony that despite complaining of chest pain and having a history of hypertension, she was not referred to a cardiologist until she suffered a cardiac event. She may also testify that, after having a stent implanted due to an occluded artery, she waited almost five months to be seen by an outside cardiologist even though she repeatedly complained of chest pain and numbness.  Ms. Wells may also testify that she waited an unreasonably long time for dental care and refused offers to extract teeth that were later filled.

Witness Testifying to Similar Content/Explanation:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____


### 4.      Chisholm, Maryanne

Anticipated Testimony: Ms. Chisholm may testify regarding the medical, dental, and mental health care she has received while in ADC custody and how she was placed in substantial risk of significant harm.  This includes, for example, testimony regarding the unreasonable nine month delay between reporting multiple heart-related symptoms and finally seeing a cardiologist, defendants' failure to refer her for the specialist's recommended tests of her lung and heart function, the delays in receiving inhalers prescribed by a specialist, and the delays and erratic provision of her thyroid medication.  Ms. Chisholm may also testify regarding the delays she experienced in dental care, the improper triaging of her dental needs, and being forced into the "prisoner's dilemma" in treatment of severe dental pain of having to choose between either having the tooth pulled, or waiting for months for a filing.  Ms. Chisholm may also testify regarding mental health treatment for her bipolar disorder, obsessive compulsive disorder, and social anxiety, including the inadequate monitoring of her psychotropic medications, including for the side effects she has suffered from the medications.

Witness Testifying to Similar Content/Explanation:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____

### 5.      Swartz, Stephen

Anticipated Testimony:  Mr. Swartz may testify about the inadequate medical, mental health, and dental care he has received while in ADC custody, as well as the conditions of confinement in isolation, and how he has been placed at a substantial risk of serious harm. For example, Mr. Swartz may testify about inadequate care following a facial injury in 2010. He suffered repeated delays in medication following reconstructive surgery on his face, and at one point his medication was even discontinued, which resulted in severe pain.  Mr. Swartz also suffered delays in seeing a doctor for pain. Mr. Swartz also may testify that he submitted HNRs due to dental pain and suffered delays in receiving dental treatment. Mr. Swartz also may testify that he was given access to dangerous objects while on suicide watch and then, after swallowing those dangerous objects, suffered delays in receiving treatment. Mr. Swartz also repeatedly suffered delays in receiving mental health medication. Finally, Mr. Swartz may testify about the severe conditions in isolation units, including how the isolation units do not adequately protect against self-harm and worsen his mental illness.

Witness Testifying to Similar Content/Explanation:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____


### 6.    Redacted

Anticipated Testimony:  Redacted




Witness Testifying to Similar Content/Explanation:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____

**7.**    Redacted

Anticipated Testimony:  Redacted

Witness Testifying to Similar Content/Explanation:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____

**8.**    Redacted

Anticipated Testimony:  Redacted

Witness Testifying to Similar Content/Explanation:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____

**9.**    Redacted

Anticipated Testimony:  Redacted

Redacted

<u>Witness Testifying to Similar Content/Explanation</u>:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____

    **10.**    Redacted

Anticipated Testimony:  Redacted

<u>Witness Testifying to Similar Content/Explanation</u>:

Direct Exam Time:

CX Exam Time:

Sworn:  _____

Appeared:  _____

    **C.**    **Mental Health**

        **1.**    **Brislan, Dustin**

<u>Anticipated Testimony</u>:  Mr. Brislan may testify about the substantial risk of serious harm he faced as a person with serious mental illness confined in the isolation units in ADC.  This includes the fact that he did not receive adequate mental health treatment while housed in isolation and the fact that his conditions of confinement aggravated his mental illness and increased his suffering, resulting in multiple suicide attempts while housed in isolation. Mr. Brislan may testify that, despite his serious mental illness, he often experienced delays, disruptions, and abrupt changes to his psychotropic medications.  Mr. Brislan may also testify that mental health staff failed to provide him the therapeutic treatment he needed (and frequently requested).  Mr. Brislan will also testify to the conditions in the suicide watch cells, as well as the conditions he experienced in ADC's isolation units and the difficulties he experienced after being directly released from those isolation units to the community.  Finally, Mr. Brislan may

explain that he often was given access to sharp objects that he could use to cut himself while on suicide watch.

Witness Testifying to Similar Content/Explanation:

Direct Exam Time: 1-2 hours

CX Exam Time:

Sworn: _____

Appeared: _____


2.      **Verduzco, Christina**

Anticipated Testimony: Ms. Verduzco may testify regarding the inadequate mental health care she has received while in ADC custody and how she was placed in substantial risk of significant harm. This includes, for example, testimony that, despite being diagnosed with a serious mental illness, she has not been given a level of mental health programming that is appropriate for her condition. In addition, she has been placed in "mental health" isolation on numerous occasions. Ms. Verduzco also may testify about conditions of confinement at ADC. For example, she may describe the conditions of confinement in isolation units, explain that she was sprayed with chemical agents multiple times when she was not a danger to others, and may testify that isolation units are not equipped to handle prisoners like Ms. Verduzco who have serious mental illnesses.

Witness Testifying to Similar Content/Explanation:

Direct Exam Time: 1-2 hours

CX Exam Time:

Sworn: _____

Appeared: _____

3.      **Rodriguez, Sonia**

Anticipated Testimony: Ms. Rodriguez may testify regarding the inadequate mental health care she received in ADC custody, as well as the conditions of confinement in isolation, and how she was exposed to a substantial risk of serious harm. For example, Ms. Rodriguez may testify that she has experienced multiple delays in receiving an inhaler. Ms. Rodriguez may also testify regarding inadequate mental health care, including delays in receiving medications, lack of medications sufficient to resolve her mental health symptoms, changes of her medications resulting in severe and untreated side effects, and inadequate psychological treatment. Ms. Rodriguez also may describe the conditions of confinement in isolation units, including the filthy

conditions; the lack of social contact, supplies, and exercise; the constant illumination; the inadequate access to mental health staff ; and how those conditions combine to worsen her mental illness.

<u>Witness Testifying to Similar Content/Explanation</u>:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____

### 4.      Smith, Jeremy

<u>Anticipated Testimony</u>:  Mr. Smith may testify regarding the inadequate mental health care he has received, as well as his conditions of confinement in isolation, and how that lack of mental health care and inadequate conditions of confinement have exposed him to a substantial risk of serious harm. This includes, for example, inadequate treatment of Mr. Smith's bipolar disorder. ADC has failed to provide Mr. Smith with mental health medications, and at other times has stopped or delayed medication without proper evaluation by a psychiatrist and without proper documentation or informed consent. Mr. Smith also has received medications that have resulted in severe side effects and has received inadequate monitoring  regarding his medication and mental health needs. Mr. Smith also may testify about the conditions of confinement in isolation, in particular extreme isolation and anxiety he experienced and the denial of exercise. Mr. Smith also may explain that there is a general lack of quality and effective programming and mental health care available at ADC.

<u>Witness Testifying to Similar Content/Explanation</u>:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____

### 5.      Gamez, Robert

<u>Anticipated Testimony</u>:  Mr. Gamez may testify regarding the medical and mental health care he received while in ADC custody, and the conditions of confinement he experienced in the isolation units, resulting in a substantial risk of serious harm. These conditions include extreme isolation with minimal human contact and extremely limited out-of-cell time or programming;

exercise that is regularly cancelled and not rescheduled and exercise areas that are too small to permit adequate exercise; and inadequate nutrition.  Mr. Gamez may also testify that he does not receive adequate mental health treatment while housed in isolation and that his conditions of confinement aggravate his mental illness and increase his suffering, resulting in sleeplessness, paranoia, and suicidal thoughts, among other symptoms.  He may also testify regarding ADC's failure to provide necessary medication and medical devices, and systemic problems in prescribing and providing psychotropic medications to mentally ill prisoners, including the inadequate and delayed monitoring of prisoners prescribed psychotropic medications and the risk of heat injury.  Mr. Gamez may also testify about the infrequency and inadequacy of mental health treatment and visits with mental health professionals.

<u>Witness Testifying to Similar Content/Explanation</u>:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____


   **6.** **Parsons, Victor**

<u>Anticipated Testimony</u>:  Victor Parsons may be called to testify about how he has been placed at a substantial risk of serious harm. This includes, for example, explaining that he has received inadequate mental health care for his ADHD and bipolar disorder, such as abrupt stopping and starting of medication and delays in appointments. He also may testify that he is at a substantial risk of serious dental injury, as evidenced by four HNRs he filed in 2009 complaining that a temporary filling had fallen out and repeated failures to correct the problem. Mr. Parsons also was incorrectly told that he would need to have a tooth pulled, but he refused and later received a filling.

<u>Witness Testifying to Similar Content/Explanation</u>:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____

   **7.** Redacted

<u>Anticipated Testimony</u>:  Redacted

<u>Witness Testifying to Similar Content/Explanation</u>:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____

       8.   Redacted

<u>Anticipated Testimony</u>:  Redacted

<u>Witness Testifying to Similar Content/Explanation</u>:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____

       **9.**   Redacted

<u>Anticipated Testimony</u>:  Redacted

<u>Witness Testifying to Similar Content/Explanation</u>:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____


      **10.**   Redacted

Anticipated Testimony:  Redacted




<u>Witness Testifying to Similar Content/Explanation</u>:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____

    **D.**    **Isolation**

      **1.**    **Thomas, Jackie**

<u>Anticipated Testimony</u>:  Mr. Thomas may testify about the substantial risk of serious harm he faced as a person with serious mental illness confined in the isolation units in ADC as a prisoner classified as protective segregation. This includes the fact that he did not receive adequate mental health treatment while housed in isolation and the fact that his conditions of confinement aggravated his mental illness and resulted in self-harm on multiple occasions while he was housed in isolation.  Mr. Thomas will also testify to the conditions in the suicide watch cells, as well as the conditions he experienced in ADC's isolation units.

<u>Witness Testifying to Similar Content/Explanation</u>:

Direct Exam Time:  1-2 hours

CX Exam Time:

Sworn:  _____

Appeared:  _____

### 2.    McWilliams, Carson

Plaintiffs deposed Carson McWilliams on September 27, 2013 and on July 1, 2014 regarding conditions of confinement at ADC, including DI 326. Mr. McWilliams may be called to testify on issues related to the topics addressed in his deposition

### E.    Dental

### 1.    Hanstad, Brian (DDS)

Anticipated Testimony:  Dr. Hanstad may testify regarding the dental policies and practices in place at ADC facilities, including those related to HNRs, triage, dental assistants, and medical records. Dr. Hanstad also may testify regarding routine and urgent wait times. Finally, Dr. Hanstad may describe the level of dental care that has been provided at ADC facilities during his tenure at ADC.

### F.    General

### 1.    Witnesses necessary to authenticate or to lay foundation for the admissibility of documents (current or former witnesses of ADC, Corizon, or Wexford)

Anticipated Testimony:  Witnesses will testify that documents are authentic and/or provide foundation to admit certain documents, such as foundation showing that certain documents are admissions or fall within recognized exceptions to the hearsay rule.


These witnesses are not yet named because the need for these witnesses will depend largely on whether Defendants will stipulate to the authenticity and admissibility of certain documents. Plaintiffs anticipate that the parties will reach stipulations on most exhibits that will negate the need to call witnesses solely to lay foundation for exhibits.

### 2.    Witnesses for whom Plaintiffs have prepared deposition designations, which are included in the proposed pretrial order at Appendix 4.


### 3.    Witness appearing on Defendants' witness list.

# EXHIBIT 4

**LEGAL DEPARTMENT**
**NATIONAL PRISON**
**PROJECT**

**ACLU**
**AMERICAN CIVIL LIBERTIES UNION**
FOUNDATION

## BY EMAIL TRANSMISSION ONLY

July 15, 2013

Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, AZ  85226

        Re:    **Parsons v. Ryan**
                **Dr. Craig Haney's tours of Florence, Eyman & Perryville**

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH  FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
*DIRECTOR*
*ATTORNEY AT LAW\**

*\*NOT ADMITTED IN DC;*
*PRACTICE LIMITED TO*
*FEDERAL COURTS*

Dear Counsel:

I write regarding Dr. Craig Haney's expert inspection tours of ASPC-Perryville (July 18); ASPC-Florence (July 19 & 22) and ASPC-Eyman (July 23-25).  In response to Ms. Fletcher's query, all tours will last from 8 a.m. to 5 p.m.

Dr. Haney would like to visit the following units:

### Perryville

- Lumley Special Management Area
- Lumley Mental Health
- Complex Detention (CDU)
- Any other areas where prisoners are housed on mental health or suicide/mental health watch, or for any other mental health purposes
- Some cells on the units as available
- All recreation areas and program and/or mental health areas on or used by these units

### Florence

- Central Unit, including CB 1, 2, 3, 4, 5 and 7
- Kasson Unit, including Mental Health and Detention
- Any other areas where prisoners are housed on mental health or suicide/mental health watch, or for any other mental health purposes
- Some cells on the units as available
- All recreation areas and program and/or mental health areas on or used by these units

1

**Eyman**

- SMU I, including East, Detention, Protective Custody, and Mental Health Watch
- Browning, Browning BMU and Browning Mental Health
- Any other areas where prisoners are housed on mental health or suicide/mental health watch, or for any other mental health purposes
- Some cells on the units as available
- All recreation areas and program and/or mental health areas on or used by these units

At each complex, he would like to begin the tour with a brief overview/meeting with prison administrative staff.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

At each complex, Dr. Haney may ask for particular photographs to be taken by staff. Dr. Haney will also need to speak with staff from the categories upon which we have agreed:

> Medical and mental health treatment staff
> Custody staff who work in the isolation units
> Administrators (e.g., Warden, Deputy Warden, Major, Captain, shift commander)

*See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter").

