# APPENDIX 6-D

# REDACTED

**Appendix 6-D**

**Defendants' Proposed Exhibits – ADC E-mails**

As explained in Section F.3.b.iii to the parties' joint Proposed Final Pretrial Order, Plaintiffs object to the following six hundred and ninety-two (692) exhibits proposed by Defendants on the basis that they each contain out-of-court hearsay statements that are inadmissible under FRE 802 and do not fall within an applicable hearsay exception to permit their introduction by Defendants:

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 2-2969 | E-0694 | E-mail sent by Charles Ryan, at 9:37:00 PM on 4/25/2012, to Denise Stravia, with a subject line of "FW: Health Services Privatization Transition Update" (AGA_Review_00025740 - AGA_Review_00025741). | | |
| 2-2970 | E-2229 | E-mail sent by Charles Ryan, at 9:44:19 PM on 4/26/2012, to Denise Stravia, with a subject line of "RE: Wexford Meeting" (AGA_Review_00025817 - AGA_Review_00025817). | | |
| 2-2971 | E-0128 | E-mail sent by Charles Ryan, at 11:31:08 PM on 5/1/2012, to Denise Stravia, with a subject line of "RE: April 26 Work Group Bullets" (AGA_Review_00026201 - AGA_Review_00026203). | | |
| 2-2972 | E-2230 | E-mail sent by Charles Ryan, at 6:54:07 PM on 7/3/2012, to Jeff Hood; Michael Kearns; Robert Patton; Richard Pratt; Gail Rittenhouse; and, WARDENS, with a subject line of "Wexford Message - Pharmaceuticals from Diamond Pharmacy" (AGA_Review_00032862 - AGA_Review_00032862). | | |
| 2-2973 | E-1436 | E-mail sent by Richard Pratt, at 9:02:49 PM on 7/6/2012, to Jim Taylor, with a subject line of "FW: meds" (AGA_Review_00033395 - AGA_Review_00033397). | | |
| 2-2974 | E-2107 | E-mail sent by Richard Pratt, at 10:01:21 PM on 7/6/2012, to Ernest Trujillo, with a subject line of "Tucson meds" (AGA_Review_00033404 - AGA_Review_00033404). | | |
| 2-2975 | E-2105 | E-mail sent by Charles Ryan, at 11:36:19 PM on 7/6/2012, to Richard Pratt; and, Ernest Trujillo, with a subject line of "RE: Tucson meds" (AGA_Review_00033414 - AGA_Review_00033415). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 2-2976 | E-2104 | E-mail sent by Richard Pratt, at 12:02:58 AM on 7/7/2012, to Charles Ryan, with a subject line of "FW: Tucson meds" (AGA_Review_00033422 - AGA_Review_00033422). | | |
| 2-2977 | E-1870 | E-mail sent by Richard Pratt, at 10:07:48 AM on 7/7/2012, to Karen Mullenix; and, Paul O'Connell, with a subject line of "RE: Request for assistance - Released without Psych Meds" (AGA_Review_00033430 - AGA_Review_00033433). | | |
| 2-2978 | E-0359 | E-mail sent by Richard Pratt, at 5:17:48 PM on 7/17/2012, to Jim Taylor, with a subject line of "FW: East Unit medication issues" (AGA_Review_00034770 - AGA_Review_00034771). | | |
| 2-2979 | E-1429 | E-mail sent by Richard Pratt, at 8:29:14 PM on 7/19/2012, to Marlena Bedoya; and, Trudy Dumkrieger, with a subject line of "FW: Medication Issues" (AGA_Review_00035199 - AGA_Review_00035199). | | |
| 2-2980 | E-0161 | E-mail sent by Richard Pratt, at 2:37:43 PM on 7/20/2012, to Karen Mullenix, with a subject line of "FW: Barchey" (AGA_Review_00035434 - AGA_Review_00035435). | | |
| 2-2981 | E-1892 | E-mail sent by Richard Pratt, at 6:24:28 PM on 7/22/2012, to Richard Pratt, with a subject line of "FW: Revised Response to Friends and Family" (AGA_Review_00035537 - AGA_Review_00035539). | | |
| 2-2982 | E-0499 | E-mail sent by Richard Pratt, at 5:48:54 PM on 7/23/2012, to Jeff Hood, with a subject line of "RE: Friends and Family" (AGA_Review_00035694 - AGA_Review_00035695). | | |
| 2-2983 | E-2113 | E-mail sent by Charles Ryan, at 9:55:48 AM on 7/30/2012, to Laura Escapule; Jeff Hood; Carson McWilliams; Robert Patton; and, Ernest Trujillo, with a subject line of "RE: Update" (AGA_Review_00036286 - AGA_Review_00036287). | | |
| 2-2984 | E-2203 | E-mail sent by Richard Pratt, at 12:07:21 PM on 8/2/2012, to Jim Taylor, with a subject line of "FW: Wexford" (AGA_Review_00036803 - AGA_Review_00036804). | | |
| 2-2985 | E-2198 | E-mail sent by Richard Pratt, at 12:32:53 PM on 8/2/2012, to Jeff Hood, with a subject line of "FW: Wexford" (AGA_Review_00036811 - AGA_Review_00036813). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 2-2986 | E-1887 | E-mail sent by Richard Pratt, at 2:35:50 PM on 8/2/2012, to Jeff Hood, with a subject line of "FW: Responses to the Ortega questions" (AGA_Review_00036839 - AGA_Review_00036840). | | |
| 2-2987 | E-1548 | E-mail sent by Richard Pratt, at 10:17:58 AM on 8/3/2012, to Terry Allred; Marlena Bedoya; Kathleen Campbell; Trudy Dumkrieger; Dennis Kendall; and, Matthew Musson, with a subject line of "FW: Fwd: Offender's released with no medications"  (AGA_Review_00036896 - AGA_Review_00036898). | | |
| 2-2988 | E-1545 | E-mail sent by Richard Pratt, at 10:37:32 AM on 8/3/2012, to Charles Ryan; Jim Taylor, with a subject line of "FW: Offender's released with no medications"  (AGA_Review_00036913 - AGA_Review_00036915). | | |
| 2-2989 | E-2235 | E-mail sent by Richard Pratt, at 7:35:54 PM on 8/3/2012, to Jeff Hood; and, Charles Ryan, with a subject line of "RE: Wexford Nursing Staff" (AGA_Review_00037185 - AGA_Review_00037185). | | |
| 2-2990 | E-2233 | E-mail sent by Richard Pratt, at 7:56:00 PM on 8/3/2012, to Judy Frigo; Robert Patton; Charles Ryan; and, Ernest Trujillo, with a subject line of "FW: Wexford Nursing Staff" (AGA_Review_00037195 - AGA_Review_00037196). | | |
| 2-2991 | E-2231 | E-mail sent by Charles Ryan, at 8:55:43 PM on 8/3/2012, to Jeff Hood; and, Richard Pratt, with a subject line of "RE: Wexford Nursing Staff" (AGA_Review_00037229 - AGA_Review_00037230). | | |
| 2-2992 | E-1498 | E-mail sent by Richard Pratt, at 10:09:00 AM on 8/5/2012, to Karen Mullenix, with a subject line of "RE: Monday Meeting"  (AGA_Review_00037365 - AGA_Review_00037366). | | |
| 2-2993 | E-2217 | E-mail sent by Charles Ryan, at 6:06:13 PM on 8/5/2012, to Denise Stravia, with a subject line of "RE: Wexford July Narratve" (AGA_Review_00037457 - AGA_Review_00037461). | | |
| 2-2994 | E-0501 | E-mail sent by Richard Pratt, at 1:35:21 PM on 8/7/2012, to Karen Mullenix, with a subject line of "FW: Friends and Family process" (AGA_Review_00038160 - AGA_Review_00038162). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 2-2995 | E-0686 | E-mail sent by Joe Profiri, at 9:13:34 AM on 8/8/2012, to Juliet Respicio-Moriarty, with a subject line of "RE: Heads up give me a call..." (AGA_Review_00038414 - AGA_Review_00038415). | | |
| 2-2996 | E-0684 | E-mail sent by Joe Profiri, at 9:14:03 AM on 8/8/2012, to Jeff Hood; Charles Ryan, with a subject line of "FW: Heads up give me a call..." (AGA_Review_00038416 - AGA_Review_00038417). | | |
| 2-2997 | E-0682 | E-mail sent by Joe Profiri, at 10:03:37 AM on 8/8/2012, to Jeff Hood, with a subject line of "RE: Heads up give me a call..." (AGA_Review_00038430 - AGA_Review_00038431). | | |
| 2-2998 | E-1435 | E-mail sent by Joe Profiri, at 2:54:31 PM on 8/9/2012, to Paul O'Connell, with a subject line of "RE: Medications"  (AGA_Review_00038853 - AGA_Review_00038853). | | |
