1  Jonathan M. Ploof ADC-194745
2  A.S.P.C-Eyman-RYNNiNG unit
3  P.O. Box 3100
4  Florence, AZ 85132
5
6              IN THE UNITED STATES DISTRICT COURT
7                 FOR THE DISTRICT OF ARIZONA
8
9  Parsons, et. al.        | No: CV-12-00601-PHX-DJH-(MEA)
10 Plaintiffs              |
11 VS.                     |
12 Charles L. Ryan, et. al | Motion to transfer, Motion to
13 Defendants              | Consolidate. Per FRCP. 42-(a) and
14                         | L.RCP-42.1-(a)
15
16 Plaintiff Jonathan M. Ploof - 2:13-CV-00946-PHX-DGC-MHB
17 Move this Court to transfer and Consolidate his
18 Case with Parsons V. Ryan-CV-12-00601-PHX-DJH-(MEA)
19 for the following Reasons:
20
21 federal Rule of Civil Procedure 42-(a)(1)(2)(3)
22 Provides as follows:
23
24    (a) if actions before the Court involve a Common
25        question of law or fact, the Court may
26

FILED ☒   LODGED ☐
Oct 08 2014
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

(1) Join for hearing or trial any <u>or</u> all matters at issue in the actions;

(2) Consolidate the actions; or

(3) issue any other orders to avoid unnecessary cost or delay.

additionally the local Rule of Civil Procedure Rule 42.1-(a), Provides as follows:

(a) Related Cases. Whenever two or more cases are pending before different Judges, a Party may file a motion to transfer the case to a single Judge on the Ground that the Cases;

(1) arise from substantially the same event;

(2) involve substantially the same Parties;

(3) involve the same Patent, trademark, or Copyright;

(4) Call for determination of substantially the same Questions of law; or

1. (5) for any other reason that would entail substantial
2. duplication of labor if heard by different Judges.
3.
4. Plaintiff submitts the following in support of
5. transfer and Consolidation:
6.
7. the allegations set forth in Plaintiff's Claim
8. DKT 61 - 2:13-CV-00946-PHX-DGC-MHB, 3-A, 3-B, 3-C
9. 3-D Allege facts consistant with substantive
10. matters that have been considered in the Parson's
11. Case, the facts in each case arise from substantially
12. the same events, substandard medical practices, procedures
13. and policies, Each case calls for determination of
14. substantially the same questions of law, and will
15. require substantial duplication of labor if heard by
16. different Judges, which could also lead to inconsistent
17. or varying adjudications or incompatible standards.
18.
19. Plaintiff's Claims are supported by extensive
20. investigation and reports RE: DKT 121, 2:13-CV-00946-
21. PHX-DGC-LMHB), Plaintiff is also a Class member
22. and his case presents complex litigation.
23.
24. the Judge assigned in Parson's v. Ryan has the most
25. fimiliarity with the issues involved and Parsons is
26. viewed as the lead or Principal case,

3

1. Because substantive Maters have been considered in
2. Parsons V. Ryan-CV-12-00601-PHX-DJH-(MEA) the
3. Plaintiff's Case is best served By transfer and
4. Consolidation to the same Judge in the above
5. Referenced Case.
6.
7. the Cases that are subject to this request are
8. Ploof V. Ryan, et.al 2:13-CV-00946-PHX-DGC-(MHB) and
9. Parsons, et.al V. Ryan, et.al - USDC-CV-12-00601-PHX-DJH-(MEA)
10.
11. for the above stated reasons Plaintiff Request this
12. Court for its order on this Motion to transfer and
13. Consolidate Plaintiff Ploof's Case Before the Court
14. in Parsons with Judge DJH and Magistrate Judge MEA.
15.
16. Respectfully Submitted this 8th Day of October, 2014
17. BY: Jonathan M. Ploof
18. /s/ Jonathan M. Ploof
19.
20. Notice of filing submitted on this Day to Counsel for
21. Defendants in Ploof V. Ryan, et.al 2:13-CV-00946-PHX-DGC-(MHB)
22. using ECF with a Copy of this Motion Attached.
23.
24.
25.
26.