1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                             DISTRICT OF ARIZONA

| | |
|---|---|
| 8 Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DJH<br><br>**[PROPOSED] ORDER RE STIPULATION** |

Plaintiffs,

v.

Charles Ryan, Director, Arizona Department of
Corrections; and Richard Pratt, Interim Division
Director, Division of Health Services, Arizona
Department of Corrections, in their official
capacities,

Defendants.

        Based upon the entire record in this case and the parties' Stipulation [Doc. ___],

the Court hereby finds that the relief set forth therein is narrowly drawn, extends no further

than necessary to correct the violations of the Federal right, and is the least intrusive means

necessary to correct the violations of the Federal right of the Plaintiffs.

        The Court shall retain the power to enforce this Stipulation through all remedies

provided by law, except that the Court shall not have the authority to order Defendants to

construct a new prison or to hire a specific number or type of staff unless Defendants

propose to do so as part of a plan to remedy a failure to comply with any provision of this

Stipulation.

78204-0001/LEGAL123620202.1