Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
           jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Sarah Kader (Bar No. 027147)
Asim Varma (Bar No. 027927)
Brenna Durkin (Bar No. 027973)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: skader@azdisabilitylaw.org
           avarma@azdisabilitylaw.org
           bdurkin@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-DJH <br><br> **JOINT MOTION TO REFER REMAINDER OF CASE TO MAGISTRATE JUDGE DUNCAN AND TO REFER CASE TO MAGISTRATE JUDGE BUTTRICK FOR MEDIATION** |

78204-0001/LEGAL123752148.2

Pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties hereby consent to have Magistrate Judge David Duncan conduct all further proceedings in this case, including proceedings to determine the fairness of the settlement pursuant to Fed. R. Civ. P. 23(e), and any other proceedings contemplated by the settlement in this case. The parties request that the Court refer this matter to Magistrate Judge Duncan because his constructive participation in the settlement negotiations has provided him with a unique ability to effectuate the parties' intent in any future proceedings.

The Stipulation filed herewith contemplates that any future disputes about compliance issues be subject to mediation before a Magistrate Judge before enforcement proceedings are initiated. The parties hereby request that the Court refer the case to Magistrate Judge John Buttrick for such mediation.

October 14, 2014

**STRUCK WIENEKE, & LOVE, P.L.C.**

By: s/ Daniel P. Struck
    Daniel P. Struck
    Kathleen L. Wieneke
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    Ashlee B. Fletcher
    Anne M. Orcutt
    Jacob B. Lee
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

Arizona Attorney General Thomas C. Horne, Office of the Attorney General

    Michael E. Gottfried
    Lucy M. Rand
    Assistant Attorney General
    1275 W. Washington Street
    Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

**PRISON LAW OFFICE**

By: s/ Donald Specter
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
    Warren E. George (Cal. 53588)*
    1917 Fifth Street
    Berkeley, California 94710
    Telephone: (510) 280-2621
    Email:  dspecter@prisonlaw.com
             ahardy@prisonlaw.com
             snorman@prisonlaw.com
             ckendrick@prisonlaw.com
             wgeorge@prisonlaw.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| **ARIZONA CENTER FOR DISABILITY LAW** | **ACLU NATIONAL PRISON PROJECT** |
| By: s/ Sarah Kader<br>    Sarah Kader<br>    Asim Varma<br>    Brenna Durkin<br>    5025 East Washington Street, Suite 202<br>    Phoenix, Arizona 85034<br>    Telephone:  (602) 274-6287<br>    Email:  skader@azdisabilitylaw.org<br>            avarma@azdisabilitylaw.org<br>            bdurkin@azdisabilitylaw.org<br><br>    J.J. Rico (Bar No. 021292)<br>    **ARIZONA CENTER FOR DISABILITY LAW**<br>    100 N. Stone Avenue, Suite 305<br>    Tucson, Arizona 85701<br>    Telephone:  (520) 327-9547<br>    Email:    jrico@azdisabilitylaw.org<br><br>*Attorneys for Plaintiff Arizona Center for Disability Law* | By:  s/ David C. Fathi<br>    David C. Fathi (Wash. 24893)*<br>    Amy Fettig (D.C. 484883)**<br>    Ajmel Quereshi (Md. 28882)**<br>    915 15th Street N.W., 7th Floor<br>    Washington, D.C. 20005<br>    Telephone:  (202) 548-6603<br>    Email:    dfathi@npp-aclu.org<br>              afettig@npp-aclu.org<br>              aquereshi@npp-aclu.org<br><br>   *Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.<br>  **Admitted *pro hac vice*<br><br>*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*<br><br>    Daniel C. Barr (Bar No. 010149)<br>    Amelia M. Gerlicher (Bar No. 023966)<br>    Kirstin T. Eidenbach (Bar No. 027341)<br>    John H. Gray (Bar No. 028107)<br>    Matthew B. du Mée (Bar No. 028468)<br>    Jerica L. Peters (Bar No. 027356)<br>    **PERKINS COIE LLP**<br>    2901 N. Central Avenue, Suite 2000<br>    Phoenix, Arizona 85012<br>    Telephone:  (602) 351-8000<br>    Email:    dbarr@perkinscoie.com<br>              agerlicher@perkinscoie.com<br>              keidenbach@perkinscoie.com<br>              jhgray@perkinscoie.com<br>              mdumee@perkinscoie.com<br>              jpeters@perkinscoie.com |

78204-0001/LEGAL123752148.2

Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
kflood@acluaz.org
jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Caroline Mitchell (Cal. 143124)*
David C. Kiernan (Cal. 215335)*
Sophia Calderón (Cal. 278135)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com
dkiernan@jonesday.com
scalderon@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com
tfreeman@jonesday.com

*Admitted *pro hac vice*

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email: kmamedova@jonesday.com
jkmessina@jonesday.com

*Admitted *pro hac vice*

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email:    kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Timothy J. Bojanowski
Rachel Love
Nicholas D. Acedo
Courtney R. Cloman
Ashlee B. Fletcher
Anne M. Orcutt
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
tbojanowski@swlfirm.com
rlove@swlfirm.com
nacedo@swlfirm.com
ccloman@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com

*Attorneys for Defendants*

s/ Delana Freouf

-5-