1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF ARIZONA

| | |
|---|---|
| 8  Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-DJH |

8   Victor Parsons; Shawn Jensen; Stephen Swartz;
    Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph
10  Hefner; Joshua Polson; and Charlotte Wells, on
    behalf of themselves and all others similarly
11  situated; and Arizona Center for Disability Law,

12                              Plaintiffs,

13          v.

    Charles Ryan, Director, Arizona Department of
14  Corrections; and Richard Pratt, Interim Division
    Director, Division of Health Services, Arizona
15  Department of Corrections, in their official
    capacities,
16
                                Defendants.

No. CV 12-00601-PHX-DJH

**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION TO REFER REMAINDER OF CASE TO MAGISTRATE JUDGE DUNCAN AND TO REFER CASE TO MAGISTRATE JUDGE BUTTRICK FOR MEDIATION**

17

18          IT IS HEREBY ORDERED that this case is referred to United States Magistrate

19  Judge David Duncan to conduct all further proceedings in accordance with 28 U.S.C.

20  § 636(c) and Fed. R. Civ. P. 73.

21          IT IS FURTHER ORDERED that should there be a dispute regarding compliance

22  issues, the case is referred to Magistrate Judge Buttrick for mediation.

23

24

25

26

27

28