Arizona Attorney General Thomas C. Horne
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-4951
Fax: (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DJH<br><br>**JOINT NOTICE OF SETTLEMENT AND JOINT MOTION TO:**<br><br>(1) Vacate 10/21/2014 Trial Date;<br>(2) Direct Notice to the Class; and<br>(3) Request for Fairness Hearing |

The parties, through counsel, hereby jointly notify the Court of the following and request the relief stated herein:

1. As settlement has been reached, the parties request that this Court vacate the October 21, 2014 trial date, as well as all pending pretrial and trial deadlines set forth in [Doc. #s 1075, 1150, 1171, and 1173].

2. The parties seek reasonable time to draft the parties' proposed Notice of Proposed Class Action Settlement.

3. The parties request this Court set a deadline of 14 days for the parties to submit the parties' proposed Notice of Proposed Class Action Settlement to the Court. Upon submission, the parties request the Court[1] order the Notice to be provided to the class in the form and manner proposed by the parties.

5. Pursuant to Rule 23(e), Federal Rules of Civil Procedure, Notice of Proposed Class Action Settlement must be given to the class before this Court can determine if the settlement is fair, reasonable, and adequate. Rule 23(e) also provides that a settlement cannot be approved without a hearing to determine if the settlement is fair, reasonable, and adequate.

6. Accordingly, the parties request that this Court schedule a Fairness Hearing pursuant to Fed.R.Civ.P. 23(e) no earlier than 60 days from the date that the form and manner of the Notice of Proposed Class Action Settlement is approved and ordered by the Court.

7. The parties agree that the Fairness Hearing may and should be set for as early a date as possible consistent with giving the class members a fair opportunity to evaluate and object to the proposed settlement.

/ / /

/ / /

---

[1] The parties have filed this same date, a joint consent to, and request that, the case be referred to Magistrate Judge Duncan for any further proceedings. If the Court refers the case to Magistrate Judge Duncan, further court proceedings regarding the notice and fairness hearing would be held before Magistrate Judge Duncan. [Doc. #1186].

1

DATED this 15th day of October 2014.

| PRISON LAW OFFICE | STRUCK WIENEKE & LOVE, P.L.C. |
|---|---|
| By: */s/ Donald Specter*<br>Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)*<br>Sara Norman (Cal. 189536)*<br>Corene Kendrick (Cal. 226642)*<br>Warren E. George (Cal. 53588)*<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Email: dspecter@prisonlaw.com<br>ahardy@prisonlaw.com<br>snorman@prisonlaw.com<br>ckendrick@prisonlaw.com<br>wgeorge@prisonlaw.com<br><br>*Admitted *pro hac vice*<br><br>*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated* | By:*/s/ Daniel P. Struck*<br>Daniel P. Struck<br>Kathleen L. Wieneke<br>Rachel Love<br>Timothy J. Bojanowski<br>Nicholas D. Acedo<br>Ashlee B. Fletcher<br>Anne M. Orcutt<br>Jacob B. Lee<br>STRUCK WIENEKE & LOVE, P.L.C.<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226<br><br>Arizona Attorney General Thomas C. Horne<br>Office of the Attorney General<br>Michael E. Gottfried<br>Lucy M. Rand<br>Assistant Attorneys General<br>1275 W. Washington Street<br>Phoenix, Arizona 85007-2926<br><br>*Attorneys for Defendants* |

| | |
|---|---|
| **ACLU NATIONAL PRISON PROJECT**<br><br>By: */s/ David C. Fathi*<br>    David C. Fathi (Wash. 24893)*<br>    Amy Fettig (D.C. 484883)**<br>    Ajmel Quereshi (Md. 28882)**<br>915 15th Street N.W., 7th Floor<br>Washington, D.C. 20005<br>Telephone:  (202) 548-6603<br>Email:    dfathi@npp-aclu.org<br>             afettig@npp-aclu.org<br>             aquereshi@npp-aclu.org<br><br>*Admitted *pro hac vice*.  Not admitted<br>  in DC; practice limited to federal courts.<br>**Admitted *pro hac vice*<br><br>*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*<br><br>Daniel C. Barr (Bar No. 010149)<br>Amelia M. Gerlicher (Bar No. 023966)<br>Kirstin T. Eidenbach (Bar No. 027341)<br>John H. Gray (Bar No. 028107)<br>Matthew B. du Mée (Bar No. 028468)<br>Jerica L. Peters (Bar No. 027356)<br>**PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>Telephone:  (602) 351-8000<br>Email: dbarr@perkinscoie.com<br>        agerlicher@perkinscoie.com<br>        keidenbach@perkinscoie.com<br>        jhgray@perkinscoie.com<br>        mdumee@perkinscoie.com<br>        jpeters@perkinscoie.com | **ARIZONA CENTER FOR DISABILITY LAW**<br><br>By: */s/Sarah Kader*<br>    Sarah Kader<br>    Asim Varma<br>    Brenna Durkin<br>5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034<br>Telephone:  (602) 274-6287<br>Email: skader@azdisabilitylaw.org<br>        avarma@azdisabilitylaw.org<br>        bdurkin@azdisabilitylaw.org<br><br>J.J. Rico (Bar No. 021292)<br>**ARIZONA CENTER FOR DISABILITY LAW**<br>100 N. Stone Avenue, Suite 305<br>Tucson, Arizona 85701<br>Telephone:  (520) 327-9547<br>Email:    jrico@azdisabilitylaw.org<br><br>*Attorneys for Plaintiff Arizona Center for Disability Law* |

