**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>                              Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>                              Defendants. | NO. 2:12-cv-00601-DJH<br><br>**ORDER GRANTING JOINT MOTION TO:**<br><br>(1) Vacate 10/21/2014 Trial Date;<br>(2) Direct Notice to the Class; and<br>(3) Request Fairness Hearing |

The Court, having reviewed the parties' Joint Notice of Settlement and Joint Motion to: (1) Vacate 10/21/2014 Trial Date; (2) Direct Notice to the Class; and (3) Request for Fairness Hearing, and good cause appearing,

IT IS ORDERED that the parties Motion is GRANTED; that the October 21, 2014 trial date is vacated; that all pending pretrial and trial deadlines [Doc. #s 1075, 1150, 1171, and 1173] are vacated; the parties shall file the proposed Notice of Proposed Class Action Settlement 14 days from the date of this Order; and that, pursuant to Fed.R.Civ.P. 23(e), a Fairness Hearing will be scheduled following approval of the Notice of Proposed Class Action Settlement.