1  Jonathan M. Ploof ADC-194745
2  A.S.P.C-Eyman-RYNNiNG unit
3  P.O. Box 3100
4  Florence, AZ 85132
5

☒ FILED   ☐ LODGED

**Oct 14 2014**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

6          IN THE UNITED STATES DISTRICT COURT
7            FOR THE DISTRICT OF ARIZONA
8
9  Parsons, et.al          No: CV-12-00601-PHX-DJH-(MEA)
10 Plaintiffs
11 Vs.
12 Charles L. RYan, et.al   Motion to transfer, Motion to
13 Defendants              Consolidate, Per FRCP. 42-(a) and
14 _____        L.RCP. 42.1-(a)
15
16 Plaintiff Jonathan M. Ploof - 2:13-CV-00946-PHX-DGC-MHB
17 Move this Court to transfer and Consolidate his
18 Case With Parsons V. RYan -CV-12-00601-PHX-DJH-(MEA)
19 for the following Reasons:
20
21   federal Rule of Civil Procedure 42-(a)(1)(2)(3)
22   Provides as follows:
23
24   (a) if actions before the Court involve a Common
25       Question of law or fact, the Court May
26

1

1   (1) Join for hearing or trial any or all matters at issue
2       in the actions;
3
4   (2) Consolidate the actions; or
5
6   (3) issue any other orders to avoid unnecessary cost
7       or delay.
8
9   additionally the local Rule of Civil Procedure
10  Rule 42.1-(a), Provides as follows:
11
12  (a) Related Cases, whenever two or more cases are
13      pending before different Judges, a party may
14      file a motion to transfer the case to a single
15      Judge on the Ground that the Cases;
16
17      (1) arise from substantially the same event;
18
19      (2) involve substantially the same Parties;
20
21      (3) involve the same Patent, trademark, or Copyright;
22
23      (4) Call for determination of substantially the
24          same questions of law; or
25
26

2

1   (5) for any other reason that would entail substantial
2   duplication of labor if heard by different Judges.
3
4   Plaintiff submitts the following in support of
5   transfer and Consolidation:
6
7   the allegations set forth in Plaintiffs Claim
8   DKt 61  2:13-CV-00946-PHX-DGC-MHB, 3-A, 3-B, 3-C
9   3-D Allege facts Consistant With Substantive
10  Matters that have been Considered in the Parson's
11  Case, the facts in Each Case arise from substantilly
12  the same events, substandard Medical Practices, Procedures
13  and Policies, Each Case Calls for determination of
14  Substantially the same Questions of law, and Will
15  require Substantial duplication of labor if heard by
16  Different Judges, Which Could also lead to inconsistent
17  or Varying adjudications or incompatible standards,
18
19  Plaintiff's Claims are supported By extensive
20  investigation and reports RE: DKt 121, 2:13-CV-00946-
21  PHX-DGC-LMHB), Plaintiff is Also a Class member
22  and his Case Presents Complex litigation.
23
24  the Judge assigned in Parson's v. Ryan has the Most
25  fimiliarity with the issues involved and Parsons is
26  Viewed as the lead or Principal Case,

3

1  Because substantive Matters have been Considered in
2  Parsons v. Ryan-CV-12-00601-PHX-DJH-(MEA) the
3  Plaintiff's Case is best served By transfer and
4  Consolidation to the same Judge in the above
5  Referenced Case.
6
7  the Cases that are subject to this request are
8  Ploof v. Ryan, et.al 2:13-CV-00946-PHX-DGC-(MHB) and
9  Parsons, et.al v. Ryan, et.al - USDC-CV-12-00601-PHX-DJH-(MEA)
10
11  for the above stated reasons Plaintiff Request this
12  Court for its Order on this Motion to transfer and
13  Consolidate Plaintiff Ploof's Case Before the Court
14  in Parsons with Judge DJH and Magistrate Judge MEA.
15
16  Respectfully Submitted this 8th Day of October, 2014
17    BY: Jonathan M. Ploof
18       Jonathan M. Ploof
19
20  Notice of filing submitted on this Day to Counsel for
21  Defendants in Ploof v. Ryan, et.al 2:13-CV-00946-PHX-DGC-(MHB)
22  using ECF with a Copy of this Motion Attched.
23
24
25
26

4