Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       kflood@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. 2:12-cv-00601-DJH<br><br>**MOTION FOR WITHDRAWAL OF ATTORNEY KEVIN BRANTLEY** |

SFI-620874529v1

1  The undersigned attorney, Kevin Brantley, moves to withdraw as one of the
2  counsel of record for Plaintiffs.  The undersigned will no longer be employed at Jones
3  Day.  Plaintiffs will continue to be represented in this matter by other attorneys of record
4  at Jones Day.

5  Upon order granting this motion, the undersigned requests to be removed from
6  ECF noticing in this matter.

7  Respectfully submitted this 16th day of October, 2014.

8  Dated:  October 16, 2014            **JONES DAY**

By:  s/ Kevin Brantley
Kevin Brantley (Cal. 251886)*
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone: +1.949.851.3939
Email: kcbrantley@jonesday.com

*Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
Dara Levinson (Cal. 274923)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:     cnmitchell@jonesday.com
           aamiri@jonesday.com
           daralevinson@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:     jlwilkes@jonesday.com
           tfreeman@jonesday.com

*Admitted *pro hac vice*

SFI-620874529v1

Kamilla Mamedova (N.Y. 4661104)*
Jennifer K. Messina (N.Y. 4912440)*
**JONES DAY**
222 East 41 Street
New York, New York 10017
Telephone: (212) 326-3498
Email:  kmamedova@jonesday.com
        jkmessina@jonesday.com

*Admitted *pro hac vice*

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  dpochoda@acluaz.org
        jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Warren E. George (Cal. 53588)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:  dspecter@prisonlaw.com
        ahardy@prisonlaw.com
        snorman@prisonlaw.com
        ckendrick@prisonlaw.com
        wgeorge@prisonlaw.com

*Admitted *pro hac vice*

SFI-620874529v1                    -2-

| | |
|---|---|
| 1 | David C. Fathi (Wash. 24893)* |
| 2 | Amy Fettig (D.C. 484883)**<br>Ajmel Quereshi (Md. 28882)* |
| 3 | **ACLU NATIONAL PRISON PROJECT** |
| 4 | 915 15th Street N.W., 7th Floor<br>Washington, D.C. 20005 |
| 5 | Telephone: (202) 548-6603<br>Email:  dfathi@npp-aclu.org |
| 6 |         afettig@npp-aclu.org<br>        aquereshi@npp-aclu.org |
| 7 | *Admitted *pro hac vice*.  Not admitted |
| 8 |  in DC; practice limited to federal<br> courts. |
| 9 | **Admitted *pro hac vice* |
| 10 | Daniel C. Barr (Bar No. 010149)<br>Amelia M. Gerlicher (Bar No. 023966) |
| 11 | Kirstin T. Eidenbach (Bar No. 027341)<br>John H. Gray (Bar No. 028107) |
| 12 | Matthew B. du Mée (Bar No. 028468)<br>Jerica L. Peters (Bar No. 027356) |
| 13 | **PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000 |
| 14 | Phoenix, Arizona 85012<br>Telephone: (602) 351-8000 |
| 15 | Email:   dbarr@perkinscoie.com<br>         agerlicher@perkinscoie.com |
| 16 |          keidenbach@perkinscoie.com<br>         jhgray@perkinscoie.com |
| 17 |          mdumee@perkinscoie.com<br>         jpeters@perkinscoie.com |
| 18 | *Attorneys for Plaintiffs Shawn Jensen;* |
| 19 | *Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith;* |
| 20 | *Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and* |
| 21 | *Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

SFI-620874529v1                                    -3-

**CERTIFICATE OF SERVICE**

I hereby certify that on **October 16, 2014**, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
ASSISTANT ARIZONA ATTORNEYS GENERAL
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

Sarah Kader
Asim Varma
Brenna Durkin
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
avarma@azdisabilitylaw.org
bdurkin@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

/s/ Tapa E. Tualaulelei

SFI-620874529v1                    -4-