UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. 2:12-cv-00601-DJH <br><br>**ORDER GRANTING WITHDRAWAL OF ATTORNEY KEVIN BRANTLEY** |

The Court, having reviewed the Plaintiffs' Motion for Withdrawal of Attorney Kevin Brantley, filed on October 16, 2014, and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Motion for Withdrawal of Attorney Kevin Brantly is GRANTED.

**IT IS FURTHER ORDERED** that Kevin Brantley shall be removed as one of the counsel of record for Plaintiffs in this action. Plaintiffs continue to be represented by attorneys of record at Jones Day.

SFI-620874530v1