IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>  Defendants. | No. CV-12-0601-PHX-DKD<br><br>**ORDER** |

The Court having reviewed the parties' Joint Notice of Settlement and Joint Motion (Doc. 1188), and good cause appearing,

**IT IS ORDERED** that the parties' Motion is GRANTED.  The parties shall file the proposed Notice of Proposed Class Action Settlement 14 days from the date of this Order.  Pursuant to Fed.R.Civ.P. 23(e), a Fairness Hearing will be scheduled following approval of the Notice of Proposed Class Action Settlement.

Dated this 4th day of November, 2014.

_____
David K. Duncan
United States Magistrate Judge