Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: dpochoda@acluaz.org
       jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX- DKD <br><br>**JOINT MOTION FOR COURT APPROVAL OF NOTICE TO PLAINTIFF CLASS AND FOR FAIRNESS HEARING ON PROPOSED SETTLEMENT** |

78204-0001/LEGAL124080929.2

Prisoner Plaintiffs and Defendants ("the parties"), through counsel, hereby stipulate and state as follows:

1. Pursuant to the Stipulation filed on October 14, 2014 [Doc. 1185], the parties have reached a comprehensive settlement of the above-entitled matter. Pursuant to the Stipulation, the parties have agreed on most of the content of the proposed notice to the class required by the Federal Rules of Civil Procedure, Rule 23(e)(1). The notices proposed by the parties are attached as an exhibit to their respective proposed orders. The difference in the notices proposed by the parties reflects the parties' respective positions, set forth below in paragraph 5, about whether Plaintiffs must file a motion for approval of attorneys' fees and whether that motion must be available for review by members of the class.

2. Defendants shall, within 14 days of the Court approving the notice, post a copy of the notice in English and Spanish in all general population housing units and shall ensure that the Notice remains posted during the comment period. A copy of the Stipulation, including all exhibits, shall be available for review by general population prisoners in the prison libraries.

3. Defendants shall within 14 days serve each individual prisoner housed in a maximum custody unit or in segregation with the Notice in the appropriate language and shall provide on request a copy of the Stipulation, including all exhibits. A copy of the Stipulation, including all exhibits, shall be available for review in the prison libraries. Maximum security prisoners who are not permitted physical access to the library shall be allowed to check out a copy of the Stipulation, including all exhibits, upon request from the library. In addition the Stipulation and exhibits shall be available for review on CCTV during the pendency of the comment period.

4. Defendants shall file and serve on Plaintiffs' counsel a declaration affirming that the notice was published as required by the Court's order.

5. The parties have a dispute about whether Plaintiffs must file a motion for the Court to approve the fees that Defendants have agreed to pay in the Stipulation and

whether the plaintiff class must be given the opportunity to review that motion. Separate proposed orders and notices have been submitted that reflect the difference in positions.

6. Plaintiffs' position is that they must file a motion for the Court to approve the fees under Federal Rule of Civil Procedure 23(h)(1), which states, "A claim for an award must be made by motion. . . ." *See In re Apollo Grp. Inc. Sec. Litig.*, No. CV 04-2147-PHX-JAT, 2012 WL 1378677, at *5 (D. Ariz. Apr. 20, 2012) ("[C]ourts have an independent obligation to ensure that the award, like the settlement itself, is reasonable, even if the parties have already agreed to an amount.") (citation omitted). Plaintiffs intend to file their motion for attorneys' fees and costs within 21 days from the date of the order setting a fairness hearing. Pursuant to Local Rule Civ. 54.2(a), Plaintiffs request that the Court waive the following requirements: 54.2(c)(1) ("identify the claims or defenses as to which the party prevailed and the claims or defenses as to which the party did not prevail."), 54.2(d)(1) (statement of consultation), 54.2(d)(3) (task-based itemized statement of fees and expenses), and 54.2(e) (task-based itemized statement of attorneys' fees and related non-taxable expenses).

7. Plaintiffs also maintain that their motion for fees must be available for review upon request by class members. *In re Mercury Interactive Corp. Sec. Litig.*, 618 F.3d 988, 993-994 (9th Cir. 2010) ("The plain text of the rule requires that any class member be allowed an opportunity to object to the fee 'motion' itself, not merely to the preliminary notice that such a motion will be filed.") Accordingly, Plaintiffs' proposed order requires Defendants to make this motion available to members of the plaintiff class.

8. Defendants' position is that Fed. R. Civ. Proc. Rule 23(h) and Local Rule Civ. 54.2 are not applicable and that a motion for attorneys' fees is not necessary in light of the fact the parties have agreed to the amount of fees and costs, the Court will formally approve the Stipulation, including the amount of the fees, thereby satisfying any requirement of providing notice to the class and ensuring the reasonableness of the fee agreement. As this is not a common fund class action case, no such motion as proposed by Plaintiffs is necessary. Defendants further object to the Plaintiffs filing a motion for

1  the Court to approve their fees for the reason that it is likely Plaintiffs' proposed motion
2  will contain information with respect to the case and the settlement which will paint
3  Defendants in a bad light, will be inaccurate and misleading, and will result in Defendants
4  being forced to file a response, resulting in an unnecessary expenditure of fees.  Finally,
5  Defendants object to the additional costs associated with Plaintiffs' request that
6  Defendants provide the motion and exhibits to the plaintiff class for review.

