## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-601-PHX-DKD**                    DATE: November 19, 2014

Title: Parsons et al     vs. Ryan et al
          Plaintiffs          Defendants
==================================================================

HON:    David K. Duncan                    Judge # 70BL/DKD

              Caryn Smith                    CourtSmart
          Deputy Clerk                    Recorded

**APPEARANCES:**
David Fathi, Donald Specter and Sarah Kader for plaintiffs
Daniel Struck for defendants

==================================================================

**PROCEEDINGS:**      __X__ Open Court      _____ Chambers      _____ Other

This is the time set for Telephonic Status Hearing.

The Court hears plaintiffs' objection to defendants' position on the necessity of an attorney's fees motion. The Court directs plaintiffs to prepare a proposed motion consistent with the discussion held regarding attorney's fees by December 10, 2014. The Court will consider the motion and set a separate telephonic conference to hear argument. Further, the parties agree with the Court's concerns regarding the contents of the notice [1197] and will pursue modifications.

IT IS ORDERED the parties shall provide a proposed deadline for comment and suggest a time to schedule the Fairness Hearing prior to December 10, 2014.

IT IS FURTHER ORDERED setting Telephonic Status Hearing for December 11, 2014 at 4:30 PM before Magistrate Judge David K. Duncan.

LATER:  At the telephonic status hearing the Court raised but failed to close out the discussion on the issue of communication of the proposed settlement to class members who do not read and/or who do not have access to a television. The Court would ask the parties to consider this issue and perhaps revise or amend their proposed mechanism for class notification to reflect these concerns and explore whether this can also be agreed to by stipulation. The Court would ask that any such stipulation or motion regarding the notice requirements as well as the modifications to the one-page notice which the parties acknowledged at the hearing (regarding the requirements for the contents of a notice) be filed no later than December 10, 2014.

Time in court: 34 min (4:01 PM – 4:35 PM)