1

2

3

4

5

6                      UNITED STATES DISTRICT COURT

7                          DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-DKD
     Dustin Brislan; Sonia Rodriguez; Christina
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **DEFENDANTS' [PROPOSED]**
10   Hefner; Joshua Polson; and Charlotte Wells, on       **ORDER GRANTING THE**
     behalf of themselves and all others similarly        **PARTIES' JOINT MOTION**
11   situated; and Arizona Center for Disability Law,     **FOR COURT APPROVAL OF**
                                                          **NOTICE TO PLAINTIFF**
12                    Plaintiffs,                         **CLASS AND FOR FAIRNESS**
                                                          **HEARING ON PROPOSED**
13             v.                                         **SETTLEMENT**

14   Charles Ryan, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim Division
15   Director, Division of Health Services, Arizona
     Department of Corrections, in their official
16   capacities,

                      Defendants.

17

18        Having received and considered the parties' Joint Motion for Court Approval of

19   Notice to Plaintiff Class and for Fairness Hearing on Proposed Settlement, and good cause

20   appearing,

21        **IT IS HEREBY ORDERED** that Exhibit A attached hereto is approved and shall

22   be distributed by Defendants as follows:

23        1.    Defendants shall within 14 days post a copy of the notice in English and

24   Spanish in all general population housing units and shall ensure that the Notice remains

25   posted during the comment period.  A copy of the Stipulation, including all exhibits, shall

26   be available for review by general population prisoners in the prison libraries.

27        2.    Defendants shall within 14 days serve each individual prisoner housed in a

28   maximum custody unit or in segregation with the Notice in the appropriate language. A

copy of the Stipulation, including all exhibits, shall be available for review in the prison libraries. Maximum security prisoners who are not permitted physical access to the library shall be allowed to check out a copy of the Stipulation, including all exhibits, upon request. In addition, the Stipulation and exhibits shall be available for review on CCTV during the pendency of the comment period. A recording shall be made of the Stipulation and exhibits being read aloud. Maximum security prisoners who are illiterate or do not have access to a television, may, upon request, be escorted to the library to listen to the recording during the pendency of the comment period.

3.      Defendants shall file and serve on Plaintiffs' counsel a declaration affirming that the notice was published as required by the Court's order.

4.      Any member of the class may enter an appearance on his or her own behalf in this action through that class member's own attorney (at their own expense), but need not do so. Class members who do not enter an appearance through their own attorneys will be represented by class counsel. Alternatively, any member of the class may write to the Court about his or her opinions on the fairness of the proposed settlement. The Court will consider the written communications of the class members when deciding whether to approve the settlement. Comments regarding the fairness of the settlement must include the case name, *Parsons v. Ryan*, CV 12-00601-PHX- DKD, at the top of the first page. A written comment must contain the author's full name and include all objections and the reasons for them, and must be signed by the class member. A class member who desires to comment but fails to comply with the above objection procedure and timeline shall be deemed not to have objected, and that class member's objection shall not be heard or considered at the hearing. Comments must be postmarked by January 26, 2015 and must be sent to the following address:

Clerk of the Court
United States District Court
401 W. Washington St., Suite 130, SPC 1
Phoenix, Arizona 85003-2118

78204-0001/LEGAL124080921.1

1   **IT IS FURTHER ORDERED** that a Fairness Hearing shall take place at _____
2   a.m. on February 18, 2015, at the United States District Court, 401 W. Washington St.,
3   Suite 130, SPC 1, Phoenix, Arizona 85003-2118 before Magistrate Judge Duncan to
4   determine whether the proposed settlement of this action on the terms and conditions
5   provided for in the Stipulation (Doc. 1185) is fair, reasonable, and adequate and should be
6   finally approved by the Court, and whether this action should be dismissed under the
7   settlement.  The hearing may be continued from time to time without further notice.
8   **IT IS FURTHER ORDERED** that any further briefing from the parties in
9   advance of the hearing shall be filed no later than February 11, 2015.