# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-12-0601-PHX-DKD**    DATE: December 11, 2014

Title: Parsons et al   vs. Ryan et al
      Plaintiffs    Defendants
================================================================

HON:   David K. Duncan    Judge # 70BL/DKD

    Caryn Smith    CourtSmart
    Deputy Clerk    Recorded

**APPEARANCES:**
David Fathi, Donald Specter and Sarah Kader for plaintiffs
Daniel Struck for defendants
Dawn Northrup for Arizona Department of Corrections
================================================================
**PROCEEDINGS:**    **X**  Open Court    _____ Chambers    _____ Other

This is the time set for Telephonic Status Hearing.

Argument is heard regarding [1201] Defendants' [Proposed] Order Granting the Parties' Joint Motion for Court Approval of Notice to Plaintiff Class and for Fairness Hearing on Proposed Settlement.

IT IS ORDERED the parties shall make modifications to Plaintiffs' proposed order/notice regarding the attorneys' fees motion and the scribe as set forth on the record.

IT IS FURTHER ORDERED the parties shall confer regarding the change in language and file a revised motion.

IT IS FURTHER ORDERED setting a Fairness Hearing for February 18, 2015 at 1:30 PM in the Special Proceedings Courtroom, 401 West Washington Street, Phoenix, AZ, 85003, before Magistrate Judge David K Duncan.

Discussion is held.

IT IS FURTHER ORDERED the deadline to file the revisions shall be December 16, 2014.

Time in court: 25 min (4:31 PM – 4:56 PM)