UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-DJH<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE: THE PARTIES' JOINT MOTION FOR COURT APPROVAL OF NOTICE TO PLAINTIFF CLASS AND FOR FAIRNESS HEARING ON PROPOSED SETTLEMENT** |

The Court, having reviewed the Stipulation Re: the Parties' Joint Motion for Court Approval of Notice to Plaintiff Class and for Fairness Hearing on Proposed Settlement, and for good cause appearing,

**IT IS ORDERED** that the Stipulation is GRANTED.

**IT IS FURTHER ORDERED** that Defendants shall distribute the Notice to the Plaintiff Class pursuant to the terms of the Stipulation.

**IT IS FURTHER ORDERED** that a Fairness Hearing shall take place at 1:30 p.m. on February 18, 2015, in the Special Proceedings Courtroom at the United States District Court, 401 W. Washington St., Phoenix, Arizona 85003-2118 before the Court.

78204-0001/LEGAL124482822.1

1    **IT IS FURTHER ORDERED** that any further briefing from the parties in advance of the
2    hearing shall be filed no later than February 11, 2015.