# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation Re: The Parties' Joint Motion for Court Approval of Notice to Plaintiff Class and for Fairness Hearing on Proposed Settlement (Doc. 1204), and good cause appearing,

**IT IS ORDERED** as follows:

1. Notice to the Plaintiff Class shall be distributed in the form of Exhibit A by Defendants as follows:

    A. Defendants shall within 14 days post a copy of the notice in English and Spanish in all general population housing units and shall ensure that the Notice remains posted during the comment period. A copy of the Stipulation, including all exhibits, shall be available for review by general population prisoners in the prison libraries.

    B. Defendants shall within 14 days serve each individual prisoner housed in a maximum custody unit or in segregation with the Notice in the appropriate language. A copy of the Stipulation, including all exhibits, shall be available for review

in the prison libraries. Maximum security prisoners who are not permitted physical access to the library shall be allowed to check out a copy of the Stipulation, including all exhibits, upon request. In addition, the Stipulation and exhibits shall be available for review on CCTV during the pendency of the comment period.

      C.    A recording shall be made of the Stipulation and exhibits and the attorney fee motion being read aloud. Maximum security prisoners who are illiterate or do not have access to a television shall, upon request, be escorted to the library to listen to the recording during the pendency of the comment period. Maximum security prisoners who are illiterate and do not have access to a television and who wish to file comments with the Court will be provided upon request the assistance of the facility paralegal.

   2.    Defendants shall file and serve on Plaintiffs' counsel a declaration affirming that the notice was published as required by the Court's order.

   3.    Plaintiffs shall file their motion for attorney fees and costs no later than December 16, 2014. Pursuant to Local Rule Civ. 54.2(a), the Court hereby waives the following requirements: 54.2(c)(1) ("identify the claims or defenses as to which the party prevailed and the claims or defenses as to which the party did not prevail."), 54.2(d)(1) (statement of consultation), 54.2(d)(3) (task-based itemized statement of fees and expenses), and 54.2(e) (task-based itemized statement of attorneys' fees and related nontaxable expenses). Defendants shall make this motion and the supporting declaration available for review by prisoners upon request pursuant to the procedures set forth in paragraphs 1 through 3 above.

   4.    Any member of the class may enter an appearance on his or her own behalf in this action through that class member's own attorney (at their own expense), but need not do so. Class members who do not enter an appearance through their own attorneys will be represented by class counsel. Alternatively, any member of the class may write to the Court about his or her opinions on the fairness of the proposed settlement and/or plaintiffs' motion for attorney fees. The Court will consider the written communications

of the class members when deciding whether to approve the settlement. Comments regarding the fairness of the settlement must include the case name, *Parsons v. Ryan*, CV-12-00601-PHX-DKD, at the top of the first page. A written comment must contain the author's full name and include all objections and the reasons for them, and must be signed by the class member. A class member who desires to comment but fails to comply with the above objection procedure and timeline shall be deemed not to have objected, and that class member's objection shall not be heard or considered at the hearing. Comments must be postmarked by January 26, 2015 and must be sent to the following address:

> Clerk of the Court
> United States District Court
> 401 W. Washington St., Suite 130, SPC 1
> Phoenix, Arizona 85003-2118

5. A Fairness Hearing shall take place at 1:30 p.m. on February 18, 2015, in the Special Proceedings Courtroom at the United States District Court, 401 W. Washington St., Phoenix, Arizona 85003-2118 before Magistrate Judge Duncan to determine whether the proposed settlement of this action on the terms and conditions provided for in the Stipulation (Doc. 1185) is fair, reasonable, and adequate and should be finally approved by the Court, and whether this action should be dismissed under the settlement. The hearing may be continued from time to time without further notice.

6. Any further briefing from the parties in advance of the hearing shall be filed no later than February 11, 2015.

Dated this 16th day of December, 2014.

_____
David K. Duncan
United States Magistrate Judge