1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF ARIZONA

| | |
|---|---|
| 8  Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina | No. CV 12-00601-PHX-DKD |
| 9  Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph | **[PROPOSED] ORDER** |
| 10  Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly | **GRANTING PLAINTIFFS' MOTION FOR AWARD OF** |
| 11  situated; and Arizona Center for Disability Law, | **ATTORNEYS' FEES AND NON-TAXABLE COSTS** |
| 12                                Plaintiffs, | |
| 13          v. | |
| 14  Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division | |
| 15  Director, Division of Health Services, Arizona Department of Corrections, in their official | |
| 16  capacities, | |
|                                 Defendants. | |

17

18         The Court, having reviewed Plaintiffs' Motion for Award of Attorneys' Fees and

19   Non-Taxable Costs and the Declaration of Donald Specter in support thereof, and finding

20   that the award is fair and reasonable,

21         **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Award of Attorneys' Fees

22   is GRANTED.

23         **IT IS FURTHER ORDERED** that Defendants shall pay $4.9 million in attorneys'

24   fees and non-taxable costs and up to $250,000 per year in monitoring fees and expenses,

25   consistent with the requirements of the parties' settlement agreement.

26

27

28