PARSONS V. RYAN CV 12-00601-PHX-DKD

MY NAME IS INMATE HUGHES #225899. I WANT TO JUST TOUCH BAISES WITH THE NOTICE THAT WAS PAST OUT ON 12-17-14 EXPLAINING THE SETTLEMENT IN PARSONS V. RYAN.

I'M NOT ONE TO GET ANYONE IN TROUBLE BUT I DO REALIZE THAT IF IT IS HAPPENING TO ME IT COULD BE HAPPENING TO A LOT OF OTHER INMATES.

I ARRIVED AT SMU-ONE AT THE END OF JULY (DATE UNSURE) I HAVE PUT IN 3 HNR$^S$ TO SPEAK WITH A PHSYC ASSOCIATE. UNTILL TODAY, WHEN I WENT TO GROUP AND SPOKE WITH A PHSYC ASSOCIATE DID MY REQUEST BECOME FUFILLED.

WITH IN THIS TIME FRAME I HAVE ASKED NUMEROUS COS AND ONE CO III IF I COULD BE PULLED OUT BECAUSE TO MANY THINGS WERE GOING ON IN MY HEAD, THEY FAILED TO REQUEST A PHSYC ASSOCIATE TO COME SEE ME.

I KNOW HOW TO CALM MYSELF DOWN WHEN I BECOME FILLED WITH RAGE AND ANGER. BUT ONE DAY MY LIL TECHNIQUES MAY NOT WORK ANY MORE.

I UNDER STAND THAT THIS SETTLEMENT JUST BECAME FINAL BUT YOU WILL BE HEARING FROM ME BECAUSE YOU NEED ANOTHER PAIR OF EYES INSIDE OF PRISON.

THANK YOU FOR YOUR TIME.

ANTONIO HUGHES #225899

FILED _____ LODGED
RECEIVED _____ COPY

DEC 1 9 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate HUGHES ANTONIO
ADC# 225899
Arizona State Prison Complex EYMAN
Unit SMUONE
PO BOX 4000
City FLORENCE        AZ 85132



PHOENIX AZ 852

18 DEC 2014 PM 10 L

RECEIVED

DEC 19 2014

USA

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CLERK OF THE COURT
UNITED STATES DISTRICT OF ARIZONA
401 W. WASHINGTON ST. SUITE 130 SPC 1
PHOENIX, AZ 85003-2118

ARIZONA DEPARTMENT OF CORRECTIONS
LEGAL MAIL

85003213099