FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 22 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P-DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: CJLA 54, 7.1 (A)(1), (2), (3)
(Rule Number/Section)

December 17, 2014

Parsons vs. Ryan CV 12-00601-PHX-DKD

I am writing concerning the settlement of the Parsons vs. Ryan case, as well as give insight on my personal experiences with the use of Maximum custody housing and health care. During the past two years I have been housed in maximum custody I have remained absolutely disciplinary free, as well as been reclassified twice, and been up for review twice. On all four occasions I have been placed on an override to remain in maximum custody by Director Charles Ryan without proper due process explaining as to why I am to remain housed in maximum custody. Therefore I am unable to properly defend myself through the process. Currently my institutional score equates to 40/33 Which would classify me at medium custody or a level 3/3. I have review state law and ADC Policy where I have found that I do not qualify or fall under any criteria for any type of override. Considering, I have no mental health score, I am not a validated STG member, and I have conformed to all policy and rules remaining disciplinary free. This constitutes as a violation of my rights to equality do to cruel and unusual punishment through the extensive use of maximum custody confinement. Beginning in November of 2014 Browning unit has placed me in an emotions Class that meets once a week on Tuesday for a duration of Eight weeks. Of the six classes I was supposed to attend they have canceled three. Other than that we do not recieve any other programming opportunities. Other than our regular shower and recreation time, we recieve no extra out of cell time. During the past three years I have repeatedly tried to recieve treatment for Hepatitis C.

During the past two years in maximum custody I have requested numerous times to have blood tests done, and to speak to a doctor to talk treatment options. All of which have not been answered. In conclusion the lack of social interaction combined with the feeling of hopelessness, and the harsh use of prolonged confinement is enough to drive even the strongest to psychological instability. Hopefully my testimony has given some sort of perspective of the degredation myself and others go through on a daily, weekly, monthly, and yearly basis. From what I have witnessed and personally experienced the Arizona Department of corrections has made minimal efforts at any sort of reformation. Thank you for your time and consideration.

Respectfully
Karl Eklof

Karl M. Eklof
ADC # 272760
Florence Complex
Eyman, Browning SMU II