Dec 22, 2014

Raymond C. Diaz #37263
Arizona State Prison - Eyman
P.O. Box 3100 Rynning 7A208
Florence, AZ 85132

FILED ___ LODGED ___
RECEIVED ___ COPY ___
DEC 23 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

RE Parsons v Ryan CV120060l Phx - DKD

Is it fair to me that for the last 27 years Doc Dental has been pulling my molars that could have been saved,? Who is paying for the replacment of my missing molars.) I have a hernia medical keeps telling me that a hernia requires cosmetic surgery, my hernia is in a very dangerous and serious area, my belly button. 27 years ago when I came to doc I didn't have a hernia? Whos is going to pay for the surgery. As part of the settlement I would ask this court to order my hernia surgery. Then it would be fair for the lawyers to receive the money.

Sincerly
Raymond C Diaz #37263

Mexican American a Native of Arizona.