Attn: Clerk of the Court.                    12-20-14

Parsons

V.                     CV 12-00601-PHX-DKD

Ryan            Motion to add to this current lawsuit

FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 23 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DKD        DEPUTY

I inmate Michael A Dion, write for every other inmate in my housing location.

We inmates, who are currently incarcerated in the Arizona Department of corrections, Complex Eyman. Unit SMU-1, are voicing our issues to add to the Parsons v. Ryan, Case # CV-12-00601-PHX-DKD.

We're all currently having issues, with the lack of calories we're getting daily. If we're going to be recieving more recreation, then our calorie intake should be increased as well. Maximum Security Facilities are being alowed to cut back on our calorie intake, and its unacceptable and needs to be addressed.

Indigent inmates are suffering from hunger, because there unable to purchase food items from Keefe commissary, with that being said, there loosing weight at an excessive rate, and are being denied enhanced diets through medical.

1

Those other inmates whom have funds to purchase food, shouldn't be having these issues either.

We all deserve to be treated as human beings, and treated as Americans. Although, we commited a crime that landed us in prison, doesn't mean we should be treated any differently.

We're currently recieving approximately 1500 calories, but we should be receiving 2500 calories daily.

Inmates with funds on there inmate accounts, are spending most of there funds on food items, when they shouldn't have to.

On the approximate month of June, 2013, there were a small group of inmates, who became very ill, and some of them died from making home made alcohol. Because of this, D.O.C. took all of our sweets from our commissary store list, and also removed potatoes from our food menu. We're now receiving less food, instead of replacing the potatoes with something else of equal value. Because a small group of inmates chose to drink something that they made were badly injured, that was there fault, not ours. We as a whole shouldn't be punnished for something those few people did. We want our sweets back and our potatoes back.

Our next complaint is hygiene, 704 complience policy states that all inmates are to be clean shaved upon exiting there housing location. Unfortunately we're receiving no razors to do

that with. Every so often, we receive a pair of beard trimmers, that work half the time. When they do, we get bitten, or cut from them. Although they have spray, to sanitise them, its still unsanetary.

We recieve no cleaning supplies to clean our cells.; so we're using our personal hygiene to clean with. We need disinfectant solution to clean with not Suave Shampoo.

SMU-1 is infested with Cockroaches, mice, and other insects, which is a huge concirn. Cockroaches cary a diease that causes difficulties for those whom have asma to breath.

Our personal food products are being damaged by mice, which causes us to throw away money. excessive coldness in our pod is another issue we're having. By policy we're supposed to be given 2 blankets for the winter, and we all still have 1. The swamp coolers are still on blowing cold air into our pod, and we're all freezing. Now we shouldn't have to be put through all this, We're all still american citizens, and should be treated as americans. Some of us had a difficult life growing up, and we picked up drugs, but we're in need of help not cruel and uncsual punnishment.

Our plumbing needs fixed, so all our plumbing works properly. We can go on and on, but we deserve better treatment than we're getting. This treatment is uncalled for.

Those who have mental issues should be given more treatment then we currently have now, there are some worse than others, but we should have programming, given more Recreation and issued some form of stress reducer as in loaner Televisions, Radio, or issued drawing supplies, because being thrown into a cell with nothing, and being locked down like we are, will cause someone with mental illness to go insane. So we need more treatment then we're gitting. With all this being said we all are seeking relief for all our pain and suffering, and for all of our U.S. constitutional rights being violated.

We all thank you for alowing us to voice our opinions in this case.

This added paper are all those who sign this motion who agree to this and stand firm. We want action, and we all want what we disurve. Thanks

Sinceely.