Sincerly

*[signature]*
Michael A Dion 237437 4-D-1
*[signature] Jeremy adams*
Jeremy -ADAMS 254859 4-D-1
Inocencio Payan # 088364 - *[signature] Inocencio Payan* 4-D-2
Pancho Dougi # 207627 ×× (I Fully appreciate →
→the work that has gone into this motion. Thankyou and God Bless)
*[signature]* 249571
Jimmie R. Goree
*[signature] Jimmie Goree* 227337
ALFREDO ROJAS ⟂241832