12-18-14

Clerk of the Court
U.S. District Court, Dist of Az
401 W. Washington St. Suite 130, SPC 1
Phoenix, Az 85003-2118

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 23 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

RE: Parsons v Ryan, CV 12-00601-PHX-DKD

Dear Court:

My name is Laird L. Roden #43837 and I am a prisoner incarcerated in Arizona for the last 25 straight years.

It's funny that on the day I read this notice about Parsons v Ryan, not an hour ago at my unit (Cook at Eyman Complex) a prisoner collapsed and died on the sidewalk. Not to mention that on the day the settlement was announced by Channel 12 Wendy Halloran, two other inmates died here while the staff stood around picking their noses.

Also, in the last two weeks since the release of the CIA report by Congress on torture used on terrorist suspects; in the last 25 years being a prisoner in the Arizona Dept. of Corrections I have been subjected to being starved without food for a period of three (3) plus days, kept in a small confined space with barely enough room to squat down and denied food and water for a period of longer than 24 hours. I have been trussed up to a rolling office chair with handcuffs and shackles while six ADOC officers played "prisoner hockey", using batons to hit me so forcefully that I rolled from one officer to another so they could strike me and I would roll to another officer. They played this game with me for about 2 minutes

Then I was taken to an empty cell where I was sprayed with a fire hose and left naked on a cold floor for a week. I've been electrocuted, sprayed with pepper spray, Mace, threatened by dogs, and left in a outside cage during 110°+ heat. I've been violated and humiliated in every conceivable way known to man. By the State of Arizona and it's Dept. of Corrections.

I am a Diabetic, going blind in my left eye. I have not been seen for any Chronic care by Corizon in months. I am a prisoner, so I am subjected to the whims of others above me. Every prisoner knows that we are nothing more than a commodity. A cow in the herd of cattle, imprisoned not for Justice, but for profit. For the economic impact for jobs and corporate shareholders, Trinity Food Services, Keefe Commissary Network, Corizon Health Services, Arizona Correctional Industries. Whom without the large overcrowded corral of cattle that a corrupt, broken Judicial System keeps feeding more cattle into, none of those for profit businesses would exist.

Do I think the settlement in Parsons v Ryan is fair? Not one prisoner asked anybody to settle anything with Chuck "Lyin" Ryan and a corrupt, abusive agency. The prisoners wanted their day in court. They wanted the people responsible for the deaths and atrocities committed under the name of the taxpayers and people of Arizona to be held accountable. Just like the Nazi's at Nuremberg. They didn't reach a settlement with those people.

America used to stand for truth, and Justice. There is no truth or justice being served where the lawyers split up millions of dollars and everyone walks away without being held accountable.

I've been in prison for over 25 years, being held accountable for the sexual assault of a woman who described her assailant as a "dark complected black man". I'm a pale skinned, red headed white man and had nothing to do with her crime. Because of Prosecutorial misconduct at both the Grand Jury stage and trial stage I, a white man was convicted of that crime.

The State of Arizona won't even allow an appeal based on this issue to be heard because it's Justice System is so corrupt and broken. When you have a system that refuses to even recognize the difference between black and white. Or can't tell the difference. How are we ever to have any Hope that things will change inside it's prisons?

Fair? Fairness? Those are outdated concepts in America. Justice? Only if you can buy it. And another Arizona Prisoner will die today - maybe even me.

Who will be held accountable for that?

Thank you for your time. If you would like any verification about any of the statements made in this letter, feel free to contact my wife, Elizabeth Roden at (520) 868-8120

Sincerely,

Laird L. Roden

LAIRD L. Roden #43837
ASPC-Eyman/Cook 1A19
P.O. Box 3200