RE: Parsons v. Ryan  Case # CV12-00601-PHX-DKD

This document is in response to a memo advising me that I may submit an opinion to the Court regarding the fairness of the proposed settlement and/or the lawyers' request for payment in the above-referenced case. I would like to address the latter.

While Plaintiffs' lawyers rightfully earned $4.9 million in attorneys' fees for expenses, witness fees, and thousands of hours of casework (and $250,000 per year in the future to monitor ADC's compliance with the settlement), it's just a shame that ADC did not prevent this lawsuit in the first place by providing the constitutionally mandated level of care to prisoners; it would have been considerably less expensive on the taxpayers.

Respectfully Submitted
this ___ day of December, 2014,
by Joshua DeRoche

Joshua DeRoche #147875
ASPC-Eyman / SMU
P.O. Box 4000
Florence, Arizona 85132