Ronald L. Murray, #065477
ASPC Eyman - Cook unit
P.O. Box 3200
Florence, Arizona 85132

December 22, 2014

FILED ___ LODGED
RECEIVED ___ COPY
DEC 2 3 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Clerk of the Court
United States District Court
District of Arizona
401 W. Washington St.
Suite 130, SPC 1
Phoenix, Arizona 85003-2118

RE: Parsons v. Ryan, CV12-00601-PHX-DKD

Open Letter to the Court:

  First of all, there is a great amount of money said to be paid that is a part of the alleged agreement, but yet there has been no effort by the Arizona Department of Corrections and the Arizona Legislature to set forth a plan to pay the said amount.
  Nor has there been an alternative plan such as reducing the population of the prisons; the elderly is a big cost for medical. Yet, the Department of Corrections continues to play their game pacifying; and they're to be the watch-dog over

1

medical? what a joke, as lives continue to be lost after this Agreement by medical's inactions, monitored by ADOC; prisoner's hands are tied for who is to monitor the cover-ups and justification of a bandage over a medical disaster.

    As a chronic-care medical inmate, this Agreement does not place me in any better situation than there ever was. ADOC cannot say they knew nothing of the inadequate care for years upon years; grievances gave a full accounting of lives lost, or conditions let go to cause a greater degree of impairment(s), by medical's inadequate care that has been swept under the rug, that has never been taken care of, and now ADOC is going to?!

                                  Respectfully submitted,

                                  *Ronald L. Murray*
                                  Ronald L. Murray

2