Honorable Arizona District Court;

RE: Parsons v. Ryan   CV 12-00601-PHX-DKD

FILED ___ LODGED
RECEIVED ___ COPY 12-22-14
DEC 24 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ P DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE:
(Rule Number/Section)
CVLR 5, 4, 2(6)(1), (2), (3)

This letter is for this Court's hearing currently set for February 18, 2015 @ 1:30 PM

After reading the settlement for the above cited case, I have found the following issues:

1. ADOC staff at the Browning Unit treat the settlement like it is not policy, therefore it need not be followed.

2. The settlement lacks coverage for the mental health medication inmates need. Basicly the Provider should offer all available mental health drugs, not just cheap old ones that may not work.

3. The settlement should offer religious programming, as ADOC has banned ALL group type religious services at Browning Unit

4. The language concerning meals should be more clear, especially since Browning Unit has not increase my meal content or changed my diet's content

5. ADOC does not feel it has to make up any missed recreation, because the Warden can approve missed recreation for all inmates

6. Dental care for more than cleaning, extractions, or fillings is a need, especially for inmates who are in prison for over a decade - A possibility of an inmate having his/her own dental insurance to get real treatment.

Thankyou,

Patrick Bearup 136226 ADOC

From: Patrick Bearup 136226
ASPC-E-Browning 3-A-18
PO BOX 3400
Florence, AZ 85132-3400