12-14

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 24 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

Clerk of the Court
United States Dist. Court, Dist. of Ariz
401 W. Washington St. Suite 130 SPC
Phoenix, AZ 85003-2118

Parsons, V Ryan
CV12-00601-PHX-DKD

Judge,
I'm currently involved in a lawsuit against DOC concerning Religious rights and my rights in general. All of which is involved in a recent settlement your court recently awarded and asked for comments on.

It seems DOC is at this time in violation of their agreement with you.
When I had a stroke about March 2014 Tempe St. Lukes told me that the food I was being given by DOC was not helping and sent a letter to Eyman-Browning stating that exct. a diabetic diet is non existant against the advice of American Diabetes Foundation so I applied for Kosher. I even changed religion to get Kosher food. My rights to Kosher food is guaranteed because non Jewish get Kosher.
DOC is giving to some and not others. Therefore ignoring what Tempe St. Lukes said and the recommendation of their own Medical.

REFERENCE: CIVLR 5.4, 7.1(a)(1), (c)2, (c)3

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
(Rule Number/Section)

I feel DOC is violating your order before it even is applied.

Judge, DOC will not listen to your order.

I've heard them say no judge will tell them what to do.

I don't eat much. I can't get anything other than snacks from store because it may not be Kosher.

It is my right

Thank You

Homer R. Roseberry
178096   3-G-35
Eyman   Browning
PO 3400
Florence   85132

My suit is case # CV14-01664-Phx-JJT (FSW.)
Read this suit and compare the settled suit with mine. DOC don't recognize others.

We haven't had toilet cleaning supplies — maybe every 6 months. — NASTY.
No brooms or mops. I'm 70, I can't crawl around