PARSONS-V-RYAN-CV-12-601-PHX-DKD
Case 2:12-cv-00601-ROS Document 1218 Filed 12/24/14 Page 1 of 2
RECEIVED ____ COPY
DEC 24 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
CV-12-601-PHX-DKD

TO-COURT

CORIZON CHANGES PERSCRIPTIONS WITHOUT EVAN SEEING INMATES - REFUSES TO PROVIDE CLOTHES AND BEDDING ~ 100 PERCENT COTTON - PERSCRIBED BY AN OUTSIDE ALLERGY SPECIALIST - STATING I DON'T NEED THE COTTON CLOTHING WITHOUT EVER SEEING ME IN PERSON OR EXAMINING ME FOR ALLERGIES DENIES ME FRAGRANCE FREE SOAP THAT ADC HAD PROVIDED ME FOR YEARS ALSO WITHOUT EXAMINING ME TO SEE WHY I HAD BEEN PERSCRIBED FRAGRANCE FREE SOAP FOR YEARS CORIZON DOES NOT EXAMIN INMATES THEY JUST BLANKET DENY ANYTHING THEY THINK THEY CAN GET AWAY WITH CORIZON HAS A LONG AND DOCUMENTED HISTORY OF DENYING AND DELAYING INMATES MEDICAL CARE TO MAKE MORE PROFIT

FIELDS-V-CORIZON-11-CIR-2012-490-FED-APPX-174

CORIZON HAS LEFT ME CATERACT BLIND IN MY LEFT EYE FOR 3 YEARS TO MAKE 2000 DOLLARS MORE PROFIT...DISGRACEFUL ENCLOSED IS A POSTCARD PLEASE DROP IT IN THE MAIL SO I KNOW YOU RECEIVED THIS I KNOW FOR A FACT THAT ADC THROWS AWAY MY MAIL WHENEVER THEY WANT TO

KEMP-HORTON-202496
PO-BOX-8200-FLORENCE-AZ-85132

PHX COURT



TO-KEMP-HORTON-202496
1B25
PO BOX 8200
FLORENCE-AZ
85132