FILED          LODGED
RECEIVED          COPY

DEC 2 4 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
P DEPUTY

... *Parsons v. Ryan* ...

CV-12-601-PHX-DKD

THIS DOCUMENT IS NOT IN PROPER FORM ALCO
TO FEDERAL AND/OR LOCAL RULES AND PRA
AND IS SUBJECT TO REJECTION BY THE COURT

REFERENCE _D.O.L. 5.4 J.r.C_
(Rule Number/Section)

*I'm writing this letter* in regards to how
me and a lot of others are being treated.

we were already approved for protective segregation
D.O. 805. Because we have issues: bad paperwork,
working as a C.I., the nature of our crimes ect. ect..
Now that we came back 6 months later or longer
they are making us go through the 805 process all
over again.

We have already been approved in the past due to
our issues.

So they already know we need protective segregation
and now there making us go through it all over again
and a lot of us are being denied our right to be
protected.

Me personally have bad paperwork and the lable
the prisoners in general population gives us is
a snitch. Snitches in the general population gets
smashed, jumped, *stabbed ect. ect.*

I feel our constitutional right to be protected
is being voilated, this is unconstitution and
we need your help.

I write to you to ask if you can look into
our problems.

It is affectting me mentally, I'm depressed,
parinod and anxious please responed with a

expect.

Thank you for your help, consideration and time.

William Rayburn

\# # 243948 \#