CV-12-601-PHX-DKD

To whom it may concern:  12-22-14

I'm writing in regards to the prison lawsuit against Charles Ryan. Everything that is being implemented is not working here at Browning Unit - wing 4 in specific. We are not getting everything that is being said that we are. We are in solitary confinement. We do not get enough calories with our food. We are still locked down in our cells. We do not get to play basketball. We are excluded from everything that wing's 1 and 2, SMU 1 and Central Unit are doing. We need your help to fix this.

Thank you

[signature]

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: CIVLR 5.4, 7.1(A)(1), (2) (2)
(Rule Number/Section)

___ FILED   ___ LODGED
___ RECEIVED ___ COPY

DEC 2 4 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY