①

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: CV12 5.4.7.1(6)(11)(2)(3)
(Rule Number/Section)

PARSONS v. RYAN, CV12-00601-PHX-DKD

FROM: PETE CARL BOGOVICH ADOC #114642
BROWNING UNIT-3G11
ARIZONA STATE PRISON COMPLEX-EY
P.O. BOX 3400
FLORENCE, AZ. 85132-3400          December 21, 2014

  I do believe the settlement is very fair, now we just have to get ADOC to do what the settlement states.
  The problems I have been having is the nurses and pharmacy running out of my psychotropic medication so they are not refilling it in time, so I have an interruption in my meds and sometimes it up to 4 days. It is happening more frequently.
  There also needs to be more than one RN for one ASPC. This has happened and people like me who receive psychotropic and other medication 3 times a day, would only receive some medication 1 time a day.
  I did find out by puting an informal grievance in to my CO III, I have paperwork stating the new menu will begin in January. That this menu will meet the caloric and nutritional contents required by the stipulations of the Parsons suit.

We should receive the same meals on the prison yards, 2 hot meals and 1 cold meal, what they serve now is barely enough to keep us alive, and that has been going on for many years. This needs to change as quickly as possible.

The conditions of confinement are still very harsh.

These are my opinions of the proposed settlement.

Sincerely

Pete Carl Rogovich ADOC# 114642

Pete Carl Rogovich ADOC# 114642
Browning Unit -3C11
Arizona State Prison Complex-Eyman
P.O. Box 3400
Florence, AZ 85132-3400

Joseph, Ronnie L. 47079
P.O. Box 3400 - 3 George 20
Browning Unit SMUIT
Florence, Arizona 85132

ARIZONA DEPARTMENT
OF CORRECTIONS
LEGAL MAIL

RECEIVED
DEC 24 2014
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Clerk of Court
United States District Court, District of Arizona
Suite 130 SPC 1
401 West Washington Street,
Phoenix, Arizona 85003-2118

Legal Mail
Legal Mail