PARSONS V. Ryan   CV12-III601-PHX-DKD

From: Ronnie L. Joseph #04774

Browning Unit - 3G-2D

ASP Complex - Eyman

P.O. Box 3400

Florence AZ 85132 3400

RECEIVED ____ LODGED
____ COPY
DEC 24 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

December 21, 2014

CV-12-601-PHX-DKD

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _____
(Rule Number/Section)

To whom it may concern;

Please allow me too draw the court attention to a very over looked current Kosher diet issues, which hasn't been look at or asked about period, which is the large inadequate protein foods, discrepancy between None diets and Kosher alleged brunch meals, Monday thru Sunday Browning Unit SMU II, grievance A27-042-014 also inmate letters of complaints for alleged APDC dietitian Laura Donnely, also to Trinity Browning Kitchen Supervisors, also warden Ryan Credio & Charles Ryan to be resolve period! APDC motto is if inmates don't like it Sue us ha, ha,

This is an opportunity to correct this problem, it's deliberately done too drive us off our religious diets, Regular Non-diets Meals protein levels or twice that of Kosher meals routinely brunch meals only. Kosher Meals cycle is 2 weeks, compare to Non-diet six week cycle, also grievance file A27-055-013 No resolve. Meals with the same calories, and nutritional value isn't good enough, facts 3oz of tuna is only 99 calories period, on the other hand 3oz of chicken is 212, or 236, 4oz hamburger is 356, 1.1/2 cup pasta 285, please review chart the problem is very clear.

Thank you for your time & attention

Sincerely, Ronnie Joseph

Grievance A2710  05-013  (Running list)

**Kosher 2 Week Meal Cycle**
level 5 Week 1.
( Peanut butter (H) )
feeds discrepancy!

Kosher Meal Cycle is only 2 Week (period)!

the discrepancy get worst.

---

**Menu 1 Week 1&2 1 Egg**

Peanut Butter 2oz 190
2 tuna 3oz
3oz PB (usually 255
94
7.89

Why?

Kosher / Non Kosher?

Non-Kosher Thru Friday?

---

Monday    Meals Week 1&2
Peanut Butter 2oz 190
3oz PB (usually 255
94
7.89

Tue    Meals 3
2 PB     2.85
3oz Then   210
1oz Cheese  100
5.95

Wed  22-27
2oz PB  190
2oz Turkey  140
1 Egg   75
3oz Then  160
1oz Cheese  100
6.45

Foods level 5 Non-diets Week 1
3oz PB  285
2oz Turkey  140
Fish/Beef  100
5.95

Kosher Plan Week 2 (Restore) Restored is Friday

diets Week 2
Friday
3oz PB  285
3oz Then  210
5.95

Saturday  14
3oz PB  285
3oz Then  210
1oz Cheese  100
5.95

Sunday  18
PB  285
1oz Cheese  100
3 turkey  210
5.95

---

Monday   Meals Week 1&2 20-21
2oz PB  190
3 turkey  210
2.89

Tue  22-24
2oz PB (usually  255
94
3.36

Wed  24-27
2oz PB  190
3oz tuna  94
2.89

Foods level 5 Non-diets Week 1
Thursday 10-11
2oz PB  190
3oz Then  100
4.95

Kosher Plan Week 2
Restored is Friday
2oz PB (usually  255
3.36

Friday  13-14
1 Egg  75
3oz tuna  99
174

Saturday
3oz tuna  190
2 PB  99
2.89

Sunday
PB  285
1oz Cheese  100
5.95

---

Menu  Meals
2oz PB  190
2 turkey  190
94
2.89

Butter Margarine
Ketchup Margarine

Tue  22-24
2oz PB (usually  255
94
3.36

1 Egg

Wed  24-27
2oz PB  190
3oz tuna  94
2.89

Foods level 5 Non-diets
Thursday
1 Egg  75
3oz PB (usually  255
3.36

Kosher Plan Week 2
Non-Cycle
Thursday
1 Egg  75
3oz tuna  99
174

3oz tuna  190
174

1 Egg  75
94
174

Sunday
1 Egg  75
3oz cottage cheese  215
290

---

Monday
3 PB  285
3 Then  210
1oz Green  100
5.95

Tue
1 Egg  75
1oz Cheese  100
3oz Salmon  210
5.25

Wed
2oz PB  285
PB  3oz
1oz Cheese  10
5.95

Thursday
Foods level 5 Non
1 Egg  75
1oz Cheese  100
3oz Then  140
5.25

Friday
3oz PB  285
3oz Then  210
1oz Cheese  100
5.95

Saturday
1 Egg  75
1oz Cheese  100
3oz TH  140
T.B.  210
5.25

Sunday
PB  285
3 turkey  210
1oz Cheese  100
5.95

( Six Week Meal Cycle Non-diets )

