THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: Civil 7.1(6)(1)
(Rule Number/Section)

FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 2 4 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

1  ZEKE FLOYD SMITH #193241
2  PO BOX 3500/B.D.U/BACHMAN CELL #12 UPPER DAYROOM
3  BUCKEYE, ARIZONA 85326
4
5
6  IN THE UNITED STATES DISTRICT COURT
7  FOR THE DISTRICT OF ARIZONA
8
9
10 ZEKE FLOYD SMITH #193241 et.al. PARSONS ) 2:12-CV-
         PLAINTIFF                          )
11     VS                                   ) 00601-DKO
12 CHARLES L. RYAN                          ) MOTION TO
            DEFENDANT                       ) WITHDRAW
13
14
15 COMES NOW ZEKE FLOYD SMITH A.D.C #193241,
16 HEREBY, RESPECTFULY MOVING THIS CURRENT COURT
17 TO GRANT, "MOTION TO WITHDRAW" FROM THE CASE
18 TITLED PARSONS V. RYAN. THE PLAINTIFF, PETETIONER,
19 LITIGANT, AND MOVEANT KNOWINGLY, VOLUNTAIRLY,
20 AND INTELLAGENTLY WITHDRAW FROM THE ACTION
21 INCORRECTLY JOINED THROUGH FORCING ON DEC
22 18TH, 2014 (THURSDAY) WILL IN FULL RESTRAINT
23 AND UNCOUNSLED. THIS MOVING IS RESPECTFULY
24 SUBMITTED.

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
INMATE ZEKE SMITH
ADC# 193241
ARIZONA STATE PRISON COMPLEX LEWIS
UNIT BACHMAN
PO BOX 3500
CITY BUCKEYE   AZ 85326

PHOENIX AZ 852
RECEIVED 23 DEC 2014 PM 2 L
DEC 24 2014



U.S. DISTRICT COURT CLERK'S OFFICE
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON STREET, SPC 1
PHOENIX, AZ 85003-2118

— LEGAL —

8500332124