RE: Parson V. Ryan
CV 12-00601-PHX-DKD

FILED
Dec 24 2014
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT
DISTRICT OF ARIZONA.

| | |
|---|---|
| CONCERN INMATE/ CITIZEN OF ARIZONA, V. CHARLES L. RYAN, DEFENDANTS, | No. CV-12-00601-PHX-DKD MOTION/LETTER RESPONSE TO NOTICE TO ALL ADC PRISONERS ABOUT SETTLEMENT IN PARSON V. RYAN. |

To: CLERK OF COURT...

This inmate/Citizen of Arizona is writing in Response to the Ridiculous Pernicious Agreement Reached in the above Parson V. Ryan Settlement by the ACLU and Prison Law Offices of California.

Myself and other inmates/Citizens of Arizona along with their Class members I.E... Victims of Abuse, Harrassment, Chemical/Physical Assaults and medical illnesses and irreparable harm due to their illnesses and mental health issues/problems that were Falsely diagnosed and Caused by P.T.S.D. and brought on unecessary harm, depression and Anxienty.

These Lawyers and Organization(s) Receive Federal Funding along with State Help Through Grants as well as Donations from its Sponsors and Citizens who pay State and Federal Taxes to fund these Lawyers and organizations To Protect the Liberties and Represent the Inmates of this State... NOT TO SCAM

-1-

or seek a pay day at the risk of inmates safety while imploring them to risk their lives and well being filing grievance's in a volitile, hostile, war like enviorment here in the Arizona Protective Segregation and General Population, All for the sake of (1) One Hot Food Tray meal... while asking for (5) Five million Dollars for Themselves, when they risked nothing or suffered nothing while inmates Families and Friends were told not to worry, fear or intervene because their family members were safe and being represented when that was not the case while they sat back and received letter after letter and calls of concern repeatedly about their clients needs and help on a daily basises ?... Their request for (1) million dollars in witness fees is simply ridiculous because it is billiable hours and nothing more, nor do attorneys pay for witness testimony in nation wide law suits against any state in the United States of America. The inmates and the State of Arizona citizen want and demand "Full Discloser" of all documents and billable hours, Depositions, Investigation Reports, and Recorded meetings with A.D.O.C. Staff, medical Company Personnel I.E Corizon... Mental Health Department Personnel, and Charle L. Ryans statements concerning this matter and issues addressing this topic.

I am not a party to this class action As outlined

-2-

1. FN NOTE: This Alleged IW For The meal, calorie, and Nutritional Value Has Not been implimented here at SMUI and we're being told it wont and we can go screw ourselves by kitchen contractors and Admin officials.

In this notice To ALL ADC Prisoners Served To All (All inmates) of us on Dec 17th 2014. The Actual Class members and victims of this lawsuit who were injured by these ineffective illegal custodial Care Rules and Policies by A.D.O.C. Care Providers and its administrators Continue to Suffer injuries at the hands of these Repeat offenders and will never be Compensated monetary as Long as these organization(s) exist to Play for the Prisons they profess to Challenge for inmate Victims in Class-action Law Suits, therefore we're all asking that no witness Fees or Attorney Fees be Paid unless All Class Action members be Paid and that the brave injured men and women of this Class Action who are maimed due to inadequate medical Care mentally and Physically should Receive a Appropriate Large amount of Monetary Damage Reward.

The Proffered medical Solution(s) I.E. medical improvements should be a Given due to the $328 million dollar Contract Provided by A.D.O.C. to Corizon medical Corporation... Not an Issue Resolved by this Class action Settlement.

The Proffered Solution For more out of Cell time, was mandatory Recreation through a Phase Step implimented through the Mental Health Dept, and the Florence Complex Administration... Therefore should not have been an Issue To Resolve in this Class Action Lawsuit.

The Third and Final Proffered Solution For the

-3-

2. FN: All errors, mistakes, and omissions are to be excused by the courts that are made herein.

Abused, Harassed, Chemically\Physically Assaulted, mentally illed\Challenged and medically inPained inmates as well as Physical injured inmates due to Lack of medical care and Proper medical medicine... Are Going To Receive and we Quote " meals with the Same Calories and Nutritional Value as those in General Population"... Which means we'll Get the Same meals as General Population inmates which means we're Under Fed and Not Receiving the Required Calories and Nutrition as dictated by the F.D.A. daily Nutrition Chart and Law as well as mandated. So Again, this Proposed offer is a GIVEN not a Solution Fix its a mandatory Requirement by Custodial Care Provider(s) such as STATE RUN Prison System(s).

Enclosing I object to the Payment options For Attorney and witness Fees without the Proffered damage(s) Reward for the Class Action members and for the Actual injured mentally, Physical, inPained inmates as well as maimed inmates due to inadequate medical Care Receive a Large amount of monetary Reward Proffered herein as a Real Settlement offer Proposal... Not Some Self Serving Proposal thats Proffered to this Court.

Respectfully Submitted
_Dino W. Ryzar_ #103557
Dino W. Ryzar #103557
DEC 18th, 2014
date

-4-