Epimeo Cano
#44306
ASPC-Eyman
SMU I
P.O. Box 4000
Florence, AZ 85132
In Pro Per

United States District
District of Arizona

Victor Parsons, et al.,      ) CV12-00601-PHX-DJH
           Plaintiffs,       ) Comments As to
    v.                       ) Fairness of Proposed
Charles Ryan, et al.,        ) Settlement
           Defendants.       )

Prison staff have been intentionally placing enemies together to try to create conflict and violence, which they then use as false justification to isolate and lockdown inmates they perceive as troublemakers (in my case, a "legal troublemaker"). They have been fomenting inmate-on-inmate and then sit back and enjoy the show. No effort is made to separate enemies or to house them in a safe environment. I'm a particular target of prison staff's animus and they are engaged in a conspiracy to retaliate against me because of my grievance filings and legal activities against them for abuses. They have been inciting violence against me on the part of other inmates by falsely labeling me as an "informant" or "snitch". For

1

example, on 11/19/14, while in the outdoor recreation pen, I was subjected to a cowardly assault by two inmates. The incident was captured on video camera, which shows that I was suddenly charged by the two inmates and that I did nothing but try to avoid their punches and kicks. I suspect that it was prison staff-orchastrated violence against me. Although the incident was captured on video camera, no disciplinary action has been taken against the two inmates for their assault against me, which could be perceived by other inmate collaborators as a green light to attack me with impunity. I'm due to be released on 5/22/15 and have been trying to stay out of trouble. I have no intention of jeopardizing my release date.

I was not provided adequate medical care for the injuries I sustained as a result of the assault, which injuries included a bloody nose, a black eye, bruised ribs which caused me excruciating pain for over a month after the incident, and possibly a facial frac-

2

ture for which I haven't received an X-ray. I wasn't even provided pain reliever, such as Tylenol, despite my requests.

At first, before placing inmates in the outdoor recreation pen prison staff were checking them with metal detectors to prevent the possibility of inmates taking "shanks" (improvised knives) to the recreation pen. But prison staff have suddenly stopped taking this safety measure, which might encourage inmates to smuggle improvised weapons to the recreation pen.

Such prison staff-orchestrated violence has been occurring with alarming frequency. The Settlement should address this problem.

Dated this ~~21st~~ ~~24th~~ day of Dec., 2014.

Erineo Cano
Plaintiff

3

Copy of the foregoing
mailed this 24th day of
Dec. , 2014, to:

Donald Specter, et al
Prison Law Office
1917 Fifth Street
Berkeley, California 94710
(Attorneys for Plaintiffs);

Office of the Attorney General
Michael E. Gottfried, et al.
Assistant Attorney General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
(Attorneys for Defendants.)

_____
Erineo Cano
Plaintiff