United States District Court
District of Arizona

FILED / RECEIVED / LODGED / COPY
DEC 29 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

12-22-13

Clerk of the Court

I am writing you this letter of complaint of the Rights Being Denyed For me Because of this settlement Being Done. In case Parson v. Ryan, CV 12-00601-PHX-DKD. Befor this case got won. I wrote the Law office of (Prison LAW office; General Delivery; San Quentin, CA 94964, & File A STATE Court Complaint In Pinal County In the STATE of Arizona on 5-Feb-2014 on A Complaint of my housing treatment & Problem Post Sugery to my Ping Finger 8-2013 to Run class action lawsuit through motion with Pasons V. RYAN, Case # CV 12-00601-PHX-DKD & to Also Be File Along on A law suit agaisnt D.O.C. med.) Nothing was Answer Back or was I given A explanation About my Petition. I made Record & have copys of Record when It was filed & Done. Please Check In to my Issue & Let me Know where my Complaint went. Right now I had to Ask D.O.C. In AZ to Investigate my Bad treatment I Been going through After Sugery while house In Prison By Filing A 805 Packet. Because what getting me hurt Is the Fact The mexican Americca gangs here have me on A Nation wide & Prison & State state "hit" to kill me & hunt me & Also to A Few mexican American office D.o.c c.o. office Are helping them & have me on A "hit list" to to kill me & hunt me. & It was all explain to D.o.c. In A 805 Packet. That why It Important to have the Judge & court hear my case because my health Is In Danger & my life Is on the line here In medical hands. I file all the right Paper wont has Be file & Done right & copy have Be made. They gave us till 1-26-15 To explain are issue to the court under Parson v. Ryan, CV 12-00601-PHX-DKD. To explain house this case settle ment is not helping me out when I need help Because my health on the line,

& I Done All the Right Paper work & to the Right Chains of comman to get my Issue here & made copys of Record to explen & show the steps I took to Be heared. Please help & have this settelement help me on Fairness to my Do Process Right on 2-18-15 at 1:30 p.m. So I can get my health Issue Fix By Law. Thank You (File on time)

 my address  Israel J. Alvarez #146613
             ASPC-Central Unit Kasson C-B-6
             P.O. Box 8200
             Florence, AZ 85232


P.S. All this Issue happend In Browning Unit Smu 2 2013. Also to miss Megan Lynch Litigation Assistant under Corene Kendrick. Know I was helping me with my Issue & She Stop writing Because of time & count hearing From Prison Law Office In San Quentin by General Delivery.