THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: CIV 5.4, 7.1(a)(1),(2), 7.1(b)(1)
(Rule Number/Section)

Dec 20, 2014

FILED ___ LODGED
RECEIVED ___ COPY
DEC 29 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

Parsons v. Ryan
CV 12-00601 PHX-DKD

    I'm addressing this issue or this manner to the courts for a couple of reasons and do to my concerns. 1.) All my life I've always took medication and always went to counceling sessions. Do to taking medication all my life, I'm now left with paranoia and always hearing things in my head that aren't even true. Which now leaves me to reason number 2..) My Safety: As I write this letter I am currently in the hole. (Detention)

    Do to the fact that I believe the world is out to get me. I'm writing this letter to the courts because I do not want to return or go back to the yard. But everyday a correction officer comes to my door asking me if I'm ready to go back and again I explain to him about what I'm going through and they just seem no to care.

    Failing address my mental health needs only furthers my complications, as well as jeoperdizing my safety. Although I am not housed at a maximum security unit (Permanent basis.) I am however housed in a detention unit, level 5 detention unit.

    In relation to what I address this far I would like to address my concerns as well as health needs. My placement this far has been less

then adequate. I also would not like to end up in a bodybag do to lack of proffessionalism. Do to taking medication my whole life I've also been on suicide watch because of my illness. Since I've been in prison things have only gottin worst, I fell that I don't get the treatment that I actually need.

INMATE MAIL: **ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate _ALFREDO PRIETO_
ADC# _273579_
Arizona State Prison Complex _Lewis_
Unit _M.D.X_
_P.O. BOX 3300_   AZ _85326_
City _Buckeye_

PHOENIX AZ 850
26 DEC 2014 PM 9 L

Clerk of the Court
United States District, District of Arizona
401 W. Washington St, Suite 130, SPC
Phoenix, AZ 85003-2118

May God Direct
this letter.

8500321 3099