RECEIVED   LODGED
COPY

DEC 29 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY D R D            DEPUTY

①

Parson V. Ryan    CV-12-00601-PHX

To whom it may concern

I am writing to express to you my opinion and concerns in regards to the agreement that Corizon Medical and A.D.O.C. has made with the A.C.L.U. in our behalf. Also to express just a small amount of the problems that I myself have been having with the medical treatment that I've personally been going through here at Arizona prison system.

I first want to inform you of my main problems with the medical treatment I've been having at A.D.O.C.
About five years ago while working maintenance for D.O.C. I was injured at work and almost pulled my left arm completly off. It tore the ~~muscles~~ muscles & tendons and pulled my shoulder out of joint so far that you could put your fist to where the joint is at. I put in H.N.R. to no avail. I finally have my cell mate to help me put shoulder back in socket. After about one year I put in H.N.R. after H.N.R. to get X-ray or something, anything to find out just how bad my injury was. The pain was and still is almost unbearable. Finally after time I was able to get X-ray, which of course it showed that the bone was not injured but could not show the tissue of tendon or muscle and or the joint sockett. So back to square one. Then I started trying to get an M.R.I. and after another two years of being seen by just nurse after nurse "no Dr." I finally was approved to get M.R.I done at U of A in August of 2013. Also I want you to keep in mind that everytime you are put on nurse line that you are charged a fee of four dollars even though it is a preexisting injury. Over the years this adds up when you only make 45¢ an hour. 30 hours a week Anyway around two weeks after M.R.I. was taken, I was placed on Vicodin three times a day, 6 in one day. After time went on I started inquiring for results on M.R.I. and

②

after months of relentless complaining to medical I was told
that the results was lost and could not be found.
Now even an el hillbilly like myself knows that all you got
to do is call VA medical center and get a copy sent if that
is what happened, and I to the nurse that here and they agreed
to what I said. But this same thing has happened to other
men that finally was able to get M.R.I. and really need surgery
to repair injury and was told that results had gotten lost
somehow. So is a medical company going to spend thousands
of dollars to get an M.R.I. and just lose results? I don't think
so, do you? Plus why would after two weeks from getting
M.R.I. would they have placed me on narcotics.
On that note, after every month of what they call Nercos you have
to get them renewed. Which means your file goes back in front
of the provider for renewal. A battle in itself.
After a couple months of being givend vicodin three times a day
I was told that corizon was cutting down on inmates taking so
much medication. And that too many was just wanting drugs.
I was cut down on dose too twice daily, 2 vicodin twice a day
Yesterday I was cut off of medication completely saying that
they were waiting on my results on M.R.I. after 17 months of
the test have been done. I put in two weeks ago saying that my
medication was up for renewal and that my injury was hurting
more than ever and that I really would like to get the results
on M.R.I. This has been a monthly issue for 17 months now.
I have a paper trail dating back too 2010 of H.N.R.s
and Grievance papers on trying to get shoulder repaired.
And Health Services Communiqué from provider. On my Grievance
respance from Director Ryan dated 2/7/13 which Im sending you
just a page or two to show you how much good it dosen't do to even
go through the trouble to even without and wait for months to get
a final respance. On the medication I absolute that I have—

③

underlined was prescribed for me for my arthritis. The Terazosin is for my prostate inflamation. Only the so called pain medication Gabapentin was given to me for my shoulder injury. The education it says I was given "which I'm sending to you" is just a piece of paper for exercise guide for "Post Shoulder Surgery" exercise guide. Please remember that I have a paper trial a mile long for over the past 4 or 5 years of this kind of negligents from the medical care at A.D.O.C. The last Grievance that I filed was of the Medical Co. Wexford that was over A.D.O.C. And I have filed a new one against the Co. Corizon as of one week ago. Trying to get the M.R.I. results. Honestly I don't expect any results what so ever. Just more delays and excuses. And one more thing on the Grievance responce where it says that I had refused two medical ~~appts~~ appointments. The whole reason for the two refusals, when I went to medical for the both appointments: I asked the nurse if I was to be seen by the provider I was told no and that I was there only to be seen by a regular nurse. I asked if I were to be charged and was told — of course and that there was really nothing that could be done for me at that time other than vital signs taken. I would not have refused if I were to be seen by provider or Dr and or some kind of treatment for my injury. Also I want to make a short statment on some of these nurses that we have had and do have for these medical companys. Just so you have a small window of the treatment we get in here. Now I know, as well as I'm sure that you know that some of these guys in prison are rude, and just hard to relate with and get along with. That is true in here or even-

