Parsons v. Ryan
CV 12-00601-PHX-DKD

FILED ___ LODGED
RECEIVED ___ COPY
DEC 29 2014
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

In regards to the Parsons v. Ryan lawsuit, I would like to address my concerns to the courts.

I was a victim of a crime that took place on 01-26-12 at Eyeman complex, wich is a maximum security unit, In a pod containing 8 cells, wich houses 2 inmates per cell.

As a resault of what took place, I was placed in protective custody. However, I was left with a life long mental scar. Never once was I properly evaluated. Since that situation took place, I would also like to mention to the courts that the involving inmates were never charged for the crimes that took place that day. The crimes that were comitted that day agianst me were attempted murder and escape.

Page 1

As a result of this matter I have been left with the mental struggle of trying to find a stable state of mind.

I've also been unable to adapt to any kind of housing standards required of me on the yard. I continue to find myself on lock down, suicide watch and assaulted on every yard im on. Recently I realized that my due process has even started to be violated. All of wich is a result of my situation/condition being so complex. All the staff (medical and security) seem to get overwhelmed rather quickly and at that point they choose to either cut-corners or not do their Job all together. I believe that do to the lack of unproffessionalism, it has left me in a state of unrepairable (persay). As far as history of my health goes, Ive always been on psychiatric medication. And Ive always needed counseling/theropy. In other matters: As a result of me being assaulted so many times, it has left me with severely

poor teeth. Its so bad that its unabled me to eat mejority of the meals served here at the prison. The Inadequate health care is both unlawfull and demoralizing. I would also like to mention that several of my family members have address these matters with all the proper personnel. All of wich answered with "The Department is working on it." At this point, not only has my rights been violated but so has my safty. I've been stripped of my well-being. I would deeply appreciate it if the courts could not only help me but also shine some light on my situation before I become another dead body in system. thank you for your time concerning these matters. I fully trust that the importantance of the contents in this letter will not be overlooked or under minded.

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate Michael Botorth JR.
ADC# 202079
Arizona State Prison Complex Lewis
Unit Morey Detention Unit - B18
PO box 3500
City Buckeye                                     A28326

PHOENIX AZ 852
26 DEC 2014 PM 5 L

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St. Suite 130, SPC 1
Phoenix, AZ 85003-2118

RECEIVED
DEC 29 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

8500321180: