12/23/2014

PARSONS v. RYAN CV12-00601-PHX-DKD.

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 29 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

The proposed settlement & lawyers request for payment in PARSONS V. RYAN demonstrates adequate lawful and ethical fairness.

The conditions in ADC's state run maximum security units are unconstitutional. It takes a minimum of six months to see a medical or dental health care provider after the proper forms (HNR's) have been submitted. Officers are not accountible here on Eyman Smu-1 maximum security unit. The installment of cameras will insure the saftey and security of the inmates and officers alike. Permanent cameras in the living quaters should be proposed in this settlement.

The lawyers being paid $250,000 annually to monitor ADC's compliance with the settlement is essential. ADC's compliance with the settlement without monitorial position I believe will be non-existant.

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS

Inmate: ANGELO SILVA
ADC#: 203241
Arizona State Prison Complex- TUCSON
Unit: SMU-1 3-C-1
P.O.BOX 1000
City: FLORENCE                    AZ 85132

ARIZONA DEPARTMENT OF CORRECTIONS
LEGAL MAIL



Clerk of the Court
United States District Court of AZ
401 W. Washington St,
Suite 130, SPC 1
PHX. AZ, 85003-2118