Angelo Lopez #151234
A.S.P.C. Eyman
Browning Unit
P.O. Box 3400
Florence AZ 85232

FILED ___ LODGED ___
___ RECEIVED ___ COPY

DEC 29 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

  Re: Parsons v. Ryan, CV12-00601-Phx-DKD

  Dear Sir or Mam:

   Per an inmate notice I was advised of the desire of the court to hear the concerns of prisoners on the proposed settlement of the above titled lawsuit. One major concern I would like to address is the implementation of "meals with the same calories and nutritional value as those in general population". Prior to the proposed settlement, an outbreak of botulism caused the restriction of items such as fruit, potatoes, and sugar. To this day these items have yet to be fully replaced, as such there is already a significant deficit to the reduced calorie diet that is currently in place.
   Furthermore, there has been previous implementations of reduced meals, the first of which began with a two-meal weekend.

This too proposed an equivalent calorie system with only a change in the number of meals. The end result was an incremental reduction of calories that over time resulted in one hot meal per day and a sack. What I'm trying to express is the worry that what is settled on will inevitably be dwindled down to previous calorie levels. It is my desire that the court use language that will be difficult to circumvent in regards to the calorie intake of inmates.

   Thank you for your time and the oppurtunity to address my concerns.

Sincerely,

Angelo López