FILED ___ LODGED
RECEIVED ___ COPY

DEC 29 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

PARSONS V. RYAN

CV12-00601-PHX-DKD

TO WHOM IT MAY CONCERN;

This is an issue that may or may not pertain to Parsons V. Ryan, but its an issue that inmates here at Lewis complex are facing when it comes to requesting protection from assaults and threats by other inmates in the protective custody units.

Staff here at Lewis complex feel that if your in protective custody already you don't need any more protection, but in the contrary inmates in the protective custody units here in Lewis complex constantly are being threaten and/or assaulted and even murdered, but were not entitle to request protection from inmates that tend to act in such manners.

When inmates that have been threaten and/or assaulted and request protection from such inmates, were force and threaten with disciplinary to returned to the same place where the threat and/or assault took placed and force to fill out a inmate letter stating "we feel safe and are willing to returned to our assigned housing", that way if any thing else happens where serious injuries occure or death, staff and/or the AZ Department of Corrections is not liable of any wrong doing.

But on the contrary, if we refused to go back to where the threat and/or the assault took place were faced with severe penalties of disciplinary, where we loose privilegdes, good time credits etc... See attachments (A),(B) and (C); this is cruel and unusual punishment and mental deprimental

where were force to make choices and thats something we shouldn't have to be put thru, theres laws that still protect us, but here at Lewis Complex it does not matter, because we can't even get a responced when we go thru the proper procedures of addressing such issues (Inmate Letters, Informal Resolution Complaint and Grievance Proccedure), they tend to violate there own policies.

Please advice me or assist me and every other Inmate who is in the same situation as myself, who are Locked up in Detention units who are targeted every day with Disciplinary Actions by not agreeing to returned the same place where we got targeted and/or assaulted and filling out document clearing the AZ Department of Corrections of any liability.

Thank you

Victor Mario Alancastro

Victor Mario Alancastro
#158028 Bochman Detention Unit.
AZ State Prison Complex-Lewis
P.O. Box 3500
Buckeye, AZ. 85326.

COPY

ATTACHMENT (A)

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit BU A/O6 | Date |
|---|---|---|---|
| ALENCASTRO VICTOR M. | 158028 | BUCHMAN UNIT | 12/24/14 |

| To | Location |
|---|---|
| CO IV GREEN | BARCHEY UNIT |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible. MR. GREEN PER POLICY D.O. 805.01, 1.2 "ANY STAFF MEMBER WHO RECIEVES A WRITTEN OR VERBAL REQUEST FROM AN INMATE FOR PROTECTION OR WHO BECOMES AWARE OF A THREAT TO AN INMATE SHALL IMMEDIATELY ISOLATE THE INMATE IN A SAFE, REASONABLY SECURE AREA AND NOTIFY THE SHIFT COMMANDER". NO WHERE IN DEPARTMENTAL POLICIES, STATE OR FEDERAL LAWS DOES IT STATE, "IF AN INMATE IS ALREADY IN PROTECTIVE CUSTODY HE/SHE IS NOT ALLOWED TO REQUEST PROTECTION" INMATES IN GENERAL POPULATION OR INMATES IN PROTECTIVE CUSTODY HAVE THE RIGHT TO EQUAL PROTECTION FROM THREATS AND/OR ASSAULTS. INMATES IN PROTECTIVE CUSTODY CONSTANTLY GET THREATEN AND/OR ASSAULTED AND IN SOME OCCASION EVEN MURDERED, LIKE THE CASE WHERE TWO INMATES GOT MURDERED ON THE BUCHMAN UNIT WITHIN A SIX MONTH PERIOD, SO HOW IS IT WERE NOT ENTITLE TO PROTECTION? MR. GREEN, WHAT HAPPEN TO D.O. 501 "EMPLOYEE PROFESSIONALISM, ETHICS AND CONDUCT" BY IGNORING THESE ISSUES THAT YOU SWORE TO PROTECT THE SAFETY AND SECURITY OF ANY EMPLOYEE OR INMATE YOUR IN VIOLATION OF DEPARTMENTAL POLICIES AND STATE/FEDERAL LAWS (PARSONS V. RYAN CV12-00601-PHX-DKD). MR. GREEN, GENERAL POPULATION INMATES ASK FOR PROTECTION PER DO 805 POLICY, (WHICH D.O. 805 POLICY ALSO APPLY TO INMATES IN PROTECTIVE CUSTODY), AND RECIEVE PROTECTION FROM THREATS AND/OR ASSAULTS WITH NO DISCIPLINARY ACTIONS, BUT IF A PROTECTIVE CUSTODY INMATE REQUEST PROTECTION FROM THREATS AND/OR ASSAULT WE GET DISCIPLINARY AND THATS BEING BIAS AND UNCONSTITUTIONAL AND MENTAL DETRIMENTAL BY FORCING US TO MAKE CHOICES THAT COULD LEAD TO IMMENT DANGER TO AVOID DISCIPLINARY SANCTIONS FOR EXAMPLE - LOST OF GOOD TIME CREDITS, PRIVILEDGES ECT. AZ. DEPARTMENT OF CORRECTION STAFF AT THE LEWIS COMPLEX ARE IN VIOLATION OF A.R.S. CHAPTER 13 OF CRIMINAL CODE: (a) ABUSE OF AUTHORITY, (b) CRUEL AND UNUSUAL PUNISHMENT, (c) EXCESSIVE PUNISHMENT, (d) DISCRIMINATION, (e) INTIMIDATION AND GENERAL HARRASMENT AND VIOLATION AZ/U.S. CONSTITUTION: (a) FIRST, EIGHT AND FOURTEENTH AMENDMENTS. THESE DISCIPLINARY ISSUES NEED TO BE ADDRESSED AND REMOVED OR MAX ME OUT. TO AVOID ALL THIS. THANK YOU.

