Mark Anthony Lugo ADC# 093622
Rynning unit
A.S.P.C. PO Box 3100
Florence, AZ. 85132

FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 29 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Parsons v Ryan
CV. 12-00601-PHX-DKD

Clerk of the court,
Regarding no treatment for Hepatitis C to Mark Anthony Lugo. First Diagnosed in 1998. Mr. Lugo contracted Hep C. while incarcerated. No treatment has been afforded Mr. Lugo for (17) seventeen years. This degrades the liver when not treated and Mr. Lugo suffers on a daily basis from it's symptoms. Please make A.D.O.C. provide the cure which can take up to a year (or 11 weeks) I give permission to you and your organization to examine all of Mr. Lugo's medical records (see exhibit 1) (w/polyethenol glycol)
submitted this 23rd day Dec 2014

Mark Anthony Lugo
MARK ANTHONY LUGO
Arizona Department of Corrections
ADC# 093622
A.S.P.C. Rynning unit
P.O. Box 3100
Florence, AZ. 85132

They always discuss the issue at a later date.

Exhibit 1
This is cruel and unusual punishment!

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____ Time: _____ Initials: _____

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Lugo, Mark A | 093622 | 8-26-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 7A 208 | Rynning | 3100 | Eyman / Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below): [X] Medical/Médica  [ ] Dental  [ ] FHA  [ ] Pharmacy/Farmacia  [ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other (specify): HEP C

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

In my last HNR sent 7-28-14. I was told I was seen 5-4-14. Fine! My request for treatment is non-compliance. When my treatment begins, I request a "taching on" of polyethenol glycol to my ①interferon treatment that make interferon last days instead of hours and has a 81% cure rate. ②also "simeprevir" ③sofosbuvir ③Ribavirin

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature/Firma del prisionero: Mark Lugo

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [X] Eyes/Ojos [ ] Other/Otros (specify)

Comments/Comentarios: Referred to HCP for Review

Staff Signature Stamp: [signature] Date/Fecha: 8/30/14 Time/Hora: 1105

**PLAN OF ACTION/PLAN DE ACCION**

As per HCP provider. Issue will be discussed at next Chronic Care appt.

Staff Signature Stamp: Date/Fecha: Time/Hora: Feb. 2/15

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
10/1/09