THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: _CNR 54 7A(A)(M_
(Rule Number/Section)



US District Court Clerk of Arizona

Courts of Law

401 W. Washington Street

Suite, #130

SPC 1

Phoenix, Arizona  85003

Parsons V. Ryan

Case # 2:12-CV-00601/PHX/VKD

Prison Conditions in Tucson, Arizona 85734 in the Detention Center in Unit Cimarron My son has a disabilities like he can't read to good or write and his constitutional is violations go unchecked. When they go out to the prison the prison cleans up everything then when they leave it go back like it was.

I am Shawn Moore #275487 I am Shawn Moore mother Sylvia Mogensen I am writing this letter on behalf of my son.

When they move the inmates to a different location their property is missing and when they are freed some of their food is missing off the trays. When I called and talked to the Deputy Warden he was very rude to me the second time I call to let him know what my son Shawn Moore #275487 didn't receive his Disciplinary appeal and he needed an extension on that and his Max Packet.  That my son had property missing like two Sweat pants and two sweat shirts, Koss CL 20 CL 2 – Headphones, One Adapter Sony Walkman, One orange Beanie Hat, One pair sun glasses, 6 Tapes, under ware and socks, food he has receipts this is the property that is missing when they moved him from Unit Rincon to the detention Center. The Deputy Warden of the Unit Cimarron Detention Center in Tucson, Arizona said that my son Shawn Moore #275487 knew what to do I told him that my son couldn't read or write that well and I know he know what to do but they will not give him the forms to fill out.  Then the Deputy Warden you calling up here isn't going to make a different. The Deputy Warden said that my son declined the appeal of Disciplinary and I ask my son and Shawn Moore #275487 said no he did not. They told him to go back to his cell that they would bring it to him and they never did.

Thanks for your time and I hope someone check into this matter.

Mrs.& Mr. Harley Mogensen

Mrs. + Mr. Harley Mogensen
7854 W. Lamar Road
Glendale, Az. 85303

PHOENIX AZ 852
27 DEC 2014 PM 9 L

DEC 29 2014

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

US District Court Clerk of Arizona
Courts of Law
401 W. Washington Street
Suite #130
SPC1
Phoenix, Arizona   85003