THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: CJVLR 5.4, 7.1 (a)(1), (2), (3)
(Rule Number/Section)

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 3 0 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Parsons vs. RYAN
CV12-00601-PHX-DKD

12-23-14

*[margin note: It happend on the 20th of December. Sorry my hand writing is bad.]*

To whom it may concern, I am writing to let you know that i'm in a wheelchair due to my seizures. The reason why i have it is because when i try to get up and walk around a little ways. And all of a sudden all the muscles in my body just gives out on me.

Awhile back the co's took my wheelchair from me claiming medical told them it was for long distances only. That was a few month's ago. I am now in a so-called A.D.A. cell. And have been having a lot more seizures lately. Well i got sprayed four long shot's in the face. all because i threw water from the sink on my next door neighbor while he went to medical. I did it because he never

take's showers at all. he spit's, throws his feces and spread's it under his bed and wall's. But back to me throwing water at my neighbor. When i did, i yelled at the co's to get back! But as i did one of them got in the way and that is how it happen.

The co's, co.3, SGT, LT wont clean his cell. It is so bad it is hard to eat. Plus it make's your eye's sting an water

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Charles J. Abel
ADC # 210626 / Cell 2-A-45
Arizona State Prison Complex S.M.U.-1
Unit Eyman
P.O. box 4000
City Florence                AZ 85132
(For International Use Only)

Clerk of The court   INDIGENT
U.S. District
District of A.
491 W. Washington ST, Suite 130, SPC 1
Phoenix, AZ. 85003-2118

$ 00.48
0004239340   DEC 29 2014
MAILED FROM ZIP CODE 85132

RECEIVED
DEC 30 2014
CLERK OF COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA