THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: CJVLR 5.4, 7.1(a)(1), (2), (3)
(Rule Number/Section)

PARSONS V RYAN CV 12-00601-PHX-DKD

FILED ___ LODGED ___
RECEIVED ___ COPY 2/9/2015
DEC 30 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

I AM SPEAKING ON BEHALF OF MORE THAN 85% OF THE MAXIMUM CUSTODY PRISONERS HOUSED AT AND WITHIN THE EYMAN SMU1 & SMU2 COMPLEXES.

DOC HAS ONLY WRITTEN THESE POLICIES IN ORDER TO FALL IN LINE WITH THE AGREEMENT/SETTLEMENT. SMI MENTAL HEALTH PRISONERS ARE STILL BEING SPRAY WITH CHEMICAL AGENTS PHYSICALLY ASSAULTED BY OFFICERS & AT TIMES TAZED.

DOC HAS NOT ACTED ON ITS NEWLY WRITTEN POLICY FOR MAX CUSTODY PRISONERS AS FAR AS MORE OUT OF CELL TIME ITS ONLY ONCE EVERY 2 - 2½ MONTHS WE ARE ALLOWED @ BIG REC. AS FAR AS THE MEAL WITH SAME NUTRITIONAL VALUE AND CALORIE DOC HAS MADE NO CHANGES WHATSOEVER AND IS STILL USING FOOD INTAKE AS A PUNISHMENT & ONLY FEEDING PRISONER WHO ARE MAXIMUM CUSTODY (2) TIMES DAILY (1) COLD SACC MEAL & (1) HOT DINNER MEAL NO MORE CALORIES HAVE BEEN ADDED TO OUR DIET

THE STEP PROGRAM INSTITUTED IN THE POLICY AS PART OF THE SETTLEMENT IS NOT BEING UPHELD WE WERE TOLD EVERY 30 DAYS WE CAN MOVE A STEP AS LONG AS CERTAIN POSITIVE BEHAVIOR & PROGRAMMING IS UPHELD. BUT THEN AFTER 4-5-OR 6 MONTHS PRISONER STILL HAVE NEVER MOVED UP OR DOWN IN THE STEP PROGRAM

THE ISSUES EXPRESSED ABOVE ARE MY CONCERNS & OPINIONS AS WELL AS 85% PLUS. OF MAXIMUM CUSTODY PRISONERS

We would like to know when the judgement is final & when prison officials will be made to hold up they're end of the agreement. And what will be done if they continue not to. Also what will the time frames be for prison official to meet every demand of the agreement.

Albert Vaughn Smith 197527
ASPC Eyman SMU 1
PO box 4000 4B47
Florence Arizona 85132