FILED ___ LODGED
RECEIVED ___ COPY

DEC 30 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: CVLR 5, 4, 7 (a)(1)
(Rule Number/Section)

To Clerk of the Court
United States District Court
District of Arizona
401 W. Washington St. Suite 130, SPC 1, Phx, AZ 85003-2118

Parsons v Ryan, CV12-00601-PHX-DKD

My issues regarding the unfair treatment that is givin here in this maximum security unit here in Eyman Complex (Browning Unit) in Florence AZ are the following.

1) It is unfair that someone (like me) who is serving time for a (non·dangerous)(non repetive) crime - which I wasent sentenced under any mandatory maximum; Can't beable to earn my first release date "(TR) temporary release", because I am stuck here in maximum security do to administrations valadation, that was from May 2002.

Now that I am allowed to program, or will be given the chance to, I think it would be fair to allow me to earn "days credit" As I was sentence under the courts "1 for every 7" I do.

This is the only prison (Browning) in the whole state of AZ that you can be "trouble free" and "ticket free" that doesn't allow anyone to be released early.

For instance my TR date is 11·30·15 but because I'm in Browning unit - I can't get out intill 2·16·16☹. I feel I should be treated in fairness as the rest of the facilities in ADC, as long as I'm staying outta trouble & programing, as I have been.

2) It is also very well known that the sex offender ⊕ yards who clean & serve our meals to us, are openly hostile twards G.P. inmates (in Browning) There has been days where I had to starve myself from eating because, the beans smelt as if it had fecies. Plus the portain sizes are just terrible and small along with food purposly being undercooked or overcooked.   (next page)

In fairness, I think. Browning Unit Inmates should be able to prepare and serve their own unit, as well as clean to help facilitate and make this a better unit by giving kitchen jobs. For instance the stepdown inmates who are about to go to an open yard can work our kitchen.??

I mention this cause I'm constant constantly getting sick, throwing up, or getting food poison from eating these meals.

3) As far as the attorneys fees. I agree that they should be reimbursted for all the hard work they spent helping out and working on this case. I feel they are entitled too, because they are doing Gods work as humanitarians for people (in max custody) who are having to survive under cruel & unusaul conditions to where our minds, bodies & souls live thru PTSD for the rest of our lives. It has done so to me.

Thank you For Your Time, Paitence & Consideration To read my thoughts on fairness.

Sincerely,
Eddie G Muñoz
#131118
ASPC Eyman (Browning)
SMU2·4K·48· P.O. Box 3400
Florence Az. 85132