☑ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 30 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _____ (Rule Number/Section)

12-24-14

PARSONS V. RYAN CV 12-00601-PHX-DKD

Clerk of the Court
United States District Court,
Suite 130, SPC 1
Phoenix, AZ. 85003-2118

CV-12-601-PHX-DKD

Oscar McCoy Nester Jr #117565
Arizona State Prison Complex Eyman
P.O. Box 3200 Cook Unit 5-B-27
Florence, Arizona 85132

ATTN: Your Honor,

I am presently an inmate in the Arizona Department of Corrections and have been for approximately 20 years since 1995. It has rescently been brought to my attention under Parsons V. Ryan CV 12-0061-PHX-DKD that many issues are being addressed and action is being considered and taken. My own long going battle with the Arizona Department of Corrections is most of all and largely due to Corizon and

2

THE ARIZONA DEPARTMENT OF CORRECTIONS MEDICAL STAFFS UNWILLINGNESS AND DISREGUARD TO THE TREATMENT AND CURE FOR HEPATITUS C VIRUS THAT IS AND HAS BEEN AVAILABLE TO ALL INMATES THAT ARE INCARSERATED IN A.D.C., MYSELF BEING INFECTED WITH THIS DISEASE SINCE 1996, AND, UNABLE TO RECEIVE THIS TREATMENT.

I HAVE FILED NUMEROUS H.N.R.'S AND GRIEVED THIS MEDICAL ISSUE (HEP C.) MANY TIMES SINCE 1996 TRYING TO BE RECOGNIZED BY A.D.C. MEDICAL STAFF, WITH MANY SERIOUS AFFECTS THAT HAS BEEN SLOWLY EATING AWAY AT MY BODY AND INTERNAL ORGANS TO OBTAIN TREATMENT BY INTERFURON AN NEW ADVANCED MEDICATIONS THAT CURE THIS DISEASE. THERE ARE MANY ADVANTAGES FOR MY RECIEVING THIS CURE: ONE, IT CAN SAVE MY HEALTH AND MY LIFE. TWO, IT WILL PROTECT OTHERS FROM ACCIDENTLY CONTRACTING THIS VERY CONTAGIOUS DISEASE, EVEN DEADLY DISEASE, FROM ME IF TREATMENT IS PROVIDED. THREE, IT WILL IN AFFECT SAVE TAX PAYERS MONEY BY STOPING A DISEASE THAT CAUSES MANY LONG TERM ILLNESSES THIS DISEASE CAUSES.

I'm TRYING TO GET REAL ANSWERS AND ASKING THIS COURT TO REVIEW MY RECORDS, MY STATUS, AND MY SITUATION BY THE ATTORNEYS THAT ARE BEING HIRED TO REPRESENT THIS CASE AGAINST A.D.C. MY CONDITION ONLY GROWS WORSE AND NOW THAT CORIZON HAS TAKEN CONTROL OF A.D.C.'s MEDICAL MY H.N.R.'S AND GRIEVANCES ARE GOING

ABSOLUTELY NOWHERE AND I'VE BEEN GIVEN EVEN LESS CONSIDERATION FOR ALL OF MY GROWING MEDICAL NEEDS MOSTLY CAUSED BY HAVING HEP C FOR SO MANY YEARS BASICLY UNTREATED. I'VE BEEN TOLD BY THE NURSING STAFF HERE AT COOK UNIT THIS SUBJECT HEP C HAS AND IS RESOLVED FOR ME. THIS IS NOT THE CASE OF COURSE. I NEED TO BE TREATED AND GIVEN THE CURE FOR THIS DISEASE TO PROTECT MY HEALTH AND THE HEALTH OF THOSE WHO COULD POTENTIALLY BE INFECTED BY ME WITH THIS DEADLY DISEASE WHAT MUST I DO TO HELP THIS MATTER TAKE A POSITIVE COURSE TO GETTING THIS CURE?

THANK YOU FOR YOUR TIME AND CONSIDERATION IN THESE MATTERS AND ISSUES.

RESPECTFULLY,
OSCAR McCOY NESTER JR.

*Oscar McCoy Nester Jr.*