**EXHIBIT A**

**EXHIBIT A**

| | |
|---|---|
| 1 | Arizona Attorney General Thomas C. Horne |
| 2 | OFFICE OF THE ATTORNEY GENERAL<br>Michael E. Gottfried, Bar No. 010623 |
| 3 | Lucy M. Rand, Bar No. 026919<br>Assistant Attorneys General |
| 4 | 1275 W. Washington Street<br>Phoenix, Arizona 85007-2926 |
| 5 | Telephone: (602) 542-4951<br>Fax: (602) 542-7670 |
| 6 | Michael.Gottfried@azag.gov<br>Lucy.Rand@azag.gov |
| 7 | Daniel P. Struck, Bar No. 012377 |
| 8 | Kathleen L. Wieneke, Bar No. 011139<br>Rachel Love, Bar No. 019881 |
| 9 | Timothy J. Bojanowski, Bar No. 022126<br>Nicholas D. Acedo, Bar No. 021644 |
| 10 | Ashlee B. Fletcher, Bar No. 028874<br>Anne M. Orcutt, Bar No. 029387 |
| 11 | Jacob B. Lee, Bar No. 030371<br>STRUCK WIENEKE & LOVE, P.L.C. |
| 12 | 3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226 |
| 13 | Telephone: (480) 420-1600<br>Fax: (480) 420-1696 |
| 14 | dstruck@swlfirm.com<br>kwieneke@swlfirm.com |
| 15 | rlove@swlfirm.com<br>tbojanowski@swlfirm.com |
| 16 | nacedo@swlfirm.com<br>afletcher@swlfirm.com |
| 17 | aorcutt@swlfirm.com<br>jlee@swlfirm.com |
| 18 | *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| 21 | Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-DKD |
| 22 | | |
| 23 | Plaintiffs,<br>v. | **DECLARATION OF CARSON MCWILLIAMS** |
| 24 | Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| 25 | | |
| 26 | | |
| | Defendants. | |

I, **CARSON McWILLIAMS**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I have been employed by the State of Arizona Department of Corrections ("ADC") since 1978. I currently serve as ADC's Division Director, Offender Operations.

3. On December 23, 2014, ADC implemented Director's Instruction ("DI") 332, which set forth the Notice requirements required by the Court's Order dated December 16, 2014. DI 332 was effective immediately. Pursuant to DI 332, the following actions have occurred in the ten prison complexes covered by the Stipulation in this matter:

   a. ADC has posted a copy of the one-page Notice in English and Spanish in all general population housing units and directed that the Notice remain posted until January 26, 2015;

   b. ADC has provided a copy of the Notice to each maximum custody inmate in either English or Spanish;

   c. ADC has made a copy of the Stipulation, including exhibits, and the Motion for Attorneys' Fees and supporting Declaration available for review in the complex libraries for general population inmates;

   d. Upon request, maximum custody prisoners with limited library access are allowed to check out a copy of the Stipulation, exhibits, and Motion for Attorneys' Fees and Declaration;

   e. The Stipulation and exhibits, and the Motion for Attorneys' Fees and Declaration are available on CCTV and by audio recording at all complexes, with the exception of ASPC-Douglas. Because of technical difficulties, the Motion for Attorneys' Fees and Declaration have not yet been uploaded at ASPC-Douglas, but ADC is in the process of fixing that issue and expects these documents to be uploaded tonight or tomorrow morning. Maximum custody prisoners who are illiterate or do not have access to a television, upon request, can be escorted to the library to listen to the audio

recording; and

   f. Maximum custody prisoners who are illiterate and who wish to file comments with the Court may receive assistance from the facility paralegal during the pendency of the comment period.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of December, 2014.

*/s/ Carson McWilliams*

CARSON McWILLIAMS