JD Merrick, #99252
Az State Prison Complex - Lewis
P.O. Box 3200
Buckeye, Az 85326

☒ FILED ☐ LODGED

**Dec 31 2014**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Victor Parsons, et al.,
    Plaintiff,
vs.
Charles Ryan, et al.,
    Defendants.

NO. CIV 12-0601-PHX-DKD

Opinion of Class Member JD Merrick In re: Parsons v. Ryan Proposed Settlement.

Comes Now, Class Member in the above-entitled action, JD Merrick (pro per), pursuant to docket number 1204, herein submitting the following opinion reference the proposed settlement.

First and foremost, Merrick is so grateful to the lawyers and their staff who gave so much of themselves to help those of us class members who have suffered so terribly in past years under the deliberate indifference of the Defendants and some of their agents. Thank you.

I am a seriously ill forty-nine year old ADC prisoner serving a life sentence since 1992. I was first diagnosed with a

heart disorder in 2001 requiring a permanent pacemaker, numerous medications, and follow up surgeries over the years. I attribute the cause of my illness to the deliberate indifference of certain prison officials. (See e.g., Merrick v. Inmate Health Services, et al., at CV 02-0020-PHX-EHC (MS), docket 91: Court Order). I am once again suffering at the hands of prison officials since circa July 2012, who've deprived me of life saving medications. (See, Merrick v. Ryan, et al. at CV 13-1544-PHX-PGR (JFM)).

In sum, the settlement proposed by the parties in Parsons is very important to me for obvious reasons. I have read the proposed settlement in its entirety (October 14, 2014 version), along with its exhibits and "100 stipulations". If it pleases the Court and those officers in interest, I have a couple of concerns.

CAT. "STAFFING - MEASURE(S) 1-2:

1. Each ASPC will maintain, at a minimum, one RN onsite 24/7...

I reside at ASPC-Lewis where the population is approximately 5,500 prisoners. I've been here for several years. During the evening hours, on graveyard, often times inmates who are seeking emergent medical attention are denied because they're "too busy" with other emergencies. Keep in mind that ASPC-Lewis is a "corridor" complex, meaning it houses more chronic care prisoners than most other prisons. One full-time RN is not enough to safely cover the needs of the population. I've been denied medical attention more than once after hours despite

complaints of chest pain and palpitations. I propose that the ASPC-Lewis be required to staff no less than two (2) RNs. Remember, there are no providers on site after hours. Or, per ratio of 1 RN for every 1,500 prisoners.[1]

2. Each ASPC will maintain, at a minimum, one Medical Provider... onsite during regular business hours and on-call at all other times.

For the reasons stated in number 1, I respectfully propose the ASPC-Lewis staff more than one provider. A ratio of 1 provider for every 1500 prisoners would be better.[1] There's no way one provider can meet the other measures of the settlement in a complex like Lewis. (E.g. see measures 37, 39-51 et seq). In my experience, if prison officials are given the discretion to operate in accordance with minimal standards (i.e., one RN or Provider) despite population size and needs they will. Inmates will suffer. The language must set a higher minimum.

Also, the ASPC-Lewis should be required to have one provider (at minimum a Nurse Practitioner) during after hours. The Lewis complex is a rural prison, at least 35-40 minutes from the nearest ADC contracted hospital (e.g., Maryvale). In addition to the time it would take to transport to the hospital it also takes about 20-30 minutes for an ambulance to arrive.

---

[1]: Many Courts have required ratios. See, Battle v. Anderson, 457 F. Supp. 719 (E.D. Okla. 1978); Dillard v. Pitchess, 399 F. Supp. 1225, 1239-40 (C.D. Cal. 1975); French v. Owens, 777 F.2d 1250, 1254 (7th Cir. 1985); et al.

RNs are also not qualified to address many medical conditions. They are limited in their training. Time is critical in situations where an RN cannot effectively treat a patient. I would have no objection if I was housed at a facility much closer to a hospital.

CAT. "ACCESS TO CARE" - MEASURE(S) 36

"A LPN or RN will screen HNRs within 24 hours of receipt."

