United States District Court
c/o Clerk of the Court
401 W. Washington St. Suite 130
Phoenix, Az. 85003-2118

FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 31 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

C1-12-601-PHX-NVW

December 30th, 2014

RE: Parsons et.al., v. Ryan et al.
    (Comment on purposed stipulation)

To whom it may concern:

I would like to thank the court for permitting myself the opportunity to comment regarding the purposed stipulation in the case identified above.

It is my opinion that until there is transparency and accountability within the Arizona Department of Corrections, this stipulation isn't worth the court's acceptance. The primary compliance measurement for adherence to this stipulation is premised on the defendants supplying self serving data. Let me give the court a perfect example. During discovery and disclosure, these defendants were required to collect and supply inmate living environment temperatures. The temperature data collected and disclosed from

-1-

my facility here at Cook Unit was acquired at the swamp cooler discharge vent. I personally watched this data collection. That disclosed temperature is significantly cooler (and more compliant) than what my cell temperature would be. On a typical summer day, my living environment temperature would be about 15°F warmer than the temperature disclosed. Where self-serving data forms the primary source of compliance monitoring, there must also be transparency. As discussed below, I have doubts there is adequate funding being requested for this oversight.

This identified example of manipulation allows me to transition to the stipulation contained within paragraph 32; permitting plaintiff's counsel to tour a facility only if the defendants are given a "two week advance notice." This request supports my position that the defendants do not want transparency. Rather, they desire an opportunity and time to get their masquerade syncronized for visitor performance. This provision should not be accepted by this court. Instead, the court should provide for certain counsel and/or experts to have immediate access to a facility governed by the stipulation. This would provide for a more realistic observation. Even documented within the plaintiff's expert witness reports are examples as to how these defendants have engaged in orchestrated

-2-

events during scheduled tours. The plaintiff's counsel, my counsel, must be provided the opportunity to acquire honest observation as to whether the defendants are working towards compliance.

Next, I believe permitting only an 85% compliance rate is unacceptable. Currently here at Cook Unit there are ±1350 inmates. That means ±203 of us would remain unprotected by this stipulation. On average, 6000 inmates within this prison system can anticipate receiving sub-standard care. Minimally, I request this court direct a 95% compliance rate. I have a real concern knowing, <u>at best</u>, the defendants are permitted to ignore 15% of us.

While my counsel has agreed that $250,000.00 for compliance monitoring is sufficient, I am concerned this amount may be insufficient. This amount equates to about $6.25 per inmate/per year. That isn't enough to fund responding to what is certain to be a volume of complaints. I believe a provision should be incorporated to permit this value to be modified if non-compliance becomes a problem. As for their requested payment of 4.9 million dollars, I believe these attorneys should be paid for the extensive investigation done so far. Counsel and experts retained by the defendants are paid as they progress. The plaintiff's attorneys should be provided the same consideration.

-3-

I want to share a personal experience as to how illusive health care is here in prison. After nearly two years of describing knee pain to numerous on-site medical staff and through grievances, on December 15th, 2014 I was taken for outside care and treatment. I was diagnosed with patellar tendinitis and ACL damage. I was provided injections into my knee. I was instructed that upon returning to the prison I should follow-up with on-site medical staff to acquire a knee brace, better shoe support, ice and acquire a special prison issued order to avoid stairs and uneven walking surfaces. Since returning over two weeks ago - and requesting follow-up care, I still have not been seen by prison medical staff. I don't believe this stipulation goes far enough to contain adequate punishment for those responsible for my - or other inmates delayed care. Until personal staff accountability can be addressed through quantifiable measures, I do not anticipate improvement with this stipulation.

Finally, if these defendants can be permitted to "deny all the allegations" contained in the complaint, and plead that medical care is adequate here in the Arizona Department of Corrections, they must not be permitted to enter into a stipulation. Rather, through a public open trial, they must prove the care is adequate or be exposed as to how unconstitutional their treatment and medical care really is.

-4-

Thank you for your time,

*[signature]*

Stephen Karban #234532
A.S.P.C. Eyman/Cook Unit
P.O. Box 3200
Florence, AZ 85132

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

3RD REQUEST

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| KARBAN STEPHEN, F | 234332 | 12-29-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 4 A 29 | COOK | 3200 | EYMAN/COOK |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) [✓] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

ON 12-15-14 I WENT TO AN OUTSIDE CONSULT REGARDING LEFT KNEE PAIN. AFTER TREATMENT (INJECTIONS) FOR PATELLAR TENDINITIS AND DAMAGED ACL, I WAS INSTRUCTED TO FOLLOW-UP WITH ON-SITE MEDICAL STAFF TO PURSUE A KNEE BRACE, ICE ACCESS, SHOES AND NO STAIR/UNEVEN SURFACE PAPERWORK. AFTER 2 PRIOR REQUESTS (12-15-14 AND 12-23-14) I STILL HAVE NOT BEEN SEEN BY ON-SITE STAFF TO ACQUIRE THE FOLLOW-UP CARE. I WANT TO SEE THE ON-SITE PROVIDER TO BEGIN MY TREATMENT PLAN.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
|  |  |  |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
|  |  |  |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no comprométe a éste estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09