Eugene Cano
#44306
ASPC-Eyman
SMUI
P.O. Box 4000
Florence, AZ 85132
In Pro Per

☒ FILED   ☐ LODGED

**Dec 31 2014**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## United States District Court
## District of Arizona

Victor Parsons, et al. )  CV12-00601-PHX-DJH
     Plaintiffs, )  Comments As to
   v. )  Fairness of Settle-
Charles Ryan, et al. )  ment
    Defendants. )

    The settlement does not address the fact that inmates in the suicide watch pods at SMU I are being starved, subjected to a calorically and nutritionally inadequate diet. Inmates who are ^ placed on suicide watch are fed twice a day, a bagged "meal" ("throwers' sack") in the A.M. and another bagged meal (throwers' sack) in the P.M. The A.M. sack invariably consists of three sandwiches (baloney or turkey ham with no condiments such as lettuce, tomatoe, etc, sometimes there is a peanut butter ^ sandwich), a small cereal bar, a small cookie and a small amount of stale corn chips. The P.M. sacks are identical to the A.M. sacks except that they contain only two sandwiches and no cereal bar. No Kool-Aid or coffee packets are provided no source of Vitamin C is provided. Th

bagged meals are calorically and nu-
tritionally inadequate. As a result, I
suffer from even ~~worse~~ more severe
and persistent hunger pangs whenever
I'm placed on suicide watch. It is un-
bearable, miserable. The relevant sui-
cide prevention A.D.C. policies require
that inmates on suicide watch be pro-
vide with food of the same caloric and
nutritional content as the food served
to the general population inmates, but
that's not being done. The prison is inten-
tionally and maliciously starving the
inmates on suicide watch. Prison staff
don't like it when inmates go on sui-
cide watch. In effect, inmates are be-
ing punished for becoming suicidal.
This issue should be addressed by the Set-
tlement.

    I have attempted to file an insti-
tutional grievance about this issue to
no avail.

    Dated this 31st day of Dec., 2014.

Copy of the foregoing
mailed this 31st day of
Dec., 2014, to:

Erineo Cano
Member of Plaintiff
Class

2

Michael E. Gottfried, et al.
Assistant Attorney General
1275 W. Washington Street
Phoenix, AZ 85007-2926
(Attorneys for Defendants.);

Donald Specter, et al
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710
(Attorneys for Plaintiffs)

Erineo Cano
Member of Plaintiff
Class

3