Fr: Leonard Bean #159352
ASPC-Florence/Central unit
    P.O. Box 8200
Florence, AZ. 85132

12/29/2014

___ FILED    ___ LODGED
___ RECEIVED ___ COPY

DEC 31 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

To: Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St, Suite 130, SPC 1
Phoenix, AZ. 85003-2118

Re: Case Number. Parsons V. Ryan, CV 12-00601-PHX-DKD

Dear Judge,

    I am a member of the class action lawsuit a settlement that was reached filed 12/15/14 that believed to be fair to both sides. However, I am in totally disagreement with the said settlement for this reason. I was diagnosis of liver disease well as HCV in an out-side hospital 2005. For years I have been denied deliberate indifference to serious medical needs. Corizon have demonstrated a failure to treat my HCV condition which have resulted in further significant injury or the unnessary wanton infliction of pain. It is well establish that I am a candidate for treatment regimen hepatitis-C
    protocol. Corizon have relentless refuse to give me the hepatitis-C treatment and by this being done Corizon have breached the said settlement on it's face. Corizon is not providing health care to me according to the guidelines of the court order. For this reason, I am requesting

-1-

-2-

to be present at the said hearing held on February 18, 2015 on the fairness of the settlement with this settlement I just wants to be provided the HCV treatment my abdominal pains will continue if I don't be given the said HCV treatment. Without this HCV treatment I fear that my liver will fail me, would you please instruct Corizon to follow the settlement guidelines by providing me the HCV treatment.

Thank you for your time to this utmost problem!

Sincerely Yours,

Leonard Bean