ALVAREZ Sergio #105765 / Parsons V. Ryan, CV 12-00601-PHX-DKD
ASPC-F/EYMAN SMU1
P.O. BOX 4000
FLORENCE, AZ 85232

Dic. 26Th of, 2014

(1)

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St. Suite 130, SPC
Phoenix, AZ 85003-2118

FILED ___ LODGED
✓ RECEIVED ___ COPY

DEC 31 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

I think this settlement, it's ~~not fair to me~~ personally, This "Corizon" medical co. Has been neglected me, for the following reasons;

I-ve been suffering from heart problems, in 2005 Drs. Discovered I-ve a hole in my heart, a heart murmur and high-blood preasure.

They were supposed operate me, They haven't done nothing yet.

I-ve told them I-ve been in pain, sometimes it'll get real bad heartaches, this medical staff don't care.

On Nov. 12 of, 2014, They took me to Tempe, AZ. Salt Luke's Hospital, to do an ultrasound of my heart. I saw that the hole in my heart- it's geting bigger and painful.

Last month on Nov. 25TH, I sent an EMERGENCY - MEDICAL REQUEST, TO this medical staff, because I was in big heart pain all day. They never call me, never saw me. I talk to one nurse the gave my night meds. For my P.T.S.D. I explained to him about my situation, he said that this Corizon, Co. Is not going to spend any money on my heart because, a heart surgery →

over

Will cost a lot of money.
So they just are waiting for me to die or so I'll get out, and they'll save all of this money that my heart problem requiers.

There's an Adult Stem Cells Therapy, that it could regenerate all the demage tissue from my heart. I already request to this Corizon, Co. To treat me with this new Therapy because it's not so expensive as an open heart surgery. but I have not receive a response from them yet.

If I don't receive the medical treatment that my heart requires, The Judge that sentenced me on June 3rd 1994, need to let me go to seek a better medical help out there before I might die in here, from my heart problems.

Also I'll seek some Compensation from this Corizon, Co. For beeing so neglected, and for mal-practrice.

I'll use any of this monetary Compensation to get a better medical treatment for my heart out there.

You can pull all my medical files, so you can see for yourself.
Thank you for your time, Sincerely S. Alvarez
Alvarez Sergio #105765