THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: CMLR 54, 7,1(a),141,(2),(4)
(Rule Number/Section)

Robert W. Dutcher
A.S.P.C-Eyman/Cook 5-A-12
P.O. Box 3200 - 067784
Florence, Ariz. 85132

Date: December 29, 2014

Clerk of the Court
United States District Court, District of Arizona
401 West Washington Street, Suite 130, SPC1
Phoenix, Ariz. 85003-2118

RE: Parsons v. Ryan, CV12-00601-PHX-DJD

Open Letter to the Court:

I am writing to give my opinion on the proposed settlement. First, having ADC monitor the health care is like putting a fox in the hen house. They do not inforce their policies now on Corizon. Second, I feel ADC and Corizon should put up a Surety to cover the $4.9 million and the $250,000 per year in advance. Third; one good way to improve health care and treatment, plus ease the burden on the tax payers, is reduce the prison population, like California had to.
(A) do away with consecutive sentencing.

Page 1 of 2

(3). Release anyone 60 or older with medical problems or twenty five or more years in, to probation, parole, or total release; or build I.P.C with assistants living for Sex offenders and G.P.
  Thank you for your time and concern in this matter.

Respectfully,

*[signature]*

Robert W. Dutcher #067764