FILED ___ LODGED
RECEIVED ___ COPY

DEC 3 1 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _CVLR 54.7.1(c)(1)(17)(c)_
(Rule Number/Section)

Lawrence Gomes #086662
ASPC-Lewis
Barchey unit 6F1
P.O. Box 3200
Buckeye AZ 85326

Parsons
VS
Chuck Ryan

Case CV12-0601-phx-DKD

How Can ADOC-Monitor ADOC, And O2 Police Monitor Police?

Comes, Now Lawrence Gomes, Hereby Submitt my opinions, on The Fairness of The Proposed Settlement & Attorney's Payment.

As a Victim of Medical Malpractice, I've Begged Both The Prison Law office & The AClu for Help, And Not one Time Did They Look Into my Issues, which Has Led To a Civil Action In The Maricopa County Superior Court In Case CV 2014-013263.

I object To ADOC Monitoring The Health Care Period, And I believe This Court Should Put a federal Receivership over Medical. How Can Adoc-Police ADOC?

(2)

I'm A California Inmate on a Western Interstate Compact. I'm In Prison for a $7.99 Madonna CD And a $65.00 Microwave Non Violent / Non Dangres.

I Had 12 Heart Failures Causing me a Pacemaker. A 1.4 Groth on (R) Lung which is Now A 1.9. I'm a Diabetic on 2 Shots Daily.

In Aug 2012 L.P.N (Nwndivto Jane Nwaobia) Drawed up The Wrong Insulin & She Injected me. When we Notice She Administered The Wrong Insulin, She Then Took The Same Dirty Needle And Withdrew The Correct Insulin 70/30 And Administered A 2nd Shot.

Though I Complained To The Yard L.P.N. Parks, She did Nothing About It. On 8/31/12 The Entire Diabetic Group That of 103 Diabetic Were All Called To Complex Medical For Emergency Blood Collection's With No Prior Knowledge As To What Happen and or Why. It was on 9/4/12 We The Diabetic Group on Barchey Unit Received a Memo, Telling Us That A Possimble Source May Have Infected The Diabetic Group With Hip-C, And on 9/4/12 This Alledge Patient/Inmate was Negetive for HIV, And That on 9/5/12 a Townhall Meeting Would Be Held In The Batchey Visitation, By The Wexford Health Source Administrators. FHA (Sume Wno), Lawrence Ende NP Do Tomas Bell.

3

- On 9/30/12 Gomes, was Advised That His Test Results Were Negitive.

"Gomes," was Diag with Hep-C, By ADOC In 2003, Thus my Main Conserns Were Catching a New Strain. The Diabetic Group was Promise Timely Blood Test, We Would Be Entitled To all Lab Reports upon Request, And If One Would Become Positive For Any New Strain They Would Notify us And Get us Help With No Delays, on 9/5/12. Keep In mind From Aug 27, 2012 - Sept 5, 2012 All The Diabetic Were In The Blind and We Leaned all The Above on 9/5/12. WE HAVE NEVER HAD Timely Test & OR Results. Mean Time Wexford FHM - Some who, L. Ende NP, Do. Bell, Terry Alred And other Wexford Employee's Destroyed all The Vinls of Insulin, And Did Not Report the Insadent To The State, and or Maricopa County Health Inspectors for (8- Day's).

On 1/14/13 Gomes, was given a 2nd Blood Collection on This Date. On 1/14/13 Gomes Leaned the Results of This 1 of 4 Page Test Through Litigation with The California Receivers Medical office In Late October 2013. In Oct 2013 Gomes, Took a 3rd Test "Thus" California Medical Receivership Was Steel Litigating Against Gomes, They Had a Copy of The Oct 14, 2013 Test, And In one of their Responses

To The Court & Gomes, They Sent Gomes, His Copy of The Response.

In OCT 2013 Gomes, Learned for The 1ST Time That He Was **Positive** for Hep A, And Hep B.

ADOC, And or Wexford Did Not Disclose The Test Result's To Gomes. There Are Actual Test Results From 1/14/13 With N.P. L. Ende, Signiture, Date of Review 1/30/13, That He Reviewed This 1 of 4 Page Report, And He Never Called Gomes To ACI-Medical To Tell Gomes. He Also Reviewed The 8/15/13 Report, Signed, Received & Reviewed The 3rd Report And Did Not Tell Gomes.

Gomes, Went from 196 LBS To 144 Lbs and From Jan 2013 — Oct 2013, N.P. Ende, Declined To Let Gomes Know He Was positive, And or Seek Any Kind of Treatment And Keep Telling Gomes He Dont Know Why Gomes, Is Lousing So Much Weight

Now That The Above Staff Do Not Work for Wexford any More, And They Now Work for Corizon Corizon Has Refused To Treat Gomes, for His New Condiction Although (Charles Ryan) Told Corizon To Send Gomes, for Treatment & To A Desease Control Specilist But They Declined.

Gomes, Continues To Stay In Constant Pain! Mass Weight Loss, Compounded With other Conditions That Are Not Being Treated Gomes, Continues To Suffere & In Pain?

NP. L. GOE, Is And Was Gomes, Health Care Provider Since 2011, And He Has Totaly Naglected Gomes Conditions & New Conditions As a Wexford Employee & Now Corizon Employee.

Gomes, Has Every Note, Document, Lab Test Result, you Name IT.

I Would Like To See Some Kind of Receivership In place, NOT ADOC

Since 2013 I HAVE YET TO Receive any Hep A B OR C Treatment.

Most of all Wexford Did NOT Tell us One Of THE Inmates HAD A B & C. Although MY TEST WERE All Hep A-B,. THEY Knew What TO Look for!

I would like to see a Receivership in place because Charles Ryan, has not been forthcoming and nor has been Wexford or Corizon.

Respectfully Submitted

On this 12/24/14