Case 2:12-cv-00601-ROS   Document 1249   Filed 12/31/14   Page 1 of 2

FILED _____ LODGED
_____ RECEIVED _____ COPY

DEC 31 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Dear Clerk of the Court,

THE ARIZONA DEPARTMENT OF CORRECTIONS (ADOC), WEXFORD, AND CORIZON HAS GIVEN ME A DEATH SENTENCE. I HAVE LESS THAN SIX MONTHS TO LIVE. THEY HAVE REFUSED TO TREAT MY HEP-C AND THEN CUT OFF ALL MEDICATIONS COMPLETELY AFTER I COMPLAINED. THE WITHDRAWLS FROM NOT HAVING THE MORPHINE I HAD TAKEN FOR YEARS WAS WORSE THAN THE PAIN AND IS WHY THERE IS NOW A 10 FOLD DRUG EPIDEMIC STATE WIDE/NATIONALLY IM TOLD.

PROVIDER, NP JOHN MODRZEJEWSKI SHOUTED OBSENITIES AT ME, TOLD ME TO FUCK OFF, AND THREW ME OUT OF HIS OFFICE (WITNESSED BY OFFICERS AND MEDICAL STAFF. IT TOOK FAMILY MEMBERS DAILY COMPLAINTS TO GET SOME MEDS RESTORED AND MY EYE SURGERY. GAPS IN MEDICATION EACH MONTH FORCED ME TO ACCEPT A LESSOR MED THAT DOESNT WORK AS WELL. EVERYONE EXPERIENCES THESE PROBLEMS. I HAVE ONLY MONTHS TO LIVE DO TO MEDICAL.

THERE IS NO MEDICAL CARE, PSYCH, PHYSICAL THERAPY, MEDICATIONS... EVERYONE EXPERIENCES GAPS IN MEDICATIONS EACH MONTH, IS LIED TO, HAS THEIR MEDICAL FILES ADJUSTED TO VALIDATE THEIR ACTIONS, AND EXPERIENCE GREAT RETALIATION FROM OUR COMPLAINTS. NP MODRZEJEWSKI ENJOYS CUTTING OFF OUR MEDS. ITS THE SAME FOR DIABETICS, HEART PATIENTS, PAIN, PSYCH, BLOOD... PATIENTS NP MODRZEJEWSKI HAS KILLED SEVERAL, MANY OTHERS JUST WAITING TO BE TOLD THEIR TIME IS UP, AND EVERYONE SUFFERING WITH MEDICALS COST SAVING BUSINESS PLAN. STAFF HAS BEEN TOLD TO SELF REPORT BY MANY OF US!

QUESTION: WHY IS IT NOT MURDER FOR MEDICAL TO REFUSE TO TREAT TREATABLE CONDITIONS FOR YEARS UNTIL WE DIE AND THEN CLAIM NATURAL COUSES? WHAT ABOUT BEING CRIPPLED FOR LIFE AND SUFFERING WITHOUT ANY REGARD? WHY ARE THESE PEOPLE ALLOWED TO HIDE UNDER IMMUNITY AND CLAIM IT WAS THOSE ABOVE THEM? WHY IS THIS NOT MASS MURDER ON A NATIONAL LEVEL AND NO OPEN HEARINGS HELD? SENT TO APPROPRIATE AGENCIES!

SINCERELY,
LLOYD DANIALS #143811

Parson v. Ryan, CV12-00601-PHX-DKD

Prisoner Statements
A.S.P.C. Tucson
Cimarron Unit
P.O. Box 24408
Tucson, AZ 85734-4408

1

Date: December 25, 2014

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC1
Phoenix, AZ ████████ 85003-2118

RE: Parsons v. Ryan, CV 12-00601-PHX-DKD
    Statements 1 thru 7
    Corizons Continued Malpractice...


C.C. News and Investigative agencies...