FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 31 2014

CLERK U S DISTRICT COURT
BY _____ DEPUTY

Dear Corizon, NP Modrzejewski: Cut-off my cancer drugs for over a month until my outside doctor and family forced him to re-state them. His excuse was that he was searching for a cheaper medication. I bleed out my ass during that time and have since started bleeding again. I'm getting out soon, but know Corizon / NP Modrzejewski, John has murdered me. These problems are regularly reported by inmates on this yard and nothing is ever done. NP Modrzejewski has purposely stoped my other medications at times and them reduced others to painful levels. This is common practice with Corizon. They refuse to accept any pre ADOC medical specialist records and and purposely choose to make us suffer. Many inmates have been told we only have a short time to live, many others are waiting to be told, and all inmates are suffering. Complaints result in many forms of retaliations moving us to other yards, taking All our medications, refusing to see us or answer our HNR, Making us wait all day at medical only to be rescheduled to repeat the process. He lies to us, argues with us, and then throws us out of his office. He then coordinates his lies with Corizons psych Assoc (a non-psych doctor) and falsifies our medical files to cover his medical malpractice crimes. This is standard proceedure for Corizon on a national level. Many inmates have died due to Corizon refusing to treat known and treatable conditions. Many more are waiting to die. All are suffering.

The Arizona Nursing Assoc. and Medical Board refuse to do anything. Why? This is a nation wide pre-medital method of mass murder and knowbody does anything about it. This has been sent to appropriate news and other groups. Do something!

Richard Graves
#080107

Parson V. Ryan, CV12-00601-PHX-DKD

Prisoner Statements
 A.S.P.C. Tucson
 Cimarron Unit
 P.O. Box 24408
 Tucson, AZ 85734-4408

Date: December 25, 2014

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC1
Phoenix, AZ ~~~~~~~~~~ 85003-2118

RE: Parsons V. Ryan, CV 12-00601-PHX-DKD
    Statements 1 thru 7
    Corizons Continued Malpractice...


C.C. News and Investigative agencies...

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate: Robert Lusk
ADC#: 271147
Arizona State Prison Complex: Tucson
Unit: Cimarron
P.O. Box 24408
City: Tucson AZ 85734-4408

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

RECEIVED
DEC 31 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA