FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 31 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

Dear Clerk of the Court

My name is Gregory Fink #070963, a prison inmate that has been crippled for life because ADOC, Wexford, and now Corizon refused to treat me. Corrective surgery will no longer repair the damage.

It's the same on every yard. No mental health, preventative treatments, no medications, physical therapy... Many of us have been crippled for life, many had died with what could have been treated, many more are just waiting to die in agony.

NP's like NP Modrzejewski, regularly lie to us, falsify our medical records, become argumentative, and retaliate any way they can. I've had my medications taken and been moved after complaining. Heart patients have had their nitro pills taken, diabetics given the wrong medications and doses, inmates made to wait months and years for x-rays, blood tests... and never given their results.

Those of us like me that have known provable crippling conditions are removed from all medications. Some who do get medications always have gaps in delivery from weeks to months. Corizons new policy has forced all morphine patients to accept Vicodin, all vicodine patients to accept morphine, all other pain meds to be substituted for psych meds, and everything runs out each month. It's a controled plan to force us to stop medications due to withdrawls, to save money on their end, and creat great suffering and drug experimentation to relieve the pain. It worked and created an epidemic.

How many more inmates must be crippled for life, suffer, die, or commit suicide due to Corizon/ADOC, and NP's like Modrzejewski? Why is there not a criminal investigation, sanctions by the AZ nursing and medical Boards, public hearings? Corizon murders inmates nation wide at a rate that is consistent with mass murder and yet nobody goes after them, the NP perpitrators, nursing staff that supports them... We want to know why.

This letter has been forwarded to various news and other groups. And, why doesn't NP Modrzejewski self report as we're directed?

Gregory Fink #070963

Parson v. Ryan, CV12-00601-PHX-DKD

Prisoner Statements
A.S.P.C. Tucson
Cimarron Unit
P.O. Box 2448
Tucson, AZ 85734-4408

Date: December 25, 2014

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC1
Phoenix, AZ ~~█████~~ 85003-2118

RE: Parsons V. Ryan, CV 12-00601-PHX-DKD
    Statements 1 thru 7
    Corizons Continued Malpractice...

C.C. News and Investigative agencies...

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate Robert Lusk
ADC# 221147
Arizona State Prison Complex Tucson
Unit Cimarron
P.O. Box 24408
City Tucson AZ 85734-4408

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

RECEIVED
DEC 31 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
DISTRICT OF ARIZONA