FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 31 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Dear Clerk of the Court,

My name is Brian Dority # 056709 and I'm an ADOC inmate that suffers daily from Corizons malpractice.

I'm a diabetic that constantly experiences gaps in medications. I'm just one of many who suffer daily from pain, medication gaps, irregular feeding times, diabetic related problems to which there is NO care. Theres NO physical therapy, preventative care, and we have to purchase all our pain and other meds off the inmate store. Aspirin, stool softeners, acid reflux... I was told "Buy it yourself or do without." It doesn't matter that Corizon/ADOC caused these problems from years of lack of treatment.

Many have died with what could have been a treatable condition, many are crippled for life, and many are suffering state wide with NO hope in sight. Psych, arthritis, blood disorders, diabetics, heart patients... get nothing but lies and retaliations from our grievances.

NP Modrzejewski has been told to self report along with several of his staff. Why is he still practicing? Our street medical files arn't even examined. Our medical records are falsified to reflect his alternate view. He's one of several NP's that only cares about his bonus and seeks revenge on those of us who report him. How many more inmates will Corizon and there staff kill before the State, AZ nursing board, and AZ medical Board get involved?

I want to know when there's going to be an investigation and hearings so I can forward that info to the appropriate groups. Corizon has accomplished/gotten away with mass murder in this state and nation wide and we want to know how is that possible!

This letter has been written for me by a friend and forwarded to various news and other groups. I approve every statement.

Brian Dority # 056709

Parson V. Ryan, CV12-00601-PHX-DKD

Prisoner Statements
A.S.P.C. Tucson
Cimarron Unit
P.O. Box 24408
Tucson, AZ 85734-4408

Date: December 25, 2014

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ ~~~~~~~~ 85003-2118

RE: Parsons V. Ryan, CV 12-00601-PHX-DKD
Statements 1 thru 7
Corizons Continued Malpractice...

C.C. News and Investigative agencies...

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate Robert Lusk
ADC# 271147
Arizona State Prison Complex Tucson
Unit Cimarron
P.O. Box 24408
City Tucson AZ 85734-4408

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

RECEIVED
DEC 31 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
DISTRICT OF ARIZONA