FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 31 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Dear Clerk of the Court,

I've had a fist size hernia protruding from my stomach for years. ADOC, Wexford, and now Corizon refuse to treat me. They finally prescribed morphine for the pain but continually run out each month. The pain and withdrawls are incredible. Many of us have been forced to other means for relieving our problems.

NP Modrzejewski, regularly lies to us and adjusts our medical files to cover-up and justify his malpractice. Several of us have been told we only have a short time left to live. Many more are waiting, and even more suffering. Everyone has had their medications reduced significantly, stopped altogether, or experienced long periods with no medications. Psych, blood disorders, heart patients, diabetics all experience these problems.

I have three stints in my chest and have nearly died multiple times. My complaints resulted in All medications being stopped for a time. My nitro pills were permanently taken away. NP Modrzejewski continues lying to my face, creating an argument and continuing to interrupt my other meds. He doesn't care and adjusts our medical files to validate his misconduct. Everyone who complains gets some sort of retaliation. Because of complaints, Corizon decided to provide treatment to some inmates who don't complain, while those of us who requested care for years get nothing but suffering. NP Modrzejewski has significantly shortened my life and the lives of many others and even murdered some with his cost-saving malpractice program.

The Arizona Nursing Assoc. and medical board refuse to investigate. Lawsuits and news groups get little results. Why is that? Why aren't these people charged with mass pre-meditated murder. These are known treatable conditions yet we are made to suffer without treatment and die!

Letter sent to news and investigative agencies. Robert Lusk #221197

Parson V. Ryan, CV12-00601-PHX-DKD

Prisoner Statements
A.S.P.C. Tucson
Cimarron Unit
P.O. Box 2448
Tucson, AZ 85734-4408

Date: December 25, 2014

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC1
Phoenix, AZ ~~[redacted]~~ 85003-2118

RE: Parsons V. Ryan, CV 12-00601-PHX-DKD
    Statements 1 thru 7
    Corizons Continued Malpractice...

CC: News and Investigative agencies...

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate Robert Lusk
ADC# 221147
Arizona State Prison Complex Tucson
Unit Cimarron
P.O. Box 24408
City Tucson
AZ 85734-4408

Clerk of the Court
United States District Court
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

RECEIVED
DEC 31 2014
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA