___ FILED    ___ LODGED
___ RECEIVED ___ COPY

DEC 31 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Dear Clerk of the Court,

My name is Robert McDanelds and I have a number of serious medical issues ADOC/Corizon refuses to treat.

I need a liver transplant and had tips placed inside at one time. My liver enzymes and amonia levels are supposed to be monitored every 3 months to make sure they are functioning. They've <u>never</u> been checked in prison. I'm experiencing extreme stabbing pains, but they don't care and NP Modrzejewski claims he can't supply pain medication because of my liver. My specialist on the street had no problem supplying medications for pain. I was told that Corizon doesn't supply what we can buy from inmate store. "Go buy aspirin"!

I also have degenerative arthritis in my back and syatica that causes me unbearable pain in my back, legs, and feet. Many of us suffer from these well documented problems on this medical complex, but they refuse to help us in any way!

I've developed two large lumps behind each nipple and they're extremely painful and continue to grow. NP Modrzejewski doesn't seem to care because he always reschedules everyone's appointment after we've waited all day to see him. Twice now for me.

Actual provider visits result in constantly ever changing excuses/lies and adjusting our medical files to cover up his malpractice. He's argumentative and very good at hiding behind his superiors and staff covers his ass, well. NP Modrzejewski refuses to self report as we've directed. HNR's do little, and our grievance system doesn't work. Lies, retaliation, and suffering are what we get.

I'm tired of watching inmates die with treatable conditions, due to Corizons cost-saving methods. I've seen many inmates crippled for life and many more suffer. Corizon is killing inmates at an alarming rate in this state and again nationally. Why is this not mass murder? Why doesn't the nursing and medical board intervene?

This letter has been forwarded to news and other agencies.     Robert McDaneld
                                                                #4/1531

Parson v. Ryan, CV12-00601-PHX-DKD

Prisoner Statements
A.S.P.C. Tucson
Cimarron Unit
P.O. Box 24408
Tucson, AZ 85734-4408

Date: December 25, 2014

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ ~~[redacted]~~ 85003-2118

RE: Parsons V. Ryan, CV 12-00601-PHX-DKD
Statements 1 thru. 7
Corizons Continued Malpractice...


C.C. News and Investigative agencies...