FILED ____ LODGED
RECEIVED ____ COPY

DEC 31 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

12-29-2014

To who this may concern and to anybody who can help me right a wrong that constantly affects my physical and my mental health on a daily basis.

My name is John William Capes #048263, I'm a 50 year old inmate who is currently housed at Barchey unit in The Lewis Complex in Buckeye, Arizona. I'm also an inmate who suffers from grand maul seizures, and I also have a spinal cord injury that I sustained on June 12th 1994 by being stabbed 22 times, that injury alone left me hospitalized for six months at St. marys hospital in Tucson Arizona where I went through six months of intense physical rehabilitation so that I could learn to walk again, but it did leave me physically crippled for life with a very unsteady gate, and severe pain caused by both nerve damage and spasticity, This assault-accident happened 20 years ago and for the past 20 years I have been on 80mg of Baclofen per day to help with the spasticity that is painful just by itself, I also suffer from grand maul seizures that was originally caused by a gun shot wound to the head that resulted in a skull fracture, and for this I had always been on 2400mg of neurontin because for one the neurontin covered my seizures, it also helped with nerve pain and it also helped as a mood elevator because I'm also S.M.I.

There are very few drugs I can take for seizures because of all the neurological damage done to my brain, I'm now being forced to take Phenobarbital

For my seizures and I don't want to take, or be forced to take Barbituates Because I don't want to be on Narcotics, or any drugs that are physically addictive, or that in themselves give me the urge to do drugs that get you high, and this is why I voluntarily gave up Tramadol several years ago.

My Baclofen, and Neurontin were taken from me for no reason whatsoever.

On 12-3-14 after filing several informal complaints and Grievances I was seen by nurse practitioner Ende and he verbally agreed to basically everything I have just stated in this letter and he stated to me that I would be started back on my Baclofen and my Neurontin and he stated he agreed to everything I had to say, and now almost a month later he still has not written the perscriptions and none of my HNR's that I have written concerning this issue have been answered and when I have the medication nurse Wilder who verbally heard him tell me my meds were being returned only answers her questions concerning this issue with nothing but a smile.

I feel this may be, or could be retaliatory for me filing complaints, or could be because I also sued medical in Federal Court over not being treated for Hepatitis-C.

I'm not trying to be compensated for all my pain and suffering, I'm only trying to have my medications returned to me that were stopped for no reason at all.

I am an inmate who suffers from pain due to my

Life crippling injuries and I am just trying to have the meds returned to me that were making my life a little more bearable. I realize that there are inmates who do work the system but I'm not one of those inmates, my conditions are real, they are permanent and there is no cure, but some of my symptoms and pain can be lessened a great deal by the return of my neurontin and my baclofen.

My spinal cord injury and my head injuries as well as my mental health is well documented and backed up with 20 years of medical files of the past 20 years, and anything that anybody can do to help me with the return of my meds would be greatly appreciated.

Nurse Wilder stated to me that whenever N.P. Ende, and or his superiors become aware of the fact that an inmate does do anything to gain, or get outside help that points out the mistakes that are being done to us then N.P. Ende and others seem to do what they should have been doing in the first place.

1) Its a fact I have grand maul seizures
2) Its a fact I have a spinal cord injury
3) Its a fact that my pain and suffering is real
4) Its a fact I am dis-abled and crippled
5) Its a fact that my health care, or lack of is cruel and unusual punishment.

Any phone calls, or letters that could be made to N.P. Ende, or his superiors in reference to what is stated in this letter would be greatly appreciated.

Sincerely, [signature]

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate _CRPCS John_
ADC # _048263_
Arizona State Prison Complex _Lewis_
Unit _Rarchex 1-A-22_
_PO Box 3200_
City _Buckeye_ _AZ 85326_

PHOENIX
AZ 852
30 DEC '14
PM 9 L

US POSTAGE PITNEY BOWES
$ 000.48⁰
ZIP 85326
0001395104 DEC 29 2014

Clerk of The Court
United States District Court, District of Arizona
401 W Washington St., Suite 130, SPC 1
Phoenix, Arizona 85003-2118

RECEIVED
DEC 31 2014
CLERK U S DISTRICT COURT
UNITED STATES
FOR THE DISTRICT OF ARIZONA

85003213099