Shannon J. Adkins
ADC# 263465  34A-205
Santa Maria / Perryville

Parsons V. Ryan
CV 12-00601-PHX-DKD

FILED ___ LODGED
RECEIVED ___ COPY

DEC 31 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

To whom this may Concern:
   I would Like to express my concern about a visit that i had at Psych here on Santa Maria on Dec. 23rd 2014. This Doctor was very unprofessional. He decided too stop all my meds. That i have been on for many years. I suffer from PTSD, Bi-Polar, Major Mood Swings. I told him that i have nightmares of finding my fiance hanging. I was diagnosed in 2009, He proceeded to curse at the Doctor's in Pima County Jail, told me i might not even be mentally ill. This Doctor degraded me and ask if i was a former Drug user and bye being honest and saying yes, He said i was just trying too get high. I let this Doctor know were working on trying to get SMI Approved, that i will be court ordered. He said no court order will stand here. I still suffer nightmares, i would Like some help getting meds. Please, Please, Help this Doctor to be for the lady's, or find other employment.
              Thank you
              Shannon Adkins
ADC# 263465   34A-205
Santa Maria   P.O. Box 3400
              Perryville

**INMATE MAIL; ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate Ashton Caddis
ADC# 283729
Arizona State Prison Complex Perryville
Unit Santa Maria
P.O. Box 3400
City Goodyear    AZ 85395
34-A-205 L

PHOENIX AZ 850
30 DEC 2014 PM 7 L

Clerk of The Court,
United States District Court,
District of Arizona
401 W. Washington St, Suite 130 Spc
Phoenix, AZ 85003-2118

RECEIVED
DEC 31 2014
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZