Ashton N. Gaddis ADC #283729
A.S.P.C. - Perryville
Santa maria
P.O. Box 3400
Goodyear, AZ. 85395
34-A-205 L

FILED ___ LODGED
RECEIVED ___ COPY
DEC 31 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

CV-12-00601-PHX-DKD

12-28-14

To whom it may concern:

I want to inform you of the inhuman treatment I receive from the Psych Doctor here at Santa maria unit at Perryville prison. And also the Psych doctor at Flamenco health unit in Phoenix prison. I was diagnosised with P.T.S.D., Depresion, and anxiety about twenty five years ago. I also have hallucinations and hear voices. I have been so depressed that I've been to SMA (suicide watch) twice this year for days at a time, and also sent over to the mental health unit in Phoenix at Flamenco this year only to be able to stay for 44 days before they threw me out over another inmate hitting me. I did the right thing and didn't hit her back or even cuss at her, but I'm the one they got rid of when I still needed more mental health help. Both doctor's refuse to give me anything medicine wise for my anxiety or P.T.S.D or hallucination/voices. I'm wrongfully convicted of my crime, lost everything, husband divorced me after 17 years of marriage, my mother is on hospice care right now, my step-dad is in bad health, I can't see my children, and my past haunts me from the physical & sexually abusive I've suffered. I go days without being able to eat, and night after night without sleep. The only thing that these two doctors gave me was 20mg celexa.

I need a higher dose of celexa. Which I requested from both of these doctors and they both denied my request. I need other Psych medicines for my other Psych mental illness too. The Psych doctor here at Santa Maria belittled me for being a stripper in my past, accused me of drug seeking, laughed at me, cussed in my face, and told me to get out of his office. He was rude and inprofessional to me. He also ask me if I was in special resource class's in school growing up, then mocked me for my answer. I felt more hopeless, more depressed, and worthless after I left his office. Can you get us a new Psych Doctor in here that will listen to our mental health needs, and give medications as needed? I need mental health help as soon as possible. I'm suffering alot. I'm afraid to even make another Psych. appointment right now while he's still working here. I'm so depressed that I've quit taking the 20mg Celexa because it doesn't work for me. And I'm afraid if I did get to receive any medicines that work for me that he'd just yank me off of them without warning or weening off. I've been through a whole lot of abuse and I'm still currently under alot of stress with my current bad things happening like my divorce, and my mother's illness. Please can you get me help? I can't continue on like this without proper care and proper medications.

P.S. He also questioned my diagnosis's like there was nothing wrong with me except maybe mental slowness/or accused me of just acting.

Thank you,
Ashton Gaddis ADC#283729
A.S.P.C.-Perryville
Santa Maria
P.O. Box 3400
Goodyear, AZ. 85395  / Housing 34-A-205 L

**INMATE MAIL; ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate Ashton Gaddis
ADC# 283729
Arizona State Prison Complex perryville
Unit Santa Maria
P.O. Box 3400
City Goodyear AZ 85395
34-A-205 L

PHOENIX AZ 850
30 DEC 2014 PM 4 L

Clerk of The Court
United States District Court,
District of Arizona
401 W. Washington St., Suite 130 SPC1
Phoenix, AZ [illegible] 85003-2118

RECEIVED
DEC 31 2014
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZ.

SUSTAINABLE FORESTRY INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013