Anthony V. Bogle 98687
Arizona
ASPC-Lewis-Buckley
P.O. Box 3400
Buckeye, AZ. 85326

DEC-28-2014

DEAR CLERK

# EMERGENCY

PARSONS (PLAINTIFF)
vs.
C. RYAN (DEFENDANT(S))

Document 1204
Filed 12/15/14

CIV 12-00601-PHX-DKD

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 31 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

I AM A PRISONER AT SCUM (WIS Prison Complex) IM VERY SICK. I WALK HUNCHED OVER. THE PAIN GROWS WORSE EVERY DAY QUICKER.

**CORIZON** DOCTOR Malanchenski AND DIRECTOR (CORIZON) BRENDA ROJAS REFUSE TO STOP THE CYSTS/TUMORS CANCER GROWING IN MY BODY.

St. LUKES, Hospital STAFF AND MARYVALE hospital STAFF DID ALTRASOUNDS AND COLONOSCOPYS ON ME 2013-2014 AND TOLD ME I MUST GET A DOCTOR TO TREATE ME WITH AN ERGENCY.

# EMERGENCY I AM
BLEEDING, GOING UNCONSCIOUS. IM HELPED BY OTHER PRISONERS GET OUT OF BED, OUT OF MY CELL AND TO CHOW HALL.
**PLEASE CALL THE POLICE.**

YOUR DESPERATE SICK PRISONER A. Bogle
DEC-28-2014

I've lost massive weight.

I'm Feverish.

MY LIVER KIDNEYS ON FIRE cant Do A POOP.

The ASPC Lewis prison complex (Morey) Zon medical Director told Mr. Brenda Rojas ("tech") is an Alices – not qualified told an X-ray Technician needed an X-ray step into X-ray threating me forced me to do room and no one requested or needed an X-ray ceused the blast of X-ray sick? internal bleeding/heat/chm