Clerk of Court —          Parsons vs Ryan CV-12-00601-PHX-ROS

My name is Jason Gregory and I have recently been transfered to Maximum security here in the ADC. I just wanna make a comment about the food or lack there of, here in the max facility in Eyman Complex. I see there is a settlement about to take place in the Parsons vs. Ryan case. In my opinion, part of the settlement should include another meal. See we only get 2 meals a day and I've lost 30 dog on pounds in the last 4 months. I can't afford to only eat breakfast and dinner everyday. I don't get commassary like some of the more fortunate inmates who have people sending them money. Why should the guys that are indigent starve while the rest of the state inmates eat 3 square meals. In response to the memo you all sent out, There is faulty care in ADC Maximum Custody and the food in particular is a major problem.

Thanks

—JB

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  CIVLR 54 7.1(a)(1),(2),(3)
(Rule Number/Section)

___ FILED  ___ LODGED
___ RECEIVED  ___ COPY

JAN 02 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

Inmate Jason Gregory
ADC # 293155 B
Unit Browning
ASPC-Eyman PO Box 3400
Florence AZ 85132

PHOENIX
AZ 852
31 DEC '14
PM 4 L
PRESORTED FIRST CLASS



$00.48
02 1M
0004239340  NOV 25 2014
MAILED FROM ZIP CODE 85132

Clerk of the Court
United States District Court, District of AZ
401 W. Washington St. Suite 130
Phoenix, AZ 85003-2118

RECEIVED
JAN 02 2015
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

8500332130