FILED ___ LODGED
RECEIVED ___ COPY

JAN 02 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT

REFERENCE _____
CIVLR 5.4, 7.1(6)(1), (2), (3)
(Rule Number/Section)

Re: Parsons v. Ryan, CV 12-00601-PHX-DKD.

Tues. Dec. 30, 2014

To whom this may concern:

I am an inmate incarcerated in the Eyman/SMU-1 prison complex. Asking for more information on what's gonna happen with us. (S.M.I) seriously mentally ill inmates from this point on. Since we can't be around other W.P./P.C classified inmates. Where are we gonna be housed. And or are we gonna have our own yard/unit or am I eligible for a good state hospital to help rehabilitate myself. And whats gonna happen when I get my classification score lowered to a medium level 3 yard custody level. Arent we suppose to have our own yard. I have 6 years left on my sentence and need to get cut on my good behavior time. So whats going on. We ask our psych associates Cohen, and Pedretti. these questions and they dont even know. I'm glad for this program. But its all new for me and every one. I could use some help. I'm also Hep-c possitive and suffer from passed Depression. Drug addiction. (1 year clean) this month! and am also going through another class action issue against "Maricopa community college district". for letting people get ahold of my personal information (identity theft) is what theyre calling it. The problem is _____ that this class action group "Gallagher and Kennedy" #602-530-8000

→

wrote me and told me about it. And I'm pending a settlement, But I'm not sure if I'm being represented by them or not. I did tell them after I got they're letter, that I due want to be a part in this. But if it doesn't get approved as a class action/group. than how do I go about the next steps. I don't even know who's fighting for me at this moment. I even told ACLU, and prison law offices about all these issues. I need help. and have alot going on. Even the SMU-1 prison paralegal won't tell me anything. Even though I'm incarcerated doesn't mean I'm suppose to be treated un-fair. I'm going through alot and would appreciate some answers.

Thank you for your time

Respectfully: Mr. Davis Adams #197590

12/30/14

(P.N.) I wonder if I could request a guuds. State hospital or prison program. Like, Delancing St in San Francisco. OR Florence, OR Aspen. to do my last 6 years. These yards/units don't rehabilitate, they're a joke. I don't wanna be institutionalized.

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate / ADC#: MR. Luis Adams #197590
Arizona State Prison Complex: Eyman/SMU-1 HU #1-A
Unit: PO Box 400
City: Florence    AZ   85132

PHOENIX AZ 852
31 DEC 2014 PM 11 L

RECEIVED
JAN 0 2 2015
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Happy Holidays!!

ARIZONA DEPARTMENT OF CORRECTIONS
LEGAL MAIL

850032118

Clerk of the court
United States District Court, District of Arizona
401 W. Washington St. suite 130, SPC 1
Phoenix, AZ
85003-2118