FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 02 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P. DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT
REFERENCE CMI 54.1.1.6.1 (II) (2)
(Rule Number/Section)

Parsons v. Ryan, CV 12-00601-PHX-DKD

Being a member of the plaintiff prisoner class in the above titled case, I have chosen to avail myself of the opportunity to comment on the proposed settlement, which I have read in its entirety. I am new to the AZ DOC system, having been transferred here from Federal Prison last May. However, in the eight months I have so far spent at Eyman Complex/SMU-1, I have heard, seen, and personally experienced numerous violations of the basic Constitutional rights of prisoners such as myself. It is my understanding that the proposed settlement is designed to address some, if not all, of these depredations.

I have personally experienced long delay (of half a month) in obtaining newly prescribed medications and regular lapses of medication during renewal of K.O.P. meds. This seems to be addressed by the proposed settlement. But, officials here also use deprivation of psych meds as punishment, or in retaliation for writing grievances. In September of this year, I was ordered to move to a two-man cell, the day after a grievance I had filed against Mail and Property had been resolved in my favor. It is common knowledge here that such sudden moves are used to punish grievance writers by placing them with a particularly violent inmate or with a total "nut-case". I refused to house, and all of my property was taken, including my "keep on person" anti-depressant medications. These were SSRI

anti-depressants which are not supposed to be stopped suddenly. Sudden ceassation of these meds causes a dramatic drop in Seratonin levels and results in very uncomfortable mental anguish. Despite sending multiple HNR's and ~~tines~~ Inmate Letters to Mental Health and to property (where my meds were), no one did a thing for 12 days. Other people who file grievances have had their meds suddenly stop.

After taking all my property (some of which was "lost"), I was sent to a new single-man cell in what I can only describe as a torture pod. Unlike the pod I was previously in, my new accomodations came with a plexiglass covering over the cell-front and were infested with roaches. Here they also house the most obnoxious and mentally deranged individuals, who are used to torture persons such as myself. They scream, bang and yell all night, allowing no peace or rest for anyone in the unit.

The plexiglass covering is designed to prevent the throwing of feces and urin on the guards. It is only employed in a couple of the pods designed to house the most unruley of inmates. Yet, this is where they sent me — a grievance writer who refused to house with yet another instrument of torture. I have never thrown anything at an officer and am well-behaved. I have no "write-ups" (not even for the refusal to house) and was never found guilty of any

infraction during the decade I spent in federal prison. The only reason I am in Maximum Security at all is the D.O.C.'s unwritten policy of placing anyone with a life-sentence in Max for two-years prior to transfer to a level-4 yard. This sort of retaliatory action and use of the seriously mentally ill as instruments of torture, should be addressed in the settlement.

Another method of torture has recently made itself appearant. It is now December 30th. and the temperature outside is 34°F. ... and the heat is still not on. Only cold air comes from the vent; and as best as I can tell, my cell temperature varies between 50-60° (night/day). Numerous Inmate Letters and complaints by everyone in the pod have thus far been ignored. One new arrival, comming from my former unit (2-B), says its at least 15° warmer there. So, again, it appears this is a very special unit indeed. The other day, a C.O. got in an argument with one of the loud-mouthed inmates on my run and went and told the control-room officer to open the outdoor rec-pen door (which happens to be right next-to my cell) as retaliation. It was 7:00 AM and 34° outside. The door was left open all day and the entire pod froze. The use of the elements for retaliatory torture should be addressed in the settlement.

One provision of the settlement is sure to be particularly well-received by the inmates of SMU-1. I

am referring to the guarentee of equal dietary calories with the general population. The reduced calorie diet we are now subject to is a starvation-level diet not suitable to sustaining anyone who is not totally sedentary. Anyone who exercises regularly will loose ~~weight~~ weight at an alarming rate. I myself have lost 20 lbs. since I got here in May. But, simply increasing the required caloric intake may not be enough to ensure a healthy diet. This requirement is likely to be met by adding sugary sweets to the present menu which is woefully lacking in protien. The diet here is very high in fat and carbohydrates with minimal vegetables, legumes, and no fruit whatsoever. The increase in calories should be only in protien-rich foods other than peanut-butter (which we are currently fed 4 days per week). There is presently no fish in our diet. Fish would be a good source of protien; or an increased ammount of beans. In any case, the caloric increase should be stipulated as only via protien-rich foods and specifically, not as added sugar.

Finally, regarding the monetary settlement... given the limitations placed on inmate plaintiffs by the pernitious legislation known as the PLRA, it seems the best one can hope for. However, I question whether the DOC plans to recoup their losses by eliminating climate control systems. I would not be surprised if it snowed tonight in my cell.

I have little doubt that my commentary will be met with further efforts at retaliation. These, I will thoroughly document and, perhaps, some-day this court will hear the case of Gillilland v. Ryan (or whomever our new Governor appoints in future).

Respectfully submitted, this 30th day of December, 2014,

*Jay B. Gillilland*

Jay B. Gillilland - 262361
ASPC-E / SMU-1
P.O. Box 4000
Florence, AZ 85132

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate Jay Gilliland
ADC# 262361
Arizona State Prison Complex EYMAN
Unit SMU-I (2-A-15)

City Florence   AZ 85132

PHOENIX AZ 852
31 DEC 2014 PM 11 L



Clerk of the Court
U.S. District Court, District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

ARIZONA DEPARTMENT OF CORRECTIONS
LEGAL MAIL

RECEIVED
JAN 02 2015
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

85003213099