pg 1 United States District Court of Arizona
401 West Washington Suite 130 spc 1
Phoenix AZ 85003-2118
RE: Parsons v Ryan
CV 1200601-PHX DKD

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 02 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

To whom it may concern:

I was sentenced to Prison approximately 2 plus years ago. Shawn Lancaster ADC#74309 Upon arrival at Alhambra, I informed the medical staff there, of my pre-existing medical condition. A civilian Doctor, my own PCP, had stated that these were signs and symptoms of Neuropathy. My PCP asked for further testing to confirm his diagnosis.

To date ADC has not sent me to further testing as my PCP indicated. I have not even seen an MD. I've been prescribed various medications to alleviate my symptoms, to no avail. As expected, my symptoms have grown worse up to and including distal atrophy in my hands. I'm growing weaker day by day. I am unable to hand write letters and am having a fellow inmate assist me.

ADC procedures states we must submit a Health Needs Request (HNR) form for all medical requests. I first submitted the HNR over 2 years ago. Latest HNR is dated 12-14-14. The only "treatment" to date is a set of X-rays and pain medications, which did not work and I have been terminated from these meds.

page 2

②

It is apparent that ADC is not or has not met the required "Scope of Practice" practices as stated in rule 9 A.A.C. 10, Article 17. "Sufficient personnel members are present with the qualifications, skills and knowledge necessary to a. Provide the services in the health care institutions Scopes of Services. B. meet the needs of the patient, and 3. Ensure the Health and Safety of a patient

According to the document ADC has provided us Inmates - Parsons v Ryan 2:12-cv-00601- ~~ROS~~ - PHX DKD, it states "ADC will monitor the Health Care to see if it meets more than 100 different measures."

Please Send Reply to:
Mr. Shawn Lancaster
ADC # 74309
ASPC ~~Tuscon~~ Tucson
Unit Winchester
P.O. Box 24407
Tucson, AZ 85734-4407

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Shawn Loucaster
ADC# 74309
Arizona State Prison Complex Tucson
Unit Winchester
P.O. Box 24407
City Tucson AZ 85734

RECEIVED PHOENIX AZ 852
JAN 02 2015   31 DEC 2014 PM 3 L
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA



United States District Court of Arizona
401 West Washington Suite 130 spc 1
Phoenix, AZ   85003-2118

85003213099