Parsons Vs. Ryan CV12-00601-PHX-DKD

AN OFFICIAL AND TRUE STATEMENT THAT CAN BE VERIFIED BY A.D.O.C. RECORDS.

① MY NAME IS KENNETH GRINDLEY #76966. ON 12-29-14 THE ADOC COMMITTEE OVER D.I. 326 AT SMU-1 REVOKED MY STEP-3 STATUS WITH NO JUSTIFICATION. I WAS STEP-3 WITH A JOB. I HAVE HAD NO DISCIPLINARYS OR VIOLATED NO POLICY. I'VE BEEN IN STEP PROGRAM FROM THE START WITH NO MAJOR Rule VIOLATIONS. THIS WAS DONE IN ROTALIATION FOR MY WIFE AND I COMPLAINING ABOUT HER MAIL NOT BEING DELIVERED TO ME. BY TAKING ME OUT OF STEP Program THE STAFF HAVE DENIED ME ACCESS TO CONTACT VISITATION. MY WIFE USED TO WORK FOR A.D.O.C. AND HER EX--HUSBAND WAS A CAPTAIN AT Lewis Complex (CAPTAIN KOENIG) HIS FRIENDS AND EX CO WORKERS HAVE MADE A HOBBY OUT OF HARASSING US AT EVERY CHANCE.

THERE IS NO JUSTIFICATION FOR TAKING ME OUT OF STEP-3 STATUS AND THERE IS NO APPEALES PROCESS

So I'm just stuck with no access to contact visits.

@ I am scheduled to be moved to the new Max unit at Lewis Complex and was eligable for those visits.

I have been employed and going to all groups and programs. This is just one example of A.D.O.C. staff abusing D.I. 326 and continuing to abuse inmates and lying on official documents. A thurough look at records here at SMU-I will show there is no reason to take me out of STOP program. I am in Max for a B. violation and at the time of disciplinary the Captain over Disciplinary reduced charge from a violation stating on his report the charge did not rise to level of an A violation.

The Court needs to be aware this is a daily thing here and staff continue to abuse policy and have no fear of being held accountable for their actions. This instance

NOT ONLY EFFECTS ME BUT CAUSES PAIN & SUFFERING FOR MY WIFE AND STEP DAUGHTER WHO VISIT ME EVERY WEEKEND AND NOW ARE ONLY ABLE TO VISIT ONCE A WEEK BEHIND GLASS. THEY HAVE ALSO DENIED ME ACCESS TO DUE PROCESS AS MY CHARGE THAT PUT ME IN MAX HAPPENED BEFORE D.I.326 WAS IN EFFECT AND IT IS NOT A RETRO ACTIVE POLICY.

By TAKING ME OUT OF STEP program after all THIS TIME THEY HAVE KNOWINGLY VIOLATED MY Right to equal PROTECTION AND ONCE AGAIN DISCRIMINATED AGAINST ME AND MY WIFE BECAUSE SHE IS AN EX EMPLOYEE.

I ASK THAT YOU PLEASE LOOK INTO THIS ISSUE AND VERIFY I AM TELLING YOU THE TRUTH.

Sincerely -
Kenneth *[signature]* 12-30-14

Kenneth Crinocy

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
INMATE Grindling
ADC# 74664
ARIZONA STATE PRISON COMPLEX Eyman
UNIT EMU-1 3046
      PO Box 4000
CITY Florence            AZ 85132



PHOENIX AZ 852
RECEIVED JAN 11 L
JAN 0 2 2015
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

ARIZONA DEPARTMENT OF CORRECTIONS
LEGAL MAIL

Clerk of The Court
United States District Court
District Arizona
401 W. Washington St.
Suite 130, SPC 1
Phoenix, AZ 85003