☑ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

JAN 02 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

Inmate Name: GUY, IAN S.
Number: 195231
Institution/Unit: ASPC-EYMAN RYNNING 28231

PRISON LAW OFFICE
GENERAL DELIVERY
SAN QUENTIN, CA 94964

ACLU NATIONAL PRISON PROJECT
915 15TH ST., N.W., 7TH FLOOR
WASHINGTON, D.C. 20005

AS A PRISONER AT ONE OF THE STATE FACILITIES COVERED BY THE CLASS ACTION LAWSUIT, I AM AFFORDED "CONFIDENTIAL, OUT-OF-CELL INTERVIEWS" (PAGE 12) AND "INTERVIEWS... BY TELEPHONE" (PAGE 13) WITH COUNSEL AND THEIR EXPERTS. WILL THIS STILL BE ALLOWED IF I AM SUBSEQUENTLY MOVED TO A PRIVATE FACILITY? THE PROVISIONS OF THE SETTLEMENT ALLOW FOR CURRENT & FUTURE "RESIDENTS" OF STATE INSTITUTIONS; WILL I LOSE THE PROTECTIONS WON BY COUNSEL FROM THE STATE BY THEIR ABILITY TO TRANSFER ME TO A PRIVATE FACILITY?

AT THIS TIME, CCA & GEO ARE ALLOWED TO CHERRY-PICK THE LEAST EXPENSIVE (I.E. SICK) PRISONERS FOR HOUSING TO MAINTAIN THE CHARADE THAT PRIVATE INSTITUTIONS SAVE TAXPAYER MONEY. WON'T THIS LAWSUIT (AND ITS MILLIONS IN COSTS) REVERSE THAT TREND AND PUSH THOSE LEAST ABLE TO DEFEND THEMSELVES [CHRONICALLY & MENTALLY ILL] OUT OF STATE CUSTODY AND COURT SUPERVISION? WHAT IF A CASH-STRAPPED STATE REVIEWS A PAST PROPOSAL TO SELL BUILDINGS & PROPERTY AND LEASE THEM BACK FROM PRIVATE OWNERS/OPERATORS? THAT WOULD LIMIT OVERSIGHT TO INTAKE (ALHAMBRA) AND OUTTAKE (DEATH ROW) WITHOUT ADDRESSING HEALTH CARE DEFICIENCIES.

Inmate Signature: [signature]
Date: # 195231

Have You Discussed This With Institution Staff? ☐ Yes ☐ No
If yes, give the staff member's name:

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  CIV R 5.4  7.1(a)(1),(2),(3)
(Rule Number/Section)

Distribution: White - Master Record File   Canary - Inmate
916-1  4/15/04

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate  GUY, JAY S.
ADC #  195231
Arizona State Prison Complex  EYMAN
Unit  RYNNING 7B221
P.O. Box 3100
City  FLORENCE           AZ  85132

(For International Use Only)

CLERK OF THE COURT
U.S. DISTRICT COURT
DISTRICT OF ARIZONA
401 W. WASHINGTON ST.
SUITE 130, SPC 1
PHOENIX, AZ 85003-2118

PRESORTED FIRST CLASS

$ 00.48⁰
02 1M
0004239340    DEC 31 2014
MAILED FROM ZIP CODE 85132

RECEIVED
JAN 0 2 2015
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA