Parsons v. Ryan, CV 12-00601-PHX-DKD

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

JAN 05 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Dear Clerk of The Court

My name is Gerald Rector #258244 and I've been victimized by Corizon medical care and NP Modrzejewski.

I have a known and provable back condition that Corizon refuses to properly treat. There are many of us in here with outside street records to validate our claims, yet they are ignored. All medications for my pain and other have been stopped. Corizon no longer supplies my Nitro pills for my heart condition and I've nearly died a couple of times. Just one grievance or complaint results in retaliations by NP Modrzejewski. He hides behind his unnamed bosses, lies to us, refuses to see us, falsifies our medical files to cover up his crimes and is argumentative.

He finally provided back injections; however, they don't last but a week, are extremely painful, and were told to go buy aspirin from the inmate store for our pain or for anything else we might need.

There is NO physical therapy, NO arthritis medications, preventative care, mental health—. It's insidious!

Many of us suffer daily with provable disabilities, many have been crippled for life, many have died, and many are waiting to be told "it's too late." This is a regular occurrence.

Diabetics can't get shoes, improper medications provided, other medications taken without notice for provable conditions... No specialists, doctors care, or concern for our health! When specialists are rarely forced to be provided, Corizon refuses to follow their recommendations and any medications they provide are immediately seized. We might get some of them back if we complain and of course pay for them.

The Az Nursing Assoc. and Medical Board refuse to conduct an investigation or hold open hearings and are held up with red tape by them and our broken grievance system.

We want to know why Corizon can commit mass-murder Nation-Wide and not be held accountable or their staff. These people aren't held to any standard of care and are grossly negligent.

Gerald Rector #258244
12-27-14

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate Gerald J Recier
ADC# 258274
Arizona State Prison Complex Tucson
Unit Cimarron
P.O. Box 24408
City Tucson
AZ 85734-4408

[Postmark: PHOENIX AZ 852 / 02 JAN 2015 PM 10 L]

[Stamp: JAN 05 2015]

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC-1
Phoenix, AZ 85003-2118

8500321 3099