

Jan 1st, 2015

Parsons v. Ryan  CV 12-00601-Phx-DKD

To whom it may Concern; My name is Marshon Terrez Garth Doc #296729, and just Recently I was sentenced to twenty-five years to life for first degree murder! I have been here in Eyman-Browning/Intake unit since December 09th 2014 waiting to get housed to either Central unit, Smu one or here Smu two, all maximum security prisons. Since I've been here (for almost a month now) I have witnessed alot of scenerios which I believe are unconstitutional!!! First of all. When I first arrived here on the complex I was told I was going to be here for only seven to ten days, and I've been here going on one month, (now thats not really a problem) but the problem is I have been here in this cell without any of my privileges such as... ordering commissary, such as, T.V, hygiene, clothing and food, a chance to go to the library or get any books period! Also the ones that are here for disciplinary are not even allowed there property, in such situations where inmates already have there own T.V, clothing, food, books or hygiene and legal paperwork. They put us in these cells with absolutely nothing but one or two pair of clothes, sometimes no towel or face rag, one blanket, and one sheet! On top of that we are suppose to get a chance to go to shower and Rec three times a week right? I have been here for almost thirty days and only showered three times!!! There excuse is that "They don't have enough staff" and the make-up day is suppose to be wednesday but when that day comes they do absolutely nothing... We get indigent supplies every friday. Such as, one shampoo, one bar of soap, one toothpaste and toothbrush, one deodorant and three pre-stamped envelopes/three sheets of paper. This past week we didn't get it on friday., we had to wait til monday for whatever reason, but go the whole weekend without any soap or anything! I have also witness a fellow inmate complain numerous times to medical about him having stomach pains. So one day he falls out and is crying and screaming

out "MAN DOWN" MAN DOWN"! So we help him by screaming and kicking on our door (Thats what we have to resolve to get something done around here) and it literally took them an hour to come and when they came they asked his name and just left! So he just down there crying and screaming and couldve been dying for all they care, but anyway they never gave him the proper medical attention he needed. Also I have been shot prior to me coming to Jail and I still have the bullet lodged in my back, close to my spine and I have severe lower back pain, sometimes I cant even get out of the bed! I was getting proper medication for it in the county jail but when I arrived here to prison I talked to the doctor about it and he provided me with "Nortriptylin" and to my knowledge that is a psychoactic medication! How is that supposed to deal with my pain??? I was so excited to see this lawsuit filed because there is soo much wrong doing going on behind these walls, Im so happy that someone noticed and actions are being taking. I do wish to request that the lawyers of us prisoners do comply and come out and monitor these prisons and make sure ADC is doing there part and aggreement of this settlement and if not then further action be taken place! Honestly I really dont care about the financial part of this settlement. I just want justice to be done for all of us prisoners, especially the ones like me that are doing life or a very long sentences, we also have constitutional rights and ADC prisons have not been exercising them. I would love to talk to one of these lawyers when they come out and do thier tours, and by all means do not take your foot off of ADC's neck until Justice is done!!!
I would also like to thank all lawyers and anybody that had anything or say so about this settlement, from myself and all ADC prisons we THX U....

                                                                Marshon Harth

<7
