Case 2:12-CV-00601-DKD

Parsons v. Ryan ~~[redacted]~~

Document 1204 Filed 12/15/14 Page 2 of 9

NOTICE TO ALL ADC PRISONERS about settlement in Parsons v. Ryan:

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 05 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

My name is Bryan Evans. My ADC number 279929. I like the settlement that you all have come up with. It is fair. I myself have been going through a battle with the ADC to fix my hernia. I have all my paper work well my HNR's they go back all the way to 2013 here it is almost 2015. I have just seen a surgen on 12-5-2014 and they said I need to see another surgen. They have told me that I mite need some of my intestens taken out and I have not yet heard anything from them. I hurt relly bad what it is I cant go to the Bathroom But ones cu week and sometimes every two weaks I hurt so Bad I just want to get this fixed soon as posibal. I have three more years left I get out 1-6-2018 thats a long time to suffer over this. I hope you can help me with this. I also have my mom and Dad they have talked to Corizon and my Mom has talked one time to them on the phone and they said to call Back if there was a problem and now when she calls them they dont pick up the phone my mom is upset about this now she gets on line and I dont

know if they are even checking what she has sent them it is like they don't care about what happens to us in hear look I am not crying about this it is I have a family out there and yes I mest up But I am a human being I hope that they start soon on looking in an all of us hear in prison. thank you for yaur time and thanks for all you have done for us I hope things change to the Better thanks agen Byun fians,

**INMATE MAIL - ARIZONA DEPARTMENT OF CORRECTIONS**
INMATE: Evans Keith
ADC#: 229929
ARIZONA STATE PRISON COMPLEX: Tucson
UNIT 2-C-10
PO Box 24407
CITY: Tucson AZ 85734

PHOENIX AZ 850
02 JAN 2015 PM 6 L

Clerk of the Court
United States District Court, District of Arizona
401 W Washington St, Suite 130, SPC 1
Phoenix, AZ 85003-2118

85003$2130