December 31, 2014

To: Hon. David K. Duncan
From: Laura L. Hedley
Re: 12 CV-00601 NVW-MEA
     Parsons v. Ryan

FILED ___ LODGED
RECEIVED ___ COPY
JAN 05 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Your Honor;

Department Order 802.02, Informal Complaint Resolution, 1.3.2 - Provide a response within 15 work days, 1.3.1 - For Medical Informal Complaint Resolution, contact the appropriate Medical staff to attempt to resolve the complaint and to respond to the inmate's informal complaint. The inmate's COIII contacts the units Nursing staff for response.

Department Order 802.06, Formal Grievance Process (Medical) 1.1, Upon receipt of any Medical Grievance, the unit COIII, Grievance Coordinator shall forward the grievance to the Facility Health Administrator who must provide a response within 15 work days. The FHA is not required to have any type of Medical Training. Our current FHA is Anthony Coleman our Former Deputy Warden who retired from A.D.O.C. in June 2013.

①

Department Order 802.07, Appeals to the Director (Medical). The Unit COIII Grievance Coordinator shall immediately log, process and forward the original medical grievance appeal to the Health Services Contract Monitoring Bureau. There is no specific time frame under policy as to when to file a response for a grievance appeal. However, Department Order 802.01, 1.1.6 states that the maximum length of time for completion of the grievance process is 120 calendar days.

The Utilization Management Physician contacts the FHA who has no medical training, who contacts the Unit's CNA or Nurse to review the inmate's chart. The CNA or Nurse does not thoroughly review the chart, reports inaccurate and/or incorrect information to the FHA who does not have the necessary medical training to conduct an appropriate investigation who then reports inaccurate and/or incorrect information to the Utilization Management Physician who responds to the grievance appeal based upon inaccurate and/or incorrect information. Therefore, the inmate finds no resolution through the grievance process.

This process needs to change. These prisons do not need IRA's. These prisons need Medical Directors who have been educated with the necessary medical training needed to appropriately investigate medical complaints by thoroughly reviewing charts and accessing medical staffs performance. Thank you for your time.

Sincerely,

[signature]

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate: Lester L. Miller
ADC#: 66867
Arizona State Prison Complex: Eyman
Unit: Meza Unit Cluster
City: P.O. Box 3001, Florence, AZ 85132

LEGAL MAIL

AZ Dept. of Corrections
LEGAL MAIL
8500321799

JAN 05 2015

PHOENIX AZ 852
02 JAN 2015 PM 1 L

U.S. District Court
Roslyn Silver, Senior
for the... 
Phx. AZ 85003