Paul B Garland 258497
ASPC/CACF/Geo/M70
Central Arizona Correctional Facility
P.O. Box 9600
Florence, Arizona 85132

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 05 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: GMRS 5.4
(Rule Number/Section)

To: The Honorable Judge David K. Duncan
Re: Parsons V. Ryan, Case No. 2:12-cv-00601-DKD

Declaration Of Paul B Garland, inmate at the Privately run prison Central Arizona Correctional Facility (CACF)

I Paul B Garland, hereby declare under penalty of perjury that the following information is true and correct to the best of my knowledge.

1. On December 17, 2014 a notice was posted in my pod, 3D pertaining to Parsons V. Ryan Document 1204 filed on 12-15-2014. This document was taken from me while I was copying it on my note pad by C.P.O, Rainwater on December 18, 2014 at 09:40 hours. Mrs. Rainwater said "this notice was very very bad and was never supposed to be posted, you shouldn't be copying this notice anyway."

I explained to Mrs. Rainwater that "this notice is addressing

1

all ADC prisoners, which gives me the right to write it down and then respond to it." Mrs. Rainwater tore the document up in front of me, then looked me in the eyes and repeated her previous statement, "this document is very very bad and it was never suppose to be posted in the pods," she then left. I was not allowed to finish copying the notice, Document 1204 from Parsons V. Ryan, Case No. 2:12-cv-0061-DKD. This is a violation of my Fourteenth Amendment right to Due Proccess and Equal Protection Of The Laws.

First by denying me the right to copy this notice from the Federal Court, giving all ADC prisoners a chance to voice their opinion as to the fairness of this settlement in Parsons V. Ryan, and by doing so violated my First Amendment right to Freedom of Speech.

Secondly by denying me equal protection of the laws, ADC, Geo Group Inc., and Correctional Heathcare Companies Inc. are hindering my right to Due Proccess. ADC is also violating the Arizona Constition under Article II Section 36: Preferential treatment or discrimination prohibited; exceptions; definition:

To treat inmates in the private prisons with the very same cruel and inhumane intent mentioned in Parsons V. Ryan clearly shows Mr. Ryan's deliberate indifferants to the very essence of this settlement, thus the very reason the notice was taken down and destroyed.

Mr. Ryan has been informed of the cruel and inhumane

2

conditions through numerous Inmate Grievances such as mine, # M70-007-013 for refusing to follow set policies and Arizona Laws that require stricked adherence, and M70-016-014 for the retaliation for filing a Civial law suit in Federal Court, Case No. CV-13-01809-PHX-DLR--DKD, and Inmate Sittingdown's grievances, such as M70-028-012, M70-043-012, and M70-017-013 in an effort to get Correctional Healthcare Companies Inc. (CHC) to cure a thirty month rash that they knew was Dermatitis on March 16, 2012, yet unable to cure it, thus sending him finally to an outside Dermatologist on October 23, 2013, nineteen (19) months later, which failed to cure the rash. Mr. Sittingdown's case is before the Honorable Bridget S. Bade, Case No. CV-13-1082-PHX-SRB--BSB which is waiting the Honorable Judge Bade's decision on the Defendant's request for Summary Judgment.

    Inmate Sittingdown is seventy-eight (78) years old, he was seventy-six (76) when CHC staff refused to check him for passing out on the yard May 20, 2012 thus violating Department Order (DO) 1101 and 117, also Ariz. Revised Statutes (ARS) 32-1401 (27) and 32-1601 (16) set procedures by the presiding State, Ariz. which they deliberately chose to violate, making them deliberately indifferent to his serious need for medical care. Mr. Sittingdown was never X-rayed for possible fractures despite the lawsuit brought against CHC staff.

    On December 20, 2014 at approximately 0930 hours

3

I entered the library at CACF/Geo/MTO to review the settlement notice in Parsons V. Ryan in its entirety, this request was denied me by an inmate staff member who stated that that document was posted by mistake, and that the librarian had removed it from the library.

I asked the inmate if I was being denied legal access to the notice, he replied "not by me", I then said "if not you, then Geo", he replied "yes".

If Mr. Ryan has agreed to correct the medical issue's then why is he making sure the ADC prisoners in the privately run prison's don't see this settlement.

2. ADC's willingness to violate their own policies are noted in Parsons V. Ryan, this overwhelming fact only indicates why ADC shouldn't be monitoring their own deficiencies, because that's who was monitoring the illegal act's during the lawsuit, which never changed when their illegal conduct was being exposed. Mr. Ryan has agreed to correct what he claims isn't broken, and with that mentality it's clear that he intends to do as little as possible. Due to Mr. Ryan's blatant conduct in allowing the private contractor's Geo and CHC the liberty to continue their cruel and inhumane procedures in denying adequate medical care, it would be detrimental to all those inmate housed by a for profit organization who's sole goal is to make money off every inmate they deny treatment that's mandated already. Mr. Ryan's conduct

without question is criminal, he's allowing the private contractors the liberty to violate ARS 41-1609.01 (B2), 32-1401 (27), 32-1601 (16), 41-770, 31-201 (J) and more, when the states action's indicate that they're above the law, who's going to correct that mentality.

Inmates are dead due to the premeditated actions of those professionals who deliberately denied medical care in the name of profit, both ADC and Private prisons. Has a prisoner housed in a Florence private prison, CACF/Geo/M70 and under ADC Jurisdiction I wish to exercise my First and Fourteenth Amendment right by responding to the Federal Courts Notice with only a small portion of the facts that were agreed upon in the settlement.

I respectfully request the Honorable Judge David K. Duncan to please send me a copy of the settlement so that I may articulate to you, what ADC and Geo wishes me not too. Again:

I hereby declare under penalty of perjury that the forgoing is true and correct.

Executed on December 20, 2014

*Paul B Garland*

Paul B Garland 258497

5