Roberto Ramirez Garcia
ADC# 243523
ASPC-EYMAN SMU-2
Browning unit 1B-60
P.O. Box 3400
Florence AZ 85132

RECEIVED ____ LODGED ____ COPY
JAN 05 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

RE: Settlement in Parsons V. Ryan, CV 12-00601-PHX-DKD

### Introduction

This letter is in regard to the Parsons V. Ryan class action lawsuit settlement pertaining to the unconstitutional conditions in the max security prisons/yards/units, in the Arizona Department of Corrections

In this letter i will touch on several subjects regarding the inhumane, unconstitutional conditions of max security.

### 1.) Torturous Effects of Solitary Confinement

ADC's max security units are virtual incubators of psychoses — seeding illness in otherwise healthy inmates and exacerbating in those already suffering from mental infirmities. Much has been written of late on the torturous effects and wide scale use of solitary confinement in US prisons and the fact that this torture causes mental pain and suffering, and in many cases psychosis, however the forms this damage takes and the suffering it causes both the victims and those around them is a very serious issue. Ive witnessed the mental deterioration of many a prisoner over my time in solitary. Often the worst cases are those who lack outside contacts, and thus have no one to turn to for compassion, material support, and basic human interaction. Deprived of human companionship and the complex sensory stimulation of "normal" social environments, the mind closes in on itself, searches desperately for stimulation, and attempts to create (compensate for) internally, what it is deprived of externally. The resultant imbalances and psychosis take many forms. Even mental health

(1)

Torturous Effects of Solitary Confinement (continued)

experts admit there is no single nor simple diagnosis of the mental impairments sensory deprivation causes. But common patterns do emerge. Many people, however, don't independently have or cultivate the internal reserves or have the needed outlets of social support, and thus dont "adjust" or survive long term solitary with their minds still largely intact. Coming to terms with and understanding this condition is something ive had to do, both for the sake of "helping" my peers and keeping myself grounded as well. This because one of the many tactics of abuse and retaliation used frequently by prison officials against those who challenge them through complaints, litigation, physically, etc. is to deprive us of the essentials such as food, mail, medical needs, recreation, etc.

2) Deprivation of Essential Needs

Inmates currently confined in maximum security SMU-1, SMU-2, Central, EYMAN, Etc. are constantly being deprived of essential needs. At times not getting our mandatory recreation and being confined to a cell 24 hours a day, sometimes days and sometimes weeks. Many inmates are also constantly being placed in harms way through the rancid food that is sometimes served. On often occasions all the food might be rotten, and for the individuals who have no financial support, have to choose between eating the rotten food or starving. This issue has been addressed several times throughout the superior ranks Sgt; LTs, CPTs, ADW, DW, Warden, and director. There have been several promisses made that the quality of

(2)

<u>Deprivation OF Essentials Needs</u> (continued)
the food will change. nothing has changed so far. several incident Reports have been done about this issue but no changes have Resulted in this matter. there are very serious health issues that are being violated due to the kitchen continuously serving food that is not "decent" to the minimum Requirements. portions are also very poor.

3.) <u>Medical Neglect</u>
medical attention is constantly being neglected to inmates housed in maximum Security. Many inmates are sometimes not given attention when it comes to medical needs, such as medication, psych meds, and not Responding to "HNR's" (health Needs Request) sometimes medical taking up to 1-5 months Just to Respond and another 1-5 months to be seen/evaluated. many times medical is short of staff and that excuse is constantly used to deprive us of medical attention. For people who have serious medical issues the deprivation of medical attention has Resulted in inmates being seriously physically ill, mentally ill, in pain, and even death. No changes have also been made Regarding this issue.

4.) <u>Harsh And Inhumane Living Conditions</u>
for years and even decades inmates have been confined to very poor, Harsh, and inhumane living conditions. To speak in particular (Central) unit has a severe infestation of bugs (Roaches) and critters. once a month a spray is administered throughout the buildings to attempt to exterminate all the critters, but does very little

(3)

Harsh And Inhumane Living Conditions (continued)
to that effect the Central units buildings are very old and are in different stages of deterioration yet inmates are constantly being housed there.

Water: The water here is so bad (SMU-1 SMU-2 Central and the majority of yards/units in Florence AZ) that every correctional officer here refuses to drink it and every one of them brings his/her own water to drink. The water has so much calcium and is treated with so much sodium that it leaves a thick white deposit caked on all our sink nozzles that is as thick and hard as cement. And when you run the water in the sink for about 10 to 15 seconds, you'll start to see the sodium deposit build up, foaming around the edges of the water. Turn the water off, as it dissipates, it leaves behind a thick white film that hardens on the inside of your sink. This thick, white sodium film sticks to the inside of the cups and bowls, too, as well as to our bodies too, which leaves you with very dry and itchy skin. Now if this sodium film deposit is sticking to everything water touches, what is it doing to the inside of our bodies after we consume it, especially when you're drinking the eight recommended cups of water a day? Administration and prison superiors are well aware of this water issue but it is of no concern to them, because to them, we are only prisoners! And they don't have to drink it, shower with it, etc.

