1. Phillip Carson #091914
2. Arizona State Prison
3. PoB 3300 A-44
4. Florence, Az. 85132

FILED LODGED
RECEIVED COPY
JAN 05 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ P DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Parsons et al
Phillip Carson
        Petitioner

    v.

Charles Ryan
    Director
        Defendant

CV 12-00601-PHX-DKD

Response to settlement
by 1/26/15

Comes now the Petitioner via class action of
the Parsons v. Ryan civil case, The Petitioner
Phillip Carson respectfully requests this honorable
Court to review attached Grievances and to
rule in favor of petitioners request.
    1) Petitioner Carson must wait 120 days on
Attach unavailityet due to grievance policy procedure.
    2) Grievance procedure is being grieved by
Carson due to the fact that the ACLU and
or American Medical Association is unable to
aide petitioner until 120 days from the initia-
tion of Grievance; and Carson believes Inmates
are systimatically dying on prison yards do
to this extreme time frame.
                pg 1 of 5

3) Petitioner Carson informed Director Ryan that under current policy procedure for Grievances the Director must respond to a (non) medical issue within 30 days of receiving a grievance i.e. a .10¢ toothbrush was defective.

However a medical issue where as an Inmate is suffering pain and/or an ependix is about to rupture; the Director has 120 days from Grievance to respond to issue, before the ACLU or AMA can even be contacted about a life threatening issue, or serious painful issue.

4) The settlement under Pharmacy # 11 states Formulary medications are to be delivered within 2 business day from Doctors order Please review Attach Ⓐ where Connie Hawley from Corizan states Inmate Carsons meds were delivered to Health unit on 12-16-14, when in fact they had not been.

Petitioner Carson had to contact an RN "Lori" on 12-30-14 who contacted the Pharmacy and contacted a pharmasiet "—" who mailed out medications that day. The AFHA for Corizan do not seriously "look up Inmate Carsons medical issues, yet they state in their responses that the issues are resolved.

When Petitioner Carson Contacts

pg 2 of 5

the Director Charles Ryan, mr. Ryan just affirms any response that Corizan claims.

5) Another example of this is Directors affirming response to AFHA Corizans response of 3-17-14 in grievance # A44-053-014 where AFHA montano states" *The medical provider reviewed your medical record and noted that you had been taking gabapentin for neuropathic pain.*"

When in fact Petitioner has never had neuropathic pain for he does not nor has he ever had neuropathy. Corizan had informed Dr. schroff (per Dr. schroffs statement to Petitioner — which has never been contested in any grievance) to take inmate Carson off of gabapentin for his neurophathy.

Petitioners chart never was reviewed or it would have been apparent that inmate Carson was prescribed gabapentin over the last years for migrains; and not for Neuropathy.

When Petitioner pointed this out to the Director in Grievance Appeal of 3-26-14, the Director stated "*It was also clarified at that time, that you were taking gabapenton for chronic headaches and not for Neuropathy*"

The fact is Dr. schroff after the fact that Inmate Carson told him that he must of

pg 3 of 5

"falsified" his report to the AFHA; at our consult. As ~~Inmate~~ Inmate Carson told Dr. Schroff this; Dr. Schroff got out his "Red Pen" and wrote in chronic section of inmates chart "Chronic migrains".

The point is it is a visious circle where medical continually trys to wear the Inmate down with the help of the directors office I believe 3 Inmates have recently died in the last few months on this yard A-44 due to lack of medical pre-treatment.

It is medical taking several weeks or months responding to Health and needs requests that allows inmates appendix or or organs to rupture or die.

The LPNs and RNs are not screening HNRs within 24 hrs. of receipt, nurse "Norma" on this yard is in charge of this area I believe and she has never acknowledged my request to know where my responses to my HNRs are, this violates settlement # 32.

6) In Attch. © Doctor Schroff has interupted Inmate Carsons mental Health treatment plan by MD Schroff taking off the Providing psych MDs order of medication and replacing psych Drs. name (Butler) with his name Shtoff MD. Inmates grievance was denied and declared unprosessed; This

pg 4 of 5

violates Settlement #13-14.

7) attachments D, E and F are also enclosed for review.

ADC' Grievance procedure is a farce and the Director seems to be a puppet for Corizans responses. Note I saw this coming when Corizan was on several of the news channels and all the word was that they were trouble in every state that they had been in.

However ADC purchased them with this knowledge, more than likely because they were the cheapest ~~insurance~~ insurance company on the market.

This Petitioner was on gabapentin which ~~who~~ worked for preventing his severe migrains. However gabapentin is more expensive than the other experimental medications in Attachment (G).

Corizan has caused petitioner to suffer sores, and scars, boils and ~~an~~ a variety of serious bad side effects from all the other (Trial) medications when the original med-ication was effective and ordered by Dr. Slayer, Dr. Sharp, Dr. Schroff and others.

However it seems pain remains at the Buck. This settlement is good in part and too easy in parts for Corizan to still deny appropriate health care; Please make Corizan more liable.

