Rick A. Foley, #072158
South Unit - 1 - B - 4 - L
Arizona State Prison - Florence
P.O. Box 8400
Florence, Az. 85132-8400

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 05 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA


VICTOR ANTONIO PARSONS, et al.,

          Plaintiffs.      CV-12-0601-PHX-DKD

vs.

CHARLES L RYAN, et al.,     INTERVENOR MR. FOLEY

         Defendants.    MOTIONS THE COURT

                  FOR AN EXCLUSION

                  ORDER

    Mr. Rick A. Foley, an individual incarcerated in both Eyman and Florence complexes, under Prison identification number 072158, since 1989 and has been subjected to both Medical contract entities of Wexford and Corizon, hereby object to the Stipulation for the following reasons:

    1). Mr. Foley has never signed a medical records release form authorizing either Wexford or Corizon to take possession of his medical records and accept such future records on his behalf.

    2). Wexford and Corizon decline to continue ongoing care and treatment of Mr. Foley's Cancer, Hyperten and High collateral or other new developments of health problems, since 2010, unless he sign a medical records release form authorizing the Department to release

his medical records to a corporation.

3). Mr. Foley's challenges regarding Wexford and Corizen denial of treatment for declining to sign authorizing form, for release of his medical records, was converted to denial of medical services for financial reasons. This violates attached document in Exhibit A

4). The Class Action Attorney's in this case caption refuse to accept Mr. Foley's offer, at Mr. Foley's expense, of the attached documentation as evidence in the Class Action. Exhibit B.

5). This STIPULATION claims that Mr. Foley is a member of the Class Action, because of housing location, and the Class Action Attorney's is his Court representative.

6). Mr. Foley was diagnose with Cancer in 1998, in 2003 it was determined the Cancer was gone or in remission, but will continue with monitoring processes.$^{\underline{1}}$ In 2010 the monitoring process was discontinued by Wexford Medical Services. In 2013 diagnosed with Diverticulities by Corizen, and as of Oct, 2014, the diagnosis of Diverticulitis was changed to original Cancer for which has spread to Mr. Foley's entire intestinal system, Liver, Lymph Nodes and Spine (carcinoid cancer). This Cancer can spread to Lungs and other organs, but Corizen refuses to conduct a full body cat-scan to include Lungs, Hart, Brain and Eyes, as of November, 2014. Exhibit C.

7). Mr. Foley had major surgery on his right Knee in February, 2014, and has no followup reviews or treatment from Corizen. He has only Fourty (40) degrees motion movement, with pain. Exhibit D

$\underline{1}$  Surgery was preformed and Cancer removed, biopsy taken and results were that the Carcinoid was at its early stages.

2

8). Mr. Foley's experience with Civil Action, Class Action Attorney's in _Harris vs. Cardwell_ (1985); _Taylor vs. State of Arizona_ (1972); _Hook vs. State_ (1973); _Gluth vs. Kangas_ (1993), and; _Casey vs. Lewis / Lewis vs. Casey_ (1996) the Attorney's are in it for the money and _NOT_ the inmates or the Laws.

As evidents in the exhibits attached and reasons listed above Mr. Foley objects to the stipulation in its entirety, especially where he is refered as a party to the Class Action, due to housing location. Mr. Foley request that an Order be developed and issued that he is _NOT_ a party to the Class Action and/or stipulation thereof. [2]

Respectfully submitted this 20th day of December, 2014.

Copy Mailed To:

Court Clerk
U.S. Courthouse, Suite 130
401 W. Washington, SPC-1
Phix, Az. 85003-2118

Arizona Attorney General Mr.
Civil Action Division
1275 W. Washington
Phix, Az. 85007-2929

Prison Law Office
General Delivery
San Quentin, CA. 94964

A.C.L.U. National Prison Project
915 15th Str., N.W. 7th Floor
Washington, D.C. 20005

Date: 12/31/2014    Signature:

---

[2] Mr. Foley has his own Civil Actions against both Medical Service Corporations and Prison Authorities in State and Federal Courts within Maricopa County.

3

$\mathcal{E}x.\ \ A$

# STATE OF ARIZONA

## DEPARTMENT OF CORRECTIONS

## INMATE GRIEVANCE

011-010-95

**NAME:** Rick A. Foley   **ADC NO:** 72158   **DATE:** 1/5/95   **CASE NO:** 011-010-95

**INSTITUTION:** Central Unit CB-4-B-6   **TO:** Grievance Coordinator

**A. Description of Grievance (To be Completed by Inmate):** DENIED MEDICAL TREATMENT

I am an out patient from Maricopa County Medical Center. (MMC.) for the past year an a half for my Bladder condition. I require pain medication for this condition that has been recommended and at one time provided by the Doctor's at Central Unit. (Dr. Wildert) and MMC. This pain medication was given to me every week with review and renewals every three to four months until the recommended surgery can be performed.

The pain medication was to expire two weeks before I sent in an inmate medical referral. I had been ordered to put in these referrals prior to the expireation by Dr. Wilbert and

**B. Proposed Resolution: (What Action Would Resolve The Problem?) (Also State What You Have Done To Resolve The Problem)** Be seen by a Medical Doctor to receive those past proscribed apparatuses and medication renewed/reordered, additional pain medication as MMC. Doctor's had proscribed for my particular condition, follow-ups be made automatly without me puting in a request, (like it supposed to be) and discipline actions taken against Ms. Little, Ms. Deanit and Ms. V. Brumfield CRV.

Medical Referral Requests, Inmate letter to CPO: Coffey, Inmate Letter to Warden Savage, Inmate Letter to Central Unit Property Room, Personally talked with CSO. II. Carmicheal.

**SIGNATURE OF INMATE**   **DATE**   1-9-95   **DATE**   **GRIEVANCE COORDINATOR**

**C. Action Taken by** Percy Howend, Jr., FH **Documentation of Resolution or Attempts at Resolution:** This response is to your grievance #011-010-95. You stated that you were "denied medical treatment."

1. Although you refused to sign the appointment list acknowledging that you would be charged for the visit, you should have been allowed to see a provider.

2. You would have been charged for the visit. Your refusal to sign the form does

**CONTINUED:**

**SIGNATURE OF STAFF**   **DATE**

**INITIAL DISTRIBUTION:** WHITE & YELLOW - Grievance Coordinator   PINK - Inmate
**FINAL DISTRIBUTION:** WHITE - Inmate   YELLOW - Grievance File
ADC GF-1  INMATE GRIEVANCE

22

FORM 40000946
Rev. 1/25/89

RIZONA DEPARTMENT OF CORRECTI

GF SUPPLEMENT — GRIEVANCES

INMATE NAME  RICK A. FOLEY                         ADC NO. 72158       CASE NO. 011-010-95

INSTITUTION  ASPC-F CB 4-B-6

[ ] COMMITTEE RECOMMENDATION                 [X] GF SUPPLEMENT

not mean that we cannot charge you for the visit.

3.  All inmates shall have access to health care regardless of their ability to pay
    or, in your case, your willingness to pay.

You will be given the opportunity to see a provider.

You may appeal this response to the director by requesting appeal on
ADC Form GF-2.

SIGNED _____                      DATE 01/18/95

INITIAL DIST:   COMMITTEE RECOMMENDATION: All Copies to Grievance Advisory Committee
FINAL DIST:     WHITE & PINK-Inmate     YELLOW-Grievance File
INITIAL DIST:   GF SUPPLEMENT: WHITE & YELLOW-Grievance Coordinator     PINK-Inmate
FINAL DIST:     WHITE-Inmate                YELLOW-Grievance File

ADC GF-4                    GF SUPPLEMENT — GRIEVANCES

22

FORM 40000075

ARIZONA DEPARTMENT OF CORRECTIONS
GF SUPPLEMENT - GRIEVANCES

INMATE NAME Rick Foley _____ ADC NO. 72158 ___ CASE NO. 011-010-95

INSTITUTION ASPC-Florence (CB-6)

[ ] COMMITTEE RECOMMENDATION    [X] GF SUPPLEMENT

On January 5, 1995, you filed a Grievance stating that you should not have been charged $3.00 for a Health Needs Request you submitted to have your pain medication renewed for a bladder condition.  You also alleged that you have been denied medical treatment because you refused to sign the log that authorizes ADC to withhold/take funds from your account.

On January 18, 1995, the Facility Health Administrator advised you that although you refused to sign the appointment list, you should have been allowed to see a provider.  Also, your refusal to sign the form does not mean that you cannot be charged for the visit.

On January 29, 1995, you filed a Grievance Appeal requesting an appointment be scheduled to enable you to see a provider and that disciplinary action be taken against the nurses who refused you treatment.

Please be advised that unless exempted per statue (attachment) there is to be a charge.  If you wish to be seen a Health Needs Request form will be required to be submitted.

A charge may be required.  Personnel corrective actions are not discussed.

TLS:TWL:HAB:rl

_____   Terry L. Stewart     MAR 16 1995
SIGNED                      Deputy Director      DATE

INITIAL DIST.: COMM. RECOMMENDATION: - All Copies to Griev. Advisory Comm.
FINAL DIST.:  WHITE & PINK - Inmate         YELLOW - Grievance File
INITIAL DIST.: GF SUPPLEMENT: WHITE & YELLOW - Griev. Coord.  PINK - Inmate
FINAL DIST.:  WHITE - Inmate               YELLOW - Grievance File
ADC GF-4 GF Supplement - Grievance         Form 40000075  (Rev. 1/25/89)

Z3

$\mathcal{E}$x. B



# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.   Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Foley, Rich, A. | 072158 | Florence - S.U. - 1-B-46 | 8-24-2014 |

| TO | LOCATION |
|---|---|
| CSO. III Mr. Cream | South Unit Programs Department. |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

30th May, 2014, Nurse Mrs. D.E. Durtschi was served with a copy of Grievance case #011-010-25, and in response scheduled me for Nurses Line and Doctor's Line Appointments. Through Nurses Line Appointments I was advised of Three (3) scheduled Doctor's Line Appointments for Seven (7) Health Needs Request medical problems, under the theory of _TRIAGE_. See Attachment #11-13.

With the exception of these Seven (7) H.N.R.'s having been initiated unsigned by me, and Mrs. Durtschi responses being False — See Attachments #2 thru #7 and #9 and #10 — these were activated on 30th May, 2014, by Mrs. Durtschi. From this date, it has been Eighty-six (86) days under the theory of _TRIAGE_, and I have not been seen or treated or examined.

As recommended by Program Officer, I submitted an H.N.R. requesting status of these medical requests, dated in May, 2014, and the response was "N.L. REVIEW". See Attachment #8.

I've expressed my beliefs and concerns that Ninety (90) days _TRIAGE_ is abusive of discretion, or standard treatment of Sex Offenders. ⚊ See Attachment #8. Under this belief there is two (2) possibilities for failure to treat: _FIRST_, the word _TRIAGE_ is used for the purpose of Passing The Buck, phrase. _SECOND_, reaction to my challenge for medical fees and its interpretation by staff.

RESOLUTION: Immediately examine and provide necessary treatment for each medical problem, as indicated in Seven (7) H.N.R.'s.

⚊ This could be a response for a Complaint filed with Nursing Board. See Attachment #15-44.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| *(signature)* | 24th August, 2014 |

Have you discussed this with institution staff?   ☑ Yes   ☐ No

If yes, give the staff member name:  CSO. III Mr. Cream

Distribution.   Original - Inmate
Copy – Grievance Coordinator File

802-11(e)
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Response

**For Distribution:  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.**

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Foley    1B4L | 072158 |

**Institution/Unit**

FLORENCE SOUTH

| From | Location |
|---|---|
| CREAN | South Unit |

In response to your informal greivance dated 08/24/2014.

Response to inmate Foley #072158; You were just seen by the provider on 08/13/2014. If you require further issues to be addressed, please submit a health needs request. Thank you.

Cherie Getts, RN, BSN
Nursing Supervisor South Unit
ASPC Florence

802.06  FORMAL GRIEVANCE PROCESS (MEDICAL)

1.1 An inmate may file a Formal Grievance should he/she be unable to resolve their complaint informally. The inmate has five workdays from receipt of the response from the CO III/IV or responsible medical staff to submit a Formal Grievance to the unit CO IV Grievance Coordinator using the Inmate Grievance form.

| Staff Signature | Date |
|---|---|
|  | 8-27-14 |

**Distribution:**  Orginal - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| | Received By | | |
|---|---|---|---|
| | Title | | |
| | Badge Number | | Date |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| Foley, Rick A. | 072158 | 8-27-2014 |

| Institution/Facility | Case Number |
|---|---|
| S.U.-1-B-4L | A02-117-014 |

To: CSO. IV.

**Description of Grievance** (To be completed by the inmate) I hereby incorporate by reference my Informal complaint. In addition, Yes I was seen by the provider on my chronic conditions and followups on a previous medical problem. And:

REPETITIVE H.N.R's. on the same medical issues — of which I've been seen on NURSES LINE for each H.N.R. and charged a Medical service fee and awaiting Doctor's Visit for each H.N.R. problem — Is a waste of funds, time and limited resources and relieves Corizon of their responsibilities. Remember, this complaint is for length of time it takes for Doctor's Visit

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

See Informal Complaint Resolution.
Viz. Complaint and Response from CSO. III Mr. Cream. His response does not resolve the problem. Formal steps are necessary, because I did submit an HNR. regarding length between complaint and Doctor's Visit. See attached HNR. Item #8.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| | 8-27-2014 | Odom | 9/2/14 |

| Action taken by_____ | Documentation of Resolution or Attempts at Resolution. |
|---|---|

RECEIVED
SEP 02 2014
South Unit
Grievance Coordinator

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator,  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

802-1
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance Response

| Inmate Name (Last, First M.I.)<br>Foley, Rick A | ADC #:072158<br>Grievance #: A02-117-014 |
|---|---|
| **Institution / Unit / Housing**<br>ASPC-Florence/ South, DRM 1, B04L | |

| From:<br>Christine Pereira, Psy.D., Associate Health Services Admin | Location / Unit:<br>ASPC-Florence |
|---|---|

This is in response to your Inmate Grievance number A02-117-014, dated, August 27, 2014 which was received in the Florence Inmate Health Services office on September 2, 2014. Your primary concern is the time it takes for a doctor's visit.

