FILED ___ LODGED
RECEIVED ___ COPY

JAN 07 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: CZVLR54, 7,1(a)(1),(2), 7,1(b)(1)
(Rule Number/Section)

1-6-2015
By Carlos M Vargas Piñon 174124
Parsons V. Ryan: CV12-00601-DKD

Para
Cort of the Court

Mi precente lineas son con el fin de unirme a ustedes pues ya tengo cuatro años enfermo y no me dan el medicameto que debe ser voy a empezar desde como empece con mis males en el 2010 en winchester en Tucson empece a que se me inchaban los hoyo la lengua y me salian bolas grandes en diferente parte del cuerpo tanto en la cabesa como en la planta de los piez y empesaron a salirme una mancha en el pie derecho y la doctora becia que era por el Zapato pero ya cuando llegamos a florence a meadows empece a llenarme de roncha y me daba mucha rasquera a modo de sangrarme y del 3 al 5 de enero 2012 me llevaron de emergencia para el uspital ST Luck en Tempe pues llevaba muy inchado el labio y la presion bastante alta y me tubieron tres dias internado y me diso el doctor en el Hospital que las cinco clases de medina que estaba tomando me isieron la alergia que ya no me la tomaro pues se me cotrolo un poco lo inchado pero lo que se me controla es la rasquera y los granos y luego el 2013 me empeso a tembla la mano izquierda y le dije al Doctor y me dijo no te preocupes es los mismo

de los Granos pero por ese motivo que me temblaba mucho la mano me quitaron de cosinero por segurida por evitar un acidente pero ahora es la mano la espalda y la cabeza las que me tiembla mucho y pierdo mucho la estabilidad me caigo derrepente despues de dos años diciendole al medico me diso que era principio de Parkinson yo ya le e puesto 2 greaves al medico y pues no me da el medicamento que neceto ya les munde copios de los grieves al consulado de tucson a los abogado ACDL ed myers esqu
520 5025 E Washinton ST
    Suite 203 Phx AZ 85034
    tambien le munde los papeles ACLU y American Friands Service Comin- Committee Arizona Area program
103 N Park Ave Suite 111 Tucson AZ 85719
phone 520 623 9141    fax 520 623 5901
atscz@afsc - http// afsc.org / AZ
los de tucson me mandaron dos formas para que las llenara dandoles permiso para entrar en mi expediente medico y ya los munde y no se que esta pasando pues me contestaron que ya los recivieron lu oficinas son ACLU y AM AFSC

pero yo no se que pueda hacer pues
ya le busque de diferente modos y ando
entre mas mas malo mi papa es ciudadano
americano y le hablo de tucson con los
sargento y le dice que ellos mismo me van
a llevar al medico y puras mentiras
mi papa vive en tucson
6271 E 27ThsT
Tuson AZ 85211
520 745 2058
Muchas Gracias por su tiemo y espero
puedan ayudarme con mi problema
Muchas Gracia
Mi nombre es
Vargas Piñon Carlos Mario
ADC 274124    4 D4
ASPC eyman meadows
P.O BOX 3300
Florence AZ 85132

Fecha de Nacimiento
7/25/66