TRANSLATION

**[doc 1278]**

[illegible date]
From:   Carlos M. Vargas Piñon  174124
        *Parsons v. Ryan CV12-00601-DKD*
To:     Clerk ~~Court~~ of the Court

These lines [I am writing] are to get in touch with you since I have been sick for four years and I am not given the correct medication. I am going to start with how I started with my ailments. In 2010 in Winchester in Tucson it started with my eyes and tongue swelling up and I started getting lumps in different parts of my body, on my head as well as the sole of my feet. And I started getting some spots on my right foot and the lady doctor said they were due to my shoe, but when we got to Florence, to Meadows, I started getting a rash and it really itched to the point of bleeding and from January 3-5, 2012 I was taken to Emergency at Saint Luck [sic] Hospital in Tempe because my lip was very swollen and my [blood] pressure was quite high. I was hospitalized for three days and the doctor told me that the five medications I was taking caused the rash and for me to not take them anymore. The swelling got somewhat under control, but [illegible] controlled was the itching and the rash. And then in 2013 my left hand started shaking and I told the doctor and he told me not to worry that it was the same thing, the rash. Due to that reason, that my hand was shaking, they removed me from being a cook due to safety to avoid an accident. Now it is my hand, my back and my head that are shaking a lot and I lose my balance and fall all of a sudden. After two years of telling the doctor, he told me that it was the beginning [stages] of *Parkinson* [sic]. I have already filed two *greaves* [sic] against the doctor since he doesn't give me the prescribed medication. I have already sent copies of the *grieves* [sic] to the consulate in Tucson, to attorney *ACDL Ed Myers, Esq.*
~~520~~   *5025 E. Washington St*
        *Suite 202 PHX AZ 85034*
I also sent papers to *ACLU* and *American Friends Service* ~~Comm-~~ *Committee*
*Arizona Area Program*
*103 N Park Ave   Suite 111 Tucson AZ 85719*
*Phone 520  623  9141   Fax 520  623  5901*
*AFSCZ@AFSC – http// afsc.org/AZ*
The [people] from Tucson sent me two [release] forms to fill giving them permission to look into my medical file and I already sent them back and I don't know what is happening since they answered saying they already got them; the offices are *ACLU* and ~~AM~~ *AFSC*
But I don't know what else I can do; I have looked for different ways and the more I do, the more stubborn they get. My dad is an American citizen and he called from Tucson and talked to the sergeants [sic] and was told that they themselves are going to take me to the doctor and it was just lies.
My dad lives in Tucson
*6271 E 27th St*
*Tuson* [sic] *AZ 85211*
    ~~306~~ *520  745  2058*
Thank you very much for your time and I hope you can help me with my problem.
Thank you very much
My name is
Vargas Piñon Carlos Mario
ADC  174124  4 DH
ASPC Eyman Meadows
P. O. Box 3300
Florence, AZ 85132

Date of Birth
7/25/66
*MARCIA RESLER, U.S.C.C.I.*
Spelling, punctuation & grammar added/adapted for clarity. *Italics* denotes original text.