January 3, 2014

Parsons vs Ryan CV 12-00601-PHX-DKD

Comments - from Kirk Patrick Moss
ASPC - Eyman - SMU 1
Florence Az 85132

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: CMR S-4, 7.1(a)(1),(2),(3)
(Rule Number/Section)

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 07 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

1. I feel Corizon does not provide adiquit care. I have been in lockdown since August of 2012 my medical issues have gotton worse with minimal care that does not seem to work from the Doctors saying there hands are tied by Corizon on what medications and treatments that can be given.

2. I've had HIV, HepC, high blood presure pain in my legs and feet for over 2 years
the doctors don't seem to know what or how to treat HIV except blood test that show declining T cells and CD4 counts. I have put in HNRs to change my meds to ones that will possibly work but only got a Tele med comferewce with CDC Doctor. he told the doctor that was caring for me

why am I on the meds I'm on when they haven't even Done a DNA straw Test to see if they would work and when he offered the new medication corizon Did Not have that particular medication Avalable but that only the old meds were.

2. have failed to control my blood pressure and sent me to the Hospital in 2013 from over medicating me w by putting me on the wrong meds

3) have done nothing in the 3 years to work on my Hep C

4) while in SMU 1 the doctor kept pushing pshyc drugs on me for pain and Tylonol knowing that my blood work showed High Cholesterol, High Blood Presure, Diabetes that point to P.A.D Preferial Artery Disease which cause pain, numbness pins and needles feeling in the legs and feet and had to suffer until I got moved to a different housing unit

Kasson lock Down before I was given pain meds by Dr Johnson

4. I am curently on pshyc meds that Dont work and have been refused the meds I took on the street because Corizan Did not Allow them or provide them so they put me on "sleepers" to fix the problem my release date is ~~Go~~ March 7th and have not seen a medical release planner to help me with how to care for myself where to find Doctors, clinics, or medication to live

These Are Just some of my Issues I thought the ~~ct~~ courts should Know

thank you for your Time

Kirk Moss 221551
ASPC - Eyman - SMU 1
po Box 8600
florence AZ 85132