A. Mendoza # 140918
ASPC- Browning unit
P.O Box-3400
Florence, AZ 85132

to whom it may concern,

I AM AN INMATE AT ASPC- Browning unit 4-1-P
A. Mendoza # 140918.

I have been having problems dealing with this medical staff.

I have been experiencing pain in my abdominal... this medical staff is so focus on "acidflux". Its not properly diagnosing whats really causing this pain, I have prescribed numerous "acidflux" medications, that have not help me at all...

I'm on chronic care..... Exhibit B.. category- chronic care. measure # 54.
states: chronic disease inmates will be seen by the provider, as specified in the inmates treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place...

I have not seen the provider in 7 or 8 mos...
I have submitted HNR's on: 12-21-2014, 12-23-2014 and 12-30-2014.

Exhibit B. category- access to care... measure # 37.
states: sick call inmates will be seen by an RN within 24 hours after an H.N.R is received (or immediately if identified with an emergent need, or on the same day, if identified as having an urgent need.

I have been spitting up Blood. I'm having chest pain because this pain in my abdominal is causing havoc to my days n nights..

I am trying to be patient but this medical system here at Browning unit is so understaff, that, the nurse told me.. it will be months intil you see the provider because he is so far behind..

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: CMR 5.4, 7.1(a)(2)
(Rule Number/Section)

A. Mendoza #148918
ASPC - Browning unit
P.O Box - 3400
Florence, AZ 85132

page 2

I need urgent care now...

I have a family history of stomach cancer.
I am worry because, I been spitting up blood.
  please help me get the proper medical attention

Thank you for your time!

Sincerely
Leonel A. Mendoza

As of today... I have not heard anything about my HNRs I submitted

This prison Browning unit is understaff with medical staff
We are not receiving adequate medical care.