In The United States District Court
For The District of Arizona.

Parsons
  vs.
Ryan

Case # CV-12-00601-PHX-DKD
Letter from A.S.P.C. inmate.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE:
CMR 54, 72 (a)(1)

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 0 7 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

I am currently housed at ASPC-Eyman-Rynning. I've been receiving Psychotropic medications for over a Decade and for the Past Several Months I've been taking Wellbutrin 300mg. twice daily as prescribed.

Approx. two weeks ago my prescription was due for renewal, however Corizon staff allowed my Daily Medications to expire with No Follow-Up, or Alternate Treatment Plan.

I've been Suffering for 2 weeks 'waiting' to be seen for F/U to renew my medications and continue to wait as all my H.N.R.'s over the past two or three weeks are denied and ignored!

I've been forced to suffer manic Depression with severe Mental and Emotional Anguish Daily. As Corizon continues to violate Court-Orders stipulated in the Settlement including, but not limited to: Measure #13, #14, #22, and #37.

Thank you for your time.

Dated this 4th of January 2015 by: [signature] / sign

130011 / print w/ DOC #

Robert A. Duncan

Robert Duncan
A.S.P.C. - Eyman
Rynning Unit
P.O. Box 3100
Florence, Az. 85132