1-2-15

Hi my names Jose Seota 261725 I'm in Lewis Bachman B.D.U
I'm writing about settlement of Parsons V. Ryan... CV 12-00601
PHX-DKD....

LEIFER LODGED
RECEIVED COPY
JAN 07 2015
JAN 07 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

I have questions about trying to go back to a mental-health program I'm S.M.I on the streets I have P.T.S.D. I go to La-Frontera in Tucson AZ...
I came to Arizona State Prison and was put in Phoenix A.S.P.C PHX, Flamengo unit - King Ward I stay in that program for 7-months with no reason why to ~~move~~ me they moved me to Lewis-Morry unit...
I started having problems on Morry unit right away because I have meds for mental-health now I'm in B.D.U. lock down trying to go back a mental-health program...
Is there any way you can help me get to a mental-healt program I don't know why the moved me from — ASPC PHX Flamengo-King Ward... Because I'm S.M.I with P.T.S.D. I see shadows and hear voices...
I take Risperdal & some other pills for deprisstion
I wrote to Psych & Mental Health Department twice in 9/16/14 and again in 11/30/14 and they said they are looking in to my background for my S.M.I stuff they know I have ~~problems~~ problems and on meds...
for P.T.S.D. Can you help me on getting to a mental-health program? Cuz I can't be in lock down for no reason... Its cold in here and we only get a little bit of stuff like clothing to keep warm... We are not on L.O.P! or R.T.H! We are 805 P.C.
We just have problems on the yards we came from

I DON'T KNOW WHY WE CAN'T HAVE STUFF LIKE CLOTHING & C.D PLAYER AND C.D²... BUT WE GET T.V.³ CABLES CORDS & TAPE PLAYERS... SEE WHAT YOU CAN DO FOR US IN B.D.U Lewis - Buckeye AZ!... PLEASE & THANK... FOR YOUR TIME...

    MR: SEOTA
        261785