THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: CVR 54, 7A(6)(1)
(Rule Number/Section)

Parsons v. Ryan
CV12 00601 Phx-DKD
12-31-14

Clerk of The Court

RECEIVED JAN 07 2015 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY P DEPUTY

Category Staffing - Measure 1+2 Staffing should be established by population - At Cook unit, Eyman Complex, a unit designed for 800, the population maintains 1350-1500 inmates - part time Dr + nurses can not service this many inmates.

Measure 3 - Dental staffing our unit sees only 15-20 inmates per week again, staffing should be by population 180 day waits are the norm not the exception - Although there are two dental chairs only one is used - Any dentist should be capable of 2 patients at a time. - Private practices maintain as many as five at a time

Measure 59 - Preventive services - Although staff gets Flu shots in September, we don't receive ours until late December, since privatization TB time has not been done on this unit since privatization - 3 years

Measure 54 - Chronic care patients are not seen every 180 days - again Lack of Staffing.

Measure 43/44 Needs to be enforced - Inmates returning from hospitals or off site visits are not seen upon return or within 24 hrs again Staffing

(2)

Measure 37. There is no sick call at this unit H-N-R's have to be submitted the time to see a nurse can vary from 48 hrs to never. I have personally had 7 H-N-R's in at a period of time over 3 months with response of nurses line, Hcp, renewal of meds submittes with no response. Again staffing

Over population is the true calprit. Until truth is sentencing is repealed - these problems will continue to exist. Arizona needs to come in to the real world like the rest of the United states.

Trasparency into Department of Corrections will be the biggest problem after financing. You will be denied access under their Broad terms "Security"

4.9 million dollars is way too much to pay for service that will likely see no results

I hope this will help. I am aware that any response from in here will not help at all The standard response here is the same as voting on the outside. It won't make a difference any way.

Thank you for your assistance

James Shipman 233188
ASPC Eyman/Cook 8-A-9
P.O. Box 3200 Florence AZ 85132