In the U.S. District court for the District of Arizona

CV 12 00601 - PHX - DKD

Parsons Plaintiff
vs.
Ryan Defendant

Opinions ON The FAIRNESS OF The Proposed Settlement AGREEMENT
Request For ADDITIONAL CONSIDerAtions

Comes now the class action plaintiff Fernando J. Pineda III and gives his opinions on the fairness of the proposed settlement Agreement.

Request For Additional Considerations:

#1: That the Grievance System be over-hauled. Such an over-haul was done earlier this year in favor of the institution and Nothing was done to favor time frames for inmates. Without enough CO III's the informal process becomes strained, and therefore effects an inmates Right to seek redress for grievances.

#2  I also Request that the Informal Grievance blank forms be made carbon copy triplicate forms for varification that an informal was done.

Respect Fully Submitted this 06 day of January 2015
I mailed Via mail E-File A copy of the above motion to: Clerk of the court united states district court, District of Arizona
401 W. Washington St. Suite 130 SPC1
phx AZ 85003-2118

II

prison Law office General Delivery
San Quentin CA 94964

ACLU NAtioN prison project
915 15th St, NW 7th floor
Washington D.C. c 20005