Thomas L. Alvarez Jr. #199894
S.M.U 1 House 4-C-06
A.S.P.C Eyman P.O. Box 4000
Florence, Arizona 85132

☒ FILED  ☐ LODGED

**Jan 07 2015**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

In The U.S. District Court
For The District of Arizona

Parsons Plaintiff | CV 12-00601-PHX-DKD
vs. | OPINIONS ON THE FAIRNESS OF THE
Ryan Defendant | Proposed SETTLEMENT AGREEMENT
| REQUEST FOR ADDITIONAL CONSIDERATIONS

come now the class Action Plaintiff Thomas L. Alvarez Jr, and gives his opinions on the Fairness of the Proposed Settlement Agreement.

#1    Request for Additional Considerations:

I request that medical attention from the Department of Corrections, be taken more seriously dealing with all medical H.N.R's (Health, Needs, Request). The year of 2013, I put in an H.N.R form (Health, Needs, Request) in Lewis, Morey. I was checked out by medical complex in Lewis, Morey for a hernia in my lower pubic area, that extents to my left testical. I was told by medical staff that because I was in no pain and I was not constipated daily that there was nothing they can do for me and I did not qualify for a operation because I was not in pain. They said the best recommendation is for me to lose weight and exercise daily. Which is how I got the hernia in the first place, is from doing push ups. I was also put down as a six month check up to monitor the hernia. But since then I have not been seen once for the follow up. I have put in a H.N.R (Health, Needs, Request) here at Eyman S.M.U 1 and explained the whole situation to medical and their respond to me was, I was put on the schedule for an appointment and I still have not been seen by medical staff and it is now 2015. It is bad for hernia's no matter how big or small, cause the rupture causes a kink and that can lose circulation causing [septic rupture] into Dr. Oz [Hence it medical male pratice to ignore any hernia].

#2 I request that more Correctional Officers III be hired as of now at S.M.U 1 they are under employed, five C.O. III's are working the clusters when sixteen should be employed.

The consideration of hiring more Sgt's then C.O. III's This creates problems for inmates, cause Sgt's are not trained to handle issues dealing with inmates paperwork. That is what C.O. III's are trained for.

Because the shortage of C.O. III staff (inmate letters, informal grievances, money checks, time compts, etc.) are not being handled properly.

#3 I request that more education teachers be hired to teach in the class rooms and tutor inmates while in the class room. As of right now education for General population is corupt. Because most of us need the tutoring an education instructer, G.P. (General Population) is left out to study on are owned willing, which makes it hard to pass the Manditory literaturacy and G.ED (General Education Diploma). Most of the inmates in G.P. (General Population) need the daily school time to be tutored by the teachers in person. I brought this up to the education teachers attention "Mr. G." His response was because he is the only teacher that, the only students who qualify and benefit for class room tutoring are mental health and P.C. (Pertective Custody) We are only left with books to teach ourselfs for education. How are we supposed to benefit ourselfs for the out side world if we do not get the same oppuritunity as mental health & P.C. (Pertective Custody) for education here at S.M.U.1. I would like to see that G.P. (General Population) gets a equal chance as well.

#4 I request that all inmates be allowed disposable razors during shower hours to shave. S.M.U II (Browning Unit) and Central Unit use disposable razors during shower hours given out by Correction Officers. However they are not allowed here at S.M.U 1.

Respectfully submitted this ___ day of January 2015
by Thomas L. Alvarez Jr.

Certificate of Service

I, Thomas L. Alvarez Jr., hereby certify that on January ___ 2015, I mailed via mail or e-file a copy of the above motion to:

Clerk of the Court
United States District Court,
  District of Arizona
401 W. Washington St. Suite 130, SPC 1
Phoenix Arizona 85003-2118

Prison Law office
General Delivery
San Quentin, CA 94964

ACLU National Prison Project
915 15th St. N.W 7th Floor
Washington, D.C. 20005