THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: _____ (Rule Number/Section)

Parsons V. Ryan CV-12-00601-Phx-DKD

FILER ___ LODGED
___ RECEIVED ___ COPY
JAN 0 8 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

Jan. 3rd

Dear Sir,

I wrote you recently in relation to my opinion regarding the settlement and other related matters pertaining to my medical condition. I had enclosed a copy of my MRI Report with that letter so you would better understand the severity of my medical condition.

You don't have to be a doctor to realize that I should have been hospitalized as soon as my MRI Report came in. Dr Harrison MD told me on May 21st that she was going to call the Director of Corizon and tell him that I needed an MRI done A.S.A.P. and hospitalized A.S.A.P. She came to that conclusion after reading my X Ray Report. "She left that wk."

The biggest problem I have with the agreement that was made with Corizon and DOC is that there is no accountability — even when various medical personnel are at fault, and that is the problem, for it just gives them a license to conduct business as usual and that's exactly what they are doing — nothing has changed — At least not here at Santa Rita

For months I tried to see a mental

health nurse/doctor about my present medical condition and my not being able to live in dorm environments. In July the mental health nurse told me she was going to put it in the computer system. It wasn't done. That's when I sent them two other H+R's. The first one was answered by Nurse Martinez (who's not a mental Health nurse) so I sent another H+R in and I worded it differently so that it would make it to the Mental Health Dept. Nurse Pulver, who's not a Mental Health nurse replied to it herself. I needed to talk to someone in the Mental Health Dept. about the pain I'm in and my not being able to live in a dorm type environment.

    I went 6 days without any pain meds from 12-23-14 to 12-29-14 for reasons that my H+R was not forwarded to the Provider.

    With my condition being as severe/painful as it is, you'd think the least they could do is keep my meds coming on time. What I'm taking doesn't help much anyway. And when you get my MRI Report, you'll better understand why. I've been waiting since July just to get an approval to see a specialist.

    Thank you for taking
the time to read this
    Wayne Raney