# ARIZONA de...
## Health Need...

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| RANEY WAYNE | 047142 | 12-14-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 4-C-5 | Santa Rita | 24406 | Tucson |

**15 DEC '14 9:22**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☒ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. ¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!

I HAVE BEEN WAITING since 7-10-14 FOR YOU TO CALL ME, YOU SENT MY H+R BACK STATING THAT I WAS SCHEDULED. THAT WAS 5 months ago. I HAD TALKED TO YOU THE FIRST WK IN JULY YOU TOLD ME AT THAT TIME YOU WAS GOING TO TAKE CARE OF something FOR ME BUT THAT HASN'T BEEN DONE. WHEN I WROTE YOU ABOUT IT ON 7-10-14 THE H+R SAID I WAS SCHEDULED TO SEE YOU, SO I HOPE YOU'LL CALL ME IN TO discuss MY situation with you. Thank you

Inmate's Signature/Firma del prisionero: *Wayne Raney*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☒ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros

**Date/Fecha:** **Time/Hora:** 15 DEC '14 9:22

**PLAN OF ACTION/PLAN DE ACCION**

As previously explained to you, the provider has submitted a surgical consult request. You saw the provider 10/24/14.

**Date/Fecha:** 12-15-14 **Time/Hora:** 0930

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initial: 29 OCT '14 11:17

**Inmate Name/Nombre** (Last, First M.I.) (Apellido, Nombre, Inicial): RANEY WAYNE
**ADC Number/Número de ADC:** 047142
**Date/Fecha:** 10-29-14
**Cell/Bed Number/Celda/Número de Cama:** 4-C-5
**Unit/Unidad:** Santa Rita
**P.O. Box/Apartado Postal:**
**Institution/Facility/Instalación:** ASPC Tucson

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below) / **AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)
[ ] Medical/Médica [ ] Dental [ ] FHA
[ ] Pharmacy/Farmacia [X] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

I TALKED TO YOU 3 months ago about my not being able to live in dorm environments - Central Office moved me 3 times in less than a yr. out of dorms - The last time was in Oct. 2009 - I was on a hunger strike for 12 days due to my being put in a dorm - I've been locked up for 44 yrs. Spent 43 of them in cells - The first 26 in a single cell in Max - 12 in close custody - These last 5 here. You told me 3 months ago you were going to put it in the computer - "my not to be put in a dorm environment - It's still not in the system

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

**Inmate's Signature/Firma del prisionero:** Wayne Raney

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**
[ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA
[ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify)

**Comments/Comentarios:** medical cannot determine this.

**Staff Signature Stamp/Firma del empleado:** A. Martinez, CRN
**Date/Fecha:** 
**Time/Hora:** 29 OCT '14 15:41

**PLAN OF ACTION/PLAN DE ACCION**

**Staff Signature Stamp/Firma del empleado:**
**Date/Fecha:**
**Time/Hora:**

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES 10/1/09

[Margin note: SHE'S NOT A MENTAL HEALTH NURSE - SHE IS NO LONGER AT SANTA RITA]

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

URGENT

Date: 21 DEC '14 9:46
Time: ___
Initials: JSO

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| RANEY WAYNE | 047192 | 12-21-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 4-C-5 | Santa Rita | 24406 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below) [X] Medical/Médica [ ] Dental [ ] FHA
[ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique) D.P. Sheets

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

My Marcos were RENEWED on 12-11-14 But still have not came in. My current meds run out Tues. 12-23 Would you please check on this for me

Thank you

Inmate's Signature/Firma del prisionero: Wayne Raney

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA
[ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify)(especifique)

Comments/Comentarios:

Staff Signature Stamp/Firma del empleado: ___   Date/Fecha: ___   Time/Hora: 21 DEC '14 9:46

**PLAN OF ACTION/PLAN DE ACCION**
You are receiving T3 instead of Norco. Norco is no longer available. Current order doesn't expire until 1-10-15

Staff Signature Stamp/Firma del empleado: ___   Date/Fecha: 12-21-14   Time/Hora: 1000

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscuro - Prisonero

1101-10ES
10/1/09