MATTHEW HOUSTON KERWIN #118279
ASPC-FLORENCE - SOUTH UNIT
PO BOX 8400
Florence, AZ 85132

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: CIVIL 5.4.7.1 - M (11)
(Rule Number/Section)

FILED ___ LODGED
RECEIVED ___ COPY
JAN 08 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PARSONS, et al., Plaintiffs, | No. CV-12-00601-PHX-DKD |
| V. | COMMENT REGARDING AGREEMENT, STIPULATION, AND SETTLEMENT |
| RYAN, et al., Defendants. | |

COMES NOW, Matthew Houston Kerwin, an inadvertent member of the class to COMMENT REGARDING AGREEMENT, STIPULATION, AND SETTLEMENT.

I. I, Matthew Houston Kerwin, aver my rights are not realized in this; in this Agreement both in remedies in equity and remedies at law, and reserve my rights to pursue my own claim of damages suffered in my own claim. The Agreement does not compensate me for the damages I have suffered at the deliberate indifference of The Arizona Department of Corrections Director, his retinues and employees contractually or otherwise in both official capacities and indifference in their individual capacities after having been sufficiently apprised of the harm and decompensation to my Serious Mental Illness Disability, while they failed to renew, and re-order critical psychotropic medications and ultimately refuse to provide an adequate formulary for psychotropic pharmacotherapy with respect to the empirical reality of treatment for mental illnesses with psychotropic medicines. Presently at South Unit, Arizona State Prison Complex - Florence, at the date of this writing, Medical Contract Company Corizon Health Inc., in concert with

(1)

pharmacy PharmaCorr and Arizona Department of Corrections, only allow a formulary of less than 15 F.D.A. approved psychotropic medications and some on that list for anxiety they do not prescribe, but have an agenda to insist upon others. There are no N.D.R.I. class antidepressants on that formulary and only 3 atypical antipsychotics all of which are problematic for this writer. The previous approved Non-formulary medicines for this writer were strategically taken away with deliberate indifference and to circumvent any record of a present non-formulary need for this writer, Mental Health Care Providers are instructed not to make Non-formulary requests and have apprised this writer of said instructions such with intent to circumvent Measure 22 of this Stipulation by both the A.D.O.C. bosses and Corizon bosses. Numerous Grievances have been written to no avail and administratively exhausted to the Director.

 Point #1. The Arizona Department of Corrections, its Officials, Retinues, Employees, or any Contractor lacks the objectivity and integrity to Monitor any aspect of Health Care, Mental Health Care, or Dental Care and notwithstanding both parties agreement the conflict of interest for either parties to be monitors; I propose this Court appoint a Federal Monitor to ensure Compliance, should the Stipulation be approved.

 Point #2. The Arizona Department of Corrections and its Health Care Contractors already does not honor its own written policies of Department Order 1101 and 1103; This is another reason a Federally appointed monitor is necessary to ensure Compliance.

 Point #3. Because this action did not go to trial thousands of victims of Cruel and unusual punishment do not get to tell their testimony besides those with the capacity to write and articulate, in addition the many deaths covered up; this is another reason a Federally appointed monitor is necessary to ensure Compliance.

**Point #4.** I do not oppose the Plaintiff Attorney's receiving Attorneys Fees and compensation for the labor performed to attempt to right these thousands of civil right violations and I commend them for their labor and effort, but I do not feel the Parsons litigation addresses my concerns individually.

**Point #5.** Attachment One attached herein is the official minutes (copy) of December 18, 2014 community meeting.

    i. Note the misinformation disseminated to the inmate population that the Parsons v Ryan has been decided. (1 of 2) Announcements

This is another evidence of the lack of integrity and the critical need for a Federal Monitor to ensure compliance with any court order.

    ii. Note Medical on 2 of 2 of Attachment One with 100+ waiting lists to see Health Care Provider - the fact that printed lists of appointments are posted and no one sees a Health Care Provider - they cook the books. The overcrowding is a reality not addressed in this Parsons agreement (see Brown v. Plata, 131 S. Ct. 1910, 1923-6, 1932-1934 (2011)).

