TO: United States Courthouse

ABOUT: Parsons v. Ryan, CV 12-00601-PhX-DKD

FILED ___ LODGED ___
RECEIVED ___ COPY ___
JAN 08 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: CMR 5-4, 7.1(A)(1), (2), (3)
(Rule Number/Section)

My Name is Felix. L. Alaniz #265435 I'm Inmate in Florince state prison Kasson I'm Also S.M.I in A mental health Program. I have Been hearing of This Big settlement And All The Big Changes. But I haven't Seen much of it yet The state prison's of Arizona find "Loop hole's" in every Thing And I know I'm going To get harshed By Prison staff for Doing This But some one has to! There Putting in Tables And Telling us every Day soon well open The Doors But I know There waiting Till The 1,26,2015 so it will All Blow over And every one forget Agian. I can't even Be seen for Medical in here! still Theye say 20 hour A week out of cell Time, But come Ask us A 6:00 Am in The Dark, cold morrining To go out side most of us are on high Dose's of medicasion's And can't even get out of Bed To go! medical stoped charging us But Now you can't even Be seen By Them I've Been Trying To get medical shoe's To help Pressher on my feet stop from hurting me Any

meny Pain medicasion like Tylenol or I.B.U. And Because medical is Not Charging us $4.00 Dollers A Visit Theye don't see me Can't help me Due To Buget cut's So what Am I to Due Now? They Told me To Buy Tylenol on A Response Peace of Paper from medical But I Am in A mental health Program And can't Buy Tylenol Not even have in my cell So were I'm going with all This. Is Befor you Settle This case And Pay out orders is make sure Arizona's Prison's ARE Not Just Cuting Corner's Agian Please I Realy Just want Proper medical treatment Real mental health Treatment And for us to have Proper meal's Because NoNe of what You've orderd has Been Done At least were I'm living And I've Been here A long Time Now

Return Address
Felix, 2, Alaniz #265435
Arizona State Prison Complex Florince
unit kasson   P.O.Box.8200
Florince  Az   85132

Thank you for Your Time