ANDREW PAUL ROBINS # 248144

ASPC - LEWIS RAST UNIT 2-D-16

PO BOX 3600

BUCKEYE, AZ 85326

FILED _____ LODGED
RECEIVED _____ COPY

JAN 0 8 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

CLERK OF THE COURT

U.S. DISTRICT COURT

DISTRICT OF ARIZONA

401 W. WASHINGTON ST. STE. 130 SPC 1

PHOENIX, AZ 85003-2228

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: Civil S.417.(a)(1),(2),(3)
(Rule Number/Section)

(1)

JANUARY 4, 2025

To WHOM IT MAY CONCERN,

My NAME IS ANDREW PAUL ROBINS, AND I AM AN INMATE WHO IS CURRENTLY HOUSED AT THE RAST UNIT ON THE ARIZONA STATE PRISON COMPLEX-LEWIS, IN BUCKEYE, ARIZONA.

I WRITE THIS LETTER TO YOU SO THAT I MIGHT RELATE TO YOU THE REALITIES OF THE GOINGS ON HERE AS THEY PERTAIN TO THE MEDICAL STAFF AND THEIR PRACTICES.

I AM SUPREMELY CONFIDENT THAT WHAT YOU'VE BEEN TOLD IS FAR DIFFERENT THAN WHAT I OBSERVE WITH MY OWN TWO EYES ON A DAILY BASIS. IF I NEED TO BE SEEN FOR AN ILLNESS OR INFIRMITY, I PLACE A HEALTH NEEDS REQUEST (HNR). I COMPLETE THE FORM, AND I PLACE IT IN A SMALL METAL BOX LABELED "HNR" AS I WALK FROM MY CELL BLOCK TO THE INMATE DINING HALL. HERE AT RAST, IT IS ROUTINE FOR THE HNR BOX TO BE OVERFLOWING WITH FORMS FOR ANYWHERE FROM 3-10 DAYS, ENSURING THAT THEY ARE NOT BEING PROCESSED WITHIN 24 HOURS, AND EXPOSING THEM TO THE ELEMENTS OF THE OUTDOORS. STRANGELY, THE HNR'S ALWAYS HAVE A DATE AND TIME WITHIN 24 HOURS OF THEIR SUBMISSION ONCE RETURNED TO US INMATES. I SUSPECT THAT THE DATES ARE BEING FALSIFIED.

WHILE MY HNR SITS IN THE BOX FOR 3-10 DAYS, THOSE ARE 3-10 DAYS I AM NOT BEING TREATED.

(2)

WHEN A QUALIFIED HEALTH CARE PROFESSIONAL DEEMS AN INMATE'S INFIRMITY SERIOUS ENOUGH TO WARRANT A VISIT WITH A REGISTERED NURSE OR NURSE PRACTITIONER, SAID INMATE SHOULD BE PREPARED TO WAIT 3-5 WEEKS. IF THE RN OR NP ACTUALLY REFERS SOMEONE TO SEE THE PROVIDER, ANOTHER LENGTHY WAIT WILL BE NECESSARY.

AS IT PERTAINS TO THE ADMINISTRATION OF MEDICATION, IT HAS BEEN MY OBSERVATION THAT THE NURSES ONLY RE-ORDER MEDICATION WHEN/AFTER THE STOCK IS DEPLETED, ENSURING THAT THOSE RECEIVING MEDICATION MUST WAIT 3-4 DAYS FOR SAID STAFF TO PLACE THE ORDER TO RENEW THE MEDICATION PERSCRIPTION. SOME INMATE'S MEDICATION IS PAIN RELIEVING, AND SOME ARE PSYCHOTROPICS FOR THE MENTALLY ILL. THE CURRENT PRACTICES ARE FOSTERING AND PROMOTING A VICIOUS AND OFTEN UNDENIABLY VINDICTIVE CYCLE OF UNECESSARY SUFFERING. WHEN CONFRONTED, ONE NURSE HERE IS FOND OF SAYING, "WELL, IF YOU WOULDN'T HAVE COME TO PRISON YOU WOULDN'T HAVE THIS PROBLEM." HER NAME IS SMITH.

NOW I'M SURE ALL SORTS OF A.D.C. STAFF HAVE APPEARED IN YOUR COURT(S) AND PLACATED YOU WITH REASSURANCES THAT "EVERYTHING IS FINE" AND THAT "EVERYTHING IS UNDER CONTROL". UNTIL THE READER OF THIS LETTER AND HIS/HER PEERS BEGIN VISITING THESE PRISON'S AND TALKING WITH STAFF AND ESPECIALLY INMATES, THE UNDISPUTED TRUTH WILL REMAIN ELUSIVE. SURE, ADMINISTRATORS TOUR THE FACILITY UPON OCCASION, BUT THERE IS ALWAYS AT LEAST A TWO WEEK NOTICE. ONE SHOULD SEE THE SCRAMBLE THAT ENSUES UPON ONE OF

(3)

THESE ANNOUNCEMENTS. UNTIL THESE VISITS/TOURS BECOME SPONTANEOUS, THE GLARING TRUTHS WILL CONTINUE TO BE SWEPT UNDER THE RUG BEFORE INQUIRIES CAN BE MADE.

AS A CASE IN POINT, I HAVE BEEN FIGHTING FOR NEARLY TWO YEARS FOR TREATMENT OF DEBILITATING AND SPREADING BACK PAIN THAT IS THE RESULT OF A MOTORCYCLE ACCIDENT I SUSTAINED IN 2006. MY HEAD NODS INVOLUNTARILY AT TIMES DUE TO NERVE DAMAGE, AND THE PAIN IN MY SHOULDER AND BACK IS SO SHARP AND PAINFUL THAT IT BRINGS ME TO THE BRINK OF FAINTING.

