FILED LODGED
RECEIVED COPY
JAN 0 8 2015
JAN 08 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY P DEPUTY

Parsons V. Ryan CV12-00601 - Phoenix

Dear Sir,

My opinions and comments in Relation to the settlement that was made with Corizon and D.O.C. are Based upon my own personal experiences and observations Before and After the settlement in Oct.

As to the Fairness of it, I think that is still yet to Be seen. I think the Lawyers From The ACLU deserve Every Penny they were Awarded For their time talents and money spent on the case.

As Prisoners We have no voice other than the grievance procedure which resolves very little of the medical issues that one may address.

On July 23rd Dr Mayse made a recommendation For me to see a specialist After reviewing my MRI Report which I'm enclosing. On oct. 6th Nurse Practitioner Shelty also made a recommendation For me To see a specialist to have surgery done, for there is no other treatment For my condition due to the severity of it. surgery is the only option!

I have Filed grievances, and sent in 7-8 HNR's in an attempt to Find out whether or not I had Been Approved to see A specialist and their Response HAS Always Been the same "Still Pending" and it is still pending For Reasons That Corizon's Utilization Review committee has not reviewed my case and the longer my case is delayed, the worse my condition will get which if not treated could possibly leave me disabled or even crippled For the rest of my Life.

In May I had an X Ray done on my lower Back - On May 21st Dr Harrison Reviewed that X Ray Report and informed me that she was going to call The Director of Corizon And request that I Be given an MRI and hospitalized As soon as Possible. she said she was going to put me on Morphine For the management of my Pain - That was never approved - I never saw her again.

From May to Oct. I was seen By Dr. Moyse Four - Five times - I literally Begged him to put me on a stronger pain med For all he was giving me Was Ibuprofen - Tylenol and Baclofen (Across the counter Muscle Relaxer) He Kept telling me to take my Meds and to put a Hot Towel on my Back. (He's no longer Here)

On June 7th I was in so much Pain that my Blood pressure Was 168 over something. "I'm 5'7" Weigh 138 lbs I've lost weight For reasons that I hurt so Bad that I just had no appetite. In Aug. they called me to the infirmary and Nurse Martinez and Darse said A guard had called them And told them that I had lost a lot of weight and that I wasn't eating.

I explained to them why - "due to the pain" The Front part of my Feet have Been numb since April When Dr Moyse left, Nurse Practitioner Sheetz took over she put me on codeines, which has enabled me to deal with the pain much Better - I'm gaining my weight Back she Has done Everything she can to Help me and on the most part the same can Be said about most of the medical staff, with the exception of one - Nurse Pulver - She's Been here For 4 yrs now and her attitude

2

towards inmates is anything but professional. When she Became aware that I Was Filing a grievance (at the Advice of the Deputy Warden) she got very upset. The D.W. has tried to help me, The Provider we have now has and is doing everything she can possibly do to get me in For surgery. These nurses have Been very understanding considerate in their dealings with me to make sure I get my meds on time etc. etc. so I can't honestly say that they aren't doing what they can to help me For they are, but my problem is getting Corizon's utilization Review committee to follow up on the Providers recommendation, which is For me to see a specialist and to have surgery.

I've Been in the system For many years and we received much Better Medical care when D.O.C. were handling it. Any time you contract out to a private company you're going to have problems, For they are in the Business to make money and too often it is at the expence OF others' pain and suffering and in some cases, even their deaths.

I'm just an ole country Boy From the south and where I come From they have a saying and you can Apply it to Corizon. "You don't Put A Fox in The Hen House And not Expect Him To Eat your chickens"

Thank you for taking the time to read this and I pray that someone will help me get into a hospital soon. That's ALL I want, is to get well.

May God Bless You
Wayne Ramey

WAYNE RANEY #047142
Santa Rita
P.O. Box 24406
Tucson, AZ
85734

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance - GF Supplement**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Raney, Wayne | 47142 | ASPC-Tucson / Santa Rita | C02-037-2014 |

CORIZON
INMATE GRIEVANCE RESPONSE

This is a response to your Inmate Grievance dated 8/5/14. Your grievance was received in the Tucson office of Corizon Inmate Health Services on 8/8/14.

Your primary area of grievance is treatment for back pain.

Your concern has been reviewed by medical and it was determined that on 7/23/14 you reviewed your MRI with the provider. At this time, he told you that you have stenosis in your spine. Stenosis is narrowing of your spinal column and that is the cause of your back pain. There are no signs of infection in your spine therefore, no hospitalization is needed. The provider requested a consult with an orthopedic specialist. This consult has been sent to the Utilization Review Committee. Once the review is complete you will be notified of the results. You are currently prescribed Baclofen, Tylenol and Ibuprofen for your pain control. If this is not sufficient, please submit a Health Needs Request to be re-evaluated for your pain.

This grievance has been addressed. This has resolved your concern.

CS/ds
[16907]

YOU MAY APPEAL THIS DECISION TO THE DIRECTOR BY REQUESTING APPEAL FORM GF-2.

| Signature | Date |
|---|---|
| Tamara Porter, RN<br>Facility Health Administrator [signature] | 08/08/2014 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

## Patient Information

**Name:** WAYNE RANEY
**Medical Record Number:** 30059434
**Sex Code:** M
**BirthDate:** 10/7/1949
**SSN:** 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
**Home Phone Number:** (520)574-0024x36375

## Exam Information

**Accession Number:** 7234037
**Modality:** MR
**Body Part:** LSPN
**Description:** MRI LUMBAR SPINE WO W CONTRAST
**Performed Date:** 7/7/2014 8:00:00
**Reason for Study:** pain
**Comments:** Auth # 000330856 per Dr Arnold approved for MRI. - Notes to the interpreting physician->LBP for many years. 8ml MH -

## Final Report

History: Back pain.

Procedure: Multiplanar, multisequence MRI of the lumbar spine before and after the IV administration of 8 mL of multihance contrast agent.

Comparison studies: None.

Findings: The conus medullaris is normal.

T12-L1 discs space is normal.

L1-L2 disk is normal.

At L2-L3, the disk space is narrowed, disc-osteophyte complex is seen, and there is marked facet hypertrophy and ligamentum flavum thickening. These changes combine to cause severe cross-sectional canal stenosis at this level. Moderate bilateral neural foraminal stenosis is also evident.

At L3-L4 minimal disk bulging is seen. A moderate neural foraminal stenosis is evident on the right. Bilateral facet arthropathy is again seen.

The L4-L5 disk is markedly narrowed. the neural foramen on the left is severely narrowed. Right neural foramen is moderately narrowed. Cross-sectional canal area is adequate. Modic changes are seen in the disk, and there is mild disk bulging. Disk space is completely collapsed. There is also a small intraforaminal disk protrusion on the left.

At L5-S1 the disk is intact. Cross-sectional canal area is adequate. Neural foramina are adequate.

A root sleeve cyst is seen at the S1, S2 level.

Impression:

1. Severe spinal stenosis at L2-L3. Disk space collapse at L4-L5 with left-sided intraforaminal herniation.

## Principal Interpreter

**Name:** RAYMOND CARMODY
**Provider ID:** 1316