Jan. 05, 2015

Clerk of the Court
United States District Court, District of Arizona
401 West Washington St., Suite 130, SPC
Phoenix, Az. 85003-2118

FILED ✓  LODGED ___
RECEIVED ___  COPY ___

JAN 09 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

RE: Parsons v. Ryan, CV 12-00601-PHX-DCV

To make this settlement useful to the prisoner, ADOC should be ordered not to interfere with the flow of information from the Specialty Care Providers and Technicians, to the prisoner. It has been my experience that offsite providers have been ordered by ADOC to not provide the patient / prisoner with information concerning their physical condition. This must cease, to ensure trust between all parties.

Exhibit B, Measure #26 should include, "and each unit library shall carry a diagnostic medical manual and PDR to assist the prisoner in understanding his condition, and help the prisoner to intelligibly state his medical concerns."

Exhibit B, Measure #36 should include, "and the pink copy of the HNR will be date and time stamped, then returned to the prisoner as proof of receipt" within five days."

Exhibit B, Measure #39 should include, "and the canary copy of the HNR will be date and time stamped, and that section IV of the HNR "Plan of Action", shall be completed during that time and then returned to the prisoner.

To finish I would like to say that the proceeding changes and additions may seem unnecessary or even frivolous, but I assure you

End Page 1 of 2

Page 2, RE: Parsons v. Ryan

They will help to make the ADOC medical personnel more candid with the patient/prisoner when discussing or ordering medicines or treatments.

Finally I wish to add that whoever monitors ADOC and Corizon be medically cognizant that treating the illness is more effective than treating the symptoms.

Thank you for your time and consideration. I hope you have found my opinions understandable and not to amateurish.

M.J. Roehner 085085
ASPC Lewis/Barchey
P.O. Box 3200
Buckeye, Az. 85326

Postscript: Even as I finished the above epistle and was ready to mail it a familiar problem arose. I sent two HNR's to medical, one on 12/2/14 and one on 12/12/14. Today is 1/5/15 and I have received no notification of receipt from staff in 34 and 24 days respectively. This is often the norm when staff wishes to ignore a prisoner or their problem. It would be beneficial if the court devised a ruling that insured staff would follow proper procedure, at the least.

End Page 2 of 2