Keith P. Nance
168108-56-102
South Unit Florence Complex
P.O. Box 8400
Florence, AZ 85132


JAN 09 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Clerk of The Court
United States District Court
401 W. Washington St No.130-Spc 1
Phoenix, AZ 85003-2118

RE: <u>Parsons v. Ryan</u>, CV:12-0601-PHX-DKD

January , 2015

  As a member of the Class in this action I respectfully set forth the following medical concerns on the fairness of the proposed settlement offer before this Court for approval.
  <u>Concerns</u>:
A. The proposed chronic diseases list needs to include the following: Atopic Dermatitis, Peptic Ulcer, Acid Reflux, Heart Burn, Hiatal Hernia, Pseriasis, Inflammatory bowel disorders, prostrate disorders, Nodulocystic Acne, Recurrent Actinic Keratoses, Hepatitis-B, Chronic Allergies, Osteogenic Diseases,

1

Osteoporosis, Osteomalacia, Endocrinological Diseases, Hypothyroidism, and Chronic Glaucoma.

B. Currently Dental Emergencies are given two options 1) extract the tooth immediately or 2) wait often for weeks for an appointment for a restorative procedure. It's proposed Dental Emergencies be given a reasonable priority status and restorative procedure when feasible.

C. I Keith P. Nance ND. 168108 have chronic Glaucoma. I have had surgery on my right eye to reduce the pressure. I have Glaucoma in my left eye also and use Latanoprost and Brimonidine Nightly to reduce pressure in my left eye. I failed to find any protections for any future corrective surgery for Glaucoma.

D. I Keith P. Nance ND. 168108 have had two Colonoscopies during Incarceration and Medical Records Informed at age 55 a follow up exam should be requested. I will turn 57 on June 10, 2015 and have submitted an HNR requesting a follow up exam. (Exhibit one)

E. On December 18, 2014: 13:30 hours A.S.P.C. Florence South Unit Community Meeting Issue/Topic Medical.

Question: What is the issue with long waits to see the doctor?

Answer: There is a waiting list of 100+ people to see the doctor (provider). The doctor is here 3 days a week and he is just back from a week vacation

2

He is doing his best to clear the back log as quickly as possible.

Comment: Inmate medical problems or conditions don't take vacations. A back up doctor should cover a provider on vacation.

Question: I had labs/x rays/tests run some time ago. Why have I not been seen to explain/go over my results?

Answer: If you have not been seen, it is because your results came back "normal." This means that when we went over them, we saw no need for medical treatment. If you wish to go over your results, put in an HNR and a copy will be sent to you via inmate mail at no charge. Remember "No news is good news."

Comment: The average inmate in ADC custody lacks the intellectual capacity to review and comprehend medical terms. There have been cases where abnormal lab results were overlooked, perhaps inadvertently and the inmate was never informed until much later. Providing the inmate an opportunity to review his results serves two purposes. First the inmate is informed through verbal communication and second it vanguards any opportunity to overlook the results. (Results should be reviewed with a health care provider, physicians assistant, or nurse practioner.) (Exhibit Two)

3

F. In the interest of fairness to all parties involved it is suggested that the Court's stipulation be extended to a minimum of eight years. This for an accurate and equitable assessment of changes and compliance made in the welfare of the ADC inmate population.

G. All inmates sentenced under Arizona law have been committed to Arizona Department of Corrections not to a private prison under contract with ADC. As such inmates residing in contracted penal institution must be inclusive of the stipulations proposed.

H. What prevents ADC from transferring an inmate from an ADC facility to a private prison to circumvent or delay needed medical care? Such events have been termed as (Diesel Therapy) in the Federal Bureau of Prisons.

Example: An inmate Ochoa Flores No. 227917 a Mexican National when housed at SMU Eyman Complex submitted an HNR for an eye exam. Upon exam it was determined he had Glaucoma. Eye drops were prescribed. He was transferred to Rynning Unit Eyman Complex. When transferred to South Unit Florence Complex his eye drops were not continued. In 2012 while at SMU he was told he would see an eye specialists. This never happened. In 2014 again he submitted an HNR to see

4

an eye specialist. He was provided a pair of eye glass at South Unit. December 2014 another HNR was Submitted. He was Informed That Due To being Transfered from Eyman Complex to Florence Complex he must begin the process started at SMU in 2012 Again by signing up for the Nurses Line!

I. Inmate Keith P. Nance N0.168108 has had Chronic migrane headaches since childhood. He was prescribed Imitrex which Relieved his headaches. Inmate Nance currently Recieves Excedrin Migrane As A Formulary Substitute.

Comment: Excedrin migrane Lack's The Same Effacacy As Imitrex And No other Reasonably Substitute is Afforded. Under such circumstances exemptions need To be made To accommodate An Inmate Adequate medical Care

J. The stipulation should Also Include All pre-existing Chronic Conditions such as Lupus, That were Diagnosed before The Inmates Incarceration To A.D.O.C. for Treatment.

Respectfully Submitted

Keith P. Nance
Keith P. Nance

5

Exhibit ONE Inmate Health Needs Request For A follow up Colonoscopy December 29, 2014

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| NANCE, KEITH P. | 168108 | DEC 29, 2014 |

| Cell/Bed Number | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility: ASPC |
|---|---|---|---|
| SB-101 | SOUTH | | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below): ___ Medical/Médica ___ Dental ___ FHA ___ Pharmacy/Farmacia ✓ Mental Health/Salud Mental ___ Eyes/Ojos ___ Other (specify) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

I'm requesting to have a colonoscopy. My last exam was in 2007. I was instructed by the doctor to request another exam at age 55. I'm presently 56 yrs old.

Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature: Keith P. Nance   December 29, 2014

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF**: ___ Medical ___ Dental ___ Pharmacy ___ FHA ___ Mental Health ___ Eyes ___ Other

Comments: NL Crown

Staff Signature Stamp | Date/Fecha | Time/Hora

**PLAN OF ACTION/PLAN DE ACCION**

Staff Signature Stamp | Date/Fecha | Time/Hora

Distribution: White - Health Unit, Canary, Pink & Goldenrod - Inmate

1101-10ES
12/19/12

Exhibit Two Aspc-florence-South Unit
Date: December 18, 2014 : 13:30 Hours Community Meeting.

**ASPC-FLORENCE-SOUTH UNIT**
*DATE: December 18, 2014; 13:10 HOURS*
Community Meeting

Staff Present: DW Heet, ADW Ping, Capt. Evans, Lt. Romney, CO II Craig, Corizon Staff

| ISSUE / TOPIC | QUESTION | RESPONSE |
|---|---|---|
| Announcements | | • The lawsuit *Parson's v. Ryan* has been decided<br>  ➤ Copies will be placed in all dorms<br>  ➤ If you have comments, you may write the judge (listed in the documentation) by Jan. 26<br>• The Library is now back open<br>• Some COIII duties have changed<br>  ➤ COIII Craig is now the recreation coordinator in addition to being for numbers ending in 5<br>  ➤ COIII Wigton is adding numbers ending in 0 to her caseload<br>  ➤ COIII Staab is now the disciplinary officer in addition to numbers ending in 4<br>• The West Yard will soon be open access during business hours. The work on the roof is done.<br>• If you are seen feeding the pigeons<br>  ➤ You will lose your current job, no matter where you work (i.e. Tutor, Store, Leaf at AGI)<br>  ➤ You will be reassigned to the AIM yard crew with the duties of cleaning up pigeon poop<br>  ➤ This will be for a minimum of two years<br>  ➤ This announcement will be posted in all dorms<br>• Thank you to Mrs. Smith for an excellent job with the fundraisers and to Mrs. Ells For an excellent job with the Peer Education program. |
| From Last Month | • Shower Curtains | • Some have been done, if your dorm needs curtains, send an I/M Letter to Sgt. Knight at Special Projects |
| Visitation / JPAY | • How can we get copies of the JPAY information to send to our families? | • More copies will be made and put in Peer Education. There will also be copies available in the library, or from your assigned COIII. A flyer should be in the dorms soon. |

| Housing Units | • Why are so many I/M's in wheelchairs being housed in dorm 1C? | Dorm 1C is one of the yards ADA dorms. With an aging population, more I/M's with medical issues are needing housed. They will be housed in 1C as necessary. |
|---|---|---|
| Rec/Games | • When will games be passed out again? | • Games are now being done from the small office next to the library. A call out will be done twice a week, once in the morning and once in the evening, with days to be announced soon. |
| Medical | • What is the issue with the long waits to see the doctor? | • There is a waiting list of 100+ people to see the provider. The doctor is here 3 days a week, and he is just back from a week vacation. He is doing his best to clear the backlog as quickly as possible. |
|  | • I had labs/x-rays/tests run some time ago. Why have I not been seen to explain/go over my results? | • If you have not been seen, it is because your results came back "normal". This means that there was no need for medical treatment. If you wish to go over your results, put in an HNR and a copy will be sent to you via U/M mail at no charge. Remember "No news is good news." |

If you have questions you would like submitted to the community forum, please contact Charlie Robson (8D7U), Joe Galvanti (8D8), or Sharon Borse (6A14L, or Mandatory Education) to have them added to the list for the next meeting by the end of the second week of the month.

_signature_

H. Pling, Associate Deputy Warden