Parsons v. Ryan

January 6, 2015

CV 12-00601-PHX-DKD

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _____
(Rule Number/Section)

CV12 (5-4) 71 (a) (11) (C), (3)
(2), (3)

Clerk of the Court

United States District Court, District of Arizona

401 W. Washington St., Suite 130, SPC 1

Phoenix, AZ 85003-2118

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 12 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ P DEPUTY

I am writing this letter because of the Health Unit here in Meadows have not done their job in providing the proper care. It has been going on since 2007. I report to the doctor about the condition of my swollen ankle on my right foot. The doctor prescribe medicine that did not work. All I ever heard from the doctor is my joints are wearing out because of old age. Nothing was done to help me feel better.

I was released Feb. 5th 2010 only to do alot of walking in the streets of Casa Grande. I walk miles and miles to see my doctor, make appointment, pick up medication, see eye doctor and to have my heart checked at Banners Good Samaritan Hospital in Phoenix. They found out there is blockage but there was none. The doctor discharge me after they can't find anything. I face lot of hardship in the street of Casa Grande. Eventhough I endure all these I still attend the Program they had for me. I was there every Wednesday.

Because I could not pay the Probation fee they brought me back to Prison for another eight years. I am from New Mexico and don't have any family member living here. Ever since I got back to Prison in Eyman Cook Unit, I ask to be see about my ankle, my chest pain. and eyes. There was very little the Unit did for me. I have a whole bunch of kites that I have and kept. Now I am about to lose the strength in both legs.

I only wish I could explain this a little more with strong words but I am only a 5th grader and a sheep herder. What does a sheep herder know about strong words to use. What is there for me to do or say to get my ankle and legs taken care of? If I know the words to use it would make it alot easier for you to understand. Thank you for taking time to read my letter and hope there is a way I can get the physical help I need.

Now I am sitting in my cell in CDU and wish I could be out there working and make a few pennies. I am waiting to be transported to another Unit. By the time I get there I'll be confine to wheel chair. That is one thing I don't want. I want to walk again so I can go back to my Sheep camp. I need my ankles checked, my hip and back. I hope there is nothing serious about my ankles or back. I am in CDU for Protected Custody until they move me.

I have been here since 2006 June 2. I was out for seven months. From February 5th 2010 to August 25th 2010 was back in Pinal County Jail. I never had a visit from home because none of my family member can afford to visit me. I try to stay on my feet and do my best in the job I held. I have nothing to lose except my weakness and that is happening. What do I have to say to get help? It seem I am nothing to the State why I am in pain. I live in a hogan in New Mexico without electric and no indoor plumbing. I am that poor and now I am getting poorer because I am not getting any help from the Health Unit. I believe that is the way the state want me to be. At least I could walk around.

I have written this letter to the best of my knowledge.

Respectfully,

Cindy Bodie ADC# 206109

ASPC Eyman Meadows Unit

P.O. Box 3300, CDU B-115

Florence, Arizona 85132

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate *Andy Bodie*
ADC# *206709*
Arizona State Prison Complex *Eyman Meadows*
Unit *Eyman Meadows*
*PO Box 3700,    CDU B-15*
City *Florence*                    AZ *85132*

PHOENIX AZ 852

LEGAL MAIL
ARIZONA DEPARTMENT
OF CORRECTIONS

08 JAN 2015 PM 11 L

*Legal Mail*



*Legal Mail*

*Clerk of the Court*
*United States District Court, District of Arizona*
*401 W. Washington St. Suite 130, SPC 1*
*Phoenix, Arizona 85003-2118*

RECEIVED

JAN 1 2 2015

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

85003213099