FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 12 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: Rule 5.4, FRCiv(A)(1), Local (3)
(Rule Number/Section)

Clerk of the Court
United States District Court
District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

David B. Brackney 150619
6E18 Barchey (Red)
ASPC Lewis
Buckeye, AZ 85326-0302
05 January 2015

Good Day:

I am writing to you in re Parsons V. Ryan, (CV-12-00601-PHX-DKD), the lawsuit filed against the Arizona Department of Corrections & Corizon Medical Services. I would like to preface my statements with the following: From Feb. 1978 to June 1995, I was employed by the Federal Bureau of Prisons, starting as a GS-6 correctional officer and retiring as a GS-12 Employee Development Manager. I participated in several American Correctional Association (ACA) audits of different

prisons throughout the Southwestern United States and have observed medical procedures and services as an officer, lieutenant, medical transport supervisor and duty officer of my assigned institutions. I mention this to establish my bonafides in addressing this subject.

I would like to start with basic medical needs (daily) that are _not_ addressed except in emergency situations.

① There is _no_ daily sick call to address colds, flu, minor injuries (cuts, scrapes, etc.) as there are in many other state's facilities & Federal prisons. Submitting a Health Needs Request (HNR) is the only way, short of emergency, to be seen by medical staff, 5-10 days after they receive the request. A large number

of inmates do <u>not</u> have access to over the counter (OTC) medications due to lack of/or no funds in their inmate accounts, so that cough syrups, drops, throat lozenges, aspirin, Tylenol, etc. or not available to them. Inmates, therefore, have to suffer needlessly when a simple sick call could solve this problem (It is & has been done for <u>many</u> years in other systems.

② Care for Type I & Type II diabetic inmates is <u>abysmal</u>. Insulin bottles & needles, reused, "by accident"; meals fed off the main food service line with <u>no</u> concern for foods diabetics should <u>never</u> be eating (example: Pancakes, waffles, biscuits with regular syrup served. No fresh fruits or vegetables

save for pieces of lettuce & cabbage declared 'salad' by the contract food service personnel. I know for a fact that if meals like this were served at a Federal prison, a riot would soon break out. This system (ADOC) is living on borrowed time without further intervention.

③ Medical procedures scheduled and then delayed indefinitely, causing inmate's medical problems to compound. (Example: An inmate scheduled for a colonoscopy in March 2014, was seen by the outside physician same month, has yet to have the procedure done. Inmate has developed further problems, possibly cancer-related, and still hasn't been seen by qualified physicians, not LPNS, for his problem.

This is one example of many, just on one five hundred man yard. Multiply this many times over and you can begin to see the magnitude of the problem A.D.O.C. has dealing with a contract medical service. So many medical procedures, services and preventive medicine has been lost by contracting for services rather than having in-house physicians, RNs & technicians.

In closing, I'd like to say "thank you", to the Court, for stepping in to look at these problems and I hope that it orders appropriate action(s) to remedy the problems.

Thank you,
David B. Brackney 150619