PARSONS vs RYAN

Case 2:12 - vs 00601 JKD
Document 1204
Filed 12/15/14

In regards to the above case, opinions of fairness by AZDOC Health Provider CORIZON, the following information is provided:

The Health Care Provider failed to provide proper health care as follows:

Since my incarceration I have developed the following diseases:

| Type II Diabetis | Diseated ® Fibula |
| Hypertension | Hiatal Hernia |
| High Cholesterol | |
| Asthma | |
| Hypothyroidism | |

for which I take a dozen different medications. All of these illnesses are classified as CHRONIC. I have a life sentence.

Prior to CORIZON taking over

as the health care responsibilities I had no problems getting my medications renewed and had a chronic care check up every six months.

Now if I don't remind CORIZON to call me in and renew my medication, it doesn't get done.

In August of 2014 I requested a refill on one of my asthma inhalers (ATROVENT). This was my third request for a refill. I was told to pick it up soon. I asked daily for two weeks until I was threatened to be put on report. Three weeks after my first request I was told that my inhaler ATROVENT was no longer available because it was NONFORMULARY so I was given a less expensive inhaler DULARA and my third inhaler was also classified as NONFORMULARY.

This also happened to one of my Diabetes medications GLYBURIDE. It was substituted for GLIPIZIDE same dose which is less effective than GLYBURIDE and my blood glucose (GLYCOSE) is on average

twenty points higher after being on the new medication for two months. I had been on GLYBURIDE for twelve years.

There exists an index/book which contains all pharmaceutical substances currently manufactured along with their formulas, uses and methods of preparation. All of those medications mentioned above which CORIZON claims are non formulary are contained there in. They cost more according to their nursing staff, so, we see the real reason for these changes is the cost, regardless of how effective it may be to the patient.

My second complaint is regarding the dental department.

From the time of my first dental exam there was an inordinate interest in my one gold crown of a molar. Each subsequent visit includes questions about how much gold I possessed and includes poking around this one gold crown. The gold crown became loose and I was

told that it could not be repaired and that it must be extracted as it would only get worse. So, I had this female dentist remove it.

After the extraction she asked if she could keep it as it was worth about $200.- I asked her to send it to my sister. When it arrived she asked what it was and that it certainly did not resemble a gold crown. I'm not sure that it was my gold crown that was sent to my sister in Canada.

Sincerely,
Donald D. Giberson
Donald D. Giberson
#132124
ASPC Tucson - Santa Rita
Box 24406
Tucson, AZ 85734