Anthony M. Bogle 98687
ASPC-Lewis-Buckley
P.O. Box 3400
Buckeye, AZ - 85326

1-7-15

PARSONS
VS.
C. RYAN

Filed 12/15/14
DOCUMENT 1204
case 2:12-CV-00601 DKD
CIV-1200601-PHX-DKD

FILED ___ LODGED
RECEIVED ___ COPY
JAN 1 2 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY___ DEPUTY

I AM A PRISONER AT Buckeye AZ ASPC-Lewis complex
I sent you a letter on 12-24-14

It is Now 1-7-15 AND MY health conditions have worsen. Lost more weight. The Pain has Tortured me 24/7 Its relentless - No Breaks.

Corizon Medical Staff Refuse to Treate me, AND They Keep forging papers, prisoners signatures. Please help me.

A. Bogle

CORIZON MEDICAL CLAIM I REFUSE TREATEMENT OF MY CANCER THEY ARE LIARS! I DID SIGN ALOT OF MEDICAL FORMS BUT NOT ONE REFUSING TREATEMENT OF CANCER