PARSONS-V-RYAN-CV-12-00601-PHX-AKI
Case 2:12-cv-00601-ROS Document 1300 Filed 01/12/15 Page 1 of 3
FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 12 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

TO-COURT

ENCLOSED IS A COPY COPY OF THE NEW FORM I JUST TURNED IN - CORIZON PLAYS ENDLESS GAMES THEY WRITE REFER TO FHA AND FHA NEVER RESPONDS - CORIZON DENIES MY MEDICAL NEEDS WITHOUT EVAN EXAMINING OR SEEING ME, REFUSES TO PROVIDE THE COTTON CLOTHES AND COTTON BEDDING A "REAL" DOCTOR - AN OUTSIDE ADC ALLERGY SPECIALIST DOCTOR PERSCRIBED REFUSES TO PROVIDE ME WITH THE FRAGRANCE FREE SOAP THAT I NEED AND ADC HAD PROVIDED FOR YEARS BEFORE CORIZON TOOK OVER THE CONTRACT - CORIZON DID NOT EVAN EXAMIN ME THEY JUST QUIT PROVIDING THE FRAGRANCE FREE SOAP TO SAVE THEM MONEY = CHEMICALS AND FRAGRANCES SICKEN ME = CORIZON DENIES ALMOST 95 PERCENT OF MY MEDICAL NEEDS CORIZON DOCTORS TOLD ME ARIZONA STATE LAW SAYS THAT INMATES CAN ONLY HAVE ONE GOOD EYE AND INMATES DO NOT NEED 2 GOOD EYES AND THERE IS NO WAY CORIZON IS GOING TO FIX MY COMPLETELY BLIND BY CATERACTS LEFT EYE - CORIZON HAS LEFT ME COMPLETELY BLIND IN MY LEFT EYE TO MAKE 2000 DOLLARS MORE PROFIT - I HAVE TOLD THEM MY FAMILY WILL PAY FOR CATERACT REMOVAL AND COTTON CLOTHES AND COTTON BEDDING BUT AS ALWAYS CORIZON REFUSES TO RESPOND TYPICAL CORIZON GAMES - THEY GET OLD - CORIZON DOCTORS TELL ME NOONE IS ALLERGIC TO POLYESTER AND NOONE NEEDS 100 PERCENT COTTON CLOTHES AND 100 PERCENT COTTON BEDDING AND NOONE IS ALLERGIC TO TOBACCO SMOKE OR CHEMICALS OR FRAGRANCES AND REFUSES TO PUT THE SCIENTIFIC DOCUMENTS ABOUT CHEMICAL ALLERGY ISSUES INTO MY MEDICAL FILE HELP YOU ? - KEMP-HORTON-202496
PO-BOX-8200-FLORENCE-AZ-85127

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

WHITE BLOND LADY DOC ON 23 DEC UP BY ■■■ REFUSED TO GIVE NAME

Date: _____
Time: 4:15 PM
Initials: _____

**Inmate Name/Nombre** (Last, First M.I.): HORTON-KEMP
**ADC Number/Número de ADC:** 202496
**Date/Fecha:** DEC-20-2014
**Cell/Bed Number:** 1B25
**Unit/Unidad:** CB6
**P.O. Box:** 8200
**Institution/Facility:** ASPC FLORENCE-CENTRAL

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

PARSONS-V-RYAN-CV-12-00601-PHX-DKD

**AREA OF INTEREST:** ☒ Medical/Médica

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

I AM SENDING THIS TO THE COURT SO THEY CAN SEE THE CONSTANT GAMES AND MEDICAL NEGLECT YOU CONTINUE TO PLAY AND DO - YOU CONSTANTLY WRITE REFER TO FHA AND FHA NEVER RESPONDS SOOO YOU NEVER TAKE CARE OF MY ISSUES AND MEDICAL NEEDS - YOU HAVE LEFT ME COMPLETELY BLIND IN MY LEFT EYE FOR 3 YEARS - YOU REFUSE TO PROVIDE ME WITH THE 100 PERCENT COTTON CLOTHES AND BEDDING PERSCRIBED BY A "REAL" DOCTOR THAT IS AN ALLERGY SPECIALIST AND DECIDED I DO NOT NEED WHAT HE PERSCRIBED WITHOUT EVEN EXAMINING ME - TYPICAL OF YOUR BLANKET "NO" ANSWER TO MOST ALL MEDICAL REQUESTS - YOU CUT OFF THE FRAGRANCE FREE SOAP WITHOUT REASON OR EXAMINING ME THAT I HAD RECEIVED FOR YEARS YOU REFUSE TO PROVIDE ME WITH A COTTON BLANKET TRYING TO FORCE POLYESTER BLEND BLANKETS ON ME THEN PUTTING LIES INTO MY CHART THAT I AM REFUSING A COTTON BLANKET WHEN YOU ARE NOT OFFERING A 100 PERCENT COTTON BLANKET AS I HAVE BEEN PRESCRIBED - A POLYESTER BLEND BLANKET IS NOT A COTTON BLANKET

**Inmate's Signature:** Kemp Horton
I WILL BE WRITING THE COURT EVERYDAY ABOUT YOUR ENDLESS AND CONSTANT MEDICAL NEGLECT

PLEASE RETURN ENCLOSED POSTCARD SO I KNOW YOU RECEIVED THIS THE PRISON THROWS MY MAIL AWAY TO COURT AND LEGAL I HAVE FOUND *that they keep*

TO-COURT

HOW ABSURD "UP TO" #250,000 DOLLARS A YEAR TO PAY FOR "FUTURE" MONITORING 250,000 ÷ 35000 = 7 DOLLARS 14 CENT PER INMATE PER YEAR TO MONITOR AN AGENCY WITH A 100 YEARS—100 YEARS DOCUMENTED CONDITIONS

OF COMPLETE MEDICAL NEGLECT... JUST WHAT TYPE OF SHAM "MONITRING" WILL YOU BE DOING—?—THAT IS 500 TO 1000 HOURS A YEAR OF MONITORING—HOW DOES ANYONE "MONITOR" 35000 CASES OF MEDICAL NEGLECT AT 9.6 TO 19.2 HOURS A WEEK—?—HAS ANYONE DONE THE MATH HERE—?—
OR—?—IS THIS ALL FOR SHOW—?—
NO "COMPETENT" ADMINISTRATOR WOULD ALLOW SUCH A SHAM—YOU NEED A MINIMUM

OF 2 MILLION TO 3 MILLION DOLLARS A YEAR TO "MONITOR" THE RELENTLES MEDICAL NEGLECT AT ADC—CORIZON HAS A LOOONG AND DOCUMENTED HISTORY OF REFUSING AND DELAYING MEDICAL CARE TO INMATES TO MAKE MORE PROFIT—AS MANY COURT CASES DOCUMENT FIELDS-V-CORIZON-11-CIR-2012-490-FED-APPX-174 BEING ONE OF THOUSANDS OF THEM—THIS IS A SHAM AGREEMENT ONLY BENIFITING CORIZON AND ADC TO CONTINUE A 100 YEAR HISTORY OF COMPLETE MEDICAL NEGLECT = SUBSTANCIAL FINES OF 10,000 DOLLARS PER CASE OF REFUSAL OF MEDICAL CARE IS THE ONLY LOGICAL RULING NOT SOME SHAM OF "UP TO 250000 PER YEAR" HOW ABSURD

KEMP-HORTON
202496
PO BOX 8200