PARSONS v RYAN LODGED 12-00601-PHX-DKD

RECEIVED ____ COPY
JAN 12 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Inmate Name (Last, First M.I.): GUY, IAN S.

Institution/Unit: ASPC-EYMAN 73221  Date: 01-08-15

To: CLERK OF THE COURT
U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Location: 401 W. WASHINGTON ST.
SUITE 130, SPC 1
PHOENIX, AZ 85003-2118

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I HAVE REVIEWED THE SETTLEMENT AND COMMENTED ON THE TERMS. DESPITE QUALIFYING UNDER TWO CONDITIONS DEEMED AS "CHRONIC", I HAVE BEEN INFORMED THAT I WILL BE MOVED IN THE NEXT FEW WEEKS TO THE CCA RED ROCK FACILITY IN ELOY. EVIDENTLY, CRITERIA THAT WOULD NORMALLY DISQUALIFY AN INMATE [ESCAPE CHARGES, LENGTH OF SENTENCE, MEDICAL, CONFLICT OF INTEREST, ETC.] ARE BEING IGNORED TO QUICKLY FILL BEDS IN A PRIVATE FACILITY THAT IS PAID REGARDLESS OF FULL CAPACITY.

I FEEL THAT AN ATTEMPT TO REMOVE ME FROM A STATE FACILITY COVERED BY THE CLASS ACTION LAWSUIT CONSTITUTES RETALIATION OR HARASSMENT FOR PARTICIPATING IN THE COMMENT PERIOD [OUR CELL WAS ADDED SOMETIME AFTER THE 1st]. THE SETTLEMENT PROVIDES FOR "ALL PRISONERS WHO ARE NOW, OR WILL IN THE FUTURE BE .... ADC" AND COVERS 10 ADC COMPLEXES, OF WHICH EYMAN IS ONE (I HAVE BEEN HERE 9 YEARS).

I HAVE SEEN THE DENTIST 3 TIMES IN THE PAST YEAR, AWAIT THE NURSE'S LINE FOR A NAGGING BACK INJURY, AND HAVE A GRIEVANCE PENDING ON A SPECIAL NEEDS ORDER CONCERNING MY PREVIOUSLY DISLOCATED HIP. THERE IS NO GUARANTEE OF COURT SUPERVISION OF MEDICAL CARE, AND I PLAN ON REFUSING MY PHYSICAL REMOVAL FROM ANY STATE FACILITY AS THIS WOULD EFFECTIVELY ALLOW THE STATE TO "HIDE" PERSONS WITH RECORDS/CONDITIONS THAT JUSTIFY COURT SUPERVISION.

Inmate Signature: [signed]
Date: 01-08-15

Have You Discussed This With Institution Staff? ☐ Yes ☐ No
If yes, give the staff member's name:

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

Distribution: White - Master Record File  Canary - Inmate

REFERENCE: CIV LRSA 7.1(6)(1), (2), (3)
(Rule Number/Section)

916-1
4/15/04