Ronald L Towell #152294
Arizona State Prison
Eyman - Cook unit
PO Box 3200
Florence Az 85132-3200

1-06-2015

Clerk of the Court
United States District court, District of Arizona
401 W. Washington st., suite 130, SPC 1
Phoenix Az 85003-2118

Subject: Parsons V. Ryan CV 12-00601-PHX-DJH

Dear Judges

   Here comes before you Ronald L Towell age 68
My ADC Number is 152294. I have been a prisoner
since 2000.
I was in good Health until 2004 when I had colon
Cancer. The surgery left me with a colostomy, Edema
Nerve damage, Scar tissue and Abominal adhesions.
IN 2005 I was told I am a NON-INSULIN dependent
diabetic, and I January 2014 I was told I have Glaucoma by
a optomtrist during an exam for glasses.
It took 194 days and a grievance to be seen by an
Ophthalmologist another 2 Plus months to get Eye
drops from corizon. Corizon wants me to be followed
by the Same optomtrist which I have Not seen.
I have Not been seen for chronic care in over

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE_____

CIVIL 54 7.1(a)(4)(3)
(Rule Number/Section)

8 Months my Last lab tests were 14 months ago.
I will give my thoughts and information on the
Parsons v. Ryan settlements

In exhibit B measures 1 and 2 to require a
minimum of 1 Nurse and 1 medical provider at each
ASPC will Not allow measure 25 to be practical a
Night. ASPC Eyman has 5 medical units 1 at each
yard. There is only 1 Night Nurse at Browning.
It can take the Nurse 15 to 20 minutes to get to
the other 4 yards. If the paramedics are called
they can be on site before the Night Nurse.
I understand Lewis Complex has 1 medical unit
therefore they only Need 1 Night Nurse
measures 1 and 2 should be changed to read 1
Nurse and 1 provider at each medical unit. Not at
each A.S.P.C.

Under Pharmacy Dot (watch swallow) time tables
are Not addressed. At Cook unit Dot's are given from
7-9 Am then 12-1 Pm and the last Dots of th day
are given at 2-330. This does Not follow the
Medical Communities precribed standards, Not even
close.

Prisoners can go 17 hours between evening meds and
morning meds. This is too long for all medications. For
some it is dangerous.

Dot's are prescribed because the Health provider does
Not feel the prisoner will take the medication in a
timely manner, or the drug cannot be a KOP. This is
another reason each medical unit Must have a

2

Nurse 24-7 before Corizon kills more Prisoners.
There is no mention of medical equipment and medical
supplies. These do not come from the Pharmacy, there
is no mention of a 30 day supply when released.
In 2006 while at Winchester unit at Tucson complex
Nurses limited my ostomy supplies to the point I had skin
infections. After my grievance ADC wrote policy chapter
6 Section 4.1 in the Health Services tecnical manual for
ostomy and catheterization (in 2004 I had to cath
for 9 months do to nerve damage from Surgery) I had
infections at Rincon IPC due to lack of supplies.
I used this in the grievance to show prior problems
with supplies.
Next is IPC's which there are not only to few of
them they are all for General population. There is no
provision for Sex offenders.
Sex offenders cannot be housed or transported with
General population yet ADC tries to put us in with
them at IPC's. It is not safe and many refuse
to go. They are then taken back to their yard to suffer
with little medical care
An IPC needs to be built or something remodeled
for Sex offenders. As IPC's are for short term
transition from Hospital back to a yard.
If an IPC is built it should include long term
Nursing care and assisted living as the ADA
Dorms on yards are for independent Living.
The only time medical staff go to our ADA Dorms
is for Emergency Responses. Therefore daily care

3

of assisted living prisoners is done by other prisoners out of kindness. There are wheel chair pushers and aids but they only help with cleaning houses and taking prisoners to chow, medical, ect. Prisoners are not to bathe, dress, or any other care CNA's and Nurses are to do. This is why assisted living prisoners died.

At Cook unit ADC put 12 bunk beds on each ADA Dorm 4 years ago. The top bunks are for NON ADA Prisoners. Each Dorm has 2 showers and 2 toilets with 32 to 36 prisoners.

It is hard enough to get in and out of a ADA bed with the bunk the bottom bunk is lower and I need to be careful not to hit my head on the bottom of the top bunk. There is not enough room for my medical supplies with 2 people in a space made for one person

Cook unit is the only 3 yard that has bunk beds in its ADA Dorms. Please send someone to inspect SAB.

We have a shortage of ADA beds therefore all of building 5 should be turned into ADA bed this be 5 C and D Dorms.

I have heard that the Federal court in California forced California Department of Corrections to build Assisted-Nursing type yards. I hope this will happen to ADC. For Sex offenders a yard with IPC Nursing home and Assisted living for Sex offenders should be built in florence at

4

Ryman complex it should be able to house 200 to 400 prisoners if Indendent living is added 600 plus beds will be needed.

The reason for the high Number is because on Sex Offender yards the Average age is mid 40's, due to long Sentences many will die in prison.

We have lost 3 prisoners from Medical Neglect Since charles Ryan and Richard Pratt signed the Settlement. On 10-17-14 a prisoner died. He was on a breathing machine 24-7, the only care he received in the Dorm was from other prisoners. He could Not go to the chow hall to eat, He ate in the Dorm. He should Never been brought to Cook unit he should have been at an IPC which is all we have and Not for sex offenders

The morning of 10-17-14 another prisoner fell out as they were taking him to the health unit I heard the Nurse tell him its Not your heart, He was given an E.C.G and sent back to his Dorm.

I had Lunch with him on the 17th, he told me he had Aerd Reflux, he said his whole in sides felt like it was on fire. He said I have Not had any medications for months. He died on 10-18-14 in the bathroom around 4 A.m.

The third prisoner died on 12-18-14 outside building 6. He had been on the Hospital for Heart

5

problems the month before.

I understand that no matter one or people die, but if these 3 had proper Health care they could have lived longer.

As I stated I Now have Glaucoma. I will show the court that ADC and Corizon will Not follow this Settlement. I am enclosing a copy of Grievance A14-117-014 the appeal was signed 10-31-14 and inmate letter of 11-13-14 proper treatment for glaucoma with the inmate letter Response dated 11-26-14 signed by Venessa Headstream. The Director agrees that I Need treatment and close follow-up with out it there is a risk of vision loss. The letter Response signed over a month after the settlement states I will be followed by an optometrist then if needed sent to the ophthalmologist. I have Not been seen.

The prisoner Next to me in my Dorm also has glaucoma has been out of his eye drops for almost 3 weeks. No matter how many HNR's he turns in the pharmacy will Not send his eye drops. He is Now going blind.

Does the court really think ADC or Corizon will follow Parsons V Ryan. They Never followed Casey V Lewis.

I see the Settlement has set a low bar for compliance of 85% after 24 months Would the FAA allow Airlines to be 85%

6

Compliant.

Prisoners are wards of the state, therefore the State is responsible for all Health Care, we can Not get care on our own. The compliance must be at least 99%.

Under monitoring and enforcement #32 the court knows that ADC will Not follow this Settlement therefore there should be No limitatons on the Plaintiff's counsel and experts. They must have access when they see fit, as ADC will try to hide evadance as they always have. ADC and Corizon should purchase performance Bonds, criminal charges should also be used for Noncompliance

When None of this forces ADC and Corizon to comply. Then the court will have No choice but to put ADC medical in Receivership.

Once in compliance ADC may after time return to run medical under court monitoring. This letter may be harsh but I do Not feel ADC and Corizon should be allowed to settle.

They should go to trial when everything will be public as the public has the right to Know what is happening in ADC.

Then the court can ADC medical on Receivership, this will save lives

Sincerely

Ronald Towel

7



# Arizona Department of Corrections

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



JANICE K. BREWER
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL:  TO THE DIRECTOR

Inmate Name: <u>TOWELL, RONALD</u>          ADC No.: <u>152294</u>          Case No.: <u>A14-117-014</u>

Institution: <u>ASPC- EYMAN/COOK</u>                    Date Received: <u>September 4, 2014</u>

I have reviewed your Grievance Appeal wherein you state that: 1) policies for glaucoma and cataracts must include evaluation by a specialist in a timely manner and have proper after care; 2) cataract medications, such as eye drops, must be either at the medical unit or in the possession of the patient before surgery is done; and 3) flu shots and vaccines are to be given under today's community standards.

Your Grievance Appeal has been investigated including a review of your medical and pharmacy records. Based on our findings, your appeal is <u>granted</u>. The reasons for this decision are:

1. Review of your medical records shows you are being followed by medical staff for a number of health issues including your diagnosis of ocular hypertension (glaucoma).  On 7/21/14, you had an extensive evaluation by an ophthalmologist for your complaints of blurred vision and burning sensation along with medical staff's findings of elevated intraocular pressure. Eye examination showed essentially normal findings except for nuclear sclerosis on both lenses and elevated intraocular pressure on both eyes (28/29). You were advised about glaucoma and the risk of vision loss without treatment and close follow-up.  You were also prescribed Latanoprost eye drops to be instilled into both eyes every evening. We found no evidence that you were provided this medication or a substitute medication until 10/9/14; for this reason, your appeal is granted. By copy of this letter, the Facility Health Administrator of ASPC-Eyman (M. Musson) is directed to investigate and address this failure of medical staff to provide your prescribed medication in a timely manner.

2. As to the administration of flu shots and vaccinations, please be advised that the Department follows the guidelines and recommendations issued by the Centers for Disease Control (CDC). If you do not receive your flu shot during the vaccination period or if you wish to receive a certain vaccine, please submit a Health Needs Request (HNR) to discuss your concerns with medical staff.

3. Please submit a Health Needs Request (HNR) if you have additional medical concerns or needs which you wish to discuss with a medical provider.

Inmate Name: <u>TOWELL, RONALD</u>        ADC No.: <u>152294</u>        Case No.: <u>A14-117-014</u>

This response concludes the medical grievance process per Department Order 802.06 Medical Appeals to the Director.


Charles L. Ryan, Director                                                    10/31/14
                                                                              Date

cc:     Facility Health Administrator, ASPC-Eyman
        Mark Jansen, Corizon Vice President of Operations
        James Taylor, Corizon Regional Vice President
        C.O. Inmate File

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance Appeal

(To be completed by staff member initially receiving appeal)

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

| | |
|---|---|
| Received by: | Cath C Daniels |
| Title: | (MTU) |
| Badge #: | 1903 |
| Date: | 6-13-14 |

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Towell Ronald L | 152294 | 08-13-2014 |

| Institution | Case Number |
|---|---|
| Eyman - Cook S B31 | A14-117-014 |

TO:

Charles Ryan Director central office

I am appealing the decision of D. Montano for the following reasons:

Resolution #2 was not addressed and there are other
issues. I assume policies were not addressed because they
are written by central office.
Policies for glaucoma and cataracts must be written to
include: Be seen by a specialist in a timely manner and have
proper after care.
For cataracts medications such as eye drops must be either
at the unit medical or in the possession of the patient before

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Ronald Towell | 08-13-2014 | | |

| Response To Inmate By: | Location |
|---|---|
| | |

| Staff Signature | Date |
|---|---|
| | |

DISTRIBUTION:
INITIAL: White & Canary - Grievance Coordinator
Pink - Inmate
FINAL: White - Inmate
Canary - Grievance File

802-3
7/13/09

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance - GF Supplement

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Towell, Ronald L | 152294 | Eyman-Cook | A14-117-014 |

Surgery is done. This would include any eye treatment or surgery that calls for medication to be used to ensure the treatment or surgery does not fail.

for glaucoma all patients are to be seen at least every six months by the Eye specialist to test pressure and assess the progression of the glaucoma. The Eye specialist can order the proper medication and/or treatment as Necessary. All Eye care must be within todays medical communitys prescribed standards, which include medications.

We are entitled to flu shots and vaccines. Flu shots should be given as soon as the vaccine is available.

Vaccines such as but Not limited to tetanus, Hepatitis A and B, Varicella (chicken Pox) Pneumococcall to Name some. I should have the Varicella as I Never had chicken Pox and my last tetanus shot was in the 1980's.

Flu shots and vaccines are to be given under todays medical community's prescribed standards.

For the other issues I will start with time delays. See D. Montanos response. It states It is unknown as to why this grievance was delayed in being sent to Eyman Inmate Health Services. I turned it in on 7-11 and it was received on 7-21.

It took 194 days for me to see the Eye specialist at southwest Eye clinic due to the loss of the referral from Corizons Eye Doctor I saw at cookcunit. See attached HNRs of 1-13-14, 2-14-14 and 6-3-14 and inmate letter of 5-26-14 to Richard Pratt and response of 6-6-14. There was No response from the 6-13-14 to the FHA. When I saw the Eye specialist on 7-21-14 I turned in an HNR dated 7-21-14 stating I Need the Eye drops ordered. The response on the Pink copy was HCP, see attached.

On 7-29-14 I mailed an inmate letter to matthew musson FHA for the Eye drops see attached. On 8-4-14 I turned in another HNR asking for the Eye Drops see attached. I received the Canary

| Signature | Date |
|---|---|
| Ronald Towell | 08-13-2014 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

*Medical*

Inmate Grievance - GF Supplement

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Towell Ronald L | 152294 | Eyman Cook 5B3 | A14-117-014 |

back on 8-7-14 it states your meds have been ordered.
The response to my Grievance signed by D. Montano on 8-1-14
States as of this date no report from Southwest Eye Clinic is
in your medical file - this can not be!
on 7-21-14 I was the only inmate that went to South-
West Eye Clinic, we arrived at 820 and went to a waiting
room. I was given forms to fill out. Before I was done we were
ask to go to an exam Room. I was ask what medications I am
taking, then the Tec or Nurse put drops in my eyes to numb them.
She then examined my eyes including my peripheral vision.
I then went to another exam room. The Eye Doctor came in right
after I went in. He examined my eyes and told me I have glaucoma.
He was writing while he was talking to me. He said I am order-
ing eye drops they are to be used once a day.
After he left I was taken back to the waiting room. In a
short time one of the co's was handed an envelope by
one of the clinics worker and told all the paperwork is
in it.
When we returned to Cook unit the co. gave the envelope
to the intake co. therefore I know paperwork is here at
Cook unit. The paperwork must be in intake or in Medical.
How can paperwork from both Eye Doctors be lost?
This is not the only paperwork missing. Last month my HNR
for ostomy supplies was lost. It was never given to S. Mott
CNA. She handles the supplies and at the top of HNRS
I write ATTN S. Mott so the Nurse will give the HNR to Her.
When I did not get any supplies I told S. Mott she called the Supply Clerk and
I received supplies the day I ran out. This month they were online.
I am not blaming the staff at Cook medical unit I blame Corizon because
there is no full time supervisor here at Cook. There must be a
supervisor at each unit in order to keep the paperwork going to the
proper places.
We have two sets of Nurses who never see or talk to each other its
like the left hand does not know what the right hand is doing.

| Signature | Date |
|---|---|
| Ronald Towell | 08-13-2014 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

*Page 4*

*Medical*

**Inmate Grievance - GF Supplement**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Towell Ronald L | 152294 | 5-331 Eyman-Cook | A14-117-014 |

I find the loss of medical paperwork and long delays completely unacceptable behavior.

I still do not have the Latanoprost c/s 2.5 mL eye drops. According to AFHA D. Montano they were ordered on 8-1-14 see Attached inmate response of 8-7-14.

Glaucoma and my Colostomy will need Lifetime care. The colostomy I have been trained to care for with the proper supplies. He who have Not ask about it for more than 2 years and I have Not seen a Woc Nurse since 2009, I can't do that with Glaucoma it must be followed by a specialist in order to keep my sight.

### IN CONCLUSION

1. When central office writes the policies for glaucoma, cataracts, flu shots, and vaccines copies are to be sent to me.

2. As a ward of the state I must depend on the state of Arizona through ADC for my Health and welfare. Therefore I do not care what the policies of the states contractor are, because what Corizon will Not give me the state must.

It is ultimately the responsibility of the state through the ADC's Director charles Ryan and ADC medical monitor Richard Pratt to ensure I have the medical care I require

for this Grievance this Includes but not limited to - being seen by an eye specialist at least twice a year and any and all medications and or supplies, surgeries ect. ~~et~~ Ordered by said specialist in a timely manner.

ADC Shall follow Todays Medical communitys prescribed Standards

| Signature | Date |
|---|---|
| Ronald Towell | 08-13-2014 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

Received

# ARIZONA DEPARTMENT OF CORRECTIONS
## CORIZON HEALTH
### INMATE GRIEVANCE RESPONSE

| Inmate Name: Towell, Ronald | ADC #: 152294 |
|---|---|
| | Grievance #: A14-117-014 |

| Facility/Unit Eyman/ Cook | |
|---|---|
| From: AFHA Montano Inmate Health Services | Location: ADOC/EYMAN |

This is a response to your Inmate Grievance dated July 11, 2014.

Received in Eyman Inmate Health Services on July 21, 2014. It is unknown as to why this grievance was delayed in being sent to Eyman Inmate Health Services, however it is now being responded to in a timely manner from time of its receipt.

Your primary concern is that you are requesting to be seen by a eye specialist for your glaucoma.

Thank you for bringing this matter to my attention. Investigation into this issue you have raised included a review of your medical records. On July 21, 2014 you were scheduled to be evaluated at Southwestern Eye Clinic in regard to your eye issues. As of this date there is no report of the examination in your medical file. As of this date I have instructed the clinical coordinator to obtain the written report from Southwestern Eye Clinic and forward such report to the medical provider for review. With this action this grievance is considered resolved.

Please submit an HNR should you require medical attention.

**YOU MAY APPEAL THIS DECISION TO THE DIRECTOR BY REQUESTING APPEAL FORM GF-2.**

| Staff Signature | D. Montano Assistant FHA | Date |
|---|---|---|
| D. Montano, AFHA | | 8/1/14 |

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Gri__ ADC

*Medical*

A-14
5-B31

Received By: Bill Davis

Title: GTII

Badge Number: 1903    Date: 7-11-14

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| Towell Ronald L | 152294 | 7-11-14 |

Institution/Facility: Eyman-cook  5 B 31

Case Number:

To: Matthew Musson F.H.A.   Eyman complex Corizon

**Description of Grievance** (To be completed by the inmate)

This is a medical Grievance for the treatment of Glaucoma that was diagnosed by the eye Doctor on 1-8-14. At that time he told me I would be seen in 30-40 days by a specialist. That was over 180 days ago No action has been taken.
Please see attached informal, informal response, H.N.R's, and inmate letter to and response of Richard Pratt.
Due to Corizon being the contractor for 100% of the care of state prison inmates medical, dental, and mental Health Corizon will be known as the insurer and state inmates as the insured. For Corizon inmates are there patients being an inmate has No relevance
The insurer is at the point of Deliberate Indifference by doing Nothing causing delay in treatment. See Sealock V Colorado ('10 cir 2000)
I understand the insurer is being paid less than $11⁴ per day per

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)   See informal

1. To be seen immediately by either the Eye Doctor for a referral or to be taken to the specialist for the needed treatment
2. Are there Astra policies for vaccines, flushots, Diabetes, Glaucoma and cataracts. If there are I want copies, If there are Not policies for any or all the above. Then they are to be written and copies sent to me

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Ronald Towell | 7-11-14 | | |

Action taken by _____ Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | | Badge Number | Date |
|---|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
7/13/09

5B31

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grieving - GF Supplement**

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Towell Ronald L | 152294 | Eyman-cook | |

INSured. This low amount makes it difficult to cover all INsured Costs. There by the INsurer Seems to be trying to use the H.M.O. Protocol. This is invalid as the INsured has No other choice for medical care. UNLess one can use the U.A. Which this INsured is Not qualified for. Therefore the INsurer contracted by the state for 100% of my medical Need. Which includes Treatment for Glaucoma.

Cost cannot be used for Non Treatment See wilson v. hunTia (ND Ind 2000) and Rosado v. Alameida (SD Cal 2004).

As I stated in an HNK of 6-13-14 to the FHA. I cannot allow the INsurer to let me go blind by doing Nothing. I will not be like Others on this unit that have lost Sight because of lack of proper and Timely care.

IN Conclusion:

I expect both Resolutions to be followed. First I Need to be Seen Now Not Next month. If I Need to resee the eye Doctor for another Referral Then I Need to see the specialist as soon as he or she has an opening. That means the INsurer is to fast track the referral.

The questions about policies are to be answered. I have the right to know policies that effect my Health.

Policies are written so parties on both sides of an issue know the rules that are to be followed. Patients should Not be forced to play a guessing game as to what Health Care they can ~~have~~ expect

| Signature | Date |
|---|---|
| Ronald Towell | 07-11-2014 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

*For Distribution:  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| TOWELL, RONALD L. | 152294 |

| Institution/Unit |
|---|
| ASPC-Eyman-Cook Unit |

| From | Location |
|---|---|
| COIII C. Daniels | Building 5 COIII Office |

This is in response to your Inmate Informal Complaint Resolution dated June 23, 2014 regarding treatment of glaucoma

I have reviewed all the available information.

I have forward a copy of your Inmate Informal Complaint Resolution dated June 23, 2014 to Corizon Health for their assistance with your issue. As of today, I have not received a reply back from them.

I am unable to assistance you. Please proceed to the next level.

| Staff Signature | Date |
|---|---|
| | 7-9-14 |

Distribution:   Original - Inmate
                        Copy – Grievance Coordinator File

802-12(e)
12/12/13



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*
*NO ATTACHMENTS PERMITTED.* Please print all
information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit  5 B31 | Date |
|---|---|---|---|
| Towell Ronald L | 152294 | Eyman-Cook | 6-23-14 |

| To | Location |
|---|---|
| CoII Daniels | Building 5 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following issue: Treatment of Glaucoma
ON 1-8-14 I saw the eye doctor. He told me I have the start of catracts and
Glaucoma. He said I would be seen by a specialist for Glaucoma in 30-40
days. ON 1-13-14 I turned in an HNR to confirm the referral — NO response.
ON 2-13-14 I turned in another HNR the answer under plan of section "Still
waiting for paperwork. See attached.
ON 6-3-14 I sent an HNR to the F.H.A. Eyman complex asking if the
paperwork has been filed. NO response see attached.
ON 5-26-14 I wrote Richard Pratt for policies in the Health
Services Technical manual for Flu shots vaccines, Diabetes, Glaucoma,
and cataracts under Grievance A14-006-014. I also mentioned my
problem with this issue. He stated I should contact the Corizon site manager
(FHA). See attached
As I have given Corizon ample time to resolve this issue it is
Now time for the Grievace as over 6 months is too long. The Eye doctor
was here on 6-19-14. I should have been an add on to see him if
Corizon still can not find the referral. But I was Not a Resolutions:
1. To be seen immediately be either the eye doctor for a referral
or to be taken to the specialist for the needed treatment
2. Are there H.S.T.M. policies vaccines, Flushorts, Diabetes
Glaucoma and cataracts I f there are I want copies. If there are
Not policies for any or all the above Then they are to be written and
copies sent to me.

| Inmate Signature | Date |
|---|---|
| Ronald Towell | 6-23-2014 |

Have You Discussed This With Institution Staff?   ☐ Yes   ☐ No

If Yes, give the staff member Name:

Distribution:   Original - Inmate
Copy – Grievance Coordinator File

802-11(e)
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

51831

| Date: |
| Time: |
| Initials: |

**SECTION/SECCION I**

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Towell Ronald L | 152294 | 1-13-2014 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 5 1331 | A14 | 3200 | Eyman-cook |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**SECTION/SECCION II**

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I was told on 1-8-14 I have the start of Glaucoma by the Eye Doctor. He has written a referral for me to See a Specialist.

Has the Referral bee processed?

Please Advise

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   *Ronald Towell*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

S'B31 A14

Time: _____
Initials: _____

## SECTION I / SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Towell Ronald L | 152294 | 2-14-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| S B31 | A14 | 3200 | Eyman-Cook |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).
[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

NO response TO HNR OF 1-13-14 NO PINK NI yellow copy

## SECTION II / SECCION II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE)   ☐ Medical/Médica   ☐ Dental   ☒ FHA
☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I have Not received aN ANswer to my 1-13-14 HNR about a referral to see aN Eye Specialist ordered by the Eye Doctor I saw on 1-8-14. He said I have Glaucoma. With Corizon's 60 day rule I need to Know if it is approved. If Not I will start the Grievance to see the specialist. I should always receive back the pink copy withiN less thaN a week so I Know something is to be done and medical has the HNR. Thats what the courts say—

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   Ronald Towell

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION III / SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☐ Medical/Médica   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA
☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☒ Other/Otros (specify) (especifique)   Supervisor

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| h | | |

## SECTION IV / SECCION IV

PLAN OF ACTION/PLAN DE ACCION   We are Still waiting For the results From the Eye Doctor for A further plan

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| S Thomson RN Supervisor | 2/17/14 | 083c |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Towell Rinald L | 152294 | 6-3-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 5 B 31 | A14 | 3200 | Eyman - Cook |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).
[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

10 FHA

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☒ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

ON 1-8-14 I saw an Eye Doctor for Glasses. He told me, I have glaucoma and would see a Specialist in 30-40 days. ON 2-14-14 I turned an HNR asking when I would be Seen the answer ON 2-17-14 ☆ I- Still waiting for paper work from the Eye Doctor. I still have not been Seen if the Eye Doctor has not Turned in paper work then I need to be re seen, it is now June I can't allow corizon to let me go blind. If I do not hear back by Next week I will start the Grievance, and write Central office —

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
Ronald Towell

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX** [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☒ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____  AFHA
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 6-4-14 | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

ARIZONA DEPARTMENT OF CORRECTIONS

A17
5B31

Inmate Letter

| Requests are limited to <u>one page</u> and <u>one issue</u>. <u>NO</u> <u>ATTACHMENTS PERMITTED</u>. Please print all information. |
| --- |

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit 5B31 | Date |
| --- | --- | --- | --- |
| Towell Ronald L | 152294 | Eyman Cook | 5-26-14 |

| To: | Location |
| --- | --- |
| Richard Pratt P.E. Administrator | Health services contract monitoring Bureau. |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

Subject: Polices from the Health services technical manual from Grievence A14-006-014. See enclosed two pages from A14-006-014.
 The polices in the Library are the 1100's which are General polices. The polices I ask for are in the Health Services technical manual, which is Not in the Library.
 I contacted CoIII Beauregard after I went to the Library. She informed me she did Not Know there is a Health Serveces Technical manual. There fore the information she gave central office was Not Correct.
 I Need the following policies from the Health services technical manual
 1. Flu shots and vaccines
 2. Diabetes
 3. Glaucoma
 4. Catoracts

 On 1-8-14 I saw the Eye Doctor for a checkup and New glasses. He told me I have Glaucoma and the start of Catoracts. He said I will be seen by a specialist for the Glaucoma in 30 to 40 days. I have sent in HNR's and told they are looking for the paper work. There fore I have not been seen.
 If there are No policies for these then policies Need to be written. I have Hstm ch. 6 sec 4.1 of 1-1-10 for self catheterization and self colostomy management and DI 281. I have found that I Need policies in order to get the Health Care I Need.

| RECEIVED |
| --- |
| JUN 4   2014 |
| HEALTH SERVICES |

| Inmate Signature | Date |
| --- | --- |
| Ronald Towell | 5-26-2014 |

Have You Discussed This With Institution Staff?   ☐ Yes   ☐ No

If yes, give the staff member's name:

Distribution: Original - Master Record File
 Copy - Inmate

916-1
5/14/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Letter Response  *Rec 6-14-2014*



| Inmate Letter # | Inmate Name (Last, First, mi) | ADC # | Facility: | Unit: | DateRecd: |
|---|---|---|---|---|---|
| IL-14-0114 | TOWELL, RONALD | 152294 | EYMAN | ASPC-E COOK UNIT | 6/4/2014 |

Thank you for your correspondence dated May 26, 2014 and received June 4, 2014.  You advise of needing copies of specific topics relating to the Health Services Technical Manual.

Your correspondence has been forwarded to the Corizon Site Manager at your facility for review and action as deemed necessary.

In order to review a response in a timely manner, you should bring your concerns or questions directly to the Corizon Site Manager.

_____

**Richard Pratt, Interim Assistant Director Health Services Contract Monitoring Bureau**

**cc: Complex Site Manager, EYMAN**

**c.o. Master File**

_____
*6/6/14*
**Date**

*Received* (handwritten)

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter Response**

| For distribution:  Copy of corresponding Inmate Letter must be attached to this response. |
| --- |

| Inmate Name *(Last, First M.I.)* | ADC Number |
| --- | --- |
| Towell, Ronald | 152294 |

| Institution/Unit |
| --- |
| Eyman/Cook Unit |

| From | Location |
| --- | --- |
| D. Montano, AFHA | ASPC-Eyman/Inmate Health Services |

This is in response to your inmate letter dated: 7/29/2014

Your primary concern is:
You have not received your eye drops for treatment of glaucoma.

An investigation into your issue included a review of your medical record:

Latanoprost O/S 2.5 ML eye drops were filled on 8/1/2014.  This issue appears to be resolved at this time.

Thank you for your healthcare inquiry.

Please submit a HNR should you require medical attention.

End of response.

| Staff Signature | | Date |
| --- | --- | --- |
| D. Montano, AFHA | **D. Montano**<br>**Assistant FHA** | 8-7-14 |

Distribution:  Original - Master Record File
Copy - Inmate

916-2
5/14/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

A14
5B31
Ree BacK 7-23-14

Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Towell Ronald L | 152294 | 7-21-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 5B31 | A14 | 3200 | Eyman-cook |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☑ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Today I went to Casa Grand for an appointment with an Eye specialist.
He said I have Glaucoma and ordered Eye drops to bring the pessure down
Will you see that the prescription is filled ASAP the paperwork is in Intake.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.] Thnk you

Inmate's Signature/Firma del prisionero   Ronald Towell

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacía ☐ FHA ☑ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

HCP

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
|  | 7/22/14 | 1200 |

## PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
|  |  |  |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni a una subdivisión política de este estado.]

1101-10ES
10/1/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Rev back 8-7-14

SB31

| | | | | Page 26 of 29 |
| | | | | Time: _____ |
| | | | | Initials: _____ |

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC Number/Número de ADC | Date/Fecha |
| Towell Rovald L | | 152294 | 8-4-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
| SB31 | A14 | 3200 | Egman-cook |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

*[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez]*

follow up Eye drops Glaucoma

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES**(MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I saw an Eye specialist at Southwest Eye on 7-21. He ordered Eye drops for Glaucoma It took 194 days to see him. I turned in an HNR for the drops on 7-21, it came back to HCP.
I had my last chronic 4-8 Never had Labs that were ordered. my Last labs were on 10-30-2014 that was 9 months ago.
I hope it does Not take 190+ days to receive the Eye drops. I should see the specialist every 6 months. If I do not have them by that time I will ask him to re order them.
Please advise when I might see the HCP - a week - month - longer?

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    Rovald Towell

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

Your med has been ordered

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
| | 8-5-14 | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter**

A14
5 B31

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit 5 B31 | Date |
|---|---|---|---|
| Towell, Ronald L | 152294 | Eyman-Cook | 11-13-14 |

| To: Richard Pratt | Location Contract Monitoring Bureau |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Subject: Proper treatment for Glaucoma

Today I received an Inmate Grievance response from AFHA Homer #A14-222-014

In part it states "On August 6, 2014, the medical provider ordered that you be scheduled for on-sight optometry services for monitoring of Ocular pressure for your condition of glaucoma. If approved you will be scheduled.

On 7-21-14 I saw an eye specialist at Southwest Eye Clinic (see Grievance #A14-117-014) they requested I be seen in 2-3 months at Southwest Eye Clinic by the specialist, an ophthalmologist

Why would the provider order me to see the optometrist again? He cannot do follow ups for Glaucoma. He can only order Glasses, contacts and write referrals to specialists, he is Not an M.D. Therefore he can not write prescriptions for medications nor does he have the equipment to check my Eyes.

I should have seen the specialist by 10-21-14. I have Not seen anyone.

I have read the 103 point in the Parsons v. Ryan settlement. I am entitled to be treated by a specialist.

Therefore please order Corizon to make an appointment at Southwest Eye Clinic in Casa Grande immediately and to follow their requests to see me in the future. This will be life long.

RECEIVED
NOV 18 2014
HEALTH SERVICES

mailed U.S. mail

| Inmate Signature Ronald Towell | Date 11-13-14 |
|---|---|

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If yes, give the staff member's name:

Distribution:  Original - Master Record File
Copy - Inmate

916-1
5/14/12

# ARIZONA DEPARTMENT OF CORRECTIONS

# Inmate Letter Response



| Inmate Letter # | Inmate Name (Last, First, mi) | ADC # | Facility: | Unit: | DateRecd: |
|---|---|---|---|---|---|
| IL-14-0251 | TOWELL, RONALD | 152294 | EYMAN | ASPC-E COOK UNIT | 11/18/2014 |

Your correspondence dated 11/13/2014 addressed to Richard Pratt was received 11/18/14 and forwarded to my office for review and response.  You advise that you are not receiving proper treatment for glaucoma.

The Department of Corrections is concerned for the health and medical treatment of all inmates. Inmate health care was privatized July 1, 2012 in contract with Wexford Health Sources, Incorporated. That contract was subsequently awarded to the current medical vendor, Corizon, on March 4, 2013. The Department created a Monitoring Bureau to follow the medical care and treatment of inmates after privatization of health services effective July 1, 2012. Responsibility and accountability for inmate heath care is demanded now, as in the past.

In researching your medical concerns, I am advised that you are scheduled on the next Optometry line at your facility.  An Optometrist has the ability to monitor intra-ocular pressures onsite and refer you to an Ophthalmologist as needed for further evaluation.  Please continue to follow the recommendations of your local medical staff, and submit appropriate HNR's for questions and concerns going forward.  These written requests are picked up daily by medical staff. They are triaged and scheduled for follow up. Should you desire to submit a written concern or complaint, or if you feel that your health care is not adequate or appropriate, you may also request assistance through the Inmate Grievance process. This process is designed specifically for this purpose. You may also request the assistance of the Security and Operations staff on your yard if necessary.

I am forwarding a copy of this correspondence to Corizon for their additional review and any action considered necessary at this time. It is also being provided to the ADC Health Services Bureau Monitor at ASPC-Eyman for further follow up.


_Vanessa Headstream_

**Vanessa Headstream, Program Evaluation Administrator, Health Services Contract Monitoring Bureau**

cc: Complex Site Manager, EYMAN
    Jim Taylor, Corizon Regional Director
    Jen Mielke-Fontain, Compliance Monitor

c.o. Master File

11/26/14
**Date**

Wednesday, November 26, 2014

Inmate Ronald Terry
ADC # 152294
Arizona State Prison Complex Eyman
Unit COOK
Po Box 3200
        Florence    AZ 85132-3200
Parsons V. Ryan CV12-00601-PHX-DJH

PRESORTED
FIRST CLASS

US POSTAGE PAID
PITNEY BOWES
02 1M                 $ 01.82°
0004239340    JAN08 2015
MAILED FROM ZIP CODE 85132

LEGAL MAIL
MEDICAL MAIL ???

Clerk of the Court
United States District court, District of Arizona
401 W. Washington st. Suite 130, SPC1
Phoenix Az  85003-2118

RECEIVED

JAN 12 2015

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA