Clerk of the U.S. District Court of Arizona
401 W. Washington St.
# 130 SPC-1
Phx, AZ. 85003

January 5, 2015

"Fiat Justitia"

FILED ___ LODGED
RECEIVED ___ COPY
JAN 12 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ P DEPUTY

CV-12-601-PHX-DKD

Dear clerk of the Court:

I am responding to a Notice posted on the Bulletin Board at the Lewis-Stiner Unit where I am incarcerated. The Notice advised any party who had any "problems" or questions regarding the recent settlement in the Ryan VS. Parsons case, to write to you.

Please know that I have been incarcerated for almost 25yrs; I am a Board Certified Paralegal; and have under-graduate degrees (B.A), and graduate degrees (MBA) from the University of Calif at Berkely. I state this to you to separate my "claims"; from any of merely vindictive, or frivolous diatribe, and state factual postulates.

The D.O.C. has a vast and continuous impervious history of saying what sounds good, and then doing what they want to do, regardless of legal consequences. This absolutely holds true in the settlement of the Parsons case, where there has been NO significant changes made from the previous virulent manner it (D.O.C.) has chosen to conduct itself with inmates; medical personnel and total disregard of any courts decisions.

Medical is still as atrocious as ever, however, I can only speak 1st handed at the Lewis-Stiner Unit, which characteristically, has been one of the worst offenders for many, many years! This unit is often referred to as "The graveyard Unit" because once your housed here, any ailment, affliction or any debilitation will only worsen, and eventually cause death or incapacitation. This is fact - NOT fiction!!

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCiv 7.1(a)(1),(2),(8)
(Rule Number/Section)

II

There must be outside monitoring, and selective inmate interviews to ascertain 1st hand, the inherent medical problems, many that are Life-threatening. I would gladly welcome the opportunity to express to any "monitor", the honest and salient facts of medical "deliberate indifference" that continue to plague this very inept, and draconian mental and physical system.

I do believe that anyone who believes that a settlement with the D.O.C. will remedy existing problems, would also purchase that "bridge in Brooklyn!" I believe the financial attorney/court fees to be inconsequential, and were not only toooooo low, but also, made no consequence impact on the D.O.C., who will find alternate means to recover this amount through loss of inmate jobs; loss of vocational and educational rehabilitating schools, and "on the job training"; and charging more assorted miscellaneous costs through keefe store purchases (the D.O.C. receives a 17%-18% "kick back" from keefe contract); or taxing more revenues on the families of inmates.

The D.O.C. continues to act with impunity and reckless carelessness always seeking "corrective measures" rather than "preventive ones"!

I have enclosed some appropriate letters from my attorney, and cranial Neurosurgeon (Dr. Sonan), as proof of the total disregard for my life, and have violated even the Directives of D.O.C. Director Charles Ryan, and past D.O.C. medical director, Dr. Adu Tu-Tu.

I have a life-threatening cranial aneurysm in the volatile nerve center of my cerebral cortex, which is inoperable, and in order for me to survive a predictable cranial aneurysm, I need to be relocated to Goot Unit!. I was at Stiner Unit in 2011-12 when the excessive hostility, violence, and daily threats on ones life, is a common occurrence! As you will note from the enclosed legal and medical

Popen, I cannot be housed in this Stiner "gladiator mentality" unit. IN 2012, after becoming comatose when this inoperable aneurysm began "striking", "apoplexic", loosing consciousness (a precursor to an imploding aneurysm), the Director Charles Ryan and Dr. Adu Tu-Tu (Medical Director), had me moved within 48hrs, to East Unit. It was said that "they (Ryan and Adu Tu-tu) did not want my death on their watch".

The specificity of relocation to East Unit was based on the fact, that only at East Unit, which is an "open unrestricted unit/yard", have an established ADA area next to a "walk in" medical bldg., that can immediatly Triage and expidite me to a hospital within the 30 minutes required to save my life! (See attorney Dew and Dr. Sonons' enclosed letters). East Unit also is a D.O.C. "Medical Unit", and with a "Medical Corridor" that can expidite me to a Neurologically staffed, Neurosurgeon on-site hospital within 30 minutes which would save my Life!! At Stiner, there would NEVER happen, and I'd be D.O.A. when finally extricated from this retarded medically inept stiner unit.

Doctors appointments at stiner unit, regardless

IV

of our emergency, have been running 4-5 months behind! It took me 5 months to see Dr. Merchant, the Stiner medical doctor. Dr. Merchant is one doctor for approximately 1,200 inmates, so in "doing the math", it is easy to ascertain the scant few inmates he can see on a daily basis.

Although some of the nurses try to be efficient, they can easily be discouraged when the remaining nurses, quit, are ineffectual, and morale is a "mañana" approach.

In my specific case, I will probably be dead way before the D.O.C. responds to my critical needs! The court has the Power and Authority to force the D.O.C. medical to abide by the Parsons decision, and to address my specific concerns that can easily be resolved and rectified by a transfer back to East Unit in the Florence Complex where my life can be saved!!!

Will You help me - or come to the funeral?!

Respectfully,

Danny Willoughby #94415
ASPC Lewis - Stiner
P.O. Box 3100
Buckeye, AZ. 85326

**MICHAEL J. DEW**
ATTORNEY AT LAW

6501 N. Central Avenue
Phoenix, Arizona 85012-1139
Tel/Fax (602) 234-0087
State Bar No. 004543
*dewme@cox.net*

December 15, 2014

Richard Pratt
Interim Assistant Director
Health Services Contract Monitoring Bureau
Arizona Department of Corrections
1601 W. Jefferson
Phoenix, Arizona 85007-3002




Brenda Rojas
Facility Health Administration
ASPC Lewis
P.O. Box 70
Buckeye, Arizona 85326-0170

RE: Daniel H. Willoughby #094415
ASPC Lewis — Stiner

Dear Mr. Pratt and Ms. Rojas:

I am again writing about the above inmate, and in response to Mr. Pratt's letter of July 17, 2014.

My concerns over Dan's health remain unabated, inasmuch as he was inexplicably moved from East Unit to Yuma, and then back to Stiner Unit, the very place where all his problems began a few years ago.

If you will recall, Dr. Abhay Sanan, M.D., who while under contract with DOC previously operated on Dan for a cerebral aneurysm, indicated that a second, inoperable aneurysm remains and is capable of rupture at any time. *See,* the enclosed documentation sent me by Dr. Sanan. This documentation includes an update I just received, in which Dr. Sanan stresses that his opinion as to Dan's housing remains unchanged, and that East Unit is the preferred complex for him.

Director Ryan in 2012, based on this same documentation, authorized a transfer to East Unit. For some unknown reason, Dan is now back in the very place he should not be.

Dan has continued to experience symptoms of this type predicted by Dr. Sanan, and I am concerned that his current location is wholly inimicable to the rapid response/treatment necessary for his survival. Without overdramatizing, he is a seventy-five year old inmate who has the bad misfortune to carry a ticking time-bomb in his head. Indeed, he was recently examined on

---

December 11, 2014, by your own Dr. Merchant, who noted that there is a memo in the file that Dan should *not* be housed in Stiner Unit "due to special medical needs."

Dr. Sanan's recommendation was and is that Dan be transferred to a medical/ADA unit, preferably East Unit, which has not only the proper facilities on site, but also close proximity to a major hospital which can rapidly and efficiently handle his prompt care in the event of a tragedy. The question in Dan's case is *when,* not *if,* this occurs and I think all of us would like him to have the best chance possible.

As mentioned, Director Ryan expeditiously arranged for such a transfer *from* Stiner *to* East Unit in 2012. *Putting Dan back where your Director originally recognized he should not be is deliberate indifference to his medical needs.*

I therefore respectfully request that you consider, as before, the best medical interests of Dan and again authorize a transfer back to East Unit.

Thank you in advance for your cooperation and courtesy.

Very truly yours,

MICHAEL J. DEW

MJD/me
Enclosure(s)




**Neurosurgery**
Thomas F. Norton, MD
Kurt A. Schroeder, MD
Abhay Sanan, MD
Brian P. Callahan, MD
Sergio Rivero, MD
Janet Haskell, NP-C, CRNFA
Ph: (520) 795-7750
Fx: (520) 320-2155

**Adult Neurology**
Francisco Valdivia, MD
W. Horace Noland, MD
Michael Glynn, MD
Michael Badruddoja, MD
David Teeple, MD
Young Min Song, MD
Mateja de Leonni Stanonik, MD, PhD
Rebecca B. R. Milholland, MD, PhD
Amy Tees, NP-C
Teri S. Gilmore, NP-C
Frances West, NP-C
Ph: (520) 795-7750
Fx: (520) 320-2155

**Pediatric Neurology**
Dinesh Talwar, MD
John C. Gray, MD
Nadia A. Fike, MD, PhD
Monica Chacon, MD
Ph: (520) 326-2661
Fx: (520) 326-1120

**Neuro-Oncology**
Michael Badruddoja, MD
Ph: (520) 795-7750
Fx: (520) 320-2155

**Interventional Pain Management**
Richard A. Chase, MD
Rylan D. East, PA-C
Ph: (520) 795-7750
Fx: (520) 232-5453

**Radiation Oncology**
Lisa J. Hazard, MD
Ph: (520) 795-7750
Fx: (520) 320-2155

**Clinical Research**
Marjorie A. Pazzi, RN, BSN
Ph: (520) 320-2147
Fx: (520) 232-5460

**Center for Neurosciences**
2450 East River Road
Tucson, AZ 85718
Ph: (520) 795-7750
Fx: (520) 320-2155
Bus. Ofc. Ph: (520) 795-7923
www.neurotucson.com

**Satellite Clinics**
Green Valley
Nogales
Safford

October 18, 2014

Michael J. Dew, Attorney at Law
6501 North Central Avenue
Phoenix, AZ 85012

RE: **WILLOUGHBY, DANIEL H.**
Date of Birth: 05/28/1939

Dear Mr. Dew:

I am in receipt of your letter dated from October 15, 2014 regarding Mr. Daniel Willoughby. It is my understanding that you continue to represent Mr. Daniel Willoughby in post-conviction matters.

Mr. Willoughby carries the diagnosis of an unruptured aneurysm which is inoperable. He was moved from one facility to another in 2012 presumably for medical reasons. It is my understanding that he has now been returned to the same facility he was transferred out of in 2012.

My opinion regarding Mr. Willoughby has not changed and I have outlined it very clearly in prior letters to you. In particular, I wrote you a letter on June 12, 2012. I think that states my position quite clearly. Please let me know if I can be of further assistance.

Sincerely yours,

Abhay Sanan, M.D., FAANS
Diplomate American Board of Neurological Surgery
Assistant Professor of Clinical Neurosurgery
Assistant Professor of Radiation Oncology
Phone: 520-529-5200
Fax: 520-320-2149

AS/esk










Center for NEUROSCIENCES

**Neurosurgery**
Thomas F. Norton, MD
Kurt A. Schroeder, MD
Abhay Sanan, MD
Brian P. Callahan, MD
Janet Haskell, NP-C, CRNFA
Betsy L. Zeh, PA-C
Ph: (520) 795-7750
Fx: (520) 320-2155

**Adult Neurology**
Francisco Valdivia, MD
Robert Foote, MD
W. Horace Noland, MD
Michael Glynn, MD
Michael Badruddoja, MD
David Teeple, MD
Young Min Song, MD
Amy Tees, NP-C
Ph: (520) 795-7750
Fx: (520) 320-2155

**Pediatric Neurology**
Dinesh Talwar, MD
John C. Gray, MD
Nadia A. Fike, MD, PhD
Monica Chacon, MD
Ph: (520) 326-2661
Fx: (520) 326-1120

**Neuro-Oncology**
Michael Badruddoja, MD
Ph: (520) 795-7750
Fx: (520) 320-2155

**Interventional Pain Management**
Richard A. Chase, MD
Jared Green, PA-C
Ph: (520) 795-7750
Fx: (520) 320-2155

**Radiation Oncology**
Lisa J. Hazard, MD
Ph: (520) 795-7750
Fx: (520) 320-2155

**Clinical Research**
Marjorie A. Pazzi, RN, BSN
Ph: (520) 320-2147
Fx: (520) 232-5460

**Center for Neurosciences**
2450 East River Road
Tucson, AZ 85718
Ph: (520) 795-7750
Fx: (520) 320-2155
Bus. Ofc. Ph: (520) 795-7923
www.neurotucson.com

**Satellite Clinics**
Green Valley
Nogales
Safford

June 12, 2012

Michael Dew
6501 N. Central Avenue
Phoenix, Arizona 85012

RE: **WILLOUGHBY, DANIEL H.**
Date of Birth: 05/28/39

Dear Mr. Dew:

I am in receipt of your letter, dated from June 7, 2012. I am also in receipt of a handwritten, lengthy letter from Mr. Willoughby, dated from June 3, 2012. You represent Mr. Daniel Willoughby in postconviction matters.

Mr. Willoughby was treated by me for management of a ruptured intracranial aneurysm. His aneurysm was treated with endovascular coiling. He was subsequently treated with a ventriculoperitoneal shunt.

He also carries the diagnosis of a second unruptured aneurysm, which was not treated because it was surgically unreparable. Mr. Willoughby has correctly noted that, should his aneurysm rupture, that he would need attention very quickly in order to maximize the chance of survival. For this reason, I would recommend that he be transferred to a medical/ADA unit, such as the East Unit.

The bottom line is that my recommendation is that he should be transferred to a unit that offers proximity to a major hospital. I would define proximity to a major hospital as a facility that was within 30 minutes of a medical center.

Please note that my current letter is basically a re-phrasing of the previous letters that I have sent to you. If you have any additional questions or concerns, please let me know.

Sincerely,

Abhay Sanan, M.D.

AS/jad

RECEIVED
BY: ............

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Danny Willoughby
ADC# 94415
Arizona State Prison Complex Lewis
Unit Stiner
PO Box 3100
City Buckeye AZ 85326







Legal Mail — Critical — Exigent!

Clerk of the U.S. District
Court of Arizona
401 W. Washington St
# 130 SPC-1
Phoenix, Az.
85003-2118

RECEIVED
JAN 12 2015
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA