Jeremie A. Herrick #155181
SMU 1 House 4EI
A.S.P.C. Eyman PoBox 4000
Florence, AZ 85132

In The U.S. District Court
For The District of Arizona

Parsons Plaintiff
vs.
Ryan Defendant

CV 12-00601-PHX-DKD

Opinions on The Fairness of The Proposed Settlement Agreement

Request for Additional Considerations

Comes now the class Action plaintiff Jeremie A. Herrick and gives his opinions on the Fairness of the proposed Settlement Agreement.

Request For additional Considerations:

#1: THAT Correctional Office's III's be hired. As it stands now only approximately 5 Co III's are employed where 16 [sixteen] should be employed.

The SMU I, Consideration is to employ more sgts Instead of C.O. III's This will cause a conflict as sgts are unable to handle issues dealing with Inmates, as this is what the CO. III's are Trained For.

As IT stands no paperwork [Inmate letters, Informal grievances, money checks, time comps. ext] are being handled diligently due to the shortage of CO. III's STAFF.

#2: I also request THAT THE Informals Grievance blank Forms be made Carbon Copy's Triplicate forms for Jarification that informals was done.

#3: I also request that a Job be created in which a Corrections officer documents the reciept of Informals/Grievances appeals at the inmate's Door and that a tracking Form be created For all levels of the Grievances process, From begining to end of legal purposes and review purpose.

#1

#4:

units SMU I, SMU II, Central unit, are excluded from being able to purchase sweets such as hard candy, pastries, and sugared Cool-Aid beverages. A.D.O.C. claims a Security risk. However this "Security risk" only applies to level 5 inmates and has not been implemented in the past 8 years to any other Custody level. which makes it discriminitive and due to the lapsed Time-Frame A.D.C. cannot due so now. This also applies to whole potatoes, sugar, and fruits which all have nutritional significance as Vitimen C in potatoes peels equals that of 30% of daily recommended diet, and fruits with three different vitimens cannot be obtained threw other food groups.

#5: I request DT# 326 be reviewed, due to discriminitive wording of the "Forbidden three Acts." As this is mentioned in the Settlement agreement it's Subject to review. I contend that the "Forbidden three act" is discrimintive to a specific group of Inmates. As General population inmate fall within 90% range of Commiting those acts, and because of which G.P. Inmates at large are disqualified from the step program. I suggest that the "Forbidden three acts" be dissolved and that no provisions be excepted that reflects in any view the "forbidden three acts". So all inmates benifit from the step program. Because the phase program is automatically denied all Inmates in level 5 Custody for the step program. this means that no program existant in G.P. level 5 is offered to the "Forbidden three acts" and that is discriminitive and rotelitory. As prior to the Step-program all inmates regardless of the Custody level are able to participate in the phase programs. And sence the phase program is still in effect for all inmates housed in A.D.O.C. it cannot be removed as a means to disipline any inmates Simply because s/he is a level 5 Inmate.

#6: Due to the mention of electronic devises; I request that a provision be made for General population inmates that allows Compact Disc players or M.p.3 players. Due to the fact that Tape players are no longer sold and that the electronic device "Radio Am/Fm" is not sold. THis effectively removes any kind of music unless you have a Cassette player already.

#7: I request a review of clothing/Linins be addressed. As of now no "warm" Clothing ie, Jackets, thrmals, beanies ext. are allowed at Smu I.

Respectfully Sumitted this ____ day of January 2015

by _____

Certificated of Sevice

I Jeremie A. Herrick hereby Certify that on January ____ 2015 I mailed via mail or e-file a Copy of the above motion to:

Clerk of the Court
united states District Court,
    District of Arizona
401 w. Washington St. Suite 130, spc1
phoenix, Arizona 85003-2118


prison law office
General Delivery
San Quentin, CA 94964


ACLU National prison project
915 15th st. Nw., 7th Floor
Washington, DC. 20005.          #3