THIS DOCUMENT IS NOT IN PRODUCED TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: JMR 5, 4, 7, L(A)(1), (2), (3)
(Rule Number/Section)

In the U.S. District Court For The District Of Arizona CV 12-00601-PHK-DKD OPINIONS ON THE FAIRNESS OF THE PROPOSED SETTLEMENT AGREEMENT REQUEST FOR ADDITIONAL CONSIDERATIONS COMES NOW THE ACTION PLAINTIFF, DANIEL J CASTILLO AND GIVES HIS OPINIONS ON THE FAIRNESS OF THE PROPOSED SETTLEMENT AGREEMENT

REQUEST FOR ADDITIONAL CONSIDERATIONS: I BELIEVE THAT WE ARE ALL ENTITLED TO FAIRNESS WHILE INCARSERRATED, ESPECIALLY FOR OUR EDUCTION. I THINK THAT WE ALL SHOULD BE IMPOSED TO STUDY CLASSES BEFORE TEST DATES, AND FOR GENERAL POPULATION I STRONGLY BELIEVE THAT WE DESERVE A BRIGHTER CHANCE IN DOING SO. ESPECIALLY WHEN IT COMES TO GETTING OUR EDUCATION.

___ FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 13 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate *Dariel J Cuellar*
ADC# 246467  Housing *9C-79*
Arizona State Prison Complex *Eyman*
Unit *S.M.U.-One*
P.O. Box 4000  AZ 85132
City *Florence*

ARIZONA DEPARTMENT OF CORRECTIONS
LEGAL MAIL

PHOENIX AZ 852
12 JAN 2015 PM 9 L

USA
FIRST-CLASS
FOREVER

RECEIVED
JAN 13 2015
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Clerk of the Court
United States District Court
District of Arizona
401 W. Washington St, Suite 130 SPC 1
Phoenix, AZ 85003-2118

85003$2118