Stephen O. Swartz #102486
A.S.P.C. Lewis - Buckley
P.O. Box 3400, 4-C-11
Buckeye, AZ 85326


☒ FILED ☐ LODGED
Jan 14 2015
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

VICTOR PARSONS, et al.,
        Plaintiffs,

v.

CHARLES RYAN, Director, et al,
        Defendants

Case No.: CV 12-00601-PHX-DJH

OPINIONS ON FAIRNESS
AND NOTICE TO COURT

Plaintiff, Stephen Oliver Swartz, proceeding pro se for this document, hereby submits to this Court an Opinion on several aspects of the proposed Settlement and furthermore gives Notice to this Court of this Plaintiff's suffering of retaliatory actions by the A.D.O.C. administrators and Security Staff. Plaintiff states the following;

In the few months following the signing of the

(1)

Stipulation Healthcare in almost ever aspect, here at A.S.P.C. Lewis, has deteriorated further to the point it is almost non-existant.

Plaintiff Swartz has now waited almost three (3) months without any action being taken or treatment being given for H.N.R.'s concerning gastrointestinal distress and problems, Requests for psychological and psychiatric attention have gone without response and Requests for Simple OTC Healthcare Items, i.e. Antibiotic Ointment and Lotion for cracked and bleeding feet have been ignored. Plaintiff's attorneys possess copies of these H.N.R.'s and have been informed of the lack of care.

There are serious delays in the providing of medications, plaintiff still has not received the psychotropic medication prescribed on December 10th, 2014.

In plaintiff's opinion in order for this Settlement to be fair several things should be added one of which is a Daily Pill call on each unit where those in need can go and/or receive basic healthcare items such as Aspirin, Cold Tablets, and basic over-the-counter medications instead of having to wait 3 weeks to 2 months to be seen in response to an H.N.R.

Plaintiff furthermore is of the opinion in order

(2)

For this settlement to have any fairness at all to those plaintiffs that are now suffering some type of immediate and decisive action needs to be ordered to provide immediate treatment. Plaintiff cannot see and does not anticipate any real or lasting improvements becoming reality without some type of serious and strict intervention.

## RETALIATION ISSUES:

Plaintiff would like to give Notice to this Court that he is suffering and has suffered numerous acts of retaliation from the A.D.O.C. and it's employees over the past three and one-half (3½) years, (see, Plaintiff's Request for an Emergency Court Order in SWARTZ v. RYAN, CV 2013-2207-PHX-NVW-DKD).

Plaintiff has advised his attorneys in this case of many different instances and actions by D.O.C. that are blatant acts of retaliation for Plaintiff's use of the grievance and Court systems to address illegal conditions of confinement and practices here at Lewis Complex. Plaintiff has maintained detailed records and provided them

to the attorneys and furthermore has begged the attorneys to bring this matter to the Courts attention and to take actions to secure an OUT-OF-STATE transfer for plaintiff for protective reasons, all to no avail.

 Several of these acts of retaliation have involved staff going to other inmates and telling them that plaintiff is a "snitch," purposely and willfully endangering plaintiff's safety, along with arbitrary disciplinary and classification actions, denial of legal access to the Courts, denial of Legal Calls, tampering with and delaying of legal mail, denial and delay of medical care, failing to process or address serious grievances along with acts of harassment.

 Plaintiff submits to this Court that in the interests of fairness and substantial justice this Court must take action to protect (to protect) plaintiff and the other plaintiffs from the retalitory actions of the A.D.O.C. and it's minions because all the plaintiffs had the courage to stand up against the illegal and corrupt actions of an extremely oppressive and corrupt Department of Corrections.

 In the very least plaintiff prays this Court will act to order an investigation into these

(4)

allegations and order further relief as part of the settlement as deemed just.

RESPECTFULLY SUBMITTED this 15th day of January, 2015.

*Stephen O. Swartz*
STEPHEN O. SWARTZ
Plaintiff - Pro Se

I, Stephen O. Swartz, hereby CERTIFY that the ORIGINAL and TWO (2) Copies of the foregoing were mailed this 15th day of January, 2015 to:

    U.S. District Court
    CLERK of the Court
    401 W. Washington St.
    Suite 130, SPC 1
    Phoenix, AZ 85003-2118

and ONE (1) Copy to:

    Corene Kendrick, Esq.
    c/o Prison Law Office
    General Delivery
    San Quentin, CA 94964-0001

and ONE (1) Copy to:
    Daniel P. Struck, Esq.
    Struck, Wieneke & Love, P.L.C.
    3100 W Ray Road, Suite #300
    Chandler, AZ 85226