To the Clerk of the Court.

Regarding any changes being implemented after the settlement reached in Parsons v. Ryan.

CV 12-601-PHX-DKD

March 2013, the intake dr. into D.O.C. requested I should see an eye doctor upon reaching my unit. No appointments were scheduled. In early Jan 2014, my glasses became broken beyond repair. I filed an additional Health Needs Request + finally was made an appointment for March 12th. After the eye exam, it was stated that I would receive new glasses within 4-6 weeks. Currently, I still have not received any glasses. On May 21, 2014 I sent another H.N.R. requesting information or status on my glasses. No response was ever given.

I began filing the grievance process on June 22. Through the informal complaint, which is stage one, D.O.C.'s response by CO III Fansler was, "I am unable to resolve your issue at my level. Due to the Corizon contract we are no longer able to obtain information pertaining to your

medical treatment. It is your responsibility to attempt a resolution with Corizon Medical prior to completing an inmate grievance." July 18, 2014 I submitted a formal grievance complaint. A resolution attempt was made & offered me by FHA Montano. All of my claims made were verified. Corizon was to resolve this matter immediately with either delivery of glasses or reschedule for exams. This was given as the resolution in August 2014.

By October 14, 2014, there had been no contacts or appointments made by Corizon. I had contacted FHA Montano by Inmate Letter to notify of the insubordinate procedures. I also began the Inmate Grievance Appeal process on October 16th. No attempts at resolution by Az. Dept. of Corrections have been to this date January 9, 2015. I have now been subject to one year without having my required prescription eyewear. Neither Corizon nor D.O.C. is doing anything in an appropriate manner. This disregard for providing proper medical care has subjected me to multiple health and safety issues.

Subject matter two: The initial dr. upon entering into D.O.C. had given me a prescription for Ibuprofen 800 mg. for pain relief due to hip and knee injuries. In February 2014, Corizon stopped issuing pain meds. claiming they could be purchased through inmate store. I cannot purchase the correct dosage this way. Plus, I was also indigent.

I notified medical services by submitting a Health Needs Request on May 21, 2014 of my request to receive necessary pain relievers. I also made claim that having to climb up and down ladders repeatedly was causing additional pain and undue strains to my knee and hip. Nothing came about from this.

I began the grievance process of this matter in an informal complaint on August 13, 2014. I got back the automatic pre-drafted response, "I am unable to resolve your issue at my level. etc. etc. On August 25, 2014 I submitted an Inmate Grievance regarding that I needed to see a dr. concerning the injuries and

not having access to pain medications. There are issues concerning structural damage to my knee + hip. The grievance was responded to by FHA Homer notifying me that I was to be seen within 15 days regarding the knee injury.

On October 1, 2014 I had a medical provider appointment with a doctor to examine my knee and hip. He scheduled for x-rays and an MRI procedure. He also prescribed a 3 month supply of 500 mg. Naproxen. Within a 3 week period I had x-rays taken and was transported to a medical services center for an MRI to be performed.

As of this date, January 9, 2014, I have not been notified of the results to either of the procedures. I have 2 seperate HNR's submitted, one dated December 3, 2014 and the other January 7, 2015, trying to get an appointment with the dr. The December Health Needs Request was responded too asking if my MRI procedure yet taken place. Of course, my detailed response back to medical with dates and locations has

been since given no additional feedback.

In order for any medical services to be received a grievance is going to be required. Submitting of a Health Needs Request is a necessary step. Yet these requests seldomly lead to an individual being scheduled with the necessary provider in a timely manner. Insubordination is a disregard or a noncooperative manner of doing what is necessary. These are only 2 of many more medical issues that Corizon Health Services blatantly has provided insufficient care and practice too. The Dept. of Corrections medical grievance coordinator is not capable of staying on top of all formal complaints, in which D.O.C. should insure that they oversee the medical services to inmates since it is Director Ryan's responsibility to provide me with proper health care as needed.

I will soon be filing another grievance upon medical for not getting me into see a doctor in timely

manner for my knee and hip. If Corizon would establish a medical service of qualified and respectable staff, matters would be set right judiciously mollifying the needs for wasteful grievances and wanton lawsuits.

Respectfully,

KEVIN P. DEVERE
*Kevin P. DeVere*

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate DeVere, Kevin P.
ADC# 244981
Arizona State Prison Complex FLORENCE
Unit EYMAN - COOK
P.O. Box 3200
City FLORENCE   AZ 85132



PHOENIX AZ 852
12 JAN 2015 PM 9 L

RECEIVED
JAN 14 2015
CLERK OF THE COURT
UNITED STATES DISTRICT COURT OF ARIZONA
FOR THE DISTRICT OF

CLERK OF THE COURT
U.S. DISTRICT COURT, DIST. OF AZ.
401 W. WASHINGTON, STE. 130, SPC 1
PHOENIX, AZ. 85003-2118

85003213099