Jan - 11- 2015

___ FILED        ___ LODGED
___ RECEIVED     ___ COPY

PHX - JAN 14 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY                    DEPUTY

Parsons V. Ryan, CV 12-00601-

This letter is to give my opinion about the Parsons V. Ryan settlement. My name is Justin Harrison ADC # 196233. I am housed in the Browning (SMU-2) unit. I am to be housed in a Max custody facility for the remainder of my life. So, this suit is very important to me.

My first opinion has to do with food. We are now suppose to recieve the same calories as the lower custody units. This has yet to happen and, when it does, how will the court know that the food services just gave us an extra cookie to meet the new requirements. Some check and balance to ensure that we do not get empty calories would be, for the lack of a better term, awesome.

My second opinion has to do with out of cell time. Over the last few months, the officers have started to fill out a data sheet kept at the cell front. Thats ok but now, we are left in the shower, locked in a shower, for 1 or 2 hours. Sometimes as much as 4, but thats as long as we have yet to experience.
   As more out of cell time is mandated, inmates will be subject to out of cell time, meaning greater time locked in a small shower that sprays luke-warm water for 15 minuets, then shuts off. Some check to ensure that inmates are not subjected to this punishment because a new mandate is handed down.

Page-1                                    ⟶

My third and final opinion has to do with out of cell time again. Specifically, the lack of sun. I have been housed in the same area for nearly a year. The only time sun shine enters the recreation pen is during May, June and July. The walls being so high that any time other than this and the angle of the sun prevents it from entering these "pens".

I have no idea what can be done about this. Long ago I accepted it as a bad roll of the dice. But, since no sunlight is recieved, I now worry about vitamin D conversions that can not take place without sunlight hitting the skin.

Perhaps, some nutritional supplement could be offered to those of us that do not have access to the sun for 9 months out of the year?

Thank you for this opportunity to voice my opinions and concerns. As to the fairness of the settlement, I have no complaints aside from those listed above. I am just grateful that people took the time to try and make things better for those of us that don't have the ability or resources to do so for ourselves.

Justin A Harrison

Respectfully, Justin A. Harrison

Justin Harrison # 196233
ASPC EYMAN
Browning P.O. Box 3400
Florence Az 85132

Page-2