Michael J. Cohn #288721
ASPC Lewis, Stiner, 5A12L
P.O. Box 3100
Buckeye, AZ 85326

FILED ___ LODGED
RECEIVED ___ COPY
JAN 14 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1/9/15

Clerk of the U.S. District Court, Arizona
401 W. Washington St, SPC-1
Phoenix, AZ 85003
Re: Parsons v. Ryan - ~~et~~ 2:12CV-00601-~~PHX~~-DKD

Dear Judge:

I am writing today about deprivation of inmate access to legal resources/copies. This interference with our 1st, 6th + 14th amendment rights impacts the Parsons v. Ryan matter as follows:
- Our ability to assert our claims is interfered with. (Stiner Red Unit)
- We have been deprived of library/legal resources access since December 11, 2014
  - Dec. 18 - Lockdown; Library closed
  - Dec. 25 - Christmas - Library closed
  - ~~Dec.~~ Jan. 1, 2015 - New Year's - Library closed
  - Jan. 8, 2015 - Librarian did not show up.

2)

- When I spoke to staff they manifested "indifference."
- Staff only responds to vigorous judicial oversight.
- The threat of suit is met by staff indifference and excuses.

I request an order to compel ASPC Lewis to make "meaningful access to legal resources" available on an ongoing basis.

I don't know what else to say or do.

Yours truly,
Michael J. Cohn
Michael J. Cohn #288721

P.S. I have written the Prison Law Office about this matter, but I wanted to voice my concerns directly.