Clerk of Court                        Parsons V. Ryan
United District Court                 CV 12-00601-PHX-DXD
Dist. of Ariz
401 W. Washington St. Suite 130, SPC 1
Phoenix, Az 85003-2118

```
FILED ✓      LODGED ___
RECEIVED ___ COPY ___
JAN 14 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Judge

Why or how does Ryan or Prison officers have the right to deny Constitutional rights or Religious Rights. They don't care what you say.

Since the settlement we are retaliated against, Retaliation began.

No hot water. Woke up at 3:30-4:30 A.M. for meds then woke up at 4:45-5:15 A.M. for a sack lunch.

No cleaning supplies

Normal guards change regulations to suit themselves.

There is no supervision.

Kitchen inmates are as bad as any one because of no supervision.

Inmate slices meat going to death row paper thin.

Food has not changed. No sweet rolls, sugar, potatoes etc because someone away from here made hooch. We were disciplined even though not guilty. No fruit. Food is nasty. Corruption is rampant.

OVER

Even though our Food service say they give us fresh fruit — They don't.

No diabetic diet. Violation of all health Laws.

Most inmates afraid of Retaliation.

Judge you need to come visit and see for your self.
Can't believe this is why our soldiers are fighting to preserve.

Ryan is a Terrorist. He did some in Abu-Grib

Thanks
Nomen Roseberry
128056  3-6-35
Eymon Browning
PO 3400
Florence    85132

Judge
Check out Fed. Law suit # CV14-01664-PHX-JJT(ESW)