RECEIVED ___ COPY ___
JAN 14 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Amante Evans #274046
ASPC-Eyman-Browning
P.O. Box 3400
Florence, Arizona 85132

Parsons v. Ryan, CV 12-00601-PHX-DKD

In regards to Parsons v. Ryan,

ADC and Charles Ryan were clearly in the wrong. ADC's policies and practices have been unjust for a long time. The time for change is now. More emphasis should be on the conditions of confinement that inmates live in everyday. The conditions of confinement must be improved for the inmates immensely. Also immediately. Inmates should also be compensated, the lawyers for the plaintiffs are being awarded money, the inmates that have been incarcerated, living in ADC conditions should also be awarded money. Inmates in ADC have not been fed sufficient meals. We recieve trays at dinner and the slots are either empty or not even filled. ADC has been starving inmates. In the Parsons v.

Double-sided →

Ryan it says that inmates (max custody) should get the same calories ~~as other inmates ADC~~ as other inmates (prisoners) in ADC. The problem is that prisoners in ADC get very little food. The quantity of food needs to be increased in ADC, and the quality and variety of food needs to be improved immediately. The amount of calories that prisoners should get should be increased. ~~Adriluz mutununisti~~ The calories that prisoners recieve is insufficent. At Eyman-Browning (ASPC) alot of prisoners don't have towels to practice good hygiene. Prisoners should be given towels, pillows, pillow cases, sheets, blankets etc frequently. At Eyman-Browning (ASPC) also Alhambra ADC° has practiced deliberate indifference for prisoners rights. ~~(see memo included)~~ (see included Memo) ~~ADC should not be allowed to~~ The mail, ~~and~~ property system and staff / Mail processing at ADC should be improved. Especially at ASPC-Eyman-Browning.

3

Prisoners should recieve their mail and property in a fast amount of time. Prisoners mail and property should not be delayed in delivery to the prisoner. Prisoners should recieve all their mail and property. Prisoners mail and property should not be held, contrabanded, stolen, tampered, discarded or confiscated. Any property contrabanded, held, discarded confiscated etc should be returned to the prisoner immediately. Prisoners privacy, person and property etc. should be highly respected.

2015

# ATTENTION!!!

The following items **WILL NOT** be allowed to be ordered on the Sam's club fundraiser……………

BLANKETS

SHEETS

TOWELS

WASH CLOTHS

PILLOWS

NO LINEN IS ALLOWED TO BE ORDERED!!

Please ask for a new Sam's Club order form if you have already submitted with these items ordered.



INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
INMATE Amante Evans
ADC# 274046
ARIZONA STATE PRISON COMPLEX Eyman
UNIT Browning 3400
CITY Florence  AZ 85132

PHOENIX AZ 850
RECEIVED JAN 2015 PM 10 L
JAN 14 2015
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

U.S. District Court
District of Arizona
401 W. Washington St. Suite 130, SPC 1
Phoenix, AZ 85003