FILED _____ LODGED
_____ RECEIVED _____ COPY

JAN 1 5 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _____
CJM 5-4.7 (l)(a)(1), (2), (5)
(Rule Number/Section)

Frank J. Atwood #062887

Az State Prison - Eyman

Box 3400 (Browning Unit)

Florence, AZ 85132

Re: Parsons v. Ryan (cv-12-00601)

12 Jan. 2015

Dear Clerk:

I am a death row prisoner in maximum security and humbly seek to advantage the invitation to comment on Arizona Department of Corrections (ADoc) non-compliance with the 14 October 2014 Stipulation in the above entitled case. In so doing, I offer a half dozen discrete sections which evidence significant ADoc non-compliance.

## 1. Recreation

Paragraph 22 of the Stipulation states that a minimum of six hours weekly shall be provided for recreation and par. 26, along with Exh. D (performance measure 5), directs that any deficiency in that mandate shall be made up. This has not been happening.

On at least six days (11/27, 11/29, 12/1, 12/11, 12/18, 12/25) in Nov. & Dec. of 2014 recreation was cancelled and requests to receive make-ups were laughed at.

## 2. Out-of-Cell Time

The Stipulation, at par. 24 and Exh. D (performance measure 1) requires at least 7.5 hrs. weekly of time out, inclusive of the 6 hrs. recreation (supra). This is not occurring.

In or around Oct. 2014 Browning Unit ceased Wed. rec for Step 1 inmates so less than 6 hrs. out of cell weekly is the norm.

3. Dietary

At par. 28 and Exh. D (performance measure 4) of the Stipulation prisoners in maximum security are to receive the same caloric and nutritional content as general population. This is not taking place.

No additional food has issued, what is served lacks any fruit and is an overload of starches, still no morning hot tray. Religious diets are worse, on Christmas I personally received on the vegan hot tray one scoop of mashed potatos as the "enhanced" entree ... desert was a small pack of three 2"x2" graham crackers.


4. Medication Gaps

The Stipulation, Exh. B (performance measure 13), demands that renewal of medication must occur absent any cessation in daily provision.

Days of missed meds have been happening; 11/1-2/14 & 1/4-5/15.


5. Health Care Access

Exh. B of the Stipulation erects multiple performance measures, among which are nos. 36 & 37 (Health Need Requests being screened and an inmate seen within 24 hrs. of nursing's receipt of an HNR) and nos. 39 & 40 (requiring urgent care to transpire within 24 hrs. and a limit of 14 days to be seen for non-emergency care). Routinely, far longer periods are endured prior to the receipt of any care ... patient harm is common.

Saw Health Care Provider (HCP) 29 Apr. 2014, a 30-60 day follow-up was ordered, next appointment (at which meds were increased and an MRI was ordered) occurred 5 Aug. 2014. Saw HCP on 8 Oct. 2014 for emergency care, follow-up was ordered, have still not been seen.

Sought urgent care for broken toe on 30 Sept. 2014 and was not seen until Oct. 8th, once security staff insisted.

## 6. Director's Instruction 326

The Stipulation, at par. 22, demands strict compliance with D.I. 326. For lower level prisoners this has in no way occurred.

In addition to the D.I. 326 transgression via less than 6 hrs. of rec. and 7.5 hrs. out total each week, Browning Unit denies upward step movement even when prerequisites are met — complaints of this are ignored.

The secondary paragraphs of each above precinct are my personal experiences and grievances on these have resulted in severe retaliation. Please understand, in no way, shape, or form is ADOC acting in good faith and I am grateful for an opportunity to have expressed this actuality.

Thank you.

Sincerely,

Frank J. Attwood