Case 2:12-cv-00601-ROS Document 1316 Filed 01/15/15 Page 1 of 2

Parsons v. Ryan CV 12-00601-PHX-DKD

FILED ___ LODGED
RECEIVED ___ COPY
JAN 15 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT
REFERENCE:
(Rule Number/Section)
C2/L854,7,11(a)(1),(2),(3)

My name is Manuel Cuco #256698 in Eyman Complex smu one.

First of all, i want to start by thanking all of those who are speaking for us about our issues here in Arizona state prison we all appreciate it, thank you.

My issue

I have been having issues with the psych and Mental Health Staff. I'm a M.H 3-B on a anti anxiety and depresion medication. I have been on psych medication for 6 years, on and off. what i realized that im serious mentally ill "SMI" when im off my medication i can not function around people I thought this was normal to me but its not. I'm on a waiting list for SMI evaluation with 22 other people. I'm not sure if this list is made up or what because psych keeps telling me the list is getting biger and biger every week and nobody has been seen yet. I just want to get Treated for my illness and get evaluated so i can know what is wrong with me, "IM not asking for much" My family is aware of this situation also and is trying to help me with this issue. can you please look in to this issue

please I would appreciate it alot.

Thank you

1-13-15

*Manuel Lugo* (signature)

My INFO:
Manuel LUGO #256698
Aspc. Eyman smu one
poBox 4000 Florence AZ 85132