PARSON VS RYAN 12-00601 PHX-DKD

From: Susan C. Blendinger
294615
ASPC-Perryville
San Carlos 63B-95L
POB 3700
Goodyear, Arizona 85395

Jan. 4th, 2015

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: CMLR S.4 7.1(6/07)
(Rule Number Generic)

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 15 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

To whom it may concern;

I do not feel that I am recieving proper and adequate medical. Before incaration I had an appointment w/ a cardiologist, rheumatoid specialists, pulmonologists and a dermatologist.

- Chest pains, fibromyalgia, arthritis, granulamatosis lung disease and cancer spots all over my legs.

According to the 3 different doctors my chest pains are caused by my Costchroinditis and fibromyalgia, being pressure points. Pressure points in fibromyalgia are just that — putting "pressure" on these points causes pain. The pain in my chest is totally different from the pain caused from fibromyalgia (have had chronically for 31+ years) and Costo-chroinditis. They won't even give me a better mattress or the medications to releeve the pain that I have been on

on the "outside" to bring me down to a "5" on a scale of 0-10. I have been at an "8" for mos. The pain continuously wakes me up every 20 min. Also, they put me on an "anti histamine for sleep. Rediculous!!! It's a vicious circle of pain, lack of sleep which in turn causes depression.

After years of being on Sertraline (Zoloft) the "shrink" stated it no longer works, which I believe, however instead of giving me another prescription I was told, "See you in Feb.", that was the begining of Dec. He could have taken an extra 4 min. right then and discussed which prescription to try in place of the Zoloft! Again - Rediculous!

Arthritis - "Live w/it!" "We can't do anything" "Your pain isn't on a list for a mattress." I also have scoliosis (sp) and spondylitis (sp) which is on the list, however they refused to take x-rays to show that I do. Again Rediculous!

The granualmatosis lung disease which I was to see a pulmonologist for has been thrown aside as "Valley fever" and they refuse to go any further than this statement! They won't even give me a "print-out" of exactly what it is or even symtoms. I have difficulty breathing and can NOT excercise or

see me for this. Yet the spots continue to become irregular and darker. Again, Rediculous!

So because of their 'Refusal' to help me medically, I no longer sleep over 20 min. at a time, I'm in constant 24/7 pain, I get headaches, facial myalsia, neck pain, back and hip pain, sharp chest pains, can't excercise, hurts to make my own bed, depressed, have bad thoughts, restless leg syndrome, growing spots on my legs, 4 'chronic' deseases, my immune system is low due to Hep A + Hep C, etc ect ect! But I can walk to dinner, so I'm okay, that "is their only priority"!!!

In Bay 58 on San Carlos they asked for 10 people to "stage" a DUI-alcohol class while the "big-wigs" were here for inspection.

There's a woman here w/ a wire hanging out of her leg – they told her to "put a band-aid on it" which I gave here 'couse they would not provide her w/ one.

I'm going on 58 yrs. old and should not be experiencing all of this pain and worry of my health. I am on disability on the 'outs' and very well taken care of medically. I feel as a ward of the State of Arizona I should be receiving

III

go on a 'brisk walk' w/out running out of breath or getting sharp pains in my chest. Again "Its just the Costochroinditis" "No it isn't" I say. Makes no difference! They know, as I have told them and its in my records, heart disease runs in my family. Causing my mother's, grandmothers (on both sides), a granfather and 3 aunts their demise. That alone scares me!

In 2010 I was in an accident which caused head trauma and "fusion" of the C3 + C4 in my neck - again constant pain w/ no relief, since they will NOT give me anything for it. "Just take asperin or acetaminaphen through commisary" I get daily headaches, jolts (painful) in my face (nose, forhead, eye area, cheeks and neck). I was on gabapentin for this. Now, nothing.

They only gave me pills for my high-blood pressure, high cholesterol and GERD. Naproxen for Costochroinditis, which is tearing my stomach up. I had to stop taking it. I even told the dr. I could not take it.

I have already (on the outside) had 4 spots on my legs removed from cancer and pre-cancer. They won't even

the same level of care I recieve at home. All of this due stress from not recieving the proper care is only causing all of my difficulties to escalate! "Doing "my time" I can handle, doing constant unconstituted pain for no reason I am haveing extreme difficulty with.

I could go on and on however, I wanted to at least hit my major concerns having to due with the lack of care at this facility.

Thank you for all the time associated with this case. I certainly hope my personal predictament with my medical issues helps.

Sincerely

Susan C. Blendinger

PS  if possible, just to know this really was recieved would put my mind at ease.