Raymond R Williams 206134
ASPC Eyman Meadows 7C16
PO Box 3300
Florence Az 85132

In the United States District Court
for the State of
Arizona

Parsons

v.                    Order No. CV-12-0601-PHX-DKD

Ryan

attention comment about stipulation

The stipulations has done me little to no good resulting me being continued to being placed in imminent danger of serious physical injury or death. Medical provider Corizon and Charles Ryan all are aware that I am being overdosed on a time strict medications ordered by Doctor Sandra Kuniyoshi to be tooken every twelve hours as ordered by MS Specialist Doctor Ravi Pande. I am being forced and watched swallowing to ensure overdose I am taking my pills Ampyra and Tecfidera anywhere from four to six hours apart. Doctor Shroff the provider here at meadows stated he is not allowed to treat me properly and ensuring me I would die here. I was forced to see a neuroligist who admitted he knew little to nothing about MS at Tempe St. Lukes Hospital who agreed to Corizon's changes in my medications resulting in continued abuse. I have suffered permanent physical damage and I am being intentionally being placed in imminent danger of substantial harm that may lead to death. Grievance case number A44-164-014 is proof to the statements I made. Goverment officials the President, Govenor and Senators were notified saddly to no avail, and the abuse continues. I have already paid dearly physically for my crime and Arizona is persistant with

page one

it's cruel and unusual punishments. I can no longer run, jump, even have the slightest cordination. I would like to see my release granted so I may return safely to my family but I feel that would be entertaining fantasies or unrealistic goals. After all Doctor shroff stated I would die here and I was only sentenced to a short period of time. Arizona Department of Corrections failed to gaurantee my safety and the stipulations done nothing to ensure my safety. I am being held under false arrest against my will with my life threatened suffering permanent damage, constant pain, I find it unjust. I would ask for my release as apposed to my untimely unwanted death. I would suggest release of those who are in danger of death or substantial harm it serves no positive purpose to intentionally harm me or others further I ask for my release.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge Excuted at Eyman complex meadows unit on January 13, 2015

Signed _Raymond Williams_

Raymond R Williams 208134
ASPC Eyman, Meadows Unit 7C16
PO Box 3300
Florence, Az 85132

Respectfully submitted this day of January 13, 2015

page two