Magistrate Judge Buttrick,

I just want to complain case no, CV12-00601 PHX (mea) rehearing no 13-16396 Exhibit A Non Compliance of provision C2512 CV 00601 DKD document 1204 filed 12-15-14.

They don't supply hearing test or phsychological test because they don't have a phsychologist on the yard at meadows unit, Arizona State Prison Corizon medical unit, who must comply. I lost hearing because of a (3) month delay in attending to a ear ach.

thank you

[signature]

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICE AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVLR5.4  7.1(a)(1),(2),(3)
(Rule Number/Section)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 15 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate: Thomas Brydon
ADC # 131787
Arizona State Prison Complex: Eyman
Unit: Meadows
PO Box 3300
City: Florence    AZ   85132

LEGAL MAIL
ARIZONA DEPARTMENT
OF CORRECTIONS

US court house
401 W. Washington st. ste 130 spc 1
Phoenix, AZ
85003