Case 2:12-cv-00601-ROS Document 1321 Filed 01/15/15 Page 1 of 4

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 15 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE_____
(Rule Number/Section)

Parsons v. Ryan, CV 12-00601-PHX-DKD  1-12-15

Hello my name is Steven Hester Doc# 161297 currently being housed at ASPC-Eyman unit S.M.U #1. I am doing a fourteen year sentence, I have only about 2½ years to go. I have been in max custody since Sep 2012, since being here I have been trying to get treated for my arm I've been on meds for the pain since 2007, I caught staph infection that I caught in yuma, dakota unit I had three surgerys and was in the hospital for six days. Do to these surgerys along with injurys I have on the same arm from a car accident - I've been on alot of "nerve damage meds" for this pain. Now since I've been here in S.M.U #1 my meds have been almost impossable to get in line. I was on some "nortripoline" that was working fine. I went in for "cronic care" becuse of my Hep.c and requested for my doses to be bumped up becuse I've been on the med for a while and it wasent doing a good enough job at blocking the stabing pain. So the Provider here wanted to "try" some thing else and switched me to "Depakote" I though she would know best since it's her job. So I went along with it. She also cut me of my Tylonol and said it's sold in the stores here. But once I got back to my cell I wrote home to my wife 'Kate' and She looked this "Depakote" up on "Drugs.com" and it clearly has important information on there saying "you should not take depakote if you have →

· two ·

any liver disease. Now I have had hep-c for years and I wrote the provider telling her in the form of an H.N.R I need to be seen again becuse this depakote is something I'm unable to take becuse I have hep-c and this drug can cause liver failure that can be fatal. She responded saying my "liver levels are normal" and they will cont to monitor. I refuse to take this medication and now it's been over three months and I've put in over ten "H.N.R's" and have had my wife call down here trying to get the help I need. I've been in pain and have been buying Aspirin, Ibusprofen, and Aleve out of the store just so I can sleep at night. But it's only a tempory fix to my problem. I just want to get my meds straighted out so I don't have to deal with this pain I've been dealing with. My wife has called down here and medical has been giving her a fake name becuse no-one wants to put there name out there and be responcable. So these saying there name is Sara Cartwright and per the D.W here theres no-one in medical by that name. I only ask that you check on the provider and medical staff here at S.M.U#1 so we all get the help we need. Thank you for what your doing.

Sincerely-
Steven Hester. →

[margin note: Just becuse my levels are normal now dont mean they will stay normal if I take Depakote. I dont want to make it worst. situation]

P.S

### three.

Also it should also be known that the D.O.C staff here breaks alot of rules. I've seen people (inmates) that were suicidal inform staff their going to kill themself and the co's here just strip their cell of sheets and leave them right there in an empty cell. I've even heard medical staff tell these suicidal inmates to just "sit on the floor" and keep passing out meds. The way we all are treated back here in max costudy is crazy and inhumain. The co's here cover their names and even mark them out so no-one can report the fucked up stuff their doing. They sometimes come in and use force that is over the top and use peper spray like it's funny to them. There is even sgt's that pertisipate in this kind of behavor and as far as rec goes we havent been getting any out of cell time. There has just been way to much unprofeshional things going on for way to long around here and some one is going to end up getting hurt or even worst killed. There has been two suicides over here in the past 3-days how many more of us have to die before there are changes made by A.D.O.C?

Sincerely
Steven Hester

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Steven Foster
ADC# 161297
Arizona State Prison Complex Eyman
Unit S.M.U.#1 4-A-38
P.O. Box 4000
City Florence AZ 85132

ARIZONA DEPARTMENT OF CORRECTIONS
LEGAL MAIL

PHOENIX AZ 850
13 JAN 2015 PM 6 L

RECEIVED
JAN 15 2015
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Clerk of the Court
United States District Court, District of AZ
401 W. Washington St
Suite 130, SPC 1
Phoenix, AZ 85003-2118

85003213099