1.

Parsons V. Ryan
CV 12-00601-PHX-DKD

To whom this may concern. My name is Christopher Chavira. I'm currently incarcerated in A.D.C. My letter is in regards to the Parsons V. Ryan Settlement. I've read the entire law suit and I know for a fact that the Corizon staff here at S.M.U.1 is not following the court orders. I suffer from chronic pain & severe nerve damage due to gun shot wounds and I'm not recieving any medical attention at all! I've been waiting to see a nurse or a doctor since August of 2014. No one cares at all. I would like the court to know this. They very rarely respond to Health Need Request Forms, it's been said they throw them away so there is no paper trail nor proof. I want the court to know it's not getting better.

On 11/27/2014 at 9:15 pm I suffered a dizzy spell & lost conciousness and passed out. I hit my head and started to vomit. The inmates in my area helped me get the officers attention it took them 34 minutes to arrive. The lawsuit says 3 minutes is all it should take.

After I was taken to medical I was seen by Nurse Salas and sent back to my cell. She helped me out however I was never seen again to check if I was doing fine. I suffered a concussion and no one cared. Something needs to be done because not even a federal law suit is helping. I'll give you permission to check my medical file. You can also contact the following inmates to verify what I told you. — John Eastlack, Wayne Annarcato, Pedro Montijo.

Also we rarely recieve more out of cell time Sargent Laux & his staff cover up for each other since November we have only gone to recreation twice for a total of 4 hours. And as far as us recieving more ~~calories~~ calories and nutrional value as general population inmates that still hasnt changed.

I think the ~~settlement~~ settlement is fair but ASPC Eyman S-MU-1 isnt following the court orders so someone needs to look into this. Thank you for your time

Sincerely,
Christopher Chavira

