Parson vs. Ryan
CV12-00601-PHX DKD
Donna Iman ADC 293576 63C92L

PLAINTIFF CLASS MEMBER
COMMENTS ON SETTLEMENT AGREEMENT

CV12-601-PHX-DKD

OBJECTIONS AND REASONS FOR NO CLEAR DIRECTION ON HOW THE PROVIDER IS GOING TO BE FORCED TO PROVIDE ADEQUATE TREATMENT

I'M SUBMITTING THIS FOR THE FAIRNESS HEARING ON FEBRUARY 18, 2015 AT 1:30 P.M. IN THE SPECIAL PROCEEDING COURTROOM. MAGISTRATE JUDGE DUNCAN PRESIDING.

I HOPE THIS HELPS TO IMPROVE THE MEDICAL CARE FOR ALL INMATES AT ADOC. I AM A 47 YEAR OLD FEMALE. I HAVE BEEN DIAGNOSED WITH: SEIZURES, MIGRANES, POST CONCUSSION SYNDROME, IBS/COLITIS, OSTEOPINA/OSTEOPEROSIS AND CURRENTLY STILL AWAITING FOLLOW UP EXAM FOR A LUMP ON MY BREAST.

SINCE I HAVE BEEN AT PERRYVILLE (8/2014) I HAVE HAD WELL OVER A DOZEN SEIZURES. TWO OF THEM NEEDED ICS ATTENTION. ONE OF THOSE ICS WAS ON CHRISTMAS EVE, I FLEW TO THE CEMENT FLOOR HAVING A SEIZURE AND HURT MY SHOULDER. I COULD BARLEY SPEAK, MEDICAL GOT ME IN AND OUT SO FAST. I WAS STILL DISORIENATED AND UNSTABLE, I COULD NOT FIND THE DOOR TO WALK BACK. IT WASN'T UNTIL A FRIENDLY INMATE IN THE WAITING ROOM MADE A FUSS ABOUT MY CONDITION AND THAT IS WHEN THE NURSE ORDERED A WHEELCHAIR FOR ME. THE C.O. IN MY UNIT COULD NOT BELIEVE AFTER WITNESSING MY SEIZURE THAT I WAS BACK SO SOON. I'M SURE THIS CAN BE

CONFIRMED BY THE C.O.'S JOURNAL.

I WAS IN COUNTY ON A LOW DOSAGE OF SEIZURE MEDICATION AS the stimulation WAS MUCH LOWER. HERE AT PERRYVILLE I have over 8 HNR's (even w/ emergency on them) + 2 ICS REQUESTING to SEE A MD, NEUROLOGIST AND AN INCREASE IN MY MEDICATION AS THE STIMULATION HERE IS overwhelming AND I'm HAVING WAY TO MANY SEIZURES AND MY HEAD DOESN'T Feel right. AFTER MY FIRST ICS, I begged IN THE WAITING ROOM THE FOLLOWING WEEK TO BE SEEN. I SAW A PHYSICIAN ASSISTANT WHO told ME I DON'T HAVE SEIZURES, SENT ME WITH TYLENOL FOR MIGRAINES AND REFUSED TO REFILL MY SEIZURE MEDICATION! I WENT WITHOUT MY PERSCRIBED by MY neurologist MEDICATION FOR ALMOST TWO WEEKS. (I believe this violated cronic care #13).

FINALLY AFTER 3 MONTHS OF EMERGENCY HNR'S I GOT TO SEE DR. HOROWITZ. WITHOUT Hesitation He perscribed me what # of mg. I have taken at home as K.O.P. APPROXIMATELY A WEEK or TWO LATER I GOT perscribed A LOWER dosage of SEIZURE MEDICATION by a different DOCTOR I HAVE NEVER SEEN! THIS IS INSUFFICIENT!

THE PROBLEM IS; IF I WRITE AN HNR FOR THE MOST MINIMAL CARE, I'M UNDER THE THREAT OF A TICKET (DISCIPLINE). IN MONITORING OF HOW HEALTH CARE IS, how ARE THEY GOING TO BALANCE THE NEEDS OF INMATES WITH THEIR SECURITY HEALTH NEEDS? THE HEALTH CARE PROVIDER CAN THREATEN TICKETS OR INFORM COIII'S.

OUR BAY C.O.'S SEE US EVERY DAY, THEY UNDERSTAND OUR DAILY LIVING AND SEVERITY OF OUR HEALTH ISSUES. AS A RESULT, THE WORK OF THE C.O. HAS INCREASED TO MONITOR MORE INMATES WITH HEALTH CONCERNS

③

I WOULD LIKE TO SEE SOMEONE WHO MONITORS THE PROVIDERS. MORE FOLLOW THROUGH WITH FOLLOW UP APPOINTMENT, SPECIALIZED APPOINTMENTS, X-RAYS ETC..."QUALITY MANAGEMENT" MORE "MEDICAL PROFESSIONALS". EXAMPLE: I had a bad seizure to the point where I got an injury. I put in an HNR for my seizure medication and my shoulder injury. Eight days later, I had an appointment with the nurse, to discuss my eye glass adjustment. She would not discuss my seizure or my shoulder injury.

Again, I hope there is more changes to the medical care for all inmates at A.D.O.C.

Thank you,
Donna Iman
Donna Iman
January 5, 2015

$0.48 0
US POSTAGE
FIRST-CLASS
062S0005586921
85714



RECEIVED

JAN 1 6 2015

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States District Court District of
Arizona - Phoenix Division
Sandra Day O'Connor U.S. Courthouse,
Suite 130
401 West Washington Street, SPC 1
Phoenix. AZ 85003-2118

Comment on Settlement Agreement
Parson vs. Ryan