# PARSONS vs. RYAN

LODGED ___ FILED ___ RECEIVED ___ COPY ___
JAN 16 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Hello,

My name is Walter J. Van, I'm currently incarcerated in Arizona STATE Prison complex Eyman SMU I Unit. Unfortunately, I haven't viewed the full version of the settlement. However, I still think it appropriate to submit issues that I think are necessary;

1). Showers should be given to a person/inmate everyday, especially with staff and other unhealthy diseases.

2). Cleaning supplies should also be made available at lease five to six times a week because of the infestation of roaches and other insects. And the place should be sprayed for insects at lease twice a ~~week~~ Month.

3). Their should be something available for a person or Inmate to do for rehab, rather than sit in here for twenty four hours a day. Some people get release from this situation. Theirs No anger mannagement, no reentry, no better way to handle your problems.

4). It should not be made so difficult to stay in contact with family and friends. If mail is sent in it takes almost two weeks, and if its sent out, it takes about two weeks. Visitation harrassment over frivolous issues when we are separated by 4 or 5 inch thick safty glass. Such as color of shoes, and clothes. Just unnecessary verbal lashings because they know this is the only one peice of ~~contact~~ civil contact that I can ~~graps grab~~ grasp. In which I am made to sit and view my family being subjected to this situation, when they ~~____~~ should not be. Always threatin to take my visit for

— over —

one reason or another.

Lastly, I agree with the other issues that I've been able to over view. If any of my issues that I've brought up are already being discussed thats great! I stand with them, otherwise these issue needs to be added also... You can't even get a book in thirty days in this place. It's like these people don't care if you loose your mind or not. It's not suprising that since I've been here, I've heard of atease two people tring to kill themselves. I've even del developed a friend that comes and goes. I sometimes wonder if its my spirit or will, or my need to possess something that is free.

Thanks for time and
Consideration!

W. J. Van

Inmate  VAN W.
ADC # 088528   B  4-C-20
Unit  SMU I
ASPC-Eyman  P.O. Box 4000
Florence  AZ 85132

Clerk of the Court
U.S. District Court, District of AZ
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ
85003-2118

LEGAL MAIL