1  JAVIER RAMON PORTILLO-DIAZ
2  ADC # 266839 DORM 3D10U
3  ASPC FLORENCE-SOUTH-UNIT
4  P.O. BOX 8400
5  FLORENCE ARIZONA 85132-8400
6  PETITIONER PRO-SE
7
8            UNITED STATES DISTRICT COURT
9              DISTRICT OF ARIZONA
10
11
12 | PARSONS    | CV-12-0601-PHX DKD
13 |    V
14 | RYAN
15
16
17 JAVIER RAMON PORTILLO-DIAZ; PETITIONER PRO-SE,
18 IS A MEMBER OF THE ABOVE CLASS ACTION LAWSUIT
19 PETITIONER RESPECTFULLY ADVISES THIS COURT THAT REVIEW
20 OF THE INSTANT CASE REVEALS A LACK OF PROTECTION FOR
21 A.D.C. INMATES WHOSE MEDICAL CONDITIONS REQUIRES INDICATED
22 NON-URGENT NON EMERGENT DIAGNOSTIC TESTING AND SURGICAL
23 PROCEDURES FROM OFF-PRISON CIVILIAN MEDICAL FACILITIES.
24 PETITIONER ADVISES THIS COURT THAT BOTH ADC AND THE PRISON
25 HMO DELIBERATELY DELAY OR DENY TIMELY REFERRAL TO CIVILIAN
26 MEDICAL EXPERT CONSULTANTS IF THE INMATE IS NOT IN AN EME-
27 RGENCY LIFE THREATENING STATUS. THE DELAY OF TI TIMELY
28 REFERRALS FOR DIAGNOSTIC IMAGING, MEDICAL CONSULTATIONS,

1. ENDOSCOPIC PROCEDURES AND INDICATED NON-EMERGENT SUR
2. GERIES; THAT WOULD IMPROVE THE INMATE'S HEALTH, CAUSES
3. UNNECESSARY PAIN AND SUFFERING AND INDICATES A DELIBERAT
4. INDIFFERENCE THAT CONTINUES TO THIS DAY EVEN THOUGH THERE H
5. BEEN A PROPOSED SETTLEMENT IN THE CASE AT BAR. PETITI
6. ONER ENCLOSES HIS LATEST INFORMAL GRIEVANCE AS AN EXAMPL
7. OF THE ADC'S AND PRISON HMO'S CONTINUING PATTERN OF REF
8. USING TO SPEND MONIES APPROPRIATED FOR INMATE HEALTH CARE
9. PETITIONER PRAYS TO THE COURT THAT THE PROPOSED SETTLEMEN
10. BE AMENDED TO INCLUDE ADEQUATE SUPERVISION OF INMATE
11. REQUESTS FOR INDICATED NON-URGENT NON-EMERGENT MED
12. ICAL CONSULTATIONS; AND SURGERY
13.
14.
15. RESPECTFULLY SUBMITED
16.
17.                                      JAVIER RAMON PORTILLO-DIAZ
18.                                      JAVIER RAMON PORTILLO-DIAZ
19.                                                 PRO-SE
20.
21. SUBMITTED VIA THE ASPC FLORENCE SOUTH PRISON MAIL
22. BOX SYSTEM ON
23.
24. COPY MAILED TO:
25. ACLU NATIONAL PRISON PROJECT 915 15TH ST NW
26. WASHINGTON D.C. 20005
27.
28.

(2)

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| PORTILLO JAVIER | 266839 | FLORENCE SOUTH | DIC 31/2014 |

| TO | LOCATION |
|---|---|
| GRIEVANCE OFFICER | PROGRAMS |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

I AM A MEXICAN NATIONAL IN THE CUSTODY OF ARIZONA DEPT OF CORRECTIONS (ADC). I AM A MEMBER OF THE CLASS ACTION LAWSUIT PARSONS-V-RYAN, CU-1200601-PHX DKD.

I HAVE SEVERE INTRACTABLE STOMACH AND CHEST PAIN THAT THE PRISION COMPLEX FLORENCE SOUTH MEDICAL STAFF REFUSES TO AGRESSIVELY DIAGNOSE AND TREAT. I HAVE ALREADY BEEN HOSPITALIZED ONCE BECAUSE OF THE SEVERE PAIN. THE HOSPITAL DOCTOR TOLD ME I HAD GUT PAIN AND NEEDED A GI CONSULT AND GI ENDOSCOPY. I HAVE PLACED AN INFORMAL, FORMAL AND DIRECTOR'S GRIVANCE IN THE SYSTEM, BUT TO NO AVAIL, THE PRISON HMO STAFF APPEARS TO HAVE BEEN TOLD BY THE ADC/HMO ADMINISTRATION TO SAVE MONEY FOR THE INSURANCE COMPANY BY NOT SENDING INMATE TO CIVILIAN SPECIALISTS AT OFF-PRISON FACILITIES FOR CONSULTATIONS AND MEDICAL PROCEDURES THAT CAN NOT BE ACCOMPLISHED IN THE ADC INTERNMENT CAMPS. ADC DIRECTOR CHARLES RYAN HIMSELF DENIED ME A GI CONSULTATION →

CONTINUED ON SHEET #2

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Javier Portillo-Diaz | DIC 31/2014 |

Have you discussed this with institution staff?  ☒ Yes   ☐ No   #1. ADC CHARLES RYAN
If yes, give the staff member name:        #2. ADC MEDICAL STAFF.

Distribution: Original – Inmate
Copy – Grievance Coordinator File

SEE SHEET #2

802-11(e)
12/12/13

[SHEET #1]

**ARIZONA DEPARTMENT OF CORRECTIONS**
Case 2:12-cv-00601-ROS   Document 1326   Filed 01/16...
Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Portillo Javier | 266839 | Florence South | DIC/31/2014 |

| TO | LOCATION |
|---|---|
| Grivence Officer | Programs |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

IN HIS WRITTEN RESPONSE TO MY FORM GRIEVANCE # A02-063-014 DENTED JULY 8, 2014 MY PAIN IS GETTIN WORSE DESPITE A BLAND DIET AND ANTI-STOMACH ACID PILLS. THE PRISON HMO DOCTOR I SAW THE LAST TIME TOLD ME HE THINKS I HAVE STOMACH ULCERS BUT HE DID NOT:
A) OFFER ME A COURSE OF FLAGYL & PEPTO BISMOL; B) SEND ME FOR UGI BARIUM X RAYS; (C) REFER ME TO A GI SPECIALIST FOR A TIMELY CONSULTATION.

IT IS MY POSITION & BELIEF THAT THE ADC STAFF & ADC HMO IS SHOWING A DELIBERATE INDIFFERENCE TO MY PAIN AND SUFFERING BY NOT SENDING ME FOR AN APPROPRIATE & TIMELY EVALUATION OF STOMACH PAIN WHICH COULD HAVE BEEN TREATED 18 MONTHS AGO ADC'S ACTION ARE CRUEL & UNUSUAL AND VIOLATE THE U.S. CONSTITUTION'S PROHIBITION AGAINST CRUEL & PUNISHMENT. THIS ISSUE CAN BE RESOLVED BY SENDING ME TO A GI-SPECIALIST FOR A CONSULTATION AND ENDOSCOPY PROCEDURE. IF INDICATED, ASAP. COPIES MAILED TO: ① CLERK OF THE COURT UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA 401 WEST WASHIGTON STREET SUITE # 130 SPC 1 PHOENIX, ARIZONA 85003-2118 ② ACLU NATIONAL PRISON PROJECT 915 15TH STREET N.W. 7TH FLOOR WASHINGTON DC 20005

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Javier Portillo-Diaz | DIC/31/2014 |

Have you discussed this with institution staff?  ☐ Yes  ☐ No
If yes, give the staff member name:

Distribution: Original – Inmate
Copy – Grievance Coordinator File

802-11(e)
12/12/13


[SHEET #2]