1/13/15

LARRY DONNELL DUNLAP
Adoc # 124173
Arizona State prison
P.O. Box 8400
South Unit 2A3L
Florence, Az 85132
(520) 868 4011 ext 5614

TO: United States Magistrate Judge
    DAvid K Duncan
RE: Parsons v Ryan
    CV 12-00601-PHX-DKD

I Object to the entire idea of a settlement out of the court. To settle this issue out of court without the public listening to different inmates stories of how they have suffered due to being denied medical treatment will be a huge tragedy and a disservice to the Adoc inmate population in Arizona.

This proposal does not address the overcrowding in Adoc, nor does this proposal address the many months and even years of backlog medical treatments, medical evaluations, medical equipment etc. This prosposal does not seriously deal with "Accountability" by Adoc and

Corizon in this proposal. This proposal is allowing Adoc to police itself, how Absurd can that be to even suggest that Adoc monitor the activities that they control. This proposal does not address Arizona 1-2 billion dollars short fall and that the new governor saying publicly that all agenices needs to report to him on how they can cut 10% of their budgets. How can you fix this broken Medical system when the powers in charge of the checkbook is saying that they are "BROKE"?

This proposal did not address the millions of dollars is going to take to purchase & update equipment. For example, I was taken to Adoc medical unit at Central unit to get an ex-ray and the medical person had to hit the machine several times to get it working. That machines has been their for 33 years. I do not know if I was over-exposed to radiation and I've gone several times. In other prison unit the medical units are falling apart, roof caving in due to water damages, electric fires, due to old electric wiring. Oxygen tanks empty, blood pressure equipment outdated and not working, in fact the medical staff have personally purchase medical equipment to help treat us. Cross contamination of equipment thats not properly clean when treating different inmates with the same equipment. I can go on with a

hundred pages to what is going on in our prison. All inmates know whats going on in all the prison because inmates are moved from one prison to another and they tell the stories concerning Medical staff, how they were treated or not treated.

I would like to attend the settlement hearing but I cannot afford to pay for the trip. I do not want to be on TV nor do I want my name to be made public because of my conviction, because the news media would focus on my case instead of focusing on the legal task at hand. But I want to be heard, I want you to hear my story on how my life is in danger from something that's inside my body that's attacking my white blood cells and Corizon still refuses to take me to an outside specialist to make a determination of what's causing this problem. I was in federal court fighting for my life and the Adoc and Corizona lawyers spend more money and time fighting against me getting treatment than actually taking me to an outside specialist, one trip could had solve my problem and still as of 1/13/15 nothing has been done to help me. (Dunlap V Ryan CV 12-02006 PHX NVW MEA) This is what the public needs to hear, not

194

just reading a paper with legal language on it.

So in ending this letter, I would like to attend this hearing under the conditions that the news media does not take my picture, or use my name or location of where I'm assigned to. I just do not want my conviction to be a distraction for the real reason we are there for the hearing. If the court won't allow me to attend this hearing, I plead with this court with everything that's within me, please do not accept this settlement, please I beg you to allow our voices to be heard, because we have a right under the 1st Amendment to have our day in a public trial. Please do not allow this Director Ryan to continue his disregard for the lives of inmates in Adoc.

I want to make a note to the court that I've reached out to all the attorney(ies) representing us in this class action lawsuit and they all have treated me with disrespect. Refusing answer my questions about the settlement and in some case just outright telling me that I have no right to voice my opinion and that I should fall in line with this lawsuit and stop making trouble.

P95

You your Honor can believe what I'm saying because its is known by Adoc staff that keeps tells us, that all inmates are liars.

I have threaten to sue every law firm invovled in this lawsuit for failing to hear what I got to say and for allowing this lawsuit to be settle out of court. The inmates here Adoc wants this matter to go to trial, that's the only way the public can put pressure on Adoc to correct this situation.

I have voiced my opinion in this matter and I hope the court takes this letter seriously in this matter.

Thank you!
Larry D. Dunlap

PARSONS V. RYAN

CV-12-00601-PHX-DKD

Submitted by:
LARRY DONNELL DUNLAP
#ADOC 124173
ASPC-Florence
South Unit Prison

January 13, 2015