Parsons v. Ryan
CV 12-00601-PHX-DKD

Comments of:
William Threlkel
ADC #267236

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St. Suite 130, SPC 1
Phoenix, Az    85003-2118

FILED ___ LODGED
RECEIVED ___ COPY
JAN 16 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

    In my dealings with Corizon employees, they have been tactless and uncaring. For instance, I once had a severely painful earache. It took 3 days to see the nurse, who gave me 2 prescriptions. It took another 10 days to get the prescriptions. I had been going to medical every day, nearly in tears, trying to get the medication. When the nurse finally handed me the medication, she laughed unapologetically and said "silly us, we must have misfiled them." They had been there over a week.

    There are many compounding factors contributing to the poor attitude and performance of Corizon employees, none are necessarily their fault. Among them, in no particular order, are:

- They have to deal with rude and hateful inmates on a daily basis. A surprisingly small number of ~~inmo~~

Page 1 of 3

Parsons v. Ryan
CV 12-00601-PHX-DKD

Comments of
William Threlkel
ADC # 267236

inmates are like that normally. I believe it's a reciprocal behavior.

- They have to deal with an inordinate number of hypochondriacs. I believe there are inmates who somehow equate the unpleasantness of prison with a medical condition. Others go to medical simply because they're bored or trying to scam something, like a lower bunk pass.

- Perhaps the most exacerbating contributing factor is prison overcrowding. This prison yard was designed for 800 inmates. Inmate capacity has been increased to something over 1,500 by double bunking. No other facilities at this prison yard (Eyman/Cook) have had their capacities increased. The medical facility, when open, is always crowded. Corizon employees seem to be busy their entire shift.

Of course, I have a vested interest in recommending reducing prison overcrowding as a means of improving health care, but I honestly believe the root cause of poor and inadequate health care is the poor working conditions of the Corizon employees. There are probably several things that could be done to improve

Parsons v. Ryan
CV 12-00601-PHX-DKD

Comments of
William Threlkel
ADC #267236

their working conditions, some at low or even no cost. It has been my experience that empowering employees to have more responsibility in determining how best to accomplish thier jobs to be an excellent motivator. This is, however, an issue for Corizon management.

If you have read this far, I want to thank you for your time and attention.

William Threlkel
*William Threlkel*
ADC# 267236
A.S.P.C. Eyman
Unit Cook
P.O. Box 3200
Florence, AZ  85132