Jess Davis #134652
Arizona State Prison Douglas
P.O. Box 5002
Douglas, AZ 85608

TO: U.S. District Court, Dist. of Arizona
Date: January 13, 2015
RE: <u>Parsons V. Ryan</u>, CV-12-00601-PHX-DKD

Dear Honorable Judge,

I have been incarcerated for over 17 years now. I have seen as well as have been involved with the medical department in ADOC this entire time.

The current situation is a bad designe that which garentees poor health care. When a for profit company takes care of a large group of people with no choice of provider, the Company puts proffit before care.

I have personally been told that medications were discontinued to me because I'm considered an "expensive inmate." I have glaucoma and inner ear problems which they "must address," therefore medication for constipation and pain were discontinued.

When I complained about tendon pain in my elbows, which I experience after pull-ups, I was told if I can do pull-ups, they will not investigate why there's pain.

This has been the situation since the medical services went privet. This

1 of 2

Court should mandate that the ADOC either provide medical care themselves, or remove the set payment format they currently use for providing medical services to inmates. Money, or a lack of, should not be allowed to detrimin what level of health care the state will provide its inmates. As wards of the state it is their responsibility to provide adequate health care to us, not to pick and choose what needs will be addressed.

This Court should never allow the ADOC to opporate health care services without an out-side monitor. Please do not allow the ADOC to apply for removel of the monitor after four years; make the monitor permenant.

Thank you for allowing me to express my position on this important matter.

Respectfully,

Jeff S. Davis #134652

Jeff S. Davis #134652
Arizona State Prison - Douglas
P.O. Box 5002
Douglas, AZ   85608