CAMILO MEDRANO #207319
ARIZONA STATE PRISON COMPLEX - FLORENCE
SOUTH UNIT
P.O. BOX 8400
FLORENCE, AZ 85132

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 20 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

PARSONS, et al.,
   Plaintiffs,

v.

RYAN, et al.,
   Defendants

No. CV-12-00601-PHX-DKD

COMMENTS BY A MEMBER OF THE CLASS CONCERNING HIS OPINIONS REGARDING THE FAIRNESS OF THE PROPOSED SETTLEMENT

COMES NOW, Camilo Medrano, a member of the class and an Arizona State Prisoner in Custody Commenting on the Fairness of the Proposed Settlement.

I. Reasons Why This Court Should Appoint An Independent Or Federal Monitor

i. Arizona Department of Corrections has already shown an inability to honor its own Department Orders by selectively choosing to enforce parts of Written Department Orders by Agenda and breaching other Department Orders with deliberate indifference to the harm it causes this member of the class. Since September 2013 this member of the class has written numerous Health Needs Requests and Medical Grievances. It was well over 1 year until this commentor was seen by a Health Care Provider for his hernia all the while suffering pain with no pain management received by prescription and is still not receiving pain management nor care from a qualified health care specialist as current contract health care provider refuses such referal claiming hernia is elective and not serious. The Department of Corrections in Contract with Corizon Health Inc. has a Doctor of Psychology at Arizona State

(1)

Prison Complex - Florence make administrative and medical decisions regarding healthcare this is the substance of Medical Grievances Nos. A02-178-014, and A02-193-014.

To continue to have the Arizona Department of Corrections or any of its Contractors monitor the health care to see if it meets more than 100 different measures, while it has breached and continues to breach its own Medical Department Order 1101 et seq., how can it be reasonably expected to have the ability to monitor these 100 measures of the stipulation of the settlement? This would be a conflict of interest and is why an independent or Federal monitor should be appointed to ensure compliance and report to Attorneys for prisoners.

II. This Member Of The Class Does Not Oppose Lawyers' Request For Payment

i. This Member of the class does not oppose lawyers' request for payment and commends them for the painstaking efforts to inact justice, civil rights, and human rights for the class of prisoners.

However, this member of the class, Camilo Medrano, reserves his rights to seek Damages on his own behalf in a separate action as presently the Medical Care is Deliberately Indifferent to my Serious Medical Needs and are subjecting me to cruel and unusual punishment.

RESPECTFULLY SUBMITTED, this 14 Day of January, 2015.

BY: *Camilo C. Medrano III*

CAMILO MEDRANO

A MEMBER OF THE CLASS

## Certificate of Service

I certify that I sent the forgoing Comment on Proposed Settlement of Parsons v Ryan CV-12-00601-PHX-DKD in response to Document 1204 Notice; this 14 Day of January, 2015, to:

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 West Washington Street, SPC-1
PHOENIX, AZ 85003-2118

Dated this 14 Day of January, 2015.

BY: *Camilo L. Medrano*
CAMILO MEDRANO
A MEMBER OF THE CLASS