FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 20 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

To whom it may concern

PARSONS V. RYAN CV. 12

This missive is in regards to the above mentioned law suit. I've serious reservations concerning the food portion. ADOC took all forms of fruit and real potatos and sugar. They (ADOC) were to replace these with something to equate nutritional and caloric value. This was in December 2012. We've received nothing as of yet to make up for the loss of unprocessed fruit or potatos. The D.W. Faye at Browning unit spoke of giving us a piece of coffee cake. I'm no dietitian but I know the inmates on the unlocked down units get fresh fruit as well as canned. Real cheese, pancakes, french toast, eggs w/ vegetables real, unprocessed potatos... the list goes on. We receive nothing to equate the same nutritional value as these now and ADOC is already proven to scoff at what is being laid out in Parsons V. Ryan. I turned over the memo to the ACLU on DOC's removing potatos and fruit but no compensation.

If we are have the same calories and nutrition as non Level 5 yards/ units we should be under one universal menu so DOC cannot misconstrue or creatively interpret what the court is ruling on. Keeping it simple seems easiest. That way there is one uniform consistent way of operating.

Thanks for your time in this

Sincerly

Dave Bum 5129309
Browning

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate: BOUNDS DAVID
ADC# 179399
Arizona State Prison Complex
Unit: BROWNING SMU II
P.O. Box 3400
City: FLORENCE   AZ 85132

PHOENIX AZ 852
15 JAN 2015 PM 2 L

JAN 20 2015
CLERK OF THE COURT
U.S. DISTRICT COURT
DISTRICT OF ARIZONA

ARIZONA DEPARTMENT OF CORRECTIONS
**LEGAL MAIL**

CLERK OF THE COURT
UNITED STATES DISTRICT COURT — ARIZONA
401 W. Washington St. Suite 130, SPC 1
Phoenix, Ariz. 85003-2118

LEGAL MAIL

850032117