Parson vs. Ryan
CV 12-00601-PHX-DKD
Donna Imon ADC 293576 63C 92L

PLAINTIFF CLASS MEMBER COMMENTS ON SETTLEMENT AGREEMENT

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 20 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

OBJECTIONS AND REASONS FOR NO CLEAR DIRECTION ON HOW THE PROVIDER IS GOING TO BE FORCED TO PROVIDE ADEQUATE TREATMENT.

I'M SUBMITTING THIS FOR THE FAIRNESS HEARING ON FEBRUARY 18, 2015 AT 1:30 P.M. IN THE SPECIAL PROCEEDING COURTROOM, MAGISTRATE JUDGE DUNCAN PRESIDING.

I HOPE THIS HELPS TO IMPROVE THE MEDICAL CARE FOR ALL INMATES AT A.D.O.C. I AM A 47 YEAR OLD FEMALE. I HAVE BEEN DIAGNOSED WITH SEIZURES, MIGRAINES, POST CONCUSSION SYNDROME, IBS/COLITIS, OSTEOPINA/OSTEOPEROSIS AND CURRENTLY STILL AWAITING FOLLOW UP EXAM FOR A LUMP ON MY BREAST.

SINCE I HAVE BEEN AT PERRYVILLE (8/2014) I HAVE HAD WELL OVER A DOZEN SEIZURES, TWO OF THEM NEEDED ICS ATTENTION, ONE OF THOSE ICS'S WAS ON CHRISTMAS EVE, I FLEW TO THE CEMENT FLOOR HAVING A SEIZURE AND HURT MY SHOULDER. I COULD BARLEY SPEAK, MEDICAL GOT ME IN AND OUT SO FAST, I WAS STILL DISORIENTATED AND UNSTABLE, I COULD NOT FIND THE DOOR TO WALK BACK TO MY BAY. It WASN'T UNTIL A FRIENDLY INMATE IN THE WAITING ROOM MADE A FUSS ABOUT MY CONDITION AND THAT IS WHEN THE NURSE ORDERED A WHEELCHAIR FOR ME. THE C.O. IN MY UNIT COULD NOT BELIEVE AFTER WITNESSING MY SEIZURE THAT I WAS BACK SO SOON, I'M SURE THIS CAN BE CONFIRMED

⑤

Our BAY C.O.'s see us everyday. THEY understand our daily living and severity of our HEALTH ISSUES. AS A RESULT, THE WORK OF THE C.O. HAS INCREASED TO MONITOR MORE INMATES WITH HEALTH CONCERNS

I would LIKE TO SEE SOMEONE WHO MONITORS THE PROVIDERS. MORE FOLLOW THROUGH WITH FOLLOW UP APPOINTMENTS, SPECIALIZED APPOINTMENTS, X-RAYS ETC... "QUALITY MANAGEMENT" MORE "MEDICAL PROFESSIONALS". EXAMPLE: I had a bad seizure to the point where I got an injury. I put in an HNR for my seizure medication and my shoulder injury. Eight days later, I had an appointment with the nurse, to discuss my eye glasses adjustment. She would not discuss my seizure or my shoulder injury.

Again, I hope there is more changes to the medical care for all inmates at A.D.O.C.

Thank you,
Donna Iman
Donna Iman
January 5, 2015