Dear Court, 1-15-15

My name is Brian Kirby (ADC #165484) I am currently a prisoner at the Arizona Maximum Security Special Management Unit One. I am housed in the mental health part of the unit because I'm being treated for Bi-polar disorder. I have been in Maximum custody for 1 year and am expected to remain here for a few years more.

    I just wanted to take but a moment of your time to thank the lawyers involved in helping correct the way inmates in Maximum security prisons are treated. Being able to go to more recriation and get out of our cells has made a huge impact on my state of mind. The social interaction will help every inmate who gets to participate in Rec as well as the group sessions. Everyone who I've spoken to so far believes the same. So from myself and many more thank you all so much!

    I am also looking forward to the menu being changed to

inclued the same amount of food the other inmates on the g.p yards get as I have no money to spend to buy any from D.O.C. I rely compleatly on what D.O.C gives me and Im so hungry all the time. I hope D.O.C makes that change soon so I will no longer have to drink so much water all day in order to fight hunger pains.

As far as the Dental care gos I would like to bring to your attention the fact that D.O.C will only fill 1 cavity at a time per visit even if a person has multiple cavitys that urgently need to be filled. We are then told to request another visit and are placed back on a waiting list that ranges from 3-6 months sometimes longer. Due to this process inmates loose teeth all the time that could have been saved had they been filled their first visit. If you have 7-8 cavitys that need to be filled like myself it could take 4 years or longer to get the care that one visit should take.

I feel that the settlement is fair and that the lawyers who fought for our constitutional rights should be paid for their time. I'm comforted by the thought of someone keeping an eye on D.O.C in the future as well. There are so many things that go on in here that the D.O.C officers do to us if we make them mad. I'm scared to say in this letter incase they read it. Even writing that much is a risk.

I understand that you all are busy so I've kept it short and I will try to do the same concerning this last topic I need to bring to your attention, Safty. I've been told as a prisoner I have a right to safty and I hope that this is true. I have requested protective custody from DOC and tried to explain my grave situation and D.O.C has compleatly turned their back on me. I was charged with a murder that I did not comit in August 23 2013. The victum in this case is a woman and a close friend to aryan Brotherhood

Member who has placed a hit on my life here in D.O.C. The Aryan Brotherhood are responsible for 99% of the white people who are Murdered or assaulted in D.O.C so the threat is very seriouse. Because D.O.C will not help me I have been forced to purposly get into as much trouble as I can to get sent to Maximum security where access to my person is limited. I am so affraid that I will be killed or stabed when D.O.C sends me back to a General population yard but I know going back to G.P and having that happen to me is the only way D.O.C staff will approve me for protective custody. Im lost. I also have a tattoo from my knee to my ankle that I could get killed on any G.P yard when it gets seen because it disrespects the Aryan Brotherhood.

    Im not sure if you all could care less about this like D.O.C does but I had to try something because my life depends on it. Please help me. Please do. I have no one to turn to and I dont

Know what to do.
    I'm sorry if it was inapropriate for me to bring up my issue with Safty. The main thing I wanted to say was I agree that the Lawyers should get paid for their time and the courts decission is fair.

    With my respect

        Brian Kirby



INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
INMATE Kirby
INMATE 165494
ADC# ARIZONA STATE PRISON COMPLEX Eyman
UNIT SMU P.O. BOX 4000 AZ 85132
CITY Florence

Clerk of the Court, District of
United States District Court, Arizona
401 W. Washington St. Suite 130, SPC 1
Phoenix, AZ 85003-2118