Daniel L. Baker, ADC #059782
ASPC-Eyman, Cook unit
P.O. Box 3200
Florence, AZ 85132

January 14, 2015

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

RE: Parsons v. Ryan, CV 12-00601-PHX-DJH

OPEN LETTER TO THE COURT:

I, Daniel Lee Baker, a Plaintiff Class Member to the above referenced case, respectfully offer my opinion to the proposed settlement as I have read from the October 14, 2014, Stipulation and its Exhibits.

I litigated a very similar case before this Honorable Court in Baker v. Schriro, CV 07-00353-PHX-SMM-JRI, and settled after three years of litigation concerning medical and access to courts issues of a very serious nature. I am familiar with the claims presented in Parsons and, as in my case in Baker v. Schriro, I learned settlements with the

1

ADC may appear honorable at first impression, but, as I can personally attest, ADC historically fails in honoring its oaths.

The Stipulation states that "Defendants shall request that the Arizona Legislature approve a budget to allow ADC and its contracted health services vendor to modify the health services contract to increase staffing of medical and mental health positions...." (Stipulation at 2:3-5)  If the Arizona Legislature is presented with proposed increased funding of privatized contracted health services (Corizon) to meet the minimum requirements as set forth in exhibits B and C of the Stipulation, the question to be asked is "aren't these already the minimum requirements?"  A closer look at the serious deficiencies in Corizon's performances ought reveal the true problem: <u>ADC IS OVERCROWDED</u>!  Simple arithmetic with ratios proves this common sense solution: <u>REDUCE THE PRISON POPULATION</u>! (See, <u>Baker v. Schriro</u>, CV 07-00353-PHX-SMM-JRI)(Emphasis added as appropriate) then reevaluate dollars that make sense.

The proposed settlement agreement, respectfully to all parties, will eventually fail and conditions will either remain or worsen leaving cruel and unusual punishment as the normal ADC operations. My opinion is a jury trial rather than a settlement <u>will</u> result in constitutional compliances — including population compliance — but that will only materialize if this Honorable Court and Plaintiffs

hold accountable ADC and the State government — via jury trial — their constitutional duties to provide health and safety to a proportionately ratioed inmate population to medical staff, corrections officers, and various educational, food service, recreational, visitation, and other services requiring personnel proportionate to inmate ratio, for health & safety's sake.

I am a D.U.I. offender serving 14.5 years in prison. Arizona Legislators approved this ridiculous prison sentence for a traffic law violation, and the county attorneys strive to not only seek a conviction by any means necessary, but prosecutors strive to imprison people for as long of a sentence they can achieve. OK, there's an agenda: prison profiteering. Eventually the corruption will cause manifest injustices, not only at the trial and sentencing process, but while imprisoned. The ADC has a bottleneck population at every facility — beyond maximum "ARCHITECTURAL" capacity, not ADC's "new" capacity — and the results cause deaths (suicides & homicides), longsuffering from mental health / medical problems with anguish & distress (as in my case: broken tibia in right leg for 10 + years with ADC refusing treatment, causing great pain and anguish; an assortment of other mental & medical problems I suffer with deliberate indifference as my treatment & prescription), and certainly not part of the formal punishment the court ordered me to serve in prison; my entire prison sentence has been and is an Eighth Amendment violation to the U.S. Constitution, among other blatant constitutional violations. There's 30,000+ others.

To have taxpayer money thrown into a wasteful government agency is just to no avail. The overcrowded prisons, again, are the problem. But nobody from the state government will say this on T.V., or other media; no rational observer with the power to do something about prison over-population has the backbone to act as of yet; and these inactions can no longer stand with standards of a mature and decent society mindful of humanitarian concerns.

In sum, I have witnessed inmates go blind while waiting on medical, lose life after long suffering, and more. The ADC is given plenty of money, so does contracted service providers, so obviously more money is not the only fix. Staffing ratio to inmate ratio is disproportionate to the point that the health & safety of prisoners, prison employees, and the public are all at risk (even in danger).
Solution = REDUCE INMATE POPULATION!

Respectfully submitted,

*Daniel Baker*
DANIEL BAKER

4