TO-CLERK-OF-THE-COURT

ENCLOSED IS A POSTCARD PLEASE DROP IT IN THE MAIL SO I KNOW YOU HAVE RECEIVED THIS I HAVE SENT YOU 3 LETTERS WITH POSTCARDS IN THEM IN THE LAST 30 DAYS AND NONE OF MY POSTCARDS HAVE BEEN RETURNED - THE PRISON REGULARLY "LOSES" OR THROWS MY MAIL AWAY I HAVE FOUND

I WAS JUST INFORMED IN RETALIATION FOR THIS LAWSUIT ADC STAFF WILL START STRICTLY ENFORCING THAT ~~the~~ INMATES CELLS ARE CLEAN AND ORDERLY AT ALL TIMES OR A TICKET WILL IMMEDIATELY BE GIVEN - MANY INMATES ARE NOT ALL THERE IN THE HEAD... TO DEMAND FOR SOMEONE NOT ALL THERE IN THE HEAD THAT THEIR CELL BE CLEAN AND ORDERLY AT ALL TIMES IS JUST ABSURD - SOOO BASICLY NOW MENTALLY ILL INMATES WILL BE ENDLESSLY HARASSED AND TICKETED FOR THE SMALLEST CELL NOT IN ORDER INFRACTION DUE TO THIS LAWSUIT... I HAVE BEEN AT ADC SINCE 2006 AND ADC HAS NEVER CARED IF MY CELL WAS MESSY OR CLEAN

CAN YOU DO SOMETHING ABOUT THIS RETALIATION HARASSMENT

Kemp

KEMP-HORTON-202496
PO-BOX-8200
FLORENCE-AZ
85132