Parsons Vs. Ryan CV 12-00601 PHX.-DKD.

FILED ____ LODGED
RECEIVED ____ COPY
JAN 20 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ____ DEPUTY

To whom it may concern:

I am writing to you because of two issues
#1) D.O.C has not put me back on my medication Pain Meds. do to a bullet being in my neck, well here let me just send you this informal resolution I've put in after many Health Needs Request (H.N.R's) to no avail you'll read everything, I am complaining about.
#2) Eye glassess I have glaucoma and again to no avail I can barly see two feet infront of me and they say wait, wait, wait I am going on 8, 9 months of waiting to get some glassess.
Would you please help me with these two issues?

Thank You & God Bless You
Sincerely, A. Trujillo #131845

Abel Trujillo #131845
Arizona-State-Prison
S.M.U #1 P.O. Box #4000
FlORENCE, Az. 85132



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

**Inmate Name** (Last, First M.I.): Trujillo, Abel C.
**ADC Number:** 131845
**Institution/Unit:** Eymen / S.M.U #1
**Date:** 12/10/14

**To:** C.O.III Condrey
**Location:** Wing #1 / 1-D-9

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

I am informally attempting to resolve this Medical Issue, per D.O. #802

"Issue": On 12/8/14 an I.C.S was activated and again today, do to my pain & legs once again giving out on me & when taken to medical nothing is done! Corizon Health Sources Inc. stands deliberately indifferent to my serious Medical Needs. To Medically address/asses the bullet that is located in my 7th Vertebrae of my neck. All my previous Pain Mgmt. Rx's have been taken away without any explanation or medical remedy. I have repeadedly submitted H.N.R's dating back as far as Sept. 2010 to the present date of this instrument date here re-written.

"Attempts To Resolve": ① There are so many H.N.R's submitted on this it would be redundant to list them each seperately. ② My chart will reflect previous Pain Mgmt. Rx's of: ⓐ Gabapentin / ⓑ Tramadol / ⓒ Hydrocodone / ⓓ Vika-done ③ N.P. McKamey has been the primary health care provider; my last chronic appointment was 9-26-14 & again N.P. McKamey declined to properly address/asses my chronic Pain with anything except Tegratol, which is a Anti-Psychotic Rx! ④ I have repeadedly stated that, I feel the bullet has moved & is putting pressure on my spinal cord. I have written of the peralisy's in my right arm & extremities, to include peralisys in my legs aswell. ⑤ Previous attempts by N.P. McKamey, who has prescribed Pain Mgmt. Rx's untill recently they were shot down / discontinued even though the Non-Formulary Review Committe approved them [by a Dr. Williams, who never examined me at all.]

"Resolution": ① I need to have an M.R.I to confirm what new symptom of peralisy's I'm having. The bullet has moved! ② I need to be sheduled to see a Neuro-Surgeon A.S.A.P, to discuss new symptoms of peralisy's & the requested M.R.I ③ I need to be scheduled to be seen at a Pain Management Center for Pain Mgmt., Possible shots directly into the neck.

**Inmate Signature:** [signed]
**Date:** 12/10/14

**Have You Discussed This With Institution Staff?** ☒ Yes ☐ No
**If Yes, give the staff member Name:** L.T. Hetrix / Captain Velasquez / Supervising Nurse Baker / Nurse Practisioner McKamey   I could go on and on. Need Help Bad. You literally can see me all stiff, neck crooked I'm in pain...

Distribution: Original - Inmate
Copy - Grievance Coordinator File

802-11
12/19/12