CV-12-00601-PHX-DKD

January 15, 2015

Attention: Clerk of the Court - US District Court - District of Arizona
Prison Law Office
ACLU National Prison Project

I am writing this letter on behalf of my son Donald Lee Condra - inmate #233190. I received your letter along with his letter (copy enclosed) shortly after he expired in the Protected Unit at Stiener Unit in ASPC Lewis.

My son entered the prison system in August of 2008. He actually walked into prison with no major medical conditions. In 2009 he was brutally beaten & in a coma for 9 days. Actual facts as to why remains unknown but we suspect it was because he refused to pay for protection.

Over a short time frame he became completely paralayzed from waist down - unable to control his bowels or bladder - autonomic dysflexia - foot drop - high blood pressure. He was seen by 4 specialist & they got together & order drugs to be given every 8 hours - some every 12 hours - special diet. I bought a special wheelchair which allowed him to move himself around units - mattress & cushions to prevent bed sores - Cath routine for emptying bladder & a bowel regiment to prevent constipation. He was able to become human again.

He also became a target for others - he physically couldn't defend himself - he was sodimized - raped - the blunt of jokes - traumtized - Drugs & supplies were held by medical staff (always an excuse) - He even had his wheelchair taken from him as Corizon medical staff knew he was joking & he could walk. They thought it was a big joke to see him drag the lower half of his body along the dirt. He followed all the prison channels for complaints - I tried to talk with Corizon - never would answer me - Bottom line is Corizon doesn't care for human beings - prisoners to them are less than animals - They only care about money.

The first part of your settlement is a joke & I'll repeat - Corizon will not listen to patients - doctors or family members. Their job is to save money & they could care less about medical concerns.

The second part of your settlement remains a nightmare - Read my sons letter on protective custody - The prison systems was protecting him from those selling drug in prison - They really protected him - treated him like an idiot - no compassion at all.

The third part is a joke - Corizon won't let anyone read their records - they only document what Corizon guidelines say - never rock the boat or you lose your job - remember prisoners have no rights.

My sons suffering is over but remember you have many more prisoners in Corizons Care - they need you lawyers to get off your chairs & somehow see that what you wrote is applied - please - please - please see that they get the care they need.

Sincerely

Katherine (Kathy) Condra
P.O. Box 3541
Kingman, Arizona 86402

928-692-9297
Mother of a super great son
Donald Lee Condra
ADC #233190

# NOTICE TO ALL ADC PRISONERS
# ABOUT SETTLEMENT IN *PARSONS v. RYAN*:

*Parsons v. Ryan* is a class action lawsuit that was filed in federal court in 2012 claiming that the medical, mental health and dental care in ADC's state-run prisons and the conditions in the maximum security units are unconstitutional.

ADC and the lawyers for the prisoner class have reached a settlement that they believe is fair to both sides. If you are a prisoner in one of the ten ADC prisons (Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, or Yuma), then you are a member of the class. This notice explains the proposed settlement, how you can read it, and how you can tell the Court whether you think the proposed settlement is fair.

The first part of the settlement says that ADC will monitor the health care to see if it meets more than 100 different measures. The lawyers for the prisoners will be able to review these monitoring reports. If Corizon does not provide health care according to these guidelines, the Court can order ADC to take more actions to improve the level of care.

The second part of the settlement says that ADC will improve the conditions in the maximum security units. The major changes will be more out-of-cell time and mental health treatment, meals with the same calories and nutritional value as those in general population, and limiting the use of pepper spray on prisoners with serious mental illness.

The third part of the settlement says the lawyers for the prisoners will monitor ADC's compliance with the agreement by touring the prisons, talking to prisoners and staff, and reviewing documents, including prisoner health care records.

This case did not seek money damages for any prisoner and none will be awarded. This settlement does not address the cases of any specific individuals, and attorneys for the class offer no opinion about any prisoner's ability to pursue a claim against ADC. The lawyers representing the prisoners have spent approximately $1 million in expenses and witness fees. They also have spent thousands of hours working on the case. The settlement provides that ADC will pay the lawyers for the prisoner class $4.9 million for work they have done until now. They will also be paid up to $250,000 per year in the future to monitor ADC's compliance with the settlement.

The full version of the settlement, and the motion for attorneys' fees, is available in the library. Maximum security prisoners who cannot go to the library can check out a copy from the law library or view the Stipulation and exhibits on CCTV.

The court will hold a hearing on the fairness of the settlement on February 18, 2015 at 1:30 p.m. in the Special Proceedings Courtroom at the United States Courthouse in Phoenix.

Prisoners can write to the Court about their opinions on the fairness of the proposed settlement and/or the lawyers' request for payment. Comments MUST include the case name, *Parsons v. Ryan*, CV 12-00601-PHX-DKD, at the top of the first page. Comments must be postmarked no later than January 26, 2015, and sent to the following address:

> Clerk of the Court
> United States District Court, District of Arizona
> 401 W. Washington St., Suite 130, SPC 1
> Phoenix, AZ  85003-2118

If you have questions or want additional information about the case, or want to share your experience regarding the issues addressed in the case, please write the lawyers for the prisoner class at either of the following addresses:

> Prison Law Office                ACLU National Prison Project
> General Delivery                 915 15th St., N.W., 7th Floor
> San Quentin, CA 94964            Washington, D.C. 20005

*Received on 12-18-2014 at 3:10pm at Lewis Stiner MAX. Detention Unit. Cell B-9 (ADA).*

78204-0001/LEGAL124482684.1

# LEGAL
## COMMUNICATION

12-23-14
7:23pm
Tuesday.

GARY / Kathy.

Restarted 2AM 12-29-14
After Hospitalization

Well I write this letter in compelete dispair and fear it may be my last communication as I'm in an environment of destrustction and murderus entrustion of corruption at Stiner. Having been assualted by 3rd shift staff twice since my arrival and continuously written the D/W, CAPT, Lt. and Col III to no avail I fear I may not survive this new nightmare. It will be 20 days tomorrow since my arrival and my emotions are extremely distrought as my PTSD has caused extreme extensions of destructions from the assualts in this building previously. I had limited abilities of getting my meds and be accused of taking more than required, which is a lie as on 12-18 that card was finished and the next card was in use. On Friday the 19th of Dec. I had a collaspe with multiple seizures, and was Hospitalized. was returned later that day but still ran out of my Topamax on 12-22 see enclosed card and Hospital Band. Its clear they are trying to kill me. My cell conditions are unbeleivelable not acceptable to all my special needs. Enclosed is copies of all my complionts. I'm sending this as legal mail to Gary as my Attorney as D.O.C. then can not censor or take from my mail   (over) #2

I've enclosed; (IN THIS PACKAGE)
1, - Hospital wrist Band west valley 12-19-14
2, - NOTICE TO All ADC PRISONERS received 12-18-14  1 page → (CRITICAL ABOUT B.S. AGREEMENT)
3, - 12-22-14, 1PM, Informal notice on cell/Housing conditions and risk of life/discrimination  1 page.
4, - 12-20-14, 5:40AM, Informal notice after Hospitalization, 1 page
5, - 12-19-14, 5:30AM, Informal notice Diet issues & issues, 1 page
6, - TOPIRAMATE PILL CARD OUT OF SEIZURE MED STILL AS OF 12-23
7, - CITALOPRAM PILL CARD OUT OF DEPRESSION MED STILL AS OF 12-23-14
8, - FORMAL GREIVANCE 12-18-14 ADA SAFETY & DISCRIMINATION  4 pages
  8A, Their informal response ↑ 12-18-14  1 page part of
  8B, My Original informal 12-17-14 noon 1 page part of
  8C, COPY PINK informal 12-17-14 noon 1 page part of
9, - Health Needs Cathethers 12-10-14 bearly got in time on 12-17-14  1 page
10, - 9 PM Dose TOP - SIMVASTATIN 20MG PILL CARD 11-19-14 to 12-18-14 this is card they accused me on 19th of taking to many meds but as you can see it was finished on 12-18-14 the last Pill Date. Bull shit accusation.

11, - Health Needs Meds: 12-10-14 Bearly got on time on 12-17-14
12, - 5AM Methocarbamol 11-18-14 to 12-17-14 ⎫ Top of Pill CARDs all
13, - 1PM Methocarbamol 11-18-14 to 12-17-14 ⎬ finished last pill on
14, - 9PM Methocarbamol 11-18-14 to 12-17-14 ⎭ 12-17-14 three different dose time, these also pill emptes they tried to say I trred to over take. but as you can see, I date all my pill cards by Pill see #6 Topiramate where you have full card. Anyways, I had empty bottoms by my trash in cell, and they tried to say when I come back from Hospital (over to 3.)

(continued from 12, 13 & 14) they tried to accuse me of over dosing. I stated bullshit look at the cards you'll see they are all dated and I had just finished the cards and I showed them my current meds and all were currently correct. So please do not beleive any bullshit if anything else happens to me.

#15 — Health needs request 12-17-14 2nd request for Emergency seizure med "TOPAMAX" AKA Topiramate 25mg 2x day expires on 12-25-14 run out on 12-22-14 not 12-25-14 as mistakenly stated on H.N.R. but I told Dr. Merchant on FRIDAY when I returned from HOSPITAL at MAIN COMPLEX THAT I WOULD RUN out at 5pm on 12-22-14 MONDAY, and it's critical I receive before then.

#16 — Health needs Request 12-17-14 urgent still require meds As of this writing I still need all these but the Aspirin & Lactulose which I got plus the major one as stated in #15 and the Cardura as stated in #17 next.

#17 — Health needs Request 12-18-14 10:20pm Correction of Error — They issued me FLOWMAX thinking I had a prostrate issue instead of the Heart Med "CARDURA" which I've not HAD since 12-5-14 as they have not renewed. (See BACK OF sheet with Actual wrong Rx for Flowmax Generic info).

#18 — Pill CARD — OLD "CARDURA" DOXAZOSIN MESYLATE 2 MG TABS — Been out since 12-5-14 (over to 4)

#19 - CARD & PICTURES FROM SARAH

Also before I forget please remove the S-D-1 off the mail just in case as I don't want them to accidently leave in the old cell. To date I'm getting your mail the last was a beautiful card/tree. THANK YOU! Also Please use your P.O. Box return address sticker from now on! After recent events I'm scared shitless some asshole may come at my family. I'd never forgive my self if something happened to any of you because of my prison bullshit.

OH, Also before I forget, the Robaxin / Methocarbamol 750 mg. 3 times a day expires on 1-11-2015. Previously RX# 31150220 was written by Doctor Malachinski, Leon M.D. I put a H.N.R. in to renew/rewrite for another 180 days / six months as Keep on Person KOP. instead of DOT Direct Observational Therpary / watch swallow, so I hope the heck we don't go through another nightmare to get this again! as Keep on Person!

SP ITS NOW 2AM ON MONDAY MORNING 12-29-14 as I got Dizzy headed around 9:30pm on the 12-23 and stoped writing. at 10pm I still had not Got my TOPAMAX    (OVER TO PAGE 5)

as nursing had not been through the Bldg. So I spoke to Sgt. Wright and the next thing I know I'm waking up in West Valley Hospital AGAIN! This time my chest is also really hurting. They said I had seizures again, but I really think some of its my Autonomic Dysreflexia issues as well as I don't have the weakness and numbness on my left side as in the past, but I sure have one Hell of a head ache. Anyways they West-Valley admitted me to Tempe St. Luke where they have a prison ward "Bunch of B.S." they really treat you like Animals. I only met one Decent Doctor who seemed genuinely concerned his name was Dr. Nafisi, Sina who is a CARDIOLOGIST and he did some pictures of my heart and was concerned so earlier today he did a heart Cath at PHX. St. Lukes., he's concerned on geneictic lower portions small veins and said might have issues in 20 years but not a real issue now. this is the ID & Allergy tag from Cath Lab of PHX St. Lukes;


CONDRA, DONALD
Acct#:1436200009  DOB:10/22/63  M
12/28/14   Dr: NAFISI,SINA
MR#: 00754448



(over PAGE 6)

but then I had to deal with Tempe st Lukes a General Prison ward Doctor Masood who thinks I'm a seizure Faker and a Neurologist I never met told him my symotoms were not typical for seizures. I told Doct, Masood the General Prison ward Dotor that my success with Topamax had show saccess. And Specialist study in 2012 reccommend it. He thinks it should be discontinued. I'm So tired of this Bull shit. Tired Tired, Tired, always have to fight to barely stay alive. Mom I have to tell you this burden of war on war on war is getting old just to burden every one. Always something why can't you just enjoy your golden years. I love you and I want you to know I gave you the best I've have in Tom, Tim, SARAH, and SYDNEY. I'm truly Sorry my life has not been as perfect as Jim and Mikes but I guess 2 out of 3 is not bad odds. I look at my possible futures and none look very rosie considering how I've been marked my Mohave County and its clearer and clearer that Prison intends to kill me one way or another. So I just need you to know I've tried my best. I LOVE YOU AND MY KIDS MORE THAN LIFE ITS SELF BUT, LIKE JESUS YOU REACH AN END TO SUFFERING AND SURCOME TO EVILS DESTRUCTION. JESUS LOVES ME (OVER TO 7)

AND WANTS ME TO SUFFER FOR HIS CAUSES BUT GIVES ME ONLY WHAT I CAN HANDLE BUT EVE HE WAS CALLED HOME TO HIS FATHER. MY BURDEN IS GREAT I'M NOT SURE IM AS STRONG AS HE TO ~~☐~~ WITHSTAND. I'M BACK FROM THE HOSPITAL BUT STILL ~~CH~~EST PAINS AND HEAD PAINS. I LOVE YOU ALL! I'm very sorry to have let you all down! I do not mean to be shelfish but would prefer to be shelfless as I've always tried to give to others before my self. If any- -one feels otherwises I'm sorry! I truly want every one to live a better life with- -out the continued worry my life seems to bring all. Clearly Arizona and its Departments never intended me to survive this nightmare. I'll try if allowed to watch over you all! May peace comfort your life and lives and remember the many joys we had not the last six years of sadness and pain. Remember we will see one another again as Jesus saves us allow!

WITH ALL MY LOVE!

YOUR SON, FATHER, GRANDFATHER
& FELLOW FOLLOWER IN CHRIST

12-29-14 5AM        LOVE DON CONDRA!