## **_PARSON V. RYAN, CV 12-00601-PHX-DKD_**

December 31, 2014

Kentorian Johnson #244359
ASPC-TUCSON cimarron unit
P.O. BOX 24408
Tucson, AZ 85734



ATTENTION: Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St, Suite 130, SPC 1
Phoenix, AZ 85003-2118

    To Whom It May Concern:

  I am writting this letter in regards to the paper that was giving out to all the inmates in regards to unfair treatment to us/ myself the inmate. My name is Kentorian Johnson and I have been incarcerated since 2010. I started out this little journey at Lewis. I have a medical condition called CRHON'S Disease and what that is......... (WEB MD 2014)
**_Crohn's Disease_**
**_Crohn's disease is a chronic inflammatory disease of the digestive tract. Symptoms include abdominal pain and diarrhea, sometimes bloody, and weight loss. Crohn's treatment consists of lifestyle changes, such as exercise and a healthy diet, as well as over-the-counter antidiarrhetics and prescription anti-inflammatory medication_**.

    With me having this I have to take medication daily. And see a doctor at least every 3 months and have a colonoscopy every year. There are times when I have flare ups and I am in serve pain, I can't eat, I feel weak and when I tell the prison staff they do nothing about it. I will put in HNR's and it may be weeks to months before I get in to see a Doctor and even longer before they send me out to a Gastroenterologist. It has been 3 years since my last colonoscopy I have told the staff Doctor here that I haven't had one in 3 years and still nothing has happened. The last colonoscopy that I was scheduled for I was unable to drink the drink, told the staff that, and that it would not make sense for me to go because I did not clean myself out. At that time I was wriiten up for hendering staff. I was later told that I should have went and let the dr say he couldn't do the test because I wasn't cleaned out. And I have not had a colonoscopy since that time. My wife Lawanda Johnson has sent countless emails and letters and has mail letters to the warden and has made many calls to Corizon and Central office inregards to my health and well being with minimal results.
    After they sent me over to Max and I was locked up for 24 hours a day I lost 20lbs! I weighed a 130lbs at the time and I can't afford to lose any weight. This weight lost came due to the fact that we did not get 3 meals a day like they do in the yard the food was either under cooked or cold and when asked to call a SGT or a LT they would refuse. We would basically have to all bang on our doors and make as much noise as we could and when they finally sent someone over; It was only to say that the kitchen was closed and there was nothing that could be done about it! I know that by policy that they are not suppose to serve us food unless it is a certain temperature.

    They never give us cleaning supplies. I have been at Tucson since October 15th and I have yet to get anything to clean my cell with and I am a very clean person. They were having issues with the toliets. It would not flush and we would have to sit here with urine and feces in the toliet for minutes to hours before a Co would come to flush it. And we're suppse to eat our food like this? If I asked for a badge number they refuse to give it to me. The only way it got fixed was when the Warden came by I told him that "my wife called central office about this, So should I give them

your name and number and tell them that you know and are not doing anything about this?" And the next day they came to fix the toliet.

We don't even have heat! It's so cold in here that I stay in bed all day under my covers. There's no hot water to take a shower. They don't even give us dry towels. It's like were getting punished for doing this 805 process. I have been going thru this for about 18 months and I have been denied 3 times and I just don't understand why something has to happen to me before the Arizona Department of Corrections does something. I have a wife and kids and a family that i am trying to make it home to in one piece. About 2 years ago I had an allergic reaction to something I ate and went into anaphylatic shock they had to inject me with so much medicine. My face swelled up and do you know they didn't even do any allergy testing or tell the kitchen staff. My wife informed me that I possible have a tree nut allergy and told me to make sure I read all the lables so that this doesn't happen again. She also told me that I should have an EPI PEN. That's not something that they even thought about. **_Corizon and the Arizona Department of Corrections should have my chart or records flagged I have a potentially fatal condition. If i bleed out they don't care and I will be died then what? This has happened twice to me before!_** Not only do I need to worry about my safety with other inmates I also have to worry if the Arizona Department of Corrections and Corizon is going to be the death of me also.

So if you have any question or need copies of any of the letters please contact my wife her name is Lawanda Johnson and her phone number is 623-205-8536 and her email address is mrs8pooh@yahoo.com.

Thank you,

Kentorian Johnson