Parson V. Ryan CV 12-00601-PHX-DKD

Clerk of the Court:

My name is Richard R. Day #202495, and I'm currently housed in Tucson, AZ. This is a medical complex that is <u>NOT</u> in Compliance with Court Corrective measures. HNR's returned months late, <u>NO</u> Urgent Care, gaps in medications, <u>NO</u> Specialist care unless you have family to force issues, falsification of medical files to support their actions and cover-up the malpractice....

I'm 53yrs old with a long history of medical issues that have <u>NEVER</u> been properly treated dispite Corizon/ADOC having my medical files and history.

- Three decades old back surgery that was <u>NEVER</u> suppose to last 10yrs.
- Multiple knee, eye, and wrist surgeries... And related problems.
- Hip, neck, shoulder, joint problems, and Scoliosis... Pain and inflamation.
- After extensive testing and treatments for decades prior to ADOC - Three Seperate Specialists determined: I needed corrective surgeries and have Osteoarthritis. Two of the three said I also have Rheumatoid arthritis and one of the three said I additionally had fibromyalgia with the Osteoarthritis.

Corizon disregarded my medical files, specialists finds, and decades of physical therapy. Corizon conducted a few basic blood tests and determined: I had narrowing of my spine and only Osteoarthritis and that my condition <u>Didn't</u> require <u>Any</u> care or medications. Another words, they adjusted/falsified their medical files to save money on treatment and medications... Which they do to everyone.

Prior to ADOC/Corizon: Much of my life, and especially in later years, I took physical therapy, Chiropractic, accupuncture, holistic medicines, Condroitin, Vitamins E for joints ~~and~~ swelling and cramping ... To alleviate the pain, avoid more addictive medications, and Surgeries... These things kept me active, now I'm not!

For over 7yrs ADOC offered Gabapentin (The standard accepted medication for my neuropathic problems) because they don't have physical therapy, don't allow for specialists or use arthritis medications... This was the only non-addictive med that I've ever been able to take for pain, that controled my depression, ptsd, and seizures. Corizon, in their cost-saving manner — Doesn't even offer that and they retaliate!

- Over 5 yr's ago, I was compelled to lance my Cellies giant ear cyst because ADOC wouldn't. It exploded in my eyes and face. I later learned that I now have Hep-C. "I Don't Do Drugs!" Corizon refuses to treat my Hep-C.
- In 2011 I developed a respitory infection after ADOC blew-out the air ducts. The ducts contained: Bat guana, Pidgin feces, bird nests, black mold, dust, dirt, and Staph. I coughed-up blood for around 50 days (sometimes in large amounts), was forced to carry and sleep with a bottle to expell bloody fluid for over 3 months - "While pleading for <u>Emergency</u> Care." I ran fevers up to 105° that were falsely recorded as 100.5°. I requested a criminal investigation; however, <u>None</u> was conducted and I'm told by staff that the nurse in question is the one who injected prisoners with the same needle for Wexford. I also had seizures, fell unconsious multiple times, and once was unrevivable for awhile. ADOC sent me back to my cell with my bottle of blood in hand, while coughing up blood, and running a fever... It took my church group and a Arizona State Representative to force ADOC to do more than over prescribe antibiotics. I spent 7 days in Emergency care at UPH under Dr. Brian Martin with round-the-clock IV's. I <u>never</u> fully recovered and suffer from severe acid reflux, stomach problems, and cognative skill loss from the high fevers. I can't remember names, have some confussion and memory problems... ADOC/Corizon refuse to investigate, conduct further tests, provide medications for the problems they created from lack of timely treatment. My illness was thought to be Staphylococus in my lung and effected many from this area. The large fist size mass in my lung was <u>NEVER</u> biopsied!
- In 2013 under Corizon, I re-developed the unhealed lung infection after ADOC blew-out the air ducts again. I was moved off the yard due to my complaints over lack of treatment, and it was done with <u>full</u> knowledge that it would be weeks more before I would be seen on the new yard. Finally, Nurse Practicioner, John Modrjeweski prescribed antibiotics. I ran fevers, lost 30 lb's, and coughed up blood for over 50 days while being bed-ridden for months... The provider finally found an antifungal medication that would work; however, I suffered and pleaded for Emergency care in vein and about 1...

NP Modrjeweski admitted that I was on deaths door, but refused to allow a specialist, biopsy the lung mass, or provide proper medications for my new problems... I've NEVER fully recovered and should be allowed to see Dr. Brian Morlin of UPH.

In 2014, NP Modrjeweski began reducing and illuminating All medications. I finally filed a grievence, so he discontinued ALL my medications out of retaliation. I took: Gabapentin for pain, anti-seizures, and depression; inhalers for the lung problem they exasperated; Vitamine E for my joint problems; Asprin for additional pain and migraines from traumatic brain injury and concussions; potassium and magnesium for swelling and inflamation... They don't provide arthritis medication!

Note: Because of Corizons wide-sweeping control/power — They are free to retaliate in Any way and adjust their medical files to justify their actions... HNR's and Grievences only infuriate them and produce greater retaliations

I went without Any pain or corrisponding medications for over six months! After writing Complex Doctor Bersiago, the provider prescribed Tylenol 3's for pain (NOT the non-addictive Standard that I took for over 7 yrs). This was better than nothing; however, he failed to tell me it caused extreme constipation and failed to provide medication for that problem. A nurse finally provided a basic med for constipation. It didn't work!

After repeated complaints to nurses over stomach problems, not pooping for a week, bleeding, not eating, requests for additional laxative, and then "Emergency" HNR's, I was told the provider would see me next week and he refused to provide Anything else!

On Dec. 30, 2014 Provider Modrjeweski saw me; however, he refused to discuse my "Emergency", became irrate over on HNR from a much earlier time during the period that he took All my medications, refused to provide Hep-C blood test results, denied Hep-C treatment, claimed he's done with treating me, cut off ALL medications, called me a liar, and stormed out of his office. I later learned from staff that the Provider came in on the 28th, saw my "Emergency" HNR's and my old grievances, and discontinued All my medications that day. Provider Modrjeweski had the appointment on the 30th all planned and I'm sure that he adjusted/falsified his medical files to cover his unprofessional behavior

Please note that this is standard care/behavior on many yards state-wide under Corizon care. Many prisoners report similar or far worse problems. Also note that Provider Madjewski ordered me a Fleet enema two days later as a joke. Nursing staff could barely keep a straight face when telling me. Multiple officers have witnessed NP Madjewski's outbursts at prisoners... Grievances were filed in some cases.

See my HNRs and note the return times circled in red and responses. Sometimes our HNRs are returned six (6) months later. You'll also note the he provided psych meds for pain over my known condition for retaliation. "I can't get care or proper medication"!

Corizon has a long history of monitoring conditions until we are crippled for life, maimed, or our condition becomes terminal! Their record of deaths, suicide from lack of care,... is more than double previous levels under other providers. This is <u>known</u> in every state they contract! News reports say: "It's an acceptable loss of millions in lawsuits if they make <u>outrageous</u> profits. How is not treating known conditions not murder - or in their case, mass murder.

Problems: 1) HNR's <u>not</u> returned within time frames, 2) HNRs <u>not</u> logged in at send time to hide problems, 3) Test results <u>not</u> provided, 4) <u>No</u> urgent care, 5) <u>No</u> arthritis medication, 6) <u>No</u> pain medication, 7) Gaps in medications, 8) <u>No</u> specialist care, 9) <u>No</u> preventative treatments, 10) <u>No</u> Hep-C treatment, 11) <u>No</u> treatment for known conditions, perpetuation of our mental distress, 12) <u>Red tape</u> and constant <u>retaliations</u>, 13) <u>no</u> oversight, 14) Officers allowed to access our computer medical files.

Hippa requires one (1) provider per 500 prisoners and two (2) per 800 prisoners. The lawsuit requires only one provider per ASPC. The lawsuit doesn't force Corizon to treat prisoners, nor does it hold them accountable for their malpractice, crippling, and killing prisoners that could have been treated, but were only monitored until their condition become unstoppable.

The lawsuit should provide a fund equal to their 1st year salary to account for all the prisoners they have crippled, are waiting to be told it's too late, have been mentally broken from our ordeals... There are around 100 prisoners like me who are suffering from effects from the vent problem (pulmonary), and many, many more who have various other issues... We need a monitor accompanied by a <u>real doctor</u>!   Sincerely,
Richard [signature]

4 of 4

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Time: _____
Initials: _____

**SECTION I**

| Inmate Name/Nombre (Last, First M.I.) | ADC Number | Date/Fecha |
|---|---|---|
| Day, Richard R | 202495 | 10/1/14 |

| Cell/Bed Number | Unit/Unidad | P.O. Box | Institution/Facility: ASPC |
|---|---|---|---|
| 4-A-14 | Cimarron | 24408 | tucson/Cima |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**SECTION II**

AREA OF INTEREST (Check only one block below): ☒ Medical ☐ Dental ☐ FHA ☐ Pharmacy ☐ Mental Health ☐ Eyes ☐ Other (specify) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

I'm not on the doctors line turnout and was told by staff that this was the day.

My joints have severe pain and inflamation, cramping in my calfs and forearms, extreme pain in my back and neck... My acid reflux has gotten worse along with much discomfort in my right lung and problems breathing. All this has caused severe headaches, sleepless nights, and ever increasing mental distress to which also refuse to treat me... I need to be treated and not passed along with these serious conditions as I have been.

Also, My last HNR was returned to me nearly 90 days late.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature: [signed]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**SECTION III**

REFERRAL BY MEDICAL STAFF: ☐ Medical ☐ Dental ☐ Pharmacy ☐ FHA ☐ Mental Health ☐ Eyes ☐ Other (specify) _____

Comments: Returned to me on 12-10-14

Provider

Staff Signature Stamp: [signed] | Date: 12/3/14 | Time: 1646

**SECTION IV**

PLAN OF ACTION: Saw Provider 11/5

Staff Signature Stamp: [signed] | Date: 12/3/14 | Time: 1648

Distribution: White - Health Unit, Canary, Pink & Goldenrod - Inmate

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
10/1/09

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: OCT 20
Time: OCT 20 PM 6:18
Initials: ___

**SECTION I**

Inmate Name/Nombre (Last, First M.I.): Day, Richard R
ADC Number/Número de ADC: 202495
Date/Fecha: 10/20/14
Cell/Bed Number/Celda/Número de Cama: 4-A-14
Unit/Unidad: Cimarron
P.O. Box/Apartado Postal: 24400
Institution/Facility/Instalación: ASPC Tucson/Cimarron

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**SECTION II**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE): [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

My arthritis is getting worse. My joints are swelling, extreme cramps in my legs, much pain and inflamation in my spine and joints. The colder weather is causing. For decades I took potassium, condroitin, fish oil... I don't have funds for these things. Will you please prescribe them and something for my back, neck, knee pain. You removed all of these in retaliation to my complaints over medications reduction. These are chronic lifelong problems that you have documentation for. I haven't had a decent night's sleep in months!

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature/Firma del prisionero: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**SECTION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA: [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [X] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify)(especifique)

Comments/Comentarios: [illegible handwriting]

Staff Signature Stamp/Firma del empleado: [signature]
Date/Fecha: 10/20/14
Time/Hora: OCT 20 PM 6:18

**SECTION IV**

PLAN OF ACTION/PLAN DE ACCION:

Staff Signature Stamp/Firma del empleado:
Date/Fecha:
Time/Hora:

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
10/1/09

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: 1-4-14  
Time: 0900  
Initials: LR

**Inmate Name/Nombre:** Dry, Richard R  
**ADC Number:** 202495  
**Date/Fecha:** 11/19/14  
**Cell/Bed Number:** 1-A-12  
**Unit/Unidad:** Cimarron  
**P.O. Box:** 24408  
**Institution/Facility:** ASPC Tucson / Cimarron

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST:** [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy [ ] Mental Health [ ] Eyes [ ] Other

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

> My medications for pain, arthritis, swelling and cramping have not been provided as you directed. I can't sleep, hurt all the time, and have great difficulty moving around.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

**Inmate's Signature:** [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF:** [X] Medical/Médica [ ] Dental [ ] Pharmacy [ ] FHA [ ] Mental Health [ ] Eyes [ ] Other

**Comments/Comentarios:** Researching

**Staff Signature Stamp:** [signature]  
**Date:** 11/24/14  
**Time:** 1230

**PLAN OF ACTION/PLAN DE ACCION:** You have been receiving meds as ordered since 11/19/14

**Staff Signature Stamp:** [signature]  
**Date:** 11/24/14  
**Time:** 1250

Distribution: White - Health Unit, Canary, Pink & Goldenrod - Inmate

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES  
10/1/09

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Time: _____
Initials: _____ NOV 25 PM 1:21

**SECTION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Day, Richard R | 202495 | 11-22-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 4-A-101 | ~~Cimarron~~ Cimarron | 24408 | Tucson/Cimarron |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)]

**SECTION II**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE)
[X] Medical/Médica  [ ] Dental  [ ] FHA  [ ] Pharmacy/Farmacia  [ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

The medication you prescribed (Naproxen) is giving me bad side effects: terrible vivid dreams, I constantly have to get up all night to urinate, and drink water because it drys me out. My jaw is also sore and the dreams have aggravated my PTSD. Please find another medication and something for my cramping of muscles, pain and arthritis. I also have not been called for my blood test regarding my Hep-C as you indicated would be drawn.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  [ ] Medical/Médica  [ ] Dental  [ ] Pharmacy/Farmacia  [ ] FHA
[ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other/Otros (specify) (especifique)

Comments/Comentarios:

Staff Signature Stamp/Firma del empleado: _____   Date/Fecha: _____   Time/Hora: _____

**SECTION IV**

PLAN OF ACTION/PLAN DE ACCION

Physically un-addressed by psych.

Staff Signature Stamp/Firma del empleado: [signature]   Date/Fecha: 11/25/14   Time/Hora: _____

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

# Health Needs Request (HNR)

Date: DEC 9 AM 11:01
Time: ___
Initials: ___

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Day, Richard R | 202495 | 12-5-14 |

| Cell/Bed Number | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility |
|---|---|---|---|
| 4-A-14 | Cimarron | 24408 | ASPC Tucson/Cimarron |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below): [X] Medical/Médica  [ ] Dental  [ ] FHA  [ ] Pharmacy  [ ] Mental Health  [ ] Eyes  [ ] Other

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

The psych discontinued the pain med you prescribed because it conflicted with his medication. My neuropathic pain and arthritis pain still exist and at times is quite unbearable.

All my joints, spine, neck, hands, feet, jaw, and eyes are experiencing great pain. I have intense sensitivity to cold and touch, sleepless nights, extreme depression and mental distress...

These are two seperate chronic pain problems: Diagnosed arthritis and neuropathic pain from multiple injuries and surgeries. Placebos, Ibuprofen, Naproxen, and anti-depressants have done NOTHING for my well diagnoses prior to ADOC problems. The crawling alone is unbearable. Standard medical medication outside of ADOC/US wide is Gabapentin, which I took for 7 yrs in here! Nothing you've provided has worked... Re-enstate my Gabapentin or provide morphine, arthritis and something for swelling. Claims that I'm being treated by you NP Modrzejewski are false and a falsification of my medical records. You've severely damaged my physical and mental health.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature/Firma del prisionero: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  [ ] Medical  [ ] Dental  [ ] Pharmacy  [ ] FHA  [ ] Mental Health  [ ] Eyes  [ ] Other

Comments/Comentarios: Provider

Staff Signature Stamp: [signature]   Date: 12/9/14   Time: 1240

**PLAN OF ACTION/PLAN DE ACCION**

Staff Signature Stamp: ___   Date: ___   Time: ___

Distribution: White - Health Unit, Canary, Pink & Goldenrod - Inmate

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
10/1/09

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Letter

4-A-14

Requests are limited to <u>one page</u> and <u>one issue</u>. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Day Richard R | 202495 | Tucson/Cimarron | 12-8-14 |

| To: Dr. Bersiago | Location: Rincon |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Attention Dr. Bersiaga, I'm attempting to informally resolve my medical issues with you personally. The grievence system doesn't work with NP Modrzejewski. He claims that he's treating me; however, he's done nothing but falsify medical records to validate his deseptions, malpractice, and retaliations to my grievences. All of us are made to suffer, many crippled for life, and other die from lack of treatment. Corizon has a long history devistation....

<u>Medical History</u>: Lower Disc removed three decades ago (surgery was said not to last 10yrs before I would need others). Multiple knee surgeries, wrist, and eye surgeries, Scoliosis, neck vertabra and upper spinal problems and inflamation, Osteoarthritis (narrowing of lower spine), Rheumatic disease by one specialist, and Fibromyalgia by another. See Mayo Clinic file volume #1 ADOC folder, and physical therapist Randy Mann and others....

I have: Intense migraines, shooting pain down my lower back, hip and leg. Legs, feet, arms, and hands hurt, become stiff, slight swelling + trouble moving, walking, sitting, and sleeping. Note: I was forced to quit Keefe employment due to physical problems and have been sent home by Mrs Vanbachram of Education for problems. My eyes, jaw, and ALL joints hurt, sometimes extremely bad. It even hurts to deficate. All of this, Corizon/ADOC's Lack of concern, refusal to treat has severely decimated my mental health!

My physical issues, inflamations, arthritis, neuropathic problems from nerve damage, injuries, surgeries, and possible disease ARE <u>WELL DOCUMENTED</u>. "Why don't I receive care"?

NP Modrzejewski removed All medications when I filed a grievence over issues. NP Clayton and others were increasing my medications slowely. How is it that my problems suddenly got better with age and no longer need treatment according to NP Modrzejewski?

All my life I was able to be very active and avoid more corrective surgeries through physical therapy, Chiropractic, holistic medicines, Eastern Science... There's <u>none</u> of that here and I'm no longer 20 but rather 53yrs old and my conditions are worsening with age and are extremely painful to cold and touch.

NP Modrzejewsk has provided <u>NO</u> effort to find a substitute for the Gabapentin I took for 7yrs and is the only drug I've ever been able to take that worked. All others lead to addiction... Meanwhile he still provides this medication to those with relatively <u>NO</u> comparison to my own. I have taken Codine on the street, but he supplies nothing! Gabapentin is the standard for my problems Nation-wide. I've <u>Never</u> abused medications in here, always checked and passed. Find a medication that works!

Inmate Signature: [signature]  Date: 12-12-14

Have You Discussed This With Institution Staff? ☒ Yes ☐ No  All nursing and medical staff
If yes, give the staff member's name: Director Charles Ryan, Present NS; Wondershrader, COIV, Anna Jacobs...

Distribution: Original - Master Record File
Copy - Inmate

916-1
5/14/12

ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Letter
Case 2:12-cv-00601-ROS   Document 1340   Filed 01/20/15   Page 11 of 17
Response will be limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.
4-A-14

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Richard R. Day | 202495 | Tucson/Cimarron | 12/8/14 |

| To: | Location |
|---|---|
| Dr. Bersiaso | Rincon |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

(Supplement to First Page)

I developed pulmonary problems as well as many other inmates after ADOC blew-out the air vents on this complex. I coughed up blood for around 50 day's prior to being forced to treat me by Az Representative and my church. I spent 7 days with round-the-clock IV's at UPH under Dr. Brian Martins care. Within two year's I redeveloped the previously unheard problem. NP Modrzejewski claims "I was on deaths door", but he refused to allow me an outside doctors care. Luckely, I got better. I'm still experiencing severe ACID reflux, stomach problems, and a host of other issues related to that pulmonary problem. The Acid reflux medication Corizon supplies has little effect. The blue liquid works better, coats my throat, and the tumbs would help. Corizon refuses to supply those according to NP Modrzejewski and wheres the doctors care?

Finally, ADOC refused to lance my cellies cyst on his ear so I was forced to help him and it exploded in my face, I was later diagnosed with Hep-C. "I don't do drugs". For over 5 yrs I've requested Hep-C treatment and deserve to have this done; however, all I get are repeated excusess of various kinds. When do I go through the process?

I've filed my notice of claim, but only requested medical treatment and legal costs. I was mistaken to believe this would work so I'm amending my claim to an appropriate amount to compensate me for years of needlessly suffering, decreasing physical and mental health for conditions some of which might be terminal sooner than I anticipated. I'm further joining the other coordinated inmates in exposing these problems and those who refuse to keep their oath of treatment for the sick....

I formally request that you examine me and make a determination as to my immediate physical problems that are crippling me, causing insomnia, mental health issues... And make a determination on my internal and Hep-C. NP Modrzejewski seems to only be concerned with cost-cutting methods and retaliation. I've suffered too long with my medical problems. Something needs to be done, Now!

After much waiting I was finally provided a blood test today (12-12-14). Past history dictates that the results will be ignored and nothing done again. These few and far between things are only stall tactics while we suffer and eventually told "It's too Late"! Corizon and ADOC has a long sorted history.

Inmate Signature: [signed] GTB    Date: 12-12-14

Have You Discussed This With Institution Staff? [X] Yes [ ] No   All medical staff
If yes, give the staff member's name: Director Charles Ryan, Wonda Schacker and COIV were present...

Distribution: Original - Master Record File
              Copy - Inmate

916-1
5/14/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Time: 1500
Initials: [illegible]

| | |
|---|---|
| Inmate Name/Nombre (Last, First M.I.): Day, Richard R | ADC Number: 202495 |
| Date: 12-18-14 | |
| Cell/Bed Number: 4-A-14 | Unit: Cimarron |
| P.O. Box: 24408 | Institution/Facility: ASPC Tucson/Cimarron |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below): [X] Medical/Médica  [ ] Dental  [ ] FHA  [ ] Pharmacy  [ ] Mental Health  [ ] Eyes  [ ] Other

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

I only got through half of my providers appointment when were locked down for emergency count. He said we would reschedule, so this is a reminder. We still need to finish the Hep-C discussion and blood test results and I also need something for my arthritis, swelling, cramping... to go with the pain medication. Also, my acid reflux medication that's currently prescribed is not enough. The Calcium Carb tablets the nurse let me try worked much better, however, I still have the internal problem. Will you also supply the Calcium Carb Chewables?

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature: [signed]

**REFERRAL BY MEDICAL STAFF:** [ ] Medical  [ ] Dental  [ ] Pharmacy  [ ] FHA  [ ] Mental Health  [ ] Eyes  [ ] Other

Comments:

Staff Signature Stamp: ____  Date: ____  Time: ____

**PLAN OF ACTION:** You are scheduled w/ provider

Staff Signature Stamp: [signed]  Date: 12/18/14  Time: 1530

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
10/1/09

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: 12/29/14
Time: 1300
Initials: DW

**Section I**

Inmate Name/Nombre (Last, First M.I.): Day, Richard R
ADC Number: 202495
Date/Fecha: 12/29/14
Cell/Bed Number: 4-A-14
Unit/Unidad: Cimarron
P.O. Box: 24406
Institution/Facility: ASPC Tucson/Cimarron

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**Section II**

AREA OF INTEREST: [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy [ ] Mental Health [ ] Eyes [ ] Other

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.

I did not get to finish my appointment with NP Modrzejewski, because of the lockdown. We needed to finish our discussion of Hep-C treatment and blood tests.

Also, the medication he prescribed is causing me great constipation and increased acid reflux. Will you get him to prescribe additional medications until he can complete our appointment? The Calcium Antacid tablets worked fairly well for the acid reflux.

Inmate's Signature: [signed]

**Section III**

REFERRAL BY MEDICAL STAFF: [ ] Medical [ ] Dental [ ] Pharmacy [ ] FHA [ ] Mental Health [ ] Eyes [ ] Other

Comments: You are scheduled with the provider

Staff Signature: S. Williams
Date: 12/25/14
Time: 1345

**Section IV**

PLAN OF ACTION: Returned to me at 3:50pm on 12/30/14 after I saw provider at 1:00pm. Provider, NP Modrzejewski, refused to discuss problems, became hostile and loud over a 12/5/14 HNR. He drew the attention of Officer Vasquez, called me a liar, said he was done, ran out of his office to computer in next room to further falsify his malpractice. My medications were cut off this morning before the scheduled appt. Note: This has been an ongoing problem with him & other inmates have had hostile encounters!

Distribution: White - Health Unit, Canary, Pink & Goldenrod - Inmate

1101-10ES 10/1/09

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: 12/26/14
Time: 11:04
Initials: [illegible]

**Inmate Name/Nombre** (Last, First M.I.): Richard R. Way
**ADC Number/Número de ADC:** 202495
**Date/Fecha:** 12/26/14
**Cell/Bed Number/Celda/Numero de Cama:** 4-A-14
**Unit/Unidad:** Cimarron
**P.O. Box/Apartado Postal:** 24406
**Institution/Facility/Instalación:** ASPC Tucson/Cimarron

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below): [X] Medical  [ ] Dental  [ ] FHA  [ ] Pharmacy  [ ] Mental Health  [ ] Eyes  [X] Other (specify): Emergency

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

> I've spoken to medical several times this week about the constipation the pain med is causing. I need something NOW for this problem. It's very painful too.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

**Inmate's Signature/Firma del prisionero:** [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF/REFERENCIA MÉDICA** [ ] Medical  [ ] Dental  [ ] Pharmacy  [ ] FHA  [ ] Mental Health  [ ] Eyes  [ ] Other

**Comments/Comentarios:** Continue all current meds. You are scheduled for Provider Line.

**Staff Signature Stamp:** [signature]
**Date/Fecha:** 12/26/14
**Time/Hora:** 11:59

**PLAN OF ACTION/PLAN DE ACCION:** Returned to me on 12/30/14 after I saw provider at 1:00pm time: 3:50pm provider, NP John Modrzejewski refused to speak of this issue, cut/stoped my pain medication before appt. He loudly voiced displesure over 12/5 HNR, called me a Liar, said we were done and stormed out of his office to further falsify his malpractice on the computer. His Anger drew attention of CO Vascez.

Distribution: White - Health Unit, Canary, Pink & Goldenrod - Inmate

1101-10ES 10/1/09

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Time: _____
Initials: _____

**Inmate Name/Nombre** (Last, First M.I.) (Apellido, Nombre, Inicial): Duy, Richard K.
**ADC Number/Número de ADC:** 202495
**Date/Fecha:** 12/27/14

**Cell/Bed Number/Celda/Número de Cama:** 1-A-14
**Unit/Unidad:** Cimarron
**P.O. Box/Apartado Postal:** 24408
**Institution/Facility/Instalación ASPC:** Tucson/Cimarron

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique) **Emergency**

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

I'm still very constipated from the medication NP Modgjewski provided for pain. The meds he prescribed didn't work, I haven't pooped since Tuesday and I'm bleeding out my ass. This is the second emergency notice I've filed and I've notified both nurses. I've also been having to give away my food since 12/28/14. I'm in great pain!

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

**Inmate's Signature/Firma del prisionero:** [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify)(especifique)

**Comments/Comentarios:** No reply as of 12-30-14 saw NP MODRZEJWSKI, but he refused to treat me and became very hostile. He used a 12/5/14 HNR over the word placebos to raise his voice (shout) loud enough for Officer Vasquez to emerge. He then called me a liar, refused to treat me, and ran out of his office to the computer to falsify his malpractice. -

**Staff Signature Stamp/Firma del empleado:** _____
**Date/Fecha:** _____
**Time/Hora:** _____

**PLAN OF ACTION/PLAN DE ACCION:** Never Answered

**Staff Signature Stamp/Firma del empleado:** _____
**Date/Fecha:** _____
**Time/Hora:** _____

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
10/1/09



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

4-A-14

*Complaints are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Day, Richard R. | 202495 | Tucson | 1-5-15 |

| To | Location |
|---|---|
| Marlena Bedoya | |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

NP Modrjeweski, informed me that I would see a specialist if his treatment didn't work. I Lost 30 lbs, slept little, bed ridden for months, coughed-up blood, developed Acid reflux and stomach problems, and suffered Great mental distress... I still have Not recovered nor seen a specialist. The Provider began reducing pain and other meds for my joints... and has Never provided arthritis medication. After complaints, he took All medications including inhalers for some time. After Complaining to Dr. Berseago, he offered T3's, but not Gabapentin (Standard med. by specialists) (which I had taken for over 7 yrs). He didn't tell me T3's cause extreem Constipation. He finally provided Ducusate, however, it didn't work and I notified nursing staff daily that I hadn't pooped in a week, hadn't eatin Since 12-25-14, had stomach problems, and bleeding. I filed two "Emergency" HNR's on the 26th & 27th, but he refused to see me or provide anything additional. I was told he would see me next week and was forced to trade the food I couldn't eat for over-the-counter stomach and constipation medication...
On 12-30-14 Provider Refused to discuss my "Emergency", became very hostile, raised his voice so that officer Vasquez investigated. He said: He's done with treating me, refused to provide Hep-C results or treatment, made a reference to a 12-26 HNR regarding placebos, called me a liar, and stormed out of the room. The HNR he's refering too was from much earlier when he removed All medications...
See Medical files prior to ADOC and during ADOC, plus specialists findings, HNR's (not falsified computer records), grievences... NP Modrjezewski claims he took my meds the first time because of reports of trading meds. Note: I've been repeatedly blood checked for med. Levels and had quantities checked in bag when meds were KOP. "I Always passed", and the provider has claimed my conditions are psychological. Records prove different. And why does he take All medications from everyon? I'm also sure that he adjusts/falsifies his files to cover-up his retaliations and malpractice. Further, I learned that he D/Cd my meds on 12-28-14 because previous HNRs and Grievences caught up with him.
Remedy: Provide Specialist for internal problems, original medication for pain, stomach, acid reflux, inflamation, joints... Hep-C treatment and orthopedic specialist to further help with problems.

| Inmate Signature | Date |
|---|---|
| [signature] | 1-15-15 |

Have You Discussed This With Institution Staff?  ☒ Yes   ☐ No
If Yes, give the staff member Name: CO IV Munson, nursing staff

Distribution: Original - Inmate
Copy - Grievance Coordinator File

802.1(a)
12/18/12

HM
Copy Rec'd by CO
1/15/15

Parson V. Ryan, CV-12-0061-PHX-DKD

Richard R. Day #202495
A.S.P.C. Tucson
Cimarron Unit
P.O. Box 24408
Tucson, AZ 85734-4408

Date: Jan 15, 2015

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC-1
Phoenix, AZ 85003-2118

RE: Fairness Rebuttal Concerning Corizon and ADOC's medical Settlement and their continued denial of medical Care....