RECEIVED ____ COPY
JAN 20 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT

REFERENCE
Rule 54.7(a)(1),(2),(3)
(Rule Number/Section)

To Whom This May Concern:   CV-12-601-PHX-DKD

My name is Anthony Adair Brobst, A.D.C. #062381. I am a sixty year old male in the custody and control of the Arizona Department of Corrections continuously since April 07, 1987. I declare that I am currently assigned to, and housed at, the Lewis State Prison Complex at Buckeye since December 10, 2010.

I am writing this in response to the open forum provided by the settlement agreement in Parsons v. Ryan, Order No. ~~CV-12-0601-PHX-AKD~~, and the Director's Instruction #332.

I am writing this to emphatically state that I have empirically observed NO POSITIVE CHANGE in the way that Corizon Health Inc., or its employees, provide constitutionally adequate health care to the prisoner population at this complex. To the contrary, the reality of actual health care provided is as follows:

1. There is consistently a three-to-four month wait to be seen by a medical provider for serious medical needs.

2. Registered Nurses (RN) have been replaced by Licensed Practical Nurses (LPN) and Nursing Assistants (NA) to reduce costs. The result of this change in nursing staff is that these nurses have no authority to actually act as medical providers. The only function of these nurses is to act in a clerical capacity

1.

TO SCHEDULE MEDICAL APPOINTMENTS.

3. THESE NURSES HAVE AUTONOMOUS AUTHORITY TO SCHEDULE APPOINTMENTS WITH A PRIMARY MEDICAL PROVIDER WITH LITTLE OR NO SUPERVISORY OVERSIGHT. THEY DICTATE WHO IS, AND ISN'T, SEEN BY A MEDICAL PROVIDER, AND WHEN.

4. LICENSED PHYSICIAN'S HAVE BEEN REPLACED BY NURSE PRACTITIONER'S (NP) AS PRIMARY MEDICAL PROVIDERS TO CUT COSTS OF PROVIDING CONSTITUTIONALLY ADEQUATE MEDICAL CARE. NP'S ONLY HAVE THE AUTHORITY TO "RECOMMEND" A TREATMENT OR MEDICATION FOR SERIOUS MEDICAL NEEDS. MORE OFTEN THAN NOT, THOSE RECOMMENDATIONS ARE ARBITRARILY DENIED BY A PHYSICIAN AT COMPLEX MEDICAL DEVOID OF ANY EXAMINATION. THE PRISONER IS NOT ADVISED OF THE DENIAL, AND HAS TO SUBMIT ANOTHER HEALTH NEEDS REQUEST TO BEGIN THE CYCLE ANEW.

5. NO PRISONER ACCESS TO A LICENSED PHYSICIAN IS AVAILABLE EXCEPT UPON REFERRAL FROM THE UNIT NP, AND SUCH REFERRALS ARE SELDOM APPROVED OR HONORED.

6. WRITTEN COMPLAINTS ABOUT ADEQUATE MEDICAL CARE ARE, BY D.O.C. POLICY, DIRECTED TO CORIZON EMPLOYEE BRENDA ROJAS, BUT MOST OFTEN RESPONDED TO BY NURSING ASSISTANT ERICA JOHNSON. IF A COMPLAINT RESPONSE IS RECIEVED AT ALL, IT SELDOM ADDRESSES OR AMELIORATES THE PROBLEM.

7. Prisoners at Lewis State Prison Complex are trapped between A.D.C. staff and Corizon employees. A.D.C. staff has no authority to interfere in the medical care provided by Corizon (or the absence of care), but acts as security for the corporate contractor. More often than not, this security position equates to a denial of access to medical personnel unless you are scheduled to be seen by the nursing staff.

8. Particularly at risk are elderly prisoners. Those with documented chronic medical needs, and those complaining of documented chronic pain issues are routinely ignored by scheduling nursing staff. Of this singled out group, I am one of many.

9. Of those prisoners deliberately singled out for the unconstitutional disparities described above, the common thread that binds us together is that we are all over fifty years of age, doing life sentences, and complaining of unmedicated chronic pain issues. In lieu of treatment for the cause or symptoms of our disease, we are issued a wheelchair, subterfuge, and no care.

10. While a wheelchair increases limited mobility, it does nothing to mitigate moderate to severe pain, or inhibit the progression of the debilitating disease. I have been confined to a wheelchair for more than one year

3.

WITH NO ACTUAL EFFORT MADE TO TREAT THE CAUSE OR THE SYMPTOMS OF MY DOCUMENTED DISEASE.

11. LITIGATION ON THIS ISSUE IS IMMINENT IF UNCORRECTED.

12. FOR CORROBORATION AND INVESTIGATION OF THE FACTS I AM PROFFERING HEREIN, I WILL CONSENT TO AN UNLIMITED EXAMINATION OF MY MEDICAL RECORDS AND THE EXTENSIVE FILE OF HEALTH NEEDS REQUESTS IN MY POSSESSION.

UNDER PENALTY OF PERJURY, I DECLARE THAT THE FACTS PLEDGED HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY PERSONAL KNOWLEDGE, INFORMATION, AND BELIEF.

SIGNED THIS 15TH DAY OF JANUARY, 2015.

*Anthony Adair Brobst*
A.D.C. 062381
LEWIS STATE PRISON COMPLEX
BARCHEY UNIT, BOX 3600
BUCKEYE, AZ 85326-0304.

COPIES MAILED TO:

| | |
|---|---|
| CLERK OF COURT | PRISON LAW OFFICE |
| U.S.D.C., DIST. OF AZ. | GENERAL DELIVERY |
| 401 W. WASHINGTON, STE 130, SPC 1 | SAN QUENTIN, CA. |
| PHX, AZ 85003-2118 | 94964 |