Parsons -v- Ryan

Document # 1204

CV # 12-00601PHX-DKD

Special Proceeding / Patients Elements of inadequate Prison health Care system.

In The U.S. District Court for the state of Arizona

Respectfully submit with the Clerk of the Court

Comment

Proposed Settlement is fair, and in the best interest of all inmates now, and future inmates to be.

Inmates here at Santa Maria, has nurses, ordering medication, or precribing medication to the inmates, without the inmates ever been seen by a provider or doctor.

(1)

On 12-16-2014, I had an unschedule appointment with medical supervisor, and nurse Days, Shelbe.

The appointment was in regards of an inmate letter that I had sent to the Supervisor, about the nurse's not correcting the computer for KOP, for my asthma pump, and stopping my Ibpropen, that was ordered because I have bad headaches, and back pains and pain in my hip. also the balm that was order for my arthritis that's in shoulder's and fingers, hips.

I was told by both nurse Days & her Supervisor that medical no longer order these medication, that it would have to get from inmates store, even as an indegent inmate.

My medical condition, signfically effects my daily actvites. existance of chronic and substantial pain.

Inmates here at Santa maria, unit, Perryville Complex

(2)

# Arizona Department of Corrections



1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov

**JANICE K. BREWER**
**GOVERNOR**

**CHARLES L. RYAN**
**DIRECTOR**

## MEDICAL GRIEVANCE APPEAL: TO THE DIRECTOR

Inmate Name: <u>DANIELS, DAISY</u>     ADC No.: <u>042654</u>     Case No.: <u>B51-010-014</u>

Institution: <u>ASPC- PERRYVILLE/SANTA MARIA</u>     Date Received: <u>September 8, 2014</u>

I have reviewed your Grievance Appeal wherein you allege "cruel and unusual punishment" because your asthma inhaler was changed from KOP to DOT.

Your Grievance Appeal has been investigated including a review of your medical and pharmacy records. Based on our findings, your appeal is denied. The reasons for this decision are:

1. Our review shows that you are being followed by medical staff for a number of health issues including your diagnosis of chronic obstructive pulmonary disease (COPD) with asthma for which you were prescribed Albuterol inhaler (two puffs four times a day), Alvesco inhaler (one puff twice daily) and Proventil which is administered as small volume nebulizer(SVN) treatment at bedtime. You were also advised on numerous occasions to stop smoking, but you continued to do so. During a visit of 7/15/14, you demanded a different inhaler. Upon further discussion with the nurse, it was determined that you were overusing your Albuterol inhaler and not following the prescribed dosage. To ensure appropriate medication administration, the order for Albuterol inhaler was changed from keep-on-person (KOP) to directly observed therapy (DOT) on 7/23/14. During a medical visit of 8/6/14, you indicated that you are not using Alvesco inhaler and asked why your Albuterol inhaler is no longer KOP. You were advised that Albuterol inhaler is a metered dose inhaler (MDI) and should be used only as ordered to avoid any adverse effects. On 9/15/14 the order for this medication was changed back to KOP. [handwritten: "not true"] Based on this information, no further action is necessary regarding your appeal.

2. Please submit a Health Needs Request (HNR) if you have additional medical concerns or needs which you wish to discuss with a medical provider.

This response concludes the medical grievance process per Department Order 802.06 Medical Appeals to the Director.

Charles L. Ryan, Director     10/31/14  Date

cc: Facility Health Administrator, ASPC Perryville
C.O. Inmate File

Page 1 of 1

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

(To be completed by staff member initially receiving appeal)
Received by: Mike Machen
Title: COIII
Badge #: 7795
Date: 8/27/14

**PLEASE PRINT**

Inmate's Name (Last, First, M.I.): Daniels, Daisy
ADC No.: 042654
Date: 8-27-2014
Institution: Perryville / SM
Case Number: B51-960-14

TO: ADC Director / Via

I am appealing the decision of How can you misuse an asthma inhaler, when you or taken as needed? how is taken a medication that you should have on you at all time, is for my safety?

This do not legalize, putting any inmate life in jeopardy, one of A.D.C. employee who come to work at 10:00 pm during and COII Hamilton #9804, securety walk, she notice that I was having troulbe breathing, but could not get help from any medical staff. Change of shift, about 6:00 Am COII Ranger #5208, made a call to get help be cause I still was not breathing good, (then, no) nurse on

Inmate's Signature: Daisy Daniels
Date: 8/27/14
Grievance Coordinator's Signature: Z Meta
Date: 08/27/14

Response To Inmate By:

Location:

Staff Signature:

RECEIVED
8-27-2014
SEP 08 2014
HEALTH SERVICES

DISTRIBUTION
INITIAL   White & Canary - Grievance Coordinator
          Pink - Inmate
FINAL     White - Inmate
          Canary - Grievance File

802-3P
2/14/00

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance - GF Supplement

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Daniels, Daisy | 042654 | Perryville /SM | B51-010-14 |

on site, she called again about 9:??am, and I did not I still didn't get treated for my asthma, but all asthma medication taken as KOP and there one I don't get even at Pill-Call at all but this is for my safty. The one I don't get is the one that should be taken 3 times a day, were I don't have to use the albuterol as often.

This is cruel & unusual punishment, ~~including~~ including un-safty delay in providing adequat medical care or treatment.

There has been several time, at 5°am, CO II Araiza #4983 has worked in kitchen 33, here at Santa Maria unit, and have seen me come into the kitchen to get my food, having a hard time breathing, and there (no know) medical help or staff on site. This is not adequat medical treatment in a timely manner.

I have been here in DOC System for 3 years, and I never had troulbe about the misuse of my asthma inhailer, until I put start using the grievance system, and medical staff then made this abusive decision that I should not have a medication that should be on any person that's an asthmatic, pursuant DO 802.10, Protection against repriser, Requesing an investigation, for the return of a medication that should be on any person that's an asthmatic. DO 802.06 Sec 1.2, 1.2.1

Signature: Daisy Daniels
Date: 8-27-2014

INITIAL DISTRIBUTION - Committee Recommendation  All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink  Inmate  Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement  White and Canary - Grievance Coordinator  Pink  Inmate
FINAL DISTRIBUTION - White - Inmate  Canary - Grievance File

802-7P
2/14/00

# ARIZONA DEPARTMENT OF CORRECTIONS
# Inmate Letter Response



| Inmate Letter # | Inmate Name (Last, First, mi) | ADC # | Facility: | Unit: | DateRecd: |
|---|---|---|---|---|---|
| IL-14-0259 | DANIELS, DAISY | 42654 | PERRYVILLE | ASPC-PV S.MARIA MED | 12/3/2014 |

This is a response to your November 24, 2014 Inmate Letter. Your letter was received by Director Ryan's office on December 3, 2014. Director Ryan has referred your letter to me for review and response.

Your main area of concern according to your letter is in regard to an asthma inhaler that was ordered KOP. Upon review of Grievance Appeal #B51-010-014 it is stated in the Appeal that on September 15, 2014 the medication (inhaler) was ordered as a KOP.

Copies of this correspondence along with a copy of Grievance Appeal #B51-010-014 will be forwarded to Anthony Coleman, Corizon Site Manager for review and corrective action as deemed necessary.

CLR87130146

_____
Vanessa Headstream, Program Evaluation
Administrator, Health Services Contract Monitoring
Bureau

12/09/14
Date

cc: Complex Site Manager, PERRYVILLE
c.o. Master File

Tuesday, December 09, 2014

Page 1 of 1

**ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate Letter

Requests are limited to <u>one page</u> and <u>one issue</u>. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Daniels, Daisy | 042654 | Perryville / SM | 11-24-2014 |

| To: | Location |
|---|---|
| Director / 1601 W. Jefferson | 34-C-146 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible. Case # B51-010-014

One of the staff here at Santa Maria, unit, Perryville Complex, gave an incorrect statement, I have not received my asthma inhailer back, and I was told by nurse Herbert, that I was not going to get it back as (KOP), there was no reason given. She seen your response, before saiding what she said.

When I recieved your response, that my asthma inhailer was changed back to (KOP), I sent to phamacy a H&R for a computer update 11-14-2014 which I have attach for your review.

On 11-19-2014 after talking with nurse Krystal, who was the nurse during pill-call, who advised me to send a H&R to medical because there was no change in the computer for my asthma pump as (KOP).

Which I did, no response, which I have attached, for your review.

RECEIVED
DEC 2014
Director's Office

Inmate Signature: Daisy Daniels
Date: 11-24-2014

Have You Discussed This With Institution Staff? ☑ Yes  ☐ No
If yes, give the staff member's name: Nurse Herbert and mental health

Distribution: White - Master Record File    Canary - Inmate

916-1
5/13/10

# Arizona Department of Corrections

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov

JANICE K. BREWER
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL: TO THE DIRECTOR

Inmate Name: **DANIELS, DAISY**   ADC No.: **042654**   Case No.: **B51-010-014**
Institution: **ASPC- PERRYVILLE/SANTA MARIA**   Date Received: **September 8, 2014**

I have reviewed your Grievance Appeal wherein you allege "cruel and unusual punishment" because your asthma inhaler was changed from KOP to DOT.

Your Grievance Appeal has been investigated including a review of your medical and pharmacy records. Based on our findings, your appeal is denied. The reasons for this decision are:

1. Our review shows that you are being followed by medical staff for a number of health issues including your diagnosis of chronic obstructive pulmonary disease (COPD) with asthma for which you were prescribed Albuterol inhaler (two puffs four times a day), Alvesco inhaler (one puff twice daily) and Proventil which is administered as small volume nebulizer(SVN) treatment at bedtime. You were also advised on numerous occasions to stop smoking, but you continued to do so. During a visit of 7/15/14, you demanded a different inhaler. Upon further discussion with the nurse, it was determined that you were overusing your Albuterol inhaler and not following the prescribed dosage. To ensure appropriate medication administration, the order for Albuterol inhaler was changed from keep-on-person (KOP) to directly observed therapy (DOT) on 7/23/14. During a medical visit of 8/6/14, you indicated that you are not using Alvesco inhaler and asked why your Albuterol inhaler is no longer KOP. You were advised that Albuterol inhaler is a metered dose inhaler (MDI) and should be used only as ordered to avoid any adverse effects. On 9/15/14 the order for this medication was changed back to KOP. Based on this information, no further action is necessary regarding your appeal.

   *this is not true*

2. Please submit a Health Needs Request (HNR) if you have additional medical concerns or needs which you wish to discuss with a medical provider.

This response concludes the medical grievance process per Department Order 802.06 Medical Appeals to the Director.

Charles L. Ryan, Director   10/31/14
Date

cc:   Facility Health Administrator, ASPC Perryville
      C.O. Inmate File

Page 1 of 1

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Inmate Grievance Appeal**

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

(To be completed by staff member initially receiving appeal)
Received by: Mike Machen
Title: COIV
Badge #: 4795
Date: 8/27/14

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Daniels, Daisy | 042654 | 8-27-2014 |

| Institution | Case Number |
|---|---|
| Perryville / S M | B5L-960-14 |

TO: ADC Director / via

I am appealing the decision of **How can you misuse an asthma Inhaler, when you are taken as needed? how is taken a medication that you should have on you at all time, is for my safety?** for the following reasons:

This do not legalize, putting any inmate life in jeopardy, one of A.D.C. employee who come to work at 10:00pm during and COII Hamilton #9804, securety walk, she notice that I was having trouble breathing, but could not get help from any medical staff change of shift, about 6:00 AM COII Ranger #5208, made a call to get help because I still was not breathing good, (mon, no) nurse on

Inmate's Signature: Daisy Daniels  Date: 8/27/14
Grievance Coordinator's Signature: Z Meta  Date: 08/27/14

Response To Inmate By: _____  Location: _____

Staff Signature: _____

RECEIVED 8-27-2014
SEP 08 2014
HEALTH SERVICES

DISTRIBUTION
INITIAL  White & Canary - Grievance Coordinator
         Pink - Inmate
FINAL    White - Inmate
         Canary - Grievance File

802-3P
2/14/00

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance - GF Supplement**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Daniels, Daisy | 042654 | Perryville /SM | B51-010-14 |

on site, she called again about 9:9am, and I did not I still didn't get treated for my asthma but all asthma medication taken as KOP and there one I don't get even at Pill-Call at all but this is for my safty. The one I don't get is the one that should be taken 3 times a day, were I don't have to use the albuterol as often.

This is cruel & unusual punishment, ~~including~~ including un-safty delay in providing adequat medical care or treatment.

There has been several time, at 5°am, CO II Araiza #4983 has worked in kitchen 33, here at Santa Maria unit, and have seen me come into the kitchen to get my food, having a hard time breathing, and there (no know) medical help or staff on site. This is not adequat medical treatment in a timely manner.

I have been here in DOC system for 3 years, and I never had troulbe about the misuse of my asthma inhailer, until I ~~put~~ start using the grievance system, and medical staff then made this abusive decision that I should not have a medication that should be on any person that's an asthmatic, pursuant DO 802.10, Protection against reprisar, Requesing an investigation, For the return of a medication that should be on any person that's an asthmatic. DO 802.06 sec 1.2, 1.2.1

| Signature | Date |
|---|---|
| Daisy Daniels | 8-27-2014 |

INITIAL DISTRIBUTION - Committee Recommendation  All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink  Inmate  Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement  White and Canary - Grievance Coordinator  Pink  Inmate
FINAL DISTRIBUTION - White - Inmate  Canary - Grievance File

802-7P
2/14/00

# ARIZONA DEPARTMENT OF CORRECTIONS
# CORIZON HEALTH SERVICES-PERRYVILLE

## *GRIEVANCE RESPONSE*

**DATE:**              August 21, 2014

**INMATE NAME:**       Daniels, Daisy

**ADC#:**              042654

**GRIEVANCE #:**       B51-010-14

**ASPC PERRYVILLE:**   SANTA MARIA

**FROM:**              Anthony Coleman, Health Services Administrator

We are in receipt of your Grievance # B51-010-14, dated 08/14/14, and received on 08/19/14, regarding medications.

Your primary area of concern has been reviewed, and it has been determined that your medication was discontinued as a KOP because of your misuse and was done for your safety. Your medications are still available to you for use under nursing supervision.

Anthony Coleman, Health Services Administrator
Corizon Health Services - Perryville

ORIGINALS - Grievance Coordinator
COPY - Health Services Grievances File

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3P, within 10 calendar days of receipt of this notice.

Received By: Mike McChere
Title: COIII
Badge Number: 4995
Date: 8/14/14

Inmate Name (Last, First, M.I): Daniels, Daisy
ADC Number: 642654
Date: 8-13-2014
Institution/Facility: Perryville / SM
Case Number: B51-010-14

TO: Grievance Coordinator

**Description of Grievance** (To be completed by the inmate): Response received on 8-13-2014, with the statement that, on 8-8-2014, That COIII McChan spoke with nurse Regenwether regarding my issue, which it do not explain the reason for such deliberate indifference Fuhishing KOP, with my chronic problem, what resource do I have, doing an asthmatis, once medical staff is off duty,

and the provider Shan, must not be a Licensing Doctor for this Knid malpactice, for a knew medication is need and there was nerve a talk about me misuseing any medication, This pill call nurse was in there when I had this appointment tolding him what to do, it should had been him tolding her what to do, This indifferance for this albuteral not beening KOP, pose an unreasonable risk of sericus damege to future harm.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?) Stop medical staff, discriminated act or action, with this unedequate medical care for inmates and there phuse of there authority, should not be allowed, an inmate should be able to use the grievence system without this knid of retaliation, against any inmate,

Inmate's Signature: Daisy Daniels
Date: 8-14-14
Grievance Coordinator's Signature: Z Mata
Date: 08/15/14

Action taken by _____ Documentation of Resolution or Attempts at Resolution.

RECEIVED
AUG 19 2014
ACPC-Perryville
Health SVCS.

Staff Member's Signature | Badge Number | Date | 17589

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1P
2/14/00

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance - GF Supplement**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Daniels, Daisy | 042654 | Perryville/SM | B51-010-14 |

and is ~~improp~~ Inproper way of refussing adequate medical care for medication In a timely manner, The KOP is essential, for my chronic condition, as an asthmatic

This unprofessional decision of medical staff, has intentional inflicted pain disconfort, and a risk for death.

RECEIVED
AUG 1 9 2014
ACPC-Perryville
Health SVCS.

Signature: Daisy Daniels

Date: 8-13-2014

17589

INITIAL DISTRIBUTION - Committee Recommendation All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink Inmate Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement White and Canary - Grievance Coordinator Pink Inmate
FINAL DISTRIBUTION - White - Inmate Canary - Grievance File

802-7P
2/14/00



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Response

**For Distribution:** Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| DANIELS, Daisy | 042654 |

**Institution/Unit**

ASPC/Perryville   Santa Maria   34/146

| From | Location |
|---|---|
| COIII Mike Machen  #4995 | Santa Maria  Bldg. 34 |

RE: Your Informal complaint dated 08/07/14 concerning having your Albuterol as a KOP medication again.

On 08/08/14 I spoke with Nurse Regenwether regarding your issue.

On 8/6/14 you were seen by Dr. Sharp, who explained to you, in detail, your misuse of your medication. For your own safety, Albuterol will no longer be available to you as a KOP medication.

Your request is denied.

RECEIVED
AUG 1 9 2014
ACPC-Perryville
Health SVCS.

17539

**Staff Signature:** [signed] M. Machen

**Date:** 8/8/14

Distribution: Original - Inmate
Copy – Grievance Coordinator File

802-12(o)
12/19/12



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Daniels, Daisy | 042654 | Perryville/SM | 8-7-2014 |

TO: CO III Mechan

LOCATION: 34-C-146

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

medical needs in question? I am Informal trying to resolve an Issue. on 8-6-2014, I was told that my albuterol was no longer KOP. Could this be, because I wrote medical staff superviser of, and the grievence which I had filed. DO 902.11 Sec 1.1 Reteliation of medical staff need to stop putting me on a medical yard. do not change, that the correct medication, need to be ordered for my asthma

Is this professional stadards. of the new medical staff.

The nature of my medical condition is that I am an asthmatic, and should be able to take my albuterol as need.

This deliberat indifference of the new medical staff professional judgment, put me at risk of harm and addition medical problem, with this typ of medical practice, if you or an asthmaic, you take your albuterol befor you have un asthma attack, no I need my albuterol as KOP. to take as need.

**INMATE SIGNATURE:** Daisy Daniels

**DATE:** 8-7-2014

Have you discussed this with institution staff? ☒ Yes ☐ No
If yes, give the staff member name: medical staff

RECEIVED AUG 19 2014

Distribution: Original - Inmate
Copy - Grievance Coordinator File

ACPC-Perryville Health SVCS. 802-11(e) 8/21/13

17589



Daisy Daniels #092654
Ariz. State Prison, Perryville
Santa Maria, 34-C-146
P.O. Box 3400
Goodyear, Ariz. 85395

U.S. District Court
401 W. Washington St.
Phx. Az. 85003-2118

Document
1204
CV# 1206601 PHX-DKD
Comment
Exhibit attached

**LEGAL MAIL**

Indigent