Clerk of the Court                                    1/14

Parson v. Ryan CV12-00601-PHX-DKD

I'd just like to address the fact that, at the Florence Complex in SMU I, they offer education and mental health on the television. There is none of that offered at the RAST Max facility, or the Lewis Complex for that matter. I believe some of that money from the settlement would be well spent on ~~all~~ building more education and mental health programs on the television just like they have at the Florence Complex.

Thank You
Justin Joyce 159473



Clerk of the court
US District of court Div, AZ
401 W. Washington St.
Ste 130
Phx, AZ