Case #Parsons v. Ryan XCase #CV12-00601-PHX-D
                                                CV12-00601-PHX-DKD
Pg. 1

To Whom it May Concern,

My name is Zachary Ryan, ADC # 283370. First and foremost I would like to thank all the attorneys who worked towards gaining prisoners civil rights which Department of Corrections has ignored for too long. I myself am a Veteran who suffers from PTSD, Anxiety, and Depression. I am constantly meeting fellow servicemen whose country has ignored and thrown in prison only to neglect any responsibility to provide even the slightest health care. Arizona is such a Republican conservative state that our prison system consumes over 10% of our yearly state budget. So how can the Justice system allow inmates to have their civil rights violated. Many like myself are non-dangerous, non-repetitive first time offenders. What is the purpose of "Corrections"? When will anyone care enough to blow the whistle and acknowledge Arizona's need for Prison Reform. I have been in Maximum custody for the past 8 months. As well as 10 months out of 2014. These units don't have sheets, towels, reliable AC in the summer, reliable heat in the winter. On 8/18/14 while at the Bachman Detention Unit at Lewis Complex I was peppersprayed while in a headlock chokehold from my cellmate.

I was already close to un-consciousness, this made it even more difficult to breath. The officers were outside screaming for us to "cuff up". How does one "cuff up" while being punched in the face or choked out. The case number on this incident was 14-L09-0094. I had to fight for my life, my cellmate suffered from severe mental illness as well. After he was too tired to fight anymore he "cuffed up" I followed suit. We were takin out of the cell covered in blood and pepper spray. Then I was takin to medical I walked in sat in a chair told to sign a check in list asked what injuries I obtained. I informed the staff of severe neck pain, as well as a leg injury and could barely walk. They took my blood pressure then told the officers to transport me back to my cell. I was confused and asked if I were going to be evaluated. The "staff" assured they would schedule an X-ray. Over 5 months later I have never been seen by any medical staff other than the nurse at pill call. My leg injury has subsided however my neck still causes extreme pain and discomfort. Not too mention the tramatic experience of fighting for my life. This is only one example from one inmate with the time and stationary material to comment and

share my experiences in Maximum Custody. I hope that this court takes into account that many inmates are illiterate and just about all inmates have no faith in our justice system. My peers tell me I am naive too believe any changes will ever be made. So for that reason I feel that if we inmates shall not recieve individuals compensation for the inhumane treatment Charles Ryan imposes than he should be held financial accountable. Or forced to resign. Once again I thank all those who fight for human rights. For those who still believe us to be humans.

Zachary Ryan Wilson
ADC# 283370

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
INMATE Zachary Wilson
ADC# 243376
ARIZONA STATE PRISON COMPLEX Lewis
UNIT Bachman Detention
PO Box 3500
CITY Buckeye    AZ 85326

PHOENIX AZ 852
20 JAN 2015 PM 1

JAN 22 2015

Clerk of the Court
United States District Court,
District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, Arizona 85003-2118

85003\3059