FILED _____ LODGED
_____ RECEIVED _____ COPY

JAN 22 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

PARSONS VS RYAN, CV 12-00601-PHX-DKD   1-19-15

Hello I just wanted to give my opinion on the purpose settlement. for the most part I totaly agree Because for one its a start of Better things to come. for many, many, many years D.O.C Has Treated Inmates with Cronic Issues, mental Health, and Dental as if they dont care. IT was all about saving money and making money. I am one of those Inmates who Have Been consitantly denied medal Treatment for Cronic Issues. and Just pulled teeth. This is my 4th Time Incorcerated and all Togethar 23 yrs locked up.

D.O.C is Still Not in full compliance Because Theure Thinking is what can i do. so i agree somewhat to the purpose settlement But i Believe it Still Needs To Be looked into Because They Have there way of getting around Thing. I Have absolutely every Receipt which is many many to Prove D.O.C consisantly Denied my cronic Issue and mental Health treatment Im a M.H.-3 and cannot get 1-1 counceling. and D.O.C goes Hours with a walk when they are suppose to walk every Hour. I can prove every Thing im saying and would absolutely purticipate in any Thing the lawyur or court would want me to as for as a Log On walks and Dentals.

So to close my Release is next year and i would love to Help the lawyur or court In anyway. Thank you for your time. you all Have a good and Blessed day Sincerly

Sisto Benavides

1-19-15

**INMATE MAIL - ARIZONA DEPARTMENT OF CORRECTIONS**
INMATE _Sisto Benavidez_
ADC# _72407_   _2-A-6_
ARIZONA STATE PRISON COMPLEX _Eyman_
UNIT _SMU I_   _4000_
_P.O. Box_ _4000_
CITY _Florence_   _AZ 85132_

FOREVER USA

PHOENIX AZ 652

20 JAN 2015 PM 3 L

JAN 2 2 2015

Clerk of The Court
State
United District Court, District of Arizona

401 W. Washington St, Suite 130, SPC 1

Phoenix, Arizona
85003-2118

8500305