CV-12-00601-PHX-DKD



Parsons v. Ryan CV12-00601 PHX-DKD

1-22-2015

My Name is Greg, And I am writting this letter to the Courts to explain how terrible Conditions are at Browning Unit SMU.II Eyman Complex. Other than the fact that we Recieve 3 sandwiches a Day & that is for Breakfast & Lunch & is Supposed to hold us over till Dinner, It Doesn't. We are Only allowed out of our Cell 3 times a Week that Means Only 3 showers a Week, that is Rediculous, plus Our Water temperature is freezing Cold, I believe it is in hopes that We do Not Want to Come out of our Cells to take a Shower, Lazy! We are Under a Super Bright Light all Day Long & it Only Dims a little at Night, We feel like animals Under a Light in a Cage all Day Long. Then the C.O.'s give out tickets if We Cover our Lights a little Bit, to try to Make Our Cells a little More Barable. But By far the Worst Complaint I have is I have Hepatitus C and I have filled out Health Needs Request Forms (5 in total) trying to Recieve My Hepatitus A & B Shots & I have Heard Nothing in Response. The Nurses tell Me I am on the Medical Line Waiting to Be Seen, But My First Health Needs Request Dated Back to August 2014. I Do Not Believe it should take Anywhere Near this Long when you have a Disease & are needing proper Treatment. Just thought you Guys should hear 1st hand how Bad it truly is Over here at Browning Unit, I hope this lawsuit makes Big Changes to help us Because it truly feels like We have Been locked away & DOC Has Lost the Key. Thank You for Your Time.

