# Parsons V. Ryan, CV 12-00601

MY NAME IS EDGAR PAVON GARCIA ADC# 159067, I am writting in regards the law suit, I have some imputs and personal things that at this minute I'm going through. First, I do believe that the first part of the settlement is fair, but only if D.O.C keeps it's part. Wich at this point is not keeping. I'll explain in a minute The second part of the settlement says that it will improve the condition in the maximum security units.

Returning to the first part, I was in Buckeye, AZ at Lewis Complex in 7/19/12 when I recieved news that my son and dad got killed in México. I was provided med's for my deppretion. I recieved the Burrier picture's of my son and dad, My ex girlfriend send me the picture's. IN MY PROPERTY BOX I had my son's and dad's last letter's and pictures. On 9/27/12 after recieving news that my dad and son got killed, I was sent to County jail for pending charges. And before I left Buckeye, the property officer named Ms. Hudgens THAT told me that all of my property would remain at Barchey Unit in Buckeye AZ. until I returned. I stayed in County Jail for 2 years. From 9/27/12 TO 10/6/14. On my return to D.O.C I was taken to SMU.11 called Browning Unit in Florence AZ. This Yard is a Maximum Security unit. I was brought here because I got sentenced to Natural life, and have to spend Mandatory 2 years before I go to a lower Yard. On my arrival I wrote to COIII VICTORIA AND Requested my property that was left at Barchey Unit when I went to County Jail. 8 days later I was told by the COIII Victoria that my property was lost to do a Informal Resolution. 15 DAYS LATER I was told to do a grievance. I did, and 20 days later The Grievance Coorinator wrote back and said that "All OF MY PROPERTY WAS DESTROYED." I WROTE TO PSYCH

IN MENTAL HEALTH. I WAS TORN APART, BECAUSE IN MY PROPERTY I HAD All OF THE LAST LETTER'S OF MY SON'S AND DAD'S. AND I HAD THEY'RE BURRIER PICTURES THAT MY EX-GIRLFRIEND SENT ME, WICH NUNE WILL I EVER GET BACK. I DON'T TALK TO MY EX NO MORE. I TALKED TO PSYCH, WICH I CRYED LIKE A BABY. THEY TOLD ME THAT I'll BE PUT ON THE PSYCH PROGRAM. WICH WOULD ALLOW ME TO HAVE A T.V TO HELP ME COPE WITH MY LOSS. WICH WOULD HELP ME BECAUSE D.O.C DESTROYED MINE. I don't have the money or support to buy another one. WELL, THIS WAS ON 11/5/14. On 12/4/14 I was moved from Browning to SMUI Maximum Security Unit. At my arrival, to my cell 1.C.2. I and the officer who brought me to my cell noticed that my whole floor was covered in white powder. The powder is used by the officers to clean up blood. Well, the officer who brought me, I asked him to please bring me cleaning supplies, the officer said he will. But he never came back. I am legally blind. And my glasses where in my property when I got moved, wich I didn't get till 10 days later. So I couldn't see the officer's name tag, and when I asked for a name, they wouldn't give it to me or just walk away. This was a thursday morning at around 9:00am. And I asked for cleaning supplies to all officer's I saw pass my cell. I finally was forced to clean my cell with only a rag and shampoo, no gloves, no bleach, no desefentecvi. I asked for a Supervisor, was ignored. I went to clean my floor, when I noticed that under neath the white powder was dryed blood, then I noticed white powder on my sink with dryed blood. And on my food tray on the door, there was dryed blood. I asked the second shift officer to call a Sargeant, I explained my concern, And told him that I needed cleaning supplies, gloves and desenjective to clean the cell he said to give him a while. But never gave me nothing. I came to find out that an inmate name Patrick West was in my cell before, and he had mental problems. He had told the officers that he couldn't stay in that cell

because he felt that people were coming from the plumbing closet to kill him. The officer's ignored him. And because MR. West really felt his life in danger, he cut himself, and the next time an officer walked, the officer noticed MR. West bleeding and the officer instead of calling for a supervisor or for medical, started to yell at the inmate and Mazed him. Then they took him out of the cell to medical. The officer's turned off the water and sprinkled the whole floor, sink with that white powder and left it like that until I got there. I TRYED TO GET A SUPERVISOR FROM 12/4/14 TO 12/9/14. I had no cold water and my hot water didn't stop running. And my room light was kept on 48 hours. On 12/9/14 I finally got blessed, I went to a Psych Program and told Psych ASSOCIATE Peddretti about how I was kept in my cell with dry blood. I told her that I had left dry blood on my food trap and white powder under my bunk so the supervisors could see. She talked to a supervisor that sent 2 sargeants to my cell. One Sargeant, name is Pinzon, and the other sargeant wouldn't give me his name. They came in to see the white powder and blood. Sargeant pinzon said that he doubts that any one cut himself in my cell and that the white powder under my bunk was not what I think and that the dryed blood was coffee. When I told him that Patrick West cut himself, the other sargeant said "they will send some one to clean the mess" And left. Latter that day officer Mejia came to my cell and said "By Captain Velazques orders you need to clean the powder and stains." He gave me a sponge, gloves, desefective and broom. I told him that I needed bleach to kill the blood stains vacteria. He told me that's all he had, and I cleaned the cell for the 2nd time. I

did a letter to my CoIII Condry on 12/8/14 explaining all that I went through, and I wanted to know, why I was treated the way I was? I also told him that it was cruel the way I was left in that cell for 5 days before any one listened to me. I never heard back from him. On 12/22/14 I did my informal to my CoIII Mosley, wich she responded 1/7/15 and I recieved it on 1/12/15. wich she states. That she spoke to SGT. BoBo and he stated that I was pulled out and my cell cleaned." wich never happened, I cleaned the cell. I wrote my grievance on 1/12/15 asking why I was left in a Bio-Hazard cell with no cleaning supplies. And my grievance was returned with no reply, I sent it back on the 1/13/15. And again was returned to me with no reply on 1/16/15. They are refusing me a chance to grieve this issue. ON 1/15/15 I was moved to another cell, this cell has Fiber glass outside my door. And my toilet didn't work. I was without a toilet for 24 hours. On 1/16/15 Mainance came and fixed the toilet, but in the process, they turned off my drinking water. I asked at 9:00AM the pod officer to PLEASE TURN ON THE WATER. HE TOLD me he didn't have the keys to open the pluming closet, but that he'll go get them. His shift ended and all morning I asked for a cup of water and to please fix my problem by turning on my water. He never did. Second shift came, and on the first walk at around 2:00PM. I explained my situation, that officer also said that he had to go get the pluming keys. I asked all day until his shift ended. Swing shift, I asked the officer for water, and explained to him my situation and asked to please turn the water on. He said that it'll be a while because he was the only officer on the whole wing. This was at around 11:30PM. At Around 12:40AM Another officer (female) was passing out toilet paper, I told her that Mainance had accidently left my water off and asked her to please bring me a cup of water and to please turn my water on. She told me that she'll look into it. But never came back. At first shift 1/17/15 at around 6:00AM. The first officer that walked, I explained my situation and again asked for water and to please turn my water

on. He said he would, then he walked again at around 8:00AM. And again I asked for water and to turn my water on. He said he would, he never did. At 9:00AM another different officer walked, and I asked to please give me water and to turn my water on. He told me that his partner already talked to a Sargeant about it and that they'll be here to fix my problem shortly. At 10:40AM a CO IV with badge #1426 was making her rounds. I had already made an Emergency Grievance regarding my water problem. And I told her everything I was going through and gave her my Emergency grievance. Ten minutes later a Sargeant came and turned my water on. On 12/9/14 I was really depressed and had a mental break down, because of everything I was going through. The loss of my dad and son, My property being destroyed by D.O.C. because they thought I got released, witch I went to County Jail. Me getting Natural life. DOC putting me in a 13x7 feet cell with no T.v, radio, books, (nothing) all of my property destroyed. I was really depressed! The psych doctor told me that I am on the list for a loaner T.v. Do to the fact that I'm going through grief, and I'm locked down 23 hours to 24 hours a day. I've asked the CO III Mosley on 1/8/15 about that T.v. She told me to be patient. Today is 1/17/15. And I am being kept in a cell with nothing, I just stare at the wall from morning to night. I am going crazy in this cell alone with nothing. DOC will tell you anything you want to hear, and put on a show once ACLU is around. But once they're gone, they go back and treat us even worse. I have all documentation of everything I'm telling you now. I still have not got any help for my depression! I wrote Medical asking to see a psych doctor again on 1/5/15. And I still have not being seen. I am trying to stay calm and do my grievances. But I could only take so much, I have a lot to lose than them! Also, when I got to my new cell, 1.A.4 this whole cell was nasty dirty! I asked for cleaning supplies, toilet brush, and I still have not recieved anything. This is inhumane how we are being treated. I know by telling you this and by doing my

grievances I will be retaliated against, because to them (DOC) what happened in prison stays in prison. But, I'm not scared, and I have a mouth and I have A MIGHTY GOD that protects me. And I won't stay quiet! So, D.O.C is violating the settlement you guys have. Thank you for reading this letter, and I pray that something comes out of it. Because today is me, they are treating badly, tomorrow could be more innocent victims.

Sincerely,
Edgar P. Garcia #159067