EDGAR R. Garcia ADC #159067
Arizona State Prison Complex; Eyman
Unit: SMU. 1-A-4
P.O. BOX 4000
FLORENCE, AZ 85132

Legal - Indigent.

ARIZONA DEPARTMENT
OF CORRECTIONS
LEGAL MAIL

TO: Clerk of the Court, District of Arizona
United States District Court, Suite 130, SPC 1
401 W. Washington St,
Phoenix, AZ 85003-2118

RECEIVED
JAN 22 2015
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA