Sheldon Walker #102833
Arizona State Prison: Eyman
P.O. Box 3400 Browning Unit 1-A-11
Florence, Arizona 85132

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 22 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

January 5, 2014

RE: Parsons v. Ryan CV 12-00601-PHX-DKD Settlement Proposal

I am writing as a member of the above mentioned settlement proposal. I am writing to express some concerns which I have regarding several issues and to suggest some possible solutions to my concerns.

Medical Treatments

1. When prisoners do get to see a doctor after months of waiting, the doctors do not listen to what the prisoner says about the problem. In my experience, I told the doctor about my back problem and the doctor asked where it hurts after I told her, I was prescribed medication. That took about 2 minutes without any further examination. I am asking that doctors are thorough in the examinations and allow us to fully describe our problems so they can be properly treated. This has caused prisoners to have to request additional visits to see the doctor for the same problem, and the prisoners in pains or trying to deal with pain for months. There are several prisoners who decide not to go to the doctor or medical unless the pain is unbearable, because not only will we have paid $4.00 for not getting the proper help but we will still be left in pain.

pg. 2

2. I have a chronic back problem. When I go to the doctor, I am given psychotropic drugs that don't help the pain. This has become a common practice for the doctors at this unit. Prisoners are being prescribed psychotropic drugs for physical ailments. From my personal experience and observation, these drugs make mentally impaired, dazed, and unable to function in a normal way. In this mental confused state, I may not be focused on the pain in my back, but nor am I able to focus on much else. These drugs are doing more harm than good if a prisoner is already trying mentally to deal with the confinement of solitary, which I have since 1999, and then to have his mental state altered in a way he can't control because he seeks relief from physical pain. The doctor can prescribe better medication that doesn't put prisoners in this state, other things to help ease the pain such as better bed mattresses, the allowance of shoes with soft soles, and other items that don't interfer with security, but help relief chronic pains.

Food and Nutrition

3. Hot breakfast tray was removed because of budget problems in 2010 and in 2012 all fruit and sugar was removed from the lockdown units. When these changes took place, ADC failed to substitute the proper calories and nutritional values of the removed items. Only lockdown unit are subjected to this. The nutritional values of fruit has not been met and this is especially important for prisoners as myself who are vegans for religious reasons and depends on fruits and vegetables for maintaining our health. There are no substitute for the nutritions that fresh fruits provide and if there are, ADC are not providing them in the meals they are providing, especially the religious diets. The calories that have removed have not be replaced calories of equal value; The calories that have been replaced were replaced with a lot of empty calories. These empty calories causes a prisoner to be hungry after eating a meal and continue to lack

pg. 3

the nutritions and good calories that are needed to maintain a healthy body. This always can lead to physical ailments and poor health which adds to the burden and costs of the medical clinic at this unit and others in lockdown. When prisoners are not feed properly this cause prisoners not to exercise and sit and/or lay around all day because of a lack of energy and not wanting to burn energy that can't be replaced. So, I am asking that the part of the settlement that addresses the nutritions and calories include having the correct type of calories, fruits, vegetables, and nutritions that are needed for good health.

Sanitary and Health Issues

4. ADC has an infected population with some form of hepatitis that amounts to about 85%. This is a very serious problem and the spread of it to others is a very serious concern in ADC's lockdown units. Here in Browning Unit, all prisoners housed in this unit are forced to use the same facial shaving razor and finger/toe nail clippers. Although ADC has taken steps to properly sanitize these grooming tools, the procedures and the actual performance of these procedures are not sufficient to prevent the spread of these diseases. The electric facial clippers are not cleaned when they are passed from prisoner to prisoner. The officer passing the clippers around doesn't spray them with the sanitary spray unless the prisoner ask, and even then the officer will just give the clippers a quick spray but do not clean the blades nor inside the clippers. This can lead to the spread of hepatitis and other blood transferred contagions. The fingernail clippers which are also used to clipper toenails are not properly clean and sanitized. It is not feasible for these items to be properly cleaned and sanitized before being passed along. We are forced to use these items because if our fingernails are not clipped we will receive a disciplinary ticket for not being properly groomed. There are 60 prisoners to one cluster of cells

pg 4

The officer has a pouch she carries the clippers in. They hand the clippers to one prisoner and when that prisoner is finished, they put the clippers back into that pouch without cleaning them, then give that same clipper to the next prisoner without cleaning them. The officer would not have the time to properly clean, soak, and decontaminate the clippers if they were to properly sanitize the clippers and give them to 60 prisoners. I have received clippers with stains that appeared to be rust but was actually dried blood. This happened to several other prisoners. This only occurs in lockdown unit and seriously threatens the health and life of lockdown prisoners.

Thank you for your time and attention to this matter.

Sincerely,
Shelden Walker