FR: Leonard Bean #159352                                    1/19/2015
ASPC-Florence/Unit Central
  P.O. Box 8200
Florence, AZ. 85132           RE: Parsons V. Ryan, CV12-00601-Phx-DKD

To: Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ. 85003-2118

[FILED/RECEIVED stamp: JAN 22 2015, CLERK U S DISTRICT COURT, DISTRICT OF ARIZONA]

Dear Judge,

This is to inform you that I am still being denied the Hep-C treatment by Corizon. Corizon continue to denied me health care according to the guidelines court order. I am a member of the class case no: 2:12-cv-00601-Phx-DKD. I am requesting to this court to issue an order to Corizon to provide me the Hep-C treatment soon as possible. I am in totally disagreement with the said settlement for this reason. I was diagnosis of liver disease well as HCV in an out-side hospital in the year of 2005. For years I have been denied deliberate indifference to serious medical needs. I request to be presence at the hearing on February 18, 2015 on the fairness of the settlement. Without this Hep-C treatment I fear that my liver will fail me. I written to you on 12/29/2014 about my medical situation. I serious need the Hep-C treatment or I will die.

Thank you for your time to this utmost matter!
    Sincerely, Leonard Bean