Graybill, Jeffrey L. ADC #267381
ASPC Eyman Meadows 11C38
P.O. Box 3300
Florence, AZ 85132

FILED ___ LODGED ___
RECEIVED ___ COPY ___
JAN 22 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

January 19, 2015

Donald Spector
Prison Law Office
General Delivery
San Quintin, CA 94964

RE: CV 12-00601-PHX-DKD
Parson vs. Ryan
Document 1185-1, 13-16396

Mr. Spector,

This letter is in regards to the compliance of the Arizona Department of Corrections and Charles Ryan, Director of ADC, to the performance measures in Document 13-16396 signed 10/9/4 in Parson vs. Ryan.

In my experience as an ADC inmate at Eyman Complex, Meadows Unit, it is ever more apparent that the Dept. of Corrections and their contracted medical, Pharmacy, Dental and mental Health Care Provider, Corizon, is continuing to provide grossly inadequate medical care to inmates. These services have actually gotten worse and continue to get more negligent since the 10/14 agreement.

Referring only to my own personal standing, I currently have the following examples of direct violations to the Performance Measures listed on the following page. Of note,

all of these issues are in various stages of the ADC Grievance process:

Mental Health:   Re: MH82 + MH83

   I am an MH3B medium security Inmate. In violation of MH82 and MH83, I have not been seen at all by Mental Health in over 90 days. I have been offered Group Sessions monthly as of August 2014. I requested the monthly group and have not been called to it since last summer. My meds. were changed over 90 days ago, with no follow up at all.

Medical Records + Access to Care: (HNR's) RE: MR8, AC36, AC37

   In general, Health Needs Requests are either not responded to at all, or take over 30 days, or are apparently and clearly backdated at Eyman Meadows Unit. Often, "Scheduled on NL (Nurses Line)" is written as a response, yet that appointment never comes. Re: MR8 - the unit does not have "Sick Call." Requests to see the Nurse are either ignored, or take far longer than 72 hours even after multiple HNR's are submitted. (Access to Care 36+37)

Pharmacy:

   In regards to PH12, PH13, PH14 and PH15:
In 2014 I was prescribed Tegretol as a Watch Swallow med as a treatment for Post Orthostatic Hypotensive Tachycardia Syncope Syndrome. As Tegretol is a treatment for seizures, not low blood pressure, it did not work as a POHTSS treatment after taking it regularly for 90 days. I placed HNR's to be taken off of it, to no response. In October 2014, I began not showing

Page 2 of 6

for it and also signed three refusals. I was never called by a QHCP as the Performance Measures dictate, neither for the refusals or the No shows.

I am prescribed Excedrin Migraine for headaches caused by Opthalmic Issues. I receive a 15 day supply every 30 days, though the script is for two tablets daily. I receive 30 tablets every 30 days. A Lapse in this med happens every single month. I place HNR's for refills, which are never completed in less than 5 days. Without HNR's, I get no auto-refills at all.

I was prescribed Famotadine (Pepcid) for 3+ years in ADC. In 2001 I was diagnosed with chronic Gastritis after an Endoscopy outside of Prison. There was a lapse in this prescription for all of October, November and December of 2014. In January 2015, after multiple HNR's, I was told that Over the Counter meds are no longer provided by ADC/Corizon, except through the Inmate Store at Inmate expense after I pushed the lapse issue through the grievance process. Yet, I do still receive other OTC meds available at Inmate Store from ADC/Corizon such as 81 mg. Aspirin for chronic heart history. My monthly meds have a consistent history of lapses in filling and refills.

New meds, such as Paxil, prescribed new to me on 10/16/14 take well over the 2 days in PH11. Often as many as 5-10 days.

<u>Emergency Response & Staffing Measures:</u>   Re: ER25, SM1 + SM2

On 12/24/14 at 12:20am, I had a syncopy episode. I was passed out for over 7 minutes. The C.O. II on duty called a medical ICS at 12:21am. In direct violation of ER25 and SM1 and SM2, <u>no</u> medical staff ever responded. I was told by Security staff/C.O. II's, that no RN was onsite in Complex and No Provider was on-call for the Complex, upon regaining consciousness. I was told to place an HNR.

<u>Diagnostic Services:</u>   Re: Diagnostic Services 45 + 46 / Vision

I have a degenerative vision condition. Every year I place an HNR for an Eye Exam to be scheduled in December. When I receive December eye exams, I typically receive the new glasses prescription in mid to late February of the next year. ADC allows for Inmates to receive yearly eye exams and eye glasses script updates. This year I was told that eye exams are 4-6 months behind, at least, due to the number of Inmate HNR requests for Eye Exams. The unit has <u>1</u> optomitrist see Inmates at the unit for approx. 6-7 hours <u>one</u> day per month. At a rate of 3 eye exams per hour, that's 18-21 inmates examined per month. There are well over 75 HNR request outstanding still in the Eye Exam HNR Binder at Meadows Health Unit. The unit refuses to bring in additional Optomitrists, or send inmates out to them / outside offices to catch up. There are also inmates waiting 6 or more months for their eye glasses scripts to be filled by the contracted lab. PH11, PH14, PH22 — require prescriptions be filled much more timely.

(1250 Inmates @ unit — at least 1/2 wear glasses)

Diagnostic Services Continued:

On 6/26/14, I was diagnosed with Actinic Keratosis (AK) by unit Doctor (QHCP) Shroff. This diagnosis was reached by a 5 second or less look at spots on my forehead and nose. I had placed an HNR for these spots that were and are changing in shape, size and color as well as itching, burning and painful. Corizon's only treatment for pre-cancerous skin conditions is to issue a brush or brim hat SNO (Special Needs Order). No outside appointments to a Dermatoligist (which I requested 3x now), no topical medications, etc. are provided, despite my family history of skin cancer and extensive history of sun expose pre-ADC in my employment field. I was told by Dr. Shroff that skin cancer is not treated by Corizon unless and until parts of the body, such as ears, etc. need to be removed as a life threatening measure. I have 13 years remaining in ADC custody. To deny a Dermatology or Oncology outside Diagnostic appointment for such a condition that by definition is pre-cancerous is not providing adequate medical care. I suffer pain, itching and discomfort greatly daily as these spots grow + change further. They have not been even measured for monitoring purposes. The only treatment offered is: wear a hat + stay out of the sun. I was last informed of this on January 7, 2015 by Dr. Shroff at Eyman Meadows Unit.

Chronic Care: RE CC56                                        Page 5 of 6
No education has ever been provided for my conditions.

In general, the medical care, or lack thereof, provided at Eyman Complex, Meadows Unit, is inadequate, reactive at best, grossly negligent and in obvious violation of <u>many</u> of the Performance Measures outlined in Parson vs. Ryan.

In 2014, many inmates, including myself, attempted to resolve issues in the grievance process. The grievances were responded to, yet without a resolution or change in care for the inmate. The unit would attempt to squash them in some manner before reaching the complex or Director level, often by moving the inmate to another unit by being an "administrative nuisance." With the publication of the Performance Measures resulting from Parson vs. Ryan being made available on 12/21 to ADC Inmates on ADC ETV channel 21, Inmates such as myself feel it now appropriate and necessary to inform the courts of compliance issues with the resulting Parson vs. Ryan agreements and documents.

Regards,

Jeff Graybill            1/19/15

Jeff Graybill ADC #267381          January 19, 2015

CC: Clerk of the Court              Page 6 of 6
    US District Court
    401 West Washington Suite 130 SPC1
    Phoenix, AZ  85003-2518