Parsons v. Ryan, CV.12-00601-PHX-DKD.

Douglas D. Yokois, ADC#240176
A.S.P.C. Eyman/SMU-1
P.O. Box 4000
Florence, Arizona 85132


January 24, 2015

FILED ___ LODGED
RECEIVED ___ COPY

JAN 2 2 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Clerk of the Court
United States District Court,
District of Arizona
401 W. Washington St. Ste 130, SPC 1
Phoenix, Arizona


1. I'm writing to you to offer my opinions
on the fairness of the proposed settlement
of the above cited case.


2. I have mixed emotions about this settlement.
I'm glad that the parties to the case have
tried to work together to arrive at this
proposal. I'm also grateful that due to
their efforts there is some needed and
long overdue changes that I am already
seeing take place where I'm housed.
However, my previous experiences in these
situations are already being repeated;
that is, that those in positions of authority
care only about self-preservation and

—1—

maintaining the status quo. They care little or nothing about respecting the rights of those in their custody and control or in improving their quality-of-life issues. But the primary reason is that they are not compensated for their performance in these areas.

3. Before I go any further, I want you to know a little more about me than you will find on the ADC's website:

   a. I'm an 11 year, disabled, combat veteran of the U.S. Navy where I attained the rank of Hospital Corpsman First-Class/ E-6.

   b. I saw combat in the 1991 Persian Gulf War with the 8th Tank Battalion, 4th Marine Division, U.S. Marine Corps in Saudi Arabia and Kuwait.

   c. I've been a Chief Information Officer in Navy medicine at the U.S. Naval Academy in Annapolis, Maryland.

   d. I have a great deal of clinical and

administrative experience with the medical
management of patients, both in an inpatient
and outpatient settings.

It's important that you know these things
about me so that when you read the
following, you'll know that I know what I'm
talking about.

## My Opinions

1. The ADC only has to be 85% compliant
with the monitored performance standards
after 3 years, meaning that 15% of inmates
will not have their serious medical needs or
their basic human and civil rights met
according to the provisions of the settlement.
This is unacceptable.

2. The settlement requires that, prior to an
inspection of ADC facilities or records, the
Plaintiff's attorneys must give a 2-week
advance notice to the Defendants. There
should be a provision for at least 2
unannounced visits per year. The reason for
this provision is obvious to any reasonable
person.

3. The settlement requires that the Defendants must comply with all of the health care performance standards set forth in Exhibit B, and that "[c]linicians who exhibit a pattern and practice of substantially departing from the standard of care shall be subject to corrective action." This is unacceptable in that it does not go far enough. I fail to see how this is any improvement over the current system. Of all of the medical grievances that I've submitted due to "[clinicians who...substantially depar[ted] from the standard of care," 100% were denied. I submitted some of those to the respective professional boards for investigation. None of them were to have violated any law, that's just plain ridiculous.

"Sometimes you have to go beyond what is legally required to do what is right," — U.S.A.G. Eric Holder.

———————— Story time ————————

(If you don't want to read this skip to the end of Storytime)

.Right about now, you are probably bored with having to read all of these convict's letters. Sit back and let me regale you with a little anecdote which will hopefully wake you up.

This is a true story which took place just last month, in December 2014:

1. Just last month, a fellow human being named Charles Knight, who was living in cell 2A19 of SMU-1, contracted a Urinary Tract Infection (UTI). Charlie is 82 years-old, a Korean War-era veteran, and physically frail. Charlie tried to get treatment for his UTI in the usual way; he submitted and HNR to medical and he waited. His UTI moved up into his bladder. Still he waited. His infection moved from his bladder up into his kidneys. The UTI was now just one thin cellular membrane from entering his bloodstream and causing a days long, agonizing death from sepsis. Charlie began to run a fever; yet he trusted in the system and continued to wait.

2. Charlie was in bad shape now. It had been over 2 weeks since he had asked for help from medical. He felt like "a mule team kicked me in my back," he said. One night he fell out of his bunk onto the cold, hard concrete floor of his cell. In his weakened state, Charlie couldn't get to his feet.

3. Charlie lay on one side on the floor of

his cell for 4 days before we could get help for him. During that time, he was so weak that he couldn't even roll over. Charlie urinated and defecated on himself. He was dehydrated and hungry. He lay there and moaned in pain, He thought he was going to die.

4. Meanwhile, we, his fellow inmates in pod 3, knew of his suffering. We begged the medication nurse, who came to the pod twice daily to pass meds, to help. We also begged the guards to "do something" to help him. We kept Charlie company the only way that we could; we talked to him, we told him that he was going to be okay. We prayed for him to not give up hope that someone would help him.

5. After 4 days we finally got the guards and nurses to pay attention to Charlie. They called an ICS, and took him away to medical on a gurney. He was given I.V. fluids and started on antibiotics. Now you might believe that this is the end of the story but it's not.

6. A few hours later Charlie was brought

back to his cell after being literally brought
back from the brink of death and dropped
off, back on the floor, in his own filth.
He was still sick and weak from the fever,
and in tremendous pain in his kidneys. The
clinicians had given him nothing for the
severe pain, not even Tylenol for his
fever. You see, your Honor; You must
now buy your own Tylenol from the
store. The antibiotic that they gave to
him only partially worked. And, when
medical discontinued them after only 7
days, Charlie's infection came roaring
back. This was due to the fact that the
clinician violated the "standard of care" by
not ordering a simple and inexpensive
laboratory test called a Culture &
Sensitivity test on the bacteria that was
causing his UTI, thereby determining the
bacteria at fault and what would be
effective in treating him.


7. Three more days passed during which
Charlie grew worse. I begged the nurse
who passed meds and the guards who
would stop long enough to listen, to "do
something" to help him. They finally
repeated their past performance, this

time giving him Ciproflaxin, a powerful, broad spectrum antibiotic, which killed his infection. After more than 3 weeks Charlie began to improve. Then suddenly Charlie was moved to another pod. It turned out that he was moved because we, his fellow prisoners, had tried to help him. We demonstrated compassion for him! So, on 12-23-14, Charlie was moved to cell 2A33 in the SMU-1. We haven't heard from him since.

——————— End of Storytime ———————

So what can you order to be placed in the settlement so that what happened to Charlie (and happens each and every day in the ADC) won't happen again? To put the question another way; how do you legislate human decency and compassion? More importantly, why should you have to? Have we as a race learned nothing except how to be more heartless and cruel to each other in the 21st century? Maybe you can find a way, your Honor, to protect us prisoners from our captors. I hope that you will try.

4. It is a good thing that the settlement

requires the Defendant or contracted vendors are now required to ensure that:

a. All prisoners will be offered an annual influenza vaccination.

b. All prisoners with chronic diseases will be offered the required immunizations as established by the Centers for Disease Control (CDC).

c. All prisoners ages 50-75, will be offered annual colorectal cancer screening.

But hold on a minute. In the cases of 4a and 4b above, when does the vaccination or immunization have to be administered? Unless it is given close to the beginning of flu or pneumonia season, it does little good. That's what we receive now, if we're lucky. Incidentally, 4a through 4c are all merely the minimum standards of care. Instead of "the same 'ol, same 'ol," why not require that all immunizations and vaccinations be administered in a medically meaningful and timely manner in order to be prophylactically effective?

5. Stating that the Defendants "shall request that the Arizona legislature approve a budget to allow the [ADC] to

implement DI 326 for all eligible prisoners" is unacceptable. That's like stating that if the ADC is unable to successfully ask the state's legislature to approve a budget to fund DI 326, or should the state legislature itself fail to approve such a budget, then DI 326 doesn't have to be implemented. That's a huge loophole!

6. The list of chronic diseases in the settlement's attachment "A" is unacceptable. It must be expanded. Examples are mental illnesses, "ADA" or physically and mentally disabled inmates, chronic conditions such as morbid obesity, sleep apnea, etc. There is a similar listing to the settlement contained in ADC Department Order 1101-Inmate Access to Health Care (D.O. 1101). I suggest to the Court that it take a moment to review D.O. 1101 to see what directives already exist in the ADC, if it has not already done so. I also further suggest that a list already approved by the CDC or the NCCHC should be the starting point.

7. In summary, I believe that this proposed settlement in its current form

will do little if anything to change the way that the ADC does business today. Simply put, this is because the ADC doesn't have to admit to any wrongdoing or liability, as described in paragraph I.5. of the STIPULATION document. "If it ain't broke, don't fix it," and "don't admit that it's broke", are the de facto mission statements around here. Put another way, if there's NO admission of wrongdoing, why should anyone here see any reason to change the way in which they do business?

"The difference between [other countries and ours] is that we admit and correct our mistakes." — U.S. President Barack Obama.

8. If I could have one prayer answered right now, it would be that God would force you and all those in positions of power to experience through the senses of those prisoners who are daily, hourly, and even this very minute, suffering deprivations at your hands. And that if these deprivations were visited on an animal they would result in those responsible being charged with criminal cruelty to

animals and arrested. In my 54 years of being a citizen of these United States I never believed that "We the People" would allow ourselves to be responsible for such crimes against humanity and call it "justice." How can we as a Country point at other countries and ask them to respect basic human rights when we torture our own?

9. Maybe someday, God willing, "We the People" will awaken to what is being done in their name and in the name of public safety. It is my hope that on that day the deliberate indifference to the plight of our prisoners in this, the greatest Country on earth, will forever end. Until that day, "[U]nder a government which imprisons any unjustly, the true place for a just [person] is also a prison." — Henry David Thoreau, Civil Disobedience.

Very Respectfully Submitted,

Douglas D. Yokois