Case 2:12-cv-00601-ROS   Document 1356   Filed 01/22/15   Page 1 of 5

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 22 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

1-16-2015

To: Clerk of the Court,
Re: Parsons v. Ryan CV12-00601-PHX-DXD

My name is Stefanie Courson DOC# 294852.

I am writing in regards to the above-mentioned case. I have been at Perryville since Sept. 25, 2014. Since that time, I have personally experienced very poor medical care. In addition, I have witnessed very poor medical care to 2 other inmates, both of which are housed in very close proximity to me.

In regards to my own experiences, I have a chronic stomach issue that I've had since Nov. 2009. While I was in R and A, (Receiving and Admissions) I was seen by a doctor who put me on a medication for my stomach. He then told me I would be seen for a follow-up within 6 weeks. To date, I still have not been seen for the follow-up appointment. In addition, the prescription has now expired, so now I do not have any medication for my stomach due to their lack of follow-up medical care.

I also have had an ongoing medical issue that I first wrote an HNR (Health Needs Request) in early November, 2014. I was getting several open sores on my

legs that were increasing in size, sore to the touch, and multiplying in quantity. Due to how fast these sores were spreading, I asked to be seen immediately. After 2 weeks had gone by, I wrote another HNR asking for another appt. I was finally seen at the end of November, 2014 (almost 30 days after my first HNR). I was seen by a nurse who confirmed that she thought the sores were some type of bite. She ordered my bedding to be changed out and I was seen again within 7 days.

At the 2nd appt. in early December, the nurse looked at my legs and acknowledged that despite the change of bedding, I was still getting several open sores. Since she had no idea what it was, she told me I needed to be seen by a provider. To date, I still have not been seen, and I still have several sores that have not been treated in any way. (no cream, antibiotics, etc.)

I have also witnessed ~~to~~ 2 inmates receive very poor medical care. The first one is Sami Goodwin. She has recently been admitted to the hospital for a toxic skin disease called Steven

Johnson syndrome. However, her admittance to the hospital was only after her skin condition had gotten extremely severe.

Prior to hospitalization, Jami had put in several HNR's asking to be seen. Her whole skin was bright purple, and oozing through several pads daily and yet, nothing was done. She was given different types of cream without follow-up to make sure it was working. Due to the lack of follow-up medical care, Jami went for months with this toxic skin disease before she was finally diagnosed and admitted to the hospital. To date, Jami is still in the hospital.

The other inmate that I have witnessed get extremely poor medical care is Kim Johnson. She has Type 1 diabetes and because she is not receiving the proper antiquated insulin, she has hypo-glycemic episodes. These episodes cause her to be completely unaware of what is going on around her. I am housed right next to her, and have seen her undergo several episodes, some much more severe than others.

During her hypo-glycemic episodes, Kim shakes, screams, convulses, and has even stopped breathing. However, on several occasions, the guards call an ICS, (which is on-site emergency medical care) and laugh at her because she makes awkward noises and movements. One time specifically, a guard yelled at her to eat something while she was having an attack and was completely unaware of what was going on. He then proceeded to issue her a disciplinary ticket (which takes away good time & privileges). Kim Johnson challenged the disciplinary ticket and it was ultimately dismissed, but it is ridiculous that she was issued one at all.

In addition, Kim's HIPAA privacy has been violated by the nurses who treat her. On several incidents, they have disclosed personal medical issues both in front of inmates, and to officers.

To conclude, these experiences have all taken place after DOC lost the lawsuit, which leaves me very little hope to believe that they intend on improving the care they provide to inmates. Thank you in advance for your consideration.

Sincerely, Stefanie R. Coulson

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
INMATE Coleman
ADC# 294852
ARIZONA STATE PRISON COMPLEX Perryville
UNIT San Carlos
P.O. BOX 3700 Lot B 99L
CITY Goodyear AZ 85395

Clerk of the Court
United States District Court
District of Arizona
401 W. Washington St.
Suite 130, SPC 1
Phoenix, AZ 85003-2118

LEGAL MAIL