Parsons v. Ryan CV-12-00601-PHX-DKV

Clerk of the Court:

I do not believe the settlement covers accurately the damages prisoners have and will face, nor does it force Corizon to provide proper care or hold medical staff accountable.

1) HNR's being returned as much as six (6) months late.
2) There's NO urgent or Emergency Care. They determine by phone if it's urgent.
3) HNR's not logged in at send date, but rather near the prisoners appointment.
4) Wide gaps in medication delivery or being dropped for NO reason.
5) Corizon doesn't supply test results or follow-up proper treatment....
6) Corizon discontinues most medications even when taken for years....
7) They refuse to accept the results of specialists and make-up their own.
8) There is NO specialists care, diagnosis, and testing.
9) Corizon falsifies their medical files to justify their mal practice.
10) Medical staff refuse to self-report when we direct them to....
11) There is NO Hep-C treatment
12) There is NO physical therapy
13) There are no arthritis, swelling, pain... medications.
14) There are constant retaliations to our HNR's and grievances
15) Corizon shows NO sign of improving service as of 1-16-15

The lawsuit doesn't account for the many prisoners who have been cripple, maimed, and suffered inhumane treatment. It doesn't cover all of us who have developed mental problems from years of suffering, not being treated, and knowing that we only have a short time left. It doesn't account for the nearly 100 prisoners who developed pulmonary and other issues when ADOC blew out the air ducts, or the Hep-C people who are waiting to be told "it's too late".

I am just one of many who is waiting to be told "it's too late" for the pulmonary and Hep-C issues. I've been crippled for life, suffered great phsycologically from the years of suffering and retaliations. Attorney's refuse to take my case and I've written hundreds at my expense.

I request a court monitor accompanied with a doctor and hope Corizon is forced to pay their entire _____ for other victims. Sincerely,

Parsons V. Ryan CV 12-00601-PHX-DKD

Richard R. Day #202495
A.S.P.C. Tucson
Cimarron Unit
P.O. Box 24408
Tucson, AZ 85734-4408

Date: January 16, 2015

Clerk of The Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC-1
Phoenix, AZ 85003-2118

RE: Fairness Comments over Corizons continued malpractice/mayhem
(One page Summery)