Roy E. Allen Jr #251888
Eyman complex, Cook unit
P.o. Box 3200 Florence
Arizona 85132

FILED ✓    LOD
RECEIVED    COP

JAN 23 2015

CLERK
DISTRICT OF ARIZONA
BY_____DEPU

1-20-15

RE. Parsons Vs. Ryan    CV 12-00601-PHX-DJH

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, Az. 85003-2118

Open Letter to the Court:

To whom it concerns.
I am writing this letter in behalf of myself and others
concerning the inadequate health care that A.D.C. (Arizona
Department of Corrections) is providing. This is due to the
deliberate indifference of A.D.C. and the company
they hired, Corizon - to provide health care.
The first issue is overcrowding. This is Human warehousing
not prison. There are individuals in this warehouse that are
65 years to 94 years of age, that are Veterans who do not
need to be here, they are dieing. They are in no way a
threat to society and because of faulty procedures and
deliberate indifference they are suffering. We were
sentenced to DO Time!, we were not given death sentences,
but that is the way we are treated.

the 4.9 million dollers and the 250,000 thousan every year? there has been larger settlements against ADC. But there has never been legislation passed to pay for it. Once again The Arizona Department of Corrections is paying lip service to The Court, insincere expressions of admiration and support, they make everthing look good and thats it.

The third issue is the healthcare company (corizon) is woefully inapt. They are not about careing for the sick. they are about the bottom line. I have seen 3 men die because of a lack of medical help. Corizon never has enough staff to care for the overwheilming number of patients. We go days, sometimes mounths, without medications Cronic care is a raillery, you mite get seen once a year, when you sould be seen every 3 mounths.

Finily the Overcrowding. If you want the needless death, suffering and expence to end, decrease the surplus population. I am not talking about myself, I signed an agreement to do a certain amount of time and I will do it, If I live longenough. I don't beleave this will happen because of the poor medical. I will only be 61 on release. What is happening hear is torture, inhuman and unconstit-utional. Prison sould not be for profit.
"A Society is Judged by how it treats it's prisoners." How do you think this Society will be judged?

Roy E. Allen Jr. #251888