Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

FILED ___ LODGED ___ RECEIVED ___ COPY
JAN 23 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

<u>Parsons v Ryan</u>, CV 12-00601-PHX-OKD

Your Honor,

I respectfully submit the following comment. Under Parsons v Ryan, in Pharmacy 13, it is stated that chronic care medication "<u>will be</u>" completed in a manner such that there is no interruption or lapse in medication, and under Pharmacy 22, there should be no delay exceeding <u>two days</u> when a non-formulary request." This being chronic care medication, there should be no delay whatsoever. In the members instant case, members medication was renewed on 12.22.14. As of 1.11.15, one of the medications had not been delivered. Member was in fact transfered to Kingman/Hualapai Unit, on 1.15.15, members medication was taken and two days issued to member until medication was delived. It is now 1.19.15 and member has still not received his medications. Thus, the monitoring by ADOC <u>is not</u>, in line with the proposed settlement guidelines. The court needs to be aware of the lack of concern by ADOC and Corizon where all members are concerned.

Respectfully submitted this 19th day of January, 2015.

<u>John P. Walsh</u>, #118467

John P. Walsh, 118467
ASPC-Kingman/Hualapai
Building 4·A·51
P.O. Box 3939, Kingman, AZ 86402