January 20, 2015

_____ FILED          _____ LODGED
_____ RECEIVED       _____ COPY

JAN 2 3 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Clerk of the Clerk
U.S. District Court
District of Arizona
401 W Washington St., Ste 130 SP 1
Phoenix, AZ 85003-2118


RE:  Parsons vs Ryan CV 12-00601-PHX-DKD


To Whom It May Concern:

This letter is in reference to my husband, Justin Kitts, an inmate at ASPC- Yuma, Cibola Unit, 289947.
I am writing because of improper medical care in the facility. I have power of attorney to speak
upon his behalf. Justin has a chronic documented medical condition that is not being treated.

Justin has followed the procedure as instructed in prison to try and deal with the situation but has been
unable to resolve the issue which brings me to writing this letter to you.

I am enclosing all of the paperwork Justin has filed, his medical records. Justin has filed a complaint with
the ACLU regarding the case named above.

Justin is dealing with a great deal of pain which has caused weight loss and depression.

You may contact me at:
(520) 331-6790
Greta Kitts
4860 E Fort Lowell Road
Unit E
Tucson, AZ 85712

Sincerely,

Greta Kitts

Enclosures

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

## SECTION/SECCION I

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Kitts, Justin, M | 289947 | 4-08-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 163 | D | | AL HAMBRA |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

## SECTION/SECCION II

**AREA OF INTEREST** *(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☑ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue below in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

IN DESPERATE NEED FOR PAIN MEDICATION AND A SPLINT OR SOMETHING TO FIX A FINGER ON MY RIGHT HAND THAT I AM SURE IS BROKEN AND EXTREMELY PAINFULL, I ALSO NEED MEDICATION FOR MY NECK DUE TO EXTENSIVE DEGENERATION OF MY C'J JOINT AND ARTHRITIS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _____

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

## SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

## SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

Splinted Ⓡ finger / X-Ray / cont pain meds / f/u Fri

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 4/9/14 | 1300 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Page: _____
Time: _____
Initials: _____

## SECTION/SECCION I

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Kitts, Justin, M | 289947 | 4-13-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 6F 16L | 6F | 8020 /85349 | Cibola |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and to others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

## SECTION/SECCION II

AREA OF INTEREST *(Check only one block below)* /AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)*  ☑ Medical/Médica  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

(URGENT)

NEED TO EXTEND DURATION OF PAIN MEDICATION FOR NEWLY FRACTURED FINGER.) ALSO NEED EFFECTIVE PAIN MANAGMENT FOR EXTENSIVE DEGENRATION OF MY C7 JOINT. IN EXTREME PAIN TO TO NECK AND FINGER.(NSAID) MEDICATION, IBPROPHEN 800mg, ASPRIN, NAPROXEN SODIUM, DICOFENAC, ETC.) HAVE PROVEN NOT TO RELIEVE MY NECK PAIN. WAS ON PAIN MEDS UNTIL RECENTLY AND NEED RELIEF.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

*Kitts*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☑ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☑ Other/Otros *(specify) (especifique)*

Comments/Comentarios

Naproxen was sent out on 4/10. Your request was sent to provider review.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 4-13-14 | 245 |

## SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

## SECTION/SECCION I

Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial)
Kitts, Justin. M.

ADC Number/Número de ADC
289947

Date/Fecha
4-22-14

Cell/Bed Number/Celda/Número de Cama
6 F 48

Unit/Unidad

P.O. Box/Apartado Postal

Institution/Facility/Instalación: ASPC
Cibola

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

## SECTION/SECCION II

AREA OF INTEREST (Check only one block below) /AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA
☒ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifíque) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I WAS INFORMED BY MEDICATION NURSE THAT MY MEDICATIONS RUN OUT IN MAY 2014. I NEED REFILLS ON ALL MEDICATION BEFORE MAY 2014. PLEASE APPROVE AND REFILL ALL MEDICATIONS, BEFORE EXPIRATION OF MAY 2014                    THANK YOU

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione)]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]

## SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

Provider Review

Staff Signature Stamp/Firma del empleado

Date/Fecha
4/22/14

Time/Hora
2325

## SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

Staff Signature Stamp/Firma del empleado

Date/Fecha
4/23/14

Time/Hora

Distribution: White/Blanca – Health Unit/Unidad de Salud, Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur – Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
11/21/19/12

**Health Needs Request (HNR)**

Date:
Time:
Initials: _____

## SECTION/SECCION I

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Kitts, Justin, M | 289947 | 4-27-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 6-F48U | Cibola | | Cibola |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!*

## SECTION/SECCION II

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ✓ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I PUT IN A RELEASE OF INFORMATION FOR MY MEDICAL RECORDS TO BE RELEASED FROM TUCSON MEDICAL CENTER AND DR. GINGERICH FOR THE YEAR 2013. I NEED TO BE PUT BACK ON THE MEDICATION FOR MY NECK PAIN AND EXTENSIVE DEGENERATION OF MY C7 JOINT SHOWN AND DOCUMENTED IN MRI TMC 2013

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
KJ7S

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

## SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other/Otros *(specify)* *(especifique)* MR

Comments/Comentarios
Medical Records will Review & Respond

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 4-29-14 | 0700 |

## SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**
Records Not Entered. Documentation on paper record has not been received

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| _____ MH | 4/29/14 | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

Date:
Time:
Initials: PB

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| KITTS, JUSTIN M | 289494 | 5-13-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| GF48U | CIBOLA | | YUMA, CIBOLA |

**SECTION I / SECCION I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!*)]

**SECTION II / SECCION II**

**AREA OF INTEREST** *(Check only one block below)* / **AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

NECK PAIN (NEED TO BE PUT BACK ON MEDICATION FOR CHRONIC NECK PAIN CAUSED BY EXTENSIVE DEGENERATION OF MY C.M JOINT AND ARTHRITIS. RELEASE OF INFORMATION HAS BEEN SIGNED AND SENT TO TMC & DR. GINGERICH FOR 2013) NEED FOLLOW UP AND MEDICATION FOR THIS ISSUE.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _____

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION III / SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)*

Comments/Comentarios

Nurse line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| PButler RN | 5/13/14 | 2321 |

**SECTION IV / SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

Sch. for P.L. await your appt please.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 05/__/14 | 1345 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

RECEIVED
JUN 2 5 2014

ARIZONA DEPARTMENT OF CORRECTIONS

Requests are limited to _one page_ and _one issue_. NO ATTACHMENTS PERMITTED. Please print all information.

**Inmate Letter**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Kitts, Justin, M | 289947 | Cibola | 6/3/14 |

| To: Co III Flores    MEDICAL | Location | 6F48u |
|---|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

To whom it may concern!

My name is Justin Kitts and I have extensive degeneration of my C7 joint as well as arthritis of the neck, which causes extreme and chronic pain and violent muscle spasms. I've signed a release of information (well over a month ago) for my medical records to be sent from TMC and Dr. Gingerich (for the year 2013) Tucson, AZ, to Cibola medical staff so that I can be put on effective pain management. Currently I am being taken off of a nerve pain killer called (Gabepentin 800mg x 2 daily) which was helping slightly and put on (Nortryptaline) twhich I had a horrible reaction to (skin crawling, insomnia, etc.) I was also taken off (Flexaril) for reasons unknown and unexpla. I have been more than patient considering the amount of pain I am in, I have put in numerous HNR forms and spoken to the doctor and nurses attempting to be treated for this chronic issue and have asked frequently about the medical records, each time being put off and ignored. I desperaley need those records reviewed and put back on my medication or something equally effective. Medical staff does not seem to be taking this documente. and chronic issue seriously. (It may be necessary to put on something non-formulary) Please assist me in getting the medical care and medication for this issue

Co III Flores told me to turn this into medical

| Inmate Signature | Date |
|---|---|
| Kitts | 6/3/14 |

Have You Discussed This With Institution Staff? ☒ Yes ☐ No
If yes, give the staff member's name: MEDICAL STAFF (Doctor & Nurses) & Co III Flores / MEDICAL RECORDS

Distribution: Original - Master Record File

916-1

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time:
Initials: _RS_

## SECTION I

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| Kitts, Justin, M | | 289947 | 6/4/14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 6F44U | Cibola | | Yuma |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!*]

## SECTION II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

(CHRONIC)

I HAD A NEGATIVE REACTION TO THE (NORTRYPTALINE) THAT WAS SUPPOSED REPLACE MY (GABEPENTIN). NEED TO FIND ANOTHER ALTERNATIVE TO TREAT WECK PAIN PREFERABLY BEFORE IM TAKEN OFF THE (GABEPENTIN) STILL WAITING FOR MY MEDICAL RECORDS (OVER 4WEEKS) FROM TMC 2013 & Dr. GINGERICH SO I CAN BE PUT ON MY MEDICATI

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

| Inmate's Signature/Firma del prisionero |
|---|
| KITTS (CHRONIC PLEASE DO NOT CHARGE) |

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX**[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)*
Comments/Comentarios

Provider Review

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| RS | | |

## SECTION IV

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 6/6/14 | 1325 |

**Distribution:** White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscuro - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

| SECTION/SECCION I | | | | |
|---|---|---|---|---|
| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | | Date/Fecha |
| Pitts, Justin m | | 289947 | | 6/11/14 |

Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC
Cibola

You will be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause delays in delivery of services to you and others, and may result in disciplinary action (Use this form to describe only one problem or need at one time).
*[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)]*

**SECTION/SECCION II**

**AREA OF INTEREST** *(Check only one block below)/***AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☒ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] ( Non Formulary If needed )

I NEED my MEDICAL RECORDS REVIEWED AND PUT ON THE MEDICATIONS I KNOW WORK. I DO NOT TRUST THE MEDICATIONS GIVEN TO ME FOR PAIN THAT I AM BEING PRESCRIBED (TEGRETOL, NORTRYPTALINE) AFTER THE NEGATIVE REACTION I HAD TO NORTRYPTALINE, AND THE LOW DOSES OF TEGRETOL DONT CURRENTLY WORK. I DO NOT WANT TO EXPERIMENT WITH MY MEDICATION AND HEALTH. THE RELEASE HAS BEEN SENT JUNE 2013. Reference... Im TIRED OF BEING IN PAIN.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _____ (Cancel) I do not agree to pay charge charge

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☒ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other/Otros *(specify) (especifique)* FHA
Comments/Comentarios

FHA to Review & Respond

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**
We cannot control when the medical records are sent to us. you need to work with the provider to find a pain management treatment plan)

Staff Signature Stamp/Firma del empleado | Date/Fecha 6/21/14 | Time/Hora 1127

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time:
Initials: RS

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| Kitts, Justin M | | 289947 | 6-19-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| | Cibola | | |

**SECTION I / SECCIÓN I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION II / SECCIÓN II**

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

CAN YOU PLEASE PUT ME ON MEDICATION SPECIFICALLY MADE FOR NERVE AND NECK PAIN? GABEPENTININ WAS WORKING, I DON'T THINK TAKING SOMEONE OFF OF A MEDICATION THAT WORKS JUST BECAUSE IT'S A "NON-FORMULARY" IS A GOOD REASON TO KEEP SOMEONE IN PAIN OR EXPERIMENT WITH MEDICATION. SOME ONES

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    Kitts    (CHISMS   I DO NOT AGREE TO FEE)

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION III / SECCIÓN III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios    provider Review

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | JUN 20 2014 | |

**SECTION IV / SECCIÓN IV**

**PLAN OF ACTION/PLAN DE ACCION** The inmate stated he wants specifically for neck and ... Gabapentin is NOT available and is a high risk ...

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12



## HNR / INMATE LETTER RESPONSE/GRIEVANCE RESPONSE

| Inmate Name *(Last, First M.I.)*: | ADC #: |
|---|---|
| **Kitts, Justin** | **289947** |
| | Grievance case number |

**Institution/ Unit / Housing:** <u>ASPC-YUMA</u> /CIBOLA

| From: | Location / Unit: |
|---|---|
| **Madeline Lowell** | **ASPC- YUMA / Corizon Health** |
| **Assistant Facility Health Administrator** | |

Mr. Kitts,

    We have  put in a request for your medical records to be sent to us. Unfortunately we cannot control when the doctor sends us the medical records.
    Nowhere in your chart is a reaction to pamelor documented, or that you mentioned a reaction during intake.  It was explained to you in your 5/27/2014 visit with the provider that flexeril is not a long term medication; therefore it was going to be discontinued.  When you refused to take the prescribed pamelor, tegretol was ordered, which you also refused.  You must work with the provider to find a pain management treatment plan until your charts are received and reviewed to determine next steps

**Per DOC policy, clinical decisions and actions regarding health care services provided to you are the sole responsibility of qualified health care professionals.  You do not have the right to dictate treatment or who provides it.**

If you have further medical concerns, please submit a Health Needs Request form.

**Staff Signature:** M Lowell     **Date:** 6/27/14

Distribution:   Original - Inmate
Copy: Institutional File
Copy: Grievance Coordinator       916-2PF       4/15/04

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time:
Initials:

RS
AUG 5 AM 12:4

## SECTION/SECCION I

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Kitts, Justin, M | 28994M | 7-1-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 6F48L | | | Yuma/Cibola |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

## SECTION/SECCION II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☑ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

MEDICAL RECORDS WERE RECEIVED AND REVIEWED
ACCORDING TO MEDICAL STAFF. WHAT MEDICATION
WILL I PUT ON AND WHEN? ACCORDING TO THE
DOCUMENTATION AND RECORDS YOU HAVE RECEIVED
SHOWING CLEARLY THAT I DO HAVE EXTENSIVE
DEGENERATION OF MY C4 JOINT AND OTHER NECK ISSUES.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero (CHRONIC ON GOING PROBLEM I DO NOT AGREE TO FEE)

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

## SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)* _____

Comments/Comentarios
provided Review

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | AUG 5 AM 12:4 |

## SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION** *Receipt of imprint needs does not meet criteria to not have to follow our procedure.*

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Time:
Initials: _____
JUL 18 AM 5:2

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Kitts, Justin, M | 28994M | 7-17-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 6F44L | Cibola | | Yuma |

**SECTION/SECCION I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION/SECCION II**

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*  ☐ Medical/Médica  ☐ Dental  ☐ FHA  ☐ Pharmacy/Farmacia  ☒ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MÁS HOJAS!]

ANXIETY AND DEPRESSION HAVE INCREASED SINCE BEING TAKEN OFF GABEPENTIN. I FOUND THAT MEDICATION TO BE BE VERY EFFECTIVE AT REDUCING MY ANXIETY AND DEPRESSION, DECREASING MY PHYSICAL PAIN. IT AGREES WITH MY BODY AND GREATLY IMPROVED MY QUALITY OF LIFE AND SENS OF WELL BEING. I WOULD APPRECIATE IT BEING PART OF MY TREATMENT.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

| Inmate's Signature/Firma del prisionero | (SIGNATURE CAME / I DO NOT AGREE TO FEE) |
|---|---|
| KITTS | |

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA  ☒ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

Mental Health will review Request

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | JUL 18 AM 5:2 |

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

This is something that needs to be discussed w/ psychiatrist. You will be referred to see him.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Mily Gomez, MA, NCC, LAC | 7/18/14 | 0715 |
| Psych Associate | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en ingles. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue
NO ATTACHMENTS PERMITTED. Please print all
information.

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Kitts, Justin M | 289947 | Cibola | 8-15-14 |

| To | Location |
|---|---|
| Medical Complex MEDICAL ADMINISTRATION | GF 48 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible. I HAVE
EXTENSIVE DEGENERATION OF MY C7 JOINT AS WELL AS ARTHRITIS
AND NERVE PAIN NEAR MY NECK. ACCOMPANIED BY MUSCLE SPASMS
AND AM IN EXTREME CHRONIC PAIN. I WAS PRESCRIBED
GABEPENTIN 800mg x 2 DAILY WHILE IN PIMA COUNTY JAIL
AS AN ALTERNATIVE TO THE PAIN MANAGEMENT I WAS RECEIVING
WHILE NOT INCARCERATED. GABEPENTIN DID HELP SLIGHTLY AND
MADE THE PAIN BEARABLE AND WAS A GOOD NON-NARCOTIC ALTERNATIVE.
I WAS TAKEN OFF GABEPENTIN SHORTLY AFTER I ARRIVED HERE
YUMA/CIBOLA AND TOLD IT WAS BECAUSE IT'S A (NON-FORMULARY)
I WAS THEN PRESCRIBED PAMELOR AND HAD A HORRIBLE REACTION
(SKIN CRAWLING, INSOMNIA, ETC) SO I REFUSED TO TAKE IT
AND WAS PRESCRIBED TEGRETOL WHICH I ALSO TRIED BUT
REFUSED DUE TO THE FACT IT MADE ME FEEL INTOXICATED
AND DIZZY AND DID NOTHING FOR MY PAIN, MY OUTSIDE MEDICAL
RECORDS HAVE NOW BEEN RECEIVED AND HAVE BEEN REVIEWED
BY MEDICAL STAFF BUT WHEN I TURNED IN ANY HNR THE
RESPONSE WAS NOT HELPFULL AND I REMAIN IN CONSTANT
PAIN. CAN YOU PLEASE HELP ME GET ON MEDICATION?
PREFERABLY MEDICATION THAT HAS HELPED ME AND I'M
FAMILIAR WITH IF AT ALL POSSIBLE. I'M A LITTLE
APPREHENSIVE ABOUT TRYING ANYTHING I HAVENT TAKEN
BEFORE DUE TO THE LAST TWO (PAMELOR, TEGRETOL) THANK YOU

| Inmate Signature | Date |
|---|---|
| *[signature]* | 8-15-14 |

Have You Discussed This With Institution Staff?   ☑ Yes   ☐ No

If Yes, give the staff member Name: Dr. BARCLAY AND OTHER MEDICAL STAFF

Distribution:   Original - Inmate
                Copy – Grievance Coordinator File

802-11(e)
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

| | For Distribution:  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|---|

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| KITTS, JUSTIN M. | 289947 |

| Institution/Unit |
|---|
| Yuma/Cibola , 6F48 |

| From | Location |
|---|---|
| COIII W. Stiles | Dorm 7 C/D, Cibola Unit |

I am in receipt of your Grievance dated 09/10/14 which was missing an informal complaint resolution response.  Checking with you dorm COIII and the outgoing Cibola medical paperwork log, it appears you pursued a method of processing this informal complaint paperwork which made the response uniikely.

You  have addressed your informal dated 8/15/14 to the "Complex Medical Administration" for the issue of a prescribed medication.    Based on medical confidentiality requirements, I am unable to resolve your issue.   I consider your issue to be unresolved.

You may submit a formal grievance within 5 work days, in accordance with Department Order 802.  A grievance will next go via the Grievance Coordinator and be processed.

| Staff Signature | | Date |
|---|---|---|
| | *W. Stile* | 09/10/14 |

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance**

ADC

| Received By | |
|---|---|
| Title | |
| Badge Number | Date |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3P, within 10 calendar days of receipt of this notice.*

| Inmate Name *(Last, First, M.I.)* Kitts, Justin, M | ADC Number 289947 | Date 9-10-14 |
|---|---|---|
| Institution/Facility Yuma / Cibola | Case Number | |

TO: Grievance Coordinator

**Description of Grievance** *(To be completed by the inmate)* (I DID NOT GET A RESPONSE TO MY INMATE LETTER WITHIN 15 WORK DAYS) I HAVE EXTENSIVE DEGENERATION OF MY C7 JOINT AS WELL AS ARTHRITIS AND SHOOTING NERVE PAIN ACCOMPANIED BY MUSCLE SPASMS AND AM IN EXTREME CHRONIC PAIN. I WAS PUT ON GABAPENTIN 800mg X2 DAILY WHILE IN PIMA COUNTY JAIL AS AN ALTERNATIVE TO PREVIOUSLY I WAS RECEIVING WHILE NOT INCARCERATED. GABAPENTIN DID HELP AND MADE THE PAIN TOLERABLE AND WAS A GOOD NON-NARCOTIC ALTERNATIVE. I WAS TAKEN OFF GABAPENTIN SHORTLY AFTER I ARRIVED HERE Yuma/Cibola AND TOLD IT WAS NON-FORMULARY. I WAS PRESCRIBED PAMELOR AND HAD A HORRIBLE REACTION (SWEATING, INSOMNIA, ETC) SO I REFUSED TO TAKE IT AND WAS PRESCRIBED TEGRETOL WHICH I TRIED BUT REFUSED DUE TO YET ANOTHER BAD REACTION (DIZZY, EYES DILATING, NAUSEA) MY OUTSIDE RECORDS HAVE BEEN RECIEVED AND REVIEWED BUT RESOURCES TO MY HNR'S HAVE BEEN UNHELPFUL

**Proposed Resolution ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)** TO BE PUT ON MEDICATION THAT HAS HELPED ME IN THE PAST AND THAT I AM FAMILIAR WITH. MY MEDICAL RECORDS ARE HERE AT CIBOLA PLEASE REVIEW. I WAS PUT ON GABAPENTIN 800mg X2 DAILY IN PIMA COUNTY JAIL AND IT WAS A GOOD NON-NARCOTIC ALTERNATIVE. EITHER THAT OR ONE OF THE MEDICATIONS THAT HAVE WORKED IN THE PAST. PLEASE ~~~~~~ USE ONE PROVEN TO WORK ON ME. I AM APPREHENSIVE ABUT ANYTHING NEW DUE TO BAD REACTIONS.

| Inmate's Signature *Kitts* | Date 9-10-14 | Grievance Coordinator's Signature | Date |
|---|---|---|---|

| Action taken by _____ | Documentation of Resolution or Attempts at Resolution. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

802-1P
2/14/00

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance**

ADC

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3P, within 10 calendar days of receipt of this notice.

| Received By | W. Stiles |
| Title | C O III |
| Badge Number | 6957 | Date | 9/10/14 |

Inmate Name (Last, First, M.I): Kitts, Justin, M

ADC Number: 289947

Date: 9-10-14

Institution/Facility: Yuma / Cibola

Case Number: Y09-154-14

TO:  Grievance Coordinator

Description of Grievance (To be completed by the inmate) (I DID NOT GET A RESPONSE TO MY INMATE LETTER WITHIN 15 WORK DAYS) I HAVE EXTENSIVE DEGENERATE OF MY C7 JOINT AS WELL AS ARTHRITIS AND SHOOTING NERVE PAIN ACCOMPANIED BY MUSCLE SPASMS AND AM IN EXTREME CHRONIC PAIN. I WAS PUT ON GABEPENTIN 800mg X3 DAILY WHILE IN PIMA COUNTY JAIL AS AN ALTERNATIVE TO PAIN MGMT I WAS RECEIVING WHILE NOT INCARCERATED. GABEPENTIN DID HELP AND MADE THE PAIN TOLERABLE AND WAS A GOOD NON-NARCOTIC ALTERNATIVE. I WAS TAKEN OFF GABEPENTIN SHORTLY AFTER I ARRIVED HERE YUMA/CIBOLA AND TOLD IT WAS NON-FORMULARY. I WAS PRESCRIBED PAMELOR AND HAD A HORRIBLE REACTION (SKIN CRAWLING, INSOMNIA, ETC) SO I REFUSED TO TAKE IT AND WAS PRESCRIBED TEGRETOL WHICH I TRIED BUT REFUSED DUE TO YET ANOTHER BAD REACTION (DIZZYNESS, ROWSING, NAUSEA) MY OUTSIDE RECORDS HAVE BEEN RECEIVED AND REVIEWED BUT RESPONSES TO MY HNR'S HAVE BEEN WITHHELD

Proposed Resolution ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

TO BE PUT ON MEDICATION THAT HAS HELPED ME IN THE PAST AND THAT I AM FAMILIAR WITH. MY MEDICAL RECORDS ARE HERE AT CIBOLA(M) PLEASE REVIEW. I WAS PUT ON GABEPENTIN 800mg X3 DAILY IN PIMA COUNTY JAIL AND IT WAS A GOOD NON-NARCOTIC ALTERNATIVE. EITHER THAT OR ONE OF THE MEDICATIONS THAT HAVE WORKED IN THE PAST. PLEASE DON'T USE ONE PROVEN TO WORK ON ME. I AM APPREHENSIVE ABOUT ANYTHING NEW DUE TO BAD REACTIONS.

| Inmate's Signature: Kitts | Date: 9-10-14 | Grievance Coordinator's Signature: COIII | Date: 09/22/14 |

Action taken by:

INMATE KITTS, I HAVE REVIEWED YOUR MEDICAL RECORDS AND THE LAST TIME YOU WERE SEEN BY THE PROVIDER FOR PAIN WAS ON 6/19 (NECK PAIN) AND 5/27 MED RENEWAL + FOLLOW-UP FINGER FRACTURE. PLEASE PLACE AN HNR TO ADDRESS YOUR NECK/SPINE INJURIES AND THE PROVIDER WILL FOLLOW-UP WITH YOU REGARDING A RECOMMENDED COURSE OF TREATMENT.

THANK YOU VERY MUCH,

**Anthony N. Medel, MBA**
**Facility Health Administrator**

| Staff Member's Signature: Anthony N. Medel, FHA/132 | Badge Number: 00992615 | Date: 10/1/2014 |

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

802-1P
2/14/00

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

*(To be completed by staff member initially receiving appeal)*

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Received by: _____
Title: _____
Badge #: _____
Date: _____

**PLEASE PRINT**

| Inmate's Name *(Last, First, M.I.)* | ADC No. | Date |
|---|---|---|
| Kitts, Justin, M | 289947 | 10-07-14 |

| Institution | Case Number |
|---|---|
| Yuma, Cibola | |

TO:

I am appealing the decision of **MEDICAL** for the following reasons:

( I DID NOT GET A RESPONSE TO MY INMATE LETTER WITHIN 15 work DAYS OR MY INMATE GRIEVANCE WITHIN 15 work DAYS ) COPIES OF BOTH ATTACHED FOR MORE DETAILED DESCRIPT OF THE PROBLEM I'm HAVING. I AM TRYING TO BE PUT ON MEDICATION THAT HAS HELPED ME IN THE PAST AND THAT MY BODY RESPONDS WELL TO. MY MEDICAL RECORDS ARE AT Cibola I WAS PUT ON GABEPENTIN 800mg X2 DAILY IN PIMA COUNTY JAIL AND IT WAS A GOOD NON-NARCOTIC ALTERNATIVE. I WOULD LIKE TO BE PUT BACK ON IT OR ONE OF THE MEDICATIONS THAT HAVE WORK IN THE PAST.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Kitts | 10-07-14 | | |

| Response To Inmate By: | Location |
|---|---|
| | |

| Staff Signature | Date |
|---|---|
| | |

DISTRIBUTION:
INITIAL:   White & Canary - Grievance Coordinator
           Pink - Inmate
FINAL:     White - Inmate
           Canary - Grievance File

802-3
7/13/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

**SECTION I**

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| Kitts, Justin M | | 289947 | 10-26-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 6F48 | Cibola | | Yuma |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] I Am submitting this HNR AS Directed by the response to Inmate Grievance # Y09-154-14 By Anthony Medel MBA. IN REGARDS TO MY NECK/NERVE PAIN CAUSED BY AND ASSOCIATE WITH EXTENSIVE DEGENERATION OF MY C7 JOINT AND ARTHRITIS IN MY NECK WHICH CAUSES CONSTANT PAIN IN HOPES OF BEING PUT ON MEDICATI THAT HAS HELPED ME IN THE PAST AND THAT MY BODY IS FAMILIAR WITH AND TOLERATES WELL. MY MEDICAL RECORDS ARE HERE AT Cibola FOR REFERENCE AND INCLUDE MEDICATIONS WHICH HAVE WORKED. BEFORE INCARCERATION I WAS PRESCRIBED GABEPENTIN AND IN PIMA COUNTY JAIL AT 800mg x2 DAILY, WHICH PROVED TO BE A GOOD NON-NARCOTIC ALTERNATIVE. I AM ~~JUST~~ APPREHENSIVE ABOUT TRYING ANYTHING NEW DUE TO THE NEGATIVE REACTIONS CAUSED BY THE (TEGRETOL AND PAMELOR) THAT WAS PRESCRIBED HERE. CAN WE USE ONE PROVEN TO WORK FOR MY BODY? (REASONABLE REQUEST NOT ~~DICTATED~~)

I understand that, per ARS 31-201.01, I will be charged a ~~$4.00 Health Service fee~~ *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de ~~$4.00~~ por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

(CHRONIC ON GOING I DO) (NOT AGREE TO FEE)

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

Provider Review

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 10/28/14 | 0030 |

**SECTION IV**

PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance Appeal

*(To be completed by staff member initially receiving appeal)*

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Received by: _COII Sgraultrede #10676_
Title: _____
Badge #: _____
Date: _____

**PLEASE PRINT**

| Inmate's Name *(Last, First, M.I.)* | ADC No. | Date |
|---|---|---|
| Kitts, Justin, M | 289947 | 10-07-14 |

| Institution | Case Number |
|---|---|
| Yuma, Cibola | UNPROCESSED |

TO: DIRECTOR

I am appealing the decision of _MEDICAL_ for the following reasons:

( I DID NOT GET A RESPONSE TO MY INMATE LETTER WITHIN 15 WORK DAYS OK MY INMATE GRIEVANCE WITHIN 15 WORK DAYS) COPIES OF BOTH ATTACHED FOR MORE DETAILED DESCRIPT. OF THE PROBLEM I'm HAVING. I AM TRYING TO BE PUT ON MEDICATION THAT HAS HELPED ME IN THE PAST AND THAT MY BODY RESPONDS WELL TO. MY MEDICAL RECORDS ARE AT Cibola E WAS PUT ON GABE PENTIN 800mg ×2 DAILY IN PIMA COUNTY JAIL AND IT WAS A GOOD NON-NARCOTIC ALTERNATIVE. I WOULD LIKE TO BE PUT BACK ON IT OR ONE OF THE MEDICATIONS THAT HAVE WORK IN THE PAST.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| KITTS | 10-07-14 | UNPROCESSED | |

Response To Inmate By: _____   Location: _____

Staff Signature: _____   Date: _____

DISTRIBUTION:
INITIAL:   White & Canary - Grievance Coordinator
           Pink - Inmate
FINAL:   White - Inmate
         Canary - Grievance File

802-3
7/13/09



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

| Complaints are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information. |
|---|

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Kitts, Justin M | 289947 | Cibola | 8-15-14 |

| To ~~Medical~~ Complex MEDICAL ADMINISTRATION | Location GF 48 |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible. I HAVE EXTENSIVE DEGENERATION OF MY C7 JOINT AS WELL AS ARTHRITIS AND NERVE PAIN NEAR MY NECK. ACCOMPANIED BY MUSCLE SPASMS AND AM IN EXTREME CHRONIC PAIN. I WAS PRESCRIBED GABEPENTIN 800mg x 2 DAILY WHILE IN PIMA COUNTY JAIL AS AN ALTERNATIVE TO THE PAIN MANAGEMENT I WAS RECEIVING WHILE NOT INCARCERATED. GABEPENTIN DID HELP SLIGHTLY AND MADE THE PAIN BEARABLE AND WAS A GOOD NON-NARCOTIC ALTERNATIVE. I WAS TAKEN OFF GABEPENTIN SHORTLY AFTER I ARRIVED HERE YUMA/CIBOLA AND TOLD IT WAS BECAUSE ITS A (NON-FORMULARY) I WAS THEN PRESCRIBED PAMELOR AND HAD A HORRIBLE REACTION (SKIN CRAWLING, INSOMNIA, ETC) SO I REFUSED TO TAKE IT AND WAS PRESCRIBED TEGRETOL WHICH I ALSO TRIED BUT REFUSED DUE TO THE FACT IT MADE ME FEEL INTOXICATED AND DIZZY AND DID NOTHING FOR MY PAIN. MY OUTSIDE MEDICAL RECORDS HAVE NOW BEEN RECEIVED AND HAVE BEEN REVIEWED BY MEDICAL STAFF BUT WHEN I TURNED IN ANY HNR THE RESPONSE WAS NOT HELPFULL AND I REMAIN IN CONSTANT PAIN. CAN YOU PLEASE HELP ME GET ON MEDICATION? PREFERABLY MEDICATION THAT HAS HELPED ME AND IM FAMILIAR WITH IF AT ALL POSSIBLE. I'M A LITTLE APPREHENSIVE ABOUT TRYING ANYTHING I HAVENT TAKEN BEFORE DUE TO THE LAST TW (PAMELOR TEGRETOL) THANK YOU

| Inmate Signature | Date |
|---|---|
| | 8-15-14 |

| Have You Discussed This With Institution Staff? | ☒ Yes | ☐ No |
|---|---|---|
| If Yes, give the staff member Name: Dr. BARCLAY AND OTHER MEDICAL STAFF |

Distribution:  Original - Inmate
Copy – Grievance Coordinator File

802-11(e)
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| Received By | |
| --- | --- |
| Title | |
| Badge Number | Date |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3P, within 10 calendar days of receipt of this notice.*

| Inmate Name *(Last, First, M.I.)* | ADC Number | Date |
| --- | --- | --- |
| Kitts, Justin, M | 289947 | 9-10-14 |

| Institution/Facility | Case Number |
| --- | --- |
| Yuma / Cibola | |

TO: Grievance Coordinator

**Description of Grievance** *(To be completed by the inmate)* (I DID NOT GET A RESPONSE TO MY INMATE LETTER WITHIN 15 WORK DAYS) I HAVE EXTENSIVE DEGENERATION OF MY C7 JOINT AS WELL AS ARTHRITIS AND EXISTING NERVE PAIN ACCOMPANIED BY MUSCLE SPASMS AND AM IN EXTREME CHRONIC PAIN. I WAS PUT ON GABEPENTIN 800mg X3 DAILY WHILE IN PIMA COUNTY JAIL AS AN ALTERNATIVE TO PAIN MGMT. I WAS RECEIVING WHILE NOT INCARCERATED. GABEPENTIN DID HELP AND MADE THE PAIN TOLERABLE AND WAS A GOOD NON-NARCOTIC ALTERNATIVE. I WAS TAKEN OFF GABEPENTIN SHORTLY AFTER I ARRIVED HERE YUMA/C bola AND TOLD IT WAS NON-FORMULAR. I WAS PRESCRIBED PAMELOR AND HAD A HORRIBLE REACTION (SKIN CRAWLING, INSOMNIA, ETC) SO I WAS THEN TAKEN OFF AND PRESCRIBED TEGRETOL WHICH I TRIED BUT REACTED DUE TO YET ANOTHER BAD REACTION (HIVES, EXTREME AGITATION, IRRITABILITY) My OUTSIDE RECORDS HAVE BEEN RECIEVED AND REVIEWED BUT RESPONSES TO MY HNR'S HAVE BEEN LACKLUSTER.

**Proposed Resolution ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)** TO BE PUT ON MEDICATION THAT HAS HELPED ME IN THE PAST AND THAT I AM FAMILIAR WITH. MY MEDICAL RECORDS ARE HERE AT Cibola PLEASE REVIEW. I WAS PUT ON GABEPENTIN 800mg X3 DAILY IN PIMA COUNTY JAIL AND IT WAS A GOOD NON-NARCOTIC ALTERNATIVE. EITHER THAT OR ONE OF THE MEDICATIONS THAT HAVE WORKED IN THE PAST. PLEASE ~~DONT~~ USE ONE FROM THE WORKED LIST. I AM APPREHENSIVE ABOUT ANYTHING NEW DUE TO MY REACTIONS.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
| --- | --- | --- | --- |
| Kitts | 9-10-14 | | |

| Action taken by _____ | Documentation of Resolution or Attempts at Resolution. |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |

| Staff Member's Signature | Badge Number | Date |
| --- | --- | --- |
| | | |

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

802-1P
2/14/00

# ARIZONA DEPARTMENT OF CORRECTIONS
# ARIZONA STATE PRISON COMPLEX - YUMA

## MEMORANDUM

CF48L

**TO:**        INMATE:  KITTS, JUSTIN M.     ADC#289947

**FROM:**     COIV ALMANZA, GRIEVANCE COORDINATOR

**DATE:**      NOVEMBER 03, 2014

**SUBJECT:**   UNPROCESSED GRIEVANCE

**This grievance/grievance appeal is being returned _unprocessed_ for the following reason:**

You did not include required informal resolution documentation prior to submitting a formal grievance in accordance with Department Order 802.

Returned to inmate on _____11/7/14_____

Inmate Signature _____

Staff Signature _____

**Inmate Grievance Appeal**

| | (To be completed by staff member initially receiving appeal) |
|---|---|
| The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form. | Received by: _Flores_<br>Title: _COTT_<br>Badge #: _____<br>Date: _11-03-14_ |

*PLEASE PRINT*

| Inmate's Name *(Last, First, M.I.)* | ADC No. | Date |
|---|---|---|
| Kitts, Justin, M | 289947 | 11-3-14 |

| Institution | Case Number |
|---|---|
| Yuma/Cibola | Y09-154-14 |

TO: ~~Director~~ Medical Director Appeal Bureau

I am appealing the decision of ~~Facility Health Administrator~~ for the following reasons:

PLEASE NOTE THAT I DID TRY TO TAKE THE (Pamelor & Tegretol) BEFORE REFUSING THEM DUE TO NEGATIVE REACTIONS, AFTER RECIEVING A RESPONSE TO GRIEVANCE Y09-154-14 TELLING ME TO SUBMIT AN HNR REGARDING HEAD/SPINE INJURIES, I DID SUBMIT AN HNR 10-26-14 EXPLAINING IN DETAIL THE PROBLEM. THE RESPONSE WAS UNHELPFUL. THEY KEEP SAYING I REFUSED THE (Pamelor & Tegretol) BUT IGNORING THE FACT THAT I REFUSED DUE TO NEGATIVE REACTIONS AFTER I TRIED THEM FIRST. I'VE INCLUDED EVERY COPY OF HNR'S ATTEMPTING TO RESOLVE THIS. I NEED TO BE PUT BACK ON CAPE PROPERLY

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| *[signature]* | 11-3-14 | | |

| Response To Inmate By: | Location |
|---|---|
| | |

| Staff Signature | Date |
|---|---|
| | |

DISTRIBUTION:
INITIAL:     White & Canary - Grievance Coordinator
               Pink - Inmate
FINAL:      White - Inmate
               Canary - Grievance File