RE: PARSONS V. RYAN
CV 12-00601-PHX-DKD

ALAN ROGNLIN
#128-247816      LOC: 4-A-05
C/C: EYMAN/COOK
P.O. BOX 3200
FLORENCE, AZ. 85132

DATE: 01/13/2015

TO WHOM IT MAY CONCERN;

THE LETTER WE INMATES RECEIVED, "NOTICE TO ALL INMATES... ABOUT SETTLEMENT IN PARSONS V. RYAN" STARTS ITS SECOND PARAGRAPH WITH, "ADC AND THE LAWYERS FOR THE 'PRISONER CLASS' HAVE REACHED A SETTLEMENT THAT THEY BELIEVE IS "FAIR TO BOTH SIDES". PERHAPS FOR THE LAWYERS AND ADC THIS IS 'FAIR' - AS THE LAWYERS RECEIVED SEVERAL MILLIONS OF DOLLARS AND ADC CONTINUES TO BE UNACCOUNTABLE, ENGAGING IN PRACTICES WHICH WOULD (FOR 'INDIVIDUALS') BE CONSIDERED PREMEDITATED MURDER, ENJOYING THE ABILITY (BY SIMPLY CONTINUING TO DENY) TO PRACTICE BLATANT CRIMES AGAINST HUMANITY AND NOT BE HELD LIABLE THROUGH "SOME FORM OF CONVENIENT IMMUNITY"; WHICH SEEMS TO BE BECOMING "THE NORM" IN MOST FORMS OF TODAY'S GOVERNMENT, LAW ENFORCEMENT, MEDICAL PROFESSION, AND ELECTED POSITIONS. WILL THIS NEWLY REDEVELOPED FORM OF "ORGANIZED CRIME" ULTIMATELY LEAD TO THE DESTRUCTION OF AMERICA? I BELIEVE IT WILL! OF COURSE, THOSE OUTSIDE THE 'CIRCLE OF CRIME' WILL BE DESTROYED FIRST. BUT EVENTUALLY, THOSE SUCH AS LAWYERS AND RYAN, WITH THEIR INSATIABLE THIRST FOR GREED, WILL BEGIN TO 'FEED OFF EACH OTHER' BECAUSE THEY'VE DESTROYED THOSE (INCLUDING MANY PRISONERS) WHO ACTUALLY 'WORK' FOR A LIVING AND PRODUCE TANGIBLE ASSETS - A VALUE SYSTEM WHICH "USED TO BE" RESPONSIBLE FOR THE RISE OF AMERICA.

DO I, PERSONALLY, CONSIDER THIS "GREASING OF THE LAWYERS PALMS" TO BE "FAIR"? NO, I DO NOT! UNLIKE THE LAWYERS (AND RYAN, ET AL), I, AND THOUSANDS OF OTHER INMATES, HAVE HAD TO LIVE THROUGH INTENTIONAL MALPRACTICE, DELIBERATE INDIFFERENCE, AND MANY OTHER 'CRIMES AGAINST HUMANITY' WHICH (I BELIEVE) WERE NOT INTENDED TO BE A PRACTICED DETERENT FOR THOSE INCARCERATED.

UNFORTUNATELY, IT SEEMS THE MEDICAL 'PROFESSION' (OR SOME FACTIONS OF IT) HAVE 'JOINED THE BANDWAGON' - TRADING LIVES AND HEALTH CARE/WELL-BEING


of others, for the almighty dollar. This is certainly evident in the V.A. fiasco. However, this example doesn't hold a candle to the criminal activities of Corizon and A.D.O.C. - who can literally "get away with murder" by simply denying their (documented) faults. How convenient; and how absurdly maniacal.

As there was a copy of the Parsons v. Ryan 'expert witness documentary' circulating around our building, I read all of it... over 1000 pages. Over 1,000 pages of discovered and documented malpractice, misuse of funding, lack of accountability (of course that doesn't include any of the "accountability" Corizon extends to its stockholders), and other crimes against humanity. These are genuine attributes of your basic criminal cartels; which I (personally) consider A.D.O.C. and Corizon to be!

Have the "required changes" changed anything?

A few weeks ago, two inmates went to medical complaining of chest pains. They were told to turn in HNR's (Health Needs Requests). A result of this is to wait a few weeks (or more) for a response. Not attention! Just a response. That evening, both were "boxed up" after they died from heart attacks. About a week later, one more inmate died after going to medical complaining of chest pains... and simply being told to submit an HNR! Would this be "acceptable practice" in any hospital or emergency room? I don't think so. Yet Corizon and A.D.O.C. just got away with three more murders!

Personally, during incarceration, I've had two brain injuries. The first was at 4th Ave. Jail when a nurse wrote a prescription for Glyburide, a med for diabetes. She wrote down a 2.5 mg dosage, but it was interpreted as 7.5 mg - as her '2' looked like a 7 with a line through it (7). I was given three tablets of 2.5 mg Glyburide rather than one, along with several other pills in a cup. Without any warning, I collapsed

AND WOKE UP ON THE CONCRETE FLOOR - MY GLASSES BROKEN AND A GASH ON MY FOREHEAD. THE C.O.'S ACCUSED ME OF GETTING INTO A FIGHT - BUT COULDN'T EXPLAIN HOW THAT COULD OCCUR SINCE I WAS IN A CELL MYSELF AND THE ENTIRE FLOOR WAS LOCKED DOWN. AFTER THEY TRIED TO GIVE ME THREE TABS AGAIN THAT EVENING, I REALIZED WHAT THEY WERE DOING AND REFUSED THE THREE TABS. EVEN THOUGH THE HEAD NURSE TOLD ME I WAS RIGHT IN REFUSING THE THREE TABS - ADMITTING THE DOSAGE COULD HAVE KILLED ME, - MEDICAL STAFF CONTINUED TO "TRY TO" MAKE ME TAKE THREE TABS - EVEN AFTER THE NURSE SUPPOSEDLY 'CORRECTED THE ERROR'. I WATCHED HER ORIGINALLY CHANGE THE ORDER - IT WAS SIMPLY NOT IMPLEMENTED! NO EXAMINATION WAS DONE, SUCH AS AN MRI, TO SEE WHAT DAMAGE HAD OCCURRED NOTHING! I WAS SIMPLY EXPECTED TO 'LIVE WITH' THEIR MISTAKES AND OVERSIGHTS.

AFTER BEING TRANSFERRED TO STINER (BUCKEYE), I WAS ATTACKED FROM BEHIND BY AN INMATE WITH A PADLOCK IN A SOCK. I COLLAPSED AGAIN, SLAMMING MY FOREHEAD INTO THE CONCRETE FLOOR. I WAS TAKEN TO THE INFIRMARY WHERE THE NURSE STATED, "HAD THE PADLOCK HIT JUST AN INCH TO THE LEFT OF WHERE IT HIT, I'D PROBABLY HAVE DIED. TWENTY-THREE STITCHES, BUT NO EXAMINATION, (ONCE AGAIN) TO SEE THE EXTENT OF DAMAGE. I WAS TRANSFERRED TO EYMAN/COOK PRISON IN FLORENCE WHERE THE STITCHES WERE REMOVED. WHEN I ASKED FOR AN MRI, I WAS TOLD THEY WOULD "SUBMIT A REQUEST" FOR ONE. THAT WAS NEARLY TWO YEARS AGO! AFTER SUBMITTING SEVERAL HNR'S REQUESTING AN MRI, THE MOST I GET IS, "IT'S BEEN REQUESTED."

I WAS PROVIDED AN ULTRASOUND (OFF COMPLEX) WHERE THE TECHNICIAN ASKED WHY I WAS THERE. I TOLD HIM. AFTER HE EXAMINED MY CAROTID ARTERY, AS THE REQUEST CALLED FOR, HE STATED MY ARTERIES WERE PERFECT. AGAIN, HE ASKED ME WHY I WAS THERE. I TOLD HIM ABOUT THE TWO INCIDENTS AND HE SAID, "WHAT YOU NEED IS A BRAIN SCAN MRI"... EXACTLY WHAT I'VE BEEN REQUESTING FOR ALMOST TWO YEARS. AGAIN, NO WORD OF AN MRI BACK AT EYMAN MEDICAL. ONE NURSE TOLD ME THERE WAS NO REQUEST FOR AN MRI, NO MENTION OF THE TECHNICIAN AT THE

④

off-complex hospital suggesting I should have one done, and no mention of the two brain injuries while in D.O.C. custody. After checking my medical records, I found she was correct. Seems some of my med records have been "misplaced". I wonder how that might have happened!

A Corizon employee who had the audacity to refer to herself as a 'Nurse Practitioner' confiscated all of my meds for a severe/chronic prostate condition because I 'had the nerve' to correct her on a prescription dosage. Kaye Byrd withheld all of my prostate meds for over ten months! When I finally complained (after countless HNR's requesting the return of the meds), that I needed to see a urologist immediately, I was told I would need to submit to a catheter placement before they would request an appointment with a urologist. I wanted to avoid that because of the rampant infections in prison due to catheterization (as were several cases in Parsons v. Ryan). Nonetheless, I was "backed into a corner" and submitted to their "attempt" at catheterization. Because the prostate had become so enlarged - due to 10+ months of criminal neglect on the part of Corizon's Kaye Byrd - they could not insert the catheter past the prostate and into the bladder. Finally, they recognized that they had created a major problem (one that I'll be forced to live my lifetime with) and I was granted an appointment with a urologist. The urologist simply shook her head when I told her what I had endured. She prescribed Finasteride - the most effective med used for prostate issues. Still, with this order, Corizon refused to order it - saying it was not available (I knew it was because others were receiving it). After several HNRs and threats of a lawsuit, they finally provided me with Finasteride.

I'm attaching a copy of the lapses of medications I've had to endure for the past 2+ years. I titled the page "Med Fiasco" - which I consider to be an appropriate title. As of today, my Finasteride prescription is six

⑤

days overdue - even after three HNRs letting medical know I was ① seven days away from running out ② two days away from running out ③ two days being completely out of my meds.

Part of the Parsons v Ryan stipulations included "meds being delivered in a timely and uninterrupted manner". That certainly hasn't changed - and there doesn't seem to be any attempts made to change that. People (yes - inmates are people - despite D.O.C. and Corizon's views to the contrary) continue to die. Not much change there. Corizon and Ryan, et al, continue to deny they have any responsibility in such events. Sounds kinda like "the same ole thing", doesn't it? Did either Corizon or Ryan admit fault in the 'Parsons v. Ryan' lawsuit? Not a chance! (always deny / always get away with it). Seems to have worked pretty good for them thus far.

Recently the inmate kitchen took my medical diet card because I did not sign a sign-in sheet. We were locked down for several days and food was delivered to our buildings in styrofoam containers. The sign-in sheet was not made available for us to sign. Yet, this is considered to be my fault! The resource packs I was prescribed by medical (and were made available through meals twice per day) include several vitamins which are distributed in sealed paper containers. The purpose was to suppress blackouts that resulted from the two brain injuries. It worked well, and was prescribed by Dr. Jane Houdeshal - a Corizon employee who actually tried to help inmates (and was, for whatever reason, fired). Too bad, she was one of few to actually do her job. So, the kitchen took away vitamin packs over a month ago which keep me from blacking out from a brain clot. A D.O.C. kitchen refusing medical directives!

When I submitted an HNR, medical said the kitchen "has to honor any medical directive". To date, I've still not received my diet card back. They (kitchen staff) said I would have to go through the process of getting

⑥

ANOTHER CARD. BY THE WAY, THE KITCHEN LAISON AGREED THEY "MAY HAVE MADE AN ERROR" AND SHE COULD NOT SEE MY NAME ON THE "NON-COMPLIANCE" LIST. SOUND FAMILIAR? JUST DENY! WORKS EVERY TIME! AND THOUGH THEY CREATED THE PROBLEM, THEY REFUSE TO FIX IT BY SIMPLY GIVING MY ORIGINAL CARD BACK, AND INSTEAD FORCE ME TO PURSUE CORRECTING THEIR INTENTIONAL SCREWUPS.

INCIDENTALLY — OVER TWENTY INMATES WERE PLACED ON THE NON-COMPLIANCE LIST. THIS WAS A FEW DAYS BEFORE CHRISTMAS. KITCHEN (INMATE) WORKERS SAY THE KITCHEN MANAGER DOES THIS EVERY YEAR — TO SAVE MONEY, COME IN UNDER A REDICULOUSLY LOW BUDGET, SO SHE CAN RECEIVE A CHRISTMAS BONUS — AT OUR EXPENSE! D.O.C.'s WAY OF WISHING US A "MERRY CHRISTMAS"!

DO I THINK ANYTHING HAS CHANGED? NO. THE PLACE STILL FALLS INTO THE LIKES OF ABU GHRAIB, NAZI GERMANY CONCENTRATION CAMPS AND ENTITIES CONTROLLED BY BASIC CRIMINAL CARTELS. BUT HEY! THE LAWYERS GOT 'GREASED' RIGHT? IT "MUST BE" FAIR. RYAN AND HIS COHORTS CONTINUE TO GET AWAY WITH BLATANT, DELIBERATE MURDER. YEP. THAT'S 'FAIR'. CORIZON CONTINUES TO BE LAX IN GETTING PRESCRIPTION MEDS TO PATIENTS — OFTEN WEEKS OVERDUE; CONTINUES TO HAVE NURSES PRACTICE OUTSIDE THEIR LICENSING, TURNING AWAY PEOPLE WHO LATER DIE FROM LACK OF APPROPRIATE ATTENTION; CONTINUES TO IMPRESS THEIR STOCKHOLDERS BY SAVING MONEY THROUGH NOT DOING WHAT THEY'RE CONTRACTED TO DO. OH, YEAH! FAIR IS THE WORD. AN ACRONYM, PERHAPS: F-A-I-R ~ FAILED ACCOUNTABILITY, INCOME RISING.

INMATES, AND MOST OF THEIR FAMILY AND FRIENDS, CONTINUE TO REFER TO "THE SYSTEM" AS ORGANIZED CRIME. WHICH IS PRECISELY WHAT IT IS! MAYBE SOME DAY THE PEOPLE OF THIS COUNTRY WILL RECOGNIZE THAT FACT. ESPECIALLY THOSE OF ARIZONA — WHICH CONTINUES TO "WAREHOUSE PEOPLE FOR PROFIT" MORE THAN ALMOST ALL OTHER STATES. NOTHING 'FAIR' ABOUT THAT, EITHER!

*[signature]*

#1 METOPROLOL  #2 FUROSEMIDE  #3 TAMSULOSIN  #4 FINASTERIDE  #5 SIMVASTATIN  #6 GLYBURIDE  #7 MED FIASCO  #8 ?  #9 LACTULOSE  #10 DUCOSATE  #11 RESOURCE PACK  ASPIRIN 81 mg

| MED # | DATE RAN OUT | DATE RCVD | TIME LAPSE | DATES SENT HNR REMINDER | | # | MED # | DATE RAN OUT | DATE RCVD | TIME LAPSE | DATES SENT HNR REMINDER | NOTES | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 3/11/13 | 3/22/13 | 11 days | 3/21 | | | 10 | 1/29 | 3/28 | 60 days | Lactulose taken replaced w/ Ducosate | | 11 |
| 4 | 3/11 | 3/22/13 | 11 days | 3/21 | | | 5 | 1/29 | 4/12 | 74 days | | | 12 |
| 6 | 4/08 | 4/20 | 12 days | | | | 1 | 1/29 | 4/12 | 74 days | | | |
| 2 | 4/09 | 4/20 | 11 days | | | | | | CHANGED TO "WATCH SWALLOW" | | | | | |
| 3 | 5/28 | 6/16 | 18 days | 6/10  7/5 | | | 8 | 7/3/14 | 7/8 | 5 days | Given as KOP *Still 1 mg | | 13 |
| 4 | 5/28 | 6/16 | 18 days | 6/10  7/5 | | | | BACK TO K.O.P. ON 10/26/14 | | | | | 14 |
| 1 | 6/18 | 6/19 | 1 day | 7/3  7/5 | | 02 | 7 | 10/27/14 | 12/01/14 | 11 days | #03 | | |
| 6 | 6/18 | 7/19 | 31 days | 7/3  7/5 | | | 1 | 10/27/14 | 12/01/14 | | | | |
| 2 | 6/22 | 6/29 | 7 days | 7/3  7/5 | | | 4 | 11/06/14 | 12/01/14 | | FINALLY GOT FINASTERIDE! | | |
| 5 | 6/22 | 6/29 | 7 days | 7/3  7/5 | | | 5 | 11/27/14 | 12/01/14 | | | | |
| 7 | 6/24 | 6/29 | 5 days | 7/3  7/5 | | | ALL | 10/29/14 12/01/14 | 12/01/14 | | RECEIVED ALL MEDS. NO LASIX 12/16  12/28 | | |
| 3 | 8/10 | 8/16 | 6 days | 7/31 | | 03 | 4 | 1/3/15 | | | | | |
| 4 | 8/10 | 9/16 | 36 days | 7/31  9/05 | | 04 | 11 | 12/18/14 | | | SEE GRIEVANCE #12 | | |
| 7 | 8/16 | 9/08 | 22 days | 9/05 | | | | | | | | | |
| 3 | 8/16 | 9/08 | 22 days | 9/05 | | | | | | | | | |
| 1 | 8/18 | 9/08 | 20 days | 9/05 | | | | | | | | | |
| 3 | 8/18 | 9/12 | 24 days | 9/05 | | | | | | | | | |
| 7 | 9/25 | 10/30 | 35 days | 10/04  10/29 | | 05 | | | | | | | |
| 1 | 9/25 | 10/30 | 35 days | 10/04  10/18 | | 06 | | | | | | | |
| 1 | 11/30 | 12/07 | 8 days | 11/26  12/03 | | 07 | | | | | | | |
| 7 | 11/30 | 12/07 | 8 days | 12/03 | | 08 | | | | | | | |
| 3 | 11/30 | 12/07 | 8 days | 12/03 | | | | | | | | | |
| 2 | 12/27 | 1/15 | 19 days | 12/21  1/10 | 1/9 | 09 | | | | | | | |
| 3 | 12/27 | 1/15 | 19 days | 12/21  1/10 | 1/9 | | | | | | | | |
| 7 | 12/27 | | | 12/21  1/10 | 1/9 | | | | | | | | |
| 6 | 12/27 | 1/15 | 19 days | 12/21  1/10 | 1/9 | | | | | | | | |
| 5 | 12/27 | 1/15 | 19 days | 12/21  1/10 | 1/9 | | | | | | | | |
| | 1/29/14 | | | ALL MY MEDS STOLEN! | | 10 | | | | | | | |
| 3 | 1/29 prescp. | 2/7 | 9 days | Since Tamsulosin was stolen! | | | | | | | | | |

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter** — RE: PROSTATE

**Inmate Name:** ROGNI

**To:** DR. HE[...]

**Date:** 11/01/14

NOTE: JUST A "SMALL SAMPLE" OF OVER 200 HNR'S AND GRIEVANCES I'VE SUBMITTED IN AN "ATTEMPT" TO GET "EVEN MINIMAL" MEDICAL ATTENTION.

State briefly bu[...] and one issue. NO print all information.

I HAVE SEVERAL CHRONIC CONDITIONS AND HAVE REQUESTED FIVE TIMES TO BE SEEN BY THE HCP. INSTEAD, I CONTINUE TO BE CALLED TO 'NURSES LINE' AND NURSES ARE MAKING DECISIONS THE HCP SHOULD BE MAKING - AND, THEIR DECISIONS ARE FLAT **WRONG**; AND I'M VERY CLOSE TO BEING AMBULATORY BECAUSE OF THEIR 'MALPRACTICE'.

I WOULD LIKE TO DISCUSS, BRIEFLY, WITH YOU MY IMMEDIATE NEED FOR THE MED THAT WILL ADDRESS MY ADVANCING ENLARGED PROSTATE CONDITION. THAT MED IS FINASTERIDE. I'VE USED IT FOR SEVERAL YEARS AND IT KEPT ME STABILIZED. KATE BYRD REMOVED IT AND I'VE BEEN DOWNHILL EVER SINCE.

CURRENTLY, I CAN BARELY URINATE. WHAT I CAN DISPLACE IS ONLY THAT WHICH IS FROM AN OVER-PRESSURIZED BLADDER. SO, MY BLADDER IS CONSTANTLY FULL. THIS HAS BEEN CONFIRMED BY THE UROLOGIST APPOINTMENT I HAD ON JULY 18 OF THIS YEAR. SHE ALSO STATED FINASTERIDE IS THE **ONLY** MED THAT WILL WORK, AS IT'S PURPOSE IS TO ACTUALLY SHRINK THE PROSTATE — WHEREAS, THE OTHER MEDS SIMPLY REDUCE URGENCY TO URINATE.

I WAS TOLD BY NURSE UPTON THAT CORIZON HAS DENIED THE MED. THEY CHOSE TO "SUBSTITUTE" HYTRIN - WHICH I'VE BEEN TAKING FOR SEVERAL MONTHS AND THE PROSTATE CONTINUES TO ENLARGE. THE CONDITION IS VERY CHRONIC, AT THIS POINT.

**PLEASE** ALLOW ME A FEW MINUTES OF YOUR TIME SO I CAN ADDRESS THIS ISSUE AND STABILIZE MY CONDITION. I ONLY HAVE SIX MONTHS REMAINING AND, AT THAT POINT, I'LL TAKE CARE OF THE ISSUE WITH A PRODUCT I'VE USED BEFORE ("PROSTATE HEALTH ESSENTIALS" FROM "SENIOR LIFE HEALTH" IN CALIF). IT WORKS GREAT!

IN THE MEANTIME, I ONLY WANT TO AVOID CATHETERIZATION AND UNNECESSARY SURGERY - WHICH IS RAPIDLY BECOMING MY ONLY OPTION.

THANK YOU

RESPONSE DUE: 11/24

P.S. WHEN NURSE UPTON TOLD ME CORIZON WOULD NOT PROVIDE FINASTERIDE, I ASKED, "SO, BECAUSE CORIZON WANTS TO SAVE MONEY, I'M EXPECTED TO DIE AND BE SATISFIED WITH THAT?" HER RESPONSE (WITHOUT TAKING HER EYES FROM HER WRITING) - WITHOUT AN ATTEMPT AT HUMOR — WAS, "THEY'LL BURY YOU FOR FREE!" I FIND THAT RESPONSE QUITE DISTURBING FROM A PERSON OF MEDICINE!

**Inmate Signature:** [signature]

**Date:** 11/01/14

Have You Discussed This With Institution Staff? **X** Yes ☐ No

If yes, give the staff member's name: COTE OKAFOR, COTE CASTANEDA, CHARLES RYAN, JEFF FREELAND — ETAL —

Distribution: Original - Master Record File
Copy - Inmate

916-1
5/14/12

RECEIVED 11/3 MD

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Response

For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

| INMATE NAME (Last, First, M.I.) (Please print) | ADC NUMBER |
|---|---|
| ████████, ALAN E. | 277816 |

| INSTITUTION/UNIT |
|---|
| ASPC-██████ Unit 4-A-5 |

| FROM | LOCATION |
|---|---|
| ██████████, CO III | PROGRAMS |

In response to your Informal Complaint, dated December 19, 2014, received in my office on December ██, 2014. In your informal, you state kitchen staff informed you they dropped you from a medically prescribed diet. The diet includes a resource pack and extra milk.

Your resolution is to continue to "recognize" your medical diet card.

To address your issue I contacted Barbara Shearer, Eyman Complex Food Service Liaison, who stated she ██████ your name on the non-compliance sheet. She stated your name possibly removed in error; ███████ rectified the issue by adding your name back on the diet roster.

██████ Inmate Grievance, you have 5 days from the receipt of this response to submit a formal ████████ the Unit Grievance Coordinator by using the Inmate Grievance Form 802.1.

██ RESPONSE.

\* NOTE: KITCHEN SECURITY SGT. TOLD ME DIRECTLY HE SAW MY NAME "MISSING" FROM THE SIGN IN SHEETS FOR 5 DAYS IN A ROW! THERE WAS NO "ERROR"-THEY LIED! SAVING A FEW DOLLARS AT MY (AND OTHER INMATES) EXPENSE. INTERESTING HOW THEY "DISCOVERED" THIS "ERROR" AFTER RECEIVING A CHRISTMAS BONUS... FOR CUTTING COSTS BELOW A REDICULOUS BUDGET-AGAIN, AT INMATES EXPENSE!

\*\* ██████ THE KITCHEN IS PROVIDING MY RESOURCE PACKS (AFTER I "██████████" DIET CARD!), MY ORIGINAL MEDICAL DIET CARD HAS ███ BEEN RETURNED.

\*\*\* ██████ KITCHEN STAFF ALLOWED TO INTERFERE WITH MEDICAL PRESCRIPTION DISTRIBUTION. AS MEDICAL NOTED "THEY HAVE TO HONOR THE DIET CARD." SEEMS SOMEONE ON THE KITCHEN STAFF HAS A PROBLEM WITH DIRECTIVES.

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] 7884 | 1/8/2015 |

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-12
6/25/14