# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| ROGNLIN, ALAN E. | 277816 |

| INSTITUTION/UNIT |
|---|
| ASPC-E/Cook Unit 4-A-5 |

| FROM | LOCATION |
|---|---|
| M. CASTORENA, CO III | PROGRAMS |

In response to your Informal Complaint, dated December 19, 2014, received in my office on December 31, 2014. In your informal, you state kitchen staff informed you they dropped you from a medically prescribed diet. The diet includes a resource pack and extra milk.

You resolution is to continue to "recognize" your medical diet card.

To address your issue I contacted Barbara Shearer, Eyman Complex Food Service Liaison, who stated she did not see your name on the non-compliance sheet. She stated your name possibly removed in error; but has since rectified the issue by adding your name back on the diet roster.

Per DO 802 Inmate Grievance, you have 5 days from the receipt of this response to submit a formal grievance to the Unit Grievance Coordinator by using the Inmate Grievance Form 802.1.

END OF RESPONSE.

\* NOTE: KITCHEN SECURITY SGT. TOLD ME DIRECTLY HE SAW MY NAME "MISSING" FROM THE SIGN-IN SHEETS FOR 5 DAYS IN A ROW! THERE WAS NO "ERROR" - THEY LIED! SAVED A FEW DOLLARS AT MY (AND OTHER INMATES) EXPENSE. INTERESTING HOW THEY "DISCOVERED" THIS "ERROR" AFTER RECEIVING A CHRISTMAS BONUS... FOR CUTTING COSTS BELOW A REDICULOUS BUDGET - AGAIN, AT INMATES EXPENSE!

\*\* ALTHOUGH THE KITCHEN IS PROVIDING MY RESOURCE PACKS (AFTER I "MADE MY OWN" DIET CARD!), MY ORIGINAL MEDICAL DIET CARD HAS NOT BEEN RETURNED.

\*\*\* WHY IS KITCHEN STAFF ALLOWED TO INTERFERE WITH MEDICAL PRESCRIPTION DISTRIBUTION? AS MEDICAL NOTED "THEY HAVE TO HONOR THE DIET CARD!" SEEMS SOMEONE ON THE KITCHEN STAFF HAS A PROBLEM WITH DIRECTIVES.

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] Castorena 7884 | 1/8/2015 |

Distribution:  INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-12
6/25/14