Parsons -vs- RYAN,
CV12-0061- PHX- DKD

[FILED stamp: JAN 23 2015, CLERK U.S. DISTRICT COURT, DISTRICT OF ARIZONA] Jan 5th 2015

Stephen Reeves
263041

Clerk of The Court.

I am currantly Housed at EYMAN, Browning, SMU II, PoD-4- Cell Block-G- Death Row.

Response to Parsons- vs- Ryan.

#1 Out of Cell Time -4- Solitary Confinement prisoners. We now get Either our regular 2 hr x3 every week in the Rec pen Directly Behind each Pod. a 12'x20' concrete room - + - 1 extra phase 3 - 2hr Time there. Or the same Time in the Dog Pound - 10 - 10'x10' Dog cages where we can talk to one another. Our additional (Time, new Time out) is a mandatory 1Hr. class, where we are Shackled to the Floor, given a outdated workbook on thinking, told we must do the worksheets in the book and attend every week or we will be punished by loss of phone, Rec time, Store, visits, ect. we are also told- "we cannot be Taught anything" "we are not allowed School" and there is no gaurentee of us recieving any benifits of Showing up to class, To sign their Sign in sheet, to go over The workbook that has no value to us or Doc. To listen to Someone who is not an Instructor in anything. To Be Shackled To A Floor and a Steel Seat. Simply to comply with Parsons - vs- Ryan- we are now punished to simply go there; to be treated like animals. Our old method was we had 3 x 2hr in the Rec pen - Plus 2hr a week - Phase III Time in the Rec. pen.

#2.

Same time out. "Without the threats." The 1hr class, that is not negotiable. That is a punishment with more punishment for non compliance - is a joke and an insult. 1 instructor told us - we are going to be punished for the law suit, and for it being so mandatory. It seems that D.O.C. will pick & choose whom attends and who doesn't have too. From our Pod there are 4 people in the class out of 10. In our Pod. for whatever reason D.O.C. does not include everyone in the (Mandatory Requirment)

#2 - Medical Care - So far there is no change in medical care at all. Example - For 2yrs I've been trying to get glasses. "I wear Tri Focals". They have denied them, given me 2 pr. of Bi focals, neither of wich is a proper pair. I've come to find out that no one gets proper glasses, they are all "off" just a bit in one eye or the other. "On Purpose" has to be. Example - Pain meds for back. The "Provider" gave me a phyc-med for my back. After I told him I'd almost died from "phyc meds" used for back pain. He said don't worry. Within 2 wks. My heart was beating erraticly and I had chest pains. I quit. Went to the provider who gave me another phyc. med for back pain. Did no help at all. I quit them - Requested to see the provider. Put in HnR. Told them I'd quit ect, told at least 3 nurses I don't take em. They still give them to me every day. I was told by 1 nurse to simply throw them away. I've still not seen the provider. This has been since "Sept. 2014". I could write a book on the medical care

← we have no Doctor that I've ever seen

3

they do not provide here. We survive "in spite" of the medical care here. Every issue is a Battle, Denied, changed by Corizon, never Documented ect. Its non stop corruption. As of today there has been no change whatso ever in the Medical Care that I've seen. Nor heard of either.

Mental health — no change for me. But — SMI people have some classes now?

#3
Real Issues — "compliance" I talked to 2 Sergeants 1 day in class and cornered them about the compliance. They let it slip That they would use the 75%, 80% ect, to thier advantage. Whatever they do not do for an inmate or comply with — will be part of the 25% — 20% they don't have to comply with. They are not going to change anything if they can prove That the non compliance does not exceed the % allowed to non compliance. These people are the professors of fraud, deciet. You can't keep up with em. 2 sergeants told me that to my face. And even when you do cite them for not complying, all that does is start a yr or so legal argument, and they'll start over. Their is no "Consequences" for anyone or any part of D.O.C. no one is Responsible. they change jobs within D.O.C so often you can't pin anybody down to anything. You never will. If a problem arrises you'll be told, "That was the last group" we are working on that

4.

we will make sure we fix it. AND The proper response is: "OK" we'll check back on that later. wich in turn, will be a new set of people who didn't know, But will now make sure we correct it. ect. ect. That is D.O.C.'s policy. -0- Zero- accountability "Zero".

→ The Sergeant's also bragged about how stupid the atty's were when they wrote this thing up. they said the court Documents wrote down a "Step 1, 2, 3," for our Classifications. AND D.O.C. has used A "Phase 1, 2, 3" system for Decades. So Since they Say Steps - we are now all at Step 1. the phase's they can get around. they are Looking into every possible way to "Snub Thier Noses" at the Courts as much as possible - they have no Intentions of ever correcting any human rights violations, providing adaquit medical care, or following any court order. AND AS the next 3 yrs or so roll BY they will tic everything up in so many different directions you'll never know from day to day IF you're going forward or Backward. These are proffessionals at Deciet, corruption, AND avoiding any and all financial + personal repercussions. The general feeling here on The Row is things are only gonna get worse all The way around.

#4. -Food- we have not recieved any additional food in our Diets - Since 2011 D.O.C. has cut max. Diets at least in ½ by volume, AND Deleted several food items from our Diet. they use Diets as a punishment. I have not seen or heard any plans to feed

us equally to the rest of D.O.C. prisoners. We get no fruit, are not allowed to buy a lot of stuff, the store list has been cut in 1/2 also since 2011. If you Dont have money "you're screwed". D.O.C. will not change this unless someone personally forces them too.

Issue 5 - $ Spent on atty's + monitoring.

You've issues here that have been going on for Decades, State, Federal laws violated, human rights violated. The current administration has itself done all it can to further violate laws, to deny adequate care, food, mental health, to people in max custody here is a form of torture. Day to Day - month to month, yr to yr. Slow torture, by the time this Lawsuit has been monitored + completed, all new politicians, new Directors, new health care cos, ect will be in place. You have no controll, no regulating D.O.C. There are "no consequenses" to anyone for anything. The amount you are paying the atty's to do their work, monitor the new rules ect. is less than 1/2 of 1% of D.O.C's Budgets. and its not there $. Its the taxpayers, so who cares??????

* By putting Limits on money, Inspections, ect. Youre giving D.O.C. the upper hand again. Youre telling the Attys at D.O.C. how much stuff they have to misdirect to accomplish spending limits. and how much time they need to build into security, administration ect to keep a True mo. to mo. Investigation from ever being accurate, D.O.C. has Decades of experience at

(6)

protecting itself. they now know exactly how much time + money to waste to keep the monitors at Bay. thats an easy Job. If you put say a Clause in there that said. If a noncompliance is found in any area of the conditions. all $ amounts and Inspection Times will be set aside, and unlimited $ and Inspections shall Take place until D.O.C. is Back in compliance for say 24 mo. That would maybe at least make them think of Complying. As it Stands. you have a good road map for them to adhere to. they can do that easily. We on Death row will not Benifit at all with the current status. And we arnt expecting to Be given freedoms to make our wait easier. But we would like to Be afforded the Care, rights allowed by Law, and treated as the rest of the prisoners are treated.

(#6) "opinions". Lots of people here on The Row will not write you. I've asked. Everyone says, why? So they can punish me.?? And there is an issue of legal mail. its Common knowledge that all our legal mail is opened, read, probably copied, comming and going. We have no "legal mail." We Can't Communicate with our attys in private, not by mail, phone, Visit. And lots of Inmates Believe that to mail a response from here with an opinion of Parsons-vs-Ryan - would never make it out of here anyways. they are very corrupt when it comes to legal mail. D.O.C. has made it clear I Believe

By 1 statement made to 1 Inmate. "Why would we stop reading your legal mail" The "Benifits far outwiegh the ConseQuenses"

※ There are no ConseQuences. not financially, not individually, not as a collective group.!!! None! No Regulations that can be enforced, no repercussions for anything - not even Death of an Inmate Because of mistreatment or lack of medical care. -0- Zero- Nothing to stop the corruption from continuing.

I Rambled on too long - Sorry -
I'm having my ATTY mail this to Ensure it will make it to you. I'll probably be reminded of that at some point By D.O.C. Oh well I'm on Death Row with say only 15 yrs to go.

Good luck to you and your endeavors to reign in D.O.C.
    I hope you accomplish Something I truly do.

You know the term Chump Change? → Less than ½ of 1% to correct Decades of every violation known to man. You might start there and say 5% every yr. for monitoring? Something that will have an Impact.

Thank you!

Stephen D. Reeves
263041
Eyman, Browning
P.O. Box 3400
Florence AZ 85132

Steph R

# NOTICE TO ALL ADC PRISONERS
## ABOUT SETTLEMENT IN *PARSONS v. RYAN*:

*Parsons v. Ryan* is a class action lawsuit that was filed in federal court in 2012 claiming that the medical, mental health and dental care in ADC's state-run prisons and the conditions in the maximum security units are unconstitutional.

ADC and the lawyers for the prisoner class have reached a settlement that they believe is fair to both sides. If you are a prisoner in one of the ten ADC prisons (Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, or Yuma), then you are a member of the class. This notice explains the proposed settlement, how you can read it, and how you can tell the Court whether you think the proposed settlement is fair.

The first part of the settlement says that ADC will monitor the health care to see if it meets more than 100 different measures. The lawyers for the prisoners will be able to review these monitoring reports. If Corizon does not provide health care according to these guidelines, the Court can order ADC to take more actions to improve the level of care.

The second part of the settlement says that ADC will improve the conditions in the maximum security units. The major changes will be more out-of-cell time and mental health treatment, meals with the same calories and nutritional value as those in general population, and limiting the use of pepper spray on prisoners with serious mental illness.

The third part of the settlement says the lawyers for the prisoners will monitor ADC's compliance with the agreement by touring the prisons, talking to prisoners and staff, and reviewing documents, including prisoner health care records.

[handwritten margin note: DOC's only concern]

This case did not seek money damages for any prisoner and none will be awarded. This settlement does not address the cases of any specific individuals, and attorneys for the class offer no opinion about any prisoner's ability to pursue a claim against ADC. The lawyers representing the prisoners have spent approximately $1 million in expenses and witness fees. They also have spent thousands of hours working on the case. The settlement provides that ADC will pay the lawyers for the prisoner class $4.9 million for work they have done until now. They will also be paid up to $250,000 per year in the future to monitor ADC's compliance with the settlement.

The full version of the settlement, and the motion for attorneys' fees, is available in the library. Maximum security prisoners who cannot go to the library can check out a copy from the law library or view the Stipulation and exhibits on CCTV.

The court will hold a hearing on the fairness of the settlement on February 18, 2015 at _1:30_ p.m., at the United States Courthouse in Phoenix, Courtroom ___.

Prisoners can write to the Court about their opinions on the fairness of the proposed settlement and/or the lawyers' request for payment. Comments MUST include the case name, *Parsons v. Ryan*, CV 12-00601-PHX-DKD, at the top of the first page. Comments must be postmarked no later than January 26, 2015, and sent to the following address:

> Clerk of the Court
> United States District Court, District of Arizona
> 401 W. Washington St., Suite 130, SPC 1
> Phoenix, AZ 85003-2118

If you have questions or want additional information about the case, or want to share your experience regarding the issues addressed in the case, please write the lawyers for the prisoner class at either of the following addresses:

| | |
|---|---|
| Prison Law Office | ACLU National Prison Project |
| General Delivery | 915 15th St., N.W., 7th Floor |
| San Quentin, CA 94964 | Washington, D.C. 20005 |

[handwritten note at bottom: Here's DOC's explanation of Parsons-vs-Ryan. We have no Law Library here.]

# AVISO A TODOS LOS PRESOS DE ADC
# SOBRE EL ACUERDO *PARSONS v. RYAN*

*Parsons v. Ryan* es una demanda colectiva que fue presentada en la corte federal en el 2012 alegando que el cuidado médico y la salud mental y dental en las prisiones estatales de ADC y las condiciones en las unidades de máxima seguridad son inconstitucionales.

ADC y los abogados de la clase de presos han llegado a un acuerdo que ellos creen es justo para ambos partidos. Si usted es un preso en una de las diez cárceles ADC (Douglas, Eyman, Florencia, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, o Yuma), entonces usted es un miembro de la clase. Este aviso explica el acuerdo propuesto, cómo se puede leer, y cómo usted puede decirle a la Corte de Justicia si usted piensa que el acuerdo propuesto es justo.

La primera parte del acuerdo dice que ADC supervisará el cuidado médico para ver si cumple con más de 80 diferentes medidas. Los abogados de los presos podrán revisar estos reportes de monitoreo. Si Corizon no proporciona cuidado de salud de acuerdo con estas direcciones, la Corte puede ordenar ADC que tome más acciones para mejorar el nivel de salud.

La segunda parte del acuerdo dice que ADC va a mejorar las condiciones en las unidades de máxima seguridad. Los principales cambios serán más tiempo fuera de la celda y el tratamiento de salud mental, comidas con las mismas calorías y valor nutricional como las de en la población general, y la limitación del uso de gas pimienta contra los presos con enfermedades mentales graves.

La tercera parte del acuerdo dice que los abogados de los presos vigilarán el cumplimiento de ADC con el acuerdo por medio de visitas a las prisiones, hablando con los presos y trabajadores de la prisión, y revisando documentos, incluyendo los registros de salud de los presos.

Este caso no buscó daños monetarios para cualquier preso y ninguno será conferido. Este acuerdo no se refirió a los casos de presos individuales, y los abogados de la clase no ofrecen ninguna opinión sobre la habilidad de cualquier preso a presentar una demanda contra el ADC. Los abogados que representan a los presos han gastado aproximadamente $1 millón en gastos y honorarios de testigos. También han gastado miles de horas de trabajo en el caso. El acuerdo establece que ADC les pagará a los abogados de la clase de presos $4.9 millones por el trabajo que han hecho hasta ahora, que es menos de la mitad de la cantidad que podrían haber reclamado. También le pagarán hasta $250,000 por año en el futuro para supervisar el cumplimiento de ADC con el acuerdo.

La versión completa del acuerdo, y la moción por los honorarios del abogado están disponibles en la biblioteca. Presos de máxima seguridad que no pueden ir a la biblioteca pueden sacar una copia de la biblioteca de la ley o ver la Estipulación y exhibiciones en CCTV.

El tribunal celebrará una audiencia sobre la imparcialidad del acuerdo en el 18 de febrero, 2015 a 1:30 pm, en el Palacio de Justicia de Estados Unidos en Phoenix, Sala de justicia "Special Proceedings Courtroom".

Los presos pueden escribir a la Corte acerca de sus opiniones sobre la imparcialidad del acuerdo propuesto y / o la solicitud de el pago de los abogados. Los comentarios deben incluir el nombre del caso, *Parsons v. Ryan*, CV 12-00601-PHX-DKD, en la parte superior de la primera página. Los comentarios deben tener el sello postal no más tardar del 26 de enero, 2015, y enviados a la siguiente dirección:

> Clerk of the Court
> United States District Court, District of Arizona
> 401 W. Washington St., Suite 130, SPC 1
> Phoenix, AZ  85003-2118

Si usted tiene preguntas o desea información adicional sobre el caso, o desea compartir su experiencia sobre los temas reportados en el caso, por favor escriba los abogados de la clase de presos en cualquiera de las siguientes direcciones:

| | |
|---|---|
| Prison Law Office | ACLU National Prison Project |
| General Delivery | 915 15th St., N.W., 7th Floor |
| San Quentin, CA 94964 | Washington, D.C. 20005 |