Parson V.S Ryan
CV12-00601 Phx DK
Deborah Pridgeon ADC #094494 57-B-38

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 23 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Plaintiff class member comments on Settlement Agreement

I'm writing on Fairness Hearing, on medical. Feb 18 2015 at 1:30 pm in special proceeding court Rm. Magistrate Judge Duncan Presiding.

I am an inmate at Perryville, San Carlos yard. I am 51 yr's old. and I'm writing this for my own Health concerns, as well as others.

3 wks ago I encountered a Hernia in my vagina while at work (apologize for the graphics). After two H and R's was seen, got a pelvic examine. They gave me 5 days off and light duty. Then had to return to work. I have complained of pain and discomfort. It hurts to walk to sit too long. I have put H and R's and they say there is Nothing I can do. until I see an OBGYN.

And still have not seen one. Still Have to work. Was told I could have a mesh or Surgery. And almost 1 mo. later still No OBGYN. IF this ruptures it is Life threatening. Because of its location. Just walking can tear and rupture. and everyday

I have to walk a Foot Ball field to work. If I do not go to work or check in. I get threatened with disciplinary. I have tried to follow chain of commands only to be told, go to work, get out of my office. I'm scared for my Health. It seems that By the time they get around for Surgery. the illness has progressed to far. From other inmates I have talked to. it has taken a year for almost all surgery's that I have heard from other inmates.

We need proper care more Doctors. The truth They never told me the Seriousness of my illness I had to hear it from my Boss in the Kitchen going to medical school.

Sincerely yours
Deborah D. Pridgeon
#094454
Deborah Pridgeon

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate Marine Bryan
ADC# 2a130 02388L
Arizona State Prison Complex Perryville
Unit San Pedro 105
City Goodyear AZ 85395



PHOENIX AZ 852
21 JAN 2015 PM 1 L

RECEIVED
JAN 23 2015
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Clerk of the Courts
United States District Court Dist of AZ
401 W. Washington Suite 130 Spc 1
Phx AZ 85003-2118