Case Name:
Parsons v. Ryan - cv-12-00601-PHX-DKD

RECEIVED
JAN 23 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Filiberto Giron Les escrive esta carta oy para informarles que a mediados de Diciembre del 2014 senos entrego un informe donde senos abisan que para el 16 de enero del 2015 nosotros Los presos ibamos a ser mejor beneficiados con mas cantidad de alimentos y mas calorias inclullendo mejor atencion medica etc. Y pues Lamentable mente yo quiero poner mi queja ante ustedes para informarles que asta el dia de hoy nosotros emos estado reciviendo la misma cantidad y porciones de alimentos que antes asta el dia de hoy nada a cambiado por esta razon yo les estoy escriviendo esta carta para dejarles saver Lo que esta pasando con los alimentos que estamos consumiendo Les agradeceria mucho si ustedes nos pueden alludar con este problema y si es posible dejenme saver si ustedes recibieron esta letra. Grasias por su tiempo y por cada segundo que se tomaron en leer esta carta

esta es mi informacion "Grasias"

Filiberto Giron
ADC 186650
ASPC EYMAN
Unit Smu-1
P.O. Box 4000
Florence Az 85132

food complaints
portions/calories
not enough