TRANSLATION

[doc 1366]

*Case Name: Parsons v. Ryan-cv-12-00601-Phx-DKD*

Filiberto Giron is writing this letter to whom it may concern to inform you that in mid-December of 2014 we were given a report where we were advised that by January 16, 2015 we, the prisoners, were going to benefit greatly with larger quantities of food and calories including better medical attention, etc. Well, sadly I want to file a complaint with you to let you know that to date we are still receiving the same amount and portions of food as before. To date, nothing has changed so this is the reason why I am writing this letter: to let you know what's going on with the food that we are eating. I would be very thankful if you could help us with this problem and if it's possible, let me know you received this letter. Thank you for your time and for every second you take in reading this letter.

This is my contact information. "Thank you"

Filiberto Giron
*ADC 186650*
*ASPC EYMAN*
*Unit SMV-1*
*P.O. Box 4000*
*Florence, AZ 85132*

*MARCIA RESLER, U.S.C.C.I.*
Spelling, punctuation & grammar added/adapted for clarity. *Italics* denotes original text.