Mi Nombre es Jose Razo Zuñiga #DOC 177000
para caso.
Parson V. Ryan. CV 12-00601-PHX-DKD

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 23 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Recivimos un Boletin donde senos notifica que las comidas que senos undado seran cambeadas a mejor calidad y cantidad como en las otras priciones de baja seguida. yo me encuentro en nivel 5, maxima seguridad. donde senos dan alimentos con pocas calorias y pocas porciones. y el boletin que nos entregaron los oficiales de parte del (DOC) senos notifica que apartir del dia 16 de enero del (2015) senos darian mas calorias mas raciones de alimento pero no ancambiado las raciones nilas calorias senos sigue dando las mismas calorias que los otros años. quisiera que ustedes investigaran para que se coriga este problema o Negligencia del DOC las personas aqui presas muchos tienen miedo a escribir pero son muchos los que se quejan que los alimentos que nos otorga el DOC no ancambiado senos sigue dando lo mismo

Cinceramente.
Jose razo zuniga

food complaints
portions/calories
not enough.

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
INMATE Zuniga Jose Pedro
ADC# 77000
ARIZONA STATE PRISON COMPLEX Eyman
UNIT SMU I PO Box 4000
CITY Florence AZ 85132

PHOENIX AZ 850
21 JAN 2015 PM 8 L

RECEIVED
JAN 23 2015
CLERK OF THE COURT
UNITED STATES DISTRICT COURT

LEGAL MAIL

Clerk of The court
United States District court, District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

85003213059