TRANSLATION

[doc 1367]

My name is <u>Jose Razo Zuniga</u> #doc 177000
For the case
*Parson v. Ryan. CV12-00601-PHX-DKD*

We received a flyer where we were notified that the meals we had been receiving were going to be changed for better quality and quantity like at minimum security prisons. I am at a Level 5 Maximum Security [prison] where the food has few calories and the portions are small. The flyer given to us by the *DOC* representatives notifies us that as of January 16, 2015 we are going to be given more calories and bigger food portions, but nor the portions nor the calories have changed. We are still given the same calories as in years past. I would like for you to investigate so that this problem or negligence of the *DOC* may be corrected. There are many people in custody here afraid to write, but there are many complaining about the food given to us by *DOC*; nothing has changed, we are still given the same.

    Sincerely,
        [illegible signature]
            <u>Jose Razo Zuniga</u>