FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 23 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Parsons Vs Ryan
CV12-00601-PHX DKD
Marnie Bryan ADC#202130 62B88L

Plaintiff Class
Member Comments
On Settlement Agreement

I am writing this to give my opinion And objectives On the Parsons Vs Ryan Settlement hearing On Feb 18, 2015 at 1:30 pm in Special Proceeding Courtroom with Magistrate Judge Duncan presiding.

I am an inmate at San Carlos Perryville prison I am 45 yrs old. I have a Real life concern for my own Medical needs And the needs of my fellow inmates Due to the grossly inadequate And insufficient Care that ADOC and Corizon now provide us.

For example I myself suffered a second stroke a month before my incarceration in March 2014. I have had complications from it like falling, dizziness, migraines, numbness and tingling on my left side, memory loss and muscle weakness. I need a nuerological exam and I also have heart conditions that need to be addressed. I have asked with many many HNR's to get some help. For months I was told they didnt have my medical records. If it wasnt for my parents sending my records in 3 times nothing would have been done. They thought I was lying about my medical issues. And kept me working on a outside work crew that was very physical and way to hard for somebody with my health problems. I asked to be put on a job that didnt require

Such hard labor. And was always told no until I actually collapsed at work And hurt myself. And my parents had to call the Warden And tell her to get me off that job immediately So that is the only Reason I got off that job finally.

~~I want to be able~~

In my opinion I dont think that reviewing 10 Randomly Selected Inmate medical files with a two week notice Is going to Change Anything It How will it be regulated that they are telling the truth Someone who is doing the monitoring needs to Know all of the games that the provider plays And how they can hide what they do. And dont do ADOC and Corizon Are good at putting on a show When they have to Whenever we have Important people come for tours of the prison We are always locked down Told not to talk

to Anybody And Wear our best clothes And they have inmates sit in the Classrooms to look like they are really having a class And they are not because they dont have enough Classes the Ones they do have the teachers Only Come half the time. I worry for My health And my life because I am at a high Risk for another stroke. And I ~~need proactive steps to~~ need to be taking proactive not Reactive steps so I dont have another ~~stroke~~ One. I need a Ultrasound on my Arteries to see if there is a blockage somewhere and my Outside Dr said I need a Sleep Apnea study because he is sure I have it And I should be on a breathing machine at night I dont believe that ADOC will do this for ~~me~~ care. I am here for 3½ more yrs And dont want my medical Condition to deteorate or have a fatal stroke that could have

provide ↓

been prevented given the proper treatment.

I have also found a lump in my breast that I put a HNR in 3 mo ago that needs to be looked into But I have had no Response for a mammogram. I Know I'm in prison But we shouldn't have to suffer in these Conditions Please Help us. Thank you for time And consideration in this matter.

Marnie Bryan
Marnie BRyan
ADC # 202130



PHOENIX AZ 850
21 JAN 2015 PM 1 L

RECEIVED

JAN 23 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

**INMATE MAIL - ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate Marrie Bryan
ADC# 202130   028886
Arizona State Prison Complex Perryville
Unit San Pedro
     PO Box 3100
City Goodyear     AZ 85395

Clerk of the Courts
United States District Court Dst of AZ
401 W. Washington Suite 130 Spc 1
Phx AZ 85003-2118