PARSON V. RYAN, CV 12-00601-PHX-DKD

TO WHOM IT MAY CONCERN

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 23 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

I AM WRITING TO ADDRESS THE COURT ON MY OPINION ON THE FAIRNESS OF THE PROPOSED SETTLEMENT IN THE CASE, PARSON V. RYAN, CV 12-00601-PHX-DKD. I WOULD LIKE TO REMAIN ANONYMOUS DUE TO THE FACT THAT I FEEL THERE MAY BE RETRIBUTION IN THE FORM OF RETALIATION BY THE ARIZONA DEPARTMENT OF CORRECTIONS (ADC) ON MY PERSON FOR EXPRESSING MY OPINIONS.

IN THE ABOVE ENTITLED CASE THE NOTICE I RECEIVED STATES: THE FIRST OF THE SETTLEMENT SAYS THAT ADC WILL MONITOR THE HEALTH CARE TO SEE IF IT MEETS MORE THAN 100 DIFFERENT MEASURES. THE LAWYERS FOR THE PRISONERS WILL BE TO REVIEW THESE MONITORING REPORTS.

I FEEL THAT IN A PERFECT SOCIETY AND OR IN AN IDEAL SETTING THIS SETTLEMENT WOULD WORK. UNFORTUNATELY AS WE ARE ALL WELL AWARE OF, WE DO NOT LIVE IN A PERFECT SOCIETY AND OR AN IDEAL SETTING. THE REASON THIS CASE HAD TO BE BROUGHT TO THE COURTS ATTEN-

TION WAS THAT ADC WAS NOT MONIT-
ORING THE MEDICAL, MENTAL HEALTH
AND DENTAL CARE IN ITS STATE RUN
PRISONS AND THE CONDITIONS IN ITS
MAXIMUM SECURITY UNITS, FORCING A
FEDERAL COURT TO DECLARE THESE
CONDITIONS UNCONSTITUTIONAL.

THE SETTLEMENT STATES THAT
THE COURT IS PLACING THE RESPONSIB-
ILITY OF MONITORING THIS SITUATION
BACK INTO THE HANDS OF THE SAME
PEOPLE AND OR DEPARTMENT WHO
PREVIOUSLY FAILED TO MEET THEIR
CONSTITUTIONAL OBLIGATIONS OF MONIT-
ORING THE SITUATION IN THE FIRST
PLACE; WHICH TO ME IS THE VERY
DEFINITION OF CONFLICT OF INTEREST.
HOW CAN ANY REASONABLE PERSON
EXPECT TO RECEIVE DIFFERENT RE-
SULTS WHEN THEY ARE UTILIZING
THE SAME COMPONENTS AND OR THE
SAME ORDER OF OPERATIONS WHICH
LED TO THE PRESENT SITUATION.

I HUMBLY PLACE MYSELF AS
AN EXAMPLE TO THE COURT. I WAS
INCARCERATED BECAUSE I SOUGHT
FINANCIAL GAIN THROUGH ILLEGAL
MEANS. JURISPRUDENCE HAS ENLIGHT-

ENED ME TO THE FACT THAT THE ONLY WAY TO REMAIN OUT OF PRISON IS TO SEEK FINANCIAL GAIN WITHIN THE LIMITS OF THE LAW. ONLY BY CHANGING MY MEANS OF FINANCIAL GAIN CAN I EXPECT A DIFFERENT RESULT.

IN THE ABOVE ENTITLED CASE, THE SETTLEMENT STATES THAT THE LAWYERS FOR THE PRISON-ERS WILL BE ABLE TO REVIEW THE MONITORING REPORTS BY ADC OFFICIAL-S. THIS AGAIN GOES BACK TO THE HEART OF MY OPINION. UNFORTUNATELY WE DO NOT LIVE IN A PERFECT SOCIETY AND OR AN IDEAL SETTING. UNFORTUNATELY INDEED HISTORY SHOW-S US THAT ANY INSTITUTION AND OR GOVERNMENT WHO RELIES ON ANY OFFICIALS WHO FAILED TO MEET THEIR PRIOR RESPONSIBILITIES CANNOT BE REASONABLY RELIED ON TO FULFILL NEW RESPONSIBILITIES AND OR OBLIGAT-IONS UNDER THE SAME LEADERSHIP, CIRCUMSTANCES AND OR CONDITIONS. THIS IS PRECISELY WHY TWO KEY DEPARTMENTS IN THE U.S. GOVERN-MENT ARE CURRENTLY UNDER NEW

LEADERSHIP: THE V.A., AND THE
SECRET SERVICE. BASED ON THE
FACT THAT THE EXECUTIVE BRANCH OF
THE U.S. GOVERNMENT REASONABLY
CONCLUDED THAT CHANGE IN LEADER-
SHIP WAS THE ONLY WAY TO RESPON-
SIBLY CHANGE THESE TRUSTED INSTIT-
UTIONS; I DO NOT FIND IT UNREAS-
ONABLE TO EXPECT THE SAME
CONCLUSION IN THIS CASE AND OR
DEPARTMENT.
          UNFORTUNATELY A D C DOES
NOT OPERATE ON A SCALE OF TRANS-
PARENCY AND DOES OPERATE UNDER
A VEIL OF SECRECY; SO MUCH SO
THAT IT COST THE LAWYERS APPROX-
IMATELY $1 MILLION IN EXPENSES
AND WITNESS FEES, NOT TO MENTION
THOUSANDS OF HOURS WORKING ON
EXPOSING THE SECRET UNCONSTITUT-
IONAL CONDITIONS MEN AND WOMEN
ARE LIVING UNDER IN A D C'S STATE
RUN PRISONS. THIS ARGUMENT ONLY
REAFFIRMS MY OPINION THAT DRASTIC
CHANGE IS NEEDED TO ADDRESS
THE FEDERAL COURTS FINDINGS.
          THE FACT THAT THE SETTLE-
MENT DOES NOT ADDRESS ANY

TYPE OF CHANGE IN LEADERSHIP IN
ADC ONLY LEADS ME TO THE
REASONABLE CONCLUSION THAT THIS
SETTLEMENT WILL BE INEFFECTIVE
AS CURRENTLY DRAFTED. THE ONLY
WAY I THINK THIS CASE CAN BE
FAIRLY SETTLED IS FOR AN AMEND-
ED STIPULATION TO BE DRAFTED INTO
THE SETTLEMENT STATING THAT AN
UNPARTIAL AND OR UNBIASED THIRD
PARTY WILL MONITOR THE HEALTH CARE
TO SEE IF IT MEETS MORE THAN
100 DIFFERENT MEASURES, AND WRITE
THE MONITORING REPORTS FOR THE
LAWYERS OF THE PRISONERS TO
REVIEW.

    I HAVE WRITTEN THIS LETTER
IN THE BEST INTEREST OF ALL THE
PARTIES INVOLVED. I HUMBLY THANK
THE COURT FOR AFFORDING ME THE
OPPORTUNITY TO ADDRESS THE FAIR-
NESS OF THE PROPOSED SETTLEME-
NT.

        SINCERELY,

B. CALDERON, ADC # 219099

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate  Bill  CALDERON
ADC#  214053
Arizona State Prison Complex  YUMA
Unit  DAKOTA
P. O. BOX # 8707
City  SAN  LUIS          AZ 85349

FOREVER  USA

PHOENIX AZ 852

23 JAN 2015 PM 10 L

CLERK OF THE COURT

U.S. DIST. COURT, DIST. OF A.Z.

401 W WASHINGTON ST SUITE 130
SPC 1
PHOENIX, AZ 85003-2118

RECEIVED
JAN 2 3 2015

85003$2130

LEGAL MAIL
ASPC-YUMA