Parsons.V. Ryan, CV 12-00601-PHX-DKD

Dear District Attorney,

I am righting you this letter to let you know that some of the agreement has NOT been met, for example the situation with the food has not changed one bit in the maximum security units, we have not been getting the calories, nutrition, or bigger portions as those in general population, actually our portions have gotten smaller.

I have the notice you sent to all of us, stating that ther would be people coming to monitor the compliance of the agreement, and to see if that agreement has been met, it has not, and i was wondering if you could personaly come down here and see for your self.

Frank Romero

Inmate Frank Alexander Romero
ADC # 184781  B
Unit SMU-1-3-C-37
ASPC-Eyman P.O. Box 4000
Florence AZ 85132

**ARIZONA DEPARTMENT
OF CORRECTIONS
LEGAL MAIL**

ARIZONA DEPARTMENT OF CORRECTIONS
LEGAL MAIL  85003213099

PHOENIX AZ 852
21 JAN '15
PM 3 L

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
$ 00.48⁰
02 1M
0004239340  APR 24 2014
MAILED FROM ZIP CODE 85132

Clerk of the Court
United States district court, district of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

JAN 23 2015

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA