Clerk of the Court
United States District Court
District of Arizona
401 W. Washington St Suite 130
Phoenix, AZ 85003

Parsons vs Ryan    CV 12-00601-PHX-DKD

I was invited to air my comments regarding the above mentioned civil lawsuit.

The State of Perryville Prison is in crisis.

1) All showers are a disaster. Black mold — all fixtures old and in disrepair — no shower curtains, or what is there are in tatters

2) Heaters and swamp coolers barely work on all yards (Santa Cruz)

3) Meals are substandard, portions small

4) No clothing or coats or blankets available at state issue or shoes or boots for crews

5) Verbal mistreatment of inmates by all staff

6) No follow through on medical appointments or ailments — no correct medications

①

7) No follow through on specialist for correct diagnosis or medication, or surgeries required.

I am over the age where I can afford to be constantly put off by the medical staff. I will be 60 yrs old in August. I have yet to be treated for my 2 carpal tunnel diagnosis (1 in each wrist), phybromyalgia, Rumitoid arthritis, osteoarthritis and COPD.

I fear I will die in here without proper care. My release date is not until 2022. This prison has known about my ailments since I got here over 5 yrs ago.

I am over 50 and chronic care. I would like to be cared for properly or sent home on ankle monitor. This prison cannot keep us and refuse to care for us.

Thank you

Marlen Elyn
Green hu
#251050 ②

