Case 2:12-cv-00601-DKD   Parsons vs. Ryan

RECEIVED ___ COPY
JAN 23 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
1-28-15

Dear ACLU,

I am Brianna Bejarano APC #292,381 writing you this letter on behalf of my health issues I have. Also the trouble I am having with the medical attention as well as dental here at the Arizona State Department of Corrections. Since I have arrived here at the prison June 20, 2014 I have seen the doctor one time. I was sent here with a letter from my primary care physician, Dr. Susan Jones in Safford, AZ with a list of my health issues as well as the medications I'm suppose to be on. I have Juvenile Rheumatoid Arthritis wich I've had since the age of 4, H pylori wich made me loose a significant amount of weight, and Refractory GERD, and IBS. I have nausea, vomiting, Stomach pain, and achy joints quite often. I have my hair that falls out & my teeth are breaking from where I vomit so much. I've put in so many HNR's to medical, Dental & also the FHA. The responses I get is that I'm scheduled with the physician. I have still yet to see him. I have everything recorded here from all my HNR's. Dental also said I'm scheduled for Routine care, and still nothing. I also have a couple other issues starting since I have arrived here. I need to know what I can do to see a real doctor. The one time over a month ago they did call me up to medical to see the doctor they

sent me back to my yard and said they had to reschedule due to doctor not showing up. And when they do call you up its always for nurses line. I have issues going on that I need to be dealt with before they get worse. Since I've been here they cut me off some of my meds because they don't have them here. Also since I've been here a girl has passed away due to lack of medical attention. Its scarry, I have children to go home to that need me. I don't want to loose my life to this place because the people don't care. We are human not animals. I need to see if you people can help me out before my health starts deteriorating more. Let me know what I need to do or can do. Thank you Kindly.

If you need additional information please contact me. Thank you.

Sincerely,

Brianna Bejarano
#292132

Also my doctor in Safford wrote many letters addressing the courts about her concerns of my incarceration due to the lack of medical care here in D.O.C. because we were aware of it from a report from Arizona Family and Friends Comittee in Tucson, Az, and the courts did not even consider it.

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Briana Bejarano
ADC# 292132
Arizona State Prison Complex Perryville
Unit Santa Cruz-18-D-41 upper
P.O. Box 3200
City Goodyear                AZ 85395



PHOENIX AZ 852

21 JAN 2015 PM 8 L

RECEIVED
JAN 23 2015
CLERK OF THE COURT
U S DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Clerk of The Court
United States District
Court, District of Arizona
401 W. Washington St.
Ste 130, SPC 1
Phoenix, AZ 85003-2118