To. Clerk of THe court

From Daniel M. Garcia. C

A.D.C 177084

FILED
X RECEIVED ___ LODGED
___ COPY
JAN 2 3 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

CV-12-00601-PHX-DKD

Hi° My NAMe is. Daniel Garcia and i would
like To Speak, From M. DU prison ProcTecTed
cusTidy TAlk To. RYAN. AbouT A seTTemenT.
To. PArsons v. RyAN To all THe prison From
Arizona. complex, g.p and P.C, To proTeCT cusTidy
and i would like To be PArT of THe demand
of THe ADC prisons, because i been beAT
up Twice and i supace To be in a menTal
HospiTal, like deserT VisTa, and i THink is
noT FAir To be send To a diFFerenT prisons
and geT beAT up by inmATes and noT HAve
C.O or eiTHer camaras on THe complex noT
To be seen by nobody. I'm parAnoid
CrisToFenic, and i been in diFFerenT HospiTal
in THe sTreeT's. because oF my MenTal Issue
And i been pepper sPrAy in Kingman. in
THe sHower Twice and iT's been Recordod
by camara, in THe suicidal and beAT up
in yuma, and noT goT approved To P.C
and i wHas all Ready Approved Here in buckeye
1 year ago. i THANk,S!

prison LAw ofFice                    A CLU NATIONAL
GenerAl Delivery                     prison projecT
San QuenTin, CA 94964                915 15TH sT N. W
                                     11TH Floor Washint



INMATE NAME: ARIZONA DEPARTMENT OF CORRECTIONS
INMATE: D. AMBUCACH-C-18
ADC# : D. 1770
ARIZONA STATE PRISON COMPLEX-BRE-BCK
UNIT: BODY 60-17 A-C-BCK
CITY: BUCKEYE, AZ ARIZONA

FOREVER
USA

PHOENIX AZ 852

21 JAN 2015 PM 11 L

RECEIVED
JAN 23 2015

Clerk of The court
United States District court,
District of Arizona,
401 W. Washington St.,
Suite 130, SPC I
PHOENIX, AZ 85003-2118

8500321 1804