19 ①

1-19-15

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 26 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

Parsons v. Ryan, CV 12-00601-PHX-DKD

To whom it may concern,

I am writing this letter to you in reference to the above mentioned case. My name is Annette Sinclair, ADC #266204. I am currently incarcerated at the Arizona State Prison Complex at Perryville. I have been incarcerated since 9-7-11. I currently have medical issues that are not being addressed in a timely nor effective manner. I have been asking for help since February 2013 for the back pain, and numbness in leg, feet, rectum and vagina. Finally on 11-4-14 I was sent out for an MRI (copies enclosed). I have four herniated and bulging discs. I have extreme lower back pain, left leg pain and numbness. Numbness in both feet, numbness in rectum and vagina and the most concerning symptom that is continually worsening is

pg. (2)

the inability to control my bowel and bladder. It is very difficult for me to bear down to have a bowel movement. The nerves that control this function are being pinched due to my back condition. I am in extreme pain daily and I am beyond needing pain medication. I was seen on 1-6-15 by Dr. Brian Page at The Pain Management Clinic. He told me that if I was a patient off the street with my symptoms and MRI, he would send me straight to the hospital. He asked me if I wanted pain medication and I told him that I am beyond that, I need to see a Neurosurgeon and have surgery. So I am writing this letter to you today begging for your help. I do not want to completely lose the control of my bowel and bladder. I know if I do not get proper treatment soon that may be my outcome. I arrived in prison with a back problem history. I had an MRI on 8-30-10 before I became incarcerated (copy attached as well). Both the prison Law Office and the ACLU are already aware of my medical situation. Dr. Brian Page said he was going to refer

(Advanced pain management) →

pg. ③

me to a neurologist, request approval for pain injections in my back and request that I get physical therapy.

I previously had a back surgery on 7-7-1998. It was the last option and something that I needed to have because I was losing the ability to urinate. Now my current medical condition is much worse. I need proper medical care and treatment immediately. Please help me get to a neurosurgeon so I can get the help I need to save the function of my bowel and bladder. I currently have no feeling at all in my rectum and vagina. When I first reported my symptoms back in February 2013, my symptoms were not so profound. I continually worsen each day. My symptoms started as numbness and now I have no feeling at all. Please help me. I want to believe that this lawsuit will make a difference, but I see no difference at all so far. Please help me to get to a neurosurgeon. I have served nearly 3½ years already of my sentence. I have 21 months left. Maybe you can help me get out on a medical clemency

pg. (4)

and house arrest so I can get the surgery and post-op care and physical therapy that I need. Please help me get the specialty care that I desperately need and the department of corrections will not provide.

The only relief that I get is from sitting in my chair at work. I work at Televerde-Citrus call center. Sleeping in my bed each night is torture. I have two mattresses already and it's absolute torture everytime I have to lay down on my bed. My left hip has been hurting more and more each day as well. I have remained in a crooked stance for well over a year now. Because of my back condition going untreated, it is now negatively affecting my left hip. I can hear and feel my left hip click when I walk or raise my left leg. I'm begging for your help. Please help me. Thank you for your attention to this matter. I truly appreciate your time and assistance. I look forward to hearing from you soon.

Sincerely,
Annette Sinclair #266204
Arizona State Prison Complex - Perryville
Unit: Piestewa #2-B-33
P.O. Box 3600
Goodyear, AZ 85395



# Radiology Report
Tempe Facility

**NAME:** 266204 Annette Sinclair
**D.O.B.:** 03/15/1972
**PATIENT #:** AZ315794

**D.O.S.:** 11/04/14

**PHYSICIAN:** Stabinsky, Seth, MD
**Phone:** (623) 853-0304 ext. EXT 24
**Fax:** (623) 853-4670
Goodyear, AZ 85395

**MRI Pelvis without Contrast**

EXAM: MRI of the sacrum without contrast.

HISTORY: Lumbago. Left foot pain and numbness.

COMPARISON: None available.

TECHNIQUE: T1, T2, STIR. 1.5 Tesla magnet. No contrast.

FINDINGS:

The sacrum and coccyx appear normal without bone marrow edema or fracture. The sacral nerve roots and neural foramina are unremarkable. No presacral mass lesion is seen. The SI joints are within normal limits without widening or narrowing, or inflammatory reactions. Normal rectosigmoid colon. The uterus and urinary bladder are unremarkable. There is fatty replacement of the gluteus muscles.

IMPRESSION:

1. Unremarkable MRI of the sacrum and coccyx.


Thank you for allowing AZ-Tech Radiology to participate in your patient's care.
cs

Report dictated and electronically signed by: Nguyen, Karl, MD
11/05/2014  5:45 PM

FDA Certified
Accredited by the American College of Radiology

| Ahwatukee | Apache Junction | Casa Grande | Gilbert | Maricopa | Phoenix Osborn | Women's Center |
|---|---|---|---|---|---|---|
| Phone: 480.893.1004 | Phone: 480.288.6400 | Phone: 520.876.0297 | Phone: 480.354.9200 | Phone: 520.568.6411 | Phone: 602.277.4111 | Phone: 480.455.1860 |
| Fax: 480.893.0306 | Fax: 480.288.4079 | Fax: 520.876.0167 | Fax: 480.354.9201 | Fax: 520.568.6312 | Fax: 602.277.1333 | Fax: 480.455.1862 |



## Radiology Report
Tempe Facility

**NAME:** 266204 Annette Sinclair
**D.O.B.:** 03/15/1972
**PATIENT #:** AZ315794

**D.O.S.:** 11/04/14

**PHYSICIAN:** Stabinsky, Seth, MD
**Phone:** (623) 853-0304 ext. EXT 24
**Fax :** (623) 853-4670
Goodyear, AZ 85395

**MRI Lumbar Spine with and without Contrast**

EXAM: MRI of the lumbar spine without and with contrast.

HISTORY: Lumbago. Low back pain with left foot pain and numbness. Laminectomy at L4-L5.

COMPARISON: None available.

TECHNIQUE: Fat-sat T1, fast spin-echo T2, postcontrast fat-sat T1, STIR.

FINDINGS:

The lumbar alignment is normal. The vertebral bodies are average in height without compression fracture or bone marrow edema. The conus medullaris ends at L1. No prevertebral or paravertebral soft tissue mass or vascular lesion identified. Probable laminectomy defects are seen at L4 and L5.

T12-L1: There is posterior bony ridging and disc protrusion without extrusion. There is no central canal stenosis or neural foraminal narrowing. Intravertebral disc protrusion is noted. There is no facet arthrosis.

L1-L2: Minimal posterior bony ridging and disc protrusion noted without extrusion. Intravertebral disc protrusion noted. There is no central canal stenosis or neural foraminal narrowing. No facet arthrosis is identified.

L2-L3: Posterior bony ridging, 5 mm disc protrusion and ligamentum flavum hypertrophy are noted with central canal stenosis and neural foraminal narrowing at this level. There are bony endplate degenerative changes.

FDA Certified
Accredited by the American College of Radiology

| Ahwatukee | Apache Junction | Casa Grande | Gilbert | Maricopa | Phoenix Osborn | Women's Center |
|---|---|---|---|---|---|---|
| Phone: 480.893.1004 | Phone: 480.288.6400 | Phone: 520.876.0297 | Phone: 480.354.9200 | Phone: 520.568.6411 | Phone: 602.277.4111 | Phone: 480.455.1860 |
| Fax: 480.893.0306 | Fax: 480.288.4079 | Fax: 520.876.0167 | Fax: 480.354.9201 | Fax: 520.568.6312 | Fax: 602.277.1333 | Fax: 480.455.1862 |



# Radiology Report
## Tempe Facility

**NAME:** 266204 Annette Sinclair
**D.O.B.:** 03/15/1972
**PATIENT #:** AZ315794

**D.O.S.:** 11/04/14

**PHYSICIAN:** Stabinsky, Seth, MD
**PO BOX 3000**

**Goodyear, AZ 85395**

L3-L4: Posterior bony ridging and disc protrusion without extrusion are noted. Moderate bony endplates degenerative changes are seen. There is no central canal stenosis. Bilateral neural foraminal narrowing is identified.

L4-L5: No disc protrusion or extrusion, central canal stenosis or neural foraminal narrowing. There is moderate facet hypertrophy. Laminectomy defects noted.

L5-S1: Mild disc protrusion and bony ridging are seen. There is no central canal stenosis or neural foraminal narrowing. There is moderate facet bony overgrowth. Ligamentum flavum hypertrophy is identified. Heterotopic bony formation and laminectomy defects are noted.

IMPRESSION:

1. Central canal stenosis and neural foraminal narrowing at L2-L3. Disc protrusion, bony ridging and ligamentum flavum hypertrophy noted at this level.

2. Bilateral neural foraminal narrowing noted at L3-L4. Disc desiccation, posterior bony ridging and endplate degenerative changes noted at this level.

3. Laminectomy defects at L4 and L5.

4. Multilevel disc desiccation and ligamentum flavum hypertrophy as described above.


Thank you for allowing AZ-Tech Radiology to participate in your patient's care.
cs

**FDA Certified**
Accredited by the American College of Radiology

| Ahwatukee | Apache Junction | Casa Grande | Gilbert | Maricopa | Phoenix Osborn | Women's Center |
|---|---|---|---|---|---|---|
| Phone: 480.893.1004 | Phone: 480.288.6400 | Phone: 520.876.0297 | Phone: 480.354.9200 | Phone: 520.568.6411 | Phone: 602.277.4111 | Phone: 480.455.1860 |
| Fax: 480.893.0306 | Fax: 480.288.4079 | Fax: 520.876.0167 | Fax: 480.354.9201 | Fax: 520.568.6312 | Fax: 602.277.1333 | Fax: 480.455.1862 |



## Radiology Report
Tempe Facility

**NAME:** 266204 Annette Sinclair
**D.O.B.:** 03/15/1972
**PATIENT #:** AZ315794

**D.O.S.:** 11/04/14

        **PHYSICIAN:** Stabinsky, Seth, MD
        **Phone:** (623) 853-0304 ext. EXT 24
        **Fax:** (623) 853-4670
        Goodyear, AZ 85395

Report dictated and electronically signed by: Nguyen, Karl, MD
11/05/2014  5:44 PM

FDA Certified
Accredited by the American College of Radiology

| Ahwatukee | Apache Junction | Casa Grande | Gilbert | Maricopa | Phoenix Osborn | Women's Center |
|---|---|---|---|---|---|---|
| Phone: 480.893.1004 | Phone: 480.288.6400 | Phone: 520.876.0297 | Phone: 480.354.9200 | Phone: 520.568.6411 | Phone: 602.277.4111 | Phone: 480.455.1860 |
| Fax: 480.893.0306 | Fax: 480.288.4079 | Fax: 520.876.0167 | Fax: 480.354.9201 | Fax: 520.568.6312 | Fax: 602.277.1333 | Fax: 480.455.1862 |



# FINAL

SimonMed Thompson Peak
DIAGNOSTIC IMAGING REPORT

**Patient: Sinclair, Annette**  Sex: F  DOB: Mar 15, 1972  Age: 38  Diag. Imaging # 37550
Status: Outpatient
Referring Physician: Jagdeep Bains M.D.

Exam # 1767244 - **Aug 30, 2010** - MRI - LUMBAR SPINE W/O CONTRAST

HISTORY: Low back pain for 2 to 3 months, now with urinary and bladder problems, history of surgery in 1998.

COMPARISON: None.

TECHNIQUE: Sagittal T2, sagittal T2 fat saturation, and sagittal T1-weighted images were obtained. Additional axial T2 weighted imaging was also performed. Axial T2 weighted images angled through the discs were obtained as well.

FINDINGS: Please note that the current study is somewhat limited secondary to patient motion as the patient was having spasms during the examination. For the purposes of this examination, the L5-S1 disc will refer to the disc space on image 45 of the angled T2-weighted images. There is a mild levoscoliosis of the lumbar spine. Additionally, there is mild loss of the normal lumbar lordosis, which is nonspecific in appearance and may be due to pain or positioning. There are multilevel Schmorl's nodes involving the lumbar spine. Otherwise, vertebral body height and alignment is maintained throughout the lumbar spine. No regions of significant abnormal bone marrow signal are identified. There is degeneration of all the discs of the lumbar spine, as evidenced by loss of disc height and abnormal signal on T2-weighted images. The conus is normal in position. Evaluation of the cord signal is limited on the current study secondary to patient motion and artifact in this region. There is questionable abnormal T2 signal in this region. Correlation with dedicated MR examination of the thoracic spine may be helpful for further detail. Remaining findings by level are as follows:

At the T11-T12, there is a mild broad-based disc bulge, which attenuates the ventral subarachnoid space, but does not contact the cord. No significant canal stenosis is seen at this level.

At the level of T12-L1, there is a left paracentral disc protrusion with an associated likely annular fissure. This focally attenuates the left aspect of the ventral subarachnoid space, but does not contact the cord.

At the level of L1-L2, there are mild degenerative changes of the facets. No significant disc bulge is seen. No significant neural foraminal narrowing is identified.

At the level of L2-L3, there is a moderate central disc protrusion, with a broadbase, which results in severe canal stenosis at this level and effacement of the subarachnoid space surrounding the nerve roots in this region. There are also mild degenerative changes of the facets at this level. No significant neural foraminal narrowing is seen.

At the level of L3-L4, note is made of postoperative changes related to laminectomies at this level. There is a moderate broad-based disc bulge, with a superimposed broad-based right foraminal and far lateral disc protrusion, which likely contacts the exiting right L3 nerve root after the foramen. Correlation for a right L3 radiculopathy is recommended. There is also mild narrowing of the right lateral recess in this level when this disc bulge is combined with facet arthropathy in this region. Correlation also for a radiculopathy related to the right descending L4 nerve root is recommended. There is moderate right and mild left neural foraminal narrowing.

At the level of L4-L5, there is a mild broad-based disc bulge, with a superimposed left paracentral disc protrusion extending into the foraminal and far lateral regions. This narrows the left lateral recess. There are postoperative changes related to a posterior decompression at this level, with laminectomies identified. No significant canal stenosis is seen. There are mild degenerative changes of the facets bilaterally at this level. There is severe left and mild right neural foraminal narrowing in this region.

At the level of L5-S1, note is made of postoperative changes related to the patient's posterior decompression. There is a moderate broad-based disc bulge at this level as well as moderate degenerative changes of both facets. This disc osteophyte is eccentric to the left and there is prominent narrowing of the left lateral recess as well as severe bilateral neural foraminal narrowing. No significant canal stenosis is seen.

Visualized paraspinous soft tissues are notable for the postoperative changes. Limited evaluation of the intra-abdominal contents demonstrates no definite abnormality. Specifically, T2 hyperintensity in the region of the liver is likely related to artifact.

IMPRESSION:

1. Abnormal T2 signal within the distal cord is incompletely evaluated on the current study and may be related to artifact. Given the patient's history of bladder and bowel symptoms, correlation with a dedicated MR examination of thoracic spine with contrast is recommended.

2. Postoperative changes related to a posterior decompression from the level of L3-L4 to L5-S1, with laminectomies identified in these regions.

3. Prominent central disc protrusion at the L2-L3 level results in severe canal stenosis.

4. Broad-based far right foraminal disc protrusion at the L3-L4 level may contact the exiting L3 nerve root after the foramen. Correlation for right L3 radiculopathy is recommended.

5. Mild broad-based disc bulge with superimposed left paracentral disc protrusion at the L4-L5 level results in severe left neural foraminal and left lateral recess narrowing

6. Moderate broad-based disc bulge at the L5-S1 levels narrows the left lateral recess as well as severely narrows both neural foramina.

dd: Sep 01, 2010
Reported by: M.D., Lea Alhilali
Electronically signed by: M.D., Lea Alhilali

Thank you for your kind referral. If you require further assistance, please contact our Radiologist Hotline at 480-551-0264.

NOTICE: This information has been disclosed to you from records protected by Federal and State confidentiality rules (42CFR Part 2 and/or ARS 36-3661). The rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by statute.