January 23, 2015

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St, Suite 130 SPC 1
Phoenix, AZ  85003-2118

RE:  CV 12-00601-PHX-DKD



To Whom It May Concern;

I would like to attempt to explain my past 1 ½ years in medical treatment provided by Arizona Medical staff, at Santa Maria Unit/Perryville.

I am 64 years old.  I have been incarcerated for 20 years.  To my knowledge I was in good health with minor medical issues i.e.: elevated cholesterol, hypo-thyroid, asthma since childhood and slight stomach problems due to poor food choices.

My visits to medical have been rare, and mostly for chronic care routine reviews every six months.  Even those visits have been blown off by medical and or delayed for months.  I mention this to let you know, I am not a hypochondriac, or a person that has to see medical if I stub my toe.

On November 11th, 2013, I was seen by a great doctor.  I explained all of what I was feeling and my concerns.  At this visit she ordered numerous lab tests to be done and a sonogram for my right leg due to pain, and excessive edema.

November, 14th, 2013, I went for fasting labs at which time they drew 10 vials of blood.  They then sent me back to my yard approximately a quarter of a mile away.  I came close to fainting several times on the walk, due to the loss of blood.

January 14th, 2014, I put in a Health Needs Request (HNR) asking for the results of these tests, or to be seen.

January 18th, 2014, I received the response to my HNR stating, "I was scheduled for the providers."  I was never seen by the providers, but instead was scheduled for more lab work.  This time 2 visits.

January 27th, 2014, I was taken to complex medical for an ex-ray of my right leg.  When I arrived at medical I found out it was a sonogram that was ordered, not an ex-ray.

February, 10th, 2014, I was taken off-site to a medical facility for a sonogram on my right leg.

March 3rd, 2014, I put in another HNR for the results of the 10 vials of blood taken on October 14, 2013 (My third request) and the results of the sonogram.  Their response was "You are scheduled for the provider's lines."  I was not seen by the providers nor did I receive any requests of the blood work or sonogram.

April 22nd, 2014.  I started the informal grievance process.  I filled out the necessary paperwork with my counselor C.O. III Mendoza.

April 27th, 2014, I received a medical response to my informal grievance, along with a paper stating my ex-ray was normal, and my cholesterol was elevated.  It also stated I would be seen within the month.  I received no report on the 10 vials of blood, nor the sonogram.  I told C.O.III Mendoza I was not satisfied with this response and I wanted to file a formal grievance, because for the past 5 months their only response was "You are scheduled" and I have never been

seen. C.O. III Mendoza advised me to wait to file the grievance to see if I would be seen. I believe this was his way of avoiding the issue because he was being transferred to another unit and did not want it to follow him.

June 9th, 2014, I was finally seen by the provider. This visit was for my chronic care review and had nothing to do with my informal grievance. When we are called to medical, we are only allowed to address the issue we were called for, nothing else. This appointment was solely for the review of medication because per pharmacy no one could be on more than 9 medicines. I take four i.e.: thyroid, cholesterol, allergy and on an inhalers. This doctor never even looked in my direction, had her face in the computer screen, and kept asking me about my hypertension. I do not have hypertension, and never have had hypertension. My blood pressure is basically 120 over 60, which is normal by anyone's statements. When her work was complete, she told me to leave, at which time I pulled out all of my paperwork regarding the informal and that I wanted the results of the labs and sonogram. She could not find the lab results nor the sonogram results. I asked her to look at my leg which was extremely swollen. When pressed on with her thumb, it went into the swelling a half of inch, then stayed that way when she removed her thumb. This doctor gave me ted hose, with the direction to wear them for four hours and off for four hours. This was impossible. I could get them on in the morning but once I removed them I could not get them back on. I stopped trying to wear them, and put in an HNR on July 6th, 2014, for a different treatment from the doctor. They returned my HNR with "You are on nurse's line" (not the doctor). This was a chronic care visit and no labs were ordered to check my levels.

July 15th, 2014, I was seen by the nurse. My leg was still swollen and I explained about the hose. She asked, "Who told you to wear them like that? You wear them all day." Nothing else was done in the visit, and she said they would see me in December.

August 10th, 2014, I put in an HNR for a follow-up on my leg. I stated in the HNR that the swelling could be congestive heart disease or kidney failure. This HNR was ignored.

At this point they have not even tried to guess what may be wrong.

On October 31st, 2014, within an hour of awakening, I lost all use of my legs. This incident required emergency medical attention. The first time the officer called medical he was told to tell me to put in an HNR. One of my friends went back to the officer and told him "This is Whitehill, she never asks for anything and she needs medical attention now". He called medical again and they told him they would send a wheel chair. One and a half hours later another officer came with the wheel chair and took me to medical. It took 3 inmates help to get me down the stairs to the wheel chair.

At medical, I was seen by a nurse. She took my vitals and listened to my explanation of what was happening. At this point I did not know if I was having a stroke or if it was the onset of MS or something else. I was scared to death. While in the nurse's office, the doctor came in asking the nurse for something for another patient. The nurse explained what was happening to the doctor. The doctor's response was "What do her labs say?" The nurse responded, "I do not know, she was supposed to have labs done in June and did not." The doctor told her, without even looking in my direction, "its arthritis" then left the room. A few minutes later the nurse told me she was going to do my labs. Once that was completed she ordered naproxen for my pain and I was wheeled back to my unit to fend for myself. By this time I had taken an Aleve, and had a bit of strength regained in my legs. I could walk about ten feet then would have to rest. A little while later I realized I had a sharp burning pain in my left butt cheek. I then realized my problem was shingles (Herpes Zoster). I knew what I was feeling because I have had them tree times before.

November 3rd, 2014, I put in an HNR for a follow-up stating I now know what the problem was. I received no response.

November 4th, 2014, I received the naproxen that had been ordered ninety four hours prior.

November 12th, 2014, I put in a second request HNR for a follow up with the providers. Again, there was no response.

November 17th, 2014, my third request I was put on the nurse's line again. I explained to the nurse what was occurring. I have had this virus three times before. I have only had the skin blisters once. The shingles I have are under the skin.

Shingles is not a skin disease but a viral infection of the nerves. Doctor's typically treat this with an anti-viral medication such as Acyclovir, and this shortens the course of the infection. If left untreated this could cause irreversible nerve damage.

Because this nurse could not see any blisters she had to refer me to the providers. She assured me I would be seen either Monday or Tuesday of the following week.

Of course.....I was not seen.

December 3rd, 2014, I went to my counselor C.O. III Valenzuela and said I wanted to start a grievance. At this point she called medical and spoke to a nurse and told her the extreme pain and that I have been suffering and asked if I could be seen. She was told I was going to be seen on the 5th and the 9th. The C.O. asked if I could be seen that day, and they flat out said "No". I took the paperwork to start the informal grievance.

December 5th, 2014, I went to see the provider. Again it was not for this issue, it was for my chronic are review. Again this same doctor kept asking me about my hyper-tension. The only thing affecting my blood pressure is her insisting I have a problem. I told her about my problem, the shingles with not blisters and my history of shingles. She ordered a blood test to see if the herpes virus was in my system, and ordered the Acyclovir medication. Finally, I felt some relief was in sight.

December 9th, 2014, I was called to pill call for keep on medications. This doctor had renewed my medications and had ordered the Acyclovir. The nurse handed me my chronic care medications, and said there was a problem with the Acyclovir that the order had been cancelled. I said, "That is impossible because she had just ordered it on December 5th." The nurse said the doctor cancelled it on December 6th because she could not find a history of my other shingle episodes.

Most people get shingles only once, four percent get it more often. I am in the four percent.

At this point I just broke down and cried. Help was within arm's length and they were not giving it to me.

I went to the yard office and talked to Sgt. Casey, who in turn called D.W. Mueller so I could tell him my dilemma. As he listened to me, Sargent Colelases came up. They all said they have had shingles and knew the pain I was in, but there's only lasted two weeks, mine was already more than a month. It only lasts a couple of weeks if you get the proper medication.

D.W. Mueller emailed the F.A.A. Mr. Coleman, and said "I hope this helps".

December 10th, 2014, I was called to medical hoping this was to get the anti-viral medication. It was for a flu shot and they ordered labs again. This time it was for a special test for herpes. I asked will you call me with the results or do I have to put in an HNR? Put in an HNR and it would take at least 48 hours.

December 13th, 2014, I put in an HNR for my lab results.

DECEMBER 23rd, 2014, I was called to medical to receive my results. This time was with a new doctor, Dr. Rodriguez. I explained all I have been through since October 31st. As we talked more, I told him about the other tests that had been taken over a year's period. He could not find any of the issues I talked about in the computer. He asked for my hard copy files and went back to the November 14th, 2013 blood tests with the results that had never been revealed to me.

November 14th, 2013, Arizona medical learned I was in stage III kidney failure and I had valley fever. This past year and a half I have been treated like I was invincible. Now on December 23rd, I have medically been handed a death sentence.

The deliberate indifferences to my medical needs, lack of compassion, and out and out neglect is reprehensible and unacceptable.

I understand that a lot of medical discussions are made by process of elimination. In this case was no process at all except ignoring my medical needs.

The Arizona medical should never be considered medical professionals. Everything they have provided for me this past year could have been deadly for me had I done what they instructed me to do.

Anti-inflammatory medications should not be given to patients in kidney failure.

Muscle rub should not be put on shingles.

Dr. Rodriguez stated he may be able to reverse some of the damage to my kidneys. He stated he wanted more labs done and he would see me in three weeks.

January 8th, 2015, I put in an HNR stating I was to be seen again by the doctor on the week of January 12th, 2015 for a follow-up, and he wanted new labs done, and I had not had then yet.

December 12th, 2014, I received the response for my NHR "No labs ordered".

December 14th, 2014, I was scheduled to be seen the doctor. When I arrived it was for an OBGYN appointment.

This is nuts. I am not inclined to let them poke and prod me anymore. If in fact something is wrong there they will do the same thing and tell me what is wrong then not treat me.

I am filing a personal lawsuit against Arizona and the D.O.C. I was sentenced to 25 years in prison, not a death sentence.

I am giving you my consent to look at my medical records should you come to the prison for a correction review. I would also be more than willing to talk with you at any time you are available. I have kept all of my HNR's and grievance responses and copies can be available to you.

I have also kited D.W. Mueller twice about this issue and have received no response.

Thank you for your time in this matter.

Sincerely,


Sandy Whitehill
ASPC Perryville/Santa Maria
P.O. Box 3400  36-B-233
Goodyear, AZ  85395


CC: Prison Law Office, General Delivery, San Quentin, CA  94964
    ACLU national Prison Project, 915 15th St., N.W., 7th Floor, Washington, D.C. 20005