☐ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

JAN 26 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

TO - CLERK - OF - COURT

PLEASE EXTEND THIS FAIRNESS HEARING UNTIL AN AUTOMATIC MEDICAL RECORDS SCAN TO VERIFY COMPLIANCE OF **ALL** MEDICAL RECORDS IS DEVELOPED - A 10 MEDICAL RECORD CHECK A MONTH IS JUST A **SHAM** AND **WILL** BE **ENDLESSLY** MANIPULATED AND ABUSED

IBM IS OPENING-UP ITS WATSON COMPUTER PROGRAM TO DEVELOPERS **ANY** 10 YEAR OLD COULD WRITE A COMPUTER PROGRAM TO SCAN **ALL** MEDICAL RECORDS **EVERYDAY** FOR COMPLIANCE THAT NOONE IS PUTTING FORWARD AUTOMATING COMPLIANCE VERIFICATION IS BEYOND ABSURD - ALSO - QUILL SYSTEMS THEGUARDIAN.COM - 19-SEPT-2014 - PAGE - 32 THAT AUTOSCANS THE INTERNET AND AUTOWRITES NEWS STORIES - IT CAN **EASY** BE RECONFIGURED TO AUTOSCAN MEDICAL RECORDS FOR COMPLIANCE... UNLESS... THE **WHOLE** POINT IS TO **COVER UP NONCOMPLIANCE** THEN THE 10 RECORDS A MONTH **SCAM** IS A GREAT WAY TO COVER UP NON COMPLIANCE THATS FOR **SURE** PROFESSOR - LARRY - BIRNBAUM - ARTIFICIAL INTELLIGENCE SPECIALIST AT NORTHWESTERN UNIVERSITY IN ILLINOIS DEVELOPED - QUILL SYSTEMS - I ASSUME HE WOULD BE HAPPY TO SHOW YOU HOW **EASY** IT WILL BE TO WRITE AN AUTOVERIFY COMPLIANCE PROGRAM FOR ADC-CORIZON MEDICAL RECORDS **ALL** MEDICAL RECORDS **EVERYDAY** SOOO **DEMAND** AUTOVERIFY OR I SEE THIS AS A SHAM

Kemp

KEMP - HORTON - 202496
PO - BOX - 8200 - FLORENCE - AZ - 85132