JIMMY CONTRERAS #105026
ARIZONA STATE PRISON COMPLEX - FLORENCE
SOUTH UNIT
PO BOX 8400
FLORENCE, AZ 85132

```
___ FILED    ___ LODGED
___ RECEIVED ___ COPY

JAN 26 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PARSONS, et al., Plaintiffs, | No. CV-12-00601-PHX-DKD |
| Vs. | COMMENT ON FAIRNESS OF PROPOSED SETTLEMENT BY MEMBER OF THE CLASS |
| RYAN, et al., Defendants. | |

COMES NOW, Jimmy Contreras, an Arizona State Prisoner, a Member of the Parsons Class to Comment on Fairness of the Proposed Settlement.

I. REASONS WHY ARIZONA DEPARTMENT OF CORRECTIONS CANNOT OBJECTIVELY MONITOR HEALTH CARE RESPONSIBLY AND AN INDEPENDANT OR FEDERAL MONITOR SHOULD BE APPOINTED TO REPORT TO PLAINTIFF'S ATTORNEYS AND COURT.

1. Since October 28, 2009 the ARIZONA DEPARTMENT OF CORRECTIONS was well aware and aprised of my diagnosis of Cancer. Multiple interuptions of care, and an attitude of deliberate indifference has subjected me to serious harm. The irresponsibility of the Officials of Arizona Department of Corrections so-called Monitoring of health care during this time until the date of this writing is a strong reason as to why ADC cannot be a Monitor of health care honorably. (See ADC Medical Grievance Case No. A02-095-014)

2. In 2012 as a result of the care I eventually received I

(1)

could no longer walk but the first contract healthcare was indifferent and now the second medical contract healthcare provider Corizon Health Inc is indifferent and again the delayed untimely treatment that Arizona Department of Correction Director is aware of in Medical Grievance Case No. A02-095-014 and still I am not receiving the treatment or care promised This is another strong reason why ADC cannot honorably and objectively Monitor health care and this court should appoint an independent or Federal Monitor to Monitor health care and report to Plaintiffs' Attorneys and this Court.

## II  COMMENT ON FAIRNESS OF PLAINTIFF'S ATTORNEY FEES

1. This member of the class believes the Attorneys for Plaintiffs' should be compensated for the painstaking efforts to bring the deplorable civil right violations to light all the while The Arizona Department of Corrections has abdicated responsibility using learned tactics to obfuscate the facts as though they had no knowledge and made allowances for the abuses.

However, I, Jimmy Contreras reserve my rights to pursue damages in a seperate action for the damage incurred through deliberate indifference.

RESPECTFULLY SUBMITTED this 22 Day of January, 2015.

BY: *Jimmy Contreras*
JIMMY CONTRERAS
A MEMBER OF THE CLASS

(2)

## Certificate of Service

I hereby certify I mailed this Comment on the fairness of the Proposed settlement of Parsons v Ryan CV-12-00601-PHX-DKD, as a member of the class this 23 Day of January, 2015, to:

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC-1
PHOENIX, AZ  85003-2118

Dated this 23 Day of January, 2015.   BY: *Jimmy Contreras*
JIMMY CONTRERAS
A MEMBER OF THE CLASS