Michael J. Cohn #288721
ASPC Lewis, STINER 5A12L
P.O. Box 3100
Buckeye, AZ 85326



FILED
JAN 26 2015
CLERK U.S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

1/17/15

Clerk of the U.S. District Ct., ARIZONA
401 W. Washington #130 SPC-1
Phoenix, AZ 85003
ATTN: JUDGE ASSIGNED to Parsons v. Ryan
Re: Parsons v. Ryan, No. CV-12-00601-PHX-DKD

Dear Judge:
I watched the discussion of the Governor's budget proposal on KAET's <u>Horizon</u> show last night. The AZ Dept. of Corrections was discussed. The major points I understood as follows:
— There are NO cuts to the ADC Budget
— An increase of 3000 inmates per year is projected.
I infer the following implications:
— There will be NO sentencing or prison reform.
— The management style will be status quo.
— There will be NO quality of life improvements for the inmates
— Vigorous judicial oversight of medical care will be necessary.

2)

Budget cont.
- Corizon Health will be under more pressure to deprive inmates of medical care, in order to maintain a profit margin.

Remedy Requested
- Federal Judicial oversight of the Arizona Department of Corrections

Yours truly,
Michael J. Cohn, Ed.D.
Dr. Michael J. Cohn