MATTHEW E. KEITH ADC#166674
ASPC-FLORENCE-SOUTH UNIT 2D15L
P.O. BOX 8400
FLORENCE, ARIZONA 85132

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PARSONS, et al., Plaintiffs, | No. CV-12-0601-PHX-DKD |
| V. | COMMENT REGARDING FAIRNESS OF SETTLEMENT |
| RYAN, et al., Defendants | |

COMES NOW, Matthew, Edward, Keith, a member of the class to comment regarding fairness of settlement

I. Reasons why Arizona Department of Corrections Cannot Monitor It's own Health Care And Why An Independant Monitor or Federal Monitor Should Be Appointed To Report to Plaintiffs Attorneys:

A. They are claiming no responsibility because the contracted provider/vendor Corizon, Inc. is legally the responsible party, hereby making no effort to rectify the fact that Corizon, Inc. is not meeting the Departmental Order guidelines in many areas.

(1)

II. The Fairness of Attorneys Fees for Plaintiffs

A. This writer does not oppose Attorneys being paid for the hard work and efforts on behalf of the class.

However, this member Reserves his Right to pursue damages in a separate action on his own behalf for the damages incurred by delibarate indifference of the defendants Corizon, Inc. and its employees.

Respectfully Submitted

January 22-2015

By Matthew E Keith
MATTHEW EDWARD KEITH
"A member of the Class"

I certify I sent this Comment Regarding Fairness of Settlement on this ___ day of January, 2015 to:

Clerk of United States Court
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington, SPC-1
Phoenix, Arizona 85003-2118

Dated January 22 · 2015

By _Matthew E. Keith_
MATTHEW EDWARD KEITH
"A Member of the Class"