JAN 26 2015

To whom it may concern:

I would first like to address the following in the settlement case, Parson v. Ryan: I am an inmate in ADC's Eyman-Browning unit. Therefore a member of the class action lawsuit as stated in the notice sent to me. I feel that the settlement ruling is a step in the right direction. However, it states that, "We will be getting more calorie meals; the same nutritions as the general population" (However, our Fruit, Sugar, was taken from us years ago by the director of ADC due to an isolated incident of which I feel it is not fair to punish everyone in max-custody for an "isolated-incident" and take all our nutritions =(Fruit & Sugar.)=

Furthermore, the extra out-of-cell time, has still not happened yet as of 1/14/15, along with alot of the director's policy's in D.I. #326 (extra phone calls included for the steps.) still Nothing! In short, ADC has still not been in accordance with the lawsuit stipulations.

I also would please like to raise the issues of an out dated ADC policy on S.T.G (Security Threat Groups) Department Order #806, pertaining to a section in #806.07 (ADC's policy on S.T.G that was written 15 years ago and has little merit now due to this current lawsuit and should be considered by the

court to change this department order;
# 806: STG ) Classification and management
section # 806.07;

* 1.1 A valid STG member who has refused to renounce shall be:
* 1.1.4 (Ineligible for restoration of forfeited time credits.)
* 1.1.5 (Ineligible for restoration/rescission of parole class III time.)

Please note, as I mentioned in the afore mentioned above, "This section in the policy's department order was written 15-years ago and is way out dated!" It has to do with an inmate release eligibility system in D.O. # 1002, and ARS 41 State Goverment: chp 11-48.

* Sections, that ADC adopted way back then when they had the, "Lock the STG inmates up and throw away the key mentality."
* S 41-1604.06. Earned Release Credit Eligibility Certification; Classifications; Appeal.
* S 41-1604.07. Earned Release Credits; Forfeiture Restoration
* S 41-1604.09. Parole Eligibility Certification Classification; Appeals; Recertification; Applicability; Definition.
* S 41-1604.10. Earned Release Credits; Forfeiture; Restoration, Applicability.
* S 41-1604.15 Probation/Parole or other Release

(3.)

NONEligibility; violent crimes; under the influence of marijuana, a dangerous or a narcotic drug. — My bases for my request of the court to consider taking action in these A.D.C policy's on STG #806 (and) these statues above, are because as it stands now, any inmate who has been validated as a member of a Security Threat Group, cannot be Eligible for Earned Release Credits and Parole class III Restoration previously taken. However, it was written back 15-years ago on June 1, 2000. It was back (before) the current Lawsuit PARSON V. RYAN, when we were not given the proper programs of Rehabilatation, But, now, since we are being rehabilitated now & given program classes as STG's due to this current Lawsuit settlement, we all feel we should be given the same opportunity as the general population to Request/Apply for our Restoration of Earned Release Credits, and Parole Class III, shall we remain diciplinary free. — Because as I mentioned, as it stands now, there are some S.T.G inmates who have not gotten in trouble in over 10-years, but since they are STG'd, cannot apply for their time/Earned Release Credits, Parole Class III, Restored by ADC.
And Note: That, the policy was written



OVER 15-YEARS AGO AND WAY BACK (BEFORE) this CURRENT LAWSUIT AND WHEN WE WERE NOT GIVEN REHABILITATION CLASSES. (IT BEARS REPEATING.)

THEREFORE, SHOULD BE CONSIDERED AND TAKEN INTO ACCOUNT BY THE COURTS FOR A CHANGE. NOT ONLY FOR THE GENERAL POPULATION, BUT STG INMATES, OR ANYONE WHO HAS BEEN DICIPLINARY-FREE AND HAS STAYED OUT OF TROUBLE & PROGRAMING.

I ALSO WOULD LIKE TO ADDRESS EDUCATION IN ADC'S BROWNING UNIT, MAX-CUSTODY FOR STG INMATES ON THE G.E.D AND COLLEGE LEVEL. WE ARE NOT GIVEN THE PROPER EDUCATION OR ALLOWED TO ATTEND GED CLASSES AND/OR COLLEGE COURSES INSIDE A CLASSROOM, taught BY A TEACHER OR RATHER INSTRUCTOR, AND TAUGHT. INSTEAD, WE ARE EXPECTED TO BE SELF-TAUGHT WHEN REALLY THAT IS VERY DIFFICULT WHEN ALOT OF US NEED INSTRUCTOR TEACHINGS, AND NOT JUST BY TELEVISION-CLASSES!

WITH THAT, I THANK YOU SO MUCH FOR YOUR TIME, PATIENCE & CONSIDERATION.

I ANTICIPATE A RESPONSE, IF POSSIBLE. THANKS!

ALSO, I FEEL THE LAWYERS REPRESENTING US INMATES IN ADC HAVE DONE A GOOD JOB THUS FAR, AND THEIR PAYMENT IS FAIR. ALTHOUGH, THEY DESERVE MORE FOR THEIR COURAGEOUS

(5)

work and Efforts!

Sincerely & Respectfully,

Mr. Reyes.

Frank Reyes, ADC# 186629.
Arizona State Prison Complex - Eyman.
Browning unit. Cell # 4-L-13.
P.O. Box. 3400.
Florence, AZ. 85132.

X  Frank Reyes.   Date: 1/21/15

State of Arizona    County of Pinal
Subscribed and sworn to (affirmed) before me
this 21 day of Jan, 2014 2015
by Frank Reyes
Notary Public [signature]

VICTOR RUBOYIANES
Notary Public - State of Arizona
PIMA COUNTY
My Commission Expires
May 12, 2017