Jack R. Olson
ASPC-Lewis/Barchey, 5C-18
Box 3200
Buckeye, AZ 85326

Clerk of the Court
U.S. District Court, District of Arizona
401 W. Washington St., Suite 130, Spc. 1
Phoenix, AZ 85003-2118

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 26 2015

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Re: Parson -V- Ryan, CV 12-00601-Phx-DKD

Jan. 19, 2015

To Whom It May Concern:

In 1990 I was in a car hit by an 18 wheel semi-tractor trailor. I had medical records from outside treating physician faxed to AzDOC and Winslow Complex Medical. Severe spinal trauma to multiple places in spine was incurred. In 2006 a partial fix surgery to lumbar region of spine was done only when I could no longer function (stabilizing plate w/cable from spine plate to hip, vertibral fusion/decompression L4, L5 and a lamenectomy). Took me over ten (10) years of pain to get that! Pain management, orthopedic shoes/insoles and other hard-fought-and-paid-for (at $4.00/visit) amenities were eventually given, but shortly after Corizon seized control of medical, EVERYTHING was taken — pain management, orthopedic shoes/insoles, even Special Needs Orders (SNOs) allowing me to possess and use amenities that mitigate pain symptoms.

As of 1-17-15, I am only receiving an ineffective equivalent of Excedrin Migraine to combat severe pain from extensive nerve damage, structural spine damage/degeneration, and muscle cramps/spasms. This medication is contraindicated since I have "Hepatitus C". A condition they have known about since 1996 and also have not treated tho it is a life-threatening condition.

There are many people on this unit Corizon is wrongfully refusing to give pain managent or needed medical treatment to, either at all, or in a consistent manner. A friend, Jack Hudson, has stage four (4) cancer and when he finally gets medication, his fight starts over every time his Rx runs out to get it renewed. Everyone endures this same battle.

Corizon is commonly "failing" to treat prisoners over fifty (50) years old who have lengthly sentences. Corizons Deliberate Indifference and failure to treat the older populations medical condition(s) cause or symptoms is still killing us with pain and stress and lack of meaningful medical care.

I personally am over two and a half (2½) years with virtually "no pain management" and remain stripped of orthopedic shoes/insoles and SNOs for amenities meant to alleviate some of the daily pain I am in. Left to suffer. They know! It saves them money, right.

Respectfully,
Jack R. Olson
*Jack R. Olson*

(Original)/Copy