Parsons v. Ryan, CV 12-00601-PHX-DKD                    01-21-15 (WED)

FILED / RECEIVED
JAN 26 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

I am writing about my view of the proposed settlement in regards to the aforementioned suit. I have been in maximum security units since June of 2010; Eyman Complex - SMU I and SMU II, and Florence Complex - Central Unit and CB6 - Kasson. I am currently at SMU II under the status of "Validated" for a Security Threat Group (STG). I believe the reason why I was "Validated" was in retaliation for submitting grievances on officers for housing me in unsanitary conditions and officers sexually harrassing me. All of these issues occurred before this proposed settlement. All throughout last year - 2014. I will be filing a civil complaint in the near future. Until then I am housed in maximum security units for the duration of my time. Earliest release date, 04-2026.

This brings me to the reason of my letter. As a G.P. (General Population) status I/M (Inmate) I programmed and was able to receive more incentives due to programming and not receiving disciplinary tickets. Since my status changed from "G.P." to "Validated" I have been in no programs or able to acquire a higher "Step" level. Steps are levels that are given to inmates who program and receive no disciplinary tickets. Levels goes as followed - Step 1, Step 2, and Step 3. This Step level program has just recently been implemented by the Arizona Department of Corrections (ADOC). Around the middle/end of last year. I have been validated since November and transferred from CB6 to here SMU II - Wing 4 - John Cluster. Upon arrival, 11-26-14, I submitted an I/M Letter to my CO III (Correctional Officer/Caseworker) Buccholz. I received a response from Buccholz and she told me to write to CO III Beauregard for programming. I also sent an I/M Letter to CO III Victoria (Program Class Officer). It has been going on 2 to 3 months and I have not received a response from Beauregard or Victoria. Buccholz has told me that in order for me to acquire my Step 2 level I have to program, yet, I am told that I can not enroll into any programs. This is a catch 22, I have to program but I am being prevented by prison

officials. Since being moved from CB6 to here SMU II there have been other I/Ms who have arrived, after me, and they have not enrolled or gone to any programs yet they have acquired their Step 2 even Step 3 levels.

I believe ADOC is still retaliating against me. The unsanitary cell (human feces all over the walls, cellfront, ceiling) without being provided cleaning supplies and the whole series of chronological order of events that followed; I tried to grieve but either no response was ever given or prison officials told me I couldn't grieve the issue, all took place during this lawsuit. I believe prison officials deliberately chose to not address my issues because they didn't want the Court and Plaintiffs to know what ADOC was doing to me while trying to settle this lawsuit. ADOC can say that they weren't obligated to reveal my situations because ADOC didn't process my grievances or just simply ignored them by saying the issues were "ungrievable". Even though my situations were issues that, I believed, pertained to unconstitutional conditions in maximum security units within ADOC, and retaliation for addressing these issues through the grievance process.

My opinion on the fairness of this proposed settlement, it's just words to appease the Court and Plaintiffs. Without any actual enforcement, ADOC's deliberate attempts to continue to disregard their own grievance policy so issues won't come to light, ADOC continual saying "issues are ungrievable", not process grievances then ADOC can continue running maximum security units that are unconstitutional (and retaliate on I/Ms who try to raise issues and then try to pursue the issue) without any repercussions due to the suppression of any and all issues ADOC deem probable.

Richard Johnson 151089
ASPC-Eyman SMU II
P.O. Box 3400
Florence, AZ. 85132