TO - CLERK OF THE COURT

I WAS JUST INFORMED DUE TO THIS LAWSUIT ADC WILL START GIVING MENTALLY ILL INMATES TICKETS FOR THE SLIGHEST INFRACTION IF YOUR CELL IS NOT KEPT IN PERFECT ORDER - MANY OF THESE GUYS ARE NOT ALL THERE IN THE HEAD... TO PUNISH THEM FOR A MESSY CELL IS ABSURD - I HAVE BEEN AT ADC SINCE 2006 AND ADC HAS NEVER CARED IF YOUR CELL WAS MESSY AT ALL EVER... NOW TO PUNISH THE MENTALLY ILL INMATES FOR THIS LAWSUIT ADC STAFF WILL STRICTLY ENFORCE THAT INMATES CELLS ARE SPOTLESS AND ORDERLY OR IMMEDIATLY A TICKET WILL BE GIVEN FOR ANY INFRACTION SOOO... THE MENTALLY ILL WILL BE GIVEN ENDLESS TICKETS - ENDLESSLY HARASSED AND TICKETED FOR PETTY CELL NOT ORGANIZED INFRACTIONS... I HAVE WROTE YOU FROM PRISON 8 OR 10 TIMES AND INCLUDED A POSTCARD IN ALL MY LETTERS BUT YOU HAVE NEVER RETURNED ANY OF THE POSTCARDS SO I ASSUME ADC IS THROWING AWAY MY LETTERS AS IT DOES QUIET REGULARLY I AM SENDING THIS TO MY FAMILY TO MAIL TO YOU - PLEASE DEMAND ADC NOT TICKET AND HARASS INMATES FOR CELL NOT ORDERLY INFRACTIONS - ENCLOSED IS A POSTCARD PLEASE DROP IN THE MAIL SO I KNOW YOU RECEIVED THIS THANK YOU Ray

KEMP - HORTON - 202496
PO - BOX - 8200
FLORENCE - AZ
85132