THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: CIVLR 5.4, 7.1 (a)(2)
(Rule Number/Section)

Rosalio D. Beltran #063181
A.S.P.C. Florence - North Unit
P.O. Box 8000
Florence, Arizona 85132

January 22, 2015.

TO: Clerk of the U.S. District Court / Phoenix, Arizona (Re: Parsons V. Ryan, CV-12-00601-PHX-DKD).
Notice of Violations of my constitutional rights and request to be included in Parsons' civil complaint.

I, Rosalio D. Beltran, am an state-prisoner in the Arizona's prison system and who has also (and still I am) been denied of my constitutional right to an appropriate medical care. I have dislocated spine discs; C1-C2 and C5-C6, and the which, two MRI tests indicated to be obliterated (MRI's from 2008 and last on 2013), and thus, I have been on pain medication for several years. However, ever since a new contracting medical provider (CORIZIN) was hired by the Arizona Dept. of Corrections (ADC), the medical care for prisoners got a lot worse and went downhill. I.e. a lot of our pain medications are continuingly stopped; then weeks later they get reinstated, then stopped again and the cycle starts all over again and again. Therefore, this actions clearly point that neither CORIZIN, nor ADC care about our pains and sufferings. PERIOD. — Here, in my case, a quick look of my medical records would prove absolutely the negligence and cruelty of this medical unit. It has failed in its duty to provide with an appropriate medical care (I also mailed a letter to ACLU of Arizona asking for their legal help).

For instance, as to this day, it has been months since I was given any kind of pain reliever medication; even that the medical regional director (Dr. Johnson) promised that they would not be stopped (Tramadol and Gabapentin) until I had surgery (which, supposedly, has been waiting for approval since 2013). Yet, Dr. McGuire refused to renew the prescription (why?) without doing any kind of physical examination; in fact, she didn't even allowed me to speak; she was very disrespectful and rude. She did prescribe a No-work status for a year and her advise and professional recommendation was that "If my back pain was too strong, just go and laid in your bed." I have exhausted my administrative remedies. Please consider how hard and painful is to live with this kind of pain. I am desperately asking for help. I know that my constitutional right to a proper medical care has been clearly violated by the defendants. Period. Its all for now. Thank-you! And God bless you!

Dated this 22nd day of January, 2015.

Handwritten copy kept for my own records.

Sincerely,

Rosalio D. Beltran.