1-22-15

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 26 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Parsons V. Ryan, CV 12-00601-PHX-DKD

I am writing on behalf of myself and other inmates currently housed in Arizona Department of Corrections maximum custody units. Recent changes have been made but they in no way benifit prison population. One of the changes made to the current meal menu is to add a certain caloric intake to meet the same standard as general population inmates but they added items however they reduced portion size. They added extra salt and pepper to the sack lunches, who puts salt & pepper on a sandwich? And on Level 5 SMI (severly mentally ill) housing they are going to put leg shackels and handcuff one arm to a steel table! They are going to chain inmates down to table at three points! They won't be able to move, at least in a cell they can get a drink or use the restroom. To chain a man to a steel table at three points or to anything for that matter is inhumane! Try it for yourself tie both your legs to a table and one arm now how long before you get agitated? Now keep in mind if there is any "issue" any where else that inmate will be left

shackled and cuffed to that table for most likely hours. This will not help the already delicate mental state of these inmates. I've been incarcerated nearly a decade at this point and these inmates as well as myself are being misstreated they are abused antagonized belittled and in some cases provoked into violent reactions and it needs to stop and we need your help in doing so. If you ever have a question regarding unfair treatment of prisoners in AZ DOC and I can help please feel free to ask me! at this point I am willing to accept the retaliation that will come. I only wish to enact change for the betterment of the population as a whole. Enclosed is a copy of the "new menu" changes have been highlighted please note the extra salt & pepper on every page! also I attempted to get a copy of the old menu but was refused I wanted to compare better but was not afforded the opportunity

    Thank you for your help

    Sincerely

    William Bowness

Amendment No. 6

# ARIZONA DEPARTMENT OF CORRECTIONS
## ADULT MALE POPULATION LEVEL 5
### WEEKLY CYCLE MENUS

ADC Contract No. 12009/4DC
January 16, 2015

Menu Week 6

| | MONDAY | | | TUESDAY | Meal # 96 | | WEDNESDAY | Meal # 99 | | THURSDAY | Meal # 102 | | FRIDAY | Meal # 105 | | SATURDAY | Meal # 108 | | SUNDAY | Meal # 113 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | Cold Cereal | 1 Cup | | Cereal Bar | 1 Each | | Cold Cereal | 1 Cup | | Cereal Bar | 1 Each | | Cold Cereal | 1 Each | | Cold Cereal | 1 Cup | | Cold Cereal | 1 Cup | |
| R | Peanut Butter & Jelly Mix | 3 WZ | | Eggs, boiled | 1 Each | | Peanut Butter & Jelly Mix | 3 WZ | | Eggs, boiled | 1 Each | | Peanut Butter & Jelly Mix | 3 WZ | | Eggs, boiled | 3 WZ | | Peanut Butter & Jelly Mix | 3 WZ | |
| E | | | | Sliced Cheese | 1 WZ | | | | | Sliced Cheese | 1 WZ | | | | | Sliced Cheese | 1 WZ | | | 1 WZ | |
| A | Coffee Cake | Slice | | T Ham | 2 WZ | | Coffee Cake | 1 WZ | | T Ham | 2 Slice | | Coffee Cake | 1 WZ | | T Ham | 1 Slice | | | 2 WZ | |
| K | Wheat Bread | 2 Slice | | Wheat Bread | 2 Slice | | Wheat Bread | 2 Slice | | Wheat Bread | 2 Slice | | Wheat Bread | 2 Slice | | Wheat Bread | 2 Slice | | Wheat Bread | 6 Slice | |
| F | | | | Salad Dressing Pkt | 1 Each | | | | | Salad Dressing Pkt | 1 Each | | | | | | | | | | |
| A | Low Fat Milk | 1 Cup | | Beverage | 1 Cup | | Low Fat Milk | 1 Cup | | Beverage | 1 Cup | | Low Fat Milk | 1 PC | | Low Fat Milk | 1 Cup | | Low Fat Milk | 1 Cup | |
| S | Coffee Pkt | 1 Each | | Coffee Pkt | 1 Each | | Coffee Pkt | 1 Each | | Coffee Pkt | 1 Each | | Coffee Pkt | 1 Each | | Coffee Pkt | 1 Each | | Coffee Pkt | 1 Each | |
| | Salt & Pepper Pkt | 1 Each | | Salt & Pepper Pkt | 1 Each | | | | | Salt & Pepper Pkt | 1 Each | | Salt & Pepper Pkt | 1 Each | | Salt & Pepper Pkt | 1 Each | | | 1 Each | |
| | | Meal # 97 | | | Meal # 100 | | | Meal # 103 | | | Meal # 106 | | | Meal # 109 | | | | | | | |
| L | T Bologna | 3 WZ | | Sliced Turkey | 3 WZ | | T Ham | 2 WZ | | Peanut Butter & Jelly Mix | 2 WZ | | T Salami | 2 WZ | | Sliced Turkey | 2 WZ | | T Bologna | 3 WZ | |
| U | Sliced Cheese | 1 WZ | | Sliced Cheese | 1 WZ | | T Bologna | 1 WZ | | T Ham | 2 WZ | | T Bologna | 1 WZ | | | 1 WZ | | Sliced Cheese | 1 WZ | |
| N | Mustard | 1 Pkt | | | 1 Pkt | | Sliced Cheese | 1 WZ | | Mustard | 1 Pkt | | Mustard | 1 Pkt | | | 1 Pkt | | | | |
| C | Wheat Bread | 4 Slice | | Mustard | 1 Pkt | | Mustard | 1 Pkt | | Wheat Bread | 4 Slice | | Wheat Bread | 4 Slice | | Mustard | 1 Slice | | Mustard | 1 Pkt | |
| H | Salad Dressing | 1 Pkt | | Wheat Bread | 4 Slice | | Wheat Bread | 4 Slice | | Salad Dressing | 4 Slice | | Salad Dressing | 1 Slice | | Salad Dressing | 1 Pkt | | Salad Dressing | 1 Pkt | |
| | | | | Salad Dressing | 1 Pkt | | Salad Dressing | 1 Pkt | | | | | | | | | | | | | |
| | Snack of the Day | 1 Each | | Snack of the Day | 1 Each | | Snack of the Day | 1 Each | | Snack of the Day | 1 Each | | Snack of the Day | 1 Each | | Snack of the Day | 1 Each | | Snack of the Day | 1 Each | |
| | Cookie | 1 Each | | Cookie | 1 Each | | Cookie | 1 Each | | Cookie | 1 Each | | Cookie | 1 Each | | Cookie | 1 Each | | Cookie | 1 Each | |
| | Beverage | 1 PC | | Beverage | 1 PC | | Beverage | 1 PC | | Beverage | 1 PC | | Beverage | 1 PC | | | | | | | |
| | Salt & Pepper Pkt | 1 Each | | Salt & Pepper Pkt | 1 Each | | Salt & Pepper Pkt | 1 Each | | Salt & Pepper Pkt | 1 Each | | Salt & Pepper Pkt | 1 Each | | | | | | | |
| | | Meal # 98 | | | Meal # 101 | | | Meal # 104 | | | Meal # 107 | | | Meal # 110 | | | Meal # 112 | | | Meal # 114 | |
| | Taco Meat Mix | 3 WZ | | Chicken Fried Rice | 1 1/4 Cup | | Baked Chicken | 3 Cup | | Salisbury Patty ® | 4 WZ | | Burrito Mix (Meat & Bean) | 1 WZ | | Turkey A La King | 3/4 Cup | | Chili Macaroni | 1 1/4 Cup | |
| | Shredded Cheese | 1 WZ | | | | | with BBQ Sauce | 1 | | Brown Gravy | 3 FZ | | Flour Tortillas | 2 Each | | over Rice | 1 Cup | | | | |
| | Corn Tortillas | 2 Each | | | | | Ranch Beans | 1/2 Cup | | Mashed Potatoes | 1/2 Cup | | Spanish Rice | 1/2 Cup | | | | | | | |
| D | Spanish Rice | 1/2 Cup | | | | | Pasta Salad | 1/2 Cup | | | | | | | | | | | | | |
| I | Corn | 1/2 Cup | | Mixed Vegetables | 1/2 Cup | | | | | Sliced Carrots | 1/2 Cup | | Coleslaw | 1/2 Cup | | Mixed Vegetables | 1/2 Cup | | Carrots | 1/2 Cup | |
| N | Shredded Lettuce | 1/4 Cup | | Tossed Salad | 3/4 Cup | | | | | Tossed Salad | 3/4 Cup | | Salsa | 2 FZ | | Tossed Salad | 3/4 Cup | | Pinto Beans | 3/4 Cup | |
| E | | | | with Dressing | 1 | | | | | with Dressing | 1 | | | 1 Slice | | with Dressing | 1 FZ | | | | |
| R | Salsa | 2 FZ | | Wheat Dinner Roll | 1 | | Wheat Bread | 2 Slice | | Wheat Bread | 2 Slice | | | | | Wheat Bread | 2 Slice | | Cornbread | 1 Slice | |
| | Pudding | 1/2 Cup | | Margarine | 2 tsp | | Margarine | 2 tsp | | | | | | | | Margarine | 2 tsp | | Margarine | 2 tsp | |
| | Beverage | 1 PC | | Glazed Cake | 1 Slice | | Gelatin | 1/2 Cup | | Pudding | 1/2 Cup | | Pudding | 1/2 Cup | | Cookies | 2 Each | | Cookies | 2 Each | |
| | Salt & Pepper Pkt | 1 Each | | Beverage | 1 PC | | Beverage | 1 PC | | Beverage | 1 PC | | Beverage | 1 PC | | Beverage | 1 PC | | Beverage | 1 PC | |
| | | | | Salt & Pepper Pkt | 1 Each | | Salt & Pepper Pkt | 1 Each | | Salt & Pepper Pkt | 1 Each | | Salt & Pepper Pkt | 1 Each | | Salt & Pepper Pkt | 1 Each | | Salt & Pepper Pkt | 1 Each | |

*Items designated by "FZ" are volume measurements. "Items designated by "WZ" are weighted measurements.
R = Raw, uncooked portion
Fruit 1 serving = 1/2 cup canned fruit or 1 piece fresh fruit
Snack of the Day items that can be served: Chips 1/2 oz, Pretzels 1/2 oz, Popcorn 1 cup, or other snack items approved by ADOC
Beverage 1 PC = 1 cup

Male Week 6 Level 5

Amendment No. 6

ADC Contract No. 120094DC
January 16, 2015

# ARIZONA DEPARTMENT OF CORRECTIONS
## ADULT MALE POPULATION LEVEL 5
### WEEKLY CYCLE MENUS

**Menu Week 2**

| | MONDAY | | | TUESDAY | | | WEDNESDAY | | | THURSDAY | | | FRIDAY | | | SATURDAY | | | SUNDAY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Meal #** | | 20 | | | 23 | | | 26 | | | 29 | | | 32 | | | 35 | | | 37 | |
| B R E A K F A S T | Cold Cereal | 1 | Cup | Cereal Bar | 1 | Each | Cold Cereal | 1 | Cup | Cereal Bar | 1 | Each | Cold Cereal | 1 | Cup | Cold Cereal | 1 | Cup | Cold Cereal | 1 | Cup |
| | Peanut Butter & Jelly Mix | 3 | WZ | Eggs, boiled | 1 | Each | Peanut Butter & Jelly Mix | 3 | WZ | Eggs, boiled | 1 | Each | Peanut Butter & Jelly Mix | 3 | WZ | Eggs, boiled | 3 | WZ | Peanut Butter & Jelly Mix | 3 | WZ |
| | | | | Sliced Cheese | 1 | WZ | | | | Sliced Cheese | 1 | WZ | | | | Sliced Cheese | | WZ | | 1 | WZ |
| | Coffee Cake | 1 | Slice | T Ham | 2 | WZ | Coffee Cake | 1 | Slice | T Ham | 2 | WZ | Coffee Cake | 1 | Slice | T Ham | 2 | WZ | | 2 | WZ |
| | Wheat Bread | 2 | Slice | Wheat Bread | 2 | Slice | Wheat Bread | 2 | Slice | Wheat Bread | 2 | Slice | Wheat Bread | 2 | Slice | Wheat Bread | 6 | Slice | Wheat Bread | 6 | Slice |
| | | | | Salad Dressing Pkt | 1 | Each | | | | Salad Dressing Pkt | 1 | Each | | | | | | | | | |
| | Low Fat Milk | 1 | Cup | Beverage | 1 | Cup | Low Fat Milk | 1 | Cup | Beverage | 1 | PC | Low Fat Milk | 1 | Cup | Low Fat Milk | 1 | Cup | Low Fat Milk | 1 | Cup |
| | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each |
| | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | | | | Salt & Pepper Pkt | 1 | Each | | | |
| **Meal #** | | 21 | | | 24 | | | 27 | | | 30 | | | 33 | | | | | | | |
| L U N C H | T Ham | 3 | WZ | T Salami | 3 | WZ | Sliced Turkey | 3 | WZ | T Bologna | 3 | WZ | T Ham | 3 | WZ | T Bologna | 3 | WZ | Sliced Turkey | 3 | WZ |
| | Sliced Cheese | 1 | WZ | | | | Sliced Cheese | 1 | WZ | | | | Sliced Cheese | 1 | WZ | | | | Sliced Cheese | 1 | WZ |
| | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt |
| | Salad Dressing | 1 | Pkt | Salad Dressing | 1 | Pkt | Salad Dressing | 1 | Pkt | Salad Dressing | 1 | Pkt | Salad Dressing | 1 | Pkt | Salad Dressing | 2 | Pkt | Salad Dressing | 1 | Pkt |
| | Wheat Bread | 4 | Slice | Wheat Bread | 4 | Slice | Wheat Bread | 4 | Slice | Wheat Bread | 4 | Slice | Wheat Bread | 4 | Slice | | | | | | |
| | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each |
| | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each |
| | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | | | | | | |
| | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | | | | | | |
| **Meal #** | | 22 | | | 25 | | | 28 | | | 31 | | | 34 | | | 36 | | | 38 | |
| D I N N E R | Taco Meat Mix | 3 | WZ | Baked Chicken | 3 | WZ | Burrito Mix (meat & bean) | 1 | Cup | Meat & Cheese Pizza | 2 | Slice | Sloppy Joe Mix | 1/2 | Cup | Chili Macaroni Casserole | 1 1/4 | Cup | Hamburger ® | 4 | WZ |
| | Shredded Cheese | 1 | WZ | with BBQ Sauce | | | Flour Tortillas | 2 | Each | (1/14) | | | on Wheat Bun | 1 | Each | | | | Sliced Cheese | 1/2 | WZ |
| | Corn Chips | 1 | WZ | Pasta Salad | 1/2 | Cup | Spanish Rice | 1/2 | Cup | (1 OZ Meat/2 OZ Cheese) | | | Ranch beans | 3/4 | Cup | | | | Potato Salad | 1/2 | Cup |
| | Spanish Rice | 1/2 | Cup | | | | | | | | | | | | | | | | Pickle Chips | 2 | Each |
| | Corn | 1/2 | Cup | Broccoli | 1/2 | Cup | Carrots | 1/2 | Cup | Mixed Vegetables | 1/2 | Cup | Coleslaw | 1/2 | Cup | Mixed Vegetables | 1/2 | Cup | Pinto Beans | 3/4 | Cup |
| | Shredded Lettuce | 1 | Cup | | | | Salsa | 2 | FZ | Tossed Salad | 3/4 | Cup | | | | Tossed Salad | 3/4 | Cup | | | |
| | Diced Onion | 1 | WZ | Wheat Bread | 2 | Slice | | | | with Dressing | 1 | FZ | | | | with Dressing | 1 | FZ | Ketchup | 2 | FZ |
| | Salsa | 2 | FZ | Margarine | 2 | tsp | | | | | | | | | | Cornbread | 1/54 | Slice | Mustard | 1/54 | Tbsp |
| | | | | | | | | | | | | | | | | | | Wheat Bun | 1 | Each |
| | Pudding | 1/2 | Cup | Cookies | 2 | Each | Pudding | 1/2 | Cup | Gelatin | 1/2 | Cup | Pudding | 1/2 | Cup | Cookies | 2 | Each | Glazed Cake | 1/54 | Each |
| | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC |
| | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each |

*Items designated by "FZ" are volume measurements. *Items designated by "WZ" are weighted measurements.
R = Raw, uncooked portion
Fruit 1 serving = 1/2 cup canned fruit or 1 piece fresh fruit
Snack of the Day items that can be served: Chips 1/2 oz, Pretzels 1/2 oz, Popcorn 1 cup, or other snack items approved by ADOC
Beverage 1 PC = 1 cup

Amendment No. 6

# ARIZONA DEPARTMENT OF CORRECTIONS
## ADULT MALE POPULATION LEVEL 5
### WEEKLY CYCLE MENUS

ADC Contract No. 120094DC
January 16, 2015

Menu Week 3

| | | MONDAY | | | TUESDAY | | | WEDNESDAY | | | THURSDAY | | | FRIDAY | | | SATURDAY | | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Meal # 39 | | | Meal # 40 | | | Meal # 42 | | | Meal # 45 | | | Meal # 48 | | | Meal # 51 | | | Meal # 54 | |
| B | 1 | Cup | Cold Cereal | 1 | Cup | Cereal Bar | 1 | Each | Cold Cereal | 1 | Cup | Cereal Bar | 1 | Each | Cold Cereal | 1 | Cup | Cold Cereal | 1 | Cup | Cold Cereal | |
| R | 1 | Each | Eggs, boiled | 1 | Each | Peanut Butter & Jelly Mix | 3 | WZ | Eggs, boiled | 1 | Each | Peanut Butter & Jelly Mix | 3 | WZ | Eggs, boiled | 1 | Each | Peanut Butter & Jelly Mix | 3 | WZ | Eggs, boiled | Each |
| E | 1 | WZ | Sliced Cheese | 1 | WZ | | | | Sliced Cheese | 1 | WZ | | 1 | WZ | Sliced Cheese | 1 | WZ | | 1 | WZ | Sliced Cheese | WZ |
| A | 2 | WZ | T Ham | 2 | WZ | Coffee Cake | 1 | Slice | T Ham | 2 | WZ | Coffee Cake | 2 | Slice | T Ham | 2 | WZ | | 2 | WZ | T Ham | WZ |
| K | 2 | Slice | Wheat Bread | 2 | Slice | Wheat Bread | 2 | Slice | Wheat Bread | 2 | Slice | Wheat Bread | 2 | Slice | Wheat Bread | 6 | Slice | Wheat Bread | 6 | Slice | Wheat Bread | Slice |
| F | 1 | Each | Salad Dressing Pkt | 1 | Each | | 1 | | Salad Dressing Pkt | 1 | Each | | 1 | | Salad Dressing Pkt | 1 | Each | | | | | |
| A | 1 | Cup | Low Fat Milk | 1 | Cup | Beverage | 1 | PC | Low Fat Milk | 1 | Cup | Beverage | 1 | PC | Low Fat Milk | 1 | Cup | Low Fat Milk | 1 | Cup | Low Fat Milk | Cup |
| S | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | Each |
| | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | | 1 | Each | Salt & Pepper Pkt | | | | 1 | Each | Salt & Pepper Pkt | Each |
| | | | Meal # 40 | | | Meal # 43 | | | Meal # 46 | | | Meal # 49 | | | Meal # 52 | | | Meal # 55 | |
| L | 3 | WZ | T Bologna | 2 | WZ | Peanut Butter & Jelly Mix | 2 | WZ | T Ham | 3 | WZ | T Bologna | 3 | WZ | T Salami | 3 | WZ | T Ham | 3 | WZ | T Bologna | WZ |
| U | 1 | WZ | Sliced Cheese | 2 | WZ | Sliced Turkey | 2 | WZ | Sliced Cheese | 1 | WZ | Sliced Cheese | 1 | WZ | | | | Sliced Cheese | 1 | WZ | | WZ |
| N | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | Pkt |
| C | 4 | Slice | Wheat Bread | | | | 1 | | Salad Dressing | 1 | Pkt | Salad Dressing | 1 | Pkt | Salad Dressing | 1 | Pkt | Salad Dressing | 1 | Pkt | Salad Dressing | Pkt |
| H | 1 | Pkt | Salad Dressing | 4 | Slice | Wheat Bread | 4 | Slice | Wheat Bread | 4 | Slice | Wheat Bread | 4 | Slice | Wheat Bread | 4 | Slice | | | | | |
| | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | Each |
| | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | Each |
| | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | | | | | |
| | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | | | | | |
| | | | Meal # 41 | | | Meal # 44 | | | Meal # 47 | | | Meal # 50 | | | Meal # 53 | | | Meal # 56 | |
| D | 1/2 | Cup | Teriyaki Chicken | 4 | WZ | Salisbury Patty | 1 1/2 | Cup | Chili Mac Casserole | 4 | WZ | Meat Loaf | 4 | WZ | T Sausage & Cheese Pizza | 2 | Slice | Baked Chicken | 3 | WZ | Turkey A La King | 3/4 Cup |
| I | | | Rice Pilaf | 3 | FZ | Brown Gravy | | | | 3 | FZ | Brown Gravy | 3 | FZ | (1/14) | | | Poultry Gravy | 3 | FZ | Over Rice | 1 Cup |
| | 1/2 | Cup | | 1/2 | Cup | Mashed Potatoes | 1/2 | Cup | | 1/2 | Cup | Mashed Potatoes | 1/2 | Cup | (1 OZ Meat/2 OZ Cheese) | 3/4 | Cup | Mashed Potatoes | | | | |
| N | 1/2 | Cup | Broccoli | 1/2 | Cup | Carrots | 1/2 | Cup | Corn | 1/2 | Cup | Broccoli | 1/2 | Cup | Steamed Cabbage | | | Bread Dressing | 1/2 | Cup | Mixed Vegetables | 1/2 Cup |
| N | 3/4 | Cup | Tossed Salad | 1 | FZ | | | | | | | | | | Tossed Salad | 1/2 | Cup | Carrots | 3/4 | Cup | Coleslaw | 3/4 Cup |
| E | 1 | | with Dressing | | | | | | | | | | 1 | FZ | with Dressing | | | | | | | |
| R | 1 | Each | Wheat Dinner Roll | 2 | Slice | Wheat Bread | 2 | Slice | Wheat Bread | 2 | Slice | Wheat Bread | | | | 1 | Each | Wheat Dinner Roll | 1 | Each | Wheat Bread | 2 Slice |
| | 2 | tsp | Margarine | | | Margarine | 2 | tsp | Margarine | 2 | tsp | Margarine | 2 | Slice | | 2 | tsp | Margarine | 2 | tsp | Margarine | 2 tsp |
| | 1/2 | Cup | Pudding | 1/2 | Cup | Glazed Cake | 1 | Slice | Cookies | 2 | Each | Pudding | 1/2 | Cup | Gelatin | 1/2 | Cup | Glazed Cake | 1/2 | Cup | Pudding | 1/2 Cup |
| | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 PC |
| | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 Each |

*Items designated by "FZ" are volume measurements.  "Items designated by "WZ" are weighted measurements.
R = Raw, uncooked portion
Fruit 1 serving = 1/2 cup canned fruit or 1 piece fresh fruit
Snack of the Day items that can be served: Chips 1/2 oz, Pretzels 1/2 oz, Popcorn 1 cup, or other snack items approved by ADOC
Beverage 1 PC = 1 cup

Amendment No. 6

# ARIZONA DEPARTMENT OF CORRECTIONS
## ADULT MALE POPULATION LEVEL 5
### WEEKLY CYCLE MENUS

ADC Contract No. 120094DC
January 16, 2015

Menu Week 4

| | MONDAY | Meal# 58 | | TUESDAY | Meal# 61 | | WEDNESDAY | Meal# 64 | | THURSDAY | Meal# 67 | | FRIDAY | Meal# 70 | | SATURDAY | Meal# 73 | | SUNDAY | Meal# 75 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | Cold Cereal | 1 | Cup | Cereal Bar | 1 | Each | Cold Cereal | 1 | Cup | Cereal Bar | 1 | Each | Cold Cereal | 1 | Cup | Cold Cereal | 1 | Cup | Cold Cereal | 1 | Cup |
| R | Peanut Butter & Jelly Mix | 3 | WZ | Eggs, boiled | 3 | WZ | Peanut Butter & Jelly Mix | 3 | WZ | Eggs, boiled | 3 | WZ | Peanut Butter & Jelly Mix | 3 | WZ | Eggs, boiled | 3 | WZ | Peanut Butter & Jelly Mix | 3 | WZ |
| E | | | | Sliced Cheese | 1 | WZ | | | | Sliced Cheese | 1 | WZ | | | | Sliced Cheese | 1 | WZ | | | |
| A | Coffee Cake | 1 | Slice | T Ham | 2 | WZ | Coffee Cake | 1 | Slice | T Ham | 2 | WZ | Coffee Cake | 1 | Slice | T Ham | 2 | WZ | | | |
| K | Wheat Bread | 2 | Slice | Wheat Bread | 2 | Slice | Wheat Bread | 2 | Slice | Wheat Bread | 2 | Slice | Wheat Bread | 2 | Slice | Wheat Bread | 2 | Slice | Wheat Bread | 6 | Slice |
| F | | | | Salad Dressing Pkt | 1 | Each | | | | Salad Dressing Pkt | 1 | Each | | | | | | | | | |
| A | Low Fat Milk | 1 | Cup | Beverage | 1 | PC | Low Fat Milk | 1 | Cup | Beverage | 1 | PC | Low Fat Milk | 1 | Cup | Low Fat Milk | 1 | Cup | Low Fat Milk | 1 | Cup |
| S | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each |
| T | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | | | | Salt & Pepper Pkt | 1 | Each | | | | Salt & Pepper Pkt | 1 | Each | | | |

| | | Meal# 59 | | | Meal# 62 | | | Meal# 65 | | | Meal# 68 | | | Meal# 71 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | T Ham | 3 | WZ | Sliced Turkey | 3 | WZ | T Salami | 3 | WZ | Peanut Butter & Jelly Mix | 2 | WZ | Sliced Turkey | 3 | WZ | T Salami | 3 | WZ | T Ham | 3 | WZ |
| U | Sliced Cheese | 1 | WZ | | | | Sliced Cheese | 1 | WZ | T Ham | 2 | WZ | Sliced Cheese | 1 | WZ | | | | Sliced Cheese | 1 | WZ |
| N | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt |
| C | Salad Dressing | 1 | Pkt | Salad Dressing | 1 | Pkt | Salad Dressing | 1 | Pkt | | | | Salad Dressing | 1 | Pkt | Salad Dressing | 2 | Pkt | Salad Dressing | 1 | Pkt |
| H | Wheat Bread | 4 | Slice | Wheat Bread | 4 | Slice | Wheat Bread | 4 | Slice | Wheat Bread | 4 | Slice | Wheat Bread | 4 | Slice | | | | | | |
|  | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each |
|  | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each |
|  | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | | | | | | |
|  | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | | | | | | |

| | | Meal# 60 | | | Meal# 63 | | | Meal# 66 | | | Meal# 69 | | | Meal# 72 | | | Meal# 74 | | | Meal# 76 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | Beef Teriyaki | 1/2 | Cup | Tossed Salad | 1 | Cup | Oven Fried Chicken | 3 | WZ | Roast Beef | 3 | WZ | Pasta with | | | Hamburger | 4 | WZ | Diced Beef | 3 | WZ |
| I | | | | Diced T Ham | 3 | WZ | Chicken Gravy | 3 | WZ | Mashed Potatoes | 1/2 | Cup | Meat Sauce | | | Sliced Cheese | 1/2 | WZ | Onions & Peppers | 1/2 | Cup |
| N | | | | Shredded Cheese | 1/2 | WZ | Herb Noodles | 1/2 | Cup | Brown Gravy | 3 | FZ | | | | Sliced Potatoes | 3/4 | Cup | Cheese, shredded | 1/2 | WZ |
| N | Steamed Rice | 1/2 | Cup | Croutons | 1/2 | Cup | | | | | | | | | | Ketchup | | | Steamed Rice | 3/4 | Cup |
| E | Broccoli | 1/2 | Cup | Carrots | 1/2 | Cup | Green Beans | 1/2 | Cup | Steamed Cabbage | 1/2 | Cup | Mixed Vegetables | 1/2 | Cup | Pinto Beans | 3/4 | Cup | Refried Beans | 3/4 | Cup |
| R | Tossed salad | 3/4 | cup | Dressing | 2 | FZ | | | | | | | Tossed Salad | 3/4 | Cup | | | | Shredded lettuce | 1/2 | Cup |
|  | With Dressing | 1 | FZ | | | | | | | | | | with Dressing | 1 | FZ | Mustard | 1 | tsp | | | |
|  | Dinner roll | 1 | Each | Macaroni Salad | 1/2 | Cup | Wheat Dinner Roll | 1 | Each | Wheat Bread | 2 | Each | Garlic Bread | 2 | Slice | Wheat Bun | 1 | Each | Salsa | 2 | FZ |
| R | Margarine | 2 | tsp | | | | Margarine | 2 | tsp | Margarine | 2 | tsp | Margarine | 2 | tsp | Pickle Chips | 2 | Each | Corn Tortillas | 3 | Each |
|  | Pudding | 1/2 | Cup | Pudding | 1/2 | Cup | Glazed Cake | 1/2 | Slice | Pudding | 1/2 | Cup | Gelatin | 1/2 | Cup | Pudding | 1/2 | Cup | Cookies | 2 | Each |
|  | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC |
|  | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each |

*Items designated by "FZ" are volume measurements. **Items designated by "WZ" are weighted measurements.
R = Raw, uncooked portion.
Fruit 1 serving = 1/2 cup canned fruit or 1 piece fresh fruit
Snack of the Day items that can be served: Chips 1/2 oz, Pretzels 1/2 oz, Popcorn 1 cup, or other snack items approved by ADOC
Beverage 1 PC = 1 cup

Male Week 4 Level 5

Amendment No. 6

# ARIZONA DEPARTMENT OF CORRECTIONS
## ADULT MALE POPULATION LEVEL 5
### WEEKLY CYCLE MENUS

ADC Contract No. 120094DC
January 16, 2015

**Menu Week 5**

| | MONDAY | | | TUESDAY | | | WEDNESDAY | | | THURSDAY | | | FRIDAY | | | SATURDAY | | | SUNDAY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Meal # 77 | | | Meal # 80 | | | Meal # 83 | | | Meal # 86 | | | Meal # 89 | | | Meal # 92 | | | Meal # 94 | |
| B | Cold Cereal | 1 | Cup | Cereal Bar | 1 | Each | Cold Cereal | 1 | Cup | Cereal Bar | 1 | Cup | Cold Cereal | 1 | Each | Cold Cereal | 1 | Cup | Cold Cereal | 1 | Cup |
| R | Eggs, boiled | 1 | Each | Peanut Butter & Jelly Mix | 3 | WZ | Eggs, boiled | 3 | WZ | Peanut Butter & Jelly Mix | 3 | WZ | Eggs, boiled | 1 | Each | Peanut Butter & Jelly Mix | 3 | WZ | Eggs, boiled | 1 | Each |
| E | Sliced Cheese | 1 | WZ | | | | Sliced Cheese | 1 | WZ | | | | Sliced Cheese | 1 | WZ | | | | Sliced Cheese | 1 | WZ |
| A | T Ham | 2 | WZ | Coffee Cake | 1 | Slice | T Ham | 2 | WZ | Coffee Cake | 1 | Slice | T Ham | 2 | WZ | | | | T Ham | 2 | WZ |
| K | Wheat Bread | 2 | Slice | Wheat Bread | 2 | Slice | Wheat Bread | 2 | Slice | Wheat Bread | 2 | Slice | Wheat Bread | 2 | Slice | Wheat Bread | 6 | Slice | Wheat Bread | 6 | Slice |
| F | Salad Dressing Pkt | 1 | Each | | | | Salad Dressing Pkt | 1 | Each | | | | Salad Dressing Pkt | 1 | Each | | | | | | |
| A | Low Fat Milk | 1 | Cup | Beverage | 1 | Cup | Low Fat Milk | 1 | PC | Beverage | 1 | Cup | Low Fat Milk | 1 | Cup | Low Fat Milk | 1 | Cup | Low Fat Milk | 1 | Cup |
| S | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each | Coffee Pkt | 1 | Each |
| T | Salt & Pepper Pkt | 1 | Each | | | | Salt & Pepper Pkt | 1 | Each | | | | Salt & Pepper Pkt | 1 | Each | | | | Salt & Pepper Pkt | 1 | Each |
| | | Meal # 78 | | | Meal # 81 | | | Meal # 84 | | | Meal # 87 | | | Meal # 90 | | | | | | | | |
| L | T Bologna | 3 | WZ | T Salami | 3 | WZ | Peanut Butter & Jelly Mix | 2 | WZ | T Bologna | 3 | WZ | Sliced Turkey | 3 | WZ | T Ham | 3 | WZ | T Bologna | 3 | WZ |
| U | Sliced Cheese | 1 | WZ | Sliced Cheese | 1 | WZ | T Ham | 2 | WZ | | | | Sliced Cheese | 1 | WZ | Sliced Cheese | 1 | WZ | | | |
| N | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt | Mustard | 1 | Pkt |
| C | Wheat Bread | 4 | Slice | Salad Dressing | 4 | Slice | Wheat Bread | 4 | Slice | Salad Dressing | 4 | Slice | Salad Dressing | 1 | Slice | Salad Dressing | 1 | Slice | Salad Dressing | 2 | Pkt |
| H | Salad Dressing | 1 | Pkt | Wheat Bread | 4 | Slice | Wheat Bread | 4 | Slice | Wheat Bread | 1 | Pkt | Wheat Bread | 4 | Slice | | | | | | |
| | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each | Snack of the Day | 1 | Each |
| | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each | Cookie | 1 | Each |
| | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | | | | | | |
| | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | | | | | | |
| | | Meal # 79 | | SWAP Meal # 82 | | | Meal # 85 | | | Meal # 88 | | | Meal # 91 | | | Meal # 93 | | | Meal # 95 | | |
| D | Chicken Salad | 1/2 | Cup | Meatloaf | 4 | WZ | T-Hot Dog | 2 | Each | Sloppy Joe Mix | 1 | Cup | Green Chile Stew | 3/4 | Cup | Hamburger ® | 4 | WZ | Pasta | 3/4 | Cup |
| I | | | | Brown Gravy | 3 | FZ | Ranch Beans | 1/2 | Cup | on Wheat Bun | 2 | Each | over Steamed Rice | 1/2 | Cup | Sliced Cheese | 1/2 | WZ | with Meat Sauce | 1/2 | Cup |
| | Pinto Beans | 1/2 | Cup | Mashed Potatoes | 1/2 | Cup | Wheat Bun | 2 | Each | Rice Pilaf | 1/2 | Cup | | | | Potato Salad | 1/2 | Cup | | | |
| | | | | | | | Diced Onions | 1/4 | Cup | Steamed Cabbage | 1/2 | Cup | | | | Ranch Beans | 1/2 | Cup | | | |
| N | Carrots | 1/2 | Cup | Broccoli | 1/2 | Cup | | | | | | | Green Beans | 1/2 | Cup | Onion Slices | 2 | Each | Carrots | 1/2 | Cup |
|   | | | | | | | Coleslaw | 1/2 | Cup | | | | Tossed Salad | 3/4 | Cup | Pickle Chips | 2 | Each | Coleslaw | 1/2 | Cup |
| E | Wheat Bun | 1 | Each | Wheat Bread | 2 | Slice | Mustard | 1 | FZ | | | | with Dressing | 1 | FZ | Mustard | 1/2 | FZ | | | |
| R | Margarine | 2 | tsp | | | | Ketchup | 1 | FZ | | | | Corn tortillas | 2 | Each | Wheat Bun | 1 | Each | Garlic Bread | 2 | Slice |
|   | | | | | | | | | | | | | | | | Ketchup | 1 | tsp | | | |
|   | Pudding | 1 | Slice | Pudding | 1/2 | Cup | Cookies | 2 | Each | Pudding | 1/2 | Cup | Gelatin | 1/2 | Cup | Pudding | 1/2 | Cup | Glazed Cake | 1/84 | Slice |
|   | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC | Beverage | 1 | PC |
|   | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each | Salt & Pepper Pkt | 1 | Each |

*Items designated by "FZ" are volume measurements. Items designated by "WZ" are weighted measurements.

R = Raw, uncooked portion
Fruit 1 serving = 1/2 cup canned fruit or 1 piece fresh fruit
Snack of the Day items that can be served: Chips 1/2 oz, Pretzels 1/2 oz, Popcorn 1 cup, or other snack items approved by ADOC
Beverage 1 PC = 1 cup

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
INMATE William Bulless
ADC# 201442
ARIZONA STATE PRISON COMPLEX Florence
UNIT Central 2 E 27
PO BOX 8200
CITY Florence                     AZ 85132

[Postmark: PHOENIX AZ 850 / 23 JAN 2015 PM 3 L]

[Stamp: JAN 26 2015 / CLERK OF THE COURT / UNITED STATES DISTRICT COURT / FOR THE DISTRICT OF ARIZONA]

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St, Suite 130, SPC 1
Phoenix, AZ 85003-2118

85003213059