United States District Court District of Arizona

Concerning Case Parsons v. Ryan CV 12-0061-PHX-DKD

\* The contents and/or comments in this document are to be acknowledged and/or mentioned during the hearing on the fairness of the proposed settlement in the above case name and number on February 18, 2015 at the United States Courthouse Phx, Az. I'am inmate Corey L. Russell ADC # 168498, my housing location is SMU #1 3-C-10 Florence, AZ.

comments/issues

Issue #1 - In Parsons v. Ryan the settlement says ADC will monitor the health care of inmates by more than a 100 different measures. —

I'am a mental health patient and I've been treated very cruel by ADC. I'am being held in a super max prison because I would not live with an inmate I didn't get along with in a two man cell on a level 4 prison yard. By avoiding confrontation I've been sent to super max custody and I'll be here a minimum of 2 years 6 months. My mental health is not in good standing at this point, and I've seen no one concerning my health.

Issue #2 - ADC will continue or start to improve the conditions of maximum security units by more out

cell time, mental health treatment, and meals the same calibre and nutritional value as general population, and limited use of pepper spray. —
I've only been out of my cell about once a month for recreation with other inmates. Officers have been hard to deal with and it makes some of us not want to risk being put in a situation so we stay in our cell sometimes. — Mental Health treatment is a joke. A man with no experience or education in mental health treatment came to see me about attending a 'group'. I went a couple times, but I was chained to a desk for a over an hour to watch other inmates horseplay. I have not attended anymore groups. — Meals. The meals have gotten worse within the last couple of months. The portion sizes are so small you don't know what to expect. A couple days ago we were served half cooked pizza. The only way we'll know if we're getting what general population is getting as far as food is if we receive 3 meals, instead of sack lunch breakfast and scraps for dinner. —
I included a memo I received, but I've seen no change at all in the menu.

    I've been in and out of this prison system since I was 21 (2001) and I've seen it go down hill. Everything is getting worse as the time passes. We are being charged for everything. Our families are charged for background checks in order to visit us. The phone system and commissary have

been 'outsourced' to different corporations that are constantly putting financial strains on the relationships between inmates and their families. Prison is no longer self sufficient and once that was gone so went everything else. This is why we have all these problems. — If any attorney's or 'whistleblowers' come in here to see if ADC is in compliance with the terms of the settlement ADC will just clean up before hand. ACLU and these attorney's need to come in here and talk to the inmates in age brackets 30 - 50 years old who have been in this system atleast 10 years on and off or straight. The younger inmates have been programmed by Maricopa County and it's Sherrif. They've been treated so bad there prison is fine no matter how their treated. If you want the truth talk to the inmates who took the time to send in comments concerning this Parsons v. Ryan case.

Thank You

Corey L. Russell #168498
SMU #1 ASPC
P.O. Box 4000
Florence, AZ 85132

## ATTENTION ALL INMATES

The new cycle menus have been approved. The new menus will start on Friday January 16, 2015 with breakfast Meal #13. Copies of the menus will be sent to the units for posting and for reviewing. The menus will be made available in the units' resource libraries for review. The menus will run two full cycles (12 weeks) to make any needed adjustments. If needed, the menus will be revised at the end of the 12 weeks and sent out again.