PARSONS v. RYAN CV-12-00601-PHX-DKD

FILED JAN 26 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Clerk of the Court,

My name is Escudero, Ramon #159568, and Corizon is not following court mandates and therefore, I don't believe the lawsuit is fair or penalizes Corizon/ADOC enough.

HNRs are unanswered, or sent back months late, no Hep-C treatment, no blood work, no specialist care, no medications for our problems. Medications that are received are always late; we are promised service, meds, treatment — it never comes and we are lied to constantly. It's the same on most yards, but worse on this yard. Retaliations for our complaints are endless.

I'm one of many on this yard that had a treatable condition, but now am told that it's too late. I've been murdered by Corizon/ADOC. There are many more just like me that are waiting to be told that it's too late. There are even more who have been crippled for life, and everyone experiences medication delivery problems.

We need to see a real doctor, a court monitor, and have funds set aside for those who have suffered unmercifully at Corizon's malpractice.

Respectfully,
Escudero, Ramon

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate ESCUDERO, RAMON
ADC# 159568
Arizona State Prison Complex TUCSON
Unit CIMARRON
P.O. Box 24709
City TUCSON                    AZ 85734-4408

PHOENIX AZ 852
24 JAN 2015 PM 5 L

RECEIVED
JAN 26 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

Clerk of The Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

85003213059