Parsons v Ryan CV 12-00601-PHX-DKD.

RECEIVED COPY
JAN 26 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

In "Director's instruction-326. The lack of clarity or specification will result in a continuous back-n-forth in the courts.

For example: when the court and lawyers came thru Browning unit, a few inmate's were put out to play basketball so the lawyers and court could see what "Basketball" meant. In D.I. 326 policy, it does not specify what is meant by "basketball" were not had basketball in over 3-month's and Department of Corrections argument is, it's not policy. The word "Basketball" is thus open to interpretation and vague. Same with "In pod recreation" — It consist of being handcuffed and shackled one leg one hand to a pod table with 3-other individuals. Some clarity in D.I. 326 with regard to what exactly does "Basketball" mean, and "In Pod recreation" mean? Would be in the benifit

of the court and inmates –
On the medical settlement.
Our current Medical Provider
"Corizon" has not treated a
Single Hepatitis-C Chronic
patient in over a year, in the
Browning unit. Myself am
stage 3 hepatitis-C next stage
Cirrosis... I've lived with other
inmates who are stage 4-Hep C
who are being ran around and
refused treatment. It is
crucial to "Meaningful Health
Care" as stated in Parsons
V Ryan settlement, that a
"Medical Professional" Audit
Department of Correction's
HealthCare providers –
Appreciate if your Consider
ation be givin' to the
indused Respectfully

Daniel

Jan 22nd 2015.

INMATE MAIL - ARIZONA DEPARTMENT OF CORRECTIONS
INMATE Tapia Daniel
ADC# 148061-A-1
ARIZONA STATE PRISON COMPLEX Browning
UNIT Eyman Po Box 3400
CITY Florence AZ 85312

Legal Mail

Clerk of the Court
United States District Court,
District of Arizona
401 W. Washington St, Suite 130,
SPC-1
Phoenix, Arizona