Parson vs. Ryan
CV12-00601-PHX DKD
Donna Iman ADC# 293576

PLAINTIFF CLASS MEMBER COMMENTS ON SETTLEMENT AGREEMENT

I am Adding this to the fairness hearing on Febuary 18, 2015 @ 1:30 PM in special Proceeding courtroom, magistrate Judge Duncan Presiding.

I am 47 years old. I have a 6½ year sentence at San Carlos - Perryville - womens.

I would like to know why and or see Perryville offer more educational incentive programs that offer early out programs LIKE AT THE MENS PRISON.

I would like to eat the same basic food LIKE THE MEN EAT. The ladies here prepare at complex kitchen fruit, waffle, bacon and sausage FOR THE MEN, WHY DON'T WE GET THE SAME?

I understand men are being released under this Aegis settlement, why aren't the women?

The health care here has not changed, when is it going to go into effect?

Thank you,
Donna Iman    Donna Iman
ADC# 293576

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
INMATE: Donna Iman
ADC# 243576
ARIZONA STATE PRISON COMPLEX Perryville
UNIT San Carlos 63C876
PO Box 3700
CITY Goodyear AZ 85315

Clerk of Courts
United States District Court, District of Arizona
401 W. Washington St. Suite 130, SPC 1
Phoenix, AZ. 85003-2118

PHOENIX AZ 852
23 JAN 2015 PM 9 L

RECEIVED
JAN 26 2015