THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: CivLR 54, 7.1(a)(1)
(Rule Number/Section)



Parson's vs. Ryan CV 12-00601-PHX-DKD

U.S. District Court
District of Arizona

I am an inmate at ASPC Perryville and I am writing to inform you of some injustices going on at this facility.
To start I will tell you about an experience I had going out to off site dental. On December 29th, 2014 I was called to medical to sign a paper stating I would refrain from eating or drinking anything past midnight that night. I asked them why I needed to fast and they said you are going to surgery. I informed the medical officer and the nurse that I had no issues needing medical surgery but that I had put in a grievance to go for a consultation about my need for dental implants. They said well you need to sign this paper and fast tonight we cannot tell you anything further, frustrated I signed the paper. That night there was no medical list so I did not know what time I would go but I thought if I were to have surgery it would be early in the morning. I fasted and at 0800 hours on the 30th I thought I should be gone by now. We were locked down so I could not ask the officer what was happening regarding my going off site. My Bunkie was called to medical about 0830 hours and I sent a note with her asking what was going on with my appointment. She returned and told me that COII Mitchell said, I would go at 0900-0930 hours, so do not eat or drink anything I did not. About 1000 hours I was called to the v-gate and waited until 1045 to leave. They took us about 1½ hour away to an oral surgeon it seems it would be cost effective to take us some where closer. We arrived at 1215 and were taken in the back door to exam rooms. I was dehydrated from not having water and asked if I was having surgery, they said no. I then asked for water and was given one ounce of water by the dental assistant. I explained I had fasted since midnight and was feeling dehydrated and needed more water. I was given one more ounce of water. We left shortly thereafter. Once in the van we were given sandwiches of t-ham and imitation cheese I was very hungry and ate a half of cheese sandwich. I began having painful abdominal cramps from not having water the officer said there was no water available. We returned to the prison at about 1430 and had to go to dental. I was tired, thirsty, and floored that I was instructed to fast when there was no need to since I was only having a consultation. It seems to me it would not be that difficult for medical to know I was not having surgery and did not need to fast. Additionally I was having muscle cramps from not having my 1300 medication, I take geodon and amantadine at watch swallow pill call at 1300 and 1700. I don't understand why we can't be given our medication prior to leaving or have medical give it to the officers to give to us at the prescribed time.
I had to wait for Dr. Gray to come in to review what the oral surgeon wrote in his report about my consultation. Upon his arrival he took the report into his office and before he saw me I overheard him tell someone that they have make it appear that they have done all they can do for me. He then came in and told me he did not for see me being approved for implants due to the cost, but he could make a new denture. I told him I already had a new denture made and it did no good because I have no ridge to secure it to so I did not see the point in doing it again. He then said he could give me a soft diet and I told him I

had a soft diet in the past and my teeth still came loose so I no longer eat in the kitchen due to the problem with my denture. He said he would forward the report from the oral surgeon to his superiors as is, with no notations. I think they are simply going through the motions to try to make it seem as if they have done all in their power to give me adequate dental care, which they have not. I do not see why they wasted money on a consultation if they were only doing it for show. I am a lifer and I think that AZDOC should do all they can to save lifer's teeth because they cannot go to the dentist when they get out, because lifers don't get out. The toothbrushes are difficult to use to keep up with oral hygene and dental only takes care of one tooth at a time causing long delays with getting cavities filled before they are too decayed to fill then they can only be pulled. WHEN ARRESTED I HAD ALL OF MY Teeth.
Prior to returning to my yard I went to medical to get my 1300 medication but was told to come to 1700 pill call. I went back to my yard and drank water. My yard did not get to pill call until about 1820 to get my medication. After about 45 minutes my muscle cramps went away, I did not have much on my stomach so they acted soon.
When I was on the soft diet I would be served crunchy chicken, burnt grilled cheese and other foods that simply were not soft. Even when eating rice, mashed potatoes, burrito's, sandwiches and other soft foods my denture comes loose. I am fortunate to be able to buy food from the store and eat in my room, I don't know what I would do if I had no money. I do go to the kitchen for my sandwich in the evening because we eat in our room and I can re glue my teeth when they come loose. When I go to visit if I eat I have to go to the bathroom to re glue my teeth repeatedly. I get hungry at visit and so naturally I nourish myself. I am a phase III and get food visits 4 times a year my visitor's cannot bring me pureed food because no liquids are allowed.

1-16-15

Yesterday I was on the dental appointment list and reported to dental at 1200 hours. When it was my turn to be seen I was asked why I was there and I told the dental assistant I had no idea. The dental assistant then said this is for a consultation with Dr. Gray, I told her I already had the consultation. I went back to the waiting room and was called back in to see Dr. Hanstad who told me he had talked to Dr. Gray and he instructed him to let me know the answer from Corizon regarding my teeth. The answer to implants is no, the reason was they think it is cosmetic, which its not. As I stated above I cannot go to the kitchen to eat because my dentures do not stay in even when eating soft foods. I cannot re glue them in the kitchen because it would gross people out. On the tube of Fixodent I glue to attempt to secure my denture it clearly states you are not to use glue more than once a day because it is not good for you. It also states that improper fitting dentures are not good for your health. I am worried that what is left of my jaw bone will deteriorate during the time I fight to get the few implants I can now get.

Pill Call

Sometimes when we are locked down the officer's don't get us out for pill call. I have had to bang on my door to get out and they will say it has not been called, then later I am told by the pill call nurse they did call for us but we were not sent.
Another problem is when a person gets put on watch swallow meds they are not

automatically put on the master pass to go get their meds so the inmate has to convince the officer to let them go up to pill call. We are told to put in an inmate letter and even when you do so you don't get on. I have sent in an inmate letter to get taken off of 1000 hour pill call and put on 1300 hours pill call and will need to put in another one because it has yet to be done.

1300 pill call seems to routinely start late 15 minutes to an hour late so the pill call nurse can eat lunch or process HNR's that she picks up from the yard. We are locked down from 1100 hours until 1200 hours and pill call does not start until 1300 hours so it seems they could better manage the time to allow pill call to start on time.

Watch swallow meds are not always reordered and they run out. I have been told it is my responsibility to put in an HNR for them to be reordered. I do not have possession of the pills so how am I to know they are running out, or know if there is another card in the bin as a replacement.

When there is a medical ICS the pill call nurse responds which delays pill call indefinitely. I have waited for 1½ hour for pill call to resume and /or been on the out count to get my meds.

People on pain meds after surgery only get them at 1000 hours, 1300 hours, and 1700 hours pill call. They go from 1700 hours pill call until 1000 hours pill call without pain medication, which seems like a lot of hours to be in pain. Thankfully I have yet to require pain meds, my point is others are suffering without pain medication after surgery.

Recreation

All recreation is outdoors which in the heat of summer is limited in this desert. We only get main yard m-f 1800 hours to 1945 hours, sat and sun 1300 hours to 1500 hours and at 1800 hours to 1945 hours. At 2000 hours we lock down so if you want a shower you need to go back to the yard no later than 1930 hours and hope you can find a shower. In the summer we should be allowed morning recreation so we can exercise in the lower temps of the day. The Deputy Warden has said that they do not even have to give us main yard recreation because it is considered recreation on your yard when you are out of room period, yet we are not permitted to run, throw a ball or Frisbee, play volleyball and so on. We are allowed to play basketball but you can't play a competitive game since you need to run to play a game.

On main yard we have a track that has overgrown bushes with thorns on them over hanging the track. Trucks drive on the big track and leave dangerous ruts, on both tracks prairie dogs dig holes causing trip hazards.

There is limited shade on main yard. They cut down the shade trees and don't let grass grow so it is dusty and we constantly breathe in dust to our lungs. We have no weights, only dirt field to play soccer, football and volleyball on main yard. It is difficult to stay physically fit in here.

Laundry

Our clothes come back damp, sometimes without bleach for the whites that end up being browns, and sometimes it smells as if they do not use soap because of the tight budget

they run out. They use recycled water that sometimes leaves the clothes dirtier than when they went in. Clothes are washed and dried in net bags so they come back wrinkled. Most people do laundry in their rooms although it is against policy and subject to discipline. For most people it is worth the risk to have clean unwrinkled clothes. I seriously doubt that laundry could handle the amount there would be if we all the people turn it in nor would they have enough soap and bleach. Net bags tear when they go to laundry and frequently State Issue doesn't have replacements because of the budget.

Vicki Hulsey 222370

*Vicki Hulsey*

1-21-15

Pill call is scheduled for 1200 Hours BUT THEY DONT HAVE IT UNTIL ~~1200~~ 1300 HOURS. I need to have my psych meds changed and was told today that they don't know when the Doctor will be in because she was called away. The estimate the nurse gave was 2 months until I can be seen. I am irritable, have extreme anxiety, muscle cramps and have serious trouble sleeping. They told me I have to cope the best I can.

*V Hulsey*

