CV-12-601-PHX-DKD

Subject: - Meal, in Parson v. Ryan

1-22-2015

I would like to express to the court, that the changes to the food menue are mineute and apere like thay are trying not to do there best in changing it.

Please have as well the Federal Governmint over see the Arizona State Prison along with the ACLU - Arizona Cival Libety Unuion.

Charles Patrick Thompson
*(signed)* Charles Thompson

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE Civil 54, 7161(4),001, (2)
(Rule Number/Section)

FILED ___ LODGED
RECEIVED ___ COPY
JAN 26 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ P DEPUTY

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
INMATE Charles P Thompson
ADC# 105457
ARIZONA STATE PRISON COMPLEX Eyman
UNIT SMU 1
P.O Box 4000
CITY Florence  AZ 85132

PHOENIX AZ 850
23 JAN 2015 PM 3 L

RECEIVED
JAN 26 2015
CLERK...

Clerk of the Court
United State District Court, District Arizona
401 w. Washington St, Suite 130, SPC 1
Phoenix Arizona 85118

6500321305B