Parsons v. Ryan
Case 2:12-cv-00601-DKD

Jan. 21, 2015

Clerk of the Court
United States District Court
District of Arizona

Regarding the above noted case and settlement I wish to state initially the settlement information was not provided to all inmates nor was the posting for inmate response accessible. I reside at Perryville Complex and have since 1999. I am 55 years old and am aware that there will be repercussions for my response. Within the past few weeks all inmates at the Santa Cruz Unit have experienced increased aggressive infractions with staff and like myself, disciplinary free for nine years, attacked with bogus charges in attempt to place violent offenses on my record. Vindicated of implications I still remain on disciplinary. This rhetoric is the example of the new normal in the wake of this settlement.

From my 16 year residence here I

Parsons v. Ryan                      Jan. 21, 2015
Case 2:12-cv-00601-DKD         Page 2 of 2

can testify that our conditions here continued to decline. I have yet to witness any changes according to this settlement. I, personally, feel that monetary damages should be awarded; especially to those that have lived on this diet over a long period of time. I will be leaving with the expenses of dental surgery and heart health restoration. Both could have been prevented.

    I would like to retain a lawyer to pursue a claim against ADC for the above mentioned expenses and for denial to practice my Jewish religion.

                            Respectfully,
                            Jerri L. Thomas
                            #143754
                            AZ State Prison Complex
                            Perryville / Santa Cruz Unit

\* Please make sure the handwriting on the envelope matches this letter and that it was unopened by DOC

