Joseph Zylstra #192063
ASPC Eyman SMUI 1d4
PO Box 4000
Florence AZ 85132

Jan. 16, 2015

TO: CLERK OF THE COURT

# COVER SHEET

Parsons v Ryan, CV 12-00601-PHX-DKD.

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 26 2015

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

✗ Contents of this letter is in regards to issues at SMU-1
that not only involves M.H. issues, but security and
health issues for "All" inmates housed in this unit

## Materials Included Are :

(A) Section-1 (39) Issues with SMU-1          (17) pages

(B) Section-2 Concerning Criteria of M.H. Programming          (2) pages

(C) Section-3 Watch Pod Issues in SMU-1          (2) pages

(D) Section-4 Forced Housing Issues          (3) pages

✗ Copies sent to: A.C.L.U. National Prison Project, 915 15th St. NW 7th Fl. Wash DC 20005
and ① - A.C.L.U. Foundation of Arizona, 3707 N. 7th St. Suite 235, Phoenix, AZ. 85103
② - Arizona Center For Disability Law, 5025 East Washington St. Suite 202, Phoenix, AZ. 85034
③ - Sister Elizabeth Rosko, P.O. Box 3146, Gallup, N.M. 87305
④ - Margaret Plews, Arizona Prison Watch, P.O. Box 20494, Phoenix, AZ. 85036



6/17

Issues with SMU-1                                    Section 1

① No treatment for inmates with P.T.S.D. or agoraphobia! And they (D.O.C.) do not allow meds that are designed to ... ... themselves! Instead, they only allow psyc. meds that "may" help to relieve "some" of ... symptoms of the disorder (anxiety, panic attacks, ...). But unless the disorder itself ... are treated with meds that are "specifically" designed for the disorder, such as: Colonapine and/or Thorazine, it's all pointless!

✗  You don't treat a ... ... with just "anti-histimines" because you have a runny nose (...)!

② No "cleaning supplies" or chemicals are brought around! @ shift ends (...) they only have a toilet brush (that are NEVER sterilized after use) and "MAYBE" some cleaning powder. But almost all c/o put this responsibility off! We get "NO" proper chemicals/sprays to clean our cells, floors, mattresses, or walls! ... ... "Camera" would prove!

③ There is supposed to be inspection ... (on paper) given to "treatments" to regain "point" to being housed in a cell. And the c/o himself is "supposed" to do a cell inspection "AND" for "that cell clean up" prior to putting an inmate in a cell. This is NOT being done! And because there are so many S.M.I. inmates and others who are just plain "nasty," more than half the time, the inmate that gets put in that cell is kept to clean up ... ; mess there in (out of times, extremely bad), and the cleaning supplies or chemicals are given to him to do so! So if it not only "creates" M.H. issues but also potential health issues! And without that inspection sheet signed, it leaves the inmate open to disciplinary "action, etc. for "ANY" cell ... and/or charges for "Any" contraband that was left in that cell from the previous inmate!

✗  I have "personally" been put in a cell that was so bad that I had to raise hell to get the attention of the c/o-3 because the floor officer wasn't going to do anything! The cell was so nasty, I "literally" had to "scrap" the filth ground into the floor with a piece of contraband metal! The c/o-3 made the c/o get me chemicals to clean the cell. But the fact that I/we have to clean up after another inmate that lives like that is just plain wrong and a violation of their own policies!   (OVER)

2 of 17

Issues With SMU-1                          Section 1

③ (continued) Not to forget the couple hundred inmates (written used by co-3 McGill). This put me at risk of health issues, safeties, etc! I did not do mine' M.H. status any good!

✳ This kind of crap happens all the time in Max and "NEEDS" to stop! Inspections and clean ups "MUST" be done "prior" to putting another inmate in that cell! Followed by the inspection sheets! (per policy.)

④ M.H. issues of inmates (especially those who are S.M.I.) "NEEDS" to be included on the "AIDS" files of inmates! This will serve multiple' purposes! It will be in determining if an inmate is "mentally" fit to be housed up with another inmate or sent back to population. It will also separate the' husbands at the history of inmates who are S.M.I. or have "real" M.H. issues from those who are just "playing" the system! And will help those who "ARE" S.M.I. from being put in harms way! (Cross sell and others)

↯ ✳ NOT ~~all of the inmates in max should be population as these half of or more of the S.M.I. inmates!!!~~

⑤ ~~Cameras and 2 way speaker boxes~~ (possibly even some way to monitor conversations between co's and inmates from the radios they all carry) would "eliminate" a lot of the crap (unprofessional comments and actions) made by co's as well as protect inmates from disciplinary actions due their lies and "instigating" problems!

✳ It would also protect co's if things were on cameras and "wire' monitors!

✳ It would also show that things (by policy) were or were not done! Such as: bs going around planning supplies, beard trimmers (clippers, sack lunches/evening trays (record time), co's or other inmates being tossed or bs other inmates, co's not making their walks (security checks) as often as their "supposed" to, med delivery and H.R. pick up by nurses, proof as to which co's worked what pods, harassment, mail delivery and pick up, proof of psw "check-ups" like their "suppose" to (or not), proof that sgts. almost "NEVER" make walks through pods, proof that the showers are "NEVER" pressure washed or "chemically" cleaned, etc., proof that cell inspections and cleanups are "NEVER" done prior to an inmate put in that cell, proof that an inmate is or is not "getting his store. (A real problem in here due to corrupt co's and others who just don't "take the time to check the "name" and number of the inmate on the store receipt.

(See Page 3 of 17)



⑥ When an inmate arrives at "ANY" unit (by policy) that inmate is "suppose" to get his property, back in 3 working days (72 hrs.). But here in SMU-1 it is taking between 3 weeks to 2 months! So that inmate is left in a cell with "NOTHING" to occupy his mind or time! Some of us can't even read books because our "reading glasses" are in our property! Some have K.O.P. meds they play "still getting access to". Some have "legal matters" with the courts going on! Yet they can't get access to their property.

✗ This is another major "problem" in here! Not only is it in violation of inmates rights (per policy) but also it causes and/or adds to unnecessary stress and M.H. issues! Especially on those who are already "S.M.I." CHANGES MUST BE MADE!!!"

⑦ "Suppossedly" S.M.I. inmates are NOT suppose to be charged for medical fees. Yet we are! I have proof of that by a recent money print out! Then we are told we can't be reimbursed past 6 months when unless they tell us we don't even know we are charged.

⑧ Stolen property is another major issue. When inmates are put on watch, his property "was" being kept in a storage closet under lock and key so "ONLY" CO's with the key have access to an inmates property. And therefore can be the "ONLY" ones "responsible" for any missing/stolen property.

✗ When you file a property claim (by policy) explaining these circumstances, even though you can prove "that "ONLY" CO's had/have access to that property, you are "still" only reimbursed by their (D.O.C.) "depreciation" policy. Basically, giving corrupt CO's "a green light" to steal an inmates property, and "NOT" be held accountable!" This has happened to me twice in here! Still have documentation.

✗ And even though "now" an inmates property (when put on watch) is taken out to what they call the "CONEX" (a big metal container) outside of property, things still come up lost/stolen.

✗ ✗ The fact that in this place (S.M.U-1) or "anywhere else" where "any" other inmate has "NO" access to your property, and your property is being kept under lock and key, that can "ONLY" be accessed by staff, then there should be "NO" excuse for an inmate not getting "all" of his property back as it can "ONLY" be taken by some corrupt staff member!

✗ ✗ They (D.O.C.) should be responsible for "replacing" all of the missing items "in full" "NOT" at a depreciated value.

                                                    (OVER)
                                                       ↓

Issues With SMU-1                    Section 1

⑨ When an inmate comes "off" watch, he is "suppos" to Cleplsy be given his property back right then and there! But it is "not" this is done! The purpose behind getting the inmate his property back "right away" is because it has "already" "been inventoried "prior" to being placed in the "property" box. And because that inmate just came "off" watch, he "NEEDS" to have ways to occupy his mind / time to prevent him from going "back to "watch! Or worse, go suicidal!

✗   This also "NEEDS" to be addressed A.S.A.P.

⑩ C.O.'s and "rovers" not doing their walks (security checks) as they are "suppos" to! Another reason for cameras. Get them to do their jobs...!!!

⑪ Grave shift (some not all) NOT bringing around paperwork (inmate letters, H+R's, etc.) like their suppos to. Some of them tell you on their "first" walk (between 10PM-11PM) that they'll bring it on their "next" walk. But they, either just don't bring it, or tell you there is none, or don't do their next walk until 1 AM, 2 AM when you can't keep your eyes open any longer.

✗   Resol is in installing cameras in "every" pod!

⑫ Cracks (some pretty severe) and leaks when it rains in "ALOT" of the 2nd "tier" (upstairs) cells. See for yourselves! Send in a structural engineer / inspector "you can trust "to check the ceilings of "ALL" upstair cells! Start with wing 2. Inmates (one at a time if necessary) need to be pulled out of their upstair cells to allow the inspector to go into those cells to see for himself! You "cannot" see the cracks from "outside" the cells. Even if it is "not" raining you can tell by looking at how the paint is bubbled up around the cracks or patched up with tooth paste by inmates which cells leak! Almost all leaks are "above" the beds!

✗   This is "structural" failure! And is putting inmates at risk of not only collapse, but possibly even some form of illness from mold, etc.

see p. 3

5/7

## Issues With SMU-1                    Section 1

(13) Showers "NOT" being pressure washed and "chemically" treated! I've been here in SMU-1 for 3 years now and I've "NEVER" seen "ANY" shower pressure washed or chemically treated like they do on "every" yard! On the yards they even have job titles for inmate shower crews! In here (SMU-1) they have an inmate cleanup crew that comes in from the level 2-DUI yard. But they only spend 5 to 7 minutes in each pod. The inmate that cleans the showers goes armed with a worn out house broom and a spray bottle but spends "NO" more than 3 or 4 minutes in the shower. I've timed it "numerous" times. No where near enough time to clean the showers "the right way!"

(X) Mold spots are still left on the ceilings, a white film is still left on the walls, plus the fact that when the inmate is in the shower to clean it, the door is "ALWAYS" open, so the "inside" of the rusted metal door "NEVER" gets cleaned! Leaving the same white film and mold!

(14) Almost "ALL" air vents in the showers do "NOT" work! So even after taking a shower you sweat your butt off, defeating the whole purpose of taking a shower! Not to forget the health issues by not being able to breath properly, when your stuck in a shower without those air vents blowing cool air like there suppose to!

(X) There is "NO" cold water, "ONLY" hot so there is no way for the body to cool down without those vents!

(15) Being put in the shower and being left in there for long periods of time (1 to 3 hours) with "NO" place to sit down! In "NASTY" showers that "don't" get cleaned right. Some of us are getting old, some with bad backs and knees!

(X) Stools "NEED" to be installed!

(16) Part of being in this mental health program is when you get to step 2 or 3 your "suppose" to get bigger radios and TV's! This is suppose "to be an incentive for inmates to maintain good behavior, etc. But there are "ALOT" of these inmates who are "NOT" getting anything!

(X) Part of the problem is because inmates who have had "NO" history of M.H. and come into SMU-1 (all of a sudden) get on psyc meds, just to be classified a M.H.-3, which automatically gets them into the program. Taking up bigger TV's and radios that "rightfully" belong to those with "real" M.H. issues!

(OVER) ↓

(16) (continued)

* M.H. records of ALL "inmates here at SMU-1 who are placed on the M.H. program pods "NEED" to be screened by some "outside" agency to determine who "really" has M.H. issues and who has "NEVER" had any "prior" history of M.H. issues or psyc meds or as those are just using this program for "their" benefits!

* This is the kind of stuff that sets the entire program up for failure!

* Keep in mind D.o.c (especially here in SMU-1 due to being under the gun so to speak) are going to do "whatever" they have to make it "look like" they are in compliance with this law suit. Even by putting / or letting inmates with "no" real M.H. issues into the program system to make it "appear" that the program is working! Because it works for inmates with "no" real M.H. issues! They reap the benefits that were meant for those with "real" M.H. issues! But what about those who are SMI who are "NOT" getting the same TV's or radios, or jobs, or anything else? Except for them to get outside rec and some "group" meetings! Which by the way, those with "No" real M.H. issues take advantage of just to get out of their cells to talk with their buddies! Again, this program is set up for failure!

(17)  Mattresses are way below standard requirements! Most are so worn out that they are "literally" flattened out so they have "no" back support left but like laying on the steel bunk! Not in them the covers are falling apart to the point that the "interior stuffing" (which is turned to powder) falls out getting into your sheet and everything else.

* Mattresses are NEVER cleaned or properly sanitized before putting another inmate in that cell! Remember there are "ALOT" of SMI and/or inmates who are extremely "nasty!

* Many mattresses are "refurbished" by D.o.c. themselves with new mattress covers and stuffed with either a crappy "old" mattress or with layers of cheap padding! With the new mattress covers and padding they "appear" to be good mattresses 5 or 6 thick! But even after just 30 days or so those mattresses loss all support, flatten out, and become real uncomfortable. Hard on backs, hips, and shoulders.

* This creates a lack of sleep, which in turn creates stress, which in turn effects ones M.H.

* They have an entire warehouse of these same "refurbished" mattresses, and though they are "NOT" long lasting and basically a "waste" of taxpayer dollars, they are still better than what "ALOT" of us have. Yet these C.O.'s are so busy we can't get the bad mattresses replaced! Blame for this problem.

(See Page 7 of 17)

5/17

## Issues With SMU-1                                    Section 1

(18) "NOT" issued any pillows which are to thin and scrunch past to be used! Which creates M.H. issues due to lack of sleep and pain!

(19) We are "suppose" to be getting 1500 calories per day (everyday) here in SMU-1, but we are "NOT". One day the meals will be weighed out (you can tell by the portions), the next there will barely be anything on the trays!

✻ When "visitors" (people such as yourselves) come through, they are sure to "put on their show" and feed according to spec, but when no one important is around its back to "the trays are "NOT" monitored" as to how much food is placed on each "tray". Sometimes the portions are so small you can count the amount of beans or carrot pieces. Super small portions of jello, pudding, or cake!

✻ Don't take my word for it! "Ask the many other inmates! "There "NEEDS" to be someone to "monitor" the food trays thats actually going to do their job!

(20) Legal mail (outgoing) is now picked up by a property mail person (c.o.). They are "suppose" to come to your cell door "with a log book" to record the address and then you are "suppose" to sign the entry to verify you turned in the legal letter to the c.o. for send out.

✻ The c.o. picking up the letter is "suppose" to check the content of the letter/envelope "infront of you" "before "he hands it back to you to seal up." Which is OK! But I've had a c.o. (KYLE) tell me they are allowed to read/scan the legal letters! Which he did! And that seems a violation of "confidentiality" rights!

✻ They are still "NOT" bringing the log book around so there is "NO" record of you even turning in legal mail for send out. You get "NO" entry / docket number and without being able to "sign" the log book there is "No" way one can prove he even sent the letter out!

✻ This "NEEDS" to be addressed!

(21) ~~Regular mail is also a problem here in SMU-1~~

✻ There is "No" way of proving that "incoming" mail is even sent in to you by the "Complex" mail room, as they keep "No" types of records of incoming mail. They scan for drugs, etc but do not record the addresses of incoming mail.
                                                                    (OVER)

Issues With SMU-1                          Section 1

(21) (continued)

* So even if you put a tracer on the letter, there is "NO" way to trace it back to them from the unit it or you are sent to.

* Plus all "incoming" mail is marked (usually in red ink) showing your "cell number". The problem with that is that this place (SMU-1) makes so many moves that "ALOT" of times the inmate that letter belongs to is no longer in that cell that was marked "in red ink" on the letter/envelope. And to add to that problem is the fact that "incoming" mail is delivered by "whatever" C.O. is on duty as the swing officer or "swing" shift. And most of them ONLY look at the cell number (in red ink) to simply mail when they deliver mail. They "don't" take the time to match the "name" of the inmate on the letter to the "name" of the inmate in that cell. So someone's class mail is "always" falling into the hands of another inmate.

* * This "NEEDS" attention and changes in the procedures of "delivering" mail to inmates "NEEDS" to change!

* A "suggestion" is to have "property mail" staff be responsible for "delivering" mail to us as well as "picking up outgoing mail" instead of just "any" C.O. on duty as most of the "regular" C.O.s just don't care one way or the other. As I stated below there are "ALOT" of "NSF" so professional C.O.s working here! A comment that was made to me once "by" another C.O. was "what do you expect when most of the staff working here are being paid just "above the poverty line."

* Plus keep in mind that due to corruption, laziness and "lack" professional training, if you get on their "bad side" for "ANY" reason they are gonna to do "whatever" they can to mess with you! "Including" NOT giving you your mail! And "This" affects the M.H. status of inmates.


(22) Same goes for ALL "outgoing" mail! We are "suppose" to just stick our "outgoing" mail in our cell door for "grave" shift C.O.s to pick up for delivery. But there is "No" way of proving your mail is even being sent out! And just like the other two shifts, there are some lazy, unprofessionals working, some "don't" pick up your "outgoing" mail even if you do have it in your door for pick up!


(See Page 9 of 17)

9/7

Issues With SMU-1                    Section 1

(22) (continued)

* There is "NOTHING" to protect yourself from the acts of unprofessional co's let alone the handling of your mail or "ANY" other personal affair! And even though they are aware it's a "Federal" offense to mess with "ANY" mail, they also are aware there is "NO" way we can "prove" anything! Incoming or outgoing! ! !

Something "NEED'S" to be done ! ! !

* Maybe a light weight metal box with a padlock that can "ONLY" be accessed by a property/mail co that can be brought around for inmates to drop their "outgoing" mail into. (A portable mail box). Or simply to put the responsibility of picking up "ALL" mail on the property/mail personel! As it should be. ! !

(23)  Inmate letters and other paperwork

* By D.O.C. policy inmates "are" allowed copies of "whatever" paperwork they turn in. In "ALOT" of cases you only have a few ways to respond to certain issues. And without copies you have "NO" proof you even turned in any paperwork.

* Also without copies "ALOT" of staff just don't respond to your "inhouse" mail (inmate letters) knowing "there are no copies as there "use" to be!

* D.O.C. (at least here in S.M.U-1) stopped putting the "yellow" attached copy to inmate letters a couple of years ago! So you have "NOTHING" for your records as proof! This is in violation to our rights! And "creates" legal issues! Copy back's "NEED" to be brought back ! ! !

(24)  Mail (at the Complex level) is "NOT" being inspected properly, as postal money orders are being left in the letters delivered to the inmates!

* I recently had (2) M.O.'s sent to me! The first was lost! Inmate banking told the person that sent it, that it was received at first! Then when I informed them I did not receive it, they called back in to inmate banking and were told they did not receive it! The 2nd M.O. was left in my letter on 10-1-14 and I had to "trust" the floor officer to turn it in! What if it had fallen into the hands of the inmate in the cell I "was" in? As I suspect is what happened the "first" M.O.  (OVER)

Case 2:12-cv-00601-ROS   Document 1395   Filed 01/26/15   Page 11 of 25

# Issues With SMU-1

**(25)** Store lists for SMU-1

Sometime ago "A LOT" of store items were no longer allowed to be ordered by SMU-1 inmates because of some inmates who acquired "Botulism" (not sure spelled right). D.O.C says it was from inmates making alcohol. Arizona Prison Watch says different!

✗ Yet whatever "No reason" we are told "NOT" allowed to order "ANY" "type of" sugar" items such as honey buns, hard candies, sodas, certain coffees, etc.

✗ Yet "ALL" of these items that we will not allowed to order are still "kept on" even the most "recent" store list. It is said that the reason why these items are kept on the store list is because we are "free" to "be able to" order these items. And by keeping them on the store list gives the "appearance" to the public and attorney's? That we are able to order these items.

✗ Reason is that "Arizona Prison Watch" states there is proof that acquired "botulism" got it from "bad food", NOT "from trying to make alcohol." And that these inmates were in fact "coerced"/threatened by D.O.C staff into saying it was from them making alcohol "from the potatoes." So D.O.C punishes "ALL" the inmates here in SMU-1 for something that may or may not be true!

✗ But normally, when an item is "NOT" allowed to be ordered, it is "deleted" from the store list, so it's "free" as they become all these items on the store list? And why are inmates "allowed" to receive some honey buns and pop tarts in here from "Secure Pak." But not regular store. Makes No sense, other than making it "seem" to the public like we are allowed to get these same items on regular store.

**(26)** Staff members (giving false promises to inmates (especially to S.M.I inmates). Basically, just to pacify these inmates temporarily. But this is creating "A LOT" of yelling at the CO's all hours of the day by the inmate that these CO's are making these promises to. And all this yelling is affecting the M.H of "A LOT" of the rest of us.

✗ Staff "NEEDS" training to work with M.H. training, they are "NOT" getting or following. "NOT" all staff, "love the" mentality to deal with M.H. Some just don't care. (even if they did get training) because of their pay.

✗ D.O.C _____ and _____ inmates!

✗ SMU-1 "NEEDS" an "on-call" (24-) _____ to monitor what is going on here!

(Page 11 of 17)

4/7

Issues With SMU-1                    Section 1

(27) (Hygiene issues.) There are "A LOT" of SMI inmates who don't know how to fill out their bubble sheets for "indigent" store or otherwise. Some that don't know the procedures to being "approved" for "indigent". Some can't even write or print. So they "don't" get their "indigent" supplies or otherwise.

* Staff (most) won't pass one if another inmate passes a "hygiene" to help that inmate out with. I've witnessed "numerous" c/o being asked by these same inmates to get them some soap or shampoo, but the c/o either tell them there is none, or they will look for some but never bring them any!

* This is flat out wrong. "Hygiene items "NEED" to be kept in "stock" here and issued to those who don't/do not get their indigent store. Staff "NEEDS" to lighten up some about passing "hygiene" supplies from one inmate to another. The "lack of "hygiene" for "one" creates possible health issues for "everyone" in that same pod! ① Please address this issue.

(28) Sgts., Lts., Capts. "NOT" moving swiftly through pods on issues that "NEED" to be addressed are left hanging. In "ALOT" of cases things get "so out of control" that the M.H. status of one or more inmates are affected to the point that they end up in the watch pod and/or go suicidal. Even when an inmate f inmates let the floor officer know they need to speak to a Sgt. to fix "issues (trying to fix things themselves). Either the floor officer blows off their request to speak to the Sgt., or the Sgt. just don't show up! Major problem in "ALOT" of cases. This opens the door for those with "real" M.H. /suicide issues.

(29) A real lack of communication between psyc staff and security staff (such as Capt. Valasquez and Sgt. Lopez of escort movement)

* Not all inmates (especially SMI inmates) can be housed with other inmates "Because" of their M.H. issues. Their problems put them at great risk of assault by their cell mates. And these issues "do" follow them back to population.

* See "Forced Housing" issues down the line up.

(OVER)↓

## Issues With SMU-1                                    Section 1

30) A real "lack of" psyc staff, per capita of the inmates, creates "A LOT" of problems!

* First, because of the shortage of psyc staff, inmates are not seen as often as some of us need to. According to the way they have things set up, they (psyc staff) only need to see you/check up with you (1) time a "month". But even that is not always done!

* Why still inmates that still need to see psyc more than their one check up per month, to put in an H&R to see psyc. But there H&R are "A LOT" of times, "NOT" responded to! When they are, it still takes 2 to 3 weeks for some psyc staff to come to your door to see you! This has and still is creating problems to the point that inmates attempt suicide due to the neglect! I am one of those!

* By the time psyc does show up, well they haven't gone suicidal. "A LOT" of them are put in the watch pod! This overloads the watch pods and creates more work for staff who have to "roll up" and "inventory" the inmates property. Not to forget all the extra mental stress and anguish that inmate is put through by not being able to speak to someone from psyc in a "personable" amount of time!

* Whats the point of having M.H. programming or do "anything" beneficial for inmates with M.H. issues if he is going to be ignored when he needs to speak to someone!

* Alot of times inmates are ignored because psyc staff just doesn't feel that the inmates issues are so important that they can't wait until their appointed monthly meeting! And alot of times that may be true. But to those inmates (in their minds) the issues may be quite urgent! 

* And the whole point of "helping" those with real M.H. issues is to "listen" to what they have to say! If for no other reason than to let them "vent"! Its what "they" think and "feel", not what psyc think or feel! Psyc staff are not the ones dealing with the issues!

: * And what about the "miss jud-ment" calls that psyc makes by "not" showing up to see an inmate when he requests! This cause that man go suicidal!

⚟ * Pressros! simple upon request!

⚟ * Comeras would prove how often (or not) an inmate is seen by psyc staff!

(See Page 13 of 17)

Issues With SMU-1                                    Section 1

81/4

(31) Another issue with the shortage of psyc staff is the "constant" rotation of psyc staff to other units. So "most" of the time when you do get to see someone from psyc, it is not always the same psyc staff! This creates alot of problems!

* One problem with this is the "extreme" difficulty in building up a "trust" or positive rapore when you are pushed from one psyc person to another. This only causes confusion and a lack of "trust!

* When seen by "multiple" psyc staff, one feels like "whats the use" in trying to talk to anyone because everytime you have to see a "different" psyc staff, you have to start all over again! You never really seem to get anywhere. "ALOT" of times things get forgotten putting that inmate in harms way!

* When a person is seen by the "same" psyc staff, not only is their a "positive" rapore being constructed and a "trust", but an "understanding" as well! This "understanding" allows psyc to get a better picture of what the inmate is dealing with. This allowing psyc the ability to "treat" the inmate on a "professional" bases. Instead of all the guesswork and "trials" one is put through when there is no real "understanding" due to the constant rotation of psyc staff!

* The fact that when one does get to see someone from psyc on such a short period of time and only once a month, on top of "seeing different psyc staff, makes it pretty hard for psyc to really get an understanding of whats going on in an inmates head. Even harder to "really" know how to "treat" that inmate!

* And the fact that we (inmates) really never get very much time" to talk when we do get to see someone, we "never" have enough time to say what we feel we "NEED" to say. Always cut short! (5 to 10 minutes at cell front door) (10 to 30 minutes when we do get 1 on 1)

(32) "No privacy during "ANY" consultation with psyc!

* When someone from psyc comes to your cell door to see you, you can't really say everything you want/need to because other inmates in the pod can hear "everything "you say! This creates "security" issues/problems for that inmate when he gets housed up with another inmate or gets out back into population!

(OVER) ↓

Issues With SMU-1                    Section 1

(32) continued...

✗ When you are pulled out for 1 on 1 consultation here in SMU-1, you are "now" taken to the visitation room where you talk to one of the psyc staff behind plexiglass stalls over the "same" visitation phones that are monitored.

✗ Two things wrong with that are the fact that those phones are monitored so there is "no" "confidentiality." And D.O.C. will use what you say against you! And to "their" benefit!

✗ The second thing wrong with that is these visitation stalls are side by side with "nothing" to prevent other inmates who are put in these other stalls from hearing "everything" you say!

✗ There is "NO" Dr./client confidentiality either way! This does create security issues for the inmates who are over heard by others. And violates your "confidentiality" rights by having to talk on "monitored" phones!

✗ D.O.C. will probably tell you that they do not monitor the phone conversations during 1 on 1 psyc, but there is "No" way of us knowing or proving that! So again, you "can't" really say everything you want/need to without opening "other doors" that would most likely create you more problems!

☆ The way they are handling personal "conversations" with inmates is "wrong" and "needs" your help on revision.

✗ Even when they "use" to pull yourself to the medical unit to talk to psyc, there is a c.o sitting right outside the door with the door opened enough to where they, or the other inmates in the holding cells and the nurses, can hear what you say!

E: Keep in mind the "not so professional CO's" working here "that even psyc Dr.s are very agreed their is. It's a regular "Dayton Place" in here!

✗ Again the "NEED" of cameras and voice monitors would both "prove" and "eliminate" some of this!

(See Page 15 of 17)

(33) The lack of "time to speak to psych" when you finally do get to see someone! As I stated previously, you only get on average of (5 to 10 minutes at your cell front door) or (10 to 30 minutes when you do get pulled out for 1 on 1). "MAYBE" once a month due to the shortage of psych staff and the "overload" of M.H. inmates. And then of course those with "NO" real M.H. issues who are simply using this place (SMU-1) and it's programming for "their" personal benefits! (cramer TV, radio, etc.)

✱ This lack of "time only leaves inmates with "real" issues hanging in their own imbalance with very little, if anything really resolved! Which only drives that inmate (mentally.) to that point of "what's the use". Maybe even thoughts/actions of suicide and/or ending up in the "watch-pod". All because one is "NOT" allowed the time & "needs" to talk!

(34) Things get forgotten - lack of communication between psych staff!

✱ Again, because most of the time you are seen by "different" psych staff and they get so busy seeing all the other M.H. inmates (even when they take notes,) things tend to get forgotten or "neglected"!

✱ ✱ There have been "MANY" times when "during" your meeting with psych staff, that they tell you they are going to do this or that for you, talk to this or that person for you, see about getting you moved to a different pod because of problems you're having in that pod with others, etc. And then either do "NOT" keep their word or they just "forget" to do what they say they'll do.

⚡ This creates that "lack of "trust" and "limits the use issues I mentioned before!

✱ There "NEEDS" to be "daily" meetings between psych staff, to discuss all the issues of all the inmates they seen that day. "Especially," since you are not "seen by the same psych every time. And the fact that means "if the psych you do see, really, knows "nothing" about you because they've either "NEVER" seen you before or only on a very "limited previous period.

✱ These meetings will help the new psych get a better understanding of an inmate from another psych who may have worked with that inmate on a much longer period of time!

✱ An "outside" psych Dr. (hired by "other than" D.o.c.) should be brought in to monitor these "psych" meetings they do have, just to see how "thorough" they are actually being!

(OVER) ↓

# Issues With SMU-1                    Section 1

**35.** Protecting Inmates Property when they are put in the "Watch Pool"

* There have been "A LOT" of inmates who have had some (even all) their personal property stolen (lost while they were put in the watch pool! (Including myself). Most of the items missing are radios, head phones, radio adaptors, fans, electric razors, hygiene, tennis shoes, and store items! Everything of any real value or use to another inmate or corrupt. C.O.!

* When an inmate is taken to the watch pool, his property is "suppose" to be packed up, inventoried, and "now" placed in what is called the "cage" (or outside of) its property room. But there are "many" times when that inmate's property is left in the cell (unseen for long periods of time (even days) before it is packed up. "Many" times it is not even inventoried! (Which was the case when "my" property was stolen when I was in the watch pool from 12-26-13 to 1-3-14)

* When an inmate is "released" from the watch pool and placed back into a regular cell, his property is "suppose" to be retrieved at the same time and given to that inmate when taking him to his new cell. This is "rarely" done! So that an inmate that just come "off" watch are placed in a cell but left with "nothing" to do to help keep their minds on track. Not even able to read a book in some cases as their glasses are in their property.

* Most of the time when an inmate is taken to watch, the c.o that packs up the inmates property, does "not" take the time to get the "plumbing claw" key from the sgt. to unplug that inmates extention cord and copy cable for his TV. Instead the c.o. will just leave those items and the next inmate that gets put in that cell now has those items as his property. So when the inmate gets "off" watch he has "no" means of power or cable for his TV, radio, fan, ac.

* This is flat out wrong! Needs to be addressed! Many inmates are "indigent" and cannot replace these items. And back to the watch pool thing. Because of the "laziness" of staff!

**36.** Lack of communication between prop. staff and "security" staff such as: Capt. Vologorac (Chief of Security) and Sgt. Zips (escort movement) as "NOT" all inmates can be housed with other inmates. "Because" of their issues (M.H.) their problems put them at great risk of assault by others and robbed of their property! These issues also follow them back to population!

Issues With SMU-1                    Section 1

(37) Lack of "Mental Health" training for staff.

* The fact that alot of staff are put here in SMU-1 as a "starting point" to their career with D.o.c. and only receive a real "basic" training as to how things are done here in SMU-1 by following another c.o. around who received the same basic training, leaves "ALOT" left out! Especially when they are trained by an "unprofessional" who don't really care about "nothing" except his paycheck!

* Remember, there are "no" cameras in here. So not only are many c.o.'s not trained to act and do things in a "professional" manner, most all of them have "NO" knowledge, experience, or training in dealing with inmates with M.H. issues, let alone those who are S.M.I.

* So there are "ALOT" of bad things said and done in here in regards to M.H. / S.M.I. inmates. Even things that put inmates at "serious" risk of harm due to some of these "NOT" so professional c.o.'s who put these inmates "on the spot" to other inmates! Such as telling other inmates. That this or that inmate is a "snitch" or a child molester, or stole someone's property, etc.

* * Cameras and voice monitors would help stop alot of this "unprofessional" behavior! With today's technology, there is NO reason why the "radios" "ALL" these c.o.'s carry cannot be monitored!

(38) Mental Health / S.A. issues "NEED" to be included on terms files. And to even take into account when "housing" these inmates with others, who they are "housed with" and below from time to time due to population!

(39) Inmate letters "NOT" being responded to. Part of that problem is the person / persons you send the letters to know there is no more copy looks to the inmate letters you send in. So you are neglected because you have no proof you even turned one in.

* This is especially "true" when sending inmate letters into S.S.U. (special security unit) or Capt. Velasquez (Chief of security), count movement, property, keefe store, pretty much "ALL" positions of rank.

(End 17 of 17 - Section - 1)

1 of
2 of 2

## Concerning Criteria of M.H. Programming     Section 2

In regards to the "criteria" of the M.H. programming here on SMU-1, it "NEEDS" to be looked at more closely. The reason for this is because there is "A LOT" of inmates who really have "no" M.H. issues that are simply using this program as an excuse to get the heavier TV's and radios, extra rec, etc.

✱ Inmates who come to SMU-1 with "NO" prior history of M.H. issues, "No" prior use of psyc meds in population, "No" prior history, of even talking to a psyc Dr., "all of a sudden", come to SMU-1 and get put on psyc meds for "NO" other reason than to take advantage of the benefits that come with participating in the M.H. program. "ALOT" of those "don't" even do the psyc meds that are prescribed to them! They just play the "game" to be part of the programming! Some just use the psyc meds to get high! They really "don't" need them! A waste of D.O.C. and taxpayer money!

✱ To classify as a M.H.-3 and "reap" "the benefits" of the program is as easy as just saying "I'm having a hard time and would like to be put on some psyc meds. Keep in mind "the no prior history of need for psyc meds", "in use or in population". Its just a game to those with "NO" M.H. issues.

✱ This sets the entire "purpose" behind the M.H. program up for failure. And mixing those with "no" real M.H. issues with those that do, only creates problems for those on "both" sides. Those that "don't" have any real M.H. issues "harass" and instigate problems for those that do. And when those that do have real M.H. issues get mad and start banging, yelling, and saying things in retaliation, then those that "don't" have real M.H. issues start making threats to those that do, of how their going to get smashed, etc. when they get back to population. Then those that do have issues (out of fear) start putting in paperwork to try to protect themselves, earning themselves a "snitch" jacket! Which follows them back to population!

E: ✡ Even Sh. Ferrero (psyc) who works here, and has known me since 2005, has told me that she is aware of the fact that there are "many" inmates with "NO" real M.H. issues who are just using this M.H. programming for the "benefits" (such as heavier TV's + radios)

✱ This "overload" of inmates with "NO" real M.H. or prior M.H. issues creates another problem. It overloads the psyc staff with "unnecessary" case loads. And takes up **(OVER)**
↓

programming space for those inmates who really "NEED" it as those who have "No" real M.H. issues only go to these "groups" to get out of their cells to bullshit with their buddies who are in other pods, "just one big "joke" to them. And this "overload" of inmates with "No" real M.H. issues and the lack of loaner TV's and radios presents the problem of those with "real" M.H. issues of not getting at "err radios.' Which defeats the point of "doing good" to reach the step 2 or 3 to qualify for those loaner TV's + radios.

✗ Someone from the "Parsons v. Ryan" suit/ representative should review the psyc. files of all inmates placed in the M.H. program here at SMU-1. Check for "prior history", "pre-exist of psyc meds "before "coming to SMU-1, "political status in population", etc. Those inmates with "No" prior history, of any of the above need to be looked at more closely.' And be kept separate from those with real M.H. issues both in here and housing in population.' "Especially" those who are S.M.I. for their own protection from self (suicide) and others!

✗ Another issue with "mixing" inmates with violent historys and/or inmates with "No" real M.H. issues with others that do here in SMU-1 is the fact that there is a perfect way for some inmates who don't care or have nothing left to lose, to assault, even kill another inmate who has psyc and/or security issues!

✗ There is "No" real security in those program classrooms. The seating is so close that it would be "easy" for assaults to occur. Your feet are cuffed to the desk, but your hands are free to reach out and punch someone! Leaving doors open for lawsuits!

✗ The fact that psyc and staff are aware that there are many inmates who are not of real M.H. status and many of them are "semi"-political in population, mixed in with those with "real M.H. issues and doing nothing is deplorable! Most inmates with real M.H. issues don't "go to the groups or outside rec for fear of assault from these other inmates.'

✗ This entire programming criteria and those that should "be allowed to participate "NEEDS" to be looked at closer.' Inmates who are S.M.I. and/or have concerns of security should be kept separate so they can take advantage of programming and outside rec without the fear of assault.

1 of 2

Watch Pod Issues in SMU-1                    Section 3

① Inmates who are put in the watch pod who get pepper sprayed "prior" to being placed in the watch pod are "NOT" given showers "prior" to being placed on watch to get the pepper spray off them!

② Inmates in the watch pod do "not" get the same calorie intake as the rest of SMU-1. They do not get milk or cereal or many other items. Many of the sandwiches have only 1 piece of meat or no meat and 1 piece of cheese! Just because these inmates get put on watch does not mean they are to get "less" than the "1500" calories per day! (Per "Federal law") But because there is no one monitoring this, this place is getting away with this.

③ Some "C.O.'s" will quickly sweep out the cells just "prior" to another inmate being put in that cell, but "usually" when one inmate is moved out of a cell, another inmate is moved in those cells "before" any C.O. or porter cleans out that cell!

✳ Inmates are left to walk around in cells that are "not" cleaned and mopped. Nor are any chemicals used, so that the bottoms of inmates feet are "literally" black with grime off the floor. Then when they lay down on the mattresses, that "floor" grime is transmitted to the mattresses. These mattresses "NEVER" get cleaned! This poses health issues for "every" inmate who uses those mattresses!

✳ The way to tell just how clean those cells are, is to simply step at each cell and look inside "the toilets and see how nasty they are! And take a look at the bottoms of inmates feet.

✳ There is no real harm in allowing inmates to wear their shower shoes in their cells!

④ Toilets are "rarely" cleaned "before" another inmate is moved into that cell!

⑤ The cells with "plexiglass" and are mainly used for inmates who spit or toss outside their cells pose health issues as the plexiglass is "bolted" on, so the "inside" of the plexiglass and the "outside" area of the cell fronts "NEVER" get cleaned. Whatever is thrown just accumulates in those areas which could put any inmate in those cells at risk of health issues!

(OVER) ↓

Watch Pod Issues                                    Section 3

(6) Because of the lack of M.H. training for the c/o's that work here, there are some c/o's who are "very" negative towards M.H. inmates. Even threaten and harrass them and put them "on the spot" to other inmates by letting other inmates know that certain inmates are child molestors, snitches. Even put one inmate on the spot because he was an ex-D.O.C. staff. Even gave that inmates name and number to other inmates! And threatened, harrassed and schemed that inmate on food out of his lunch sacks and gave the food to other inmates! I know all this, because I was there (Aug 19th 2014)

* * This entire "place" (S.M.U-1) "NEEDS" to have cameras and voice monitors installed, but "especially" in the watch pods! Watch pods are being turned into "gathering" spots for c/o's to bull crap!

(7) Some "staff posted on "continuous" watch status up and leave their post with another staff! to take their place! They simply get up and roll around to bull crap with the floor officers or another c/o posted on "continuous" watch! Some even leave the pod entirely for a period of time! Some even have their eyes shut (semi fall asleep on continuous watch) and just listen for the door to the pod to open as a "warning" signal! (Cameras will prove and eliminate most of this)

(8) Whenever there is some tour coming through (such as yourselves) the floor officer is given "heads-up" or a.s.a.p. it will show up to make sure everything is cleaned up "before" the tour comes through! (Cameras will prove this as well)

(9) Need to be (1) fulltime "outside" representative appointed by Parsons v. Ryan to monitor "every" aspect of these M.H. pods on a "daily" basis. At least "until" cameras and voice monitors can be installed. And even then this "recordings" need to be reviewed as often as possible!

* And until certain "professional" trained c/o's can be assigned to the watch pod!

(10) Stolen property, when an inmate is put on watch
                (See page 16 of Section 1) ($35)

1"of
3"

## Forced Housing Issues                           (Section 4)

① "Forced Housing" inmates with M.H. issues (especially here in SMU-1) in cells with other inmates is setting up the entire process of "helping" inmates with M.H. issues, up for failure! And has already "many times" resulted in these inmates being assaulted by their cellmate! And robbed of their property items! (Clothes, hygiene, etc.) Which only "mentally" pushes these inmates further into seclusion and other negative actions!

② "Forced Housing" of inmates who are S.M.I. back into population upon their release to a lower custody yard is NOT always the right thing to do. Some of us "cannot" function in population without problems of harassment, assault, extortion, etc. from other inmates! A lot of S.M.I. inmates are subjected to not so professional treatment by staff in population either! As well as here in max custody. And are way more likely to be put on disciplinary action due to their inability to function in population. A lot of S.M.I. inmates are labeled "snitches" and are targeted. Most c.o.'s are unaware of an inmate's M.H. status so that that inmate's M.H. status is NOT taken into account by staff (s) or inmates. This leaves those inmates (who "don't" really want any problems and are sincerely trying to do their time to the best of their ability) more "vulnerable" to disciplinary action which only adds to their problems by losing good time, etc. Which keeps that inmate in prison longer. Way past their point of successful attempts. At least to me!

✳ So people who are the S.M.I. who are "repeatedly" shown they cannot function in population should (1) have it to be taken into account as to (2) that inmate is better off kept in a cell to himself in some places like SMU-1. Especially if that inmate shows a pattern of "functioning" better when he is kept to himself!

✳ Another option is to "realign" the housing in all yards in population. So that all S.M.I. inmates are placed in "one" building instead of being "scattered" and could be kept "separate" from the rest of population. Separate rec. Separate chow! This would help "protect" them from assaults, extortion, rape. In turn "reduces" problems on the yards for all inmates! And staff would be more aware of who is S.M.I. and deal with things on a different level! Plus they (staff) (once receive some training to deal with M.H. inmates) would be "less" likely to take disciplinary action or at least take their M.H. status into account! (Under federal law). Which would "help" S.M.I. inmates from losing so much good time and ultimately allows them back into society quicker!                                   (OVER) ↓

2 of 3

## Forced Housing Issues                    (Section 4 cont.)

From a "personal" perspective I feel I "NEED" to speak more on "Forced" Housing.

On January 29th, 2011, D.O.C. "over rode" my custody level status (which was and still is) a 5-4, and sent me back to population on Rynning yard! (level 4 custody). Yet I was sent there as is what they call "a walk in - 5". But because I am SMI and because of being in SMU-1 since July 8th, 2011 and having to deal with comments and threats on my life (on a "daily" bases) and being "tossed on" from inmates that have problems with me, and unprofessional staff harassing me for 2½ to 3 years I've been in here, I only lasted until March 3rd back in population! There was (and still is) just "NO" way I will be able to deal with living back in population "mentally" without me getting assaulted by others! Or simply feeling the stress and pressures of my SMI issues (P.T.S.D./Agoraphobia) and end up making another suicidal attempt!

I attempted another (5) suicide attempt here in SMU-1! 'cause I was trying to cut my own throat! It would be much easier in population with access to razor blades! When I feel threatened or backed into a corner, without a second thought I tend to act out in an instant!" I've also O.D.'ed (3) times in here on pain pills! Did once on Winchester yard in 2009 & 2010! I just "don't" function well in population or when threatened and under pressure!

I've had numerous disciplinary actions against me, even though I'm "NOT" trying to create myself anymore problems! I've had "ALot" of problems housed up with other inmates in population! I rarely went to chow or rec! Even tried to climb a fence just to try to get off the yard (Meadows Unit / a level 3 yard) in 2006 when staff "drew" me onto the yard in a van just coming off suicide watch and tried to "force" house me into population.

It is "BECAUSE" of my SMI issues that I keep having problems no matter where I am in population because I just "do not" function "mentally", to adapt to being around so many people! And it's like being put in a trap! because D.O.C. just don't care about the M.H. status of inmates! And don't take into account the M.H. status of inmates when dealing with disciplinary action! As a result, I've lost alot of good time! And the parole board only looks at the inmate disciplinary status! They also don't give a crap or take into account the M.H. status of inmates! Part of the reason for over-crowding in prisons! So I feel trapped with the sense that the only way I see me getting out of prison is by getting killed or taking my own life!

3/ of 3/

# Forced Housing Issues Continued          (Section 4)

* I know (without a shadow of doubt) that someone like me is way less of a risk "once released" because taking into account the fact that I am willing to take my own life just to get out of prison, should show everyone "that I would do 'everything' I "need" to do to stay "out" of prison!

* It seems to me the parole board and D.O.C. staff would take into account an inmate's M.H. status and why that inmate keeps getting disciplinary action!

③ Also in regards to inmates being "forced" housed with other inmates here in SMU-1 is that when an inmate gets beat up by his cellie, that inmate is taken to medical for a check up! But that inmates cellie is left in the cell to go through the inmates property, that was just beat up and he steals "whatever" he wants. Even breaks other things out of spite such as TV etc. "knowing" that because there was just a fight, the other inmate that just got beat up will "NOT" be coming back to that cell.

* So not only does an inmate have to deal with personal injury, he also loses "ALOT" of his personal property! And many times that property can't be replaced and D.O.C. won't do anything as far as "reimbursing" that inmate for broken or stolen items (in this case) because there is no way you can prove to them that you didn't break your own property and are trying to scam D.O.C.

* This also creates "alot" of stress and problems on those with M.H. issues! Especially SMU inmates who "NEED" ways (such as their TV's and radios) to "somewhat" maintain "mentally"!

* There is a "major" problem here (SMU-1) as well as population! And "NEEDS" to be addressed! Changes "NEED" to be made in how staff deals with this issue! Such as when a fight occurs or an inmate goes to the watch pod for "ANY" reason that (1) inmate leaves his cell and is "NOT" going back to that cell, then the other inmate "needs" to be pulled out at the same time and placed in a "holding cell" until staff can go into that cell and "rolls up" all the property that belongs to the inmate who will "NOT" be coming back to that cell "before" it gets broke or stolen. And/or D.O.C. should be held accountable for "full" replacement of all missing or broke. And "NOT" at a depreciated value as they (D.O.C.) are ultimately "responsible" by allowing another inmates property to be stolen or broke because they (staff) neglect to do their job in a "professional" manner!

* These same problems occur on "CDU-units" on every yard!!!