ADAN J. ORDUNO, ADC# 173210
A.S.P.C-E- SMU 1.
P.O. Box 4000
Florence, AZ 85132

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 2 7 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Victor Parsons et Al.,            Case No. 12-CV-00601-PHX-DKD
          Plaintiff(s)

                          NOTICE OF ELECTRONIC FILING
VS.                        (NEF)

CHARLES, L. RYAN et, AL.,
          Defendant(s)

   PLAINTIFF, ADAN ORDUNO. J, Hereby gives Notice of
ELECTRONIC FILING (NEF)
   The Number of pages total the amount of 22 pages.
RESPECTEFULLY SUBMITTED this 21st day of January, 2015

                    by _____
                        Adan Orduno J
                        IN Pro se.

Certificate of Service

Original of the foregoing sent this
21st day of January, 2015
TO:

HONORABLE DIANE J. HUMETEWA
UNITED STATE DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, suite 130
401 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118

   (CC: (all counsel)

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICE
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE_____
(Rule Number/Section)
Gen Order 14-17, Civ LR 5.4

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Request / Authorization for Electronic Filing**

Please PRINT information in all areas clearly.
Use a PEN and PRESS FIRMLY.

| Inmate Name (Last, First M.I.) | | ADC Number |
|---|---|---|
| Orduno Adan | | 173210 |

| Institution/Unit | Housing Location | Date |
|---|---|---|
| ASPC-E-SMU 1 | 2D39 | 1-21-15 |

List each document separately.

| No. | Document Name | Number of Pages |
|---|---|---|
| 1 | Objections in the RE: Victor | |
| 2 | Parsons V. Ryan | |
| 3 | Case NO. 12-CV-00601-PHX-OKD | |
| 4 | attached Exhibits | |
| 5 | HNRS and Exhibits | |
| 6 | Objection to settlement | 12 |
| 7 | | |
| 8 | | |
| 9 | | |

*To be completed by the inmate*

# E-FILE

**Designated Staff**

| Designated Staff Name (Last, First M.I.) | Designated Staff Signature | Date Received | Date Forwarded | Time Forwarded |
|---|---|---|---|---|
| V. Ruboyianes, Librarian | | | | |

Under **District Court General Order 13-11 and Director's Instruction #313** you are required to participate in the Prisoner Electronic Filing Program. In order to avoid delays in the processing of your documents, please follow the below guidelines:

1. Only documents intended for filing in your U.S. District Court case should be submitted to the librarian for scanning.
2. Documents intended for courts other than the U.S. District Court must not be submitted to the librarian for scanning. These documents must be mailed to the appropriate court.
3. Correspondence should be mailed directly to the court.
4. **YOU MUST INCLUDE** your complete case number on your documents in the following format: **CV-13-0000-PHX or CV-13-0000-TUC**
5. **DOCUMENTS MUST BE DARK ENOUGH** to be legible after the scanning process. If possible, use a dark ink pen. If an ink pen is not available, write as dark as possible with a pencil. Darken all areas of carbon copy forms that may not be legible. **You must advise librarian if the document is duplexed (two-sided).**
6. If you are submitting multiple documents, they must be given to the librarian as separate documents.
7. **EACH PAGE OF EVERY DOCUMENT** must be clearly numbered in the order you wish to have them scanned. Begin page numbers anew with each separate document.
8. The notice of electronic filing (NEF) will include the number of pages filed.
9. Do not submit two-sided documents.
10. Do not submit copies of case law or prison policies. The court has access to them so you only need to cite them.

ADAN J. ORDUNO ADC #173210
ASPC-Eyman-SMU.1
P.O. BOX 4000
FLORENCE, AZ, 85132

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

VICTOR PARSONS et. AL.,
      Plaintiff(s),

vs.

CHARLES L. RYAN et. AL.,
      Defendant(s).

)
) CASE NO. 12-CV-00601 PHX-DKD
)
)
)  OBJECTIONS TO PROPOSED
)      SETTLEMENT
)  PURSUANT TO
) FED. R. CIV. P, RULE 23(e)
)
)
)

COMES NOW PLAINTIFF, ORDUNO, ADAN #173210

BEFORE THIS COURT is HEREBY OBJECTING TO DEFENDANT

RYAN's PROPOSED SETTLEMENT "STIPULATION."

THE ARIZONA DEPARTMENT OF CORRECTIONS

CONTENUESLY Fail's to PERUIDE Adequate MEDICAL CARE,

CORIZON MEDICAL Personnel Contenue's to show deliberate

indifference to inmate's, Plaintiff Orduno's MEDICAL Needs, And

deliberately FAIL'S TO TREAT, Plaitiff ORDUNO'S, SERIOUS

MEDICAL NEEDS, "MRSA".—

FURTHER, A.D.C, CONTENUES TO HOUSE INMATES, IN FILTHY

AND UNSANITARY LIVING CONDITIONS. Including ROACH

INFESTATIONS, SPIDERS THAT INVADE INMATE'S CELLS.

ADC FURTHER FAILS TO PERUIDE Adequate Cleaning

supplies, and unsanitary cells, Pods, (day room), shower's,

rec pins, ect.

1.

Plaintiff Orduno, respectfully request that this HONORABLE COURT ORDER ADC and Corizon, To Transport inmate Orduno # 173210 to the Hospital, Emergency room, For surgery, and to see a Toxicologist specialist, and Orthopedics surgeon to prevent the spreding of the MRSA and to prevent from having to a MRSA out break and prevent from having to Cut Orduno's left leg off, cause of ADC, Corizon Medical Personnel deliberate indiffence to his serioul medical needs and failure to pervide adequate medical care. And A.D.C unsanitary living Conditiuns herein the SMU 1-Detention. And ADC. Failure to pervide adequate cleaning supplies.

Further more, Plaintiff Orduno, respectfully request any other relief that this Honorable Court deems appropriate and necessary

This OBJECTION is supported by the following Memorandum of Material facts and POINTS OF AUTHORITIES, and for the reasons contained herein.

RESPECTFULLY SUBMITTED this 21st day of January, 2015

By _____

Adan Orduno. J.
Proceeding in Pro se

*
ALL EXHIBITS ATTACHED HEREIN AS Exhibt."(1", 2", 2-A", 3").

2.

## MEMORANDUM OF POINTS OF AUTHORITIES

### 1. BACKGROUND.

Plaintiff Orduno, arrived at SMU1 - Detention 2D39 on or about september 25th, 2014 at approximitly 10:30 Pm, of C.O. walked me to cell 2D39, the C.O. had the cell opened, before I was placed in the cell, there was another inmates clothing bedding, and writing materials in 2D39, C.O. John Doe Grabed only the Clothing, bedding and writing materials, not the trash and did not inspect the cell nor did this C.O. John Doe Clean Cell 2D39.

Then in the month of October Inmate Orduno Notified Co1V and ADW via inmate letter that there was shit mixed with water sprayed on the ground and on the wall which is still on the wall and stained there to this very day.

The house keeping, sanitation crew that comes in to clean the pod, comes once every other week, and just spread the contaminated area's all around the pod and leaves the pod with water mixed with dirt everywhere along the ground. Not properly cleaning the pod.

Then, one day I had to walk to and from the shower and step throw urine that was on the ground path leading across the pod.

The roach infestation in SMU1 is uncontrolable, the so called exsterminator's come throw at least twice a month but the roaches keep coming back, they live under ground in the facilities pipe System.

3.

on 12-02-14, Orduno, wrote directly to Director's office, informing
him of the roach infestation the bite marks I've gotten from
spider's, ect. see partial Copy of letter sent to Director on 12-02-14
attached hereto as Exhibit "1").

ORDUNO, Adan J   on or about the 13th day of January
2015 got MRSA on his left leg due to the unsanitary
pod, recpin, shower, and inadequate cleaning supplies,
lack of management and prison officials' refusal to address
unsanitary living conditions here in SMU1.

on 03/14/2015, Orduno showed C.O. Jackson, morning ofc. who then
went down to medical and informed them that I had a possible
spider bite, and that I was in extreme pain.

Orduno was seen on 03/14/15 by LP, Nurse OLSON,
O-L-S-O-N, informed me it was a spider bite, Orduno requested
clean wash rag and informed Nurse OLSON that he was in
pain, whereby nurse OLSON said she couldn't give Orduno
any clean wash clothes because she didn't have none,
then Nurse OLSON; gave me a half antibotic, she did not
mark area with a marker when it was a nickle size.

see Copies of HNR[3] Re: 1st time at medical and the inadequate
medical care, attached hereto as, Exhibit "2", "2-A").

Additionally, Nurse OLSON informed me that she could not full fill
my request for "Hot packs" because (corizon) medical does have
none or keep any supplies of them. Therefore I would not be
pervided with none, and Orduno was told by Nurse OLSON

4.

to use a clean wash rag, Orduno, informed her that in A.D.C. SMU 1 C.O.'s only pervide 1 wash cloth rag, to each inmate, whereby nurse OLSON just smiled as in it was taken as a joke to hearing this comment.

Then on or about the 16th day of January, 2015. Nurse Winchester informed me, Orduno. That it was only a spider bite, but on or about January 17th on the Last nurse med pass I, orduno requested medical attention from nurse B. Lawson, I, Orduno, showed her how serious my medical condition has gotten and was now five (5) times bigger, at approximatly 9:20 pm, I, orduno, was taken to medical-Health Unit, 2nd visit, whereby an unknown night nurse asked me if I knew what it was, I, orduno, informed her that a nurse informed me that it was a spider bite, this unknown Nurse informed me that the test results, tested positive For MRSA. she also told me, Orduno, that she wasn't suppose to tell me this, whereby I, Orduno, became depressed and upset. she called the Doctor on the phone, came back and informed me that the DR. ordered a seperate stronger Antibiotic that I, Orduno, still have not recieved.

Further, on or about the 19th day of January, 2015. Orduno informed Nurse Davis that he was in pain, Nurse Davis, gave me, orduno, a side ways look, stating that she had no idea or know of my, Orduno's, medical situation. but would look into it. Nurse Davis, came back for her 2nd med pass at 5:08 pm and informed me, Orduno, that the Antibiotic perscription still was not in stock in the unit. But that me and another inmate were waiting for it.

At 12:40 a.m. I, Orduno, informed the grave yard pod C.O. that I needed HNR's and the unknown C.O. informed me, Orduno

5.

that there were not any of them on the whole unit (smu 1),
I informed me that I needed medical attention cause I couldn't
sleep due to the severe pain and swelling in my left leg,
the C.O., Laugh at me and said the medical here sucks, your
better off waiting until the morning shift nurse comes in
to get medical attention. Then on   01/20/15
at approximately 4:33 Am I, Orduno, awake from my
sleep, to pain throw out my body, the inside of my body
felt like it was itching it's way out of my skin, my entire body
felt itchy aswell, I felt cold and could not stop from
Coughing but when I touched my skin, it felt really Hot,
 I, Orduno, informed nurse Davis on 1-20-15, during
her 1st med pass, informed her of all my        . symptom's
nurse Davis looked at me like "who care's", which shows how
negligent these nurses practices are, and her deliberate
indifference to my, Orduno's, serious medical needs.
And A.O.C,   Corizon's failure to pervide adequate
medical care,
Then on 01/20/15, I, Orduno, informed nurse Davis, that
I was still in pain and that the MRSA on my left leg has
gotten bigger, this was at 4:11 Pm, whereby she told
me that the Antibiotic will be in tomorrow 01/21/15
one of the major effects of this MRSA is I am Depressed
now, I am exstremely active throw out my day, now
I don't have the energy to work out like I usually
am able to do 6 days a week.

6

I, Orduna have a difficulty falling, reaching deep sleep, am constanly bothered from the swelling and pain which wakes me instantly if any part of the bed touches it.

II.   LAW AND ARGUMENT
ADC. AND CORIZON's, Failure to provide adequate medical care and deliberate indifference to Orduna's serious illness or injury constitutes cruel and unusual punishment in violation of Eighth Amendment
Estelle V. Gamble, 429 U.S. 97 J.Ct. 285, U.S. 1976
CORIZON's medical personnel, deliberate indifference to Orduna's serious medical needs in violation of the Eighth Amendment and Fourteenth Amendment
BROWN V. JOHNSON, 387 F.3d 1344, (C.A. 11 Cir. 2004)
ADC AND CORIZON's, deliberate indifference to Orduna's medical needs in violation of his rights under the Eighth Amendment,
see SNOW V. McDaniel, 681 F.3d 978 (C.A. 9th Cir 2012)
Furthermore, Adan Orduno J. AOC # 173210, is a healthy living inmate, see Hep A, B, C, negative results. see Copy of results, RE: Orduno's healthy life style being incarcerated over 3 years now. attached hereto as, Exhibit '3''.
It is Plaintiff Orduno's, belief that Orduno will be best treated in a hospital EMERGENCY, having specialist and Toxicoloigist specialist, and Orthopedics surgeon, can objectively treat Orduno Adan J.

7.

Thus seeks relief from this Honorable Court.

### III.   CONCLUSION

Thus, for the reasons contained herein, Plaintiff Orduno, respectfully request that this Honorable Court grant the relief requested herein.

RESPECTFULLY SUBMITTED this 21st day of January 2015

By _____

Adan Orduno J. #173210
A.S. P.c - Eyman - Smu 1 - 2039
P.O. BOX 4000
Florence, Az 85132

Certificate of service

Original of the foregoing
E-Filed
This 21st day of January, 2015
TO:
 Honorable Diane J. Humetewa
U.S. DISTRICT COURT
FOR THE DISTRICT OF ARIZONA, suite 130
 401 W. Washington st., SP1
Phx, AZ 85003-2118

Copies of the foregoing E-Filed
This 21st day of January, 2015.
TO
 CC: (all counsel)
 And "(The Parties Respectible)

8.

Exhibit "1"

Exhibit
"1"

then being in a COU in a SMU where I'm not allowed to order winter clothing, or sweat's, or gym shorts or long sleeve shirts, is cruel, I have a documented medical condition where I have to stay warm.

This place is one big law suit and I have the case laws to prove it, The roach infestation the bite marks I've gotten from spiders, sinnapeds, and the Roaches bite here as well, the psychologic effects of having the lights off all night & pitch dark with insects crawling aroung the floor and my body is emotional and mental anguish,

Smith V. Ozmint, No: 0:07-3644-Pmd-BM, 2008 U.S. Dist Lexis 33608 at 10-12. (D.S.C Apr. 23rd 2008

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Exhibit

Date: _____
Time: _____
Initials: _____    JAN14 8:00AM

| SECTION/SECCION I | | | |
|---|---|---|---|
| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* Diduno Adan | ADC Number/Número de ADC 173210 | | Date/Fecha 1-14-15 |
| Cell/Bed Number/Celda/Número de Cama 2D39 | Unit/Unidad SMU 1 | P.O. Box/Apartado Postal 4000 | Institution/Facility/Instalación: ASPC Eyman |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**SECTION/SECCION II**

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*   ☐ Medical/Médica   ☐ Dental   ☐ FHA
☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I belive I was bitten and my leg hurts and is swelling up. And it hurts when I walk.
behind my left leg

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [*Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.*]

Inmate's Signature/Firma del prisionero
Adan Odu

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☑ Medical/Médica   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA
☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other/Otros *(specify)* *(especifique)* _____
Comments/Comentarios

Refer to NL

| Staff Signature Stamp/Firma del empleado BRawson, RN | Date/Fecha 1/14/15 | Time/Hora 1049 |
|---|---|---|

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

Seen on NL 1

| Signature Stamp/Firma del empleado BRawson RN | Date/Fecha 1/14/15 | Time/Hora 1248 |
|---|---|---|

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

*(handwritten vertical note in right margin:)* Officer Jackson took this to medical otherwise they would not see me unless I filled this out

## ARIZONA DEPARTMENT OF CORRECTIONS

### Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

JAN 16 11:43AM

1-14-15

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Orduno Adan | 173210 | 1-14-15 |

| Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2 D39 | SMU 1 | 4000 | EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podria retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I need hot packs for the staff infection
on my back leg. cause I dont have hot water
or clean wash rays to put on my leg.
I need clean towels to shower with and
clean Blankets cause I have staf infection.
The Nurse forgot to issue me hot packs for my leg

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

Inmate's Signature/Firma del prisionero _____ I was at medical today

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios medical does not have hot packs or access to
laundry. I'm was advised to continue using warm compress that
he stated he was using prior to visit.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Blawson, RN | 1/15/15 | 1442 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION ← It is important to note that
* The under line area is false, I never said this, which shows deliberate
indifference towards me, Orduno

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

*(right margin, handwritten vertical text)* I requested all this again when I got back from medical cause I needed documentation

*(top margin handwritten)* 1-14-15

*Exhibit 3*



### Correctional Health Services
### Health Needs Request (HNR)
### (Solicitud de Salud)

Date/Time Stamp when received in clinic

| Name (Nombre) | Booking # (Numero de Fichado) | Date of Birth (Fecha de Nacimiento) |
|---|---|---|
| Orduno Adan | P920608 | |
| **Jail (Carcel)** | **House (Casa)** | **Cell (Celda)** |
| 4th Ave | SMU | 1/16 |

Check one box only. Submit separate request for different departments.
(Marcar un cuadro solamente. Presentar una hoja separada para cada departamento.)

☒ Medical (Medico)   ☐ Dental (Dentista)   ☐ Mental Health Services (Servicios de Salud Mental)

**EXPLAIN YOUR REQUEST**: Be specific. What problems are you having?
**EXPLIQUE SU SOLICITUD**: Describa sus síntomas y problemas específicamente.

I talk to the provider
He told me he would send me my blood test
results soon as a HNR as requested. So I'm going send CHS a HNR every day
cause I see how nurse CH 718 keeps sending me the
wrong response which I see it being done on purpose
because this is the fourth time this nurse has done this

I understand that, per ARS 31-161, I may be charged a $10.00 Health Services Fee for the visit that I am requesting as per inmate handbook.
[Entiendo que de acuerdo con ARS 31-161, me podrían cobrar $10.00 por la visita de Servicio Medico que estoy solicitando de acuerdo con el libro de reclusos)

Patient Signature (Firma del Paciente)   Date (Fecha)
**Do Not fill out below this line (No Llenar abajo de esta linea)**

**TRIAGE:   Triage location:** _____

Sent to: ☒ Medical (Medico)  ☐ Mental Health (Salud Mental)  ☐ Dental (Dentista)
☐ Med Renew / Refill (Renovación/Reponer Medicamento) ☐ Other/Otro _____

You refused your provider visit for the
results.                         **HNR to provider for Review**

CH718                     6/26/14   1318

Staff Signature (Firma del Personal)   Date (Fecha)   Time (Hora)

**RESPONSE (RESPUESTA):**          MH code ☐ 1 ☐ 2 ☐ 3 ☐ 4;   MH Face to Face ☐ Y ☐ N
☐ Medical (Medico)   ☐ Mental Health (Salud Mental)   ☐ Dental (Dentista)
☐ Med Renew / Refill (Renovación/Reponer Medicamento) ☐ Other/Otro _____

Hep A, B, C negative. HIV and RPR not available. Will re-draw
these labs.

#S115              6/27/14   0817        370837

Staff Signature (Firma del Personal)   Date (Fecha)   Time (Hora)

Triplicate:  White - Medical Records (Blanco – Archivo)
Yellow - Response to Patient  (Amarillo – Respuesta para el Paciente)
Pink - Patient Copy (Rosa - Copia del Paciente)                    2600-029 R04-11