```
 1  John P. Baker, #46157
 2  Arizona State Prison
    Lewis / Bachman
 3  P.O. Box 3500
    Buckeye, AZ 85326
 4
 5
 6       IN THE UNITED STATES DISTRICT COURT
 7          FOR THE DISTRICT OF ARIZONA
 8
 9  Parsons,            Case: CV-12-00601-PHX-DKD
10     Plaintiff,
11       vs.            NOTICE TO COURT
12  Ryan,
13     Defendant
14
15     Comes now an affected A.D.O.C. inmate,
16  who files this Notice to the Court:
17
18     1) As an affected inmate, we were told if
19  there are problems with the tentative
20  settlement, we were to contact this
21  Court.
22
23     2) In my view, there are many problems,
24  the MAIN one is the delay to see a doctor.
25  I have been waiting since mid October, 2014
26  to see one.
27
28              -1-
```

3) Other problems include NOT being able to receive proper medication that has been prescribed in the past and it worked.

4) Outside medical evaluations and treatment is another problem - it either is DENIED or by the time it is approved, the issue has past, in many cases.

5) The ONLY winners in this case are the attorneys getting $4,900,000.00 !

6) Inmates are still suffering.

Respectfully submitted this ___ day of ___, 2015.

_____
John P. Baker,
An affected inmate

-2-