CV-12-00601-PHX-DKD

1-22-15

Your honor

My Name is Robin Fathr my DOB is 12-26-60. My DOC # is 133059. I have Been at DOC since Nov 28, 2012. Since my Inncarceation I've Been Chronic Care for my Crohn's Disease. It is a Chronic care Disease on the ACLU stipulations sign oct 2014 for the lawsuit. We have a Nurse "Lupo" who is suppose to Be a RN And all-so the head of Nurse in the Santa Cruz unit her at perryville prison. This Nurse has over Rode a Dr Villarez told her Not to give me my medications And she has pulled my Cronos I've have for my Disease due to fact that everything I eat goes straight-threw me if no cut one end Both Ends at a time. And Due to my Back I have herniated Disk #5 L#6 on my Left side. I fell in 12-6-14 and know I can feel my Nerve on my Right Leg so from my Back Down my Leg to my toes when I move my toes or feet I jump in pain from my Back with the same Nerve. I've put in HNR'S (44) in all informall grevinace then to formall grevinces. its Been 2 months I still have not Been seen. Lupo has pulled my Crono As follows. Now I get not

2

out around IN the Prison to get to medical appt. No to get my medication And I AM SMI And have Been for more than 28 yrts threw S.S. Disability. This Nurse Lupo is Not Seeing people who She Schedules them at Last minunt then Says she'll Reschedule But she never does, the She Makes Everyone Start a New HNR so she can't get in trouble I have 49 HNRS since 12-6-14 to current on all Some issues for my Crohn's Disease it's a autoImmue Disease And I haunt had any medical treatment Since 11-36-2014 Im very Sick cant Barley Breath I need my Steriods to clean my Lungs up and to Boost my Immune system. Nurse Lupo over Rode Dr Villarez told her Not to fill my medications, and not to give me my Crono as follows for my Diseas and Ive had her threw my current incarceation for years untill she got here. When I went to COIII O'Connll to start my Informall greiunces then Lupo Lied still not Seen me they went to formall grevences I need Send them and a Letter to Alexandra Meeth a letter and Griumaces

Wheel Chair to all points, No Reaching, NO Standing, no grabing, NO Stairs, Close to Showers, Close to Bath rooms, LAY INN Confinment to my cell, medical Ice Xra Tp a week. She has told the PA Dr Vallanez not to give me my meds, cronos, and refuses me treatment Due to me greiving her. She has Singled me out & herassed me to the Point of not wanting to go to medical or a the unit at all. She told me If I keep greiving her I'll Never get treatment as long as she's her, and she'll see to me not getting my cronos, " which she's All Ready Done." Nurse Lupo is only A RN how can she tell a Dr Not to Prescribe medication that was giving to me By a Real Dr

Rears MD. Im 54 yrs old and is BaD health and Cant walk due to my Back, pinch nerves, Legs, Knees I have to know cause a Inmate medical emergency now to go any where I've Falling so many times I'm afraid a Breaking a hip. Now I'm affaird of

4

Losing my Mental health as I can Not take the pain nor more with my Body. My Nerves is causing me to Double over in pain with my Crohns Disease now. We Cruz Unit Need Real Dr's Not PA they have NO experience with my Disease at all Dr Vallarez has all ready said that to me. Nurse Lupo if she had any Ideal of what Crohns Disease is or whats Needed and she cared As a Nurse is Suppose to she wouldnt make stupiD comments and she wouldnt Be pulling all my Cronols But she is singling me out and herassing me the AoIII Oconnell said. Nurse Lupo has Changed the Cryterra of the CHRonic Care List witch Now she says Crohns Is Not CHRonic Care. But I have the Copy of the CHRonic Care List From the New Signed Stipulations in 2014 and CRohn's Disease is on it. Please help me I'M indgent have No Money and Need to get to ACLU

5

People sent to AZ prision Tefrom

I Need a Attorney Desprantly.

Im writting you in Hopes you'll help me please get a attoney.

Im SMI And Hts all this shit with Nurse Lupo herass Ine And no medical attension Im afaird Im going to Die her soon As my Immune System and

My Respirtal System is LaBored, Ive Been Coughing up green crap for over 2+ months Now

Nurse Lupo According to COIII Connoll has changed the ACLU LawSuit List from 17 CHronic Illnessess to her

7 CHronic Illnessess And has Now Succesfully Singled me out of CHRONI Care and my Chance to Save my Life to go home under the CHronic Care Suit

Will you Please your honor help

Me I'm at the point to just not get medical treatment Due to Nurse Lupos harassment and takeing me off the CHRonic Care List

What Should I die Please help me get a Lawyer to help me and A Advicate from ACLU Law Suit, This Woman Lupos Need to Be Stopped Befor She Kills Me and other inmates. Corizen Health Care Adm. has only Non Doctors only PA Not a reall Dr MD Please

Will you help me at At my Last witts I'll Lose my Im Now due to all troble Im losing my mental health.

help me Please I Beg of you. I have No one on outs, I Lost my Boy's over seas in IRack So I'm By my self, Ruben Fahr
thank you
Ruben Fahr #133057
ASPC Perryville Cruz Unit 14 B 1234
PO BOX 3200 Goodyear AZ 85395

Please Notify me
So I know you got
my stuff.

Your Honor

The most important thing is that Corizen Health Adm. And there medical staff Employee's And DCC Employee's Don't Think they have to ABID By the stipulations and rules of the Stipulation. Since there CHRonic Care List is totally Different then the one Attached to the stipulation Signed in 2014 None of them are what your Court Order is And think they dont have to due what you

Say:: Can you Please have a Individual Person Court ordered By you for US Inmates to have Some one So through the Computer and pull the CHRonic care People out By Disease that is Attached to the Stipulation Signed By you please And the ACLU.

So US Individuals who have Been following the DOC grievence policy wont Be Left out. And I can tell you due to me grevving Nurse Lupo I've Lost everything And not getting any medical treatment. I'm 54 yrs with NO discipline tickets at all I'm A LayInn Confinder to my Cell and have done 3½ yrs Please help me Sir

Thank you.

Also your honor Christine just went home after 10 years here as CHRonic care for her Crohn's Disease And she's had the same cronos as I've had for 10 years.

Thank you
Robert John
133059

Your honor things here have gotten worse at croz unit since Nurse Lupe got here Dr Vallarez.

Please you can use my file, medical Records whatever is need to stop this going on here. they have violated my hepo Law all the way to Supprem Court And she Dose Not care. please have the Attorney for the plaintiffs Contact me ASAP Please. I have a perfect Disciplinary Record now 3- for Last 3yrs But it wont Last W/ Lupe Herassment

