Robert Uriarte 184955 / Joseph Rodriguez 275823
Arizona State Prison-Eyman
P.O. Box 3400; Browning Unit
Florence, Arizona 85132

```
FILED ____    ____ LODGED
RECEIVED ____ ____ COPY

    JAN 28 2015

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY _____ DEPUTY
```

## In The United States District Court
## For The District Of Arizona

| | |
|---|---|
| Parsons, et al, <br> Plaintiff <br> V. <br> Ryan, et al, <br> Defendant <br> V. <br> (Robert Uriarte) <br> Joseph Rodriguez <br> Class Member | CV 12-00601-PHX-DKD <br><br> Opinion On The Fairness <br> Of Proposed Settlement |

Robert Uriarte 184955 / Joseph Rodriguez 275823
Comes now, (Your Name), as a member of the entitled class action complaint pursuant to Federal Rules of Civil Procedure Rule 23(d)(iii).

## I. Statement Of Facts:

Parsons V. Ryan is a class action lawsuit that was filed in Federal Court in 2012 claiming that the medical, mental health and dental care in ADC's state-run prisons and the conditions in the maximum security units are unconstitutional.

## II. Stipulations:

(1)

1. One of the stipulations of the Parsons V. Ryan settlement is "[M]eals with the same calories and nutritional value as those in general population".
2. On January 16, 2015 the maximum custody menu was modified in response to the above settlement agreement.

### III. Opinion Of Fairness:

1. The "change" in the Browning Unit menu has mainly consisted of more cookies (with sugar-laden icing) or more pieces of cake.
2. The caloric deficit that existed between maximum custody and general population before Parsons V. Ryan is being bridged with non-nutritional snacks and desserts.

### IV. Conclusion

As a Plaintiff in the above-mentioned class action, it is imperative that the Court be made aware of the Plaintiffs opinion as to the unfair actions on behalf of Arizona State Prison - Eyman; Browning Unit. The alternative to more snacks could be larger portion sizes of the main course, more vegetables, or healthy additions of equal caloric



Value to meet the general population meal numbers.

I declare under penalty of perjury that the foregoing is true and correct on January 24, 2015.

(Your Signature)
Robert Uriarte, Joseph Rodriguez
(Your Name)
Robert Uriarte, Joseph Rodriguez Plaintiff