1-25-15

Lawyers of Parsons v Ryan, CD12 12-00601-phx-DKD

I am writing in concern of our breakfast we are supposed to be recieving as part of your lawsuit you won for us. We recieved a memo stating as of 1-16-15 we were supposed to start getting hot breakfast trays due to the lawsuit. We are not recieving our hot breakfast trays and we asked our C.O. III, C.O. IV, A.D.W. and get no responses. All we are being told is we are not going to get hot trays all they are gonna do is add a little bit to our mega sack-lunches. Part of that lawsuit is to give us hot breakfast trays so I'm writing to let you guys know what's going on over here. Could you look into this situation for us, and get back to me. Thank you for your time. a concerned inmate

Respectfully,

John R Jarrott Jr.

John Jarrott
#267139.

INMATE (MAIL): [signature]
INMATE: [name]
ADC#: [number]
ARIZONA STATE PRISON COMPLEX: Eyman
UNIT: [illegible] p.o. box 4000
CITY: Florence    AZ 85132

PHOENIX AZ 850
26 JAN 2015 PM 6 L

Clerk of Court United States
District Court of AZ
401 West Washington St Suite #130
SPC 1
Phoenix, AZ 85003-2118

RECEIVED
JAN 28 2015
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
85003213059

ARIZONA DEPARTMENT OF CORRECTIONS
LEGAL MAIL