Brian S. Hunter # 147483
ASPC- Florence, central unit.
PO. Box 8200
Florence, Az. 85132

Parsons V. Ryan, CV12-00601-PHX-DKD

FILED    LODGED
RECEIVED    COPY

JAN 28 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY    DEPUTY

Date: January 23, 2015

        To whom this correspondance may concern;
Hello my name is Brian Shalom Hunter and I am currently
an inmate confined to ASPC- Florence, central unit.
I've followed very carefully the lawsuit filed on the behalf of
inmates in the Arizona Prison System and have a very good
understanding of the compliance mandate ordered by this very
court. Please be advised that nothing's really changed, all ADOC
have done is find way's to manipulate this courts compliance
order's to work for their very own benefit. Enclosed please
find the various responses to "Informal Resultion's I filed
with regards to many of the exact same issue's listed in
the actual lawsuit. Meals still fall short of the same calories
as inmates being fed in the rest of the State, currently there
is still only two meals being served, one sack lunch in the
Am and one hot meal in the PM. Part of central unit is
currently being operated in the same fashion as a level
four yard, meaning there is jobs, recreation etc. and
still there is only two meals being served. The shower's
raise yet another issue that threatens the over all health
of all inmates currently in building's 5 & 7. Shower's are
used repeatedly 3 day's out of each week among 40
inmates without being cleaned whatsoever! Moreover,
Shower's have no shower curtains despite the fact
→

(2)

of the various female officers working the buildings and the showers being located directly in front of the control station. This raises a health issue and lack of privacy, which is inhumane. There are no cleaning supplies being passed out to clean cells or showers despite the major insect and pest issues in central unit. No jackets are being issued during the winter season.

There has however been a program put in place to give inmates what's being considered "out of cell time". Inmates are being ushered out of our cells and to tables where one leg and one wrist is cuffed to the same table. I can't see how this can be considered movement out of the cell, when in fact one has more movement in his perspective cell. Being chained to a table like some sort of rabbit dog and saying this is your out of cell time is mean, cruel, and unusual to say the least. Az. inmates know nothing but violence because we have nothing to look forward to, in these conditions one is forced to survive in order to keep some sort of sanity, this is a chore in itself which leaves no room for self improvement. These conditions will only further generate more mental health cases, as Az is not about rehabilitation it's rather more about warehousing inmates for profit. I can only hope that this Honorable court not drop the ball in this case and not be fooled by ADOC, as they have no real intention to change the conditions of it's prisons. I also hope that my comments and enclosed documentation have been of some help to this process. Sincerely and very respectfully submitted by;

Mr. Brian S. Hunter # 147483



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Response

| | For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|---|

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Hunter | 147483 |

| Institution/Unit |
|---|
| ASPC-F-CENTRAL UNIT |

| From | Location |
|---|---|
| CO III Jaimes #2024 | PROGRAMS |

I have received your informal complaint inmate letter dated 12/22/14 in which you cite the Parsons vs Ryan case #2:12 cv-00601. You state that pursuant to a class axion lawsuit filed on behalf of all inmtes currently in the ADOC, it was ordered by the United States District Court of Arizona that all maximum custody inmates are to be fed the same meals with the same calories and nutritional value as those in general population. You state that you are still being fed lunch sack meals which should no longer be served. You stated that Central Unit is now classified as level four facility therefore should be served breakfast meals in accordance with every other level four yard in the state. You state there are regular recreation and jobs in Central Unit which means there should be more food served. You state as per, Parsons v Ryan, max custody should be fed in the exaxt same fashion.

Your resolution to this compliant is the serving of breakfast meals as soon as possible.

Your complaint has been scanned and emailed to the Central Unit Administration for review.

As mentioned to you in other informal complaint responses, there is ongoing monitoring to make sure the state is complying with its terms.

End of response.

| Staff Signature | Date |
|---|---|
| J Jaimes, COIII 2024 | 12/23/2014 |

Distribution:  Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Hunter | 147483 |

CB5-B19

| Institution/Unit |
|---|
| ASPC-F-CENTRAL UNIT |

| From | Location |
|---|---|
| CO III Jaimes #2024 | PROGRAMS |

I have received your informal complaint inmate letter dated 12/22/14 in which you state there are no cleaning supplies being handed out or even available in building five for inmates to clean or sanitize cells. You state, per D.O. 704 one can be held accountable by way of disciplinary action which leads to loss of certain privileges if one's cell is not in compliance with 704 policy. You state, you cannot and should not be held accountable for any 704 infractions if cleaning supplies are not stored in building or made accessible to inmates. You state, not having cleaning supplies raises a major health issue, and health issues lead to security issues.

Your resolution to this complaint is, there needs to be a system implemented to give you acces to cleaning supplies in order to keep you and everyone else safe from infections, viruses or disease. You request that this matter be corrected.

Your informal complaint resolution has been scanned and emailed to Central Unit Operations Lieutenant for review.

Inmates are to be in compliance with D.O. 704 at all times. Any infraction that may be issued to you by staff members for violation of D.O. 704 will be heard during the discpline process.

End of response.

| Staff Signature | Date |
|---|---|
| Jaimes Colll 2024 | 12/22/2014 |

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

*For Distribution:   Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Hunter | 147483 |

| Institution/Unit |
|---|
| ASPC-F-CENTRAL UNIT |

| From | Location |
|---|---|
| CO III Jaimes #2024 | PROGRAMS |

I have received your informal complaint inmate letter dated 12/22/14 in which you cite the Parsons vs Ryan case #2:12 cv-00601.
You state one of the changes ordered by the Arizona District Court was the treatment and and over all living conditions with regards to those housed in max custody.  You state the court ruled that there had to be a number of hours spent outside of cells each week and better recreation outside of the cages.  You state, no where in the courts ruling does it indicate that inmates have to earn such recreation or out of cell time through a step-program.

You state you have consulted the attorneys whom represent inmates in the case, and they agree.  You state, "As always ADOC is again attempting to take advantage of the situation in a bogus attempt to maintain as much control as possible and restrict inmates from what I rightfully and legally entitlted to."

You state, if you are forced to program in order to obtain time out of your cell and better recreation; thus makes ADOC and Chuck Ryan in contempt.  You state there is a review hearing in this matter on February 8, 2015 to ensure compliance with the court ruling.

You state the step program is a joke and a manipulation of the courts orders and that you will not be forced to partake in it in order to get what is being ruled for you to rightfully and legally have.  You state ADOC is well known for handling informals in an unprofessional fashion and ask for the responding staff to be unprofessional with this informal as it will be used as an exhibit at the upcoming February 8, 2015 hearing.

You state you want recreation and time out of cell as per your rights without the non-sense of a made up step program.

Your informal compliant has been scanned and emailed to the Central Unit Administration for review.

Until further directed, Central Unit Cell Block five will continue to follow Direction Instruction 326.  Should you decide to continue to refuse programming, such refusal will be noted on your DC90 screen and you will be prohibited from advancing to the next step until having met the expectation of the first step.

As mentioned to you in another informal response, ongoing monitoring to make sure the state is complying with its terms is being done.

End of response.

| Staff Signature | Date |
|---|---|
| Jaimes, COIII 2024 | 12/22/2014 |

Distribution:   Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

| | For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |

| Inmate Name *(Last, First M.I.)* 5-B 19 | ADC Number |
| Hunter | 147483 |

| Institution/Unit |
| ASPC-F-CENTRAL UNIT |

| From | Location |
| CO III Jaimes #2024 | PROGRAMS |

I have received your informal complaint inmate letter dated 12/22/14 in which you cite the Parsons vs Ryan case #2:12 cv-00601. You state Arizona was ordered to comply with a number of matters in an effort to improve living conditions. You state, thus far, there has not been much change since the District Courts ruling.

Your issue is the fact that the showeres in buildings 5 and 7 are inhumane. You state they do not get cleaned and is a major health hazard. You state there are not shower curtains which gives inmates no sense of shower privacy; which you state is inhumane.

You state if this matter is not corrected as soon as possible you are prepared to make attorney's whom currently respresent inmates in Parsons v Ryan aware of this issue. You state you are also prepared to forward the response to this actual response or lack there of to both the attorney's and the residing judge in the case mentioned here in.

Your resolution to this compliant is by improving and correcting the current shower conditions.

Your informal complaint has been scanned and emailed to the Central Unit Operation Lieutenant for review.

There is ongoing monitoring in place for Parsons v Ryan case to make that the state is complying with its terms.

End of response.

| Staff Signature *Jaimes, Co III 2024* | Date 12/22/14 |

Distribution:   Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/12/13



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**    CB5 - B - 19

| | |
|---|---|
| *For Distribution:  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.* | |

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Hunter | 147483 |

| Institution/Unit |
|---|
| ASPC-F-CENTRAL UNIT |

| From | Location |
|---|---|
| CO III Jaimes #2024 | PROGRAMS |

I have received your informal complaint inmate letter dated 12/25/14 in which you address your problem with not having been issued a jacket as of 12/25/14.

You state you have rec in the early morning hours and that the temperature get to 30 degrees F.  You state jackets should have been issued in November.  You state you have written property with no results.

Your resolution to this matter is that jackets be issued to the population.

I have scanned and emailed your complaint to the Central Unit Property Sergeant and the Central Unit Operations Lieutenant.

I have been informed that at this time CB5 inmates will not be issued jackets.

End of response.

| Staff Signature | Date |
|---|---|
| *J Jaimes C3 III* 2024 | 1-3-15 |

| | | |
|---|---|---|
| Distribution: | Original - Inmate | 802-12(e) |
| | Copy – Grievance Coordinator File | 12/12/13 |