Prison Law Office
General Delivery
San Quentin, CA 94964

January 23, 2015

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 28 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Parsons v. Ryan CV 12-00601-PHX-DKD

I am submitting this letter in order to address my concern and express my experience regarding issues pertaining to the above case, Parsons v. Ryan. I have previously submitted copies of HNR's for the years 2009-2012, not regarding the same issue, to your office. Therefore, I will utilize this letter as a means to convey recent events. I feel these events indicate that medical does not appear to be up to standards outlined in the agreement reached in this case.

Recently (in December 2014), I was called to medical for a chronic care appointment. I had not had one in a long time and they needed to update my file. Apparently, whoever transcribed information from my paper file to the computer, recorded incorrect information and left out other information that was relevant to my chronic care. They did

not show I had chronic bronchitis, anything on chest enquiry or complaints. I requested renewal of my inhaler and there was no indication I ever had a prescription for it in the past - The medical provider corrected that and I did receive my inhaler shortly after. However, my prescription for cholesterol reduction as well as my prescription for gastrointestinal reflux disease (GIRD) was not renewed. I never received it. A follow up lab work was performed.

Recently, I put in an HNR for severe pain in my eye and left side of the face. At this appointment I indicated to the nurse that my prescriptions were not renewed. I requested information on my lab work and she only told me my cholesterol was high and I needed to stay on the medication. When I told her I had not received it for two months, she told me to put in another HNR. Since I am now scheduled for the provider (Dr.) for the pain, I have decided to address all the issues at that time. That way I am hoping to get all of my

②

medical history corrected.

From my own experience and that of others I have spoken with, it appears that a great many errors are occurring regarding patient computer records. Prescriptions are being dropped, or wrong prescriptions are prescribed. I spoke with one inmate who recently was called to see the provider at medical for her chronic care. She is not chronic care and her records indicated she was and had Hepititis C. All incorrect. She had it corrected while she was present with PA Rodriguez (provider). If needed, I will provide name and DOC

Lorrain H McHolman
DOC # 246172

①  Appointments are being set, however, you first have to go to the nurse, then to the Dr / provider. If more than one issue, even if chronic care, you need to always put in additional HNR's. So it seems as though you are being treated whenever suitable, you are just passing through on ? [*for each chronic condition / appointment chronic? – unclear margin note*]

② I am scheduled (per nurse on 1/23/15) for chronic care in Feb 2015 - at that time I would have been over three months w/o prescription for cholesterol medicine & antacid.

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

**SECTION/SECCION I**

Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial): Stedman Lorraine A
ADC Number/Número de ADC: 246172
Date/Fecha: 1-20-15

Cell/Bed Number/Celda/Número de Cama: 2B35
Unit/Unidad: Piestewa
P.O. Box/Apartado Postal: 3600
Institution/Facility/Instalación: ASPC Perryville

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)]

**SECTION/SECCION II**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique) ____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I am submitting this HNR to address a recent episode of severe pain behind my Left eye, lasting over 8 hours. My vision in the left eye deteriorated during that time. It was so intense I became alarmed and so I am requesting a consult with the provider.

Thank you.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify) (especifique) ____

Comments/Comentarios

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

LORRAINE A. STEDMAN
ADC # 246172
ASPC: PERRYVILLE
Unit: Piestewa
P.O. Box 3600
GOODYEAR, AZ 85395

PHOENIX AZ 852
26 JAN 2015 PM 8 L

CLERK OF THE COURT
UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA
401 W. WASHINGTON ST., SUITE 130, SPC 1 RECEIVED
PHOENIX, AZ 85003-2118

JAN 28 2015

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

85003213058