Parsons v. Ryan

FILED ✓ LODGED
___ RECEIVED ___ COPY

JAN 28 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

To who it may concern I Am makeing An informale Resalution. I woint to make A complant of Browning unit Rickey Lynn Bucks Receved At Browning unit smu II 12-19-13 was sent there From medows unit Health Department for takeing one extrea setextra 40 mg pill that I had taken Two weeks Befor hand. The Nurses ask if me if I had taken any extra medacation And I said yes. So I was sent to smu II to A 10 minute watch in my wheel chair. I had A Back inJurey from from cleaning walls in Bulding 7. And I hurt my Back Agean working at the Health Department cleaning walls. ▓▓▓▓▓ whin I got ▓▓▓▓▓ Trainsported to Browning unit from meadows unit in A Van whin I got out the Transport van thay gave me A wheel chair. and I was taken in side And was receved. I was told the rules and stiped of my ▓▓ New Balenc. Tinny shoes and my Glasses my ▓▓▓▓ and outher winter close that were myacn personely that was never Returned. I have No more money to buy New Ballenc Tinny shoe's that cost me 44.00 Dollars. After that thay gave me A smock. Hand cuft. My hands and Feet and took me to suicied watch for A Ten minute watch for that Night. In 1 0og3. At Browning unit. I am SMI. I am Disabled have Been SMI, All my Life as I have learn in prison from ASPC-PHX-FMHC Po Box #52109 Phoenix, Arizona - 85072-2109. I was on SSI for The Rest of my Life. for InJurys I have Substained Through Life. one was my spine and Back and outhers inJurys. witch makes me totelly Disabled. that same night A co II walk by my cell where I was in great pain from doing my work ▓▓ At meadows. where I was hurt. working. I ask the co II for A kit he side ok. I watted for About one hour. And Ask Agean.

The co II side nouthing and left. About three minutes latter. A Female co II came and told me to give her my ▓▓▓ ▓ ▓▓▓ smock. and suicied Blankets. I was cold and sick from some medacation I got from medacal at meadows the Day befor this unesasary Beating took place. whin the co II ask for my smock and Blankets I ask why. The co II Just keep on asking the same thang over. I did not under stand why. ▓▓▓▓▓▓▓▓▓▓. what ever medacation I ▓ had taken From the nurce at meadows. was makeing me unrashtional. I hear voices in my mind. ▓ whin People get yelling at me I get real uncalm ▓ the voices get louder. ▓ I get more unrachtional. ▓ the gard kip geting tonder and louder. saying the same thang over and over nouthing els. the Gard would keep saying Burks give me your Blankets. I Fist said. leve me Alone. the gard got louder. ▓ I got yelling Bad words. whate ever. I had taken from medacal ▓ at meadows had made me where I would not quit yelling once I got started. It happin to me on my run 7-Able. with some inmates that would not leve me Alone. the same day That I was sent to Browning. The Gard said she was going to gas me if I would not take The order. I said ok here take the so and so Blankits. I dont remember what I said because. I would not shut up. For some reson. I could not. But I know now it was whate ever medcal at meadows gave me. It was A New nurce that gave me this medacation. I am Not like this usally. But For the last Three may be Four mounths my voces have been geting wost and louder for some resone. Medacation I am skitsaFranick and Bypoleco. ▓ All this mental Eleness should have been looked At befor this unesasary Beating that has made my Disibilyty even worse

I was laying on my bely whin I pulled the suicied Blankits and smock off and put them on the Floor and said shit there Thay Are. I am on my belly steal and nacked. The Female Gard started with a new order. Bring the Blankits To The door. I said that I am Nacked. she kip giving the same order over and over. I am A man. I am A releges man of my God. I was not going to walk in Front of that Woman Nacket. so I said do what The Fuck you want. I Really try not to talk that way but that night I Really was hurting and not my self at all. But Thay was calling me Mouther Fucker the hole time this was happining from the male co II's. Thin I Thank the Lutenit And D.W. I thank the Capton came. I am not real Positive of these people whin thay realy did Get there. At this time the voices was verry verry loud and I am confused and did not care no more. she order the order Again. I would not Anser her know more it was Frewtil to lessen Any more. I put my hands on my ears and exspected the gas. And she gas me. I reach down to get the Blanket to cover my Face Because the gas was Burning my privats parts and nose and eyes Never has this ever happen to me the 19 years I have been in prison. I did not Deserva what I am going to tell you now. I have been taught to respect the staff of D.O.C sents I have cametted my crime 19 years ago. I am A member to my congragation where I serve my God I have been taught to obay and Follow the laws and rules of this country from my Elders and Brouthers and sisters ABound The WORLD I would not ententrally try to hurt Any one or my self. But Two staff members hurt me intentually.

What these men did to me whin the gas cleared ~~~~ I was not even exspecting what was happening. All at once there was a camotion at my cell Door. I could not see verry good and the Door opened and thay started yelling cuf up dont reseced. This yong man About A houndred and 95 ponds. came runing at me and outhers. He Jump up in the Air. and came down. I yelled no dont. He yelled not his problem. and landed on my spin with his knee Pointed strat down to A point. this man ment to hurt me bad And he did. He kne'ed me twise: once in the spine ~~ once in the Back. where I have sereaus Back and spine InJurys. From work doing my Jobs at home. He hit me three times in The Back of my nack. where I have sereaus nack inJurys. from A 2000 pond Pip. that hit me in the Face with A Blow of 1000 psi. that Broke my Jaws And my teeth was Broken out. And ~~~~ snap my nack. verry Bad InJurys. this man hit me with something. It Filt Like medeal. I could not see and I could not Feel my Legs at All. It did not hurt in my legs no more. because I have Bad Feet that hurt all the time. I have A left knee that A Bull Kicket. and Broke in half. that cost me 3 houndred and 35 thousend Dollars to Fix. it. It has all ways hurt from InJurys that I had working at home. I have A hip that hurts. Feels Like sandpaper in the Joint. Been getting worse for About three years. I new something had happen at that moment. This is whin my Back and spine was InJured ageain. AFter this every thang happen real Fast. I was sceaming words. that I dont usurlly say. My Back and spine I did Feel. I was ~~~~~~ in so mush pain. I really could not stand the pain. I was on my Belly whin thay cufed my Feet and ~~~~~~~~~ hands be Hind my Back.

Thay pick me up with my belly hanging toward the Floor. I Got Anouther InJucy in my right Arm whin I came In prison 19 years ago. I was charged as A s.o. I went To centrial unit from Alhambra. I have never been in Prison befor. I did not know not to tell Any body that I was A "s.o". But I met these three Immates. thay Ask what was I in for. And whin did I get in prison. I told them. Then thay Beat me bad. tore the musel in my right Arm. that Ataches to my shoulder. This Arm has been broken in outher places to. It hurts if I do nouthing to it. The coII° twisted it so mush. It wont stop hurting. It hurts even more thin it ever hurt befor. now And wont stop. So The coII's took me out of the cell. Belly Faccing toward the Ground. Floor This hurts me with great Pain to carry me this way. It brought tears to my eyes. that help me with the pain. coII° Put me on some theng. I could not tell what it was. I went to medacal to be looked at. By the time I got there. I wanted to go back because the cufs on my hands was so tight that thay hurt. Bad I Yelled let them lose some. The same Young man or coII. said not in this time or place. In stead I would not let the Nurce look at me but to take A Blood prisher test. we left with A Bunch of people. Back Down the Hall we went. I was sceaming bloody murder. Thay staped at the shower ask me if I wonted to be showerd to wash the gas off. I ask if I could have A chair to set in. that I could not stand up because I could not Feel my legs. Thay were steal Yelling At me. said he is Refusing Detamenation. And slam me on the Floor. Hiting my chin on the Floor. I was hurt. He said get up and walk. I said I cant walk.

Thay were Yanking me Around. Trying to make me get up. I couldent Feel my legs. I was starting to get scared from This Point on. Not of the Gards. thay were beating me Any way. ~~[redacted]~~ I Just could not Walk. I could not Feel my legs and Feet. so thay got me by my hands And went to pick me up. I have A nouther InJury That happen At cook unit. whin I was pulling A big Wagan. we had there. that we carry our stuff in. whin moveing thangs Around on The yard. I was helping A Inmate. A old man. older thin what. I was At the time. He Just got back from haveing hart Sergury. He had alot of stuff. no one Els would help him. so I Did. It was all Down Hell tell we got to the medcal Bld 5. where we were housed. I went to pull the Wagan up on A side walk with my left Arm. whin I was turning Around. my Left shoulder slip out of Joint. I Filt it. Later that evening it started hurting. so I went to The medacal unit At cook. the Doctor was leveing. He said come back tomorow And he wold look at it Agean. That verry Next morning. we all moved to Winchester in tuson AZ. my bus was one of the First ones there. thay were saying. we could get Jobs. If we woonted one. so I went to work with a shoulder out of Place. work for three munths. the shoulder went back in Place. It hurt but I lived with the Pain tell we moved to meadows unit. It came out twice At medows. once I got A sling I put back in place my self. whin it comes out of Jont. But whin some one Els Yanks it out of Joint for me. I got to say this is not write. for something As simple As not picking up suciade Blanket. I put it back in Joint Bumping it agenst the wall in the cell after every thang com down that night.

After thay Yank me up off the Floor causeing my left shoulder To come out of Joint. the two co II's was holding me in A stand up persetion. Yelling and calling me names. I was Yelling and calling them names. Thay rush me back in the cell holding me up telling me to Bend my knee's. Banging my knee's on the steal Bed trying to get me to get on my knee's so thay could take off the Restraints. I could not Feel my legs and Feet. The Same co II that Jump on my spine and back took his right Hand and Punched me in the lower part of my back holding me up. Why he and his partner took off the Restraints. I had all ready had my head Banged in the corner 3 tims why this vishus Atack was going on. Thay got the Restreints off said dont move. untell thay got out of the cell. whin thay let me go. I don't no how long I stayed. But it could not of been long before I Just collaps'et. Falling side ways on the bed. my groend was burning so bad. All at once thay were out on the Run. All The co II's Left But Two. The ones who Atact me. thay were saying how Funny it was to crounch him like that. Talking About me calling me A Fucking S.O. And talking About outhers on the run. But The Two co II did not say no Name or cell Number. A Little later. I don't no how many it was. came on the run telling these co II's That thay better hop his Back is only Brused. These offcer Told the one that Led the Vishus ATACK on me to Leve smu #2 And report to smu #1. And After the offecers Quit Argueing the offecer's Left the Run. I Laid there listing to whate this co II had to say to his partner. Thay were mad At First thin one of the co II's started talking About how the Prison or Higher offcer's should Be the one's who should Be Responsable.

Padge - 8 of 5

▇ the co II. the one that has hurt my Left knee, ▇ Left Hip. ▇ my spine. Back. from all the way up to my neck. ▇ Head and my Left shoulder. all the way Across to my Right shoulder and Arm. started talking About some outher People that should Pertect them from getting in Trouble for Atacking me. ▇ I can't rember the Name he used. And he said that they really had no perteektion. He was saying that he better get A Lawyer. ▇ A offcer came Back And ▇ exscorded hem and his partner out saying he would be under Investagation. ▇ thay Left ▇ every Thang got real qyit ▇ no one was there tell later. ▇ I spent that time Pushing my Left shoulder Back in Place. up Ageisnt the wall. I stayed up All night that night. tell next shift not Reqisting nouthing no more. why I was in cell 3. The next morning. I still could not Feel ▇ my buttocks to my Feet. I am terryfied at this time. And Lade Back Down going in to A Sezuer ▇ got up later real sick and had to urnate. I did Ask for A cup to unate in Whin someone came on duty. CO II Said I could not have A cup. I Anserwed ▇ I cant Feel my legs. ▇ cant get to the tolet. co II said no Agean. I had no outher chorce to tell him I was going to urnate In The floor. co II said that he would write me A tickit. I said ok write the tickit. ▇ I put my Legs over the side of the bed with my Arms and hands that ▇ is in a lot of Pain. I urnated in there Floor. later that morning what would be the second day I had to uernate Agean. And I tryed Anouther way to uernate. I have never had to Pee in no one's Floor Befor. In my Life. I Wondeored what happens whin I have to Depicate.

I stayed in Bed all that day. ▨▨▨ that same morning ▨ two co II² came. one ask me if I wonted to take A shower. I ask where is it ▨ at. He said down at the end of the Run. I said I need A wheel chair ▨▨▨ I can't walk. the outher one said he would have to chack with medacal. later he came Back with a wheel chair. ▨ He said thay chack with meadows Helth unit. ▨ He exspland that thay said that my wheel chair snoax had ran out in september of 2013. I said that is Fales. that I have Been in A wheel chair for the past mounth. He said he could only go on what medacal told him At smu 2. I said ok. ▨ He took the wheel chair and Left. the outher co II offerd me the shower Ageain. I said may be later I could scut on my behind. But right now my Arms and left shoulder is in a lot of pain. ▨ I still could not Feel my legs and feet. Thay ▨ would not beleve me. I was steal Nacked. ▨▨▨ co II King or her name was Ireen. came on Dudy. Said she did not Like to Look at my Junk. I hadnt put my smock on Yet. Just had got it. I put it on ▨ it was ▨▨▨ chestion thang to do. is cover my self. thay did not take it no more. ▨ so I scuted on my Behind for 3 days and one night. tell the Feeling started comeing back in my Feet and Legs. The Floor and tolet was Dirty Filthy Discusting. I did not get A shower for 12 days. I only got tolet paper once the 13th day I was there. A Psycholigst ask me if I wonted to get off watch I said yes mam. It was the 13th day. I walked out to transport the Best I could. I was in my under ▨▨ wair. wated in a dry cell for 3 hours in pain and cold. thay would not give me my cloths. Transport showed up and it was co II Flores from meadows he was quit mad at me because I had got his friend intruble the co II that beat me. I got to meadows in my under wair.

CO II Flores and his partner made fun of me the hole way speaking in Einglish and some times in spainish. I ack Like I did not understand spainsh. But befor I came to prison myself and wife and children lived in Baha Calafrona for ten years back and forth to Amireca. I dont no spanish Fluent. But thay were making fun of me calling snich and outher ope sean names. I got to cont movement and the CO II gave me some paints that were to big and some old orenge deack shoes. Now I am Back in Bld 7-A-1 and to day Date is 1-3-14 I walked here the best I could being rushed by the CO II to go faster to the gate. I have not recevid no medacation my legs are week. I am in so mush pain. I get around here on the run. But as far as going and walking to the chow hall standing in a long line. standing wating on my bad feet knees hep from my spine up my back. I cant put in words what kind of pain I am haveing. I have made me a home made slying to hold my shoulder mobile tell may be it will get well Ageain. My back spine hep knee. I just dont know whate is going to happen. So far I cant get no meals. I have had one sandwich that Fred Hipskin a wheel chair pusher got for me. I have been eating out of trays on the run that food is left over from people who get food on the run. My Nack and Arms Are in Pain. It wont stop. I dont dont no if this will even get well. This Happin be cause meadows unit Health sent me to Browning unit Now meadows unit is steel trying that the kind of Helth cair we get here. I am going to stop this here. My complaint this is why I got A.selfish Valaint Vishus Beatins for no reson but asking for A kit.    1-3-14   139769

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate Arturo Arenas
ADC# 182680 BB10
Arizona State Prison Complex Eyman
Unit Meadows
P.O. box 3300
City Florence AZ 85132

LEGAL MAIL,
ARIZONA DEPARTMENT
OF CORRECTIONS

PHOENIX AZ 850
26 JAN 2015 PM 11 L

RECEIVED

JAN 28 2015

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Clerk of court U.S. District Court
401 W. Washington St. Ste. #130 Spc 1
Phoenix, Az. 85003-2118

85003211802