Dale Maisano 077877

Arizona State Prison HU-10 Central Unit

Florence, Arizona 85132 - 8200

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 28 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In The United States District Court

For The District of Arizona

Parsons,                    Case 2:12-CV-00601 PHX-DKD

    Plaintiff,

    v.

Ryan                        Comments As Requested For

    Defendant(s)            Document 1204 Filed 12/15/14

    The Writer has spent The last 100+ Days at ASPC Florence HU-10 and Unit 8, This Medical Unit is No Different From Anything Corizon AHR all their other Names or A DOC has ever Ran, Security Medical Technicians if You can Finde one as well as CNA's and Nurses are mostly poorly trained The single Doctor M.D. Type Runs all of Central Unit with exception for Building HU-8 which The Medical Director walks From time to time and every 72 hrs, My Unit is never walked by a Doctor. See French V. Owens, 777 F 2d 1250, 1254 (7th Cir 1985). Ramos V. Lamm, 639 F 2d 559, 575-77 (10 Cir 1980)

    Note We have Not one Pharmacist in The State of Az in The Past 6 Days T-3's have been out of stock 2 Times or X 3 Days, This is a stable Treatment Drug, This goes on day after day X All Inmates, Just Ask!

At This Point in Time The Facility Health Administrator
is as well The Director of Nursing, The Holidays were
a Circus CNA's Doing Wound Care is a Norm and quite
Dangerous,

The Shelter Staff Corizon says Oint write HNR's
just tell Staff, I have The Proof as well as unanswered
HNR's,

See County Jail V. Peirce, 487 F. Supp. 638 (W.D. Pa.
1980) Psychiatric Dept, Just The other Day a Counselor
told an inmate He was The Doctor and He did Studier
see A DOC's Part, The Court is failing to look at
American Correctional Assn. Standards etc.

The Medical Director is a D.O., Next You will have
a P.A or Nurse Practitioner for a Medical Director
Why $.

The Writer is Not Going to Waste To Much Time
explaining To This Court The Wrongs of Corizon /
A DOC Proof is in The Numbers, Everyday Violations
are to The Point of Criminal Conduct and clearly
Violate The U.S. Const.

My Cases and Documents are Filed at U.S. Dist. Ct
(M.D Tenn) The Combo of U.S Dist Ct Az, Corizon
and A DOC = Many Deaths and Improper Medical
Care for All see Arnold on Behalf of H.B. V. Lewis
803 F. Supp 246, 258 (D. Ariz 1992) It is still
Quite Inhumane and Barbaric, As The Defendant(s)
Are Fully Aware, Correct or Wait For The Book!

(2)

Stop by and see The New Medical Ward at North Unit One Inmates servicing Inmates only in this case All Positions are Run VIA Inmates see Casey V. Lewis, 834 F. Supp. 1477 (D. Ariz 1993) No Longer Security Now Inmates And Cody V. Hilliard, 599 F Supp 1025, 1056 (D.S.D. 1984) decision aff'd 799 F 2d 447 (8th Cir 1986), on reh'g 830 F 2d 912 (8th Cir 1987); Inmates of Occoquan V. Barry, 717 F. Supp. 854 (D.D.C. 1989). Next Inmates will be doing Surgery as in Burks V. Teasdale, 492 F. Supp. 650, 676 - 77 (W.D. Mo. 1980)

Just tell US Your Issues "Dont Write HNR's" or letters to (FHA) see Hoptowit V. Ray, 682 F. 2d 1237, 1252 - 55 & Fed. R. Evid. Serv 1511 (9th Cir 1982); Ginest V. Board of County Com'rs of Carbon County, 333 F Supp. 2d 1190 (D. Wyo. 2004) Scams

Why Do We have The Affordable Healthcare Act, That covers Prisoners as well as Estelle V. Gamble and all The Past Cases Giving Orders to ADOC to do this and That which are violated Daily

The Writer has Just sent 75± Pages to D.O.J NYA Im an ADA x 20+ W/out any care and being told by Corizon we dont have Funding You Must wait

I Dont have Aids but Im told by an Aids Person, If You have Aids We have one Doctor He is out of State and You will see That Doctor VIA Tella-Meds Same goes for a Psychiatrist VIA Tella-Meds.

(3)

Why $ = Cash.

The Writer Sent off a Complaint to D.O.J NYA Just a few days ago, I would be Happy to give a full copy of This to The Court, Just send an Order for said copies and it will be done.

The enclosed Exhibits as well as The Writer Power File and all paperwork sent to Prison Law Office as well as all Maricopa Filings in Pinal County Superior Court will show The Ongoing Civil Right and Criminal Violations.

Only in Arizona Can a Unit Like Central go for Years Re: Food Punishment and The Courts Do Not one thing, The Real Cost to J. Q. Public will rock The U.S. in just a few short Years, I hope I'm around to write My, I told You So!

At H.U.-10 They Run both Heat and Air at the same time, I've woken up from sleep gasping for Air do to Cleaning Ideas being Used Toxic. The floors are quite uneven and I.V Machine cant roll, When Power goes out emergency lights dont work, No Fire safety gear Sand Pipe hookup etc. More and more No Medical Staff in The A.M Till 6 A.M. Space is so cramped injuries are ongoing

Warning Prisoners Should Not be Working in Health Unit.

Submitted This 23rd Day of Jan 2015

By Jah Maisam
Dah Maisam

(4)

## State of The State Prison System

In One of The Nations Most Well Know Prison Cases, Plata V. Schwarzenegger, 2005 WL 2932243 (N.D. Cal. 2005, http://www.prisonlaw.com/pdfs/Plata OSC.pdf. Class action involving the entire California prison system with extensively based on the trial court's Finding that an average, an inmate in one of Californias prison needlessly dies every six to seven days due to grossly deficient medical care; Morales Feliciano V. Rullan, 378 F. 3d 42, 65 Fed. R. Evid. Serv. 120, 59 Fed. R. Scv 3d 279 (1st Cir 2004) (In a class 10 years after being ordered to improve medical care in Puerto Rican Prisons, the court held that there were still massive and systematic Failures of medical care. For example, 25% of Inmates reporting for Sick call were not seen; 55% of ambulatory appointments never took place; 49% of patients requiring specialty care did not get it and only 31.3% of inmates diagnosed with HIV-Aids received treatment. The Court held that Privatization is an opportunity to correct constitutional violations in Puerto Rico.)

Arizona State Prison First Wexford and now Corizon. See Parsons V. Ryan CV 12-00601-PHX-DJH, The Original Filing was Needed The Stipulation of 10/14/14 Document 1185 Is a JOKE! Fact Corizon's Death Count is 200+ Do The Math...

I Bring Forth Helling V. McKinney, 509 U.S. 25 113 S. Ct. 2475 (1993).

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Maisano, Dale | 077871 | HU-10 #18 ASPC Florence Central | 12-31-14 |

| To: | Location |
|---|---|
| Medical Director Chris Johnson | Florence Complex |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On This date Doctor Vukcevic, Gave Me His Plan of action and after Thinking About it, I must say Im not in agreement. I've been Studying My New Books and researching old Avenues and I've missed many things, My Plan is to little to late Im still in shock over The 601 Stipulation and my response is around 100 pgs alone, Im not counting on The Court to undo its wrongs and correct its Capricious Disregard for Human Life The Doctor says the File Fails to reflect This and That, Well The VA's copy is intact online and accessible to Me as well as mine, I Feel an Investigator and The Courts will help, Im at issue in Arizona Supreme Court Maisano V State of Az No. M-14-0055, Ten Pending Actions in Pinal County and Three in U.S. Dist Tue Fees Pd by U.S Dist Ct. (M.D. Tenn)

The Doctor questions My Mental Health "Test" I'd be willing to Polygraph Re: Medical Issues You have all the issues as well as The FHA has a list of All:

I've tested + For The Colon Test and Im 4 Years late with being given a Doctor Ordered Colonoscopy Same with Prostate issues Many Doctors No Action

One Thing that is happening The Death Rate is Going Up and Up Maybe a Record Number in time

The Diet, Well we have 2 New Pinal County Cases, It explains My Diet Issues, I'm forced to eat things That Make Me Ill

| Inmate Signature | Date |
|---|---|
| Dale Maisano | 12-31-14 |

Have You Discussed This With Institution Staff?  ☒ Yes   ☐ No

If yes, give the staff member's name: I/m letter to Complex Warden No Response

ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Marsans, Dale | 077877 | F- HU-10 # 18 | 12-16-14 |

| To: Warden Greg Fizer | Location: Complex Central |
|---|---|

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

As I'm told You have Me in HU-10, As long as I'm at Thu Facility You have No Choice! but to Feed Me The Medical Diet as Prescribed, Just to let You Know that is not happening.

On Thu Date My Morning Meal was altered and Unexceptable CO II V. Tsoie # 11545 Refused to have it corrected.

She as well Failed to let Me Access The Chain of Command.

I've sent The Issue to Pinal Cont, Superior Marsans V. V Tsoie # 11545 et, al.,

A. Smith-Whitson and The Captain at Cent Unt Played Games In Re: Feeding Me, I almost Died I'm still not back to proper diet

Feed Me The Correct Diet, Timely as Prescribed to enable Me to eat it, Or I will File Daily Conttten/Trindy in a suer as My Ongoing Food bggs relbet, You are Most Welcum to a Copy Upon Request. They Rether You Cant Get The Food to The I/m Now the les in the correct Wby/Al Ordent

My Diet Calls for Dental/Mechanical Sotl Daily x 3 I'm given Carrot & Celery Stix and Cabbage 1 x Daily Raw

| Inmate Signature: Dale Marsans | Date: 12-16-14 |
|---|---|

Have You Discussed This With Institution Staff?  ☒ Yes  ☐ No

If yes, give the staff member's name: Attorney Donald Speck, Parson V. Ryan CV 12-0601

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter Response**

> For distribution: Copy of corresponding Inmate Letter must be attached to this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Maisano | 077877 |

| Institution/Unit | |
|---|---|
| ASPC-Florence/Central  *HU 10 – 18* | |

| From | Location |
|---|---|
| Greg Fizer, Warden | ASPC-F/Admin |

This is in response to your inmate letter dated December 16, 2014 in regards to not receiving the proper medical diet. You state that your diet is a medical dental/mechanical soft diet and you are receiving carrot, celery and cabbage on a regular basis. I have contacted the food service liaison Ms. Haight, on this issue and according to her records you are not on a medical dental/mechanical soft diet but you are on an allergy diet with three milks. This diet expires on June 19, 2015. The allergy diet does consist of carrots, celery and cabbage. At this time you are receiving the correct food for your approved diet. If you feel that you need to change your diet to dental/mechanical soft, you must go through medical as it is to them to determine that placement. NOTHING FOLLOWS.

| Staff Signature | Date |
|---|---|
| *[signature]* | 12/31/2014 |
| | *Given 1-6-15* |

Distribution: Original - Master Record File
          Copy - Inmate

916-2
5/14/12

B-1

## ARIZONA DEPARTMENT OF CORRECTIONS
### Restricted Diet Card

**Inmate Name** Maisano  **ADC Number** 77877  **Expire Date** 10/7/15

[X] Dental/Mechanical Soft (Easy to chew/swallow)  [ ] Controlled Protein  [ ] Gluten Free

[ ] Clear Liquid  [ ] Long Term Full Liquid  [ ] Pregnancy

[ ] Full Liquid  [ ] Wasting Syndrome  [ ] Renal Dialysis

[ ] Liquid Supplements  [ ] Chemotherapy  [X] Allergy Diet

[ ] am Snack  [ ] mid-day snack  [ ] bedtime Snack

Prescribed snack consisting of: 6 saltine crackers or 3 or ham crackers

[ ] Other: 1 milk each meal / soft diet

ADC INMATE

MAISANO, DALE

---

MARKINGS

DOB: 12-07-1951
Ht: 6'11"  Wt: 145
Eyes: Brown
Hair: Grey
Issue Date  10 Jan 2014

The bearer of this card is under the jurisdiction of the Arizona Department of Corrections

---

**Food Service Verification**

[ ] Lacto Vegetarian Diet (Allows milk and milk products)

[ ] Kosher Diet Plan

Height  10/14/14  ASPC-F

Physician's or Chaplain's Signature _____ Liesac MD  Date 10/7/14

Food allergies develop when the body's immune system has an abnormal reaction to one or more proteins in a food. Food allergies can lead to serious or even life-threatening allergic reactions.

Other food reactions are not caused by the immune system. These reactions cause unpleasant symptoms and are far more common than food allergies. Examples include lactose intolerance, heartburn (gastroesophageal reflux), bacterial food poisoning, and sensitivity to caffeine, just to name a few.

Note: My Skin Itching, Eyes Itching, I have Redness and Swelling of Skin around the eyes, Sneezing, runny nose, nasal congestion, tongue swelling, and Metallic taste, Heart and circulation, Dizziness, Weakness, Fainting, Heart rate issue, Low Blood Pressure, Digestive System Nausea, Vomiting Abdominal Cramps, Nervous System Anxiety, Confusion, A Sense of Impending doom.

Real The record Voice Issues

See 'Anaphylaxis' above. People with a history of systemic symptoms should carry

epinephrine autoinjections.
As The Medical File reflects My System
has been exposed to Neurotoxin - Ethyl
Mercury Based Compound, Used by U.S. Gov
till 1999 By Arms Services "Thimersol"
Preservatives used in Multiple Vaccines

ARIZONA DEPARTMENT OF CORRECTIONS – EYMAN/COOK
HEALTH SERVICES

COMMUNIQUE

DATE: 5/9/11

TO:   INMATE NAME:   MAISANO  Dale

ADC#:  OM8 77.

LOCATION:  7 B 37

FROM:   DR  Weston

LAB Test Drawn 4/26/11 Shows
You HAVE New Onset of Antibodies to
Coccidiomycosis (Valley Fever)
       Will Start You on Course of
Anti fungal (Diflucan/Fluconazole) 200 mg/day
X 12 wks.
Possible Side effects Nausea, Headache Rash
Abdominal pain diarrhea, Liver injury.
       You Have An Appointment To discuss Your
Toe Nails Next Week - Can discuss Then
If You wish. May Postpone medication until
then. Valley fever is Common And usually
Benign.

_If you have questions, please send HNR._

# Valley Fever Declared a Public Health Emergency at Two California Prisons; Court Orders Prisoner Transfers

*by John E. Dannenberg*

On April 25, 2013, Dr. John Galgiani, an expert hired by attorneys representing prisoners in the long-running *Plata v. Brown* class-action lawsuit over medical care in the California Department of Corrections and Rehabilitation (CDCR), filed an 80-page affidavit with the federal court overseeing the case in which he described conditions at Central California facilities where prisoners have been afflicted by a disease known as Valley Fever.

Valley Fever (coccidioidomycosis) is a potentially fatal fungal infection that causes flu-like symptoms. It is contracted by inhaling spores from infected soil, but is not contagious once a person is infected. The spores frequent the southwestern United States, with about a quarter of reported infections occurring in California and over 70 percent in Arizona, according to the Centers for Disease Control and Prevention.

The disease has been an ongoing problem at the CDCR's Pleasant Valley and Avenal State Prisons, where the soil contains Valley Fever spores that are spread through dust and when the dirt is disturbed. [See: *PLN*, July 2010, p.22; June 2008, p.22; Aug. 2007, p.1]. Other state prisons are located in the area where Valley Fever is prevalent but have not experienced as many infections; those facilities include the California Correctional Institution, CSP Corcoran, Kern Valley State Prison, North Kern State Prison, SATF at Corcoran and Wasco State Prison.

The CDCR reported 640 cases of Valley Fever in 2011, including 535 at the Pleasant Valley and Avenal facilities. There is no vaccination to protect against the disease. At least eleven prisoners have filed Valley Fever-related claims with the state's Victims Compensation and Government Claim Board; all have been rejected.

Dr. Galgiani, a professor of medicine at the University of Arizona who founded a center where the disease is researched, stated in his affidavit that the prevalence of Valley Fever at the Pleasant Valley and Avenal facilities is a "public health emergency."

"Prison officials should be, but apparently are not, acting in a manner consistent with a situation where the lives of individuals are at substantial risk," he said after reviewing records of four prisoners who died due to Valley Fever, finding that prison medical staff had delayed for months before testing for the disease.

Galgiani stated in his affidavit that 62 state prisoners died from Valley Fever between 2006 and January 2013. He did not indicate how many of the deaths occurred at Pleasant Valley and Avenal, but noted that those facilities had by far the highest rates of the disease – with Pleasant Valley's infection rate being 1,000 times greater than the statewide average and Avenal having an infection rate 189 times higher.

Valley Fever pervades the communities surrounding the prisons in the southern San Joaquin Valley as well, but Dr. Galgiani observed that the infection rates at both the Pleasant Valley and Avenal facilities are notably higher than in the local community. A pernicious characteristic of the disease is that blacks and Filipinos are particularly vulnerable; 71 percent of the prisoners who died of Valley Fever between 2006 and 2011 were black.

Galgiani stated, "In my opinion African-American prisoners should be excluded from these two prisons along with Filipinos, Inuits, persons with diabetes, HIV, or any immuno-compromising condition, and that decision should be implemented immediately. Not to do so will keep these groups at risk of severe complication from new Valley Fever infection. Moreover, there should be no transfers of any inmates with these ethnicities or medical conditions to either Pleasant Valley State Prison or Avenal State Prison for the same reasons."

On April 29, 2013, Medical Receiver J. Clark Kelso, appointed by the federal court to oversee healthcare in California prisons, ordered prisoners with an increased susceptibility to Valley Fever to be transferred from the two facilities. Kelso directed the CDCR to remove non-white and non-Latino/Hispanic prisoners, as well as prisoners with certain medical risk factors and prisoners over age 55 because they are at higher risk of contracting the disease.

Joyce Hayhoe, a spokeswoman for the Receiver's office, noted that in addition to causing prisoner deaths, Valley Fever has hospitalized about 40 percent of the more than 8,200 prisoners housed at the Avenal and Pleasant Valley facilities.

She added, "The state of California has known since 2006 that segments of the inmate population were at a greater risk for contracting Valley Fever, and mitigation efforts undertaken by CDCR to date have proven ineffective.... As a result, the Receiver has decided that immediate steps are necessary to prevent further loss of life."

Those steps include a mass transfer of an estimated 3,250 susceptible prisoners out of Pleasant Valley and Avenal, and refilling the beds with presumably less-vulnerable prisoners who still will be at risk of Valley Fever infections. While falling short of conceding they will select prisoners by race, that is tantamount to what the CDCR will likely have to do to keep the facilities full.

Governor Jerry Brown's administration wasted no time in objecting to the Receiver's order, complaining, "It is premature to move more than 3,000 inmates out of two state prisons until more is known about an airborne fungus that is being blamed for nearly three dozen inmate deaths and hundreds of hospitalizations."

CDCR Secretary Jeffrey Beard claimed that the transfers may result in increased racial violence within California's prison system, presumably because the prisoner transfers from Pleasant Valley and Avenal would be partly based on race.

State officials further argued that transferring prisoners was premature until they could learn whether other steps taken by the CDCR would be effective in limiting the exposure of prisoners and staff to the disease. To that end, the CDCR stated it was trying to control dust during construction, is supplying surgical masks to prisoners and employees who ask for them, and is providing educational materials about Valley Fever. Prison officials are also installing air filters and considering ways to cover up and screen out dusty areas, and agreed to move 600 high-risk prisoners by August 2013.

Apparently not wanting to wait to determine the effectiveness of the CDCR's efforts while prisoners continue to contract Valley Fever, sometimes fatally, the U.S. District Court over the *Plata* litigation entered an order on June 24, 2013 directing state prison officials to comply with the Re-

ceiver's directive to transfer increased-risk prisoners out of the Pleasant Valley and Avenal facilities. The CDCR was ordered to complete the transfers within 90 days.

The district court rejected the state's argument that an order to transfer prisoners from Pleasant Valley and Avenal constituted a "prisoner release order" under the Prison Litigation Reform Act, and noted that the CDCR had admitted it was "aware that Valley Fever presents a serious risk to inmate health."

However, the court limited the Receiver's directive by removing Inuit prisoners, prisoners over the age of 55 and prisoners who had already been infected with Valley Fever from the list of offenders to be transferred from the two facilities. "Perhaps at one point, Defendants' wait-and-see approach might have been reasonable. Under current conditions, however, they are not.... An exclusionary policy is now the only reasonable response," the district court wrote. See: *Plata v. Brown*, U.S.D.C. (N.D. Cal.), Case No. 3:01-cv-01351-TEH.

"The order is absolutely necessary to preserve people's lives and health because state officials have been simply unwilling to take appropriate action when there's a clear and imminent danger to prisoners' lives. It's the most recent example of the state's inability to protect the health of prisoners," said Don Specter, director of the Prison Law Office, which represents prisoners in the *Plata* litigation.

The Centers for Disease Control and Prevention and the affiliated National Institute of Occupational Safety and Health have agreed to study problems related to Valley Fever at the Avenal and Pleasant Valley prisons; however, there is no projected completion date for their review, which amounts to more government stalling. They could save themselves both time and money – and perhaps prisoners' lives – by simply reading Dr. Galgiani's affidavit and taking heed of the findings of the Medical Receiver and the district court. ◾

Sources: *Huffington Post, Associated Press, Los Angeles Times, ABC News, www.wsws.org*

# Corcoran Sun

### Full Color Prison Yard Monthly
### News ♦ Entertainment ♦ Resources

### 3 Month Trial Subscription
### Only $5 (money orders only)

#### IN FULL COLOR



All new full color format deeper content, more exciting episodes of thrilling novels and sexy pics. We at Corcoran Sun are striving to become a top quality prison publication. Submit your writing, art, poetry etc., see your submission, name and contact info in print.

**Single Issues ($3 money order or 8 FCS)**

**Yearly Subscription ($30 money order or 96 FCS)**

Payments to: Freebird Publishers
Box 541 North Dighton, MA 02764
*Email: Diane@FreebirdPublishers.com*



SureShot Books

www.sureshotbooks.com

# WE NEED YOUR HELP!

We are updating the Disciplinary Self Help Litigation Manual (Manville 2007) to help guide prisoners through the misconduct and disciplinary litigation process.

To effectively help inmates, we need case law and opinions from state courts that affect this process at the state level.

Please send us a copy of any decisions entered by a state court relating to prisoner misconduct/disciplinary actions. (if copy cannot be made, please send original and we will return it at your request)

send all material to:

## Professor Daniel Manville, MSU College of Law
## 610 Abbot Rd., East Lansing, MI 48823

(please do not send summaries, memos, or requests for representation)

Dale Maisano 09187
Arizona State Prison Florence HU-10
P.O. Box 8200
Florence, Arizona 85122

In The United States District Court
For The Middle District of Tennessee

Dale Maisano
     Plaintiff
     V.

Medical Director D.O. Chris Johnson,
Corizon Healthcare Inc, Facility
Health Administrator Mackey, Warden
Frier, Arizona State of, Director
Charles Ryan, Asst Dir Health
Services Richard Pratt
     Defendant(s)

Jury Trial Demanded x12
42 U.S.C. §§ 1997(e), 1985,
Under The Civil Rights Act
of 1871 As Put Parties And
Medical Malpractice
Under The 8th, 11th & 14th
Amends of U.S. Const.

The Plaintiff Comes to This Court Do To The Fact!
Corizon Is In Brentwood Tenn, This is a proper filing
The Plaintiff is a Prisoner being Held at a Corizon
Health Unit #10 Florence Arizona. The Plaintiff was
placed in said Unit after being Starved by Defendant(s)
and others, The Plaintiff(s) Normal Street Wt is
163 Lbs. Upon entering Corizon Health Unit wt was
127 Lbs. Now after 3 Mos it is 143 Lbs
    Starving took Place over a 15 Day Timeframe, At this
Point The Plaintiff is being Denied Meals Flat-out and
Food He lacks the Ability to Swallow and above
and beyond He Suffers Allergic Reaction to an Array
of Foods

The lack of Proper Diet is Causing Blood Pressure Issues, Eye Issues, Ability To Deficate, While I suffer an Array of ongoing "Life Threatening Illness" which makes This a clear 1997(e) with Knowledge under 3 1985 I'm told by Doctor Vukcevic I have Tested Positive For Blood in My Stool x 2 in The Past few Days, I'm awaiting an M.R.I., and undergoing constant testing, I have "shooting Head Pains" which are Life Threatening Blood Pressure issues, One last issue is Dental, I've had Dentures For around 6 Years, Let Me explain Upon My Teeth being Pulled My bottom Jaw went Numb Not From The Pulling but most likely a mild case of M.S. I was told at First it was L.G.D. About 90 Days ago I was Sent To Queen Creek To see Corizons Expert His words "Mr Maisano You have a 50⁰ set of teeth / Dentures That show 30 + Years of wear on Your Mouth" He ask how long I'd had them I said around 6 years. He said "From These foul fitting Things You Now Need Oral Surgery a Bridge is The Food Under The Gum to cover exposed Nerve Damage, That is what is causing Your Shooting Pain" Est Cost was 20-40,000⁰ For The one

Well at Central Health Dental, I'm told We will do Nothing, Next The Dental did some grinding on The lower Plate w/out x-rays

(2)

By Doing Said it become worse, Upon explaining The Dentist Said We Will Do Nothing, He is fully aware at This Point I have 4 Exposed Nerve Ending 4 x The Original Finding "Imminent Danger" is proven one more time. They say We Wont Fix it.

For Good Measure One More Time I've had Coccidiomycosis AKA Valley Fever, That in it's self is "Imminent Danger" see exhibit # A 1-3, This was a prior case sent to Ac by This Court but This is a New issue # 9.

As Well see exhibit # B-1 The Medical Diet Card Issued by Corizon Doctor.

As Stated Denial of Food will Kill Me "Imminent Danger, As well is playing Hell with My Vision more Floaters and Flashes Daily, along with Further ability to see, There are certain medical conditions that require special diets, Failure to provide those diets can cause very serious consequences, including extended hospitalization and blindness, see Balla V. Idaho State Bd. of Correction, 595 F. Supp. 1558, 1574-75,

Medical is writing said Diets as exhibit # B-1 Shows, But This Diet is as close to consumable as they have and That is Not Close enough! More so to Point at HU·10 where Food as Punishment is at issue for all see Jackson V. Whitman, 642 F. Supp. 816, 822 (W.D. La. 1986) Please Read ongoing for Years at

(3)

this Unit, See Williams V. Edwards, 547 F. 2d 1206 (5th Cir 1977) For Lack of Proper Diet System, As well as in see Brown V. State 345 So. 2d 633 (La. Ct. App. 1st Cir 1977), As Well see Parsons V. Ryan CV-12-00601 PHX-DUH Document 1185 Filed 10/14/14 See W/IN Re: National Commission on Correctional Health Care, "Standards" as well as "Inter Qual" "Stipulation" See Blacks Law Dictionary, Due to Kickbacks Dealing with A DOC / Staff when are given "Free" Food Ongoing From Canteen / Trinity, Proper Food is Not Achievable at A DOC See Woulard V. Food Service, 294 F. Supp. 2d 596 (D. Del. 2003) even after Doctor Orders see Johnson V. Harris, 479 F. Supp. 333 (S.O. N.Y. 1979)

Given The "Imminent Danger" as well as serious harm that can and will occur as a result of a Failure to provide a Medical Diet, see Balla V. Idaho State Bd. of Correction, 595 F. Supp. 1558 (D. Idaho 1984) Why do I cite this case, I Show Diabetic Issue example on 12·16·14 Accu-ch showed 89 and 93[#86] Hypoglycemia (low blood sugar) and how I feel From lack of proper Food Shakiness, Feeling Sluggish, Night Sweating, Dizziness as well as Anxiety, Can Kill You, If Blood Sugar is low You must have some food or drink that has sugar in it. If Blood sugar gets to low, It can

(4)

cause you to go into a coma." Imminent Danger"
See NA6055 Issued 1/15/10 © 2013 Corizon Health, Inc.
   What is going to happen when I'm unable to eat
Solid Food and forced to go 100% "Long Term
Full Liquid Out"? After 15 Days w/out Food I Almost
Died and Passed Blood in My Urin x 24 hr "Imminent
Danger see To Point Hunt V. Dental Dept., 865
F 2d 198 (4th Cir 1989) What are The Chances
of Death From Non-Solid Food "Imminent Danger"
All The Conditions = "Torture" See Wal-Mart
V. Dukes 131 S. Ct. 2541 (2011) & Handicapped
Inmates "Must" Have Facilities That Fully accommodate
their Needs Reguardless of Funding see Casey V.
Lewis, 835 F Supp. 1569 (D. Ariz 1993) So
Much For What Has been Ordered by The
Fed. Ct. To A DOC.
   For All My Chronic Illnesses I'm Wholly Dependent
on Prison Officals And I've become Quite Vulnerable
and Dependant upon the State and its choice of
Health Care Provider. For The Necessary Medical
Attention, As well as For My Prior/Current as well
as My Future Disabilities. Prison Life is America's
Other Death Penalty. I'm an individual whom
Can not Himself seek Medical Aid. See Fitzke
V. Shappell, 468 F 2d 1072, 1076 (6th Cir 1972)
(emphasis in original).

The Supreme Court has stated that "[a]n inmate must rely on prison authorities to treat his medical needs; If The Authorities Fail to do so, those needs will not be met" At The Most Simple level, an inmate cannot self-treat by calling in sick, changing a diet, or purchasing and using simple remedies such as aspirin, cold pills, laxatives or bandages. see Estelle V. Gamble, 429 U.S. 97, 103, 97 S. Ct. 285 (1976); West V. Atkins, 487 U.S. 42, 54-55, 108 S. Ct. (1988) (That is The United States Supreme Court)

Prison Conditions, Such as Overcrowding, Inadequate Nutrition and Exercise, and poor Sanitation, Will Create or Aggravate Medical Conditions. see Wendy L. Adams' Comment, Inadequate Medical Treatment of State Prisoners: Cruel and Unusual Punishment? 27 AM UL' Rev 92, n1 (1977); Lightfoot V. Walker, 486 F Supp. 504 (S.D. ill 1980.)

A D.O.J Study in 2004 found that over 32.6% of State Inmates reported suffering some form of injury since they were admitted to Prison. See Bureau of Justice Statistics, U.S. Dept of Justice, Mental Health Problems of Prison and Jail Inmates 1, 15 (2006).

As Well see State of The State Prison System Exhibit # enclosed.

(6)

Arnold on Behalf of H.B. V. Lewis, 803 F. Supp. 246, 248 (D. Ariz. 1992) (Schizophrenia)

Casey V. Lewis, 834 F. Supp. 1477 (D. Ariz 1993) (Sick call system which discourages use because inmates must stand in line for long periods of time violate the Constitution.)

Same (One month delay in treatment of serious geneeological problems was a constitutional violation)

Same (Where Staff shortage through inadequate funding and inability to fill positions created delays, a constitutional violation existed)

Casey V. Lewis (Same) (Where Security Staff was used to Provide Medical Treatment and Could overrule medical orders, level of deliberate indifferent was reached with constitutional violation)

# Diet

There are certain medical conditions that require special diets

Failure to provide those diets can cause very serious consequences including extended hospitalization and blindness. see Balla V. Idaho St Bd of Corr. 595 F. Supp. 1558, 1574-75 (D. Idaho 1984).

As a result, many of the cases that set prerequisites for minimally adequate medical care system require that medically necessary diets be provided As Well 595 F. Supp. at 1574-75; Mandala V Caughlin, 920 F. Supp. 342 (E.D. N.Y. 1996) (Denial of high-Fiber diet prescribed by Physician and surgeon would be a constitutional violation) Jackson V. Whitman, 642 F. Supp. 816, 822 (W.D. La. 1986) ("Food Loaf" which is Food mashed together could be impermissible in the case of inmates requiring special diets);

Williams V. Edwards, 547 F 2d 1206 (5th Cir 1977) (Lack of diet system part of violation)

Brown V. State Through Dept. of Corr., 354 So. 2d 633 (La. Ct. App 1st Cir 1977) (Failure to give special diet was negligent violation of state statutory duty of care); National Commn on Correctional Health Care, Standards for Health Services J-45 May 1999)

D. 1 of 2

In Individual cases, some courts order medically necessary diets be provided see Woulard V. Food Service, 294 F. Supp. 2d 596 (D. Del. 2003) (Refusing to dismiss a claim by individual inmate to provide the inmate with a prescribed diet) Kyle V. Allen, 732 F. Supp. 1157 (S.D. Fla. 1990); (Same)· Johnson V. Harris, 479 F. Supp. 333 (S.D. N.Y. 1979) (Same)· Riddick V. Bass, 586 F. Supp. 881 (E.D. Va. 1984) (Denial Diet because of medical opinion, but court acknowledged that Failure to provide medically indicated diet would be a violation.)

Eyes

Inmates of Occoquan V. Barry, 717 F Supp. 854, 862, (D.D.C. 1989) (Delay in Eye Clinic Part of Violation)

Harris V. O'Grady, 803 F. Supp 1361, 1366 (N.D. Ill. 1992) (Denial Medical Care for Eye)

Mitchell V. Maynard, 80 F.3d 1433, 34 Fed. R. Serv. 3d 1018 (10th Cir 1996) (Failure to Provide Inmate with Eyeglasses violated constitution

Williams V. ICC Committee, 812 F. Supp 1029 (N.D. Cal. 1992) (Depriving Legally Blind Inmate of Glasses stated a claim for deliberate indifference)

Harris V. O'Grady 803 F Supp 1361, 1366 (N.D. Ill. 1992) (Cause of action for denial of eye care for eight Mos and of Glasses)

Health Insurance Portability and Accountability Act (HIPAA) 42 U.S.C.A. 1320 d (2009)

## Medication Shortages

Hoptowt V. Ray, 682 F.2d 1287, 1252, 9 Fed. R Evid. Serv. 1511 (9th Cir 1982) (Part of inadequacy was that medication system resulted in "Denial or Delay of Distribution of Proper Medicine")

Tillery V. Owens, 719 F. Supp. 1256, 1307 (W.D Pa 1989), order aff'd 907 F.2d 418 (3d Cir 1990) (Inadequate monitoring of drug and inmate match.)

Patrick V. Staples, 780 F. Supp. 1528, 1545 (N.D. Ind. 1991) (Failure to supply prescribed medication, "For the purpose of causing him unnecessary pain" stated a cause of action.

Walker V. Dallas County Sheriff's Medical Dept. 2002 WL 31553930 (N.D. Tex 2002) (County inmate's allegations that despite pre-scription, two jail nurses consistently refused to administer his medication were sufficient to state claim against nurses). For a discussion of cases involving the failure to provide inmates adequate medication, see Michael S. Vaughn, Section 1983 Civil Liability of Prison Officials for Denying and Delaying Medication and Drugs to Prison Inmate's 11 Issues in L & Medicine 47 (1995); U.S Dept. Justice, Fed Standards for Prisons & Jails §§ 5.34, 5.46 (1980) & Am Cor Standards 4-4378 (4th Ed 2008)

1 of 2

Palmigiano V. Garrahy, 443 F. Supp. 956 (D. R. 1,
1977) (Rejected on other grounds by, Feliciano
V. Barcelo, 497 F. Supp. 14 (D.P.R. 1979))
(Must set up Pharmacy and hire Pharmacist);
U.S. Dept. of Justice, Federal Standards For
Prisons and Jails § 5.34 (1980) American
Correctional Assn, Standards for Adult Correctional
Institutions, Standard 4-4378 (4th ed. 2003);
National Commn on Correctional Health Care,
Standards For Health Services in Jails J-26
2008); Commission on Accreditation for Corrections,
Certification Standards For Health Care Program
HC-086 (1989)

French V. Owens, 777 F. 2d 1250, 1254 (7th Cir
1985) (For institution of 2,000 inmates, must have two
Full-time Doctors, Five P. A's a Hospital administrator,
And a Full-time Pharmacist); Ramos V. Lamm, 639
F. 2d 559, 575-77 (10th Cir 1980) (Same); Laaman
V. Helgemoe, 437 F. Supp. 269, 312-13 (D. N. H.
1977) (Same); Lightfoot V. Walker, 486 F. Supp. 504
514, 516 (S. D. Ill. 1980) (Same); Occoquan V. Berry,
717 F. Supp. 854 (D.D.C. 1989) (Same); Tillery V
Owens 719 F. Supp. 1256, 1291 (W. D. Pa. 1989) order
aff'd 907 F. 2d. 418 (3d Cir 1990) (Same).
Last but Not Least Plata V. Schwarzenegger, 2005
WL 2932253 (N. D. Cal 2005).

Delay, With Outside Doctor

Occoquan V. Barry, 717 F. Supp. 854 (D.D.C. 1989)
(Delays in Neurology and Urology); Bucks V.
Teasdale, 492 F. Supp. 650, 656 (W.D. Mo. 1980)
(Same); American Correctional Assn, Standards For
Adult Correctional Instutions, Standards 3-4348 (4th
ed. 2003); Commission on Accrediation For Corrections,
Certification Standards For Health Care Programs
HC-050 (1989)

Hoptowit V. Ray, 682 F 2d 1237, 1253, 9
Fed. R Evid. Serv. 1511 (4th Cir 1982) ("Lacks
Preventative Health Care"). See also U.S. Dept.
of Justice, Federal Standards For Prisons and
Jails § 5.26 (1980); American Correctional Assn,
Standards for Adult Correctional Institutions,
Standard 4-4361 (4th ed 2003);
Commission on Accreditation for Corrections,
Certification Standards for Health Care
Programs HC-072 (1989)

Super. Max For Mentally ILL

"Welcome to The Realm of Psychological Torture" Mentally ILL Inmates in Super-Maximum Security; See Relief, Under Federal Civil Right Acts, to state Prisoners Complaining of Conditions Relating to Corporal Punishment, Punitive Segregation, or Other Similar Physical Disciplinary Measures, 18 A.L.R. Fed. 7; Pettigrew, Technology and the Eighth Amendment: The Problem of Supermax Prisons, 4 N.C.J.L. & Tech. 191 (Fall, 2002) Reinert, Eighth Amendment Gaps: Can Conditions of Confinement Litigation Benefit for Proportionality Theory?, 36 Fordham Urb. L.J. 53 (Jan 2009): Strassburger, Judicial Inaction and Cruel and Unusual Punishment: Are Super-Maximum Walls Too High For The Eighth Amendment?, 11 Temp. Pol. & Civ. Rts L. Rev. 1999 (Fall, 2001): Madrid V. Gomez, 889 F. Supp. 1146 (N.D. Cal 1995) (As Well as "Psychological Torture" 889 F. Supp at 1264. See also Jones "El v. Berge, 164 F. Supp. 2d 1096 (W.D. Wis. 2001) (Sam.); Knight V. Keane, 247 F. Supp. 2d 379 (S.D. N.Y 2002) (Allegation of "Emotional and Psychological Trauma"), Ruiz V. Johnson 37 F. Supp. 2d 855, 914 (S.D. Tex. 1999) (Summ), Scarver V. Litscher, 317 F. Supp 2d. 986 (W.D. Wis 2005); As Well as should be The New Standard Plata V. Schwarzenegger, 2009 WL 799392 (N.D. Cal 24 March 2009).

Disabled Prisoners

Inmates have a right to whatever care is necessary to treat serious disabilities, Casey V. Lewis, 834 F. Supp. 1569, 5 A.D.D. 1131 (D. Ariz 1993) (Disabled Inmates must be provide with Facilities that Fully accommodate their needs, Regardless of Funding); Lawson V. Dallas County, 286 F. 3d 257 (5th Cir 2002) (Deliberate indifference to paraplegic inmate by placing inmate in a solitary cell, not providing him with adequate mobility equipment, not providing necessary dressing changes, and not seeking alternative placement of inmate); Frost V. Agnos, 152 F. 3d 1124, 411 Fed. R. Serv. 3d 538 (9th Cir 1998) (Pretrial Detainee who wore leg brace and relied on crutches was entitled to accesible Facilities); Davis V. Hall, 992 F. 2d 151 (8th Cir 1993) (Same); Hicks V. Frey, 992 F. 2d 1450 (6th Cir 1993) (Same); Maclin V. Freake, 650 F. 2d 885 (7th Cir 1981) (Same); Leach V. County Shriff, 891 F. 2d 1241 (6th Cir 1989) (Same); Hallett V. New York St. Dept of Corr Serv, 109 F. Supp. 2d 190 (S.D. N.Y. 2000) (Denied Acces to Program); Candelaria V. Coughlin, 787 F. Supp. 368, 378 (S.D. N.Y. 1992) (Denied Acces); State V. Johnson, 108 Md. App. 54, 670 A. 2d 1012 (1996) (State Department of Corrections and Prison Officials had no duty to create a personal care and treatment plan for paraplegic inmate where the State had contracted with private health care provider to maintain health care services);

D.P. 1 of

Brain Lester, The American With Disabilities Act and the Exclusion of Inmates From Service in Prisoners: A Proposed Analytical Approach Regarding the Appropriate Level of Judicial Scrutiny of a Prisoner ADA Claim, 79 N. D. L. Rev. 83 (2003) (Article argues that in order for courts to resolve controversies arising under the ADA in actions brought by prisoners with disabilities consistent with Congress intent, courts must rely on factors that properly consider the services and the needs of individuals seeking inclusion in light of the unique setting of prisons) See also U.S. Dept of Justice, Federal Standards For Prisons and Jails, § 5.30 (1980); National Comm. on Correctional Health Care, Standards For Health Services in Jails J-49 (May 1999)

D.P. 2f

Mental Health

See John J. Gibsons and Nicholas de B. Katzenbach, Vera Institute of Justice, Confronting Confinement: A Report of the Commission on Safety and Abuse in America's Prison 43 (2006) available at http://www.prisoncommission.org/pdfs/Confronting Confinement.pdf (Citing National Commission on Correctional Health Care (NCCHC) see (2004 Report from Correctional Association of New York www.corrassoc.org/PMHP/description.pdf (2004).

See Seena Facel, John Banesh Serious Mental Disorder in 23.000 Prisoners: A Systematic Review of 62 Surveys, 359 The Lancet 545 (2002)

There can now be no doubt that the requirement that inmates receive needed medical care includes the requirement that they receive needed Mental Health Care. Innumerable class actions have held that psychiatric care is as much an element of a minimally adequate medical care system as any other form of care. For a detailed discussion of the rights of prisoners to receive mental health care, see Fred Cohen, The Mentally Disordered Inmate and the Law, 2d ed (2008); Fred Cohen, Isolation in Penal Settings: The Isolation Restraint Paradigm, 22 Wash. U.J.L. Poly 295 (2006); Fred Cohen, Captive' Legal Rights to Mental Health

M.H  1 of

Care, 17 Law & Psychology Rev 1 (1993); Yung V. City of Augusta, Ga Through De Vaney, 59 F. 3d 1160, 32 Fed. R. Serv. 3d 1438 (11th Cir 1995); Doty V. County of Lassen 37 F. 3d 540 (4th Cir 1994); Ramos V. Lamm, 639 F 2d 559, 574 (10th Cir 1980); Hoptowit V. Ray, 682 F 2d 1237, 1253, 9 Fed. R. Evid. Serv. 1511 (9th Cir. 1982); Wellman V. Faulkner, 715 F. 2d 269, 272, (7th Cir 1983); See U.S. Dept of Justice, Federal Standards for Prisons and Jails §§5.29 to 5.30 (1980) American Correctional Assn, Standards for Adult Correctional Instutions, Standards 3-4368 — 3-4369 (4th ed 2003); National Commn on Correctional Health Care, Standards for Health Services in Jails J-39 May(1999); Commission on Accreditation for Corrections Certification Standards for Health Car Programs HC-051, H-063, H-065 (1989); See also Hodgins, Assessing Mental Disorders in The Criminal Justice System: Feasibility versu clinical Accuracy, 18 Int'l JL & Psychiatry 15 (1995).

Psychiatric care raises many of the same problems as General Medical Care. Screening of Inmates for Psychiatric Problems [IS] Required! : See "To Point" Arnold on Behalf of H.B. V. Lewis, 803 F. Supp. 246, 253 (D. Ariz 1992) (Lack of screening part of libility); Carty V. Farrelly, 957 F. Supp. 727, 22 A.D.D. 331 (D.V.I. 1997) (Prison Medical Staff

M.11 2 of

That was unqualified to properly identify mental illnesses violated the Eighth Amendment; Balla V. Idaho State Bd. of Corrections, 559 F. Supp. 1558, 1577, (D. Idaho 1984) (Same); Terry ex rel. Terry V. Hill, 232 F. Supp. 2d 934 (E.D. Ark 2002) (State of Arkansas violated due process rights of pretrial detainees in need of mental health evaluation or treatment prior to adjudication of their fitness to stand trial by making them wait inordinate time for services); Failure to follow through on needed treatment ordered by a doctor violates the Eighth Amendment 639 F 2d at 577 (Lack of Psychiatrist caused impermissible delay in Mental Health Services); Dawson V. Kendrick, 527 F. Supp. 1252, 1308 (S.D. W. Va 1981) (Failure to Provide timely Access); Steel V. Shah, 87 F. 3d 1266, 45 Fed. R. Evid. 240 (11th Cir 1996), as amended, (Sept. 6, 1996) (Discounting an inmate's prescribed psychotropic medication without examining Prior Medical records of the inmate would be unconstitutional); Ginst V. Board of County Com'rs. of Carbon County, 333 F. Supp. 2d 1190 (D. Wyo 2004) (Unconstitutional Violation for Failure to Employ trained and sufficiently supervised medical staff, to have a Physician Monitor Inmates on Psychotropic Medication and to Provide Mental Healthcare to Inmates); Arnold on Behalf of H.B. V. Lewis, 803 F. Supp. 246, 251 (D. Ariz. 1992) (Medication); Waldrop V. Evans, 681 F. Supp. 840, 853-61 (M.D. Ga 1988) (Medication)

M. H 3 of

The Court should carefully examine The Adequacy of Mental Health Facilities and Equipment often requiring Separate units, an adequate Staff, Trained" sufficient equipment, and adequate "Sanitation" for mentally ill inmates, See U.S. V. Terrell County, Ga. 457 F. Supp. 2d 1359 (M.D. Ga 2006) (Defendants Failed to remedy systematic deficiencies in medical care; inadequate mental health care, particularly for suicidal individuals); Hadix V. Caruso, 461 F. Supp. 2d 574 (W.D. Mich 2006) (Defendants were ordered to have rounds made daily by mental health professionals and establish measures to coordinate the efforts of mental health care workers medical health care workers. Following Deaths of The Mentally ill and denial of Basic Medical Needs,); Marid V. Gomez, 889 F. Supp. 1146 (N.D. Cal 1995) (Holding that Substandard Condition and Violent Inmate; Casey V. Lewis, 834 F. Supp. 1477 (D. Ariz 1993) (Defendants Ordered to Develope Plan for Mental Health Housing); Tillery V. Owens, 719 F. Supp. 1256, 1303 (W.D. Pa 1989), order aff'd, 907 F.2d 418 (3d Cir 1990) (Need Adequate Facilities Including Segregated Units); Inmates of Allegheny County Jail V. Peirce, 487 F. Supp. 638 (W.D. Pa. 1980) (Must Set up separate Facility) See also U.S. Dept. of Justice, Federal Standards for Prisons and Jails § 5.31 (1980).

M.H. 4 of

Kowalski V. Stewart, 220 F.R.D. 599 (D. Ariz 2004)
(Order to Produce Prison Records concerning medical
treatment standards for Inmates and the
educational background of the Prison Physician.)

Tolbert V. Eyman, 434 F.2d 625 (9th Cir 1970)
(Prison Officals Deny Diabetic Access to Insulin)

Casey V. Lewis, 834 F. Supp. 1477 (D. Ariz 1993)
(Delays in Serious Gyncological Issues)

Bass by Lewis V. Wallenstien, 769 F.2d 1173 (7th
Cir 1985) Inmate died or Cardiac Failure based
on 15-Min Delay in response / Unqualified Med
Tech, Inadequate Equipment

Casey V. Lewis 834 F. Supp. 1477 (D. Ariz 1993)
(Where Security Staff was used to provide medical
treatment and could overrule orders, level of
deliberate indifference was reached that is
constitutional Violation

Common Cases

Ancata V. Prison Health Services Inc, 769 F. 2d 700, 704 (11th Cir 1985) (Failure to meet known health needs is a violation and thus cause of action stated when alleged Failure to provide access to specialists until inmate agreed to pay for them, resulting in death) As Well (No care unless paid)

Feeney V. Correctional Medical Services, Inc, 464 F. 3d 158 (1st Cir 2006), cert denied, 128 S Ct. 105, 169 L. Ed. 2d 75 (2007) (Delay in providing an inmate with prescribed orthopedic footwear)

Jackson V. First Correctional Medical Services, 380 F. Supp. 2d 387 (D. Del 2005) (Where Plaintiff alleged hearing loss as result of defendant's delays and missteps in treating his chronic ear problems plaintiff's allegations sufficed to suggest a continuous pattern of delay in medical treatment and the absence of basic policies to ensure that medical orders of treating physicians were reasonably transmitted and followed.)

Nelson V. Prison Health Services, Inc, 991 F Supp 1452 (M.D. Fla 1997) (Ignoring the pleas of an extremely sick inmate who was not given medication for heart condition and who died was case of potentially gross Negligence)

Copcase and fees

Mourning V. Correctional Medical Services, (C.M.S.) of St. Louis Mo, 300 N.J. Super, 213, 692 A. 2d 529 530 (App. Div. 1997). (The Primary purpose of prison fee system was "To install inmate responsibility and discourage abuse of sick call... Not to Generate Revenue")

Casey V. Lewis 834 F. Supp. 1477 (D. Ariz. 1993) (Where Security, Staff was used to provide medical treatment and could overrule medical orders, level of deliberate indifference was reached that is a Constitutional Violation.

Marid V. Gomez, 889 F. Supp. 1146 (N.D. Cal 1995) (Holding Violation of Eighth Amend when untrained Staff performed emergency medical treatment).

Cody V. Hillard, 599 F. Supp. 1025, 1056 (D.S.D. 1984), decision aff'd, 799 F. 2d 447 (8th Cir. 1986) on reh'g, 830 F. 2d 912 (8th Cir. 1987) (Use of untrained inmate workers for treatment was a Violation).

See Wesley V. Davis, 333 F. Supp. 2d 888 (C.D. Cal 2004) (Shredding Medical Records was Unconstitutional Regardless of whether the act resulted in Actual Injury)

Smith V. Goord, 222 F.R.D. 238 (N.Y. N.Y. 2004) Defendants Ordered to Provide Copies of Prison Records

French V. Owens, 777 F 2d 1250, 1254 (7th Cir 1985)
Per 2000 Inmates Must have 2 Full-Time Doctors, 5
P.A's and a Administrator and a full-time Pharmacist

Ramos V. Lamm, 639 F 2d 559, 575-77 (10th Cir 1980)
For 1,900 inmates need 1 Doctor working 40 hrs per week
and an RN on all 3 shifts as well as a P.A. in
infirmary

Laaman V Helgemoe, 437 F Supp 269, 312-13 (D.N.H
1977) 1 Doctor 5 RN's For Institution w/280.

Lightfoot V. Walker, 486 F. Supp. 504, 514, 516
per week with 1000 Inmates Must have 100 of on
site Physician per week and a Med. Tech for
every 200

Tillery V. Owens, 719 F. Supp. 1256, 1291 (W.D. Pa.
1989), order aff'd, 907 F2d 418 (3d Cir 1990)
(Doctor present only 3 hrs per weekday and
14 Nurses inadequate for 1,800 Inmates : Must
be at least One Doctor Present 24 hrs a day
x 7 See Also National Commn on Correctional
Health Care, Standards for Health Service J-25
2008)

Degrafinreid V. Ricks, 417 F. Supp 2d 403 (S.O. NY 2006 14 month Delay in replacement of Hearing Aid

Mandala V. Coughlin, 920 F Supp. 342 (E.D. NY 1996 Two-Year Delay in Providing Doctor Prescribed Owl

Degrafinreid V. Ricks, 417 F. Supp. 2d 403 (S.O. NY) (2006) on reconsideration, 452 F Supp 2d 328 (NY S.O.) (2006) Slow Playing Re: hearing aid.

Newman V State of Ala. 349 F. Supp. 278, 288 (M.O. Ala 1972) Delays In Medical Care Not Good  Must be seen within 12 hours

Lynch V. Robinson, 2002 WL 1949731 (N.O ILL (2002) (giving inmate substitute medication when inmates file stated that he was allergic to it is no different than giving Him food He is allergic and is Negligence and Malpractice,

Nelson V. Prison Health Services Inc., 991 F. Supp. 1452 (M.O Fla, 1997) (ignoring the pleas of an extremely sick inmate who was not given medication for heart condition and who died was a case of potentially gross negligence.

Reese V. Groose, 60 F.3d 487 (8th Cir 1995) Good For Medical Delays

Durmer V. O'Carroll, 991 F 2d 64 (3d Cir 1993) Delayed Physical Therapy for Stroke

Toombs V Bell, 798 F 2d 297 (8th Cir 1986) Not Treated and lost Gall Bladder

Kelsey V. Ewing, 652 F 2d 4, 6 (8th Cir 1981) 10 Year delay in Hernia Operation and 6 Year in operation on Vein in right leg.

Casey V Lewis, 834 F. Supp. 1477 (D. Ariz 1993) Delay in Serious Gynecological Issues

Archer V. Dutcher, 733 F 2d 14 (2d Cir. 1984) Delay of Five hours "in order to make Archer suffer" stated cause of action

Bass by Lewis V Wallenstine, 769 F 2d 1173 (7th Cir 1985) Inmate died of ~~coral~~ Cardiac failure based on 15-Min Delay in response / Unqualified Med Tech, Inadequate Equipment

Sereika V. Patel, 411 F. Supp 2d 397 (S.D. N.Y. 2006) Shoulder

Rosen V. Chang, 811 F. Supp. 754, 760 (D.R.I. 1993) ("Grossly incompetent and recklessly inadequate examinations by a licensed physician is deliberately indifferent examination. This is ineluctably so when manifested symptoms scream of a diagnosis that virtually lies within The Knowledge of a lay person.")

Arnold on Behalf of H.B, V Lewis, 803 F. Supp. 246, 258 (D Ariz 1992) ("The Defendants' treatment ... has been worse than grossly inadequate or inhumane. It has been barbaric.")

Medcalf V State of Kan, existed as to allegations that gross Failure to diagnose treat inmate's brain tumor led to death. See also U.S Dept. of Justice, Federal Standards for Prisons and Jails § 5.51 (1980).

Casey V. Lewis, 834 F. Supp. 1477 (D. Ariz 1993) (when staff shortage through inadequate funding and inability to Fill positions created delay a constitutional violation existed)

Laaman V. Helgemoe, 437 F Supp 269, 312-13 (D N H 1977) "Failure to Staff a Prison around the clock with qualified personell trained to id and cope w/ medical issues using untrained inmates.

Westlake V. Lucas, 537 F. 2d 857, 859 (6th Cir 1976)
(Inmate denied access to Doctor for Bleeding ulser for
eight days, during which he "continued to suffer and
his repeated requests for medical assistance went
unanswered.

Thomas V. Pate, 493 F. 2d 151, 158 (7th Cir 1974), Judgement
Vacated on other grounds, 419 U.S. 813, 95 S Ct. 288 (1974)
(A Delay of 15 Days in removing some sutures while the
inmate was in punitive confinement caused his ear to be
infected )

Fitzke V. Shappell, 468 F. 2d 1072 (6th Cir 1992)
(Allegation of a denial of medical attention for
brain and leg injuries for 17 hours )

Hutchens V. State of Ala, 466 F. 2 507, 508
(5th Cir 1972) (Denial of "Medical Attention and
Medication which both produces intolerable pain
further shortens life expectancy" for inmate
with fatal cancer )

Tolbert V Eyman, 434 F. 2d 625 (9th Cir 1970)
(Prison Officials Deny Diabetic Access to Insulin

Scicluna V. Wells 345 F. 3d 441 (2003 FED App 0350P
(6th Cir 2003 Good for Delay Neurological Consultation

Dale Maisano 077877

Arizona State Prison Florence HU·10

P.O. Box 8200

Florence, Arizona 85132


United States Department of Justice

Disability Rights Section , N Y A

Civil Rights Division

950 Pennsylvania Avenue NW

Washington , DC 20530


## Complaint


Declaration under Penalty of Perjury of Dale Maisano

Dale Maisano, being competent to make this

declaration / Complaint having personal Knowledge

of the matters started therein, declares

Persuant to 28 U.S.C. § 1746 :


On 10·07·2014  I arrived at The Medical Infirmary

for the First 10 days or so I spent my time at HU·8

and then was moved to HU·10 , Upon arrival My

wt. was 128 Lbs , My normal Prison wt is 150

– 153, My Street wt is 163 Lbs for 15 or so days

prior to My arrival I was not being given Food

 Food was being Denied under the direction of

Medical Director D.O. Chris Johnson whom is

a contracted Person Working for Corizon Health

Inc., of Brentwood Tennessee, Prior to Doctor Johnson writing a new special needs order/SNO I had been giving Food in Housing area for many Years, Within The Doctors new SNO He States I'm an ADA, In fact The Doctor was fully aware I was an ADA many a time over and fully aware any direct sunlight would burn Me upon contact as well was The Deputy Warden A. Smith-Whitson and The Captain at East Unit name unknown, Note during both called Me to East Unit Mgt. Area and as Me why I refused to go to chow hall both were told of My Sun Issue as well as My leaking Kidney/Bladder issue and were Fully aware that I leak on a constant and was unable to eat in The Chow Hall in Fear of leaking on a seat and suffering ratallatory actions or Death for being Disrespectful.

Other Parties whom have some insits as to what is going on are Greg Fizer Warden, Richard Pratt Assistant Director of Health Services, CO III J. Martinez whom was My Counelor at East Unit As well as who wrote Me a Disciplinary Ticket for saying I would take legal action if A DOC Failed to correct my exposure to The Sun issue. A Unit Nurse Supervisor at East Unit prior to Doctor Johnson's SNO Cancled or changed My Prior Lay-in Orders Her Name Ann Dineen, RN Supervisor of Corizon Health Inc.,         (2)

Prior to being Moved to Infirmary on
The Writer was sent on a Trial Run a Few
weeks prior, I was rolled up one Night Packing up
all My Property Legal, Medical, Personal items
and moved to Infirmary For one Night The next
day I was sent on a Medical Run, Then moved
back to East Unit, Upon being returned Staff
said we don't know where Your Legal, Medical
Personal Items Are and From that point I've seen
None Ø of The Truck Load of items, Upon the
Second and Final move to Infirmary I had been
sent some items From Court and given some
paperwork VIA ADOC along with My Back-Brace
Reading and Reg Eye Glass all of these and
other things were taken upon the second move
never to be seen again, Strange No Flat out
Theft by The Parties Listed, The move was
done to bar Me Access to Courts Grievance Process
and to help others, My Civil and Constitutional
Rights are being violated Daily Not only under
Lewis V. Casey, 518 U.S. 343, 116 S.Ct. 2174
(1996), Bounds V. Smith, 430 U.S. 817, 97 S.Ct.
1491 (1977) as well as Wolff V. Mc Donnell,
418 U.S. 539, 94 S.Ct. 2963 (1974), Estelle V.
Gamble, 429 U.S. 97, 97 S.Ct. 285 (1976);

(3)

In Pennsylvania Dept of Correction, V. Yeskey, 542 U.S. 206, 118 S. Ct. 1952 (1998) (Court held that the ADA Protects Inmates in State Prisons. Which is 42 U.S.C. §§ 12101 et seq., 29 U.S.C. § 794. Section 504 of the Rehabilitation Act states "No Qualified Individual with a disability in The United States shall be excluded From, denied the benefits of, or be subjected to discrimination under" any program or activity that requires Federal Funding: 18 U.S.C. § 5039 Care & Treatment: 20 U.S.C. §§ 1400-1485 Under The Education Act Re: ADA's.

Within This Complaint/Declaration I'm as well stating I'm being Denied Access to The Courts at all levels, Do to The Fact I'm an ADA a many a time over and My absolute Right to access The Courts And not to say The Least My First Amendment Right that guarantees the right "to petition the Government for a redress of grievances" I'm sure none of The listed will wants debate these right, You have Lewis at 518 U.S. at 355 also Bounds V. Smith, 430 U.S. 817, 828, 97 S. Ct. (1977)

"Retaliation" The First Amendment prohibits jail and Prison Officials from retaliating against inmate who report complaints File grievance, or File lawsuits see Crawford-El V. Britton, 523 U.S. 574 n. 10, 118 S. Ct. 1584 (1998) (Stating that "[T]he reason why ... retaliation offends the Constitution is that it threaten to inhibit exercise of the protected right").

(4)

In The First Case of 2014-0001 Maisano V. Clark U.S. Dist Ct. Phx-SMM Judge McNamee and The 9th Circus Court of Appeals places a new gag Order which further Denies Court Access, With exception of Imminent Danger but then they fail to ever see said danger Judge Renner C. Collins Chief of U.S. Dist Ct. Tuc Says He as well will never File an action do to The fact i feel Ive exposed His Crouch Issues and His Lifestyle all this can be seen on Pacer as well as (3) Three Pending Cases sent VIA U.S. Dist. Ct (M.D. Tenn) to the U.S. Dist. Ct. which fail to act as well as 9th Cir Fail to Let proceed.

Now We come to an array of issues in Arizona State Courts which Fall under ADA as well as 1st Amend Rights Enter Pinal County Superior Court AKA Criminal Conduct County and Judge Jason Holmberg in Case No. S1100CV201401949, The Writ of Petition Habeas Corpus Re: Access Issues, This Court Right Up to State Supreme Court Chief Justice Rebecca White Do as They Please, Pull The Records Access Denied.

(5)

**ARIZONA DEPARTMENT OF CORRECTIONS**

Health Needs Request (HNR)   *Medical Director*

Date: _____
Time: _____
Initials: _____

## SECTION/SECCION I

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Mariani, Dale | 077871 | 11-30-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| HU-10-#18 | Central | 8200 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).
[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria *(Use este formulario para describir un problema a la vez!)*

## SECTION/SECCION II

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES***(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other *(specify)*/Otros *(especifique)* Med Diet Cushme

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] Food Allergies Soy, Corn and all Bi Products, Cooking Oils w/exception of Olive. Puddings / Jellos, Lunch Meat Nitrils, Semi Wheat Short Grain, Bag Eggs, Food Cheese, Free Dried Potatoes, Aspertaine and Sugar Additation / Sub. Vinger Syrup, Jelly, Pork, M36.

For The Past 3 Days My Morning BP was Normal Prior to that 3 Days Bad Due to one 1 oz Serving of Meat Loaf Type

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   *Dale Mariani*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

## SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)* _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

## SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

**ARIZONA DEPARTMENT OF CORRECTIONS**

Health Needs Request (HNR)                    *Medical Director*

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Mason, Dah | 077817 | 11-30-14 |

| Cell/Bed Number/Celda/Número de Cama HU-10-18 | Unit/Unidad Central | P.O. Box/Apartado Postal 800 | Institution/Facility/Instalación: ASPC Florence |
|---|---|---|---|

**SECTION/SECCION I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES*(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other *(specify)*/Otros *(especifique)* Med Dir C. Johnson

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Medical Issues Valley Fever, Neck Pain, Sun Issues, Light, Burns Sickness Nausa, Cramps Legg / Feet, Vision Floater Cloudi etc. Voice Loss from time to time, Lower Back Issue from 6-6-88 Sholder Pain, Hip Pain L+R, Kidney / Bladder Issue, Piles and Guard Nail Fungus Right Big Toe w/ bleeding, Left Ear Cleaning Issue, Dental Issue With Nerve Damage / Denture Not Go Cut 14 Day to Dirt Change From Pain, Left Hand Growth from Writing, Night Sweats, Sleep Apnea, Running Nose while eating, Gull Stones, Colonoscopy Pain Due, Head Pain Shooting etc. Far Numbness

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    Dah Mason

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Maisano, Dale | 077877 | HU-10 #18 ASPC F-Central | 12-11-14 |

| To: FHA Mackey | Location Corizon Health Care Inc Florence |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

As You have requested on 12-9-14, I'm enclosing a list of My Ongoing Medical Needs As, Colonoscopy 3 Years Past Due, Head Neck Sholder Sterm Pain x 3 Days, Night Sweats, Sleep Apena Left Hand Growths From Writing, Dental Issue Nerve Exposure, Left Ear Clearing Issue, Nail Fungo Big Right Toe w/bleeding, Piles x Years Kidney Bladder Issue Leaking, Hip Pain L & R, Lower Back Pain /Disability From 6-6-1988, Voice Issue From time to time, Eye Issue Floater/Flashes Doctor Reese Ordered Many thing, Sun Issue Light Burns, Sickness, Nausa, Valley Fever x 9, Gullstones, Head Pain Shooting and Tingling etc. Face Numbness

Food Issue alone Re Food Allergies, The Homewrecken alone cause My blod Presur to Jump 40 Pts on high and as Much as 12 on the Low One On Level Med will do 30 and 8, Food I'm not able to eat, Soy, Corn, Corn Bi-Products, Peanutbutter, Corn Oil w/in extection of Olive Oil, Puddy/Jello, Lunch Meat Some Wheat Short Grain, Bug Eggs, Food Cheese, Freez Dried Potatoes, Aspectums and Sugr Addatives, Vinger, Syrop, Jeff, Pork, MSG, Ground Beef,

On 10-7-14 Doctr Lesac MD Put Me on a Diet Dental Mechanical Sft (Easy to chew/sowallow Under other "+ Milk each meal @ Med Soft diet" From arrival till Yestrday I've been givin carrot & Celery Stix x 3 x Per Day and One Milk and a Benard Drink per Meal, Now The Milk and Benard have halted, Reason I've been givin is to supp thing I can't eat.

| Inmate Signature *Dale Maisano* | Date 12-11-14 |
|---|---|

Have You Discussed This With Institution Staff?  ☒ Yes  ☐ No   As Much as I Feel I'm able to, I'm

If yes, give the staff member's name:   As Well explaining to Attorney in GOV R---- U.S. As GI Pentty Case Please Correct

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS NOT PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Maisans Dah | 077877 | F - HU-10 # 18 | 12-16-14 |

| To: Warden Greg Fizer | Location | Complex Central |
|---|---|---|

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

As I'm told You have Me in HU-10, As long as I'm at The Facility You have No Choice! but to Feed Me The Medical Diet as Prescribed, Just to let You Know that is not happening.

On This Date My Morning Meal was altered and Unexceptable CO II V. Tsoie # 11545 Refused to have it corrected.

She as well Failed to let Me Access The Chain of Command.

I've sent The issue to Paul Cord, Superior Maisans V. V Tsoie # 11545 et. al.,

A. Smith-Whitson and The Captain at East Unit Played Games In Re: feeding Me, I almost Died Im still not back to proper WH.

Feed Me The Correct Diet, Timely as Prescribed to enable Me to eat it. Or I will File Daily, Cantten/Tondy in a star as My ongoing food bag rcthol, You are Most Welcome to a Copy Upon Request. The Rcthol Yu Cant Get The Food to The I/m None the Ten in the correct Why/At Outcut

My Diet Calls for Dental/Mechanical Soft, Daily x 3 Im given Carrot & Celery Stix and Cabbage, 1 x Daily Raw

| Inmate Signature | Date |
|---|---|
| Dale Maisans | 12-16-14 |

**Have You Discussed This With Institution Staff?**  ☒ Yes   ☐ No

If yes, give the staff member's name: Attorney Donald South, Parson V. Ryan CV 12-0601

Distribution: White - Master Record File    Canary - Inmate

916-1

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

Case 2:12-cv-00601-ROS   Document 1405   Filed 01/28/15   Page 55 of 78

Date:

Time:

Initials:

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Maisanu, Dali | 077871 | 12-22-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| HU-10 #18 | Infirmary | 8200 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)  ☐ Medical/Médica  ☐ Dental  ☐ FHA  ☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☒ Other (specify)/Otros (especifique) Doctor Vuhreevic

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Medical Care "Runs Amok", When it shakes loose from the bonds of morality and consequences, I'm Vacillating between disbelief, anger Fear, With Fear being Paramont. I Dont mean to sound Myopic but My Shooting head pains are not going away, The Intervals are more and more and The Pain Excruciating Please see MRI of 3-31-11 "Patterens of small vessel changes"

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    Dali Maisanu

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS – EYMAN/COOK
HEALTH SERVICES

COMMUNIQUE

DATE: 4/5/11

TO:   INMATE NAME: MAISANO, DALE

ADC#: ~~~~ 077822

LOCATION: MEADOWS MB 33

FROM: DR. WOHLER

The MRI of Your Brain Done 3/31/11
Was Read As "1)Unremarkable MRI of The
IAC (Internal Auditory Canal). 2) Mild small Vessel
Changes of The Brain." The Radiologist stated
" This pattern Suggests Small Vessel Changes Rather
Than A demyelinating process."

The MRI of Your Spinal Cord At The Level of The
Neck Was Read As "a very Small central disc Protrusion
At C6-C7 Without impingement upon The Spinal Cord. Otherwise
Unremarkable Cervical MRI.

No Anatomic or Structural Cause of Your Speech Problem,
dizziness or Facial Numbness was Noted in The CNS.
No Cord Compression was Seen to Explain Numbness/Pain
in Hands. The EMG/Nerve Conduction study to Consider
"Carpal Tunnel Syndrome" is still Pending

*If you have questions, please send HNR.*

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit # 18 | Date |
|---|---|---|---|
| Marsano, Dale | 077577 | ASPC F Central HV 10 | 12-22-14 |

| To: FHA Mackey | Location Corizon Hq. |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"So We have this for The Record When The Outbreak Happens"

Chronic Complications and Infections are the current cause of not maintaining good personal hygiene,

You ask us all to be immunized, Well The Gov. Pays for that but at this point in time You Subject each and every Person at this Unit to an Array of Chronic Complications to say the least, One Tube of Cream would cover the cost of hand washing for a Mo. at This Unit. None the less of an E.R Visit.

Prisoners with Diabetes and Acute Complication of Low Blood Sugar, AKA Hypoglycemia, As well as Hyperglycemia High Blood Sugar, Food For Thought, Some States Feed Prisoners a Kosher Diet, Not like Arizona's a 100% Kosher Diet, The save big bucks avoid costly Litigation Food, Eye and Kidney related issues Etc.

Do The Math, It is Not That Costly. How much is one E.R Visit or How Much is Dialysis / Transplants, In Canada a Pancreas Graft is 10,000 U.S

My Last Full Year of working at G.M. Tecex R&D, I made 140,000 and enough to buy 2 x Cars From Lincoln Mercury with My Signature U.S. Bond Bonus Program

| Inmate Signature  Dale Marsan | Date 12-22-14 |
|---|---|

Have You Discussed This With Institution Staff?  [X] Yes   [ ] No

If yes, give the staff member's name:  To Mary t. Lisa

916-1
5/13/10

# Arizona Department of Corrections



1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



JANICE K. BREWER
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL:  TO THE DIRECTOR

Inmate Name: <u>MAISANO, DALE</u>          ADC No.: <u>077877</u>          Case No.: <u>A03-053-014</u>

Institution: <u>ASPC- FLORENCE/EAST</u>          Date Received: <u>September 12, 2014</u>

I have reviewed your Grievance Appeal in which you allege that: 1)  "non-trained medical staff are making medical decisions which could kill me"; 2) you are "forced to wait 25 minutes, 31 minutes and 33 minutes" to see medical staff;  and 3) you are made to wait in an "area that is not sun-screened and not misted".

Your Grievance Appeal has been investigated including a review of your medical records. Based on our findings, your appeal is denied. The reasons for this decision are:

1.  The Arizona Department of Corrections provides inmates under its custody opportunities for reasonable and appropriate access to medical, dental and mental healthcare. All the providers are currently licensed by their respective licensing agencies and thus qualified to provide the services they have been assigned to perform.  As to your issue with wait time to see medical staff, there may be occasions when certain patients may require more time with medical staff depending on the nature of the condition for which they are being seen. Such cases require more thorough evaluation and cannot be rushed; as a result, the scheduled appointment times may be disrupted which is beyond the control of the scheduler.

2.  As to your issue with the waiting area not being sun-screened and misted, this is under the purview of Operations. By copy of this letter, I am directing the Warden of ASPC-Florence (G. Fizer) to investigate your concern and respond accordingly.

3.  Please submit a Health Needs Request (HNR) if you have additional medical concerns or needs which you wish to discuss with a medical provider.

This response concludes the medical grievance process per Department Order 802.06 Medical Appeals to the Director.

Charles L. Ryan, Director                              11/18/14
                                                       Date

cc:   Facility Health Administrator, ASPC-Florence
      Warden G. Fizer, ASPC-Florence
      C.O. Inmate File

Page 1 of 1

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

> For distribution:  Copy of corresponding Inmate Letter must be attached to this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Maisano, Dale F. | 077877 |

| Institution/Unit |
|---|
| ASPC-F/East Unit    CLB-02-06 |

| From | Location |
|---|---|
| Greg Fizer, Warden | ASPC-Florence Complex |

I am in receipt of your inmate Grievance Appeal in reference to your claim that you are having to wait too long outside to see medical (Grievance #A03-053-014).  Your proposed resolution is to fix the system.

I am affirming the Deputy Warden's decision.  In a meeting between you and Deputy Warden Smith-Whitson on 7/11/14 you were instructed what to do if you are having a medical emergency, you were to notify any staff member that it is a medical emergency, if it is in fact an emergency.  You stated at that time that she addressed all of your concerns regarding your complaint and you acknowledged you knew what to do.

As for the other issue you brought up regarding the nurse being called away for a meeting and you being told you would sometimes be notified in your house of when to come back, those things cannot be avoided.

The above action will finalize your grievance.  If you disagree with this decision, you have five (5) days to appeal it to the Director.  End of response.

| Staff Signature | Date |
|---|---|
| *[signature: Greg Fizer]* | B EAST UNITE |

Computer Electronic Version

Distribution:  Original - Central Office Master File
              Copy - Inmate
              Copy - Institutional File

Given 8-19-14 AUG 15 2014          916-2
                                   4/15/04

GRIEVANCE COORDINATOR

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

(To be completed by staff member initially receiving appeal)

Received by: M. Hall   CO III M Hall
Title: CO III
Badge #: 7739
Date: 8/24/14 SUNDAY

**PLEASE PRINT**

Inmate's Name (Last, First, M.I.)   **Maisano, Dale**

ADC No.   **077877**

Date   **8·20·14**

Institution   **ASPC Florence East Unit   B-2-06**

Case Number   **A03-053-14**

TO: **Director**

I am appealing the decision of **Warden Greg Fizer** for the following reasons:

I'm suffering each time I go to Medical, Your Non-Trained Staff are making Medical Decision which could kill Me, I'm ill as well Vi others This Should be a Class Action Note The Area is Not Sunscreened with said 2 nd it is not misted Per Policy, I'm going to send a copy of this to The 601 Action and maybe we can remain alive, This a Well is Quite Criminal Conduct I will be going for 11 th Amend Action to Halt all Federal Funding If still forced to wait 25 min. 31 and 33 Min Not Good

Inmate's Signature   *Dale Maisano*

Date   8-20-14

Grievance Coordinator's Signature

Date 8/25/14 MONDAY

Response To Inmate By: **Central Office**

Location

EAST UNIT

AUG 25 2014

**See Attached**

GRIEVANCE COORDINATOR

EAST UNIT

**Response**

DEC 01 2014

GRIEVANCE COORDINATOR

Staff Signature   *CO III Oakbrook* 12/01/14

Date

RECEIVED
SEP 02 2014
HEALTH SERVICES

802-3
7/13/09

DISTRIBUTION:
INITIAL:   White & Canary - Grievance Coordinator
          Pink - Inmate
FINAL:    White - Inmate
          Canary - Grievance File

E-7

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

| | |
|---|---|
| *(To be completed by staff member initially receiving appeal)* | |
| Received by: MANDEL | |
| Title: CO II | |
| Badge #: 2155 | |
| Date: 7-22-14 | |

| Inmate's Name *(Last, First, M.I.)* | ADC No. | Date |
|---|---|---|
| Maisano, Dale | 077877 | 7-22-14 |

| Institution | | Case Number |
|---|---|---|
| ASPC Florence East Unit  B2-06 | | A03-053-014 |

TO: Warden Hetmer

I am appealing the decision of **Deputy Warden A. Smith Whitson** for the following reasons:

On 7-21-14 I was called To Nurse line after waiting 29 Min, I was burnt Right Wrist as well as made quite ILL VIA The Sun, The burn was shown to Nurse On 7-16-14 I'm told to go to Medical when count clears at 12:15 PM, I show up at Medical, I'm told to go to Lunch, I explained one more time I'm a Lay-in, The CO working Medical ask where I can be located "In My House I'm a Lay-in" He says the Nurse has been called to a meeting, I'm in My House with exception to Library, Training etc For The System?

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Dale Maisano | 7-22-14 | [signature] | 7/28/14 |

| Response To Inmate By: Arizona Health | Location ASPC-FLORENCE Complex |
|---|---|

See attached Warden Diaz Response

EAST UNIT
AUG - 5 2014
GRIEVANCE COORDINATOR

EAST UNIT
JUL 2 8 2014
GRIEVANCE COORDINATOR

RECEIVED
JUL 3 0 2014
ASPC - FLORENCE
WARDENS OFFICE

| Staff Signature | Date |
|---|---|
| [signature] | 8/15/14 |

DISTRIBUTION:
INITIAL:   White & Canary - Grievance Coordinator
           Pink - Inmate
FINAL:     White - Inmate
           Canary - Grievance File

802-3P
2/14/00

# STATE OF ARIZONA
## DEPARTMENT OF CORRECTIONS

## INMATE GRIEVANCE  RESPONSE

B-2-06

**Inmate Name:  MAISANO, DALE F.   ADC#: 077877   Date: 07/172014**

**Institution:**   ASPC-Florence/East Unit        **Case Number:**  A03-053-014

**Response to Inmate by:**     A. Smith-Whitson, Deputy Warden

I am in receipt of your grievance dated 07/10/2014, which was received on 07/11/2014 in regards to extended waiting time to be seen by medical staff.

Your resolution is to follow court orders, train staff in regards to medical needs/signs of distress and build a facility to address the daily needs of inmates.

My investigation has resulted in a verbal conversation between yourself and DW Smith-Whitson on 07/11/2014 regarding the extended waiting time to be seen by medical staff and the information that you were given by security staff. DW Smith-Whitson has advised you that in the event that you feel that you are having a medical emergency, you are to notify any staff member that it is a medical emergency. She has also informed you that she will speak with the medical and security staff in regards to these issues.

My recommendation is that you follow the verbal directives which the Deputy Warden has given you in the event that you are having a medical emergency. At the conclusion of your conversation with the Deputy Warden, you stated that she had addressed all of your concerns regarding this complaint.

This issue is considered resolved.

End of Response.

_____                    07/17/2014
A. Smith-Whitson, Deputy Warden                    Date: 07/17/2014
ASPC-Florence/East Unit

**NOTE:**  Be advised that you may appeal this decision within 5 days of receipt to the Complex Administrator (Warden Hetmer).

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| Received By MARTINEZ |
|---|
| Title CO-III |
| Badge Number 2155 | Date 7-11-14 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3P, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First, M.I.) Maisano, Dale | ADC Number 077877 | Date 7-10-14 |
|---|---|---|
| Institution/Facility ASPC Florence East B2-06 | Case Number A03-053-014 | |

TO: Grievance Coordinator

Description of Grievance (To be completed by the inmate) On 6-26-14, I Filed a Pre-Grievance My Single issue Was and is 1 Extended Time Waiting Outside for Medical. On The 26th Day of June 2014, I was told to go to Medical When Count Cleared at 11:56 I arrived at Medical And I was told to go Lift. (1) I'm a lay-in and unable to eat in chow etc. Then after waiting 1 hour 30 Min I ask for a refusal at 1 hour and 40 min I ask again, I was told to Tell The Nurse I Refused. The Nurse said My blood pressure was high (2) I have a Sun SNO Issue I Turn Red, Plus The Heat Make Me Quite Ill. (3) From The Out (7) Seven Time, I've had Valley Fever (4) I have a lower back issue, I'm a certified 17 + Time N.O.A. By Federal Standards

See Form 802.7P
Next Page

Proposed Resolution ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)
1. Follow The Courts Order In Casey V. Lewis
2. Bring In an Outside Person To Explain / Train Staff to Keep Me Add All Others out of All Weather
3. Build a Faility That Will fit The Daily Needs For Medical Care!
4. Train Security Staff Not to Mesh with Medical Needs

| Inmate's Signature Dale Maisano | Date 7-10-14 | Grievance Coordinator's Signature COIII Prestwood | Date 7/11/2014 |
|---|---|---|---|

Action taken by East Unit DW _____ Documentation of Resolution or Attempts at Resolution.

See Attached Response

| Staff Member's Signature Prestwood | Badge Number 1856 | Date 7/17/14 |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

802-1P
2/14/00

**Inmate Grievance - GF Supplement**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility B2-06 | Case Number |
|---|---|---|---|
| Maisano, Dah | 077877 | ASPC Florence East | A03-053-014 |

The Conditions Waiting Outside Serves No Penological Purpose, But That of "TORTURE" see Wal-Mart V. Duke 131 S. Ct. 2541 (2011) To Point, Handicapped Inmate Must Have Facility That "FULLY" accommutate their Needs Reguardless of Funding See Casey V. Lewis 835 F. Supp 1569 (D. Ariz 1993) To Point, You have been Ordered by The Federal Courts, ADOC has been down This Same Road, As I Stated One more time we will Go to Court.

The Simplicity of This Case/Action could had been responded to by a Third Grader. First We have a RN Supervisor Anne Dineen, Whom lacks The Clue to follow The Courts Order but has some Idey what The Temperature is And realizes we have a number of patients to deal with.

Next The CO III Clowns The Response, This Paperwork was returned to Me on The 9th

On The 10th of July I had a Medical Pass For Dental When I woke up at 8:40 AM I went to Medical so I'd be Early and get in sooner, I will eat The First 20 min. At 9:40 AM I Ask Security to give Me a Refusal Form at 9:42 AM I explained I was ILL and need to Go, He said The Nurse will have to do it. By The Time The Dental Assistant Came at 9:48 AM I was ready to Vomit. Opey Week Ready To Pass-Out. Will let Her Say as She did in Court, Yes I have filled out an Emergency Special Action for lack of The Ability to eat with The Dentures I have been Given which are Well over Five Years Old.

Note My 2nd Emergency Special Action This Week Pinal County.

| Signature | Date |
|---|---|
| Dah Maisano | 7.10.14 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7P
2/14/00

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance - GF Supplement

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility **82-06** | Case Number |
|---|---|---|---|
| Maisano, Dal | 078171 | ASPC Florence East | A03-053-014 |

This will End being A 42 U.S.C. §§ 1997(e), 1985) Under
The Civil Rights Act of 1871 As Rel Parties, Under The
8th, 11th and 14th Amendments of The United State Constitution
Prison Guards and Other Non-Medical Officials intentionally
deny or Delay Access to Treatment see Brown V. District of
Columbia, 514 F 3d 1279 (D.C. Cir 2008)
When these same Non-Medical Officials interfere with
The Treatment that A Provider Has Ordered see Estelle V.
Gamble 429 U.S. at 104-05; Lopez V. Smith, 203
F 3d 1122 (9th Cir 2000)
Prison Officials "Can be held liable" even for following
the advice of prison Medical officials if it is obvious,
even a layperson, that the person is in need of
Critical Care see McRaven V. Sanders, 577 F 3d 974
(8th Cir 2009) Otherwise Prison Officials May Not
Rely on What a Prison Doctor Tells Them see Johnson
V. Doughty, 433 F 3d 1001 (7th Cir 2006)
I Don't make This Stuff/Caselaw Up, It is Quite Real
and I will use it against You and Your. You are Paving
The Street Im and Picking Up THE "GOLD"

Not I will Contact Prison Law Office Re this Issue for
The GOI Action and Sept 28th Trial as well I will
Make Record at D.O.J. Your File.

| Signature | Date |
|---|---|
| Dal Maisano | 7-10-14 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7P
2/14/00

4696

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| MAISANO, DALE F. | 077877 |

| Institution/Unit |
|---|
| ASPC-FLORENCE/ East Unit          CL-B BED: 0206 |

| From | Location |
|---|---|
| COIII J.Martinez | Programs |

In response to your Informal Complaint dated 06/26/14, and received on 07/01/14 about Medical.  On 07/01/14, I sent your complaint to Anne M. Dineen, RN, BSN. On 07/09/14, I received her response and it was as follows: This is in response to your Inmate Letter dated 06/26/2014 and received in the Florence East Health Services Office on 07/02/2014.  Your primary area of concern is the heat and waiting outside.

Your concern has been researched.  I am providing you with the following response:

In an effort to combat the Arizona heat and make the wait outside of medical as bearable as possible, a shade screen has been installed outside of the medical building. It is my sincere hope that you utilize this shade screen when you come to the medical building. In addition, there is a water fountain outside the building for you to drink water if you have not brought your own.  I realize it is hot outside.  The average temperature for Arizona during the month of June is 104 degrees Fahrenheit and, for July, it is 106 degrees Fahrenheit.  This I cannot change.

When you come to medical, there is a line because of the number of patients we see.

End of response

| Staff Signature | Date |
|---|---|
| | 7-9-14 |

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter Response**

| Inmate Name (Last, First M.I.)<br>Maisano, Dale | ADC Number<br>077877 |
|---|---|
| Institution / Unit<br>ASPC-Florence / East Unit | Date<br>July 9, 2014 |

| From<br>Anne Dineen, RN Supervisor | Location<br>ASPC-F / Health Services |
|---|---|

This is in response to your Inmate Letter dated 06/26/2014 and received in the Florence East Health Services Office on 07/02/2014.  Your primary area of concern is the heat and waiting outside.

Your concern has been researched.  I am providing you with the following response:

In an effort to combat the Arizona heat and make the wait outside of medical as bearable as possible, a shade screen has been installed outside of the medical building. It is my sincere hope that you utilize this shade screen when you come to the medical building.  In addition, there is a water fountain outside the building for you to drink water if you have not brought your own.  I realize it is hot outside. The average temperature for Arizona during the month of June is 104 degrees Fahrenheit and, for July, it is 106 degrees Fahrenheit.  This I cannot change.

When you come to medical, there is a line because of the number of patients we see.

End of response

| Staff Signature<br>Anne Dineen, RN Supervisor – East Medical | Date<br>7/9/14 |
|---|---|

Computer Electronic Version
Distribution:      Inmate
                        Health Services File



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.* *NO ATTACHMENTS PERMITTED.* Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit B2-06 | Date |
|---|---|---|---|
| Maisano, Dale | 077877 | ASPC Florence East | 6-26-14 |

| To | Location |
|---|---|
| CO III Hernandez | Programs East Unit |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible. Pre-Grievance
I'm attempting to Informally Resolve The Following Problem. I waive no time at any step of The Grievance Process. My Single Issue is: Extended time waiting outside for Medical. On This 26th Day of June 2014. I was told to go to Medical when count cleared at 11:56 I arrived at Medical and was told to Go To Eat ① I'm a lay-in and unable to eat in chow hall etc. Then after waiting 1 hour 30 Mins I ask for a refusal at 1 hr 40 Mins I ask again. I was told to tell The Nurse I Refused. She took My Blood Presure it was high. ② I have sun issue. I turn red, ③ Seven times I've had Valley Feaver     ④ As well a lower back issue etc. This Medical Condition of waiting outside serves no Penological Purpose, But That of Torture see Wal-Mart V. Dukes  131 S.Ct. 2541 (2011) To Point. Handicapped Inmates Must have facilities that Fully accommodate their Needs Regardless of funding see Casey V. Lewis. 835 F. Supp. 1569 (D. Ariz. 1993) To Point. D.O.C. has been down this Road. I know it well. One more time we will all Go To Pinal County Supreme Court Unh Habeas.
Relief Requested
Correct Forthwith Prolonged outside Mubar Me Ill and Cause Litigation

| Inmate Signature | Date |
|---|---|
| Dale Maisano | 6-26-14 |

Have You Discussed This With Institution Staff?   ☒ Yes   ☐ No

If Yes, give the staff member Name: Iv told All Staff Knowledge. 42 U.S.C. § 1985 To Point.

REC'D 7-1-14

Future New Action

as well

As on Filed Pinal County,

see State of The State Prison System

Dale Maisano 077877
Arizona State Prison Florence HU-10
P.O. Box 8200
Florence, Arizona 85132

## In The United States District Court
## For The Middle District of Tennessee

Dale Maisano
    Plantiff

    V.                Jury Trial Demanded x1

Medical Director D.O. Chris Johnson,  42 U.S.C §§ 1997(c), 198
Corizon Healthcare Inc, Facility    Under The Civil Rights A
Health Administrator Mackey, Warden of 1871 As Put Parties And
Ficer, Arizona State of, Director  Medical Malpractice
Charles Ryan, Asst Dr Health    Under The 8th, 11th e 14th
Services Richard Pratt        Amends of U.S. Const.
      Defendant(s)

The Plantiff Comes to This Court Do To The Fact:
Corizon Is In Brentwood Tenn, This is a proper filing
  The Plantiff is a Prisoner being Held at a Corizon
Health Unit # 10 Florence Arizona. The Plantiff was
placed in said unit after being Starved by Defendant(s)
and others, The Plantiff(s) Normal Street Wt is
163 Lbs Upon entering Corizon Health Unit wt was
127 Lbs. Now after 3 Mos it is 143 Lbs
  Starving took Place over a 15 Day Timeframe, At this
Point The Plantiff is being Denied Meals Flat-out and
Food He lacks the Ability to Swallow and above
and beyond He Suffers Allergic Reaction to an Aray
of Foods

The lack of Proper Diet is Causing Blood Presure Issues, Eye Issues, Ability To Deficate, While I suffer an Aray of ongoing "Life Threatening Illness which makes This a clear 1997 (e) with Knowledge under § 1985 I'm told by Doctor Vukcevic I have Tested Posative For Blood in My Stool x 2 in The Past few Days, I'm awaiting an M.R.I., and undergoing constant testing, I have "shooting Head Pains" which are Life Threatening Blood Presure issues.

One last issues is Dental, I've had Dentures For around 6 Years, Let Me explain Upon My Teeth being Pulled My bottom Jaw went Numb Not From The Pulling but most likely a mild case of M.S. I was told at First it was L.G.D. About 90 Days ago I was Sent To Queen Creek To see Corizons Expert His words "Mr Maisan You have a 50° set of teeth / Dentures That show 30 + Years of wear on Your Mouth" He ask how long I'd had them I said around 6 years. He said "From These Evil Fitting Things You Now Need Oral Surgery a Bridge is The Front Under The Gum to cover exposed Nerve Damage, That is what is causing Your Shooting Pains" Est Cost was 20-40.000° for The one

Well at Central Health Dental I'm told We will do Nothing, Next The Dentist did some grinding on The lower Plate w/out x-rays

By Doing Said it become worse, Upon explaining The Dented Said We Will Do Nothing, He is Fully aware at This Point I have 4 Expired Nerve Ending, 4 x The Original Findings "Imminent Danger" is proven one more time. They say We Want Fix it.

For Good Measure One More Time I've had Coccidiomycosis AKA Valley Fever, That in it's self is "Imminent Danger" see exhibit # A 1-3, This was a prior case sent to Ac by This Court but This is a New issue # 9.

As Well see exhibit # B-1 The Medical Diet Card Issued by Corizon Doctor.

As Stated Denial of Food will Kill Me "Imminent Danger, As well is playing Hell with My Vision more Floaters and Flasher Daily along with Further ability to see. There are certain medical conditions that require special diets, Failure to provide those diets can cause very serious consequence including extended hospitalization and blindness, see Balla V. Idaho State Bd. of Correction, 595 F. Supp. 1558, 1574-75,

Medical is writing said Diets as exhibit # B-1 Shows, But This Diet is as close to consumable as they have and That is Not Close enough! More so to Point at HU-10 where Food as Punishment is at issue for all see Jackson V. Whitman, 642 F. Supp. 816, 822 (W.D. La. 1986) Please Read ongoing for Years at

(3)

this Unit, See Williams V. Edwards, 547 F.2d 1206 (5th Cir 1977) For Lack of Proper Diet System, As well as in sic Brown V. State 345 So. 2d 633 (La. Ct. App. 1st Cir 1977), As Well see Parsons V. Ryan CV-12-00601 PHX-DJH Document 1185 Filed 10/14/14 See W/IN Re: National Commission on Correctional Health Care, "Standards" as well as Inter Qual" "Stipulation" See Blacks Law Dictionary Due to Kickbacks Dealing with A DOC / Staff when all given "Free" Food Onging From Canteen / Trinity, Proper Food is Not Achivable at A DOC See Woulard V. Food Services 294 F. Supp. 2d 596 (D. Del. 2003) even after Doctors Order see Johnson V. Harris, 479 F. Supp. 333 (S.D.N.Y. 1979)

Given The "Imminent Danger" as well as serious harm that can and will occur as a result of a failure to provide a Medical Diet, see Balla V. Idaho State Bd. of Correction, 595 F. Supp. 1558 (D. Idaho 1984) Why do I cite this case, I Show Diabetic Issue example on 12.16.14 Accu-ch showed 89 and 93[#86] Hypoglycemia (low blood sugar) and how I feel From lack of proper Food Shakiness, Feeling Sluggish, Night Sweating, Dizziness as well as Anxiety, Can Kill You, If Blood Sugar is low You must have some food or drink that has sugar in it. If Blood sugar gets to low, It can

(4)

cause you to go into a coma." Imment Danger"
See NA6055 Issued 1/15/13 © 2013 Corizon Health, Inc.
   What is going to happen when I'm unable to eat
Solid Food and forced to go 100% "Long Term
Full Liquid Out? After 15 Days w/out Food I Almost
Died and Passed Blood in My Urine × 24 hr "Imment
Danger see To Point Hunt V. Dental Dept., 865
F 2d 198 (9th Cir 1989) What are The Chances
of Death From Non-Solid Food "Imment Danger"
All The Conditions = "Torture" See Wol-Mart
V. Dukes 131 S. Ct. 2541 (2011) & Handicapped
Inmate "Must" Have Facilities That Fully accommodate
their Needs Reguardless of Funding see Casey V.
Lewis, 835 F-Supp. 1569 (D. Ariz 1993) So
Much For What Has been Ordered by The
Fed. Ct. To A DOC.

   For All My Chronic Illnesses I'm Wholly Dependent
on Prison Officals And I've become Quite Vulnerable
and Dependant upon the State and its choice of
Health Care Provider. For The Necessary Medical
Attention, As well as For My Prior/Current as well
as My Future Disabilities. Prison Life is America's
Other Death Penalty. I'm an individual whom
Can not Himself seek Medical Aid. See Fitzke
V. Shappell, 468 F 2d 1072, 1076 (6th Cir 1972)
(emphasis in original).

( 5 )

The Supreme Court has stated that "[a]n inmate must rely on prison authorities to treat his medical needs; If The Authorities Fail to do so, those needs will not be met" At The Most Simple level, an inmate cannot self-treat by calling in sick, changing a diet, or purchasing and using simple remedies such as aspirin, cold pills, laxatives or bandages, see Estelle V. Gamble, 429 U.S. 97, 103, 97 S.Ct. 285 (1976); West V. Athins, 487 U.S. 42, 54.55, 108 S.Ct. (1988) (That is The United States Supreme Court)

Prison Conditions, Such as Overcrowding, Inadequate Nutrition and Exercise, and poor Sanitation Will Create or Aggravate Medical Conditions. see Wendy L. Adams Comment, Inadequate Medica Treatment of State Prisoners: Cruel and Unusual Punishment? 27 Am UL' Rev 92, n1 (1977); Lightfoot V. Walker, 486 F Supp. 504 (S.D. ill 1980.)

A D.O.J Study in 2004 Found that over 32.6% of State Inmates reported suffering some form of injury since they were admitted to Prison, See Bureau of Justice Statistics, U.S. Dept of Justice, Mental Health Problems of Prison and Jail Inmates 1, 15 (2006).

As Well see State of The State Prison System Exhibit # enclosed.

(6)

Arizona State Prison Florence (ASPC)
P.O. Box 8200
Florence, Arizona 85132

### In The Superior Court State of Arizona
### In And For The County of Pinal

Dale Maisano,                    Case No.
    Plaintiff

    V.

V. Tsoie 11545, Deputy Warden        New Emergency 42 U.S.C.
A Smith-Whitson, Warden Greg         § 1997 (e) and Under 28
Fizer, Unknown Captian of East Unit, U.S.C. § 2241 Conditions
Medical Director Chris Johnson (DO)   & Medical Malpractice
(DOE), Defendant(s)

On 11-15-14 at 4:54 PM, I was given 1 oz chicken
1 1/4 cups rice, 4 oz brocolli, 1 milk, 2 carrot stix, 3
Celery Stix, On 11-16-14 All Inmates were given food
for a Morning Meal at Aprox 7:30 AM, Mine was won
CO 11 V Tsoie # 11545 Told Me to give Her said
food given, During The AM hours The CO Keeps Saying
Your food will be here Soon at 12:15 PM CO Tsoie
gives Me One Bernard Drink and a Milk a short
time later I'm given some oatmeal along with The Bernard
Drink Maker 1/3 cup This will shown to CO Tsoie,
    Prior to This event I was denied food x 15 Days by
Deputy Warden A Smith-Whitson, with The Knowledge
of Warden Greg Fizer, And Unknown Captian of
Security at East Unit, All Under The Direction of
Medical Director Chris Johnson (D.O.)

On 12-16-14 The Plaintiff's Blood Sugar was testd around 9:30 AM at That Point it was 3h, of a normal reading. From that point till now, I've been dizzy and weak with cold chills and sweating.

The Plaintiff is a Person Prescribed a Dental Mechanical Soft Easy to Chew/Swallow Allergy Diet under other it says ↑ milk each meal / Soft diet issued by M.D. Cesar on 10-7-14 Expire Date 10-7-15

The Plaintiff is housed in a Medical Unit, Inadquate Food Has been at issue with A Doc see Johnson V. Lewis 217 F. 3d 726, 732 (9th Cir 2000), I'm an ADA with Food Allergies see Bonner V. Lewis 857 F 2d at 559 (9th Cir 1988) Last Handicapped Inmates Must have Facilities that Fully accommodate their needs " Regaurdless of Funding see Casey V. Lewis, 835 F. Supp 1569 (D. Ariz 1993) As always A Doc is in gross violations

I Ask for Sgt, Lt, Captain, D.W, Warden All Denied Thus we as well have Denied Chain of Command What We have within is 8th, 11th and 14th Amendment Violation of The U.S. Const.

## Relief Requested

1. Do to My Current Medical Conditions, I Ask The Court to Remove The Plaintiff from The Prison System and to be given curred Care at Cost to The State

2. The Court is requested to obtain The Medical Records From ADOC, So Facts will be known to Court First Hand.

3. The Plaintiff Request One Million From each Defendant Under The Civil Rights Act of 1871 As Put Parties, Under The Color of State Law From each Defendant 5 Five Million Dollars Each, This is Not a Joke.

4. Service on all Defendants is Required VIA The Court. Submitted This 16th Day of December 2014

By Dale Maisano
Dale Maisano

cc No Copy Given A ADOC Return Copies of Many Statements For Any Court as well as No Access Under Lewis V. Casey to Paralegals or any Requirements Lack w/in Said Action

Copies Are Needed For All Defendant(s) as well as for The Plaintiff

Date 12-16-14

Note This Issue is Torture see Wal-Mart V. Dukes 131 S. Ct 2541 (2011) Note as well This is happening to all And Wal-Mart v. Dukes as well is Good to Go  CLASS  ACTION ? Thank