Brandon C[...] #[...]
ASPC EYMAN; BROWNING UNIT
P.O. Box 3400
Florence AZ 85132

FILED ___ LODGED
RECEIVED ___ COPY
JAN 28 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
for THE DISTRICT of ARIZONA

| PARSONS, ET AL, PLANTIFF | |
|---|---|
| V | CV 12-00601-PHX-DKD |
| RYAN, ET AL, DEFENDANT | OPINION ON THE FAIRNESS of PROPOSED SETTLEMENT |
| V | |
| Amparan CLASS MEMBER | |

Comes Now, Amparan, as a member of THE ENTITLED CLASS ACTION COMPLAINT Pursuant To federal Rules of Civil Procedure Rule 23(d)(iii)

## I. STATMENT of FACTS

Parsons V. Ryan is a class action lawsuit that was filed IN Federal Court IN 2012 claiming that the medical, mental health and dental care I ADC's state-RUN Prisons and the MAXIMUM Security UNITS are UNCONStitutional

## II. STIPULATIONS

1. ONE of THE STIPULATIONS of THE Parsons V. RYAN SETTLEMENT IS "MEALS WITH THE SAME calories and NUTRITIONAL VALUE as THOSE IN General Population"

III. OPINION of FAIRNESS:
1. THE "CHANGE" IN THE BROWNING UNIT MENU HAS MAINLY CONSISTED of MORE COOKIES (WITH SUGAR LADEN ICING) OR MORE PEICES of CAKE
2. THE Caloric deTICIT THAT EXISTED BETWEEN MAXIMUM CUSTODY and General PoPulATION Before Parson v. RYAN IS BEING Bridged WITH NON-NUTRITIONAL SNACKS AND DESSERTS

IV. Conclusion
AS a PLANTIFF IN THE above mentioned CLASS ACTION, IT IS imperative That THE Court Be made aware of THE PLANTIFFS OPINION AS TO THE UNFAIR ACTIONS ON Behalf of ARIZONA STATE PRISON-EYMAN; BROWNING UNIT. The ALTERNATIVE TO MORE SNACKS Could Be LARGER PORTION SIZES of THE main Course, MORE VEGETABLES, OR HEALTHY additions of EQUAL Caloric Value To meet THE General PoPulATION meal NUMBERS.

I declare UNDER PENALTY of PERJURY THAT THE FORGOING IS TRUE AND CORRECT ON January 24, 2015

*[signature]*

Brandon Amparan
PLANTIFF