Michael Lynn Cook #071546                    01/23/2015
ASPC - Florence, Eyman SMU II
Browning, 1-B-54
P.O. Box 3400
Florence, Arizona 85132

FILED ___ LODGED
RECEIVED ___ COPY
JAN 28 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Comments:
   Re: Parsons v. Ryan, CV 12-00601-PHX-DKD

   On January 16, 2015 ADC issued a new Breakfast, Lunch and Dinner Menu as to changes being made in compliance with the proposed settlement in the above named case.

   Florence Eyman Browning Unit, Trinity Kitchen Staff/ADC Kitchen staff are not complying with the proposed settlement or the new 01/16/2015 Menu, Memo policy as required by ADC.

   The new food portions are smaller at dinner time especially the main course.

   I am being punished with food which constitutes cruel and unusual punishment under the Eighth Amend. U.S.c.th.
   This problem need to be investigated and addressed. Browning Unit Trinity Kitchen staff need to be Monitored at all times.

Respectfully Submitted this 23 day of January 2015.
By: Michael Lynn Cook, Michael Lynn Cook.