# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

PARSONS, ET. AL.
PLANTIFF
V
RYAN, ET. AL.
DEFENDANT
V
WADE
CLASS MEMBER

CV 12-00601-PHX-DKD

OPINION ON THE FAIRNESS OF PROPOSED SETTLEMENT

COMES NOW, WADE, as a member of the entittled class action complaint pursuant to federal Rules of Civil Procedure Rule 23(d)(iii)

## I. STATMENT OF FACTS

PARSONS V. RYAN is a class action lawsuit that was filed in federal court in 2012 claiming that the medical, mental health and dental care in ADC's state-run prisons and the maximum security unit's are unconstitutional

## II. STIPULATIONS

One of the stipulations of the PARSONS V. RYAN settlement is meals with the same calories and nutritional value as those in general population

III. OPINION OF FAIRNESS:

1. The "CHANGE" in the Browning unit menu has mainly consisted of more cookies with (sugar-laden icing) or more peices of cake

2. The calorie deficit that existed Between maximum custody and General population Before PARSON V RYAN is Being Bridged with NON-NUTRITIONAL SNACKS AND DESSERTS

IV. CONCLUSION

As a plantiff in the above mentioned class action, It is imperative that the court be made aware of the plantiffs opinion as to the unfair actions on Behalf of Arizona State prison-EXMAN; Browning unit. The ALTERNAIVE to more snacks could be larger portion sizes of the main course, more vegetables, or healthy additions of equal calorie value to meet the general population meal numbers.

I declare under penalty of perjury That the forgoing is true and correct on January 24/2015

X /s/ #208073
KENYON, WADE
PLAINTIFF