Joel Henderson #123334
Arizona State Prison - Eyman
P.O. Box 3400; Browning Unit
Florence, Arizona 85132

# In The United States District Court
## For The District Of Arizona

| | |
|---|---|
| Parsons, et al, Plaintiff | CV 12-00601-PHX-DKD |
| V. | |
| Ryan, et al, Defendants | |
| V. | Opinion on the Fairness of Proposed Settlement |
| Joel Henderson Class Member | |

Comes now, Joel Henderson, as a member of the entitled class action complaint pursuant to Federal Rules of Civil Procedure Rule 23 (d)(iii).

I. Statement of Facts:

Parsons V. Ryan is a class action lawsuit that was

(1)

1. filed in the Federal District Court in 2012
2. claiming that the medical, mental health and
3. dental care in ADC's state-run prisons and
4. the conditions in the maximum security units
5. are unconstitutional.
6.
7. II. Stipulations:
8.
9. 1. One of the stipulations of the Parsons V. Ryan
10. settlement is: "[M]eals with the same calories and
11. nutritional value as those inmates in other ADC
12. prisons". Also: "The first part of the settlement
13. says that ADC will monitor the healthcare to
14. see if it meets more than 100 different
15. measures".
16. 2. On January 16, 2015 the maximum custody
17. menu was modified in response to the above
18. settlement.
19.
20. III. Opinion of Fairness:
21.
22. 1. The "change" in the Browning Unit menu
23. has mainly consisted of more cookies (with
24. sugar-laden icing) or more pieces of cake.
25. 2. The calorie deficit that existed
26. between maximum custody and other ADC
27. prisons before Parsons V. Ryan is being
28.

(2)

bridged with non-nutritional snacks and desserts.

3. As of today's date (January 24, 2015) it still takes ten to twelve days to receive a response from any Health Needs Request. Also, my asthma inhaler is not being refilled in a timely manner. I request a refill ten days in advance of it running out and my inhaler always runs out before the arrival of the refill.

IV. Conclusion:

As a Plaintiff in the above-mentioned class action, it is imperative that the Court be made aware of the Plaintiffs opinion as to the unfair actions on behalf of Arizona State Prison - Eyman; Browning Unit. The alternative to more snacks could be larger portion sizes of main courses or healthier additions of equal caloric value to meet the other ADC prison meal numbers.

I declare under penalty of perjury that the foregoing is true and correct on January 24, 2015.

Joel Henderson
Plaintiff

(3)