FILED _____ LODGED
_____ RECEIVED _____ COPY

JAN 28 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

PARSON V. RYAN   CV-12-00601-PHX-DKD

OBJECTION #1: REGARDING THE LIST OF CHRONIC DISEASES IN EXHIBIT A, I WOULD LIKE TO SEE DIVERTICULOSIS AND GASTROESOPHAGEAL REFLUX ▇ DISEASE (GERD) ADDED TO THE LIST.

OBJECTION #2: I WOULD LIKE TO SEE A REQUIREMENT ADDED THAT CORIZON PROVIDE A DERMA LINE AT LEAST EVERY 6 MONTHS ON EACH PRISON YARD. DURING THE DERMA LINE, A CERTIFIED DERMATOLOGIST WOULD DO SKIN CANCER SCREENINGS AND MINOR TREATMENT AS NECESSARY. MY OWN PERSONAL EXPERIENCE WITH CORIZON REGARDING A SPOT ON MY FOREHEAD THAT BLEEDS AND NEVER COMPLETELY HEALS HAS BEEN THE CORIZON DOCTOR TRYING TO BURN IT OFF UNSUCCESSFULLY 3 TIMES. MY LAST VISIT WITH CORIZON WAS ON 7 OCTOBER 2014. AT THAT TIME, THE DOCTOR ORDERED A PUNCH BIOPSY FOR ME. I AM STILL WAITING FOR A FOLLOW UP VISIT. (23 JAN 2015 IS TODAY'S DATE)

OBJECTION #3: IN THE STIPULATION, THERE DOESN'T APPEAR TO BE ANY POINT OF CONTACT LISTED FOR INMATES WHO ARE EXPERIENCING PROBLEMS GETTING THE PROPER HEALTH CARE FROM CORIZON. I WOULD LIKE TO SEE A POINT OF CONTACT FOR INMATES LISTED. (PERHAPS THE COURT COULD APPOINT A TRUSTEE).

OBJECTION #4: CURRENTLY, MEDICAL IS UNDERSTAFFED AND AN APPOINTMENT TO SEE A DOCTOR TAKES MONTHS. IT SEEMS THAT AS LONG AS YOU ARE ABLE TO WALK (NOT FALLING OUT) THAT MEDICAL TREATMENT IS DELAYED OR DENIED, THE PROBLEM

with this is that if a person's body is shutting down slowly, when he/she finally reaches the point where they fall out, it may be too late and they die in route to the hospital. For example, I have seen inmates who's bodies are swelling up with liquid to the point where a skinny inmate looks like he is pregnant. How is this not serious enough for a hospital visit? I would like to see something added to the stipulation to remedy this.

OBJECTION #5: I would like to see some "time metric" added for emergency transport to the hospital. It currently takes way too long to transport an inmate to a hospital during a heart attack or other emergency. This is typically caused by waiting for security staff to put restraints on the inmate, waiting for an ambulance to be cleared onto and off of the yard, etc...

OBJECTION #6: In the stipulation under equipment, it says that automated external defibrilators (AEDs) will be maintained and readily accessible to health care staff. It doesn't say whether it is one per yard or one per complex. A large complex like Florence has several yards. I would like to see it specify that an AED will be maintained and readily accessible to health care staff on each prison yard.

OBJECTION #7: The stipulation ~~SAYS~~ says that a first responder trained in basic life support responds and adequately

PROVIDES CARE WITHIN 3 MINUTES OF AN EMERGENCY. WHILE THIS IS A GOOD GOAL, I DON'T SEE HOW IT CAN BE MET AFTER HOURS ON A **LARGE** COMPLEX LIKE FLORENCE UNLESS SOME CORRECTIONS OFFICERS ARE TRAINED IN BASIC LIFE SUPPORT. (UNLESS SOME FORM OF TRANSPORT IS AVAILABLE TO THE COMPLEX RN AFTER HOURS). FOR EXAMPLE, IT CAN TAKE ALMOST 10 MINUTES TO WALK FROM ONE END OF THE YARD TO THE OTHER ON LARGE PRISON YARDS.

THE ABOVE OBJECTIONS TO THE STIPULATION WERE SUBMITTED BY:

_Mark M^c Clure Martin_

MARK MC CLURE MARTIN ADC # 188001
ASPC - FLORENCE / SOUTH UNIT 2A-15L
P.O. BOX 8400
FLORENCE, AZ 85132