Puente, Sammy A#299212
Arizona State Prison-Eyman
P.O. Box 3400; Browning Unit
Florence, Arizona 85132

In The United States District Court
For the District Of Arizona

Parsons, et al,
   Plantiff

v.

Ryan, et al,
   Defendent

v.

Puente, Sammy
   Class member

CV 12-00601-PHX-DKD

Opinion On the Fairness Of Proposed Settelment

Comes now, Puente, Sammy as a member of the entittled class action complaint pursuant to Federal rules of Civil Procedure Rule 23 (d)(iii).

## I. Statement of Facts:

Parsons V. Ryan is a class action law suit that was Filed in Federal Court in 2012 claiming the medical, mental health and dental care in ADC's state-run prisons and the Conditions in the Maximum Security Units are unconstitutional.

## II Stipulations:

1. One of the stipulations of the Parsons V. Ryans settelment is "[M]eals with the same calories and Nutritional Value as those in: General Population" 2. On January 16, 2015 the maximum custody menu was modified in response to the Above settlement Agreement.

①

### III. Opinion OF Fairness:

1. The "Change" in the Browning Unit menu has mainly consisted of more ~~calories~~ cookies (with sugar-laden icing) or more peices of cake.

2. The Caloric deficit that existed between maximum custody and General Population before Parsons V. Ryan is Being bridged with non-nutritional snacks & desserts.

### IV. Conclusion

As a plantiff in the Above mentioned class action, it is imperative that the Court Court be made aware of the plantiffs Opinion as to the Unfair actions on behalf of Arizona State Prison - Eyman's Browning Unit. The alternate to more snacks could be larger portion sizes of Equal Caloric value to meet the general population meal numbers.

I declare under penalty of perjury that the Fore going is true and Correct on January 24, 2015.

Sammy Puente

Puente, Sammy
Plaintiff