FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 28 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1/25/15

To whom it may concern

I'm writing Regarding this case Parson's v. Ryan, CV 12-00601-PHX-DKD well I'm an inmate at the Arizona State Prison Complex, Eyman unit SMU.1 my name is Jose Garcia #240629. And I'm sending you my comments Regarding this Action lawsuit. well first of all there not giving us Hot Breakfast they shorten us out of our meals. were not getting an alot out of time cell. only 1 phone call a week to talk too our family's. all I'm asking is if you guys can please put pressure on D.O.C so they can give us what we got coming that's all thank you very much. Please Respond Back

Sincerly
Jose Garcia
A.D.C. #240629
A.S.P.C. Eyman
SMU.1
P.O. Box 4000
Florence AZ 85132.