Brandon Endfield #286647
Arizona State Prison-Eyman/Browning Unit
P.O. Box 3400
Florence, Arizona 85132

```
FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 28 2015

CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF ARIZONA

PARSONS,
    PLANTIFF(S)
        V.
RYAN,
    DEFENDANT(S)
        V.
Brandon Endfield
CLASS MEMBER

NO. CV-12-00601-PHX-DKD

OPINION ON THE FAIRNESS OF PROPOSED SETTLEMENT

Comes now× Brandon Endfield    A member of the above entitled class action Complaint/Settlement pursuant to Fed. R. Civ. P., 23 (d) iii.

## STATEMENT OF FACTS

Parsons V. Ryan is a class action lawsuit that was filed in Federal District Court in 2012 claiming that the medical, mental health and dental care in ADC's State-run prisons and the conditions in

(1)

Max Custody Units are Unconstitutional.

## SUBSTANTIVE PROVISION AT ISSUE

1. ¶ 28. "All maximum custody prisoners shall receive meals equivalent in caloric and nutritional content to the meals received by other ADC prisoners."

## OPINION ON THE FAIRNESS

1. In regards to Substantive Provision ¶ 28. As of January 16th, 2015 Browning Unit Maximum Custody has started implementing a new menu to be in accordance with said requirements. The understanding of the wording of the stipulation is for Maximum Custody food intake to be equivalent in caloric and nutritional value as other ADOC prisoners. Browning Unit has just been upping the caloric index by numbers and not by portion size or adequate nutritioned food. There should be a full disclosure method set in place to be documented for what food is being served and the nutritional value of these items as well as caloric numbers. (Campbell v. Cauthron, 623 F 2d 503, 508-509 (8th Cir. 1980)

(2)

(diet of sweet rolls an TV dinners was nutritionally inadequate, needs of inmates who work or excercise must be considered).

## CONCLUSION

Convicted prisoners do not forfeit all Constitutional protections by reason of their conviction and confinement in a prison. and I pray that the plantiffs Counsel and Courts take in concern the Opinions shared by all class members in this Settlement.

January 25th, 2015
Respectfully Submitted,
x Brandon Endfield #286647
Arizona State Prison-Eyman/Browning Unit
P.O. BOX 3400
FLORENCE, ARIZONA 85132.

(3)