DAJUAN WILLIAMS #124345
Arizona State Prison Complex Eyman
P.O. Box 3400 / S.M.U. II
Florence, Az. 85132
"Class member," and Party In Interest:

January 25, 2015

1

2  United States District Court

3  District of Arizona, Clerk

4  401 W. Washington St., Ste. 130, SPC 1

5  Phoenix, Az. 85003-2118

6

7  To: Whom this may concern

8  Re: "Supplement" to January 20, 2015 'Statement of Record' / "Objection"

9  Ref: Stipulation / Settlement

10 Case #: Parson v. Ryan, CV12-00601-Phx-DKD

11

12

13  I would respectfully submit the following Supplement to the Record as part of Section

14 II. Issues of Concern, ¶ (C) (Pages 3+4) of the 'Statement of Record' previously submitted

15 by myself.

16  (C) I addressed the insufficiency of the term "Caloric and nutritional value" pertaining

17 to ¶ 28 of the Stipulations on how max. custody Inmates are to be fed. I want to emphasize

18 the point I was trying to make — Because ADC did exactly what I knew they would do:

19 The new "approved menus" for max. custody have been in effect and these are the "changes":

20 1.) Several meals have been swapped out all together — But the portions have become noticeably

21 smaller (presumably, because these "Replacement meals" are of a higher Calorie count?) the

22 rest of the meals remain the same; 2.) the day to day "changes" consist of — two cookies with

23 icing on them (which accounts for a higher "Calorie count") Replacing the normal desert of pudding

24 on a number of the dinner trays; a dry, flat, piece of some type of cake?, has been added,

25 alternately, to the daily "mega sacks" (the sack lunches served in max. custody only, accounting

26 for both breakfast and lunch to max. custody Inmates); a snack size bag of plain tortilla

27 chips has been added to the weekend megasacks; four slices of cheese are being provided in megasacks

28

January 25, 2015

1. where there used to only be two slices meter,
2. That encompass' ADC Response to stipulation ¶ 25.
3. I would stress to this court, therein lies the legitimacy of my expressed concerns in this
4. matter — Because "technically," I am sure that ADC will show that max. custody Inmates
5. are now receiving the same "caloric and nutritional value" as all other Inmates xxx Yet,
6. Somehow, we are still being fed significantly less food!
7. Two points of consideration : (i) ALL Inmates in ADC custody Receive a minimum of two
8. "hot meals" a day, seven days a week — except for in max. custody whereas, for
9. punishment, Inmates only Receive one "hot meal" a day, seven days a week ; (ii) ADC Recent
10. actions show just how frivolous this settlement is (in the Interest of Improvement) an emphasis
11. more than anything that nothing has/will change in ADC ideologies, strategies, and their treatment
12. of Inmates.
13.
14. For these Reasons, as well as the issues of concern previously stated, I strongly urge and
15. Request that this court Reject this settlement.
16. Respectfully,
17.
18. [signature]
19. DaJuan Williams #124345, "Class Member;"    Date
20. Original Mailed,                             Handwritten copies mailed to the following
21. January 25, 2015     to:                     Parties on January 25, 2015  ;
22.
23. United States District Court                 — Prison Law Office (Ca.)
24. District of Arizona, Clerk                   — ACLU National Prison Project (DC)
25. 401 W. Washington St., Ste. 130, SPC 1       — Struck, Wieneke, & Love, P.L.C (Az.)
26. Phoenix, Az. 85003-2118                      — Office of the Arizona Attorney general
27.
28.