Clerk, Court U.S. District Court
401 W. Washington St. Ste. #130 SPC 1
Phoenix, Az - 85003-2118

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 28 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Arturo Arevalo # 182680

P.O. Box 3300 - Meadows Unit

Florence, Az 85132


RE: CV-12-0601-Phx. DKD

    Parsons V. Ryan


Dear Clerk,

    I damaged my right shoulder on a fall playing soccer. I have not to date (about 1 year) have seen the Dr. for my shoulder. I pops out of place and the nerves are damaged that affect my whole right arm down to my hand.

    I damaged my thumb (R) 6 months ago and I didn't submitted an HNR request because medical would have not seen me. Luckly I found an Im who put my bone in my thumb back in place. But to date my nerves in my right arm are effected of healing properly because of Medical.

    I am thought that Medical will not do nothing and that Head Nurse Norma who is not head does selective chosing. I am disillusioned.


Sincerely,

*Arturo Arevalo*

Arturo Arevalo

Clerk, Court, U.S. District Court
401 West Washington St. Ste. #130 SPC 1
Phoenix, Az 85003-2118

Arturo Arevalo #182660
P.O. Box 3300 Meadows Unit
Florence, Az. 85132

RE: CV-12-0601-Phx-DKD
    Parsons v. Ryan
    In Regards for Ricky Burks #139769 pgs. 1 of 5 - 5 of 5

1-26-2015

Dear Clerk,

I am send you this letter in behalf of fellow Inmate Ricky Burks #129769 who is well aware of medical and DOC staff mistreatment of Inmates. He is at the moment in another medical yard (Flamigo?).

Sincerely,
Arturo