Michael J. Cohn #288721
ASPC Lewis, STINER 5A12L
P.O. Box 3100
Buckeye, AZ 85362

1/24/15

Clerk of the Court
U.S. District Court, Arizona
401 W. Washington St. #130, SPC-1, Phoenix, 85003
Re: Parsons v. Ryan/Pratt  CV 12-00601-PHX-DKD
ATTN: Judge Assigned to this case

Dear Judge!

I am writing to notice the court that I allege misconduct in office, malfeasance, other by Richard Pratt, party in this matter as follows:

1) - I allege attempted witness tampering/intimidation for the following reasons:

A) - I was ordered to meet with Mr. Pratt and Mr. Allred, monitor of the contract with Corizon Health on Friday 1/23/15, a.m. I was escorted to the meeting at the Complex Health Unit by Officer Williams.

B) - Mr. Pratt stated he was only present to verify that I was the person who filed a complaint with Adult Protective Services. His demeanor was hostile and condescending.

2)

C) - I responded that if the letter was sent while I was confined at the Yuma Complex it was sent by me.

D) - Mr. Pratt asked what I had done (or words to this effect) prior to sending the letter

E) - I replied I had exhausted my internal remedies and was left with risk of future harm, a violation of my 8th amendment rights, etc.

F) - There was no meaningful attempt to resolve my issues.

G) - There was additional discussion and the meeting was terminated. I was escorted back to the Unit by Officer Williams.

H) As I understand it, an ADULT Protective Services investigation may result in criminal charges against Corrections officials.

2) I request "whistleblower Protections" as Mr. Pratt indicated he was aware of my letters to this court. My requests are as follows:

A) - Mr. Pratt should be restrained from witness/victim contact.

B) - I request a Writ of Habeas Corpus ad Testificandum to testify at the Feb. 18, 2015 hearing.

C) I request a Writ of mandamus transferring me to Home Detention for my protection

3)

from retaliation. I will also be able to pursue and pay for my own healthcare.

D) - I request a restraining order restraining the Arizona Dept. of Corrections as follows:

-1) Protection from searches and seizure of my person/property without probable cause & Legal paperwork.

2) - Protection from intraunit/extraunit transfers without my consent.

3) - Protection from interference with my incoming/outgoing corresspondence, visitation, and telephone calls.

Declaration

I declare upon penalty of perjury that the foregoing is true and correct to the best of my knowledge, perception and understanding.

Respectfully submitted,
Michael J. Cohn, Ed.D, #288721
Michael J. Cohn, Ed. D.

mailed on: 1/24/15