Rickey Lyon Burks #123969
ARIZONA STATE Prison Complex - Florence
South Unit
PO Box 8400
Florence, AZ 85132

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PARSONS, et.al, Plaintiffs, vs. RYAN, et al., Defendents, | COMMENT ON FAIRNESS OF PROPOSED SETTLEMENT BY MEMBER OF ThE CLASS |

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 28 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

COMES NOW, Rickey Burks, an Arizona State Prisoner A Member of the PARSONS class to Comment on Fairness of The Proposed Settlement.

I. Reasons why ARIZONA DEpartment of CORRECTIONs CANNOT OBJECTIVELY MONITOR HealTh CARE RESPONSIBLY AND AN INDEPENDANT OF FEDERAL MONITOR should BE APPOINTED TO REPORT TO PLAINTIFF's ATTORNEYS And court

1. Dee Since December 12-2013 The ARIZONA DEpartment OF CORRECTIONS Was well aware of my InJuRES. Multiple interuption of care, and an attitude of deliberate INdifference has subjected me to serious harm. The irresponcibily of the officisls of ARIZONA Department of Carrections - so-called monitoring of health care during this time until The date of this writing is A strong reason As to why ADC cannote be a Monitor of health care (see ADC medical Grivence case# NO. A02-095-014

2. IN 2013 AS A result of the CARE I I eventuelly received. I could no longer Walk But the frist contract health care was indifferent. Now the second medical contract health care Provider corion Health Inc. is indiffrent ageain the delayed untimely Treatment That Arizona Department of correction Director is aware of A INformal complaint Resolution
   I still am not receiving the care and Treatment I Need for my InJuerys This is A storng reason why ADC cannot honorebly and objecttively monitor Health Care. - 2nd this court should appoint an Independent or Federal monitor to monitor healthcare and report Plaintiff's Atoneys and this Court

II comment on Fairness of plainTiffs ATTorney FEES
1. This member of the Class believes the ATtoRNeys For Plaintiffs should be compensated for the painstakaking efforts to bring the deplorable civil right violations to light all the while The AIRzoNa Department of corrections has abdicated responsibility using learned tactics to obfusete the facts as though they had No knowledge and made Allowences for the Abuses. However, I Rickey Burks reserve my Rights to pursue dameges in A seperate Action for the damage incurred through deliberate indifferences. RESPECTfully subMITTED This 23 Day of Janaary 2015
BY Rickey Burks
_Rickey Burks_
Member of the Class

Certificate of Service

I hereby certify I mailed this coment on The Fairness of The Proposed settlement of Parson v. Ryen CV-12-00601-PHX-OkD, As a member of the Class This 23 Day of January 2015 to:

CIERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE
SUITE 130. 401 WEAST WASHINGTON STREET,
SPC-1 PHOENIX, ARZ 85003-2118

DATed This 23 Day of January 2015

BY: *Rickey Lynn Burks*
RICKEY LYNN BURKS
A MEMBER OF THE CLASS