Lolo Sauceda
6301 W. Palm Lane
Phoenix, Az. 85035
Ph. 623-846-4159        Re: Inmate Daniel A. Sauceda DOC # 278089
e-mail lolosauceda@yahoo.com

Honorable Neil V. Wake        Re: CV12-0601-Phx-NVW, Parsons v. Ryan
Clerk, U. S. District Court
401 W. Washington Street
Phoenix, Arizona 85003-2118

Dear Sir,

I understand you wanted comments with regards to the proposed settlement. I believe Arizona Department of Corrections is still not medical care to its inmates. I am writing on behalf of my son Daniel A. Sauceda an inmate incarcerated at Arizona State Prison Lewis/ Backman Complex in Buckeye, Arizona. He is having a difficult time obtaining medical and dental attention. It seems someone is asleep at the wheel. Perhaps you may be able to help us. I am sending a copy of the letter I have sent ASPC- Lewis-Backman and others.   God bless you, thank you so much for lending a helping hand.

Complaints and filing Health Needs Requests (HNR)'s continue to fall on deaf ears Arizona Department Of  Corrections and ASPC- Lewis-Backman.

     I am writing on behalf of my son Daniel A. Sauceda to complain about his treatment at: ASPC- Lewis-Backman infirmary on October 22, 2014. Around 9 p. m. he wert to Bachman infirmary with severe stomach pain. My son Daniel Anthony Sauceda is very ill and in pain at ASPC- Lewis-Backman . He informed me that when arrived at ASPC- Lewis-Bachman infirmary a Nurse "Garcia" told him why don't we just take you out back and shoot you. This may have been in jest, but I found it totally inappropriate for a medical professional to make such comments to someone who has come to them in pain. Daniel asked to be sent to a local hospital for an examination to determine the source of his constant pain. I would like an apology for my son from your medical staff. She also informed my son that there were no doctors on duty at the time and she could not authorize a visit to a local hospital.  Since he has been incarcerated at Arizona Department of Corrections, he has reported that he has a hernia that needs to be repaired because it "pops out" and suffers a lot of pain in the groin area. They even took his hernia belt away from him. He also suffer from shoulder pain. When he complained of shoulder pain, he was diagnosed with "frozen shoulder." He has received no treatment for his shoulder. I am sure that you are aware that if a frozen shoulder is not treated in time  the damage caused irreversible.
     Enclosed are copies of the HNR, my son Daniel has filed with ASPC- Lewis-Bachman so that you can see for yourself what he was diagnosed with and the inadequate  medical treatment he has received a ASPC- Lewis-Bachman.
     Daniel has also experienced delays in his dental care. He has filed several HNRs in 2013-14 complaining that he needs dental work. Each time he was seen, Daniel was given an oral examination and told they would get to him later, forcing him to restart the process. He had some of his teeth  extracted but the process has yet to be completed. He is not able to eat any solid foods because he has no teeth.
     In my humble opinion and that of the courts have found that doctors and staff  Corizon

Health and Arizona Department of Correction are "deliberately indifferent to the substantial risk of pain and suffering to prisoners, including deaths, which occur due to Corizon Health failure to provide minimally adequate health care, in violation of the Eighth Amendment."

What is going on? I have repeatedly called Arizona Department of Corrections Health Services contract monitoring bureau telephone numbers (480-897-9515 ext. 2513), I called Corizon (855) 276-5416, no one answers the telephone, message says leave a message and telephone number and we will get back to you. Same thing when I called Assistant Directors phone number, same thing when I call Lewis Prison complex same thing when I tried the Bachman Unit, no one answers the telephone or returns calls. I called Constituent Services (602-364-2039). Constituent Service told me they do not respond to medical issues and to call Corizon at (855-276-5416) again no one answers the telephone and no one returns calls. Again, what is going on?

I am quite concerned that no one seems to be following his care, and no one has taken the time to explain his current status to him. I am asking you to review his chart and make sure he gets the proper medical care he needs. I look forward to your prompt response.

Also Daniel has received inadequate mental health care, including abrupt stopping and starting of medication, inappropriate medication, and delays in follow up appointments.

I would appreciate it if you would carry out a full investigation into my concerns and provide a full response in accordance with the NHS Complaints procedures.

Sincerely,

Lolo V. Sauceda

cc: Honorable Neil V. Wake, Clerk, U. S. District Court
cc: Health Services Contract Monitoring bureau
cc: K. Pereira, Public Access Supervisor, Lewis/Backman Complex
cc : Dr. Richard Merchant, Medical Complex Lewis/Backman Unit
cc:: J. Scott Conlon, Attorney for Corizon Health Services, Inc.
cc: Antonio Barrios, Deputy Warden, ASP Complex Lewis-Backman Unit, Buckeye, Az.

PHOENIX AZ 850

25 NOV 2014 PM 10 L

LOLO SAUCEDA
6301 W. PALM LANE
PHX AZ 85035

Honorable, Neil V. Wake
Clerk, U.S. District Court
401 W. Washington Str
Phoenix AZ 85003-2118

85003213099