Julie K. Pavlich, #128948
ASPC-Perryville; Unit-
San Carlos; 62-A-25
P.O. Box #3700, Goodyear, AZ 85395
January 23, 2015

Clerk of the Court
U.S. District Court
401 W. Washington St.
Suite #130, SPC 1
Phoenix, AZ 85003-2118

FILER ___ LODGED
___ RECEIVED ___ COPY
JAN 29 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Parsons v. Ryan                    Case No: CV12-00601-PHX

COMMENT TO MAGISTRATE JUDGE DUNCAN
From MEMBER of PLAINTIFF CLASS
For Fairness Hearing - FEB. 18, 2015
@ 1:30pm in the SPECIAL PROCEEDINGS COURTROOM

After reviewing all Stipulations and Provisions, I can personally name the following Categories and Measures that DOC/Corizon are not even close to adhering to. Not only prior to Settlement but blatantly disregarding after October 14, 2014. Here are the Categories and Measure #'s:
Pharmacy #13, Access to Care #37, Diagnostic Services #47, Specialty Care #50, Chronic Care #53, #54, #55, and #56, Preventative #59. I would like to include some under the category, Mental Health but I have never received my Mental Health Score even though I have requested numerous times. On the Serious Mental Illness Determination, I am suffering from the following Disorders: Anxiety, O.C.D., P.T.S.D., Depression

and Mood Disorder. Additionally, after filing for Rule Eleven (11) in Maricopa County, I was determined to be C.I.M.D. I should be listed SMI from that Determination and receive all additional benefits due SMI.

On a separate note that fits in with Mental Health, I was "PUNISHED" for writing too many HNR's (I could not see Medical and Mental Health Providers — and they never responded.) I was called to medical at 8AM on Friday 9/20/2013. Instead, I was handcuffed and shackled and driven to Lumley, 30 Yard, which is Death Row and SMA. I was stripped naked and my bra and panties were taken as well. I was placed on 10-minute Suicide Watches. I was given a "horseblanket" type sleeveless dress with velcro closing front" (NO UNDERWEAR) I was stripped out NAKED 3 times a day, Every shift change and the male officers were right there. I had a mat the thickness of a Yoga mat, no pillow, and a blanket, same material, but permeated with MACE. I had to face the door at all times and could not have arms under the blanket. I had no cup for water, only hot worked on the

PAVLICH #128948

sink, no soap, no toothbrush, etc. I had to beg to get toilet paper. After (6) tortuous days I was directed to put on my clothes and to get in the van, I was going back to my yard, San Carlos. Later on, I was told I was sent to Lumley 30 yard as punishment because I was trying to "DICTATE" my treatment. From there my health issues, chronic neck and back pain, deteriorated rapidly. Almost three months to the date of my "punishment" I was diagnosed with Advanced Degenerative Disc and Joint Disease. (Chronic Care.) I had already been begging for an MRI since I was in RNA on 3/8/2013. DOC/Corizon continually ignored me and by the time they did anything I had permanent damage to my left arm & hand; and weakness in left leg. Finally received an MRI on 1/21/2014. It was not until a Neurosurgeon from St. Joe's Hospital/Barrow Neurological Center called on 3/13/2014, That He demanded to know why I had not been in to see him. He told "Medical" to get me to Medical ASAP, put me in a Cervical Collar, stabilize me and call an ambulance immediately. He would do emergency surgery. I was basically stumbling around on a yard of 1250 females and my skull WAS NOT ATTACHED to my

#3 PAVLICH #128948

Cervical Vertebrae. The Neurosurgeon Dr. Kumar Kakarla, told me I could have just died instantly or at best(?) be a quadriplegic for life. All thanks to DOC/Corizon. I am still in a wheelchair and now once again (lower lumbar) they refuse to do an MRI, because Corizon won't PAY for it. Considering the nature of my disease they should have done a full body scan the FIRST time. Well after six hours of surgery with 2 Neurosurgeons, 65 stitches with 3 Titanium rods and 8 screws they still don't get it. (My neck was "rebuilt.") The joke of it is that in 2009 I had an "accident" where I fell from 2nd floor concrete steps onto concrete landing, I was knocked out and never received the MRI then. When I was released in April 2010 I had to start at the beginning — I had NO MEDICAL care then for over 15 mos., except for IBU's 3x daily. So when I presented in March 2013 I was a healthy 53 yr old female with Chronic Neck & BACK PAIN. Now, not so much! Please help me! This should NOT happen to anyone, I am losing MY LEGS now PLEASE HELP!

Sincerely, Julie K. Pavlich #128948