1/26/15

PARSON V RYAN
CV12-00601PHX-DKD

LARRY DONNELL DUNLAP
Adoc #124173
Aspc-South Unit
PO Box 8400
Florence, AZ 85132
520 868 4011 ext 5614

Dear Honorable Judge David Duncan,

This is my second letter objecting to this proposed settlement in its entirety because Corizon has not changed its position of changing its procedures towards providing medical care to us in Adoc prison. Corizon has told Adoc staff that they are to evaluate inmates, to screen all inmates with emergency. Corizon has instructed Adoc non-medical staff, officers to threaten inmates with severe disciplinary major ticket if Adoc staff has to activate an emergency medical alert that shuts down the prison yard. In order to go to the Medical Unit for emergency treatment, Adoc non-medical SGT, LT and others have to question the inmate to see if he has an emergency. These Adoc staff

(Adoc non-medical) after their personal evaluation tells the inmate he can wait, just drop his HNR (emergency) in the Inmate Letter Box and he will one day be schedule to be seen. Adoc staff do not check with Medical staff they base their decision on their own personal opinion. 12 men have almost died, because of the lack of treatment and some of these men injury are permanent because they did not get early treatment. Inmates cancer treatments have been stopped by Corizon in the middle of their treatments so Corizon can evaluate cost. How low can a business get to deprive a person of cancer treatment. I worked as a peer Health educator teaching men about Hepc-HIV Smoking danger, diabete, spit tobacco danger. It was being sucessful with an average of 83 men weekly attending these classes I taught. The person in charge of this program pull the plug on this program and I am not allow to teach men about how they can avoid these disease or how they can be treated. And Adoc Director Ryan wants to ~~stettl~~ settle this case quietly without the public knowing the truth.

If this Court Accept this proposed Settlement, this Court will have blood of these inmates on its hand. This deal

do not address the overcrowding, the staff abuse of Inmates and this proposed does not expose the depth of the corruption in this system. But allowing this to go to trial the public is going to be outraged and the public will demand accountability from those in power in this state.

I am trying my best to express the dire Emergency that we are facing. Men are dying because of NO treatment. We are being told now that unless we are dying if staff have to activate an emergency (ICS) and staff finds out later that it was not an emergency then you can be moved to the hole for 10 days as a punishment. This is the type of intimidation, threatens that are being used to discourage men from seeking treatment. So now other inmates are performing surgery on other inmates, and inmates are using their own medication to help those men who are in pain. Inmates are not told about Medication interaction and men are being poison and having small heart attacks. I am not lying, I am speaking the truth. I witness these increasing incidents daily. In Ending I plead with this court one more time, Please do not allow this class action to be settled out of court Please allow this action to go before the public let them (the public) decide the matter. Thank you Larry Dunlap