FILED
RECEIVED
LODGED
COPY

JAN 29 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY                    P DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICE
AND IS SUBJECT TO REJECTION BY THE COURT
REFERENCE (Rule Number/Section)

CV12-4,17,(1)(2),(3)

Parsons V. Ryan  CV 12-00601-PHX-DKD                    01-09-2015

To whom it may Concern; I'm an inmate at the tucson Complex and have been Since october 14th of 2013, I can say without a doubt that each and everyone of us serving a sentence as punishment for a Crime against the law's of Society extend's much further once we are in the Correctional institution. I know the life I have lived in here is Causing extreme mental Anguish, Not only for the little things that we take for granted in Society, but the Continueous wait in long Line's that usually ends up with getting nothing resolved or accomplished. The mental effect's that we get from not getting Anything resolved or accomplished builds up Anger, And once other inmate's sense the Anger then it affects them and that's when bigger problem's rise from it. I will mention a few without getting into detail's of problem's that we feel is unecessary. The Amount of nutrition that we receive is not enough and feel that the Nutrionalist who did there research on Portion Amount for the Amount of population was done a long time Ago and needs to be re-evaluated as the Amount of prison population has severely increased since this was done. The amount of hygiene that we get is barely enough to keep clean, And is only available if we meet the criteria, As well wait until we get approved which usually takes two to three week's. By the time we get approved and recieve the hygiene, its owed out because you have to pay back what you borrowed plus a percentage of interest on top of the borrowed amount. Another problem is Adequate medical Care, I know that I myself cannot control Coughs, Colds, And headaches that just arise to one's body, but with the available access to over the Counter medication Such simple health issues like toothaches, Earache's Can be timely Cured, and wouldn't get worse from the long wait in getting Simple over the Counter medication.

Medication that we cannot get until we order it from Canteen and wait till it comes in a week or so later if they have the supply available, or wait a longer time by putting in H.N.R to the medical facility and wait for weeks to be seen on the H.N.R and symptom's that's usually gone by the time you get seen on it. I know other Institution's offer a pill call slip that can be turned in as soon as you feel you need an over the counter medication and can recieve it on the next pill call visit that is regularly scheduled. This is not how it's being operated and it's not right to have to pay an extreme amount to another inmate cause you had to go to them for some over the canter medication that normally will cost a person double the amount that you borrowed. You can't get ahead if you have to constantly borrow and pay back double the amount being that the person who borrowed is on indigent status and don't get any financial support from there people on the out's. I think its unfair that there's No settlement for us as inmate's who have to endure the Life's condition's in these institution's, And that the settlement awarded only goes to the attorney so that it can go toward's paying the Institution's and it's affiliated Department's to try and provide a better service onto the inmate prison population. I believe that the financial personnel who handles the budget aint utilizing the money for capátal gain so that it grow's in a percentage gain Account, with the amount payed out by taxes and put into these facillities to keep them afloat which I'm sure is a large Amount that if budgeted right by an Accountant can double the amount of that budget in a one Year's time in a proper Account. I think the settlement should Go toward's the inmate's immediate well being in that we should get better or more hygein, better or more Nutrition, Newer or the Abillity to

Have clean cloth's and shoes that have some comfort and sole's so that the nerve's in our feet aint hurting from walking on the hard concrete floor in the correctional institution. I also believe that if a pill call slip system was available then we could get over the counter medication faster and more efficiently. I feel this will solve sudden health problems that occure and perhaps give a few more cent's to the capital gain of running a medical company that is providing health services onto the inmate's. I think its necessary to start a pill call system so that our sudden health issues can be resolved in a timely mannor, with recieving a reasonable amount of day's for the fair amount to be withdrawn from each of our account's upon the pill call request. I believe this matter is a humanitary issue as I'm able to go to a drug store on the out's and buy over the counter medication when its needed. I would explain the budget concern's as giving just a rough ball park figure, if it is costing the taxpayer's a hundred dollar's a day for one inmate and there's fourty five thousand inmate's in the Arizona institution then that amount is four point five million a day to house the entire prison population in Arizona. I know this business wouldn't exist if money wasn't being made or gaining a large capital gain that should be happening if the accountant is budgeting the money correctly, so I feel there's no exscuse for the punishment to exceed beyond just serving out a sentence if there's proper medical systems in place to make us get adequate medical care, And if were complying with the rules by the officer's. The not having hygiene available immediately is unacceptible, Toilet paper only given out every eleven days in some cases is to long to wait. We do on occasion get runny noses as well make more stops to the bathroom from time to time. This I feel is added unecessary punishment that we shouldn't have to endure. I feel I'm being held accountable for the system's budget mishandeling.

I would hope this Can give you a better picture as to the Life inside the institution's and that you Can have a better way to use the Awarded Settlement rather then to give to A.O.O.C and its Co-Affiliated Company Corizon Medical. Health start's with the Immediate Living Condition's and up keep to one's body, Cleanliness is healthiness, Immediate relief of ariseing health issues is a Cure to a bigger health issue that may occure if not timely treated, More Nutrition would keep a person healthy and the feeling of more energy So that they Can have the energy to keep themself Cleaned and hygeined. cloth's and Shoes that are usuable to wear rather then to use as a cleaning device or to make Deal's with So that you Can make the person who has alot of Canteen Look Like he is cleaner then other's just so you Can beable to Consume some more Nutrition that your not getting from the provided Nutrition that we get on a daily bassis. I thank you for Reading and understanding the Life of a prisoner doing time in the Arizona Correctional Institution and hope that changes can be made to the immediate prisoner's rather then to the Department's running it.   Thank you!

Sincerely; James T. Goodson Jr. AOC# 214066

James Goodson

01-09-2015

A.S.P.C - Tucson Complex / winchester

P.O. Box 24407 - 3A-1-B

Tucson Az. 85734

This Letter is Solely for the purpose of Commenting on The Settlement and give's a Suggestion on where the Settlement Money Awarded should go. This Letter is in no regard's to a Legal petition by Law, however it's better to send One Letter that Several of People Agree on A Comment and Suggestion then to recieve many of Seperate Letter's that May or may Not be read. I think if there was an Assestment or Evaluation that was Conducted on behalf of The inmate's and the A.D.O.C who Let these people Come in here to Evaluate to gather enough information to file and have a Lawsuit to file and win a Settlement out of Court, Then I think it's only right that we can Agree and Comment on the Settlement and Suggest where the Settlement money Awarded should be dispursed at. You have the right to dispose of this Comment and Suggestion Cause the Case has already been decided And Awarded. Again I remind whom ever is in regard's to the Comment's reading them that this is only a Comment and Suggestion and in no way is Apart of the Legality or decision on the Case. Thank you

Sincerely; Concerned Inmate's of
The Arizona Department of Correction's
Dated - 01-09-2015

Petition of Agreed Inmates of Letter on Settlement

Name's                                    A.D.C #'s

1. Goodson James                          214066
2. Anthony Randall                        255810
3. Mohammed Amin Sobhani                  272660
4. Alvaro Rivera                          282087
5. Joseph Dowick                          130099
6. Elliott Buckley                        213488
7. Karl Drew                              252267
8. Dave Slim                              283448
9. Duick Wilbur                           044010
10. Cages Ri                              64955-2
11. Ramon Miramontes                      295556
12. Shane Leon                            203053
13. Michael Nelson                        199383
14. Enrique Alvarado                      212869
15. Lester Jodie                          269779
16. William Martin                        296354
17. Jeremy Dempsey                        263179
18. Ethan Echols                          293730
19. James J. O'Brien                      147941
20. Billy C. Cox                          135741
21. Suayha Muhamad Alsaud                 108844
22. Jason Mikrut                          147125
23. Mario Mendez                          175163
24. Andre Dobbin                          204117
25. Michael Dries                         035632
26. Elijah Wright                         294712
27. Clifford Tanner                       241706

Petition of Agreed Inmates of Letter on Settlement

| Name's | A.D.C #'S |
|---|---|
| 28. Rancy Russell James Russell | 210255 |
| 29. Mustapha Kaazim | 046033 |
| 30. Donald Mayo | 057406 |
| 31. Hunsey Lawrence | 042331 |
| 32. Dillon Wyber | 294609 |
| 33. | 296458 |
| 34. Kulie Gullenhouse | 248849 |
| 35. | 238184 |
| 36. Michael Ning | 241571 |
| 37. Matthew Sanchez | 292726 |
| 38. | |
| 39. | |
| 40. | |
| 41. | |
| 42. | |
| 43. | |
| 44. | |
| 45. | |
| 46. | |
| 47. | |
| 48. | |
| 49. | |
| 50. | |
| 51. | |
| 52. | |
| 53. | |
| 54. | |