Date: 1/23/15

To: Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St, Suite 130, SPC 1
Phoenix, AZ 85003-2118

From: James Baxter McCleve, ADC #177261
Arizona Department of Correction
Eyman Complex, Cook Unit
PO Box 3200
Florence, AZ 85132

CV-12-601-PHX-DKD

District Court:

    Cook, Winchester, and Meadows Units were never designed to house disabled inmates, especially those of us in wheelchairs. The modifications were an attempt that is in violation of the American Disability Act, the Civil Rights of Institutionalized Persons Act, State and Federal Law and the County Building Code. The Primary dedication of the Contracted Medical Corporations is Profit. The medical care we receive is criminal, resulting in our deaths, permanent pain and damage and many of our medical equipment and devices are not issued to new inmates. We do not have enough doctors and nurses and many of those we have are not qualified or dedicated, except for a few who are.

    Our current wheelchairs wheel bearings wear out much sooner than the previous, both are from overseas, China or maybe India. I am told that these new, cheaper wheelchairs must be assembled, and the older ones come complete. They come in 3 widths, and the widest ones won't enter the toilet stalls unless they are

Page 1 of 6

collapsed, and some of us are unable to walk. With a collapsed wheelchair into the stall. Also, the toilet and shower stalls are in violation of ADA specifications. The door in the toilet stall is directly in front of the toilet, so the wheelchairs must enter at an angle.

Both Cook and Meadows are of newer design than Winchester. Cook and Meadows were built with 24 or 26 bed in each section, and each section has three toilet and three shower stalls. In an attempt for ADA, two bed spaces and one toilet and shower were removed from each section. This number of beds per toilet and shower are in violation of the county building code and I'm sure, in violation of ADA, we don't have the ADA requirements. In the 1990's all of our Law books were removed from the Prison Libraries, as well as all typewriters, and perhaps the ADA requirements were also removed. I obtained an 11 page list of ADA information which had the address — U.S. Department of Justice, Civil Rights Division, Disability Rights Section. It has the phone number but no address. We can't phone from Prison without authorization from each address. I had the address and wrote to the U.S. Department of Justice, that there is no ADA info in the Prison Libraries, Please send us that information, no response. It takes months or years for the U.S. Department of Justice to answer my letters, and only that they are too busy to assist us, we must get help from local organizations. Very few of us have $5,000 to pay a lawyer from one of them.

I am 77 and after 5 strokes my writing wanders astray. When 12 overhead bunks were installed in my ADA 5A section with

22 beds and 2 toilets and showers, I filed a grievance on 1/5/09. After there was No ADA Van available on 7 consecutive trips for carpal tunnel surgery and to determine the advance of fatal malignant melanoma, I filed another grievance on 3/6/09. Eyman Complex only ADA Van had been in the garage for months, waiting for funds to buy a New motor. On 4/16/09 I was moved to Winchester on Florence Complex only ADA Van.

At Winchester ADA 8B there were 50 of us, and still with only two ADA toilets and showers. I made one trip on Winchester's only ADA Van before it's electrical system burned out, and it took two years before it was repaired or replaced. I made one trip to a cancer specialist at Gila Bend and that Winchester ADA Van's radiator boiled out when we arrived. An ADA Van from Eyman or Florence returned me to Winchester. When I was moved from Winchester to Meadows there was No ADA Van, I had to lay on the floor with other ADAs, for the seats were already full.

On 10/5/13 I moved again to Cook and all the overhead bunks were still there and in use, I wrote to Deputy Warden Freeland of the overcrowded unit, and he replied that the Cook population would soon be reduced. As of today only 4 overhead bunk in ADA 5A are vacant.

I have learned that Cook, Meadows, and Winchester have only two ADA Vans, one so old and unreliable it is restricted for transport within it's assigned complex. Often one or both are out of service at the same time. I also have documentation that CO IV Tucker, Captain Iovino, and Dr John Wohler made an agreement in writing, their attempt to require

me to accept transport in other than an ADA VAN. Wohler himself had assigned permanent ADA transport for me, three months previously. This signed agreement is a conspiracy, a Felony Crime.

The State of Arizona and it's Department of Correction do not have funds to provide enough doctors and nurses, ADA Vans, or repair the buildings which are deteriorating. All of Arizona's Prisons are filled with overhead bunks, and without increasing the toilets and showers. Recently a few of Arizona's inmates have been moved to a private prison, Red rock. Unless it's the same size as all of Arizona's prisons, we will still be illegally overcrowded.

Without ADA transport I still need carpal tunnel surgery. There was no order to repair the torn muscles in my left shoulder or ADA transport for surgery — Now both my shoulders are frozen, I can't raise my hands above the top of my head. When the new lense on my left eye came loose after a cataract operation, there was no ADA van for 6 months to repair it — Now I'm blind in my left eye. I have been approved for treatment of my 20/50 right eye for 6 months. Last week an eye doctor came to Cook and now that vision is 20/100. I've needed a new wheelchair, or the bearings replaced in my old chair for 3 years. If my aide pushes me past slow I almost run off the side of the sidewalk.

The Parsons v. Ryan, as well as the Federal Lawsuit filed by the ACLU and the Prison Law office, will do little to improve Arizona's Prisons, and no financial compensation for the Permanent damage, Pain, added deats that's been caused. On 11/2/14 I filed a lawsuit, as

have several other cook ADA patients. Even if we live long enough for the court to rule in our behalf, we still must have more doctors, nurses, and prisons in compliance with the American Disability Act.

In the 1970's Arizona's prisons became so overcrowded, first time convicted inmates were granted early release, provided a responsable citizen would accept and supervise a released inmate. I was a friend of a younger man who had dropped out of high school with his pregnant ~~girlfriend~~ girlfriend. I owned and operated a Custom Gunshop, building firearms and rifles for African Big Game, a Smoke House resteraunt, and a Harley-Davidson Dealership, each business with several employers. My young friend, who had been convicted from smuggling mariduana from Mexico to Arizona, wrote me if I would accept him. When a parole officer came to my gun shop to ~~be~~ enterview me he immediately refused to release an inmate where so many firearms were at reach. I replied that I don't allow any of my employers to use drugs, or even smoke tobacco in my businesses. If I caught my friend violating his parole or my regulations he would need hospital care when I escorted him back to prison to complete his sentence.

Ron Logan assisted me in my businesses and slept on the couch in the living room of my house with me, my wife and our kids. He completed his sentence successfully. Each month he writes to me here, we never dreamed I would be here from my efforts to reverse ~~reduce~~ my sentence have failed.

Even if I win a financial settlement from my lawsuit, without for better medical care and in an ADA section that is in compliance with the American Disability Act, as well as

Page 5 of 6

all other acts and Laws that are violated by The ADOC and the State of Arizona, I can't survive here in prison much longer.

Three years ago the ACLU and the Prison Law Office filed a Federal Lawsuit against ADOC and Charles L. Ryan. In 2009 the State of California received a Federal order to release 40,000 inmates to reduce the overcrowded prisons and understaffed medical care, as have several other States. Even the Federal Prisons have released their overcrowded excess.

Arizona's inmates must also be released from our overcrowded prison, beginning with those of us who are elderly and disabled and can not survive here much longer. Even if we must live in the streets and sleep in the alleys we will survive much better than remain where we are.

Since 2003 I've collected a massive number of documentation of the deplorable, illegal conditions of Arizona's prisons. Almost all of my grievances and appeals have been denied — These denials will be included in my Lawsuit. If Parsons v. Ryan are interested, I'm confident that the Court will provide copies.

Most Sincerely

James B Melvi

Copies to the ACLU
Prison Law Office