Parsons v. Ryan
CV 12-00601-PHX-DKD
or
DJH

Clerk Of the Court

I personally want to Thank the Court for acknowledging that we are human beings, as their are still things that need to be address, in these Maximum Security Units (Detentions)

Everybody in these Maximum Security Units are not allowed to wear any shorts or sweat pants or sweat shirt going to recreation or to wear shorts to and from the shower, as does general population, as it states in policy

It is very degrading and humiliating, not being able to cover one self to and from the shower in front of Women or having to exercise in your boxers, with your penis having to be expose or your boxers in your buttocks, even to wear shorts in your cell in the extreme heat and sweats in the winter outside.

Also in many Detention, the food does not come in warmers, the food is always cold, unlike general population

Their is always One (1) Doctor to the whole Complex, which creates a serious back ups of months in waiting to see a Doctor; as I am still waiting to see Dental since Dec. 15, 2014 (Documented) as to the Dentist to get dentures, two years approx.

Thankyou Respectfully
Robert L Brown 132632
ASPC Tucson - Santa Rita
Box 24406 Tucson Az 85734