Parson vs. Ryan
CV 12-00601-PHX-DKD
Donna Iman ADC # 293576

Plaintiff class member comments on settlements Agreement

FILED
RECEIVED
JAN 30 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

I am Adding this to the fairness hearing on February 18, 2015 @ 1:30 PM in special Proceeding courtroom, magistrate Judge Duncan Presiding

I am 47 years old. I have a 6½ year sentence at San Carlos- Perryville womens.

I would like to know why and or see Perryville offer more educational incentive programs that offer early out programs Like AT THE MENS PRISON.

I would like to eat the same basic food Like THE MEN EAT. The ladies here prepare at complex Kitchen; fruit, waffle, bacon and sausage FOR THE MEN, WHY DON'T WE GET THE SAME?

I understand men are being released Under this Aegis Settlement? Why aren't the women?

The health care here has not changed. When is it going to go Into effect?

Thank you,
Donna Iman - Donna Iman
ADC # 293576

Rochelle Iman
9055 E. Catalina Hwy Apt 1417
Tucson, AZ 85749

PHOENIX AZ 852
28 JAN 2015 PM 3 L

RECEIVED
JAN 30 2015
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States District Court, District of Arizona
401 W. Washington St. Suite 130, SPC 1
Phoenix, AZ 85003-2118

85003215861