FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 30 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Kevin Rivero #097963
Arizona State Prison
Lewis Complex - Bachman Unit
Po Box 3500
Buckeye, Az 85326


Re: CV 12-B0601-phx-DKD


Jan 23, 2015


Dear Sirs:

    I would like to inform the Court in Regards to the Parsons vs. Charles Ryan Civil Action that I have Not been treated any where close to the standards set forth in the courts orders in regards to this case.

    I have been in the hospital 4 times within the last 3 weeks due to complications that stem from my Hep C that has Not been treated since I was diagnosed in Aug 2008.

1 of 4

I have requested treatment and continue to be denied and have medical paper work to provide evidence of this. I now have went untreated for so long that my Hep C has caused my liver to develope Cirrhosis, and ADOC still has refused to provide me with any treatment to attempt to stop the progression of the severe liver damage I suffer from.

I have bleeding ulcers which I was in ICU last week, and other problems in my esophegus that are a direct result of my liver damage and Hep C which almost caused me to bleed to death in July of 2013. As of Friday January 9, 2015 my last Corizon provider appt I was still denied any type of treatment because my liver count is still not "elevated enough" but yet I have developed Cirrhosis of my liver.

I feel Corizon is going to continue to deny me any

2 of 4

form of treatment until it is too late, and I begin to have liver failure.

I also recieved a MRI 3 weeks, ago. and the doctor at St. Lukes of Tempe's diagnosis was Spinal deterioration of my L3 and L4 disk, as well as Ciatic Nerve Damage, and he recomended that I see a specialist to determin what type of treatment would be the best form of procedure to rectify the problem. Again on my January 19, 2015 appt. Corizon provider refused to submitt the referal request.

I am in desprate Need of help to Force ADOC Corizons health care company to provide me with the proper health care treatment to help me with my Chronic health care issues, Before it is too late. I do not want to die in ADOC due to thier Health Care Providers Neglegents.

3 of 4

Please advise me of how I should proceed with the courts orders so that the Corizon Health Care providers for the Az Dept of Corrections has to treat me with the proper Health care I need as outlined in the Civil Action that was brought against ADOC, due to their past Health Care negligence of not providing inmates with Chronic Health Care the proper medical needs.

I thank you for your time and consideration with this issue, please notify me if there is anything that I can do to provide any supporting documents with my claims of the poor Health care I continue to receive at the Lewis Complex Corizon Health Care Providers.

Sincerely
Kevin S. Rome

4 of 4