Ernie P. Ortega #174460
S.M.U.I. House 2 B-20
A.S.P.C. Eyman P.O. Box 4000
Florence, Arizona 85132

☒ FILED   ☐ LODGED

# Jan 30 2015

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

In The U.S. District Court

For The District of Arizona

Parsons
  Plaintiff

vs.

Ryan
  Defendant

CV 12-00601-PHX-DKD

OPINIONS ON THE FAIRNESS OF THE

Proposed SETTLEMENT AGREEMENT

REQUEST FOR ADDITIONAL CONSIDERATIONS

Comes now the Class Action Plaintiff Ernie P. Ortega and gives his opinions on the Fairness of the Proposed Settlement Agreement.

Request for Additional ~~These~~ Considerations:

**#1:** That Correctional Officer's III be hired. As it stands now only approximately 5 C.O. III's are employed where 16 [sixteen] should be employed.

The S.M.U. I consideration is to employ more Sgt.'s instead of C.O. III's. This will cause a conflict as Sgt's are unable to handle issues dealing with inmates, as this is what the C.O. III's [counselors] are trained for.

As it stands no paperwork [inmate letters, informal grievances, money checks, time comps etc.] are being handled diligently due to the shortage of CO III staff.

And CO III staff are the ones who run the necessary classes i.e. Thinking for a change, social skills etc.

**#2:** That the Grievance System be over-hauled. Such an overhaul was done earlier this year in favor of the institution and nothing was done to favor time frames for inmates. Without enough CO III's the informal process becomes strained, and therefore effects an inmates right to seek redress for grievances.

(1)

Example: I personnally handed coIII Spitler a Risk management Claims Form with all attachments, and an Informal on Medical not issuing any migraine medication, which was prescribed due to nuro Surgury. To date no Medical Informal has been responded to and I am informed by the co IV that the Risk Management Claims Forms were not received and I need to resubmit with all the necessary documents, which I cannot due because the original documents were lost in the hands of a co III.

Furthermore I submitted an Informal on the loss of the informal and this informal has not been responded to and sence we dont have any assigned co III's their is no way of tracking the informal.

I cannot file an informal on ADC refusing to mail packages using stamps. This is unlawful.

**#3:** I also request that the Informal Grievance blank forms be made carbon copy triplicate forms for varification that an informal was done.

**#4:** I also request that a job be created in which a corrections officer documents the reciept of Informals/Grievances/Appeals at the inmates door and that a tracking Form be created for all levels of The Grievance Process, from begining to end for legal purposes and review purposes.

**#5:** I also request, if applicable, that an outside investigator be hired to research all claims within the grievance system. Due to the following: Unprocessed Grievances.

Example: I filed a grievance and after the officer signed for reciept of the grievance it was then separated and the co IV held me responsible for the action. I submitted a grievance requesting time restoration to file the grievance ~~siteing~~ citing grievance policy in which the officer is responsible for the grievance once he/she takes reciept. So that I could

refile my grievance. It went unprocessed due to "two issues being addressed in the grievance", and that timeframes were never questioned". Yet the single addressed issue went unprocessed, and my grievance was never processed.

#6:  I also request a more complete identification of "cronic care." About 2000 I received a head injury, the skull fragments were removed from my frontal lobe, in which at best I was expected to be a "veggetable". The only effect I received is debilitating headaches in which I black out. Since 2003 I have recieved medication, however when Corizon took over I no longer recieved the perscription and was told that its O.T.C. (over the counter) medication. Which leads to request #7. These headaches can cause harm if I'm in the wrong place when I black out.

#7:  I also request consideration of the indigent care program. Indigents no longer get any O.T.C. medications threw corizon. We are told we can purchase them threw store. However there is no listing for any O.T.C. medications threw Keefe for indigents. Therefore neither Keefe nor Corizon offer any O.T.C. medication for indigents and this needs to be addressed and confirmed and inforced on to whom the responcibility rests. As O.T.C. for indigents has always been obtained threw medical prior to corizon. And I cannot take O.T.C.'s due to the small dosage and harm from taking to much.

#8:  I also request that the "Religious Diet" be added into the diet reform mentioned. As of now it seems excluded. If the Religious Diets are excepted I put forth that all diets (general population, religious diets, medical diets) be reviewed for variety. As it stands now Vegan diet and sum medical diets are the exact same every day for the "enhanced" breakfast. which is

(3)

unhealthy no matter what the health of the food is to begin with. To much of a good thing without variation is unhealthy and can cause harm. And that the Vegetarian Alternative be offered to all religious diets not just Kosher + halal.

**#9:** I request that all diets are created equal in calories, nutrition, and variety, to stay a healthy diet one needs variety. Which also includes Specialty meals served on Holidays, at it is now no consideration is made for specialty diet meals.

**#10:** I request that all diets be reviewed in nutrition to add fruits, fried potatoes, jellies, and that store purchased items be equal to that of other general population facilities.

Units S.M.U. I, S.M.U. II (Browning), Central Unit are excluded from being able to purchase sweets such as hard candy, pastries, and sugared (cool-aid) beverages. A.D.O.C. claims a security risk. However this "security risk" only applies to Level 5 inmates and has not been implemented in the past 2 years to any other custody level. which makes it discriminative and due to the lapsed time frame A.D.C. cannot due so now. This also applies to whole potatoes, sugar, and fruits which all have nutritional significance as the Vitimen C in potatoe peels equals that of 80% of daily recommended Vit. C, and fruits with there different vitimens cannot be obtained threw other food groups.

**#11:** I request DT #326 be reviewed due to discrimination of the "Forbidden Three Acts". As this is mentioned in the Settlement agreement it is subject to review. I contend that the "Forbidden Three Acts" is discriminative to a specific group of inmates. As General Population inmate fall within 90% range of commiting those acts, and because of which G.P. inmates at large are disqualified from the step program. I suggest that the "Forbidden Three Acts" be dissolved and that no provision be excepted that reflects in any view the "Forbidden Three Acts"

(4)

so all inmates benifit from the Step program. Because the Phase program is automatically denied all inmates in level 5 custody for the Step program. This means that no program existant in G.P. or level 5 is offered to the "Forbidden Three Acts" and that is discriminitive and totalitory. As prior to the Step-program all inmate regardless of the custody level are able to participate in the phase program. And since the phase program is still in effect for all inmates housed in A.D.o.c. it cannot be removed as a means to discipline any inmate, simply because s/he is a level 5 inmate.

#12: I request that any and all interviews with inmates be balanced with the following custody identifications: Protective Custody Rejects, Protective Custody, Mental Health, Sex Offender, and General Population. This will ensure that any issues that address these groups can be addressed as these 5 (five) groups will have different issues.

#13: Due to the mention of electronic devices; I request that a provision be made for General Population inmate that allows Compact Disc players or M.P.3 players. Due to the fact that Tape players are no longer sold and that the electronic devise "Radio AM/FM" is not sold. This effectively removes any kind of music unless you have a Cassette player already.

#14: I request that All inmates be allowed disposable razors. As S.M.U. II (Browning Unit) and Central Unit receive the use of disposable razors but are not allowed at S.M.U. I. with the exclusion of suicidal inmates.

#15: I request a review of clothing/linins be addressed. As of now no "warm" clothing ie; jackets, thermals, beanies etc are allowed at S.M.U.I

(5)

and S.M.U. II (Browning Unit). If we are allowed any morning recreation then we should be allowed warm clothing. Being that 20-30° weather has been recorded and the "refusal" of rec is due to the cold without warm clothing. This is unexceptable. If "out door" rec is offered- in the "pens" or the "rec field" then warm clothing should be allowed. This should also be considered to allow linens purposed ie towels, wash clothes, sheets, blankets, pillows etc. as these are issued, with the exception of pillows, then they should be allowed if purchased.

#16:  I request that "indigent supplies" time frames be addressed. Due to the current situation indigent is obtained 10 out of 12 months. Keefe has an odd way of "monthly indigent." After 30 days one can reorder, however one can only order on tuesdays, and is counted from the pull date on Thursdays. Example: Dec 31 2013 order date recieved Jan. 8, 2014 on pull date Jan. 3 2014 one could not order until after Feb 3, 2014, which is Feb. 4, 14 and pull date is Feb 6, 2014, to March 6, 14 order date is March 11, 2014 pull date March 13, 14. The next order date is April 15, 2014 pull date April 17, 2014 May 20, 2014 order date pull date May 22, 2014. June 24, 14 pull date June 26, 14. July 29, 14 pull date July 29. At this point one month is lost, this is in 7 months. One can not order till Sept. 2, 2014 pull date Sept. 4, 14. and so forth and so on. Which "monthly" indigent supplies are not given.

#17:  If applicable I request job placement be reviewed. As it stands now Sex offenders cook our food and officers neglect unhygenic issues and loss of calorie issues. If one is to recieve four ounces and one ounce is given the staff claims you got Peanut Butter so you cant complain unless it's not there. I request Sex Offenders be removed from the Kitchen and General Population be given Kitchen jobs and more jobs in general other than pod

(6)

poster, shower poster or rec poster.

#18: It needs to be considered that ADOC is putting tables with leg restraints attached to it. It would be cruel and Unusual punishment to be retrained to a desk for our out of cell time, and goes against the nature of the settlement ~~tha~~ agreement.

The petitioner pleads that these issues not only be addressed but corrected.

Respectfully Submitted this ____ day of January 2015

by _____

## Certificate of Service

I Ernie P. Ortega hereby certify that on January ____ 2015 I mailed via mail or e-file a copy of the above Motion to:

Clerk of the Court

United States District Court,

   District of Arizona

401 W. Washington St. Suite 130, SPC 1

Phoenix Arizona 85003-2118

Prison Law Office

General Delivery

San Quentin, CA 94964

ACLU National Prison Project

915 15th St, N.W. 7th Floor

Washington, D.C. 20005

ONA DEPARTMENT OF CORRECTIONS

e Letter

Requests are limited to <u>one page</u> and <u>one issue</u>.
ATTACHMENTS PERMITTED. Please print all informatio

| e Name (Last, First M.I.) | ADC Number | Institution/Unit Eyman | Date |
|---|---|---|---|
| OrTega Ernie P. | 174466 | S.M.U. I / 4-C-6 | 10-12-1 |

| | Location |
|---|---|
| o III Spitler | CoIII's office 4 B/c S.M.U. I |

briefly but completely the problem on which you desire assistance. Provide as many details as possible.

previously Kited you for paperwork and I had some questions

never responded although you did respond to the informal I

ed you b.th directly.

Question

Did you send in my Claims Form that I handed

u directly over 30 days ago?

cause I have not received the pink copy.

I turn in all paperwork
regarding risk management
claims to COIII Kieffer. That is
who they go to. She did not
receive so she will resen

| e Signature | Date |
|---|---|
| | 10-12-14 |

You Discussed This With Institution Staff?  ☑ Yes  ☐ No

, give the staff member's name:

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

*For distribution:  Copy of corresponding Inmate Letter must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| (signature) | 174416 |

**Institution/Unit**
ASPC-E/SMU I

| From | Location |
|---|---|
| CO J. Rieffer | Programs |

I am enclosing 4 risk management claim forms with this response.  I have highlighted all the areas which you are required to complete.  You are to only fill out the highlighted areas.  Do not attempt to complete the other areas, those are to be filled out by myself and the Risk Management staff.  Once you have completed filling out these forms, please hand them directly to your assigned COIII in the envelope you received them in, who will deliver them to the grievance office.  Do not send these forms directly to Risk Management as this will VOID your claim.  All of these risk management forms and the grievances documents must be returned for proper processing.  Please be advised that this is only a recommendation and Risk Management will be the final authority to accept or deny any submitted claims.

 All of these risk management forms and the grievances documents must be returned for proper processing.

| Staff Signature | Date |
|---|---|
|  |  |

Distribution:  Original - Central Office Master File
          Copy - Inmate
          Copy - Institutional File

916-2
5/13/10

**RIZONA DEPARTMENT OF CORRECTIONS**

**mate Letter Response**

*For distribution:  Copy of corresponding Inmate Letter must be attached to this response.*

| nmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Ortega, Ernie | 174466 |

nstitution/Unit
ASPC-E/SMU I

| From | Location |
|---|---|
| COIII J. Rieffer | ASPC-E/SMU I |

I am in receipt of your grievance dated 10/22/2014.

Your grievance in reference to previously unprocessed grievance is returned as unprocessed for the following reason(s):

You grievance does not reflect the same issues as stated in your previous grievance attempt or your informal resolution.  In regard to your concern of time frames, there was never anything said about not honoring time frames.  Due to the fact that this has been an ongoing matter the time frames are honored, however the grievance form must be properly filled out addressing only the actual issue you wish to grieve.

802.02 INFORMAL COMPLAINT RESOLUTION

1.1 Inmates shall attempt to resolve their complaints through informal means including, but not limited to, discussion with staff in the area most responsible for the complaint or through the submission of an Inmate Informal Complaint Resolution, Form 802-11.

1.2 In the event that an inmate is unable to resolve their complaint through informal means, he/she may submit an Informal Complaint on an Inmate Informal Complaint Resolution form, Form, to the Correctional Officer (CO) III in their respective unit.  The Informal Complaint must be submitted within 10 workdays from the date of the action that caused the complaint.  The inmate shall attach copies of all documentation to support his/her complaint.

802.03  FORMAL GRIEVANCE PROCESS

1.1 An inmate may file a Formal Grievance should he/she be unable to resolve their complaint informally.  The inmate has five workdays from receipt of the response from the CO III to submit a Formal Grievance to the Grievance Coordinator using the Inmate Grievance, Form 802-1.

If you would like to review the policy (DO802) in its entirety, you may do so by requesting it through the Resource Library.  Your new grievance can be processed when you have complied with Department Order 802.

End of response.

| Staff Signature | Date |
|---|---|
|  | 10/24/2014 |

stribution:  Original - Central Office Master File
Copy - Inmate
Copy - Institutional File

916-
5/13/11

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Received By | FLORES |
|---|---|
| Title | coII |
| Badge Number 8138 | Date 10-22-1 |

| Inmate Name (Last, First M.I.) Ortega Ernie P. | ADC Number 174466 | Date 10-22-14 |
|---|---|---|
| Institution/Facility S.M.U. I /Eyman 4-C-6 | Case Number Unprocessed | |

To: Grievance Coordinator

Description of Grievance (To be completed by the inmate) On 7-26-14 I put in a grievance on Denial of Due Process. [It] was unprocessed due to seperation. Ofc. 11233 took the complete grievance with informal [attached] by his signature. Yet on 7/28/14 (recieved at a later date) the grievance and I/m letter [& the] informal were returned seperated, but on the same date and time. I stated this to ofc.

[According] to the grievance coordinators 1st reply "now that you decided to attach the necessary su[pporting] documents...". which I did at the begining as is evident by the ofc.'s signature. So it [is] [either] the officer or grievance coordinator that seperated the grievance from the informal. [I al]ways tape the informal and grievance at the top to ensure safe arrival.

[Howe]ver, in this instance it is clearly the action of the officer to review it all documents [atta]ched and if they are he puts his signature on the grievance stating he is taking respon[sibility] of the safe arrival of the document and all attachments within the grievance. [I]T IS NOT THE RESPONSIBILITY OF THE I/m TO INSURE SAFE ARRIVAL

Proposed Resolution ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)
[Rein]state time frames to refile the grievance and file an I.R. on the issue and inve[stiga]te the officers to find which one is attempting to deprive me of my due [proc]ess rights to seek redress for grievance issues.

| Inmate's Signature | Date 10-22-14 | Grievance Coordinator's Signature COIV G. Hernandez | Date 10-24-14 |
|---|---|---|---|

Action taken by _____ Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

**ARIZONA DEPARTMENT OF C(**

**Inmate Informal Complaint Respon**

*For Distribution:  Copy of Corresponding Inmat*
*Informal Complaint Resolution must be attached t*
*this response.*

| | |
|---|---|
| mate Name *(Last, First M.I.)* | ADC Number |
| RTEGA | 174466 |

stitution/Unit

MUI

| om | Location |
|---|---|
| DIII SPITLER | 4 C 6  10/17/14 |

poke to COIII Rieffer in regards to your Informal complaint dated 09/23/14. She was missing from your Grievance dated 07/27/14 t ocumentation. The sticky note was telling you that you needed to redo the Formal grievance and turn that in to her with t ocumentation.  You turned the packet in to her but you did not redo the Formal.

| taff Signature | Date |
|---|---|
| *[signature]* Spitler | 10-17-14 |

**ARIZONA DEPARTME[N]** [ ]F CORRECTIONS

**Inmate Informal Compla[int]** [R]esolution

Complaints are limited to one page and one issue. Please print all information.

[IN]MATE NAME (Last, First M.I.) (Please print)
[O]rtega Ernie P.

ADC NUMBER
174466

INSTITUTION/UNIT
Eyman / S.M.U. I  4-L-06

DATE (mm/dd/yyyy)
9-23-14

Co III Spitler

LOCATION
Co III's office 4B/c S.M.U. I

[Sta]te briefly but completely the problem on [which] you desire assistance. Provide as many details as possible. I am attempting [to] informally resolve the following problem: On 7-26-14 I put in a grievance on Denial of due [pro]cess. This was unprocessed because the forms were seperated. Ofc (Brown) 11233 took the complete [grie]vance informal etc. as stated by his signature. Yet on 7/28/14 (received later) the Grievance [and] I/m letters and informal were returned in mail seperated but at the same time. I stated this [to] ofc Kinne.

[Du]e to the Grievance Coordinators byist as stated "now that you decided to attach the necessary [sup]porting documents" which is what I did in the first place but either the officer or greivance [coor]denator which seperated the documents.

[In]formal resolution: Reinstate time frames to file this grievance and file an I.R. on the issue [and] investigate the officers in question to find which one is attempting to deprive me of due process rights to grieve an issue.

[IN]MATE SIGNATURE

DATE (mm/dd/yyyy)
9-23-14

[Ha]ve you discussed this with institution sta[ff]?   ☑ Yes   ☐ No
[If y]es, give the staff member name: Co III Spitler

e Letter

Requests are limited to one page and one issue.
ATTACHMENTS PERMITTED. Please print all information

u c6

| e Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| -Tega Ernie P | 174466 | Eymon / S.M.u. I  466 | 7-21-2-1 |

| | Location |
|---|---|
| - III Spitler | 4 C/o office. S.m.u. I |

briefly but completely the problem on which you desire assistance. Provide as many details as possible.

would like to know whats happening with responding to my informal on due process, not all

appeal my ticket. If its lost I need another copy of my ticket from dec.

## I responded 7-8-14. Not sore why you didnt receive it

need    4 grievances

    4 Appeals

    4 supplemental forms

    10 I/m letters

I put in my indigent form 3 weeks ago and nothings came back. The past 2 we

haven't recieved indigent. I sent the informal in at the same time.

## 7-14 until 8-13

| te Signature | Date |
|---|---|
| | 7-21-2014 |

You Discussed This With Institution Staff?  [✓] Yes    [ ] No

, give the staff member's name: You  Co III Spitler

# ARIZONA DEPARTMENT OF CORRECTIO

## Inmate Informal Complaint Response

**For Distribution:** Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| RTEGA | 174466 |

Institution/Unit

MUI

| om | Location | |
|---|---|---|
| DIII SPITLER | SMUI | 4 C-06 |

have received your Inmate Informal Complaint dated 06/21/2014 in regards to your disciplinary 13-Y03-1917 and your grievances 1
03-140 and Y03-140-12.

called the COIV over at Dakota unit in regards to the two grievances and she assured me that the responses to those grievances we
nt out to you.

 regards to the disciplinary ticket 13-Y03-1917 you appealed that ticket on 12/16/2013 and the findings were upheld on 02/21/2014.

er DO 802 Inmate Grievance you have 5 days from the receipt of this response to submit a formal grievance to the Unit Grievan
oordinator by using the Inmate Grievance Form 802-1.   End of Response.

| aff Signature | Date |
|---|---|
| *Spitler* | 7/8/2014 |

802-12
12/12



**ARIZONA DEPARTMENT OF CORREC~ ONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue. Please print all information.

| MATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| rtega Einie P. | 174466 | Eyman S.m.u. I 4C06 | 06 21 2014 |

| ? Co III Spitler | LOCATION |
|---|---|
| | S.M.U. I co III's office 4 c/8 |

ate briefly but completely the problem on which you desire assistance. Provide as many details as possible. *I am attempting* informally resolve the following problem: DENIAL OF DUE PROCESS; Refusal to allow e appellate proceedure. At Dakota Unit at least 3 diffrent issues have not been issued me for appeal. These are ticket 13Y031917 grievance 12-Y03-140 and Y03-140-12 ich grievance is signed and dated upon return to the inmate by the inmate in the presenc staff. 12-Y03-140 and Y03-140-12 have no documented signature stating they were retur me by staff. Because I haven't received the return of the grievances. In disciplinary no umented fact or otherwise states I was seen on this ticket, nor notified of the Appell cess, or allowed to appeal and only on 6-20-14 did I receive a copy of the ticket. And fails to show a hearing was held. Yet I'm housed in Max custody and wasn't allowed Appeal that decision either. Yet how can one be placed in max custody without being und guilty of the alledged ticket. And in neither of the 4 afore mentioned has any proof xn issued that shows Staff's conduct is within reason and I recieved any of the documents Appeal.

formal Resolution: Issue the grievances for Appeal with a full copy of all attachments and ?; Dismiss the Assault ticket for failure to hold a hearing.

| IMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| ~~signature~~ | 06 21 2014 |

| ave you discussed this with institution staff? | ☑ Yes   ☐ No |
|---|---|

yes, give the staff member name: Co III Spitler

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

> **For distribution:  Copy of corresponding Inmate Letter must be attached to this response.**

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Ortega, Ernie | 174466 |

| Institution/Unit |
|---|
| ASPC-E/SMU I |

| From | Location |
|---|---|
| COIII J. Rieffer | ASPC-E/SMU I |

I am in receipt of your grievance dated 7/27/2014.

Your grievance in reference to denial of due process is returned as unprocessed for the following reason(s):

You failed to provide a copy of your informal resolution addressed to your assigned COIII and their response and any other attempts to resolve with the staff most responsible for your complaint or the submission of Inmate Letters. If you do not have copies of said Inmate Letters you must provide specific information detailing your efforts such as who you spoke or wrote to and when you spoke or wrote to each of them.

802.02 INFORMAL COMPLAINT RESOLUTION

1.1 Inmates shall attempt to resolve their complaints through informal means including, but not limited to, discussion with staff in the area most responsible for the complaint or through the submission of an Inmate Informal Complaint Resolution, Form 802-11.

1.2 In the event that an inmate is unable to resolve their complaint through informal means, he/she may submit an Informal Complaint on an Inmate Informal Complaint Resolution form, Form, to the Correctional Officer (CO) III in their respective unit.  The Informal Complaint must be submitted within 10 workdays from the date of the action that caused the complaint.  The inmate shall attach copies of all documentation to support his/her complaint.

802.03  FORMAL GRIEVANCE PROCESS

1.1 An inmate may file a Formal Grievance should he/she be unable to resolve their complaint informally.  The inmate has five workdays from receipt of the response from the CO III to submit a Formal Grievance to the Grievance Coordinator using the Inmate Grievance, Form 802-1.

If you would like to review the policy (DO802) in its entirety, you may do so by requesting it through the Resource Library.  Your new grievance can be processed when you have complied with Department Order 802.

End of response.

| Staff Signature | Date |
|---|---|
| | 07/28/2014 |

Distribution:  Original - Central Office Master File
Copy - Inmate
Copy - Institutional File

*Kinne, (b...)*

916-2
5/13/10

**ΖΟΝΑ DEPARTMENT OF CORRECTIONS**

~~ΑDC~~

te Grievance

| | Received By | *Brown* |
|---|---|---|
| | Title | *CCII* |
| | Badge Number *1033* | Date *7/28/14* |

You may appeal the Grievance Coordinator's decision to the
en/Deputy Warden/Administrator by filing form 802-3, within 10
dar days of receipt of this notice.

| te Name *(Last, First M.I.)* Ortega Ernie P | ADC Number 174466 | Date 7-27-2014 |
|---|---|---|
| tion/Facility Eyman S.M.U. I 4C6 | Case Number UNPROCESSED | |

Grievance Coordinator

iption of Grievance *(To be completed by the inmate)* Denial of Due Process; Refusal to allow the appellate p
: At Dakota Unit at least 3 different issues have not been issued to me for appeal. These are tic
31917, grievance 12-403-140, 403-140-12. Each grievance is signed and dated upon return to the in
I'm in the presence of staff. 12-403-140 and 403-140-12 have no documented signature statin
were returned to me by staff. Because I haven't received the return of the grievance/appeals. In di
ocumented fact or otherwise states I was seen on this ticket, nor notification of findings for ap
-20-14 I received a copy of the ticket not any findings for me to appeal or signed notification.
ment in Max. Custody Appeal wasn't issued. And in the aforementioned no document has bee
ided that shows otherwise.

osed Resolution *( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*
e the grievances for Appeal with a full copy of all attachments and Dismiss the assault
t for failure to hold a hearing/allowing the due process

| te's Signature | Date 7-27-14 | Grievance Coordinator's Signature CCIV J. Hernand | Date 7-28-14 |
|---|---|---|---|

n taken by_____ Documentation of Resolution or Attempts at Resolution.

| Member's Signature | Badge Number | Date |
|---|---|---|

# Inmate Disciplinary Report

Case Number *13Y031917*

| Inmate Name (Last, First M.I.) | Number | Institution/Unit |
|---|---|---|
| ORTEGA, Ernie | 174466 | ASPC - YUMA / DAKOTA |

**Charge:** Group Number and Title

02A:  Aggravated Assault (Inmate on Staff)

## I. Statement of Violation (State fully the facts and circumstances of the violation including the means by which the inmate was advised of the charge(s))

On the below date and approximate time while escorting inmate Ortega 172266 to medical, he admitted to me that he had to

assault Sgt Garcia, G. badge 6667.  It wasn't his call but he had to do it.  Inmate Ortega was orally placed on report by

CO II Lopez, E badge 6998 at 1428 on 12-13-2013.  This report completed by CO II Castillo, C. badge 6422 at 1435 on

12-13-2013

| Date/Time of Violation | Reporting Staff Name | SID Number | Signature | Date/Time Report Complet |
|---|---|---|---|---|
| 12/13/13   1:30 pm | CASTILLO, C. | CCA2 | *#6244* | 12/13/13      2:35 pm |
| Shift Supervisor Review By  CAPT THOMPSON, J. | Disposition      refer | | Signature  *6818* | Date/Time Reviewed  12/13/2013 2:37 pm |

## II. Delivery of Charge:
I hereby certify that on *12/13/13* at *1515* hours, I have served notice on this inmate for a hear on the charge before the Disciplinary Hearing Officer as a Felony Violation.  The inmate has received a copy of the disciplinary charge. The hearing is scheduled on or after 48 hours from delivery of charge.

| Inmate was offered staff assistance and it was: ☐ Accepted  ☒ Declined | Inmate Signature  X *REFUSED TO SIGN* / *court news here* | Delivering Officer Signature  *CAPT 1847* |
|---|---|---|

## III. Report of Investigation
FELONY VIOLATIONS ONLY - SEE ATTACHMENT (Use form # 803-8)

| Date Investigation Completed | Investigating Officer | Signature |
|---|---|---|
| | | |

## IV. Disposition This case was handled as:
☐ Misdemeanor Violation:  Reason for finding of guilt:_____

☐ Felony Violation:  Refer to Disciplinary Hearing Officer _____

☐ Informal Resolution  ☐ Dismissed/Not Guilty _____

**Penalty Assessed For A Minor Violation** (Please complete 803-8 Disciplinary Sanction Notice)

☐ ____ Hours Extra Duty  ☐ Reprimand  ☐ Other _____

☐ Return/Forfeit Contraband Items

☐ ____ Days Loss of Privilege _____

For Misdemeanor Violations Only:  Inmate was given a copy of the results and advised that effective this date, he/she has five workdays appeal

| Inmate Signature | Coordinator's Signature | Date / Time |
|---|---|---|
| | | |

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter Response**

| For distribution: Copy of correspondin Inmate Letter must be attached to thi response. |

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| ORTEGA | 174466 |

| Institution/Unit |
|---|
| ASPC Eyman SMU I |

| From | Location |
|---|---|
| COIII Spitler | SMU I |

I called and spoke to the grievance COIV at Yuma Dakota and she told that proper responses for those grievances were all sent out to you. I have attached a copy of the ticket you were inquiring to.

| Staff Signature | Date |
|---|---|
| | 6-12-14 |

Distribution: Original - Master Record File
Copy - Inmate

Requests are limited to <u>one page</u> and <u>one issue</u>. <u>ATTACHMENTS PERMITTED</u>. Please print all information

| te Name (Last, First M.I.) | ADC Number | Institution/Unit 4C06 | Date |
|---|---|---|---|
| TIGA ERNIE P | 174466 | Eyman J.M.u.J | 0608 2 |

| Colll Spitter | Location S.M.u.I 4A/c Colls office 406 |
|---|---|

briefly but completely the problem on which you desire assistance. Provide as many details as possible.

am requesting to know the whereabouts of the following, I will need ponse and 3 informals if they cannot be provided:

1. Ticket for Officer assault Dec-13-2013 at Dakota Unit

2. Grievance 12-Y03-140 reponses filed at Dakota Unit

3. Grievance Y03-140-12 responses filed at Dakota Unit

ttached are GF Supplementals for 12-Y03-140 and Y03-140-12

have a right to Appeal and decision made in these grievances and disciplinary is f now this is denial of Due Process, or ofc. misconduct.

| e Signature | Date 0608 2014 |
|---|---|

You Discussed This With Institution Staff? ☒ Yes ☐ No

give the staff member's name: You Colll Snitler

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter Response**

For distribution:  Copy of corresponding Inmate Letter must be attached to this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| ORTEGA 4 C 6 | 174466 |

Institution/Unit

ASPC Eyman SMU I

| From | Location |
|---|---|
| COIII Spitler | SMU I |

I SPOKE WITH THE GRIEVANCE COIV AT DAKOTA UNIT AND SHE SAID SHE HAS A Y03-140-013. I HAVE ATTACHED THAT ONE. IT IS NOT IN REFERENCE TO MISSING PROPERTY THOUGH. SHE SAID ALL GRIEVANCE RESPONSES WILL BE FORWARDED TO YOU HERE

| Staff Signature | Date |
|---|---|
| | |

Distribution:  Original -  Master Record File
Copy - Inmate

916-
5/14/1



# ARIZONA DEPARTMENT OF CORRECTIONS
# INMATE GRIEVANCE APPEAL RESPONSE

| Log # | Inmate Name | ADC# | Case # | Complex | Unit |
|---|---|---|---|---|---|
| 693 | Ortega | 174466 | Y03-140-013 | Yuma | Dakota |

In your grievance filed at Dakota Unit, you claim talking circle is frequently canceled by the chaplain due to illnesses and meetings. You are requesting to have talking circle scheduled on sweat lodge grounds.

Your grievance has been reviewed at the Central Office level. Sweat lodge grounds are reserved for sweat lodge ceremonies. Other ceremonies are not to be held on sweat lodge grounds. Talking circle is held on the weeks when a sweat is not scheduled and is subject to cancellation. Cancellations may occur for security related issues which may include ICS (Incident Command Activations) or temporary absences of supervisory staff.

It has been reported that recent cancellations of talking circle is due to Incident Command Activations. When that occurs, it affects all religious services, not just talking circle.

The response provided at the unit level is affirmed. No further action is warranted in this matter.

cc: Warden, Yuma Complex
    Deputy Warden, Dakota Unit

aa

_____
Appeals Officer

_____
Charles L. Ryan, Director

Date  1/16/14

Page 1 of 1