January 27, 2015

Andre Dennison #143931
CCA Red Rock Correctional Center
1752 E. Arica Rd
Eloy, AZ 85131

U.S. District Court
401 W. Washington, SPC-1
Phoenix, AZ 85003

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 30 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Re: Parsons v. Ryan, et. al

Clerk of the Court:

On January 13, 2015, I submitted via electronic filing while housed in ADC ASPC-Eyman, my written opposition to the proposed stipulation/settlement in the above action, as solicited by the Court from members of the class. Please confirm you received my submission.

Did the settlement conference take place? If so, was another conference ordered, or the proposed stipulation/settlement accepted by the Court?