Thank-you for your time, assistance, and patience.

Sincerely,

[signature]