1
2
3
4
5
6                       UNITED STATES DISTRICT COURT

7                            DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-DKD
    Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph         **[PROPOSED] ORDER**
10  Hefner; Joshua Polson; and Charlotte Wells, on          **GRANTING PRISONER**
    behalf of themselves and all others similarly           **PLAINTIFFS' MOTION TO**
11  situated; and Arizona Center for Disability Law,        **WITHDRAW ATTORNEY**
                                                            **OF RECORD**
12                        Plaintiffs,

13          v.

14  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
15  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
16  capacities,

                          Defendants.
17

18          Having received and considered Prisoner Plaintiffs' Motion to Withdraw Attorney

19  of Record, and good cause appearing,

20          **IT IS HEREBY ORDERED** Warren E. George be removed as attorney of record

21  and from ECF noticing in this matter.

22

23

24

25

26