Parsons v. Ryan, CV 12-00601-PHX-DKD Monday

To Whom it may concern,

My name is Zane Grey Williams, ADC# 281624. On 11-24-14 I was involved in a small riot in Cheyenne Unit at the Yuma complex. It is now 1-26-15 and I am still in the hole at Dakota Unit. On 12-4-14 I put in a Health Need Request regarding bumps that had formed all over my body. I still have not been seen on it. On 1-22-15 I put in another HNR thinking, "maybe they lost the first one". I advised them that I would be seeking legal action against them. I'm experiencing emotional trauma and physical not only from the lack of medical treatment but from also the fact that I haven't been allowed rec for 60+ days. No one in lockdown here is getting all their calories. Even though I'm off L.O.P. (Loss of privaleges) gaining use of a phone is near impossible. I would like someone to look into this matter, and get back to me. I need to know what I can do about it, if I have a case against them, and if I need to retain legal council.

Thank You,
Zane G. Williams

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
INMATE Zane G Williams
ADC# 281674
ARIZONA STATE PRISON COMPLEX Yuma
UNIT Dakota / 5152L
P.O. Box 8940
CITY San Luis                AZ 85349

[Postmark: PHOENIX AZ 850, 31 JAN 2015]

RECEIVED
FEB 02 2015
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118