CV-12-00601-PHX-DKD

January 23, 2015

Clerk of the Court
United States District Court, District of Arizona
401 W. Washington St., Suite 130
Phoenix, AZ 85003-2118

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 29 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Dear Clerk of the United States District Court, District of Arizona, I am unlawfully imprisoned, 13-1303 unlawful imprisonment classification, any "DISCRIMINATION" of my valid claim of unlawful imprisonment by any ADC staff or anyone is a "Federal Offense", under the CIVIL RIGHTS ACT OF 1964. This is Notice to the U.S. District Court that I am bringing a lawsuit against The State of Arizona and ADC for unlawful imprisonment and Discrimination and denial of access to the Courts from 7-27-14 to 1-23-15 concerning the Central office move from Rast 2A1 to Barchey unit. I have not been able to do any legal work on my Maricopa County, City of Phoenix Corruption investigation. Also it is "obstruction of Justice" because ADC has obstructed me from having my property, appliances and legal boxes from 7-27-14 to 1-23-15, which is also denial of access to the Courts in violation of Lewis V. Casey. Furthermore it is my opinion that the proposed settlement is fair

-1-

in parsons V. Ryan CV 12-00601- PHX-DKD
I have a copy of page 9 of 9 and would appreciate a copy of page 1 through 8. I sent a inmate letter to RAS+ MAX property and have Not received property and legal Boxes From R AS+ MAX property room.
Respectfully submitted
this 23 day of January, 2015.

Michael Dennis Mott Sr.
Michael Dennis Mott Sr.
pro-per.

Michael Dennis Mott Sr.
ADC 53899 3A6 Cell 24
Arizona State prison complex
UniT: Lewis RAS+ MAX
Buckeye, AZ 85326.

-2-