Mark Brnovich
ATTORNEY GENERAL

Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926
Telephone:   (602) 542-1610
Fax:             (602) 542-7670
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Kathleen L. Wieneke, Bar No. 011139
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
Ashlee B. Fletcher, Bar No. 028874
Anne M. Orcutt, Bar No. 029387
Jacob B. Lee, Bar No. 030371
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:   (480) 420-1600
Fax:             (480) 420-1696
dstruck@swlfirm.com
kwieneke@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
afletcher@swlfirm.com
aorcutt@swlfirm.com
jlee@swlfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                                       Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                                       Defendants. | NO. CV12-0601-PHX-NVW<br><br>**MOTION FOR WITHDRAWAL** |

#4318091

1  The undersigned moves for withdrawal of Katherine E. Watanabe, formerly of the
2  Attorney General's Office, as one of the counsel of record for Defendants Charles Ryan,
3  and Richard Pratt in the above-captioned case.  Defendants Ryan and Pratt will continue
4  to be represented by other attorneys of record with the Office of the Attorney General,
5  State of Arizona, and Struck Wieneke & Love, P.L.C.

6  RESPECTFULLY SUBMITTED this 4th day of February, 2015.

Mark Brnovich
ATTORNEY GENERAL


/s/ Lucy M. Rand_____
Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
1275 West Washington Street
Phoenix, Arizona  85007-2926

Daniel P. Struck
Kathleen L. Wieneke
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Fletcher
Anne M. Orcutt
Jacob B. Lee
**STRUCK WIENEKE & LOVE, P.L.C.**
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

*Attorneys for Defendants*

21  . . .
22  . . .
23  . . .
24  . . .
25  . . .
26  . . .
27  . . .
28

#4318091                                    2

**CERTIFICATE OF SERVICE**

I certify that on February 4, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System. This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

| | |
|---|---|
| Donald Specter: | dspecter@prisonlaw.com |
| Alison Hardy: | ahardy@prisonlaw.com |
| Sara Norman: | snorman@prisonlaw.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com |
| Warren E. George, Jr. | wgeorge@prisonlaw.com |

**PRISON LAW OFFICE**

| | |
|---|---|
| Daniel Joseph Pochoda: | dpochoda@acluaz.org |
| James Duff Lyall: | jlyall@acluaz.org |

**ACLU**

| | |
|---|---|
| David Cyrus Fathi: | dfathi@npp-aclu.org |
| Amy Fettig: | afettig@npp-aclu.org |
| Ajmel A. Quereshi: | aquereshi@npp-aclu.org |

**ACLU NATIONAL PRISON PROJECT**

| | |
|---|---|
| Daniel Clayton Barr: | DBarr@perkinscoie.com |
| Amelia Morrow Gerlicher: | agerlicher@perkinscoie.com |
| Kirstin T. Eidenbach: | keidenbach@perkinscoie.com |
| John Howard Gray: | jhgray@perkinscoie.com |
| Matthew Benjamin de Mée | mdumee@perkinscoie.com |
| Jerica Lyn Peters | jpeters@perkinscoie.com |

**PERKINS COIE, LLP**

| | |
|---|---|
| Caroline N. Mitchell: | cnmitchell@jonesday.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com |
| Jennifer K Messina: | jkmessina@jonesday.com |
| Amir Q. Amiri | aamiri@jonesday.com |
| Taylor Lee Freeman | tfreeman@jonesday.com |

**JONES DAY**

. . .

. . .

. . .

#4318091

| | |
|---|---|
| Sarah Eve Kader: | skader@azdisabilitylaw.org |
| Asim Varma: | avarma@azdisabilitylaw.org |
| Brenna L. Durkin | bdurkin@azdisabilitylaw.org |
| Jose de Jesus Rico | jrico@azdisabilitylaw.org |
| Jessica Pari Jansepar Ross | jross@azdisabilitylaw.org |
| | phxadmin@azdisabilitylaw.org |

**ACDL**

/s/ Susan O'Quinn
Legal Secretary to Lucy M. Rand

#4318091

4