# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; *et al.*, | No. CV 12-00601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** |
| Charles Ryan, Director of the Arizona Department of Corrections, and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

The Court having reviewed Defendants' Motion for Withdrawal (Doc. __) of Assistant Attorney General Katherine E. Watanabe, and good cause appearing,

**IT IS ORDERED** granting Defendants' Motion for Withdrawal (Doc. __).

**IT IS FURTHER ORDERED** allowing the withdrawal of Katherine E. Watanabe as one of the counsel of record for Defendants Charles Ryan and Richard Pratt in this action. Defendants continue to be represented by attorneys of record with the Office of the Attorney General and Struck Wieneke & Love, P.L.C.

#4318130