RE: PARSONS V RYAN
CV12-00601-PHX-DKD

PG ① OF 6
1-21-15

Clerk of the Court
United States District Court
District of Arizona
401 W. Washington St.
Suite 130 SPC1
Phx, Ariz. 85003-2118

Thomas P. DeStories
256131
Lewis Prison
UNIT: Stiner 5D-15
P.O. Box 3100
Buckeye, AZ 85326

→ Re: Parsons v. Ryan CV12-00601-PHX-DKD
I.E INADEQUATE MEDICAL CARE/NO MEDICAL CARE

To whom it may concern:

① Heart Attack / emergency care.

After suffering three heart attacks and having three stents placed in my coronary arteries before I came to prison, the following occurred, after I was incarcerated in Lewis Prison, Stiner Unit, Building three (3) in 2012.

While in bld 3, I started having serious chest pains and thought another heart attack was eminent. I was helped into the day room by the guards, whom I explained, what I thought was happening. I lay slumped over the table waiting for medical care; no medical personel came or was any medical treatment or examination given to me. Instead of an ambulance arriving to take me for emergency care etc, I was loaded onto a golf cart driven by LT. O'Brian. She had to drive me to two

seperate locked gates, unlock the first one, drive thru, get out and relock it, then drive to the second gate and do the same, then drive across the lot and wait for the guard to open the first of the two sally port gates, drive up to the second gate while waiting for the first gate to close and the second to open, then drive me down the road to Medical Complex, wait for the guard to open the door and let us in. I had to walk to the emergency room bed.

Up to this point and before an E.K.G. was given to me; <u>one hour had passed</u>. The E.K.G. was administered by a nurse. A Cardiologist never was present before during or after. This totally INADEQUATE treatment could have cost me my life. I am still in Lewis-Stiner (bld 5) and <u>fear for my life</u> under such a recipie for death or serious heart damage.

I have written numerous Inmate Letters to DW's Summers, DW Lawrence and DW Scott asking to be transferred to Florence East Unit where there is a very close by emergency medical facility to the housing units that I could be transported to in a matter of minutes, which could mean the difference between

Thomas P. De Stories 256131
ADOC Lewis-Stiner SUIS
Buckeye Ariz 85326
PG ③ OF 6
1-21-15

life and death. I am 74 years old, and have not seen an A.D.O.C. cardiologist or have had cardio follow up care in over two years, except for occasional blood pressure tests.

② I have put in numerous HNR requests for a "colon examination" over the past few years. It has never been given.

③ I have put in numerous HNR requests for prostate examinations over the past few years. I have never gotten one.

④ I suffer from "treatment resistant depression" for many years. I was in to see the Medical Complex psychiatrist on 2-18-14 and told him that the PROZAC and ZOLOFT he prescribed for me was not working. He told me then, that he would follow up and go thru my medical records to discern which anti-depression medication would be best for me, and have that medication given to me. Since that time I have not recieved any such medication(s) or any HNR explanations or follow ups concerning my severe depression.

⑤ "Clogged stent"
I had an angiogram on 3-5-12 in A.D.O.C.. It showed that one

ADOC LEWIS-STINER
BUCKEYE AZ 85326
1-21-15

of my stents is clogged. I have not had a follow up angiogram since 11-12-14. I have had a blood clot in my lung also and my chest X ray shows nodules on my lungs. My HNR'S of 9-1-12, 1-24-13, and 11-7-14 asking for follow up care have not produced that for me as of this date 1-21-15.

⑥ Dental Care

My top front tooth, root cap came dislodged from its base. While waiting for Doctor Decillo to recement it back on in the dental chair, he came back and said "his supervisor "Hale" said they would not cement it back on because "cosmetic dentristy is not covered". I need the tooth to rip and chew with my front teeth and also to protect them. I have the cap.

⑦ Hearing Aids

I came into ADOC 4-19-09 with hearing aids in both ears. Shortly after and being old they quit working. After waiting until 6-13-14 I was taken to a hearing aid clinic in

TOP STORIES
25613
ADOC LEWIS-STINER
5-D-15
BUCKEYE AZ 85326

PG ⑤ OF 6

1-21-15

to Scottsdale on 6-13-14 and fitted with a new pair of Siemens Orion-RIC, CEO123 left ear BLUE, and Orion RIC CEO123 right ear red. I was To work properly parts of the hearing aids need to be changed every 6 weeks (approx) to work properly. Those parts are called "ear wax filters" and "double domes" which prevent ear wax from entering the hearing aids internal workings. Those parts came with the hearing aids but are the wrong parts. The nurse and I saw that when we tried to change them in ACI medical months ago. Since then I have put in eleven HNR'S requesting the correct parts, adding the manufacturer's name and serial numbers etc of the hearing aids, including the small toothpick size tool necessary to install the wax filters. The nurse told me she would order the parts. To this day, for months now I am still waiting. I can not hear what the guards are telling me or messages over the loudspeakers. This leaves me in a dangerous compromised situation. Send me the correct parts ae

ADOC LEWIS-STINER
5 D 15
BUCKEYE AZ 85326

PG 6 OF 6

I keep writing in my HNR'S. 1-21-15

Yours truly,
Thomas P. De Stories
THOMAS P. DE STORIES

CC: WOODS, MECCA, DESTORIES
AND HEADSTREAM

ADDENDUM (A1) TO THIS LETTER OF 1-21-15
RE: SMOKING IN THE STINER BUILDINGS
AND IN MY RUN 5 D 15.

I have been in ADOC Stiner Unit-Lewis Prison for almost four continuous years. Smoking inside the buildings and inside the runs continues unabated. I have complained to: Deputy Wardens Lawrence, Scott and Karkhoff most recently on 1-14-15 at our meeting over this issue in the counselors office) sent a registered mail-restricted receipt letter # 7007 1490 0003 1991 4171 to Vanessa Headstream, Program Evaluation Administrator-Health Services Contract Monitoring Bureau 1601 W. Jefferson Px, Az 85007. I have complained to all the guards and to Chuck Ryan and Richard Pratt Director of Health Svcs Dept of Corrections. All the above DWs, COs and administrators allow smoking inside the buildings and runs. I have never seen or heard of any smoking inmate given a ticket or warned about it. It is like living in a smokey bar or smoke-filled coffin. I am afraid of cancer or other illnesses from second hand smoke.

CC: RYAN, PRATT, HEADSTREAM
ATTY R. WOODS

Thomas P. De Stories 256131
THOMAS P. DE STORIES

# THE CAVANAGH LAW FIRM
### A Professional Association

Richard J. Woods
(602) 322-4055
Facsimile: (602) 322-4105

December 10, 2014

Email
Rwoods@cavanaghlaw.com
File No. 34388-23

Chuck Ryan
Director of Department of Corrections
1601 West Jefferson
Phoenix, Arizona 85007

Richard Pratt
Director of Health Services Department of Corrections
1601 West Jefferson
Phoenix, Arizona 85007

**Re:   Inmate Smoking**

Dear All:

(FD.15.) I have a friend and former client who is incarcerated at the Lewis Prison, Unit Stiner

There are three inmates in each room, and six rooms in each building. Approximately 95% of all inmates smoke in the runs, though it is illegal. Living in the room is like being trapped in a smoky bar.

My former client is 78 years old. He is very concerned about the effects of secondhand smoke causing lung cancer and other illnesses. Chest x-rays show small nodules on his lungs.

My inquiry is simple: What can be done to cease smoking from the inmates. Thank you for your concern.

Very truly yours,

Richard J. Woods
For the Firm

RJW:jmc
cc:   Berkhoff, Lawrence & Scott

6455013_1

Viad Corporate Center   •   1850 North Central Avenue, Suite 2400   •   Phoenix, Arizona 85004
Telephone 602•322•4000   •   Fax 602•322•4100   •   Phoenix   •   Sun City

**BRIAN D. KARTH**
District Court Executive / Clerk of Court
Sandra Day O'Connor U. S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**OFFICE OF THE CLERK**



**MICHAEL S. O'BRIEN**
Chief Deputy Clerk
Evo A. Deconcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

**DEBRA D. LUCAS**
Chief Deputy Clerk
Sandra Day O'Connor U. S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

January 28, 2015

Thomas P DeStories
# 256131
ASPC – Lewis
Stiner Unit
5 D 15
P.O. Box 3100
Buckeye, AZ 85326

RE:  Document Returned (No Case Found)

*[Handwritten note: Enclosed is my case number written on my enclosed letter of complaints dated 1-21-15 PARSONS V. RYAN CV 12-00601-PHX-DKD]*

Your case is not found in the U.S. District Court for the District of Arizona.  Please provide a complete U.S. District Court for the District of Arizona case.

For the reason(s) specified above, the subject document is being returned to your attention.

 Brian D. Karth
 District Court Executive/Clerk of Court


 s/ H Antrum
By Deputy Clerk