Mom - MAIL
I wrote address on
other page

United States District Court
District of AZ
401 W. Washington St.
Suite 130, SPC-
Phx, AZ 85003-2118

CV 12-00601-PHX-DKD

Case 2:12-CV-00601-DKD Document _____ Filed ____/5/14

RECEIVED LODGED COPY

FEB 04 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1-4-15

Dear Clerk of the Court:

My name is Dina R. Bennett, Perryville Prison, my bed is 62A 9L on San Carlos yard. I do not feel the lawsuit is fair as I am in desparate medical need, on 20 medications a day. I Am Disabled, Diagnosed Bi-Polar Disorder, PTSD, severe anxiety & depression and have not received proper, adequate medical care nor psychiatric care as I need since August 21, 2013. I Am here for a probation violation as I had a drink of alcohol (was never tested) which I was on probation for my 3rd DUI - served a 4 month sentence went home May 3, 2013, had a drink May 13, 2013, went to jail then prison. I have used my Power Chair Scooter since 2003 on Disability & since March 2013 - May 2013, then Aug. 21, 2013 to now, medical here "Corizon" has continued to ignore my serious medical needs. I Am Chronic Care, yet I Am charged $4.00 for every appointment. On 1-2-15 Warden Frigo, DW Panza, Anthony Coleman, CO4 D. Golder, Charge RN-Carr - tricked me into a meeting. They said ADOC on Jefferson lost (5) Grievances I turned in in June 2014. I received letter from ADOC and they say they never received them. I ASK you to do a mass release of all Chronic Care Inmates here and Non-Dangerous, Non-Repetitive Inmates, This includes myself. Thank you.

Dina R. Bennett

Releasing prisoners will lower the deficit in a large way.

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Bennett, Dina R. | 279374 | San Carlos | 5-10-14 |

| To: CAPTAIN | Location |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

D·HALL 1   D·HALL 2   State Issue   Property Store   Pill Window   Medical

Overhang   Overhang   Overhang

Non Smoking Area   Basketball Court   Non Smoking Area

* Water Mist around all overhangs and sitting Areas

My idea is to put overhangs over these areas with water mist sprayers to Keep all the women from getting overheated especially those in the pill call lines and food lines. If completed there will be less medical conditions and/or emergency or ICS's called.

Also need non-smoking tables on basketball court as there is not enough seating for the 1,200+ women here. Tables in Basketball court can be used when inmates have to wait for meal lines, state issue, store, property, medical especially for those with medical issues and those over 40 yrs. old. This plan is for weather over 100 degrees.

LAST MARCH 2013 · Warden Lacy was going to do this over medical only.

* Medical Bldg — not large enough for 1,200+

| Inmate Signature | Date |
|---|---|
| Dina R. Bennett | 5-10-14 |

Have You Discussed This With Institution Staff?   ☐ Yes   ☒ No

If yes, give the staff member's name:

Distribution:  Original - Master Record File
Copy - Inmate

916-1
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter Response**

> For distribution:  Copy of corresponding Inmate Letter must be attached to this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Bennett, Dina R. | 279374 |

| Institution/Unit |
|---|
| ASPC-Perryville-San Carlos |

| From | Location |
|---|---|
| Warden's Office | Complex Administration |

Your inmate letter is being returned per Policy 916 - Staff/Inmate Communications.

### 916.03 INMATE LETTER

1.1.1 The Inmate Letter shall be used for all staff/inmate correspondence other than grievances and disciplinary appeals. (See Department Order #802, Inmate Grievance System, and Department Order #803, Inmate Discipline System)

1.2 Each Inmate Letter shall be limited to one issue, and written contents shall be limited to the space provided on the form.
1.2.1 No attachments shall be accepted.
1.2.2 Non-compliance may result in the Inmate Letter being returned to the inmate. Inmates may provide additional information pertaining to the issue when requested by staff.

Please follow DO 803, Inmate Discipline System.

cc: A. Jackson, Deputy Warden, San Carlos
Cpt. Yesenski
File

| Staff Signature | Date |
|---|---|
| *[signature]* | 5/6/14 |

Distribution:  Original -  Master Record File
Copy - Inmate

916-2
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**    58A9L

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Bennett, Dina R. | 279374 | San Carlos | 5-8-14 |

| To: Deputy Warden Freigo | Location |
|---|---|

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On Friday 5-2-14 @ 9:30 AM I was in pill line outside and into medical, told Nurse Geiger I had severe chest pain, she said tell the officer Ybarra (officer) was monitor of pill line said to tell Butler, I did and she said, I'm too busy go away, officer Ybarra said tell Butler again, so I did and she yelled at me, then she advised me of a ticket, I said, what did I do? she didn't say, I have officer Ybarra, Nurse Geiger and several inmates that witnessed that I did not curse, yell or scream or do anything disrespectful but said I have chest pain.

I was called to see Officer Uriel on 5-5-14 he gave me a minor ticket, on 5-5-14 I Appealed the ticket, On 5-8-14 - Officer Uriel gave me a Decision of Appeal saying "staff reports confirm that you were disruptive while at medical."

I was not disruptive, I have been here since August 21, 2013 and have had no tickets and I do not want any tickets at all.

Please erase this minor ticket As I plead not guilty and feel that when I need medical care for chest pain I should not feel afraid of getting a ticket. This is wrong, I Am chronic care.

Please see Attached 3 pages.

Thank you

| Inmate Signature  Dina R. Bennett | Date  5-8-14 |
|---|---|

Have You Discussed This With Institution Staff?  ☒ Yes  ☐ No

If yes, give the staff member's name: Officer Ybarra, Officer Uriel, Nurse Geiger, Inmates: Julie Kerley, Alejandra Monroy, Pamela Norton, Janetta Potts-Burns, Officer Ybarra, Nurse Geiger

All witnessed I did not scream, curse or yell

RECEIVED 5/9/14

*38 A By tower*

**ARIZONA DEPARTMENT OF CORRECTIONS**

| | **Please _PRINT_ all information** |

**Decision of Appeal**

Check One T:   ☑ Disciplinary Appeal   ☐ Grievance Appeal   ☐ Maximum Custody Placement Appeal

| Inmate Name *(Last, First M.I.)*<br>Bennett | ADC Number<br>279374 | Institution/Unit<br>ASPC PV San Carlos | Case Number<br>14B420576 |
|---|---|---|---|

Your appeal in the above referenced case has been reviewed.  The decision of the Warden/Deputy Warden/Administrator/ Hearing Officer is to:

☑ Uphold the findings   ☐ Modify the penalties   ☐ Remand to the Hearing Officer for re-hearing   ☐ Dismiss

Findings and Conclusions:

The findings are upheld for violation 14B420576.
You appealed based on the following:

Adequacy of Proof: Staff reports confirm that you were disruptive while at medical. Adequacy of proof has been met in this case.

For the above stated reasons, the findings have been upheld for violation 14B420576.

| Warden/Deputy Warden/Administrator/Appeals Officer Signature | Date<br>5-7-14 |
|---|---|

**Inmate Received Copy of Decision of Appeal** *(Step I Only)*

| Delivering Officer's Name | Delivering Officer Signature | Date<br>5/8/14 | Time<br>0653 |
|---|---|---|---|

Distribution Coordinator to make two copies of form<br>Original to Master Record<br>File copy to Institutional File<br>Copy to Inmate

803-6
11/20/08

Friday —

Dina Bennett #279374  58A 9L

Today at 9:30 AM I was waiting in the pill line, when I got to the window Nurse Geiger gave me all my medications. I then told her I was having severe chest pain and she said tell the officer. Officer Ybarra was sitting there and heard me and told me to tell Butler, so I did, Butler said "I'm busy, go away", then Ybarra said, "tell Butler again that you have chest pain", then Butler said "Sit down, I don't have time for you." So I sat down on the bench, then Ybarra & Plohal told a Nurse in the back, they called my name and I walked to the back. The nurse took my vitals and did a EKG — then showed it to Johnson who isn't even a DR. My heart rate was 115, 120 and I was shaking, I told the nurse my body can't handle the heat, my normal pulse is in the 60's, my high blood pressure meds say stay out of sun. They were done and sent me out, Butler was there, I told her my chest hurt and asked to go to my bed and laydown, the yard is still open, Butler said "No, you sit down, you're not done, you're not going anywhere" yelling at me. I did not curse OR raise my voice to her at all. Medical was only concerned with me signing the #4.00 charge sheet, not about me. These are witnesses who were waiting in medical and said I was mistreated badly and I didn't do anything wrong. Butler gave me my badge and said "I'm advising you as of 12:00 or so, I said "why? what did I do?" — Butler didn't say anything. I told Uriel and he spoke to her and that's why she retaliated against me.     over (witness)

Julie Kerley  57C
Alejandra Monroy  57C
Pamela Norton      58A
Janetta Potts-Burns  57
Officer Ybarra
Officer Plohal
Nurse Geiger

Appeal of Disciplinary Charge

| Inmate Name *(Last, First. M.I.)* | ADC Number | Institution/Unit | Case Number |
|---|---|---|---|
| Bennett, Dina R. | 279374 | ASPC - Perryville - San Carlos | 14B420576 |

I hereby appeal the finding of the:

☑ Coordinator of Discipline (Minor)   ☐ Disciplinary Hearing Officer (Major)   ☐ Step I   ☐ Step II

Regarding the finding of guilt on a Group **B**   Number **10**  violation.

Reason(s) for appeal:  (Must identify category and describe basis for appeal.)

☐ Due Process Requirement

☑ Adequacy of Proof

On FRi. 5-2-14 @ 9:30 AM I was in pill line in medical, told Nurse Geiger, she said tell officer, Ybarra said tell Butler, I did and she said, I'm too busy go away, Ybarra said tell Butler again I did and she yelled at me, then advised me, I said what did I do? she didn't say, I HAVE inmates that witnessed that I did not curse or yell or do anything disrespectful. Officer Ybarra Nurse Geiger, Julie Kerley, Alejandra Monroy, Pamela Norton, Janetta Potts-Burns.

☐ Severity of Penalty

| Inmate Signature | Date | Time |
|---|---|---|
| Dina R. Bennett | 5-5-14 | 0800 AM |

| Name of Employee Receiving Appeal | Signature of Employee Receiving Appeal | Date | Time |
|---|---|---|---|
| | | | |

Initial Distribution:
White - Appeal Authority
Yellow - Coordinator
Pink - Inmate

Final Distribution:
White - Master Record File
Yellow - Institution File

803-2
11/20/08

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Dental- Please ASAP

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R. | 279374 | 8-21-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A 9L | San Carlos | | Perryville San Carlos |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]*

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☒ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)* (especifique)
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Please change my diet to Regular - I get lay in meals. I'd like regular as they give me on Baked Potatoe Day a hot dog which I can't chew when a baked potatoe is easier for me as I have no teeth - also on mech soft they take away cookies, cinnamon rolls which I really want. I don't want Appointment, charge 400, please change ASAP.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   Dina R Bennett

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* (especifique)
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/10/12

**ARIZONA DEPARTMENT OF CORRECTIONS** Dental

**Health Needs Request (HNR)**

Date: 6/18/14
Time: 19:00
Initials: CH

| | |
|---|---|
| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | |

**SECTION/SECCION I**

Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)*
Bennett, Dina R.

ADC Number/Número de ADC
279374

Date/Fecha
6-18-14

Cell/Bed Number/Celda/Número de Cama
58A9L

Unit/Unidad
San Carlos

P.O. Box/Apartado Postal

Institution/Facility/Instalación: ASPC
Perryville

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION/SECCION II**

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☒ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I just had all my teeth (4) left, extracted please put me on the list for impressions to get dentures. Thank you so much.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento a quien lo proporcione.]

Inmate's Signature/Firma del prisionero    Dina R Bennett

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☒ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 10 JUN '14 PM 3:50 |

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION** upon final approval you will be scheduled

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Gillespie | 6-19-14 | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Please Rush — Dental

| Date: | 6/13/14 |
| Time: | |
| Initials: | |

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| Bennett, Dina R. | | 279374 | 6-12-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A 9L | San Carlos | | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)]*

Please get me fitted for dentures right away

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☒ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. *[¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]*

I'm on the teeth extraction list for both dentures. I have 4 teeth left on bottom front. They are hurting very bad - please extract them asap (have bleeding Also ulcers stomach) and get me my dentures top & bottom asap - as I had gastric bypass and need to eat very chewed up food, have bloody stools now 5 months due to can't chew food. Others I heard are getting dentures Now.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. *[Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.]*

Inmate's Signature/Firma del prisionero *Dina R Bennett*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☒ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 13 JUN '14 PM 9:09 |

| **PLAN OF ACTION/PLAN DE ACCION** | You are scheduled & should be Seen Soon |
|---|---|

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Gulluse | 6-16-14 | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisoner

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. *[Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]*

1101-10ES
12/19/12

Date:
Time:
Initials:

| SECTION/SECCIÓN I | Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| | Bennett, Dina R | 279374 | 2-20-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A 9L | San Carlos | | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!*]

**SECTION/SECCIÓN II**

AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica  ☒ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Please extract my lower teeth and put me on the Routine care list for upper and lower dentures, please do as soon as possible.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    *Dina R Bennett*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCIÓN III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médica  ☒ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros *(specify) (especifique)*
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 20 FEB '14 PM 10:20 |

**SECTION/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCION    dental care list for extractions

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Gillespie | 2-25-14 | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
- 12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

URGENT

Date: _____
Time: 15 FEB '14 9:50
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R. | 279374 | 2-15-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A 9L | San Carlos | | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☒ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I am in severe pain (need 4 teeth pulled) front
all decayed, can't take the pain any longer,
please pull all 4 teeth on front top.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   Dina R Bennett

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☑ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 16 FEB '14 PM 8:53 |

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**   urgent care list

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 2-18-14 | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur  - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**Health Needs Request (HNR)**

Date:
Time:
Initials:

1101-10ES
12/19/12

| SECTION/SECCION I | | | |
|---|---|---|---|
| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
| Bennett, Dina | | 279374 | 11-19-13 |
| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
| 58A 9L | San Carlos | | Perryville |

You are required to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION/SECCION II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☒ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Please put me ASAP on the teeth extraction list for dentures. Need right away

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    *Dina Bennett*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☒ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 19 NOV '13 PM 8:58 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

dental care list for extractions (4-6 month wait time)

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| C Rippley | 11/20/13 | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date: _____
Time: 17 NOV '13 PM 11:09 456
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R. | 279374 | 11-17-13 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A 9L | San Carlos | | Perryville |

**SECTION/SECCION I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!*]

**SECTION/SECCION II**

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☒ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I need top left molar pulled ASAP in severe pain. Please pull right away I can't take this pain.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   Dina R Bennett

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☒ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 17 NOV '13 PM 11:09 |

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**   Urgent care list

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| M Gillespie | 11/18/13 | |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**Health Needs Request (HNR)**

Date:
Time: AUG 2013 1:59
Initials: ___

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett Dina | 279374 | 8-25-13 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 141 | Lumley | | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)   ☐ Medical/Médica   ☒ Dental   ☐ FHA
☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES; ¡¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I need teeth pulled out & fitted for Upper & Lower Dentures. Please need asap can't eat.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   Dina R Bennett

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX** [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   ☐ Medical/Médica   ☒ Dental   ☐ Pharmacy/Farmacia   ☐ FHA
☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 28 AUG '13 AM 1:59 | |

**PLAN OF ACTION/PLAN DE ACCION**

You will be placed on the routine care list. Are you in need of a mechanical soft diet?

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 8/28/13 | |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date: 9-23-14
Time: 1600
Initials: VA

*Dental-Urgent*

### SECTION/SECCION I

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett DINA R. Pedro | 279374 | 9-22-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 62A69 | San Carlos | | Perryville |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).  *[Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*

### SECTION/SECCION II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☒ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I had my 1st set of impressions on 8/18/14 - I was told my 2nd impressions would be done 4 weeks after 1st set. Please schedule me for my 2nd impressions. I need dentures right away - had gastric bypass - supposed to chew food well but need dentures, have had severe blockage in colon + bleeding BMs now 7 months straight - Please rush me to get dentures ASAP - Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    *Dina R. Bennett*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

### SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☒ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)*

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 29 SEP '14 PM 10:21 |

### SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

You will be seen soon

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| *Elaine D. Bish* | 9.25.14 | |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur  - Prisonero

This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state.  [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time:
Initials:

Dental

**SECTION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Numero de ADC | Date/Fecha 9-22-14 |
|---|---|---|

| Cell/Bed Number/Celda/Numero de Cama  1A67 | Unit/Unidad  Morley | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC:  IIE |

You are required to be truthful. Failure to be cooperative and any abuse of the healthcare system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. (Use this form to describe only one problem or issue at one time) [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema de cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros, y puede dar lugar a una acción disciplinaria. ¡Use este formulario para describir un problema a la vez!]

**SECTION II**

AREA OF INTEREST (check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE)   Medical/Medica   ☒ Dental   FHA   Pharmacy/Farmacia   Mental Health/Salud Mental   Eyes/Ojos   Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES! [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I had my [...] impressions [...] I was told
my 2 impressions [...] first set.
Please schedule me [...] in as soon. I need dentures
right AWAY [...] chew food well but
[...] bleeding BMs
[...] dentures ASAP. Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o a quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]

**SECTION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA:   Medical/Medica   Dental   Pharmacy/Farmacia   FHA   Mental Health/Salud Mental   Eyes/Ojos   Other/Otros (specify) (especifique)

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

**SECTION IV**

PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod -Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

Requests are limited to *one page* and *one issue*. NO ATTACHMENTS PERMITTED. Please print all information.

Inmate Letter   Notes to myself 10-21-14

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Bennett, Dina R | | | 10-21-14 |

To:

Location

Mr. Keck came out in hall said "Just sign a refusal."

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I was scheduled for 10:15 AM with Psych - Mr. Keck, I went to medical at 10:00AM - told Officer Gonzalez, "May I please have a Sgt. go into Keck's office with me as he verbally abuses me & harasses me, I'm afraid of him, I did not fill out an HNR to see him." Officer Gonzalez called someone, then Psych Dr. Katz went into talk on phone I guess to yard office, like telling them don't send a Sgt. (don't know) Dr. Katz & Psych Nurse Anderson stood in hall told me, "No, you cannot have an officer in the appointment with you & Keck." I said, "I need help & Nurse Anderson has been there before & let's him degrade me & harass & verbally abuse me." They both insisted I refuse the appointment, I said, "no, I'm not refusing." They didn't want me to say anything. I said, "Why am I scheduled"? Anderson said, "to monitor your medications", I said ok. We walked to Mr. Keck's office, he started right away harassing me, he said, "Oh, you're not speaking, this appointments over," I said "No, I was waiting for you to speak or ask me a question." I said several times, I'm very depressed & need antidepressants changed or increased & need proper medical treatment especially since I had a Total Hysterectomy, have no female hormones and ADOC took away my hormone Estrogen so that makes me very, very depressed Mr. Keck kept saying, "You have Multiple Personalities Disorder" I said, "No, I don't, I have never been diagnosed that by any Doctor." He said, "I am diagnosing you. Keck said, "You don't need anything", "You are not this & that (many words) I said I've been on antidepressants for many years, I need them, please." "I went through hell with him in this appointment, I told him the list. He asked "What meds worked before?" So I named several. Mr. Keck jerked me around, no one here will give me the list. He asked I asked for list of my medications, no one here will give me the list. I asked all Psych meds I'm on (prescribed Effexor 225 mg. I told him & said please) thorazine, c-? Finally he said, he will continue (when I told him & said please) and start me on Effexor. Mr. Keck continued to treat me like trash, then said, leave. I said thank you before end of appt. I said, "I don't want to have to come in here and see you again.

Inmate Signature _____   Date _____

Have You Discussed This With Institution Staff?   ☐ Yes   ☐ No

If yes, give the staff member's name:

Did I informal Grievances on Mr. Keck on 4/2/14 & 8/21/14

916-1
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

*now Urgent please*

| Date: _____ |
| Time: _____ |
| Initials: _____ |

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R. | 279374 | 10-21-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 62A 69 | San Carlos | | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)*]

I'm living on laxatives, have severe blockage - stomach

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] *I don't want to die in here.*

On 10/2/14 I was taken to outside medical. AZ Tech in Mesa, AZ for an abdominal ultrasound - due to severe pain & bleeding in stool. Still no one here has seen me to give me the results or give me adequate proper medical care. If you need to see me, please make it a follow up appointment - no charge, I've paid hundreds dollars already. Had gastric bypass, pain feels like intestines bursting through skin - since March 2014

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    Dina R. Bennett

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

*Urgent please*

Date: _____
Time: _____
Initials: _____

**SECTION/SECCION I**

Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)*
Bennett Dina R.

ADC Number/Número de ADC
279374

Date/Fecha
10-21-14

Cell/Bed Number/Celda/Número de Cama
62A69

Unit/Unidad
San Carlos

P.O. Box/Apartado Postal

Institution/Facility/Instalación: ASPC
Perryville

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION/SECCION II**

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☒ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. *[¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]*

I had 1st set of impressions for dentures on 8-18-14 told by you 2nd set in 4 more weeks - would have been 9-18-14 now 2 months later I'm still waiting for 2nd impressions. Please, I need dentures right away as I had gastric bypass, have severe stomach problems, supposed to chew food well no teeth, don't change my diet please to mech. soft - they gave me harder food than regular diet. Please need dentures

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. *[Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]*

Inmate's Signature/Firma del prisionero   *Dina R. Bennett*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

*Please ASAP*

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R | 279374 | 10-21-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 62A 69 | San Carlos | | Perryville San Carlos |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in that delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!*]

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I would like to see the Medical Records lady and read my entire inmate medical file Please, asap, as I have many serious medical problems and medical here has not helped me. I am in need of proper, adequate medical care.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   *Dina R. Bennett*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)*
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES

SECTION/SECCION I
SECTION/SECCION II
SECTION/SECCION III
SECTION/SECCION IV

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Services Communique**

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Bennett Dean | 279374 |

| Facility | Unit |
|---|---|
| ASPC-PV | Carlos |

### THE FOLLOWING RESULTS WERE NORMAL

☐ LAB

☐ X-RAY

☐ EKG

Your levothyroxine dose was increased to 0.125 mg daily & your labs are ordered for 1 month.

| Signature | Date |
|---|---|
| Barisich, CNM, MS | 10-2-14 |

**Submit HNR if additional information is requested.**

My note: Levothyroxine WAS not increased & given to me until 10-7-14
I received this paper on 10-9-14. Dr. Tsu - Endocrinologist
prescribed 0.125 mg on 9-11-14 - Took San Carlos almost (1)
whole month later to give it to me.

*Chronic Care these tests are normal so I should not be charged - Dr. or NP*

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Health Needs Request (HNR)**

*I do not WANT charged, should be Follow Up Appointment*

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R. | 279374 | 10-2-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 62A 69 | San Carlos | | Perryville |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).
*[Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*  **I Am Chronic Care - Do Not charge me**

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] *I have all my HNR's. (21 days ago)*

*I was seen by outside medical Endocrinologist Dr. Tsu on 9/11/14. He increased Levothyroxine from .1mg QD to .125 mg. QD, still you have not given me the new dosage .125 mg. QD. Please read my HNR I did on 9/24/14. I already paid hundreds of dollars for help. I have many medical issues I've been charged for & still need treatment. All my appointments should be Follow up - no charge. I am desparate, in severe pain, have list will bring to my appointment - need help ASAP.*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    *Dina R Bennett*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios *I WAS never seen on this HNR - No appointment given at all.*

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur  - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni a una subdivisión política de este estado.]

1101-10ES
12/19/12

Inmate Letter *Notes to Myself 10-1-14 10-2-14*

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Bennett, Dina R. | 279374 | | |

| | Location |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On 10-1-14 at 10:00 AM I was paged to medical, suddenly. Didn't know what for. I was seen by Head Nurse Ms. Lupo, she said, "Here, sign this permission paper." I read it, it didn't say what procedure I was going to have done. I asked Nurse Lupo, she would not tell me anything. I said, "I don't like signing this & Not knowing what it's for." The paper said "NPO after midnight" which means no food or drinks. She advised me, "do not take any pills." I said, "Yes, Maam I won't."

On 10-2-14 at ~~6:00~~ 5:00 AM I was awakened by an officer to go to the V-gate at 6:00AM. So, I did. I got stripped out and then hands & feet shackled, put in a van & transported to AZ Tech Radiology at Price & Guadalupe. I was not told what procedure I was doing until Ultrasound Tech lady began the ultrasound on my stomach. I filled out a paper with all my abdominal surgeries & symptoms, so many surgeries I hoped I didn't miss any. As the Tech had me take deep breaths & hold them I told her how very severe the pain was & where. then we left, went back to the prison.

I hope AZ Tech Radiologist notifies ADOC of their findings. I'm in severe pain, I need help right away. Unable to have BM's without taking laxatives I purchased on Keefe store list at prison. I've documented all this & bleeding problems since March 3, 2014 and finally 9-12-14 NP T. Bastian ordered this ultrasound - not done until (8) months after I notified Corizon Medical.

| Inmate Signature | Date |
|---|---|
| | |

Have You Discussed This With Institution Staff?  ☐ Yes   ☐ No

If yes, give the staff member's name:

*Chronic Care — Do not put me on provider appointment*

**ARIZONA DEPARTMENT OF CORRECTIONS**

*to the Provider - Dr.*

**Health Needs Request (HNR)**

*I do not WAnt appointment*

| Date: |
| Time: 26 SEP '14 PM 10:38 |
| Initials: |

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R. | 279374 | 9-24-14 |

| Cell/Bed Number/Celda/Número de Cama 62 A 69 | Unit/Unidad San Carlos | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC Perryville |
|---|---|---|---|

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria [Use este formulario para describir un problema a la vez!]

*I Am Chronic Care - Do Not Charge me.*

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)  ☑ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

On 9/11/14 I was taken to outside medical to Endocrinologist Dr. Tsu, please read my records he said he would send to you here, on that 9/11/14 appt he increased my Levothyroxine from .1mg QD to .125 mg QD — yet you here on Carlos have not increased it. Dr. Tsu said you would do blood work on me after 1 month of taking .125mg QD to check TSH level — then he would see me again at his office (Please adjust my Levothyroxine) I don't want (Do not put me on Provider appt.) charged over & over again

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

*No labs have been done on me*     *Dina R Bennett*     *Please notify me by mail when completed*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX** [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☑ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique)

Comments/Comentarios
*Levothyroxine ↑ to 0.125 mg & labs ordered fn 4-5 wks*     9/2/14     Bausich CNM

| Staff Signature Stamp/Firma del empleado J Adkins, LPN II | Date/Fecha | Time/Hora 26 SEP '14 PM 10:38 |
|---|---|---|

**PLAN OF ACTION/PLAN DE ACCION**
*Provider Review*

| Staff Signature Stamp/Firma del empleado | Date/Fecha 9/29/2014 | Time/Hora |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

*Chronic Care* ... *to the Provider - Dr.* ... *appointment*

I do not WAnt appointment

Date: _____
Time: _____
Initials: _____

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

**SECTION/SECCION I**

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R. | 279374 | 9-24-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 62A 69 | SanCarlos | | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

I Am Chronic Care - Do Not Charge me.

**SECTION/SECCION II**

**AREA OF INTEREST** *(Check only one block below)/***AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*  ☒ Medical/Médica  ☐ Dental  ☐ FHA  ☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)(específique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. *[¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]*

On 9/11/14 I was tAken to outside medical to Endocrinologist Dr. Tsu, please read my records he said he would send to you here, on that 9/11/14 appt. he increased my Levothyroxine from .1mg QD to .125mg QD - yet you here on Carlos hAve not increased it. Dr. Tsu said you would do blood work on me after 1 month of tAking .125mg QD -then he would see me again at his office to check TSH level (Please adjust my Levothyroxine) I don't want (Do not put me on Provider appt.) charged over & over agAin

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [*Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]*

| Inmate's Signature/Firma del prisionero | |
|---|---|
| *No lAbs hAve been done on me* | Dina R Bennett |

*Please notify me by mail when completed*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  ☑ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros *(specify) (especifique)*

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 26 SEP '14 PM 10:38 |

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**  Provider Review

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| *Lydia* | 9/29/2014 | 6u |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

*Chronic care appointment*

**ARIZONA DEPARTMENT OF CORRECTIONS**
*go to the Provider - Dr*

**Health Needs Request (HNR)**
*I do not want appointment*

Date: _____
Time: _____
Initials: _____

| | | |
|---|---|---|
| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* Bennett, Dina R | ADC Number/Número de ADC 279374 | Date/Fecha 9-24-14 |

| Cell/Bed Number/Celda/Número de Cama 62A 69 | Unit/Unidad SanCarlos | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC Perryville |
|---|---|---|---|

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

*I Am Chronic Care - Do Not Charge me.*

**AREA OF INTEREST** *(Check only one block below)/***AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(específique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

On 9/11/14 I was taken to outside medical to Endocrinologist Dr Tsu, please read my records he said he would send to you here, on that 9/11/14 appt. he increased my Levothyroxine from .1mg QD to .125 mg QD - yet you here on Carlos have not increased it. Dr Tsu said you would do blood work on me after 1 month of taking .125 mg QD - then to check TSH level he would see me again at his office. (Please adjust my Levothyroxine) I don't want (Do not put me on Provider appt) charged over & over again

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

| Inmate's Signature/Firma del prisionero *No labs have been done on me* Dina R Bennett | *Please notify me by mail when completed* |
|---|---|

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

"Mom, Sandie,

Here is my list & status of all my medical problems. Copy this & all my HNR forms I sent you to ACLU & Prison Law Offices - sue this place & tell them to fight for me to get proper, timely, adequate medical care while I'm in here & to get me released early.

1.) Both ears infected since 11-22-13, loss of hearing both ears, total loss of hearing in Right ear - Asked to see an ENT may need tubes, Nurse Practicioner Barisich told me on 8-12-14 I would be put on RN Line & a Nurse would flush, suction and irrigate both my ears, no one has done this yet, antibiotics have never cleared infections. I'm in pain. Due to dirt & wind here, also told NP Barisich on 8-12-14 I fell off bunk on 3-27-13 busted Right ear open bleeding, no treatment given.

2.) Constant Blood in stool since March 3, 2014. PA Johnson gave me hemorrhoid suppositories & ointment, from ~~9-3~~ 9-3-14 until 9-19-14 did not have any BM's. Finally on 9/12/14 Nurse Practicioner T. Bastian at Complex Medical prescribed me Magnesium Citrate - glass bottle - clear liquid - drank all 1x at once - took 7 days to get I received it from Carlos Medical on 9/19/14. I was in severe pain since March 2014 in my Right Upper Stomach where my gallbladder is, still. I have requested many times to get a Colonoscopy & EGD but was told by NP Bastian on 9-12-14 - these tests would not be approved. Now I am still in pain. Could be Colon cancer & Polyps. On Ranitadene for

2) bleeding ulcers, due to loss of blood in 2012 had (2) Blood Transfusions. Get (1) I asked for extra toilet paper several times - Medical Carlos said No. roll per week

3.) Thyroid Cancer - I received a Radiation pill on 7-30-14 & 7-31-14 and thyroid scans. Per records my Mother Donna Bennett mailed to me, the 9 spots of cancer are gone, only minimal salivary glands present. I still need blood drawn to check my TSH levels - told by NP Barisich on 8-12-14 - still no one has drawn my blood. I can't handle the heat, the sun, shake badly, profuse sweating, all meds say stay out of the sun. Medical on Carlos had me off thyroid med for 37 days - way too long, prior to scans & radiation pill on 7-30-14 and 7-31-14. NP Barisich said on 8-12-14 TSH too high.

over →

**Inmate Letter**    Sun. 9-21-14 -Wed. 9/24/14

Requests are limited to *one page* and *one issue*. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Bennett, Dina R. | 279374 | San Carlos | 9-21-14 |

| To: Anthony Coleman/Captain DW Roan | Location San Carlos |
|---|---|

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

In addition to Attached 1st page.

Thyroid Cancer: I was taken to outside medical while on Lumley 30 yard in the hole between 9/9/14 to 9/11/14, The Endocrinologist said he would increase my Thyroid med "Levothyroxine" to .125 Mg. QD still medical here at prison has not increased it, I'm still on .1mg QD. He said I'd see him in 1 more month & here in prison before I see him I will have my blood drawn to see how my

TSH level is on new dose .125 mg QD. I still have not had increase & no blood draw has been done. I did not get new dose until 10-7-14.    (I wrote HNR on this 9-24-14)

Blood in stool: I still am bleeding with BM's, in severe stomach pain, Used hemorrhoid suppositories & ointment. This is not the problem. I need a Colonoscopy & EGD - have (2) bleeding ulcers in area where pain is. I did not have BM's while on Pedro for 12 days straight- At Complex Medical NP-T. Bastian on 9/12/14 prescribed clear liquid Magnesium Citrate to be given 1x I did not receive it until After I got to Carlos, on Carlos 9/15/14 still did not get until 9/19/14, 5 days on Carlos waiting) I had a BM on 9/19/14, now 9/24/14 I need med again. I cannot keep affording $4.00 charges over & over again. Have done 5 informal, formal & final Appeal grievances still - All these conditions should be follow up visits with medical - yet they keep charging me and not helping me. Please help me

| Inmate Signature | Date |
|---|---|
| Dina R Bennett | 9-21-14 - 9-24-14 |

**Have You Discussed This With Institution Staff?**  ☒ Yes  ☐ No

If yes, give the staff member's name:    Sgt. Riley, CO3. Sent, Corizon Medical Staff    All

Distribution: Original - Master Record File
Copy - Inmate

916-1
5/14/12

*Taken to* ~~ARIZONA DEPAR... OR C... RECTIONS~~ *on Pedro* *Shan 9 to E.F. Bastian*

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

*Should be a Follow-up - No Charge - saw Barisich on 8-12-14*

Date: _At Complex Medical_
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R. | 279374 | |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A9L | San Carlos | | Perryville San Carlos |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]* *Johnson took Meloxicam - need med - severe neck & back pain - numbness arm*

**AREA OF INTEREST** *(Check only one block below)* / **AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

*Need No school Krono order - due to diarrhea, gastric bypass, throwing up - chronic Thyroid - TSH level blood needs to be drawn - told would be by Barisich on 8-12-14*
*Need hormones ASAP - Total Hysterectomy - profuse sweating, dizziness, depression, anxiety*
*Black milk from Right nipple - have lump need biopsy - AZ Tech wants 2nd mammo & ultrasound*
*Both Ears - pain, loss of hearing, need flush & suction - I need to see ENT* *Barisich told me Nurse would - never did*
*Blood in stool - pain in Rt upper stomach - constant - could be colon cancer* *still need Colonoscopy & EGD*
*Styes in both eyes - need Neomycin eye drops as KOP med & Neomycin Ointment*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _Dina R. Bennett_

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

*Need help many problems*
*I can't walk to pill call*

Date: _____
Time: _____
Initials: _____

| | |
|---|---|
| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
| Bennett, Dina R. | 279374 | 9-4-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 10A 204 | Pedro 10A 204 | | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!] *Per all my medications say stay out of sun*

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)  ☒ Medical/Médica  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

*Also No thyroid - had cancer*

*I have a no standing Krono & no sun Krono due to severe neck & back problems - per Ms. Abbott today told me to do HNR for a wheelchair, I cannot walk long distances - can't handle the heat, many medical problems. Please I'm in pain & shake badly - need wheelchair asap. I layed in bed all day on Carlos due to pain, profuse sweating*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero  *Dina R. Bennett*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  ☒ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Smith RN | | 4 SEP '14 PM 11:00 |

**PLAN OF ACTION/PLAN DE ACCION**

*Provider will eval need for wheelchair*
*you are scheduled*

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| JAW | 9.5.14 | 1105 |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter _My copy to Coleman 8-29-14_

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Bennett, Dina R. | 279374 | Perryville / San Carlos | 8-29-14 |

| To: Anthony Coleman / Health Supervisor | Location San Carlos |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

This is my HNR listing all the things I have repeatedly submitted HNR's for and been charged $4.00 over & over & over again. I still need help with all these medical problems and have not been receiving proper, adequate medical treatment. Please help me, as I am not wealthy, barely surviving here. I am very sick, have tried with Psych-Mr. Keck to get all my antidepressants (3) increased, he only slightly increased (1) which he put me through hell to get that. I have so many health problems now and I've done everything I can but I cannot afford to spend the small amount of money I get from my family - all on medical needs. I ASK you per what medical here told me I'm chronic care for my high blood pressure & thyroid cancer issues but all these I listed on this HNR are chronic conditions as they are continuing problems, please can you get me proper, adequate medical treatment and not charge me the $4.00 fee over & over & over again, please. I am still waiting for a provider appointment. Thank you.

Also please permanently excuse me from Computer Technology class as I have constant diarrhea, gastric bypass, throwing up, please do help me, I have many health conditions - I told Ms. Cook, Ms. Santry, Ms. Bartos.

| Inmate Signature Dina R Bennett | Date 8-29-14 |
|---|---|

Have You Discussed This With Institution Staff? ☒ Yes ☐ No

If yes, give the staff member's name: All Corizon Medical Staff

Distribution: Original - Master Record File
Copy - Inmate

916-1
5/14/12

*Coleman on*
*8-29-14*

Date: _____
Time: _____
Initials: _____

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Should be a follow up saw Barisch on 8·12·14

| Inmate Name/Nombre *(Last, First M.I.)(Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R. | 279374 | |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A 9L | San Carlos | | Perryville San Carlos |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]* Johnson took Meloxicam - need med - severe neck & back PAIN - extreme numb

**AREA OF INTEREST** *(Check only one block below)* / **ÁREA DE INTERÉS** *(MARQUE UN ESPACIO SOLAMENTE)* X Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. *[¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]* Need no school Krono due to diarrhea

Thyroid - TSH level blood still needs to be drawn told would be by Barisch 5/12/14

Need hormones ASAP - Total Hysterectomy - profuse sweating dizziness, depression anxiety

Black milk from Right Nipple - have lump need biopsy- AZ Tech wanted to do 2nd mammogram & us

Both Ears - pain, loss of hearing need flush & suction - told me Nurse line (never did) Barisch (need to see ENT)

Blood in stool - PAIN in Rt upper stomach - constant - still need help Need colonoscopy & EGD

Styes in both eyes - need Neomycin eye drops as KOP med & Neomycin ointment

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. *[Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]*

Inmate's Signature/Firma del prisionero

*Dina R Bennett*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

*I don't*
*Follow Up want appointment*

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R. | 279374 | 8-21-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A 9L | San Carlos | | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I was seen on 7-31-14 - already charged $4.00 - paid, Ms Barisich prescribed Zyrtec for ear infections, swollen glands, pain as antibiotics have not helped since 11-22-13. Zyrtec only for few days please make permanent order, please send me to an ENT for hearing loss & constant ear infections. Barisich did not help me with pain, swollen glands I can't keep getting charged over & over for same problem.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   *Dina R Bennett*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique)

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 21 AUG '14 PM 10:59 |

**PLAN OF ACTION/PLAN DE ACCION**

Schedule with pc

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 8/25/14 | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**Inmate Letter**  8-11-14  *Notes to myself*

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|

| To: | Location  *Barisich saw me 3:20 PM-3:40 P* |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Today had an 11:00 AM appointment. I waited from 12:00 noon Butler said to come at 12:00 I got there at 10 AM. Waited until 5:15 PM-Nurse Smith said, sorry all you are cancelled, come back tomorrow. I was exhausted.

Now it's 8/12/14 I have another 11:00 AM appointment, got there at 10:00 AM, Butler said, come back at 12:00 PM. Called in to see Nurse Practicioner Ms. Barisich NP

I gave my HNR with my (5) five medical issues. She said, "you're here regarding your Thyroid medication". I explained all the radiation pill & (2) scans done on 7-30-14, 7-31-14. I told her I received my thyroid medicine back a few days was off it for 37 days, received back on 8-9-14, I explained how terrible it was without it. I then explained all the (5) conditions and what had been done so far. I told her about black milk out of right nipple, milk still coming out of both, been off Risperdal which caused it 5-6 months now. Showed her surgical scars on both breasts, she did exam of Right breast, barely touched nipple, said, Show me black on bra when it happens, didn't believe me. She told me not to stimulate breast or express milk. We both quickly looked at Mammogram result - she said, "It's benign," I said I didn't have a biopsy. She said, "It's normal." She said my Thyroid scan showed only "minimal salivary glands, no cancer." She said, "your eyes are ok." She looked at ears said "No infection", I said, "my glands here & ears hurt several months now", she said, "Yes, your glands are swollen. I explained loss of hearing, also when I fell off bunk March 2013.

Continue over →

| Inmate Signature | Date |
|---|---|

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No
If yes, give the staff member's name:

# ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter  8-11-14

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| | | | |

| To: | Location |
|---|---|
| | |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

At 10:00 AM this AM I went to pill call took meds then went into medical told Officer Butler "I'm here for my 11:00 AM Provider appt., Butler said, "Come back after you go eat with early outs after count, come back at 12:00 noon." I said "But my appointment is at 11:00 AM I don't want to be late." Butler said, "No, come back at 12:00." So I left, spoke to Officer Cota outside of 58A bay & a Sgt. there and explained what Butler said & that a few months ago she gave me a ticket for having, telling her I had chest pain, which the ticket was not dismissed and that I'm afraid when I go back at 12:00 noon Butler will give me a ticket for being an hour late for my 11:00 AM appt. Officer Cota said, "Don't worry, they haven't made an out call for you, just go at 12:00 noon." I said, ok thank you

| Inmate Signature | Date |
|---|---|
| | |

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If yes, give the staff member's name:

**ARIZONA DEPARTMENT OF CORRECTIONS**

To new Provider NP
To E. Barisich

Date:_____
Time:_____
Initials:_____

**Health Needs Request (HNR)**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, DiNA R. | 279374 | 8-12-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A9L | San Carlos | | Perryville |

SECTION/SECCION I

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

SECTION/SECCION II

**AREA OF INTEREST** (Check only one block below) **/AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Thyroid Cancer - 9 spots cancer in neck HNR since August 2013
Lump in Right breast - since April 2014
Constant blood in stool since March 2014
Both ears infected since November 22, 2013
Styes in both eyes since November 7, 2013
Need Krono order for extra toilet paper, Need pain med for severe back problems since Aug 2013

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    Dina R. Bennett

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisoner

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

*Please copy* _(handwritten annotation)_

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Follow Up - Ear Infections _(handwritten)_

Date: _____
Time: _____
Initials: _____

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R. | 279374 | 8-10-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A9L | San Carlos | | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)] I've had several months Antibiotics & Neomycin Eardrops-nothing helps.

**SECTION/SECCION II**

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) [X] Medical/Médica [ ] Dental [ ] FHA
[ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I was seen for both ears infections on 7-31-14 and was charged $4.00 for appt. saw Nurse Fitzgerald & Nurse Hawhouse & Johnson gave me Cipro-did Cipro for 7 days, I did finish at pill call, I'm still in severe pain both ears-need to see an ENT- been in pain since 11-22-13, pain never goes away-can't lay on ears to sleep, please do not charge me again as I keep paying for same condition over & over-please make this follow up -asap.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero      Dina R Bennett

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA
[ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**Inmate Letter**  8-9-14 Notes to myself

Required – One Page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| | | | |

| To: | Location |
|---|---|
| | |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

This morning at pill call Nurse Geiger said she gave me my Thyroid medicine – I got it back today, I have been off of it last day I took it was 7-2-14 so off for total 37 days. I believe this is the longest time period 37 days I've been off my Levothyroxine since October 2000 in 14 years and physically it has damaged my body (organs). I have felt extreme pain all over my body, profuse sweating, severe depression and anxiety, difficulty sleeping, severe headaches, loss of hearing, chronic ears & eyes infections never helped by antibiotics. I hope in my appointment on 8-11-14 Monday I'm scheduled to see a Provider named Peres? that he/she will tell me the results of my Thyroid cancer scans I had done on 7-30-14 & 7-31-14. I hope that if cancer in my neck or nodules present that prison will follow through with radiation isolation treatments, PET scan, and for me to see an Endocrinologist which PA Johnson told me he was ordering me to see an Endocrinologist. Just waiting now.

| Inmate Signature | Date |
|---|---|
| | |

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If yes, give the staff member's name:

# ARIZONA DEPARTMENT OF CORRECTIONS
**Health Needs Request (HNR)**

*Urgent - Thyroid F/U*

| | |
|---|---|
| Date: _____ | |
| Time: _____ | |
| Initials: _____ | |

**SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R. | 279374 | 8-6-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A9L | San Carlos | | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECCION II**

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

*Severe headaches*

Dr. Johnson, please put me back on my thyroid medicine I've been off it for Thyroid cancer scans & radiation since 7-2-14 for 35 days now. please put me back on Levothyroxine ASAP as I'm very depressed, profuse sweating, totally menopausal and crying all day. Did Radiation & Thyroid scans on 7-30-14 and 7-31-14. Please start right away, don't charge me.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.] *You Told me Thyroid Cancer-Chronic Care*

Inmate's Signature/Firma del prisionero *Dina R. Bennett*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisoner

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Disciplinary Report

Please PRINT or TYPE all information

Date example: (mm/dd/yyyy)

**Case Number** 148420982

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT |
|---|---|---|
| Bennett | 279374 | ASPC-PV/SAN CARLOS |

CHARGE: GROUP NUMBER AND TITLE

20B Obstructing staff

I. Statement of Violation (State fully the facts and circumstances of the violation including the means by which the inmate was advised of the charge(s)).

On 08/03/2014 at approximately 1801 hours I, COII Mathews #5951 had to call for inmate Bennett #279374 to come to pill call at Carlos medical because she was a no-show even after last call for pill call. On 08/03/2014 at approximately 1800 hours I, COII Mathews verbally placed inmate Bennett on report for obstructing staff(20B). This written report was completed by COII Mathews on 08/03/2014 at approximately 1812 hours. End of report.

| DATE/TIME OF VIOLATION | REPORTING STAFF NAME (Last, First M.I.) (Please print) | | SID NUMBER |
|---|---|---|---|
| 08/03/2014 / 1801 | Mathews, G. COII 5951 | | MGV3 |
| SIGNATURE G. Mathews 5951 | DATE/TIME COMPLETED 08/03/2014 / 1812 | | |
| DISPOSITION Formal | DATE/TIME REVIEWED 8/3/14 / 1817 | | |
| SHIFT SUPERVISOR REVIEW BY (Last, First M.I.) (Please print) Lt. West | SIGNATURE Lt. West | | DATE 8-3-14 |

II. Delivery of Charge: I hereby certify that _____ at _____ hours, I have served notice on this inmate for a hearing on the charge before the Disciplinary Hearing Officer as a Felony Violation. The inmate has received a copy of the disciplinary charge. The hearing is scheduled on or after 48 hours from delivery of charge.

INMATE WAS OFFERED STAFF ASSISTANCE AND IT WAS:

☐ Accepted   ☐ Denied

| INMATE SIGNATURE | DELIVERING OFFICER SIGNATURE |
|---|---|
| | |

III. Report of Investigation

FELONY VIOLATIONS ONLY – SEE ATTACHED (Use form #803-8)

| INVESTIGATING OFFICER (Last, First M.I.) (Please print) | SIGNATURE | DATE INVESTIGATION COMPLETED |
|---|---|---|
| | | |

IV. Disposition: This case was handled as:

☐ Misdemeanor Violation: Reason for finding of guilt:

☐ Felony Violation: Refer to Disciplinary Hearing Officer   DOES NOT WARRANT FELONY SANCTIONS

☑ Informal Resolution   ☑ Dismissed/Not Guilty

Penalty Assessed For A Minor Violation

☐ _____ Hours Extra Duty   ☑ Reprimand   ☐ Other _____

☐ _____ Days Loss of Privilege   ☐ Return/Forfeit Contraband Items

For Misdemeanor Violations Only: Inmate was given a copy of the results and advised that effective date, he/she has five workdays to appeal.

| INMATE SIGNATURE + Dina R. Bennett | DATE / TIME 8-6 '14 |
|---|---|
| COORDINATOR'S SIGNATURE A.S. 4729 | DATE / TIME 08/06/14 0935 |

Appeal of Disciplinary Charge

S8A9L

Case Number 14892 0982

| Inmate Name *(Last, First, M.I.)* | ADC Number | Institution/Unit |
|---|---|---|
| Bennett, Dina R | 279374 | ASPC - Perryville - San Carlos |

I hereby appeal the finding of the:

[✓] Coordinator of Discipline (Minor)    [ ] Disciplinary Hearing Officer (Major)    [ ] Step I    [ ] Step II

Regarding the finding of guilt on a Group ___B___    Number ___20___ violation.

Reason(s) for appeal:  (Must identify category and describe basis for appeal.)

[ ] Due Process Requirement

[ ] Adequacy of Proof

[✓] Severity of Penalty

Due to radiation treatments on 7-30-14 & 7-31-14 I have a No Standing, No Sun Krono order from Dr. Johnson. Please do not show "deliberate indifference & retaliation to my medical needs." Please dismiss this ticket as I was at pill call at 5:50PM pill call does not end until 6:00 PM or 6:15 PM every Nurse, every officer says different times each day. I'm sorry, I will try harder but I can't promise to not have difficulty get to pill call in time

| Inmate Signature | Date | Time |
|---|---|---|
| Dina R. Bennett | 8-6-14 | 9:50 AM |

| Name of Employee Receiving Appeal | Signature of Employee Receiving Appeal | Date | Time |
|---|---|---|---|
| Sgt Uriel | S. Uriel | 8/6/14 | 10:30 |

Initial Distribution:
White - Appeal Authority
Yellow - Coordinator
Pink - Inmate

Final Distribution:
White - Master Record File
Yellow - Institution File

803-2
11/20/08

Please See my attached page.

**Inmate Letter**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Bennett, Dina R. | 279374 | Perryville San Carlos | 8-3-14 |

| To: Sgt. Uriel | Location San Carlos |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Today the yard didn't open until 5:15 PM due to the weather. I lay in my bed in 58A all day due to I can't take the heat & sun due to my medications. I had outside medical treatment for thyroid cancer I took radiation pills (2) days in a row 7-30-14 & 7-31-14. I have a No standing, No Sun Krono order from Dr. Johnson. I went to pill call Window at 5:50 AM that's when I got out of my bed. Officer Matthews at pill call told me you're getting a ticket". I said, "It was not announced in 58A Bay." Due to my many health problems & the heat I am unable to get in line first. I'm in constant pain. Officers say we have until 6:00 PM-6:15 PM and on weekends there's normally only (1) Pill Call Nurse (1) long Line. I am very tired and have to be near restroom at all times due to radiation and effects physically. I always wait until the end of line & for "Last Call Pill Call" to be announced inside bay as I do not stay outside all day long to hear speaker. Today it was only announced outside (I was told by Matthews) Also, I'm on very strong antibiotics for severe ear infections (both ears), pain, loss of hearing. I don't hear announcement. I am 47 years old.

Officer Ellis when he works in 58 Bay does not ever announce "LAST CALL FOR PILL CALL". And he didn't announce it today. Most of the Pill call Nurses say pill call ends at 6:00 PM, some say 6:15 PM—lately only when Matthews is working pill call he says "Everyone should know" The time should be consistent either when announced Outside And Inside bay "LAST CALL PILL CALL" or a set time, same time everyday. Today there were (2) Pill call Nurses which I can't see lines that far away from 58A during chow due to inmates line up for Dining Hall 2 in the same place as pill call lines.

I've been here in prison on this yard for (1) Year and I've Never been late for pill call but have difficulty, please do not show "deliberate indifference" to my medical needs. I'm sorry, I will try harder but I cannot promise to not have difficulty getting to pill call in time. Please dismiss this ticket as I was at Pill call at 5:50 AM. Thank you.

| Inmate Signature  Dina R. Bennett | Date  8-3-14 |
|---|---|

Have You Discussed This With Institution Staff?  ☒ Yes  ☐ No

If yes, give the staff member's name:  Matthews & Cameron

Distribution: Original - Master Record File
Copy - Inmate

916-1
5/14/12

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

**Inmate Letter**

58A 9L

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Bennett, Dina R. | 279374 | Perryville- San Carlos | 8-3-14 |

| To: ~~[redacted]~~ Sgt. Uriel | Location: San Carlos | due to, I can't take the heat & sun. due to meds. |
|---|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Today the yard didn't open until 5:15PM due to weather. I lay in my bed in 58A all day — had outside medical treatment for cancer took radiation pills 2 days in a row 7-30-14 & 7-31-14. I have a No standing, No sun (thyroid) Krono order from Johnson Dr. I went to pill call window at 5:50 PM that's when I got out of my bed. Officer Matthews told me "you're getting a ticket." I said "It was not announced in 58A Bay." Due to my many health problems I am unable to get to line first. I'm in constant pain. Officers say we have until 6:00:15 PM and on weekends there's normally only (1) Pill call Nurse (1) Line (long) Please dismiss this ticket as I WAS at pill call at 5:50 PM. Thank you ✱

I am very tired and have to be near restroom at all times due to, radiation and effects physically. I always wait until end of line & for LAST pill call to be announced inside bay as I do not stay outside all day long to hear speaker. Today it was only announced outside (I was told by Matthews) Also, I'm on very strong antibiotics for severe ear infections, pain, loss of hearing. Don't hear announcements Please dismiss this ticket. I am 47 years old.

Please do not show "deliberate indifference" to my medical needs.

I cannot promise to not have difficulty getting to pill call in-time. I've been here in prison 1 year and never been late for pill call ✱ Please dismiss this ticket, I'm sorry, ~~it won't happen again~~.

Officer Ellis Does not ever announce in bay "LAST call for pill call." Most of the Pill Call Nurses say pill call ends at 6:00 PM, Matthews is doing pill call some say 6:15 - lately only when Matthews says "everyone should know" The time should be consistent he said "everyone should know" The time should be consistent either when announced outside and inside LAST CALL PILL CALL OR a set time same time every day. Today there were (2) pill call nurses which I can't see lines during chow from 58A. Inmates line up for Dining HALL 2 same place as pill call lines.

| Inmate Signature | Date |
|---|---|
| Dina R. Bennett | 8-3-14 |

| Have You Discussed This With Institution Staff? ☒ Yes ☐ No |
|---|
| If yes, give the staff member's name: Matthews |

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

To Sgt Fritz Sgt
8-3-14    Uriel   Pg (1)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R. | 279374 | 8-3-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A 9L | | | San Carlos Perryville |

**SECTION/SECCION I**

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).
*[Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION/SECCION II**

**AREA OF INTEREST** *(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Today the yard didn't open until 5:15PM due to weather.
I lay in my bed in 58A all day - had outside medical treatment
for cancer took radiation pills 2 days in a row 7-30-14 & 7-31-14
I have a No standing, No Sun Krono order from Johnson
I went to pill call window at 5:50 PM that's when I got
out of my bed, Officer Matthews told me "you're getting a
ticket." I said "It was not announced in 58A Bay." Due to my
many health problems I am unable to get to line first. I'm in constant
pain. Officers say we have until 6:15 pm and on weekends there's
normally only (1) Pill call Nurse (1) Line (long) Please dismiss this

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service Fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)*
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur  - Prisoner

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

To Sgt Ft. Fz Pg
Cont. 8-3-14 (2)

| | |
|---|---|
| Date: | |
| Time: | |
| Initials: | |

## SECTION/SECCION I

Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)*

ADC Number/Número de ADC

Date/Fecha

Cell/Bed Number/Celda/Número de Cama

Unit/Unidad

P.O. Box/Apartado Postal

Institution/Facility/Instalación: ASPC

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)*]

## SECTION/SECCION II

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I am very tired and have to be near restroom at all times due to radiation and effects physically. I always wait until end of line & for last pill call to be announced inside bay as I do not stay outside all day long to hear speaker. Today it was only announced outside (I WAS told by Matthews) Also I'm on strong antibiotics for severe ear infections, pain, loss of hearing. Please dismis this ticket. I DON'T Hear Announcement

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service Fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

## SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* (especifique) _____
Comments/Comentarios

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora

## SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur  - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**Inmate Letter** 7-31-14 Notes to myself

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| | | Took radiation pill | on 7-30 |

To: In Medical on 7-31-14 from 12:00 noon til 5:15 ~~STAFF spent 15 minutes~~

Location: with me seeing my ears. 7-30-14 scan & pill 7-31-14 scan

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Well today I had a 12:00 noon appointment on Nurse line. Nurse Fitzgerald called me into office, her computer wasn't working, she had me go in & out in the hall, back in office, out in hall at least 10 times in 20 minutes, then she said sign this sheet (4.00 charge sheet) I told her this should be a follow up my ears both ears have been constantly infected since Nov. 2013 and I've already paid 4.00 several times for the same issue. She said "I can't tell you if you're being charged or not." I said, "Nurse Burns told me to write follow up on HNR when being seen again for same issue and that I would not be charged." Nurse Fitzgerald took my blood pressure, temperature, O2 saturation, pulse, looked in both ears, didn't feel my neck glands. I asked for stronger antibiotic since Cipro & Augmentin & Neomycin ear drops didn't ever get rid of the infections and pain & swollen glands. Nurse Fitzgerald was rushing, time for her to go home, she said, "You'll have to see the Provider Johnson." I said, "I'm in pain, how long will that be"? She said, "A week or so, you'll have to wait in line like all other inmates." I said but I need treatment I'm in pain, can I have antibiotics & Neomycin ear drops & Acetominophen"? she said, "No, you'll have to wait to see the Provider." Then she rushed me out into waiting room without feeling my glands or looking at my sore throat and she did not tell me if my ears were infected or anything. So I waited in waiting room - told Officer Butler "I still need to ask Nurse Fitzgerald a question." Butler didn't answer me. I waited where Nurse Fitzgerald saw me looking at her to see her again. I waited 30 minutes while watching her do other things, she knew I needed to ask her a question. Finally, she said ok, come in here, I sat down, another Nurse Haushouse (new) came in helping her with computer, then I told Haushouse "My ears have been infected & in severe pain since Nov. 2013, nothing has gotten rid of the pain & infection, it's due to dirt & wind on yard," as I was crying from the pain in ears. She looked in my ears, said "They're bleeding." then she took me into Johnson's office, he looked, said "There's scratches and blood

| Inmate Signature | Date |
|---|---|
| | |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

**Inmate Letter**

CONT. 7-31-14

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| | to 8-1-14 ; | | |

| To: | Location |
|---|---|
| | |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Johnson said, "There's scratches & blood see," showing Nurse Haushouse, I told him, "You've seen me before for this many times and Cipro & Augmentin & Neomycin ear drops haven't got rid of the infections and pain since Nov. 2013, and I fell out of bunk in RNA in March 2013 and blood was gushing out and nothing was ever done, now I have ringing in my right ear and loss of hearing, I need to see an ENT, He said, "your ears are bleeding but they're fine, I'll give you antibiotic, which did you take?" I said "Cipro, Augmentin, Z pack, Neomycin Ear drops," "but none helped" He said, "which one worked better"? I said, "I don't know, maybe the Cipro." He said, I'll put you on Cipro." I said, "But the Neomycin ear drops helped can I have that?" He said, "No." The Nurses Fitzgerald & Haushouse rushed me out, but I said, "Can you give me Acetominophen I need for pain today"? Johnson said, "yes, give her Acetominophen-Tylenol." I had to stand there, get moved around and insistent on getting any treatment at all, it was terrible. Then they said they couldn't give me Cipro today but that the pill call nurse will give it to me in (1) week or so. At 2:00 PM today on 8-1-14 I asked pill call nurse if my Cipro was ready, she said "no, check back on Monday" "my Cipro was ready, she said "no, check back on Monday" there's no delivery on the weekends". Today is Friday and there's no delivery on the weekends. This place has terrible medical Corizon, I'm in pain, can't sleep on ears, now they're prolonging my pain and infections even more. I hate this.

| Inmate Signature | Date |
|---|---|

Have You Discussed This With Institution Staff? ☐ Yes ☐ No
If yes, give the staff member's name:

Distribution: Original - Master Record File
Copy - Inmate

916-1
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Letter    Notes to myself    7/29/14 - 7/31/14

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Bennett, Dina | | | |

| To: | Location |
|---|---|
| | |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Told Mom to write to American Civil Liberties Union of Arizona (ACLU) PO Box 17148, Phoenix, AZ 85011-Attorney Darrell L. Hill, AZ Bar #30424. On Wed. 7-30-14 - Well today they woke me up at 3:10 AM to go to outside medical (they don't let me know ahead of time what day or time) At 6:00 AM they told me to go to the V gate on the yard then I put on my flip flops, they told me to go to the V gate on the yard then I put on my flip flops - stripped slip on shower shoes & socks and walked to V gate then to gate - stripped naked - bend over spread open privates then dress then out gate, then they shackled hands & feet then (2) Officers drove me in van to AZ-Tech Radiology at 2501 E. Southern Ave. Suite 8, Tempe, AZ 85282 - phone 480-820-2021 (They said Mom can call them and ask for all my records to be sent to her). Today they gave me a radiation pill at 7:30 AM then they drove me back to prison, then took me again at 12:00 noon for Thyroid Uptake Scan. Then on Thurs. 7-31-14 they woke me up 1:30 PM at prison and took me back to same place (Price & Southern) up again at prison at 7:30AM and took me back to same place (Price & Southern) for scan at 7:30 AM - then drove me back to prison - got back on my yard by 9:15 AM. These 2 days were done at same place 2501 E. Southern but my mammogram on 4-16-14 was done at AZ-Tech at Price & Guadalupe. Please Mom call get my records from both places mailed to you ok. Then copy to me & mail me everything you get. I need to keep close track of everything being done to me. Then today at 12:00 noon I'm being seen again for my constant ear infections in both ears since Nov. 2013 - never goes away. I asked to be seen by an ENT on all my constant pain - never goes away, I asked to be seen by an ENT on all my grievances (1) Nurse said I may need tubes. This is all because of hard water, chemicals & dirt & wind here. It seems my body is falling apart. I'm so tired, off Thyroid med now since 7-2-14 so 28 days now. Place today said the Thyroid in 3 days, then I PA Johnson here will get results of scans - Thyroid in 3 days, then I have to wait for him to put me back on medicine or have more scans, radiation treatment. Last week PA Johnson on 7-23-14 gave me hemorrhoid suppositories and ointment but I'm still waiting to be sent for Colonoscopy & EGD which I told you about for constant blood in stool. Call here again please, keep on them to help me - they prolong treatment & pain - I don't know how much more I can take, Johnson-A said on 7-23-14 he would reorder another Diagnostic Mammogram & Diagnostic Ultrasound, I'm still waiting to go out. I need alot done, time is important, I need Adequate Medical Care & treatment in a timely manner

| Inmate Signature | Date |
|---|---|
| | |

Have You Discussed This With Institution Staff?    ☐ Yes    ☐ No

If yes, give the staff member's name:

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _7-29-14_
Time: _1100_
Initials: _3C_

## SECTION/SECCION I

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R. | 279374 | 7-29-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A9L | San Carlos | | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

I need stronger antibiotics & seen by ENT ASAP

## SECTION/SECCION II

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. *[¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]*

My ears (both) are infected with severe pain - Tylenol doesn't help
Need oral antibiotics & Neomycin eardrops - took Cipro & Augmentin
never got rid of infections & pain, have swollen glands - ringing in Right
ear - All since 11-22-13. Had several appointments w/ Johnson paid several
$4.00 charges - I've kept all HNR's copies & statement. Please make this follow up
as I can't afford to keep being charged for continued problem. Please ASAP

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. *[Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]*

Inmate's Signature/Firma del prisionero   *Dina R. Bennett*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)*
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 29 JUL '14 PM3:36 | |

## SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

Scheduled on NL

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 7/30/14 | 0500 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/10/12

**Inmate Letter**

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| | | | |

| To: | Location |
|---|---|
| | |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

Now on 7-25-14 I had labs done at 9:00 AM the lab lady said the CBC Blood draw was to check for H. Peloris or something - ordered by Johnson on 7-23-14. When I was in pill call line outside at 9:30 AM it was so hot I almost passed out, profuse sweating, constant pain and headaches. I Asked Nurse Geiger when I would get what Johnson ordered for me on Wed. 7-23-14 - rectal suppositories and cream for hemmorhoids? the other fill in nurse giving pills said "you'll have to check back with us, It could take a week or so." I said, "I need it today."

| Inmate Signature | Date |
|---|---|
| | |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

**ARIZONA DEPARTMENT OF CORRECTIONS**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

**Inmate Letter** Wed. 7/23/14 with PA Johnson

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| | | | |

| To: | Location |
|---|---|
| | Johnson said my guac tests were positive blood for |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Today I had an appointment to see PA Johnson at 1:00AM. I wasn't seen until 4:25AM. Nurse Savilla checked my vitals, told me there is no $4.00 charge today, this is a follow up from when I saw RN Fitzgerald on 7-16-14. Johnson started saying "You're here for the blood in your stool." I then said, "But the pain in my ears, styes in my eyes, thyroid cancer, and lump in my right breast I still need help with." I explained to him, I've been off of my Thyroid med- Levothyroxine for 20 days now, I've never been off it for more than 5 days with all my other Total Body scans, I feel like crap, crying all the time, constant headaches, profuse sweating." Johnson said, at first like he didn't know why I was off my med, then I reminded him what I need as Total Body scan, PET scan, radiation. Then Johnson said, "Oh, yes that's right," I asked "what test he was sending me for, that no one else would tell me" he said, "A Thyroid scan" but he wouldn't tell me when or how soon. I then explained "I'm having the constant blood in every BM, I see it in the toilet and my stomach feels like a knife right here" (As I touched where my gallbladder is- Rt upper stomach area) I said, "I had an ICS happen on 7-14-14 I fell down in severe pain, I can't take the pain anymore, this has been constant pain since March 2014. He then had me take pants, underwear off, lay on my side, and did a rectal exam, "I yelled, I'm hurting," as he did exam. I told him "I know I have a hemmorhoid on outside but there's no blood on my panties, alot of blood in toilet." Johnson said he was sending a stool specimen to lab. He said I would get labs done to check for H. peloris or something. RN Savilla said," It could be gallstones" as Johnson pressed on area of stomach? I said, Owe, that hurts really bad constantly," please don't negate me getting a Colonoscopy and EGD my stomach hurts up here." Johnson said, "I have to check for hemmorhoids first OR sending you for Colonoscopy & EGD they will not approve," I said, I'm in alot of pain, I can't take it anymore, can you give me something today for pain"? He said, "Order from Keefe store Tylenol," I said I don't have money yet, can you give me some now to sign for"? He said, yes, he said I will do suppositories and ointment and he'll order me to do labs.

| Inmate Signature | Date |
|---|---|
| I said, I'm in alot of pain, please help me, Nurse Savilla rushed me out of room as | I asked Johnson questi— |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name: —ons, I'm still in pain, Tylenol doesn't help."

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Letter 7-22-14 Notes to Myself

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| | | | |

| To: | Location |
|---|---|
| | |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

Today at 1:20 PM, I went to the library. Ms. Kelly-prison staff I spoke with, I asked "Can you make me copies of a few pages out of these Medical books? (Which are Breast Cancer, cancer treatments, Biology of the Human Body) which are only for reference, they cannot be checked out) She said, "No, we cannot copy any books for you, you have to bring paper and a pencil." "You must check out or ask for those books from Medical and talk to the Doctor here." This prison does not give us any health information.

Ms. Kelly was adament about "We do not have health related books in here, you must ask Medical if they have that information or see the Doctor."

Unfortunately, I am not wealthy enough to pay $4.00 for each visit to Medical Staff here to ask questions about my health conditions and medical problems. Pretty sad, the prison doesn't want me to get information about any health problems I'm having while here in prison.

Ms. Kelly, stated "You have to have your family purchase books like that for you, and mail them to you here."

Sorry to know, my family cannot afford to purchase these books for me, so I have no way of getting information for all my medical problems.

A few days later I was in medical, I asked Nurse Welch if I could check out their medical books. Then she said, "We don't have any here for inmates to check out, we don't do that."

| Inmate Signature | Date |
|---|---|
| | |

Have You Discussed This With Institution Staff?   ☐ Yes   ☐ No

If yes, give the staff member's name: