**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

7-22-14

Date: _____
Time: _____
Initials: _____

| SECTION/SECCION I | | |
|---|---|---|
| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de ese cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Today at 1:20 PM I went to the library. Ms. Kelly - prison staff I spoke with, I Asked "Can you make me copies of a few pages out of these medical books? which are only for Reference they cannot be checked out She said, "No, we cannot copy any books for you, you hAve to bring paper and a pencil." "You must check out those books from medical and talk to the Doctor here." Prison does not give us any health information.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* (especifique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**  Sun 7-20-14

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| | | | |

| To: | Location |
|---|---|
| | |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

It was 5:45 PM - Ellis came to my bed and said, "Bennett, go to pill call." I immediately got up from laying down and went to pill call. Ellis on 7-19-14 and 7-20-14 never announced inside bay "LAST PILL CALL." When I took my pills I told Matthews I have a "No Standing, No Sun Krono order from Dr Johnson. He said, "Be advised your on report." I said, "Ellis never announced in bay LAST CALL FOR Pill call." When I came back to 58 bay I told Ellis "Why didn't you announce in the bay, LAST CALL FOR PILL CALL"? He said, "I don't have to." I explained to him I can't stand in the <u>Sun</u> or <u>heat</u> and I have Dr. Johnson's order No sun, no standing, no heat order. Ellis said, "I saw you after you took your pills, you smoked a cigarette," I said, "yes, for 5 minutes, that's all the time I can be outside." then he said, "OK, that's all I have to say." I didn't do anything wrong, I was inside 58A BAY laying on my bed with only 1 ear plug for TV - Ellis never announced LAST call for pill call. This is not right. I am unable to walk the track or exercise or be in the sun and heat. This is "cruel and unusual punishment." Also between 4:30 - 5:00 I do not go and I cannot run fast to get to the front of the line for pill call. I have many health conditions and on many medications. Ellis is doing deliberate indifference toward me for the ICS I had on 7-14-14. He is retaliating against me. Therefore I wait until last to go to pill call every day - I told RN Geiger

| Inmate Signature | Date | this also. |
|---|---|---|
| | | |

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If yes, give the staff member's name:

Distribution: Original - Master Record File
Copy - Inmate

916-1
5/14/12

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Bennett, Dina R. | | | |

| To: | Location |
|---|---|
| | |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I was scheduled today for medical appointment Nurse line at 12:00. Nurse Fitzgerald called me in and told me "you need to do these (3) Guac stool tests again because we don't have any tests documented." I said, "I already did (3) Guac tests." Nurse Burns gave them to me on 6-5-14 and I turned them into Nurse Geiger on 6-7-14. On 6-11-14 when I saw PA Johnson the Nurse told me they were positive for blood." Nurse Fitzgerald then said, "Well those results we lost and they were never documented." She said, "you need to do them again, here they are." She gave me the Guac tests. Then she went on to say, "Here sign this $4.00 sheet with your signature." I said I already paid $4.00 when I told Johnson on 6-25-14 and he said, "your Guacs were positive for blood, but I'm not going to take care of this issue today." I told Nurse Fitzgerald I cannot keep paying $4.00 for the same issue, please this is a follow up appointment. She said, "I don't have the authority to make this a follow up." I said, "who does, she said, "I don't know." She then got Officer Zura to come in the room. Both of them didn't want me to talk at all. I said, "I'm in pain and bleeding for several months and I'm going round and round, I asked on my HNR to see PA Johnson." Nurse Welch and Nurse Fitzgerald spoke and I could hear them degrading me talking about my IC's on 7-14-14. I took the (3) tests and they told me goodbye. I then had to go to my bay, went to bathroom did (1) Guac test. I took it to Nurse Ramey she said, "No, do all 3 in next 3 days then turn them in. I said, but I'm in pain. Now they're prolonging my pain.

| Inmate Signature | Date |
|---|---|
| I turned in (3) Guac Tests on 7-18-14 to RN Fitzgerald for 7/16, 7/17, 7/18/14 | |

| Have You Discussed This With Institution Staff? ☐ Yes ☐ No | (3) separate days. |
|---|---|
| If yes, give the staff member's name: | |

**ARIZONA DEPARTMENT OF ~~CORR~~ SECTIONS**

**Health Needs Request (HNR)**

*Urgent Please*

Date: 7-14-14
Time: 1257
Initials: HS

**SECTION/SECCION I**

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R. | 279374 | 7-14-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58 A 9L | San Carlos | | Perryville |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION/SECCION II**

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. *[¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]*

My upper right stomach area is hurting very badly. Please can I see PA-Johnson right away. I need help asap. I'm in alot of pain. I was told today by (2) Nurses during a ICS to fill this HNR. Constant blood in stool since 3-3-14. Please help me.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  *[Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley).  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]*

Inmate's Signature/Firma del prisionero    *Dina R. Bennett*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 14 JUL '14 PM 9:05 |

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

Scheduled on Nurse Line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| *(signature)*  T. Hopphaus, RN | 7/15/14 | 0900 |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _10/20/14_
Time: _19.00_
Initials: _EM_

**SECTION/SECCION I**

Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)*
Bennett, Dina K.

ADC Number/Número de ADC
279374

Date/Fecha
6-25-14

Cell/Bed Number/Celda/Número de Cama
58A9L

Unit/Unidad
SanCarlos

P.O. Box/Apartado Postal

Institution/Facility/Instalación: ASPC
Perryville

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**SECTION/SECCION II**

**AREA OF INTEREST** *(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA
☒ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros (especifique)
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Please give me a copy of my medications list. I need (2) copies please.
Told to do this by RN Ramey today.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [*Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.*]

Inmate's Signature/Firma del prisionero      Dina Bennett

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☑ Medical/Médica ☐ Dental ☑ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)*
Comments/Comentarios   6/27/14
Refer to medical for records.

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**
I can not give you any copies of your medical chart while here (a Perryville Yard) ask the provider or Medical

Staff Signature Stamp/Firma del empleado
H Mncen RN

Date/Fecha
6-30-14

Time/Hora
12:41

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

*Mana gwen to ... appt in ... since this form*

**ARIZONA DEPARTMENT OF CORRECTIONS** 6/25/14 *see*

**Health Needs Request (HNR)** *To: Johnson - inperson*

Date:
Time:
Initials:

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R. | 279374 | 6·25·14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad San Carlos | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A 9L | 58A 9L | | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)] *Thyroid—I need medical ice-get too hot - no hormones given*

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ✗ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MÁS HOJAS!]

① Thyroid Cancer *9 spots in neck-* Need Total Body scan, radiation *isolation* *Since Aug. 2013* *waiting for PET scan*

② Lump in Rt. breast- need diagnostic mammogram & ultrasound -waiting *since April 2014*

③ Constant blood in stool *since March 2014-* need EGD & colonoscopy - still waiting *need dentures- cant chew*

④ Both ears still infected-need antibiotic, flushed out & suctioned- waiting *since 11·22·13* *need #'s see ENT, tubes*

⑤ Constant styes in both eyes-need neomycin eye drops, antibiotic ointment *since 11·7·13* *As KOP*

*Are you going to prescribe new dosage Thyroid med - weight gain 25 lbs in 2 months*
*Please go over all my labs done on 6·13·14- copies of meds & labs*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.] *I'm very shaky, hot, tired, in pain*

Inmate's Signature/Firma del prisionero *Dina R Bennett* *ears, stomach, eyes, breasts, neck glands*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]**

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médica | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|
| ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) | | | | |

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|

| To: Do Formal Grievances on: | Location: did informal grievances on 6-4-14 |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible. ~~I want to go to Cancer~~

① Thyroid Cancer - still need treatment - for 9 spots of cancer Tx center of Amer in my neck, need Total Body scan, PET scan, radiation - signed medical releases for my previous records on 6-4-14 with Medical records here. Asked Johnson for treatment since Aug. 2013 Told Johnson on 6-11-14-

② Lump in Right breast - saw OB/Gyn Dr. Heeley on 6-17-14 - she explained to me ~~the~~ Johnson-PA is sending me out for a Diagnostic mammogram. I told her Johnson told me on 6-11-14 he was sending me out for another mammogram and a diagnostic ultrasound. Dr. Heeley corrected me. She then said "you don't have breast cancer." I said, AZ Tech cannot say a lump is benign, unless a biopsy is done on me - which they have not done a biopsy on me yet. I asked for a biopsy to be done on Informal grievance on 6-4-14. Told Johnson on 6-11-14 I want to go to Cancer Treatment Centers of America. medical - here had AZ Tech records dated 4-16-14. Still no treatment given.

③ Constant blood in stool since March 2014 - I saw RN-Burns on 6-5-14 she gave me ③ Guac stool test kits - I turned them into RN Geiger on 6-7-14. On 6-11-14 when I saw Johnson the nurse told me they were positive for blood. On my informal grievance 6-4-14 I requested a colonoscopy, EGD, extra toilet paper. Saw Johnson on 6-11-14-I told him of blood in stool and treatments I needed. He didn't really respond except to say, "yes, you may need an EGD and colonoscopy. Still no treatment has been given.

④ Both ears infected since 11-22-13 - saw RN-Burns on 6-5-14 and Johnson. RN Burns said I need tubes in my ears. I explained to her I'm in severe pain. I saw Johnson 6-5-14 and he looked at my ears and played it down. He gave me Ciprofloxicin and Tussin, RN burns gave me acetaminophen. I told Johnson how much pain I have and need Both ears flushed out and suctioned and I want to see an ENT doctor. Still I have not received the treatment I need and requested. on antibiotics - doesn't help

⑤ Styes in both eyes since 11-7-13 - due to dirt and wind on the yard. Medical saw me for this several times and never gave me any treatment yet. I requested Neomycin eyedrops and antibiotic ointment. Never received. Still need treatment

On 6-13-14 I did bloodwork-labs I guess Johnson ordered on my TSH-Thyroid levels and if I'm anemic from blood in stool.

Told by Mr. Doom on 6-18-14 I will see the provider on 6-25-14 (we'll see what happens that day)

| Inmate Signature | Date |
|---|---|

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No
If yes, give the staff member's name:

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter** Notes to Myself

Requests are limited to one page and one issue, NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date 6-17-14 |
|---|---|---|---|

| To: | Location |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Today I was scheduled to see the OB/Gyn Doctor Heeley. She did a breast exam. Read through the mammogram reports of mammogram done on 4-16-14 at AZ Tech Radiology in Mesa, AZ. I explained to her I'm worried because I explained over breast cancer 1 year ago and my mother just got over breast cancer chemotherapy and radiation. I also explained the 9 spots of cancer still in my neck from thyroid cancer - I'm still waiting for Total Body scan, PET scan, radiation. I explained all the releases I signed with medical records clerk Ms. Brenner on 6-4-14.

Dr. Heeley then explained to me on 4-16-14 AZ Tech found a lump-nodule in right breast but determined it benign. She said they compared it to mammogram I had at PMI in Prescott, she said it was there since 2009. I told her no one ever told me that. I told her I saw PA Johnson on 6-11-14 and he said he was sending me for another ~~diagnostic~~ mammogram and diagnostic ultrasound, she explained to me he is sending me for a diagnostic mammogram only per his computer notes. She then told me - "You don't have breast cancer." I told her I don't want to play around with cancer issues. It seemed as if she was playing the matter down. I said Thank you and was told that's all. She said she couldn't feel a lump when she did my breast exam.

~~She~~ also said they requested my records in JAN 2014 still did not receive

Nurse White → I'm not sure if it was re: Thyroid cancer or mammograms

| Inmate Signature | Date |
|---|---|

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If yes, give the staff member's name:

Distribution: Original - Master Record File
Copy - Inmate

916-1
5/14/12

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |

**To:** Note to myself 6/13/14

**Location**

State briefly but completely the problem on which you desire assistance. Provide as many details as possible

On 6-11-14 I saw PA-Johnson, he told me I would be sent to AZ Tech-Mesa, AZ to get ultrasound and mammogram (he didn't say if only Right breast or both) Today I'm scheduled for labs at 7:45 AM-not sure for what-maybe TSH levels and if I'm anemic due to Thyroid-Hypothyroidism and blood in stool-he didn't say he was doing labs and for what. I told him I need Total Body scan, PET scan, radiation for 9 spots of cancer in my neck, I also told him I want an EGD & colonoscopy for blood in stool - he didn't say if he would do. I told him I want all Thyroid cancer and breast issues to be treated for at Cancer Treatment Centers of America - he said he thinks this prison is contracted with them. I explained to him I instigated to sign several medical records releases a few days ago and I did so for him to receive the records so he can help me. I told him all the places I signed releases for. He also did breast exam I said both breasts are painful. He felt Right upper quadrant of my stomach I said very painful - that's where my (2) Duodenal ulcers are. Now just waiting to be sent outside prison for all tests to be done. I pray everyday that I don't die in this prison.

| Inmate Signature | Date |

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If yes, give the staff member's name:

Distribution:  Original - Master Record File
            Copy - Inmate

916-1
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Letter  Notes to Myself 6-11-14

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date 6-11-14 |
|---|---|---|---|

| To: | Location |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I was scheduled for 9AM Dr. appt. told by Flohal to come back at 9:30AM, told then told Butler I don't want to lose my place I want to be 1st in line due to I've been waiting several months to see Johnson. Waited in medical from 8AM today. Now told Drs won't be here til 10AM in staff meeting. Now told they won't be here until 10:30AM. I heard RN White tell Butler only take (3) ID's at a time - now 10:45 AM. Told by RN White when she did my vitals that this appt. was a follow up no charge. RN White then told me I'm only here for blood in stool, Johnson then peeked head in and said, "I can't see her for 1,000 problems. I showed RN White (2) HNR's with all my conditions.

Then saw Tim Johnson - he was spending way too much time trying to figure out computer. Spent 30 minutes putting in notes staying quiet then I told him, I really need to talk to you about all my medical conditions, as I had tears in my eyes, I told him, I'm dying in this place, I don't want to die here." I kept trying to tell him about thyroid cancer and all the tests and treatments I need. I had to be persistant I then told him about releases for records I signed a few days ago, I also said blood in stool, ear infections, lump in breast, I said as much as I could to the point to him as he said, "Everyone is scheduled for 15 minutes and that's it" I told him I gained 15 lbs. in (1) month due to Thyroid medication is not the right dosage. RN Burns I said, she said it will be lab drawn on 6-18-14 for TSH. I then pleaded with him to help me with Thyroid medicine and all my other HNR's which I had in my hands. He said he would order ultrasound and diagnostic mammogram from AZ Tech Mesa, AZ same place I went to on 4-16-14. I told him I want to go to Cancer Treatment Centers of America in Phoenix, he said, he thinks their are contracted with this prison. I said my thyroid cancer, breast lump I want to go there for sure. He then looked at ears - I said very painful, he listened to breath sounds, heart, felt stomach, I said very painful blood in stool - explained to him gastric bypass-no teeth can't digest food here well enough, explained bleeding ulcers, blood transfusions to him, he didn't say anything I said I want an EGD & colonoscopy - he didn't say anything RN White said I would get pap smear in a week, I explained total Hysterectomy I said to her & Johnson my mother just got over breast cancer - chemo 1 yr ago. I explained to Johnson, I had to explain I can't take heat & Sun due to order Krom he gave it to me I said Thank you.   meds say stay out of Sun.

Inmate Signature  Krons order good until 6-11-15   Date   did all HNR's
It's taken me 11 months to get help for all this   Since 8-21-13

| Have You Discussed This With Institution Staff? | ☐ Yes | ☐ No |
|---|---|---|

If yes, give the staff member's name:

ARIZONA DEPARTMENT OF CORRECTIONS

Case 2:12-cv-00601-ROS  Document 1469-1  Filed 02/04/15  Page 11 of 48

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

**Inmate Letter**

*Important notes to myself 6-5-14*

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date 6-5-14 |
|---|---|---|---|

| To: | Location |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Today RN Burns called me into medical to discuss my HNR's for all my conditions. She started with my ears and looked at them. She listened to lungs (wheezing) looked at sore throat (very red) felt all my glands in neck and stated (very swollen), I asked her for antibiotic ear drops, a strong antibiotic pill, I asked for ears to be flushed out and suctioned due to wax and dirt build up in glands under my ears. She said She would ask Johnson today if he could do these. I told RN Burns I'm coughing up blood and all night, in severe pain. I asked for cough medicine, acetiminophen. She said I would be paged to see Johnson today if he wants to see me. (can't hear well now) Also see other page)

RN Burns said, regarding my blood in stool every BM, and gave me (3) Guac test kits to do at my bathroom in my bay and then turn them into her.
She told me I may have to see ENT to get tubes in my ears, all my other medical problems, after I asked her what about all my other medical She explained she didn't help me with those, but that I would have to see Johnson for it all. I asked her how long it would be, she said I don't know.

At 1:00 PM I was paged to medical but officer had to tell me face to face so I went. Johnson didn't see me until 5:45 PM - 6:00 PM. He looked at ears and that's all. I explained to him all my medical problems as fast as I could as I didn't know when I would get to see him again. He gave me Ciprofloxacin HCL 500 mg. 1 tablet, twice a day for 7 days., he gave me Tussin DM 400 mg Guaifenesin (didn't tell me how often) I asked him for cough medicine he said, no, it's not available. So after end of today I received acetiminophen from RN Burns I paid for, and the (Cipro) and Tussin pills. Still my other health needs Johnson said he didn't have time for. He said "you have 870 inmate appointments ahead of you" when I asked him how long I would have to wait to see him again. I left feeling very worried and scared for my life is in this man's hands. I am very sick I hope and pray I get help very soon especially with thyroid cancer of spots and lump-nodule in breast. I explained all this to Johnson - he ignored me and was not concerned at all. I explained I've been writing HNR's since August 2013 I need help for several months since

| Inmate Signature | Date |
|---|---|

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If yes, give the staff member's name:

**Inmate Letter** On 6-5-14 saw RN-Burns

Requests are limited to one page and one issue, NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Bennett, Dina R. | | | 6-5-14 |

| To: | Location |
|---|---|
| | |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

Spoke to RN-Burns today. She gave me (3) HNR's my copies. (1) dated with my signature on 5-27-14, (1) 5-28-14 & 6-2-14. 5-27-14 for my infected ears, 5-28-14 for 6 issues, noted charged for 1 separate issue per HNR on bottom of HNR, 6-2-14 for (10) issues, Note HNR's on 5-27-14 and 5-28-14 say scheduled on Nurse line. RN Burns stated she could only help me today for ear infections, blood in stool, thyroid scheduled to get labs for TSH 6-18-14. She stated PA-Johnson has to see the for all my other medical issues. I asked her if it will be a 3 month wait for me to see Johnson she said she didn't know how long it would be. She looked at both ears, palpated neck gland areas, looked at sore throat. She said later today she would ask Johnson to see me or put me on antibiotic for ears. She also gave me (3) Guac stool specimen packets to turn into her in the next few days for my constant blood in stool situation.

Today I saw RN-Burns from 9:45AM-10:15AM - the longest appointment I've ever received here in this prison. I explained to her each and every medical issue, all my medications, all my conditions. I brought all my HNR's and all correspondence with me. RN-Burns explained to me about the *4.00 charges what would and would not be charged to me. I explained the 2 reports I saw re: my Right breast on 6-4-14. I explained thyroid cancer, medication, no sun, no standing, lay in meals that I need. I presented to her all my medical conditions and told her when I spoke to medical records Ms. Brenner on 6-4-14 that I signed several releases for prison here to get all my records for all my medical conditions.

When RN-Burns looked at my ears they are terribly infected she looked at my sore throat and said it's red, lots of drainage. She looked at my sore throat and said they're all very swollen. She listened to my lungs and heart and said I'm wheezing but heart sounds good. She felt glands and said I'm wheezing but heart sounds good. We discussed my many problems and issues. I told her there's 2 reports on breast - I told her all the treatments tests, labs, x-rays, biopsy and mammogram I need and need colonoscopy and EGD. Waiting today to receive antibiotic pills, acetaminophen and cough syrup and to be seen by Johnson, I've been waiting to see him since 4-23-14 1½ months ago.

| Inmate Signature | Date |
|---|---|
| Dina Bennett | 6-5-14 |

**Have You Discussed This With Institution Staff?** ☐ Yes ☐ No

If yes, give the staff member's name:

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:_____
Time: _____
Initials: _____

ADC

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R | 279374 | 6-5-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 5B19L | San Carlos | | Perryville |

**SECTION I / SECCION I**

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION II / SECCION II**

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*  ☒ Medical/Médica  ☐ Dental  ☐ FHA  ☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Please may I have all of my medications as KoP,

let me know when I could pick up KoPs please.

Now I get all watch and swallow need all KoP

Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

| Inmate's Signature/Firma del prisionero | | |
|---|---|---|
| Dina R Bennett | 6-5-14 | |

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION III / SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios  Told by Johnson on 6-11-14 per Psych I cannot have meds KOP

(Keep on person)

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECTION IV / SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur  - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS
Case 2:12-cv-00601-ROS Document 1439-1 Filed 02/04/15 Page 14 of 48
*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

Inmate Letter

Notes to myself    6-4-14

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| | | | |

| To: | Location |
|---|---|
| | |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

On 6/4/14 signed releases for Mother Donna Bennett, PMI-Prescott, Dr. Olajide-Dewey, AZ, Dr. Ekdahl-Chino Valley, AZ, John C. Lincoln Deer Valley-Phx, AZ, John C. Lincoln-Phx, Thunderbird Samaritan Phx, AZ wrote Mom asked her to call Central Office here to get my records - also asked her to get me an Attorney. I weighed 152 here on 8-20-13, now 176-178 on 6/5/14 due to incorrect thyroid med dosage Told when saw RN Burns on 6-5-14 my chronic care is high blood pressure and thyroid cancer On 6/5/14 saw PA Johnson he said he can't see me again cause there are 870 inmate appointments ahead of me and he can't tell me when he can schedule to see me about all my medical conditions which I told him on 6-5-14 and he ignored me.
On 6-4-14 Ms Brenner medical records clerk told me she couldn't give me my records so I asked her to have me sign many releases On 6-7-14 I turned in (3) Guac bloody stool specimen kits to Nurse Geiger I'm still waiting on A. Coleman to refund total 36.00 to me dates up to 5/20/14. Per RN Burns, Dr. Katz told me as of 6/4/14 I would be charged for medical. I asked about refunds I requested they said Coleman would do that up to 6/4/14.

Asked Mom to do these:
Call Central Office get all my records from here
Get Attorney
Get records from all those places                                    Mail to
Call Executive Board of Clemency get application mailed to me    this Mom
Call Soc. Security - Ask whole process to get my money
CALL DMV - explained to her what to say
Asked Mom to call Colonial Penn get life insurance for me # to Hannah
                                                                    9.85
                                                                    a mo.

| Inmate Signature | Date |
|---|---|
| | |

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No
If yes, give the staff member's name:

**Inmate Letter**  Notes to myself on 6-4-14

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date 6-4-14 |
|---|---|---|---|

| To: | Location |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Today 6-4-14 I was paged to medical. Ms. Brenner-the medical records clerk gave me a release of records form to sign to get records from PMI-Prescott, AZ - I then told her I wanted to sign a release to get all my records from here sent to Mom. I asked if she could give me a copy of my file here, she said no. I then explained everything to her about my thyroid cancer-9 spots in neck, lump in breast. Asked her for copy of normal result that I received on my mammogram in April 2014 at AZ Tech in Mesa, AZ. She only found (2) papers -(1) saying mammogram normal from AZ Tech dated in May 2014- then she showed me (1) other from AZ Tech saying there was a nodule in right breast. She let me read each one but would not copy them to me. (1) said AZ Tech compared my mammogram from PMI-Prescott and determined it was benign, how can they determine my lump benign when no biopsy was even done on me? I then asked Ms. Brenner for releases to Olajide to PMI, T-Rd Sam, Dr. Ekdahl-Chino Valley, John C Lincoln Phx & Deer Valley I signed all of these to get all my records sent here I had to instigate all of this cause no one here did. She said my Mom has to call Central Office here to get my records-have Mom mail me all copies.

Today after I dealt with Medical records, Nurse Burns and Dr. Katz-Psych. asked me in the office to discuss my SMI Status. Dr. Katz told me I am not SMI-I told her I've been told I am SMI for years. Nurse Burns and Dr. Katz then told me as of today 6-4-14 I will be charged $4.00 for all medical appointments but & for chronic care and & for Psych appointments. I said I wrote to Coleman to get charges refunded she said that's up to Coleman but he is the one who told me I'm SMI in his letters to me.

As of today 6-4-14 I still have not been seen for any of my medical problems, Ms. Brenner in Medical records said Johnson is backed up for 3 months or longer. I am so upset today, I don't feel well and I'm in pain-I said to Nurse Burns.

| Inmate Signature | Date |
|---|---|

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If yes, give the staff member's name:

Distribution:  Original - Master Record File
Copy - Inmate

916-1
5/14/12

*CO's have already not accept this!*

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue. Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Bennett, Dina R. | 279374 | Perryville - San Carlos | 6-3-14 |

| TO | LOCATION |
|---|---|
| | |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following issue: The 9 spots of cancer in my neck and the lump (nodule) in my breast. (Medical didn't say which breast it is on 5-30-14.) I am being deprived of a basic human need such as medical care from Perryville San Carlos Medical Staff. Per policy I have addressed the issues with San Carlos Medical Staff who is responsible for medical care (and Captain Yesinski, PA Johnson, DW Jackson, Nurse Burns, ADW Roan, Nurse Anderson, Anthony Coleman) and I have received unsatisfactory response.

The unresolved issue is: On 5-30-14 at 10:00AM Nurse Burns paged me to medical. RN-Burns and RN-Anderson were discussing the $4.00 medical charges and telling me I was not SMI. I told them, "Yes, I am," that I have been for several years and that I was told by my Doctors in Prescott, AZ as well as here in RNA and also by Dr. Leonard and letters from Anthony Coleman the Health Services Administrator.

I gave RN Burns and RN Anderson the letter from A. Coleman stating "Per your valid SMI status." They made a copy. Then I asked RN Anderson why PA Johnson sent me a letter stating, "The facility you went to for your mammogram is requesting copies of prior studies you had in Prescott. Could you send me the location of your previous mammograms or breast ultrasounds on an HNR."          cont to P. 2 →

| INMATE SIGNATURE *Dina R. Bennett* | DATE *(mm/dd/yyyy)* 6-3-14 |
|---|---|

Have you discussed this with institution staff?   ☒ Yes   ☐ No

If yes, give the staff member name:   See letters attached

Distribution:   Original - Inmate
Copy - Grievance Coordinator File

802-11(e)
8/21/13

Inmate Letter    Cont. Page 2

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Bennett, Dina R. | 279374 | | 6-3-14 |

| To: | Location |
|---|---|
| | |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I then asked RN-Anderson why Az Tech Radiology needs my records and why did medical here give me a letter dated in May 2014 saying "Your mammogram is normal"?

Then she said, "Because they found a lump, a nodule they are questioning about." (From the day I had the mammogram until 5-30-14 San Carlos Medical never sent to me or did any visit or tests.)

I explained to RN-Burns and RN Anderson, "So I have 9 spots of cancer in my neck and I've done HNR's for and many other medical conditions and I have not yet received any treatment, and now you tell me that AZ Tech found a lump-nodule." RN-Anderson said, "Yes." I then asked RN Burns how long it would be until I'd be seen by Johnson. I was last seen by Johnson on 4-23-14. RN-Burns answered "I don't know," but for your ear infections it will be one week or so." I told her how much pain I'm in. These nurses spent only 15 minutes with me and then rushed me out of medical.

| Inmate Signature | Date |
|---|---|
| *Dina Bennett* | 6-3-14 |

Have You Discussed This With Institution Staff?  ☒ Yes   ☐ No

If yes, give the staff member's name:

Distribution:  Original - Master Record File
Copy - Inmate

916-1
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

requests are limited to one page and *one issue*. NO ATTACHMENTS PERMITTED. Please print all information.

**Inmate Letter** Cont. Page 3

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Bennett, Dina R. | 279374 | | 6-3-14 |

| To: | Location |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

The last time I saw PA-Johnson on 4-23-14, I told him all my medical conditions and problems- he looked at me and ignored me and appeared only concerned about getting my $4.00 charge. PA-Johnson only adjusted my thyroid medicine (no labs have been done) Johnson told me in August 2013, December 2013, February 2014 (which I have all the HNR's for) he told me that he would order my records for my Thyroid cancer. I signed a release for my Dr. Ekdahls records in Chino Valley. I told him on 4-23-14 reminding him of all my medical problems and that I'm supposed to get Total Body Scans, PET scan and radiation isolation. Johnson ignored me yet again.

I have submitted several HNR's for medical issues and received no treatment which places me at an unreasonable risk of future harm.

Cont. ⟶

| Inmate Signature | Date |
|---|---|
| Dina Bennett | 6-3-14 |

Have You Discussed This With Institution Staff? ☑ Yes ☐ No

If yes, give the staff member's name:

Inmate Letter cont. Page 4

Requests are limited to <u>one page</u> and <u>one issue</u>. <u>NO ATTACHMENTS PERMITTED</u>. Please print all information.

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Bennett, Dina R. | 279374 | | 6-3-14 |

| To: | Location |
|---|---|
| | |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am being deprived of proper, efficient medical care which is my Eighth Amendment right which prohibits the infliction of "cruel and unusual punishments" on convicted prisoners.

My medical conditions are (as I have submitted HNR's for all of these.)

① Severe pain in left breast and left chest area (medical told me on 5-30-14 there is a lump-nodule (did not tell me which breast) I've had severe chest pain for several months now - received a ticket for telling Officer Butler I had chest pain when in medical on 5-3-14.

② Both ears infected since 11-22-13 - cough, sore throat, pain, I asked for ears to be flushed out to remove wax and dirt also need Neomycin ear drops and antibiotic pills asap.

③ Need Krono order for extra toilet paper since 12-1-13 due to diarrhea, gastric bypass and constant blood in stool.

④ Had Total Thyroidectomy all cancer still 9 spots of cancer in my neck - need PET scan, Total Body Scan, radiation asked medical PA Johnson since August 2013.

⑤ Constant blood in stool since March 2014 - had bleeding ulcers on ulcer medication here - need blood transfusions in 2012-2013.

| Inmate Signature | | Date |
|---|---|---|
| *Dina Bennett* | cont. → | 6-3-14 |

Have You Discussed This With Institution Staff? ☑ Yes ☐ No

If yes, give the staff member's name:

Requests are limited to one page and one issue. NO
ATTACHMENTS PERMITTED. Please print all information.

**Inmate Letter**

Cont. Page 5

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Bennett, Dina R. | 279374 | | 6-3-14 |

| To: | Location |
|---|---|
| | |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

⑥ Constant styes in both eyes since 11-7-13 due to dirt and wind here. You-medical never gave me anything. ~~Pusy~~ sores in eyes.

⑦ Need permanent Lay in meals, no sun Krono order due to I'm on thyroid medicine, says stay out of sun, severe back problems~on medicine for, need no standing Krono order permanently due to cannot be in the sun, back problems, get severely sunburned due to all medications I take 20 pills per day that say stay out of sun.

Note: Regarding all my other medical conditions I listed above, I will submit an Informal Grievance on each separate issue if my cancer in my neck and breast problems are not treated and resolved.

On 5-2-14 I spoke to Captain Yesinski, he told me, "You're living in a dream world, you're not an angel, it takes 2 months to see a Doctor on the outside of prison, he asked me, "How long did it take you to see a Doctor before you came to prison."? I said, "One week and I'm from Chino Valley, Az a small town, Prescott area."

My medical issues are so obvious a lay person would easily recognize the necessity for a Doctor's attentions. I have kept careful records. I am suffering harm and injury as a result of failed responses to my complaints. I request proper and efficient and timely medical care from staff with professional conduct. I request that prison officials not act with deliberate indifference to my serious medical needs (which will cause injury.)

| Inmate Signature | Date |
|---|---|
| Dina R. Bennett | 6-3-14 |

Have You Discussed This With Institution Staff? ☑ Yes  ☐ No
If yes, give the staff member's name:

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

**SECTION I**

Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)*
Bennett, Dina R.

ADC Number/Número de ADC
279374

Date/Fecha
6-2-14

Cell/Bed Number/Celda/Número de Cama
58A9L

Unit/Unidad
SanCarlos

P.O. Box/Apartado Postal

Institution/Facility/Instalación: ASPC
Perryville

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and to others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).
*[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION II**

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☒ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I'd like to receive all my treatments for breast cancer issues and 9 spots cancer in my neck - from Cancer Treatment Centers of America in Phoenix Arizona - AS AZ Tech - Mesa, AZ gave me Normal Mammogram result - then told medical here I have a lump in breast - I do not trust them with my life. please help me.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   *Dina R. Bennett*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora
2 JUN '14 PM 9:57

**SECTION IV**

**PLAN OF ACTION/PLAN DE ACCION**

Staff Signature Stamp/Firma del empleado

Date/Fecha
6/5/14

Time/Hora
1106

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

*Notes to myself*

| Date: _____ |
| Time: _____ |
| Initials: _____ |

<table>
<tr><td rowspan="3">SECTION/SECCION I</td><td colspan="2">Inmate Name/Nombre <i>(Last, First M.I.) (Apellido, Nombre, Inicial)</i></td><td>ADC Number/Número de ADC</td><td>Date/Fecha<br>6-2-14</td></tr>
<tr><td>Cell/Bed Number/Celda/Número de Cama</td><td>Unit/Unidad</td><td>P.O. Box/Apartado Postal</td><td>Institution/Facility/Instalación: ASPC</td></tr>
</table>

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de esté cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

---

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Today on 6-2-14 I wrote an inmate letter to DW JACKSON asking him for appointment regarding medical & charges issues Also did HNR to medical requesting treatments for all my conditions, Also did HNR requesting to go to Cancer treatment Centers of America due to don't trust AZ Tech in Mesa, AZ Requested all the above ASAP-Please help me.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [*Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.*]

Inmate's Signature/Firma del prisionero

---

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |

---

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |

---

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

*Need Johnson Appointment*
*SMI & chronic care*

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.)* (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R. | 279374 | 6-2-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A9L | San Carlos | | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Severe pain left breast (you told me on 5/30/14 - lump nodule - there is you didn't say which breast

Both ears infected since 11-22-13 - sore throat - cough, pain - need Neomycin ear drops + antibiotic pills

Need Krono for extra toilet paper - since 12-1-13 - due diarrhea and blood in stool

HAD Total Thyroidectomy - still 9 spots cancer - need PET scan, radiation asked you since Aug 2013

Constant blood in stool since March 2014 - HAD bleeding ulcers on ulcer med - needed blood transfusion 2012-2013

Constant styes in both eyes since 11-7-13 - you never gave me anything

Need LAY in meals, severe back on thyroid med still) need this, no standing permanent No sun Krono problems - Rx says stay out of sun 5 permanent no sun order

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    *Dina R. Bennett*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Pharmacy ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 2 JUN '14 PM 8:55 |

**PLAN OF ACTION/PLAN DE ACCION**

NL

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 6/3/14 | 1105 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod -Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción del texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

Requests are limited to <u>one page</u> and <u>one issue</u>. NO ATTACHMENTS PERMITTED. Please print all information.

**Inmate Letter**

| Inmate Name *(Last, First M.I.)* | | ADC Number | Institution/Unit | Date |
|---|---|---|---|---|

| To: | Location |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

5-30-14

She didn't tell me which breas

I was paged to see Nurse Burns, she and another (Psych) nurse saw me - telling me I was not SMI - I told them yes I am and have been for ~~1 years~~ Several years and I was told by my DR. in Prescott, also in RNA here, and Dr. Leonard.

I gave them the letter from Coleman stating he said "per your valid SMI status".

They made a copy.
I Also asked Nurse Burns how long it would be before I would be seen for all my problems, she said she didn't know, but that I would be seen in (1) more week or so for my ears. I told her how much pain I'm in and the breast cancer, thyroid cancer, blood in stool - They spent 15 minutes with me and rushed me out.

Nurse Burns said "you have to pay 4.00 for each separate issue", I told her I have HNR's and was seen but no treatment was given, she said "you got a Krono" - I said yeah no standing for more than 10 minutes only good for 1 month. the problem is Johnson gave me krono cause my thyroid medicine says stay out of Sun, still no labs done, no new thyroid medicine and now no krono for no sun, no standing Help me!

| Inmate Signature | | Date |
|---|---|---|

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original - Master Record File

916-1

Case 2:12-cv-00601-ROS Document 1439-1 Filed 02/04/15 Page 25 of 48

**Inmate Letter**

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| | | | |

| To: | Location |
|---|---|
| | |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Cont. on 5-30-14

Also I asked about why AZ Tech Radiology needs records - mammograms and ultrasounds I had done previously. I asked the Psych Nurse why did you guys give me a paper that says your mammogram is normal. then she said, they found a nodule they are questioning about, that's why. I explained my Mother just got over breast cancer

| Inmate Signature | Date |
|---|---|
| | |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

*Follow Up SMI Chronic Care*

Date: 5/30
Time: 1900
Initials: 8

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina | 279374 | 5-30-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A 9L | San Carlos | | Perryville |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).  *[Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez]*

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. ¡¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!

I saw Johnson on 4-23-14 He said he would have me do labs to test my throid levels, I still have not been put on the list for labs. Please do this as Johnson said my thyroid levels and medication needs to be adjusted Still no new med or no lab completed.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  *[Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley).  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]*

Inmate's Signature/Firma del prisionero    *Dina L Bennett*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☑ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 30 MAY '14 PM 9:49 |

**PLAN OF ACTION/PLAN DE ACCION**

Given to provider for review

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| C Summ RN CW | 6/1/14 | 1453 |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

SECTION I
SECTION II
SECTION III
SECTION IV

1101-10ES
12/19/12

Case 2:12-cv-00601-ROS Document 1439-1 Filed 02/04/15 Page 27 of 48

*I ignored all these HNRs they tell me Ms. Lovell Appl.*

## ARIZONA DEPARTMENT OF CORRECTIONS
### Health Needs Request (HNR)

To: Dr. Johnson

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R. | 279374 | 5-28-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A9L | San Carlos | | Perryville |

**SECTION/SECCION I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]* I have All these HNR's - still need treatment for.

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(específique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

**SECTION/SECCION II**

Both ears infected since 11-22-13 (cough, sore throat, pain)

Need Krono - extra toilet paper - meds and diarrhea Since 12-13

Had Thyroidectomy - still 9 spots cancer, need PET scan, radiation Since Aug 2013 9

Constant blood in stool since March 2014, have bleeding ulcers

Constant styes both eyes since 11-7-13

Need permanent NO SUN Krono, lay in meals, med's SAY STAY OUT SUN severe back problems

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    Dina R. Bennett

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 29 MAY '14 PM 9:26 |

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

Only one issue per HNR    Scheduled on Nurse Line    HNR's are not considered follow-up you will be charged for HNR's.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| (signature) RN Ca | 5/30/14 | 0948 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

To Dr. Johnson per His request

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Dina R. | 279374 | 5-28-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A9L | SanCarlos | | Perryville |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).
*[Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**AREA OF INTEREST** *(Check only one block below)* **AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Per your request dated 5-22-14 - The facility I went to is PMI in Prescott, AZ, also Thunderbird Samaritan Hospital - Phoenix, AZ they have ultrasounds and mammograms Please see me asap for all my HNRs, I'm trying to get appointment with you asap.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero      Dina R. Bennett

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios _____

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora 14 PM 3:53 |
|---|---|---|

**PLAN OF ACTION/PLAN DE ACCION**   Scheduled on Nurse Line   Forwarded to medical records

I will call you up to sign an PU seen

| Staff Signature Stamp/Firma del empleado   MRL | Date/Fecha 6-9-14 | Time/Hora 11:10am |
|---|---|---|

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Services Communique**

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Bennett, Dina | 279374 |

| Facility | Unit |
|---|---|
| ASPC - PV | San Carlos |

**THE FOLLOWING RESULTS WERE NORMAL**

☐ LAB

☐ X-RAY

☐ EKG

The facility you went to for your mammogram is requesting copies of the prior studies you had in prescott. could you send me the location of your previous mammograms or Breast U.S. on an HNR?

| Signature | Date |
|---|---|
| San Carlos Medical | 5/22/14 |

Submit HNR if additional information is requested.

Dina
received
on 5/28/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

No charge

**Health Needs Request (HNR)**

Date: 5-28-14
Time: 0900
Initials: AS

## SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| Bennett, Dina R. | | 279374 | 5-27-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A9L | San Carlos | | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso de este cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

## SECTION/SECCION II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I was recently seen on nurse line and given Neomycin ear drops for both infected ears. They are still hurting and infected been so for 3-4 weeks now - please put me on antibiotic pills asap.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero  Dina R. Bennett

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX**[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique)
Comments/Comentarios

| Staff Signature/Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| (signature) RN BSN | 5/28/14 | 0900 |

## SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**  Scheduled on Nurse Line

| Staff Signature/Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| (signature) RN BSN | 5/28/14 | 0900 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

*I've been waiting to see Johnson*

| Date: |
| Time: |
| Initials: |

## SECTION/SECCION I

Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial): Bennett, Dina R.

ADC Number/Número de ADC: 279374

Date/Fecha: 5-27-14

Cell/Bed Number/Celda/Número de Cama: 58A9L

Unit/Unidad: San Carlos

P.O. Box/Apartado Postal:

Institution/Facility/Instalación: ASPC Perryville

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

## SECTION/SECCION II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Please give me a printout of all the medications I am currently taking, Also a release of information for my mother Donna Bennett, also an application for Medical Clemency - please give all of these to me through inmate mail ASAP as I am very sick with cancer and many other health conditions, I've done many HNRs with no treatment given

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporciona.]

Inmate's Signature/Firma del prisionero: Dina R. Bennett

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique)

Comments/Comentarios

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora: 29 MAY '14 PM 3:23

## SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

I can not give you any copies of your medical records while you are here to Perryville. I will call you up to Sigma Rot scan

Staff Signature Stamp/Firma del empleado

Date/Fecha: 6/2/14

Time/Hora: 11:08am

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Pennett, Dina R. | 279374 | 5-14-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A9L | San Carlos | | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION/SECCION I**

**AREA OF INTEREST** *(Check only one block below)* **AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. *[¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]*

I need a free follow up visit for my both ears infected & painful, cough sore throat I was on antibiotics within the last 3 weeks still need new antibiotic order and cough medicine. Still waiting to see Doctor Re: thyroid cancer - radiation needed and excessive blood in stool (since 4-1-14

**SECTION/SECCION II**

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. *[Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]*

Inmate's Signature/Firma del prisionero _Dina R. Bennett_

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter Response**

> For distribution: Copy of corresponding Inmate Letter must be attached to this response.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| BENNETT, DINA | 279374 |

| Institution/Unit |
|---|
| ASPC-PV/SAN CARLOS |

| From | Location |
|---|---|
| Anthony Coleman, Health Services Administrator | Corizon Health Services |

This is in response to your Inmate Letter dated 04/24/14, and received on 04/25/14 by Perryville Health Services. Your primary area of concern is to be seen by a provider.

Per ARS 31-201.01, you do not have the right to dictate treatment nor who provides treatment. You have an open appointment on the provider line to address cancer chronic care issues and your request for a chrono. Your patience is appreciated. If you're experiencing symptoms that needs to be addressed before that then you need to submit an HNR and/or alert an officer if it's an emergency.

| Staff Signature | Date |
|---|---|
| | 04/30/2014 |

Distribution: Original - Master Record File
                     Copy - Inmate

916-2
5/14/12

ARIZONA DEPARTMENT OF CORRECTIONS
Case 2:12-cv-00601-ROS  Document 1481-1  Filed 01/09/15  Page 34 of 48
Please Copy this to Coleman - Medical SVC

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Bennett, Dina R.  58A 9L | 279374 | Perryville | 4-24-14 |

To: Captain S./Coleman          Location
cc: Coleman

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am 47 yrs. old, many health problems - on 20 pills per day. Have severe headaches, shaking, diarrhea, cancer, high blood pressure, anxiety, depression. I was seen on 4-23-14 PA Johnson. I told him all these problems - he ignored me - he only adjusted thyroid medicine. I'm on 4-5 High Blood pressure meds - need higher dose - high on meds say stay out of sun - get severely sunburned - need permanent 4-23 no standing Kronos order for that, long sleeve shirt, for meals & med lines Had total thyroidectomy - all cancer - still have 9 spots - need total Body scan and radiation, told by Johnson in August, December, 2013, Feb 2014 that records would be ordered - still I have not received any treatment. I have blood constant in stool - need help - no treatment given HAD 2 blood transfusions due to throwing up blood - have bleeding ulcers. Severe shaking all over. Chest pain

Please forward this to Coleman, get my records ordered, put me on No standing, No sun Kronos order permanently. I've been very ill, chest pain, bloody stool, I can't tolerate the sun or heat. Please help me now I have to receive medical care right away I have until July 14, 2017, have a 15 yr old daughter I want to survive and live to go home to.

Please help me asap.
I want to be seen by a real Physician - Doctor Not a Physician Assistant - Johnson - he doesn't help me.
Need meds as lay in - permanently

RECEIVED
APR 2 5 2014
ASPC-PV
HEALTH SVCS

17113

| Inmate Signature  Dina R. Bennett | Date  4-24-14 |
|---|---|

Have You Discussed This With Institution Staff?  [X] Yes  [ ] No
If yes, give the staff member's name:  Johnson, Burns, Geiger, Hardy, West, Payne

Distribution: Original - Master Record File
Copy - Inmate

916-1
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

*Please do not charge again*

Date: 4-24-14
Time: 832
Initials:

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| Bennett, Dina R. | | 279374 | 4-24-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A 9L | San Carlos | | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]* I am 47 years old with many health problems

**AREA OF INTEREST** *(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] Have severe headaches

I was seen on 4-23-14 - PA Johnson - I told him all these problems - he ignored me - he only adjusted thyroid medicine. 4-5 High Blood pressure meds - need higher dose - Need meds at bed layin no stand-permanent Meds - SAY stay out of sun - get severe sunburned need hat + long shirt order No sun Total Thyroidectomy - cancer - still 9 spots - need body scan, radiation records to be ordered - told in Aug, Dec, Feb - still no treatment given Blood in stool constant - need help - no treatment given - please help.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero          *Dina R. Bennett*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☑ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)*
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | PM 10:29 |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 4-28-14 | 1111 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

4-25-14

1101-10ES
12/16/10

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:_____
Time:_____
Initials:_____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC 279374 | Date/Fecha 4-20-14 |
|---|---|---|

| Cell/Bed Number/Celda/Número de Cama S8A 9L | Unit/Unidad SanCarlos | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC Perryville |
|---|---|---|---|

**SECTION I / SECCION I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION II / SECCION II**

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I was waiting in medical on 4-15-14 - they said they would reschedule me, I have both ears are infected and hurting, yellow large amounts of snot, and very sore throat and coughing and bad headaches, please help right away. Please put me on medical list ASAP.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   Dina Bennett

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION III / SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

**SECTION IV / SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

S/MI

Date: 4/21/14
Time: 1520
Initials: S

<table>
<tr><td>Inmate Name/Nombre <em>(Last, First M.I.) (Apellido, Nombre, Inicial)</em><br>Bennett, Dina R.</td><td colspan="2">ADC Number/Número de ADC<br>279374</td><td>Date/Fecha<br>4-20-14</td></tr>
<tr><td>Cell/Bed Number/Celda/Número de Cama<br>58 A 9 L</td><td>Unit/Unidad<br>San Carlos</td><td>P.O. Box/Apartado Postal</td><td>Institution/Facility/Instalación: ASPC<br>Perryville</td></tr>
</table>

**SECTION/SECCION I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**AREA OF INTEREST** *(Check only one block below)* **AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* [X] Medical/Médica [ ] Dental [ ] FHA
[ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other *(specify)*/Otros *(especifique)*

**SECTION/SECCION II**

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I need an order OR Kronos for extra toilet paper to be given to me due to all my medications and my gastric bypass surgery - causes severe diarrhea and I desparately need toilet paper - have no money for commisary toilet paper

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _Dina Bennett_

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [X] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA
[ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

<table>
<tr><td>Staff Signature Stamp/Firma del empleado</td><td>Date/Fecha</td><td>Time/Hora<br>22 APR '14 AM12:31</td></tr>
</table>

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

Scheduled on Provider Line

<table>
<tr><td>Staff Signature Stamp/Firma del empleado</td><td>Date/Fecha<br>4/22/14</td><td>Time/Hora</td></tr>
</table>

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/10/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:_____
Time:_____
Initials:_____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| Bennett Dina R. | | 279374 | 4-15-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58 A 9L | San Carlos | | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)*]

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Both of my ears are hurting and infected please give me antibiotics and ear drops.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero     Dina R Bennett

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)*
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero.

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

FOLLOW UP

Date: _____
Time: 22 FEB '14 PM 9:32
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.)(Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett, Nina | 277374 | 2/21/14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A-9L | San Carlos | | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)*]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

My Right Eye is terribly infected with a stye, need antibiotic eye drops and antibiotics please. (Big white pussy bump) I came in 1 week ago for same thing. Comes and goes often, very painful, need drops as KOP

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [*Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo* (excluyendo las exenciones otorgadas por la ley). *Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.*]

Inmate's Signature/Firma del prisionero  Nina R Bennett

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX** [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 22 FEB '14 PM 9:32 |

**PLAN OF ACTION/PLAN DE ACCION**

Scheduled on Nurse line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| _____ RN | 2/24/14 | 2109 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

*URGENT*

30 JAN '14 PM9:45

| | |
|---|---|
| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)*<br>Bennett, Dina R. | ADC Number/Número de ADC<br>279374 | Date/Fecha<br>1-29-14 |

| Cell/Bed Number/Celda/Número de Cama<br>58A 9L | Unit/Unidad<br>San Carlos | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC<br>Perryville |
|---|---|---|---|

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* [X] Medical/Médica [ ] Dental [ ] FHA
[ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

My eyes are infected with styes, told Dr. Johnson about it and he didn't give me eye drops and antibiotics - now I cannot hardly see, right eye is worse than left eye - need to see Dr again, please don't charge me again.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   Dina R Bennett

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [X] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA
[ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros *(specify)* *(especifique)* _____
Comments/Comentarios

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora<br>30 JAN '14 PM9:45

**PLAN OF ACTION/PLAN DE ACCION**
Scheduled on Nurse line

Staff Signature Stamp/Firma del empleado | Date/Fecha<br>1/31/14 | Time/Hora<br>1115

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| | |
|---|---|
| **SECTION/SECCION I** | |

Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)*
Bennett, Dina R

ADC Number/Número de ADC
279374

Date/Fecha
1-18-14

Cell/Bed Number/Celda/Número de Cama
58A9L

Unit/Unidad
San Carlos

P.O. Box/Apartado Postal

Institution/Facility/Instalación: ASPC
Perryville

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION/SECCION II**

AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

My Zantac was DC'd and I need it badly,
I have bleeding ulcers and I have to take
it or may have to have blood transfusions
again. Please renew Zantac.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
Dina R Bennett

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora
20 JAN '14 AM 12:11

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION
Scheduled on Provider Unit

Staff Signature Stamp/Firma del empleado
____ RN

Date/Fecha
1/21/14

Time/Hora
1739

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

**SECTION I**

| Inmate Name/Nombre *(Last, First M.I.)(Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| Bennett, Dina R. | | 279374 | 1-15-14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A 9L | San Carlos | | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I have 9 spots in my neck that are cancer had Total Thyroidectomy in 2000 need to have 3 Thyrogen injections & radiation for Total Body SCAN I need 1x per year - please get my records from John C Lincoln Hospital Phoenix AZ I need radiation isolation as inpatient in hospital ASAP

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenxiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   *Dina R Bennett*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☑ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 17 JAN 14 PM 9:18 |

**SECTION IV**

PLAN OF ACTION/PLAN DE ACCION

*Scheduled on provider line*

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| *JNANRa* | 1/21/14 | 1205 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

**SECTION I**

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| Bennett, NINA R. | | 279374 | 12-7-13 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 58A 9L | SanCarlos | | Perryville |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de ese cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**SECTION II**

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

My Mother had breast cancer and I had thyroid cancer. Please put me on the list for a mammogram right away ASAP. I'm 46 yrs. old.

note~ They didn't schedule mammogram until April 1½ 2014~ gave me normal result

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [*Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.*]

Inmate's Signature/Firma del prisionero   Nina R Bennett

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* (especifique) _____

Comments/Comentarios

10 DEC '13 PM 1:50

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**SECTION IV**

**PLAN OF ACTION/PLAN DE ACCION**   took 3 days to see Inmate

Scheduled on 8B line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| ANunn RN | 12/11/13 | 0937 |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

## SECTION/SECCION I

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| D. BENNETT | | 279374 | 11-7-13 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 30-D-158 | BWL | | ASPC PV |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and to others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

## SECTION/SECCION II

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I have a sty in both of my eyes. The hospital wanted me to have drops and write it on the discharge orders. The right eye is worse than the left.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

D. Bennett #2A3941 / written by LutisOwens due to Inm on MHW

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 7 NOV 13 |

## SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

You saw provider 11/7/13 & there was no indication for need of eye drops

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 11/8/13 | 1300 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: 21 SEP 13 AM 12:50
Initials: _____

| | |
|---|---|
| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | Bennett, Dina R | ADC Number/Número de ADC 279374 | Date/Fecha 9-20-13 |

Cell/Bed Number/Celda/Número de Cama  58A 9L    Unit/Unidad  San Carlos    P.O. Box/Apartado Postal    Institution/Facility/Instalación: ASPC  Perryville

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso de este cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION/SECCION I**

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I have Kronos for long sleeve Tshirt
due to sunlight expires 8-21-13 please
make expiration 1 year from 8-21-14.
Please thank you

**SECTION/SECCION II**

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   Dina Bennett

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☑ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)*
Comments/Comentarios

Staff Signature Stamp/Firma del empleado    Date/Fecha    Time/Hora 21 SEP 13 AM 12:58

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

Given to provider for review

Staff Signature Stamp/Firma del empleado  H Nunn RN   Date/Fecha 9/20/13   Time/Hora 1408

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _12 SEP '13 4:210_
Initials: _____

**SECTION I**

Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)*
Bennett, Dina R.

ADC Number/Número de ADC
279374

Date/Fecha
9-10-13

Cell/Bed Number/Celda/Número de Cama
58A 9L

Unit/Unidad
San Carlos

P.O. Box/Apartado Postal

Institution/Facility/Instalación: ASPC
Perryville

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria [Use este formulario para describir un problema a la vez!]*

**SECTION II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Please discontinue my AM medications.
Also need a kivros for a long sleeve shirt
get badly sunburned due to meds.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
Dina Bennett

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☑ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros *(specify)* *(especifique)*

Comments/Comentarios
Please see security for shirt or resident of currently prescribed Med.

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora
12 SEP '13 AM 2:10

**SECTION IV**

PLAN OF ACTION/PLAN DE ACCION

**Scheduled on Nurse Line**

Staff Signature Stamp/Firma del empleado

Date/Fecha
9/12/13

Time/Hora
1618

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

**SECTION/SECCION I**

| Inmate Name/Nombre *(Last, First M.I.)* *(Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Bennett Dina R. | 279374 | 8-28-13 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 141 | Lumley | | Perryville |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION/SECCION II**

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*  ☐ Medical/Médica  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☒ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

May I please be lay in for all meals when I get to the yard as my medications say to stay out of the sunlight & I get severely sunburned Please I can't go through the pain & suffering I went through 3-20-13 to 5-3-13 again Please may I permanently have lay in meals I can't stand in long lines need baseball cap

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    Dina R Bennett

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☒ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros *(specify)* *(especifique)*
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 30 AUG '13 | AM 12:51 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

SCHEDULED FOR NURSES LINE

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12



CPU
U.S. POSTAGE
$ 3.17⁰
MAILED   FEB 02 2015
86314

PB 1P 000
3661052
MDM1L
0005

USPS TRACKING NUMBER

9552 1214 3541 5033 0006 09

Clerk of the Court
district of AZ SPC-1
United States District Court
401 W. Washington St. Suite 130, SPC
Phoenix, AZ 85003-2118

RECEIVED

FEB 04 2015

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Donna Bennett
8320 Officer Dr
Prescott Valley AZ 86314