CASE # — CV 12-00601-PHX-DKD

PARSONS V RYAN

January 4th, 2015

To Whom it may Concern,

My name is Judith M. Smith #196489. I am sixty one years old and am currently residing at Perryville Prison in Goodyear, Arizona.

I am having alot of medical issues that the current provider "CORIZON" has not been providing me with proper care. I was hoping that you can assist me in resolving the issues at hand.

On October 20th, 2011, I experienced my 5th stroke while in ADOC custody. I was not to this day provided with physical therapy. As of August 15, 2014 the Arizona Dept of Corrections' Corizon Medical Group informed me that they discontinued any and all medication offered on the commisary store. I cannot afford the medication and the formulary is less effective than the prescribed pharmaceutical. Also, there is a limit to the amount of items that can be ordered. Corizon is not able to provide me with the care that I need.

**INMATE MAIL - ARIZONA DEPARTMENT OF CORRECTIONS**
INMATE: JUDITH M. SMITH
ADC# 196429
ARIZONA STATE PRISON COMPLEX PV
UNIT SANTA CRUZ 16A 152
PO BOX 3200
CITY Goodyear AZ 85395-0904

PHOENIX AZ 850
03 FEB 2015 PM 9 L

RECEIVED
FEB 05 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

BRIAN D. KARTH
DIST. COURT EXECUTIVE
CLERK OF COURT
SANDRA DAY O'CONNER
U.S. COURTHOUSE
STE 130
401 W WASHINGTON ST, SPC 1
PHOENIX AZ 85003-2118

AZ Dept. of Corrections
LEGAL MAIL