Dr. Haney will need to review the health records of the named isolation plaintiffs and interview each named plaintiff in a confidential setting (those individuals are indicated in the appropriate unit below). He may also review other medical records, HNRs, grievances, and incident reports on an as-needed basis.

In all of the units he visits, Dr. Haney will need to talk with prisoners at cell-front, for a few of these individuals, he may ask to conduct additional confidential interviews with them. If this is the case, the Warden will be consulted.

Finally, in addition to random cell-front interviews, Dr. Haney will need to speak with the following prisoners, including the indicated named plaintiffs. These are longer interviews which usually take about 45 minutes to an hour. Aside from the Named Plaintiffs, who must be interviewed, the following list is over-inclusive for some units in order to accommodate fluctuation in population and any security needs raised by the Warden.

2

**CONFIDENTIAL INTERVIEW LIST**

Redacted

# Redacted

Redacted

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

# Redacted

Redacted

Redacted

# Redacted

Redacted

# Redacted

3

Please let us know immediately if you object to any aspect of the inspections outlined above.

Very truly yours,

Amy Fettig

Cc:     All counsel of record

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

4

# EXHIBIT 5

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT

**ACLU**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

**BY EMAIL TRANSMISSION ONLY**

July 16, 2013

Struck, Wieneke & Love
3100 West Ray Road, Suite 300
Chandler, AZ  85226

   Re: **Parsons v. Ryan**
     **Eldon Vail's tours of Florence, Eyman & Perryville**

Dear Counsel:

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC;
PRACTICE LIMITED TO
FEDERAL COURTS

I write regarding Eldon Vail's expert inspection tours of ASPC-Perryville (July 29); ASPC-Florence (July 30-31) and ASPC-Eyman (August 1-2).  In response to Ms. Fletcher's query, all tours will last from 8 a.m. to 5 p.m.

Mr. Vail would like to visit the following units:

**Perryville**

- Lumley Special Management Area
- Lumley Mental Health
- Complex Detention (CDU)
- Any other areas where prisoners are housed on mental health or suicide/mental health watch, or for any other mental health purposes
- Some cells on the units as available
- All recreation areas and program and/or mental health areas on or used by these units

**Florence**

- Central Unit, including CB 1, 2, 3, 4, 5 and 7
- Kasson Unit, including Mental Health and Detention
- Any other areas where prisoners are housed on mental health or suicide/mental health watch, or for any other mental health purposes
- Some cells on the units as available
- All recreation areas and program and/or mental health areas on or used by these units

**Eyman**

- SMU I, including East, Detention, Protective Custody, and Mental Health Watch

1

- Browning, Browning BMU and Browning Mental Health
- Any other areas where prisoners are housed on mental health or suicide/mental health watch, or for any other mental health purposes
- Some cells on the units as available
- All recreation areas and program and/or mental health areas on or used by these units

At each complex, he would like to begin the tour with a brief overview/meeting with prison administrative staff.

At each complex, Mr. Vail may ask for particular photographs to be taken by staff. Mr. Vail will also need to speak with staff from the categories upon which we have agreed:

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

- Officials who do the classification into and out of the isolation units
- Custody staff who work in the isolation units
- Mental health staff who work in the isolation units
- Administrators (e.g., Warden, Deputy Warden, Major, Captain, shift commander)
- Caseworkers or counselors who work with prisoners in the isolation units

*See* April 15, 2013 letter from David Fathi (setting forth categories); July 2, 2013 letter from Ashlee Fletcher ("Defendants will designate individuals pursuant to the categories provided in David Fathi's April 15, 2013 letter"). In particular, once he is at a housing unit, Mr. Vail will need to speak with the Sergeant or lead officer of each unit for a brief overview of about 10-15 minutes. He may also wish to speak with other custody and mental health staff and caseworkers/counselors.

Mr. Vail will need to review unit logs in each of the housing units. He may also review
grievances and incident reports and restraint/use of force documentation, and individual case files on an as-needed basis.

During his tours of each housing unit he will walk the tiers and conduct brief, cell-front interviews, for a few of these individuals, he may ask to conduct additional confidential interviews with them. If this is the case, the Warden will be consulted.

Finally, in addition to random cell-front interviews, Mr. Vail will need to speak with about 6-10 prisoners from each housing unit in a confidential setting. These interviews generally take about 15-20 minutes from start to finish, although the logistics of moving prisoners back and forth in these units does

take some time. Mr. Vail will include in these interviews, any Named Plaintiffs who live on the units.

Aside from the Named Plaintiffs, who must be interviewed, the following list is over-inclusive in order to accommodate fluctuation in population and any security needs raised by the Warden. Please note that we have identified housing unit based on the most recent rosters we received in discovery but these are necessarily some weeks old.

**CONFIDENTIAL INTERVIEW LIST**

Redacted

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

# Redacted

Redacted

# Redacted

Redacted

Redacted
Redacted

3

# Redacted

Redacted

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

# Redacted

Please let us know immediately if you object to any aspect of the inspections outlined above.

Very truly yours,

Amy Fettig

Cc:     All counsel of record

4

# EXHIBIT 12

**Parsons v. Ryan:    Defendants' Revised Exhibit List**

**Group 1:  General**

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 1503 | ADC's Organizational Chart, dated June 2012 (ADC014034 – ADC014051 and ADC050860) |
| | 4904 | ADC Prison Aerials, prepared June 30, 2014 (ADC448280 – ADC448300).  (Defendants intend to use enlargements of some of these photographs at trial, and will make those available for inspection upon request) |
| | 1496 | ADC Health Services Monitoring Bureau Organizational Chart, dated January 17, 2014 (ADC261338 – ADC261338) |
| | 1493 | State Prison Capabilities for Medical, Mental Health and Dental Treatment Services as of June 2012 (ADC265916) |
| | 1494 | State Prison Capabilities for Medical, Mental Health and Dental Treatment Services as of October 2013 (ADC265917) |
| | 1495 | State Prison Capabilities for Medical, Mental Health, and Dental Treatment Services, as of January 2014 (ADC265918 – ADC265921) |

2950820.1

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 1351 | ADC Director's Instruction #301, Modification of Department Order 912, Food Service (ADC079035) |
| | 1330 | ADC Department Order 915, Inmate Phone Calls (ADC013166 – ADC013179) |
| | 1331 | ADC Department Order No. 1101, Inmate Access to Health Care, effective December 19, 2012 (ADC048543 – ADC048573) |
| | 1332 | ADC Department Order No. 1102, Communicable Disease and Infection Control, effective January 11, 2013 (ADC054843 – ADC054864) |
| | 1333 | ADC Department Order No. 1103, Inmate Mental Health Care, Treatment and Programs, effective December 19, 2012 (ADC048574 – ADC048597) |
| | 1352 | ADC's Director's Instruction #307, Medical Care Directives (ADC011450 – ADC011456) |
| | 1353 | ADC Director's Instruction # 311, Health Services Retention Bonus (ADC082057) |
| | 1354 | ADC Director's Instruction #324, Medical Care Directives (ADC263226) |
| | 1355 | ADC Director's Instruction #326, Maximum Custody Population Management (ADC261959 – ADC261985) |
| | 1356 | ADC Health Services Technical Manual ("HSTM"), dated January 1, 2010 (ADC010648 – ADC011231) |
| | 1357 | ADC Dental Services Technical Manual ("DSTM"), dated January 1, 2010 (ADC010554 – ADC010647) |
| | 1358 | ADC Mental Health Technical Manual, revised December 11, 2009 (ADC011232 – ADC011332) |
| | 1359 | ADC's Mental Health Technical Manual, revised August 15, 2011 (ADC031959 – ADC032044) |
| | 1360 | ADC Mental Health Technical Manual ("MHTM"), revised January 1, 2014 (ADC215544 – ADC215610) |
| | 1361 | ADC Mental Health Technical Manual ("MHTM"), revised January 1, 2014 (ADC215544 – ADC215610) |
| | 1341 | ADC Health Services Post Order for ASPC-Eyman (ADC028737 – ADC028888) |
| | 1342-001 – 1342-002 | ADC Health Services Post Orders for ASPC-Florence (ADC028889 – ADC028979; and, ADC048470 – ADC048476) |
| | 1343 | ADC Health Services Post Orders for ASPC-Perryville (ADC029121 – ADC029260) |
| | 1339 | ADC Health Services Post Orders for ASPC-Phoenix (ADC028255 – ADC028440) |

**Group 2:  General Healthcare**

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 1561 | Photograph of ASPC Florence depicting a dental treatment area as of 2013 (ADC166038) |
| | 1562 | Photographs of ASPC Lewis depicting some of the treatment areas in the medical hub and also in the ACI buildings at some of the units as of 2013 (ADC166093; ADC166105 – ADC166107; and ADC166110) |
| | 1559 | Photographs of ASPC Perryville depicting treatment areas, and the secure HNR submission box in the recreation area as of 2013 (ADC163933 – ADC163935; and ADC166147) |
| | 1560 | Photographs of ASPC Phoenix depicting some of the medical areas as of 2013 (ADC163937 – ADC163938) |
| | 1563 | Photographs of ASPC Tucson depicting some of the medical and dental treatment areas and equipment as of 2013 (ADC166192 and, ADC166216 – ADC166220) |
| | 1564 | Photographs of ASPC Yuma depicting some of the medical and dental treatment areas and equipment as of 2013 (ADC166221; ADC166225; ADC166227; and ADC166229) |
| | 1569 | Photographs taken at ASPC-Yuma on November 1, 2013 (ADC166221 – ADC166232) |
| | 1570 | Photographs taken at ASPC-Yuma on November 20, 2013 (ADC200159 – ADC200168) |
| | 1506 | ADC Inmate Alhambra Reception Orientation Handout regarding access to health care (ADC018165 – ADC018166) |
| | 1526 | ADC Health Care Operating Expenditure Summary for FY 2009 – FY2014 (ADC139880) |
| | 1547 | Memorandum from Michael Adu-Tutu to Charles Ryan, DATED April 30, 2010, regarding Action Plan for ADC health services (ADC117116 – ADC117117) |
| | 1552 | ADC's Pharmacy Expense Reporting Chart for 2007 through 2011 (ADC013777 – ADC013779 |
| | 1554 | ADC's Health Services Drugs & Medicine Expenditures for 2007 through 2011 (ADC013819 – ADC013826) |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 1555 | ADC's Mental Health Drugs & Medicine Expenditures for 2007 through 2011 (ADC013827 – ADC013836) |
| | 1551 | ADC's Healthcare Services by Providers Paid through ADC for 2008 through 2011 (ADC013761 – ADC013776) |
| | 1553 | ADC's Health Care Operating Expenditure Summary for 2009 through 2011 (ADC013780 – ADC013818) |
| | 1550 | ADC's Contracted Provider List for Inpatient/Outpatient Specialty Services for 2011 through 2012 (ADC013406 – ADC013475) |
| | 1548 | Summary report for all outside consultation reports for ADC inmates requested between January 1, 2012 and July 1, 2013 (ADC117304 – ADC117585) |
| | 1255 | National Commission on Correctional Health Care, Standards for Health Services in Prisons, 2008 (Attachment H to Exhibit 189 to Defendants' Corrected Statement of Facts in support of their Motion for Summary Judgment) |
| | 1256 | National Commission on Correctional Health Care, Standards for Health Services in Prisons, 2014 |
| | 1260 | NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex-Douglas, dated June 26 2009 (ADC016043 – ADC016060) |
| | 1261 | NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex-Douglas, dated June 28, 2013 (ADC_P000888 – ADC_P000901) |
| | 1262 | NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex-Douglas, dated November 19, 2013 (ADC_P000974 – ADC_P000976) |
| | 1263 | NCCHC Accreditation Update Report of the Health Care Services at Arizona State Prison Complex-Florence, dated November 18, 2011, with related correspondence (ADC016061 – ADC016066) |
| | 1282 – 1283 | NCCHC The National Commission on Correctional Health Care's Accreditation Report of the Health Care Services at Arizona State Prison Complex Florence, Arizona, dated March 28, 2014, with related correspondence (ADC405485 – ADC405502) |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 1264 | NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex-Lewis, dated November 12, 2010, with related correspondence (ADC016067 – ADC016070) |
| | 1267 | NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex-Perryville, dated June 26, 2009, with related correspondence (ADC016082 – ADC016089) |
| | 1268 | NCCHC Accreditation Report of the Health Care Services at Arizona Department of Corrections-Perryville, dated June 28, 2013 (ADC_P000902 – ADC_P000915) |
| | 1269 | NCCHC Accreditation Update Report of the Health Care Services at Arizona Department of Corrections-Perryville, dated October 11, 2013 (ADC_P000916 – ADC_P000919) |
| | 1270 | NCCHC Accreditation Update Report of the Health Care Services at Arizona Department of Corrections-Perryville, dated November 18, 2013 (ADC_P000977 – ADC_P000979) |
| | 1271 | NCCHC Accreditation Report of the Health Care Services at Arizona Department of Corrections-Phoenix Complex, dated June 26, 2009, with related correspondence (ADC016090 – ADC016096) |
| | 1272 | NCCHC Accreditation Report of the Health Care Services at Arizona Department of Corrections-Phoenix Complex, dated June 28, 2013 (ADC_P000920 – ADC_P000933) |
| | 1273 | NCCHC Accreditation Update Report of the Health Care Services at Arizona Department of Corrections-Phoenix Complex, dated November 22, 2013, with related correspondence (ADC_P000980 – ADC_P000983) |
| | 1274 | Letter from Tracey Titus, NCCHC Manager of Accreditation Services, addressed to Warden Broadhead regarding continued accreditation of ASPC-Safford, dated July 30, 2013 (ADC140103) |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 1275 | NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex-Tucson, dated June 26, 2009, with related correspondence (ADC016097 – ADC016106) |
| | 1276 | NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex-Tucson, dated June 28, 2013 (ADC_P000934 – ADC_P000950 |
| | 1277 | NCCHC Accreditation Update Report of the Health Care Services at Arizona State Prison Complex-Tucson, dated November 8, 2013 (ADC_P000951 – ADC_P000959) |
| | 1278 | NCCHC Accreditation Report of the Health Care Services at Arizona State Prison Complex-Tucson, dated February 6, 2014, with related correspondence (ADC257099 – ADC257107 |
| | 1284 | National Commission on Correctional Health Care letter, dated June 5, 2014, to Warden Schroeder at ASPC-Tucson (ADC405503) |
| | 1285 - 1286 | NCCHC The National Commission on Correctional Health Care's Accreditation Update Report of the Health Care Services at Arizona State Prison Complex Tucson, Arizona, dated July 15, 2014, with related correspondence (ADC405504 – ADC405509) |
| | 1279 | NCCHC Accreditation Update Report of the Health Care Services at Arizona Department of Corrections-Winslow Complex, dated June 26, 2009, with related correspondence (ADC016136 – ADC016138) |
| | 1280 | NCCHC Accreditation Update Report of the Health Care Services at Arizona Department of Corrections-Winslow Complex, dated June 28, 2013 (ADC140119 – ADC140131) |
| | 1281 | NCCHC Accreditation Update Report of the Health Care Services at Arizona Department of Corrections-Winslow Complex, dated November 19, 2013 (ADC_P000960 – ADC_P000964) |
| | 1265 | Photograph of NCCHC Certificate of Accreditation for the Arizona State Prison Complex-Yuma, dated November 2010 (ADC016081) |

2950820.1

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 4933 | Summary of ADC medical records for Charlotte Wells, #247188 (DRAFT PROVIDED). Defendants note that this exhibit contains Personal Health Information. |
| | 1029 – 1038 | ADC medical, prescription, and outside consultation records for Charlotte Wells, #247188 (ADC006565 – ADC007144; ADC071920 – ADC071950; ADC122867 – ADC122920; ADC134802 – ADC135377; ADC198552 – ADC198953; ADC227783 – ADC227863; ADC263172 – ADC263202; ADC198533 – ADC198551; ADC265909 – ADC265911; ADC263203 – ADC263216). |
| | 1039 | Medical Records obtained by Defendants from Affiliated Cardiologists for Charlotte Wells, #247188 (ADC082672 – ADC082696). |
| | 1040 | Medical Records obtained by Defendants from Maryvale Hospital for Charlotte Wells, #247188 (ADC091490 – ADC091591). |
| | 1041 | Medical Records obtained by Defendants from West Valley Hospital for Charlotte Wells, #247188 (ADC091592 – ADC091666). |
| | 1054 – 1060 | ADC medical, prescription, and outside consultation records for Dustin Brislan, #164993 (ADC008296 – ADC008537; ADC073455 – ADC073798; ADC122075 – ADC122218; ADC123225 – ADC123251; ADC123241 – ADC123251; ADC232208 – ADC232210; ADC262605 – ADC262607). |
| | 1527 | ADC Report of outside medical care billings and amounts paid for named Plaintiffs during the period from FY2009 through February 26, 2012 (ADC139880 – ADC139900). |
| | 1147-001; 1147-002 | Medical Grievances for Maryanne Chisholm, #200825 (ADC017905 – ADC017906 and ADC263449 – ADC263450) |
| | 1145-001; 1145-002; 1145-003 | Medical Grievances for Robert Gamez, #131401, (ADC017486 – ADC017879; ADC018007 – ADC018045; and, ADC263451 – ADC263623) |
| | 1143-001; 1143-002; 1143-003 | Medical Grievances for Joseph Hefner, #203653, (ADC016874 – ADC017217; ADC018046 – ADC018071; and, ADC263624 – ADC263698) |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 2453 | Selected ADC mental health observation records regarding Terry Atkins, #176929, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171183 - ADC171187). |
| | 2452 | ADC medical file for Terry Atkins, #176929, for the period from January 1, 2011 to October 3, 2013 (ADC173762 - ADC174559). |
| | 2454 | Excerpt from ADC medical file for Frank Atwood, #062887, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154575 - ADC154587). |
| | 2455-2456 | ADC medical file for Louis Avanzi, #104515, for the period from January 1, 2009 to April 1, 2014 (ADC203836 - ADC203915; and, ADC368161 - ADC368215). |
| | 2457-2458 | ADC medical file for Jason Avery, #269351, for the period from January 1, 2011 to April 1, 2014 (ADC174560 - ADC174583; and, ADC361926 - ADC361988). |
| | 2459-2460 | ADC Master Record File for Jacob Avila, #217766, up through April 1, 2014 (ADC163258 - ADC163447; and, ADC282448 - ADC282455). |
| | 2461-2462 | ADC medical file for Mark Bable, #064965, for the period from January 1, 2011 to April 1, 2014 (ADC426058 - ADC426374; and, ADC309796 - ADC310157). |
| | 2463 | ADC Criminal Investigations Unit Report No. 2012030093 regarding Candelario Baca, #039760 (ADC061649 - ADC061723). |
| | 2464 | ADC Mortality Review regarding Candelario Baca, #039760 (ADC138216 - ADC138220). |
| | 2465 | Maricopa County Office of the Medical Examiner's Photographs regarding Candelario Baca, #039760 (ADC067194 - ADC067220). |
| | 2466 | Excerpt from ADC medical file for Little Baca, #065723, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136423 - ADC136426). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 2517 | Excerpt from ADC medical file for Henry Billings, #218617, selected during Pablo Stewart's site inspection at ASCP-Eyman (ADC136432 - ADC136450). |
| | 2518-2519 | ADC medical file for Henry Billings, #218617, for the period from June 23, 2012 to June 23, 2013 (ADC215672 - ADC215777; and, ADC340336 - ADC340381). |
| | 2520 | ADC Mortality Review regarding Henry Billings, #218617 (ADC361539 - ADC361542). |
| | 2521 | BJS State Prison Inmate Death Report regarding Henry Billings, #218617 (ADC406213 - ADC406215). |
| | 2522 | Excerpt from ADC medical file for Gary Bivens, #043630, selected during Brie Williams's site inspection at ASPC-Eyman (ADC155101 - ADC155114). |
| | 2523 | ADC medical file for Gary Bivens, #043630, for the period from April 1, 2013 to April 1, 2014 (ADC311192 - ADC311358). |
| | 2524 | Excerpt from ADC medical file for Curtis Bivens, #073424, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154588 - ADC154591). |
| | 2525 | ADC Mortality Review regarding Christina Black, #145562 (ADC211592 - ADC211596). |
| | 2526 | ADC Psychological Autopsy regarding Christina Black, #211747 - ADC211760). |
| | 2527 | Forwarded e-mail, sent at 9:37 am on February 15, 2013, by Jeff Hodd to Judy Frigo, Ernest Trujillo, and Robert Patton regarding Black 145562 after action (AGA  Review  00101204 - AGA  Review  00101208). |
| | 2528-2529 | ADC medical file for Chase Blackshear, #208994, for the period from January 1, 2009 to April 1, 2014 (ADC204535 - ADC204600 and, ADC368364 - ADC368389). |
| | 2530 | ADC Master Record File for Chase Blackshear, #208994, for the period from November 8, 2013 to April 1, 2014 (ADC370214 - ADC370218). |
| | 2531 | Excerpt from ADC medical file for Michael Bledsoe, #250167, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137071 - ADC137076). |

2950820.1

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 2532 | Excerpt from ADC medical file for Robert Bond, #276234, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137077 - ADC137081). |
| | 2533 | ADC medical file for Robert Bond, #276234, for the period from January 1, 2011 to January 16, 2014 (ADC211774 - ADC211935). |
| | 2534 | ADC Criminal Investigations Unit Report No. 2011030268 regarding Byron Bochert, #185366 (ADC190930 - ADC191062). |
| | 2535-2536 | ADC dental records for Blaine Bozzo, #207036, for the period from January 1, 2009 to August 26, 2013 (ADC170057 - ADC170069and, ADC145845 - ADC145851). |
| | 2537 | ADC Criminal Investigations Unit Report No. 2012020044 regarding Sterling Bradbury, #068465 (ADC039086 - ADC039168). |
| | 2538 | ADC Mortality Review regarding Sterling Bradbury, #068465 (ADC138245 - ADC138249). |
| | 2539 | Excerpt from ADC medical file for Kenneth Brame, #265623, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143594 - ADC143603). |
| | 2540 | ADC medical file for Kenneth Brame, #265623, for the period from January 1, 2011 to August 26, 2013 (ADC427021 - ADC427175). |
| | 2541 | ADC medical records for Van Branch, #072628, for the period from August 14, 2012 to August 14, 2013 (ADC212062 - ADC212154). |
| | 2542 | ADC Mortality Review regarding Van Branch, #072628 (ADC211597 - ADC211602). |
| | 2543 | ADC Criminal Investigations Report No. 2011100430 regarding Anthony Braun, #174509 (ADC191063 - ADC191300). |
| | 2544 | ADC Criminal Investigations Report No. 2012100113 regarding George Bredermann, #083222 (ADC061740 - ADC061778). |
| | 2545 | Excerpt from ADC medical file for Austin Breshears, #214264, selected during Pablo Stewart's site inspection as ASPC-Phoenix (ADC136920 - ADC136922). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 2564-2565 | ADC dental records for John Brown, #181444, for the period from January 1, 2009 to November 11, 2013 (ADC_D000028 - ADC_D000033; and, ADC_D000597 - ADC_D000605). |
| | 2566 | Excerpt from ADC medical file for Rickie Brown, #042855, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154592 - ADC154600). |
| | 2567 | ADC dental records for Troy Brumm, #059088, for the period from January 1, 2009 to October 7, 2013 (ADC165738 - ADC165753). |
| | 2568-2569 | ADC medical file for Allen Bryant, #197725, for the period from January 1, 2011 to April 1, 2014 (ADC234128 - ADC234366; and, ADC295204 - ADC295257). |
| | 2570-2571 | ADC medical file for Guillermo Bustamante, #127681, for the period from January 1, 2011 to April 1, 2014 (ADC427176 - ADC427245; and, ADC322537 - ADC322605). |
| | 2572 | Excerpt from ADC medical file for Leonel Bustamante, #176919, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143604 - ADC143610). |
| | 2573-2574 | ADC dental records for Mario Bustamante, #243426, for the period from January 1, 2009 through July 26, 2013; and, January 1, 2011 to August 19, 2013 (ADC153556 - ADC153601; and, ADC145852 - ADC145864). |
| | 2575 | ADC Criminal Investigations Unit Report No. 2011100309 regarding Jesse Cabonias, #231666 (ADC061779 - ADC061984). |
| | 2576 | ADC Mortality Review regarding Jesse Cabonias, #231666 (ADC138609 - ADC138613). |
| | 2577-2580 | ADC medical file for Stefan Caddy, #056788, for the period from May 4, 2009 to April 1, 2014 (ADC255801 - ADC255927; ADC249415 - ADC249575; ADC286096 - ADC286126; and, ADC322606 - ADC322674). |
| | 2581-2583 | ADC medical file for Eric Caicedo-Caneloz, #228215, for the period from January 1, 2011 to April 1, 2014 (ADC175399 - ADC175643; ADC362482 - ADC362570; and, ADC368390 - ADC368437). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 2618-2619 | ADC medical file for Javier Celaya, #238704, for the period from January 1, 2009 to November 25, 2013; and, November 25, 2013 to April 1, 2014 (ADC204601 - ADC204805; and, ADC282869 - ADC282949). |
| | 2620-2621 | ADC Significant Incident Report No. 13-15334 with video regarding December 25, 2013 regarding February 19, 2014 assault on staff by Javier Celaya, #238704 (ADC320046 - ADC320047; and ADC320194). |
| | 2622 | ADC Significant Incident Report No. 14-00483 and use of force review regarding January 11, 2014 self-harming by Javier Celaya, #238704 (ADC382770 - ADC382778). |
| | 2623 | ADC Significant Incident Report No. 14-01106 and use of force review regarding January 15, 2014 self-harming by Javier Celaya, #238704 (ADC293454 - ADC293466). |
| | 2624 | ADC medical file for Eugene Chambers, #092330, for the period from November 13, 2012 to November 13, 2013 (ADC336262 - ADC336761). |
| | 2625 | ADC Mortality Review regarding Eugene Chambers, #092330 (ADC364161 - ADC364164). |
| | 2626 | ADC Administrative Investigations Report No. 2013-1665 regarding Eugene Chambers, #092330 (ADC423839 - ADC423966). |
| | 2627 | Pinal County Medical Examiner's Office Report regarding Eugene Chambers, #092330 (ADC422695 - ADC422699). |
| | 2628 | ADC medical file for Theron Chambers, #040915, for the period from July 3, 2012 to July 3, 2013 (ADC212253 - ADC212756). |
| | 2629 | ADC Mortality Review regarding Theron Chambers, #040915 (ADC211602 - ADC211605). |
| | 2630 | Excerpt of ADC medical file for Luis Chao, #276142, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137092 - ADC137099). |
| | 2631 | ADC medical file for Luis Chao, #276142, for the period from July 23, 2013 to October 18, 2013 (ADC282950 - ADC282964). |
| | 2632 | ADC Mortality Review regarding Robert Charo, #049285 (ADC138211 - ADC138215). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 2695-2696 | ADC medical file for Ryan Cox, #260010, for the period from January 1, 2011 to April 1, 2014 (ADC428714 - ADC428822; and, ADC323467 - ADC323486). |
| | 2697 | ADC dental records from Thomas Cox, #166007, for the period from January 1, 2009 to November 13, 2013 (ADC_D001563 - ADC_D001589). |
| | 2698 | ADC Criminal Investigations Unit Report No. 2012020088 regarding Richard Cramer, #148149 (ADC061998 - ADC062260). |
| | 2699 | ADC Mortality Review regarding Richard Cramer, #148149 (ADC138421 - ADC138425). |
| | 2700 | Excerpt from ADC medical file for Kevin Cravens, #163480, selected during Pablo Stewart's site inspection at ASPC-Phoenix (ADC136928 - ADC136935). |
| | 2701 | ADC dental records for Allen Criddle, #166365, for the period from January 1, 2009 to November 11, 2013 (ADC_D000707 - ADC_D000732). |
| | 2702 | ADC Mortality Review regarding Bobby Crockett, #106800 (ADC197225 - ADC197228). |
| | 2703 | Excerpt from ADC medical file for Robert Cromwell, #174456, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136466). |
| | 2704 | ADC medical file for Robert Cromwell, #174456, for the period from January 1, 2011 to August 19, 2013 (ADC428823 - ADC429069). |
| | 2705 | Excerpt from ADC medical file for Jerry Crumb, #084922, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143628 - ADC143638). |
| | 2706 | ADC medical file for Jerry Crumb, #084922, for the period from January 1, 2011 to August 26, 2013 (ADC429070 - ADC429567). |
| | 2707 | ADC medical file for Jaime Cruz, #237919, for the period from January 1, 2011 to October 8, 2013 (ADC156325 - ADC156489). |
| | 2708 | Excerpt from ADC medical file for Marcus Cruz, #275380, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136467 - ADC136469). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 2709 | ADC medical file for Ralph Cruz, #038907, for the period from September 10, 2012 to September 10, 2013 (ADC221657 - ADC22035). |
| | 2710 | ADC dental records for Samuel Cruz, #262667, for the period from January 1, 2009 to October 7, 2013 (ADC165626 - ADC165647). |
| | 2711 | Excerpt from ADC medical records for Alejandro Cunningham, #160094, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136470 - ADC136473). |
| | 2712 | Excerpt from ADC medical records for Chrystal Cunningham, #224317, selected during Brie Williams's site inspection at ASPC-Perryville (ADC136770 - ADC136780). |
| | 2713-2714 | ADC medical records for Chrystal Cunningham, #224317, for the period from January 1, 2011 to April 1, (ADC156490 - ADC156722; and, ADC286667 - ADC286711). |
| | 2715-2716 | ADC Master Record File for Chrystal Cunningham, #224317, up through April 1, 2014 (ADC138787 - ADC138866; and, ADC332033 - ADC332040). |
| | 2717 | Excerpt from ADC medical records for Sandrica Curley, #248596, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136781 - ADC136783). |
| | 2718 | Selected ADC mental health observation records regarding Sandrica Curley, #248596, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171235 - ADC171236). |
| | 2719-2720 | ADC medical file for Timothy Curry, #040574, for the period from January 1, 2011 to April 1, 2014 (ADC343798 - ADC343966; and, ADC362571 - ADC362762). |
| | 2721-2722 | ADC medical file for Carrie Curtis, #272166, for the period from January 1, 2011 to January 6, 2014 (ADC235074 - ADC235289; and, ADC282980 - ADC283008). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 2723-2724 | ADC medical file for Andrew Cushman, #247824, for the period from January 11, 2011 to October 29, 2013; and, November 8, 2013 to April 1, 2014 (ADC429568 - ADC429869; and, ADC368526 - ADC368589). |
| | 2725-2726 | ADC Master Record File for Andrew Cushman, #247824, up through April 1, 2014 (ADC168816 - ADC168855; and, ADC332041 - ADC332053). |
| | 2727 | ADC medical file for Lawrence Cuyler, #266818, for the period from August 5, 2012 to August 5, 2013 (ADC220038 - ADC220439). |
| | 2728 | BJS State Prison Inmate Death Report regarding Lawrence Cuyler, #266818 (ADC406234 - ADC406236). |
| | 2729 | ADC Significant Incident Report No. 14-00964 regarding January 22, 2014 use for force to stop inmate fight in Florence-Central Dining Hall involving Nathan Dahling, #237851 (ADC321677 - ADC321716). |
| | 2730-2731 | ADC dental records for Steven Davidson, #209199, for the period from September 8, 2006 to September 24, 2013; and January 1, 2009 to October 4, 2013 (ADC153435 - ADC153457; and, ADC170070 - ADC170079). |
| | 2732 | ADC Mortality Review regarding Vernon Davidson, #127734 (ADC197229 - ADC197232). |
| | 2733 | Excerpt from ADC medical file for Alfred Davis, #183961, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136474 - ADC136477). |
| | 2734-2735 | ADC medical file for Alfred Davis, #183961, for the period from January 1, 2011 April 1, 2014 (ADC176944 - ADC177150; and, ADC295551 - ADC295564). |
| | 2736-2737 | ADC medical file for Charles Davis, #157225, for the period from January 1, 2011 to April 1, 2014 (ADC343967 - ADC344064; and, ADC362349 - ADC362481). |
| | 2738-2739 | ADC Master Record File for Marcus Davis, #165060, up through April 1, 2014 (ADC168856 - ADC168960; and, ADC332054 - ADC332079). |
| | 2740 | Smallwood Prison Dental Services' Correctional Dental Software Patient Report for Rondric Davis, #267658 (ADC_D002500). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 2773 | ADC Criminal Investigations Unit Report No. 2012010132 regarding Velma Dickson, #033766 (ADC039343 - ADC039426). |
| | 2774 | ADC Mortality Review regarding Velma Dickson, #033766 (ADC138202 - ADC138205). |
| | 2775 | ADC Mortality Review regarding Gary Dixon, #106531 (ADC138551 - ADC138555). |
| | 2776 | ADC medical file for Brian Dobler, #195750, for the period from January 1, 2011 to October 22, 2013 (ADC430503 - ADC430504). |
| | 2777-2778 | ADC medical file for Michael Doherty, #048975, for the period from October 15, 2013 to April 1, 2014 (ADC235789 - ADC235851; and, ADC287328 - ADC287420). |
| | 2779 | ADC dental records for Gregory Dossett, #056282, for the period from January 1, 2009 to October 7, 2013 (ADC165754 - ADC165779). |
| | 2780 | ADC dental records for Jeffrey Douglas, #058263, for the period from January 1, 2011 to August 26, 2013 (ADC170080 - ADC170109). |
| | 2781 | ADC medical file for Jeffrey Douglas, #058263, for the period from January 1, 2011 to October 25, 2013 (ADC430505 - ADC430781). |
| | 2782 | Excerpt from ADC medical file for Michael Dozier, #065384, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137115 - ADC137117). |
| | 2783 | ADC medical file for Michael Dozier, #065384, for the period from January 1, 2011 to September 23, 2013 (ADC430782 - ADC430875). |
| | 2784 | ADC medical file for William Driver, #162813, for the period from March 29, 2012 to March 29, 2013 (ADC213182 - ADC213577). |
| | 2785 | ADC Mortality Review regarding William Driver, #162813 (ADC197247 - ADC197251). |
| | 2786 | Excerpt from ADC medical file for Russell Duarte, #046706, selected during Robert Cohen's site inspection at ASPC-Lewis (ADC200180 - ADC200189). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 2865 | ADC medical file for Kenneth Fowles, #166074, for the period from July 15, 2013 to April 1, 2014 (ADC362863 - ADC362954). |
| | 2866-2867 | ADC medical file for Erick Franco, #247770, for the period from January 1, 2011 to April 1, 2014 (ADC164221 - ADC164381; and, ADC288350 - ADC288406). |
| | 2868 | Excerpt from ADC medical file for Sean Frisby, #208252, selected during Craig Haney's site inspection at ASPC-Florence (ADC136724 - ADC136725). |
| | 2869 | ADC Significant Incident Report No. 13-13502  and use of force review regarding November 13, 2013 self-harming by Sean Frisby, #208252 (ADC320002 - ADC320013). |
| | 2870 | ADC Mortality Review regarding Christian Frost, #130811 (ADC197252 - ADC197255). |
| | 2871-2873 | ADC dental records for Ake Fulilangi, #243355, for the period from January 1, 2009 to August 19, 2013 (ADC165648 - ADC165668; and, ADC170110 - ADC170151). |
| | 2873-2874 | ADC medical file for Frank Galo, #150621, for the period from January 1, 2011 to April 1, 2014 (ADC179230 - ADC179289; and, ADC296253 - ADC296286). |
| | 2875 | ADC Master Record File for Frank Galo, #150621, for the period from November 8, 2013 to April 1, 2014 (ADC370265 - ADC370274). |
| | 2876 | Excerpt from ADC medical file for Jennifer Garcia, #179702, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136788 - ADC136793). |
| | 2877 | ADC medical file for Jennifer Garcia, #179702, for the period from July 18, 2013 to September 10, 2013 (ADC283022 - ADC283041). |
| | 2878 | ADC dental records for Maryann Garcia, #105507, for the period from January 1, 2009 to November 13, 2013 (ADC170152 - ADC170176). |
| | 2879 | ADC medical file for Ramon Garcia, #196249, for the period from January 31, 2014 to April 1, 2014 (ADC368663 - ADC368668). |

2950820.1

-79-

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 2880 | ADC Master Record File for Ramon Garcia, #196249, up through September 17, 2013 (ADC169543 - ADC169660). |
| | 2881 | Smallwood Prison Dental Services' Correctional Dental Software Patient Report for Robert Garcia, #257395 (ADC_D002503). |
| | 2882 | ADC medical file for Jose Garcia-Morfin, #233520, for the period from January 1, 2011 to July 24, 2012 (ADC042823 - ADC043199). |
| | 2883 | ADC Criminal Investigations Unit Report No. 2012020184 regarding Jose Garcia-Morfin, #233520 (ADC062539 - ADC062602). |
| | 2884 | ADC Mortality Review regarding Jose Garcia-Morfin, #233520 (ADC138471 - ADC138475). |
| | 2885 | ADC medical file for Peter Gargano, #243812, for the period from October 15, 2013 to April 1, 2014 (ADC325300 - ADC325336). |
| | 2886 | Excerpt from ADC medical file for Enrique Garza, #248056, selected during Craig Haney's site inspection at ASPC-Florence (ADC136726 - ADC136735). |
| | 2887-2888 | ADC medical file for Enrique Garza, #248056, for the period from January 1, 2011 to October 25, 2013 (ADC146070 - ADC146393; and, ADC344837 - ADC344873). |
| | 2889 | ADC Master Record File for Enrique Garza, #248056, for the period from November 8, 2013 to April 1, 2014 (ADC370275 - ADC370279). |
| | 2890 | ADC medical file for Charles Gatliff, #160559, for the period from April 25, 2013 to January 1, 2014 (ADC255694 - ADC255798). |
| | 2891-2892 | ADC dental records for Brittan Gehrman, #075614, for the period from January 1, 2009 to November 11, (ADC_D000815 - ADC_D000824; and, ADC_D000797 - ADC_D000814). |
| | 2893 | ADC medical file for Kenneth Gifford, #128657, for the period from October 9, 2012 to October 9, 2013 (ADC353579 - ADC353781). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 2937 | Excerpt from ADC medical file for Dewey Gullick, #166858, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136491 - ADC136495). |
| | 2938 | ADC medical file for Dewey Gullick, #166858, for the period from January 1, 2011 to September 5, 2013 (ADC434743 - ADC434891). |
| | 2939 | Excerpt from ADC medical file for Johnny Gurule, #117783, selected during Pablo Stewart's site inspection at ASPC-Phoenix (ADC136971 - ADC136978). |
| | 2940 | ADC medical file for Johnny Gurule, #117783, for the period from January 1, 2011 to October 28, 2013 (ADC179652 - ADC179839). |
| | 2941 | ADC medical file for Douglas Gussert, #258019, for the period from April 1, 2013 to April 1, 2014 (ADC326075 - ADC326303). |
| | 2942 | ADC medical file for Alex Gutierrez, #053815, for the period from December 26, 2012 to December 26, 2013 (ADC338219 - ADC338416). |
| | 2943 | ADC Administrative Investigations Unit Report No. 2013-1929 regarding Alex Gutierrez, #053815 (ADC424192 - ADC424298). |
| | 2944 | ADC Mortality Review regarding Alex Gutierrez, #053815 (ADC364233 - ADC364236). |
| | 2945 | BJS State Prison Inmate Death Report regarding Alex Gutierrez, #053815 (ADC406258 - ADC406260). |
| | 2946 | Maricopa County Medical Examiner's Office report regarding Alex Gutierrez, #053815 (ADC422818 - ADC422827). |
| | 2947 | Excerpt from ADC medical file for Jesus Gutierrez, #169610, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136496 - ADC136514). |
| | 2948-2949 | ADC medical file for James Guy, #201358, for the period from January 1, 2011 to April 1, 2014 (ADC345084 - ADC345212; and, ADC362955 - ADC362993). |
| | 2950 | ADC dental records for Kenneth Haddock, #205997, for the period from January 1, 2009 to October 4, 2013 (ADC170177 - ADC170196). |

2950820.1

-84-

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 2995 | ADC Criminal Investigations Unit Report No. 2011020197 regarding Joshua Haynes, #153920 (ADC062984 - ADC063138). |
| | 2996 | ADC medical file for Paul Henderson, #247636, for the period from October 17, 2012 to May 1, 2013 (ADC216454 - ADC216509). |
| | 2997 | ADC Mortality Review regarding Paul Henderson, #247636 (ADC211629 - ADC211633). |
| | 2998 | ADC Psychological Autopsy regarding Paul Henderson, #247636 (ADC257115 - ADC257121). |
| | 2999 | Selected ADC mental health observation records regarding Marquise Hennix, #238088, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171197). |
| | 3000-3001 | ADC medical file for Michael Hernandez, #211872, for the period from January 1, 2011 to April 1, (ADC180047 - ADC180102; and, ADC296500 - ADC296554). |
| | 3002 | ADC medical file for Alfredo Herrera, #141081, for the period from November 8, 2013 to April 1, 2014 (ADC368715 - ADC368738). |
| | 3003 | ADC Master Record File for Alfredo Herrera, #141081, up through September 11, 2013 (ADC138964 - ADC139078). |
| | 3004 | ADC medical file for Thomas Herrera, #078507, for the period from October 16, 2012 to July 13, 2013 (ADC213640 - ADC613956) |
| | 3005 | ADC Mortality Review regarding Thomas Herrera, #078507 (ADC211634 - ADC211638). |
| | 3006 | ADC dental records for Glenn Heser, #042639, for the period from January 1, 2009 to November 25, 2013 (ADC170415 - ADC170445). |
| | 3007 | ADC Criminal Investigations Unit Report No. 2011020096 regarding Robert Heydorn, #253966 (ADC032686 - ADC32776). |
| | 3008 | Excerpt from ADC medical file for Marvin Hicks, #108037, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143684 - ADC143694). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3041 | ADC Master Record File for Anthony Horta, #135540, for the period from November 8, 2013 to April 1, 2014 (ADC370313 - ADC370318). |
| | 3042 | ADC Significant Incident Report No. 14-01439 regarding February 1, 2014 self-harming by Anthony Horta, #135540 (ADC320064 - ADC320065). |
| | 3043 | ADC medical file for Kemp Horton, #202496, for the period from January 1, 2011 to August 19, 2013 (ADC147514 - ADC148098). |
| | 3044-3045 | ADC medical file for Jeffrey Howard, #049806, for the period from January 1, 2011 to April 1, 2014 (ADC434892 - ADC435097; and, ADC313889 - ADC313910). |
| | 3046-3047 | ADC dental records for Scott Howarth, #261299, for the period from January 1, 2009 to October 7, 2013 (ADC170197 - ADC170214; and, ADC200519 - ADC200520). |
| | 3048-3049 | ADC medical file for Heidi Hull, #281701, for the period from June 12, 2013 to April 1, 2014 (ADC239039 - ADC239099; and, ADC283306 - ADC283369). |
| | 3050 | ADC medical file for Trina Hurt, #236244, for the period from November 14, 2008 to May 21, 2013 (ADC435098 - ADC435548). |
| | 3051-3052 | ADC dental records for Trina Hurt, #236244, for the period from November 14, 2008 to October 14, 2013 (ADC_D002337 - ADC_D002342; and, ADC_D000379 - ADC_D000399). |
| | 3053 | Smallwood Prison Dental Services' Correctional Dental Software Patient Report for Seth Hutto, #275736 (ADC_D002498). |
| | 3054 | ADC medical file for Minh Huynh, #262141, for the period from April 1, 2013 to April 1, 2014 (ADC313911 - ADC314189). |
| | 3055 | Excerpt from ADC medical file for Margaret Ihms, #233157, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136802 - ADC136805). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3107 | ADC Mortality Review regarding John Jones, #054741 (ADC211659 - ADC211663). |
| | 3108-3109 | ADC medical file for Lois Jones, #060669, for the period from January 1, 2011 to April 1, 2014 (ADC239592 - ADC239715; and, ADC345311 - ADC345333). |
| | 3110-3111 | ADC dental records for Donald Jordan, #097341, for the period from January 1, 2009 to November 11, 2013 (ADC_D000889 - ADC_D000891; and, ADC_D000041 - ADC_D000045). |
| | 3112 | ADC medical file for Kenneth Jordan, #233937, for the period from January 31, 2014 to April 1, 2014 (ADC368922 - ADC368932). |
| | 3113-3114 | ADC Master Record File for Kenneth Jordan, #233937, up through April 1, 2014 (ADC169836 - ADC169869; and, ADC282618 - ADC282647). |
| | 3115 | Excerpt from ADC medical file for Jose Juarez, #186820, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143711 - ADC143716). |
| | 3116 | ADC medical file for Jose Juarez, #186820, for the period from January 1, 2011 to August 26, 2013 (ADC148460 - ADC148628). |
| | 3117 | ADC medical file for Nishma Kanabar, #279557, for the period from April 1, 2013 to April 1, 2014 (ADC283469 - ADC284543). |
| | 3118-3119 | ADC medical file for Thomas Kane, #060051, for the period from January 1, 2011 to April 1, 2014 (ADC181335 - ADC181411; and, ADC289508 - ADC289548). |
| | 3120 | ADC Master Record File for Thomas Kane, #060051, for the period from November 8, 2013 to April 1, 2014 (ADC370407 - ADC370408). |
| | 3121 | ADC dental records for Brooke Kapus, #180853, for the period from January 1, 2011 to August 26, 2013 (ADC153464 - ADC153480). |
| | 3122 | Smallwood Prison Dental Services' Correctional Dental Software Patient Report for Christopher Keller, #275231 (ADC_D002499). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3123 | ADC medical file for Aaron Ker, #272203, for the period from January 11, 2011 to November 26, 2013 (ADC435549 - ADC435712). |
| | 3124 | Excerpt from ADC medical file for Michael Kiel, #166428, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143717 - ADC143726). |
| | 3125-3126 | ADC medical file for Michael Kiel, #166428, for the period from January 1, 2011 to April 1, 2014 (ADC181412 - ADC181759; and, ADC289549 - ADC289655). |
| | 3127 | ADC Significant Incident Report No. 13-14295  and use of force review regarding December 2, 2013 self-harming by Michael Kiel, #166428 (ADC293259 - ADC293273). |
| | 3128 | Excerpt from ADC medical file for Kristopher Kimmerling, #154443, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136523 - ADC136525). |
| | 3129-3130 | ADC medical file for Kristopher Kimmerling, #154443, for the period from January 1, 2011 to March 5, 2014 (ADC181760 - ADC181897; and, ADC334267 - ADC334294). |
| | 3131 | Excerpt from ADC medical file for Carl Kirvin, #073899, selected during Pablo Stewart's site inspection at ASPC-Yuma (ADC137131 - ADC137135). |
| | 3132 | Excerpt from ADC medical file for Charles Knight, #277840, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154605 - ADC154613). |
| | 3133 | Excerpt from ADC medical file for John Koch, #170635, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143727 - ADC143729). |
| | 3134 | ADC dental records for Riki Koehler, #106735, for the period from January 1, 2009 to August 15, 2013 (ADC153481 - ADC153524). |
| | 3135 | Smallwood Prison Dental Services' Correctional Dental Software Patient Report for Jeremy Konow, #113103 (ADC_D002517). |
| | 3136 | ADC medical file for Theodore Kootswatewa, #150745, for the period from November 8, 2013 to December 28, 2013 (ADC251453 - ADC251502). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3201 | Smallwood Prison Dental Services' Correctional Dental Software Patient Report for Christian Lowery, #128030 (ADC_D002515). |
| | 3202 | ADC medical file for Kenneth Lucas, #137555, for the period from January 1, 2011 to October 4, 2011 (ADC034363 - ADC034429). |
| | 3203 | ADC Criminal Investigations Unit Report No. 2011030222 regarding Kenneth Lucas, #137555 (ADC063837 - ADC063967). |
| | 3204 | ADC Mortality Review regarding Kenneth Lucas, #137555 (ADC138584 - ADC138588). |
| | 3205 | Excerpt from ADC medical file for Frank Lucero, #086062, selected during Brie Williams's site inspection at ASPC-Florence (ADC155159). |
| | 3206 | ADC medical file for Frank Lucero, #086062, for the period from August 14, 2013 to April 1, 2014 (ADC299329 - ADC299617). |
| | 3207 | Excerpt from ADC medical file for Tyerel Luke, 130646, selected during Jay Shulman's site inspection at ASPC-Phoenix (ADC137179 - ADC137184). |
| | 3208 | ADC dental records for Joey Lydell, #234229, for the period from January 1, 2009 to November 11, 2013 (ADC_D000880 - ADC_D000888). |
| | 3209-3210 | ADC medical file for Candelario Lynn, #131399, for the period from January 1, 2011 to April 1, 2014 (ADC436299 - ADC436568; and, ADC299951 - ADC300041). |
| | 3211 | ADC Criminal Investigations Unit Report No. 2011040602 regarding Paul Macias, #037162 (ADC039803 - ADC039815). |
| | 3212 | ADC Mortality Review regarding Paul Macias, #037162 (ADC211675 - ADC211678). |
| | 3213 | Excerpt from ADC medical file for Zachary MacIsaac, #252577, selected during Craig Haney's site inspection at ASPC-Florence (ADC136741 - ADC136745). |
| | 3214-3215 | ADC medical file for Zachary MacIsaac, #252577, for the period from January 1, 2011 to April 1, 2014 (ADC149080 - ADC149766; and, ADC314571 - ADC314727). |

2950820.1

-101-

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3216 | ADC Master Record File for Zachary MacIsaac, #252577, for the period from November 8, 2013 to April 1, 2014 (ADC370409 - ADC370410). |
| | 3217-3218 | ADC medical file for George Malone, #086899, for the period from July 31, 2012 to July 31, 2013 (ADC218018 - ADC218085; and, ADC218438 - ADC218607). |
| | 3219 | ADC Mortality Review regarding George Malone, #086899 (ADC211679 - ADC211683). |
| | 3220 | BJS State Prison Inmate Death Report regarding George Malone, #086899 (ADC261302 - ADC261304). |
| | 3221 | ADC Criminal Investigations Unit Report No. 2011020131 regarding Robert Mandalla, #187231 (ADC032879 - ADC032937). |
| | 3222 | Excerpt from ADC medical file for Brein Mandeville, #244685, selected during Pablo Stewart's site inspection at ASPC-Lewis (ADC143730 - ADC143733). |
| | 3223-3224 | ADC medical file for Brein Mandeville, #244685, for the period from April 1, 2013 to April 1, 2014 (ADC289835 - ADC290034; and, ADC284705 - ADC284891). |
| | 3225 | ADC medical file for Chene Manley, #144981, for the period from January 1, 2011 to October 7, 2013 (ADC160076 - ADC160427). |
| | 3226 | ADC dental records for Donald Manning, #105334, for the period from January 1, 2009 to November 7, 2013 (ADC D000923 - ADC D000938). |
| | 3227 | Smallwood Prison Dental Services' Correctional Dental Software Patient Report for Derrick Manuel, #254414 (ADC D002504). |
| | 3228 | Selected ADC mental health observation records regarding Alonzo Martinez, #266305, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171201 - ADC171203). |
| | 3229 | ADC medical file for Anthony Martinez, #085596, for the period from May 14, 2012 to May 14, 2013 (ADC218608 - ADC218942). |
| | 3230 | ADC Mortality Review regarding Anthony Martinez, #085596 (ADC211684 - ADC211688). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3231-3232 | ADC medical file for Eduardo Martinez, #121022, for the period from January 1, 2011 to April 1, 2014 (ADC149767 - ADC149815; and, ADC290035 - ADC290076). |
| | 3233 | ADC Master Record File for Eduardo Martinez, #121022, for the period from November 8, 2013 to April 1, 2014 (ADC370411 - ADC370420). |
| | 3234-3235 | ADC dental records for Gabriel Martinez, #205249, for the period from January 1, 2009 to November 13, 2013 (ADC_D001803 - ADC_D001814; and, ADC_D000218 - ADC_D000226). |
| | 3236 | Smallwood Prison Dental Services' Correctional Dental Software Patient Report for Gabriel Martinez, #205249 (ADC_D002510). |
| | 3237 | ADC medical file for Hector Martinez, #240034, for the period from November 8, 2013 to April 1, 2014 (ADC369002 - ADC369021). |
| | 3238-3239 | ADC Master Record File for Hector Martinez, #240034, up through April 1, 2014 (ADC139635 - ADC139682; and, ADC282648 - ADC282714). |
| | 3240-3241 | ADC medical file for Mark Martinez, #200893, for the period from January 1, 2011 to March 7, 2014 (ADC182980 - ADC183072; and, ADC300042 - ADC300090). |
| | 3242 | ADC Master Record File for Mark Martinez, #200893, for the period from November 8, 2013 to April 1, 2014 (ADC370421 - ADC370447). |
| | 3243 | ADC medical file for Nicholas Martinez, #171587, for the period from January 1, 2011 to August 30, 2012 (ADC044182 - ADC044455). |
| | 3244-3245 | ADC Criminal Investigations Unit Report and Activity Summary No. 2012020210 regarding Nicholas Martinez, #171587 (ADC085387 - ADC085467; and ADC192973). |
| | 3246 | ADC Mortality Review regarding Nicholas Martinez, #171587 (ADC138436 - ADC138440). |
| | 3247-3248 | ADC medical file for Ramon Martinez, #076688, for the period from January 1, 2011 to April 1, 2014 (ADC183073 - ADC183172; and, ADC334887 - ADC334918). |

2950820.1

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3267 | ADC dental records for James McClure, #208831, for the period from January 1, 2009 to November 13, 2013 (ADC  D001828 - ADC  D001849). |
| | 3268 | ADC Criminal Investigations unit Report No. 2011020235 regarding Kenneth McCulloch, #071775 (ADC032938 - ADC033024). |
| | 3269 | Excerpt from ADC medical file for Jack McGee, #220171, selected during Craig Haney's site inspection at ASPC-Florence (ADC136746 - ADC136752). |
| | 3270-3271 | ADC medical file for Jack McGee, #220171, for the period from January 1, 2011 to April 1, 2014 (ADC149816 - ADC149887; and, ADC314728 - ADC314769). |
| | 3272-3273 | ADC Master Record File for Jack McGee, #220171, up through April 1, 2014 (ADC145154 - ADC145274; and, ADC370461 - ADC370468). |
| | 3274 | Excerpt from ADC medical file for Bobbie McGhee, #262374, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154614 - ADC154621). |
| | 3275-3276 | ADC medical file for Robert McGill, #052841, for the period from January 1, 2011 to April 1, 2014 (ADC345791 - ADC346024; and, ADC363536 - ADC363575). |
| | 3277 | Excerpt from ADC medical file for David McKay, #198724, selected during Pablo Stewart's site inspection at ASPC-Phoenix (ADC136989 - ADC137013). |
| | 3278-3279 | ADC medical file for David McKay, #198724, for the period from January 1, 2011 to April 1, 2014 (ADC436569 - ADC436762; and, ADC334919 - ADC335036). |
| | 3280 | ADC medical file for John McLean, #282546, for the period from July 16, 2013 to December 18, 2013 (ADC355982 - ADC356147). |
| | 3281 | ADC Mortality Review regarding John McLean, #282546 (ADC364261 - ADC364264). |
| | 3282 | Pima County Medical Examiner's Office report regarding John McLean, #282546 (ADC422887 - ADC422891). |
| | 3283 | ADC medical file for Tiffany McNeish, #194635, as of July 31, 2013 (ADC136007 - ADC136210). |

2950820.1

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3284-3285 | ADC Significant Incident Report No. 14-03466 and video regarding March 19, 2014 self-harming by Tiffany McNeish, #194635 (ADC280940 - ADC280941; and ADC320110). |
| | 3286-3287 | ADC medical file for Lance McQueen, #275473, for the period from December 13, 2012 to December 13, 2013 (ADC356148 - ADC356421; and, ADC356422 - ADC356490). |
| | 3288 | ADC Mortality Review regarding Lance McQueen, #275473 (ADC364265 - ADC364268). |
| | 3289 | Pima County Medical Examiner's Office report regarding Lance McQueen, #275473 (ADC422892 - ADC422896). |
| | 3290 | ADC dental records for Ernesto Medina, #235957, for the period from January 1, 2009 to September 3, 2013 (ADC170227 - ADC170271). |
| | 3291-3292 | ADC medical file for Michael Melendez, #102559, for the period from October 10, 2012 to October 10, 2013 (ADC338982 - ADC339116; and, ADC356512 - ADC356656). |
| | 3293 | ADC Mortality Review regarding Michael Melendez, #102559 (ADC359595 - ADC359598). |
| | 3294 | BJS State Prison Inmate Death Report regarding Michael Melendez, #102559 (ADC406172 - ADC406174). |
| | 3295 | Maricopa County Medical Examiner's Office report regarding Michael Melendez, #102559 (ADC422897 - ADC422900). |
| | 3296 | Excerpt from ADC medical file for Rodolfo Mendoza, #046605, selected during Craig Haney's site inspection at ASPC-Florence (ADC136753). |
| | 3297 | Excerpt from ADC medical file for Rodolfo Mendoza, #046605, selected during Brie Williams's site inspection at ASPC-Florence (ADC155160 - ADC155167). |
| | 3298-3299 | ADC medical file for Rodolfo Mendoza, #046605, for the period from January 1, 2011 to April 1, 2014 (ADC436763 - ADC437036; and, ADC314825 - ADC314882). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3300-3301 | ADC medical file for Justin Menendez, #111590, for the period from January 1, 2011 to April 1, 2014 (ADC437037 - ADC437464; and, ADC290077 - ADC290280). |
| | 3302 | ADC dental records for JD Merrick, #099252, for the period from January 1, 2009 to November 13, 2013 (ADC170272 - ADC170297). |
| | 3303-3304 | ADC medical file for David Metcalf, #126539, for the period from January 1, 2011 to April 1, 2014 (ADC183494 - ADC183653; and, ADC315039 - ADC315079). |
| | 3305-3306 | ADC medical file for Christian Meza, #272940, for the period from June 20, 2012 to April 1, 2014 (ADC164546 - ADC164716; and, ADC300255 - ADC33556). |
| | 3307-3308 | ADC supplemental dental records for Matthew Milburn, #045655, for the period from January 1, 2009 to November 13, 2013 (ADC170298 - ADC170311; and, ADC145907 - ADC145914). |
| | 3831 | ADC medical file for Deandre Milton, #245627 for the period from July 1, 2012 to January 2, 2014 (ADC_P001063 - ADC_P001317). |
| | 3832-3833 | ADC Significant Incident Report No. 13-13171, use of force review, and video regarding November 5, 2013 self-harming by Deandre Milton, #245627 (ADC_P001047 - ADC_P001061; and ADC_P001062). |
| | 3309 | ADC dental records for Greg Minnis, #155351, for the period from January 1, 2009 to September 26, 2013 (ADC165669 - ADC165707). |
| | 3310 | Smallwood Prison Dental Services' Correctional Dental Software Patient Report for Luis Miramontes, #247220 (ADC_D002506). |
| | 3311 | Excerpt from ADC medical file for Shacoia Mitchell, #266314, selected during Brie Williams's site inspection at ASPC-Perryville (ADC166256 - ADC166270). |
| | 3312 | ADC medical file for Shacoia Mitchell, #266314, for the period from January 31, 2014 to April 1, 2014 (ADC369043 - ADC369046). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3373 | ADC dental records for Arturo Nevarez-Ugarte, #228792, for the period from January 1, 2009 to August 12, 2013 (ADC153525 - ADC153555). |
| | 3374 | ADC medical file for Adam Nicolia, #254795, for the period from January 31, 2014 to April 1, 2014 (ADC369113 - ADC369121). |
| | 3375 | ADC Master Record File for Adam Nicolia, #254795, up through October 4, 2013 (ADC169946 - Adc169959). |
| | 3376-3378 | ADC medical file for Patrick Nissley, #277002, for the period from January 1, 2011 to April 1, 2014 (ADC183921 - ADC184031; ADC243344 - ADC243360; and, ADC301311 - ADC301394). |
| | 3379 | Excerpt from ADC medical file for Hector Norzagaray, #119781, selected during Brie Williams's site inspection at ASPC-Florence (ADC155168 - ADC155173). |
| | 3380 | ADC medical file for Hector Norzagaray, #119781, for the period from August 14, 2013 to April 1, 2014 (ADC301517 - ADC301540). |
| | 3381-3382 | ADC medical file for Henry Ochoa, #257721, for the period from January 1, 2011 to April 1, 2014 (ADC184032 - ADC184152; and, ADC315227 - ADC315269). |
| | 3383 | ADC Master Record File for Henry Ochoa, #257721, for the period from November 8, 2013 to April 1, 2014 (ADC370496 - ADC370506). |
| | 3384 | ADC medical file for Anthony Olea, #153946, for the period from September 15, 2011 to October 5, 2011 (ADC044995 - ADC045043). |
| | 3385 | ADC Criminal Investigations Unit Report No. 2011030223 regarding Anthony Olea, #153946 (ADC065030 - ADC065148). |
| | 3386 | ADC Mortality Review regarding Anthony Olea, #153946 (ADC138589 - ADC138593). |
| | 3387 | ADC medical file for Richard Olivas, #128627, for the period from January 1, 2011 to July 21, 2012 (ADC045044 - ADC045537). |
| | 3388 | ADC Criminal Investigations Unit Report No. 2012020179 regarding Richard Olivas, #128627 (ADC085645 - ADC085739). |

2950820.1

-112-

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3389 | ADC Mortality Review regarding Richard Olivas, #128627 (ADC138401 - ADC138405). |
| | 3390 | ADC dental records for William O'Rourke, #252819, for the period from January 1, 2009 to October 4, 2013 (ADC170315 - ADC170325). |
| | 3391-3392 | ADC medical file for Greg Ortega, #125033, for the period from January 1, 2011 to April 1, 2014 (ADC346337 - ADC346528; and, ADC363576 - ADC363649). |
| | 3393 | Excerpt from ADC medical file for George Overturf, #253160, selected during Brie Willams's site inspection at ASPC-Florence (ADC155174 - ADC155186). |
| | 3394-3395 | ADC medical file for George Overturf, #253160, for the period from January 1, 2011 to April 1, 2014 (ADC437465 - ADC437751; and, ADC315356 - ADC315504). |
| | 3396-3397 | ADC Significant Incident Report No. 14-00755 and use for force review and video regarding January 17, 2014 refusal to rehouse and assault on staff by George Overturf, #253160 (ADC321656 - ADC321666; and ADC320225). |
| | 3398 | Smallwood Prison Dental Services' Correctional Dental Software Patient Report for Jesus Padilla, #236311 (ADC  D002508). |
| | 3399 | Excerpt from ADC medical file for Eric Pamias, #171277, selected during Robert Cohen's site inspection at ASPC-Lewis (ADC200210 - ADC200211). |
| | 3400-3401 | ADC medical file for Eric Pamias, #171277, for the period from January 1, 2011 to October 15, 2013 (ADC346529 - ADC349839; and, ADC346840 - ADC346865). |
| | 3402-3403 | ADC medical file for Jesse Papanek, #180906, for the period from January 1, 2011 to April 1, 2014 (ADC184153 - ADC184344; and, ADC301541 - ADC301656). |
| | 3404 | ADC medical file for Kevin Pate, #091377, for the period from May 30, 2012 to March 15, 2013 (ADC218943 - ADC219365). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3405 | ADC Mortality Review regarding Kevin Pate, #091377 (ADC211694 - ADC211698). |
| | 3406 | Excerpt from ADC medical file for Jerry Patton, #277153, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154631 - ADC154637). |
| | 3407 | ADC Master Record File for Jerry Patton, #277153, up through October 4, 2013 (ADC169960 - ADC169979). |
| | 3408-3409 | ADC medical file for Christopher Pavloff, #264480, for the period from January 1, 2011 to April 1, 2014 (ADC184494 - ADC184617; and, ADC315549 - ADC315587). |
| | 3410 | ADC dental records for Jeffrey Pearson, #126867, for the period from January 1, 2009 to November 12, 2013 (ADC_D001918 - ADC_D001924). |
| | 3411 | Excerpt from ADC medical file for Kendall Pearson, #246092, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136632 - ADC136635). |
| | 3412-3413 | ADC medical file for Kendall Pearson, #246092, for the period from January 1, 2011 to April 1, 2014 (ADC184618 - ADC184871; and, ADC290663 - ADC290717). |
| | 3414 | ADC medical file for Michael Pellicer, #241648, for the period from January 1, 2011 to June 2, 2011 (ADC034439 - ADC034461). |
| | 3415 | ADC Criminal Investigations Unit Report No. 2011100240 regarding Michael Pellicer, #241648 (ADC065324 - ADC065361). |
| | 3416 | ADC Mortality Review regarding Michael Pellicer, #241648 (ADC138604 - ADC138608). |
| | 3417-3418 | ADC medical file for Samuel Penrod, #239370, for the period from January 1, 2011 to April 1, 2014 (ADC243446 - ADC243606; and, ADC302886 - ADC302897). |
| | 3419-3420 | ADC medical file for Christina Perez, #194526, for the period from January 1, 2011 to April 1, 2014 (ADC184872 - ADC185116; and, ADC290718 - ADC290735). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3421 | ADC Master Record File for Christina Perez, #194526, for the period from November 8, 2013 to April 1, 2014 (ADC370507 - ADC370545). |
| | 3422 | ADC medical file for Dexter Peters, #063009, for the period from January 1, 2011 to March 3, 2013 (ADC251581 - ADC251823). |
| | 3423 | ADC medical file for Karat Phothong, #098842, for the period from January 1, 2011 to January 28, 2012 (ADC087941 - ADC088069). |
| | 3424 | ADC Criminal Investigations Unit Report No. 2012020029 regarding Karat Phothong, #098842 (ADC072551 - ADC072828). |
| | 3425 | ADC Mortality Review regarding Karat Phothong, #098842 (ADC197286 - ADC197290). |
| | 3426 | ADC Psychological Autopsy regarding Karat Phothong, #098842 (ADC257130 - ADC257134). |
| | 3427 | ADC dental records for Hugh Pinkston, #143817, for the period from January 1, 2009 to November 11, 2013 (ADC_D001183 - ADC_D001217). |
| | 3428 | ADC medical file for Lorenzo Pogue-Fuentes, #231849, for the period from July 1, 2012 to January 6, 2014 (ADC_P005220 - ADC005510). |
| | 3429 | Selected ADC mental health observation records regarding Lorenzo Pogue-Fuentes, #231849, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171210). |
| | 3430 | ADC Criminal Investigations Unit Report No. 2011030119, including medical records, regarding Jeremy Pompeneo, #228525 (ADC193499 - ADC194264). |
| | 3431 | ADC Mortality Review regarding Jeremy Pompeneo, #228525 (ADC211699 - ADC211703). |
| | 3432-3433 | ADC medical file for Danette Porter, #255037, for the period from July 14, 2010 to April 1, 2014 (ADC205146 - ADC205598; and, ADC284968 - ADC285194). |
| | 3434 | ADC Criminal Investigations Unit Report No. 2012030039 regarding Daniel Porter, #061424 (ADC086270 - ADC086398). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3517 | Maricopa County Medical Examiner's Office report regarding Gloria Rodgers, #216771 (ADC422921 - ADC422924). |
| | 3518-3519 | ADC dental records for Daniel Rogowski, #108202, for the period from January 1, 2009 to September 25, 2013 (ADC170339 - ADC170393; and ADC145935 - ADC145941). |
| | 3520 | ADC medical grievance file no. A02-83-011, regarding dental charge grievance submitted by Daniel Rogowski, #108202, on December 14, 2011 (ADC194629 - ADC194648). |
| | 3521 | Excerpt from ADC medical file for Mark Rooks, #214472, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136655 - ADC136660). |
| | 3522-3523 | ADC medical file for Mark Rooks, #214472, for the period from January 1, 2011 to April 1, 2014 (ADC272548 - ADC272655; and, ADC303447 - ADC303464). |
| | 3524-3525 | ADC medical file for Flavio Rosales, #233818, for the period from January 1, 2013 to April 1, 2014 (ADC438863 - ADC439164; and, ADC316519 - ADC316647). |
| | 3526 | Excerpt from ADC medical file for Kenneth Rose, #037846, selected during Brie Williams's site inspection at ASPC-Eyman (ADC154643 - ADC154650). |
| | 3527 | Excerpt from ADC medical file for Benny Roseland, #124449, selected during Robert Cohen's site inspection at ASPC-Lewis (ADC200220 - ADC200236). |
| | 3528-3529 | ADC medical file for Benny Roseland, #124449, for the period from January 1, 2011 to November 12, 2013 (ADC439165 - ADC439296; and, ADC357855 - ADC358257). |
| | 3530 | ADC Mortality Review regarding Benny Roseland, #124449 (ADC364812 - ADC364815). |
| | 3531 | Pinal County Medical Examiner's Office report regarding Benny Roseland, #124449 (ADC422929 - ADC422933). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3576-3577 | ADC medical file for John Scavo, #231091, for the period from January 1, 2011 to April 1, 2014 (ADC245247 - ADC245286; and, ADC316846 - ADC316955). |
| | 3578 | ADC medical file for Gregory Schlundt, #054406, for the period from October 3, 2012 to October 3, 2013 (ADC358825 - ADC359478). |
| | 3579 | ADC Mortality Review regarding Gregory Schlundt, #054406 (ADC335126 - ADC335129). |
| | 3580 | BJS State Prison Inmate Death Report regarding Gregory Schlundt, #054406 (ADC406261 - ADC406263). |
| | 3581 | Pima County Medical Examiner's Office report regarding Gregory Schlundt, #054406 (ADC422947 - ADC422951). |
| | 3582-3583 | ADC dental records for Thomas Schwartz, #064805, for the period from January 1, 2009 to November 12, 2013 (ADC170394 - ADC170404; and, ADC145942 - ADC145951). |
| | 3584 | ADC medical file for Dershawn Scott, #146395, for the period from July 23, 2013 to October 31, 2013 (ADC370911 - ADC370937). |
| | 3585-3586 | ADC Master Record File for Dershawn Scott, #146395, up through October 31, 2013 (ADC139305 - ADC139449; and, ADC332223 - ADC332259). |
| | 3587 | ADC medical file for Gabriel Scott, #183425, for the period from January 1, 2011 to August 28, 2013 (ADC439486 - ADC439726). |
| | 3588 | Excerpt from ADC medical file for Heather Self, #231185, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136816 - ADC136823). |
| | 3591 | Selected ADC mental health observation records regarding Heather Self, #231185, identified for duplication during Plaintiffs' counsels' document inspection on November 19, 2013 (ADC171240). |
| | 3589-3590 | ADC medical file for Heather Self, #231185, for the period from January 1, 2011 to April 1, 2014 (ADC439727 - ADC440147; and, ADC290903 - ADC291036). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3592 | ADC Master Record File for Heather Self, #231185, up through September 16, 2013 (ADC227064 - ADC227230). |
| | 3593-3594 | ADC medical file for Anthony Sepulveda, #222800, for the period from January 1, 2011 to April 1, (ADC186956 - ADC187228; and, ADC291037 - ADC291123). |
| | 3595 | ADC Master Record File for Anthony Sepulveda, #222800, for the period from November 8, 2013 to April 1, 2014 (ADC370708 - ADC370712). |
| | 3596 | ADC Significant Incident Report No. 13-13675 regarding November 17, 2013 use of force to stop multiple inmate assault upon Anthony Sepulveda, #222800 (ADC320016 - ADC320017). |
| | 3597 | ADC medical file for William Sexton, #230135, for the period from January 1, 2011 to April 10, 2012 (ADC046409 - ADC046442). |
| | 3598 | ADC Criminal Investigations Unit Report No. 2012030059 regarding William Sexton, #230135 (ADC072988 - ADC073107). |
| | 3599 | ADC Mortality Review regarding William Sexton, #230135 (ADC138197 - ADC138201). |
| | 3600 | ADC dental records for David Sharp, #194939, for the period from January 1, 2011 to November 25, 2013 (ADC194740 - ADC194792). |
| | 3601 | Smallwood Prison Dental Services' Correctional Dental Software Patient Report for David Sharp, #194939 (ADC  D002511). |
| | 3602 | ADC dental records for Carlos Shaw, #214336, for the period from January 1, 2011 to October 3, 2013 (ADC170405 - ADC170413). |
| | 3603 | ADC dental records for Tana Shears, #253471, for the period from January 1, 2009 to October 2, 2013 (ADC170414; and, ADC165969 - ADC165979). |
| | 1524 and 3604 | ADC medical file for Alfred Sheppard, #147672, for the period from November 8, 1999 to March 27, 2013 (ADC089611 – ADC091463; ADC107996 - ADC108035). |
| | 3605 | ADC Master Record File for Alfred Sheppard, #147672, up through June 20, 2013 (ADC258891 - ADC259758). |

2950820.1

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3637 | ADC Mortality Review regarding Milo Stanley, #064794 (ADC211727 - ADC211731). |
| | 3638 | ADC Psychological Autopsy regarding Milo Stanley, #064794 (ADC261275 - ADC261281). |
| | 3639-3640 | ADC medical file for William Starr, #162514, for the period from January 1, 2011 to April 1, 2014 (ADC245355 - ADC245426; and, ADC317537 - ADC317588). |
| | 3641 | ADC medical file for Lorraine Steadman, #246172, for the period from September 14, 2009 to October 23, 2012 (ADC133532 - ADC133729). |
| | 3642 | Excerpt from ADC medical file for James Steele, #070021, selected during Brie Williams's site inspection at ASPC-Florence (ADC155187 - ADC155193). |
| | 3643-3644 | ADC medical file for James Steele, #070021, for the period from January 1, 2011 to April 1, 2014 (ADC272656 - ADC272943; and, ADC305297 - ADC305358). |
| | 3645 | Excerpt from ADC medical file for Harry Stein, #246181, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136678 - ADC136681). |
| | 3646-3647 | ADC medical file for Harry Stein, #246181, for the period from January 1, 2011 to April 1, 2014 (ADC272944 - ADC273023; and, ADC305359 - ADC305408). |
| | 3648 | ADC Master Record File for Timothy Stephenson, #201751, up through September 17, 2013 (ADC259759 - ADC260169). |
| | 3649 and 3651 | ADC Significant Incident Report No. 13-14604 and video regarding December 19, 2013 suicide attempt by Timothy Stephenson, #201751 (ADC293304 - ADC293324; and ADC363855). |
| | 3652-3653 | ADC medical file for Ramon Stewart, #208756, for the period from January 1, 2011 to April 1, 2014 (ADC440148 - ADC440586; and, ADC291124 - ADC291656). |
| | 3654-3655 | ADC medical file for Jody Sullivan, #182295, for the period from July 5, 2012 to April 1, 2014 (ADC187438 - ADC188047; and, ADC305409 - ADC305857). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3672 | ADC Mortality Review regarding Lawrence Tashquinth, #229672 (ADC138456 - ADC138460). |
| | 3673 | Excerpt from ADC medical file for Danette Taulbee, #273151, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136824 - ADC136826). |
| | 3674 | ADC medical file for Danette Taulbee, #273151, for the period from July 18, 2013 to August 5, 2013 (ADC346866 - ADC346964). |
| | 3675-3676 | ADC medical file for William Tavares, #280875, for the period from January 1, 2011 to April 1, 2014 (ADC245523 - ADC245580; and, ADC317791 - ADC317861). |
| | 3677 | Excerpt from ADC medical file for Ryan Tenny, #263981, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136682 - ADC136686). |
| | 3678-3679 | ADC medical file for Ryan Tenny, #263981, for the period from January 1, 2011 to April 1, 2014 (ADC188048 - ADC188451; and, ADC305858 - ADC306017). |
| | 3680 | ADC Significant Incident Report No. 13-12120 regarding October 8, 2013 self-harming by Ryan Tenny, #263981 (ADC280942 - ADC280997). |
| | 3681 | Excerpt from ADC medical file for Tameka Ternoir, #212090, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136827 - ADC136831). |
| | 3682-3683 | ADC medical file for Tameka Ternoir, #212090, for the period from January 1, 2009 to April 1, 2014 (ADC205599 - ADC205897; and, ADC369331 - ADC369385). |
| | 3684 | ADC Master Record File for Tameka Ternoir, #212090, for the period from November 8, 2013 to April 1, 2014 (ADC370743 - ADC370758). |
| | 3685-3686 | ADC medical file for Jaime Terry, #268085, for the period from January 1, 2011 to April 1, 2014 (ADC440587 - ADC440724; and, ADC306018 - ADC306068). |
| | 3687 | ADC medical file for Brenda Todd, #245526, for the period from January 1, 2011 to January 21, 2011 (ADC034616 - ADC034619). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3701 | ADC medical file for Delma Troy, #226501, for the period from January 1, 2011 to October 7, 2013 (ADC188452 - ADC189332). |
| | 3702 | ADC Criminal Investigations Unit Report No. 2012010150 regarding Isabelle Trujillo, #076085 (ADC065913 - ADC065204). |
| | 3703 | ADC Mortality Review regarding Isabelle Trujillo, #076085 (ADC138255 - ADC138259). |
| | 3704 | Excerpt from ADC medical file for Berlyndria Tsosie, #195730, selected during Pablo Stewart's site inspection at ASPC-Perryville (ADC136832 - ADC136884). |
| | 3705 | ADC medical file for Berlyndria Tsosie, #195730, for the period from July 1, 2012 to January 17, 2014 (ADC_P009947 - ADC_P010470). |
| | 3706-3707 | ADC medical file for Rhett Turney, #253929, for the period from January 1, 2011 to December 12, 2013 (ADC245736 - ADC245842; and, ADC306240 - ADC306248). |
| | 3708 | Excerpt from ADC medical file for Gary Underwood, #232920, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136697). |
| | 3709 | ADC medical file for Gary Underwood, #232920, for the period from January 1, 2011 to August 21, 2013 (ADC440725 - ADC440994). |
| | 3710-3711 | ADC Significant Incident Report No. 13-15593 and video regarding December 31, 2013 suicide attempt by Isabel Valdez, #081665 (ADC280930 - ADC280935; and, ADC281704 - ADC281705). |
| | 3712 | ADC dental records for Jose Valdez, #206182, for the period from January 1, 2009 to November 11, 2013 (ADC_D001333 - ADC_D001343). |
| | 3713 | ADC medical file for David Valenzuela, #063167, for the period from July 1, 2012 to July 1, 2013 (ADC221002 - ADC221245). |
| | 3714 | ADC Mortality Review regarding David Valenzuela, #063167 (ADC257139 - ADC257142). |
| | 3715 | BJS State Prison Inmate Death Report regarding David Valenzuela, #063167 (ADC406267 - ADC406267). |

2950820.1

-133-

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3730 | ADC Master Record File for Eileen Vasquez, #272404, up through September 12, 2013 (ADC139683 - ADC139694). |
| | 3731 | ADC medical file for Jason Vasquez, #182340, for the period from January 1, 2011 to August 26, 2013 (ADC441096 - ADC441220). |
| | 3732-3733 | ADC supplemental dental records for Gararado Vega, #202738, for the period from January 1, 2009 to August 13, 2013 (ADC_D001948 - ADC_D001972; and, ADC_D000056 - ADC_D000062). |
| | 3734 | ADC medical file for Vincent Velardez, #071329, for the period from December 17, 2012 to September 9, 2013 (ADC152081 - ADC152370). |
| | 3735-3737 | ADC medical file for Michael Velasquez, #173685, for the period from January 1, 2011 to April 1, 2014 (ADC160811 - ADC161109); ADC245878 - ADC245902; and, ADC307432 - ADC307520). |
| | 3738 | ADC Criminal Investigations Unit Report No. 2012020125 regarding Daniel Velasquez-Adame, #222150 (ADC066299 - ADC066371). |
| | 3739 | ADC Mortality Review regarding Daniel Velasquez-Adame, #222150 (ADC138516 - ADC138520). |
| | 3740-3741 | ADC medical file for Miguel Ventura, #219103, for the period from January 1, 2011 to March 26, 2014 (ADC167812 - ADC168130; and, ADC307521 - ADC307536). |
| | 3742 | Excerpt from ADC medical file for Fermin Vidal, #147564, selected during Craig Haney's site inspection at ASPC-Florence (ADC136755 - ADC136759). |
| | 3743-3744 | ADC medical file for Fermin Vidal, #147564, for the period from January 1, 2011 to April 1, 2014 (ADC189435 - ADC189808; and, ADC319007 - ADC319118). |
| | 3745 | ADC medical file for Massum Vijan, #184869, for the period from April 1, 2013 to April 1, 2014 (ADC307537 - ADC307729). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| | 3805-3806 | ADC supplemental dental records for Glenn Worley, #257008, for the period from January 1, 2009 to August 21, 2013 (ADC153647 - ADC153719; and, ADC145965 - ADC145971). |
| | 3807 | Excerpt from ADC medical file for Jesse Wozniak, #129673, selected during Pablo Stewart's site inspection at ASPC-Eyman (ADC136716 - ADC136722). |
| | 3808-3809 | ADC medical file for Jesse Wozniak, #129673, for the period from January 1, 2011 to April 1, 2014 (ADC152371 - ADC153326; and, ADC308675 - ADC309119). |
| | 3810 | ADC Significant Incident Report No. 13-13148 regarding November 4, 2013 self-harming by Jesse Wozniak, #129673 (ADC281012 - ADC281091). |
| | 3811 | ADC Significant Incident Report No. 14-01955 regarding February 13, 2014 self-harming by Jesse Wozniak, #129673 (ADC281114 - ADC281117; and, ADC281120 - ADC281135) |
| | 3812 | ADC Significant Incident Report No. 14-03894 regarding March 27, 2014 self-harming by Jesse Wozniak, #129673 (ADC281610 - ADC281703). |
| | 3813 | Excerpt from ADC medical file for Larry Wright, #206121, selected during Craig Haney's site inspection at ASPC-Florence (ADC136760 - ADC136762). |
| | 3814 | ADC medical file for Larry Wright, #206121, for the period from January 1, 2011 to August 19, 2013 (ADC442783 - ADC443079). |
| | 3815 | ADC Significant Incident Report No. 14-02656 regarding March 1, 2014 self-harming by Larry Wright, #206121 (ADC293653 - ADC293664). |
| | 3816 | ADC medical file for Quincy Wright, #188401, for the period from July 1, 2012 to December 23, 2013 (ADC_P001335 - ADC_P001467). |
| | 3817 | ADC Significant Incident Report No. 13-16161 and use of force review regarding November 5, 2013 assault on staff by Quincy Wright, #188401 (ADC_P001318 - ADC_P001333). |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| 7. | 4903 | Videos recorded during the expert site inspection as ASPC-Florence on August 12, 2014 (ADC448326 – ADC448333) |
| 8. | 1567 | Photographs of ASPC Perryville depicting cell configuration, cell block configuration and recreation facilities as of 2013 ((ADC140162; ADC140164 - ADC140167; ADC163177 - ADC166178; ADC163181 - ADC166182; ADC163886 - ADC163888; ADC163893 - ADC163896; ADC163902; ADC163915 - ADC163918; ADC163920; ADC163922; ADC163926; ADC166111; ADC166113; ADC166115 - ADC166116; ADC166118 - ADC166119; ADC166121; ADC166140; ADC166144; ADC166147; ADC166149 - ADC166150; ADC166153; ADC166159; ADC166169; ADC166171; and ADC166173) |
| 9. | 4897 | Photographs taking during the expert site inspection at ASPC-Perryville, Lumley Special Management Area on August 11, 2014 (ADC448210 – ADC448245) |
| 10. | 4901 | Videos recorded during the expert site inspection as ASPC-Perryville on August 11, 2014 (ADC448246 – ADC448251) |
| 11. | 1746 | ASPC-Florence Central Unit Maximum Phase Program Plan (ADC054808) |
| 12. | 1676 | Operational Overview of Florence-Central Unit Movement Plan, dated July 22, 2009 (ADC279618 – ADC279620) |
| 13. | 1677 | Florence-Central Unit memorandum, dated July 24, 2009, from Greg Fizer regarding Cell Block #2 Pilot Program (ADC279621 – ADC279622) |
| 14. | 1680 | Florence-Central Unit Inmate Briefing Sheet, dated July 24, 2009 regarding Cellblock #2 Program (ADC279626) |
| 15. | 1678 | Florence-Central Unit memorandum, dated July 31, 2009, from Greg Fizer regarding Walking Max Program-Update (ADC279623 – ADC279624) |
| 16. | 1679 | Florence-Central Unit memorandum, dated August 6, 2009, from Greg Fizer regarding Walking Max-Update (ADC279625) |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| 17. | 1672 | E-mail, dated September 16, 2009 from Greg Fizer regarding Self-Improvement Classes, with marginalia (ADC279613) |
| 18. | 1671 | Florence-Central Unit Max Phase Program Review form, updated August 23, 2010 (ADC279612) |
| 19. | 1822 | Memorandum, dated April 3, 2013, from Lacy Scott to Ron Credio regarding Perryville-Lumley Special Management Area/Max Custody Remediation and Behavioral Treatment Program piloted beginning on June 8, 2009 (ADC280786 – ADC280790) |
| 20. | 1756 | Florence-Central Unit memorandum, dated January 7, 2010, from David Greene, regarding Pre-GED Course (ADC280077) |
| 21. | 1757 | Sample AIMS DI83 screen prints reflecting programs participation of 28 Florence-Central Unit (including CB-Kasson mental health wing) inmates' participation in programming during the period from 2009 to 2014 (ADC280078 – ADC280105) |
| 22. | 1673 | Roster of Florence-Central Unit inmates participating in Cultural Diversity Program in October 2009 (ADC279614) |
| 23. | 1674 | Roster of Florence-Central Unit inmates participating in Conflict Resolution Program in August 2010 (ADC279615) |
| 24. | 1675 | Schedule of Educational TV Behavior courses offered to Maximum Custody inmates in 2010 (ADC279616 – ADC279617) |
| 25. | 1839 | ASPC-Florence Central Unit 2013 and 2014 ETV schedule and programming descriptions (ADC422272 – ADC422275) |
| 26. | 1837 | ASPC-Eyman ETV 2010 broadcast schedule and programming descriptions (ADC422125 – ADC422130) |
| 27. | 1834 | ASPC-Eyman Education Television ("ETV") Booklet for 2012, with broadcast schedule and programming descriptions (ADC422040 – ADC422071) |
| 28. | 1835 | ASPC-Eyman ETV Booklet for 2013, with broadcast schedule and programming descriptions (ADC422072 – ADC422103) |

2950820.1

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| 38. | 1700 – 1703; 1726; and 1704 | Compilation of representative Eyman-Browning Unit Work Incentive Pay Program ("WIPP") Pay Detail Reports for Maximum Custody Inmates, September 2013 – 2014 (ADC421898 – ADC421902; ADC421903 – ADC421907; ADC421908 – ADC421912; ADC421913 – ADC421917; ADC280122 – ADC280129; and, ADC421918 – ADC421924) |
| 39. | 1791 | Eyman-SMU I Inmate Job Application (ADC280442) |
| 40. | 1705 - 1714 | Compilation of representative Eyman-Special Management Unit ("SMU")-I Work Incentive Pay Program ("WIPP") Pay Detail Reports for Maximum Custody Inmates, September 2013 – 2014 (ADC421933 – ADC421937; ADC421938 – ADC421942; ADC421943 – ADC421952; ADC421953 – ADC421962; ADC421963 – ADC421972; ADC421973 – ADC421984; ADC421985 – ADC421998; ADC421999 – ADC422012; ADC422013 – ADC422026; and, ADC422027 – ADC422039) |
| 41. | 1685 | ADC Work Incentive Pay Program ("WIPP") Time Sheets for inmates at the Florence-Central Unit for the pay period from July 1, 2009 to July 11, 2009 (ADC279659 – ADC279684) |
| 42. | 1681; and, 1686 – 1699 | Compilation of representative Florence-Central Unit Work Incentive Pay Program ("WIPP") Time Sheets for Maximum Custody Inmates, August 2009 – 2014 (ADC279627; ADC279685 – ADC279700; ADC279701 – ADC279719; ADC279721 – ADC279740; ADC279741 – ADC279757; ADC279758 – ADC279779; ADC279780 – ADC279807; ADC279808 – ADC279836; ADC279837 – ADC279864; ADC279863 – ADC279885; ADC279886 – ADC279930; ADC279931 – ADC279978; ADC279979 – ADC280025; ADC280026 – ADC280060; and, ADC280061 – ADC280076) |

2950820.1

-264-

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| 148. | 1214 | Individual Inmate Detention Records for Joshua Polson, #187716 (ADC136213 – ADC136254 |
| 149. | 1215 | Individual Inmate Detention Records for Sonia Rodriguez, #103830 (ADC136255 – ADC136314 |
| 150. | 1212; 1219 | Individual Inmate Detention Records for Jeremy Smith, #129438 (ADC140028 – ADC140087 |
| 151. | 1220 | Individual Inmate Detention Records for Stephen Swartz, #102486, for May 30, 2011 through August 28, 2011 (ADC262204 – ADC262215 |
| 152. | 1216 | Individual Inmate Detention Records for Jackie Thomas, #211267 (ADC139901 – ADC139903 |
| 153. | 1213-001; 1213-002 | Individual Inmate Detention Records for Christina Verduzco, #205576, from January 3, 2011 through July 7, 2013 (ADC123484 – ADC123621) and from August 12, 2013 through March 30, 2014 (ADC262216 – ADC262283) |
| 154. | 1217 | Individual Inmate Detention Records for Dustin Brislan, #164993 (ADC139904 – ADC139938 |
| 155. | \1246\ | Recorded phone calls made by Maryanne Chisholm, #200825, during 2008 (ADC166309 - ADC166310); during 2009 (ADC166311- ADC1663014); during 2010 (ADC1663015 - ADC1663018); during 2011 (ADC1663019 - ADC1663022); during 2012 (ADC1663023); November 1, 2012 to June 17, 2013 (ADC1663024 - ADC1663026); January 1, 2011 to February 9, 2012 (ADC229809); February 10, 2012 to May 26, 2012 (ADC229810); May 28, 2012 to July 22, 2012 (ADC229811); June 18, 2013 to October 14, 2013 (ADC229812); October 16, 2013 to January 23, 2014 (ADC229813); and, January 25, 2014 to January 27, 2014 (ADC229814). |
| 156. | \1247\ | Recorded phone calls made by Robert Gamez, #131401, made from 2008 to 2012 (ADC166327 - ADC166329); and from July 23, 2013 to January 24, 2014 (ADC229814) |

| Exh. No. | Defs Reference Numbers | Description, stipulation and objections |
|---|---|---|
| 157. | \1249\ | Recorded phone calls made by Shawn Jensen, #032465, during 2008 (ADC166330 - ADC166332); during 2009 (ADC166333 - ADCADC166335); during 2010 (ADC166336 - ADC166339); during 2011 (ADC166340 - ADC166344); during 2012 (ADC166345 - ADC166347); from July 23, 2012 to October 31, 2012 (ADC166348); from July 23, 2012 to October 31, 2012 (ADC166349); from November 1, 2012 to June 13, 2013 (ADC166350 - ADC166352); from June 1, 2013 to August 3, 2013 (ADC229816); from August 4, 2013 to October 13, 2013 (ADC229817); from October 13, 2013 to December 27, 2013 (ADC229818); and, from December 28, 2013 to January 25, 2014 (ADC229819). |
| 158. | \1250\ | Recorded phone calls made by Desiree Licci, #150051, during 2011 and 2012 (ADC166353); from July 23, 2012 to October 31, 2012 (ADC166354); from November 1, 2012 to June 17, 2013 (ADC166355); and, from July 24, 2013 to January 3, 2014 ADC229820) |
| 159. | \1251\ | Recorded phone calls made by Joshua Polson, #187716, during 2008 (ADC166356 - ADC166359; from July 23, 2012 to October 31, 2012 (ADC166360 - ADC166361); from November 1, 2012 to June 17, 2013 (ADC166362); and, from July 23, 2013 to January 26, 2014 (ADC229821) |
| 160. | \1252\ | Recorded phone calls made by Jeremy Smith, #129438, from 2009 to 2012 (ADC166363 - ADC166367; from November 1, 2012 to June 17, 2013 (ADC166368); and, from June 17, 2013 to July 23, 2013 (ADC229822) |
| 161. | \1253\ | Recorded phone calls made by Christina Verduzco, #205576, from January 13, 2011 to June 4, 2011 (ADC229823) |
| 162. | \1254\ | Recorded phone calls made by Charlotte Wells, #247188, from 2010 to 2012 (ADC166369 - ADC166370; from July 23, 2012 to October 31, 2012 (ADC166371); from November 1, 2012 to March 22, 20133 (ADC166372); from March 28, 2013 to November 15, 2013 (ADC229824); and, from November 15, 2013 to January 16, 2014 (ADC229825) |