| 2-2999 | E-1659 | E-mail sent by Joe Profiri, at 5:47:59 PM on 8/9/2012, to Richard Pratt, with a subject line of "RE: Perryville Meds"  (AGA_Review_00038892 - AGA_Review_00038893). | | |
| 2-3000 | E-0133 | E-mail sent by Richard Pratt, at 7:02:23 PM on 8/9/2012, to Richard Pratt, with a subject line of "FW: Arizona Pharmacy Manual" (AGA_Review_00038953 - AGA_Review_00038954). | | |
| 2-3001 | E-2309 | E-mail sent by Joe Profiri, at 8:44:59 PM on 8/9/2012, to Richard Bock, with a subject line of "Re: Yuma Xray"  (AGA_Review_00039147 - AGA_Review_00039148). | | |
| 2-3002 | E-2304 | E-mail sent by Joe Profiri, at 8:49:20 PM on 8/9/2012, to Richard Pratt, with a subject line of "Re: Yuma x-ray"  (AGA_Review_00039155 - AGA_Review_00039157). | | |
| 2-3003 | E-2307 | E-mail sent by Joe Profiri, at 9:24:18 PM on 8/9/2012, to Richard Bock, with a subject line of "Re: Yuma Xray"  (AGA_Review_00039256 - AGA_Review_00039257). | | |
| 2-3004 | E-1067 | E-mail sent by Joe Profiri, at 3:24:51 PM on 8/10/2012, to Therese Schroeder, with a subject line of "RE: IPC"  (AGA_Review_00039591 - AGA_Review_00039591). | | |
| 2-3008 | E-1441 | E-mail sent by Joe Profiri, at 10:36:14 AM on 8/14/2012, to Richard Pratt, with a subject line of "RE: Meeting Agenda"  (AGA_Review_00040403 - AGA_Review_00040404). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 2-3009 | E-1439 | E-mail sent by Joe Profiri, at 11:35:54 AM on 8/14/2012, to Jeff Hood, with a subject line of "FW: Meeting Agenda" (AGA_Review_00040429 - AGA_Review_00040430). | | |
| 2-3010 | E-1427 | E-mail sent by Joe Profiri, at 6:25:50 PM on 8/14/2012, to Jeff Hood, with a subject line of "Re: Medication Issue" (AGA_Review_00040706 - AGA_Review_00040707). | | |
| 2-3011 | E-0225 | E-mail sent by Charles Ryan, at 6:25:55 PM on 8/15/2012, to Edwin Jensen, with a subject line of "RE: Cibola Tour 08/14" (AGA_Review_00041644 - AGA_Review_00041645). | | |
| 2-3012 | E-1899 | E-mail sent by Richard Pratt, at 7:10:49 PM on 8/16/2012, to Laurie Berg, with a subject line of "FW: ███████ Security ███████" (AGA AGA_Review_00041977). | | |
| 2-3013 | E-2286 | E-mail sent by Joe Profiri, at 6:39:31 PM on 8/17/2012, to Judy Frigo; Richard Pratt; and, John St. Clair, with a subject line of "RE: WTU" (AGA_Review_00042221 - AGA_Review_00042223). | | |
| 2-3014 | E-0076 | E-mail sent by Charles Ryan, at 3:54:55 PM on 8/19/2012, to Jeff Hood, with a subject line of "RE: Fw: Agenda for meeting on Tuesday" (AGA_Review_00042365 - AGA_Review_00042366). | | |
| 2-3015 | E-2283 | E-mail sent by Joe Profiri, at 9:32:13 AM on 8/20/2012, to Jim Taylor, with a subject line of "FW: WTU" (AGA_Review_00042440 - AGA_Review_00042442). | | |
| 2-3016 | E-2029 | E-mail sent by Joe Profiri, at 7:17:00 PM on 8/20/2012, to Judy Frigo, with a subject line of "FW: Space for Health Services - Wexford" (AGA_Review_00042963 - AGA_Review_00042964). | | |
| 2-3017 | E-0228 | E-mail sent by Joe Profiri, at 3:06:29 PM on 8/21/2012, to Kathleen Campbell; Dennis Kendall; Jen Mielke-Fontaine; Matthew Musson; Richard Pratt; and, Jim Taylor, with a subject line of "RE: Collegial Reviews- Schedule/Telephone # and Passcode" (AGA_Review_00043168 - AGA_Review_00043169). | | |
| 2-3018 | E-0711 | E-mail sent by Joe Profiri, at 7:50:02 PM on 8/21/2012, to Marlena Bedoya, with a subject line of "RE: HU 9" (AGA_Review_00043261 - AGA_Review_00043262). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 2-3019 | E-1431 | E-mail sent by Charles Ryan, at 9:02:54 PM on 8/23/2012, to Jeff Hood; Richard Pratt; and, Joe Profiri, with a subject line of "RE: Medication Review / Florence and Perryville" (AGA_Review_00043979 - AGA_Review_00043980). | | |
| 2-3020 | E-2195 | E-mail sent by Joe Profiri, at 12:05:20 PM on 8/24/2012, to Karen Mullenix, with a subject line of "RE: Weekend Releases - Release Process" (AGA_Review_00044315 - AGA_Review_00044316). | | |
| 2-3021 | E-0066 | E-mail sent by Richard Pratt, at 7:56:33 PM on 8/24/2012, to Jim Taylor, with a subject line of "FW: ADC Plan for Med Renewals" (AGA_Review_00044673 - AGA_Review_00044674). | | |
| 2-3022 | E-1411 | E-mail sent by Joe Profiri, at 9:54:00 AM on 8/25/2012, to Carson McWilliams; and, Robert Patton, with a subject line of "RE: Medical Issues" (AGA_Review_00044804 - AGA_Review_00044805). | | |
| 2-3023 | E-0152 | E-mail sent by Joe Profiri, at 10:44:54 AM on 8/26/2012, to Terry Allred; Richard Pratt; and, Jim Taylor, with a subject line of "RE: Fwd: Back Up Pharmacy" (AGA_Review_00045549 - AGA_Review_00045550). | | |
| 2-3024 | E-2111 | E-mail sent by Joe Profiri, at 2:23:42 PM on 8/26/2012, to Richard Pratt; Jim Taylor, with a subject line of "RE: Update" (AGA_Review_00045573 - AGA_Review_00045574). | | |
| 2-3025 | E-0326 | E-mail sent by Joe Profiri, at 7:02:47 PM on 8/27/2012, to Jim Reinhart; Karen Mullenix; Richard Pratt; and, Jim Taylor, with a subject line of "RE: DON Capocy / TB incident" (AGA_Review_00046208 - AGA_Review_00046210). | | |
| 2-3026 | E-1573 | E-mail sent by Joe Profiri, at 1:50:56 PM on 8/28/2012, to Caroline Haack, with a subject line of "RE: OTC Medication" (AGA_Review_00046347 - AGA_Review_00046349). | | |
| 2-3027 | E-0072 | E-mail sent by Joe Profiri, at 9:00:17 AM on 8/29/2012, to Jeff Hood; and, Charles Ryan, with a subject line of "FW: ADOC Patient Accounts at St. Luke's Tempe Hospital" (AGA_Review_00046637 - AGA_Review_00046638). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 2-3029 | E-0068 | E-mail sent by Joe Profiri, at 2:37:11 PM on 9/1/2012, to Jeff Hood; Richard Pratt; Charles Ryan; and, Jim Taylor, with a subject line of "FW: ADC Quality Check Summary" (AGA_Review_00048323 - AGA_Review_00048324). | | |
| 2-3030 | E-2237 | E-mail sent by Joe Profiri, at 9:57:55 PM on 9/6/2012, to Kathleen Campbell, with a subject line of "Re: Wexford's Final Report" (AGA_Review_00050756 - AGA_Review_00050758). | | |
| 2-3031 | E-0064 | E-mail sent by Joe Profiri, at 10:22:06 PM on 9/6/2012, to Helena Valenzuela, with a subject line of "Re: ADC Monitoring Memorandum(s)/Report(s)" (AGA_Review_00050856 - AGA_Review_00050857). | | |
| 2-3032 | E-1692 | E-mail sent by Richard Pratt, at 1:04:00 PM on 9/11/2012, to Marlena Bedoya; and, Trudy Dumkrieger, with a subject line of "FW: Prison Concerns" (AGA_Review_00052795 - AGA_Review_00052796). | | |
| 2-3033 | E-1565 | E-mail sent by Joe Profiri, at 8:08:27 PM on 9/11/2012, to Jhon Theisen, with a subject line of "FW: Oral Swabbing versus UA information" (AGA_Review_00052900 - AGA_Review_00052906). | | |
| 2-3034 | E-0027 | E-mail sent by Joe Profiri, at 8:28:03 AM on 9/12/2012, to Thomas Lehman; Richard Pratt; and, David Robertson, with a subject line of "RE: 1700 teleconference today" (AGA_Review_00052975 - AGA_Review_00052976). | | |
| 2-3035 | E-1556 | E-mail sent by Joe Profiri, at 9:57:15 AM on 9/13/2012, to Denise Stravia, with a subject line of "RE: Oral Swabbing versus UA information" (AGA_Review_00053325 - AGA_Review_00053333). | | |
| 2-3036 | E-1608 | E-mail sent by Richard Pratt, at 7:58:09 AM on 9/14/2012, to Jim Taylor, with a subject line of "RE: PAIN MANAGEMENT FOR ███████" (AGA_Review_00053666 - AGA_Review_00053667). | | |
| 2-3037 | E-0194 | E-mail sent by Joe Profiri, at 7:28:38 PM on 9/14/2012, to Matthew Musson; and, Jim Taylor, with a subject line of "RE: CAP" (AGA_Review_00054108 - AGA_Review_00054108). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 2-3038 | E-0074 | E-mail sent by Joe Profiri, at 7:29:42 PM on 9/14/2012, to David Robertson, with a subject line of "RE: AG requests, Collegial reviews" (AGA_Review_00054109 - AGA_Review_00054110). | | |
| 2-3039 | E-1666 | E-mail sent by Joe Profiri, at 7:32:24 PM on 9/14/2012, to Jim Taylor; Helena Valenzuela, with a subject line of "RE: Phoenix Complex Sept 14 Compliance Corrective Action Plan" (AGA_Review_00054115 - AGA_Review_00054115). | | |
| 2-3040 | E-0059 | E-mail sent by Richard Pratt, at 10:21:57 AM on 9/18/2012, to Helena Valenzuela, with a subject line of "RE: ADA question" (AGA_Review_00055003 - AGA_Review_00055004). | | |
| 2-3041 | E-1388 | E-mail sent by Joe Profiri, at 12:04:10 AM on 9/19/2012, to Matthew Musson, with a subject line of "RE: Medical Diets" (AGA_Review_00055168 - AGA_Review_00055168). | | |
| 2-3042 | E-1874 | E-mail sent by ▮▮▮ att, at 9:40:02 AM on ▮▮▮ >, with a subject line of "RE: RESEND DUE TO NO RESPONSE" (AGA_Review_00056985 - AGA_Review_00056989). | | |
| 2-3043 | E-0446 | E-mail sent by Charles Ryan, at 5:52:38 PM on 9/25/2012, to Dan Conn; and, Mark Hale, with a subject line of "Follow-up to our meeting on September 24, 2012" (AGA_Review_00057658 - AGA_Review_00057658). | | |
| 2-3044 | E-0117 | E-mail sent by Joe Profiri, at 12:56:11 PM on 9/27/2012, to Terry Allred; and, Leslie Boothby, with a subject line of "RE: Anonymous Letter" (AGA_Review_00058084 - AGA_Review_00058086). | | |
| 2-3045 | E-0224 | E-mail sent by Richard Pratt, at 5:30:35 PM on 9/27/2012, to Terry Allred; Leslie Boothby; and, Joe Profiri, w▮ ubject line of "RE: Chronic Care Renewals for ▮▮▮" (AGA_Review_00058182 - AGA_Review_00058182). | | |
| 2-3046 | E-1986 | E-mail sent by Joe Profiri, at 5:46:19 PM on 9/27/2012, to Charles Ryan, with a subject line of "FW: September Reports" (AGA_Review_00058183 - AGA_Review_00058184). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 2-3047 | E-0221 | E-mail sent by Joe Profiri, at 2:05:01 PM on 10/4/2012, to Helena Valenzuela, with a subject line of "RE: Chronic Care inmates" (AGA_Review_00061290 - AGA_Review_00061292). | | |
| 2-3048 | E-1536 | E-mail sent by Richard Pratt, at 7:57:33 AM on 10/10/2012, to Alfred Ramos, with a subject line of "FW: No soap or dispensers in FMHC staff restrooms" (AGA_Review_00062358 - AGA_Review_00062359). | | |
| 2-3049 | E-0033 | E-mail sent by Joe Profiri, at 8:31:00 PM on 10/16/20__ Marlena Be___ne o_ "Re: ▉Security▉ NAME: ▉Security▉" (AGA_Review_00065624 - AGA_Review_00065625). | | |
| 2-3050 | E-2240 | E-mail sent by Joe Profiri, at 6:05:46 PM on 10/17/2012, to Laura Escapule, with a subject line of "Re: Wexford: 12-12966 ▉Security y▉ Medical Scan.pdf" (AGA_Review_0__5880 - AGA_Review_00065882). | | |
| 2-3051 | E-2211 | E-mail sent by Joe Profiri, at 6:14:58 PM on 10/17/2012, to Jen Mielke-Fontaine, with a subject line of "Fwd: Wexford IR's from North Unit" (AGA_Review_00065885 - AGA_Review_00065886). | | |
| 2-3052 | E-2226 | E-mail sent by Richard Pratt, at 10:31:12 AM on 11/1/2012, to Richard Pratt, with a subject line of "FW: Wexford Medical ▉Security▉" (AGA_Review_0007053__ AGA_Review_00070532). | | |
| 2-3053 | E-2209 | E-mail sent by Charles Ryan, at 12:38:01 PM on 11/6/2012, to Richard Pratt, with a subject line of "RE: Wexford Health non responsive" (AGA_Review_00071983 - AGA_Review_00071984). | | |
| 2-3054 | E-2207 | E-mail sent by Joe Profiri, at 1:52:12 PM on 11/6/2012, to Kevin Curran, with a subject line of "▉Security▉erns regarding ▉▉▉" (AGA_Review_00071998 - AGA_Review_00071999). | | |
| 2-3055 | E-2243 | E-mail sent by Richard Pratt, at 4:22:29 PM on 11/8/2012, to Kathleen Campbell, with a subject line of "FW: ▉Security▉" (AGA_Revie__ AGA_Review_00072545). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 2-3056 | E-2136 | E-mail sent by Joe Profiri, at 10:03:37 AM on 11/19/2012, to Neil Fisher, with a subject line of "RE: VA appointment for Compensation and Disability appointment - Inmate ███████ " (AGA_Review_00074749 - AGA_Review_00074750). | | |
| 2-3057 | E-2215 | E-mail sent by Richard Pratt, at 1:01:03 PM on 11/20/2012, to Jen Mielke-Fontaine, with a subject line of "RE: Wexford Issue" (AGA_Review_00074886 - AGA_Review_00074887). | | |
| 2-3058 | E-2213 | E-mail sent by Charles Ryan, at 9:35:10 PM on 11/20/2012, to Jeff Hood, with a subject line of "FW: Wexford Issue" (AGA_Review_00074931 - AGA_Review_00074932). | | |
| 2-3059 | E-1675 | E-mail sent by Joe Profiri, at 1:55:10 PM on 11/21/2012, to ███████, ███████ ███████ >, with a subject line of ███████ g area" (AGA_Review ███ 38 - AGA_Review_00075041). | | |
| 2-3060 | E-0043 | E-mail sent by Richard Pratt, at 4:32:10 PM on 11/26/2012, to David Robertson, with a subject line of "RE: 7 inmates at hospital with suspected Botulism - An update from Dr. Vasiq" (AGA_Review_00075398 - AGA_Review_00075400). | | |
| 2-3061 | E-2067 | E-mail sent by Richard Pratt, at 3:58:24 PM on 11/29/2012, to David Robertson, with a subject line of "FW: ███████ , Clemency forms" (███████ 1 - AGA_Review_00075882). | | |
| 2-3062 | E-2167 | E-mail sent by Charles Ryan, at 12:50:57 PM on 11/30/2012, to Laura Escapule; Mike Linderman; and, Richard Pratt, with a subject line of "Fwd: Violating Religious Holy Day and Refusing to Comply with Neurologists Medical Directives Regarding Medication" (AGA_Review_00076037 - AGA_Review_00076038). | | |
| 2-3063 | E-2102 | E-mail sent by Joe Profiri, at 3:37:46 PM on 11/30/2012, to Neil Fisher, with a subject line of "RE: Tucson IPC lo ███████ ive custody housing together - ███████ " (AGA_Review_00076141 - AGA_Review_00076142). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 2-3064 | E-2256 | E-mail sent by Joe Profiri, at 12:33:36 PM on 12/4/2012, to Leon George; Arthur Gross; and, Michael Kearns, with a subject line of "RE: Winslow AZ/quote for xray machine - long sleeves and postage" (AGA_Review_00076530 - AGA_Review_00076534). | | |
| 2-3065 | E-1492 | E-mail sent by Richard Pratt, at 3:35:21 PM on 1/4/2013, to Terry Allred; and, Matthew Musson, with a subject line of "FW: missing health information on ADOC prisoners at PCADC" (AGA_Review_00093449 - AGA_Review_00093450). | | |
| 2-3066 | E-2064 | E-mail sent by Joe Profiri, at 9:56:27 AM on 1/7/2013, to Arthur Gross, with a subject line of "RE: The grievance pile that was just unearthed from before June 2011" (AGA_Review_00093755 - AGA_Review_00093757). | | |
| 2-3067 | E-1430 | E-mail sent by Joe Profiri, at 9:18:18 AM on 1/16/2013, to Carson McWilliams; and, Ernest Trujillo, with a subject line of "Medication Notification" (AGA_Review_00095153 - AGA_Review_00095153). | | |
| 2-3068 | E-1702 | E-mail sent by Jim Taylor, at 10:06:28 AM on 1/24/2013, to Arthur Gross; and, Richard Pratt, with a subject line of "FW: RDSA inventory" (AGA_Review_00096440 - AGA_Review_00096442). | | |
| 2-3069 | E-1513 | E-mail sent by Joe Profiri, at 1:00:16 PM on 2/9/2013, to Arthur Gross; Kristan Sears; and, Jim Taylor, with a subject line of "RE: MTC Kingman February 7-8, 2013 Visit" (AGA_Review_00100231 - AGA_Review_00100231). | | |
| 2-3070 | E-0049 | E-mail sent by Richard Pratt, at 1:19:37 PM on 3/4/2013, to Vickie Bybee, with a subject line of "855 NUMBER for CORIZON" (AGA_Review_00006291 - AGA_Review_00006291). | | |
| 2-3071 | E-2038 | E-mail sent by Richard Pratt, at 6:31:06 PM on 3/11/2013, to Lea Miernik; Dave Mueller; T███████████ a subject line of "RE: ███Security" ██████████████" (AGA_Review_00007207 - AGA_Review_00007209). | | |
| 2-3072 | E-1632 | E-mail sent by Richard Pratt, at 10:19:07 AM on 3/13/2013, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com> with a subject line of "RE: ███████Security███ Medical" (AGA_Re█████ AGA_Review_00007714). | | |

-11-

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 2-3073 | E-1630 | E-mail sent by Richard Pratt, at 10:21:08 AM on 3/13/2013, to Jen Fontaine, with a subject line of "FW: ████Security████ Medical" (AGA AGA_Review_00007716). | | |
| 2-3074 | E-2077 | E-mail sent by Richard Pratt, at 2:17:34 PM on 3/14/2013, to Vickie █████m Taylor, with a subject line of "RE: ████Security████: Phone call" (AGA_Review_0000 AGA_Review_00007871). | | |
| 2-3075 | E-2071 | E-mail sent by Richard Pratt, at 2:31:09 PM on 3/14/2 ██████ with a subject line of "FW: ████Security████ Request for visitation" (AGA_Review_00007879 - AGA_Review_00007880). | | |
| 2-3076 | E-2073 | E-mail sent by Richard Pratt, at 3:55:08 PM on 3/17/2013, to Vickie Bybee, with a subject line of "Re: ████Security████: Phone call" (AGA████ 8047 - AGA_Review_00008050). | | |
| 2-3077 | E-0317 | E-mail sent by Charles Ryan, at 8:07:00 PM on 4/8/2013, to Alfred Ramos, with a subject line of "RE: Director called" (AGA_Review_00011467 - AGA_Review_00011469). | | |
| 2-3078 | E-1971 | E-mail sent by Nicole Taylor, at 1:26:05 PM on 4/16/2013, to Richard Pratt, with a subject line of "RE: Schedule" (AGA_Review_00012853 - AGA_Review_00012856). | | |
| 2-3079 | E-2037 | E-mail sent by Richard Pratt, at 10:53:16 PM on 4/16/2013, to ██████████ subject line of "Fwd: ████Security████" (AGA_Review_00013014 - AGA_Review_00013014). | | |
| 2-3080 | E-2080 | E-mail sent by ██████tt, at 1:31:18 PM on 4 ████Security████ ████Security████ ject line o ██████ Transfer request for ████Security████" (AGA_Review_00013324 - AGA_Review_00013324). | | |
| 2-3081 | E-0085 | E-mail sent by Richard Pratt, at 6:30:18 PM on 4/30/2013, to Sharon Malcolm, with a subject line of "Alert List" (AGA_Review_00014381 - AGA_Review_00014381). | | |
| 2-3082 | E-2062 | E-mail sent by Charles Ryan, at 8:24:28 PM on 5/3/2013, to Kathleen Campbell; Arthur Gross; Jeff Hood; Richard Pratt; and, Joe Profiri, with a subject line of "RE: Tempe St. Luke's Secured Unit" (AGA_Review_00015609 - AGA_Review_00015610). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 2-3083 | E-1495 | E-mail sent by Richard Pratt, at 11:51:08 AM on 5/6/2013, to Vanessa Headstream, with a subject line of "FW: Missing Medication for ▮Security▮ ▮" (AGA_Review_ 5705 - A 015705). | | |
| 2-3084 | E-1494 | E-mail sent b ▮ att, at 11:56:59 AM on 5 ▮Security▮ ▮Security▮ > line o ▮ or ▮Security▮ " (AGA_Review_00015 eview_00015707). | | |
| 2-3085 | E-2022 | E-mail sent by James Taylor, at 12:23:42 PM on 6/18/2013, to Richard Pratt, with a subject line of "RE: Social Security Disability Benefits" (AGA_Review_00020698 - AGA_Review_00020700). | | |
| 2-3086 | E-1458 | E-mail sent by Richard Pratt, at 11:38:15 AM on 6/26/2013, to Richard Bock; Kristine Harkins; and, Chris Moody, with a subject line of "RE: ▮Security▮ #2" (AGA_Review_00021273 - Review_00021274). | | |
| 2-3087 | E-2008 | E-mail sent by Richard Pratt, at 3:20:24 PM on 7/1/2013, to Kathleen Campbell; David Robertson; and, Richard Rowe, with a subject line of "RE: site photos" (AGA_Review_00021711 - AGA_Review_00021712). | | |
| 2-3088 | E-1679 | E-mail sent by David Robertson, at 5:06:14 PM on 7/3/2013, to Carl Bynum, with a subject line of "Re: ▮Security▮ Tucson Whetstone" (AGA ▮0022083 - AGA_Review_00022086). | | |
| 2-3089 | E-0709 | E-mail sent by Richard Pratt, at 11:08:33 AM on 7/10/2013, to Arthur Gross; David Robertson; and, Richard Rowe, with a subject line of "RE: housing for HCV treatment" (AGA_Review_00022477 - AGA_Review_00022477). | | |
| 2-3090 | E-0146 | E-mail sent by Richard Pratt, at 11:05:17 AM on 10/1/2013, to Jen Fontaine, with a subject line of "RE: AZ DOC Health care barriers for non-english speakers." (AGA_Review_00106761 - AGA_Review_00106764). | | |
| 2-3091 | E-1190 | E-mail sent by Charles Ryan, at 11:24:57 AM on 11/10/2013, to Richard Bock, with a subject line of "RE: ▮Security▮ PC Issues (AGA_Review_00105901 - AGA_Review_00105904). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 2-3092 | E-1186 | E-mail sent by Charles Ryan, at 8:41:47 AM on 11/13/2013, to Ernest Trujillo, with a subject line of "FW: ███ Security ███ PC Issues (AGA_Review_00109125 - AGA_Review_00109128). | | |
| 2-3093 | E-1194 | E-mail sent by Charles Ryan, at 6:25:05 PM on 11/13/2013, to 'Middle Ground Prison Reform' <middlegroundpriso          th a subject line of "RE: ███ Security ███ PC Issues/Unprofession (AGA_Review_00106794 - AGA_Review_00106798). | | |
| 2-3094 | E-0215 | E-mail sent by David Robertson, at 12:19:27 PM on 11/14/2013, to Derleen Spence, with a subject line of "RE: Chickenpox case - employee.  Lewis Morey Unit"  (AGA_Review_00104985 - AGA_Review_00104986). | | |
| 2-3095 | E-2041 | E-mail sent by Charles Ryan, at 7:49:07 PM on 11/19/2013, to Greg Fizer; and Lance Hetmer, with a subject line of "RE: ███ Security ███ █████ "  (AGA_Revi Review_00107126). | | |
| 2-3096 | E-1212 | E-mail sent by Charles Ryan, at 8:41:16 PM on 11/21/2013, to 'Middle Ground Prison Reform' <middlegroundpriso          a subject line of "RE: ███ Security ███ Protective Custody"  (AGA_Review_00104063 - AGA_Review_00104064). | | |
| 2-3097 | E-0960 | E-mail sent by Charles Ryan, at 7:48:14 PM on 12/17/2013, to Will Barnow, with a subject line of "RE: Inmate Health Talking Points" (AGA_Review_00105714 - AGA_Review_00105715). | | |
| 2-3098 | E-1667 | E-mail sent by Joe Profiri, at 2:39:11 PM on 1/16/2014, to Nicole Taylor, with a subject line of "Re: Phoenix West"  (AGA_Review_00115852 - AGA_Review_00115855). | | |
| 2-3099 | E-0112 | E-mail sent by Charles Ryan, at 5:46:37 PM on 1/30/2014, to ADC Staff, with a subject line of "All Staff - Eyman Staff Assault" (AGA_Review_00103335 - AGA_Review_00103336). | | |
| 2-3100 | E-2031 | E-mail sent by Charles Ryan, at 2:38:21 PM on 2/3/2014, to ADC STAFF, with a subject line of "Staff Safety"  (AGA_Review_00103339 - AGA_Review_00103339). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 2-3101 | E-1610 | E-mail sent by David Robertson, at 11:14:48 AM on 2/26/2014, to ⬛Security⬛, with a subject line of "Re: Patient ⬛Security⬛" (A⬛⬛eview_00107395 - AGA_R⬛w_00107400). | | |
| 2-3102 | E-1572 | E-mail sent by David Robertson, at 11:45:10 AM on 3/10/2014, to Mark Jansen; Richard Pratt; and, ⬛⬛ms, with a subject line of "ORC ⬛Security⬛ showing EXPRIED" (⬛⬛_00113488 - AGA_Review_00113488). | | |
| 2-3103 | E-1359 | E-mail sent by Joe Profiri, at 5:16:53 PM on 3/13/2014, to Carson McWilliams; and, Ernest Trujillo, with a subject line of "FW: Medicaid - Affordable Care Act (MACA)" (AGA_Review_00105323 - AGA_Review_00105325). | | |
| 2-3104 | E-2005 | E-mail sent by Charles Ryan, at 9:29:42 PM on 3/18/2014, to Carson McWilliams; Chris Moody; and, Ernest Trujillo, with a subject line of "RE: SIR#2014-03446/ ASPC-Lewis-Morey Unit/ Assault on Inmate/ Use of Force" (AGA_Review_00115737 - AGA_Review_00115739). | | |
| 2-3105 | E-0648 | E-mail sent by David Robertson, at 11:20:59 AM on 3/27/2014, to Jeff Hood; and, Juliet Respicio-Moriarty, ⬛⬛ne of "RE: Grievance Appeal - ⬛Security⬛ (Case # A02-010-014)" (AGA_Review_00103697 - AGA_Review_00103698). | | |
| 3-381 | E-1280 | E-mail sent by Richard Pratt, at 9:53:47 PM on 6/5/2012, to Charles Ryan, with a subject line of "RE: ⬛Security⬛ views on Wexford" (AGA⬛⬛029334 – AGA_Review_00029335). | | |
| 3-382 | E-0772 | E-mail sent by Richard Pratt, at 7:40:30 PM on 6/14/2012, ⬛⬛ject line of "FW: I/M ⬛Security⬛ - CLR79911/33" (AGA_Review_00030303 – AGA_Review_00030304). | | |
| 3-383 | E-0386 | E-mail sent by Richard Pratt, at 6:52:53 PM on 6/18/2⬛⬛th a subject line of "FW:⬛Security⬛Medical" (AGA_Review_00030578 - AGA_Review_00030579). | | |
| 3-384 | E-0383 | E-mail sent by Richard Pratt, at 9:40:27 PM on 6/19/2012, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com> with a subject line of "RE: ⬛Security⬛ Medical" (AGA_Rev⬛⬛ AGA_Review_00030640). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 3-385 | E-0770 | E-mail sent by Richard Pratt, at 10:49:01 PM on 6/19/2012, to Laurie Berg, with a subject line of "FW: I/M ⬛⬛⬛ – CLR79911 ⬛⬛⬛ 658 – AGA_Review_00030659). | | |
| 3-386 | E-0016 | E-mail sent by Richard Pratt, at 5:51:09 PM on 6/22/20⬛⬛ im Taylor, with a subject line of "FW: #⬛⬛⬛ Medical Attention" (AGA⬛⬛⬛ w_00031150 – AGA_Review_00031152). | | |
| 3-387 | E-2044 | E-mail sent by Richard Pratt, at 8:49:34 PM on 6/26/2⬛⬛ Allred, with a subject line of "RE: ⬛⬛⬛" (AGA_Review_00031452 – AGA_Review_00031455). | | |
| 3-388 | E-0274 | E-mail sent by Richard Pratt, at 8:20:38 PM on 6/28/2012, to DONNA LEONE HAMM <middlegroundprisonreform@msn.com> with a subject line of "RE: ⬛⬛⬛ Medical" (AGA_Rev AGA_Review_00032097). | | |
| 3-389 | E-0270 | E-mail sent by Richard Pratt, at 7:45:50 PM on 6/29/201⬛⬛, with a subject line of "FW: ⬛⬛⬛ Medical" (AGA_Review_00032448 – AGA_Review_00032451). | | |
| 3-390 | E-0266 | E-mail sent by Richard Pratt, at 7:51:20 PM on 6/29/2012, to Charles Ryan, with a subject line of "FW: ⬛⬛⬛ Medical" (AGA⬛⬛⬛ AGA_Review_00032455). | | |
| 3-391 | E-0261 | E-mail sent by Charles Ryan, at 8:59:48 AM on 6/30/2012, to Ron Credio; Edwin Lao; an⬛⬛⬛ son ⬛⬛⬛ ith a subject line of "FW: ⬛⬛⬛ Medical" (AGA_Review_00032465 – AGA_Review_00032469). | | |
| 3-392 | E-0402 | E-mail sent by Charles Ryan, at 7:53:46 PM on 7/6/2012, to Carson McWilliams; Richard Pratt; and, Ernest Trujillo, with a subject line of "RE: Eyman meds" (AGA_Review_00033376 – AGA_Review_00033378). | | |
| 3-393 | E-0400 | E-mail sent by Charles Ryan, at 8:29:26 PM on 7/6/2012, to Carson McWilliams, with a subject line of "RE: Eyman meds" (AGA_Review_00033381 – AGA_Review_00033382). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 3-394 | E-0397 | E-mail sent by Charles Ryan, at 10:14:25 PM on 7/6/2012, to Carson McWilliams; and, Richard Pratt, with a subject line of "RE: Eyman meds" (AGA_Review_00033407 – AGA_Review_00033408). | | |
| 3-395 | E-1616 | E-mail sent Richard Pratt, at 6:51:55 PM on 7/12/2___ ████ t line of "RE: █████ Security █████ - Claus █████ 154 – AGA_Review_00034160). | | |
| 3-396 | E-0369 | E-mail sent by Richard Pratt, at 1:04:07 PM on 7/13/2012, to DONNA LEONE HAMM <middlegroundpriso_____ with a subject line of "RE: ████ Security ████ Medical Issues" (AGA_Review_00034277 – AGA_Review_00034278). | | |
| 3-397 | E-1310 | E-mail sent by Richard Pratt, at 1:33:44 PM on 7/13/2012, to Sam Tardibuono, with a subject line of "FW: ████ Security ████ Medical" (AGA_R_____ AGA_Review_00034286). | | |
| 3-398 | E-1054 | E-mail sent by Richard Pratt, at 11:32:53 PM on 7/13/2012, to Karen Mullenix, with a subject line of "RE: FW: Inmates meds" (AGA_Review_00034372 – AGA_Review_00034373). | | |
| 3-399 | E-0202 | E-mail sent by Richard Pratt, at 8:11:34 PM on 7/16/2012, to Marlena Bedoya; and, Trudy Dumkrieger, with a subject line of "FW: Catalina Medication Issues" (AGA_Review_00034514 – AGA_Review_00034515). | | |
| 3-400 | E-1538 | E-mail sent by Richard Pratt, at 5:12:46 PM on 7/17/2012, to Karen Mullenix, with a subject line of "FW: Notification to I/M families" (AGA_Review_00034764 – AGA_Review_00034764). | | |
| 3-401 | E-1860 | E-mail sent by Richard Pratt, at 5:15:50 PM on 7/17/2012, to Jim Taylor, with a subject line of "FW: Release without meds" (AGA_Review_00034765 – AGA_Review_00034769). | | |
| 3-402 | E-1267 | E-mail sent by Richard Pratt, at 4:49:28 PM on 7/24/2012, to Charles Ryan, with a subject line of "FW: Lewis" (AGA_Review_00035852 – AGA_Review_00035852). | | |
| 3-403 | E-0241 | E-mail sent by Richard Pratt, at 8:40:35 PM on 7/26/2012, to Karen Mullenix, with a subject line of "RE: Cook Unit" (AGA_Review_00036084 – AGA_Review_00036085). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 3-404 | E-1180 | E-mail sent by Richard Pratt, at 10:53:17 PM on 7/26/2012, to Charles Ryan, with a subject line of "RE: [Security]" (AGA AGA_Review_00036095). | | |
| 3-405 | E-1063 | E-mail sent by Charles Ryan, at 8:20:59 AM on 7/27/2012, to S        e, with a subject line of "FW: Inquiry [Security]" (AGA_Review AGA_Review_00036112). | | |
| 3-406 | E-1270 | E-mail sent by Richard Pratt, at 2:18:22 PM on 7/27/2012, to Robert Patton, with a subject line of "Lewis Medication issues" (AGA_Review_00036147 – AGA_Review_00036147). | | |
| 3-407 | E-1694 | E-mail sent by Richard Pratt, at 8:19:09 PM on 7/27/2012, to [Security]>, with a subject                        sue" (AGA_Review_00036196 – AGA_Review_00036198). | | |
| 3-408 | E-1060 | E-mail sent by Richard Pratt, at 9:04:20 PM on 7/27/2012, to            ll, with a subject line of "RE: Inquiry [Security]" (AGA_Review_00036208 – AGA_Review_00036210). | | |
| 3-409 | E-2120 | E-mail sent by Richard Pratt, at 9:34:05 PM on 7/27/2012, to Karen Mullenix, with a subject line of "FW: Update - sent from Laura Escapule - on Ray Grabowski's computer" (AGA_Review_00036214 – AGA_Review_00036215). | | |
| 3-410 | E-2115 | E-mail sent by Richard Pratt, at 2:22:46 PM on 7/28/2012, to Charles Ryan, with a subject line of "FW: Update" (AGA_Review_00036251 – AGA_Review_00036251). | | |
| 3-411 | E-1176 | E-mail sent by Charles Ryan, at 10:01:48 AM on 7/30/2            subject line of "RE: [Security]" (AGA_Review_00036291 – AGA_Review_00036294). | | |
| 3-412 | E-0691 | E-mail sent by Richard Pratt, at 8:49:18 PM on 7/31/2012, to Jennifer Bowser, with a subject line of "RE: Health Services Inquiry" (AGA_Review_00036541 – AGA_Review_00036543). | | |
| 3-413 | E-1490 | E-mail sent by Richard Pratt, at 9:53:53 AM on 8/1/2012, to Dennis Chenail; Lea M        nd, Jim T        with a subject line of "RE: [Security]" (AGA_Review_00036717 – AGA_Review_00036718). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 3-414 | E-0856 | E-mail sent by Richard Pratt, at 3:11:32 PM on 8/1/2012, to Laurie Berg, with a subject line of “RE: IM [redacted]” (AGA_Re[redacted] – AGA_Review_00036740). | | |
| 3-415 | E-1507 | E-mail sent by Charles Ryan, at 11:07:50 PM on 8/1/2012, to Gail Rittenhouse, with a subject line of “RE: Moves” (AGA_Review_00036775 – AGA_Review_00036776). | | |
| 3-416 | E-0407 | E-mail sent by Richard Pratt, at 12:16:34 PM on 8/3/2012, to Karen Mullenix, with a subject line of “FW: F/U in IPC on 8-1-12” (AGA_Review_00036951 – AGA_Review_00036952). | | |
| 3-417 | E-1165 | E-mail sent by Richard Pratt, at 5:30:26 PM on 8/3/2012, to Paul O'Connell, with a subject line of “RE: [redacted]; SB 1291 release (Medi[redacted]w_00037114 – AGA_Review_00037115). | | |
| 3-418 | E-0632 | E-mail sent by Richard Pratt, at 7:02:34 PM on 8/3/2012, to Kathlee[redacted]Taylor, with a subject line of “RE: [redacted]” (AGA_Review_000[redacted] – AGA_Review_00037181). | | |
| 3-419 | E-1159 | E-mail sent by Richard Pratt, at 9:54:16 AM on 8/6/2012, to Paul O'Connell, with a subject line of “RE: [redacted]; SB 1291 release (Medi[redacted]w_00037520 – AGA_Review_00037522). | | |
| 3-420 | E-2163 | E-mail sent by Richard Pratt, at 2:25:15 PM on 8/8/2012, to Greg Capocy; Karen Mullenix; and, [redacted] of “RE: FW: [redacted]” (AGA_Review_[redacted] – AGA_Review_00038506). | | |
| 3-421 | E-2156 | E-mail sent by Richard Pratt, at 6:36:25 PM on 8/8/2012, to Greg Capocy; Karen Mullenix; and, Gretc[redacted] “RE: FW: FW: [redacted]” (AGA_Review_[redacted] – AGA_Review_00038671). | | |
| 3-422 | E-1859 | E-mail sent by Joe Profiri, at 5:59:09 PM on 8/9/2012, to Donna Mendoza, with a subject line of “RE: release meds for 8/10” (AGA_Review_00038897 – AGA_Review_00038897). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 3-423 | E-0471 | E-mail sent by Joe Profiri, at 6:04:23 PM on 8/9/2012, to Richard Pratt, with a subject line of "RE: forwarding information - released w/o meds" (AGA_Review_00038904 – AGA_Review_00038906). | | |
| 3-424 | E-0468 | E-mail sent by Joe Profiri, at 6:06:34 PM on 8/9/2012, to Judy Frigo; and, James O'Neil, with a subject line of "FW: forwarding information - released w/o meds" (AGA_Review_00038907 – AGA_Review_00038909). | | |
| 3-425 | E-1858 | E-mail sent by Joe Profiri, at 6:09:25 PM on 8/9/2012, to Judy Frigo; and, James O'Neil, with a subject line of "FW: release meds for 8/10" (AGA_Review_00038910 – AGA_Review_00038910). | | |
| 3-426 | E-0465 | E-mail sent by Richard Pratt, at 6:11:52 PM on 8/9/2012, to Karen Mullenix, with a subject line of "FW: forwarding information - released w/o meds" (AGA_Review_00038911 – AGA_Review_00038913). | | |
| 3-427 | E-0462 | E-mail sent by Richard Pratt, at 6:49:58 PM on 8/9/2012, to Karen Mullenix, with a subject line of "RE: forwarding information - released w/o meds" (AGA_Review_00038937 – AGA_Review_00038939). | | |
| 3-428 | E-1843 | E-mail sent by Richard Pratt, at 6:52:45 PM on 8/9/2012, to Karen Mullenix, with a subject line of "FW: Release Medication for Inmate ███ Security ███" (AGA_Review_00038940 – AGA_Review_00038944). | | |
| 3-429 | E-0322 | E-mail sent ███ Security ███ 54:45 PM on ███████ ███ Security ███ ubject line of "RE: Director's Project ███ Security ███" (AGA_Review_00039053 – AGA_Review_00039055). | | |
| 3-430 | E-0570 | E-mail sent by Richard Pratt, at 8:11:40 PM on 8/9/20██ ███ Security ███ h a subject line of "FW: ███ Security ███ Medical Issues" (AGA_Review_00039068 – AGA_Review_00039069). | | |
| 3-431 | E-0458 | E-mail sent by Richard Pratt, at 8:22:32 PM on 8/9/2012, to Karen Mullenix, with a subject line of "RE: forwarding information - released w/o meds" (AGA_Review_00039075 – AGA_Review_00039078). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 3-432 | E-0454 | E-mail sent by Joe Profiri, at 8:35:23 PM on 8/9/2012, to Karen Mullenix, with a subject line of "Re: forwarding information - released w/o meds" (AGA_Review_00039102 – AGA_Review_00039105). | | |
| 3-433 | E-1838 | E-mail sent by Richard Pratt, at 8:35:54 PM on 8/9/2012, to Dennis Chenail; and, Karen Mullenix, with a s█████e of "FW: Release Medication for Inmate █████Security█████" (AGA_Review_00039106 – AGA_R█████0039110). | | |
| 3-434 | E-1830 | E-mail sent by Richard Pratt, at 8:51:50 PM on 8/9/2012, to Dennis Chenail; and, Jim Taylor, with a subjec█████"RE: Release Medication for Inmate █████Security█████" (AGA_Review_00039162 – AGA_Review_00039169). | | |
| 3-435 | E-1821 | E-mail sent by Richard Pratt, at 8:58:31 PM on 8/9/2012, to Karen Mullenix, with a subject line of "RE: Release Medication for Inmate █████Security█████" (AGA_Review_00039185 – AGA_Review_00039193). | | |
| 3-436 | E-1793 | E-mail sent by Richard Pratt, at 9:36:19 PM on 8/9/2012, to Joe Profiri, with a s█████ne of "RE: Release Medication for Inmate █████Security█████" (AGA_Review_00039297 – AGA_Review_00039307). | | |
| 3-437 | E-1786 | E-mail sent by Joe Profiri, at 9:51:19 PM on 8/9/2012, to Richard Bock, with a subject line of "Re: Release Medication for Inmate █████Security█████" (AGA_Review_00039340 – AGA_Review_00039346). | | |
| 3-438 | E-1777 | E-mail sent by Richard Pratt, at 9:52:51 PM on 8/9/2012, to Dennis Chenail; and, Jim Taylor, with a subjec█████"RE: Release Medication for Inmate █████Security█████" (AGA_Review_00039347 – AGA_Review_00039355). | | |
| 3-439 | E-1766 | E-mail sent by Joe Profiri, at 10:04:16 PM on 8/9/2012, to Richard Pratt, with a sub█████of "RE: Release Medication for Inmate █████Security█████" (AGA_Review_00039365 – AGA_Review_00039375). | | |
| 3-440 | E-1759 | E-mail sent by Joe Profiri, at 1:41:12 PM on 8/10/2012, to Karen Mullenix, with a subject line of "FW: Release Medication for Inmate █████Security█████" (AGA_Review_00039536 – AGA_Review_00039542). | | |
| 3-441 | E-0190 | E-mail sent by Richard Pratt, at 3:56:36 PM on 8/10/2012, to Karen M█████with a subject line of "RE: █████Security█████" (AGA_Review_00039611 – AGA_Review_00039614). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 3-442 | E-1208 | E-mail sent by Joe Profiri, at 5:20:56 PM on 8/10/2012, to Paul O'Connell, with a subject line of "Re: ███████Security███████" (AGA AGA_Review_00039648). | | |
| 3-443 | E-1206 | E-mail sent by Joe Profiri, at 5:40:34 PM on 8/10/20██████████ a subject line of "Fwd: ████████Security████████" (AGA AGA_Review_00039665). | | |
| 3-444 | E-1743 | E-mail sent by Joe Profiri, at 6:43:48 PM on 8/10/2012, to Richard Bock; and, Ernest Trujillo, with a s████████e of "RE: Release Medication for Inmate ████Security████" (AGA_Review_00039707 – AGA_Review_00039714). | | |
| 3-445 | E-1734 | E-mail sent by Joe Profiri, at 9:54:13 PM on 8/10/2012, to Karen Mullenix, with a subject line of "Re: Release Medication for Inmate ████Security████" (AGA_Review_00039808 – AGA_Review_00039816). | | |
| 3-446 | E-0794 | E-mail sent by Joe Profiri, at 9:55:46 PM on 8/10/2012, to Danial Lundberg, with a subject line of "Re: ICS" (AGA_Review_00039817 – AGA_Review_00039820). | | |
| 3-447 | E-0735 | E-mail sent by Joe Profiri, at 9:22:02 PM on 8/11/2012, to Richard Pratt, with a subject line of "Re: I.R. Dtd 8/11/2012" (AGA_Review_00039873 – AGA_Review_00039874). | | |
| 3-449 | E-0731 | E-mail sent by Richard Pratt, at 10:06:28 PM on 8/11/2012, to Karen Mullenix, with a subject line of "FW: I.R. Dtd 8/11/2012" (AGA_Review_00039884 – AGA_Review_00039884). | | |
| 3-450 | E-0728 | E-mail sent by Joe Profiri, at 10:35:29 PM on 8/11/2012, to Ernest Trujillo, with a subject line of "RE: I.R. Dtd 8/11/2012" (AGA_Review_00039888 – AGA_Review_00039890). | | |
| 3-451 | E-0725 | E-mail sent by Joe Profiri, at 11:02:02 PM on 8/11/2012, to Richard Pratt, with a subject line of "FW: I.R. Dtd 8/11/2012" (AGA_Review_00039893 – AGA_Review_00039895). | | |
| 3-452 | E-0721 | E-mail sent by Joe Profiri, at 11:24:16 PM on 8/11/2012, to Marlena Bedoya, with a subject line of "RE: I.R. Dtd 8/11/2012" (AGA_Review_00039900 – AGA_Review_00039901). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 3-453 | E-0150 | E-mail sent by Joe Profiri, at 12:23:57 PM on 8/13/2012, to Terry Allred, with a subject line of "RE: Bachman Unit Incident Report" (AGA_Review_00040080 – AGA_Review_00040081). | | |
| 3-454 | E-0243 | E-mail sent by Richard Pratt, at 6:53:08 PM on 8/13/2012, to ███ell, with a subject line of "FW: ███Security███" (AGA_Revie AGA_Review_00040221). | | |
| 3-455 | E-0013 | E-mail sent by Joe Profiri, at 8:58:58 PM on 8/13/2012, to Ernest Trujillo, with a subject line of "Fwd: RE: RE: Fwd:" (AGA_Review_00040276 – AGA_Review_00040278). | | |
| 3-456 | E-0011 | E-mail sent by Joe Profiri, at 9:27:31 PM on 8/13/2012, to Robert Patton; Charles Ryan; and, Ernest Trujillo, with a subject line of "RE: FW: Fwd:" (AGA_Review_00040287 – AGA_Review_00040288). | | |
| 3-457 | E-1009 | E-mail sent by Charles Ryan, at 10:14:54 PM on 8/13/2012, to ███Security███e of "RE: Inmate ███" (AGA_Review_00040331 – AGA_Review_00040333). | | |
| 3-458 | E-0567 | E-mail sent by Richard Pratt, at 6:16:41 PM on 8/14/2012, to Matthew Musson, with a subject line of "RE: ███Security███ Medical Issues" (███ – AGA_Review_00040702). | | |
| 3-459 | E-0564 | E-mail sent by Richard Pratt, at 1:19:47 PM on 8/15/2 ███Security███ a subject line of "FW: ███ Medical Issues" (AGA_Review_00041574 – AGA_Review_00041576). | | |
| 3-460 | E-0477 | E-mail sent by Richard Pratt, at 7:17:48 PM on 8/15/2012, to Emily Gutierrez; IFF LIAISON; and, M ███Security███ a subject line of "RE: ...AGAIN!!" (AGA_Review_00041658 – AGA_Review_00041660). | | |
| 3-461 | E-0560 | E-mail sent by Richard Pratt, at 2:08:18 PM on 8/16/2012, to Matthew Musson, with a subject line of "RE: ███Security███ Medical Issues" (███ – AGA_Review_00041875). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 3-462 | E-0879 | E-mail sent by Richard Pratt, at 5:24:01 PM on 8/16/2012, to Kathleen Campbell, with a subject line of "RE: IMPORTANT: No response from Tucson re: Inmate ▮▮▮▮Security▮▮▮▮" (AGA_Review_00 AGA_Review_00041943). | | |
| 3-463 | E-1077 | E-mail sent by Joe Profiri, at 6:28:01 PM on 8/16/2012, to Richard Pratt, with a subject line of "Re: IR Alteration of a legal document" (AGA_Review_00041970 – AGA_Review_00041971). | | |
| 3-464 | E-0474 | E-mail sent by Richard Pratt, at 9:29:29 AM on 8/17/2012, to ▮▮▮▮▮▮ a subject line of "RE: FW: ▮▮▮▮Security▮▮▮▮...AGAIN!!" (AGA_Review_00042041 – AGA_Review_00042043). | | |
| 3-465 | E-0816 | E-mail sent by Richard Pratt, at 5:21:00 PM on 8/17/2012, to Lisa Cooper, with a subject line of "FW: IM ▮▮Security▮▮_Bachman" (AGA_Re AGA_Review_00042186). | | |
| 3-466 | E-0899 | E-mail sent by Richard Pratt, at 6:24:06 PM on 8/19/2012, to Ma▮▮▮ Musson, with a subject line of "FW: inmate ▮▮Security▮▮ medicine" (AGA_Review_00042377 – AGA_Review_00042377). | | |
| 3-467 | E-0309 | E-mail sent by Joe Profiri, at 12:12:19 PM on 8/20/2012, to Marlena Bedoya; Kathleen Campbell; Trudy Dumkrieger; and, Karen Mullenix, with a subject line of "RE: dialysis" (AGA_Review_00042533 – AGA_Review_00042534). | | |
| 3-468 | E-0311 | E-mail sent by Joe Profiri, at 7:14:42 PM on 8/20/2012, to Denel Pickering, with a subject line of "RE: dialysis" (AGA_Review_00042961 – AGA_Review_00042962). | | |
| 3-469 | E-0993 | E-mail sent by Joe Profiri, at 11:04:08 PM on 8/20/2012, to Ron Credio; Juli Jackson; Carson McWilliams; and, Matthew ▮▮▮▮h a subject line of "RE: Fwd: Inmate ▮▮Security▮▮" (AGA_Review_00042990 – AGA_Review_00042991). | | |
| 3-470 | E-1520 | E-mail sent by Richard Pratt, at 1:01:11 PM on 8/21/2012, to Charles Ryan, with a subject line of "FW: ▮▮▮▮Security▮▮▮▮" (AGA AGA_Review_00043111). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 3-471 | E-0843 | E-mail sent by Joe Profiri, at 2:51:05 PM on 8/21/2012, to Marlena Bedoya; Kathleen Campbell; Trudy Dumkrieger; Matthew Harvey; Richard Pratt; and, Jim Taylor, with a subject line of "RE: IM ▮Security▮ release meds" (AG▮▮view_00043162 – AGA_Review_00043162). | | |
| 3-472 | E-0838 | E-mail sent by Joe Profiri, at 4:06:05 PM on 8/21/2012, t▮▮hew Harvey, with a subject line of "RE: IM ▮Security▮ release meds" (AGA_Revi▮▮043204 – AGA_Review_00043206). | | |
| 3-473 | E-0835 | E-mail sent by Joe Profiri, at 7:16:23 PM on 8/21/2012, to Marlena Bedoya; and, Kathl▮ Campbell, with a subject line of "RE: IM ▮Security▮ release meds" (AGA_Review_00043242 – AGA_Review_00043244). | | |
| 3-474 | E-1519 | E-mail sent by Richard Pratt, at 7:42:35 PM on 8/21/2012, to ▮Security▮ ▮Security▮ bject line of ▮Security▮ (▮▮3 – AGA_Review_00043253). | | |
| 3-475 | E-0156 | E-mail sent by Richard Pratt, at 7:46:03 PM on 8/21/201▮ Bedoya, with a subject line of "RE: ▮Security▮" (AGA_Review_00043258 – AGA_Review_00043258). | | |
| 3-476 | E-0157 | E-mail sent by Richard Pratt, at 10:21:37 AM on 8/22/2012, to Marlena Bedoya, with a subject line of "RE: ▮Security▮ - Cimarron" (AGA_R▮▮340 – AGA_Review_00043341). | | |
| 3-477 | E-0853 | E-mail sent by Joe Profiri, at 11:29:50 PM on 8/22/2012, to ▮Security▮ oya, with a subject line of "FW: IM ▮Security▮" (AGA_Review_00043689 – AGA_Review_00043691). | | |
| 3-478 | E-0392 | E-mail sent by Joe Profiri, at 8:35:46 AM on 8/23/2012, to Dan Conn; and, Karen Mullenix, with a subject line of "Expired Medication" (AGA_Review_00043806 – AGA_Review_00043806). | | |
| 3-479 | E-2152 | E-mail sent by Richard Pratt, at 10:05:16 AM on 8/24/2012, to Marlena Bedoya, with a subject line of "FW: ▮Security▮" (AGA_R▮ AGA_Review_00044274). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 3-480 | E-2148 | E-mail sent by Richard Pratt, at 10:15:21 AM on 8/24/2012, to Marlena Bedoya, with a subject line of "RE: ███████ Security ███████" (AGA_R AGA_Review_00044287). | | |
| 3-481 | E-0554 | E-mail sent by Richard Pratt, at 11:12:32 AM on 8/24/2012, to DONNA LEONE HAMM <middlegroundpriso ███████ a subject line of "RE: ███ Security ███ Medical Issues" (AG AGA_Review_00044293). | | |
| 3-482 | E-0549 | E-mail sent by Richard Pratt, at 11:15:45 AM on 8/24/201 ███████ h a subject line of "FW: ███ Security ███ Medical Issues" (AGA_Review_00044294 – AGA_Review_00044298). | | |
| 3-483 | E-0431 | E-mail sent by Joe Profiri, at 7:48:06 PM on 8/24/2012, to Richard Pratt, with a subject line of "RE: FLORENCE medication issues" (AGA_Review_00044667 – AGA_Review_00044668). | | |
| 3-484 | E-1019 | E-mail sent by Joe Profiri, at 12:17:57 PM on 8/25/2012, to Therese Schroeder, with a subject line of "RE: Inmate with Possible TB" (AGA_Review_00044820 – AGA_Review_00044822). | | |
| 3-485 | E-2048 | E-mail sent by Joe Profiri, at 12:47:08 PM on 8/25/2012, to Richard Pratt, with a subject line of "RE: TB" (AGA_Review_00045327 – AGA_Review_00045328). | | |
| 3-486 | E-1032 | E-mail sent by Joe Profiri, at 4:49:33 PM on 8/25/2012, to Neil Fisher; Thomas Lehman; and, Ernest Trujillo, with a subject line of "RE: Inmate with Possible TB" (AGA_Review_00045346 – AGA_Review_00045350). | | |
| 3-487 | E-1022 | E-mail sent by Joe Profiri, at 5:36:28 PM on 8/25/2012, to Dan Conn, with a subject line of "RE: Fwd: Inmate with Possible TB" (AGA_Review_00045377 – AGA_Review_00045381). | | |
| 3-488 | E-0395 | E-mail sent by Joe Profiri, at 9:35:58 PM on 8/25/2012, to Marlena Bedoya, with a subject line of "FW: Eyman Medication Reviews - Psychotropics" (AGA_Review_00045497 – AGA_Review_00045498). | | |
| 3-489 | E-1014 | E-mail sent by Joe Profiri, at 12:43:18 PM on 8/26/2012, to Juliet Respicio-Moriarty, with a subject line of "RE: Inmate with Possible TB" (AGA_Review_00045564 – AGA_Review_00045568). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 3-490 | E-0390 | E-mail sent by Jim Taylor, at 6:35:50 PM on 8/26/2012, to Terry Allred; Richard Pratt; and, Joe Profiri, with a subject line of "RE: Fwd: Expired Med Report" (AGA_Review_00045588 – AGA_Review_00045589). | | |
| 3-491 | E-1287 | E-mail sent by Joe Profiri, at 10:00:56 AM on 8/27/2012, to Stacey Crabtree, with a subject line of "FW: Manzanita- possible TB" (AGA_Review_00045798 – AGA_Review_00045799). | | |
| 3-492 | E-1857 | E-mail sent by Joe Profiri, at 11:01:03 AM on 8/27/2012, to Karen Mullenix, with a subject line of "Release Medication Protocol" (AGA_Review_00045868 – AGA_Review_00045868). | | |
| 3-493 | E-0288 | E-mail sent by Joe Profiri, at 6:18:11 PM on 8/27/2012, to Carson McWilliams, with a subject line of "RE: Depakote" (AGA_Review_00046194 – AGA_Review_00046195). | | |
| 3-494 | E-0286 | E-mail sent by Joe Profiri, at 6:20:40 PM on 8/27/2012, to Karen Mullenix, with a subject line of "RE: Depakote" (AGA_Review_00046197 – AGA_Review_00046198). | | |
| 3-495 | E-0284 | E-mail sent by Joe Profiri, at 6:22:01 PM on 8/27/2012, to Carson McWilliams, with a subject line of "RE: Depakote" (AGA_Review_00046199 – AGA_Review_00046200). | | |
| 3-496 | E-2289 | E-mail sent by Joe Profiri, at 12:06:35 PM on 8/28/2012; and, Karen Mullenix, with a subject line of "FW: Yuma Audit 8/26/12 and 8/27/12- Concerns" (AGA_Review_00046316 – AGA_Review_00046317). | | |
| 3-497 | E-0282 | E-mail sent by Joe Profiri, at 1:28:36 PM on 8/28/2012, to Karen Mullenix, with a subject line of "RE: Depakote" (AGA_Review_00046336 – AGA_Review_00046336). | | |
| 3-498 | E-0022 | E-mail sent by Richard Pratt, at 1:35:15 PM on 8/28/2012, to Trudy Dumkrieger, with a subject line of "RE: ███ Security ███" (AGA_Revi███ – AGA_Review_00046343). | | |
| 3-499 | E-1935 | E-mail sent by Richard Pratt, at 1:51:48 PM on 8/28/2012, to ███████h a subject line of "FW: ███ Security ███" (AGA_Review_00046354 – AGA_Review_00046355). | | |

| Def. Ex. No. | Def. Ref. No. | Description | ADM | N/ADM |
|---|---|---|---|---|
| 3-500 | E-1933 | E-mail sent by Richard Pratt, at 3:45:12 PM on 8/28/2012, to Trudy Dumkrieger, with a subject line of "RE: ██████████" (AGA_Revie AGA_Review_00046422. | | |
| 3-501 | E-1604 | E-mail sent by Richard Pratt, at 5:23:01 PM on 8/28/2012, to Donna Mendoza, with a subject line of "FW: Outrageous Medical Procedures/Practices: Perryville" (AGA_Review_00046488 – AGA_Review_00046491). | | |
| 3-502 | E-1600 | E-mail sent by Richard Pratt, at 5:32:22 PM on 8/28/2012, to Judy Frigo; and, Charles Ryan, with a subject line of "RE: Outrageous Medical Procedures/Practices: Perryville" (AGA_Review_00046497 – AGA_Review_00046500). | | |
| 3-503 | E-1595 | E-mail sent by Charles Ryan, at 6:40:07 PM on 8/28/2012, to Jeff Hood; Robert Patton; and, Joe Profiri, with a subject line of "FW: Outrageous Medical Procedures/Practices: Perryville" (AGA_Review_00046517 – AGA_Review_00046521). | | |
| 3-504 | E-2299 | E-mail sent by Joe Profiri, at 6:40:44 PM on 8/28/2012, to Karen Mullenix, with a subject line of "RE: Yuma Audit 8/26/12 and 8/27/12- Concerns" (AGA_Review_00046522 – AGA_Review_00046523). | | |
| 3-505 | E-1717 | E-mail sent by Richard Pratt, at 9:18:31 PM on 8/28/2012, to Donna Mendoza, with a subject line of "RE: Regarding IM ██████████" (AGA_Review_000465 AGA_Review_00046559). | | |
| 3-506 | E-2295 | E-mail sent by Joe Profiri, at 9:23:35 PM on 8/28/2012, to Robert Patton, with a subject line of "FW: Yuma Audit 8/26/12 and 8/27/12- Concerns" (AGA_Review_00046563 – AGA_Review_00046566). | | |
| 3-507 | E-1587 | E-mail sent by Richard Pratt, at 9:30:32 PM on 8/28/2012, to Karen Mullenix, with a subject line of "FW: Outrageous Medical Procedures/Practices: Perryville" (AGA_Review_00046567 – AGA_Review_00046570). | | |
| 3-508 | E-1715 | E-mail sent by Richard Pratt, at 9:31:21 PM on 8/28/2012, to Karen Mullenix, with a subject line of "FW: Regarding IM ██████████" (AGA_Review_0004 AGA_Review_00046572). | | |