3

| | |
|---|---|
| 1 | Daniel Pochoda (Bar No. 021979) |
|  | Kelly J. Flood (Bar No. 019772) |
| 2 | James Duff Lyall (Bar No. 330045)* |
| 3 | **ACLU FOUNDATION OF ARIZONA** |
|  | 3707 North 7th Street, Suite 235 |
| 4 | Phoenix, Arizona 85013 |
|  | Telephone:  (602) 650-1854 |
| 5 | Email: dpochoda@acluaz.org |
|  |          kflood@acluaz.org |
| 6 |          jlyall@acluaz.org |
| 7 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(f) |
| 8 | Caroline Mitchell (Cal. 143124)* |
|  | David C. Kiernan (Cal. 215335)* |
| 9 | Sophia Calderón (Cal. 278135)* |
|  | **JONES DAY** |
| 10 | 555 California Street, 26th Floor |
|  | San Francisco, California 94104 |
| 11 | Telephone:  (415) 875-5712 |
|  | Email: cnmitchell@jonesday.com |
| 12 |          dkiernan@jonesday.com |
|  |          scalderon@jonesday.com |
| 13 |  |
|  | *Admitted *pro hac vice* |
| 14 |  |
|  | John Laurens Wilkes (Tex. 24053548)* |
| 15 | Taylor Freeman (Tex. 24083025)* |
|  | **JONES DAY** |
| 16 | 717 Texas Street |
|  | Houston, Texas 77002 |
| 17 | Telephone:  (832) 239-3939 |
|  | Email: jlwilkes@jonesday.com |
| 18 |          tfreeman@jonesday.com |
| 19 | *Admitted *pro hac vice* |
| 20 | Kamilla Mamedova (N.Y. 4661104)* |
|  | Jennifer K. Messina (N.Y. 4912440)* |
| 21 | **JONES DAY** |
|  | 222 East 41 Street |
| 22 | New York, New York 10017 |
|  | Telephone:  (212) 326-3498 |
| 23 | Email: kmamedova@jonesday.com |
|  |          jkmessina@jonesday.com |
| 24 |  |
|  | *Admitted *pro hac vice* |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

Kevin Brantley (Cal. 251886)*
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone:  (949) 851-3939
Email: kcbrantley@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Ajmel Quereshi: | aquereshi@npp-aclu.org |
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amir Q. Amiri: | aamiri@jonesday.com; ttualaulelei@jonesday.com |
| Amy Fettig: | afettig@npp-aclu.org |
| Asim Varma: | avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Brenna Durkin: | bdurkin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| Daniel Joseph Pochoda: | dpochoda@acluaz.org; danpoc@cox.net; gtorres@acluaz.org |
| Dara Levinson: | daralevinson@jonesday.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |

5

| | |
|---|---|
| Donald Specter: | dspecter@prisonlaw.com |
| James Duff Lyall: | jlyall@acluaz.org; gtorres@acluaz.org |
| James M. Jellison: | jim@jellisonlaw.com; cindy@schleierlaw.com; kasey@jellisonlaw.com |
| Jennifer K. Messina: | jkmessina@jonesday.com |
| Jerica Lynn Peters: | jpeters@perkinscoie.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kamilla Mamedova: | kmamedova@jonesday.com |
| Kevin C. Brantley: | kbrantley@jonesday.com |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com; dfreouf@perkinscoie.com; docketphx@perkinscoie.com |
| Matthew Benjamin de Mee: | mdumee@perkinscoie.com; cwendt@perkinscoie.com |
| Sara Norman: | snorman@prisonlaw.com |
| Sarah Eve Kader: | skader@azdisabilitylaw.org; mlauritzen@azdisabilitylaw.org; rstarling@azdisabilitylaw.org |
| Taylor Freeman: | tfreeman@jonesday.com |
| Warren E. George, Jr.: | wgeorge@prisonlaw.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/     *Daniel P. Struck*