7          9.      Pursuant to Federal Rules of Civil Procedure, Rule 239(e)(2), the parties
8  request that the Court schedule a fairness hearing to determine whether the proposed
9  settlement of this action on the terms and conditions provided for in the Stipulation
10  [Doc. 1185] is fair, reasonable, and adequate and should be finally approved by the Court,
11  and whether this action should be dismissed under the settlement.  Any member of the
12  class may enter an appearance on his or her own behalf in this action through that class
13  member's own attorney (at their own expense), but need not do so.  Class members who
14  do not enter an appearance through their own attorneys will be represented by class
15  counsel.  Alternatively, any member of the class may write to the Court about his or her
16  opinions on the fairness of the proposed settlement and/or Plaintiffs' motion for attorneys'
17  fees.  The Court will consider the written communications of the class members when
18  deciding whether to approve the proposed settlement. Comments regarding the fairness of
19  the settlement must include the case name, *Parsons v. Ryan*, CV 12-00601-PHX-DKD, at
20  the top of the first page.  A written comment must contain the author's full name and
21  include all objections and the reasons for them, must include any and all supporting
22  papers (including, without limitation, all briefs, written evidence, and declarations), and
23  must be signed by the class member.  A class member who desires to comment but fails to
24  comply with the above objection procedure and timeline shall be deemed not to have
25  objected, and that class member's objection shall not be heard or considered at the
26  hearing. Comments must be postmarked no later than 21 days before the fairness hearing
27  and sent to the following address:
28

Clerk of the Court
United States District Court
401 W. Washington St., Suite 130, SPC 1
Phoenix, Arizona 85003-2118

Dated: November 10, 2014

| **STRUCK WIENEKE, & LOVE, P.L.C.** | **PRISON LAW OFFICE** |
|---|---|
| By: s/ Daniel P. Struck<br>　Daniel P. Struck<br>　Kathleen L. Wieneke<br>　Rachel Love<br>　Timothy J. Bojanowski<br>　Nicholas D. Acedo<br>　Ashlee B. Fletcher<br>　Anne M. Orcutt<br>　Jacob B. Lee<br>　3100 West Ray Road, Suite 300<br>　Chandler, Arizona 85226<br><br>Arizona Attorney General Thomas C. Horne, Office of the Attorney General<br><br>　Michael E. Gottfried<br>　Lucy M. Rand<br>　Assistant Attorney General<br>　1275 W. Washington Street<br>　Phoenix, Arizona 85007-2926<br><br>*Attorneys for Defendants* | By: s/ Donald Specter<br>　Donald Specter (Cal. 83925)*<br>　Alison Hardy (Cal. 135966)*<br>　Sara Norman (Cal. 189536)*<br>　Corene Kendrick (Cal. 226642)*<br>　Warren E. George (Cal. 53588)*<br>　1917 Fifth Street<br>　Berkeley, California 94710<br>　Telephone: (510) 280-2621<br>　Email:　dspecter@prisonlaw.com<br>　　　　　ahardy@prisonlaw.com<br>　　　　　snorman@prisonlaw.com<br>　　　　　ckendrick@prisonlaw.com<br>　　　　　wgeorge@prisonlaw.com<br><br>*Admitted *pro hac vice*<br><br>　David C. Fathi (Wash. 24893)*<br>　Amy Fettig (D.C. 484883)**<br>　Ajmel Quereshi (Md. 28882)**<br>　**ACLU NATIONAL PRISON PROJECT**<br>　915 15th Street N.W., 7th Floor<br>　Washington, D.C. 20005<br>　Telephone: (202) 548-6603<br>　Email:　dfathi@npp-aclu.org<br>　　　　　afettig@npp-aclu.org<br>　　　　　aquereshi@npp-aclu.org<br><br>*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.<br>**Admitted *pro hac vice* |

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
Kirstin T. Eidenbach (Bar No. 027341)
John H. Gray (Bar No. 028107)
Matthew B. du Mée (Bar No. 028468)
Jerica L. Peters (Bar No. 027356)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         keidenbach@perkinscoie.com
         jhgray@perkinscoie.com
         mdumee@perkinscoie.com
         jpeters@perkinscoie.com

Daniel Pochoda (Bar No. 021979)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   dpochoda@acluaz.org
         jlyall@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

Caroline Mitchell (Cal. 143124)*
Amir Q. Amiri (Cal. 271224)*
Dara Levinson (Cal. 274923)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com
         aamiri@jonesday.com
         daralevinson@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
Taylor Freeman (Tex. 24083025)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com
         tfreeman@jonesday.com

*Admitted *pro hac vice*

|   |   |
|---|---|
| 1 | Kamilla Mamedova (N.Y. 4661104)* |
| 2 | Jennifer K. Messina (N.Y. 4912440)* |
|   | **JONES DAY** |
|   | 222 East 41 Street |
| 3 | New York, New York 10017 |
|   | Telephone: (212) 326-3498 |
| 4 | Email: kmamedova@jonesday.com |
|   | jkmessina@jonesday.com |

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2014, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Katherine E. Watanabe
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Katherine.Watanabe@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
STRUCK WIENEKE, & LOVE, P.L.C.
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

Sarah Kader
Asim Varma
Brenna Durkin
J.J. Rico
Jessica Jansepar Ross
ARIZONA CENTER FOR DISABILITY LAW
skader@azdisabilitylaw.org
avarma@azdisabilitylaw.org
bdurkin@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

s/ D. Freouf

78204-0001/LEGAL124080929.2        -7-