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| Received By | R. Fitzgerald |
|---|---|
| Title | COIII |
| Badge Number | 6520 |
| Date | 8-6-13 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M.I.) Joseph Ronnie L | ADC Number 147179  3 Henry 26 | Date August 6, 2013 |
|---|---|---|
| Institution/Facility ASPC-E Browning Unit 36 26 | Case Number | |

To: Grievance Coordinator    No response from COIII Stitt   7-8-2013 Informal

**Description of Grievance** (To be completed by the inmate)  Facts Kosher diet large inadequate Protein foods, discrepancy between regular meals and Kosher meals Plans, Monday thru Sun' Week 1.

| Monday | Tue' | Wed' | Kosher Brunch (Protein foods Thurs) | | FN | Sat' | Sun' |
|---|---|---|---|---|---|---|---|
| PB 190 7oz | Egg 75 | PB 190 | | Egg 75 | Egg 75 | PB 190 | Tuna 99 |
| 3oz Tuna 99 | Chees 54 | 3oz Tuna 99 | | 3oz Chees 235 | Tuna 99 | Chees 335 | Egg 75 |
| 289 | 330 | 289 | Week 2. | 330 | 174 | 4.8 | 174 |
| | | Turkey 460 | Regular Meals Protein foods | | | | Egg 75 |
| Egg 75 | 3# PB 285 | Egg 75 | 3oz PB 285 | Egg 75 | 285 | PB 190 | |
| 7oz Chees 200 | Chees 400 | Chees 400 | 3oz T. Salami 210 | C 200 | 210 | TB 210 | |
| 3oz TH 140 | TH 280 | TH 140 | 4.95 | TH 140 | 100 | TH 140 | |
| 2oz T.B 210 | 590 | PB 190 | | TB 210 | 595 | 525 | |
| 625 | | 645 | | 625 | | | |

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)  Please correct Protein foods discrepancy! Inmate letters to Kitchen supervisor, COIII Stitt, Dietitian Laura Donnelly Warden Ron Credio.

Its Clear this deliberate discrepancy Needs to be corrected Immediately!

Also the Numbers prove Their a Services problem that Needs to be addressed.
— Grievance Supplement — attached ---

| Inmate's Signature Joseph Ruiz | Date Aug 6, 2013 | Grievance Coordinator's Signature | Date |
|---|---|---|---|

**Action taken by** _____   Documentation of Resolution or Attempts at Resolution.

UNPROCESSED — I WILL NOT PROCESS THIS UNLESS YOU PROVIDE PROTEIN LEVELS ON FILE AT CENTRAL OFFICE THAT DID NOT MEET RDA REQUIREMENTS, AND THAT YOU HAVE CONTACTED L. DONNELLY IN AN ATTEMPT TO RECTIFY YOUR ISSUE.
THIS GRIEVANCE CONTAINED NO INFORMAL GRIEVANCE / RESOLUTION

| Staff Member's Signature   Ron Credio | Badge Number 1765 | Date 8/9/13 |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

802-1
7/13/09

Sir Browning unit Meals do Not meet alleged Numbers period!

Meals or way DIFF & MIA Portions routinely   Numerous grievance filed

No resolve period!   A27-055-013

## Male Menus Level 5 (Restricted Movement)

| Standard=> | Calories | Protein | Fat | Fiber | Cholesterol | Sodium | Iron |
|---|---|---|---|---|---|---|---|
| | 2600 | 63 g | 96 g | 25 g | 400 mg | 5000 mg | 10 mg |
| WEEK 1 | 2635 | 103 | 106 | 32 | 277 | 4707 | 24 |
| WEEK 2 | 2727 | 106 | 114 | 32 | 265 | 4736 | 25 |
| WEEK 3 | 2653 | 105 | 107 | 31 | 266 | 4864 | 25 |
| WEEK 4 | 2720 | 106 | 111 | 33 | 246 | 4895 | 25 |
| WEEK 5 | 2627 | 108 | 101 | 32 | 301 | 4870 | 25 |
| WEEK 6 | 2750 | 108 | 113 | 33 | 238 | 4880 | 24 |
| Average 2010 | 2685 | 106 | 109 | 32 | 266 | 4825 | 25 |

Joseph, Ronnie L. 47079
P.O. Box 3400 - 3 George Rd
Browning unit 5MU17
Florence, Arizona 85132

ARIZONA DEPARTMENT
OF CORRECTIONS
LEGAL MAIL

PHOENIX
AZ 852

RECEIVED

$0.48 Q
US POSTAGE
FIRST-CLASS
062S0007828536
85701

DEC 24 2014

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Clerk of Court
United States District Court, District of Arizona
401 West. Washington Street,
Phoenix, Arizona 85003-2118

Suite 130 SPC 1

Legal mail

Legal Mail