④

on the outside in the free world. But my record for the 10 years of my incarceration will show that I'm respectfull in everyway to the D.O.C. staff and the medical staff. But I have never had as hard of a time controling myself as when I am being seen or getting medication from most of the medical staff here. There is one nurse that comes to mind right off and that is nurse Pulver. She is constantly thresting to have you cut off your medication, denying medication or just plain losing H.N.R.s. Just a few days ago she told me that the officer that was there in the office told her that she needed to watch or check herself of talking down to these inmates the way she does. Pulver tells me this herself and he was still there when she said it to me. I have had officers tell me that she thinks that just because there is an officer there for security that she can say or do what she wants to these inmates and the C.O.Ⅱ's will protect her. Pulver is not the only staff member that has been and is still like this. Remember that this kind of treatment is only a sample of the whole picture. Please know that my intent is not to get any money for my pain or injury or mental ~~one~~ suffering for the past five years. I'm wanting only to get my shoulder surgically repaired so I can have a normal life again. Nothing more or nothing less. I'm sitting here thinking of how to end this request for any help I can get for myself and for the countless other A.D.O.C. inmates in this state. And this is what my lord & savior has moved me to put down. There is a commercial that is on the Television of animal cruelty and the neglect of animals is so wrong.

(5.)

So I'm thinking of all the money that has been and still is being spent against the animals, Dogs, Cats and so on. But even though the people in our prison system has made some bad choices in life. We are still human beings that are paying for those bad choices. And most of us will most likely be back in society to try and better ourselves and not make the bad decisions that we made in our past. And either way we turn out, we are still human beings. Is not our life, our pain and worth not worth more than an animal?

In closing I'm asking for your help that you can give us in anyway. Because I believe that we as human beings will be judged by our creator wether in this life or after we are in eternal life.

Thank you so much for your time

﹟ Rick Napier
205326


P.S.   Since corizon was taken to court things has only gotten worse in every way. Instead of getting better. And as an inmate in A.D.O.C all I'm asking for is adequet care of my medical needs in prison. I have no other choice but what the state of Arizona gives me.

# Shoulder Surgery Exercise Guide

Regular exercises to restore your normal shoulder motion and flexibility and a gradual return to everyday work and recreational activities are important for your full recovery.

Your orthopaedic surgeon and physical therapist may recommend that you exercise from 10 to 15 minutes 2 or 3 times a day during your early recovery period. They may suggest some of the following exercises.

This guide can help you better understand your exercise and activity program.

## Pendulum, Circular

Bend forward 90 degrees at the waist, using a table for support.

Rock body in a circular pattern to move arm clockwise 10 times, then counterclockwise 10 times.

Do 3 sessions a day.



Pendulum, Circular

## Walk Up Exercise (Active)

With elbow straight, use fingers to " crawl " up wall or door frame as far as possible. Hold 10 seconds. Repeat 3 times.

Do 3 sessions a day.



Walk Up Exercise
(Active)

## Shoulder Internal Rotation (Active)

Bring hand behind back and across to opposite side.

Repeat 10 times.

Do 3 sessions a day.



Shoulder Internal Rotation
(Active)

## Shoulder Flexion (Active)

Raise arm to point to ceiling, keeping elbows straight. Hold 10 seconds.

Repeat 3 times.

Do 3 sessions a day.



Shoulder Flexion

## Shoulder Abduction (Isometric)

Stand at a corner of a wall or in a door frame. Place the involved arm against the wall around the corner, bending your elbow 90 degrees. Push your arm into the wall. Hold for 5 seconds, and then relax.

Repeat 10 times.



Shoulder Internal Rotation (Isometric)

## Supported Shoulder Rotation

Keep elbow in place and shoulder blades down and together. Slide forearm back and forth.

Repeat 10 times.

Do 3 sessions a day.



Supported Shoulder Rotation

## Shoulder External Rotation (Isometric)

Stand with the involved side of your body against a wall. Bend your elbow 90 degrees. Push your arm into the wall. Hold for 5 seconds, and then relax.

Repeat 10 times.



Shoulder External Rotation (Isometric)

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance - GF Supplement**

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| NAPIER, RICK | 205326 | ASPC-Tucson / Santa Rita | C02-001-2013 |

This is a response to your Inmate Grievance dated 1/11/13 which was received in the Tucson Wexford Health office on 1/15/13. Your grievance is in regard to you not been treated for your shoulder injury.

Your concern has been reviewed and determined that the collegial medical board has denied the request for an orthopedic consult.  You have refused two medical appointments to address this issue further. At this time, you will be scheduled to be evaluated by the unit provider.

MH/al

[15020]

YOU MAY APPEAL THIS DECISION TO THE DIRECTOR BY REQUESTING APPEAL FORM  GF-2.

| Signature | Date |
|---|---|
| *[signature]* | 01/16/13 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White  - Inmate, Canary - Grievance File




# Arizona Department of Corrections

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov

JANICE K. BREWER
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL:  TO THE DIRECTOR

Inmate Name: <u>NAPIER, RICK</u>          ADC No.: <u>205326</u>          Case No.: <u>C02-001-013</u>

Institution: <u>ASPC-TUCSON/SANTA RITA</u>          Date Received: <u>February 7, 2013</u>

I have reviewed your Grievance Appeal in which you state that your injured left shoulder has repeatedly been dislocated and Wexford Health is refusing to surgically repair it despite the pain and inability to use it.

Your Grievance Appeal has been investigated including a review of your medical records. Based on our findings, the decision of the Complex Site Manager (M. Harvey) is affirmed and your appeal is denied. The reasons for this decision are:

1.  Review of your medical records confirms you have been seen several times by medical staff for your left shoulder dislocation and you were provided appropriate medication for your pain symptoms. During an evaluation of 8/9/12, the examining provider noted crepitus on left shoulder abduction and decreased range of motion (ROM), but no marked deformity. A single intramuscular injection of Kenalog was administered to help control the inflammation and you were provided Salsalate for your pain symptoms. A request for an MRI and orthopedic consultation was denied by the Utilization Management physician on 10/18/12. He recommended a reevaluation by the onsite medical provider. During a follow-up visit of 1/24/13, the medical provider noted your continued complaint of left shoulder pain and decreased ROM. Examination findings showed your inability to internally rotate your left shoulder and marked crepitus on abduction. The medical provider ordered a trial of Gabapentin (later changed to TCA) for your radicular pain, Salsalate and Terazosin; you were also given education on appropriate shoulder exercises and scheduled for follow-up in two months. Our review shows that you are scheduled to be seen at the provider line within the next 30 days; therefore, you are advised to discuss your concerns with the provider at that time. The examining provider's findings during this visit will determine if an MRI and/or a referral to an orthopedic surgeon are medically necessary at this time.

2.  Please submit a Health Needs Request (HNR) if you have additional medical concerns or needs which you wish to discuss with a medical provider.

This response concludes the medical grievance process per Department Order 802.11 Medical Grievance.


Charles L. Ryan, Director                          3/22/13
                                                    Date

cc:     Complex Site Manager, ASPC-Tucson
        C.O. Inmate File