Inmate Signature: Victor M. Alencastro
Date: 12/24/14

Have You Discussed This With Institution Staff? ☒ Yes ☐ No

If yes, give the staff member's Name: WITH NO RESPONCES

ORIGINAL: INMATE                    COPY:
COPY: CO IV GREEN (BARCHEY UNIT)    CC: U.S.D.C., DIST. OF AZ (PARSONS V. RYAN)
CC: ATTOR: ADRIAN LITTLE ESQ,       COPY: ACLU NAT. PRISON PROJECT

(B)



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Disciplinary Report

Please **PRINT** or **TYPE** all information

Date example: (mm/dd/yyyy)

Case Number __14-L31-2304__

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT |
|---|---|---|
| Alencastro, Vistor | 158028 | ASPC-Lewis / Barchey unit |

**CHARGE: GROUP NUMBER AND TITLE**
01B Refuse to House    30B CHANGED By CAPT. WHITTING

**I. Statement of Violation** (State fully the facts and circumstances of the violation including the means by which the inmate was advised of the charge(s)).

On 11/11/2014 I Sgt. Sturgill #7404 gave inamte Alencastro #158028 3 verbal directives to return to his assigned housing location 4 D 8L. Inmate refused all directives. At 1100 hours I Sgt. Sturgill #7404 placed inmate Alencastro on report. This report written by Sgt. Sturgill. End of report.

| DATE/TIME OF VIOLATION | REPORTING STAFF NAME (Last, First M.I.) (Please print) | SID NUMBER |
|---|---|---|
| 11/11/2014 / 0830 | Sgt. Sturgill | SJD1 |

**SIGNATURE** Sgt S____

**DATE/TIME COMPLETED** 11/11/2014 / 1105

**DISPOSITION** RTD

**DATE/TIME REVIEWED** 11/11/2014 / 1125

**SHIFT SUPERVISOR REVIEW BY** (Last, First M.I.) (Please print) Sgt. Sturgill

**SIGNATURE** Sgt S____

**DATE** 11/11/14

**II. Delivery of Charge:** I hereby certify that __12/2/14__ at __2114__ hours, I have served notice on this inmate for a hearing on the charge before the Disciplinary Hearing Officer as a Felony Violation. The inmate has received a copy of the disciplinary charge. The hearing is scheduled on or after 48 hours from delivery of charge.

**INMATE WAS OFFERED STAFF ASSISTANCE AND IT WAS:**
☐ Accepted    ☒ Denied

**INMATE SIGNATURE**

**DELIVERING OFFICER SIGNATURE** Sgt. Jimenez

**III. Report of Investigation**
FELONY VIOLATIONS ONLY – SEE ATTACHED (Use form #803-8)

**INVESTIGATING OFFICER** (Last, First M.I.) (Please print) Sgt. Jimenez

**SIGNATURE** Sgt. Jimenez

**DATE INVESTIGATION COMPLETED** 12/2/14

**IV. Disposition:** This case was handled as:    ☒ Misdemeanor Violation: Reason for finding of guilt:
☐ Felony Violation: Refer to Disciplinary Hearing Officer
☐ Informal Resolution    ☐ Dismissed/Not Guilty

**Penalty Assessed For A Minor Violation**
☐ ____ Hours Extra Duty    ☐ Reprimand    ☐ Other ____
☐ ____ Days Loss of Privilege    ☐ Return/Forfeit Contraband Items

*For Misdemeanor Violations Only: Inmate was given a copy of the results and advised that effective date, he/she has five workdays to appeal.*

**INMATE SIGNATURE**    DATE / TIME    /

**COORDINATOR'S SIGNATURE**    DATE / TIME    /

DISTRIBUTION  Coordinator to make two copies of form; Original to Master Record
Copy - Institutional File

803-1(e)
6/7/14

A
(C)

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Disciplinary Report

Log AOLU

*Please PRINT or TYPE all information*
*Date example: (mm/dd/yyyy)*

**Case Number** 14-B1-2451

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT |
|---|---|---|
| ALENCASTRO, VICTOR M. | 158028 | ASPC-LEWIS/BARCHEY |

**CHARGE: GROUP NUMBER AND TITLE**
20B Obstructing Staff

**I. Statement of Violation** (State fully the facts and circumstances of the violation including the means by which the inmate was advised of the charge(s)).

On 12/11/14 I COIII Sharfenaker verbally placed I/m Allencastro on report for refusing to house at Barchey. End of report.

| DATE/TIME OF VIOLATION | REPORTING STAFF NAME (Last, First M.I.) (Please print) | SID NUMBER |
|---|---|---|
| 12/11/2014 / 1300 | Sharfenaker | SKEC |

**SIGNATURE**

**DATE/TIME COMPLETED** 12/12/2014 / 0800

**DISPOSITION** RTD

**DATE/TIME REVIEWED** 12/12/14 / 1400

**SHIFT SUPERVISOR REVIEW BY** (Last, First M.I.) (Please print) Newsom

**SIGNATURE**

**DATE** 12/12/14

**II. Delivery of Charge:** I hereby certify that 12/22/14 at 10:10 hours, I have served notice on this inmate for a hearing on the charge before the Disciplinary Hearing Officer as a Felony Violation. The inmate has received a copy of the disciplinary charge. The hearing is scheduled on or after 48 hours from delivery of charge.

**INMATE WAS OFFERED STAFF ASSISTANCE AND IT WAS:**
☐ Accepted   ☐ Denied

**INMATE SIGNATURE** Victor M. Alencastro

**DELIVERING OFFICER SIGNATURE** Newsom

**III. Report of Investigation**
FELONY VIOLATIONS ONLY – SEE ATTACHED (Use form #803-8)

| INVESTIGATING OFFICER (Last, First M.I.) (Please print) | SIGNATURE | DATE INVESTIGATION COMPLETED |
|---|---|---|

**IV. Disposition:** This case was handled as:
☐ Misdemeanor Violation: Reason for finding of guilt:
☐ Felony Violation: Refer to Disciplinary Hearing Officer
☐ Informal Resolution    ☐ Dismissed/Not Guilty

**Penalty Assessed For A Minor Violation**
☐ ___ Hours Extra Duty    ☐ Reprimand    ☐ Other ___
☐ ___ Days Loss of Privilege    ☐ Return/Forfeit Contraband Items

*For Misdemeanor Violations Only: Inmate was given a copy of the results and advised that effective date, he/she has five workdays to appeal.*

| INMATE SIGNATURE | DATE / TIME |
|---|---|
| | / |

| COORDINATOR'S SIGNATURE | DATE / TIME |
|---|---|
| | / |