A provision needs to be added concerning a written response to HNRs. Whenever I submit HNRs it usually takes weeks to receive a written response. Sometimes I dont get a response at all.

Lastly,

At page 5 section II "Substantive Provisions", (A)¶ 15, it says that "if a prisoner who is taking psychotropic medication suffers a heat intolerance reaction ... the prisoner will be transferred to a housing area where the cell temperature does not exceed 85 degrees Fahrenheit."

I request that the scope of this provision be broadened to include other medical conditions that are equally susceptible to heat intolerance

For example, in addition to my heart disorder I have documented "accelerated essential hypertension." See Exh. 1 pp. 1-4. Medical Recorded dated 6/29/12 p. 2 "Assessment"; and pp. 3-4: "What is

ACCELERATED hypertension?"). I have a longstanding medical order from my doctors not to be exposed to the sun or heat because it exacerbates my condition. (Id. p.5: ADC Special Needs Order dated "4/1/14"). Prison officials warn prisoners like myself to avoid the heat every year by posting warnings during the summer months. (Id., pp. 6-7). I also take twelve (12) prescription medications.

I am housed at ASPC-Lewis-Barchey Unit, which is a low-medium level 3 dorm unit. The dorms have evaporated coolers, not A/C. During the summer months the INSIDE AMBIENT TEMPERATURES are consistantly recorded at 87° to 105°. Every year I get horribly sick due to the heat. My blood pressure readings, despite my medications, spike to dangerous levels (e.g., 240/145 documented).

I plead with the Court to expand the provisions scope to include any prisoner with a "No heat" medical order on file with the ADC.

<u>IN CONCLUSION</u>

I genuinely thank this Honorable Court and all those who cared enough to fight for those of us that, for the most part, society would rather forget.

Respectfully—

/s/ J.D. Merrick     12/31/14

# IMS Integrated Medical Services

## Sonoran Heart Phoenix Sunrise
Sanjoy Bhattacharya MD
8410 W Thomas Rd Ste 116 Bldg 2
Phoenix, AZ

Patient Name: JD Merrick
Patient DOB: 11/14/1968
Date: 06/29/2012

Patient MRN: 3421240   099252
PCP:
Gender: M    Age: 43

Bxtchey

JD Merrick
11/14/1968 12:00AM
Jun 29 2012 8:00AM

1

I had the pleasure of seeing your patient, JD Merrick in follow up. My full evaluation follows:

**History of Present Illness** Echo and stress wnl. occsnl palpitations. BP labile.

## Current Meds
1. Aspirin 325 MG Oral Tablet; TAKE 1 TABLET DAILY; Therapy: (Recorded:19Apr2012) to
2. Atenolol 50 MG Oral Tablet; Take 1 tablet daily; Therapy: (Recorded:19Apr2012) to
3. Hydrochlorothiazide 25 MG Oral Tablet; Take 1 tablet daily; Therapy: (Recorded:13Jun2012) to
4. Ibuprofen 600 MG Oral Tablet; TAKE 1 TABLET 3 times daily; Therapy: (Recorded:19Apr2012) to
5. Levothyroxine Sodium 25 MCG Oral Tablet; Take 1 tablet daily; Therapy: (Recorded:19Apr2012) to
6. Lisinopril 30 MG Oral Tablet; TAKE 1 TABLET DAILY; Therapy: (Recorded:19Apr2012) to
7. Loratadine 10 MG Oral Tablet; Therapy: (Recorded:19Apr2012) to
8. Lovastatin 20 MG Oral Tablet; TAKE 1 TABLET AT BEDTIME; Therapy: (Recorded:19Apr2012) to
9. Methocarbamol 500 MG Oral Tablet; Take 1 tablet twice daily; Therapy: (Recorded:19Apr2012) to
10. Omeprazole 20 MG Oral Tablet Delayed Release; Take 1 tablet twice daily; Therapy: (Recorded:19Apr2012) to
11. Rythmol SR 325 MG Oral Capsule Extended Release 12 Hour; TAKE 1 CAPSULE EVERY 12 HOURS; Therapy: (Recorded:19Apr2012) to

## Physical Exam

**Constitutional**
General appearance: Normal.
**Eyes**
Inspection of the conjunctiva and lids: Normal.
**Neck**
Examination of the jugular veins: Normal
**Pulmonary**
Assessment of respiratory effort: Normal.
Auscultation of lungs: no wheezes, rales, or ronchi.
**Cardiovascular**
Auscultation of heart: Regular rhythm, no murmur, rub, or gallop. Normal S1 and S2. No S3 or S4.
Carotid pulses: no bruits bilaterally, normal upstroke. Peripheral vascular exam: Normal.
Examination of extremities: no pitting edema or varicose veins.
**Abdomen**
Examination of the abdomen: soft, nontender; normoactive bowel sounds.
**Musculoskeletal**
Examination of gait, ability to exercise: Normal.
**Extremities**
Inspection and palpation of digits and nails: No clubbing or cyanosis
**Skin**
Inspection of skin and subcutaneous tissue: No rashes or lesions.
**Psychiatric**
Orientation to person, place, and time: Normal.
Mood and affect: Normal.

Patient Name: JD Merrick
Patient DOB: 11/14/1968
Encounter Date: 06/29/2012 8:00AM

## Procedure

- 4/12 echo EF wnl
- 4/12 stress with no ischemia or infarct

4/12 Device interrogation was performed in clinic.
Please refer to scanned summary of relevant device parameters and interrogation results.

Assessment:
- Type of Device: dual-chamber pacemaker

- Underlying Rhythm: sinus

- Battery status: Within normal limits. Not at ERI.

- Sensed amplitudes: Within normal limits as noted in scanned form

- Pacing Threshold: Within normal limits as noted in scanned form

- Impedance: Within normal limits as noted in scanned form

- % Ventricular Pacing: 63%

- Brady Programming: see scanned form

- Arrhythmia Log: 126 mode switches

- Programming Changes: none

Plan:
- Will plan to extend Av delay at next visit to minimize ventricular pacing.
- Device Reevaluation in 6 months

## Assessment

1. Accelerated Essential Hypertension 401.0
2. Atrial Fibrillation 427.31
3. History of Sick Sinus Syndrome 427.81
4. History of Pacemaker Placement
5. Supraventricular Tachycardia 427.89

pacer, paf, sss

## Plan

- cotinue rhythmol. On bblocker to prevent possibility of atrial flutter with rapid 1:1 AV conduction.
- BP will need to be closely followed in prison and dosing adjusment made by prison MD
- advised pt. to space out bp meds throughout the day to minimize fluctuations.
- will make adjustments to device programming today.

## Signatures

Electronically signed by : Sanjoy Bhattacharya, MD; Physician Jun 29 2012 12:33PM (Author)

Heart, Blood and Circulation Overview
Introduction
Symptoms
Causes
Treatments
| View all Heart, Blood and Circulation Articles »

## What is accelerated hypertension?

Accelerated hypertension is a disease characterized by a rapid and sudden increase in blood pressure over the baseline level that, if untreated, poses a threat for damage to organs and tissues.

## Cardiovascular Spotlight

- Accelerated Hypertension? Join the Discussion

Accelerated hypertension is an uncommon cardiovascular disease in the United States. In contrast, approximately one-quarter of the people in United States have essential or secondary hypertension (Source: CDC).

It is not known why accelerated hypertension develops in some people with hypertension and not in others.



Is your heart in shape? Over time, heart disease can weaken the heart muscle.
**Click here for tips to avoid heart trouble ›**

The signs and symptoms of accelerated hypertension occur suddenly and represent a medical emergency. People with accelerated hypertension have extremely high blood pressure that poses a risk of serious or life-threatening symptoms if untreated. Fortunately, accelerated hypertension can be treated successfully with antihypertensive medications.

Left untreated, accelerated hypertension can progress to hypertensive emergency and result in organ damage. Severe organ damage can cause stroke, blindness, kidney failure, or coma and may be life threatening. **Seek prompt medical care** if you develop headache, irregular heartbeat, nosebleed, or vision changes. **Seek immediate medical care (call 911)** if you, or someone you are with, have symptoms of extremely high blood pressure, such as chest pain or pressure, cough, shortness of breath, blurred vision, confusion, reduced urine production, nausea or vomiting, or seizure.

SYMPTOMS
## What are the symptoms of accelerated hypertension?

Accelerated hypertension causes a dramatic increase in blood pressure. No other symptoms may be present when the initial rise in blood pressure occurs, but if the high blood pressure is not treated, there is a risk of hypertensive emergency with damage to multiple organs.... Read more about accelerated hypertension symptoms

CAUSES
## What causes accelerated hypertension?

Accelerated hypertension is caused by a rapid progression of existing hypertension. Hypertension itself is influenced by factors such as genetics, lifestyle, and drug use. Hypertension occurs most frequently

in men and in people who are African American, have heart disease, diabetes, and kidney disease, smoke cigarettes, or take drugs that increase blood pressure.... Read more about accelerated hypertension causes

TREATMENTS
## How is accelerated hypertension treated?

Treatment for hypertension begins with seeking medical care from your health care provider. Hypertension is difficult to control, so it is important to follow your treatment plan for accelerated hypertension precisely and to take all of your medications as instructed. Accelerated hypertension requires prompt treatment with medications to bring down your blood pressure to safe levels to prevent organ damage.... Read more about accelerated hypertension treatments

Medical Reviewer: All content has been reviewed by board-certified physicians under the direction of Rich Klasco, M.D., FACEP. Last Annual Review Date: maj 2, 2011 Copyright: © Copyright 2011 Health Grades, Inc. All rights reserved. May not be reproduced or reprinted without permission from Health Grades, Inc. Use of this information is governed by the HealthGrades User Agreement.

### More on Better Medicine

| | |
|---|---|
| 6 Side Effects of Anti-HIV Drugs | Managing Stress with MS |
| Better Sex with COPD | Prevent Relapse in Bipolar Disorder |
| Can the Weather Aggravate Knee Pain? | 10 Things to Know About Head Lice |

Want better medicine? Take a look at our full list of health topics. Want better medicine? Take a look at our full list of health topics.

# ARIZONA DEPARTMENT OF CORRECTIONS
## Duty/Special Needs Order - Inmate Health

Date Issued: _____  Expiration Date: _____

**✔ Check the Appropriate Category**
- [ ] Full Duty
- [ ] Limited Duty
- [ ] Non-Duty/No Work
- [x] Lay in/Confined to living quarters with bathroom privileges

### ENSURE ALL LIMITATIONS ARE COMPATIBLE

**Inmate Limited Duty** (✔ Check only those that apply)
- [ ] No lifting, No pushing, No pulling, No running
- [ ] No lifting over ___ 10 ___ 20 ___ 50 ___ pounds
- [ ] No repetitive bending/twisting  Body Part _____
- [ ] No repetitive motion to injured part  Body Part _____
- [ ] No work reaching above the shoulder
- [ ] No operation of a motor vehicle
- [ ] No climbing _____ ladders _____ stairs
- [ ] No operation of machinery or power tools
- [ ] No off-complex work assignments
- [x] Exposure to direct sunlight only with hat, sunscreen, long sleeve shirt, etc.
- [ ] No exposure to respiratory irritants (e.g. chemicals, paints, grass cuttings, etc.)

**Other Limitations of Daily Activity** (✔ Check only those that apply)

Yes = Inmate is able to    No = Inmate is unable to

- [x] Yes [ ] No  Meals in Living Quarters
- [ ] Yes [ ] No  Attend Schools/Programs
- [ ] Yes [ ] No  Field Activities _____ day(s)/week(s)
- [ ] Yes [ ] No  Walk Track
- [ ] Yes [ ] No  Sports Activities _____ day(s)/week(s)
- [ ] Yes [ ] No  Visitation
- [x] Yes [ ] No  Other _____

**Work Capacity, Specify Limitations:** (Circle either hours/day or consecutive hours)
- [ ] Workday Capacity
  - Can sit _____ hours/day or consecutive hours
  - Can stand _____ hours/day or consecutive hours
  - Can walk _____ hours/day or consecutive hours
- [ ] Other Limitations/Considerations (Explain) _____

**Additional Considerations:**

**Medical Property Issued:**

**Medical Property to be Returned to Clinic by:**

| Provider's Name | Provider's Title |
|---|---|
|  | NPC |
| **Provider's Signature** | **Date** |
|  | 4/1/14 |
| **Inmate's Signature** | **Date** |
|  | 4/1/14 |

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Date of Birth | Facility/Unit |

Distribution
White - Medical Record, Canary - Unit Chief of Security, Pink - Inmate



## Beat the Heat -Preventing Heat Related Illness

When the sun is shining and temperatures soar, we need to be aware of the dangers that the heat can bring and learn to spot the warning signs. Heat-related illnesses, such as heat exhaustion and heatstroke, occur when your body can not keep itself cool. Normally, as the body's temperature rises, your body tries to stay cool by sweating which is its normal response to getting rid of heat. When sweating is not enough to cool your body, your body's temperature rises and you may experience a heat related illness such as heat exhaustion or heatstroke.

The follow factors can <u>increase</u> your risk for experiencing heat related illnesses-



- **Age** - 65 years old and over
- **Illness** - people who are physically ill or chronically ill, especially people with high blood pressure and/or taking certain medications
- **Obesity** -being overweight
- **Exercising or Working** - in hot weather
- **Dehydration**
- **Alcohol** consumption within the last 24 hours
- **Use of illegal drugs** such as methamphetamine
- **Prior history** of heat illness

<u>**Heat Exhaustion**</u>, a form of **Hyperthermia** (increased body temperature), happens most often when you are exposed to high temperatures over a long period of time and you become dehydrated and so your body's internal temperature goes up. Dehydration usually occurs from not drinking enough fluids to replace body fluids lost from sweating. Heat exhaustion requires immediate attention because it can progress to heat stroke, a serious (even fatal) condition.

### *Heat Exhaustion - Signs and Symptoms*

- Heavy sweating
- Moist, cool, pale skin
- Severe thirst
- Headache
- Weakness/ fatigue
- Light-headedness
- Dizziness and/or fainting
- Nausea and/ or vomiting
- Irritability
- Muscle cramps
- Fast shallow breathing
- Dark colored urine

**Heat Stroke** is the most severe form of **Hyperthermia** (increased body temperature) and its symptoms may mimic those of a Heart Attack – and can be as serious. You may have symptoms of heat exhaustion before progressing onto heat stroke; however some individuals can develop heat stroke rapidly and without warning. Heat stroke occurs when the body is unable to cool itself due to the cessation of sweating. Therefore, the body's temperature may rise to over 105 F.

### *Heat Stroke - Signs and Symptoms*

- May not be sweating
- Flushed, dry, warm skin
- Severe, throbbing headache
- Confusion
- Agitation
- Rapid, pounding pulse
- Difficulty breathing
- Coma

*Treatment – No, Think Prevention!*

Heat- related illnesses are preventable so be aware of the risk and actions you can take to prevent it. Remember during hot weather to follow these tips-

**Drink Water** – Drink plenty of fluids, even if you are not thirsty, to avoid becoming dehydrated. This is the most important thing you can do to prevent heat related illness.

**Pace Yourself** – If you are not used to working or exercising in the heat, start slowly and pick up the pace gradually. If exertion in the heat makes your heart pound and leaves you gasping for breath, STOP all activity and rest; especially if you become lightheaded, confused, weak, or faint.

**Use the Buddy System** -When working or exercising in the heat, take notice of the people around you and have someone do the same for you. Illness brought on by heat can cause a person to become confused or lose consciousness.

**Medications-** If your provider has prescribed medications ask if you need to take any special heat or sun precautions.