Sanitation: Serious health issues are involved with the sanitation issues. Inmates in max security rarely get cleaning and sanitation supplies, when sanitation supplies are given, very minimal supplies are offered such as very poor, diluted disinfectant or cleaning chemicals, and very

(4)

## Harsh And Inhumane Living Conditions (Continued)

worn out scrub brushes. Other then those two items nothing else is ever offered.

**Mold:** The sinks drain has developed black mold inside the drainage pipe. often the water does not go down and the mold will back up and clog the sink. then mold particles will start to emerge from the drain which gives off a very foul odor and smell. Black mold is a serious health hazard which can potentially put alot of inmates health at risk. maintnence also does very little to resolve this issue.

5.) ## Abuse Of Power and Ethical Misconduct A Constant Violation Of Policy, Procedures, and Laws.

ADC's staff knowingly violate daily every rule, policy, law, standard and constitutional provision that has been written to provide prisoners with their basic human rights, and they do it as though they have no conscience at all and it is their normal way of life, that we prisoners should be thankful for and accept with a smile and a "thank you sir." with that, they flex their muscles as though they stand on the absolute power of virtual impunity that allows them to constantly get away with the crimes they commit upon us prisoners daily. Thus, they boldly think we should bow to their whim. ADC's staff and administrators are currently violating our United States Constitutional Rights, the Arizona Code of Regulations and other rules, laws, policies and standards with the intent of breaking down and destroying men and women prisoners, family bonds and moral ethics here in Arizona. This ethical misconduct. Etc. leads to the

(5)

<u>Abuse of Power and Ethical Misconduct A Constant Violation of Policy, Procedures, and Laws. (continued)</u>

following questions: why are such careless superior individuals given such power? and why have all the clear violations gone unnoticed for all these years? These questions have remained unanswered.

6.) <u>Step Down Program and Long Term Solitary Confinement</u>

The Step Down Program (SDP) was designed to give max custody inmates as well as (stg) security threat group validated inmates a chance to earn incentives, and upon completion of the (SDP) eventually be let back into General population circulation. This step down program has proven to be very flawed. There are 3 steps in the (SDP) which according to ADC's Policy, Rules, and Procedures, movement to each step will take a minimum of 30 days to move on with the next step as long as the inmate is in compliance with the expected behavior. Specifically speaking on inmates here at Browning-Unit SMU-2 there are several inmates who have been here well over 6 months. Participated in programs, and any classes that might be offered, complied with the expected behavior and have remained a Step 1. There is little sign of the steps operating but we continue to go along with what is Required of us and we are Recieving little to no beneficial treatment and any real progress in the step down program. It is like we are being punished for participating!

<u>STG Validations:</u> SSU (special security unit) is constantly Validating inmates or issuing "STG points" due to petty and bogus Reasons. On occasions inmates might Recieve

(6)

(continued)
## Step Down Program and Long Term Solitary Confinement

STG validation points based on family letters, artwork, drawings books, and social interactions. which some might have absolutely nothing to do with "gang activity" (The whole Reason why "SSU" validates inmates) alot of times inmates might be validated or placed in max custody solely upon heresay from "confidential informants" (CI's) which alot of times there is no basis nor evidence for the information the confidential informants may provide. due to the (CIRAQ) "confidential informant Reliability Assessment Questionnaire" disciplinary gives inmates no chance to dispute or contest the allegations and information the (CI's) provide to "SSU" or disciplinary. Therefore giving inmates no fighting chance at max custody placement or (STG) validations and giving the disciplinary officer the power to determine the fate of the inmate's validation or max placement.

### Longterm Solitary Confinement:
First i believe solitary confinement should be a last resort and absolutely prohibited for the mentally ill for Juveniles, and for breast feeding mothers. Second, i believe solitary confinement must be used for a determinate period of time only. Not knowing when one might be released from solitary confinement is mental torture in and of itself. Third, no one should be kept for longer than 15 days in total isolation: that is, in conditions where they cannot have access to Reading materials, writing materials (blowning intake), legal materials, and zero Contact with family or loved ones. This number is not arbitrary, but based on studies that demonstrate long-term if not permanent mental harm occuring after this time period. in addition, i believe in general that there should be a limit on the use of solitary confinement and that it should be

(7)

Step Down Program and Long Term Solitary Confinement (continued)

difficult to renew such a period. I also express my deep concern that solitary confinement is sometimes used as an administrative measure to avoid due process. People are held for long periods of time in solitary confinement "pending investigations" or other petty reasons. In addition i note that due process has different levels, and that the level of due process afforded the individual in question must be determined by the level of pain and suffering solitary confinement will cause -- not whether the process is meant to be punitive or administrative.

## Conclusion

I conclude that the facts stated in this letter are true and the issues presented are very real and serious. I have drafted this letter and gathered this information with hopes that the issues presented will be discussed and taken into consideration when discussing the settlement in Parsons v. Ryan, CV12-00601-PHX-DKD on the fairness of the settlement on Feb 18, 2015 at 1:30 PM, at the United States Courthouse in Phoenix, Courtroom. I have also included the signatures of my fellow inmates who are currently housed in my unit/pod that can attest to these facts stated in this letter.   Justin Deppy #133581

Sincerely,

Robert Ramirez G-ADC#243523    Anthony Gutierrez #269175

Richard Mesa #182506

Paul A Lopez #238132    Raoul Lopez

Michael G. Salazar #235428    Eligio J. Valenzuela ADC# 230945

(8)