Respectfully ~~[signature]~~ #091914    pg. 5

Attachments

Parsons V. Ryan CV12-00601 PHX-JKD

A    12-30-14 grievance
B    2-14-14 grievance
C    12-22-14 grievance
D    9-25-14 grievance
E    3-5-14 grievance
F    12-30-14 grievance
G    12-26-14 informal

✳ Petitioner Carson does fear retaliation
from Director or offended parties, yet
he has only spoken the truth, which needs
to be said in this case, ✝

Respectfully _signature_

Ⓐ

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Inmate Grievance**

Court Please Read. All

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Received By | M. Smith |
| Title | LT. |
| Badge Number | K42 | Date 12-30-14 |

| Inmate Name (Last, First M.I.) | ADC Number | Date |
| Carson, Phillip L. | 091914 | 12-30-14 |
| Institution/Facility | Case Number | |
| 11A3   A-44 | | |

To: Eliza Humer   AFHA   Exhausting remedies

Description of Grievance (To be completed by the inmate) on 12-3-14 Nuerologist (psych) added 75 mgs effexur
to help "reduce" migrains.
on 12-23-14 I did information effexur was not given me pm 75 mgs
on 12-30-14 Corizon Connie Haudey stated my effexun arrived 12-16-14
on 12-30-14 I was seen by RN "Lori" at H/U who rolled pharmacy and
find an effexur has not been sent to A-44 H/U
on 12-30-14 Pharmacy hand wrote order for pm effexur; I/m was
told effexur should be here by Jan 1 2015.
Connie Haudey believed pharmacy sent m, 75 mgs of Adert xnyl
effexur on 12-16-14, Ms Hauke, from Corizon did not do a proper research
of my issue, If I had not had nurses line today the 75 mgs effexur
would still not be order and on its way to me. This just goes to show
Corizon does not care or look into I/m" serious pain issues i.e. migrains.

Proposed Resolution ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?) 1) I than I am today that effexur is normally only ordered for 1 x daily and
needs specific request it is needed for 2 x daily. You would think Corizon
would also know this (ask pharmacy). I have suffered since 8-2-14 due to
medication change at Corizons request to save $. I believe. I am still
suffering and Ms. Huxleys investigation was 100% in error of result. I
had to fix it at nurses line. why? Resolution: Fire Connie Hawke, replace
her with competant Admin. or admit error and lets move - Bruw crazy problems

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
| [signature] | 12-30-14 | | |

| Action taken by_____ | Documentation of Resolution or Attempts at Resolution. |

| Staff Member's Signature | Badge Number | Date |

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

1#3

802-1
7/13/09

3-5-14  Ⓑ 



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Resolution    11A3

Complaints are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | | Date |
|---|---|---|---|---|
| Carson, phillip | 091914 | 11A03  A-44 | | 2-14-14 |

| To | Location |
|---|---|
| Co3 Ford (Smith) | Assigned Counselor A-44 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On 2-9-14 RN and nurse said Dr. Shroff ordered
me an additional pain med.
After taking this med I got very sick, angry and
high and started breaking out with a rash.
I found out Dr. Shroff ordered me noratriptyline-
~~and he did not consult me on this medication,~~
~~I would have told him~~ I must take cogentin, benedyl
nd artane when taking triloeryts (sp).
~~my file cleary shows I have a history of mental~~
~~health issues.~~ ~~He is Dr. Salyers order for Gabapentin).~~
Noratriptyline is a very dangerous drug. My system
as adverse reactions to many medications. Dr Shroff
s putting me through physical and mental pain. He intentionally
eant to do this or he never reviewed my file before
~~hanging my meds.~~ Resolution: Admonish Dr. Shroff (document) and
apologize to me and be more caring and professional.

| Inmate Signature | Date |
|---|---|
| Respectfully [signature] | 3-5-14 |

| ve You Discussed This With Institution Staff?  ☑ Yes  ☐ No | Co3 Smith, RN Scott |
|---|---|
| es, give the staff member Name: | Nurse Jennifer, Marty King, Co3 ford. |

ibution:  Original – Inmate
Copy – Grievance Coordinator File

802-11(s)
12/19/12

19 of 22

3-5-14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Carson | 091914 |

Institution/Unit

ASPC - EYMAN - MEADOWS UNIT

| From | Location |
|---|---|
| M. SMITH | BUILDING 11 |

This is in response to your informal complaint dated 02/14/14.

Based on your informal complaint, you have indicated that Dr. Schroff had prescribed the pain medication-noratriptyline for your condition and said medication had caused you to have severe reactions (angry, high and rashes).

On 03/03/14, COIII Smith was able to discuss your informal medical complaint with nurse supervisor, Ms. Scott. After reviewing your informal complaint, Ms. Scott indicated that you have been scheduled to see a doctor on 03/04/14.

If you are not satisfied with this response to your informal or your issue has not been resolved, you may want to write to the Assistant Facility Health Administrator, Dianne Montano at Eyman Rynning Unit.

| Staff Signature | | Date |
|---|---|---|
| | 18 of 22 | 3.5.14 |

Distribution: Original – Inmate
Copy – Grievance Coordinator File

802-12(e)
12/12/13

3-7-14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Received By | Co# Smith |
|---|---|
| Title | Co III |
| Badge Number | B42 | Date | 3-7-14 |

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| Carson Phillip L | 091914 | 3-7-14 |
| Institution/Facility | Case Number | |
| A-44 IIA03 | A44-053-014 | |

To: Grievance Coordinator / Fila Dianne Montana
Attachments informal response, 2 pg, rec devil

**Description of Grievance** (To be completed by the Inmate)

on 1-17-14 per R.N. Scott Dr. Shroff added the medication Neurotriptyline for pain relief. (R.N. told me this on 3-4-14) on 2-9-14 I took the medication at pill/Watch swallow window not knowing what it was, nurse Transfer told me it was for pain. (note I was never consulted about this med nor was I seen by Dr Shroff nor did he send me a medication fact sheet or anything at side effects) (or 2-10-14 watch swallow). on 2-9-14 I got very sick i.e. nausea, angry, mixed up and extremely high (note I had been clean and sober since 4:25 ?? by 2-11-14 my symptoms worsened pain, suffering and anger w/ anxiety weird thoughts. on 2-12-14 I request mental health treatment and rash started appearing. I am suffering rash still lips, left cheek, neck, chest.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?) HNRS on :
2-10-14, 2-11-14, 2-12-14, 2-12-14, 2-12-14, 2-12-14, 2-13-14, 2-14-14, 2-15-142-284 2-24-14, 3-2-14, 3-3-14, 3-13-14, 3-4-14, Informal 2-14-14 (3-5-14 Resolution) Affidavit 3-6-14 Resolution: Admonish Dr. Shroff _____ _____ I must take Stevens Johnson etc. w/ Trayvodes my ADC shots this. And/or Apologize in writing.

| Inmate's Signature | Date 3-7-14 | Grievance Coordinator's Signature ??? | Date 3/11/14 |
|---|---|---|---|

Action taken by _____ Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number A22 | Date |
|---|---|---|

**ARIZONA DEPARTMENT OF CORRECTIONS**

3-7-14

Inmate Grievance - GF Supplement

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Carson, Phillip L | 091914 | A-44 11A03 | A44-053-014 |

## ATTACHMENTS

1) 1-24-14 S.N.O. Per Consult Dr. "A" properly addressed my medical issues.
2) 9-16-13 Dr. Salver consulted me w/ Dr. von. Due to the intensity of Pain caused by my migrains. Dr's ordered Gabapentin again. Dr. Noted in my file "MENTAL HEALTH HISTORY."
3) 2010 Dr. Sharp changed my script of carbanzepine for migrain/associated injury Pain and Tried me on Gabapentin a NON ADDICTIVE medication.
4) Dr. Sharp Gave me a copy out of his Pill book to be aware of adverse side affects.
5) 3-24-10 my carbanzepine levels too high.
6) 5-12-09 E.M.G. shows NO Neuropathy- Rather "Mucle injury/disorder."
7) 3-5-9 E.M.G. shows NO pinched or evidence of Radiculopathy.
8) 11-8-03 lower BUNK S.N.O. Due to back injury after consult w/ Dr. Virluan.
9) 8-07-07 evidence of My character (in Part) after consult w/ psyd Fulks.
10) 6-6-7 Back Brace s.n.o. due to injury after consult w/ Dr. Virluan.
11) 1-15-98 Bi-Polar, Personality Disorder Axis I & II - Seizure disorder Axis III.
12) 6-15-97 seizure disorder, Head Trauma,
13) 10-3-94 physical head trauma after consult w/ M.D. O'connor psychiatrist.
14) 3-6-92 Personality Disorder diagnosis Dr 1980 Per D.A.V. Dr. Corely.
15) 3-17-12 Sobriety Taken serious Per Co** HaH after my extended Volunteer work.
16) 3-07-14 I/m Grievance
17) 3-5-14 INformal response Per RN Scott (3-4-14 Dr. appointment Denied me)
18) 2-14-14 informal
19) 3-6-14 Affidavit concerning Northriptyline.
20) 3-17-14 ~~Affidavit~~ ~~concerning~~ Gabapentin for Neuropathic Pain, Montano has relied on Dr. Shroff "allegedly" renewing my medical file.

Upon my own investigation of this matter, it is more than obvious my medical file clearly shows I suffered ~~seizure head injury~~ ~~22 yrs~~ old, suffered ~~seizures, head injury~~ in 2007 and ~~mental health~~ issues along with serious migrains and high blood Pressure due to CHRONIC HYPERTENSION. ~~Dr. Shroff claims I was given Northriptyline for~~ ~~neuropathic Pain, neuropathy is Clearly discussed per E.M.G. Test and history~~, Northriptyline is dangerous to People w/ mental Health history including Bi-Polar, Anxiety, seizure Disorder, ~~Anxiety this can this~~ can this be confirmed by Dr. Salver by history ~~w/ migrains and script~~ to have been provided shows Dr. Salver reviewed my ~~medical file at Eyman~~ 9-16-13. IT is highly, more than Probable, Corizan Health is making a greater Profit by Denying I/m Patients the appropriate more expensive medications while I/ms suffer.

| Signature | Date |
|---|---|
| *[signature]* | 3-27-14 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

2 of 2

802-7
7/13/09

3-17-14

## ARIZONA DEPARTMENT OF CORRECTIONS
## CORIZON HEALTH
## INMATE GRIEVANCE RESPONSE

Phillie

| Inmate Name: Carson, Philip | ADC #: 091914 |
|---|---|
| | Grievance #:  A44-053-014 |

| Facility/Unit | |
| Eyman/Meadows | |

| From: AFHA Montano | Location: ADOC/EYMAN |
| Inmate Health Services | |

This is a response to your Inmate Grievance dated March 7, 2014.

Received in Eyman Inmate Health Services on March 14, 2014.

Your primary concern is you are alleging misconduct against the medical provider because received nortriptyline without seeing the doctor.

Thank you for bringing this matter to my attention.  Investigation into this issue you have raised included a review of your medical records which indicate that on January 7 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and that the gabapentin was now being denied as a first choice of safe pain management for your condition. He ordered nortriptyline, a medication for depression ▓▓▓▓ also used often for chronic pain conditions such as yours.  He also ordered laboratory testing be completed.  On January 24, the medical provider reviewed your medical record in response to your HNR of 1/17/14 requesting renewal of special needs orders. On February 22, you were evaluated by the medical provider in regard to HNRs of February 10 and February 11, stating that you had side effects from the nortriptyline and requesting gabapentin.  The medical provider discontinued the order for nortriptyline, but did not renew the gabapentin.  Please be advised that it is not always necessary for the medical provider to actually see a patient to make changes in medication. The decision to start, discontinue, or change medications is ▓▓▓▓▓▓▓▓▓▓▓▓ based on pertinent ▓▓▓▓▓▓ and the medical judgment of the prescribing provider.  It is not an administrative decision, nor is it at patient preference. There is no evidence of misconduct by the medical provider.  This grievance is considered resolved.

submit an HNR should you require medical attention.

**YOU MAY APPEAL THIS DECISION TO THE DIRECTOR BY REQUESTING APPEAL FORM GF-2.**

Rec 3-24-14 (P)

| Staff Signature | | Date |
|---|---|---|
| W. Montano, AFHA     22 of 22 | | 3/17/14 |

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

3-27-14

B

(To be completed by staff member initially receiving appeal)

| Received by: | COII SMITH |
| Title: | COII |
| Badge #: | 1842 |
| Date: | 3-22-14 |

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
| Carson, phillip l. | 091914 | 3-26-14 |

| Institution | Case Number |
| A-44    11A03 | A44-053-014 |

TO:

AFHA Director        Per D.O. 802.06 (1.5) Exhaustion/Remedy

I am appealing the decision of **AFHA montanos (Non-Truth)** for the following reasons:

on 3-17-14 AFHA considered my grievance ~~misconduct / malpractice~~ resolved, I received
notice 3-24-14. In response AFHA stated ~~████████████████████ of.~~
~~██████████████████████████████████████████~~ ~~gabapentin~~
~~for migrain~~ "This is a Non-Truth. I receive gabapentin
daily for migrain prevention. On 3-25-14 Dr. Shroff "the" medical provider
told me the he never told you that my chart said I have neuropathic
pain. He said 3-25-14 "This is the first time I treat you". what provider
is it then who reviewed my File? or did any~~one~~ review my File before
I was prescribed the dangerous drug Noratriptyline. Deliberate indifference

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
| Phillip-Lc. | 3-27-14 | COW ferg Cruz 2002 | 4/-2014 |

| Response To Inmate By: | Location |

Received

APR 04 2014

**Health Services**

| Staff Signature | Date |

**DISTRIBUTION.**
INITIAL:   White & Canary - Grievance Coordinator
           Pink - Inmate
FINAL:     White - Inmate
           Canary - Grievance File

1 of 22

802-3P
2/14/00

5-14-14

# Arizona Department of Corrections



1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



JANICE K. BREWER
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL:  TO THE DIRECTOR

Inmate Name: CARSON, PHILLIP        ADC No.: 091914        Case No.: A44-053-014

Institution: ASPC-EYMAN/MEADOWS                     Date Received: April 4, 2014

I have reviewed your Grievance Appeal in which you allege deliberate indifference because a doctor ordered Nortriptyline to replace your Gabapentin without ~~examining or consulting~~

Your Grievance Appeal has been investigated including a review of your medical and pharmacy records. Based on our findings, your appeal is denied.  The reasons for this decision are:

1.   Our review shows you are being followed by medical staff for a number of health issues including your complaints ~~████████████~~ Over time, you were provided various medications for pain management including Excedrin, Motrin, and Gabapentin. On 1/7/14, Pamelor was added to your treatment regimen; however, you complained of adverse reaction to this medication so it was ordered to be discontinued on 2/22/14 ~~████████████~~ During a Chronic Care Clinic of 4/3/14, your vital signs were noted to be within normal limits and no acute findings were noted. ~~████████████~~ Based on this information, no further action is necessary regarding your Appeal.

2.   Please submit a Health Needs Request (HNR) if you have additional medical concerns or needs which you wish to discuss with a medical provider.

This response concludes the medical grievance process per Department Order 802.06 Medical Appeals to the Director.

Charles L. Ryan, Director                                    5/14/14
                                                              Date

cc:  Facility Health Administrator, ASPC-Eyman
     C.O. Inmate File

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| Received By | _Smith_ |
|---|---|
| Title | _Co II_ |
| Badge Number _1842_ | Date _12-22-14_ |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M I.) _Carson, Phillip L._ | ADC Number _091914_ | Date _12-20-14_ |
|---|---|---|
| Institution/Facility _IIAO3    A-44_ | Case Number _UNPROCESSED_ | |

To: _AFHA Eliza Homer_

**Description of Grievance** (To be completed by the inmate)

my medical provider submitted a non-formulary request review to renew my gabapentin on Aug 20, 14 per per Eliza Homer. when the order was denied Dr. schroff took my psychiatrists order for 1,000 mgs for tegretol added 200 mgs and put his name on order; voiding my mental health treatment at 1,000 mgs of tegretol. Tegretol does not prevent my migrains—Hence my m/h treatment is now in Dr. schroffs hands to do as he pleases with. Blake v. Barrett v. Coalan 292 F.supp 2d 281, 286 (DNH. 2003)

I am being injured by all the different medications, please prescribe me the NON-formula taken that works (or a formulary that works. Corizan is trying to save $ add the gaba's to be controversial or unpopular (misuse — per Dr. schroff) This violates my 8th amendment and is deliberate indifference, my every day life is significantly disrupted by the constant pain above my left eye mainly. Jones v. Johnson 281, F2d 769, 771 (9th cir 1986)

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

HNRS, Informal 12-15-14, response 12-19-14 (Attached) Tegretol is approx $4.00 for a 30 day supply, One 600 Gaba is $25.00 for 30 days, since the Parsons v. Ryan 12-00601 settlement Corizan has cut my medication and supplemented it w/ less expensive alternatives that have gotten me sick, scarred and high B/p along with my constant migrain remaining and getting worse.

Resolution: Approve providers' orginal non-formula request of Aug. 20, 2014

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| | | | |

**Action taken by** _J. Metts_     Documentation of Resolution or Attempts at Resolution.

RETURNED UN PROCESSED DO 802.10  1.1  1.1.3 A DUPLICATE COMPLAINT ON GABAPENTIN MEDICATION SUBMITTED ON 12-16-14 GRIEVANCE # A44-245-014. YOU WILL NEED TO WAIT FOR A RESPONSE BACK ON YOUR SUBMITTED GRIEVANCE BEFORE YOU CAN APPEAL

| Staff Member's Signature _J. Metts for COIII 1842_ | Badge Number _7324_ | Date _12/23/14_ |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

_Pg 1 of 3_

802-1
7/13/09

## ARIZONA DEPARTMENT OF CORRECTIONS

### Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name *(Last, First M I)* | ADC Number |
|---|---|
| **CARSON** | 091914 |

Institution/Unit

**ASPC - EYMAN - MEADOWS UNIT**

| From | Location |
|---|---|
| **M. SMITH** | **BUILDING 11** |

This is in response to your informal complaint dated 12/15/14 and received on 12/08/14.

Based on your informal complaint, you have been complaining of migraine and believed your psychologist prescribed Tegretol with Effexor to help with anxiety/depression not for migraine.

On 12/15/14, a copy of your medical informal was forwarded, via email, to Nurse Supervisor Scott Assistant Facility Health Administrator, Eliza Homer the necessary attention.

On 12/18/14, the following response was received from Connie Hawley regarding your informal.

Your "Medical provider submitted a non-formulary request to utilization review for gabapentin on August 20. An alternative treatment plan of imitrex was recommended. Patient refused this medication. Metoprolol was ordered on 9/3 metoprolol is for blood pressure, however headaches might be secondary to his blood pressure being elevated. On 10/2/9 medication changed to atenolol (for b/p) and imitrex was ordered again at request of IM. On 11/14 tegretol was increased for his chronic pain. )Tegretol is a medication that is given for some psych disorders, seizures, and is also effective in relieving chronic pain.)"

If you are not satisfied with this response to your informal or your issue has not been resolved, you may want to write to the Assistant Facility Health Administrator, Eliza Homer at Eyman Rynning Unit for additional assistance.

Please submit a HNR if you have additional concerns or needs which your wish to discuss with a medical provider.

| Staff Signature | Date 12-19-14 |
|---|---|

Distribution   Original - Inmate   Copy – Grievance Coordinator File

*pg 2 of 3*

802-12(e) 12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.
Please print all information.

| INMATE NAME (Last, First M I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Carson, Phillip | 091914 | 11A3  A-44 | 12-15-14 |

TO: C3 Smith

LOCATION: A-44  Assigned Counselor

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Sir, (I will exhaust this issue then Contact medical Board & D.A.)
1) on todays date you informed me of Conrues Response from Corizon concerning my Gabapentin prescription. She states Dr. Schroft is providing me tegretol now for my migrains

2) on ? PA psych Butler prescribed me tegretol for Anxiety /depression w/ Effexor to help me make it through the hearing of Fm' charges in S.O.E.T.P.

3) on todays date out of Curiosity I asked nurse "Lisa" whos name was on my tegretol script, she said "Dr. Schroft" I told her Tegretol is from psych., she shrugged.

4) Tegretal has not stopped my migrains since prescription

5) on ?   I saw a psychiatrist who upped my Effexor to possibly help w/ my migrains because Dr. Schroft is not helping me. This Psychiatrist said my tegretol and Effexor will run out in a month or two, and he will see me soon for re-order.

6) 12-15-14, "Dr schroft" must be doing something illegal now or unethical per medical standards per A.R.S § 31-241 i.e. D A medical board §§ 1402; state nursing board §32-1602; psychologist examiners §32-2062

7) Dr Schroft via Corizons help is causing me delay of treatment and deliberately w/ indifferance causing me continual pain due to purposely denying me medication that works i.e. formulated Gabapentin for migrains 'see my past grievances. Dr. schroft Never ordered my tegretal. Resolution: Please investigate my Complaint, I appreciate all your help Mr. Smith you are one with integrity - No one else Cares or will help me especially Admin. /Corizon.

| INMATE SIGNATURE Respectfully phill A. C | DATE (mm/dd/yyyy) 12-15-14 |
|---|---|

Have you discussed this with institution staff? ☒ Yes ☐ No  nurse lisa  C03 smith
If yes, give the staff member name:  I am requesting a recrd review, for dates & names

9-25-14

# ARIZONA DEPARTMENT OF CORRECTIONS
## CORIZON HEALTH
## INMATE GRIEVANCE RESPONSE



| | |
|---|---|
| nmate Name: Carson, Phillip | ADC #:091914<br>Grievance #: A44-162-014 |

acility/Unit
yman/ Meadows

| | |
|---|---|
| rom:AFHA Homer<br>nmate Health Services | Location: ADOC/EYMAN |

his is a response to your Inmate Grievance dated September 5, 2014.

teceived in Eyman Inmate Health Services on September 8, 2014.

'our primary concern is you are requesting gabapentin for your migraine headaches.

hank you for bringing this matter to my attention. Investigation into the issue you have raised included a
eview of your medical record.  On August 26, imitrex was recommended as an alternative medication to
abapentin for your headaches, however on September 3, the medical provider noted that you were refusing
nitrex.  The medical provider discontinued atenolol and ordered metoprolol 50mg, two times per day for
ypertension and migraine prevention.  You also receive Excedrin migraine 250-250-65mg for your condition
f migraine headaches.  It appears that you are receiving treatment for your condition of migraine headaches.
'our treatment plan is recommended by your licensed medical staff, and prescriptions are ordered as
onsidered medically necessary.  The medication gabapentin has been discontinued as it was determined to be
o longer medically necessary.  This grievance is considered to be resolved.

lease submit an HNR should you require medical attention.

**OU MAY APPEAL THIS DECISION TO THE DIRECTOR BY REQUESTING APPEAL FORM GF-2.**

L/a Homer
Jr  Directors

| Staff Signature | Date |
|---|---|
| SHomer LPC RN / APHA | 9/25/14 |

10-3-14

**STATE OF ARIZONA**
**DEPARTMENT OF CORRECTIONS**

**INMATE GRIEVANCE APPEAL**

Rec'd By: _Smith_
Title: _CSIII_
Badge #: _1142_
Date: _10-06-2014_

NAME: _Carson, Phillip_          ADC #: _091914_ DATE: _____

INSTITUTION: _Eyman /meadows_     CASE NO: #_A44-62-014_

TO: _Charles Ryan, Director_   Corizon is trying to cause me
                                a stroke or Heart attact wfmds!

I am appealing the decision of _AFHA Homer Re'9/3/14_ for the ~~following~~ reasons:

on 8-26-14 Corizon Admin Recommended imitrex, However my licensed
medical staff recommended and ordered Gabapentin! Corizon Admin
discontinued gabapentin Not my licensed medical Doctor shroff * Look
at my File! on 8/28/14 Dr. schroff re-ordered the only medication that
has been working over the years i.e. Gabapentin. My blood level for
gaba was 4.5 proving I took my meds! Corizon believes I sell my
watch swallow gaba per dr. schroff. metoprolol changed to imitrex
on 10/2/14. Corizon is using me as a guiny pig for mads, which is causing
me high B/P, stress, pain and suffering and continued migrains.

_Phillip Carson_ ___10/6/14___
Inmate's Signature         Date          Grievance Coordinator's Signature

Response To Inmate By: _____

_____

_____

_____

_____

_____

_____

_____ / _____ / _____
Staff Signature              Badge #            Date

**NOTE:** You may appeal this decision, if appropriate, to the next level, within 10 calendar
days.

INITIAL DISTRIBUTION: White & Yellow Grievance Coordinator   Pink – Inmate
FINAL DISTRIBUTION:    White – Inmate    Yellow – Grievance File

ADC GF-2 Inmate Grievance Appeal      Attached
                                      pgs 1-4
                                               Form: 40000047
                                               Rev.  11/19/92

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

9-5-14

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3P, within 10 calendar days of receipt of this notice.

| Received By | Smith |
|---|---|
| Title | C.O III |
| Badge Number 1842 | Date 9-5-14 |

| Inmate Name (Last, First, M.I.) Carson, Phillip | ADC Number 019114 | Date 9-5-14 |
|---|---|---|

| Institution/Facility A-414    11A03 | Case Number A44-162-014 |
|---|---|

TO: Grievance Coordinator   medical Dyanne Montano

**Description of Grievance** (To be completed by the inmate)

I have been in pain for over 7 days
I have had migrains
Gabapentin prevents migrains
Chorizan discontinued to provide me Gabapentin
Chorizan wants to use me as a guinny pig
Today the alternative was not provided
I am in serious migrain pain
Dr. Scriven tried to re-order medicine
I have head injuries
Dyanne Montano or chorizan is being deliberately
indifferent to my pain

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

I saw dr.
I bought Tylenol & IB at H/u
I used cold towells
I consulted w/ Dr. schei he says chorizan said
no on alter cause people snili it and sell it.
+ dr. [attached] in-tist mul.
RSOP please stop pain (at least for a couple days relief)

| Inmate's Signature | Date 9-5-14 | Grievance Coordinator's Signature | Date |
|---|---|---|---|

**Action taken by** _____ Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | Received 8-23-14 8A/M |

Initial Distribution - White and Canary - Grievance Coordinator;   Pink - Inmate
Final Distribution - White - Inmate;   Canary - Grievance File

802-1P
2/14/00



3-5·14

**ARIZONA DEPARTMEN... OF CORRECTIONS**



Inmate Informal Complaint Response

| For Distribution:  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Carson | 091914 |

| Institution/Unit |
|---|
| ASPC - EYMAN - MEADOWS UNIT |

| From | Location |
|---|---|
| M. SMITH | BUILDING 11 |

This is in response to your informal complaint dated 02/14/14.

Based on your informal complaint, you have indicated that Dr. Schroff had prescribed the pain medication-noratriptyline for your condition and said medication had caused you to have severe reactions (angry, high and rashes). You also mentioned that Dr. Schroff failed to consult you and review your file for the proper medication.

On 03/03/14, COIII Smith was able to discuss your informal medical complaint with nurse supervisor, Ms. Scott.  After reviewing your informal complaint, Ms. Scott indicated that you have been scheduled to see a doctor on 03/04/14.

If you are not satisfied with this response to your informal or your issue has not been resolved, you may want to write to the Assistant Facility Health Administrator, Dianne Montano at Eyman Rynning Unit.

| aff Signature | | Date |
|---|---|---|
| | 18 of 22 | 3·5·14 |

3-28-14



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT Unit | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Carson, Phillip L. | 091914 | 11AD3  A-44 | 3-28-14 |

TO

CO³ Smith / DFHA

LOCATION  Assigned Counselor
Bldg 11  A-44

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Sir,  Approx. 1430 hrs.

On 3-27-14 I showed the Housing officer the puss & blood ozzing out of the rash of boils on my chest [from noratriptyline allergic reaction], she told me to notify medical at pill call.

Approx. 1500 hrs. I notified officer at medical. she told me to advise nurse upon receiving medication watch swallows. I notified nurse, pulled collor down to reveal bloody pus. I asked for help or some alcohol pads to clean up mess. she said put in HNR.

After leaving medical ~~was too~~ Adw shuman was entering the Health Unit, I explained issue, he told me to return to medical after count clears, I did. CO² Tried to get the medical staff to help me, including RN scott. The officer told me no.

I went home, showered, shaved my chest, chemically sprayed down shower, used TUCS witch hazel pads, and boiling hot tag on rash. Regs; Alcohol pads and/or Antibiotics, an apology by medical for refusal to treat, and better more human care in the future, especially bloody issues.

Thank you, Respectfully

INMATE SIGNATURE

DATE (mm/dd/yyyy)  3-28-14

Adw Shuman

Have you discussed this with institution staff?  ☒ Yes  ☐ No CO² hamlin, CO³ Smith, CO² marsh, others

If yes, give the staff member name: Note all security staff earnestly tried to get me help fast.

Distribution:  Original - Inmate
Copy - Grievance Coordinator File

Rec 4/2/14

802-11(a)
12/12/13

2 of 2

3 of 5

3 of ④

**ARIZONA DEPARTMENT OF CORRECTIONS**     4-21-14

**Inmate Grievance**

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Received By | SMITH |
|---|---|
| Title | CO III |
| Badge Number 1842 | Date 4-21-14 |

| Inmate Name (Last, First M.I.) Carson, Phillip L. | ADC Number 091914 | Date 4-21-14 |
|---|---|---|
| Institution/Facility A-44   11A3   Meadows | Case Number A44-088-014 | |

To: AFHA  Dienne Montano   Attach informal and response

**Description of Grievance** (To be completed by the inmate) I did not sign this medical issue away - only meds were ordered. On 3-27-14 I showed officer (my boils from the naratruptilne allergic reaction) blood and puse oozing from my chest, at approx 1430 hrs. at approx 1500 hrs. I showed officer at medical my bloody chest. After seeing bloody chest nurse refused to help dress it or stop bleeding!
After leaving medical ADW Shuman told me to come back to medical after showing him open wounds of blood and puss that were very painful as well. After going back to medical CO² marsh asked medical to address my issue per ADW. RN Scott refused to help. I was told to put in an HNR. Resolution: Note RN Scott unprofessional treatment, write me a memo of apology per medical, never let happen again please.

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

| Inmate's Signature | Date 4-21-14 | Grievance Coordinator's Signature COH Perzfanz 2002 | Date 4-23-14 |
|---|---|---|---|

Action taken by ___     Documentation of Resolution or Attempts at Resolution.

20H()

| Staff Member's Signature | 2 85 | Badge Number | Date |
|---|---|---|---|

5-6-14

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Carson, Phillip L. | 091914 | 11A3  A-44 | 5-6-14 |

| TO | LOCATION |
|---|---|
| CO3 Smith | A-44 Assigned Counselor |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On 3-14-14 RN Scott told me she would find out why Dr. Shroff Dc'd pain relief Lidacane when it came and and I had to suffer for weeks with no treatment which Dr. "A" ordered.

RN Scott has not given me any medical reason thus far.

Resolution: Inform me why Dr. Shroff Dc'd Dr. A's order for pain relief Lidacane for my lips and soars caused by noratryptaline/ Herpes.

Thank you - Respectfully

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Phillip L. C | 5-6-14 |

| Have you discussed this with institution staff? | ☑ Yes | ☐ No | Dr. Shroff, RN Scott |
|---|---|---|---|
| If yes, give the staff member name: | | | |

Rec 5/6

5-23-14

11 A 3

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| CARSON | 091914 |

Institution/Unit

ASPC - EYMAN - MEADOWS UNIT

| From | Location |
|---|---|
| M. SMITH | BUILDING 11 |

This is in response to your informal complaint dated 05/06/14 and received 05/06/14.

Based on your informal complaint, you have indicated Medical has not provided an answer to a questionable medical examination pertaining to Lidocane

On 05/19/14, a copy of your medical informal was forwarded, via email, to Nurse Supervisor Scott for the necessary attention. To date, COIII Smith has not received a response from Ms. Scott.

If you are not satisfied with this response to your informal or your issue has not been resolved, you may want to write to the Assistant Facility Health Administrator, Dianne Montano at Eyman Rynning Unit for additional assistance.

| Staff Signature _1842_ | Date 5-23-14 |
|---|---|

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

| | |
|---|---|
| The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form. | (To be completed by staff member initially receiving appeal) |

Received by: _SMITH_
Title: _CO III_
Badge #: _1842_
Date: _5-9-14_

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Carson, phillip L. | 091914 | 5-9-14 |

| Institution | Case Number |
|---|---|
| A-44   11A03 | A44-ass-014 |

TO: _Medical Director_                5-5-14 response, 4-21-14 Griev. 3-27-14 informal
4-14-14 Inform. Response

I am appealing the decision of _Dianne Montano  AFHA  5-5-14_ for the following reasons:

1) ADW Shuman tried to get me treated for bloody chest (3-27-14)
2) Co² marsh (medical staff) conveyed ADWs request to medical staff RN scott, to try to get me seen for bloody chest. Security tried to help me get seen and/or blood cleaned off my body. (3-27-14)
3) Co² in having told me to show medical bloody mess on my chest (3-27-14)
4) RN scott refused to address blood all over my chest or examin me.
      AFHA montano is Attempting a smoke and mirror approach to her response. The Fact is on 3-27-14 I walked into medical with fresh blood all over my chest (biohazard-injury?) and was refused treatment.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| phillip L. Ca. | 5-9-14 | | 5-12-14 |

Response To Inmate By:                                           Location

Received

MAY 21 2014

**Health Services**

| Staff Signature | Date |
|---|---|
| | |

**DISTRIBUTION.**
INITIAL:   White & Canary - Grievance Coordinator
           Pink - Inmate
FINAL:     White - Inmate                    ATTACH.        1 & 5
           Canary - Grievance File

802-3P
2/14/00

5-5-14

## ARIZONA DEPARTMENT OF CORRECTIONS
## CORIZON HEALTH
## INMATE GRIEVANCE RESPONSE

| Inmate Name:  Carson, Phillip | ADC #: 091914 |
|---|---|
| | Grievance #:  A44-088-014 |

| Facility/Unit **Eyman/ Meadows** | |
|---|---|
| From: AFHA Montano | Location: ADOC/EYMAN |

This is a response to your Inmate Grievance dated April 21, 2014.

Received in Eyman Inmate Health Services on April 23, 2014.

Your primary concern is that you allege that on March 27, 2014, you were refused treatment for boils on your chest that were bleeding and draining pus.

Thank you for bringing this matter to my attention.  Investigation into this issue you have raised included a review of your medical records.  Your medical record indicates that you were assessed in  medical on March 24, in regard to your "feeling clammy".  Your blood pressure was elevated so the medical provider was contacted and an order received for you to be provided atenolol 50mg to help lower your blood pressure.  You were evaluated by the medical provider on March 25, for a follow-up visit, and the provider discussed your medications with you, including blood pressure medications and answered your concerns about not receiving gabapentin.  You were evaluated by the medical provider on April 3, at your hypertension chronic care visit. There is no noted complaint of bleeding and pus filled boils on your chest area at this visit, nor any of the prior visits.  If this condition still exists at this time, I would recommend that you submit a Health Needs Request (HNR).  This grievance is considered resolved.

Please submit an HNR should you require medical attention.

**YOU MAY APPEAL THIS DECISION TO THE DIRECTOR BY REQUESTING APPEAL FORM GF-2.**

(2 of 5)

Rec. 5-9-14 by I/m

| Staff Signature P. Montano, AFHA | Date 5/5/14 |
|---|---|



# Arizona Department of Corrections

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



JANICE K. BREWER
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL: TO THE DIRECTOR

Inmate Name: <u>CARSON, PHILLIP</u>    ADC No.: <u>091914</u>    Case No.: <u>A44-088-014</u>

Institution: <u>ASPC-EYMAN/MEADOWS</u>    Date Received: <u>May 21, 2014</u>

I have reviewed your Grievance Appeal in which you allege that on "3/27/14, I walked into medical with fresh blood all over my chest and was refused treatment" by "RN Scott".

Your Grievance Appeal has been investigated including a review of your medical and pharmacy records. Based on our findings, your appeal is denied. The reasons for this decision are:

1.  Our review showed no documentation of a request for treatment from you through the submission of a Health Needs Request (HNR) or evidence of any medical encounter with you on 3/27/14. We did confirm your submission of HNRs on 3/2/14, 3/3/14, 3/16/14, 3/24/14, 3/26/14, 3/29/14 on unrelated health issues which were appropriately triaged by medical staff and for which you were subsequently seen at the provider line. We found no evidence to substantiate your allegation; therefore, your Appeal is denied.

2.  You advised that you made nursing aware of your concerns on 3/27/14 while at pill call and the nurse recommended that you submit an appropriate HNR for your specific concerns.

3.  Please submit an HNR if you have additional medical concerns or needs which you wish to discuss with a medical provider.

This response concludes the medical grievance process per Department Order 802.06 Medical Appeals to the Director.

_FOR_

_____
Charles L. Ryan, Director

_6/20/14_
_____
Date

cc: Facility Health Administrator, ASPC-Eyman
    C.O. Inmate File

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.*

| Received By | M. SMITH |
|---|---|
| Title | CO III |
| Badge Number 1842 | Date 12-30-14 |

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| Carson, Phillip L. | | |

| Institution/Facility 11A3    A-4/4 | Case Number |
|---|---|

To: Eliza Homer AFHA          exhausting remedies

**Description of Grievance** (To be completed by the inmate)

1) Dr Schroff took over my MH script and Dr Schroff is an MD not Mental Health (Tegretol order)

2) I do not mind Dr. Schroff Retailing on MH's 1,222 mgs of tegretol with his 200 mgs of tegretol.

3) I do mind MD Schroff taking mental health puchiatry's name off of MH 1,200 mgs of tegretol and replacing it with his MD title name (is this illegal-because when I was free, I never had my MD go to walgreens and de psychs order and put MD's name on script?)

4) I have MD appointment coming up after trying to be seen for 4 months (RN "Lisa" got me in-she "reviewed" old unanswered HNR)

5) Connie Hinkey, Arizona state on 12-30-14 "This is an appropriate trial" why do I have to be the trial and suffer side effects?

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

As long as I am in pain and needlessly suffer I am going to complain. Resi Do not test meds on me when we know what works. I am not in need of being the trial guinea pig. I hate to compare a medical establishment to an evil man such as Hitler, but he too was big on experiments and trial medical treatment. This is not appropriate treatment. Carson is being allowed to cause me heinous suffering by experimentation as a terrible side effects please fix problem.

| Inmate's Signature | Date 12-30-14 | Grievance Coordinator's Signature | Date |
|---|---|---|---|

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
7/13/09

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution



Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Carson, Phillip | 091914 | 11A3 A-44 | 12-26-14 |

| TO | LOCATION |
|---|---|
| Co3 Smith  Assigned Counselor | A-44  Eyman |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

The additional 200 mgs of tegretol Dr. schroff added to my mental Health order of tegretol (1,000 mgs) by psych ms. Butler has not prevented my migrains. Please reduce Dr. Schroff's 200 mgs and continue psych order for 1,000 mgs of tegretol. Do not let Dr. schroff DC MH order of 1000 mgs of tegretol for mental Health condition. thus far Dr. Schroff Has treated my migrains/chronic pain as such:

| Treatment | Prevented Migrains | Adverse side effects |
|---|---|---|
| Gabapentin → | Yes → | NONE (Ended script 8-23-14). |
| Antenolol → | NO → | Tiredness. |
| metoprolol → | NO → | shortness of breath, depression. |
| Nortriptyline → | NO → | rash, shaking hands, Jaw Spasms + Scarring. |
| Imitrex → | NO → | difficulty breathing, vomriting + itchy face. |
| Tegretol → | NO → | dizzy. |
|  |  | 8-23-14 To date 12-26-14 |
|  |  | please schedule me for Dr. Appontment. Thank you. ASAP. |

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
|  | 12-26-14 |

Have you discussed this with institution staff? ☒ Yes ☐ No  Co3 Smith & HNRS ignored

If yes, give the staff member name:

Distribution:  INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14