Investigation into your issue included a review of your medical records.

The purpose of this review is to determine if medically necessary health care, as determined by your health care providers, has been provided to you. This assessment of your medical needs may differ from your personal desires.

Subsequent to review and investigation, the results are as follows; with regard to HNR visits, on 8/8/14 you placed an HNR. You were seen on nursing line on 8/11/14 and then by the provider on 8/13/14. This is within the timeframe allotted by DOC for patient care. With regard to the other HNR"s you attached, the Deputy Warden of south unit has determined and notified you that HNR's will not be considered valid if you do not sign them. This is to deter fraudulent and inappropriate claims by other inmates regarding inmate medical conditions and to maintain the security of the yard. I cannot overturn his decisions regarding the safety of the yard.

In conclusion, you are encouraged to sign your HNR's and the one you did sign was triaged in an appropriate manner and timeframe.

Your grievance is Not Substantiated and Resolved.

You may appeal this decision to the DOC Director by requesting appeal form GF-2.

| Staff Signature: | Date:<br>9-9-14 |
|---|---|

Distribution:    Original – Inmate,    Copy: Institutional File,    Copy: Grievance Coordinator

**Inmate Letter**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Foley, Rick, A. | 072158 | S.U. -1-B-4L | 9-16-14 |

| To: | Location |
|---|---|
| CSO. III Mr. Crean | South Unit Programs Department |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

Today I was given COPIES of my original exhibits attached to Grievance Case # A02-117-014 and A02-118-014. The copies are unreadable and the bottom of them are missing. Return my ORIGINALS.

_NOTE:_ An Appeal to the Director has been drafted and pending filing. For future Informal, the Director will not resolve the problem in these two (2) grievances because the exhibits themselves are unreadable. The Director will claim I have failed to submit documentation in support of my claim.

| Inmate Signature | Date |
|---|---|
| | 9-16-2014 |

Have You Discussed This With Institution Staff?  ☐ Yes   ☐ No
If yes, give the staff member's name:

Distribution:  Original - Master Record File
           Copy - Inmate

916-1
5/14/12

Ex. B

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Inmate Grievance Appeal**

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

*(To be completed by staff member initially receiving appeal)*

Received by: _____
Title: _____
Badge #: _____
Date: _____

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Foley, Rich, A. | 072158 | 9-16-2014 |

| Institution | Case Number |
|---|---|
| Florence ~ South Unit ~ 1 ~ B ~ 4L | A02-117-014 |

TO: Director

I am appealing the decision of __A.H.S.A.__ for the following reasons:

(1). The grievance and Informal with Responses — ORIGINALS — were not returned to me with Grievance Level Decision. Violation of Policy.

(2). The attached exhibits are not ORIGINALS, and each of these exhibits have been MODIFIED and CANNOT BE USED as reference in support of my complaint. Violation of Policy.

(3). This Appeal is submitted only/as to meet P.L.R.A. of 1996, for the altering material by staff makes it Impossible for Appeal argument.

| Inmate's Signature | Date |
|---|---|
| | 9-16-2014 |

| Response To Inmate By: | Location |
|---|---|

| Staff Signature | Date |
|---|---|

DISTRIBUTION:
INITIAL:  White & Canary - Grievance Coordinator
          Pink - Inmate
FINAL:   White - Inmate
          Canary - Grievance File

Ex. 

802-3P
2/14/00

ARTMENT OF CORRECTIONS

ance Appeal

_ _te may appeal the Warden's, Deputy Warden's or Administrator's
_ _n to the Director by requesting the appeal on this form.

| (To be completed by staff member initially receiving appeal) |
|---|
| Received by:_____ |
| Title:_____ |
| Badge #:_____ |
| Date:_____ |

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Foley, Rick, A. | 072158 | 9-18-2014 |

| Institution | Case Number |
|---|---|
| South Unit - 1-B-46 | AO2-117-014 |

TO:

Director (This Appeal was originally filed on 9-16-14, but returned on 9-17-14)

I am appealing the decision of __A.H.S.A. Psy. D. Christina Pereira__ for the following reasons:

(1). The Nurses, Nurses Supervisor at South Unit claim they were following D.W. Mr. Heet's direction regarding (Unclear) signatures on H.N.R.. Now Mrs. Pereira makes this same claim. THEY ARE LIARS !!! See attached exhibits #9 and #10.

(2). I am NOT grieving any H.N.R's dated after 5-25-2014.

(3). There is NO signed H.N.R. by me. THIS IS ALSO A LIE !!!

(4). I have not been seen for HNR's dated prior to 5-25-2014, as of today's date.

NOTE: This is my second submission of this Appeal, see exhibit A and B

| Inmate's Signature | Date 9-18-2014 | Grievance Coordinator's Signature | Date 9/23/14 |
|---|---|---|---|

| Response To Inmate By: | Location |
|---|---|

RECEIVED
SEP 23 2014
South Unit
Grievance Coordinator

| Staff Signature | Date |
|---|---|

RECEIVED
OCT 02 2014
HEALTH SERVICES

DISTRIBUTION:
INITIAL:   White & Canary - Grievance Coordinator
           Pink - Inmate
FINAL:     White - Inmate
           Canary - Grievance File

802-3P
2/14/00



# Arizona Department of Corrections

1601 WEST JEFFERSON
· · · · PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



**JANICE K. BREWER**
**GOVERNOR**

**CHARLES L. RYAN**
**DIRECTOR**

## MEDICAL GRIEVANCE APPEAL:  TO THE DIRECTOR

Inmate Name: <u>FOLEY, RICK</u>        ADC No.: <u>072158</u>        Case No.: <u>A02-117-014</u>

Institution: <u>ASPC- FLORENCE/SOUTH</u>        Date Received: <u>October 2, 2014</u>

I have reviewed your Grievance Appeal wherein you state "I have not been seen for HNRs dated prior to 5/25/14 as of today's date".

Your Grievance Appeal has been investigated including a review of your medical records. Based on our findings, your appeal is denied. The reasons for this decision are:

1. Our review shows that on and prior to 5/25/14, you submitted the following Heath Needs Requests which were unsigned by you:
   - 3/14/14 (refuse to sign): triaged by nursing staff on 3/15/14 and staff noted that issue was resolved on 2/27/14
   - 4/14/14 (refuse to sign): advised by nursing staff on 4/30/14 to come to the nurse line for assessment.
   - 4/20/14 (refuse to sign): medical staff noted on 4/22/14 wrote that you need to submit a new HNR indicating the medical records volume you want to review and for you to sign your HNR
   - 5/9/14 (refuse to sign three HNRs): triage nurse wrote that you must sign your HNR or you will not be seen
   - 5/10/14 (refuse to sign two HNRs): staff wrote that you must sign your HNR or you will not be seen.
   - 5/25/14 (refuse to sign): staff wrote that you will be seen when you start signing your HNRs.

Per Department Order 1101.03 (Inmate Access to Health Care), **"Inmates (including parolee violators and releasees returned to custody) may access health care services of NON-EMERGENCY nature by making an appointment for which there may be a charge. To make an appointment, inmates shall:**
**1.1.1 Complete the HNR (Non-emergency)**
**1.1.2 Deposit the HNR in the appropriately labeled drop box"**

You continued to refuse to sign your HNRs including those submitted after 5/25/14. Since you did not submit complete HNRs as required by Department Order, your appeal is denied.

Page 1 of 2

Inmate Name: <u>FOLEY, RICK</u>          ADC No.: <u>072158</u>          Case No.: <u>A02-117-014</u>

2. Per Department Order 802 (Inmate Grievance Procedure), *"The Informal Complaint must be submitted within ten (10) workdays from the date of the action which caused the problem"*. The issues you are appealing concern HNRs submitted prior to 5/25/14 and your Informal Complaint was submitted over three months later on 8/24/14. Based on this finding, no further action is necessary regarding your appeal.

3. Please submit a Health Needs Request (HNR) if you have additional medical concerns or needs which you wish to discuss with a medical provider.

This response concludes the medical grievance process per Department Order 802.06 Medical Appeals to the Director.

Charles L. Ryan, Director

12/16/14
Date

cc:   Facility Health Administrator, ASPC-Florence
      C.O. Inmate File

ARIZONA DEPARTMENT OF CORRECTIONS
Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley, Rick A. | 072158 | 5-9-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-B-4L | S.U. | | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] SECOND REQUEST (4-1-2014)

1998 I had reconstruction surgery to my Right Ankle, of which has Two (2) metal supports with TB's and Top of Right Foot, at which I do not or have feeling in that area at all. This hold metal support in place is just a rubber than the skin, at this point, on the outside of Right Ankle that causes great pain when it is bumped, hit or when wearing Leg Brace Recliant. In February, 2014, I had surgery of reconstruction of my Knee-cap and tendon on my normal after completion of surgery. I would like to be seen with the Tear shoes (See 10-A) with Waiver and/or Waiver for my family to purchase, sent to FHA. and then issued to me in accordance with DOC 909 Policy – I need Medical Issue Shoes between 1988 and 2010.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporciona.]

Inmate's Signature/Firma del prisionero          Refuse To sign

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique)
Comments/Comentarios

_____

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora 6:02 |
|---|---|---|

PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una duración política de este estado.]

#1

1101-10ES
12/19/12

**[AR]IZONA DEPARTMENT OF CORRECTIONS**

**[He]alth Needs Request (HNR)**

Date:
Time:
Initials:

**SECTION/SECCION I**

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| [illegible] | [illegible] | [illegible] |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| [illegible] | [illegible] | | [illegible] |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]*

**SECTION/SECCION II**

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES***(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* ______

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] 1996 I had reconstruction surgery to my right ankle, at which two (2) [illegible] with about eight (8) screws. [illegible]

[illegible]

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporciona.]

Inmate's Signature/Firma del prisionero [signature]

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* (especifique) ______

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no comprométe a éste estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

ZONA DEPARTMENT OF ... ECTIONS

Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

SECTION/SECCION I

Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial)
Foley, Rick A.

ADC Number/Número de ADC
012138

Date/Fecha
5-10-2015

Cell/Bed Number/Celda/Número de Cama
1-B-44

Unit/Unidad
S.U.

P.O. Box/Apartado Postal

Institution/Facility/Instalación: ASPC
Florence

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

SECTION/SECCION II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I had surgery preformed on 14th February, 2015 to re-built my knee cap. It was unsuccessful. The result was to remove all lower knee-cap bones - shattered pieces - from Tendon(s) and to re-attach to remaining knee-cap bones. Was given a leg Brace Restraint device with adjustments. The Brace was seized by Security on 4-17-15 due to No Wires. The progress or he has now reversed, and I may have 25 to 30 degree movement, while at S.U. due to the

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
Refuse To Sign

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique)
Comments/Comentarios

Sign is well not be seen

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora
MAY 11 '15 6:09

SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS
Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

**SECTION/SECCION I**

Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial)
Foltz, Rick A.

ADC Number/Número de ADC
072158

Date/Fecha
5-10-2014

Cell/Bed Number/Celda/Número de Cama
1-B-4L

Unit/Unidad
S.U.

P.O. Box/Apartado Postal

Institution/Facility/Instalación: ASPC
Florence

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☑ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I have Cancer, since 1998, and have been given Long-Sleeve T-Shirts and Hat for Summer at Eyman Meadows Unit for two Three (3) hours daily exposure to Sun. At Scott Unit I have Ten (10) hours sun exposure daily. I would like to be evaluated for consideration of appropriate wear.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporciona.]

Inmate's Signature/Firma del prisionero
Refuse To Sign

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios
Slip will not be seen

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora
MAY 11 '14 6:02

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/18/12

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley, Rick A. | 072158 | 5-10-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-B-46 | S. | | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria *(Use este formulario para describir un problema a la vez)*]

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I'm still having abdominal pain and stool blockage around my surgical hernia — right side — I was seen and evaluated with recommendation for a particular diet and supplements in February 2014. What's happening?

"DIVERTICULOSIS" "DIVERTICULITIS"

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

Inmate's Signature/Firma del prisionero      Refuse To Sign.

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique)

Comments/Comentarios

You must sign HNR or will not be addressed & forward

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| _____ D.O. | | MAY 11 '14 6:02 |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

**SECTION I**

Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial)
Foley, Rich A.

ADC Number/Número de ADC
072158

Date/Fecha
5-13-2014

Cell/Bed Number/Celda/Número de Cama
1-B-4-L

Unit/Unidad
S.U.

P.O. Box/Apartado Postal

Institution/Facility/Instalación: ASPC
Florence

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de su cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]*

**SECTION II**

**AREA OF INTEREST** *(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(específique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] May 1992 I injured by spine during a work assignment for Ariz. Dept. of Corr. Gen. Gang. Medical Apparatus were ordered and viewed as "Indianic" treatment with Devices. After my arrival at South Unit my back pain has gotten greater in volume or intensity and I'm now sporting the left shoulder higher than the right. Pain between shoulder blades and lower back.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a dictar el tratamiento o quien lo proporciona.]

Inmate's Signature/Firma del prisionero       *Refuse To Sign.*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(específique)*

Comments/Comentarios
_____ Service enrollment _____

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora
MAY 16 2 05:03

**SECTION IV**

**PLAN OF ACTION/PLAN DE ACCION**
_____ HNR w/o Inmate signature _____

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

6

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| *Foley, Rich. J.* | | | 5-25-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-B-4L | SU. | | Florence |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]*

**SECTION/SECCION I**

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. *[¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]* Since 2009 I've had a continued recurrent y medical open blisters or rashes with lesions in Arm pitts, crotch area and feet. I believe it is caused by body soap per bar of services and being restricted to three (3) pair of socks, T-Shirts and underwear for seven (7) days between laundry services.

ADOC Authorities item on Clothing limit with laundry service is equal to many States Prison Systems. Incorrect; all the States Clothing limits, has laundry services Six (6) days a week.

I understand that, per ARS 31-201.01, I will be charged a **$4.00** Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  *[Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley).  Además entiendo que el pagar esta cuota no tanto el derecho a imponer el tratamiento a quien lo proporciona.]*

Inmate's Signature/Firma del prisionero    *Refuse To Sign*

**SECTION/SECCION II**

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)*
Comments/Comentarios   Per the DW & Capt on South unit - you will be seen when you sign your HNR's. thank you
Dai Due ? RN

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 5/24/14 | 0700 |

**SECTION/SECCION III**

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECTION/SECCION IV**

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en Inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

7

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

| Date: | |
|---|---|
| Time: | 10:17 6:54 |
| Initials: | |

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley, Buck A. | 272158 | 8-8-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-B-4L | S.U. | | Florence |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)  ☐ Medical/Médica  ☐ Dental  ☐ FHA  ☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☑ Other (specify)/Otros (especifíque) ___INFO.___

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS! I wish to be advised of a pending DR. appointment or otherwise seen for pending HNR's; Dates 4/1 and 5/9 regarding Ankle injury care, Dates 5/10, 5/20, 5/24 regarding Knee-Cap injury results and disabilities, Date 5/10 regarding Cancer protective clothing, Date 5/10 regarding Abdominal pain, Date 5/13 regarding Back Injury treatment, and Date 5/25 regarding Rashes.

I understand your theory of TRIAGE for addressing Sex Offender medical problems, but it is coming up to Ninety (90) days since HNR's were submitted and are placed on DR. visit list.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley).  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero      *Refuse To Sign.*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros (specify) (especifíque) _____

Comments/Comentarios

_N/L N/U_

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | AUG 10 14 6:34 |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

#8

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit *Florence* | Date |
|---|---|---|---|
| Foley, Rick, A. | 072158 | S.U. - 1 - β - 46 | 5-25-14 |

| To: | Location |
|---|---|
| Deputy Warden Mr. Heet | South Unit Administration Dept. |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

Deputy Warden Mr. Heet; it has come to my attention, on numerous occasions, by medical Personnel of Corizon that I will not be seen for continuous ongoing treatment of my Knee injury, surgery of February 14th, 2014, because I refuse to sign H.N.R's. unrelated to the injury itself, unless captain Jo and your directive.

Nothing in Dept. Order #1101 requires me to sign an H.N.R. or Appointment Log, nor Arizona Revised Statute § 31-201.01 implies that I must sign authorizing payment or anything, and nor that Security or Administrative Personnel can decide if and when an imprisoned person can receive medical attention, and under certain condition or requirements. See Grievance Case #011-010-95. (Copy in my possession.)

More to the point, A.R.S. § 31-201.61 (D) states; "An inmate shall not be refused medical treatment for financial reasons." However, at Rynning, Cook and Meadows Units Corizon Health Service Employee's has repeatedly claim that Corizon has their own policies, and Arizona laws or Agency's policies nor medical Technical Manual does not apply to them. **1̲**

Mr. Captain Jo and your involvement is placing a new dimension of access to medical care, for which I do not wish to acknowledge nor present in a Formal complaint as a challenge. I understand medical staff made contact both of you, under D.O. #1101, on the theory of MISSED APPOINTMENTS, as required by policy, because I refused to sign an H.N.R. or Appointment log authorizing payment. This is incorrect, miss-applying policy and coercion !

I hereby respectfully request that Captain Jo and yourself reconsider your possession's in this matter **2̲** and act accordingly. **3̲**

⧄⧄⧄

**1̲** Not important here, now, but I have an active civil Action against both Wexford and Corizon — their employee's — under the theory of Breach of Contract to a Third Party Beneficiary, me.

**2̲** Federal Court Judge advised me that if I wish to challenge Medical Statutory Fee's, Dept. charging Medical Fee's outside of statutes guidelines, I must not sign authorizing payment or acknowledgement of charging Fee's.

**3̲** A.D. Dept. Authorities have craftfully developed the HNR. by stating statute requirements just above the space for the Inmate's Signature. And demanding a signature from the inmate for his written request of a medical problem he seeks attention for. The Statutory statement IS NOT the inmates medical problem, but its in the section area for the inmate to make his complaint. IF this statutory statement were anywhere else on the far bottom where it is now, I maybe would sign.

| Inmate Signature | Date |
|---|---|
| ~~(signature)~~ | 5-25-2014 |

**Have You Discussed This With Institution Staff?** ☒ Yes  ☐ No

If yes, give the staff member's name: CSO III Mr. Crews ;

# 9

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter Response**

For distribution: Copy of corresponding Inmate Letter must be attached to this response.

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Foley | 072158 |

| Institution/Unit |
|---|
| South |

| From | Location |
|---|---|
| DW Heet | Administration |

In response to your Inmate Letter to me concerning your complaint about Corizon not seeing you because you did not sign the HNRs that you submitted. I have not directed staff to deny services due to a lack of signature. DO 1101 states that in order to be seen for a non-emergency issue the inamte must complete an HNR.

| Staff Signature | Date |
|---|---|
| | 6-15-14 |

Distribution: Original - Master Record File
Copy - Inmate

916-2
5/14/12

#20

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

Date:_____
Time:_____
Initials:_____

## SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley, Rick A. | 077154 | 5-24-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-B-4L | S.U. | | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

## SECTION/SECCION II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)_____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] My knee feels like its tearing apart when I walk after standing and or sitting for a period of time, like a small ball feeling, and the degree of movement approx. less than 40 degrees. The pain has gotten worse since I ran out of both 325 Tylenol and 15 mg Meloxicam days and/or weeks ago. The knee surgery was preformed on 2-14-14, with NO followup treatment or examination because I refuse to sign any HNR's or Appointment logs. I do not have to, see grievance envi #011-010-95 - I have copy now.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    Refuse To Sign

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

## SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique)_____
Comments/Comentarios _____

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | MAY 25 '14 6:12 |

## SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION    Jo's Questions

| Staff Signature Stamp/Firma del empleado  Jo E. Durtschi  Registered Nurse | Date/Fecha  5/28/14 | Time/Hora  1230 |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

14

1101-10ES
12/18/12

Rick A. Foley, #072158                                    28th May, 2014.

P.O. Box 629

Florence, Az. 85132-8400


Ariz. Board Of Nursing

1651 E. Morten Ave., Suite #150

Phoenix, Az. 85020-7605


RE: Complaint Pursuant To Ariz. Revised Statute § 31-241 (A) (4) and 32-2602.


Board Of Nursing;

　　　　Arizona Department of Corrections and Corizon Corporation entered into a contract to provide Medical Services, Treatment and Care to Imprisoned inmates, for which me, the Complaintant is one, thus, a Third Party Beneficiary of the contract.

　　　　As a Beneficiary Corizon Corporation and its employee's are required to ensure appropriate and necessary medical services is provided, at minimum cost, to a prisoner in a timely manner, in accordance with Corporate policies.

　　　　According to Corizons' Employee's at Ryaning, Cook and Meadows Unit within Eyman Complex, Arizona Revised Statute § 31-201.01 does not apply to Corizon Health Services, nor section (J) thereof. Allegelly, the statute only applies to Dept. Of Corrections Medical Health Service when it was active or available. In addition, an imprisoned person medical records can be altered or modified and/or no entry of Health Needs Request – Forms #1101.10 or .11 – at all based on processing Nurse or Medical Records Clerks determination, of request appearence.

　　　　Equally, for the purpose of this Complaint, Nurses Mr. Paul, Mrs. Doe and

75 thru 44

Mrs. Ciali of Florence Complex, South Unit, sought out Dept. Security Authorities, Deputy Warden Mr. Hect and Captain Mr. Jo, for directions and determination on how to provide medical services to Complaintant without his signature authorizing payment of Medical Service Fee.

Consequently, the Nurses were directed not to provide medical service or treatment of an ongoing chronic condition and examination or reviewing of the healing process of major surgery for Complaintants Knee. See attached Health Needs Requests Responses.

Subsequently, Nurses named herein accepted Security's advice, at what appears to be an act of reprisal and organized coercion, contrary to Corizon's alleged policies and Corizon's employee's position that Arizona Revised statute § 31-201.01 (T) does not apply to a private entity contracted with a state Agency. Thus, Complaintant is suffering pain and future injuries.

If Corizon's assumptions are correct with regards to Arizona Laws is not applying to them, then equally Arizona Revised Statute § 31-241 (A) (4) and (B) only apply to Dept. Employed Nurses and inmates they affect, _NOT_ Corporate Private Entity Nurses, that affect or effect State Prisoners. Thus, this Board has _NO_ authority.

Nonetheless, Complaintant completed the Grievance Procedure on this Issue in 1995. See attached Grievance # 011-010-95. And has started a new challenge against Security Officials involvement. See attached Inmate Letters addressed to F.H.A. and D.W. Mr. Hect.

Respectfully submitted this _29th_ day of _May_, 2014.

2

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

| Date: |
|---|
| Time: |
| Initials: |

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley, Rick A. | 073156 | 3-7-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 4-B-19 | Meadows | | Eyman |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)*

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☒ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other *(specify)*/Otros *(especifique)* Coagulant

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Today med. staff personnel at clinic are trying me out prisoners... medication when the
pharmacy are not stocked them. As they will call me when meds arrive. Medications.
being Atenolol 5 mm. tabs 2/day, and; 81mg. Aspirin were latched used to me on
3rd February 2014. These meds are not to stop 'til 29th January 2015, are without a
doctor experience. The start and stoppage of... meds and medication at a time you can
not be good for my health. And increase current day me treatment for time sensible issues.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporciona.]

| Inmate's Signature/Firma del prisionero |
|---|
| Return To Sign |

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

[Document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

The HNR dated
3-14-14 regarding a
complaint about the
D.O's/And-----ations
the day the Crutches
were taken & resolved
the complaint on 2-
27-14) on 3-?-2014

```
| BUILDING  04AB  DAILY GATE PASS          TUESDAY   04/08/2014
|                 FOLEY, RICK-A               072158 04ABWB19    PHASE  03
|
|You are required to keep this pass on your person at all times.  You are
|required to present this pass to any staff member that requests it.  If you
|are found without your pass on your person Disciplinary may be issued.
|
| TURNOUT  REPORT  END  ERLY
| TIME     TIME   TIME OUT  ACTIVITY              LOCATION         CONFLICT
|          0830   1100  N  1 NURSE'S LINE         HEALTH UNIT
```

cy/Special Needs Order - Inmate Health

Issued: 2/18/14   Expiration Date: 3/18/14

## ✓Check the Appropriate Category

☐ Full Duty   ☐ Limited Duty   ☐ Non-Duty/No Work   ☐ Lay In/Confined to living quarters with bathroom privileges

## ENSURE ALL LIMITATIONS ARE COMPATIBLE

### Inmate Limited Duty (✓ Check only those that apply)

☐ No lifting, No pushing, No pulling, No running

☐ No lifting over ___10___ 20 ___ 50 ___ pounds

☐ No repetitive bending/twisting
  Body Part _____

☐ No repetitive motion to injured part
  Body Part _____

☐ No work reaching above the shoulder

☐ No operation of a motor vehicle

☐ No climbing _____ ladders _____ stairs

☐ No operation of machinery or power tools

☐ No off-complex work assignments

☐ Exposure to direct sunlight only with hat, sunscreen, long sleeve shirt, etc.

☐ No exposure to respiratory irritants (e.g. chemicals, paints, grass cuttings, etc.)

### Other Limitations of Daily Activity (✓ Check only those that apply)

Yes = Inmate is able to        No = Inmate is unable to

☐ Yes  ☐ No   Meals in Living Quarters

☐ Yes  ☐ No   Attend Schools/Programs

☐ Yes  ☐ No   Field Activities _____ day(s)/week(s)

☐ Yes  ☐ No   Walk Track

☐ Yes  ☐ No   Sports Activities _____ day(s)/week(s)

☐ Yes  ☐ No   Visitation

☐ Yes  ☐ No   Other _____

_____

_____

_____

_____

### Work Capacity, Specify Limitations: (Circle either hour/day or consecutive hours)

☐ Workday Capacity
  Can sit _____ hours/day or consecutive hours
  Can stand _____ hours/day or consecutive hours
  Can walk _____ hours/day or consecutive hours

☐ Other Limitations/Considerations (Explain)
  _____
  _____

### Additional Considerations

Medical Property Issued
2 blankets to depper R leg recent surgery (R) knee

Medical Property to be Returned to Clinic by:

| Provider's Name | Phroff | Provider's Title | MD |
|---|---|---|---|
| Provider's Signature | | Date | 2/18/14 |
| Inmate's Signature | | Date | 2-18-2014 |

Inmate Name (Last, First M.I.): Foley Rick
ADC Number: 72158
Date of Birth: _____
Facility/Unit: ASPC-Eyman/ Meadows Unit

Distribution
White - Medical Record, Canary - Unit Chief of Security, Pink - Inmate

1101-60P
11/28/01

**ONA DEPARTMENT OF CORRECTIONS**

**ealth Needs Request (HN**

Date:_____
Time:_____
Initials:_____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Falco, R. A | 072158 | 3-26-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 4-B-19 | Meadows | 3500 | Eyman |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *(Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez))*

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES***(MARQUE UN ESPACIO SOLAMENTE)*  ☐ Medical/Médica  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☒ Other *(specify)*/Otros *(especifique)*  Waiver
**PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]**

I wish to have my medical Waiver Extended for Two (2)
Blankets. 3-25-2014 the Doctor removed the Staples and advised. let
the Leg Return to 40 degree movement. He advised me that there
will be swelling about the knee and below for Six (6) months but
keep leg clean. Wash as white there Shower daily. Elevating
the leg will reduce swelling between exercises.
The prior waiver Expired on 3-18-2014.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporciona.]

Inmate's Signature/Firma del prisionero     Refuse To Sign

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
|  |  |  |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
|  |  |  |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

[Document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una división política de este estado.]

1101-10ES
10/1/09

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

| Date: |
|---|
| Time: |
| Initials: |

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Feloy, Rick d | | 5-9-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-B-4-L | S.U. | | Flonn- |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]*

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other *(specify)*/Otros *(especifique)* Wa..e

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] SECOND REQUEST (3-26-2014)

I need an Extension For Two (2) Blankets. 3-24-14 Doctor removed the

staples on my leg, [illegible handwriting]

[illegible handwriting]

[illegible handwriting]

[illegible handwriting]

The previous [illegible] on 3-18-2014

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho e imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    Refuse To Sign

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)*

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

[This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. (Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.)]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

Date:_____
Time:_____
Initials:_____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley, Rick A | 072158 | 4-1-2011 |

| Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 4-B-19 | Meadows | | Eyman |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)*

AREA OF INTEREST(Check only one block below)/AREA DE INTERES(MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other (specify)/Otros (específique) Waiver

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

The Waiver for Meal In House and Side-Walk expires on 4-3-11. Wish to obtain another for Side-Walk, and Leg Braces restricted Movement apparatus, at which I posses.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    Refuse To Sign

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA HOJA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (específique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una política de este estado.]

1101-10E9
10/1/09

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

Date: _____
Time/Hora 11:16:02
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley Rick A. | 072158 | 5-9-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-B-4L | S.U. | | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]*

AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other *(specify)*/Otros *(especifique)* Waiver
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS! SECOND REQUEST (4-1-2014)

The Waiver for Meals In House and Side-Walk expiration 4-3-2014. I need to obtain another for Side-Walk and Leg Braces Restrict Movement Apparatus, of which I possess. (This was the First H.N.R. statement). On 4-17-2014 Security seized the Apparatus due to No Waiver and has it at Yard Office, the Doctor advised me to use/wear it and adjust it 10 Degrees weekly, if possible for the next Six (6) months.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero          Refuse To Sign.

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

Will not be seen

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora 6:02 |
|---|---|---|
| | MAY 11 14 | |

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HK)

Date:_____
Time:_____
Initials:_____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley Rick A. | 072158 | 4-1-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 4-B-19 | Meadow | | Eyman |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)*

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I was given exercise instructions for rehabilitation of my knees for which include the use of a chair. Exercise #5 "Hamstring Curls"; #6 Calf Raise", and; #7 "Leg Extension" requires a chair. This is three (3) exercises out of Eleven (11). A chair inside a dorm is permitted if ordered by a Doctor and a Nurse at Intake.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero                                         and exercise
Ordered by a Doctor, Seven (7) pages. To Sign.

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA HOJA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Data/Fecha | Time/Hora |
|---|---|---|
| | | |

PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Data/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

1101-10ES
10/1/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley, Rick A. | 072158 | 5-9-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-B-4L | S.U. | | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] SECOND REQUEST (4-1-2014).

I was given exercise instructions for rehabilitation of my Knee for which includes the use of a chair; Exercise #5 "HAMSTRING CURLS"; #6 "CALF RAISES", and; #7 "LEG EXTENSIONS" require a chair. This is Three (3) exercises out of Eleven (11). A chair inside a Dorm is permitted if ordered by a Doctor and a waiver issued.

    LIKE EYMAN, FLORENCE SOUTH UNIT HAS CHAIRS IN DORMS.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporciona.]

Inmate's Signature/Firma del prisionero     Refuse To Sign

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

_____ sign or will not be seen _____

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora MAY 11 '14 6:02 |
|---|---|---|

| **PLAN OF ACTION/PLAN DE ACCION** | | |
|---|---|---|
| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ZONA DEPARTMENT OF CORRECTIONS

ealth Needs Request (HN)

Date:_____
Time:_____
Initials:_____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley, Rick A. | 072158 | 4-1-2014 |

| Jail/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 4-8-19 | Meadous | | Eyman |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la entrega de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)*

AREA OF INTEREST(Check only one block below)/AREA DE INTERES(MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de bajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] 1998 I had reconstruction surgery to my left ankel, of which had Two (2) metal supports with about Eight (8) screws. During the surgery the Doctor severed a nerve for the Three (3) center Toes and Top of right foot, of which I cant or have feeling in that area at all. This effects my walking and all exercise activity. In addition, One (1) of the metal supports screws is just under the skin, at the joint, the outside of right ankel that causes great pain when it is bumped, hit or when doing heavy lifting... I don't...

February 2011 I had surgery for reconstruction of my knee cap and tendon in my right leg, of which I've been told it will take several months for swelling to go down and by normal water condition of exercise. I would like to be prescribed for Medical Tuler shoes (size 10-A) and/or Waiver for these items my Family per DO 705:9.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero                Refuse To Sign

SAVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA HOJA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

PLAN OF ACTION/PLAN DE ACCION

| Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

| | | Date: | |
|---|---|---|---|
| | | Time: | |
| | | Initials: | |

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley, Rick A. | 072158 | 5-9-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-B-4L | S.U. | | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]*

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!  *SECOND REQUEST ( 4-1-2014)*

1998 I had reconstruction surgery to my Right Ankel, of which has Two (2) metal supports with about (8) secrews. During the surgery the Doctor severed a Nerve for the Thigs (3) center Toe's and Top of Right Foot, of which I cannot or have feeling in that area at all. This effects my walking and all exercises or activities. In addition, One (1) of the secrews that hold metal supports in place is just under the skin, at the joint, on the outside of Right Ankel that causes great pain when it is bumped, hit or when wearing Leg Brace Restraint. In Februay, 2014 I had surgery of reconstruction of my Knee-cap and Tendon on my Right Leg, of which I've been advised will take six (6) months of swelling to stop and leg normal after completion of exercises. I would like to be considered for Tennis Shoes (see 10.A) with Waiver and/or Waiver for my family to purchase, send to FHA. and then issued to me in accordance with D.O. 909 Pkg. — I had Medical Tennis Shoes between 1988 and 2010.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién le proporcione.]

| Inmate's Signature/Firma del prisionero |
|---|
| Refuse To Sign. |

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)*

Comments/Comentarios

Sign or will not be see

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora 6:02 |
|---|---|---|

| **PLAN OF ACTION/PLAN DE ACCION** | | |
|---|---|---|
| | | |

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

Duty/Special Needs Order - Inmate Health          4319

Issued 2/18/14     Expiration Date 2/18/15

## ✔Check the Appropriate Category

☐ Full Duty    ☐ Limited Duty    ☐ Non-Duty/No Work    ☐ Lay in/Confined to living quarters with bathroom privileges

## ENSURE ALL LIMITATIONS ARE COMPATIBLE

### Inmate Limited Duty (✔ Check only those that apply)

☐ No lifting, No pushing, No pulling, No running

☐ No lifting over ____10 ____ 20 ____ 50 ____ pounds

☐ No repetitive bending/twisting
   Body Part _____

☐ No repetitive motion to injured part
   Body Part _____

☐ No work reaching above the shoulder

☐ No operation of a motor vehicle

☐ No climbing _____ ladders _____ stairs

☐ No operation of machinery or power tools

☐ No off-complex work assignments

☐ Exposure to direct sunlight only with hat, sunscreen, long sleeve shirt, etc.

☐ No exposure to respiratory irritants (e.g. chemicals, paints, grass cuttings, etc.)

### Other Limitations of Daily Activity (✔ Check only those that apply)

Yes = inmate is able to          No = inmate is unable to

☐ Yes  ☐ No  Meals in Living Quarters
☐ Yes  ☐ No  Attend Schools/Programs
☐ Yes  ☐ No  Field Activities _____ day(s)/week(s)
☐ Yes  ☐ No  Walk Track
☐ Yes  ☐ No  Sports Activities _____ day(s)/week(s)
☐ Yes  ☐ No  Visitation
☐ Yes  ☐ No  Other _____

Lower Bunk
Lower tier

### Work Capacity, Specify Limitations: (Circle either hours/day or consecutive hours)

☐ Workday Capacity
   Can sit _____ hours/day or consecutive hours
   Can stand _____ hours/day or consecutive hours
   Can walk _____ hours/day or consecutive hours

☐ Other Limitations/Considerations (Explain)
   _____
   _____

### Additional Considerations

Medical Property Issued:

Medical Property to be Returned to Clinic by:

| | |
|---|---|
| Provider's Name  Shroff | Provider's Title  MD |
| Provider's Signature  Shroff | Date  2/18/14 |
| Inmate's Signature | Date  2-18-2014 |

| Inmate Name (Last, First M.I.)  Foley  Rick | ADC Number  72158 |
|---|---|
| Date of Birth  1/24/58 | Facility/Unit  ASPC-Eyman/ Meadows Unit |

**DNA DEPARTMENT OF CORRECTIONS**

**Duty/Special Needs Order - Inmate Health**

4 -B - 19

Issued 2-27-14   Expiration Date 7-3-14

March 9135

## Check the Appropriate Category

- [ ] Full Duty
- [ ] Limited Duty
- [ ] Non Duty/No Work
- [x] Lay in/Confined to living quarters with bathroom privileges

### ENSURE ALL LIMITATIONS ARE COMPATIBLE

**Inmate Limited Duty** (✔ Check only those that apply)

- [ ] No lifting, No pushing, No pulling, No running
- [ ] No lifting over ____ 10 ____ 20 ____ 50 ____ pounds
- [ ] No repetitive bending/twisting
  Body Part _____
- [ ] No repetitive motion to injured part
  Body Part _____
- [ ] No work reaching above the shoulder
- [ ] No operation of a motor vehicle
- [ ] No climbing _____ ladders _____ stairs
- [ ] No operation of machinery or power tools
- [ ] No off-complex work assignments
- [ ] Exposure to direct sunlight only with hat, sunscreen, long sleeve shirt, etc.
- [ ] No exposure to respiratory irritants (e.g. chemicals, paints, grass cuttings, etc.)

**Other Limitations of Daily Activity** (✔ Check only those that apply)

Yes = Inmate is able to    No = Inmate is unable to

- [x] Yes  [ ] No    Meals in Living Quarters
- [ ] Yes  [ ] No    Attend Schools/Programs
- [ ] Yes  [ ] No    Field Activities _____ day(s)/week(s)
- [ ] Yes  [ ] No    Walk Track
- [ ] Yes  [ ] No    Sports Activities _____ day(s)/week(s)
- [ ] Yes  [ ] No    Visitation
- [ ] Yes  [ ] No    Other _____
  Meals in quarter
  side walk , dr.
  _____
  _____
  _____

**Work Capacity, Specify Limitations:** (Circle either hours/day or consecutive hours)

- [ ] Workday Capacity _____
  Can sit _____ hours/day or consecutive hours
  Can stand _____ hours/day or consecutive hours
  Can walk _____ hours/day or consecutive hours
- [ ] Other Limitations/Considerations (Explain)
  _____
  _____

**Additional Considerations**

**Medical Property Issued**

**Medical Property to be Returned to Clinic by:**

**Provider's Name**

**Provider's Title** M D .

**Provider's Signature**

**Date** 2 - 27-14

**Inmate's Signature**

**Date** 2 - 27 · 2014

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Foy Rice | 175 58 |
| Date of Birth | Facility/Unit |
| 1 - 24 58 | ( Yoman (M·Dow) |

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date: AM 11 '46:02
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley, Rick A. | 072158 | 5-10-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-B-4L | S.U. | | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I have cancer, since 1998, and have been given Long-Sleeve T-Shirts and Hat for Summer at Eyman Meadows Unit for the Three (3) hours daily exposure to Sun. At South Unit I have Ten (10) hours sun exposure daily. I would like to be evaluated for consideration of appropriate wear.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporciona]

Inmate's Signature/Firma del prisionero

Refuse To Sign

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

Sign or will not be seen

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | MAY 11 '46:02 |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

| | |
|---|---|
| Date: MAY 11 14 6:02 | |
| Time: _____ | |
| Initials: _____ | |

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley, Rick A. | 072158 | 5-10-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-B-4L | S.U. | | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(específique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I had surgery preformed on 14th February, 2014, to re-built my Knee-cap, It was unsuccessful. The result was to remove all lower Knee-cap bones — shadders & pieces — from Tendon(s) and re-attach to remaining Knee-cap bones. Was given a Leg Brace Restraint device with adjustments. The Brace was seized by Security on 4-17-14 due to NO Waiver. The progress in the leg has now reversed, and I may have 30 to 30 degree movement while at S.U. due to the

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota de $4.00 por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

| Inmate's Signature/Firma del prisionero |
|---|
| Refuse To Sign |

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(específique)*

Comments/Comentarios

Sign or will not be seen

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora MAY 11 14 6:02 |
|---|---|---|

| **PLAN OF ACTION/PLAN DE ACCION** | | |
|---|---|---|
| | | |

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This is a translation from unofficial text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES.
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

| Date:_____ |
| Time:_____ |
| Initials: _____ |

**SECTION/SECCION I**

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley, Rick A. | 072137 | 1-17-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 5A-104 | Rynning | | Eyman |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]*

**SECTION/SECCION II**

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* [X] Medical/Médica  [ ] Dental  [ ] FHA
[ ] Pharmacy/Farmacia  [ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] Starting in Dec. 2010 and every Ninty (90)
there after I've experienced abdominal swelling, blockages and pain for upto Fourteen (14) days
after having eaten Peanuts, Carrots, Corn, Popcorn and Almonds. Since early 2013, every Six (6)
weeks I've experienced the same systems as stated above plus massive headaches, light-
headedness, shortness of oxygen or supported breaths and loss of vision — as if wearing realy dark sun-
glasses — during Side (7) kly after consuming Corn-chips and Chunky Peanut butter or
hark and recoiled beans from Cactbus. These conditions occured on the 7th Dec. 2013 and
again on 1-2-2014 for which I submitted an Emergency HNR #1101-11 each time and Staff
decline to process them. Nor address the issues during 1-6-14 Nurses Line visit. My mother,
a Nurse, believes I have DIVEATICALITIS of the Intestine.
I was weight at 174 pounds on Oct. 22nd 2013, by Rynning Nurse. My weight was 161
pounds on 1-6-2014, by a Nurse at Rynning Health Unit.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo. *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporciona.]

| Inmate's Signature/Firma del prisionero | Refuse To Sign |
|---|---|

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [ ] Medical/Médica  [ ] Dental  [ ] Pharmacy/Farmacia  [ ] FHA
[ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

Date: NOV 11 '14 8:02
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley Rick A. | 072158 | 5-10-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-B-4L | S.U. | | Florence |

**SECTION/SECCIÓN I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).
[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**SECTION/SECCIÓN II**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I'm still having abdominal pain and stool blockage around my surgical hernia — right side —. I was seen and evaluated with recommendation for a particular diet and supplements in February 2014. What happened?

"DIVERTICULOSIS"   "DIVERTICULITIS"

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien me lo proporciona.]

Inmate's Signature/Firma del prisionero    Refuse To Sign.

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique)

Comments/Comentarios

You must sign HNRs or will not be addressed & forward to DW

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | NOV 11 '14 6:02 |

PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/10/12

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley, Rick A. | 072158 | 5-7-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-B-4L | S.U. | | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

_I have been moved from Meds, and it to South data and in the process of commit - 325 mg Tyl al - an al T._

_Also, at approximate time prior to refill the following: 50 mg Alzoldez, 3 mg canculatra, 21 mg Aspir in, 15 mg Melox ..._

_# 299.23945, # 29923942, # 27923944, # 33126466, and Tyl al_

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero          _Refuse To Sign_

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una división política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS
Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley, Rick A | 072158 | 5-18-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-B-4L | S.U. | | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**SECTION/SECCION II**

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue below in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

May 8 1992 I was injured by spine during a work assignment for Ariz. Dept. Of Corr. Gang-Gang. Medical Apparatus were ordered and issued as "Indefinite" treatment with devices. After my arrival at South Unit my back pain has gotten greater in volume or intensity and I'm now sporting the left shoulder higher than the right. Pain between shoulder blades and lower back.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione] _____

Inmate's Signature/Firma del prisionero          Refuse To Sign

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios
Cannot See her on Nurseline 5/13/14
Unless they DNP triaged above

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | MAY 14 '14 5:43 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION
Please place HNR in Inmate Signature
Indicated above. DW and Captain aware

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

[This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

## SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley, Rick A | 072158 | 4-20-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 4-B-19 | Meadows | | Eyman |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

## SECTION/SECCION II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other (specify)/Otros (especifique) Viral Records

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

In the last quarter of 2013 I was permitted to view my medical records, the first time Five (5) Vols — and every Ninty (90) days thereafter I requested to view my records. This is my repeated Ninty (90) day period request to view my medical files — Now Eight (8) Vols — of which is my First request here at Meadows Unit.

Since last quarter of 2013 viewing I have not viewed my medical records for some unknown reason that Medical staff would put in writing, but reason given verbally "you have a lawsuit against medical."

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcionará.]

Inmate's Signature/Firma del prisionero    Refuse to Sign

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

## SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION   You need to please send a new HNR telling me which Vol's you want to review + sign your HNR. Thank You.

| Staff Signature/Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Cinquanta NRC | 4-22-14 | 12:54 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

ARIZONA DEPARTMENT OF CORRECTIONS
Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley, Rick A. | 072158 | 5-20-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-B-4L | S.U. | | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria [Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other *(specify)*/Otros *(específique)* Complaint
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] I arrived at South Unit on 5-5-2014

and was seen by medical on 5-6-2014 as initial review of an intake. Due to my leg brace support having been seized by Security, for no waiver and continuous standing, moving and heavy lifting of property I experience continuing pain and swelling of Right Knee and Lower Leg. I requested an injection of pain reliever from the Nurse at Intake Review, she claim it can't be done; but I would be placed on Doctor's Line for the week of the Twelveth. I have not been seen, my leg has less movement and the Knee is painful and swelling.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero       Refuse To Sign

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(específique)* _____
Comments/Comentarios
You will not be Seen until you sign these HNR's as you have been told before - "Refuse to Sign" does not work!

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Rev D.W Heet and captain Jo. | | MAY 21 '14 5:58 |

| **PLAN OF ACTION/PLAN DE ACCION** | | |
|---|---|---|
| | | |
| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

| Date: |
| Time: |
| Initials: |

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley, Rick A. | 072158 | 5-24-14 |

| Bed Number/Celda/Número de | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-B-4L | S.U. | | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)*

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!

My knee feels like its tearing apart when I walk after standing and sitting for a period of time, like in Civil Hall ??? when the knee's movement approaches less than 45 degrees. The pain is getting worse since I ran out of both 325 Tylenol and 15 mg Meloxicam days ??? weeks ago. The knee surgery was postponed on 2-15-14, with NO follow up treatment or information because I refuse to sign any H.N.S. or Appointment ??? . I do ??? ??? to see ??? ??? # 011-010-95 - I ??? ??? ???

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de la por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione ]

Inmate's Signature/Firma del prisionero          Refuse To Sign

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)* _____

Comments/Comentarios

| Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

PLAN OF ACTION/PLAN DE ACCION

| Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

[This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of it. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/18/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: ~~04-05-08~~
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foley, Rick A. | 277158 | 5-25-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-B-4L | SU. | | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) [X] Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] Since 2009 I've had and continued, reoccurring rashes, open bleeding sores and painful lesions in Arm-pitts, crotch area and feet. I believe it is caused by lack of proper laundry service and being restricted to three (3) pairs of socks, T-shirts and underware for seven (7) days, between laundry service.

ADOC Authorities claim clothing limit and laundry service is equal to many State Prison Systems. Incorrect, all the states clothing limits, has laundry service Six (6) days aweek.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tango el derecho a imponer el tratamiento o quien lo proporciona.]

Inmate's Signature/Firma del prisionero    *Refuse To Sign*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique)
Comments/Comentarios  *Per the DW & Capt on South unit - you will be seen when you sign your HNR's. thank you*    Jo Doe ISO, RN

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 5/24/14 | 07w |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit Florence | Date |
|---|---|---|---|
| Foley, Rick, A. | 072158 | South Unit - 1 - B - 46 | 5-24-14 |

| To: | Location |
|---|---|
| Florence F.H.A. | Florence Complex Health Service Dept. |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Facility Health Administrator of Corizon Corporation or Department of Corrections, there appears to be a problem between Medical Care and Security Personnel with regards to my on going and continuous treatment of a recent injury and surgery, and other health related issues.

Apparently, Corizon Medical Personnel sought directives from Security Staff Deputy Warden Mr. Heat and Captain Mr. To regarding my deliberate refusal to sign either Health Needs Request or Appointment Logs. As a result Security has directed Corizon Employee's not to address my medical issues or initiate any ongoing treatment and visits until I sign appropriate Forms, authorizing payment. 1

Ariz. Dept. of Corr., Dept. Order #1101 or its Medical Technical Manual and Arizona Reudred Statute § 31-201.01 does not require me to sign any Forms to obtain medical treatment or payment thereof. In fact, § 31-201.01 (67) states an inmate shall not be denied/refused medical treatment for financial reasons. Dept. Authorities recognize this in both their Second and Third Level Grievance Appeal, in case #011-010-095, and determined that I will be seen and treated.

Your Corizon Nurses at South Unit — Mr. Paul, Mrs. Doe and Cindie — has denied all my H.N.R.'s request for viewing Medical Records, followup treatment and other pending medical problems because I failed to sign Forms, per Deputy Warden Heat and Captain To's directives. 2

Throughout the United States Courts Security Personnel cannot interfere with an inmates medical treatment, hinder his or her access to medical service and personnel; only nor can Medical Staff seek guidance form Security Officials on particular initial medical complaints by an inmate based on financial reasons or inmates willness to sign authorizing payment.

Since the privitization of Medical Service by Ariz. Dept. of Corr., with Wexford and Corizon, all my medical issues and chronic problems has been below both State and Federal Standards — NOT OF MY DETERMINATION — and repeated every Thirty (30) days, of each complaint I make, since October 2010; i.e. Medications and chronic care Visits or ongoing treatment of an injury.

Currently, without chronic Medications since 15th May and Leg Brace, Leg Elevation Equipment and regular examination of my Knee since early April 2014, due to no scheduling of appointment and seizure of Leg Brace due to NO MEDICAL WAIVER.

1    This is denial of medical treatment and care for financial reasons.
2    This is an act of COERCION and organized REPRISAL.

| Inmate Signature | Date |
|---|---|
| | 5 - 24 - 2014 |

Have You Discussed This With Institution Staff? ☑Yes  ☐ No

If yes, give the staff member's name:  CSO. III Mr. Cream

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

Requ___ are limited to one page and one issue, NO ATTA___ ENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit Florence | Date |
|---|---|---|---|
| Foley, Rick, A. | 072158 | S.U. – 1 – B – 4L | 5-25-14 |

| To: | Location |
|---|---|
| Deputy Warden Mr. Heet | South Unit Administration Dept. |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Deputy Warden Mr. Heet; it has come to my attention, on numerous occasions, by medical Personnel of Corizon that I will not be seen for continous ongoing treatment of my Knee injury, surgery of Febuary, 14th, 2014, because I refuse to sign H.N.R.'s unrelated to the injury itself, under Captain Jo and your directive.

Nothing in Dept. Order #1101 requires me to sign an H.N.R. or Appointment Log, nor Arizona Revised Statute § 31-201.01 implies that I must sign authorizing payment or anything, and nor that Security or Administrative Personnel can decide if and when an imprisoned person can receive medical attention, and under certain condition or requirements. See Grievance Case #011-010-95. (copy in my possession).

More to the point, A.R.S. § 31-201.61 (5) states; "An inmate shall not be refused medical treatment for financial reasons." However, at Rynning, Cook and Meadows Units Corizon Health Service Employee's has repeatedly claim that Corizon has their own policies, and Arizona Laws or Agency's policies nor medical Technical Manual does not apply to them. I

Mr. Captain Jo and your involvement is placing a new dimension of access to medical care, for which I do not wish to acknowledge nor present in a Formal complaint as a challenge. I understand medical staff made contact both of you, under D.O. #1101, on the theory of MISSED APPOINTMENTS, as required by policy, because I refused to sign an H.N.R. or Appointment log authorizing payment. This is incorrect, mis-applying policy and coercion!

I hereby respectfully request that Captain Jo and yourself reconsider your possessions in this matter 2 and act accordingly. 3

\\\\\\

1    Not important here, now, but I have an active civil Action against both Wexford and Corizon — their employee's — under the theory of Breach of Contract to a Third Party Beneficiary, me.
2    Federal Court Judge advised me that if I wish to challenge Medical Statutory Fee's, Dept. charging Medical Fee's outside of statutes guidelines, I must not sign authorizing payment or acknowledgement of charging Fee's.
3    Ariz. Dept. Authorities have craftfully developed the HNR, by stating statute requirements just above the space for the Inmate's Signature. And demanding a signature from the inmate for his written request of a medical problem he seeks attention for. The statutory statement IS NOT the inmates medical problem, but its in the section area for the inmate to make his complaint. If this statutory statement were anywhere else on the far beside where it is now, I maybe would sign.

| Inmate Signature | Date |
|---|---|
| | 5-25-2014 |

Have You Discussed This With Institution Staff? ☑ Yes   ☐ No

If yes, give the staff member's name: CSO. III Mr. Cream

# STATE OF ARIZONA

## DEPARTMENT OF CORRECTIONS

### INMATE GRIEVANCE

011-010-95

**NAME:** Rick A. Foley   **ADC NO:** 72158   **DATE:** 1/5/95   **CASE NO:** 011-010-95

**INSTITUTION:** Central Unit  CB-4-B-6   **TO:** Grievance Coordinator

**A. Description of Grievance** (To be Completed by Inmate): DENIED MEDICAL TREATMENT
I am an out patient from Maricopa County Medical Center. (MMC.) for the past year an a half
for my Bladder condition. I require pain medication for this condition that has been
recommended and at one time provided by the Doctor's at Central Unit. (Dr. Wildert) and
MMC. This pain medication was given to me every week with review and renewals every three
to four months until the recommended surgery can be performed.
The pain medication was to expire two weeks before I sent in an inmate medical referral. I
had been ordered to put in these referrals prior to the expireation by Dr. Wilbert and

**B. Proposed Resolution:** (What Action Would Resolve The Problem?)  (Also
State What You Have Done To Resolve The Problem) Be seen by a Medical Doctor
to receive those past proscribed apparatuses and medication renewed/reordered, additional
pain medication as MMC. Doctor's had proscribed for my particular condition, follow-ups be
made automatally without me puting in a request, (like it supposed to be) and discipline
actions taken against Ms. Little, Ms. Deamit and Ms. V. Brumfield CRN.
Medical Referral Requests, Inmate letter to CPO. Coffey, Inmate Letter to Warden Savage,
Inmate Letter to Central Unit Property Room. Personally talked with CSO. II. Carmicheal.

_____   1-9-95   _____
**SIGNATURE OF INMATE**   **DATE**   **DATE**   **GRIEVANCE COORDINATOR**

**C. Action Taken by** Percy Howard, Jr., RN **Documentation of Resolution or Attempts
At Resolution:** This response is to your grievance #011-010-95. You stated that
you were "denied medical treatment."

1. Although you refused to sign the appointment list acknowledging that you would
be charged for the visit, you should have been allowed to see a provider.

2. You would have been charged for the visit. Your refusal to sign the form does

CONTINUED

_____
**SIGNATURE OF STAFF**   **DATE**

**INITIAL DISTRIBUTION:** WHITE & YELLOW – Grievance Coordinator   PINK – Inmate
**FINAL DISTRIBUTION:** WHITE – Inmate   YELLOW – Grievance File

ADC GF-1 INMATE GRIEVANCE

FORM 400000946
Rev. 1/25/89

ARIZONA DEPARTMENT OF CORRECTI

GF SUPPLEMENT – GRIEVANCES

INMATE NAME ___HICK A. FOLEY___          ADC NO. _72158_     CASE NO. _011-010-95_

INSTITUTION ___ASPC-F CB 4-B-6_____

[ ] COMMITTEE RECOMMENDATION          [X] GF SUPPLEMENT

not mean that we cannot charge you for the visit.

3. All inmates shall have access to health care regardless of their ability to pay or, in your case, your willingness to pay.

You will be given the opportunity to see a provider.

You may appeal this response to the director by requesting appeal on ADC Form GF-2.

SIGNED _____          DATE _01/18/95_

INITIAL DIST: COMMITTEE RECOMMENDATION: All Copies to Grievance Advisory Committee
FINAL DIST:    WHITE & PINE-Inmate    YELLOW-Grievance File
INITIAL DIST:  GF SUPPLEMENT: WHITE & YELLOW-Grievance Coordinator   PINK-Inmate
FINAL DIST:    WHITE-Inmate           YELLOW-Grievance File

ADC GF-4              GF SUPPLEMENT – GRIEVANCES

FORM #0000075

ARIZONA DEPARTMENT OF CORRECTIONS
GF SUPPLEMENT - GRIEVANCES

INMATE NAME Rick Foley _____ ADC NO. 72158 ___ CASE NO. 011-010-95

INSTITUTION ASPC-Florence (CB-6) _____

[ ] COMMITTEE RECOMMENDATION    [X] GF SUPPLEMENT

On January 5, 1995, you filed a Grievance stating that you should not have been charged $3.00 for a Health Needs Request you submitted to have your pain medication renewed for a bladder condition.  You also alleged that you have been denied medical treatment because you refused to sign the log that authorizes ADC to withhold/take funds from your account.

On January 18, 1995, the Facility Health Administrator advised you that although you refused to sign the appointment list, you should have been allowed to see a provider.  Also, your refusal to sign the form does not mean that you cannot be charged for the visit.

On January 29, 1995, you filed a Grievance Appeal requesting an appointment be scheduled to enable you to see a provider and that disciplinary action be taken against the nurses who refused you treatment.

Please be advised that unless exempted per status (attachment) there is to be a charge.  If you wish to be seen a Health Needs Request form will be required to be submitted.

A charge may be required.  Personnel corrective actions are not discussed.

TLS:TWL:MAB:rl

Terry L. Stewart
Deputy Director        DATE    MAR 1 6 1995

INITIAL DIST.: COMM. RECOMMENDATION: - All Copies to Griev. Advisory Comm.
FINAL DIST.:  WHITE & PINK - Inmate      YELLOW - Grievance File
INITIAL DIST.: GF SUPPLEMENT: WHITE & YELLOW - Griev. Coord.  PINK - Inmate
FINAL DIST.:  WHITE - Inmate             YELLOW - Grievance File
ADC GF-6 GF Supplement - Grievance       Form 40000075  (Rev. 1/25/89)

$\mathcal{E}x.$  $\mathcal{C}$



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Foley, Rick, A. | 072158 | S.U. – 1 – B – 4L | 10-3-2014 |

| To | Location |
|---|---|
| CSO. III Mr. Cream | South Unit - Programs Department |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Today, Doctor Mr. Sharp informed me that the Cancer has spread all through my Intestines, Liver, Spine and etc., that is causing my pain, digestive problems and weight fluctuation, since 2010.

FACTS: (1). This cancer was discovered in 1998, and a section of intestine was removed. (2). The cancer was allegedly in remission, but for safety measures a monitoring system was activated. (3). Contract medical service discontinued the cancer monitoring in 2010, because I refuse to sign forms releasing my medical records to a Corporation. And (4). Both Medical Corporation Wexford and Corizon refuse to address any H.N.R's Forms #1101-10 and #1101-11, or initiate Chronic Condition examination and visits for financial reasons.

ADDITIONAL FACTS: Department of Corrections, Programs and Security Staff refuse to enforce the Contract between Wexford, Corizon and Department regarding medical care and treatment through their conduct of not taking me to medical department or submit a Form #1101-11 for each attack of pain and digestive event; And decline to process of grievances of denial of medical care, treatment and access to medical during an event, since 2010.

I have file folders and manilla envelopes full of documentation, that I will not submit here and now because, they are my originals, only copies and Staff losses such material on claims of accidently losts or was not submitted with complaint.

Resolution: Five (5) million dollars or more.

| Inmate Signature | Date |
|---|---|
|  | 10 - 3 - 2014 |

| Have You Discussed This With Institution Staff? | ☐ Yes | ☐ No |
|---|---|---|

If Yes, give the staff member Name:

Distribution:  Original – Inmate
Copy – Grievance Coordinator File

802-11(a)
12/19/12

## ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Response**

| For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Foley 072158      1B4L | 072158 |

| Institution/Unit |
|---|
| FLORENCE SOUTH |

| From | Location |
|---|---|
| CREAN | PROGRAMS |

In response to your informal dated 10/03/14 Medical advises
Response to Foley #072158: we are not authorized to approve any sum of money; however, you may proceed with further steps if required. You have a follow up scheduled with our health care provider on 10/31/14. Your oncology follow up has been approved and you will see the specialist soon; however, I am prohibited to give you an exact date. Thank you.

### 802.06  FORMAL GRIEVANCE PROCESS (MEDICAL)

1.1 An inmate may file a Formal Grievance should he/she be unable to resolve their complaint informally. The inmate has five workdays from receipt of the response from the CO III/IV or responsible medical staff to submit a Formal Grievance to the unit CO IV Grievance Coordinator using the Inmate Grievance form.

| Staff Signature | Date |
|---|---|
| | 10 - 8 - 14 |

802-12(e)
12/12/13

Distribution:   Original - Inmate
                Copy – Grievance Coordinator File

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| | Received By | |
|---|---|---|
| | Title | |
| | Badge Number | Date |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| Foley, Rick A. | 072158 | 10-9-2014 |
| Institution/Facility | Case Number | |
| S.U. -1-B-46 | A02-158-014 | |

To: CSO. IV

**Description of Grievance** (To be completed by the inmate)

I hereby re-allege and incorporate by reference my Informal Complaint attached. In addition, the complaint does NOT allege anything about following treatment or scheduled appointments. The COMPLAINT STATES THE RESULTS CAUSED BY CONTRACT MEDICAL SERVICES FAILURE OR DISCONTINUED MEDICAL MONITORING FOR FINANICAL REASONS, AND HOW PRISON PROGRAMS STAFF ASSISTED AND SUPPORTED CONTRACT CORPARATION MEANS TO SAVE MONEY OR OTHERWIZE HELP WITH INMATE SUFERING, PUNISHING AND KILLING OF CONVICTED SEX OFFENDERS, BY A SHOWING OF FACTS.

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s)  would resolve the problem?)

Five (5) million dollars or more.

The Complaint to and Response from Mr. Cerom. His response has absolutely NO relevant information on organized abuses. Formal Complaint is necessary.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| | 10/9/14 | | 10/14/14 |

| Action taken by_____ | Documentation of Resolution or Attempts at Resolution. |
|---|---|

RECEIVED
OCT 14 2014
South Unit
Grievance Coordinator

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator, Pink - Inmate
Final Distribution - White - Inmate, Canary - Grievance File

802-1
12/19/12

26

## ARIZONA DEPARTMENT OF CORRECTIONS
### Inmate Grievance Response

| Inmate Name (Last, First M.I.)<br>Foley, Rick A | ADC #:072158<br>Grievance #: A02-158-014 |
|---|---|

| Institution / Unit / Housing<br>ASPC-Florence/ South, DRM1, B04L | |
|---|---|

| From:<br>Christine Pereira, Psy.D., Associate Health Services Admin | Location / Unit:<br>ASPC-Florence |
|---|---|

This is in response to your Inmate Grievance number A02-158-014, dated, October 9, 2014 which was received in the Florence Inmate Health Services office on October 14, 2014. Your primary concern is that you would like to be awarded "five million dollars or more" for "failure or discontinued medical monitoring for financial reasons."

Investigation into your issue included a review of your medical records.

The purpose of this review is to determine if medically necessary health care, as determined by your health care providers, has been provided to you. This assessment of your medical needs may differ from your personal desires.

Subsequent to review and investigation, the results are as follows; your health care currently consists of multiple visits with medical providers, specialty consults, nursing staff, and medication management. Your complaint of discontinued medical care predates Corizon health care and therefore I cannot respond to the healthcare provided by previous contracts/healthcare providers.

Therefore this grievance is being returned unprocessed due to issues requesting resolution were not during the Corizon contract.

You may appeal this decision to the DOC Director by requesting appeal form GF-2.

| Staff Signature: | Date:<br>10-23-14 |
|---|---|

Distribution:  Original -- Inmate,  Copy: Institutional File,  Copy: Grievance Coordinator

RECEIVED
OCT 24 2014
South Unit
Grievance Coordinator

RECEIVED
OCT 18 2014
South Unit
Grievance Coordinator

26

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

(To be completed by staff member initially receiving appeal)

Received by:_____
Title:_____
Badge #:_____
Date:_____

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Foley, Rick, A. | 072158 | 10 / 28 / 2014 |

| Institution | Case Number |
|---|---|
| Florence - South Unit - 1-B-4L | A02-158-014 |

TO:

_Director_

I am appealing the decision of _____A.H.S.A. Mrs. Pereira_____ for the following reasons:

(1). Although the START off with Wexford predates Corizon, Corizon continued what Wexford STARTED when Corizon took over Health Services. The period between Corizon taking over Health Services, todate, can be addressed by Corizon Personnel.

(2). Again, this is NOT whether I'm being seen and treated or not treated for my medical problems NOW; this is an issue of prior actions and inactions that resulted in a SUBSTANTIAL INJURY'(s).

(3). See Health Needs Requests dated between 2010 and August, 2014, in my medical records, with Medical staff, NOTATIONS.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| | 10/28/2014 | | 11/3/14 |

| Response To Inmate By | Location |
|---|---|

RECEIVED

NOV 13 2014

HEALTH SERVICES

RECEIVED

NOV 13 2014

South Unit
Grievance Coordinator

| Staff Signature | Date |
|---|---|

**DISTRIBUTION:**
INITIAL:  White & Canary - Grievance Coordinator
          Pink - Inmate
FINAL:    White - Inmate
          Canary - Grievance File

802-3P
2/14/00



# Arizona Department of Corrections

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



JANICE K. BREWER
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL:  TO THE DIRECTOR

Inmate Name: <u>FOLEY, RICK</u>          ADC No.: <u>072158</u>          Case No.: <u>A02-158-014</u>

Institution: <u>ASPC- FLORENCE/SOUTH</u>          Date Received: <u>November 3, 2014</u>

I have reviewed your Grievance Appeal wherein you allege "prior actions and inactions" by contracted health services staff that "resulted in a substantial injury". Specifically, you allege that "contract medical services discontinued medical monitoring for financial reasons". You request $5,000,000.00 or more in compensation.

Your Grievance Appeal has been investigated including a review of your medical records and previous grievance appeals.  Based on our findings, your appeal is denied. The reasons for this decision are:

1. Your concerns regarding chronic care and chronic care monitoring were previously addressed through the Department's responses to Grievance Appeal Case Nos: A44-061-014 and A02-103-014. Since you raised no new issues, no further action is necessary regarding this portion of your appeal.

2. As to your request for $5,000,000.00 in monetary compensation, per Department Order 802, only claims related to inmate property loss may be addressed within the grievance appeal process. Your claim does not meet this criterion; therefore, it will not be addressed within this response.

3. Please submit a Health Needs Request (HNR) if you have additional medical concerns or needs which you wish to discuss with a medical provider.

This response concludes the medical grievance process per Department Order 802.06 Medical Appeals to the Director.


Charles L. Ryan, Director

12/16/14
Date

cc:    Facility Health Administrator, ASPC–Florence
       C.O. Inmate File

Page 1 of 1



# Arizona Department of Corrections

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



JANICE K. BREWER
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL: TO THE DIRECTOR

Inmate Name: FOLEY, RICK          ADC No.: 072158          Case No.: A44-061-014

Institution: ASPC-EYMAN/MEADOWS          Date Received: April 28, 2014

I have reviewed your Grievance Appeal wherein you allege that "a doctor or practitioner retaliate by denying medical treatment of chronic condition"; specifically, the provider "ended the chronic visit of 10/22/13 once she read the documents of court civil action against Wexford and Corizon".

Your Grievance Appeal has been investigated including a review of your medical records. Based on our findings, your appeal is denied. The reasons for this decision are:

1. Our review confirms that you were seen at the Chronic Care Clinic on 10/22/13 to follow-up on your history of testicular cancer. Examination showed your vital signs to be within normal limits and no acute findings were noted. You were advised on diet, exercise, smoking and provided medication information. We found no evidence to support your allegations; therefore, your Appeal is denied.

2. Please submit a Health Needs Request (HNR) if you have additional medical concerns or needs which you wish to discuss with a medical provider.

This response concludes the medical grievance process per Department Order 802.06 Medical Appeals to the Director.


Charles L. Ryan, Director                    6/12/14
                                             Date

cc:   Facility Health Administrator, ASPC-Eyman
      C.O. Inmate File



# Arizona Department of Corrections

1601 WEST JEFFERSON
PHOENIX  ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



JANICE K. BREWER
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL:  TO THE DIRECTOR

Inmate Name: <u>FOLEY, RICK</u>  ADC No.: <u>072158</u>  Case No.: <u>A02-103-014</u>

Institution: <u>ASPC- FLORENCE/SOUTH</u>  Date Received: <u>August 22, 2014</u>

I have reviewed your Grievance Appeal wherein you request a "waiver for a leg brace and a chair" because of right knee pain following a knee surgery.

Your Grievance Appeal has been investigated including a review of your medical records. Based on our findings, your appeal is denied. The reasons for this decision are:

1. Our review shows that you were seen on 7/9/14 during a chronic care visit. After an evaluation, the onsite medical provider wrote a Special Needs Order (SNO) for a right knee brace and a lower bunk bed and we have confirmed that the knee sleeve was issued to you on 8/13/14. The provider did not find it medically necessary at that time to issue you a SNO for a chair. Based on this information, no further action is necessary regarding your appeal.

2. Please submit a Health Needs Request (HNR) if you have additional medical concerns or needs which you wish to discuss with a medical provider.

This response concludes the medical grievance process per Department Order 802.06 Medical Appeals to the Director.

Charles L. Ryan, Director

10/10/14
Date

cc:  Facility Health Administrator, ASPC-Florence
C.O. Inmate File

Page 1 of 1

Ex. D Attachment #2



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*
*NO ATTACHMENTS PERMITTED.* Please print all
information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit *Eyman* | Date |
|---|---|---|---|
| Foley, Rick, A | 072158 | Meadows - 4 - B - 19 | 2-20-2014 |

| To | Location |
|---|---|
| CSO. III Mr. | Meadows Building Four A/B. |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Doctors at both Rynning Unit and Street Hospital ordered/issued me a pair of light weight metal cruches and Leg/Knee Brace with metal stablelyzers the size of 11" long, or 23" long able to adjust up to Ninty (90°) degrees, One Inch wide and sixteeth Inch thick of high-tempered material.

A.D. Warden permits me to possess the metal Leg/Knee Brace, but denies me the metal Cruches under the theory "NO METAL ON THIS YARD" and ordered medical to issue me wooden cruches.

The Nurse issued me heavy weight wooden cruches with inadequate Arm-Pitt Pads, a ~~bott~~ bott and nut handle and not wide enough space for my hands without causing open bleeding sores on left rist

| Inmate Signature | Date |
|---|---|
| | 2-20-2014 |

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If Yes, give the staff member Name:

Distribution:   Original - Inmate
                Copy — Grievance Coordinator File

802-11(e)
12/19/12

## ARIZONA DEPARTMENT OF CORRECTIONS

### Inmate Informal Complaint Response

**For Distribution:  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.**

| Inmate Name *(Last, First M.I )* | ADC Number |
|---|---|
| FOLEY, RICK A. | 072158 |

**Institution/Unit**

ASPC - EYMAN / MEADOWS UNIT - BLD: 04 BED: B19

| From | Location |
|---|---|
| COIII G. SUAREZ | **BUILDING 4** |

THIS IS IN RESPONSE TO YOUR INFORMAL LETTER DATED: 02-20-2014; RECEIVED: 02-25-2014.

Regarding your questions / comcerns / issues with your cruches. You submitted an Informal Complaint Resolution stating that while at Rynning Unit you were sent to an outside Medical Provider and issued a pair of metal cruches, as well as a leg / knee brace. You also state that the ADW of Meadows Unit denied your metal cruches and subsituted wooden cruches. You further state that the wooden cruches are inadequate and that you require the lighter metal cruches.

I, COIII G. Suarez #1770, met with you on 03/11/2014 and 03/13/2014 in an effort to clarify and resolve your issue. On 03/06/2014 I contacted Meadows Medical Staff regarding your questions / issues for metal cruchers. Medical advised me that you medical file does not contain any paperwork or a prescrpiton that requires you to have metal / light cruches. Since it is not a requirement for your successful treatment your metal cruches were not allowed on Meadows Unit per the Associate Deputy Warden. Please see Department Order 909 Inmate Property; Section 1.3.3 if you have further questions regarding this.

Remember that per ARS 31-201.01 Inmates do not have the right to dictate treatment, diagnosis, or who provides treatment. Due to the Corizon Contract I am no longer able to obtaini specific information pertaining to your medical treatment. This Informal is considered resolved at this time. It is your responsibility to attempt a resolution with Corizon Medical prior to completing an Inmate Grievance. Per Department Order 802 Inmate Grievances; you have five (5) days from the receipt of this repsonse to submit an Formal Grievance.

THIS RESPONSE WAS WRITTEN BY COIII G. SUAREZ #1770 ON 03/13/2014.

End of Response

cc File

| Staff Signature | Date |
|---|---|
| | 3-13-2014 |

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Received By | |
|---|---|
| Title | N/A |
| Badge Number | Date |

| Inmate Name (Last, First M.I.) Foley, Rick. A. | ADC Number 072158 | Date 3-16-14 |
|---|---|---|

| Institution/Facility Meadows - 4 - B - 19 | Case Number Unprocessed |
|---|---|

To: CSO. IU.

**Description of Grievance** (To be completed by the Inmate)

The Meadows A.D.W. has the authorization for what type of material may be permitted on his Unit, but he does not have the authority to withhold certain items for medical treatment from one Inmate and not another. And the condition certain medical apparatus to be issue to an Inmate.

Here A.D.W. denied me lightweight Crutches — NEW — for heavy (Wooden Crutches. The Crutches issued under A.D.W.'s Directive are Wooden, heavy and unusable condition under the Theory of "NO METAL ON THIS YARD". However, two (2) inmates have metal Crutches — One (1) inmate has the Crutches that were taken from me — and there are Cains and Walkers, and I have my Metal leg Brace.

A.D.W. apparently has personal issues with me and is taking it out on me by causing pain and injuries through dictation of medical treatment.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

$500 million dollars.

The Informal to and Response from CSO. III Mr. Suarez, and a written complaint to medical — H.N.R. — See attachments, Three (3) pages. Problem not resolved at Informal level.

| Inmate's Signature | Date 3-16-14 | Grievance Coordinator's Signature | Date |
|---|---|---|---|

**Action taken by** COW Perez Cruz 2002

Documentation of Resolution or Attempts at Resolution.

1. Interviewed Inmate 072158 Regarding his grievance because this document does not clearly state what he is attempting to grieve. Inmate Foley stated "Send it to me unprocessed."
2. Be advised that time frames still apply.
3. I need you to clearly and concisely state the issue you are grieving (i.e) Staff, Procedures, Policy, Etc. Etc. Returned to inmate (unprocessed).

| Staff Member's Signature COW Perez Cruz 2002. | Badge Number 2002 | Date 3-19-14 |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
7/13/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Letter

HANDWRITTEN COPY

Requests are limited to **one page** and **one issue**. **NO ATTACHMENTS PERMITTED.** Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit Eyman | Date |
|---|---|---|---|
| Foley, Rick A. | 072158 | Meadows - 4 - B - 19 | 3-19-2014 |

| To: | Location |
|---|---|
| CSO. IV. Mr. M. Perez | Meadows Unit Programs Department |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Today during an Official interview regarding a grievance dated 3-16-2014 on the issue of A.D.W. allowing other inmates to receive medically issued Metal Apparatuses that contain metal (i.e. Walkers, Cains and Cruches) for their treatment but denying me the same by ordering Nurses to issue Wooden Cruches, and take from me the Metal Cruches, on the theory that "NO METAL ON THIS YARD".

In our interview I shown you the surgical area, the METAL APPARATUS, (the leg Brace) and the broken down Wooden Cruches (i.e. One shorter than the other by Two inches, One narrow than the other with an Eighth Inch Rod for handle and Rags for Arm Pitt Pads). You repeatedly claim that you do not understand what my complaint is about, in your broken english language, and that you can't provide a response.

I informed you that I cannot write my complaint in Spanish or portuguese for you to understand, and if you can't respond, log it and return it as unprocessed, explaining the reason you can't investigate and/or respond.

| Inmate Signature | Date |
|---|---|
| | 2-19-2014 |

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If yes, give the staff member's name:

Distribution:  Original - Master Record File
Copy - Inmate

916-1
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

| | Date:_____ |
|---|---|
| | Time:_____ |
| | Initials:_____ |

**SECTION/SECCIÓN I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Foter, dick A | 063158 | 3-14-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 4-B-19 | Mea Scor | 3500 | Eymon |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**SECTION/SECCIÓN II**

AREA OF INTEREST(Check only one block below)/ÁREA DE INTERÉS(MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other (specify)/Otros (especifique) _Complaint_
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

_This day I arrived at which_ _..._ _... reture to permit_
_me to so ... ... ... light ... metal ... mh... orbs_
_... ... ... ... to repl ... ... with Window ... ... one dil_
_with a brand new ... ... ... that do no ... I ask for replacement_
_... ... ... de ..._
_The ... ... ... ... ... of Metal ... are not_
_... at ... ... or ... appl... that ... ... I have_
_a leg ... that ... ... ... ... ... ... new Metal ..._
_within ... aft... ... ... ... others have cracks whether ..._

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita aquí pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   _Refuse To Sign_

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCIÓN III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MÉDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECTION/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCIÓN

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

Ex. D   Attachment #2



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.   Please print all information.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Foley, Rick, A. | 072158 | Florence-S.U.-1-B-46 | 07-13-2014 |

| TO | LOCATION |
|---|---|
| CSO. III Mr. Crean | South Unit Programs Dept. |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

On 9th July, 2014, Registered Physician Mr. Zoran Vukcevic, of Private Corporation Corizon Health Services, having full knowledge that I require a chair and leg brace with adjustable restrictive mobility settings and metal supports for a period of six (6) months, refuse to produce a medical waiver for these items due to Security directives.

Mr. Vukcevic was going to produce a medical waiver for a chair and leg brace — leg brace held by Security — prior to me explaining that Security seized and holding the brace in their control because I had no medical waiver to possess it, and Security ordered medical personnel not to issue a medical waiver, to me, for a chair as such item is not authorized in inmates cell or cubicle.

Mr. Vukcevic fully aware that other inmates at South Unit have metal canes, crutches, wheelchairs and braces with waivers, and chairs in their cells or cubicles with medical waivers, he wrote, declined these items to me based on Security directives, and not for medical reasons.

<u>NOTE:</u>   Please take notice that Private Corporation Entity or its Employee's contracted with a state agency cannot be the subject to a State agency Inmate Grievance Process, nor can the state entity/official, through administrative exhaustion process dictate or otherwise interfear with a Private Contract entities "DOCTORS" medical decisions or treatment of an inmate. Thus, Informals or Formal and these Appeals of an Inmate Grievance has no valid resolution available.

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| *(signature)* | 13th Jul, 2014 |

Have you discussed this with institution staff?    ☐ Yes    ☐ No

If yes, give the staff member name:

Distribution:   Original - Inmate
Copy — Grievance Coordinator File

802-11(e)
8/21/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Foley 1B4L | 072158 |

Institution/Unit

FLORENCE SOUTH

| From | Location |
|---|---|
| CREAN | PROGRAMS |

In response to yopur informal dated 07/13/2014. Medical has advised thye following.

Inmate Foley # 072158: Per Dr. Vukcevic, medical cannot override security. If you require further assistance from medical, please address your concems in an HNR. Approved braces must be prescribed by a provider. Corizon does not issue chairs for housing units.

**802.06  FORMAL GRIEVANCE PROCESS (MEDICAL)**

1.1 An inmate may file a Formal Grievance should he/she be unable to resolve their complaint informally. The inmate has five workdays from receipt of the response from the CO III/IV or responsible medical staff to submit a Formal Grievance to the unit CO IV Grievance Coordinator using the Inmate Grievance form.

| Staff Signature | Date |
|---|---|
| | 8 5 14 |

Distribution.   Original - Inmate
Copy -- Grievance Coordinator File Received this on
8-7-2014.

802-12(e)
12/12/13

**ARIZ... DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| Received By |
| Title |
| Badge Number | Date |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3P, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First, M.I.) | ADC Number | Date |
| Faley, Rick A | 072158 | 8-8-2014 |
| Institution/Facility | Case Number | |
| S.U. -1- B- 4L | A02 -103- 014 | |

TO: Grievance Coordinator

**Description of Grievance** (To be completed by the inmate)

Private Corporation Health Provider refuse to provide necessary and appropriate medical care and treatment based on Security Personnel's directives. I hereby incorporate my Informal Complaint facts, as stated on Form #802-11(a).

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

Five (5) million dollars.

The Informal to and Response from ... I.S.O. 2! Mr. Crum. Mr. Crum's response clearly states that medical provider recognizes security directives and refuses to provide appropriate medical care for security issues or reasons. Security has repeatedly advise me if a physician issued a medical waiver for footwear, they will return it. And Security will issue a chair to me if I have a medical waiver for one.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
| | 8-8-2014 | Nelson Cott | 8/11/14 |

**Action taken by** _____  Documentation of Resolution or Attempts at Resolution.

RECEIVED
AUG 11 2014
South Unit
Grievance Coordinator

| Staff Member's Signature | Badge Number | Date |

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1P
2/14/00

## ARIZONA DEPARTMENT OF CORRECTIONS
### Inmate Grievance Response

| Inmate Name (Last, First M.I.)<br>Foley, Rick A | ADC #:072158<br>Grievance #: A02-103-014 |
|---|---|

| Institution / Unit / Housing<br>ASPC-Florence/ South DRM1, B04L |
|---|

| From:<br>Christine Pereira, Psy.D., Associate Health Services Admin | Location / Unit:<br>ASPC-Florence |
|---|---|

This is in response to your Inmate Grievance number A02-103-014, dated, August 8, 2014 which was received in the Florence Inmate Health Services office on August 11, 2014. Your primary concern is that you would like to be issued a chair, leg brace, and five million dollars. Corizon does not award monetary compensation for grievances.

Investigation into your issue included a review of your medical records.

The purpose of this review is to determine if medically necessary health care, as determined by your health care providers, has been provided to you. This assessment of your medical needs may differ from your personal desires.

Subsequent to review and investigation, the results are as follows; during your follow-up appointment with your provider, they did not determine that either a special chair or leg brace was a medical necessity. These decisions are a provider decision based on your medical conditions.

Therefore, I am upholding that the medical provider is using appropriate treatment approaches to resolve your medical issues and that they are able to determine if these items are medically necessary which they have determined they are not.

Your grievance is Not Substantiated and Resolved.

You may appeal this decision to the DOC Director by requesting appeal form GF-2.

| Staff Signature: | Date:<br>8-12-14 |
|---|---|

Distribution:   Original – Inmate,   Copy: Institutional File,   Copy: Grievance Coordinator

RECEIVED
AUG 1 3 2014
South Unit
Grievance Coordinator

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

(To be completed by staff member initially receiving appeal)

Received by: Crean
Title: Colt
Badge #:
Date: 8-14-14

**I of 2**

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Folzy, Rick. A. | 072158 | 8-13-2014 |

| Institution | Case Number |
|---|---|
| Florence - S.U. -1-B-4L | A02-103-014 |

TO: _Whom-Ever Is Next For Review/Irrelevant Response._

I am appealing the decision of ___A.H.S.A. Perdra___ for the following reasons:

(1). The following appointment was for Chronic Condition, and as such the alleged Doctor decline to address recent surgery on my Knee, but as to update my medical records, he ordered X-rays.

(2). He did obtain from nursing to the where my leg-brace was, that medical issued to me. I explained it was at Meadows Unit Prop Control, until I obtain a Medical Waiver to possess it. And that Meadows Unit Security advised Medical staff not to issue a Medical Waiver for a chair. The Doctor advised me he cannot override security Directives and will not issue any Waiver for Brace or Chair. He did not examine me or Knee.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| | 8-13-2014 | DC | 8 14 14 |

| Response To Inmate By: | Location |
|---|---|

RECEIVED
AUG 14 2014
South Unit
Grievance Coordinator

| Staff Signature | Date |
|---|---|

RECEIVED
AUG 22 2014
HEALTH SERVICES

DISTRIBUTION:
INITIAL: White & Canary - Grievance Coordinator
Pink - Inmate
FINAL: White - Inmate
Canary - Grievance File

802-3
7/13/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance - GF Supplement

2 of 2

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Foley, R. | 072158 | S.U.-1-B-4C | A02-103-018 |

3). But today - Wed.Jul.3rd - he advised me that another medical staff examined the X-Rays and determined that my Knee-cap has a minor fracture and leg-brace or other devices are not necessary.

4). And he also advised me that he did provide a Medical Waiver for my Leg-Brace on 9th Jul, 2014, and if I did contact Security staff at the Medical Unit and request the return of the seized Leg-Brace, it is on Security denying medical treatment, not him. See Waiver dated 7-9-2014. I can't read it!!

5). I have contacted Security staff, Asst. D.W., D.W., and CSO II Silva, With copies of Waiver, but if the Waiver is not listed on my AIMS, the issue remains with Doctor Mr. Vukcevic.

6). The X-rays determination of a minor fracture of Knee-cap is a fraudulent entry of false information into my medical records. I had major surgery to wire my Knee-cap back together because it was SHADDERED. See attached copy of X-Ray during surgery and related transcripts of surgery (Six (6) pages!!) Do you people still want to carry on with this shwares of lie's?

RECEIVED

AUG 1 [illegible]

South Unit
Grievance Coordinator

| Signature | Date |
|---|---|
| *(signature)* | 8-13-2014 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7P
2/14/00



# Arizona Department of Corrections

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



JANICE K. BREWER
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL:  TO THE DIRECTOR

Inmate Name: FOLEY, RICK          ADC No.: 072158          Case No.: A02-103-014

Institution: ASPC- FLORENCE/SOUTH                          Date Received: August 22, 2014

I have reviewed your Grievance Appeal wherein you request a "waiver for a leg brace and a chair" because of right knee pain following a knee surgery.

Your Grievance Appeal has been investigated including a review of your medical records. Based on our findings, your appeal is denied. The reasons for this decision are:

1.  Our review shows that you were seen on 7/9/14 during a chronic care visit. After an evaluation, the onsite medical provider wrote a Special Needs Order (SNO) for a right knee brace and a lower bunk bed and we have confirmed that the knee sleeve was issued to you on 8/13/14. The provider did not find it medically necessary at that time to issue you a SNO for a chair. Based on this information, no further action is necessary regarding your appeal.

2.  Please submit a Health Needs Request (HNR) if you have additional medical concerns or needs which you wish to discuss with a medical provider.

This response concludes the medical grievance process per Department Order 802.06 Medical Appeals to the Director.

Charles L. Ryan, Director                                    10/10/14
                                                             Date

cc:    Facility Health Administrator, ASPC-Florence
       C.O. Inmate File

Knee One Or Two View Rt                                    **FOLEY, RICK - 106436**

* Final Report *

| | |
|---|---|
| Result type: | Knee One Or Two View Rt |
| Result date: | 14 February 2014 09:31 MST |
| Result status: | Auth (Verified) |
| Result title: | Knee One Or Two View Rt |
| Performed By: | TRAN MD, ANN A on 14 February 2014 12:46 MST |
| Verified by: | TRAN MD, ANN A on 14 February 2014 12:46 MST |
| Encounter info: | 41158643, BIMC, Outpatient, 02/14/2014 - 02/16/2014 |

## * Final Report *

**Reason For Exam**
patella fx

**Knee One Or Two View Rt**
Right knee, one view

Indication:  Patella fx

Findings: One intraoperative lateral view of the knee was submitted.  This
demonstrates distracted fracture through the patella.  There are 3 wires across
the fracture site.

IMPRESSION: As above.

**Signature Line**

                                                    ***** Final Report *****

Transcribed Date:  02/14/2014                        Interpreted By:  TRAN
MD, ANN A
Signature Date:        02/14/2014 :AAT
    Electronically Signed

**Completed Action List:**
* Order by NILSEN DO, DAVID B on 14 February 2014 08:00 MST
* Perform by Jones RT, Eric H on 14 February 2014 09:31 MST
* VERIFY by TRAN MD, ANN A on 14 February 2014 12:46 MST

## .Operative Note

**FOLEY, RICK - 106436**

* Final Report *

| | |
|---|---|
| Result type: | .Operative Note |
| Result date: | 14 February 2014 06:04 MST |
| Result status: | Auth (Verified) |
| Result title: | Operative Report |
| Performed By: | NILSEN DO, DAVID B on 14 February 2014 09:57 MST |
| Verified by: | NILSEN DO, DAVID B on 14 February 2014 14:03 MST |
| Encounter info: | 41158643, BIMC, Outpatient, 02/14/2014 - 02/16/2014 |

### * Final Report *

**Operative Report**
DATE OF BIRTH: 01/24/1958

Operative Report

DATE OF SERVICE:
02/14/2014.

PREOPERATIVE DIAGNOSIS:
Displaced distal pole fracture of right patella.

POSTOPERATIVE DIAGNOSIS:
Displaced distal pole fracture of right patella with distal pole comminution.

OPERATIVE PROCEDURE:
Attempted ORIF of patella with excision of fracture fragments and patellar
tenodesis to remaining patella.

SURGEON:
David Nilsen, DO

ASSISTANT:
Robert Shupe, PA-C

ANESTHESIA:
General.

INTRAVENOUS FLUIDS:
2400 mL of crystalloid.

ESTIMATED BLOOD LOSS:
Minimal.

TOURNIQUET TIME:
102 minutes at 250 mmHg.

SPECIMENS:
None.

COMPLICATIONS:
A needlestick during the procedure into my left thumb.

## .Operative Note

**FOLEY, RICK - 106436**

* Final Report *

**INDICATIONS FOR PROCEDURE:**
The patient is a 56-year-old Caucasian male that is incarcerated while in
prison, fell on his knee and has a grossly displaced fracture of his distal
pole of his patella. There was some mild nondisplaced comminution seen on his
initial x-rays. I discussed with him his treatment options with surgery being
the only way to give his knee any significant function. The risks and
benefits were discussed. All questions were answered and consent was given.

**PROCEDURE:**
The patient was seen in the preop holding area. The operative extremity was
identified and marked. The patient was brought to the operating room and
after successful general anesthesia; the right lower extremity was sterilely
prepped and draped in the usual fashion. A time-out was then taken and all
were in agreement. The leg was exsanguinated using an Esmarch and the
tourniquet was elevated to 250 mmHg. A midline incision was then made.
Careful dissection was done to expose the fractured patella. reduction was
done, there is only seem like there are some small missing pieces along the
anterior cortex, but none were located within the soft tissue. K-wires were
extended orthogonal into the fracture and screws were placed from distal to
proximal, 4-0 cannulated screws with washers. The lateral aspect of the
patella reduced very well; however, the mid and medial portion comminuted as
the screws were advanced to provide the amount of fixation that was needed.
Because of this, this was abandoned and screws and washers were then removed,
the distal hole, which had a small piece of articular cartilage still attached
was all then excised, #2 Fiberwire suture was then sewn through in a
Krackow-type stitch and the tunnel was made for the drilling for the 4 screws
were used to advance the sutures through. There were 4 limbs total; 2 in the
mid portion, 1 in the medial and 1 in the lateral portion. These were then
taken through the 3 bony tunnels. The suture was pulled through the top of
the patella. They were then sewn together with the tendon well reduced to the
patella. The each side of the joint capsule was also lacerated in line with
transverse fracture. This was then oversewn with a #2 FiberWire. However,
when I was halfway done with this, the needle was trying to catch some of the
bone and pushed the needle through the bone as the soft tissue was very thin
proximally at that portion, the needle popped through the bone and stabbed me
in the radial aspect of my left distal thumb. I then immediately irrigated my
finger with Betadine, expressed blood out of it, obviously had to break scrub.
Mr. Shupe, who provided the retraction, instrumentation up to that portion of
the case, then proceeded to do the closure with a different needle. The
capsule was then oversewn and the skin was closed in layers using 2-0 Vicryl
and staples. The patient easily flexed to 20 degrees with a tourniquet on, so
the patient was placed in a range of motion brace from 0 to 30 that could be
locked during extension. Anesthesia was then reversed and the patient was
transferred to the PACU in stable condition.

David B. Nilsen, DO

DBN:NTS

Printed by:    Goolsby, Donna
Printed on:    06/19/2014 12:01 MST

## .Operative Note

**FOLEY, RICK - 106436**

\* Final Report \*


D:02/14/2014 09:57 MST
T:02/14/2014 13:11 MST
1847282/4868462
Banner Ironwood Medical Center


cc:     David B Nilsen DO

**Completed Action List:**
\* Perform by NILSEN DO, DAVID B on 14 February 2014 09:57 MST
\* Transcribe by  on 14 February 2014 13:11 MST
\* Sign by NILSEN DO, DAVID B on 14 February 2014 14:03 MSTRequested on 14 February 2014
13:12 MST
\* VERIFY by NILSEN DO, DAVID B on 14 February 2014 14:03 MST



Ex. D Attachment #3

15

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Foley, Rick, A. | D72158 | S.U. - 1 - B - 4L | 9-17-2014 |

| TO | LOCATION |
|---|---|
| CSO. III Mr. Crean | South Unit Programs Department |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Today during a Doctor's Visit for followup treatment for my Cancer or Diverticulitis Intestinal problems I was advised that Two (2) plan of actions by the previous Doctors for CAT-SCAN to determine if either the Intestinal Carcinoid Cancer or Intestinal Diverticulitis is the cause of my digestive problems, Intestinal Pain and Swelling, were denied by Corizon Medical Committee members for lack of information and History Documentation. **‡**

I've had Cancer since 1998, Diverticulitis since February 2014 — last entry in medical file as chronic condition — and Intestinal Blockage, Swelling and Intense pain lasting between Three (3) and Fourteen (14) day periods, no less than One-point-Five (1.5) events each month since 2010.

Such events occur within Twelve (12) hours after consuming either Carrots, Popcorn, Cornchips, Beans and Peanut Butter with nuts — Chuncky — or combination thereof, served by Trinity ~~static~~ Food Service, served partially cooked or as a meal snack.

Resolution: Approve Doctor's plan of action — CATSCAN — that would assist the Doctor in determining correct treatment of a particular problem, or Five (5) million dollars.

**‡**  A CATSCAN Device or Machine is not a treatment for medical problems or injury, it is a device, like an X-Ray machine, for assiting Doctor's in determining a problem of a patient, if any, for correct treatment.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 9-17-2014 |

Have you discussed this with institution staff?  ☐ Yes  ☐ No

If yes, give the staff member name:

Distribution:    Original - Inmate
Copy – Grievance Coordinator File

802-11(a)
12/12/13

## ARIZONA DEPARTMENT OF CORRECTIONS

### Inmate Informal Complaint Response

**For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.**

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Foley 1B4 L | 072158 |

Institution/Unit

FLORENCE SOUTH

| From | Location |
|---|---|
| CREAN | PROGRAMS |

In response to your greivance dated 09/19/2014. Medical advises that Your CT scan was already approved and scheduled.

**802.06 FORMAL GRIEVANCE PROCESS (MEDICAL)**

**1.1** An inmate may file a Formal Grievance should he/she be unable to resolve their complaint informally. The inmate has five workdays from receipt of the response from the CO III/IV or responsible medical staff to submit a Formal Grievance to the unit CO IV Grievance Coordinator using the Inmate Grievance form.

| Staff Signature | Date |
|---|---|
|  | 10 6 14 |

Distribution: Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/12/13