This is a critical fact of evidence as to why a Federal Monitor needs to be Court appointed.

Nevertheless, I reserve my right to pursue my own litigation for damages against those who violated my civil rights and assert such rights in Kerwin v Ryan et al. CV-14-0762-PHX-DLR(JFM).

RESPECTFULLY SUBMITTED

Dated: January 6, 2015

*Matthew Houston Kerwin*
Matthew Houston Kerwin in Propria Persona

Certificate of Service

I certify I have sent my Comment of the Parsons v Ryan this 6 Day of January, 2015 to:

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
401 West Washington Street, Suite 130, SPC-1
Phoenix, AZ 85003-2118

Dated this 6th Day of January, 2015        BY: Matthew Houston Kerwin
                                           Matthew Houston Kerwin
                                           an inadvertent member of the class
                                           In Propria Persona

# ATTACHMENT ONE

2 Pages

# ASPC-FLORENCE-SOUTH UNIT
**DATE: December 18, 2014; 13:30 HOURS**
**Community Meeting**

Staff Present: DW Heet, ADW Ping, Capt. Evans, Lt. Romney, CCIII Craig, Corizon Staff

| ISSUE / TOPIC | QUESTION | RESPONSE |
|---|---|---|
| Announcements | | • The lawsuit *Parsons v. Ryan* has been decided<br>  ▲ Copies will be placed in all dorms<br>  ▲ If you have comments, you may write the judge (listed in the documentation) by Jan. 26<br>• The Library is now back open<br>• Some COIII duties have changed<br>  ▲ COIII Craig is now the recreation coordinator in addition to being for numbers ending in 5<br>  ▲ COIII Wigton is adding numbers ending in 0 to her caseload<br>  ▲ COIII Staab is now the disciplinary officer in addition to numbers ending in 4<br>• The West Yard will soon be open access during business hours. The work on the roof is done.<br>• If you are seen feeding the pigeons<br>  ▲ You **will** lose your current job, no matter where you work (i.e. Tutor, Store, Lead at ACI)<br>  ▲ You **will** be reassigned to the AM yard crew with the duties of cleaning up pigeon poop<br>  ▲ This will be for a minimum of two years<br>  ▲ This announcement will be posted in all dorms<br>• Thank you to Mrs. Smith for an excellent job with the fundraisers and to Mrs. Ells For an excellent job with the Peer Education program. |
| From Last Month | Shower Curtains | • Some have been done, if your dorm needs curtains, send an I/M Letter to Sgt. Knight at Special Projects |
| Visitation / JPAY | How can we get copies of the JPAY information to send to our families? | • More copies will be made and put in Peer Education. There will also be copies available in the library or from your assigned COIII. A flyer should be in the dorms soon. |

| | | |
|---|---|---|
| **Housing Units** | • Why are so many IM's in wheelchairs being housed in dorm 1C? | • Dorm 1C is one of the yards ADA dorms. With an aging population, more IM's with medical issues are needing housed. They will be housed in 1C as necessary. |
| **Rec/Games** | • When will games be passed out again? | • Games are now being done from the small office next to the library. A call out will be done twice a week, once in the morning and once in the evening, with days to be announced soon. |
| **Medical** | • What is the issue with the long waits to see the doctor? | • There is a waiting list of 100+ people to see the provider. The doctor is here 3 days a week, and he is just back from a week vacation. He is doing his best to clear the backlog as quickly as possible. |
| | • I had labs/x-rays/tests run some time ago. Why have I not been seen to explain/go over my results? | • If you have not been seen, it is because your results came back "*normal*". This means that when we went over them, we saw no need for medical treatment. If you wish to go over your results, put in an HNR and a copy will be sent to you via I/M mail at no charge. Remember "No news is good news" |

If you have questions you would like submitted to the community forum, please contact Charlie Robson (8D7U), Joe Camara (8D6), or Shawn Borse (6A14L, or Mandatory Education) to have them added to the list for the next meeting by the end of the second week of the month.

H. Ping, Associate Deputy Warden