IN 2013, THEY GAVE ME IBUPROFEN, THEN I RECEIVED CORTIZONE INJECTIONS WILLY-NILLY AROUND VARIOUS LOCATIONS IN MY BACK AND SHOULDER, THEN THEY X-RAYED, AND FOUND THEM TO BE NEGATIVE. ALL THE WHILE, I AM LYING IN MY BED IN TEARS. BECAUSE THERE WAS NO BREAKAGE, I WAS KIND OF WRITTEN OFF. IN 2014, I BEGAN ASKING FOR AN MRI. IF X-RAYS ARE NEGATIVE YET I'M STILL IN PAIN, THEN THE INFIRMITY IS OF THE FLESH AND NOT OSTEOPATHIC.

A REQUEST FOR AN MRI WAS SUBMITTED, AND QUICKLY DENIED. INSTEAD I WAS PLACED UPON AN "ALTERNATIVE TREATMENT PLAN", OR ATP. WHEN I QUESTIONED THE PROVIDER, DR. MELSHINSKY, ABOUT THE MRI, HE TOLD ME IN QUITE A MATTER-OF-FACT MANNER, "FROM WHAT I SEE, YOUR CURRENT PAIN LEVELS DON'T JUSTIFY THE COST OF AN MRI." I WAS DUMBFOUNDED, MOUTH AGAPE. SINCE THEN, I HAVE RECEIVED TWO CHIROPRACTIC ADJUSTMENTS, ALTHOUGH WE KNOW FROM X-RAY THAT MY INFIRMITY IS NOT OF AN OSTEOPATHIC NATURE. WERE I TO ACTUALLY RECEIVE THIS MRI FOR WHICH I AM GRIEVING, I KNOW THAT SOME KIND

(4)

OF DAMAGE WOULD BE FOUND EITHER IN MY MUSCLES, TENDONS, OR LIGAMENTS. ITS LIKE THEIR PHILOSOPHY IS THAT IF THEY DONT USE ALL OF THEIR DIAGNOSTIC TOOLS TO GET TO THE BOTTOM OF THE ISSUE, THEN THEY WONT HAVE TO TREAT IT BECAUSE IT DOESN'T EXIST, AND I AM NOTHING MORE THAN ANOTHER INMATE WHO IS MALINGERING.

ENCLOSED HERE IS DOCUMENTATION OF MY STRUGGLE. ALONG WITH THE ISSUE ITSELF, PLEASE NOTICE THE DATES. THESE DOCUMENTS ARE ALL I HAVE, SO I BEG YOU TO SEND THEM BACK TO ME. BY ALL MEANS, PLEASE COPY THEM FOR YOUR OWN RECORDS.

IN CONCLUSION, I WOULD LIKE TO SAY THAT I AM SERVING MY TIME ACCORDING TO MY SENTENCE. I WAS NOT SENTENCED TO PAIN AND SUFFERING UNNECESSARILY BY "HEALTH CARE PROFESSIONALS" WHO ARE MORE FOCUSED ON THE BOTTOM LINE THAN PHYSICAL AND MENTAL HEALTH OF PEOPLE WHO DEPEND ON THEM FOR EVERYTHING. IF THE PERSON READING THIS LETTER WILL NOT ACT ON MY/OUR BEHALF, WHO WILL? IF THERE WERE ANY INTEGRITY AND/OR ACCOUNTABILITY HERE, THIS ISSUE WOULD NOT BE ON THE COURT'S DOCKET IN THE FIRST PLACE. HUMBLY, I ASK THAT YOU INSTILL SAID INTEGRITY BY HOLDING ACCOUNTABLE THOSE WHO ARE ETHICALLY UNABLE TO DO SO THEMSELVES. A.D.C. AND CORIZON BOTH OPERATE UNDER THE "PASS THE BUCK" MODUS OPERANDI. I AM HOPING THAT THE BUCK STOPS WITH THE READERS OF THIS LETTER.

HUMBLY & RESPECTFULLY YOURS,

ANDREW P. ROBINS

(5)



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Services Communique**

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Robins, Andrew | 248144 |
| Facility | Unit |
| ASPC-Lewis | Buckley 183 |

### THE FOLLOWING RESULTS WERE NORMAL

☐ **LAB**

☒ **X-RAY**   Normal (L) Shoulder

☐ **EKG**

☐ **PAP**

☐ **MAMMO**

Other

Comments

| Signature | Date |
|---|---|
| | 2/17/14 |

**Submit HNR if additional information is requested.**

1101-26
8/10/11

Distribution:  White - Medical File;  Yellow - Inmate

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

> **For Distribution:** Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| ROBINS | 248144 |

| Institution/Unit |
|---|
| LOC: A48 ASPC-F KASSON M/H     BLD: CB-6 BED: 1B14 |

| From | Location |
|---|---|
| SAUCEDA, D. CO III | ASPC-F/KASSON PROGRAMS |

THIS IS THE RESPONSE TO YOUR MEDICAL INFORMAL COMPLAINT DATED 09/21/2013 REGARDING YOUR ISSUE WITH NOT BEING SEEN BY MEDICAL IN A TIMELY MANNER.

I HAVE REVIEWED YOUR ISSUE AND CONTACTED RN ADAMS OF THE ASPC/F/KASSON UNIT MEDICAL DEPARTMENT. She has advised that an H&R was received from you on 08/25/2013 and you were scheduled to be seen by the doctor. On 10/07/2013 the doctor ordered x-rays and labs and then an appointment when the results were received. You were transferred back to this facility 08/19/2013 and your H&R was reviewed and addressed on 08/25/2013. Orders were placed for reports that are to be used by the doctor and you will be scheduled to beseen when he has all results back and can address you. Your issue has been addressed. I am unable to resolve your issue and If you want to continue with the grievance process, you may file a formal grievance. Form attached.

| Staff Signature | Date |
|---|---|
| | 10·10·13 |

802-12(e)
12/19/12

Distribution:   Original - Inmate
Copy – Grievance Coordinator File

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

RECEIVED
OCT 2 3 2013
ON THIS DATE

Received By _ROHWER_

Title _COII_

Badge Number _2672_   Date _10-11-15_

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3P, within 10 calendar days of receipt of this notice.*

Inmate Name (Last, First, M.I.) _ROBINS, ANDREW_   ADC Number _248144_   Date _10-11-13_

Institution/Facility _ASPC FLORENCE/KASSON UNIT_   1-B-14   Case Number _N/A_   _A01-150-013_

TO: Grievance Coordinator

Description of Grievance (To be completed by the inmate) I have decided to write this grievance due to the _____ negligence, and lack of accountability currently being exhibited by the Kasson Unit medical staff. I sent a health needs request regarding a medical issue, on 8/28/13. Not until 10/7/13 was I seen. This is unacceptable, and there is absolutely no reason/excuse for this. This is my health. Having taken custody of me, it is the D.O.C.'s obligation to provide me with quality healthcare, and to do so in a timely manner. This negligence has caused me more than a month of unnecessary pain and suffering. It is no wonder that the ACLU is suing over this, and I'm proud to be a member of that lawsuit. What is going on here and being condoned, is an absolute outrage, and it is time for accountability to become the _____ instead of _____ foreign concept.

Proposed Resolution ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?) The only resolution for this _____ for the folks who oversee medical, to hold the staff accountable for their inaction. This negligence is completely unnecessary, and easily fixable if someone will stand up and not pass the buck _____ anymore. It is time for someone to take _____ responsibility for the past, and make proactive changes for the future.

Inmate's Signature _____   Date _____   Grievance Coordinator's Signature _Co''S Anderson_   Date _10-23-13_

Action taken by _____   Documentation of Resolution or Attempts at Resolution.

RECEIVED
OCT 17 2013
BY: _____

Staff Member's Signature _____   Badge Number _____   Date _____

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate    802-1

# DEPARTMENT OF CORRECTIONS

Grievance

*NOTE: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3P, within 10 calendar days of receipt of this notice.*

| Received By | ROHWER |
|---|---|
| Title | COII |
| Badge Number 2677 | Date 10-11-13 |

| Inmate Name (Last, First, M.I.) | ADC Number | Date |
|---|---|---|
| ROBINS, ANDREW   1-8-14 | 245144 | 10 11 13 |

| Institution/Facility | Case Number |
|---|---|
| ASPC FLORENCE / KASSON UNIT | N/A |

**TO:** Grievance Coordinator

**Description of Grievance** (To be completed by the inmate) I have decided to write this grievance due to the ~~████~~ negligence and lack of accountability currently being exhibited by the Kasson Unit medical staff. I sent a health needs request regarding a medical issue on 9/2/13 not until 10/2/13 was I seen. This is unacceptable, and there is absolutely no reason/excuse for this. This is my health. Having taken custody of me ~~██~~ the D.O.C. obligation to provide me with quality healthcare, and to do so in a timely manner. This negligence has caused me more than a month of unnecessary pain and suffering. It is no wonder that the ACLU is suing over this, and I'm proud to be a member of that lawsuit. What is going on here and being condoned, is an absolute outrage, and it is time for accountability to become the norm, instead of some foreign concept.

**Proposed Resolution.** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?) The only resolution for this issue is for the folks who oversee medical to hold the staff accountable for their inaction. This negligence is completely unnecessary and easily fixable if someone would step up and not pass the buck to anymore. It is time for someone to take the ~~████~~ responsibility for the past, and make proactive changes for the future.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| | | | |

**Action taken by** _____   **Documentation of Resolution or Attempts at Resolution.**

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

White Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1P
2/14/00

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____   '13 DEC 30 6:42

**SECTION/SECCION I**

Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)*
ROBINS, ANDREW

ADC Number/Número de ADC
248144

Date/Fecha
12-28-13

Cell/Bed Number/Celda/Número de Cama
CB4-A-15

Unit/Unidad
CENTRAL

P.O. Box/Apartado Postal
8200

Institution/Facility/Instalación: ASPC
FLORENCE

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria Use este formulario para describir un problema a la vez!]*

**SECTION/SECCION II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]   I WOULD LIKE TO DISCUSS W/ THE PROVIDER THE RESULTS OF MY X-RAYS FROM 1-2 WEEKS AGO ON MY LEFT CLAVICLE/MIDDLE BACK.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)* _____
Comments/Comentarios

refer to provider

Staff Signature Stamp/Firma del empleado
N. Tate, LPN

Date/Fecha
DEC 30 2013

Time/Hora
855

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION   You are on the Dr line to discuss results

Staff Signature Stamp/Firma del empleado

Date/Fecha
1/2/14

Time/Hora
1018

RETURNED TO ME 1-17-14

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

'14 JAN 9 11:14

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ROBINS, ANDREW | 248144 | 1-7-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 4-A-15 | CENTRAL | 8200 | FLORENCE |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☑ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] I WAS RECENTLY BROUGHT TO MEDICAL WHERE I TOOK X-RAYS OF MY BACK. I PUT IN 2 WEEKS AGO TO SPEAK WITH THE "PROVIDER" REGARDING SAID X-RAYS, BUT MY REQUEST APPARENTLY FELL UPON DEAF EARS. WHILE Y'ALL ARE LOLLY-GAGGIN' UP AT THE INFIRMARY MY BACK IS HURTING-BAD!! SO I'M SENDING THIS OFFICIAL HNR, AND I'M GONNA SEE HOW LONG Y'ALL TAKE TO SEE ME. AND DON'T CHARGE ME, BECAUSE THIS IS A PRE-EXISTING ISSUE FOR WHICH I'VE ALREADY PAID.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por ley)*. Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)*

Comments/Comentarios

HCP line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | JAN 0 9 2014 | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

'14 JAN 9 11:13
'14 JAN 9 11:13
'14 JAN 9 11:13

**SECTION/SECCION I**

Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)*
ROBINS, ANDREW

ADC Number/Número de ADC
248144

Date/Fecha
1-7-14

Cell/Bed Number/Celda/Número de Cama
4-A-15

Unit/Unidad
CENTRAL

P.O. Box/Apartado Postal
8200

Institution/Facility/Instalación: ASPC
FLORENCE

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria *(Use este formulario para describir un problema a la vez!)*

**SECTION/SECCION II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ✓ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I WAS RECENTLY BROUGHT TO MEDICAL WHERE I TOOK X-RAYS OF MY BACK. I PUT IN 2 WEEKS AGO TO SPEAK WITH THE "PROVIDER" REGARDING SAID X-RAYS, BUT MY REQUEST APPARENTLY FELL UPON DEAF EARS. WHILE YA'LL ARE LOLLY-GAGGIN' UP AT THE INFIRMARY MY BACK IS HURTING-BAD.!! SO I'M SENDING THIS OFFICIAL HNR, AND I'M GONNA SEE HOW LONG YA'LL TAKE TO SEE ME. AND DON'T CHARGE ME, BECAUSE THIS IS A PRE-EXISTING ISSUE FOR WHICH I'VE ALREADY PAID.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

HCP line

Staff Signature Stamp/Firma del empleado

Date/Fecha
JAN 0 9 2014

Time/Hora

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION     You are on Dr line

Staff Signature Stamp/Firma del empleado

Date/Fecha
1/10/14

Time/Hora
0904

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en ingles. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

## SECTION/SECCION I

Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)*
ROBINS, ANDREW

ADC Number/Número de ADC
248144

Date/Fecha
1-7-14

Cell/Bed Number/Celda/Número de Cama
4-A-15

Unit/Unidad
CENTRAL

P.O. Box/Apartado Postal
8200

Institution/Facility/Instalación: ASPC
FLORENCE

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia ese cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

## SECTION/SECCION II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☑ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] I WAS RECENTLY BROUGHT TO MEDICAL WHERE I TOOK X-RAYS OF MY BACK. I PUT IN 2 WEEKS AGO TO SPEAK WITH THE "PROVIDER" REGARDING SAID X-RAYS, BUT MY REQUEST APPARENTLY FELL UPON DEAF EARS. WHILE YA'LL ARE LOLLY-GAGGIN' UP AT THE INFIRMARY MY BACK IS HURTING-BAD!! SO I'm SENDING THIS OFFICIAL HNR, AND I'm GONNA SEE HOW LONG YA'LL TAKE TO SEE ME. AND DON'T CHARGE ME, BECAUSE THIS IS A PRE-EXISTING ISSUE FOR WHICH I'VE ALREADY PAID.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

## SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora

## SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

 **ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Services Communique**

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Robins, Andrew | 248144 |
| Facility | Unit |
| ASPC-Lewis | Buckley 1B3 |

### THE FOLLOWING RESULTS WERE NORMAL

☐ **LAB**

☒ **X-RAY**   Normal (L) Shoulder

☐ **EKG**

☐ **PAP**

☐ **MAMMO**

Other

Comments

| Signature | Date |
|---|---|
| | 2/17/14 |

**Submit HNR if additional information is requested.**

1101-26
8/10/11

Distribution: White - Medical File;  Yellow - Inmate

Received 04/07/14



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.
NO ATTACHMENTS PERMITTED.  Please print all
information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| ROBINS, ANDREW | 248144 | LEWIS-RAST 1-D-12 | 4-4-14 |

| To | Location |
|---|---|
| COIII McCUTCHEON | BUILDING 1 COIII |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

I am attempting to informally resolve the following issue:

For two years (documented) I have been experiencing awful back pain down the center of my spine and left shoulder. In those two years, I have been given pain medication, cortizone injections, and X-rays. The medication and injections gave no relief, and my X-rays are negative. I have been vigilant in asking for treatment, but the provider(s) has simply stopped trying to assess and diagnose my infirmity. I don't know if I need more extensive X-rays, and MRI, a chiropractor, or even surgery, but I'm open to ALL options to alleviate my pain - especially the bruising along my spine. To solve this impasse, I would like to seen by the provider to discuss my options and take the next step in rooting out the source of my pain. My HNR's are being ignored and/or discarded.

Thank you

| Inmate Signature | Date |
|---|---|
| | 4-4-14 |

| Have You Discussed This With Institution Staff? | ☑ Yes   ☐ No |
|---|---|
| If Yes, give the staff member Name: | NUMEROUS I/L's & HNR's TO MEDICAL |

Distribution:   Original – Inmate
                Copy – Grievance Coordinator File

802-11(e)
12/19/12

Received 04/07/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.
NO ATTACHMENTS PERMITTED. Please print all
information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| ROBINS, ANDREW | 248144 | LEWIS-RAST  1-D-12 | 4-4-14 |

| To | Location |
|---|---|
| COIII McCUTCHEON | BUILDING 1 COIII |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following issue:

For two years (documented) I have been experiencing awful back pain down the center of my spine and left shoulder. In those two years, I have been given pain medication, cortizone injections, and X-rays. The medication and injections gave no relief, and my X-rays are negative. I have been vigilant in asking for treatment, but the provider(s) has simply stopped trying to assess and diagnose my infirmity. I don't know if I need more extensive X-rays, and MRI, a chiropractor, or even surgery, but I'm open to ALL options to alleviate my pain - especially the bruising along my spine. To solve this impasse, I would like to seen by the provider to discuss my options and take the next step in rooting out the source of my pain. My HNR's are being ignored and/or discarded.

Thank you

| Inmate Signature | Date |
|---|---|
| | 4-4-14 |

Have You Discussed This With Institution Staff?   ☑ Yes   ☐ No

If Yes, give the staff member Name: NUMEROUS I/C's & HNR's TO MEDICAL

Distribution:   Original - Inmate
Copy – Grievance Coordinator File

802-11(e)
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| ROBINS, ANDREW P. | 248144 |

| Institution/Unit |
|---|
| ASPC-Lewis/Rast Unit 1D-12 |

| From | Location |
|---|---|
| COIII McCutcheon | Housing Unit 1 COIII Office |

This is in response to your Inmate Informal Complaint Resolution dated 04/04/14 and received on 04/07/14.

You claim that you have been experiencing back and shoulder pain for the past two years for which you have been treated with pain medications, cortizone injections, and x-rays. You claim that these treatments do not help with the pain, and your condition has yet to be diagnosed due to the x-rays being negative. Your proposed resolution is for you to be seen by the Provider to discuss treatment options. You claim that your HNRs regarding this request are being ignored or discarded.

I contacted the office of the Facility Health Administrator regarding your complaint and was advised that there are no HNRs in your file indicating that you have requested to be seen to discuss this specific issue. Furthermore, the last three times you were seen by a Provider you made no mention of this ailment. Medical staff can not treat a condition that they do not know exists. I have attached a Health Needs Request to this response for you to use to request an appointment with the Provider to discuss your complaint.

End of response.

| Staff Signature   D. McCutcheon 3893 | Date   04/08/14 |
|---|---|

Distribution:   Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

For Distribution:   Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| ROBINS, ANDREW P. | 248144 |

| Institution/Unit |
|---|
| ASPC-Lewis/Rast Unit 1D-12 |

| From | Location |
|---|---|
| COIII McCutcheon | Housing Unit 1 COIII Office |

This is in response to your Inmate Informal Complaint Resolution dated 04/04/14 and received on 04/07/14.

You claim that you have been experiencing back and shoulder pain for the past two years for which you have been treated with pain medications, cortizone injections, and x-rays. You claim that these treatments do not help with the pain, and your condition has yet to be diagnosed due to the x-rays being negative. Your proposed resolution is for you to be seen by the Provider to discuss treatment options. You claim that your HNRs regarding this request are being ignored or discarded.

I contacted the office of the Facility Health Administrator regarding your complaint and was advised that there are no HNRs in your file indicating that you have requested to be seen to discuss this specific issue. Furthermore, the last three times you were seen by a Provider you made no mention of this ailment. Medical staff can not treat a condition that they do not know exists. I have attached a Health Needs Request to this response for you to use to request an appointment with the Provider to discuss your complaint.

End of response.

| Staff Signature | Date |
|---|---|
| D. McCutcheon, 3893 | 04/08/14 |

Distribution:   Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

*Rec 4/11/14*

**Inmate Grievance**

*1012*

| Received By | D. McCutcheon |
|---|---|
| Title | Co III |
| Badge Number 3393 | Date 4/08/14 |

Note:  You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| ROBINS, ANDREW | 248144 | 4-8-14 |

| Institution/Facility | Case Number |
|---|---|
| LEWIS - RAST | L32-070-014 |

To: GRIEVANCE COORDINATOR.

**Description of Grievance** (To be completed by the inmate)

Over the past two years, I have been treated with pain medication, cortizone injections, and given x-rays to treat and diagnose my back pain. After receiving the enclosed notice, that my x-rays were negative, nothing more has been done to diagnose the source of my pain. I am not seeking pain management, but rather a fix to the source of my ailment altogether. Pain pills and cortizone injections didn't help, so I am seeking the next step towards diagnosis and plan of action going forward. My CO III states that there are no HNR's in my file regarding this issue. To receive pain meds, injections, and x-rays however, then this cannot be true. Since my arrival at Lewis on January 22, 2014, I have placed three HNR's regarding my shoulder/back pain, and have not received those HNR's back, nor have I been seen by a provider for my back/shoulder issues.

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

There are two things I would like to have happen to resolve this issue: I would like to speak with a provider and review my medical files/charts, and I would like to continue in my pursuit of health by having said provider take the step that comes next in making a diagnosis. I, myself, cannot dictate treatment, but one would logically assume that a visit with a chiropractor or having an MRI would come next after negative responses to medication, injections, and negative x-rays.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| | 4-8-14 | CO III Mory | 4/17/14 |

**Action taken by** _____   Documentation of Resolution or Attempts at Resolution.

44de2

APR 2014
Received
ASPC LEWIS
HEALTH UNIT

| Staff Member's Signature | | Badge Number | Date |
|---|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
7/13/09

Inmate Copy 1212

## ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance**

Received By _D. McIntosh_

Title _CO III_

Badge Number _3393_    Date _4/08/14_

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M.I) | ADC Number | Date |
|---|---|---|
| ROBINS, ANDREW | 248144 | 4-8-14 |

| Institution/Facility | Case Number |
|---|---|
| LEWIS - RAST | |

To:
GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the inmate)

Over the past two years, I have been treated with pain medication, cortizone injections, and given x-rays to treat and diagnose my back pain. After receiving the enclosed notice that my x-rays were negative, nothing more has been done to diagnose the source of my pain. I am not seeking pain management, but rather a fix to the source of my ailment altogether. Pain pills and cortizone injections didn't help, so I'm seeking the next step towards diagnosis and plan of action going forward. My CO111 states that there are no HNR's in my file regarding this issue. To receive pain meds, injections, and x-rays however, this cannot be true. Since my arrival at Lewis on January 22, 2014, I have placed three HNR's regarding my shoulder/back pain, and have not received those HNR's back, nor have I been seen by a provider for my back/shoulder injury.

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

There are two things I would like to have happen to resolve this issue: I would like to speak with a provider and review my medical files/charts, and I would like to continue in my pursuit of health by having said provider take the step that comes next in making a diagnosis. I, myself, cannot dictate treatment, but one would logically assume that a visit with a chiropractor or having an MRI would come next after negative responses to medication, injections, and negative x-rays.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| | 4-8-14 | | |

| Action taken by _____ | Documentation of Resolution or Attempts at Resolution. |
|---|---|

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
7/15/09

# CORIZON
## INMATE GRIEVANCE RESPONSE

| Inmate Name *(Last, First M.I.)*: | ADC #: |
|---|---|
| Robins, Andrew | **248144** |
| | Grievance Number: |
| | L32070014 |

| Institution/ Unit / Housing: |
|---|
| LEWIS / RAST 1D 12UU |

| From: | Location / Unit: |
|---|---|
| Brenda Rojas FHA | ASPC-Lewis/Corizon |

This is in response to your  04/08/2014  Inmate Grievance that was received by health services on 04/21/2014:

Your medical file has been reviewed. Your concerns have been noted. According to your medical file, you were seen by your unit health care provider on 04/09/2014 for you chronic care check.  At this time, your Left Shoulder and Neck pain was addressed. A referral for an MRI of your neck and shoulder was written and submitted for approval at this time. This referral is pending approval. If approved you will be scheduled.

If you have any further issues/concerns that have not been addressed, please submit an HNR directly to your unit nursing staff for scheduling.

**If you have further medical concerns, please submit a Health Needs Request form.**

| Staff Signature: | *B Rojas FHA* | Date: 4/29/14 |
|---|---|---|

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Services Communique**

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Robins, Andrew | 248144 |

| Facility | Unit |
|---|---|
| Lewis | RAST |

### THE FOLLOWING RESULTS WERE NORMAL

☐ **LAB**

☑ **X-RAY**

☐ **EKG**

| Signature | Date |
|---|---|
| TAMMY TAYLOR NP | 4/23/14 |

**Submit HNR if additional information is requested.**

1101-26
7/5/05

INMATE COPY REQUESTED ✱

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

| Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information. |
| --- |

| Inmate Name  (Last, First M.I.) | ADC Number | Institution/Unit | Date |
| --- | --- | --- | --- |
| ROBINS, ANDREW | 248144 | LEWIS/RAST | 6-26-14 |

| To: | Location |
| --- | --- |
| BRENDA ROJAS | MEDICAL (FHA) |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

MA'AM, ON 4-29-14, YOU REPLIED TO MY FORMAL GRIEVANCE (#L32070014). YOU STATED THAT "A REFERRAL FOR AN MRI OF YOUR NECK AND SHOULDER WAS WRITTEN AND SUBMITTED FOR APPROVAL." I AM WRITING TO YOU NOW TO INQUIRE AS TO THE STATUS OF SAID REFERRAL. AS OF 6-29-14, THAT WILL HAVE BEEN 2 MONTHS AGO. IN THAT TWO MONTHS, I HAVE BEEN SITTING HERE IN PAIN. A REPLY FROM YOU WOULD BE MOST HELPFUL AND COURTEOUS.

THANK YOU,

44330

JUL 2014
Received
ASPC LEWIS
HEALTH UNIT

| Inmate Signature | Date |
| --- | --- |
| | 6-26-14 |

Have You Discussed This With Institution Staff?          Yes          No
If yes, give the staff member's name:

# CORIZON
## HNR / INMATE LETTER RESPONSE

| Inmate Name *(Last, First M.I.)*: | ADC #: |
|---|---|
| Robins, Andrew | **248144** |

| Institution/ Unit / Housing: |
|---|
| LEWIS/ RAST 1D 16UU |

| From: | Location / Unit: |
|---|---|
| **Brenda Rojas FHA** | ASPC-Lewis/Corizon |

This is a response to 06/26/2014 Inmate Letter that <u>was received by health services on 07/06/2014</u>:

   Your medical file has been reviewed. Your concerns have been noted. According to your medical file, an Alternate Treatment Plan was recommended regarding your MRI. You were seen by you're the medical director on 05/30/2014. You were given an injection of Kenalog at this time. You will be scheduled with your unit health care provider for a follow-up.

If you have any concerns/issues that have not been addressed, or if you are experiencing signs/symptoms please submit an HNR directly to your unit nursing staff for scheduling.

If you have further medical concerns, please submit a Health Needs Request form.

| Staff Signature: *B Rojas FHA* | Date: 7/14/14 |
|---|---|

Distribution:   Original - Inmate
              Copy: Institutional File Copy: Grievance Coordinator       916-2PF

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ROBINS, ANDREW | 248144 | 5-29-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-D-16 | RAST | 3600 | LEWIS - RAST |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ✓ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I VISITED WITH, AND RECEIVED TREATMENT FROM DR. ~~MELSHIK~~ MELSHINSKI ON 5-22-14. HE TOLD ME HE WOULD SEE ME AGAIN ON 5-27-14 FOR FURTHER TREATMENT, BUT NO ONE HAS TAKEN ME BACK TO SEE HIM. THIS IS REGARDING BACK/RIB ISSUES I'VE BEEN HAVING. THIS IS FOLLOW UP TREATMENT, NOT A NEW ISSUE.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX** [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ✗ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

**PLAN OF ACTION/PLAN DE ACCION**

You are scheduled to be re-evaluated by the site medical director

Staff Signature Stamp/Firma del empleado | Date/Fecha 6-3-14 | Time/Hora 1130

TREATED ON 7-13-14

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

REC'D 6-13-14

101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

| | For Distribution:  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|---|

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| ROBINS, ANDREW P. | 248144 |

| Institution/Unit |
|---|
| ASPC-Lewis/Rast Unit 1D-16 |

| From | Location |
|---|---|
| COIII McCutcheon | Housing Unit 1 COIII Office |

This is in response to your Inmate Informal Complaint Resolution dated 08/15/14 and received on 08/18/14.

You claim that you have been experiencing back, shoulder, and neck pain for the past two years for which you have requested to receive an MRI, as all the X-rays have come back negative and no diagnosis has been made. You claim that instead of an MRI you have been receiving injections and chiropractic adjustments, which you claim do nothing to relieve the pain. Your proposed resolution to your complaint is for you to receive an MRI and be treated in accordance with the results of it.

I forwarded your complaint to the office of the Facility Health Administrator for investigation and received the following response:

"Inmate was last seen by unit Health Care Provider on 08/19/14. He is currently scheduled for a follow-up, and he may address his concerns at that time."

If you are not satsified with this response you may proceed with a Formal Grievance at this time. End of response.

| Staff Signature   J. McCutcheon 3393 | Date   8/21/14 |
|---|---|

Distribution:   Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/19/12

*Received 8/18/14*



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*
*NO ATTACHMENTS PERMITTED.   Please print all*
*information.*

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| ROBINS, ANDREW | 248144 | RAST UNIT 1-D-16 | 8-15-14 |

| To | Location |
|---|---|
| COIII McCUTCHEON | BUILDING ONE RAST UNIT |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

I AM ATTEMPTING TO INFORMALLY RESOLVE THE FOLLOWING ISSUE:
FOR MORE THAN TWO YEARS I ~~AM~~ HAVE HAD CHRONIC BACK PAIN, SHOULDER PAIN,
AND NECK PAIN IN THE UPPER LEFT HAND QUADRANT OF MY BACK. I HAVE
REPEATEDLY REQUESTED AN MRI AFTER ALL OF MY X-RAYS CAME BACK NEGATIVE.
SINCE I HAVE NOT RECEIVED AN MRI, NO CLINICAL DIAGNOSIS CAN BE MADE.
INSTEAD OF AN MRI TO GET TO THE ROOT CAUSE, I'VE BEEN PLACED UPON AN
"ALTERNATIVE TREATMENT PLAN" CONSISTING OF INJECTIONS AND CHIROPRACTIC
ADJUSTMENTS, NONE OF WHICH HAVE GIVEN AN INKLING OF RELIEF. WHEN THERE
IS NO KNOWLEDGE OF THE SITE/SOURCE OF THE PAIN, GIVING INJECTIONS
WILLY-NILLY AROUND MY BACK IS FUTILE AS AN EXERCISE, AND IS EXTREMELY
PAINFUL IN IT'S EXECUTION. ACCORDING TO MY PROVIDER, MR. MELSHINSKI, "THE LEVEL
OF PAIN BEING EXPERIENCED DOES NOT CURRENTLY JUSTIFY THE COST OF AN
MRI." WITHOUT A CLINICAL DIAGNOSIS, ACCURATE AND APPROPRIATE TREATMENT
CANNOT BE GIVEN, AND OVER TIME MY CONDITION IS DEBILITATING. I HOPE
THAT THIS REQUEST AND THIS GRIEVANCE ~~WILL~~ WILL (IF NOTHING ELSE) SERVE
AS DOCUMENTATION OF MY REPEATED ATTEMPTS TO RECEIVE TREATMENT
AND THE REPEATED REFUSAL OF CORIZON STAFF TO USE ALL THE TOOLS AT THEIR
DISPOSAL TO HELP DIAGNOSE MY INFIRMITY AND TREAT SAID INFIRMITY PROPERLY. I
AM NOT ATTEMPTING TO DICTATE TREATMENT, AS MRI DOES NOT TREAT, BUT HELPS
FORMULATE DIAGNOSES. TO INFORMALLY RESOLVE THIS ISSUE I WOULD LIKE TO
UNDERGO AN MRI, ~~AND~~ AND BE TREATED IN ACCORDANCE WITH ITS RESULTS.

\*INMATE COPY REQUESTED\*

| Inmate Signature | Date |
|---|---|
| *[signature]* | 8-15-14 |

Have You Discussed This With Institution Staff?   ☑ Yes   ☐ No

If Yes, give the staff member Name: DR. MELSHINSKI, N.P. TAYLOR, FHA BRENDA ROJAS

Distribution:   Original - Inmate
                Copy – Grievance Coordinator File

802-11(e)
12/19/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

> *For Distribution:  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Robins, Andrew | 248144 |
| Institution/Unit | |
| ASPC - Lewis, Rast Unit | |

| From | Location |
|---|---|
| COIII Alford | Building 1 |

In response to your inmate informal complaint dated 10/17/14 concerning your medical issues, I offer the following resonse:

I have contacted Corizon Medical staff and was advised that you will be scheduled to see the unit health care provider to discuss your medical concerns.

Your complaint is considered resolved, you may move on to the grievance process if you so choose.

| Staff Signature | Date |
|---|---|
| | 10·29·14 |

Distribution:   Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/19/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.
NO ATTACHMENTS PERMITTED. Please print all
information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| ROBINS, ANDREW P. | 248144 | LEWIS - RAST (1-D-16) | 10-27-14 |

| To | Location |
|---|---|
| COIII ALFORD | BLDG. 1 COIII |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

SIR, I AM ATTEMPTING TO INFORMALLY RESOLVE THE FOLLOWING ISSUE:

FOR TWO YEARS NOW, I HAVE BEEN PLEADING WITH MEDICAL TO DIAGNOSE AND TREAT MY TERRIBLE AND ~~PAIN~~ DEBILITATING BACK PAIN. I HAVE RECEIVED MEDICATION, X-RAYS, CORTIZONE INJECTIONS, AND CHIROPRACTIC ADJUSTMENTS. NONE HAVE BEEN SUCCESSFUL, ~~PAIN~~ SO I BEGAN ASKING FOR AN MRI. THE PROVIDER (MR. MELSHINSKI) INFORMED ME THAT HE DIDN'T FEEL MY LEVELS JUSTIFIED THE COST OF AN MRI. I WAS APPALLED. INSTEAD, I WAS GIVEN AN "ALTERNATIVE TREATMENT PLAN". I HAVE COME TO FIND OUT THAT BEING PLACED ON AN "ALTERNATIVE TREATMENT PLAN" MEANS, "WE ARE NO LONGER TREATING YOU". I HAVE 26 PAGES OF DOCUMENTATION FROM 10-10-13 TO 8-21-14 THAT CHRONICLE THIS ORDEAL, AND THAT IS JUST WHAT I HAVE IN MY POSSESSION. THERE ARE FAR MORE EXAMPLES AND MANY MORE EVIDENTIARY EXAMPLES IN MY MEDICAL FILE. MY QUESTION IS, WHY HAVE SUCH A POWERFUL AND USEFUL DIAGNOSTIC TOOL, AND BE SO RELUCTANT TO USE IT? COST? I HOPE NOT, BUT I DON'T DOUBT IT EITHER. EVERYTHING HAS BEEN ATTEMPTED TO DIAGNOSE AND LOCATE THE SOURCE OF MY PAIN. AN MRI IS THE NEXT STEP, LOGICALLY SPEAKING. SHOULD I RECEIVE SAID MRI, WITHOUT A DOUBT, SOME IRREGULARITY WILL SURELY BE EXPOSED. MY PAIN IS TOO PROMINENT AND LASTING FOR EVERYTHING TO BE OKAY. TO RESOLVE THIS ISSUE IN AN INFORMAL MANNER, I WOULD LIKE TO BE SUBJECTED TO A MRI IMMEDIATELY. I KNOW, HOWEVER, THAT THIS INFORMAL GRIEVANCE WILL NOT PRODUCE THE DESIRED RESULT, SO PLEASE SEND ME A FORMAL GRIEVANCE ALONG WITH YOUR RESPONSE, AND COPY OF THIS DOCUMENT, THAT I MIGHT TAKE FURTHER ACTION. I WOULD BE HAPPY TO SHARE ALL OF MY DOCUMENTATION WITH YOU UPON YOUR REQUEST.

| Inmate Signature | Date |
|---|---|
| A. P. R. | 10-27-14 |

Have You Discussed This With Institution Staff?    ☐ Yes    ☐ No

If Yes, give the staff member Name:

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

| Received By | |
|---|---|
| Title | |
| Badge Number | Date |

**Note:** *You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.*

| Inmate Name *(Last, First M.I.)* | ADC Number | Date |
|---|---|---|

| Institution/Facility | Case Number |
|---|---|
| ASPC – Lewis, Rast Unit | |

| To: | Grievance Coordinator, Rast Unit |
|---|---|

**Description of Grievance** *(To be completed by the inmate)*

**Proposed Resolution** *( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|

Action taken by _____   Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator; Pink - inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
7/13/09

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

**SECTION I / SECCION I**

Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)*
ROBINS, ANDREW

ADC Number/Número de ADC
248144

Date/Fecha
9-1-14

Cell/Bed Number/Celda/Número de Cama
1-D-16

Unit/Unidad
EAST

P.O. Box/Apartado Postal
3600

Institution/Facility/Instalación: ASPC
LEWIS

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION II / SECCION II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)*  ☑ Medical/Médica  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

ON WEDNESDAY, 8-20-14, I WAS PRESCRIBED 14 DAYS OF FLUCONIZOLE FOR SKIN IRRITATION. I NEVER RECEIVED IT. I SAW N.P. TAYLOR A WEEK LATER, AT WHICH TIME SHE ORDERED 14 DAYS OF FLUCONIZOLE FOR MY SKIN CONDITION. IT HAS NOW BEEN 12 DAYS (ALMOST 2 WEEKS) AND I _STILL_ HAVE NOT RECEIVED A SINGLE DOSE!!! NOR HAVE I RECEIVED CONSULTATION REGARDING THE BIOPSY OF SAID SKIN CONDITION.

ALREADY PAID

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]

**SECTION III / SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify) (especifique)
Comments/Comentarios

Staff Signature Stamp/Firma del empleado
Quarters

2014 SEP 6 AM 10 01

Date/Fecha

Time/Hora

PLAN OF ACTION/PLAN DE ACCION

No flu meds being given

Staff Signature Stamp/Firma del empleado
[signature] RN

Date/Fecha
9-11-14

Time/Hora
1000

Distribution:  White-Blanca (Health Unit/Unidad de Salud, Canary-Pink & Goldenrod-Inmate/Amarillo Canario, Rosa y Amarillo Obscuro - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción del texto original escrito en inglés. Esta traducción no es oficial y no es obligatoria para este estado o una subdivisión política de este estado.]

Rec'd by me 9-27-14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

## SECTION/SECCION I

Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)*

ROBINS, ANDREW P.

ADC Number/Número de ADC

~~248144~~ 248144

Date/Fecha

1-4-15

Cell/Bed Number/Celda/Número de Cama

2-D-16

Unit/Unidad

RAST

P.O. Box/Apartado Postal

3600

Institution/Facility/Instalación: ASPC

LEWIS

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

## SECTION/SECCION II

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. **[¡POR FAVOR, ESCRIBA EN IMPRENTA!** Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

FOR TWO YEARS NOW, I HAVE BEEN EXPERIENCING TERRIBLE BACK AND SHOULDER PAIN IN THE

UPPER LEFT HAND QUADRANT OF MY BACK. I REQUESTED AN MRI AND WAS PLACED ON AN

ALTERNATIVE TREATMENT ~~PLAN~~ PLAN, OR ATP. I AM RECEIVING NO MEDICATIONS, INJECTIONS,

OR PHYSICAL THERAPY, HOWEVER. MY PAIN IS SPREADING AND INTENSIFYING, AND AGAIN, I AM

HEREBY MAKING A FORMAL REQUEST FOR AN MRI. THIS IS AN ONGOING SAGA FOR

WHICH I'VE ALREADY BEEN CHARGED.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

*[signature]*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

## SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora

## SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES